

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301048

FED ID NO. 63-0243316

01/15/13  Copy Charges                                          0.00
01/08/13  Computerized Legal Research-Westlaw Westlaw           0.00
          User: KEY,RILEY
01/10/13  Computerized Legal Research-Westlaw Westlaw           0.00
          User: KEY,RILEY
01/11/13  Computerized Legal Research-Westlaw Westlaw           0.00
          User: KEY,RILEY
01/15/13  Computerized Legal Research-Westlaw Westlaw           0.00
          User: KEY,RILEY

BILLING SUMMARY

| Graham W. Gerhardt | 4.10 hrs | 312.00 /hr | 1,279.20 |
| Graham W. Gerhardt | 5.80 hrs | 263.00 /hr | 1,525.40 |
| Preston H. Neel | .80 hrs | 233.00 /hr | 186.40 |
| Riley Key | 24.50 hrs | 207.00 /hr | 5,071.50 |
| Riley Key | .90 hrs | 185.00 /hr | 166.50 |

TOTAL FEES                36.10 hrs              $8,229.00

**TOTAL CHARGES FOR THIS INVOICE**              $8,229.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0G2013-301048
Fort Washington, PA 19034

                                                    INVOICE #  866136

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301048
     TC # 730242

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | phn | Draft status report for client | L190 | .20 hrs |
| 02/06/13 | phn | Review and analysis of Plaintiffs' response to motion dismiss on the pleadings and merits of arguments | L120 | .70 hrs |
| 02/06/13 | GWG | Research for reply brief in support of motion for judgment on the pleadings | L240 | 1.10 hrs |
| 02/07/13 | GWG | Draft reply brief in support of 12(c) motion | L240 | 6.20 hrs |
| 02/14/13 | GWG | Calls with client and V. Harris regarding response to third-party subpoena from TFPA | L310 | .60 hrs |
| 02/15/13 | GWG | Research for and draft 12(c) reply brief | L210 | 3.10 hrs |

                TOTAL FEES FOR THIS MATTER              $3,073.00

BILLING SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| Graham W. Gerhardt | 11.00 hrs | 263.00 /hr | 2,893.00 |
| Preston H. Neel | .90 hrs | 200.00 /hr | 180.00 |
| TOTAL FEES | 11.90 hrs | | $3,073.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301048

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $3,073.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                         0G2013-301049
Fort Washington, PA 19034

                                                           INVOICE #  862966

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301049
         TC # 725001

PROFESSIONAL SERVICES

| 01/03/13 | ABB | Receive and review Objections to Motion to Dismiss and compilation of same in order to update file | L110 | .10 hrs |
| 01/03/13 | ABB | Receive and review Motion for Conference and compilation of same in order to update file | L110 | .10 hrs |
| 01/03/13 | BG | Receipt of appearance by additional counsel | L120 | .10 hrs |
| 01/03/13 | BG | Correspondence with client regarding appearance by additional counsel and likely request for extension to add additional parties | L120 | .10 hrs |
| 01/03/13 | BG | Receipt / review of objections to motion to dismiss by substitute trustees and evaluate need to respond to allegations about impact of bankruptcy stay | L120 | .10 hrs |
| 01/18/13 | GWG | Review pleadings and client documents and correspondence in preparation for additional discovery and possible dispositive motion | L110 | 2.30 hrs |

                TOTAL FEES FOR THIS MATTER                          $811.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301049

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
| Graham W. Gerhardt | 2.30 hrs | 312.00 /hr | 717.60 |
| Blake Goodsell | .30 hrs | 207.00 /hr | 62.10 |

TOTAL FEES          2.80 hrs                    $811.30

**TOTAL CHARGES FOR THIS INVOICE**          $811.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301049

INVOICE # 866137

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301049
     TC # 725001

PROFESSIONAL SERVICES

| 02/04/13 | BG | Draft status update regarding motion for conference | L190 | .10 hrs |
| 02/07/13 | ABB | Assimilation and compilation of Notice of Resetting filing from the Court and calendar information regarding proceeding as well as update file regarding same | L110 | .20 hrs |
| 02/07/13 | GWG | Strategy conference regarding upcoming motion hearing | L210 | .40 hrs |
| 02/08/13 | ABB | Telephone conference to and from Judge's office regarding case re-setting pertaining to motion hearings | L110 | .20 hrs |
| 02/12/13 | BG | Receipt / review of objections to substitute trustee's Motion to Dismiss | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $229.40

01          Copy Charges                                              0.00

BILLING SUMMARY

| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
| Graham W. Gerhardt | .40 hrs | 312.00 /hr | 124.80 |
| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |

TOTAL FEES              1.00 hrs          $229.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301049

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**               $229.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301050

INVOICE #  862967

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301050
     TC # 729640

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/03/13 | NSR | Review and revise settlement agreement per short sale approval and final HUD-1 settlement statement | L160 | .20 hrs |
| 01/03/13 | MCG | Review and revise settlement agreement and release | L160 | .30 hrs |
| 01/04/13 | NSR | Exchange e-mails with client regarding settlement agreement | L160 | .10 hrs |
| 01/04/13 | MCG | Review and revise settlement agreement | L160 | .40 hrs |
| 01/07/13 | NSR | Correspondence with counsel for Evergreen Condominium Association regarding settlement agreement terms and execution | L160 | .20 hrs |
| 01/07/13 | NSR | Correspondence with counsel for borrowers regarding settlement agreement terms and execution | L160 | .20 hrs |
| 01/07/13 | KK | Research and review docket to assess and determine status of case | L110 | .20 hrs |
| 01/08/13 | NSR | Correspondence with C.Greenberg, realtor, regarding short sale and settlement agreement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301050

FED ID NO. 63-0243316

| 01/11/13 | NSR | Draft updated litigation settlement proposal | L160 | .40 hrs |
| 01/11/13 | NSR | Exchange correspondence with client and opposing parties regarding execution of settlement agreement | L160 | .10 hrs |
| 01/23/13 | NSR | Review final settlement agreement and stipulation of dismissal | L160 | .10 hrs |
| 01/24/13 | KK | E-mails with opposing counsel regarding original signature for joint stipulation of dismissal | L110 | .20 hrs |
| 01/25/13 | KK | Receive and review executed stipulation of dismissal to prepare for e-filing and e-service in case | L110 | .60 hrs |
| 01/31/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $868.60

EXPENSES

| 01/03/13 | Copy Charges | 0.00 |
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-1-13 Bank ID: PCARD Check Number: P96 | 5.00 |
| 01/25/13 | Express Mail/Fedex | 0.00 |
| 01/28/13 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER                      $5.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301050

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .70 hrs | 348.00 /hr | 243.60 |
| Nader Raja | 1.60 hrs | 282.00 /hr | 451.20 |
| Kerry Keane | 1.10 hrs | 158.00 /hr | 173.80 |

| | | |
|---|---|---|
| TOTAL FEES | 3.40 hrs | $868.60 |
| TOTAL EXPENSES | | $5.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$873.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301050
Fort Washington, PA 19034

                                                              INVOICE #  866138

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301050
     TC # 729640

PROFESSIONAL SERVICES

02/01/13   NSR   Draft status report for client          L120      .10 hrs

02/06/13   KK    Research and review docket to determine  L110      .20 hrs
                 status of stipulation of dismissal and
                 proposed order

02/13/13   KK    Review docket and contact judicial       L110      .20 hrs
                 assistant to determine status of
                 stipulation of dismissal and executed
                 order

           TOTAL FEES FOR THIS MATTER                          $91.40

BILLING SUMMARY

   Nader Raja            .10 hrs   282.00 /hr        28.20
   Kerry Keane           .40 hrs   158.00 /hr        63.20

TOTAL FEES              0.50 hrs                     $91.40

TOTAL CHARGES FOR THIS INVOICE                       $91.40

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2013-301051
Fort Washington, PA 19034

                                                           INVOICE #  862968

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301051
         TC # 731009

PROFESSIONAL SERVICES

01/02/13   NSR   Draft status report for client          L120      .10 hrs

01/07/13   KK    Research and review PACER docket to     L110      .20 hrs
                 determine status of case and confirm
                 upcoming deadlines

01/08/13   JDV   Email correspondence with M.Green,      L190      .20 hrs
                 mediator, regarding cancellation of
                 mediation

01/08/13   NSR   Review e-mail from mediator and draft   L160      .20 hrs
                 reply e-mail regarding cancellation of
                 mediation

01/10/13   JDV   Email correspondence with plaintiff     L190      .20 hrs
                 regarding recently filed Second Amended
                 Complaint and rescheduling of mediation

01/10/13   NSR   Review and analyze borrower's second    L210      .30 hrs
                 amended complaint and compare to
                 previous complaints

01/11/13   KK    Receive and review amended complaint    L110      .30 hrs
                 filed by borrowers in matter and assess
                 status of case going forward

01/11/13   KK    Research Pacer docket to determine      L110      .10 hrs
                 status of case



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301051

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/23/13 | KK | Telephone calls with mediation coordinator regarding procedure for rescheduling mediation date | L110 | .20 hrs |
| 01/23/13 | NSR | Review state and federal law regarding form pleadings and review cases in which same complaint has been filed by other plaintiffs | L240 | .60 hrs |
| 01/23/13 | NSR | Outline motion to dismiss borrowers' second amended complaint for damages | L240 | .70 hrs |
| 01/24/13 | NSR | Draft memorandum in support of motion to dismiss for borrowers' first three causes of action | L240 | 3.20 hrs |
| 01/25/13 | NSR | Analyze federal law regarding definition of debt collector under the FDCPA | L240 | .70 hrs |
| 01/25/13 | NSR | Continue drafting memorandum in support of motion to dismiss borrowers' remaining counterclaims | L240 | 1.20 hrs |
| 01/25/13 | KK | E-mail borrower regarding amended mediation dates | L110 | .10 hrs |
| 01/28/13 | NSR | Review and revise motion to dismiss second amended complaint and incorporated memorandum of law | L240 | .30 hrs |
| 01/29/13 | NSR | Review redline of revisions to motion to dismiss second amended complaint | L240 | .20 hrs |
| 01/29/13 | NSR | Draft e-mail to client regarding response to second amended complaint and mediation deadline | L240 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301051

FED ID NO. 63-0243316

| 01/29/13 | MCG | Review and revise motion to dismiss second amended complaint | L240 | 1.40 hrs |
| 01/30/13 | KK | Telephone calls with mediator regarding updated mediation date in case | L110 | .20 hrs |
| 01/30/13 | KK | Draft discovery requests and notice of serving discovery to serve upon plaintiffs in case | L110 | 1.60 hrs |
| 01/30/13 | KK | Review, finalize and prepare for filing the Motion to Dismiss and amended Notice of Mediation in case | L110 | .70 hrs |
| 01/30/13 | NSR | Review and analyze scheduling order and second amended complaint to determine discovery needs | L120 | .40 hrs |
| 01/30/13 | NSR | Draft amended notice of mediation and motion to use courtroom facilities | L160 | .30 hrs |
| 01/30/13 | NSR | Draft first request for admissions to borrowers | L310 | .40 hrs |
| 01/30/13 | NSR | Draft first set of interrogatories to borrowers | L310 | 1.20 hrs |
| 01/30/13 | NSR | Draft first set of requests for production of documents to borrowers | L120 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                    $4,232.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301051

FED ID NO. 63-0243316

```
01/23/13  Copy Charges                                      0.00
01/30/13  Copy Charges                                      0.00
01/23/13  Computerized Legal Research-Westlaw Westlaw       0.00
          User: RAJA,NADER
01/28/13  Computerized Legal Research-Westlaw Westlaw       0.00
          User: RAJA,NADER
```

BILLING SUMMARY

```
    Michael C. Griffin      1.40 hrs    348.00 /hr       487.20
    Jose D. Vega             .40 hrs    264.00 /hr       105.60
    Nader Raja             11.00 hrs    282.00 /hr     3,102.00
    Kerry Keane             3.40 hrs    158.00 /hr       537.20


TOTAL FEES                 16.20 hrs                  $4,232.00

TOTAL CHARGES FOR THIS INVOICE                       $4,232.00
```

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301051

INVOICE #  866139

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301051
     TC # 731009

<u>PROFESSIONAL SERVICES</u>

| 02/04/13 | KK | Review matter to determine case parties and assist with bankruptcy/estate review | L110 | .20 hrs |
|---|---|---|---|---|

|  | TOTAL FEES FOR THIS MATTER |  | $31.60 |
|---|---|---|---|

<u>BILLING SUMMARY</u>

| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs |  | $31.60 |
|---|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** | **$31.60** |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301052

INVOICE #  862969

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301052
     TC # 730464

PROFESSIONAL SERVICES

| 01/02/13 | RK | Draft correspondence to J.Hoy regarding various discovery issues | L120 | .50 hrs |
|---|---|---|---|---|
| 01/02/13 | RK | Draft correspondence to J.Hoy regarding upcoming deposition | L120 | .40 hrs |
| 01/03/13 | RK | Review client documents for privileged information in preparation for discovery production | L310 | 3.40 hrs |
| 01/03/13 | RK | Conference with J.Hoy regarding discovery issues | L120 | .20 hrs |
| 01/03/13 | RK | Draft status report for client | L120 | .20 hrs |
| 01/04/13 | RK | Redact privileged information from display history | L310 | 4.70 hrs |
| 01/07/13 | RK | Conference with J.Hoy regarding production | L310 | .40 hrs |
| 01/07/13 | RK | Revise discovery production | L320 | 1.00 hrs |
| 01/07/13 | GWG | Work on responses to plaintiff's interrogatories and requests for production | L310 | 2.30 hrs |
| 01/07/13 | GWG | Work on document production to plaintiff | L320 | .90 hrs |
| 01/08/13 | RK | Review documents produced by plaintiff | L320 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301052

FED ID NO. 63-0243316

| 01/09/13 | RK | Revise discovery responses | L310 | 4.60 hrs |
|---|---|---|---|---|
| 01/09/13 | GWG | Work on discovery responses and document production to plaintiff | L310 | .60 hrs |
| 01/11/13 | GWG | Work on responses to plaintiff's interrogatories | L310 | .50 hrs |
| 01/11/13 | RK | Revise discovery responses | L310 | .40 hrs |
| 01/15/13 | RK | Review document production before producing | L310 | .90 hrs |
| 01/16/13 | GWG | Correspondence with client and G. Seth regarding discovery extension | L310 | .20 hrs |
| 01/23/13 | GWG | Finalize responses to plaintiff's interrogatories and requests for production | L310 | .80 hrs |
| 01/24/13 | RK | Review discovery responses and documents production in preparation for serving them on opposing counsel | L310 | 1.00 hrs |
| 01/25/13 | RK | Review document production in preparation for sending | L310 | 1.00 hrs |
| 01/25/13 | GWG | Draft letter to opposing counsel regarding mandatory mediation deadline | L160 | .20 hrs |
| 01/29/13 | GWG | Draft motion to waive mandatory mediation requirement and correspond with plaintiff's counsel regarding same | L210 | .70 hrs |
| 01/29/13 | RK | Review joint motion for waiver of the mediation requirement | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301052

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $6,136.50

| Date | Description | Amount |
|---|---|---|
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/04/13 | Copy Charges | 0.00 |
| 01/04/13 | Copy Charges | 0.00 |
| 01/07/13 | Copy Charges | 0.00 |
| 01/07/13 | Copy Charges | 0.00 |
| 01/07/13 | Copy Charges | 0.00 |
| 01/07/13 | Copy Charges | 0.00 |
| 01/07/13 | Copy Charges | 0.00 |
| 01/09/13 | Copy Charges | 0.00 |
| 01/09/13 | Copy Charges | 0.00 |
| 01/24/13 | Copy Charges | 0.00 |
| 01/24/13 | Copy Charges | 0.00 |
| 01/24/13 | Copy Charges | 0.00 |
| 01/25/13 | Copy Charges | 0.00 |
| 01/25/13 | Copy Charges | 0.00 |
| 01/28/13 | Express Mail/Fedex | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0G2013-301052

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 6.20 hrs | 312.00 /hr | 1,934.40 |
| Riley Key | 20.30 hrs | 207.00 /hr | 4,202.10 |

TOTAL FEES              26.50 hrs                         $6,136.50

**TOTAL CHARGES FOR THIS INVOICE**                       **$6,136.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                APRIL 30, 2013
1100 Virginia Drive                                                   0G2013-301052
Fort Washington, PA 19034

                                                                      INVOICE #  866140

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301052
         TC # 730464

PROFESSIONAL SERVICES

    02/04/13   RK    Provide update to client regarding      L120     .20 hrs
                     status of case

    02/06/13   GWG   Draft joint estimate of trial length and  L210   .60 hrs
                     correspond with opposing counsel
                     regarding same


                     TOTAL FEES FOR THIS MATTER                $228.60


BILLING SUMMARY

       Graham W. Gerhardt       .60 hrs     312.00 /hr       187.20
       Riley Key                .20 hrs     207.00 /hr        41.40


    TOTAL FEES              0.80 hrs                  $228.60

    **TOTAL CHARGES FOR THIS INVOICE**               **$228.60**

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2013-301053
Fort Washington, PA 19034

INVOICE #  862970

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301053
     TC # 727334

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.        L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                    $30.40


BILLING SUMMARY

   Mark S. Wierman            .10 hrs   304.00 /hr         30.40


TOTAL FEES                  0.10 hrs                     $30.40

**TOTAL CHARGES FOR THIS INVOICE**                      **$30.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301054
Fort Washington, PA 19034

INVOICE #  862971

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301054
         TC # 708321

PROFESSIONAL SERVICES

01/01/13  MSW  Draft status report for client.            L120      .10 hrs


            TOTAL FEES FOR THIS MATTER                        $30.40


BILLING SUMMARY

    Mark S. Wierman              .10 hrs   304.00 /hr        30.40


TOTAL FEES                    0.10 hrs                     $30.40

**TOTAL CHARGES FOR THIS INVOICE**                         **$30.40**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301055

INVOICE #  862972

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301055
     TC # 725114

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | MPE | Email correspondence with H.Franchi regarding status of case and next steps. | L110 | .20 hrs |
| 01/04/13 | MCG | Review and revise answer and affirmative defenses to borrower's counterclaims | L210 | .60 hrs |
| 01/04/13 | MW | Review and revise answer and affirmative defenses to remaining counterclaim in preparation for timely service pursuant to court order | L210 | 1.10 hrs |
| 01/04/13 | MW | Draft status update to client regarding litigation strategy | C200 | .10 hrs |
| 01/24/13 | MW | Correspondence with M.Brown, local counsel, regarding upcoming hearing and joint appearance and argument in light of settlement agreement | C400 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $693.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .60 hrs | 348.00 /hr | 208.80 |
| Monica Wilson | 1.60 hrs | 282.00 /hr | 451.20 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES          2.40 hrs              $693.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301055

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $693.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0G2013-301055
Fort Washington, PA 19034

                                                    INVOICE #  866141

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301055
         TC # 725114

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | MW | Draft status report to client regarding updated litigation strategy | L120 | .10 hrs |
| 02/04/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 02/05/13 | MW | Correspondence with H.Franchi regarding update on procedural posture of litigation, dismissed counterclaims, and drafting status of motion for summary judgment | L120 | .30 hrs |
| 02/06/13 | APUC | Analyze file in preparation for drafting Summary Judgment Motion and begin draft of Summary Judgment Motion | L210 | 3.20 hrs |
| 02/07/13 | APUC | Continued review and analysis of validity of endorsements on note and draft of Motion for Summary Judgment | L210 | 4.30 hrs |
| 02/11/13 | APUC | Revise Motion for Summary Judgment | L210 | .70 hrs |
| 02/11/13 | APUC | Draft Affidavit in support of Summary Judgment Motion | L210 | 1.10 hrs |
| 02/12/13 | APUC | Final revision of Motion for Summary Judgment and Affidavit in support of Motion for Summary Judgment | L210 | 2.20 hrs |

                TOTAL FEES FOR THIS MATTER                $3,078.70



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301055

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .40 hrs | 282.00 /hr | 112.80 |
| Amy Puckett | 11.50 hrs | 255.00 /hr | 2,932.50 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES          12.10 hrs                    $3,078.70

**TOTAL CHARGES FOR THIS INVOICE**                    $3,078.70

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                         0G2013-301056
Fort Washington, PA 19034

                                                           INVOICE #  862973

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301056
         TC # 725967

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/24/13 | JDV | Analysis of state law regarding trial period plans and forbearance agreements | L120 | .80 hrs |
| 01/30/13 | BAW | Correspond with client regarding status and most recent modifications request | L190 | .20 hrs |

              TOTAL FEES FOR THIS MATTER                    $375.80


BILLING SUMMARY

| Brian Wahl | .20 hrs | 334.00 /hr | 66.80 |
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Jose D. Vega | 1.00 hrs | 264.00 /hr | 264.00 |

| TOTAL FEES | 1.50 hrs | | $375.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301056

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $375.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0G2013-301056
Fort Washington, PA 19034

                                                         INVOICE #  866142

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301056
         TC # 725967

PROFESSIONAL SERVICES

02/01/13  JAM  Pull Access online docket and review for      L120     .20 hrs
               recent case activity and review for
               recently docketed pleadings and case
               activity

02/04/13  JDV  Review Notice of Filing Updated Service       L250     .30 hrs
               List and Envelopes with FMC Unit Clerk

02/11/13  JAM  Conference regarding status of case and       L120     .20 hrs
               scheduling depositions

02/13/13  ERP  Retrieve and initial review of docket         L120     .20 hrs
               regarding status

02/14/13  ERP  E-mail communication attaching docket         L120     .20 hrs
               and providing current status


               TOTAL FEES FOR THIS MATTER                    $204.40


BILLING SUMMARY

    Jamie Mathews           .40 hrs    150.00 /hr        60.00
    Emily R. Powell         .40 hrs    163.00 /hr        65.20
    Jose D. Vega            .30 hrs    264.00 /hr        79.20


TOTAL FEES                 1.10 hrs                   $204.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301056

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $204.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301057
Fort Washington, PA 19034

                                                         INVOICE #  862974

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301057
         TC # 729332

PROFESSIONAL SERVICES

| 01/03/13 | RK  | Draft status report for client | L120 | .10 hrs |
| 01/03/13 | GWG | Work on motion to compel discovery responses from plaintiff | L350 | 1.40 hrs |
| 01/07/13 | GWG | Work on motion to compel discovery responses from plaintiff | L350 | .20 hrs |
| 01/07/13 | GWG | Work on legal arguments for summary judgment motion | L210 | 1.50 hrs |
| 01/07/13 | RK  | Draft motion to compel | L310 | 1.40 hrs |
| 01/08/13 | RK  | Revise motion to compel | L310 | .80 hrs |
| 01/11/13 | RK  | Review order from court setting hearing on pending motions | L120 | .30 hrs |
| 01/14/13 | RK  | Review court procedures regarding motions to compel in preparation for the upcoming hearing | L120 | .30 hrs |
| 01/14/13 | GWG | Work on proposed order regarding our motion to compel and other pending motions | L210 | .70 hrs |
| 01/17/13 | MST | Draft correspondence via federal express to judge enclosing motion to compel consent to voluntary dismissal with exhibits | L140 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301057

FED ID NO. 63-0243316

| 01/21/13 | RK | Conference with borrower regarding his request for a continuance | L120 | .50 hrs |
| 01/22/13 | RK | Prepare for upcoming hearing on multiple motions | L120 | 2.40 hrs |
| 01/23/13 | RK | Prepare for and attend hearing on various pending motions | L120 | 6.80 hrs |
| 01/23/13 | GWG | Preparation for hearing on motion to compel and strategy conference regarding dispositive motions | L120 | .80 hrs |
| 01/24/13 | RK | Draft proposed order for various motions pending before the Court | L120 | .60 hrs |
| 01/28/13 | RK | Conference with borrower regarding deadlines for responses | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                      $4,324.50

EXPENSES

| 01/15/13 | Airline Tickets - RILEY KEY ATTEND HEARING IN DALLAS, TX 1/14/13<br>Bank ID: GENR Check Number: 105368 | 497.80 |
| 01/15/13 | Travel Expense - RILEY KEY ATTEND HEARING IN DALLAS, TX 1/14/13 SEATS<br>Bank ID: GENR Check Number: 105368 | 18.00 |
| 01/28/13 | Travel Expense - RILEY KEY ATTEND HEARING ON PENDING MOTIONS IN DALLAS, TX 1/23/13 CAB FARE<br>Bank ID: GENR Check Number: 105969 | 51.95 |
| 01/28/13 | Travel Expense - RILEY KEY ATTEND HEARING ON PENDING MOTIONS IN DALLAS, TX 1/23/13 CAB FARE<br>Bank ID: GENR Check Number: 105969 | 50.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301057

FED ID NO. 63-0243316

```
01/28/13 Travel Expense - RILEY KEY ATTEND HEARING ON          12.00
         PENDING MOTIONS IN DALLAS, TX 1/23/13 PARKING
         Bank ID: GENR Check Number: 105969

         TOTAL COSTS FOR THIS MATTER               $629.75
```

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .60 hrs | 158.00 /hr | 94.80 |
| Graham W. Gerhardt | 4.60 hrs | 312.00 /hr | 1,435.20 |
| Riley Key | 13.50 hrs | 207.00 /hr | 2,794.50 |

| | | |
|---|---|---|
| TOTAL FEES | 18.70 hrs | $4,324.50 |
| TOTAL EXPENSES | | $629.75 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$4,954.25** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2013-301057
Fort Washington, PA 19034

                                                           INVOICE #  866143

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301057
         TC # 729332

PROFESSIONAL SERVICES

| 02/04/13 | RK | Draft status report to client | L120 | .10 hrs |
|---|---|---|---|---|
| 02/04/13 | RK | Review response to motion for judgment on the pleadings filed by Plaintiffs | L240 | .30 hrs |
| 02/04/13 | GWG | Analyze plaintiff's 12(c) opposition brief and motion to reconsider and begin preparing responses to same | L210 | 2.00 hrs |
| 02/12/13 | RK | Draft initial portion of reply brief in further support of motion for judgment on the pleadings | L240 | 2.70 hrs |
| 02/13/13 | RK | Draft remaining portion of reply brief in support of motion for judgment on the pleadings | L240 | 2.00 hrs |
| 02/13/13 | RK | Revise reply brief in support of motion for judgment on the pleadings | L240 | .60 hrs |
| 02/14/13 | GWG | Work on reply brief in support of motion for judgment on the pleadings | L240 | 1.80 hrs |

                 TOTAL FEES FOR THIS MATTER              $2,365.50

| 02/12/13 | Copy Charges | 0.00 |
|---|---|---|
| 02/12/13 | Computerized Legal Research-Westlaw Westlaw User: KEY,RILEY | 0.00 |
| 02/13/13 | Computerized Legal Research-Westlaw Westlaw User: KEY,RILEY | 0.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 3.80 hrs | 312.00 /hr | 1,185.60 |
| Riley Key | 5.70 hrs | 207.00 /hr | 1,179.90 |

TOTAL FEES                     9.50 hrs                              $2,365.50

**TOTAL CHARGES FOR THIS INVOICE**                              **$2,365.50**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301058

INVOICE #  862975

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301058
     TC # 726321

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding Motion for Summary Judgment and response thereto | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $20.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES                    0.10 hrs              $20.70

**TOTAL CHARGES FOR THIS INVOICE**                 $20.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0G2013-301058
Fort Washington, PA 19034

                                                        INVOICE #  866144

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301058
         TC # 726321

PROFESSIONAL SERVICES

02/04/13  BG   Draft status report regarding pending      L190      .20 hrs
               Motion for Summary Judgment


          TOTAL FEES FOR THIS MATTER                                $41.40


BILLING SUMMARY

   Blake Goodsell          .20 hrs   207.00 /hr        41.40


TOTAL FEES                0.20 hrs                    $41.40

**TOTAL CHARGES FOR THIS INVOICE**                   **$41.40**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                0G2013-301059
Fort Washington, PA 19034

                                                                    INVOICE #  862976

                                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301059
          TC # 717729

PROFESSIONAL SERVICES

01/31/13   JHP   Provided monthly status report to client   L120      .10 hrs


          TOTAL FEES FOR THIS MATTER                        $29.00


BILLING SUMMARY

     Jon H. Patterson          .10 hrs   290.00 /hr        29.00


TOTAL FEES                    0.10 hrs                   $29.00

**TOTAL CHARGES FOR THIS INVOICE**                       $29.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                 0G2013-301059
Fort Washington, PA 19034

                                                             INVOICE #  866145

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301059
         TC # 717729

PROFESSIONAL SERVICES

    02/17/13   MPE   Review of case to confirm assignment to     L110       .10 hrs
                     the estate.

    04/02/13   JHP   Email to client contact L.Delehey to        L240       .30 hrs
                     discuss motion for partial summary
                     judgment filed by plaintiffs and effect
                     on GMAC as stayed defendant

    04/04/13   JHP   Provided monthly status report to client    L120       .10 hrs

    04/16/13   JHP   Reviewed letter from counsel for            L240       .10 hrs
                     plaintiffs noting new hearing date on
                     motion for partial summary judgment

    04/16/13   JHP   Emails to/from client contact L. Delehy     L120       .10 hrs
                     to discuss status of case


                     TOTAL FEES FOR THIS MATTER                  $190.70


BILLING SUMMARY

      Jon H. Patterson        .60 hrs   290.00 /hr        174.00
      Melisa P. Palmer        .10 hrs   167.00 /hr         16.70


  TOTAL FEES                  0.70 hrs                  $190.70



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301059

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $190.70

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301060

INVOICE #  862977

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301060
     TC # 721904

PROFESSIONAL SERVICES

01/04/13  MW   Draft status update to client regarding   C300      .10 hrs
               litigation strategy


               TOTAL FEES FOR THIS MATTER                        $28.20


BILLING SUMMARY

   Monica Wilson           .10 hrs   282.00 /hr        28.20


TOTAL FEES                  0.10 hrs                  $28.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$28.20**

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0G2013-301060
Fort Washington, PA 19034

                                                        INVOICE #  866146

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301060
         TC # 721904

PROFESSIONAL SERVICES

02/01/13   MW    Draft status report to client regarding      L120      .10 hrs
                 updated litigation strategy

02/11/13   MPE   Review of matter to determine last           L110      .30 hrs
                 docket activity and whether a notice for
                 lack of prosecution can be filed.

02/14/13   MW    Review and analyze procedural posture of     C300      .40 hrs
                 action and current status relative to
                 jointly-represented defendants with only
                 one as debtor entity as belonging within
                 estate or out of bankruptcy estate

04/03/13   CWH   Initial email to K.Priore to propose         L120      .20 hrs
                 this matter be opened with the Estate
                 and explaining status of suit


                 TOTAL FEES FOR THIS MATTER                   $263.30


BILLING SUMMARY

    Christian W. Hancock      .20 hrs    361.00 /hr        72.20
    Monica Wilson            .50 hrs    282.00 /hr       141.00
    Melisa P. Palmer         .30 hrs    167.00 /hr        50.10


TOTAL FEES              1.00 hrs              $263.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301060

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $263.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301061

INVOICE #  862978

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301061
     TC # 724324

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|---|---|---|---|---|
| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/23/13 | MSW | Multiple conversations with opposing counsel regarding settlement changes | L160 | .30 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $152.00 |

| 35 | Express Mail/Fedex | | 0.00 |
|---|---|---|---|

BILLING SUMMARY

| Mark S. Wierman | .50 hrs | 304.00 /hr | 152.00 |
|---|---|---|---|

| TOTAL FEES | 0.50 hrs | $152.00 |
|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** | **$152.00** |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301062
Fort Washington, PA 19034

                                                              INVOICE #  862979

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301062
         TC # 721292

PROFESSIONAL SERVICES

01/02/13   JDV   Draft December 2012 status report for      L190      .20 hrs
                 client

01/03/13   JDV   Communications with client regarding       L190      .50 hrs
                 loss mitigation's review of loan workout
                 package

01/09/13   JAM   Conference with J.Vega regarding           L230      .30 hrs
                 strategy of case including loan
                 modification and hearing

01/09/13   JAM   Proof and revise Motion to Dismiss and     L210      .70 hrs
                 prepare service package for counsel of
                 record

01/10/13   JAM   Access and analyze current case Access     L120      .30 hrs
                 online docket and review for recent case
                 activity from court website to review
                 recently docketed pleadings and case
                 activity

01/11/13   JDV   Analysis of January 2013 docket            L120      .10 hrs

01/11/13   JAM   Conference with J.Vega regarding status    L120      .20 hrs
                 of case and Motion to Dismiss

01/18/13   JDV   Follow-up email correspondence with        L190      .20 hrs
                 client regarding status of review by
                 loss mitigation



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
MARCH 27, 2013

0G2013-301062

FED ID NO. 63-0243316

| 01/18/13 | JDV | Communications with M.Kaufman, defendants' attorney, regarding status of review of loan workout package | L190 | .20 hrs |
| 01/22/13 | JDV | Email correspondence with client regarding missing information to complete review loan workout package | L190 | .20 hrs |
| 01/23/13 | JAM | Review emails regarding loan modification application | L160 | .10 hrs |
| 01/31/13 | JDV | Email correspondence with M.Kaufman, defendants' attorney, regarding missing information from loan workout package | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $662.40

01          Copy Charges                                                0.00

BILLING SUMMARY

| Jamie Mathews | 1.60 hrs | 150.00 /hr | 240.00 |
| Jose D. Vega | 1.60 hrs | 264.00 /hr | 422.40 |

TOTAL FEES                3.20 hrs                          $662.40

**TOTAL CHARGES FOR THIS INVOICE**                      **$662.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301062

INVOICE #  866147

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301062
     TC # 721292

PROFESSIONAL SERVICES

| Date | | | | | |
|---|---|---|---|---|---|
| 02/11/13 | JAM | Conference with regarding status of case and loan modification | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $30.00

BILLING SUMMARY

| Name | hrs | rate | amount |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |

TOTAL FEES                 0.20 hrs                    $30.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$30.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301063
Fort Washington, PA 19034

                                                    INVOICE #  862980

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

      Re:  0G2013-301063
           TC # 721359

PROFESSIONAL SERVICES

01/07/13    HHW    Draft and revise update for client      C300      .20 hrs
                   regarding status of case

01/29/13    HHW    Email correspondence with Mr. Ensign    P500      .20 hrs
                   regarding possible resolution of case

01/29/13    HHW    Email correspondence with Ms. Ho        P500      .20 hrs
                   regarding possible resolution of matter


            TOTAL FEES FOR THIS MATTER                      $157.80


BILLING SUMMARY

   Heather Wright          .60 hrs   263.00 /hr      157.80


TOTAL FEES                0.60 hrs            $157.80

**TOTAL CHARGES FOR THIS INVOICE**           **$157.80**

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301063
Fort Washington, PA 19034

INVOICE #  866148

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301063
         TC # 721359

PROFESSIONAL SERVICES

02/01/13   HHW   Draft case status update for client        P500        .20 hrs
                 regarding recent settlement offer


           TOTAL FEES FOR THIS MATTER                                   $52.60


BILLING SUMMARY

    Heather Wright              .20 hrs   263.00 /hr         52.60


TOTAL FEES                      0.20 hrs                    $52.60

**TOTAL CHARGES FOR THIS INVOICE**                         $52.60


            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301064

INVOICE #  862981

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301064
     TC # 725557

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | GEG | Receive and review court mail (closing of case) | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $35.20

BILLING SUMMARY

| Glenn E. Glover | .10 hrs | 352.00 /hr | 35.20 |
|---|---|---|---|

TOTAL FEES                 0.10 hrs               $35.20

**TOTAL CHARGES FOR THIS INVOICE**                 **$35.20**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301065

INVOICE #  862982

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301065
     TC # 728691

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |
| 01/15/13 | JDR | Telephone conference with B.Threlkeld regarding open discovery issues. | L310 | .30 hrs |
| 01/15/13 | JDR | Draft letter to Grant County Court Clerk regarding postponement of motion to dismiss. | L240 | .20 hrs |
| 01/15/13 | JDR | Conference with circuit court clerk regarding motion hearing set for tomorrow. | L240 | .20 hrs |
| 01/15/13 | JDR | Follow up telephone conference with Grant County Circuit Court deputy clerk regarding postponement of motion to dismiss. | L240 | .10 hrs |
| 01/15/13 | JDR | Attempt again to contact B.Threlkeld regarding postponement of motion to dismiss; leave another message. | L240 | .10 hrs |
| 01/15/13 | JDR | Attempt to contact B.Threlkeld regarding motion hearing for tomorrow, leave message with his assistant. | L240 | .10 hrs |
| 01/15/13 | JDR | E-mail to B.Threlkeld regarding motion hearing tomorrow. | L240 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $359.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301065

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | 1.10 hrs | 304.00 /hr | 334.40 |
| P. Max Smith | .10 hrs | 255.00 /hr | 25.50 |

TOTAL FEES                    1.20 hrs                           $359.90

**TOTAL CHARGES FOR THIS INVOICE**                           $359.90

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301065
Fort Washington, PA 19034

                                                          INVOICE #  866149

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301065
         TC # 728691

PROFESSIONAL SERVICES

| 02/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |
|---|---|---|---|---|
| 02/12/13 | JDR | Prepare for hearing on motion to dismiss. | L240 | 5.00 hrs |
| 02/13/13 | JDR | Attend Grant County motion docket and address motion to dismiss with the Court (two times; first with respect to the motion itself and again with respect to the agreed order drafted in the interim. | L240 | 4.10 hrs |
| 02/13/13 | JDR | Work on drafting agreed order to resolve motion to dismiss and related discovery issues. | L240 | 1.50 hrs |
| 02/13/13 | JDR | Lengthy conference with B.Threlkeld regarding pending motion, discovery, and possible resolution of case. | L240 | .60 hrs |
| 02/13/13 | JDR | Work on getting signed agreed order filed with court clerk and copy retrieved. | L240 | .20 hrs |
| 02/13/13 | JDR | Final preparation for arguing motion to dismiss. | L240 | 1.00 hrs |
| 02/15/13 | DRO | Research mobile home perfection requirements under Kentucky law | C300 | 2.20 hrs |
| 02/15/13 | JDR | Review results of research as to whether mobile home is subject to foreclosure. | C200 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301065

FED ID NO. 63-0243316

| 02/15/13 | JDR | Work on determining right to foreclose with respect to mobile home on property. | C200 | .20 hrs |
|---|---|---|---|---|
| 02/15/13 | JDR | Draft and send status update to J.Ho regarding hearing this week, upcoming deposition, and summary judgment deadline. | L190 | .20 hrs |
| 02/15/13 | JDR | Correspondence with B.Threlkeld regarding deposition scheduling. | L310 | .20 hrs |

|  |  |  |
|---|---|---|
| | TOTAL FEES FOR THIS MATTER | $4,473.90 |
| 02/12/13 Copy Charges | | 0.00 |
| 02/15/13 Computerized Legal Research-Westlaw Westlaw User: OSBORNE,DANIEL R | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | 13.20 hrs | 304.00 /hr | 4,012.80 |
| P. Max Smith | .10 hrs | 255.00 /hr | 25.50 |
| Daniel R. Osborne | 2.20 hrs | 198.00 /hr | 435.60 |

| | | |
|---|---|---|
| TOTAL FEES | 15.50 hrs | $4,473.90 |

**TOTAL CHARGES FOR THIS INVOICE**          **$4,473.90**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301066
Fort Washington, PA 19034

                                                    INVOICE #   862983

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301066
          TC # 724827

UPROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | JAM | Review and follow up on status of execution and docketing of Agreed Final Judgment of Foreclosure | L210 | .40 hrs |
| 01/09/13 | RPR | Update case status | B110 | .20 hrs |
| 01/10/13 | RPR | Exchange phone calls with with client regarding notice of foreclosure ads | L120 | .30 hrs |
| 01/10/13 | RPR | Exchange e-mails with client regarding notice of foreclosure advertising costs | L120 | .30 hrs |
| 01/10/13 | RPR | Review multiple notices from Court regarding advertising costs | L650 | .30 hrs |

               TOTAL FEES FOR THIS MATTER                $306.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Ryan Robichaux | 1.10 hrs | 224.00 /hr | 246.40 |

| | | |
|---|---|---|
| TOTAL FEES | 1.50 hrs | $306.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$306.40** |

               ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                           0G2013-301066
Fort Washington, PA 19034

INVOICE #  866150

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301066
     TC # 724827

PROFESSIONAL SERVICES

| 02/06/13 | RPR | Review certificate of title received from court | B110 | .20 hrs |
| 02/06/13 | RPR | Email with client regarding certificate of title | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $89.60

BILLING SUMMARY

| Ryan Robichaux | .40 hrs | 224.00 /hr | 89.60 |

| TOTAL FEES | 0.40 hrs | $89.60 |

**TOTAL CHARGES FOR THIS INVOICE**                           **$89.60**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301067

INVOICE #  862984

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301067
     TC # 726034

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JDV | Email correspondence with client regarding delivery of keys to point of contact | L190 | .20 hrs |
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/02/13 | JAM | Review emails regarding occupancy of house | L160 | .10 hrs |
| 01/04/13 | JDV | Communications with client regarding status of appraisal | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $173.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .10 hrs | 150.00 /hr | 15.00 |
| Jose D. Vega | .60 hrs | 264.00 /hr | 158.40 |

| | | |
|---|---|---|
| TOTAL FEES | 0.70 hrs | $173.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$173.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301067
Fort Washington, PA 19034

                                                              INVOICE #  866151

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301067
         TC # 726034

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | JAM | Pull Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/05/13 | JDV | Telephone conversation with J.Nix, plaintiff's attorney, regarding plaintiff's review of alternative language in proposed order | L190 | .30 hrs |
| 02/05/13 | JDV | Email correspondence with client regarding completion of appraisal | L190 | .20 hrs |
| 02/05/13 | JDV | Analysis of February 2013 dockets for nuisance and foreclosure cases | L120 | .20 hrs |
| 02/05/13 | JDV | Draft January 2013 status report for client | L190 | .10 hrs |
| 02/07/13 | JDV | Telephone conversation with client regarding appraisal of property and litigation strategy | L190 | .30 hrs |
| 02/14/13 | JDV | Email correspondence with client regarding difficulties of second vendor to appraise property | L190 | .20 hrs |

                TOTAL FEES FOR THIS MATTER              $373.20



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301067

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Jose D. Vega | 1.30 hrs | 264.00 /hr | 343.20 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.50 hrs | | $373.20 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$373.20**

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301068
Fort Washington, PA 19034

INVOICE #  862985

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301068
     TC # 728470

PROFESSIONAL SERVICES

| 01/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |
| 01/07/13 | JDR | E-mail to J.Ho regarding financial package form. | P500 | .10 hrs |
| 01/07/13 | JDR | Leave voicemail with R.Hutchins requesting a return call, follow up with an e-mail to R.Hutchins. | P500 | .30 hrs |
| 01/08/13 | JDR | E-mail to R.Hutchins regarding financial package and HAMP guidelines. | P500 | .20 hrs |
| 01/08/13 | JDR | Telephone conference with R.Hutchins regarding submission of financial package. | P500 | .20 hrs |
| 01/08/13 | JDR | Telephone conference with J.Ho regarding possibility of submission of additional financial package. | P500 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $329.50

BILLING SUMMARY

| Jonathan Rose | 1.00 hrs | 304.00 /hr | 304.00 |
| P. Max Smith | .10 hrs | 255.00 /hr | 25.50 |

| TOTAL FEES | 1.10 hrs | | $329.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301068

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $329.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301068

INVOICE #  866152

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301068
     TC # 728470

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .20 hrs |
| 02/15/13 | JDR | Listen to voicemail from R.Hutchins and have conference with R.Hutchins regarding faxing loan modification papers. | P500 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $119.70

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jonathan Rose | .20 hrs | 304.00 /hr | 60.80 |
| P. Max Smith | .10 hrs | 255.00 /hr | 25.50 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES              0.50 hrs              $119.70

**TOTAL CHARGES FOR THIS INVOICE**            $119.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  MARCH 27, 2013
1100 Virginia Drive                                     0G2013-301069
Fort Washington, PA 19034

                                                        INVOICE #  862986

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301069
          TC # 720905 .

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/02/13 | JAM | Investigate and follow up on status of proposed order forwarded to Judge Lazarus | L250 | .40 hrs |
| 01/08/13 | RV | Review court docket and case file for current status and determination of next steps | L120 | .10 hrs |
| 01/08/13 | RV | Review Order issued by Judge Lazarus on 12/21/2012 regarding counterclaims | L120 | .10 hrs |
| 01/08/13 | RV | Email exchange with M.Gonzalez regarding the status of the short-sale application | L120 | .30 hrs |
| 01/08/13 | RV | Draft memorandum to G.Albright regarding dismissal of the borrower's counterclaims as well as status update regarding the borrower's short-sale application | L120 | .20 hrs |
| 01/08/13 | RV | Phone call to G.Albright regarding closing of file in light of ongoing short-sale application and dismissal of counterclaims | L120 | .10 hrs |
| 01/09/13 | RV | Email exchange with G.Albright regarding closure of case in light of outstanding loss mitigation issues | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301069

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/09/13 | RV | Draft memorandum to G.Albright regarding closing of the file with regard to outstanding short-sale application and borrower's concerns over loss mitigation process and potential for new litigation | L120 | .20 hrs |
| 01/09/13 | JAM | Email to Florida Access regarding issue with e-filing of Notice of Cancellation of Hearing | L230 | .20 hrs |
| 01/16/13 | RV | Email exchange with G.Albright and M.Gonzalez regarding loss mitigation communications through Equator | L120 | .30 hrs |
| 01/22/13 | RV | Draft memorandum to G.Albright regarding communications from M.Gonzalez requesting status updates on the short-sale application as well as inquiring as to completeness of package and publication requirements | L120 | .20 hrs |
| 01/22/13 | RV | Email exchange with M.Gonzalez regarding status of short-sale application and need for new BPO | L120 | .30 hrs |
| 01/23/13 | RV | Review correspondence from C.Simpson and vendor regarding interior valuation and lack of response from D.Ginsburg | L120 | .20 hrs |
| 01/23/13 | RV | Draft memorandum to G.Albright regarding interior valuation in order to process short-sale | L120 | .10 hrs |
| 01/23/13 | RV | Email exchange with C.Simpson regarding contact information for M.Gonzalez for use with contact for interior valuation in order to process short-sale, as well as equator system, and relationship | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

among the parties to the short-sale contract

| 01/23/13 | RV | Draft memorandum to P.Stokes regarding contact information per C.Simpson's email for use with contact for interior valuation in order to process short-sale | L120 | .10 hrs |

| 01/23/13 | RV | Review correspondence from P.Stokes regarding using M.Gonzalez's contact information in order to process short-sale as quickly as possible | L120 | .10 hrs |

| 01/24/13 | RV | Phone conference with opposing counsel's office regarding making the property available to conduct interior evaluation | L120 | .20 hrs |

| 01/30/13 | RV | Draft email to M.Gonzalez requesting status update on valuation that was supposed to take place last week | L120 | .10 hrs |

| 01/30/13 | RV | Email exchange with M.Gonzalez regarding correspondence as to short-sale and status as to remaining steps to complete short-sale | L120 | .30 hrs |

| 01/31/13 | RV | Review correspondence from G.Albright as to missing file documents | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $904.00

EXPENSES

07       Filing Fees                                              6.11



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0G2013-301069

**FED ID NO. 63-0243316**

TOTAL COSTS FOR THIS MATTER                    $6.11

BILLING SUMMARY

    Jamie Mathews            .60 hrs   150.00 /hr        90.00
    Richard Vann            3.70 hrs   220.00 /hr       814.00


TOTAL FEES               4.30 hrs                    $904.00

TOTAL EXPENSES                                         $6.11

**TOTAL CHARGES FOR THIS INVOICE**                  **$910.11**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301069
Fort Washington, PA 19034

                                                           INVOICE #  866153

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301069
         TC # 720905

PROFESSIONAL SERVICES

| 02/01/13 | RV | Draft status report for the client re: update on matter | L190 | .20 hrs |
|---|---|---|---|---|
| 02/04/13 | RV | Review and analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 02/04/13 | ERP | Retrieve and review docket | L120 | .20 hrs |
| 02/05/13 | RV | Email exchange with M.Gonzalez of Hagen and Hagen regarding status of short-sale application in light of BPO meeting a couple of weeks ago | L120 | .20 hrs |
| 02/05/13 | RV | Draft memorandum to G.Albright regarding status of short-sale application in light of BPO meeting a couple of weeks ago | L120 | .10 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .30 hrs |
| 02/06/13 | RV | Email exchange with M.Gonzalez regarding why short-sale application is still not processed | L120 | .30 hrs |
| 02/15/13 | RV | Review correspondence from C.Simpson regarding inadequate offer in light of BPO | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301069

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/15/13 | RV | Email exchange with C.Simpson regarding counter-offer and expired documents in loss mitigation package | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                     $367.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .50 hrs | 163.00 /hr | 81.50 |
| Richard Vann | 1.30 hrs | 220.00 /hr | 286.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.80 hrs | $367.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$367.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301070

INVOICE #  862987

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301070
     TC # 716025

PROFESSIONAL SERVICES

| 01/17/13 | MST | Review of documents regarding status of case, prepare closing memo and forward to attorney for review | L110 | .50 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                          $79.00

BILLING SUMMARY

| Melanie Thompson | .50 hrs | 158.00 /hr | 79.00 |
|---|---|---|---|

| TOTAL FEES | 0.50 hrs | | $79.00 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                  **$79.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301071

INVOICE #  862988

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301071
      TC # 733867

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
| 01/23/13 | MST | Receive notification of certified mail delivery to plaintiff regarding reply to plaintiffs response to motion to dismiss and update pleadings file regarding same | L110 | .20 hrs |
| 01/29/13 | KSA | Review docket for pleadings and deadlines | L120 | .20 hrs |
| 01/29/13 | KSA | Email correspondence with court regarding February 20th hearing | L120 | .20 hrs |
| 01/31/13 | KSA | Review scheduling order and requirements for parties' report and pretrial order | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $246.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .20 hrs | 158.00 /hr | 31.60 |
| Keith S. Anderson | .80 hrs | 268.00 /hr | 214.40 |

TOTAL FEES                    1.00 hrs                $246.00

**TOTAL CHARGES FOR THIS INVOICE**              $246.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301071

INVOICE #  866154

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301071
     TC # 733867

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | KSA | Provide status report to client re: case developments | L120 | .10 hrs |
| 02/07/13 | ERP | Compile all pleadings to submit to Judge as a courtesy copy | L120 | 1.10 hrs |
| 02/07/13 | ERP | Draft letter to Judge Atlas enclosing courtesy copies | L120 | .20 hrs |
| 02/07/13 | KSA | Edit parties' planning report | L210 | .80 hrs |
| 02/07/13 | SPM | Draft joint discovery and case management plan under Federal Rule of Civil Procedure 26(f) | L210 | 1.20 hrs |
| 02/08/13 | KSA | Telephone discussions with plaintiff's counsel regarding parties planning report | L210 | .20 hrs |
| 02/13/13 | MST | Finalize Joint Discovery Plan and prepare for filing and service | L210 | .40 hrs |
| 02/14/13 | MST | Obtain current docket sheet and organize numerous pleadings and proof of service regarding same in preparation of hearing notebook | L140 | 2.20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,155.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301071

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 2.60 hrs | 158.00 /hr | 410.80 |
| Emily R. Powell | 1.30 hrs | 163.00 /hr | 211.90 |
| Keith S. Anderson | 1.10 hrs | 268.00 /hr | 294.80 |
| Spencer Mobley | 1.20 hrs | 198.00 /hr | 237.60 |

TOTAL FEES                6.20 hrs                    $1,155.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,155.10**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2013-301072
Fort Washington, PA 19034

                                                INVOICE #  862989

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301072
     TC # 720411

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/04/13 | MW | Draft status update to client regarding pending resolution of outstanding question | C300 | .10 hrs |
| 01/15/13 | MW | Correspondence with G.Albright regarding update on litigation and strategy moving forward | C300 | .30 hrs |

              TOTAL FEES FOR THIS MATTER                 $112.80

<u>BILLING SUMMARY</u>

   Monica Wilson          .40 hrs   282.00 /hr      112.80

TOTAL FEES              0.40 hrs                   $112.80

**TOTAL CHARGES FOR THIS INVOICE**                 **$112.80**

              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301073

INVOICE #  862990

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301073
     TC # 718205

PROFESSIONAL SERVICES

01/02/13  NSR  Draft status report for client          L120      .10 hrs


          TOTAL FEES FOR THIS MATTER                      $28.20


BILLING SUMMARY

   Nader Raja                .10 hrs   282.00 /hr        28.20


TOTAL FEES                  0.10 hrs                    $28.20

**TOTAL CHARGES FOR THIS INVOICE**                     $28.20

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301073

INVOICE #  866155

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301073
TC # 718205

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | NSR | Provide status update to client | L120 | .10 hrs |
| 03/04/13 | NSR | Analyze docket and draft status report for client | L120 | .10 hrs |
| 03/15/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 04/01/13 | NSR | Review recent pleadings and docket report and draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $154.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Nader Raja | .30 hrs | 282.00 /hr | 84.60 |

TOTAL FEES                    0.50 hrs              $154.20

**TOTAL CHARGES FOR THIS INVOICE**              **$154.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301074

INVOICE #  862991

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301074
     TC # 714543

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/04/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/08/13 | RV | Review court docket and case file for current status and determination of next steps | L120 | .10 hrs |
| 01/09/13 | RV | Email exchange with J.Ho regarding status of case and setting hearing on motion to strike | L120 | .20 hrs |
| 01/09/13 | RV | Review and analyze pleadings, affirmative defenses, and pending motion prior to conference call with opposing counsel regarding case posture, past procedure, possible resolutions, and setting hearing on motion to strike | L120 | .40 hrs |
| 01/09/13 | RV | Phone conference with J.Fogarty, opposing counsel, regarding case posture, past procedure, possible quick resolutions, and setting hearing on motion to strike in Volusia County | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301074

FED ID NO. 63-0243316

| 01/09/13 | RV | Research local rules of procedure as to hearings on motions to strike | L120 | .20 hrs |
|---|---|---|---|---|
| 01/09/13 | RV | Draft memorandum to J.Ho regarding conference call with opposing counsel, J.Fogarty, related to case posture, possible resolutions, and hearing set on the client's motion to strike affirmative defenses | L120 | .20 hrs |
| 01/09/13 | AHC | Coordinate date for hearing on Motion to Strike Affirmative Defenses and prepare Notice of Hearing on same and correspondence to opposing counsel regarding same | L240 | 1.20 hrs |
| 01/21/13 | RV | Draft follow up email to opposing counsel, J.Fogarty, regarding his contact with B.Reed as to possible settlement | L120 | .10 hrs |
| 01/22/13 | RV | Review correspondence from J.Fogarty regarding lack of communication with B.Reed | L120 | .10 hrs |
| 01/22/13 | JAM | Conference with R.Vann regarding status of litigation | L120 | .20 hrs |
| 01/24/13 | RV | Email exchange with opposing counsel, J.Fogarty, regarding borrower's denial of desire to discuss settlement and hearing on March 15 | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $726.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301074

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | 1.20 hrs | 158.00 /hr | 189.60 |
| Jamie Mathews | .50 hrs | 150.00 /hr | 75.00 |
| Richard Vann | 2.10 hrs | 220.00 /hr | 462.00 |

TOTAL FEES                    3.80 hrs                              $726.60

**TOTAL CHARGES FOR THIS INVOICE**                          **$726.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2013-301075
Fort Washington, PA 19034

                                                            INVOICE #  862992

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301075
         TC # 707288

PROFESSIONAL SERVICES

| 01/02/13 | RV | Draft proposed Order of Final Judgment as to cross-claim against S.Wendt | L120 | .30 hrs |
|---|---|---|---|---|
| 01/02/13 | RV | Draft motion for Final Judgment on default of S.Wendt | L120 | .70 hrs |
| 01/02/13 | RV | Research Florida rules of procedure as well as Florida case law on final judgments and default judgments | L120 | .70 hrs |
| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/04/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/08/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 01/08/13 | RV | Review court docket and case file for current status and determination of next steps | L120 | .10 hrs |
| 01/18/13 | ERP | Review and finalize Defendant GMAC's Motion for Final Judgment | L120 | 1.40 hrs |
| 01/18/13 | CWH | Review and revise request for final default judgment | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301075

FED ID NO. 63-0243316

| 01/18/13 | RV | Final revisions to Motion for Final Judgment on Default against S.Wendt and proposed order for judge to sign per suggestions from C.Hancock | L430 | .40 hrs |
|---|---|---|---|---|
| 01/18/13 | RV | Review motion for final judgment on default and proposed order prior to filing | L430 | .10 hrs |
| 01/21/13 | RV | Draft memorandum to L.Delehey as to case status, recent filing for final judgment as to GMAC's cross-claim for indemnity, possible resolution with plaintiff East Coast, and setting up a call to discuss this matter in detail | L120 | .20 hrs |
| 01/23/13 | RV | Review and analyze pleadings, balboa insurance correspondence and notes, and personal notes in to prepare for conference with the client on case status and posture | L120 | .30 hrs |
| 01/23/13 | RV | Phone call as well as email to L.Delehey regarding conference to discuss case status | L120 | .10 hrs |
| 01/24/13 | RV | Phone conference with L.Delehey discussing case posture, procedural history, insurance claim history, bankruptcy status and effect, and reaching out to opposing counsel and nationwide insurance as to possibility of speedy resolution | L120 | .50 hrs |
| 01/24/13 | RV | Review insurance correspondence records of client, Balboa Insurance, and Nationwide Insurance | L120 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301075

FED ID NO. 63-0243316

| 01/24/13 | RV | Phone conference with B.Dickinson of Nationwide Insurance as to history of claim, reason for adding East Coast Appraisers as additional payee to benefit check, and steps to be taken to release funds to borrower and servicer only | L120 | .30 hrs |
| 01/24/13 | RV | Draft follow up email to B.Dickinson of Nationwide Insurance as to benefit check | L120 | .10 hrs |
| 01/24/13 | RV | Phone call to opposing counsel's law office | L120 | .10 hrs |
| 01/25/13 | RV | Draft memorandum to L.Delehey with notes from conference with B.Dickinson of Nationwide Insurance regarding the outstanding benefit check as well as opposing counsel G.Widom | L120 | .20 hrs |
| 01/30/13 | RV | Review correspondence from Judge Wendell Graham's chambers regarding the client's motion for final judgment on default | L120 | .20 hrs |
| 01/30/13 | RV | Phone conferences with Laurel from Judge Wendell Graham's chambers regarding setting the hearing the client's motion for final judgment on default and seeking approval to appear telephonically | L120 | .40 hrs |
| 01/31/13 | RV | Review, analyze, and revise notice of hearing, motion to appear telephonically, proposed order on GMAC's motion for final judgment on default, notice of appearance of R.Vann, letter to Judge Graham, and letter to Miami-Dade clerk of court prior to filing | L120 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301075

FED ID NO. 63-0243316

| 01/31/13 | JAM | Telephone calls to Judge Graham's Judicial Assistant regarding hearing on February 19, 2013 | L230 | .20 hrs |
|---|---|---|---|---|
| 01/31/13 | JAM | Draft Notice of Hearing on GMAC's Motion for Final Judgment on Default Against Sheila Wendt | L210 | .30 hrs |
| 01/31/13 | JAM | Draft Motion to Appear Telephonically at February 19, 2013 hearing on Motion for Final Judgment on Default | L210 | .30 hrs |
| 01/31/13 | JAM | Draft proposed order on Motion to Appear Telephonically | L210 | .20 hrs |
| 01/31/13 | JAM | Draft Notice of Appearance of R.Vann on behalf of GMAC | L210 | .20 hrs |
| 01/31/13 | JAM | Draft correspondence to Clerk enclosing Notice of Hearing, Notice of Appearance, and Motion to Appear Telephonically for docketing | L210 | .30 hrs |
| 01/31/13 | JAM | Draft email service of pleadings to counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 01/31/13 | JAM | Prepare conformed copies of proposed order and pre-addressed and stamped envelopes for clerk's use regarding proposed order, pursuant to court procedures | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $1,886.20

01        Copy Charges                                              0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0G2013-301075

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Jamie Mathews | 2.40 hrs | 150.00 /hr | 360.00 |
| Emily R. Powell | 1.40 hrs | 163.00 /hr | 228.20 |
| Richard Vann | 5.50 hrs | 220.00 /hr | 1,210.00 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                9.60 hrs                        $1,886.20

**TOTAL CHARGES FOR THIS INVOICE**                        $1,886.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2013-301075
Fort Washington, PA 19034

                                                            INVOICE #  866156

                                                            FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301075
         TC # 707288

PROFESSIONAL SERVICES

02/01/13   RV    Draft memorandum to client relative to      L120      .10 hrs
                 status of foreclosure file

02/01/13   RV    Draft status report for January 2013 for    L190      .20 hrs
                 the client

02/04/13   RV    Review and analyze court docket             L120      .10 hrs
                 information for recent filing activity
                 and current status of the case

02/05/13   RV    Email exchange with law office of Kass      L120      .30 hrs
                 Schuler as to status of their
                 foreclosure action against S.Wendt

02/05/13   ERP   Review client documents for property        L120      .50 hrs
                 value and unpaid principle balance

02/08/13   RV    Draft memorandum to L.Delehey with          L120      .10 hrs
                 status update on foreclosure action
                 handled by Kass Schuler

02/08/13   RV    Review correspondence from Kass Schuler     L120      .10 hrs
                 with no status update on foreclosure
                 action

02/08/13   RV    Email exchange with Kass Schuler            L120      .20 hrs
                 regarding co-counsel in foreclosure
                 action

02/08/13   RV    Review docket information in foreclosure    L120      .10 hrs
                 action against S.Wendt



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/08/13 | MPE | Research public records and dockets for information on status of foreclosure. | L110 | .40 hrs |
| 02/12/13 | MPE | Email correspondence with default counsel to follow up on status of foreclosure case prior to our Hearing on the Motion for Default. | L110 | .20 hrs |
| 02/12/13 | RV | Phone conference with bailiff in Judge Graham's chambers regarding motion to appear telephonically and instructions for calling in on day of hearing | L120 | .20 hrs |
| 02/12/13 | RV | Review court docketing information for order on outstanding motion to appear telephonically | L120 | .10 hrs |
| 02/12/13 | JAM | Access online docket and review for recent case activity to follow up on Motion to Appear Telephonically at February 19, 2013 hearing | L230 | .20 hrs |
| 02/13/13 | ERP | Retrieve and initial review of docket regarding status | L120 | .20 hrs |
| 02/15/13 | RV | Email exchange with T.Wilhite and Kass Shuler regarding their progress with the foreclosure action | L120 | .30 hrs |
| 02/15/13 | MPE | Email correspondence with default counsel in an effort to get a status update on the foreclosure case. | L110 | .20 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

| 02/19/13 | RV | Phone conference with Judge Graham's chambers regarding resetting hearing on Motion for Final Judgment on Default | L120 | .20 hrs |
| 02/19/13 | RV | Revise notice of hearing to be filed and served | L430 | .10 hrs |
| 02/19/13 | MPE | Email correspondence with default counsel to determine status of foreclosure case and why the Motion for Summary Judgment from January, 2012 has not been set for hearing. | L110 | .20 hrs |
| 02/19/13 | MPE | Research docket to determine status. | L110 | .10 hrs |
| 02/19/13 | RV | Review correspondence from T.Wilhite regarding foreclosure action | L120 | .30 hrs |
| 02/20/13 | ERP | Final review of Notice of Hearing on GMAC Mortgage, LLC's Motion for Final Judgment on Default Against Sheila Wendt in preparation of filing with Miami-Dade County Circuit Court | L120 | .40 hrs |
| 02/20/13 | ERP | Draft letter to S.Wendt enclosing Notice of Hearing | L120 | .20 hrs |
| 03/04/13 | RV | Analyze pleadings, correspondence, and court docket information for hearing on Motion for Final Judgment on Default against S.Wendt | L120 | 1.80 hrs |
| 03/04/13 | ERP | Initial review of docket regarding current status and any upcoming hearing or trial dates | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/04/13 | RV | Draft status report for February 2013 for the client | L190 | .20 hrs |
| 03/05/13 | RV | Telephonic appearance for GMAC's Motion for Final Judgment on Default Against S.Wendt | L450 | .50 hrs |
| 03/05/13 | RV | Draft proposed order on motion for default to submit to Judge Graham | L430 | .20 hrs |
| 03/05/13 | RV | Draft memorandum to L.Delehey regarding hearing and order on motion for default | L120 | .10 hrs |
| 03/05/13 | RV | Review correspondence from L.Delehey regarding hearing and order on motion for default | L120 | .10 hrs |
| 03/05/13 | RV | Draft letter with proposed order on motion for default to Judge Graham | L430 | .30 hrs |
| 03/05/13 | RV | Phone conference with Judge Graham's bailiff regarding submission of Order of final judgment against S.Wendt with package to Judge's chambers | L120 | .20 hrs |
| 03/05/13 | RV | Prepare for hearing on client's motion for final judgment against S.Wendt | L120 | 2.20 hrs |
| 03/07/13 | RV | Phone call to foreclosure counsel, T.Wilhite, regarding the death of S.Wendt | L120 | .10 hrs |
| 03/07/13 | RV | Draft memorandum to T.Wilhite regarding status of the foreclosure action | L120 | .10 hrs |
| 03/07/13 | RV | Phone call to L.Delehey regarding the status of the foreclosure action | L120 | .10 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

| 03/07/13 | RV | Phone conference with S.Helms, daughter of borrower, S.Wendt, regarding her mothers death, description and status of the lawsuit, foreclosure on the home, status of the estate, next steps, nationwide insurance, and pleadings mailed to the borrower's residence | L120 | .50 hrs |
|---|---|---|---|---|
| 03/07/13 | RV | Meeting regarding the death of S.Wendt, status of the lawsuit, foreclosure on the home, and the estate and strategy for disposition | L120 | .20 hrs |
| 03/07/13 | RV | Draft memorandum to L.Delehey regarding the death of the borrower and strategy and next steps | L120 | .10 hrs |
| 03/08/13 | CWH | Analyze East Coast Appraiser's dismissal of their action, and determine if GMAC should cease action against Wendt (deceased) | L120 | .20 hrs |
| 03/08/13 | RV | Phone conference with L.Delehey regarding cross claim defendant's death and strategy for pursuing final judgment as well as strategy for benefit check and closing out the cross-claim | L120 | .20 hrs |
| 03/08/13 | RV | Meetings regarding strategy for resolving dispute over insurance proceeds and next steps in litigation as to cross-claim | L120 | .40 hrs |
| 03/11/13 | RV | Phone call to S.Helms regarding status of action and estate | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    6
APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/11/13 | RV | Phone conference with B.Dickinson regarding East Coast's remaining claim to the insurance benefit and re-issuance of the check in light of estate issues | L120 | .30 hrs |
| 03/11/13 | RV | Draft memorandum to G.Widom, opposing counsel, requesting disclaimer as to insurance benefit | L120 | .10 hrs |
| 03/11/13 | CWH | Analyze issues with Wendt's death, status of the foreclosure suit against Wendt (or her Estate), and East Coast Appraiser's dismissal of their suit and determine how to resolve all pending issues | L120 | .30 hrs |
| 03/11/13 | RV | Meeting regarding recordation of final judgment, strategy for closing out file, foreclosure action issues with the estate, and remaining claims to the benefit proceeds | L120 | .30 hrs |
| 03/11/13 | RV | Draft memorandum to L.Delehey regarding strategy for insurance proceeds and foreclosure action | L120 | .20 hrs |
| 03/11/13 | RV | Meeting regarding recording of judgments in florida and strategy for dropping judgment after recording | L120 | .10 hrs |
| 03/11/13 | RV | Phone call to B.Dickinson of Nationwide Insurance | L120 | .10 hrs |
| 03/11/13 | RV | Review final judgment on default against S.Wendt served by Judge Graham | L120 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

| 03/12/13 | RV | Phone conference with S.Helms, daughter of deceased borrower, regarding status of property, foreclosure action, estate, and East Coast's position after voluntary dismissal | L120 | .40 hrs |
| 03/12/13 | RV | Draft memorandum to S.Helms, daughter of deceased borrower, with Notice of Voluntary Dismissal by Plaintiff East Coast Appraisers | L120 | .10 hrs |
| 03/13/13 | RV | Draft follow up memorandum to G.Widom regarding the plaintiff's position as to the insurance proceeds | L120 | .10 hrs |
| 03/13/13 | RV | Review correspondence from G.Widom regarding the plaintiff's position as to the insurance proceeds | L120 | .10 hrs |
| 03/18/13 | RV | Draft memorandum to L.Delehey regarding insurance check and foreclosure action | L120 | .10 hrs |
| 03/19/13 | RV | Analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 04/01/13 | ERP | Review online docket for recent case activity and review for recently docketed pleadings | L120 | .30 hrs |
| 04/03/13 | RV | Draft memorandum to L.Delehey regarding position on insurance check | L120 | .10 hrs |
| 04/04/13 | RV | Draft status report for March 2013 for the client | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

| 04/08/13 | RV | Review correspondence regarding strategy for claiming insurance funds | L120 | .20 hrs |
| 04/10/13 | RV | Draft memorandum to L.Delehey regarding status | L120 | .30 hrs |
| 04/16/13 | RV | Draft memorandum to L.Delehey regarding nationwide insurance benefit check | L120 | .10 hrs |
| 04/16/13 | RV | Analyze administrative orders from Miami-Dade for compliance with updating service lists, and Senior Judge's Master Calendar | L120 | .20 hrs |
| 04/23/13 | RV | Draft memorandum to L.Delehey regarding file status | L120 | .10 hrs |
| 04/24/13 | RV | Phone call to S.Helms, daughter of borrower, regarding estate for her mother | L120 | .10 hrs |
| 04/24/13 | RV | Review correspondence from L.Delehey regarding conference to discuss strategy | L120 | .10 hrs |
| 04/24/13 | RV | Draft correspondence to S.Helms, daughter of borrower, regarding estate for her mother | L120 | .10 hrs |
| 04/24/13 | AHC | Telephone conference with probate clerk to determine if there is an estate open for S.Wendt | L110 | .30 hrs |
| 04/24/13 | RV | Phone conference with S.Helms and J.Haug, daughters of S.Wendt, regarding insurance benefit check and status of estate fro S.Wendt | L120 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     9
APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

| 04/24/13 | RV | Phone call to B.Dickinson of Nationwide Insurance regarding insurance benefit check and status of reissue of same | L120 | .10 hrs |
|---|---|---|---|---|
| 04/24/13 | RV | Draft memorandum to B.Dickinson of Nationwide Insurance regarding insurance benefit check and reissuing same after dismissal of lawsuit | L120 | .20 hrs |
| 04/24/13 | RV | Multiple conferences with Nationwide Insurance legal and accounting departments regarding benefit check | L120 | .50 hrs |
| 04/24/13 | RV | Phone conference with L.Delehey regarding re issuance of nationwide check, status of foreclosure action, strategy closing out file | L120 | .30 hrs |
| 04/24/13 | RV | Draft memorandum to L.Delehey and N.Campbell regarding insurance check, foreclosure action, East Coast action, communications with Wendt's daughter, and re-issuance of benefit check | L120 | .40 hrs |
| 04/24/13 | RV | Analyze court docket information for foreclosure action as well as other civil action and insurance vendor notes regarding claim history | L120 | .20 hrs |
| 04/25/13 | RV | Phone conference with J.Nguyen from Ocwen regarding strategy for resolution and status of pending foreclosure action | L120 | .30 hrs |
| 04/25/13 | RV | Review correspondence from J.Nguyen regarding strategy and  foreclosure action | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    10
ResCap                                                                                  APRIL 30, 2013

0G2013-301075

FED ID NO. 63-0243316

04/25/13  RV    Review correspondence from J.Nguyen        L120      .10 hrs
                regarding litigation hold on foreclosure
                action

                TOTAL FEES FOR THIS MATTER                       $4,287.20


BILLING SUMMARY

    Christian W. Hancock        .50 hrs    361.00 /hr        180.50
    Alecia H. Cockrell          .30 hrs    158.00 /hr         47.40
    Jamie Mathews               .20 hrs    150.00 /hr         30.00
    Emily R. Powell            1.90 hrs    163.00 /hr        309.70
    Richard Vann              16.00 hrs    220.00 /hr      3,520.00
    Melisa P. Palmer           1.00 hrs    167.00 /hr        167.00
    Melisa P. Palmer            .20 hrs    163.00 /hr         32.60


TOTAL FEES              20.10 hrs                  $4,287.20

**TOTAL CHARGES FOR THIS INVOICE**                $4,287.20

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301076

INVOICE #  862993

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301076
     TC # 721786

PROFESSIONAL SERVICES

| 01/02/13 | AHC | Review court calendar to confirm cancellation of hearing and correspondence to judicial assistant regarding same | L240 | .30 hrs |
| 01/03/13 | JLJ | Strategize regarding hearing and case dismissal | L230 | .20 hrs |

|  |  | TOTAL FEES FOR THIS MATTER |  | $92.20 |

BILLING SUMMARY

| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Jessica L. Jones | .20 hrs | 224.00 /hr | 44.80 |

| TOTAL FEES | 0.50 hrs | | $92.20 |

**TOTAL CHARGES FOR THIS INVOICE** **$92.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301076

INVOICE #  866157

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301076
     TC # 721786

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JAM | Pull Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $30.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |

TOTAL FEES                    0.20 hrs                    $30.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$30.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2013-301077
Fort Washington, PA 19034

                                                           INVOICE #  862994

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301077
         TC # 734856

<u>PROFESSIONAL SERVICES</u>

| 01/01/13 | GEG | Work on final revisions to response to motion to show cause | L120 | .50 hrs |
| 01/02/13 | JW | Draft certificate of service for motion to dismiss and e-mail draft to G.Glover | L120 | .90 hrs |
| 01/03/13 | GEG | Receive and review court mail (denial of plan confirmation) | L120 | .10 hrs |
| 01/08/13 | GEG | Receive and review court mail (two objections to motion to shows cause) | L120 | .20 hrs |
| 01/08/13 | JW | Draft case status on the extranet for December 2012; draft form for initial information regarding the case | L120 | 1.30 hrs |
| 01/11/13 | JW | E-mail secretary about status of mail receipt for motion to dismiss service to plaintiffs; discuss proof of service with G.Glover | L120 | .10 hrs |
| 01/11/13 | JW | Draft proof of service for motion to dismiss to plaintiffs | L120 | 2.20 hrs |
| 01/11/13 | JW | File proof of service for motion to dismiss with the court; mail a copy of proof of service to plaintiffs | L120 | .20 hrs |
| 01/14/13 | JW | E-mail J.Scoliard court filing of Show Cause Motion and our Initial Objection and Response | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301077

FED ID NO. 63-0243316

| 01/14/13 | GEG | Phone conference with J.Scoliard regarding issues with individual defendants in lawsuit | L120 | .20 hrs |
|----------|-----|---|------|---------|
| 01/15/13 | GEG | Receive and review court mail | L120 | .10 hrs |
| 01/16/13 | GEG | Receive and review court mail (notices of hearing in adversary proceeding) | L120 | .10 hrs |
| 01/16/13 | JW | Review and calendar hearing date on motion to dismiss | L120 | .20 hrs |
| 01/18/13 | JW | E-mails to and from G.Glover regarding hearing dates, charts for of documents, research on automatic stay violation claims from a previously filed bankruptcy, and redaction rules and issues | L120 | .40 hrs |
| 01/18/13 | JW | Review documents for chart needed for organizing strategy for hearing on the Show Cause motion and to determine needed documents | L120 | .80 hrs |
| 01/18/13 | JW | Draft a chart for G.Glover regarding documents on file and needed for organizing strategy for the hearing on the Show Cause Motion | L120 | .60 hrs |
| 01/18/13 | JW | Research cases regarding the survival of automatic stay violation claims after dismissal of the bankruptcy case, as well as bankruptcy courts' jurisdiction to hear such claims | L120 | 3.00 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301077

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/18/13 | GEG | Receive and review court mail (notice of hearing on motion to show cause) and e-mails from and to J.Scoliard regarding same | L120 | .20 hrs |
| 01/18/13 | GEG | Work on review of pleadings and loan documents vis-a-vis preparing for upcoming hearing on motion to show cause | L120 | .40 hrs |
| 01/21/13 | GEG | Receive and review court mail (various) | L120 | .10 hrs |
| 01/21/13 | JW | Research stay violation claim when underlying bankruptcy case has been dismissed | L120 | .30 hrs |
| 01/22/13 | JW | Conference call with J.Scoliard and G.Glover regarding needed documents and contacting Pite Duncan | L120 | .30 hrs |
| 01/22/13 | JW | E-mails to and from G.Glover and Pite Duncan regarding conference call | L120 | .10 hrs |
| 01/22/13 | GEG | Prepare for phone conference with J.Scoliard | L120 | .20 hrs |
| 01/22/13 | GEG | Phone conference with J.Scoliard | L120 | .10 hrs |
| 01/22/13 | GEG | E-mails to and from bankruptcy and foreclosure counsel regarding borrower's allegations | L120 | .20 hrs |
| 01/22/13 | GEG | Review various issues associated with upcoming hearings on motions to dismiss and responses to motion for order to show cause | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
MARCH 27, 2013

0G2013-301077

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | GEG | Prepare for phone conference with Pite Duncan attorney | L120 | .20 hrs |
| 01/23/13 | GEG | Phone conference with Pite Duncan attorney regarding foreclosure | L120 | .30 hrs |
| 01/23/13 | GEG | Work on various issues related to upcoming hearing | L120 | .20 hrs |
| 01/23/13 | JW | Conference call with G.Glover and Pite Duncan regarding foreclosure | L120 | .70 hrs |
| 01/24/13 | KAK | Electronically file pro hac vice motions | L210 | .30 hrs |
| 01/24/13 | GEG | E-mails from and to ETS contacts and voice mail to same regarding borrower's allegations | L120 | .20 hrs |
| 01/24/13 | GEG | Receive and review court mail and further analysis of borrower's stay violation claims | L120 | .10 hrs |
| 01/28/13 | GEG | Receive and review court mail and e-mail to E.Jimenez regarding same | L120 | .10 hrs |
| 01/29/13 | JW | Conference call with M.Revalo at ETS Services regarding facts for upcoming hearing | L120 | 1.00 hrs |
| 01/29/13 | JW | Communicate with counsel for other defendants regarding facts for upcoming hearing | L120 | .60 hrs |
| 01/29/13 | GEG | Work on review of various issues at upcoming hearing in Texas and receive report from New York main bankruptcy case hearing on another adversary proceeding | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0G2013-301077

FED ID NO. 63-0243316

| 01/29/13 | GEG | Phone conference with ETS representative regarding facts surrounding case | L120 | .20 hrs |
| 01/29/13 | GEG | Phone conference with co-defendant realty service's attorney regarding facts surrounding case | L120 | .30 hrs |
| 01/29/13 | GEG | E-mails from ETS representative regarding complete copies of various documents | L120 | .20 hrs |
| 01/29/13 | GEG | Receive and review court mail (order continuing hearing and pre-trial conference) | L120 | .10 hrs |
| 01/30/13 | GEG | Review memorandums on conversations with co-defendants from yesterday and stay relief law in 5th Circuit | L120 | .40 hrs |
| 01/30/13 | JW | Discuss travel reservations for hearing in Waco, Texas on February 19, 2013 | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $4,445.40

| 01/08/13 | Copy Charges | 0.00 |
| 01/11/13 | Copy Charges | 0.00 |
| 01/18/13 | Copy Charges | 0.00 |
| 01/22/13 | Copy Charges | 0.00 |
| 01/04/13 | Postage Charges 01/02/2013 | 0.00 |
| 01/18/13 | Computerized Legal Research-Westlaw Westlaw User: WATKINS,JAY | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
MARCH 27, 2013

0G2013-301077

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | 3.60 hrs | 352.00 /hr | 1,267.20 |
| Glenn E. Glover | 1.50 hrs | 335.00 /hr | 502.50 |
| Kimberly A. Kirsch | .30 hrs | 149.00 /hr | 44.70 |
| Jay Watkins | 8.00 hrs | 207.00 /hr | 1,656.00 |
| Jay Watkins | 5.00 hrs | 195.00 /hr | 975.00 |

TOTAL FEES          18.40 hrs                    $4,445.40

**TOTAL CHARGES FOR THIS INVOICE**          **$4,445.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301077

INVOICE #  866158

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301077
     TC # 734856

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | GEG | Review court mail (order to take default) and e-mails from and to counsel for co-defendant regarding upcoming trial | L120 | .10 hrs |
| 02/04/13 | JW | Review docket and update deadlines and hearings | L120 | .10 hrs |
| 02/05/13 | GEG | Preparation for upcoming hearing in Texas | L120 | .40 hrs |
| 02/06/13 | JW | Revise assesment to client | L120 | .80 hrs |
| 02/08/13 | JW | Update status report to client | L120 | .20 hrs |
| 02/08/13 | GEG | Work on various issues relating to upcoming hearing on motion to dismiss and motion to show cause | L120 | .10 hrs |
| 02/14/13 | JW | Review docket and filings regarding telephone appearance at hearing on motion to dismiss | L120 | .10 hrs |
| 02/15/13 | JW | Prepare for hearing regarding motion to dismiss on February 19, 2013 | L120 | 2.30 hrs |
| 02/15/13 | JW | Review file and documents for hearing on February 19, 2013 | L120 | 2.00 hrs |
| 02/15/13 | JW | Conference call with E.Jiminez regarding hearing on February 19, 2013 | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301077

FED ID NO. 63-0243316

| 02/15/13 | JW | Research adequate notice of bankruptcy in relation to willful stay violations and research stay violations imputed on affiliates | L120 | 1.50 hrs |
|---|---|---|---|---|
| 02/15/13 | GEG | Prepare for phone conference with E.Jimenez regarding upcoming hearing on motion to dismiss and motion for order to show cause | L120 | .40 hrs |
| 02/15/13 | GEG | Phone conference with E.Jimenez regarding upcoming hearing on motion to dismiss and motion for order to show cause | L120 | .20 hrs |
| 02/15/13 | GEG | Preparation for upcoming hearing on motion to dismiss and motion for order to show cause | L120 | .10 hrs |
| 02/15/13 | GEG | Preparation for hearing next Tuesday on motion to dismiss and motion for order to show cause | L120 | .30 hrs |
| 02/16/13 | JW | Research adequate notice of bankruptcy in relation to willful stay violations and research stay violations imputed on affiliates | L120 | .40 hrs |
| 02/18/13 | JW | Research adequate notice of bankruptcy in relation to willful stay violations and research stay violations imputed on affiliates | L120 | 3.50 hrs |
| 02/18/13 | JW | Prepare for hearing on February 19, 2013 in Waco, Texas | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
ResCap                                                                     APRIL 30, 2013

0G2013-301077

FED ID NO. 63-0243316

---

| 02/18/13 | GEG | Prepare for hearing tomorrow on motion to dismiss complaint and motion to for order to show caused filed by debtors | L120 | 1.60 hrs |
|---|---|---|---|---|
| 02/18/13 | GEG | Receive account history from J.Scoliard and review same | L120 | .30 hrs |
| 02/19/13 | GEG | Prepare for hearing on motion to dismiss and debtors' motion to for order to show cause on stay violation count | L120 | 4.00 hrs |
| 02/19/13 | GEG | Attend hearing on motion to dismiss debtor's complaint and debtors' motion for order to show cause on stay violation count | L120 | 1.50 hrs |
| 02/19/13 | GEG | Work on various issues regarding the various oral rulings of the Court at hearing on motion to dismiss complaint and debtors' motion for order to show cause | L120 | 2.50 hrs |
| 02/19/13 | JW | Plan and prepare for hearing on motion to dismiss and Show Cause Motion | L120 | 15.60 hrs |
| 02/19/13 | JW | Attend hearing in Waco, Texas regarding motion to dismiss and Show Cause Motion | L120 | 1.00 hrs |
| 02/20/13 | JW | Review orders from hearing and notes from hearing on motion to dismiss | L120 | .80 hrs |
| 02/20/13 | GEG | Draft orders granting in part and denying in part GMAC's motion to dismiss | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0G2013-301077

FED ID NO. 63-0243316

| 02/20/13 | GEG | Work on revisions to orders and enclosure letter to Judge regarding confusion in oral orders at hearing yesterday | L120 | .30 hrs |
|---|---|---|---|---|
| 02/21/13 | JW | Review order regarding motion to dismiss | L120 | .40 hrs |
| 02/21/13 | GEG | E-mail memorandum to J.Scoliard regarding results of hearing on Tuesday and order just now entered | L120 | .20 hrs |
| 02/21/13 | GEG | E-mails from and to J.Scoliard regarding whether case is now an "estate case" and effect on still-pending New York adversary proceeding | L120 | .10 hrs |
| 02/22/13 | GEG | Review court mail  and e-mails from and to J.Scoliard regarding results of hearing | L120 | .10 hrs |
| 02/22/13 | JW | Review new filings on the docket | L120 | .10 hrs |
| 02/25/13 | GEG | Order on debtors' motion for an order to show cause | L120 | .10 hrs |
| 02/25/13 | JW | Review order regarding show cause motion | L120 | .20 hrs |
| 03/04/13 | JW | Draft status report for February 2013 | L120 | .20 hrs |
| 03/08/13 | JW | Review last order and docket for recent filings | L120 | .10 hrs |
| 03/13/13 | JW | Revise proposed order regarding Count One of the Motion to Dismiss and upload for the court | L120 | .70 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    5
APRIL 30, 2013

0G2013-301077

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 03/19/13 | JW | Communicate with clerk in the Bankruptcy Court for the Western District of Texas regarding proposed order to dismiss Count One | L120 | .30 hrs |
| 03/21/13 | MPE | Review case to assist with joint defense and common interest agreement. | L110 | .60 hrs |
| 03/22/13 | JW | Review order dismissing Count One | L120 | .10 hrs |
| 04/02/13 | JW | Draft updated case status | L120 | .10 hrs |
| 04/08/13 | GEG | Work on issues relating to delay in judge's expected dismissal order in New York case and receive and review court mail (order dismissing New York case) | L120 | .40 hrs |
| 04/09/13 | GEG | Work on various issues vis-a-vis closing Texas file | L120 | .50 hrs |
| 04/09/13 | GEG | Review court mail (order of final dismissal and notices, etc.) in New York action and e-mail to J.Scoliard regarding same | L120 | .30 hrs |
| 04/09/13 | JW | Review final order and docket for closing file | L120 | .10 hrs |
| 04/15/13 | JW | Review status of case and update taxonomy and opposing counsel | L120 | .50 hrs |
| 04/16/13 | JW | Monthly status call with J.Scoliard | L120 | .10 hrs |
| 04/16/13 | GEG | Phone conference with J.Scoliard regarding status of order becoming non-appealable on 4/23 | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
APRIL 30, 2013

0G2013-301077

FED ID NO. 63-0243316

04/26/13   GEG   Work on file closing memorandums on both    L120      .30 hrs
                actions

          TOTAL FEES FOR THIS MATTER                         $10,777.00

<u>EXPENSES</u>

02/20/13  Travel Expense - JAY WATKINS PARKING FOR                      5.00
          HEARING 2/19/13
          Bank ID: GENR Check Number: 107047
03/07/13  Certificate of Good Standing - CLERK, U.S.                   18.00
          DISTRICT COURT J WATKINS CERTIFICATE OF GOOD
          STANDING 3/7/13
          Bank ID: GENR Check Number: 107841

          TOTAL COSTS FOR THIS MATTER                         $23.00

<u>BILLING SUMMARY</u>

   Glenn E. Glover        14.30 hrs   352.00 /hr     5,033.60
   Jay Watkins            17.60 hrs   207.00 /hr     3,643.20
   Jay Watkins            15.60 hrs   128.21 /hr     2,000.00
   Melisa P. Palmer         .60 hrs   167.00 /hr       100.20

TOTAL FEES               48.10 hrs               $10,777.00

TOTAL EXPENSES                                       $23.00

**TOTAL CHARGES FOR THIS INVOICE**               **$10,800.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301078

INVOICE #  862995

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301078
     TC # 713910

PROFESSIONAL SERVICES

01/02/13  phn  Draft status report for client          L190      .20 hrs

          TOTAL FEES FOR THIS MATTER                         $46.60

BILLING SUMMARY

   Preston H. Neel          .20 hrs   233.00 /hr        46.60

TOTAL FEES                 0.20 hrs                    $46.60

TOTAL CHARGES FOR THIS INVOICE                        $46.60

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301078
Fort Washington, PA 19034

                                                           INVOICE #  866159

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301078
         TC # 713910

PROFESSIONAL SERVICES

    02/01/13   phn   Draft status report for client           L190      .20 hrs

    02/04/13   phn   Review and analysis of Fidelity's email   L120      .20 hrs
                     regarding assistance with the claims

    02/17/13   MPE   Review of case to confirm assignment to   L110      .10 hrs
                     the estate.

    02/21/13   phn   Email exchange and phone call with John   L120      .70 hrs
                     Hall at Fidelity regarding standing
                     documents for loan in reference to title
                     claim

    02/21/13   phn   Email to R.Meeker requesting permission   L120      .20 hrs
                     to share files with John Hall at
                     Fidelity regarding title claim

    03/01/13   phn   Draft status report for client           L190      .20 hrs

    03/13/13   phn   Update financial services bankruptcy      L120      .10 hrs
                     chart for Ocwen case managers

    03/14/13   phn   Revise and edit financial services        L120      .10 hrs
                     database regarding case style,
                     represented parties, and parties where
                     BABC has appeared

    04/22/13   phn   Review and analysis facts surrounding     L120      .40 hrs
                     bankruptcy pleadings to ascertain
                     applicability of revised GMAC's
                     bankruptcy notice



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301078

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                          $506.00

BILLING SUMMARY

   Preston H. Neel              2.10 hrs    233.00 /hr        489.30
   Melisa P. Palmer              .10 hrs    167.00 /hr         16.70

TOTAL FEES                      2.20 hrs                    $506.00

**TOTAL CHARGES FOR THIS INVOICE**                          **$506.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         MARCH 27, 2013
1100 Virginia Drive                                           0G2013-301079
Fort Washington, PA 19034

INVOICE #  862996

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301079
     TC # 716915

PROFESSIONAL SERVICES

| 01/02/13 | LADA | Draft and finalize memorandum regarding resolution of matter | L190 | .60 hrs |
| 01/02/13 | CSM | Drafted case status report | B110 | .10 hrs |
| 01/02/13 | CSM | Draft closing memorandum | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $184.80

BILLING SUMMARY

| Cory S. Menees | .30 hrs | 300.00 /hr | 90.00 |
| Lucinda Kish | .60 hrs | 158.00 /hr | 94.80 |

| TOTAL FEES | 0.90 hrs | | $184.80 |

**TOTAL CHARGES FOR THIS INVOICE**                       **$184.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301080

INVOICE #  862997

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301080
     TC # 717291

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/04/13 | JDV | Communications with client regarding closing of file | L190 | .20 hrs |
| 01/07/13 | JAM | Prepare Closing File Memorandum, analyze claims for taxonomy and entry into database regarding opposing counsel | L190 | .30 hrs |
| 01/10/13 | JAM | Review email notification from Court regarding Notice of Hearing on Motion for Summary Judgment | L210 | .10 hrs |
| 01/14/13 | JAM | Telephone call to Albertelli to confirm coverage of Summary Judgment of Foreclosure hearing on January 14, 2013 | L230 | .20 hrs |
| 01/30/13 | JDV | Review Final Disposition Form | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $195.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .60 hrs | 150.00 /hr | 90.00 |
| Jose D. Vega | .40 hrs | 264.00 /hr | 105.60 |

TOTAL FEES            1.00 hrs            $195.60



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301080

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $195.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301081
Fort Washington, PA 19034

                                                               INVOICE #  862998

                                                               FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301081
          TC # 721136

     PROFESSIONAL SERVICES

     01/02/13   JDV   Analysis of Mandate from District Court    L510      .20 hrs
                      of Appeal of Florida First District

     01/02/13   AHC   Review docket and draft status report      L190      .30 hrs
                      for attorney review and catalog
                      information on comprehensive tracking
                      chart

     01/02/13   AHC   Draft memorandum regarding final           L190      .30 hrs
                      disposition of file and correspondence
                      to client regarding same

     01/03/13   MJA   Review of case status                      L510      .10 hrs


                      TOTAL FEES FOR THIS MATTER                        $179.30


     BILLING SUMMARY

        Marc J. Ayers            .10 hrs   317.00 /hr         31.70
        Alecia H. Cockrell       .60 hrs   158.00 /hr         94.80
        Jose D. Vega             .20 hrs   264.00 /hr         52.80


     TOTAL FEES               0.90 hrs                     $179.30

     TOTAL CHARGES FOR THIS INVOICE                        $179.30
                                                         ==============

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301082
Fort Washington, PA 19034

                                                    INVOICE #  862999

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2013-301082
        TC # 725189

PROFESSIONAL SERVICES

| 01/04/13 | MW  | Draft status update to client regarding pending motion and upcoming hearing | C300 | .10 hrs |
| 01/09/13 | KK  | Receive and review order and generic letter recently filed in case | L110 | .20 hrs |
| 01/10/13 | MPE | In depth review of file with default counsel in order to prepare for summary judgment hearing on January 29, 2012 and instruct on preparation of final judgment order. | L110 | .80 hrs |
| 01/10/13 | MPE | Research docket to confirm status. | L110 | .20 hrs |
| 01/11/13 | MW  | Correspondence with M.Brown, local co-counsel, regarding scheduled hearing on joint motion for summary judgment and needed final judgment forms | C400 | .30 hrs |
| 01/14/13 | MW  | Draft and revise correspondence to P.Huy, opposing counsel, regarding enclosure of settlement payment and upcoming hearing | C400 | .60 hrs |
| 01/15/13 | BG  | Review results of conversation with opposing counsel and goals for the litigation and evaluate strategy for handling  the case | L120 | .10 hrs |
| 01/15/13 | BG  | Receipt / review of new file materials | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301082

FED ID NO. 63-0243316

| 01/15/13 | BG | Correspondence with client acknowledging new complaint and requesting fact package | L120 | .10 hrs |
| 01/15/13 | BG | Conversation with client regarding results of conversation with opposing counsel | L120 | .10 hrs |
| 01/16/13 | BG | Review client documents for potential problems and conduct phone conversation with client regarding plan of action | L120 | .70 hrs |
| 01/16/13 | BG | Receipt / review of fact package and corporate screenshots | L120 | .20 hrs |
| 01/22/13 | KK | Receive and review order of referral to magistrate on plaintiff's motion to withdraw as counsel in case | L110 | .20 hrs |
| 01/22/13 | MW | Review and analyze procedural posture of action in light of upcoming hearing | C300 | .60 hrs |
| 01/22/13 | MW | Correspondence with M.Brown regarding upcoming hearing and preparation of final judgment documents | C400 | .30 hrs |
| 01/23/13 | KK | Receive and review notice of hearing on motion to withdraw as counsel in matter | L110 | .10 hrs |
| 01/25/13 | MW | Review original loan documents and procedural posture of action in preparation for upcoming hearing on joint motion for summary judgment | C300 | 1.20 hrs |
| 01/25/13 | MW | Correspondence with D.Berg regarding joint appearance at upcoming hearing | C400 | .30 hrs |
| 01/25/13 | MPE | Research docket to confirm status. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301082

FED ID NO. 63-0243316

| 01/25/13 | MPE | Telephone call with judicial assistant regarding status of summary judgment hearing. | L450 | .20 hrs |
| 01/25/13 | MPE | Email correspondence with default counsel confirming all documents needed in preparation for hearing. | L450 | .20 hrs |
| 01/28/13 | MPE | Review history of file and confirm judgment figures and documents needed for in rem final judgment in preparation for hearing. | L450 | 2.30 hrs |
| 01/28/13 | MPE | Email correspondence with default counsel regarding their responsibilities at the hearing and necessary documentation needed. | L110 | .30 hrs |
| 01/28/13 | MPE | Receive and revise blank affidavit from default counsel in preparation for hearing. | L210 | .60 hrs |
| 01/28/13 | MW | Conference with D.Berg, local counsel, regarding final judgment forms and packet needed for joint appearance at upcoming hearing | C400 | .30 hrs |
| 01/28/13 | MW | Review and analyze affidavits filed in action relative to needed final judgment forms and figures for submission of final judgment to court in upcoming hearing, including analysis of submission requirements given judgment in rem | C300 | 1.00 hrs |
| 01/28/13 | CWH | Assist with issues in advance of judgment hearing tomorrow | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     4
MARCH 27, 2013

ResCap

0G2013-301082

FED ID NO. 63-0243316

---

| Date | | Description | | Hours |
|------|----|-------------|------|-------|
| 01/29/13 | BG | Check status of litigation | L190 | .10 hrs |
| 01/29/13 | MW | Pre-hearing conference with M.Brown regarding joint appearance, argument, and submission of final judgment forms with figures | C400 | .50 hrs |
| 01/29/13 | MW | Attend and argue hearing with court ordering issuance of final judgment of foreclosure and sale date in 45 days | L450 | 1.20 hrs |
| 01/30/13 | MW | Correspondence with P.Stokes regarding hearing resulting in final judgment, awaiting receipt of copy of order from court, and forthcoming closing memorandum | C400 | .30 hrs |
| 01/30/13 | KK | Draft and finalize closing memorandum to send to client regarding resolution of case and officially close out of system | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $3,200.10

| | | | |
|----|-------------------|------|------|
| 01 | Copy Charges | | 0.00 |
| 35 | Express Mail/Fedex | | 0.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Blake Goodsell | 1.50 hrs | 207.00 /hr | 310.50 |
| Monica Wilson | 6.70 hrs | 282.00 /hr | 1,889.40 |
| Melisa P. Palmer | 4.80 hrs | 167.00 /hr | 801.60 |
| Kerry Keane | .80 hrs | 158.00 /hr | 126.40 |

TOTAL FEES            14.00 hrs            $3,200.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0G2013-301082

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**              $3,200.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301083
Fort Washington, PA 19034

                                                               INVOICE #  863000

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301083
         TC # 703224

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.        L120      .10 hrs

01/16/13   LADA  Review docket and filings confirming   L190      .40 hrs
                 matter is stayed pursuant to bankruptcy
                 filing

01/30/13   MSW   Draft status report for client.        L120      .10 hrs

           TOTAL FEES FOR THIS MATTER                           $124.00

BILLING SUMMARY

    Mark S. Wierman          .20 hrs   304.00 /hr        60.80
    Lucinda Kish             .40 hrs   158.00 /hr        63.20

TOTAL FEES                   0.60 hrs                   $124.00

**TOTAL CHARGES FOR THIS INVOICE**                     $124.00

         ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301083

INVOICE #  866160

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301083
     TC # 703224

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/26/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 03/22/13 | MCG | Review case status and strategy for going forward | L120 | .10 hrs |
| 03/26/13 | LADA | Review of docket regarding status of case under bankruptcy stay | L190 | .40 hrs |
| 04/10/13 | MSW | Analyze allegations in pleadings to determine conduct purportedly giving rise to causes of action both before and after petition for bankruptcy to determine strategy for going forward | L120 | .20 hrs |
| 04/29/13 | MSW | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $219.60

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Mark S. Wierman | .40 hrs | 304.00 /hr | 121.60 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES              0.90 hrs          $219.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301083

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $219.60

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         MARCH 27, 2013
1100 Virginia Drive                                           0G2013-301084
Fort Washington, PA 19034

                                                             INVOICE #  863001

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:   0G2013-301084
         TC # 715852

PROFESSIONAL SERVICES

01/02/13   NSR   Draft status report for client          L120      .10 hrs

01/07/13   KK    Research and review docket to determine  L110      .10 hrs
                 status of case


           TOTAL FEES FOR THIS MATTER                          $44.00


BILLING SUMMARY

    Nader Raja                 .10 hrs   282.00 /hr        28.20
    Kerry Keane                .10 hrs   158.00 /hr        15.80


TOTAL FEES                     0.20 hrs                    $44.00

**TOTAL CHARGES FOR THIS INVOICE**                        $44.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301084

INVOICE #  866161

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301084
     TC # 715852

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 02/14/13 | CWH | Exchange e-mails with client to determine if this loan was service transferred and check status of suit | L120 | .20 hrs |
| 02/14/13 | KK | Review case to determine if transfer to Estate is necessary | L110 | .20 hrs |
| 02/28/13 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 03/04/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 03/14/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 04/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 04/11/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 04/30/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                            $321.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301084

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Nader Raja | .30 hrs | 282.00 /hr | 84.60 |
| Kerry Keane | .60 hrs | 158.00 /hr | 94.80 |

| | | |
|---|---|---|
| TOTAL FEES | 1.30 hrs | $321.20 |

**TOTAL CHARGES FOR THIS INVOICE**      **$321.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301085
Fort Washington, PA 19034

INVOICE #  863002

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301085
     TC # 716026

PROFESSIONAL SERVICES

| 01/14/13 | KSA | Review pleadings and payment history and send email to plaintiff's counsel regarding resolution and motion for summary judgment hearing | L240 | .40 hrs |
| 01/29/13 | KSA | Review pleadings and correspondence and set motion for summary judgment for hearing | L240 | .50 hrs |
| 01/30/13 | MST | Revise Notice of Hearing on Motion for Summary Judgment and prepare for filing and service | L210 | .60 hrs |
| 01/30/13 | MST | Telephone calls with court clerk regarding hearing on motion for summary judgment | L110 | .20 hrs |
| 01/31/13 | MST | Draft second Notice of Hearing on Motion for Summary Judgment and prepare for filing and service | L210 | .60 hrs |
| 01/31/13 | MST | Receive and review fax from opposing counsel regarding conflict with hearing | L110 | .20 hrs |

                  TOTAL FEES FOR THIS MATTER                    $494.00

EXPENSES



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301085

FED ID NO. 63-0243316

| 07 | Filing Fees | | | | 2.00 |
|----|-------------|--|--|--|------|

TOTAL COSTS FOR THIS MATTER                          $2.00

BILLING SUMMARY

| Melanie Thompson | 1.60 hrs | 158.00 /hr | 252.80 |
|------------------|----------|------------|--------|
| Keith S. Anderson | .90 hrs | 268.00 /hr | 241.20 |

TOTAL FEES            2.50 hrs                 $494.00

TOTAL EXPENSES                                $2.00

**TOTAL CHARGES FOR THIS INVOICE**            $496.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301085

INVOICE #  866162

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301085
     TC # 716026

PROFESSIONAL SERVICES

| 02/01/13 | KSA | Provide status report to client | L120 | .10 hrs |
|---|---|---|---|---|
| 02/14/13 | KSA | Review prior correspondence and telephone discussion with plaintiff's counsel regarding motion for summary judgment hearing and payoff | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $80.40

EXPENSES

| 30A | Miscellaneous Expense | 850.00 |
|---|---|---|

TOTAL COSTS FOR THIS MATTER                              $850.00

BILLING SUMMARY

| Keith S. Anderson | .30 hrs | 268.00 /hr | 80.40 |
|---|---|---|---|

| TOTAL FEES | 0.30 hrs | $80.40 |
|---|---|---|
| TOTAL EXPENSES | | $850.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301085

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $930.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301086

INVOICE #   863003

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301086
     TC # 721236

<u>EXPENSES</u>

| 07 | Filing Fees | 16.10 |
|----|-------------|-------|
| | TOTAL COSTS FOR THIS MATTER | $16.10 |

| TOTAL FEES | 0.00 hrs | $.00 |
|------------|----------|------|
| TOTAL EXPENSES | | $16.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$16.10** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0G2013-301086
Fort Washington, PA 19034

                                                INVOICE #  866163

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301086
     TC # 721236

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/04/13 | JHP | Review response to motion for summary judgment and special exceptions filed by borrower concerning bankruptcy stay issues | L240 | .50 hrs |
| 02/04/13 | BG | Review of response to Motion for Summary Judgment and special exceptions | L120 | .20 hrs |
| 02/08/13 | BG | Evaluate arguments for reply to Plaintiff's Opposition to Motion for Summary Judgment | L120 | .30 hrs |
| 02/11/13 | ABB | Review file regarding telephone hearing and telephone conference with Court coordinator in order to verify details pertaining to hearing and e-mail communication regarding the same | L110 | .30 hrs |
| 02/11/13 | ABB | Preparation of notebook regarding hearing on motion for summary judgment in Harris County, Texas | L110 | 1.00 hrs |
| 02/11/13 | ABB | Cancellation of telephonic hearing with the Court due to GMAC's current bankruptcy proceedings | L110 | .20 hrs |
| 02/11/13 | JHP | Review file in preparation for hearing on motion for summary judgment | L240 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301086

FED ID NO. 63-0243316

| 02/11/13 | JHP | Phone calls to/from counsel for borrower to discuss hearing on summary judgment and postponing pending completion of client's bankruptcy case given issues raised by borrower with respect to stayed versus non-stayed claims | L240 | .30 hrs |
|---|---|---|---|---|
| 02/11/13 | BG | Draft opposition to Plaintiff's response to Motion for Summary Judgment | L210 | 3.00 hrs |

TOTAL FEES FOR THIS MATTER                                      $1,483.50

BILLING SUMMARY

| Allison Burke | 1.50 hrs | 158.00 /hr | 237.00 |
|---|---|---|---|
| Jon H. Patterson | 1.80 hrs | 290.00 /hr | 522.00 |
| Blake Goodsell | 3.50 hrs | 207.00 /hr | 724.50 |

TOTAL FEES                    6.80 hrs                    $1,483.50

**TOTAL CHARGES FOR THIS INVOICE**                    $1,483.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301087

INVOICE #  863004

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301087
     TC # 732216

PROFESSIONAL SERVICES

| 01/16/13 | RK | Draft initial portion of bankruptcy status report | L210 | 1.40 hrs |
|---|---|---|---|---|
| 01/17/13 | RK | Conference regarding bankruptcy status | L120 | .20 hrs |
| 01/17/13 | RK | Draft remaining portion of bankruptcy status report | L120 | .80 hrs |
| 01/17/13 | GWG | Work on response to court's order requesting clarification of bankruptcy issues | L210 | 1.30 hrs |
| 01/30/13 | GWG | Work on Rule 26 initial disclosures | L310 | .50 hrs |
| 01/30/13 | RK | Draft initial disclosures | L310 | 1.10 hrs |

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $1,286.10 |

| 01/16/13 Copy Charges | 0.00 |
|---|---|
| 01/30/13 Copy Charges | 0.00 |
| 01/24/13 Postage Charges 01/18/2013 | 0.00 |
| 01/17/13 Computerized Legal Research-Westlaw Westlaw<br>        User: KEY,RILEY | 0.00 |
| 01/18/13 Computerized Legal Research-Westlaw Westlaw<br>        User: KEY,RILEY | 0.00 |

BILLING SUMMARY

| Graham W. Gerhardt | 1.80 hrs | 312.00 /hr | 561.60 |
|---|---|---|---|
| Riley Key | 3.50 hrs | 207.00 /hr | 724.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301087

FED ID NO. 63-0243316

TOTAL FEES                      5.30 hrs                 $1,286.10

**TOTAL CHARGES FOR THIS INVOICE**                      $1,286.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301087

INVOICE #  866164

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301087
     TC # 732216

PROFESSIONAL SERVICES

02/04/13  RK   Draft status report to client          L120      .10 hrs


              TOTAL FEES FOR THIS MATTER                      $20.70


BILLING SUMMARY

   Riley Key              .10 hrs   207.00 /hr        20.70


TOTAL FEES                0.10 hrs                   $20.70

**TOTAL CHARGES FOR THIS INVOICE**                  **$20.70**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0G2013-301088
Fort Washington, PA 19034

                                                           INVOICE #  863005

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301088
         TC # 686062

PROFESSIONAL SERVICES

| 01/04/13 | BAW | Review additional loan materials forwarded from client | L110 | .30 hrs |
|---|---|---|---|---|
| 01/07/13 | JAM | Research service issues regarding defendant's recently docketed pleadings, including telephone call to Clerk, pull and review current Access online docket and review for recent case activity, and access Florida State Bar online directory to locate contact information for defendant's new counsel | L110 | .70 hrs |
| 01/07/13 | JAM | Telephone call and email with defendant's new attorney, W.Wallis, and review Defendant's Notice of Failure to Prosecute | L210 | .30 hrs |
| 01/11/13 | BAW | Draft outline of essential facts and primary actors | L110 | .80 hrs |
| 01/11/13 | BAW | Review '06-'11 file materials, loan documents and pleadings | L110 | 3.70 hrs |
| 01/22/13 | BAW | Research regarding escrow and forced place insurance issues and impact on counterclaims | L210 | 1.90 hrs |
| 01/22/13 | BAW | Outline history of assignments, prior forbearance agreements and prior foreclosure attempts | L190 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301088

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/22/13 | BAW | Contact opposing counsel and client on status of settlement discussions | L160 | .30 | hrs |
| 01/23/13 | BAW | Complete review of all defendant-produced documents | L320 | 2.50 | hrs |
| 01/23/13 | BAW | Telephone conference with client regarding case analysis | L190 | .30 | hrs |
| 01/23/13 | BAW | Contact opposing counsel regarding resolution | L160 | .20 | hrs |
| 01/23/13 | BAW | File notice of appearance and work on supplemental affirmative discovery to defendant | L310 | 1.00 | hrs |
| 01/23/13 | BAW | Study affidavits filed by attorney and defendant | L210 | .60 | hrs |
| 01/24/13 | BAW | Research regarding prior foreclosures | L190 | .50 | hrs |
| 01/24/13 | BAW | Draft second interrogatories, requests for production and requests for admission to defendants | L310 | 4.30 | hrs |
| 01/24/13 | BAW | Draft notice of deposition and duces tecum requests to defendants | L310 | .60 | hrs |
| 01/24/13 | BAW | Telephone conference with opposing counsel regarding case status | L190 | .20 | hrs |
| 01/24/13 | BAW | Telephone conference with client regarding payment/account history | L190 | .20 | hrs |
| 01/25/13 | BAW | Locate applicable BONY officer's certificate and research regarding standing and substitution of party | L190 | .80 | hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301088

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | BAW | Work with client regarding lost note, servicing history and payment history | L190 | .50 hrs |
| 01/25/13 | BAW | Research borrower's counterclaims | L210 | .70 hrs |
| 01/25/13 | JAM | Confirm docketing of Notice of Service of Discovery | L210 | .20 hrs |
| 01/28/13 | JDV | Analysis of pleadings in preparation of drafting motion to amend complaint, amended complaint, and motion for substitution of counsel | L120 | 1.70 hrs |
| 01/28/13 | BAW | Work on responses to counterclaim | L210 | 1.30 hrs |
| 01/28/13 | BAW | Draft memo to J.Vega regarding amendments to complaint, substitution of parties and other outstanding issues | L190 | .70 hrs |
| 01/31/13 | BAW | Research regarding amortization/simple interest and application of payments and alleged GMAC misconduct | L190 | 1.20 hrs |
| 01/31/13 | BAW | Email correspondence with J.Gano regarding allegations against GMAC | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                         $8,776.00

01        Copy Charges                                                      0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 24.10 hrs | 340.00 /hr | 8,194.00 |
| Jamie Mathews | 1.20 hrs | 145.00 /hr | 174.00 |
| Jose D. Vega | 1.70 hrs | 240.00 /hr | 408.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301088

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 27.00 hrs | $8,776.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$8,776.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301088
Fort Washington, PA 19034

                                                              INVOICE #  866165

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301088
         TC # 686062

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JDV | Draft Motion for Leave to Amend Complaint | L210 | .70 hrs |
| 02/01/13 | JDV | Draft Motion to Substitute Party Plaintiff | L210 | 1.70 hrs |
| 02/01/13 | JDV | Draft Amended Complaint | L210 | 2.30 hrs |
| 02/04/13 | JAM | Pull Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/05/13 | JDV | Analysis of foreclosure and bankruptcy pleadings in preparation of litigation strategy | L120 | 2.70 hrs |
| 02/06/13 | JDV | Prepare litigation strategy | L120 | 2.30 hrs |
| 02/06/13 | RLB | Review reaffirmation of debt issues | B410 | .20 hrs |
| 02/08/13 | JDV | Draft case analysis memorandum to client | L190 | 2.30 hrs |
| 02/12/13 | BAW | Extended telephone conference with client regarding weaknesses, strategy and short term timeline for case prosecution | L160 | .40 hrs |
| 02/12/13 | BAW | Confirm RFC ownership and meet with J.Vega regarding settlement proposal to client | L160 | .40 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301088

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 02/13/13 | JDV | Draft sections I and II of case analysis memo for client | L190 | 2.10 hrs |
| 02/14/13 | BAW | Telephone conference with B.Wallace regarding discovery depositions and potential settlement | L160 | .30 hrs |
| 02/14/13 | ACRA | Analyze public records, origination file, and servicing notes to determine history of loan for case status memo | L120 | 1.70 hrs |

TOTAL FEES FOR THIS MATTER                            $4,177.50

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian Wahl | 1.10 hrs | 340.00 /hr | 374.00 |
| Jamie Mathews | .20 hrs | 145.00 /hr | 29.00 |
| Rashad L. Blossom | .20 hrs | 295.00 /hr | 59.00 |
| Jose D. Vega | 14.10 hrs | 240.00 /hr | 3,384.00 |
| Ann Craft | 1.70 hrs | 195.00 /hr | 331.50 |

TOTAL FEES                17.30 hrs            $4,177.50

**TOTAL CHARGES FOR THIS INVOICE**            **$4,177.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301089

INVOICE #  863006

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301089
     TC # 731410

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | GWG | Review pleadings and client documents and analyze for additional discovery and possible dispositive motions | L120 | 2.10 hrs |
| 01/11/13 | ABB | Review and analysis of case documents including pleadings and correspondence in order to obtain case status | L110 | .20 hrs |
| 01/11/13 | ABB | Retrieval of court records in Hildago County and review of docket report in order to obtain status regarding bankruptcy stay | L110 | .30 hrs |
| 01/24/13 | BG | Check status of case and evaluate options for pushing a judgment on the preliminary injunction hearing and briefing | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $754.90

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .50 hrs | 158.00 /hr | 79.00 |
| Graham W. Gerhardt | 2.10 hrs | 312.00 /hr | 655.20 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES          2.70 hrs                    $754.90



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
MARCH 27, 2013

0G2013-301089

ResCap

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $754.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301089

INVOICE #  866166

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301089
    TC # 731410

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/06/13 | BG | Draft status report regarding contact with the court regarding decision on briefing | L190 | .10 hrs |
| 02/06/13 | BG | Contact clerk of court regarding ruling on preliminary injunction, hearing, and briefing, which occurred in August | L230 | .20 hrs |
| 02/08/13 | BG | Contact court regarding status of ruling | L230 | .10 hrs |
| 02/13/13 | BG | Contact clerk of court regarding ruling on fully briefed case | L230 | .10 hrs |

TOTAL FEES FOR THIS MATTER               $103.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .50 hrs | 207.00 /hr | 103.50 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.50 hrs | | $103.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$103.50** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301090

INVOICE #  863007

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301090
     TC # 729583

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding reset hearing on Motion for Summary Judgment following withdraw of counsel | L190 | .20 hrs |
| 01/04/13 | JHP | Phone call from borrower's counsel to discuss upcoming summary judgment hearing and continuance of hearing and emails and phone calls to/from counsel for borrower to discuss same and agreement of client to 30 day continuance of hearing | L240 | .30 hrs |
| 01/04/13 | JHP | Emails and phone calls to/from client contact J.Hoy to discuss request of new counsel for borrower for summary judgment hearing extension | L240 | .20 hrs |
| 01/04/13 | BG | Correspondence with new opposing counsel regarding motion for continuance | L120 | .10 hrs |
| 01/07/13 | JHP | Emails and phone calls to/from client contact J.Hoy to discusses reinstatement amount and to discuss and confirm agreement to 30 day continuance of summary judgment hearing | L120 | .30 hrs |
| 01/07/13 | JHP | Email to counsel for borrower to advise of reinstatement amount for borrower to reinstate loan and to discuss client's agreement to 30 day continuance of motion for summary judgment hearing date | L240 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301090

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/07/13 | JHP | Phone call to court to discuss February hearing dates for continuance of summary judgment hearing | L240 | .10 hrs |
| 01/07/13 | JHP | Emails to/from eviction counsel to discuss status of hearing and to confirm relief being sought in motion for summary judgment | L120 | .10 hrs |
| 01/07/13 | ABB | Analysis nd compilation of communications with counsel and the Court and move hearing to February 8, 2013 | L110 | .20 hrs |
| 01/07/13 | ABB | Telephone conference to and from Judge Lovell's office regarding hearing on motion for summary judgment and e-mail communications with counsel regarding same | L110 | .20 hrs |
| 01/07/13 | BG | Correspondence with client regarding reinstatement and upcoming hearing | L230 | .10 hrs |
| 01/07/13 | BG | Correspondence with opposing counsel regarding reinstatement and upcoming hearing | L230 | .10 hrs |
| 01/08/13 | ABB | Further efforts and communications in order to move hearing from January 9, 2013 | L110 | .30 hrs |
| 01/09/13 | BG | Receipt / review of motion for continuance | L120 | .10 hrs |
| 01/09/13 | BG | Correspondence with opposing counsel regarding motion for continuance | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301090

FED ID NO. 63-0243316

| 01/09/13 | BG | Draft objection to motion for continuance and file | L210 | .30 hrs |
| 01/09/13 | BG | Correspondence with additional appearing counsel | L120 | .10 hrs |
| 01/09/13 | ABB | Receive and review counsel's motion for additional time and review of Order regarding same | L110 | .20 hrs |
| 01/09/13 | ABB | Finalize Objection to Motion for Additional Time and prepare same for electronic filing and for service upon parties | L110 | .40 hrs |
| 01/09/13 | ABB | Update pleadings and file materials regarding multiple motions and orders received regarding February hearing regarding Motion for Summary Judgment | L110 | .20 hrs |
| 01/09/13 | JHP | Emails to counsel for borrower to advise of our objection to motion for extension to respond to summary judgment | L250 | .10 hrs |
| 01/09/13 | JHP | Emails to client contact J. Hoy to advise of borrower's filing of motion for extension of time and to discuss same and our response | L250 | .20 hrs |
| 01/10/13 | ABB | Analysis and review of communications regarding withdrawal of multiple attorneys and schedule hearing for February 6, 2013 and update file regarding same | L110 | .20 hrs |
| 01/15/13 | BG | Correspondence with client regarding hearing date | L230 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301090

FED ID NO. 63-0243316

01/30/13    ABB    Written summarization and analysis of          L110      1.40 hrs
client documents and loan documents and
begin timeline regarding the same

TOTAL FEES FOR THIS MATTER                                    $1,173.20

BILLING SUMMARY

    Allison Burke              3.10 hrs    158.00 /hr        489.80
    Jon H. Patterson           1.50 hrs    290.00 /hr        435.00
    Blake Goodsell             1.20 hrs    207.00 /hr        248.40

TOTAL FEES                     5.80 hrs                 $1,173.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$1,173.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301091
Fort Washington, PA 19034

                                                              INVOICE #   863008

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301091
         TC # 725635

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding reset hearing on Motion for Summary Judgment | L190 | .10 hrs |
| 01/11/13 | JHP | Phone call from counsel for co-defendants to discuss whether client would agree to dismissal of co-defendants from case | L210 | .10 hrs |
| 01/17/13 | JHP | Revised and edited motion to strike certain evidence from borrower's reply brief and prepared for filing and drafted proposed order regarding same | L240 | .60 hrs |
| 01/18/13 | JHP | Revised and edited motion to strike evidence from borrower's response brief on summary judgment and drafted proposed order regarding same | L240 | 1.00 hrs |
| 01/18/13 | ABB | Finalize Motion Strike and Objection to Summary Judgment Response with Proposed Order and prepare same for certified service upon parties | L110 | .50 hrs |
| 01/22/13 | ABB | Telephone call and voice mail to Harris County and e-mail communications to and from coordinator regarding hearing | L110 | .20 hrs |
| 01/23/13 | ABB | Cancel and re-schedule hearing on summary judgment with 281st District of Harris County, Texas and multiple e-mail communications regarding the same | L110 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301091

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | ABB | Telephone conference with opposing counsel regarding re-scheduled hearing on summary judgment | L110 | .10 hrs |
| 01/23/13 | ABB | Preparation of Second Revised Notice of Hearing to be re-filed with Harris County District Court | L110 | .30 hrs |
| 01/23/13 | ABB | Retrieval of docket report to verify information regarding service of proper attorneys in preparation for filing notice of hearing and update file regarding information | L110 | .20 hrs |
| 01/23/13 | ABB | Telephone conference with T.Overbeck's office regarding representation of parties and upcoming hearing | L110 | .20 hrs |
| 01/23/13 | ABB | Finalize Second Revised Notice of Hearing nd prepare same for electronic filing in Harris County and for service upon parties via facsimile and electronic mail | L110 | .40 hrs |
| 01/23/13 | ABB | Analysis and review of client documents including fact package pg. 1 through pg. 166 and written summarization of the same as well as creation of timeline in preparation for scheduled hearing on summary judgment and assisting with same | L110 | 1.70 hrs |
| 01/25/13 | ABB | Further Analysis and review of fact package documents pg. 167 - pg. 335 and continued summarization of relevant documents and update timeline accordingly | L110 | 1.60 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0G2013-301091

FED ID NO. 63-0243316

| 01/25/13 | ABB | Further analysis and review of Looking Glass file pgs. 1-669 and    update timeline accordingly by noting relevant facts | L110 | 1.20 hrs |
| 01/29/13 | JHP | Reviewed various briefings on the MERS recordation allegations in federal court action filed by Texas counties against MERS and various lenders in preparing reply brief in support of motion for summary judgment and reviewed recent opinion finding in favor of MERS on similar claims | L240 | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                    $2,023.10

### EXPENSES

| 01/24/13 | Copy Charges | 0.00 |
| 01/30/13 | Filing Fees - BUSINESS CARD HC DISTRICT CLERK 12-20-12  Bank ID: GENR Check Number: 105883 | 2.00 |
| 01/30/13 | Filing Fees - BUSINESS CARD TX ONLINE 1-23-13  Bank ID: GENR Check Number: 105883 | 14.10 |
| 01/30/13 | Filing Fees - BUSINESS CARD HC DISTRICT 1-23-13  Bank ID: GENR Check Number: 105883 | 2.00 |

TOTAL COSTS FOR THIS MATTER                   $18.10

### BILLING SUMMARY

| Allison Burke | 6.80 hrs | 158.00 /hr | 1,074.40 |
| Jon H. Patterson | 3.20 hrs | 290.00 /hr | 928.00 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301091

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 10.10 hrs | $2,023.10 |
| TOTAL EXPENSES | | $18.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$2,041.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             APRIL 30, 2013
1100 Virginia Drive                                0G2013-301091
Fort Washington, PA 19034

                                                   INVOICE #  866167

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301091
         TC # 725635

PROFESSIONAL SERVICES

02/04/13  BG    Draft status report regarding pending      L190      .10 hrs
                Motion for Summary Judgment and
                rescheduled hearing


                TOTAL FEES FOR THIS MATTER                          $20.70


BILLING SUMMARY

    Blake Goodsell           .10 hrs   207.00 /hr        20.70


TOTAL FEES                  0.10 hrs                   $20.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$20.70**
                                               ===================

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301092

INVOICE #  863009

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301092
     TC # 709064

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | JHP | Email from counsel for borrower requesting status update on settlement check | L160 | .10 hrs |
| 01/23/13 | JHP | Emails to/from borrower's counsel to discuss update on settlement check | L160 | .20 hrs |
| 01/23/13 | JHP | Email to client contact R.Meeker to discuss status of settlement check | L160 | .10 hrs |
| 01/24/13 | JHP | Reviewed email from borrower's counsel enclosing copy of eviction letter borrower received despite borrower agreeing to abandon property following settlement | L190 | .10 hrs |
| 01/31/13 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $174.00

BILLING SUMMARY

Jon H. Patterson        .60 hrs   290.00 /hr      174.00

TOTAL FEES              0.60 hrs            $174.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301092

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $174.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301092

INVOICE #  866168

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301092
     TC # 709064

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/08/13 | JHP | Email from client contact R.Meeker advising that settlement check was being sent | L160 | .10 hrs |
| 02/11/13 | JHP | Emails to/from counsel for borrower to discuss receipt and forwarding of settlement check and to discuss dismissal; drafted letter to counsel for borrower enclosing settlement check | L160 | .30 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $116.00 |
| 35     Express Mail/Fedex | 0.00 |

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Jon H. Patterson | .40 hrs | 290.00 /hr | 116.00 |
| TOTAL FEES | 0.40 hrs | | $116.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$116.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301093

INVOICE #  863010

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301093
     TC # 725173

<u>PROFESSIONAL SERVICES</u>

| 01/02/13 | MW | Correspondence with local co-counsel J.Kohl regarding hold pursuant to AG Settlement inquiry letter to opposing counsel | C400 | .20 hrs |
| 01/02/13 | MW | Correspondence with H.Franchi regarding removal of hold pursuant to AG Settlement inquiry letter | C400 | .20 hrs |
| 01/03/13 | MW | Correspondence with H.Franchi regarding opposing counsel's failure to respond to AG Settlement inquiry and removal of hold | C400 | .20 hrs |
| 01/03/13 | MW | Correspondence with J.Kohl regarding settlement hold and revised strategy moving forward | C400 | .20 hrs |
| 01/04/13 | MW | Correspondence with H.Franchi regarding closure of AG Solicitation or revised letter | C400 | .20 hrs |
| 01/21/13 | MPE | Draft letter to opposing counsel with 180 day deadline to respond to the AG Settlement. | L110 | .60 hrs |
| 01/23/13 | MW | Review and revise second letter to borrower's counsel regarding AG Solicitation | L250 | .60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301093

FED ID NO. 63-0243316

| 01/23/13 | MW | Correspondence with local counsel J.Kohl regarding litigation hold and correspondence sent to borrower regarding AG Solicitation | C400 | .20 hrs |
|----------|----|----|------|---------|
| 01/30/13 | MW | Correspondence with H.Franchi regarding update on AG Solicitation letter sent to borrower's counsel and borrower's counsel's response | C400 | .30 hrs |

TOTAL FEES FOR THIS MATTER                      $692.40

01/24/13 Express Mail/Fedex                              0.00

BILLING SUMMARY

| Monica Wilson | 2.10 hrs | 282.00 /hr | 592.20 |
|---------------|----------|------------|--------|
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |

TOTAL FEES             2.70 hrs                 $692.40

**TOTAL CHARGES FOR THIS INVOICE**              $692.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301093

INVOICE #  866169

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301093
     TC # 725173

PROFESSIONAL SERVICES

| 02/01/13 | MW | Draft status report to client regarding contact with opposing counsel regarding AG Settlement solicitation | L120 | .10 hrs |
|---|---|---|---|---|
| 02/04/13 | MPE | Research docket to confirm status. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $61.60

BILLING SUMMARY

| Monica Wilson | .10 hrs | 282.00 /hr | 28.20 |
|---|---|---|---|
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES          0.30 hrs                 $61.60

**TOTAL CHARGES FOR THIS INVOICE**            $61.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301094
Fort Washington, PA 19034

INVOICE #   863011

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2013-301094
      TC # 715116

PROFESSIONAL SERVICES

| 01/03/13 | CWH | Phone call with client about need to change plaintiff's name, as investor has changed | L120 | .20 hrs |
|----------|-----|----------------------------------------------------------------------------------------|------|---------|
| 01/03/13 | MPE | Email correspondence with default counsel regarding case transfer, Order to distribute funds, and change in Plaintiff's name. | L110 | .40 hrs |
| 01/07/13 | CWH | Draft status report for client | L110 | .10 hrs |
| 01/10/13 | CWH | Exchange e-mails with client about issues regarding ability to accept/endorse the check and release lien | L110 | .20 hrs |
| 01/13/13 | MPE | Email correspondence with default counsel regarding follow up on January 3, 2013 email instructing them to resolve issues. | L110 | .20 hrs |
| 01/29/13 | MPE | Email correspondence with default counsel to determine status of changing plaintiff's name. | L110 | .20 hrs |

                   TOTAL FEES FOR THIS MATTER              $314.10


EXPENSES



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        2
MARCH 27, 2013

0G2013-301094

FED ID NO. 63-0243316

---

| 12 | Court Costs - Pleadings | 345.29 |

TOTAL COSTS FOR THIS MATTER          $345.29

BILLING SUMMARY

| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Melisa P. Palmer | .80 hrs | 167.00 /hr | 133.60 |

TOTAL FEES          1.30 hrs          $314.10

TOTAL EXPENSES          $345.29

**TOTAL CHARGES FOR THIS INVOICE**          **$659.39**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301094
Fort Washington, PA 19034

                                                           INVOICE #  866170

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301094
         TC # 715116

PROFESSIONAL SERVICES

| 02/04/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
|---|---|---|---|---|
| 02/06/13 | CWH | Review client's response about correct name for plaintiff in foreclosure action | L110 | .10 hrs |
| 02/06/13 | MPE | Email correspondence with default counsel with instructions on changing the plaintiff's name. | L110 | .20 hrs |
| 02/06/13 | MPE | Review of file to determine next hearing and upcoming deadlines. | L110 | .20 hrs |
| 02/06/13 | MPE | Revise consent form for execution by GMAC. | L210 | .40 hrs |
| 02/07/13 | MPE | Email correspondence with J.ho regarding correct plaintiff name and consent to substitute counsel. | L110 | .20 hrs |
| 02/12/13 | MPE | Email correspondence with default counsel regarding the status of the February 9, 2013 hearing on the Motion to Withdraw. | L110 | .20 hrs |

          TOTAL FEES FOR THIS MATTER                       $269.90



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301094

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Melisa P. Palmer | 1.40 hrs | 167.00 /hr | 233.80 |
| TOTAL FEES | 1.50 hrs | | $269.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$269.90** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301095

INVOICE #  863012

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301095
     TC # 718511

PROFESSIONAL SERVICES

| 01/07/13 | JCCO | Call opposing counsel regarding settlement offer and send email to L.Delehey | L160 | .20 hrs |
| 01/10/13 | ABB | Receive and review Order regarding bankruptcy stay and calendar details regarding status report | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $76.40

BILLING SUMMARY

| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
| Jonathan Cobb | .20 hrs | 224.00 /hr | 44.80 |

| TOTAL FEES | 0.40 hrs | | $76.40 |

**TOTAL CHARGES FOR THIS INVOICE**            **$76.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301096

INVOICE #  863013

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301096
     TC # 718277

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | APUC | Continue drafting Motion to Dismiss (Negligence Claim) | L210 | .30 hrs |
| 01/03/13 | APUC | Revise Motion to Dismiss Defendant's Counterclaims | L190 | .80 hrs |
| 01/04/13 | MW | Draft status update to client regarding procedural posture of action and litigation strategy | B110 | .10 hrs |
| 01/07/13 | APUC | Review and analysis of case law addressing statute of frauds, loan modifications, and unfair and deceptive trade practices in preparation for revising Motion to Dismiss Defendant's Counterclaims | L210 | 1.80 hrs |
| 01/11/13 | MCG | Strategy regarding filing motion to dismiss and statute of frauds defense | L120 | .30 hrs |
| 01/22/13 | APUC | Continue revisions of Motion to Dismiss Defendant's counterclaims | L210 | 2.20 hrs |
| 01/22/13 | APUC | Review and analyze statutes and case law regarding breach of fiduciary duty, the implied covenant of good faith and fair dealing, unjust enrichment, negligence, and Fair Debt Collection Practices Act in preparation for continued revisions of Motion to Dismiss Defendant's counterclaims | L210 | 2.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301096

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | MCG | Review and revise memorandum of law in support of motion to dismiss counterclaims | L210 | .60 hrs |
| 01/28/13 | MCG | Review and revise motion to dismiss counterclaims and memorandum of law in support | L240 | 2.90 hrs |
| 01/29/13 | MPE | Review and finalize Motion to Dismiss Defendant's Counterclaims. | L210 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,414.30

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | 3.80 hrs | 348.00 /hr | 1,322.40 |
| Monica Wilson | .10 hrs | 282.00 /hr | 28.20 |
| Amy Puckett | 7.70 hrs | 255.00 /hr | 1,963.50 |
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |

TOTAL FEES                    12.20 hrs            $3,414.30

**TOTAL CHARGES FOR THIS INVOICE**            **$3,414.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301096

INVOICE #  866171

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301096
     TC # 718277

PROFESSIONAL SERVICES

| 02/01/13 | KK | Review and finalize notice of hearing in preparation of filing and e-service of documents to parties in case | L110 | .50 hrs |
| 02/01/13 | MW | Draft status report to client regarding updated procedural posture of litigation | L120 | .10 hrs |
| 02/01/13 | MW | Review and revise notice of hearing on motion to dismiss counterclaims | L120 | .20 hrs |
| 02/04/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 02/12/13 | KK | E-mail correspondence with foreclosure counsel regarding upcoming hearing and status of litigation of file | L110 | .20 hrs |
| 02/13/13 | MPE | Receive borrower's counsel's notice of unavailability and review file to confirm that all deadlines and hearings are outside of the date range. | L110 | .20 hrs |
| 02/14/13 | KK | E-mail correspondence with foreclosure counsel regarding upcoming scheduled motion to dismiss hearing | L110 | .20 hrs |

|  | TOTAL FEES FOR THIS MATTER | $293.60 |

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301096

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .30 hrs | 282.00 /hr | 84.60 |
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |
| Kerry Keane | .90 hrs | 158.00 /hr | 142.20 |

| | | |
|---|---|---|
| TOTAL FEES | 1.60 hrs | $293.60 |

**TOTAL CHARGES FOR THIS INVOICE**                    $293.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301097
Fort Washington, PA 19034

                                                          INVOICE #  863015

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2013-301097
        TC # 731792

PROFESSIONAL SERVICES

| 01/04/13 | JHP | Emails to/from client contacts P.Stokes and R.Meeker to discuss status of case | L160 | .30 hrs |
|---|---|---|---|---|
| 01/07/13 | JHP | Reviewed notice of appearance filed by borrower's counsel and emailed/called borrower's counsel to discuss status of case and potential loan modification effort; email to counsel for borrower enclosing loan modification package for completion | L190 | .50 hrs |
| 01/07/13 | ABB | Assimilation and compilation of communications and documents pertaining to loan modification package | L110 | .30 hrs |
| 01/09/13 | ABB | Telephone conference with Judge Davis' office regarding January 24th hearing on Motion to Dismiss and cancellation of the same | L110 | .20 hrs |
| 01/09/13 | JHP | Received and reviewed reinstatement quote from client and emailed client to notify that we forwarded loss mitigation package to borrower to complete and return | L160 | .20 hrs |
| 01/09/13 | JHP | Email to foreclosure counsel to provide update on settlement negotiations with borrower | L160 | .10 hrs |
| 01/31/13 | JHP | Provided monthly status report to client | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301097

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                                $427.00

01/14/13 Copy Charges                                        0.00

BILLING SUMMARY

Allison Burke              .50 hrs    158.00 /hr      79.00
Jon H. Patterson          1.20 hrs    290.00 /hr     348.00

TOTAL FEES                 1.70 hrs                  $427.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$427.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301097
Fort Washington, PA 19034

                                                             INVOICE #  866172

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301097
         TC # 731792

    PROFESSIONAL SERVICES

02/05/13   ACRA Discuss workout package with opposing         L160       .20 hrs
           counsel


           TOTAL FEES FOR THIS MATTER                                  $39.60


BILLING SUMMARY

    Ann Craft                   .20 hrs   198.00 /hr          39.60


TOTAL FEES                      0.20 hrs                    $39.60

TOTAL CHARGES FOR THIS INVOICE                             $39.60

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301098
Fort Washington, PA 19034

                                                              INVOICE #   863016

                                                                    FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301098
         TC # 730827

    PROFESSIONAL SERVICES

    01/03/13   RK   Draft status report for client        L120      .10 hrs

    01/28/13   RK   Review loan modification history .     L120     1.50 hrs

    01/28/13   GWG  Review history of loan modification    L110      .30 hrs
                    attempts and correspond with client
                    regarding same


                    TOTAL FEES FOR THIS MATTER                    $424.80

    01/07/13 Copy Charges                                           0.00

    BILLING SUMMARY

        Graham W. Gerhardt       .30 hrs   312.00 /hr        93.60
        Riley Key               1.60 hrs   207.00 /hr       331.20


    TOTAL FEES                  1.90 hrs                    $424.80

    **TOTAL CHARGES FOR THIS INVOICE**                     **$424.80**
                                                     ===============

              ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301098

INVOICE #  866173

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301098
     TC # 730827

PROFESSIONAL SERVICES

| 02/04/13 | RK | Draft status report to client | L120 | .10 hrs |
|----------|----|-------------------------------|------|---------|

TOTAL FEES FOR THIS MATTER                                  $20.70

BILLING SUMMARY

| Riley Key | .10 hrs | 207.00 /hr | 20.70 |
|-----------|---------|------------|-------|

TOTAL FEES          0.10 hrs                    $20.70

**TOTAL CHARGES FOR THIS INVOICE**             **$20.70**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301099

INVOICE #  863017

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301099
    TC # 730433

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Time |
|------|----------|-------------|------|------|
| 01/08/13 | JAM | Access and analyze current case Access online Access online Access online docket and review for recent case activity | L120 | .30 hrs |
| 01/09/13 | RPR | Update case status | B110 | .20 hrs |
| 01/15/13 | RPR | Exchange e-mails with borrower's counsel regarding modification offer | B110 | .40 hrs |
| 01/15/13 | RPR | Exchange e-mails with client regarding case status | B110 | .30 hrs |
| 01/21/13 | RPR | Analyze borrower's affirmative defenses | B110 | .50 hrs |
| 01/21/13 | RPR | Draft scrub of affirmative defenses | B110 | 2.00 hrs |
| 01/31/13 | RPR | E-mail with client regarding affirmative defenses | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER      $851.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Ryan Robichaux | 3.60 hrs | 224.00 /hr | 806.40 |

TOTAL FEES      3.90 hrs      $851.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301099

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $851.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301099
Fort Washington, PA 19034

                                                               INVOICE #  866174

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:   0G2013-301099
          TC # 730433

PROFESSIONAL SERVICES

02/01/13  JAM  Draft closing file memorandum and        L190      .30 hrs
               forward to J.Hoy


          TOTAL FEES FOR THIS MATTER                              $45.00


BILLING SUMMARY

    Jamie Mathews              .30 hrs   150.00 /hr        45.00


TOTAL FEES                     0.30 hrs                  $45.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$45.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301100

INVOICE #  863018

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301100
     TC # 721855

PROFESSIONAL SERVICES

| 01/03/13 | MJA | Research on appeal and briefing status | L520 | .30 hrs |
| 01/10/13 | MJA | Review of and revisions to motion to supplement record on appeal | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                  $190.20

BILLING SUMMARY

| Marc J. Ayers | .60 hrs | 317.00 /hr | 190.20 |

TOTAL FEES            0.60 hrs              $190.20

**TOTAL CHARGES FOR THIS INVOICE**        **$190.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301101
Fort Washington, PA 19034

                                                               INVOICE #  863019

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301101
         TC # 728279

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/07/13 | HHW | Draft and revise update for client regarding status of case | C300 | .20 hrs |
| 01/24/13 | HHW | Email correspondence with Ms. Ho regarding additional documents required from borrower to complete loan modification application process | P500 | .20 hrs |
| 01/24/13 | HHW | Email correspondence with Mr. Ensign, counsel for borrower, regarding additional documents required from borrower to complete loan modification application process | P500 | .20 hrs |
| 01/29/13 | HHW | Review and analyze additional documentation in support of Loan Modification Application received from counsel for borrower | P500 | .20 hrs |
| 01/29/13 | HHW | Email correspondence with counsel for borrower regarding additional documentation in support of Loan Modification Application | P500 | .20 hrs |
| 01/29/13 | HHW | Email correspondence with Ms. Ho submitting additional documentation received from counsel for borrower in support of Loan Modification Application | P500 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301101

FED ID NO. 63-0243316

01/30/13    HHW    Email correspondence with Ms. Ho          P500        .20 hrs
                   regarding information necessary to
                   process Loan Modification Application

01/30/13    HHW    Email correspondence with counsel for     P500        .20 hrs
                   borrower regarding information necessary
                   to process Loan Modification Application


             TOTAL FEES FOR THIS MATTER                              $420.80


BILLING SUMMARY

   Heather Wright            1.60 hrs    263.00 /hr        420.80


TOTAL FEES                   1.60 hrs                     $420.80

**TOTAL CHARGES FOR THIS INVOICE**                       $420.80

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301102

INVOICE #  863020

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301102
     TC # 729886

PROFESSIONAL SERVICES

01/02/13  NSR  Draft status report for client        L120    .10 hrs

          TOTAL FEES FOR THIS MATTER                  $28.20

BILLING SUMMARY

   Nader Raja            .10 hrs   282.00 /hr        28.20

TOTAL FEES              0.10 hrs                    $28.20

**TOTAL CHARGES FOR THIS INVOICE**                 **$28.20**
                                                   ===========

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301103

INVOICE #  863021

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301103
     TC # 729188

PROFESSIONAL SERVICES

| 01/02/13 | BG | Draft status report regarding response to LaDonna BundageÆs cross Motion for Summary Judgment | L190 | .20 hrs |
|---|---|---|---|---|
| 01/02/13 | BG | Receipt / review of LaDonna BundageÆs Response to motion for summary judgment and Cross Motion for motion for summary judgment and evaluate necessary reply thereto | L120 | .40 hrs |
| 01/02/13 | BG | Contact opposing counsel regarding extension of time for filing reply to cross motion for summary judgment | L120 | .30 hrs |
| 01/02/13 | BG | Evaluate need to supplement evidence in support of Motion for Summary Judgment | L120 | .20 hrs |
| 01/02/13 | BG | Revise Reply to Motion for Summary Judgment | L210 | .20 hrs |
| 01/03/13 | BG | Receipt / review of correspondence from opposing counsel regarding setting of hearing on Motion for Partial Motion for Summary Judgment | L120 | .10 hrs |
| 01/03/13 | BG | Draft response to cross motion for summary judgment | L350 | .60 hrs |
| 01/04/13 | BG | Revise Reply to Cross Motion for Summary Judgment | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301103

FED ID NO. 63-0243316

| 01/04/13 | ABB | Finalize exhibits and GMAC's Response to Cross Motion for Summary Judgment and Reply and prepare same for federal express filing in Oklahoma County and for service upon all parties via U.S mail | L110 | .50 hrs |
| 01/04/13 | JHP | Revised and edited reply brief in support of motion for summary judgment and response brief to cross motion for summary judgment of defendant and drafted affidavit to include with brief acknowledging possession of the original note | L240 | 2.20 hrs |
| 01/14/13 | ABB | Retrieval of docket from Oklahoma County court records to obtain status information regarding entered Order since filing recent summary judgment and response regarding the same | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                   $1,240.50

| 01/03/13 Copy Charges | 0.00 |
| 01/04/13 Copy Charges | 0.00 |
| 01/04/13 Copy Charges | 0.00 |

BILLING SUMMARY

| Allison Burke | .80 hrs | 158.00 /hr | 126.40 |
| Jon H. Patterson | 2.20 hrs | 290.00 /hr | 638.00 |
| Blake Goodsell | 2.30 hrs | 207.00 /hr | 476.10 |

TOTAL FEES          5.30 hrs               $1,240.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301103

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,240.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301103

INVOICE #  866175

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301103
     TC # 729188

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | BG | Correspondence with opposing counsel regarding courtesy copies to the court | L120 | .10 hrs |
| 02/04/13 | BG | Draft status update regarding upcoming hearing | L190 | .10 hrs |
| 02/05/13 | BG | Conversation with judge&s clerk regarding notice of hearing | L230 | .10 hrs |
| 02/05/13 | JHP | Phone call from counsel for co-defendant to discuss resolution to summary judgment issues concerning current tenant in property and to discuss upcoming hearings on our respective clients' motions for summary judgment | L240 | .40 hrs |
| 02/07/13 | BG | Draft joint Journal Entry of Judgment on cross motions for summary judgment | L210 | .30 hrs |
| 02/07/13 | ABB | Calendar information regarding hearing being re-scheduled to February 28, 2013 and update file | L110 | .20 hrs |
| 02/08/13 | ABB | Review of file to determine steps needed in re-coordinating and finalizing details of hearing regarding Motion for Partial Summary Judgment and response to the same | L110 | .20 hrs |
| 02/08/13 | ABB | Draft Notice of Hearing set for February 28, 2013 | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301103

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/12/13 | BG | Draft reply to Sherrene Bundage's response to motion for summary judgment | L210 | 1.20 hrs |
| 02/13/13 | BG | Revise Reply to Response of Sherrene Bundage | L210 | .10 hrs |
| 02/14/13 | BG | Confirm compliance with local rules of response brief of Plaintiff in support of filing reply brief | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                      $692.90

02/05/13 Copy Charges                                              0.00
02/06/13 Express Mail/Fedex                                        0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .90 hrs | 158.00 /hr | 142.20 |
| Jon H. Patterson | .40 hrs | 290.00 /hr | 116.00 |
| Blake Goodsell | 2.10 hrs | 207.00 /hr | 434.70 |

TOTAL FEES              3.40 hrs                  $692.90

**TOTAL CHARGES FOR THIS INVOICE**               $692.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301104

INVOICE #  863022

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301104
     TC # 718307

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
| 01/08/13 | GP | Draft letter to borrowers regarding case status | L120 | .40 hrs |
| 01/14/13 | GP | Make telephone calls to borrowers | L120 | .40 hrs |
| 01/15/13 | GP | Draft letter to borrowers regarding case status | L120 | .20 hrs |
| 01/21/13 | KSA | Research Harris County outline docket for settings and procedure in anticipation of motion for summary judgment filing | L240 | .40 hrs |
| 01/22/13 | KSA | Review allegations, research court procedures in preparation for motion for summary judgment | L240 | .30 hrs |
| 01/23/13 | GP | Consider strategy for dismissing action and rescinding foreclosure | L120 | .70 hrs |
| 01/23/13 | GP | Research Texas law regarding rescinding foreclosure sales | L120 | 1.20 hrs |
| 01/23/13 | GP | Contact borrower regarding settlement | L160 | .30 hrs |
| 01/24/13 | GP | Draft affidavit to support motion for summary judgment | L240 | 1.50 hrs |
| 01/31/13 | GP | Draft Motion for Summary Judgment | L240 | 3.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301104

FED ID NO. 63-0243316

01/31/13   KSA   Review pleadings from prior and current          L210       .60 hrs
                 case to outline arguments for motion for
                 summary judgment and proposed order


                 TOTAL FEES FOR THIS MATTER                        $2,114.00

     01          Copy Charges                                                     0.00
     41          Computerized Legal Research-Westlaw                              0.00

BILLING SUMMARY

     Keith S. Anderson         1.40 hrs    268.00 /hr        375.20
     Grant Premo               8.40 hrs    207.00 /hr      1,738.80


TOTAL FEES                     9.80 hrs                   $2,114.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$2,114.00**
                                                         ═══════════

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301104
Fort Washington, PA 19034

                                                           INVOICE #  866176

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301104
         TC # 718307

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | KSA | Review and edit MSJ and prepare for filing | L320 | .50 hrs |
| 02/01/13 | KSA | Send filed MSJ to R.Meeker with commentary | L140 | .20 hrs |
| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/01/13 | MST | Finalize motion for summary judgment with exhibits and prepare all for filing and service | L210 | .80 hrs |
| 02/01/13 | MST | Draft notice of hearing regarding summary judgment and prepare for filing and service | L210 | .60 hrs |
| 02/01/13 | MST | Draft affidavit regarding service of motion for summary judgment and notice of hearing for attorney review | L210 | .40 hrs |
| 02/01/13 | MST | Telephone call with court clerk regarding hearing on motion for summary judgment and update calendar regarding same | L110 | .20 hrs |
| 02/01/13 | GP | Review and revise Motion for Summary Judgment | L120 | 2.80 hrs |
| 02/14/13 | KSA | Research pleadings and correspondence with plaintiff in preparation for motion for summary judgment hearing | L240 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301104

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,190.40

| 01 | Copy Charges | | | | 0.00 |
| 41 | Computerized Legal Research-Westlaw | | | | 0.00 |

BILLING SUMMARY

| Melanie Thompson | 2.00 hrs | 158.00 /hr | 316.00 |
| Keith S. Anderson | 1.10 hrs | 268.00 /hr | 294.80 |
| Grant Premo | 2.80 hrs | 207.00 /hr | 579.60 |

TOTAL FEES                    5.90 hrs              $1,190.40

**TOTAL CHARGES FOR THIS INVOICE**              **$1,190.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2013-301105
Fort Washington, PA 19034

                                                INVOICE #  863023

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301105
          TC # 703503

PROFESSIONAL SERVICES

01/01/13   ATT   E-mail correspondence with opposing      L240B    .30 hrs
                 counsel regarding trial going forward on
                 December 31 and judgment entered in
                 favor of Deutsche on counterclaims and
                 foreclosure claims

01/02/13   ATT   E-mail correspondence with foreclosure   L240B    .20 hrs
                 counsel following up on questions
                 concerning trial that took place on
                 December 31, 2012

01/03/13   AHC   Telephone conference with special set    L240     .20 hrs
                 hearing coordinator regarding
                 cancellation of hearing on Motion for
                 Judgment on the Pleadings

01/03/13   AHC   Draft proposed Order canceling special   L240     .50 hrs
                 set hearing for attorney review and
                 correspondence to hearing coordinator
                 regarding same

01/03/13   ATT   E-mail correspondence with foreclosure   L240B    .20 hrs
                 counsel regarding obtaining copy of
                 final order entered at 12/31 trial

01/04/13   AHC   Correspondence to all parties regarding  L240     .20 hrs
                 Order to cancel special set hearing on
                 Motion for Judgment on Genestan's
                 Counterclaims



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301105

FED ID NO. 63-0243316

| 01/07/13 | ATT | Receive telephone call from E.Genestan regarding outcome of trial and foreclosure sale scheduled for March 1, 2013 | L240B | .20 hrs |
| 01/08/13 | ATT | Draft monthly status report | L240B | .20 hrs |

TOTAL FEES FOR THIS MATTER                      $442.50

35        Express Mail/Fedex                              0.00

BILLING SUMMARY

| Alecia H. Cockrell | .90 hrs | 158.00 /hr | 142.20 |
| Ann T. Taylor | 1.10 hrs | 273.00 /hr | 300.30 |

TOTAL FEES            2.00 hrs                    $442.50

**TOTAL CHARGES FOR THIS INVOICE**              **$442.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301105

INVOICE #  866177

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301105
     TC # 703503

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/08/13 | ATT | Draft closing memo | L240B | .30 hrs |
| 02/08/13 | ATT | E-mail correspondence with H.Franchi transmitting closing memo and explaining that Genestan's deadline for appealing the final judgment has expired | L240B | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $136.50

BILLING SUMMARY

| Ann T. Taylor | .50 hrs | 273.00 /hr | 136.50 |
|---|---|---|---|

TOTAL FEES                  0.50 hrs              $136.50

**TOTAL CHARGES FOR THIS INVOICE**            $136.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301106

INVOICE #  863024

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301106
     TC # 716459

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | ABB | Finalize and enter case status report per monthly requirements | L110 | .10 hrs |
| 01/03/13 | JW | Draft correspondence to opposing counsel regarding interior inspection | L390 | .30 hrs |
| 01/03/13 | JW | Draft status report | L120 | .10 hrs |
| 01/03/13 | GWG | Review pleadings and correspondence and analyze for necessary discovery to be done and possible dispositive motions | L120 | 2.20 hrs |
| 01/14/13 | GWG | Strategy conference regarding outstanding discovery items and upcoming status conference | L230 | .50 hrs |
| 01/14/13 | JW | Prepare for status conference | L230 | .50 hrs |
| 01/15/13 | ABB | Preparation of notebook containing voluminous pleadings and client documents from 2010 to present in preparation for docket call | L110 | 1.70 hrs |
| 01/16/13 | JW | Prepare for status conference | L230 | 1.00 hrs |
| 01/16/13 | JW | Attend status conference | L230 | 1.00 hrs |
| 01/16/13 | JW | Discuss discovery requests and settlement interests with opposing counsel | L310 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301106

FED ID NO. 63-0243316

| 01/16/13 | JW | Draft letter to opposing counsel regarding outstanding discovery and settlement offers | L310 | .40 hrs |
|---|---|---|---|---|
| 01/17/13 | ABB | Finalize and edit correspondence with discovery attachments to opposing counsel regarding docket call and calculate/calendar new deadline regarding responses to pending discovery requests | L110 | .60 hrs |
| 01/22/13 | ABB | Review, analysis and organize correspondence regarding pending discovery and create subfiles pertaining to client documents | L110 | .70 hrs |

TOTAL FEES FOR THIS MATTER                         $2,168.20

01        Copy Charges                                          0.00

BILLING SUMMARY

| Allison Burke | 3.10 hrs | 158.00 /hr | 489.80 |
|---|---|---|---|
| Graham W. Gerhardt | 2.70 hrs | 312.00 /hr | 842.40 |
| Jay Wright | 3.80 hrs | 220.00 /hr | 836.00 |

TOTAL FEES                 9.60 hrs              $2,168.20

**TOTAL CHARGES FOR THIS INVOICE**              $2,168.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301107

INVOICE #   863025

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301107
     TC # 731043

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JJPH | Prepare status report to client regarding dismissal order | L120 | .20 hrs |
| 01/02/13 | JJPH | Prepare closing memorandum for client | L120 | .30 hrs |
| 01/02/13 | JJPH | Email correspondence to Jennifer Best regarding closing memorandum | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $158.40

BILLING SUMMARY

Joshua J. Phillips        .60 hrs   264.00 /hr        158.40

TOTAL FEES                 0.60 hrs                 $158.40

**TOTAL CHARGES FOR THIS INVOICE**             **$158.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301108

INVOICE #  863026

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301108
     TC # 731905

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding Motion for Judgment on the Pleadings | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $20.70

EXPENSES

01/15/13 Court Costs - Pleadings - WEST GROUP COURT          129.00
         DOCUMENTS
         Bank ID: GENR Check Number: 105211

TOTAL COSTS FOR THIS MATTER          $129.00

BILLING SUMMARY

   Blake Goodsell          .10 hrs   207.00 /hr       20.70

TOTAL FEES              0.10 hrs              $20.70

TOTAL EXPENSES                          $129.00

**TOTAL CHARGES FOR THIS INVOICE**          **$149.70**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301108

INVOICE #  866178

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301108
     TC # 731905

PROFESSIONAL SERVICES

| 02/05/13 | BG | Draft status report regarding pending motion for judgment on the pleadings | L190 | .10 hrs |
| 02/13/13 | BG | Correspondence with third-party counsel regarding hearing date on Motion for Judgment on the Pleadings | L230 | .10 hrs |

TOTAL FEES FOR THIS MATTER                 $41.40

BILLING SUMMARY

| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |

| TOTAL FEES | 0.20 hrs | | $41.40 |

**TOTAL CHARGES FOR THIS INVOICE**                 **$41.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301109

INVOICE #  863027

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301109
     TC # 720837

PROFESSIONAL SERVICES

| 01/02/13 | APUC | Draft status report for client | L650 | .10 hrs |
| 01/02/13 | APUC | Review and analyze pleadings, call notes, loan documents and correspondence in preparation for drafting discovery | L660 | 2.90 hrs |
| 01/02/13 | MPE | Begin initial draft of Request for Admissions 1-4. | L310 | .70 hrs |
| 01/02/13 | MPE | In depth review of file, payment history, and all correspondence to assist with request for admissions. | L310 | 1.60 hrs |
| 01/13/13 | CWH | Draft discovery requests to borrowers | L310 | .20 hrs |
| 01/16/13 | CWH | Begin drafting letter to borrower's counsel advising of recent loss mitigation activity | L190 | .10 hrs |
| 01/16/13 | CWH | Phone call and message to client to inquire about Attorney General settlement eligibility for this loan | L190 | .10 hrs |
| 01/21/13 | MPE | In depth review of additional payment information from GMAC/Litton. | L110 | 2.10 hrs |
| 01/22/13 | CWH | Exchange e-mails with client about borrower's eligibility for Attorney General solicitation letter and questions about same | L110 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301109

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 01/23/13 | CWH | Continue to exchange e-mails with client about Attorney General solicitation letter and what it could mean for a loan modification | L110 | .20 hrs |
| 01/25/13 | CWH | Review and analyze the payment history from client and send back follow-up questions on same | L120 | .20 hrs |
| 01/25/13 | CWH | Phone call to borrower's counsel's office | L110 | .10 hrs |
| 01/29/13 | CWH | Phone call and follow-up email to borrower's counsel to advise him of the Attorney General solicitation letter | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                         $1,969.10

  41         Computerized Legal Research-Westlaw                         0.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Christian W. Hancock | 1.30 hrs | 361.00 /hr | 469.30 |
| Amy Puckett | 3.00 hrs | 255.00 /hr | 765.00 |
| Melisa P. Palmer | 4.40 hrs | 167.00 /hr | 734.80 |

TOTAL FEES               8.70 hrs                 $1,969.10

**TOTAL CHARGES FOR THIS INVOICE**                 $1,969.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301109

INVOICE #  866179

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301109
     TC # 720837

<u>PROFESSIONAL SERVICES</u>

| 02/01/13 | APUC | Draft status report for client | L120 | .20 hrs |
|---|---|---|---|---|
| 02/05/13 | MPE | Prepare initial drat of Request for Interrogatories. | L310 | .80 hrs |
| 02/07/13 | CWH | Phone call with borrower's counsel regarding his client's intentions to complete the Attorney General solicitation package | L160 | .10 hrs |
| 02/07/13 | CWH | Update client on borrower's intentions to complete the Attorney General solicitation package | L160 | .10 hrs |
| 02/12/13 | CWH | Confirm receipt of financial package with borrower's counsel and advise it has been submitted to GMAC for review | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER               $292.90

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Amy Puckett | .20 hrs | 255.00 /hr | 51.00 |
| Melisa P. Palmer | .80 hrs | 167.00 /hr | 133.60 |

TOTAL FEES          1.30 hrs          $292.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301109

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                        $292.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301110

INVOICE #  863028

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301110
     TC # 708722

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
| 01/07/13 | GWG | Review pleadings and client documents and prepare summary judgment arguments | L210 | 2.80 hrs |
| 01/08/13 | JHP | Emails to/from client contact R.Meeker to discuss status of case and summary judgment filing | L120 | .20 hrs |
| 01/10/13 | phn | Review and analyze ETS's foreclosure file for incorporation into motion for summary judgment | L210 | 2.40 hrs |
| 01/11/13 | phn | Draft fact section of motion for summary judgment | L210 | 1.60 hrs |
| 01/11/13 | phn | Draft argument sections for motion for summary judgment | L210 | 4.30 hrs |
| 01/11/13 | phn | Research and analysis of Texas case law on injunctive relief and underlying foreclosure claims | C200 | 1.10 hrs |
| 01/15/13 | phn | Review and analysis of chain of assignments for incorporation into motion for summary judgment | L120 | .50 hrs |
| 01/16/13 | GWG | Work on brief in support of motion for summary judgment | L240 | 3.00 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
ResCap                                                              MARCH 27, 2013

0G2013-301110

FED ID NO. 63-0243316

---

| | | | | | |
|---|---|---|---|---|---|
| 01/23/13 | phn | Revise and edit motion for summary judgment | L210 | .40 hrs |
| 01/24/13 | GWG | Work on summary judgment brief and affidavit in support of same | L240 | 1.20 hrs |
| 01/28/13 | phn | Draft affidavit in support of motion for summary judgment | L210 | 1.10 hrs |
| 01/28/13 | phn | Review and analyze discovery and evidence in support of motion for summary judgment | L120 | .70 hrs |

TOTAL FEES FOR THIS MATTER                     $5,107.90

01          Copy Charges                                           0.00
41          Computerized Legal Research-Westlaw                    0.00

BILLING SUMMARY

Graham W. Gerhardt        7.00 hrs    312.00 /hr      2,184.00
Jon H. Patterson           .20 hrs    290.00 /hr         58.00
Preston H. Neel          12.30 hrs    233.00 /hr      2,865.90

TOTAL FEES                19.50 hrs                  $5,107.90

**TOTAL CHARGES FOR THIS INVOICE              $5,107.90**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301110

INVOICE #  866180

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301110
     TC # 708722

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | phn | Draft status report for client | L190 | .20 hrs |
| 02/05/13 | phn | Email to R.Meeker following-up on execution of affidavit in support of motion | L210 | .10 hrs |
| 02/11/13 | phn | Phone call with R.Meeker regarding affidavit | L120 | .20 hrs |
| 02/11/13 | phn | Revise and edit affidavit in support of motion for summary judgment | L210 | .30 hrs |
| 02/11/13 | phn | Organize and resubmit evidence in support of motion for summary judgment | L210 | .20 hrs |
| 02/13/13 | phn | Review voicemail from R.Meeker regarding affidavit in support of motion for summary judgment and issues surrounding reinstatement and payoff quotes | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $279.60

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Preston H. Neel | 1.20 hrs | 233.00 /hr | 279.60 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.20 hrs | | $279.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301110

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $279.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301111

INVOICE #  863029

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301111
     TC # 713980

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/18/13 | LADA | Review docket and filings confirming matter is stayed pursuant to bankruptcy filing | L190 | .40 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER          $124.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES            0.60 hrs            $124.00

**TOTAL CHARGES FOR THIS INVOICE**            $124.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301112

INVOICE #  863030

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301112
     TC # 712757

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding custodial documents needed for summary judgment | L190 | .20 hrs |
| 01/11/13 | BG | Revise Motion for Summary Judgment to reflect new information showing timing of acquisition of note ownership | L210 | .30 hrs |
| 01/11/13 | BG | Evaluate options for proving timing of note ownership in support of Motion for Summary Judgment | L120 | .40 hrs |
| 01/11/13 | BG | Research statute of limitations defense | L120 | .20 hrs |
| 01/11/13 | BG | Correspondence with client regarding options for proving timing of note ownership | L120 | .20 hrs |
| 01/14/13 | BG | Correspondence from client regarding dismissal of complaint | L120 | .10 hrs |
| 01/16/13 | BG | Contact foreclosure counsel to discuss dismissal | L120 | .10 hrs |
| 01/17/13 | BG | Conversation with foreclosure counsel regarding avenues for dismissal of complaint | L120 | .20 hrs |
| 01/17/13 | BG | Evaluate possible statute of limitations defenses following dismissal of foreclosure action | L120 | 1.30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301112

FED ID NO. 63-0243316

---

| 01/17/13 | BG | Conversation with client regarding documentation to prove timing of standing to enforce the note and potential statute of limitations issues | L120 | .20 hrs |
| 01/28/13 | BG | Evaluate litigation strategy and send summary to client of the same | L120 | .70 hrs |
| 01/29/13 | BG | Discuss options for re-filing with client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $828.00

01          Copy Charges                                                  0.00

### BILLING SUMMARY

Blake Goodsell          4.00 hrs    207.00 /hr          828.00

TOTAL FEES                   4.00 hrs                   $828.00

**TOTAL CHARGES FOR THIS INVOICE**          $828.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301112

INVOICE #  866181

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301112
     TC # 712757

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | BG | Conversation with client regarding documentation needed and statute of limitations argument | L120 | .10 hrs |
| 02/04/13 | BG | Conversation with client regarding statute of limitations | L120 | .10 hrs |
| 02/04/13 | BG | Correspondence with client regarding statute of limitations | L120 | .20 hrs |
| 02/05/13 | BG | Draft status report regarding statute of limitations and dismissal | L190 | .20 hrs |
| 02/13/13 | BG | Contact client regarding dismissal and consider application of statute of limitations caselaw to mortgage note | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $165.60

BILLING SUMMARY

| Blake Goodsell | .80 hrs | 207.00 /hr | 165.60 |
|---|---|---|---|

| TOTAL FEES | 0.80 hrs | | $165.60 |
|---|---|---|---|



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301112

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $165.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301113

INVOICE #  863031

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301113
     TC # 718072

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/10/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                        $47.40

BILLING SUMMARY

   Alecia H. Cockrell          .30 hrs    158.00 /hr        47.40

TOTAL FEES                     0.30 hrs                     $47.40

**TOTAL CHARGES FOR THIS INVOICE**                          **$47.40**
                                                    ═══════════

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301113

INVOICE #  866182

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301113
     TC # 718072

PROFESSIONAL SERVICES

| 02/05/13 | AHC | Review trial court docket, retrieve and review Order from public records and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .60 hrs |
| 02/05/13 | AHC | Draft memorandum regarding final disposition of file and forward same to attorney for review and correspondence to client regarding same | L190 | .50 hrs |
| 02/05/13 | MJA | Research on status of case following remand to trial court for communication to client | L110 | .50 hrs |
| 02/13/13 | AHC | Correspondence to client regarding final disposition of file | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $348.10

BILLING SUMMARY

| Marc J. Ayers | .50 hrs | 317.00 /hr | 158.50 |
| Alecia H. Cockrell | 1.20 hrs | 158.00 /hr | 189.60 |

TOTAL FEES                1.70 hrs                $348.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301113

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $348.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301114

INVOICE #  863032

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301114
TC # 725851

PROFESSIONAL SERVICES

| 01/02/13 | ES | Status update on extranet re: Plaintiff's motion for remand is still pending | L240B | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                      $20.70

BILLING SUMMARY

| Erin Saltaformaggio | .10 hrs | 207.00 /hr | 20.70 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | | $20.70 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                **$20.70**

***** TOTAL DUE UPON RECEIPT *****