

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301114
Fort Washington, PA 19034

                                                    INVOICE #  866183

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301114
         TC # 725851

    PROFESSIONAL SERVICES

02/04/13   ES    Prepare status update re: plaintiff's      L240B      .20 hrs
                 motion to remand pending


            TOTAL FEES FOR THIS MATTER                                 $41.40


    BILLING SUMMARY

        Erin Saltaformaggio          .20 hrs   207.00 /hr        41.40


    TOTAL FEES                    0.20 hrs                   $41.40

    **TOTAL CHARGES FOR THIS INVOICE**                      **$41.40**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301115

INVOICE #  863033

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301115
     TC # 726178

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | ABB | Prepare file to be closed and settlement documents as well as draft closing memo | L110 | .50 hrs |
| 01/02/13 | ABB | Forward closing memo with attachments to client via e-mail | L110 | .20 hrs |
| 01/02/13 | BG | Draft status report regarding file closure | L190 | .10 hrs |
| 01/04/13 | ABB | Assimilation and compilation of file documents and update file regarding recordation of Order | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                         $162.90

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Allison Burke | .90 hrs | 158.00 /hr | 142.20 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES                 1.00 hrs                 $162.90

**TOTAL CHARGES FOR THIS INVOICE**                 **$162.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301116
Fort Washington, PA 19034

                                                          INVOICE #  863034

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301116
         TC # 728760

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.          L120     .10 hrs

01/16/13   LADA  Review docket and filings confirming     L190     .40 hrs
                 matter is stayed pursuant to bankruptcy
                 filing

01/30/13   MSW   Draft status report for client.          L120     .10 hrs


           TOTAL FEES FOR THIS MATTER                        $124.00


BILLING SUMMARY

    Mark S. Wierman          .20 hrs   304.00 /hr       60.80
    Lucinda Kish             .40 hrs   158.00 /hr       63.20


TOTAL FEES                   0.60 hrs                  $124.00

**TOTAL CHARGES FOR THIS INVOICE**                     $124.00
                                        ===================

         ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301117

INVOICE #  863035

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301117
     TC # 725395

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/14/13 | KK | Review docket to determine status of case and current default counsel to include in service of documents | L110 | .20 hrs |
| 01/14/13 | NSR | Prepare arguments for hearing on motion to dismiss declaratory judgment and injunctive relief counterclaim | L240 | .30 hrs |
| 01/14/13 | NSR | Draft proposed order regarding motion to dismiss declaratory judgment and injunctive relief claim | L240 | .30 hrs |
| 01/14/13 | MW | Conference with S.Vann, opposing counsel regarding consent to motion to dismiss counterclaim for declaratory relief and potential for agreed order to avoid upcoming hearing | C400 | .60 hrs |
| 01/15/13 | MW | Correspondence with S.Vann regarding cancellation of hearing and agreed order dismissing counterclaim | C400 | .30 hrs |
| 01/15/13 | KK | Telephone call and e-mail with judicial assistant regarding cancellation of January 16, 2013 hearing | L110 | .20 hrs |
| 01/15/13 | KK | Draft and finalize notice of cancellation for e-filing in Duval County, Florida | L110 | .30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301117

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/15/13 | KK | Draft and prepare letter to judge regarding proposed agreed order for execution | L110 | .20 hrs |
| 01/15/13 | NSR | Review and analyze e-mail from opposing counsel with attached revisions to proposed consent order granting motion to dismiss declaratory judgment counterclaim | L240 | .20 hrs |
| 01/15/13 | NSR | Correspondence with client regarding agreed order granting motion to dismiss declaratory judgment counterclaim | L240 | .20 hrs |
| 01/31/13 | KK | Research docket and available pleadings on Duval County, Clerk of Court showcase website to determine status of case and recent activity | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $737.80

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Monica Wilson | .90 hrs | 282.00 /hr | 253.80 |
| Nader Raja | 1.10 hrs | 282.00 /hr | 310.20 |
| Kerry Keane | 1.10 hrs | 158.00 /hr | 173.80 |

TOTAL FEES                3.10 hrs                $737.80

**TOTAL CHARGES FOR THIS INVOICE**                $737.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301117
Fort Washington, PA 19034

                                                               INVOICE #  866184

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301117
         TC # 725395

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 02/01/13 | NSR | Exchange e-mails with client regarding impact of bankruptcy stay on remaining claims | L120 | .20 hrs |
| 02/14/13 | KK | Review case to determine if transfer to Estate is necessary | L110 | .30 hrs |
| 02/28/13 | KK | Research docket and available online pleadings to determine status of case | L110 | .40 hrs |
| 03/04/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 03/14/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 04/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 04/05/13 | MPE | Research public records to determine of an assignment has been in light of recent upcoming transfer to Ocwen's name. | L110 | .30 hrs |
| 04/05/13 | MPE | Analyze counterclaims to determine status and determine which would flow to Ocwen if a motion to substitute party plaintiff is filed. | L110 | .40 hrs |
| 04/05/13 | MPE | Analyze note as filed with the court to determine endorsements and assist with the upcoming transfer to Ocwen.  . | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301117

FED ID NO. 63-0243316

04/30/13   KK     Research and review docket to determine        L110        .10 hrs
                  status of case

                  TOTAL FEES FOR THIS MATTER                                  $487.30


BILLING SUMMARY

    Michael C. Griffin          .20 hrs     348.00 /hr          69.60
    Nader Raja                  .50 hrs     282.00 /hr         141.00
    Melisa P. Palmer            .90 hrs     167.00 /hr         150.30
    Kerry Keane                 .80 hrs     158.00 /hr         126.40


TOTAL FEES                    2.40 hrs                       $487.30

**TOTAL CHARGES FOR THIS INVOICE**                          $487.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301118
Fort Washington, PA 19034

                                                    INVOICE #   863036

                                                    FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301118
         TC # 721547

    PROFESSIONAL SERVICES

    01/09/13   HFH   Communicate with Burns, communicate with      C400       .10 hrs
                     Ho regarding settlement proposal

    01/16/13   HFH   Communicate with Jacquline Ho regarding        L230       .10 hrs
                     modification


                     TOTAL FEES FOR THIS MATTER                                $76.60


    BILLING SUMMARY

        Rick Humbracht              .20 hrs   383.00 /hr        76.60


    TOTAL FEES                      0.20 hrs                   $76.60

    **TOTAL CHARGES FOR THIS INVOICE**                        **$76.60**


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301118
Fort Washington, PA 19034

                                                               INVOICE #  866185

                                                               FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301118
         TC # 721547

PROFESSIONAL SERVICES

| 02/01/13 | HFH | Review documents provided by J. Ho regarding modifications | C400 | .20 hrs |
|---|---|---|---|---|
| 02/04/13 | HFH | Telephone conversation Bill Burns regarding the settlement | L230 | .50 hrs |
| 02/05/13 | HFH | Telephone conversation Jacqueline Ho regarding settlement and requirements, communicate with Sanger concerning title company's position | L210 | .20 hrs |
| 02/06/13 | HFH | Communicate with Ho and Sanger regarding title company requirements in setting aside foreclosure sale | C300 | .40 hrs |
| 02/06/13 | CSS | Research re potentially rescinding a Tennessee VA foreclosure sale & related alternatives | C300 | .30 hrs |
| 02/07/13 | HFH | Communicate regarding VA's involvement in settlement and requirements to satisfy the title company | C400 | .20 hrs |
| 02/07/13 | CWH | Review and analyze options for rescinding the foreclosure and modifying the loan as part of settlement agreement | L160 | .30 hrs |
| 02/08/13 | HFH | Telephone conversation Burns settlement rejection | L210 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301118

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/11/13 | HFH | Communicate with Jacqueline Ho regarding modification, communicate with Burns regarding mod. | C300 | .20 hrs |
| 02/12/13 | HFH | Telephone conversation Frank Watson regarding settlement documents | C400 | .20 hrs |
| 02/12/13 | CSS | Conference with Kirk Moser counsel for Old Republic Title re structure of proposed settlement & preparation of e-mail memorandum re same | C300 | .70 hrs |

TOTAL FEES FOR THIS MATTER                     $1,253.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Rick Humbracht | 2.10 hrs | 383.00 /hr | 804.30 |
| Charles Sanger | 1.00 hrs | 341.00 /hr | 341.00 |

TOTAL FEES               3.40 hrs               $1,253.60

**TOTAL CHARGES FOR THIS INVOICE**          $1,253.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301119
Fort Washington, PA 19034

                                                          INVOICE #  863037

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301119
         TC # 713893

PROFESSIONAL SERVICES

| 01/02/13 | BG | Draft status report regarding file closure following order dismissing appeal | L190 | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | BG | Correspondence with client regarding order dismissing appeal | L120 | .10 hrs |
| 01/03/13 | ABB | Retrieval of docket report in third district court of appeals in order to ascertain docket and determine case status and activity | L110 | .20 hrs |
| 01/03/13 | ABB | Additional retrieval of docket report regarding Appeal #12-212 third district court of appeals in order to ascertain docket and determine case status and activity | L110 | .30 hrs |
| 01/07/13 | JHP | Reviewed letter from Court of Appeals formally notifying of mandate of dismissal and taxing costs to appellant | L510 | .10 hrs |
| 01/07/13 | BG | Receipt / review of mandate from appeals court closing the case | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $170.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301119

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .50 hrs | 158.00 /hr | 79.00 |
| Jon H. Patterson | .10 hrs | 290.00 /hr | 29.00 |
| Blake Goodsell | .30 hrs | 207.00 /hr | 62.10 |

| | | |
|---|---|---|
| TOTAL FEES | 0.90 hrs | $170.10 |

**TOTAL CHARGES FOR THIS INVOICE**                              **$170.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301119
Fort Washington, PA 19034

                                                              INVOICE #  866186

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301119
         TC # 713893

PROFESSIONAL SERVICES

02/05/13  JHP   Reviewed order from appeals court       L510      .20 hrs
                dismissing appeal from third-party for
                lack of standing


          TOTAL FEES FOR THIS MATTER                             $58.00


BILLING SUMMARY

    Jon H. Patterson          .20 hrs   290.00 /hr         58.00


TOTAL FEES                    0.20 hrs                    $58.00

**TOTAL CHARGES FOR THIS INVOICE**                       $58.00
                                                    ═══════════

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301120

INVOICE #  863038

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301120
     TC # 734210

PROFESSIONAL SERVICES

| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/04/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/08/13 | KK | Research and review docket to determine and assess status of case | L110 | .20 hrs |
| 01/08/13 | RV | Review court docket and case file for current status and determination of next steps | L120 | .10 hrs |
| 01/08/13 | RV | Email exchange for B.Emmanuel, of foreclosure counsel, regarding motion for entry of default and notices filed on 12/26/2012 by J.Zabin | L120 | .40 hrs |
| 01/08/13 | RV | Phone conference with H.Franchi regarding motion for entry of default filed by J.Zabin of Pendergast and Morgan | L120 | .20 hrs |
| 01/08/13 | RV | Draft memorandum to J.Zabin, of Pendergast, regarding the handling of entering defaults against parties that have not appeared | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/08/13 | RV | Email exchange with J.Zabin regarding moving to default A.Morose and M.Desrosiers | L120 | .30 | hrs |
| 01/08/13 | RV | Review and analyze motions for entry of default, notice of dropping parties, notice of inability to determine military status, and Order of entry of default as to P.Boule all filed by J.Zabin of Pendergast | L120 | .40 | hrs |
| 01/08/13 | RV | Review correspondence and supplements to financial package submitted by opposing counsel, R.Cordon | L120 | .20 | hrs |
| 01/08/13 | RV | Phone call to the law offices of Ron Cordon to request missing leasing agreement and rental income statement in order to complete financial package to be submitted to loss mitigation for review | L120 | .20 | hrs |
| 01/08/13 | RV | Draft memorandum to H.Franchi regarding recently submitted documents for financial package for Loss Mit to review with loan modification application | L120 | .20 | hrs |
| 01/08/13 | AHC | Conference with judicial assistant regarding setting hearing and newly assigned judge | L110 | .30 | hrs |
| 01/09/13 | RV | Email exchange with J.Zabin regarding moving for default against non-appeared parties | L120 | .30 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/09/13 | RV | Draft letter to clerk of court for Miami-Dade county in response to clerks docket entry requesting re-submission of motion to dismiss | L250 | .20 hrs |
| 01/09/13 | RV | Review filings and court docket information as to why certain defendants were not defaulted | L120 | .20 hrs |
| 01/09/13 | RV | Draft letter to J.Zabin regarding missing motion to dismiss and need for re-filing motions to default Desrosiers and Morose | L120 | .10 hrs |
| 01/09/13 | JAM | Review emails regarding Judge assignment | L110 | .20 hrs |
| 01/09/13 | JAM | Conference with R.Vann regarding error on Court's Access online docket and review for recent case activity regarding filing of Plaintiff's Motion to Dismiss, strategy to remedy Court's error, and prepare package of documents for Clerk | L210 | .60 hrs |
| 01/10/13 | KK | Research and review docket to determine status of case and confirm filing party of motion for entry of default in case | L110 | .20 hrs |
| 01/10/13 | RV | Revise and edit motion for default, notice of inability to determine military status, proposed order on entry of default as to A.Morose and M.Desrosiers after Pendergast moved unsuccessfully to default defendants | L250 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/10/13 | RV | Email exchange with J.Zabin regarding her recent filings regarding defaulting parties that have not appeared | L120 | .30 hrs |
| 01/10/13 | RV | Draft letter to opposing counsel requesting agreement to appearing telephonically at client's hearing on motion to dismiss | L120 | .20 hrs |
| 01/10/13 | RV | Phone conference with H.Hernandez of Judge Lindsey's chambers regarding new judge assignment and procedures for special set hearings and telephonic appearances | L120 | .30 hrs |
| 01/10/13 | RV | Phone conference with M.Cordon of opposing counsel's office and H.Hernandez of Judge Lindsey's chambers regarding special set hearing and telephonic appearance | L120 | .30 hrs |
| 01/10/13 | RV | Phone call to Clerk of Court for Miami Dade County regarding payment of filing fees | L120 | .30 hrs |
| 01/10/13 | RV | Review and analyze pleadings and particularly affirmative defenses as well as payment history, fact packs, and correspondence with the borrower  in order to prepare responsive pleading rebut affirmative defenses | L120 | .90 hrs |
| 01/10/13 | RV | Outline and strategize in order to prepare response to affirmative defenses asserted by M.Dorvilmard | L120 | .50 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

---

| 01/10/13 | RV | Research Florida statutes and case law as to affirmative defenses raised by M.Dorvilmard including violations of the Florida Fair Lending Act, and rules of procedure, as well as local rules of procedure, as to responding to affirmative defenses in order to incorporated into motion to strike affirmative defenses | L120 | .80 hrs |
|---|---|---|---|---|
| 01/10/13 | RV | Review and analyze Florida case law as to affirmative defenses raised by M.Dorvilmard to be incorporated into motion to strike affirmative defenses | L120 | .60 hrs |
| 01/10/13 | RV | Begin drafting motion to strike affirmative defenses raised by M.Dorvilmard with introduction and arguments as to defenses of violations of the Florida Fair Lending Act, undue influence, unconscionability, and rescission as well as general argument as to pleading requirements and related case law to sufficiency of affirmative defenses | L250 | 1.50 hrs |
| 01/10/13 | RV | Research claims and defenses asserted under undue influence in Florida | L120 | .50 hrs |
| 01/10/13 | RV | Research Florida case law as to claims for rescission to incorporate into the motion to strike affirmative defenses | L120 | .50 hrs |
| 01/10/13 | RV | Research Florida case law as to claims for unconscionability to incorporate argument into motion to strike affirmative defenses | L120 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| 01/11/13 | JAM | Conference with R.Vann regarding status of litigation, including Motion to Strike, Supplemental Motion to Dismiss, Motion for Default and hearing regarding same | L120 | .30 hrs |
|---|---|---|---|---|
| 01/11/13 | ERP | Conference with R.Vann and J.Mathews regarding new judge, drafting of motions, and hearing | L120 | .20 hrs |
| 01/11/13 | RV | Phone conference with clerk of courts for miami dade county regarding payment of filing fees | L120 | .20 hrs |
| 01/11/13 | RV | Draft motion to dismiss supplement with argument as to failure to pay filing fees under Florida Statutes to be filed and heard at hearing set for motion to dismiss and motion to strike affirmative defenses | L250 | 1.20 hrs |
| 01/11/13 | RV | Research Florida rules of procedure as well as florida statutes to incorporate argument into supplement to motion to dismiss as to filing fees | L120 | .30 hrs |
| 01/11/13 | RV | Research Florida case law and secondary sources as to claims and defenses of duress to incorporate argument into motion to strike affirmative defenses | L120 | .40 hrs |
| 01/11/13 | RV | Review and analyze claims and defenses of duress under Florida law to outline strategy and incorporate argument into motion to strike affirmative defenses | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
MARCH 27, 2013

0G2013-301120

ResCap

FED ID NO. 63-0243316

| 01/11/13 | RV | Draft motion to strike affirmative defenses argument as to duress and draft conclusion and revise and edit argument as to undue influence as well as final draft of motion | L250 | 1.60 hrs |
|---|---|---|---|---|
| 01/11/13 | RV | Revise argument as to rescission in motion to strike affirmative defenses | L250 | .30 hrs |
| 01/11/13 | RV | Multiple phone calls and another letter to opposing counsel regarding needed documents to complete loss mitigation application as well as setting up hearing on client's motion to dismiss, motion to strike, and supplement to motion to dismiss | L120 | .30 hrs |
| 01/13/13 | RV | Draft memorandum to file regarding status of outstanding motion to dismiss and hearing set for motion to dismiss as well as additional motions to be filed and heard | L120 | .20 hrs |
| 01/14/13 | HTC | Analyze issues relating to motion for entry of default | L250 | .10 hrs |
| 01/14/13 | HTC | Review docket and emails from foreclosure counsel | L120 | .40 hrs |
| 01/14/13 | HTC | Review emails regarding motions for entry of default and refiling motion to dismiss and revise motion for entry of default as to some of the defendants | L250 | .10 hrs |
| 01/14/13 | HTC | Review and edit supplement to motion to dismiss and motion to strike affirmative defenses | L250 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0G2013-301120

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/16/13 | JAM | Conferences with R.Vann regarding service of filings and issues with motions | L210 | .20 hrs |
| 01/16/13 | JAM | Final review of Notice of Inability to Determine Military Status prior to submission to Court | L210 | .20 hrs |
| 01/16/13 | JAM | Review proposed Entry of Default and draft correspondence to Miami-Dade Clerk enclosing same for docketing | L210 | .20 hrs |
| 01/16/13 | JAM | Draft email service of filings to counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 01/16/13 | JAM | Prepare Certified Mail packages of filings to parties not represented by counsel | L210 | .50 hrs |
| 01/16/13 | RV | Review client docs and fact pack as to property's value | L120 | .30 hrs |
| 01/16/13 | RV | Draft memorandum to H.Franchi regarding property's value | L120 | .10 hrs |
| 01/16/13 | RV | Revise final draft of Motion for Entry of Default to be filed against M.Desrosiers and A.Morose with suggestions from H.Cannon | L430 | .30 hrs |
| 01/16/13 | RV | Research guidelines under the Servicemembers Civil Relief Act in order to incorporated into Notice of Inability to Determine Military Status to be filed along with Motion for Entry of Default | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/16/13 | RV | Revise affidavit as to Military Status to be filed along with Motion for Entry of Default | L430 | .20 hrs |
| 01/16/13 | RV | Research local rules for Miami Dade county as to motions for entry of default as well as to filing procedures in order for Clerk of Court to rule and serve the Order of Entry of Default | L430 | .30 hrs |
| 01/16/13 | RV | Final review and preparation for filing of Notice of Inability to Determine Military Status, Motion for Entry of Default with four exhibits, Proposed Order on Entry of Default, updated service list | L120 | .20 hrs |
| 01/16/13 | RV | Final review and preparation for filing of the client's Supplement to Motion to Dismiss Counterclaims as to filing fees | L430 | .30 hrs |
| 01/16/13 | RV | Draft additional arguments in Motion to Strike Affirmative defenses as to purported defenses raised under TILA and equitable rescission | L430 | .80 hrs |
| 01/16/13 | RV | Research purported affirmative defenses raised by M.Dorvilmard to incorporated into arguments in motion to strike as to TILA and equitable rescission claims | L120 | .50 hrs |
| 01/16/13 | RV | Final review and preparation of client's motion to strike affirmative defenses to be filed and set for hearing | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     10
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| 01/17/13 | RV | Review procedures for newly assigned Judge Norma Lindsey as to setting special set hearing and providing notice to all parties | L120 | .20 hrs |
| 01/17/13 | RV | Draft letter to opposing counsel, R.Cordon, regarding items still needed to complete loan modification application as well as request for status of client's interest in modification as no response has ever been received | L120 | .20 hrs |
| 01/17/13 | RV | Phone conference with H.Hernandez of Judge Lindsey's chambers regarding new procedures for notifying the court and copying the court on submissions | L120 | .20 hrs |
| 01/17/13 | RV | Phone conference with claims agent at Attorneys' Title Insurance Fund | L120 | .20 hrs |
| 01/17/13 | RV | Draft notice of claim letter to attorneys title insurance fund incorporating loan history, litigation summary, claims summary, and demands | L120 | .70 hrs |
| 01/17/13 | RV | Review title commitment, title policy, and pleadings, counterclaims, and mortgage and note in order to draft title claim letter to title insurer | L120 | .80 hrs |
| 01/17/13 | JAM | Telephone calls and emails with R.Monstein regarding e-service issues | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/17/13 | JAM | Final review and revisions to Plaintiff's Supplemental Motion to Dismiss Counterclaim prior to submission to Court | L210 | .40 hrs |
| 01/17/13 | JAM | Final review and revisions to Plaintiff's Motion to Strike Affirmative Defenses prior to submission to Court | L210 | .30 hrs |
| 01/17/13 | JAM | Draft proposed Order regarding Plaintiff's Motion to Strike Affirmative Defenses and Plaintiff's Supplemental Motion to Dismiss Counterclaim | L210 | .30 hrs |
| 01/17/13 | JAM | Draft Notice of Hearing on Plaintiff's motions | L210 | .30 hrs |
| 01/17/13 | JAM | Research eCourtesy procedures for Judge Lindsey and complete submission packages | L210 | .40 hrs |
| 01/17/13 | JAM | Draft correspondence to Miami-Dade County Clerk enclosing Supplemental Motion to Dismiss Counterclaims, Motion to Strike, and Notice of Hearing, to be docketed in the Circuit Court | L210 | .30 hrs |
| 01/17/13 | JAM | Prepare Certified Mail packages for parties not represented by counsel | L210 | .50 hrs |
| 01/17/13 | JAM | Draft email service of motions and Notice of Hearing to all counsel pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 01/18/13 | JAM | Confirm docketing of Motion for Entry of Default and Notice of Inability to Determine Military Status | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    12
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/21/13 | HTC | Review and revise title claims letter | L120 | .10 hrs |
| 01/21/13 | RV | Draft memorandum to H.Franchi with updates and recent filings and notice of hearing on Deutsche Bank's Motion to Dismiss Counterclaims and Motion to Strike Affirmative Defenses | L120 | .20 hrs |
| 01/22/13 | RV | Revise title claim letter to Attorneys' title insurance fund with suggestions of H.Eady and H.Cannon and prepare package for mailing | L430 | .30 hrs |
| 01/22/13 | RV | Review correspondence from B.Emmanuel of Pendergast and Morgan as to entries of default in Miami Dade | L120 | .10 hrs |
| 01/22/13 | ERP | E-mail communication with claims manager attaching title claim letter with enclosures | L120 | .20 hrs |
| 01/22/13 | ERP | Final review of title claim letter and retrieval of supporting documents | L120 | .70 hrs |
| 01/22/13 | JAM | Conference with R.Vann regarding status of litigation | L120 | .20 hrs |
| 01/22/13 | JAM | Confirm docketing of Notice of Appearance and Notice of Hearing and calendar pre-heading deadlines | L210 | .30 hrs |
| 01/23/13 | ERP | Communication with L.Jackson with ATIF regarding needing additional documentation to process claim | L120 | .20 hrs |
| 01/23/13 | ERP | E-mail communication with L.Jackson at ATIF attaching title policy | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/23/13 | RV | Review correspondence from L.Jackson at Attorneys' Title Insurance Fund regarding items needed to submit title claim to claims department for review | L120 | .10 | hrs |
| 01/24/13 | JAM | Conference with R.Vann regarding Motion for Judicial Default | L210 | .10 | hrs |
| 01/24/13 | JAM | Draft Motion for Judicial Default and proposed Order and prepare service package for pro se defendants | L210 | .60 | hrs |
| 01/24/13 | JAM | Pursuant to Court procedures, assemble conformed copies of proposed Order and pre-addressed envelopes for Court's use regarding proposed Order | L210 | .50 | hrs |
| 01/25/13 | ERP | Retrieve and review docket regarding status of motion for default | L120 | .20 | hrs |
| 01/25/13 | JAM | Review Court's Notice of Default Not Entered | L210 | .10 | hrs |
| 01/29/13 | JAM | Confirm docketing of Supplement to Plaintiff's Motion to Dismiss Counterclaims and Notice of Hearing regarding same | L210 | .20 | hrs |
| 01/31/13 | RV | Review court file for motion for judicial default and signed order | L120 | .10 | hrs |
| 01/31/13 | RV | Phone conference with H.Hernandez of Judge Lindsey's chambers as to recently filed motion for judicial default, need for setting a hearing to obtain a ruling, and need for eCourtesy of motion and proposed order | L120 | .20 | hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/31/13 | RV | Review title claims determination letter from Attorney's Title Insurance Fund as to title claim submitted on behalf of Deutsche Bank | L120 | .20 hrs |
| 01/31/13 | RV | Review title policy coverage exclusions in regards to denial letter received from Attorney's Title Insurance Fund | L120 | .20 hrs |
| 01/31/13 | HEA | Initial review of denial letter and email memo to file regarding same | L190 | 1.00 hrs |
| 01/31/13 | HTC | Review correspondence from title company denying title claim | L120 | .10 hrs |
| 01/31/13 | JAM | Conference with R.Vann regarding service of Plaintiff's Motion for Judicial Default | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                        $7,404.10

| Date | Description | Amount |
|------|-------------|--------|
| 01/08/13 | Copy Charges | 0.00 |
| 01/17/13 | Copy Charges | 0.00 |
| 01/17/13 | Copy Charges | 0.00 |
| 01/22/13 | Copy Charges Complaint | 0.00 |
| 01/22/13 | Copy Charges Mtn to dismiss | 0.00 |
| 01/22/13 | Copy Charges | 0.00 |
| 01/23/13 | Copy Charges | 0.00 |
| 01/28/13 | Express Mail/Fedex | 0.00 |
| 01/10/13 | Computerized Legal Research-Westlaw Westlaw User: VANN,RICHARD | 0.00 |
| 01/11/13 | Computerized Legal Research-Westlaw Westlaw User: VANN,RICHARD | 0.00 |
| 01/13/13 | Computerized Legal Research-Westlaw Westlaw User: VANN,RICHARD | 0.00 |
| 01/14/13 | Computerized Legal Research-Westlaw Westlaw User: VANN,RICHARD | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
MARCH 27, 2013

0G2013-301120

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 1.10 hrs | 334.00 /hr | 367.40 |
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Jamie Mathews | 8.10 hrs | 150.00 /hr | 1,215.00 |
| Emily R. Powell | 1.70 hrs | 163.00 /hr | 277.10 |
| Hall Eady | 1.00 hrs | 286.00 /hr | 286.00 |
| Richard Vann | 23.40 hrs | 220.00 /hr | 5,148.00 |
| Kerry Keane | .40 hrs | 158.00 /hr | 63.20 |

| | | |
|---|---|---|
| TOTAL FEES | 36.00 hrs | $7,404.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$7,404.10** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2013-301120
Fort Washington, PA 19034

                                                            INVOICE #  866187

                                                            FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301120
     TC # 734210

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .20 hrs |
| 02/04/13 | RV | Analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 02/04/13 | ERP | Retrieve and review docket | L120 | .20 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .30 hrs |
| 02/05/13 | JAM | Pursuant to Judge Lindsey's instructions, distribute conformed copies of order to all parties of record | L210 | .30 hrs |
| 02/06/13 | RV | Review court docket information indicating that the client's Motion for Judicial Default was Granted on 2/5/2013 | L120 | .10 hrs |
| 02/07/13 | RV | Phone conference with Judge Lindsey's chambers regarding their faxed request for information and clearing up discrepancies with filings associated with motion for judicial default | L120 | .40 hrs |
| 02/07/13 | RV | Review recent filings on behalf of the client as well as courtesy copy submissions and correspondence with Judge Lindsey's chambers in preparation for conference with chambers | L120 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301120

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/11/13 | ERP | Organize pleadings to be used at hearing regarding Plaintiff's Motion to Dismiss Counterclaims, Plaintiff's Supplement to Motion to Dismiss Counterclaims, and Plaintiff's Motion to Strike Affirmative Defenses on February 14, 2013 | L120 | 1.30 hrs |
| 02/12/13 | RV | Revise order on motions to dismiss and to strike | L430 | .20 hrs |
| 02/12/13 | RV | Review court docketing information for order on motion for default | L120 | .10 hrs |
| 02/12/13 | RV | Phone conference with H.Hernandez of Judge Lindsey's chambers confirming special set hearing and then requesting status of order granting default | L120 | .20 hrs |
| 02/12/13 | ERP | Draft Proposed Order for Plaintiff's Motion to Dismiss Counterclaims, Plaintiff's Supplement to Motion to Dismiss Counterclaims, and Plaintiff's Motion to Strike Affirmative Defenses | L120 | .30 hrs |
| 02/12/13 | ERP | Draft table of contents and finalize pleadings to be used at hearing regarding Plaintiff's Motion to Dismiss Counterclaims, Plaintiff's Supplement to Motion to Dismiss Counterclaims, and Plaintiff's Motion to Strike Affirmative Defenses on February 14, 2013 | L120 | .60 hrs |
| 02/12/13 | JAM | Prepare proposed order package with conformed copies and envelopes pursuant to Judge Lindsey's procedures | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0G2013-301120

FED ID NO. 63-0243316

| 02/13/13 | RV | Analyze pleadings, motions, case law cited in Motion to Dismiss and Motion to Strike, correspondence with opposing counsel as to loan modifications, FiServ notes and payment histories in preparation for hearing on Deutsche Bank's motions before Judge Lindsey in Miami-Dade County | L120 | 2.80 hrs |
|---|---|---|---|---|
| 02/13/13 | RV | Analyze case law and outline case law in preparation for arguments to dismiss counterclaims and strike affirmative defenses | L120 | 1.30 hrs |
| 02/13/13 | ERP | Initial review of docket regarding status | L120 | .20 hrs |
| 02/14/13 | ERP | E-mail communication attaching docket and providing current status | L120 | .20 hrs |
| 02/14/13 | RV | Prepare for hearing on Deutsche Bank's Motion to Dismiss and Motion to Strike as well as Motion for Judicial Default | L120 | 4.60 hrs |
| 02/14/13 | RV | Outline and draft arguments and strategy for hearing on Deutsche Bank's Motion to Dismiss | L120 | 1.30 hrs |
| 02/14/13 | RV | Multiple phone conferences with R.Cordon regarding attendance at the hearing, settlement options and loss mitigation application and loan modification | L120 | .50 hrs |
| 02/14/13 | RV | Review correspondence from R.Cordon regarding attendance at the hearing and motion to strike affirmative defenses | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
APRIL 30, 2013

0G2013-301120

FED ID NO. 63-0243316

| 02/14/13 | RV | Attend hearing on Deutsche Bank's Motions to Dismiss and to Strike Affirmative Defenses | L450 | 2.60 hrs |
|---|---|---|---|---|
| 02/14/13 | RV | Conference with H.Hernandez regarding procedure for obtaining Judicial Default against M.Desrosiers and A.Morose | L120 | .40 hrs |
| 02/15/13 | RV | Draft memorandum to H.Franchi with results from hearing on Deutsche Bank's motion to dismiss and strategy for motion for default as well as closing out the file | L120 | .20 hrs |
| 02/15/13 | RV | Phone conference with H.Franchi regarding hearing on motion to dismiss and closing of the file | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $4,020.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .70 hrs | 150.00 /hr | 105.00 |
| Emily R. Powell | 3.10 hrs | 163.00 /hr | 505.30 |
| Richard Vann | 15.50 hrs | 220.00 /hr | 3,410.00 |

TOTAL FEES              19.30 hrs                    $4,020.30

**TOTAL CHARGES FOR THIS INVOICE**                   $4,020.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                         0G2013-301121
Fort Washington, PA 19034

                                                           INVOICE #  863039

                                                           FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301121
         TC # 693553

<u>PROFESSIONAL SERVICES</u>

01/07/13  CET  Providing status update to the client.    L240      .20 hrs

          TOTAL FEES FOR THIS MATTER                        $62.40

<u>BILLING SUMMARY</u>

    Christopher E. Thorsen      .20 hrs   312.00 /hr         62.40

TOTAL FEES                    0.20 hrs                      $62.40

**TOTAL CHARGES FOR THIS INVOICE**                         **$62.40**

             ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0G2013-301121
Fort Washington, PA 19034

                                                INVOICE #  866188

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301121
         TC # 693553

<u>PROFESSIONAL SERVICES</u>

| 02/04/13 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 02/04/13 | CET | Provide status update to the client. | L240 | .20 hrs |
| 02/15/13 | CET | Analyze matter to determine claims and whether the matter should be an Estate matter | L240 | .40 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .20 hrs |
| 03/07/13 | AHC | Draft status report | L190 | .10 hrs |
| 04/04/13 | AHC | Draft status report for attorney review | L190 | .10 hrs |

                TOTAL FEES FOR THIS MATTER              $283.80


<u>BILLING SUMMARY</u>

| Christopher E. Thorsen | .60 hrs | 312.00 /hr | 187.20 |
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES              1.20 hrs              $283.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301121

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $283.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301122

INVOICE #  863040

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301122
     TC # 729850

PROFESSIONAL SERVICES

| 01/04/13 | JAM | Review Notice of Hearing scheduled for January 9th and conference regarding litigation strategy | L120 | .20 hrs |
|----------|-----|--------------------------------------------------------------------------------------------------|------|---------|

TOTAL FEES FOR THIS MATTER                                    $30.00

BILLING SUMMARY

| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
|---------------|---------|------------|-------|

TOTAL FEES                    0.20 hrs                    $30.00

**TOTAL CHARGES FOR THIS INVOICE**                         $30.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                            MARCH 27, 2013
1100 Virginia Drive                                              0G2013-301123
Fort Washington, PA 19034

                                                                 INVOICE #  863041

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301123
         TC # 732119

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | JAM | Review status of coordinating January hearing and conference with R.Robichaux regarding same | L230 | .30 hrs |
| 01/04/13 | JAM | Review complete summary and analysis of file in preparation to assist attorney with Hearing on Motion to Escrow | L230 | .50 hrs |
| 01/04/13 | JAM | Multiple telephone calls to Court to move forward on scheduling the hearing on Motion to Dismiss Counterclaims and Motion to Strike Affirmative Defenses | L230 | .40 hrs |
| 01/08/13 | JAM | Telephone call with Judge Rudisill's Judicial Assistant to confirm hearing | L230 | .10 hrs |
| 01/08/13 | JAM | Draft Notice of Hearing | L210 | .10 hrs |
| 01/08/13 | JAM | Draft correspondence to Seminole County Clerk enclosing Notice of Hearing for docketing | L210 | .10 hrs |
| 01/08/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/09/13 | RPR | Update case status | B110 | .20 hrs |
| 01/09/13 | RPR | Prepare for hearing on Motion to Dismiss | B110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301123

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | RPR | Prepare for hearing on Motion to dismiss | L210 | 1.50 hrs |
| 01/14/13 | ERP | Communication with Court verifying date and time of hearing | L120 | .20 hrs |
| 01/14/13 | ERP | Compile evidence and legal authority to be used at hearing regarding Defendant's Motion to Dismiss Counterclaim on January 17, 2013 | L120 | 1.40 hrs |
| 01/15/13 | RPR | E-mail with client regarding hearing status | B110 | .30 hrs |
| 01/17/13 | RPR | Prepare for hearing on motion to dismiss | B110 | 5.00 hrs |
| 01/17/13 | RPR | Hearing on motion to dismiss | B110 | 2.30 hrs |
| 01/17/13 | RPR | Draft report to client regarding hearing | B110 | .50 hrs |
| 01/23/13 | RPR | Analyze strategy for negotiating sanction fees with opposing counsel | B110 | .30 hrs |
| 01/30/13 | RPR | Telephone call to FC regarding award of attorneys' fees | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $2,905.20


EXPENSES

| | | |
|---|---|---|
| 01/29/13 | Airline Tickets - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13 Bank ID: GENR Check Number: 105994 | 332.90 |
| 01/29/13 | Travel Expense - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13 HOTEL Bank ID: GENR Check Number: 105994 | 94.35 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301123

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 01/29/13 | Travel Expense - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13 RENTAL CAR<br>Bank ID: GENR Check Number: 105994 | 63.08 |
| 01/29/13 | Travel Expense - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13 ROAD TOLLS, FUEL, PARKING<br>Bank ID: GENR Check Number: 105994 | 20.80 |
| 01/29/13 | Meal Expense - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13<br>Bank ID: GENR Check Number: 105994 | 39.74 |

TOTAL COSTS FOR THIS MATTER                    $550.87

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | 1.80 hrs | 150.00 /hr | 270.00 |
| Emily R. Powell | 1.60 hrs | 163.00 /hr | 260.80 |
| Ryan Robichaux | 10.60 hrs | 224.00 /hr | 2,374.40 |

TOTAL FEES              14.00 hrs          $2,905.20

TOTAL EXPENSES                            $550.87

**TOTAL CHARGES FOR THIS INVOICE**          $3,456.07

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301123

INVOICE #  866189

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301123
     TC # 732119

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/04/13 | JAM | Pull online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/06/13 | RPR | Email with foreclosure counsel regarding atty fee issue | B110 | .20 hrs |
| 02/10/13 | RPR | Report to client regarding strategy for opposing counterclaims | B110 | .20 hrs |
| 02/10/13 | RPR | Draft memo on status of attorney fee/counterclaims issues | B110 | .30 hrs |
| 02/11/13 | RPR | Report to client regarding borrower's amended counterclaim | B110 | .20 hrs |
| 02/11/13 | RPR | Exchange emails with opposing counsel regarding borrower's amended counterclaim | B110 | .40 hrs |
| 02/11/13 | RPR | Review borrower's amended counterclaim | B110 | .40 hrs |
| 02/11/13 | RPR | Exchange emails with foreclosure counsel regarding attorneys fee issue | B110 | .30 hrs |
| 02/11/13 | RPR | Phone call with V.McManus (foreclosure counsel) regarding court order on attorneys fees | B110 | .20 hrs |
| 02/13/13 | RPR | Exchange emails with borrower regarding extension of time | B110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301123

FED ID NO. 63-0243316

02/13/13   RPR   Draft memo to foreclosure counsel        B110      .40 hrs
                 regarding borrower's argument for
                 attorneys fees

                 TOTAL FEES FOR THIS MATTER                    $702.00

BILLING SUMMARY

    Jamie Mathews              .20 hrs    150.00 /hr        30.00
    Ryan Robichaux            3.00 hrs    224.00 /hr       672.00

TOTAL FEES                   3.20 hrs                   $702.00

**TOTAL CHARGES FOR THIS INVOICE**                      $702.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301124

INVOICE #  863042

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301124
     TC # 720757

PROFESSIONAL SERVICES

| 01/15/13 | MCG | Correspondence with J.Ho regarding case status | C300 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                $34.80

BILLING SUMMARY

| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | | $34.80 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                      **$34.80**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301124

INVOICE #  866190

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301124
     TC # 720757

PROFESSIONAL SERVICES

02/05/13  MPE  Research docket to determine status.     L110     .20 hrs

          TOTAL FEES FOR THIS MATTER                             $33.40

BILLING SUMMARY

   Melisa P. Palmer        .20 hrs   167.00 /hr         33.40

TOTAL FEES                 0.20 hrs                    $33.40

**TOTAL CHARGES FOR THIS INVOICE**                     **$33.40**

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2013-301125
Fort Washington, PA 19034

                                                             INVOICE #  863043

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301125
         TC # 717893

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.        L120      .10 hrs

01/11/13   LADA  Receipt and review of plaintiff's reply   L140      .50 hrs
                 to affirmative defenses of defendant

01/30/13   MSW   Draft status report for client.        L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                    $139.80


BILLING SUMMARY

    Mark S. Wierman          .20 hrs   304.00 /hr      60.80
    Lucinda Kish             .50 hrs   158.00 /hr      79.00


TOTAL FEES              0.70 hrs                  $139.80

**TOTAL CHARGES FOR THIS INVOICE**              **$139.80**
                                         ══════════════

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301125
Fort Washington, PA 19034

INVOICE #  866191

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301125
      TC # 717893

PROFESSIONAL SERVICES

02/11/13   MSW   Review and analyze discovery responses     L120      .60 hrs
                 from competing lien holders

02/12/13   LADA  Revise and finalize notice of             L210      .30 hrs
                 unavailability


               TOTAL FEES FOR THIS MATTER                          $229.80


BILLING SUMMARY

     Mark S. Wierman          .60 hrs    304.00 /hr        182.40
     Lucinda Kish             .30 hrs    158.00 /hr         47.40


TOTAL FEES                   0.90 hrs                      $229.80

**TOTAL CHARGES FOR THIS INVOICE**                        $229.80

        ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301126
Fort Washington, PA 19034

                                                    INVOICE #  863044

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301126
         TC # 733019

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | BAW | Prepare materials for hearing on motion to strike affirmative defenses and motion to dismiss counterclaims | L230 | 3.50 hrs |
| 01/03/13 | BAW | Contact A.Borell regarding potential withdrawal from matter | L190 | .30 hrs |
| 01/04/13 | JAM | Review Plaintiff's Motion to Dismiss Defendants' Counterclaims and Plaintiff's Motion to Strike Defendants' Affirmative Defenses and draft proposed order regarding same | L210 | .60 hrs |
| 01/04/13 | JAM | Review Judge Haury's hearing procedures and prepare conformed copies of order and pre-addressed envelopes for submission at hearing | L230 | .30 hrs |
| 01/09/13 | JAM | Assist B.Wahl prepare for hearing on Plaintiff's Motion to Dismiss and Motion to Strike, including assembling and reviewing relevant pleadings | L230 | .60 hrs |
| 01/09/13 | BAW | Prepare for hearing on motion to strike affirmative defenses and motion to dismiss counterclaims | L230 | 2.80 hrs |
| 01/10/13 | BAW | Prepare for and attend hearing on motion to strike affirmative defenses and motion to dismiss counterclaims | L230 | 4.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301126

FED ID NO. 63-0243316

| 01/14/13 | BAW | Draft report to client regarding hearing on motion to strike and motion to dismiss counterclaim | L230 | .20 hrs |
| 01/15/13 | BAW | Draft case status report to client | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                        $4,132.80

<u>EXPENSES</u>

| 01/04/13 | Copy Charges | 0.00 |
| 01/15/13 | Airline Tickets - BRIAN WAHL ATTEND HEARING IN BROWARD CO. ON 1/11/13 RE: MOTION TO DISMISS AND MOTION TO STRIKE Bank ID: GENR Check Number: 105183 | 112.44 |
| 01/15/13 | Travel Expense - BRIAN WAHL ATTEND HEARING IN BROWARD CO. ON 1/11/13 RE: MOTION TO DISMISS AND MOTION TO STRIKE RENTAL CAR Bank ID: GENR Check Number: 105183 | 80.33 |
| 01/15/13 | Travel Expense - BRIAN WAHL ATTEND HEARING IN BROWARD CO. ON 1/11/13 RE: MOTION TO DISMISS AND MOTION TO STRIKE HOTEL Bank ID: GENR Check Number: 105183 | 332.99 |
| 01/15/13 | Travel Expense - BRIAN WAHL ATTEND HEARING IN BROWARD CO. ON 1/11/13 RE: MOTION TO DISMISS AND MOTION TO STRIKE PARKING Bank ID: GENR Check Number: 105183 | 39.20 |
| 01/15/13 | Travel Expense - BRIAN WAHL ATTEND HEARING IN BROWARD CO. ON 1/11/13 RE: MOTION TO DISMISS AND MOTION TO STRIKE FUEL Bank ID: GENR Check Number: 105183 | 2.15 |
| 01/15/13 | Meal Expense - BRIAN WAHL ATTEND HEARING IN BROWARD CO. ON 1/11/13 RE: MOTION TO DISMISS AND MOTION TO STRIKE Bank ID: GENR Check Number: 105183 | 42.66 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301126

FED ID NO. 63-0243316

---

TOTAL COSTS FOR THIS MATTER                    $609.77

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 11.70 hrs | 334.00 /hr | 3,907.80 |
| Jamie Mathews | 1.50 hrs | 150.00 /hr | 225.00 |

TOTAL FEES            13.20 hrs                    $4,132.80

TOTAL EXPENSES                                   $609.77

**TOTAL CHARGES FOR THIS INVOICE**              **$4,742.57**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2013-301126
Fort Washington, PA 19034

                                                            INVOICE #  866192

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301126
         TC # 733019

PROFESSIONAL SERVICES

02/04/13  JAM  Access online docket and review for        L120     .20 hrs
               recent case activity in preparation for
               status update


          TOTAL FEES FOR THIS MATTER                         $30.00


BILLING SUMMARY

    Jamie Mathews            .20 hrs   150.00 /hr        30.00


TOTAL FEES                 0.20 hrs                     $30.00

**TOTAL CHARGES FOR THIS INVOICE**                     $30.00
                                          ═══════════════

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301127

INVOICE #  863045

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301127
     TC # 696893

<u>EXPENSES</u>

| | | |
|---|---|---|
| 12 | Court Costs - Pleadings | 133.75 |
| | TOTAL COSTS FOR THIS MATTER | $133.75 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $133.75 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$133.75** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           MARCH 27, 2013
1100 Virginia Drive                                             0G2013-301128
Fort Washington, PA 19034

                                                                INVOICE #   863046

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0G2013-301128
          TC # 709652

PROFESSIONAL SERVICES

01/02/13   APUC   Draft status report for client          L650      .10 hrs

01/18/13   JDV    Analysis of Order on Status Conference   L210      .10 hrs

01/22/13   JAM    Review Order regarding status conference L210      .20 hrs

01/24/13   FSP    Conference regarding strategy for and    L390      .10 hrs
                  revisions to proposed agreed protective
                  order for inspection of medical records


                  TOTAL FEES FOR THIS MATTER                    $103.90


BILLING SUMMARY

    Jamie Mathews          .20 hrs    150.00 /hr        30.00
    Frankie Spero          .10 hrs    220.00 /hr        22.00
    Jose D. Vega           .10 hrs    264.00 /hr        26.40
    Amy Puckett            .10 hrs    255.00 /hr        25.50


TOTAL FEES             0.50 hrs                 $103.90

TOTAL CHARGES FOR THIS INVOICE                 $103.90

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301128
Fort Washington, PA 19034

                                                          INVOICE #  866194

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2013-301128
        TC # 709652

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | APUC | Draft status report for client | L120 | .10 hrs |
| 02/13/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 02/13/13 | MPE | Review notice of jury trial and review case to determine status and upcoming deadlines. | L110 | .40 hrs |
| 02/13/13 | APUC | Analyze file in preparation for determining response to Notice of Trial | L120 | .20 hrs |
| 02/17/13 | MPE | Final review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/11/13 | MPE | Review file to determine all parties represented. | L110 | .10 hrs |
| 03/15/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 03/29/13 | MPE | Draft status report | L110 | .10 hrs |
| 04/01/13 | APUC | Draft status report for client as follows: This case remains stayed per GMAC's bankruptcy | L120 | .10 hrs |
| 04/09/13 | CWH | Advise client of trial notice against other defendants but that claims against GMAC are still stayed | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301128

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/09/13 | CWH | Email client to determine status of loan (which is apart from litigation with the Estate) | L120 | .10 hrs |
| 04/10/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 04/10/13 | MCG | Analyze pleadings regarding stay for bankruptcy and plaintiff's notice of filing for trial setting | C100 | .60 hrs |
| 04/10/13 | MCG | Prepare case status update to K.Priore regarding notice of trial setting and status of claims stayed against GMAC Mortgage owing to bankruptcy | C300 | .10 hrs |
| 04/11/13 | MCG | Review order granting motion to dismiss in part and denying motion to dismiss in part as to remaining claims against GMAC Mortgage | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                           $811.60

01          Copy Charges                                                      0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Michael C. Griffin | 1.20 hrs | 348.00 /hr | 417.60 |
| Amy Puckett | .40 hrs | 255.00 /hr | 102.00 |
| Melisa P. Palmer | 1.10 hrs | 167.00 /hr | 183.70 |

TOTAL FEES                    3.00 hrs                       $811.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301128

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $811.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301129
Fort Washington, PA 19034

                                                               INVOICE #  863047

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301129
         TC # 721861

PROFESSIONAL SERVICES

01/02/13   BG   Draft status report regarding Motion for      L190      .10 hrs
                Summary Judgment

01/03/13   BG   Correspondence with MERS representative        L120      .10 hrs
                about different Wells cases following
                magistrate's dismissal recommendation in
                CV-425

01/31/13   ABB  Analysis of file and Assimilation and          L110     2.00 hrs
                compilation of multiple pleadings and
                loan documents and preparation of
                hearing notebook in preparing for
                summary judgment hearing and assisting
                with same


           TOTAL FEES FOR THIS MATTER                          $357.40

01/02/13 Copy Charges                                             0.00

BILLING SUMMARY

    Allison Burke          2.00 hrs    158.00 /hr      316.00
    Blake Goodsell          .20 hrs    207.00 /hr       41.40


TOTAL FEES                 2.20 hrs                 $357.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301129

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $357.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301129

INVOICE #  866195

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301129
     TC # 721861

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/03/13 | JHP | Prepared for hearing on motion for summary judgment | L240 | 1.50 hrs |
| 02/04/13 | JHP | Prepared for and attended hearing on motion for summary judgment | L240 | 5.00 hrs |
| 02/05/13 | BG | Draft status report regarding awaiting decision in state court | L190 | .10 hrs |
| 02/05/13 | JHP | Email to court enclosing notice of hearing to satisfy court's request for confirmation opposing counsel was notified of hearing date on motion for summary judgment held earlier in the week | L240 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,992.70

EXPENSES

| | | |
|---|---|---|
| 02/07/13 | Airline Tickets - JON PATTERSON HEARING ON MSJ IN AUSTIN, TX 2/3/13 - 2/4/13 Bank ID: GENR Check Number: 106414 | 417.30 |
| 02/07/13 | Airline Tickets - JON PATTERSON HEARING ON MSJ IN AUSTIN, TX 2/3/13 - 2/4/13 RETURN FLIGHT Bank ID: GENR Check Number: 106414 | 434.80 |
| 02/07/13 | Travel Expense - JON PATTERSON HEARING ON MSJ IN AUSTIN, TX 2/3/13 - 2/4/13 RENTAL CAR Bank ID: GENR Check Number: 106414 | 103.43 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301129

FED ID NO. 63-0243316

| 02/07/13 | Travel Expense - JON PATTERSON HEARING ON MSJ IN AUSTIN, TX 2/3/13 - 2/4/13 HOTEL | 194.35 |
| | Bank ID: GENR Check Number: 106414 | |
| 02/07/13 | Travel Expense - JON PATTERSON HEARING ON MSJ IN AUSTIN, TX 2/3/13 - 2/4/13 PARKING, WIFI, FUEL | 62.17 |
| | Bank ID: GENR Check Number: 106414 | |
| 02/07/13 | Meal Expense - JON PATTERSON HEARING ON MSJ IN AUSTIN, TX 2/3/13 - 2/4/13 | 71.27 |
| | Bank ID: GENR Check Number: 106414 | |

TOTAL COSTS FOR THIS MATTER                    $1,283.32

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 6.80 hrs | 290.00 /hr | 1,972.00 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES                6.90 hrs                    $1,992.70

TOTAL EXPENSES                                        $1,283.32

**TOTAL CHARGES FOR THIS INVOICE**                    **$3,276.02**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301130

INVOICE #  863048

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301130
     TC # 713169

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/03/13 | NSR | Review and analyze strategy for proceeding with foreclosure case-in-chief | L120 | .30 hrs |
| 01/03/13 | MW | Review and analyze procedural posture of action in light of discovery served by borrower, pending verified motion to substitute party plaintiff, potential for tenant in the property, and upcoming hearings noticed by opposing counsel, in light of upcoming deadlines and in preparation for development of revised litigation strategy moving forward | C300 | 1.60 hrs |
| 01/03/13 | MW | Correspondence with opposing counsel A.Atchanah regarding service of motions and coordination of hearing dates | C400 | .30 hrs |
| 01/03/13 | CWH | Review and analyze standing and litigation issues for this file and develop strategy for resolution of same | L120 | .70 hrs |
| 01/03/13 | CWH | Discuss standing issues with client and request information on past loss mitigation efforts | L120 | .20 hrs |
| 01/03/13 | CWH | Review and analyze terms of the assignment and assumption agreement | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301130

FED ID NO. 63-0243316

| 01/07/13 | NSR | Review and respond to client e-mail regarding case update and strategy | L120 | .20 hrs |
|---|---|---|---|---|
| 01/08/13 | KK | Research and review docket to assess and determine status of case | L110 | .20 hrs |
| 01/08/13 | NSR | Telephone conference with client regarding case strategy and status | L120 | .20 hrs |
| 01/08/13 | MW | Correspondence with A.Atchanah, opposing counsel, regarding outstanding motions, status of hearing dates, and request for deposit of tenant income into court registry | L120 | .20 hrs |
| 01/11/13 | CWH | Review and analyze issues with holder status and pending motion to substitute party plaintiff | L210 | .20 hrs |
| 01/11/13 | NSR | Review and analyze pending discovery requests and plan for production | L310 | .30 hrs |
| 01/11/13 | MW | Correspondence with A.Atchanah, opposing counsel, regarding pending discovery | C400 | .20 hrs |
| 01/14/13 | MW | Correspondence with A.Atchanah regarding acceptance of proposed consent order amending affirmative defenses | C400 | .30 hrs |
| 01/14/13 | MW | Correspondence with M.Golden, co-counsel, regarding litigation strategy and coordination moving forward | C400 | .30 hrs |
| 01/15/13 | MW | Correspondence with A.Atchanah regarding cancellation of hearing and agreed order | C400 | .20 hrs |

BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0G2013-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/15/13 | KK | Finalize motion for extension of time and prepare for e-filing in Palm Beach County, Florida | L110 | .40 hrs |
| 01/15/13 | KK | Telephone calls and e-mails with foreclosure counsel to confirm coverage for January 16, 2013 hearing | L110 | .20 hrs |
| 01/16/13 | KK | Receive and review order confirming cancellation of hearing on January 16, 2013 | L110 | .20 hrs |
| 01/16/13 | NSR | Draft e-mail to client regarding third party subpoena to MERS | L310 | .20 hrs |
| 01/17/13 | KK | Draft responsive document to discovery served by opposing counsel in case | L110 | .40 hrs |
| 01/18/13 | KK | Revise and review reply to opposing counsel's discovery requests in matter | L110 | .30 hrs |
| 01/18/13 | NSR | Review and analyze new set of interrogatories served by borrowers' counsel | L310 | .20 hrs |
| 01/24/13 | KK | Review and revise discovery responses in case | L110 | .40 hrs |
| 01/24/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $2,114.10

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0G2013-301130

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.30 hrs | 361.00 /hr | 469.30 |
| Monica Wilson | 3.10 hrs | 282.00 /hr | 874.20 |
| Nader Raja | 1.50 hrs | 282.00 /hr | 423.00 |
| Kerry Keane | 2.20 hrs | 158.00 /hr | 347.60 |

TOTAL FEES                   8.10 hrs                    $2,114.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,114.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301130
Fort Washington, PA 19034

                                                               INVOICE #  866196

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301130
         TC # 713169

PROFESSIONAL SERVICES

| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 02/05/13 | KK | Review and revise responses to most recent discovery served | L110 | .30 hrs |
| 02/08/13 | NSR | Exchange e-mails with client regarding outstanding discovery requests and case strategy | L310 | .20 hrs |
| 02/12/13 | KK | E-mail correspondence with foreclosure firm regarding complete copy of note with full endorsements in order to review | L110 | .20 hrs |
| 02/14/13 | KK | E-mail correspondence with Westlaw regarding request for complete copy of note, with endorsements page, from Palm Beach County clerk of court | L110 | .10 hrs |
| 02/14/13 | KK | Receive and review Defendant's amended answer to complaint and affirmative defenses | L110 | .20 hrs |
| 02/15/13 | KK | E-mail correspondence with court runner regarding status of requested complete copy of note | L110 | .20 hrs |
| 02/15/13 | NSR | Draft objections and responses to request for production of documents relating to MERS milestones | L310 | .70 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301130

FED ID NO. 63-0243316

| 02/15/13 | NSR | Draft objections and responses to request for production of documents relating to trust ownership | L310 | 1.30 hrs |
| 02/15/13 | MW | Review and analyze procedural posture of action and internal documents relating to contested issues, in preparation for drafting motion for collection of rents and for hearing on verified motion to substitute party plaintiff | C300 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $919.40

BILLING SUMMARY

| Monica Wilson | .40 hrs | 282.00 /hr | 112.80 |
| Nader Raja | 2.30 hrs | 282.00 /hr | 648.60 |
| Kerry Keane | 1.00 hrs | 158.00 /hr | 158.00 |

TOTAL FEES              3.70 hrs                          $919.40

**TOTAL CHARGES FOR THIS INVOICE**                       **$919.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301131

INVOICE #  863049

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301131
     TC # 728306

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Telephone conversation with M.Albrechta, defendants' attorney, regarding defendants' concerns about trial payment amount | L190 | .20 hrs |
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/02/13 | JAM | Review emails regarding status of modification | L160 | .20 hrs |
| 01/09/13 | JDV | Follow up email correspondence with client regarding trial payment issues | L190 | .20 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | JDV | Email correspondence with client regarding defendant's failure to comply with trial period plan | L190 | .20 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/23/13 | JDV | Telephone conversation with client regarding escrow analysis | L190 | .40 hrs |
| 01/23/13 | JDV | Analysis of borrowers' payment history regarding escrow issues | L120 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301131

FED ID NO. 63-0243316

| 01/24/13 | JDV | Analysis of plaintiff's proof of claim filed in the bankruptcy court | L120 | .30 hrs |
|----------|-----|----------------------------------------------------------------------|------|---------|
| 01/25/13 | JDV | Communications with client regarding memorandum addressing escrow concerns | L190 | .20 hrs |
| 01/25/13 | JDV | Communications with M.Albrechta, defendants' attorney, regarding status of litigation | L190 | .20 hrs |
| 01/28/13 | MST | Obtain title report and process for payment | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $983.00

BILLING SUMMARY

| Melanie Thompson | .40 hrs | 158.00 /hr | 63.20 |
|------------------|---------|------------|-------|
| Jamie Mathews    | .50 hrs | 150.00 /hr | 75.00 |
| Jose D. Vega     | 3.20 hrs | 264.00 /hr | 844.80 |

TOTAL FEES          4.10 hrs              $983.00

**TOTAL CHARGES FOR THIS INVOICE**          $983.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2013-301131
Fort Washington, PA 19034

                                                           INVOICE #  866197

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301131
         TC # 728306

PROFESSIONAL SERVICES

| 02/01/13 | JAM | Access online docket and review for recent case activity in preparation for status update | L120 | .20 hrs |
|---|---|---|---|---|
| 02/04/13 | JDV | Draft January 2013 status report for client | L190 | .10 hrs |
| 02/11/13 | JAM | Conference regarding status of case | L120 | .10 hrs |
| 02/12/13 | JDV | Review defendant's Notice of Unavailability of Counsel | L250 | .20 hrs |
| 02/13/13 | JDV | Draft Section 1 of case analysis memo | L190 | 4.20 hrs |
| 02/13/13 | JDV | Email correspondence with client regarding preparation of case analysis memo | L190 | .20 hrs |
| 02/14/13 | JDV | Draft Sections 2-3 of case analysis memo | L190 | 3.80 hrs |

            TOTAL FEES FOR THIS MATTER              $2,289.00

02/14/13 Copy Charges                                    0.00
02/14/13 Copy Charges                                    0.00

BILLING SUMMARY

| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
|---|---|---|---|
| Jose D. Vega | 8.50 hrs | 264.00 /hr | 2,244.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

0G2013-301131

ResCap

FED ID NO. 63-0243316

TOTAL FEES                    8.80 hrs                $2,289.00

**TOTAL CHARGES FOR THIS INVOICE**                    $2,289.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                MARCH 27, 2013
1100 Virginia Drive                                   0G2013-301132
Fort Washington, PA 19034

                                                      INVOICE #  863050

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301132
         TC # 707047

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | MJA | Research on appeal status | L510 | .20 hrs |
| 01/03/13 | RH | Conduct initial review of information about appeal and appellate docket | L120 | .30 hrs |
| 01/10/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 01/14/13 | AHC | Review docket regarding status of appellant's initial brief and correspondence to opposing counsel regarding same | L520 | .20 hrs |
| 01/14/13 | RH | Coordinate receipt of initial brief of appellant and record; review Florida Rules of Appellate Procedure regarding same and to calendar deadlines | L120 | .30 hrs |
| 01/15/13 | AHC | Telephone conference and follow up correspondence to opposing counsel regarding initial brief | L520 | .20 hrs |
| 01/16/13 | AHC | Telephone conference and follow up correspondence to opposing counsel regarding status of initial brief | L510 | .20 hrs |
| 01/16/13 | RH | Coordinate correspondence with counsel for appellant to confirm manner and date of receipt of service of appellant brief | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301132

FED ID NO. 63-0243316

| 01/16/13 | MJA | Research on brief timing issue | L520 | .30 hrs |
|---|---|---|---|---|
| 01/31/13 | AHC | Telephone conference with foreclosure counsel regarding record on appeal and follow up correspondence regarding same | L110 | .30 hrs |
| 01/31/13 | AHC | Cross-reference index to record on appeal with documents received from foreclosure counsel and prepare correspondence identifying missing documents | L110 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                    $707.50

01        Copy Charges                                    0.00

BILLING SUMMARY

| Marc J. Ayers | .50 hrs | 317.00 /hr | 158.50 |
|---|---|---|---|
| Alecia H. Cockrell | 2.50 hrs | 158.00 /hr | 395.00 |
| Rudy Hill | .70 hrs | 220.00 /hr | 154.00 |

TOTAL FEES        3.70 hrs              $707.50

**TOTAL CHARGES FOR THIS INVOICE**        $707.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301132
Fort Washington, PA 19034

                                                           INVOICE #  866198

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0G2013-301132
          TC # 707047

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | RH | Review brief of appellant | L210 | .40 hrs |
| 02/01/13 | RH | Coordinate receipt of record on appeal and potential extension of time | L120 | .20 hrs |
| 02/01/13 | AHC | Correspondence to foreclosure counsel regarding status of documents missing from file | L190 | .10 hrs |
| 02/04/13 | AHC | Telephone conferences with clerk of trial court and clerk of appellate regarding record on appeal and follow-up correspondence regarding same | L510 | .40 hrs |
| 02/04/13 | AHC | Correspondence to opposing counsel regarding Motion for Extension of Time | L510 | .10 hrs |
| 02/04/13 | AHC | Draft Motion for Extension of Time | L510 | .30 hrs |
| 02/04/13 | AHC | Review additional documents received from foreclosure counsel and cross-reference same with index to record on appeal | L510 | .40 hrs |
| 02/05/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |



| | BRADLEY ARANT |
| BOULT CUMMINGS |
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301132

FED ID NO. 63-0243316

| 02/05/13 | RH | Revise motion for extension of time to complete appellee brief due to difficulties in obtaining copy of official record | L250 | .20 hrs |
| 02/06/13 | AHC | Conference with clerk of appeal court regarding status of copy of record on appeal and follow-up correspondence regarding same | L510 | .30 hrs |
| 02/07/13 | RH | Review docket to confirm granting of motion for extension of time to file appellee brief | L120 | .10 hrs |
| 02/11/13 | AHC | Telephone conference with copy clerk regarding status of certified copy of record on appeal and receipt and initial review of same | L110 | .40 hrs |
| 02/13/13 | RH | Review record on appeal to prepare to draft appellee brief | L210 | .40 hrs |
| 02/14/13 | RH | Continue review of record on appeal to prepare to draft appellee brief | L210 | .80 hrs |

TOTAL FEES FOR THIS MATTER                      $825.40

EXPENSES

08        Recording Fees                                134.00

TOTAL COSTS FOR THIS MATTER            $134.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
APRIL 30, 2013

0G2013-301132

FED ID NO. 63-0243316

ResCap

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | 2.30 hrs | 158.00 /hr | 363.40 |
| Rudy Hill | 2.10 hrs | 220.00 /hr | 462.00 |

| | | |
|---|---|---|
| TOTAL FEES | 4.40 hrs | $825.40 |
| TOTAL EXPENSES | | $134.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$959.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                MARCH 27, 2013
1100 Virginia Drive                                   0G2013-301133
Fort Washington, PA 19034

                                                      INVOICE #  863051

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301133
         TC # 720711

    PROFESSIONAL SERVICES

    01/17/13   CWH   Review and analyze pending request for      L120      .20 hrs
                     attorneys' fees based on dismissal of
                     foreclosure suit without prejudice


                     TOTAL FEES FOR THIS MATTER                         $72.20


    BILLING SUMMARY

       Christian W. Hancock        .20 hrs   361.00 /hr        72.20


    TOTAL FEES                 0.20 hrs                    $72.20

    **TOTAL CHARGES FOR THIS INVOICE**                    $72.20

                                                          ================

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301134
Fort Washington, PA 19034

                                                          INVOICE #  863052

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301134
         TC # 725227

PROFESSIONAL SERVICES

01/15/13   DCT   Conference with Y.Burnett (Judge's          L190        .10 hrs
                 clerk) regarding case status and filing
                 MSJ

01/17/13   DCT   Draft motion for summary judgment           L190       1.90 hrs

01/23/13   ATT   Finalize motion for summary judgment        L240B      1.60 hrs

01/23/13   AHC   Final review and revisions to Motion for    L240        .70 hrs
                 Summary Judgment and correspondence to
                 opposing counsel regarding same

01/30/13   AHC   Correspondence from and to opposing         L240        .20 hrs
                 counsel regarding pages missing from
                 Motion for Summary Judgment


           TOTAL FEES FOR THIS MATTER                        $1,115.00

    01       Copy Charges                                              0.00

BILLING SUMMARY

    Alecia H. Cockrell         .90 hrs   158.00 /hr       142.20
    Darrell Clay Tucker       2.00 hrs   268.00 /hr       536.00
    Ann T. Taylor             1.60 hrs   273.00 /hr       436.80


TOTAL FEES                    4.50 hrs              $1,115.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301134

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $1,115.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            APRIL 30, 2013
1100 Virginia Drive                                              0G2013-301134
Fort Washington, PA 19034

                                                         INVOICE #  866199

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301134
         TC # 725227

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JAM | Access online docket and review for recent case activity in  preparation for status update | L120 | .20 hrs |
| 02/05/13 | ATT | E-mail correspondence with mediator Mike Smith regarding unpaid invoice from 2011 | L240B | .20 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/06/13 | AHC | Review docket to determine status of ruling on motion for summary judgment and telephone conference with judicial assistant regarding same | L240 | .40 hrs |
| 03/12/13 | AHC | Telephone conference with judicial assistant regarding status of ruling on Motion for Summary Judgment and changes in judicial assignment | L240 | .30 hrs |
| 03/13/13 | AHC | Correspondence to opposing counsel regarding dates for hearing on Motion for Summary Judgment | L240 | .20 hrs |
| 03/14/13 | ATT | Follow up with opposing counsel regarding scheduling of hearing on motion for summary judgment | L240B | .40 hrs |
| 03/19/13 | AHC | Telephone conference with judicial assistant confirming date and time for hearing | L240 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301134

FED ID NO. 63-0243316

---

| 03/19/13 | AHC | Draft Notice of Hearing on Motion for Summary Judgment | L210 | .30 hrs |
| 03/20/13 | AHC | Final review and revision to Notice of Hearing and correspondence to opposing counsel regarding same | L210 | .50 hrs |
| 03/31/13 | AHC | Correspondence to opposing counsel regarding proposed order | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                               $526.50

BILLING SUMMARY

| Alecia H. Cockrell | 2.00 hrs | 158.00 /hr | 316.00 |
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Ann T. Taylor | .60 hrs | 273.00 /hr | 163.80 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES                2.90 hrs                    $526.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$526.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                0G2013-301135
Fort Washington, PA 19034

                                                                   INVOICE #  863053

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0G2013-301135
        TC # 720810

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/04/13 | MW | Draft status update to client regarding procedural posture of action and litigation strategy | C300 | .10 hrs |
| 01/08/13 | APUC | Review and analyze loan and title documents to determine the existence and satisfaction of prior liens | L210 | 1.10 hrs |
| 01/08/13 | MW | Review and analyze origination documents to confirm unrecorded release of prior mortgage, in preparation for resolving release prior to ending litigation | L120 | .40 hrs |
| 01/08/13 | MW | Correspondence with H.Franchi regarding litigation strategy and unrecorded release | L120 | .20 hrs |
| 01/09/13 | MW | Correspondence with H.Franchi regarding HUD1 and origination packet with satisfaction of prior mortgage and relevant updated litigation strategy moving forward | C400 | .50 hrs |
| 01/22/13 | MW | Review origination documents and closing insurance documents, pursuant to correspondence with title insurance company regarding satisfaction of prior deed | C300 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301135

FED ID NO. 63-0243316

| 01/23/13 | KK | Draft letter to title company regarding recording satisfaction of prior mortgage in matter to move case forward | L110 | .40 hrs |
| 01/23/13 | KK | Review recorded documents to determine timeline of events in conjunction with request of title company to record satisfaction of mortgage | L110 | .20 hrs |
| 01/30/13 | KK | Review, edit, and update letter to title company | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $970.90

BILLING SUMMARY

| Monica Wilson | 2.00 hrs | 282.00 /hr | 564.00 |
| Amy Puckett | 1.10 hrs | 255.00 /hr | 280.50 |
| Kerry Keane | .80 hrs | 158.00 /hr | 126.40 |

TOTAL FEES            3.90 hrs                    $970.90

**TOTAL CHARGES FOR THIS INVOICE**                    $970.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301135

INVOICE #   866200

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301135
      TC # 720810

PROFESSIONAL SERVICES

| 02/01/13 | MW | Draft status report to client regarding updated litigation strategy | L120 | .10 hrs |
| 02/04/13 | MPE | Research docket to determine status. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $61.60

BILLING SUMMARY

| Monica Wilson | .10 hrs | 282.00 /hr | 28.20 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES               0.30 hrs                 $61.60

**TOTAL CHARGES FOR THIS INVOICE**                $61.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301136
Fort Washington, PA 19034

                                                               INVOICE #   863054

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2013-301136
      TC # 726711

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/14/13 | ABB | Retrieval of docket report to obtain current case status and to verify recent activity following status conference | L110 | .20 hrs |
| 01/16/13 | JHP | Emails to/from client contacts K.Dutill and L.Delehey to discuss settlement response to borrower's offer and enclosing tax appraisal information on property sent by borrower's counsel | L160 | .30 hrs |
| 01/16/13 | JHP | Email to counsel for borrower advising of client's counter-offer to offer of borrower | L160 | .10 hrs |
| 01/16/13 | BG | Correspondence with client regarding reinstatement | L120 | .10 hrs |
| 01/18/13 | JHP | Phone call with counsel for borrower and with his client directly to discuss settlement demand and response from client and to discuss general issues with case and potential resolution | L160 | .50 hrs |
| 01/18/13 | JHP | Emails to/from client contacts K.Dutill and L.Delehey to discuss recent phone call with borrower and his client and to discuss status of case | L120 | .40 hrs |

                 TOTAL FEES FOR THIS MATTER                    $429.30



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301136

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
| Jon H. Patterson | 1.30 hrs | 290.00 /hr | 377.00 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.60 hrs | | $429.30 |

**TOTAL CHARGES FOR THIS INVOICE**                     $429.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301136
Fort Washington, PA 19034

                                                          INVOICE #  866201

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301136
         TC # 726711

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JHP | Reviewed facsimile from borrower's counsel regarding 1099-A form from borrower and emails to/from client to discuss status of case and form | L120 | .30 hrs |
| 02/01/13 | BG | Correspondence with client regarding service transfer | L120 | .10 hrs |
| 02/04/13 | BG | Draft status update regarding service transfer | L190 | .10 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 02/25/13 | CWH | Review and analyze issues with case and proper party since borrower believes Green Tree is servicing her loan, which already went through foreclosure | L120 | .20 hrs |
| 02/25/13 | JHP | Phone call and emails to/from counsel for borrower to discuss issues with case, servicing transfer and borrower receiving offers to start repaying loan | L190 | .50 hrs |
| 04/02/13 | BG | Draft status report regarding repurchase attempts and bankruptcy status | L190 | .20 hrs |
| 04/08/13 | CWH | Follow-up on settlement efforts and determine if same will close out the claims against GMAC as well | L160 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                          APRIL 30, 2013

0G2013-301136

FED ID NO. 63-0243316

04/08/13   BG    Evaluate need to include ResCap Estate      L120      .10 hrs
                 in settlement release

                 TOTAL FEES FOR THIS MATTER                            $460.50

04/18/13  Copy Charges                                                    0.00
04/29/13  Copy Charges                                                    0.00

BILLING SUMMARY

    Christian W. Hancock        .30 hrs    361.00 /hr       108.30
    Jon H. Patterson            .80 hrs    290.00 /hr       232.00
    Blake Goodsell              .50 hrs    207.00 /hr       103.50
    Melisa P. Palmer            .10 hrs    167.00 /hr        16.70

TOTAL FEES                    1.70 hrs                    $460.50

TOTAL CHARGES FOR THIS INVOICE                           $460.50
                                            ═══════════════

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301137

INVOICE #  863055

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301137
      TC # 720535

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding custodial documents and draft Motion for Summary Judgment | L190 | .10 hrs |
| 01/11/13 | BG | Evaluate ability to file Motion for Summary Judgment with additional information | L120 | .30 hrs |
| 01/11/13 | BG | Revise affidavit in support of Motion for Summary Judgment to reflect new documentation related to timing of note ownership | L210 | .70 hrs |
| 01/11/13 | BG | Revise Motion for Summary Judgment to reflect new documentation related to timing of note ownership | L210 | .80 hrs |
| 01/17/13 | BG | Revise Motion for Summary Judgment and supporting affidavit | L210 | .30 hrs |
| 01/17/13 | BG | Contact client regarding documentation in support of Motion for Summary Judgment | L120 | .10 hrs |
| 01/17/13 | BG | Conversation with client regarding documentation in support of Motion for Summary Judgment | L120 | .10 hrs |
| 01/17/13 | BG | Evaluate remaining gaps in documentation needed in support of Motion for Summary Judgment | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301137

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | BG | Correspondence with client regarding documents needed to complete affidavit in support of motion for summary judgment | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $579.60

BILLING SUMMARY

Blake Goodsell          2.80 hrs   207.00 /hr        579.60

TOTAL FEES              2.80 hrs                    $579.60

**TOTAL CHARGES FOR THIS INVOICE**              **$579.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301137

INVOICE #  866202

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301137
      TC # 720535

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/01/13 | BG | Conversation with client regarding documents needed for dispositive motion | L240 | .10 hrs |
| 02/04/13 | BG | Conversation with client concerning motion for summary judgment | L210 | .10 hrs |
| 02/05/13 | BG | Draft status report regarding loan payoff and proof problems | L190 | .10 hrs |
| 02/07/13 | BG | Correspondence with client regarding loan payoff and dismissal | L120 | .10 hrs |
| 02/08/13 | BG | Work on stipulation of dismissal and consider any issues with lingering counterclaims | L120 | .30 hrs |
| 02/11/13 | BG | Forward dismissal to client and request file closure | L210 | .20 hrs |
| 02/13/13 | ABB | Prepare file to be closed as well as settlement documents in order to draft closing memo | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $233.70

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |
| Blake Goodsell | .90 hrs | 207.00 /hr | 186.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301137

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 1.20 hrs | $233.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $233.70 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301138

INVOICE #  863056

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301138
     TC # 730665

PROFESSIONAL SERVICES

| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
|---|---|---|---|---|
| 01/18/13 | RK | Reivew order from Court granting motion for judgment on the pleadings | L120 | .20 hrs |
| 01/18/13 | GWG | Review court's dismissal opinion and prepare pertinent pleadings and correspondence for closing of the file | L140 | .50 hrs |
| 01/21/13 | RK | Draft closing memorandum | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $259.50

BILLING SUMMARY

| Graham W. Gerhardt | .50 hrs | 312.00 /hr | 156.00 |
|---|---|---|---|
| Riley Key | .50 hrs | 207.00 /hr | 103.50 |

TOTAL FEES                    1.00 hrs                    $259.50

**TOTAL CHARGES FOR THIS INVOICE**                    $259.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                0G2013-301139
Fort Washington, PA 19034

                                                                   INVOICE #  863057

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301139
     TC # 729281

PROFESSIONAL SERVICES

| 01/02/13 | BG | Draft status report regarding awaiting executed settlement agreement prior to file closure | L190 | .10 hrs |
|---|---|---|---|---|
| 01/04/13 | JHP | Email to and phone call from counsel for borrower to discuss status of settlement agreement | L160 | .30 hrs |
| 01/07/13 | JHP | Received signed settlement agreement from borrower and emails to/from borrower's counsel regarding same | L160 | .10 hrs |
| 01/07/13 | JHP | Email to client contact R.Meeker enclosing copy of settlement agreement from borrower and requesting information on what to do with first month's payment sent by borrower | L160 | .10 hrs |
| 01/08/13 | JHP | Revised and edited Joint Motion for Release of Court Registry Funds and Proposed order regarding same | L250 | 1.00 hrs |
| 01/08/13 | JHP | Email to counsel for borrower enclosing joint motion for entry of judgment and requesting review and authority to file jointly | L250 | .10 hrs |
| 01/08/13 | BG | Correspondence regarding settlement agreement and reinstatement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301139

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/14/13 | JHP | Emails and phone calls to/from counsel for borrower to discuss status of settlement | L160 | .30 hrs |
| 01/15/13 | JHP | Emails to/from counsel for borrower to confirm that borrower's counsel filed motion to release funds from court registry | L160 | .20 hrs |
| 01/16/13 | JHP | Reviewed letter from borrower's counsel to court advising of settlement of case | L160 | .10 hrs |
| 01/29/13 | JHP | Email from counsel for borrower requesting update on status of settlement | L160 | .10 hrs |
| 01/30/13 | BG | Correspondence with client regarding settlement agreement | L160 | .10 hrs |
| 01/30/13 | JHP | Emails to/from and letter to client contact R.Meeker to advise of receipt of funds from court registry and enclosing registry check and borrower's first payment from January in order to reinstate loan | L160 | .30 hrs |
| 01/30/13 | JHP | Phone call to eviction counsel to advise of settlement and to discuss rescission of foreclosure | L160 | .10 hrs |
| 01/30/13 | JHP | Email to counsel for borrower to discuss finalizing settlement agreement terms | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $894.80

01/31/13 Express Mail/Fedex                              0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301139

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 2.80 hrs | 290.00 /hr | 812.00 |
| Blake Goodsell | .40 hrs | 207.00 /hr | 82.80 |

| | | |
|---|---|---|
| TOTAL FEES | 3.20 hrs | $894.80 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$894.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301140
Fort Washington, PA 19034

                                                          INVOICE #  863059

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301140
         TC # 721289

PROFESSIONAL SERVICES

01/02/13  JDV  Draft December 2012 status report for      L190      .10 hrs
               client


          TOTAL FEES FOR THIS MATTER                                $26.40


BILLING SUMMARY

    Jose D. Vega              .10 hrs   264.00 /hr          26.40


TOTAL FEES                    0.10 hrs                     $26.40

TOTAL CHARGES FOR THIS INVOICE                            $26.40

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           MARCH 27, 2013
1100 Virginia Drive                                             0G2013-301141
Fort Washington, PA 19034

                                                                INVOICE #  863060

                                                                FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301141
         TC # 729522

PROFESSIONAL SERVICES

    01/04/13   JJO   Update status report                   L120      .20 hrs

    01/14/13   JJO   Email update and case analysis to client L120    .30 hrs

    01/14/13   JJO   Emails regarding signed settlement      L120      .30 hrs
                     agreement

    01/15/13   GEG   Receive update on status               L120      .10 hrs

    01/17/13   JJO   Email executed settlement agreement to  L120      .10 hrs
                     M.Little

    01/22/13   JJO   Analyze litigation status and strategy  L120      .20 hrs

    01/22/13   GEG   Work on review of status of settlement  L120      .20 hrs
                     and borrower's first payment due in
                     February


            TOTAL FEES FOR THIS MATTER                         $376.20


BILLING SUMMARY

    Glenn E. Glover          .30 hrs   352.00 /hr      105.60
    Josh Johnson            1.10 hrs   246.00 /hr      270.60


TOTAL FEES               1.40 hrs               $376.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301141

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                              $376.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301141
Fort Washington, PA 19034

                                                             INVOICE #  866203

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301141
      TC # 729522

PROFESSIONAL SERVICES

02/08/13   JJO   Review correspondence regarding payment    L120      .20 hrs

02/13/13   JJO   Draft closing memo                         L120      .50 hrs

02/14/13   JJO   Emails regarding payment from borrower     L120      .30 hrs


            TOTAL FEES FOR THIS MATTER                            $246.00


BILLING SUMMARY

   Josh Johnson            1.00 hrs   246.00 /hr        246.00

TOTAL FEES                 1.00 hrs                    $246.00

**TOTAL CHARGES FOR THIS INVOICE**                    $246.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301142
Fort Washington, PA 19034

                                                        INVOICE #  863061

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301142
         TC # 720612

    PROFESSIONAL SERVICES

    01/02/13   CLHA Report to client regarding current      L120      .20 hrs
               status of case


               TOTAL FEES FOR THIS MATTER                          $73.00


    BILLING SUMMARY

       Christopher L. Hawkins      .20 hrs   365.00 /hr      73.00


    TOTAL FEES                 0.20 hrs                    $73.00

    TOTAL CHARGES FOR THIS INVOICE                         $73.00


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301142

INVOICE #  866204

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301142
     TC # 720612

PROFESSIONAL SERVICES

02/01/13  CLHA Prepare status report for client          L120      .20 hrs

          TOTAL FEES FOR THIS MATTER                          $73.00

BILLING SUMMARY

    Christopher L. Hawkins      .20 hrs   365.00 /hr        73.00

TOTAL FEES                     0.20 hrs                   $73.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$73.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301143

INVOICE #  863062

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301143
     TC # 727053

PROFESSIONAL SERVICES

| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $60.80

BILLING SUMMARY

Mark S. Wierman              .20 hrs   304.00 /hr       60.80

TOTAL FEES              0.20 hrs                $60.80

**TOTAL CHARGES FOR THIS INVOICE**              **$60.80**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301143

INVOICE #   866205

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301143
      TC # 727053

PROFESSIONAL SERVICES

| 02/12/13 | LADA Revise and finalize notice of unavailability | L210 | .30 hrs |
|---|---|---|---|

TOTAL FEES FOR THIS MATTER        $47.40

BILLING SUMMARY

| Lucinda Kish | .30 hrs | 158.00 /hr | 47.40 |
|---|---|---|---|

| TOTAL FEES | 0.30 hrs | | $47.40 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**        $47.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                0G2013-301144
Fort Washington, PA 19034

                                                                   INVOICE #  863063

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301144
     TC # 721859

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/02/13 | BG | Draft status report regarding Motion for Summary Judgment | L190 | .10 hrs |
| 01/03/13 | ABB | Receive and review Order to show cause from the Court and compilation of same regarding file management | L110 | .10 hrs |
| 01/03/13 | ABB | Calendar information contained in Order regarding showing cause and update pleadings | L110 | .10 hrs |
| 01/03/13 | BG | Receipt / review of Order to show cause why action should not be dismissed as to the substitute trustees for failure to issue service | L120 | .10 hrs |
| 01/03/13 | BG | Correspondence with MERS representative about different Wells state case following magistrate's dismissal recommendation in federal court case | L120 | .10 hrs |
| 01/28/13 | BG | Receipt of Magistrate Judge's report and recommendations regarding substitute trustee's motion to dismiss in CV-422 | L120 | .10 hrs |
| 01/29/13 | JHP | Reviewed report and recommendation of magistrate judge to grant motion for summary judgment of clients and to grant motion for judgment on the pleadings filed by other parties | L240 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301144

FED ID NO. 63-0243316

| 01/30/13 | BG | Receipt of magistrateÆs report recommending dismissal in CV-422 | L120 | .10 hrs |
|---|---|---|---|---|
| 01/30/13 | JHP | Email to MERS client contact B.Blake and GMAC client contact P.Stokes with summary of magistrate's decision on motion for summary judgment and providing general summary of case and next steps and provided copy of magistrate's report and recommendation | L240 | .60 hrs |

TOTAL FEES FOR THIS MATTER                      $483.10

BILLING SUMMARY

| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
|---|---|---|---|
| Jon H. Patterson | 1.20 hrs | 290.00 /hr | 348.00 |
| Blake Goodsell | .50 hrs | 207.00 /hr | 103.50 |

TOTAL FEES               1.90 hrs                    $483.10

**TOTAL CHARGES FOR THIS INVOICE**                   **$483.10**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301144

INVOICE #  866206

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301144
     TC # 721859

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/05/13 | BG | Draft status report regarding magistrates report recommending dismissal | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                 $41.40

BILLING SUMMARY

| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |
|---|---|---|---|
| TOTAL FEES | 0.20 hrs | | $41.40 |

**TOTAL CHARGES FOR THIS INVOICE**                $41.40

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301145
Fort Washington, PA 19034

                                                               INVOICE #  863064

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301145
         TC # 726757

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
| 01/08/13 | GP | Draft Affidavit for Motion for Summary Judgment | L240 | 1.80 hrs |
| 01/08/13 | GP | Draft e-mails to client representative regarding Motion for Summary Judgment affidavit and supporting documentation | L240 | .60 hrs |
| 01/09/13 | GP | Review and analyze complaint and loan file documents to prepare for motion for summary judgment | L240 | 1.20 hrs |
| 01/09/13 | GP | Draft initial version of motion for summary judgment | L240 | 3.60 hrs |
| 01/09/13 | GP | Review and revise Motion for Summary Judgment | L240 | 1.70 hrs |
| 01/09/13 | GP | Draft documents to attach to and submit with Motion for Summary Judgment | L240 | .70 hrs |
| 01/09/13 | KSA | Review and edit motion for summary judgment | L240 | .30 hrs |
| 01/09/13 | MST | Finalize motion for summary judgment, 8 exhibits and proposed order and prepare all for filing and service | L210 | .90 hrs |

                      TOTAL FEES FOR THIS MATTER                $2,236.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301145

FED ID NO. 63-0243316

---

```
01/09/13 Copy Charges                                       0.00
01/10/13 Copy Charges                                       0.00
01/11/13 Copy Charges                                       0.00
01/11/13 Copy Charges                                       0.00
01/11/13 Copy Charges                                       0.00
01/11/13 Copy Charges                                       0.00
01/09/13 Computerized Legal Research-Westlaw Westlaw        0.00
         User: PREMO,GRANT
```

BILLING SUMMARY

```
    Melanie Thompson         .90 hrs   158.00 /hr      142.20
    Keith S. Anderson        .40 hrs   268.00 /hr      107.20
    Grant Premo             9.60 hrs   207.00 /hr    1,987.20


TOTAL FEES               10.90 hrs               $2,236.60

TOTAL CHARGES FOR THIS INVOICE                   $2,236.60
```

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301145

INVOICE #  866207

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301145
     TC # 726757

PROFESSIONAL SERVICES

| 02/01/13 | KSA | Provide status report to client | L120 | .10 hrs |
| 02/12/13 | GP | Consider strategy for compliance with court's scheduling order | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $68.20

BILLING SUMMARY

| Keith S. Anderson | .10 hrs | 268.00 /hr | 26.80 |
| Grant Premo | .20 hrs | 207.00 /hr | 41.40 |

| TOTAL FEES | 0.30 hrs | | $68.20 |

**TOTAL CHARGES FOR THIS INVOICE**                   **$68.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301146
Fort Washington, PA 19034

                                                          INVOICE #  863065

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301146
         TC # 732040

PROFESSIONAL SERVICES

01/01/13   MSW   Draft status report for client.          L120      .10 hrs

01/28/13   LADA  Review foreclosure action case file      L190      .50 hrs
                 docket for recently filed appeal

01/28/13   LADA  Review case file docket in countersuit   L190      .80 hrs
                 to foreclosure action to ensure matter
                 is stayed pursuant to the bankruptcy
                 order and no additional filings have
                 been made by pro se party

01/28/13   MSW   Research status of case and appellate    L120      .30 hrs
                 motion and discuss with client

01/30/13   MSW   Draft status report for client.          L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                      $357.40


BILLING SUMMARY

    Mark S. Wierman        .50 hrs   304.00 /hr       152.00
    Lucinda Kish          1.30 hrs   158.00 /hr       205.40


TOTAL FEES                1.80 hrs              $357.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301146

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $357.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301146
Fort Washington, PA 19034

                                                               INVOICE #  866208

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301146
         TC # 732040

    PROFESSIONAL SERVICES

    02/12/13  LADA Revise and finalize notice of          L210      .30 hrs
              unavailability


              TOTAL FEES FOR THIS MATTER                            $47.40


    BILLING SUMMARY

       Lucinda Kish            .30 hrs   158.00 /hr         47.40


    TOTAL FEES                 0.30 hrs                     $47.40

    **TOTAL CHARGES FOR THIS INVOICE**                     **$47.40**


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                MARCH 27, 2013
1100 Virginia Drive                                   0G2013-301147
Fort Washington, PA 19034

                                                      INVOICE #   863066

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301147
          TC # 719342

PROFESSIONAL SERVICES

| 01/02/13 | BG | Draft status report regarding withdraw of Motion for Summary Judgment based on representations made in response thereto that no injunctive relief was sought | L190 | .20 hrs |
| 01/02/13 | BG | Draft Notice of Bankruptcy | L210 | .50 hrs |
| 01/04/13 | ABB | Telephone conference with Judge Prince's office regarding cancellation of hearing | L110 | .10 hrs |
| 01/11/13 | BG | Correspondence with client regarding absence of an injunction | L120 | .10 hrs |

          TOTAL FEES FOR THIS MATTER                     $181.40

BILLING SUMMARY

| Allison Burke | .10 hrs | 158.00 /hr | 15.80 |
| Blake Goodsell | .80 hrs | 207.00 /hr | 165.60 |

TOTAL FEES              0.90 hrs              $181.40

**TOTAL CHARGES FOR THIS INVOICE**           **$181.40**

          ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301148

INVOICE #  863067

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301148
     TC # 729475

PROFESSIONAL SERVICES

| 01/04/13 | MPE | Research docket to determine status of order. | L110 | .20 hrs |
|---|---|---|---|---|
| 01/04/13 | MW | Draft status update to client regarding pending resolution of claims | C300 | .10 hrs |
| 01/07/13 | MW | Review and analyze procedural posture of action in light of order submitted to court pursuant to ruling dismissing borrower's counterclaims | C300 | .40 hrs |
| 01/07/13 | MPE | Email correspondence with judicial assistant regarding status of Order submitted for signature on December 18, 2012. | L110 | .20 hrs |
| 01/09/13 | MPE | Research docket to confirm that Order Dismissing Counterclaims is entered and that no motion for reconsideration has been filed. | L110 | .30 hrs |
| 01/15/13 | KK | Draft closing memorandum to send to client regarding resolution of matter | L110 | .30 hrs |
| 01/22/13 | KK | Draft closing memorandum and officially close out file | L110 | .20 hrs |
| 01/22/13 | KK | Telephone call and e-mail to judicial assistant regarding status of executed order in case | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301148

FED ID NO. 63-0243316

| 01/22/13 | KK | Research docket and official records to review orders entered in case | L110 | .20 hrs |
|---|---|---|---|---|
| 01/22/13 | MW | Review and revise closing memorandum | L240 | .30 hrs |
| 01/22/13 | MW | Correspondence with J.Ho regarding order dismissing counterclaims, closing memorandum, and pending motion for default against borrower's spouse | C400 | .30 hrs |
| 01/23/13 | KK | Receive and review order of recusal and order dismissing counterclaims in case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $600.90

BILLING SUMMARY

| Monica Wilson | 1.10 hrs | 282.00 /hr | 310.20 |
|---|---|---|---|
| Melisa P. Palmer | .70 hrs | 167.00 /hr | 116.90 |
| Kerry Keane | 1.10 hrs | 158.00 /hr | 173.80 |

TOTAL FEES                    2.90 hrs                    $600.90

**TOTAL CHARGES FOR THIS INVOICE**                    $600.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301148
Fort Washington, PA 19034

                                                             INVOICE #   866209

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2013-301148
        TC # 729475

   PROFESSIONAL SERVICES

   02/01/13   MW   Draft status report to client regarding       L120       .10 hrs
                   dismissed counterclaims


              TOTAL FEES FOR THIS MATTER                                 $28.20


   BILLING SUMMARY

      Monica Wilson            .10 hrs   282.00 /hr              28.20


   TOTAL FEES               0.10 hrs                         $28.20

   **TOTAL CHARGES FOR THIS INVOICE**                       $28.20


              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301149

INVOICE #  863068

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301149
     TC # 730634

PROFESSIONAL SERVICES

| 01/02/13 | BG | Draft status report regarding upcoming hearing and property sale attempts | L190 | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | BG | Correspondence with opposing counsel regarding upcoming hearing and property sale attempts | L230 | .20 hrs |
| 01/04/13 | BG | Conversation with opposing counsel regarding third-party offer to purchase the property | L120 | .30 hrs |
| 01/04/13 | BG | Correspondence with client regarding third-party offer to purchase the property and hearing date | L120 | .30 hrs |
| 01/04/13 | BG | Receipt/ review of third-party offer to purchase the property and hearing date | L120 | .10 hrs |
| 01/07/13 | BG | Correspondence with opposing counsel regarding motion to continue hearing | L120 | .10 hrs |
| 01/09/13 | BG | Receipt / review of motion for continuance | L120 | .10 hrs |
| 01/09/13 | BG | Correspondence with client regarding motion for continuance and continued sale negotiations | L120 | .10 hrs |
| 01/09/13 | BG | Conversation with opposing counsel regarding house sale negotiations | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301149

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/09/13 | BG | Draft objection to the motion for continuance and file | L210 | .30 hrs |
| 01/10/13 | ABB | Finalize Objection to Motion to Continue and prepare same for electronic filing and for service upon parties | L110 | .30 hrs |
| 01/14/13 | ABB | Receive and review Order and calendar information regarding hearing on pending motions and update pleadings regarding the same | L110 | .30 hrs |
| 01/22/13 | BG | Correspondence with opposing counsel regarding progress of the proposed sale of the property | L120 | .10 hrs |
| 01/30/13 | BG | Conversation with opposing counsel regarding upcoming hearing | L230 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $508.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .60 hrs | 158.00 /hr | 94.80 |
| Blake Goodsell | 2.00 hrs | 207.00 /hr | 414.00 |

TOTAL FEES                     2.60 hrs          $508.80

**TOTAL CHARGES FOR THIS INVOICE**          $508.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301149
Fort Washington, PA 19034

                                                             INVOICE #  866210

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301149
     TC # 730634

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | BG | Correspondence with client regarding upcoming hearing and short sale attempt | L230 | .10 hrs |
| 02/05/13 | BG | Draft status report regarding failed short sale attempt and upcoming hearing on preliminary injunction | L190 | .20 hrs |
| 02/05/13 | BG | Correspondence with opposing counsel regarding upcoming hearing | L230 | .10 hrs |
| 02/07/13 | ABB | Update file and further assimilation and compilation of e-mail communications regarding hearing with the Court | L110 | .20 hrs |
| 02/07/13 | BG | Attend second preliminary injunction hearing | L220 | 2.20 hrs |
| 02/07/13 | BG | Prepare for second preliminary injunction hearing | L220 | 1.00 hrs |
| 02/07/13 | BG | Correspondence to and from the client regarding second preliminary injunction hearing and entry of bond | L220 | .30 hrs |
| 02/07/13 | BG | Draft proposed order on second preliminary injunction hearing setting an $80,0000.00 bond | L210 | .40 hrs |
| 02/07/13 | BG | Correspondence with opposing counsel and clerk of court regarding proposed order | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301149

FED ID NO. 63-0243316

| 02/13/13 | ABB | Review injunction Order from the Judge and update file regarding same in order to manage pleadings | L110 | .20 hrs |
|---|---|---|---|---|
| 02/13/13 | BG | Contact clerk of court regarding entry of bond order | L120 | .10 hrs |
| 02/13/13 | BG | Receipt of order requiring bond payment | L120 | .10 hrs |
| 02/13/13 | BG | Correspondence with client about trial witness and potential topics | L120 | .20 hrs |
| 02/13/13 | BG | Conversation with opposing counsel regarding payoff quote | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER          $1,118.90

EXPENSES

02/08/13 Travel Expense - BLAKE GOODSELL MILEAGE TO          33.84
COLUMBIANA, AL FOR TOOLABI HEARING 2/7/13 59.9
@ .565
Bank ID: GENR Check Number: 106698

TOTAL COSTS FOR THIS MATTER          $33.84

BILLING SUMMARY

| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
|---|---|---|---|
| Blake Goodsell | 5.10 hrs | 207.00 /hr | 1,055.70 |

TOTAL FEES          5.50 hrs          $1,118.90

TOTAL EXPENSES          $33.84



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
APRIL 30, 2013

0G2013-301149

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $1,152.74

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301150

INVOICE #  863069

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301150
     TC # 732137

PROFESSIONAL SERVICES

| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $60.80

BILLING SUMMARY

| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |

TOTAL FEES                0.20 hrs                    $60.80

**TOTAL CHARGES FOR THIS INVOICE**                  **$60.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301150

INVOICE #  866211

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301150
     TC # 732137

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/04/13 | MSW | Begin drafting motion for summary judgment | L240 | 3.10 hrs |
| 02/04/13 | APUC | Begin analysis of case file in preparation for drafting Motion for Summary Judgment | L210 | .30 hrs |
| 02/12/13 | APUC | Analyze case file and case law in preparation for drafting Summary Judgment Motion | L210 | 1.00 hrs |
| 02/12/13 | APUC | Review and analyze rules and case law addressing responding to affirmative defenses in preparation for drafting Summary Judgment Motion | L210 | .30 hrs |
| 02/12/13 | LADA | Finalize notice of unavailability | L210 | .30 hrs |
| 02/13/13 | APUC | Analyze case law addressing Statute of Frauds and revise Summary Judgment Motion | L210 | 1.60 hrs |
| 02/14/13 | APUC | Revise Summary Judgment Motion | L210 | .90 hrs |
| 02/15/13 | APUC | Analyze case law addressing lack of duty to modify a contract | L210 | 1.90 hrs |
| 02/15/13 | MSW | Revise motion for summary judgment | L240 | 3.30 hrs |
| 02/15/13 | MCG | Revise motion for summary judgment and combined memorandum of law | L210 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301150

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $4,253.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | 2.10 hrs | 348.00 /hr | 730.80 |
| Mark S. Wierman | 6.40 hrs | 304.00 /hr | 1,945.60 |
| Amy Puckett | 6.00 hrs | 255.00 /hr | 1,530.00 |
| Lucinda Kish | .30 hrs | 158.00 /hr | 47.40 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 14.80 hrs | | $4,253.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$4,253.80** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301151

INVOICE #  863070

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301151
     TC # 734538

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/02/13 | ACU | Research Texas law on res judicata for 12(c) motion. | L240 | 1.60 hrs |
| 01/02/13 | ACU | Review and analyze prior state and federal court cases involving borrowers for res judicata argument in 12(c) motion. | L240 | 2.40 hrs |
| 01/02/13 | ACU | Draft res judicata argument for 12(c) motion for judgment on the pleadings. | L240 | 3.00 hrs |
| 01/02/13 | GWG | Work on Rule 12(c) brief | L240 | 2.00 hrs |
| 01/03/13 | ACU | Review and revise res judicata argument in 12(c) motion for judgment on the pleadings. | L240 | 2.10 hrs |
| 01/03/13 | ACU | Draft status report for client | L190 | .10 hrs |
| 01/07/13 | MST | Obtain and analyze 142 pages of state court pleadings in preparation of motion to dismiss | L110 | .60 hrs |
| 01/07/13 | ACU | Draft proposed scheduling order. | L250 | .30 hrs |
| 01/07/13 | ACU | Prepare exhibits for 12(c) motion. | L240 | .80 hrs |
| 01/07/13 | GWG | Work on Rule 26 report and proposed scheduling order and correspond with W. Kricken regarding same | L230 | .70 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301151

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/09/13 | ACU | Draft summary report for client update | B110 | 2.10 hrs |
| 01/09/13 | ACU | Revise motion for judgment on the pleadings and brief in support of motion. | L240 | .70 hrs |
| 01/09/13 | MST | Finalize Motion for Judgment on the Pleadings, prepare 11 exhibits and proposed order and prepare all for filing and service | L210 | .90 hrs |
| 01/10/13 | GWG | Work on brief in support of motion for judgment on the pleadings | L240 | 1.40 hrs |
| 01/10/13 | GWG | Work on litigation analysis memo to client | L120 | .70 hrs |
| 01/14/13 | MST | Finalize Notice Concerning Reference to Magistrate Judge and prepare for filing and service | L210 | .60 hrs |
| 01/25/13 | ACU | Draft Rule 26(a)(1) initial disclosures. | L310 | .60 hrs |
| 01/25/13 | GWG | Work on Rule 26 initial disclosures | L310 | .40 hrs |
| 01/28/13 | GWG | Review plaintiff 12(c) opposition brief and begin work on our reply brief | L210 | 1.70 hrs |
| 01/28/13 | ACU | Review and analyze borrowers' brief in response to our 12(c) motion for judgment on the pleadings. | L240 | .60 hrs |
| 01/30/13 | MST | Receive and review order granting motion for extension of time to file response to defendants motion for summary judgment and update pleadings file regarding same | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301151

FED ID NO. 63-0243316

| 01/31/13 | GWG | Review the court's dismissal order | L240 | .20 hrs |
|----------|-----|-----|------|---------|
| 01/31/13 | GWG | Prepare pertinent pleadings and correspondence for closing of the file and draft closing memorandum to client | L140 | .50 hrs |
| 01/31/13 | GWG | Legal research into permissible costs pursuant to FRCP 54 | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $5,628.40

EXPENSES

01/15/13  Court Costs - Pleadings - WEST GROUP COURT            1,218.13
          DOCUMENTS
          Bank ID: GENR Check Number: 105211

          TOTAL COSTS FOR THIS MATTER                $1,218.13

BILLING SUMMARY

| Melanie Thompson | 2.30 hrs | 158.00 /hr | 363.40 |
|------------------|----------|------------|--------|
| Graham W. Gerhardt | 7.80 hrs | 312.00 /hr | 2,433.60 |
| Alison Smith | 14.30 hrs | 198.00 /hr | 2,831.40 |

TOTAL FEES              24.40 hrs            $5,628.40

TOTAL EXPENSES                              $1,218.13

**TOTAL CHARGES FOR THIS INVOICE**          **$6,846.53**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301152

INVOICE #  863071

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301152
     TC # 724317

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JJPH | Prepare status report to client regarding agreed order of dismissal | L120 | .10 hrs |
| 01/04/13 | JJPH | Telephone conference with Rand Kruger regarding loan modification payment | L160 | .20 hrs |
| 01/04/13 | JJPH | Multiple emails with Jacqueline Ho regarding payment amount | L160 | .20 hrs |
| 01/04/13 | JJPH | Review pay statement provided by borrower's counsel | L160 | .10 hrs |
| 01/07/13 | JDR | Review agreed order of dismissal, received today as signed by Judge. | L240 | .20 hrs |
| 01/08/13 | JJPH | Email correspondence with Jacqueline Ho regarding monthly payment amount | L160 | .10 hrs |
| 01/08/13 | JJPH | Email correspondence to Rand Kruger regarding monthly payment | L160 | .10 hrs |

          TOTAL FEES FOR THIS MATTER                    $272.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .80 hrs | 264.00 /hr | 211.20 |
| Jonathan Rose | .20 hrs | 304.00 /hr | 60.80 |

| | | |
|---|---|---|
| TOTAL FEES | 1.00 hrs | $272.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301152

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $272.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301152

INVOICE #  866212

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301152
     TC # 724317

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JJPH | Prepare status report to client regarding settlement | L120 | .10 hrs |
| 02/04/13 | JJPH | Communications with circuit court clerk regarding dismissal order | L250 | .10 hrs |
| 02/05/13 | AHC | Review docket to confirm representation information, draft memorandum regarding final disposition of file for attorney review and correspondence to client regarding same | L190 | .40 hrs |
| 02/06/13 | JJPH | Review agreed order of dismissal signed by Court | L240 | .10 hrs |
| 02/06/13 | JJPH | Review and edit closing memorandum for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $168.80

EXPENSES

37R         Court Pleading Costs                              3.50

            TOTAL COSTS FOR THIS MATTER              $3.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301152

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .40 hrs | 264.00 /hr | 105.60 |
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |

| | | |
|---|---|---|
| TOTAL FEES | 0.80 hrs | $168.80 |
| TOTAL EXPENSES | | $3.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $172.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301153
Fort Washington, PA 19034

                                                          INVOICE #  863072

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301153
          TC # 708337

PROFESSIONAL SERVICES

01/07/13  CET  Providing status update to the client.      L250      .20 hrs


          TOTAL FEES FOR THIS MATTER                             $62.40


BILLING SUMMARY

     Christopher E. Thorsen       .20 hrs   312.00 /hr        62.40


TOTAL FEES                    0.20 hrs                      $62.40

TOTAL CHARGES FOR THIS INVOICE                             $62.40

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301153
Fort Washington, PA 19034

                                                               INVOICE #  866213

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301153
         TC # 708337

    PROFESSIONAL SERVICES

    02/04/13  CET  Providing status update to the client.    L250      .20 hrs

              TOTAL FEES FOR THIS MATTER                       $62.40

    BILLING SUMMARY

        Christopher E. Thorsen      .20 hrs   312.00 /hr         62.40

    TOTAL FEES                      0.20 hrs                   $62.40

    **TOTAL CHARGES FOR THIS INVOICE**                        **$62.40**
                                                              ═══════════

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301154
Fort Washington, PA 19034

                                                               INVOICE #  863073

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301154
          TC # 688678

PROFESSIONAL SERVICES

01/08/13   ATT   E-mail correspondence with foreclosure       L240B      .20 hrs
                 counsel inquiring as to current status
                 of foreclosure action

01/08/13   ATT   Draft monthly status report stating we       L240B      .20 hrs
                 are waiting on completion of foreclosure
                 action before resuming settlement
                 negotiations with Fidelity

01/11/13   ATT   E-mail correspondence with H.Franchi         L240B      .20 hrs
                 advising that foreclosure counsel is in
                 process of subsituting plaintiff and
                 obtaining copy of assignment of mortgage


                 TOTAL FEES FOR THIS MATTER                      $163.80


BILLING SUMMARY

     Ann T. Taylor              .60 hrs   273.00 /hr        163.80


TOTAL FEES                     0.60 hrs                     $163.80

**TOTAL CHARGES FOR THIS INVOICE**                         **$163.80**

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301154
Fort Washington, PA 19034

                                                               INVOICE #   866214

                                                               FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

      Re:   0G2013-301154
            TC # 688678

PROFESSIONAL SERVICES

   02/07/13   ATT   E-mail correspondence with foreclosure        L240B      .20 hrs
                    counsel inquiring as to current status
                    of foreclosure action

   02/07/13   ATT   Draft monthly status report stating we        L240B      .20 hrs
                    are continuing to follow up with
                    foreclosure counsel regarding status of
                    foreclosure so that GMACM can consider
                    whether to purse additional damages from
                    title insurer

              TOTAL FEES FOR THIS MATTER                              $109.20


BILLING SUMMARY

   Ann T. Taylor              .40 hrs   273.00 /hr        109.20


TOTAL FEES                   0.40 hrs                   $109.20

**TOTAL CHARGES FOR THIS INVOICE**                      **$109.20**
                                                     ================

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301155

INVOICE #  863074

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2013-301155
      TC # 733826

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RK | Draft initial disclosures | L210 | .70 hrs |
| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
| 01/03/13 | GWG | Work on initial disclosures and first discovery requests to plaintiff | L310 | 1.20 hrs |
| 01/10/13 | GWG | Analyze effect of consent/nonconsent to magistrate jurisdiction and edit pleading to be filed regarding same | L210 | .50 hrs |
| 01/10/13 | RK | Draft notice concerning consent to magistrate judge | L120 | .70 hrs |
| 01/11/13 | RK | Draft status update to attorney for Mortgage Electronic Registration Systems | L120 | .20 hrs |
| 01/14/13 | RK | Draft initial litigation assessment memorandum | L120 | 1.20 hrs |
| 01/14/13 | RK | Revise initial litigation assessment memorandum | L120 | .20 hrs |
| 01/14/13 | GWG | Draft litigation analysis memo to client | L120 | .60 hrs |
| 01/30/13 | GWG | Review plaintiff's amended complaint and analyze for possible motion to dismiss | L210 | .40 hrs |
| 01/31/13 | GWG | Correspondence with plaintiff's counsel regarding plaintiff's call to the client's executive offices | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

|  | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $1,546.50 |
| 01/03/13 Copy Charges | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 2.90 hrs | 312.00 /hr | 904.80 |
| Riley Key | 3.10 hrs | 207.00 /hr | 641.70 |
| TOTAL FEES | 6.00 hrs | | $1,546.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,546.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301155

INVOICE #  866215

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301155
     TC # 733826

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/04/13 | RK | Draft status report to client | L120 | .20 hrs |
| 02/05/13 | GWG | Correspondence with opposing counsel regarding possible settlement of the case | L160 | .30 hrs |
| 02/06/13 | GWG | Factual research regarding plaintiff's calls to GMAC's offices and conference call with client regarding same | L110 | .40 hrs |
| 02/07/13 | RK | Draft motion to dismiss | L350 | 4.90 hrs |
| 02/08/13 | GWG | Work on brief in support of 12(b)(6) motion to dismiss | L240 | 3.30 hrs |
| 02/13/13 | GWG | Draft court-ordered ADR report and correspondence with M. Seth regarding same | L210 | .60 hrs |
| 02/13/13 | MST | Finalize Joint ADR Report and prepare for filing and service | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $2,554.10

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie Thompson | .40 hrs | 158.00 /hr | 63.20 |
| Graham W. Gerhardt | 4.60 hrs | 312.00 /hr | 1,435.20 |
| Riley Key | 5.10 hrs | 207.00 /hr | 1,055.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301155

FED ID NO. 63-0243316

TOTAL FEES              10.10 hrs           $2,554.10

**TOTAL CHARGES FOR THIS INVOICE**           **$2,554.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301156

INVOICE #   863075

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301156
     TC # 731039

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | EWS | Worked on motion to appear at hearing via telephone and accompanying order. | L250 | .60 hrs |
| 01/03/13 | EWS | Telephone conversation with co-defendant's counsel concerning hearing scheduled for Friday, February 4. | L250 | .30 hrs |
| 01/04/13 | EWS | Attended hearing via telephone on Court's motion for show cause against the plaintiff. | L250 | .50 hrs |

TOTAL FEES FOR THIS MATTER                        $382.20

01/28/13 Postage Charges 01/03/2013                    0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric Smith | 1.40 hrs | 273.00 /hr | 382.20 |

TOTAL FEES                  1.40 hrs                 $382.20

**TOTAL CHARGES FOR THIS INVOICE**                   **$382.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301156

INVOICE #  866216

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301156
     TC # 731039

PROFESSIONAL SERVICES

| 02/05/13 | AHC | Review file to confirm representation information, review docket regarding status of Order dismissing case, and draft status report for attorney review | L190 | .30 hrs |
| 02/05/13 | EWS | Prepared status report. | L250 | .20 hrs |

| | TOTAL FEES FOR THIS MATTER | $102.00 |

BILLING SUMMARY

| Eric Smith | .20 hrs | 273.00 /hr | 54.60 |
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |

| TOTAL FEES | 0.50 hrs | | $102.00 |

| **TOTAL CHARGES FOR THIS INVOICE** | **$102.00** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301157

INVOICE #  863076

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301157
     TC # 723329

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/24/13 | LADA | Telephone conference with Clerk regarding removal of matter from roster pursuant to bankruptcy stay requirement | L190 | .60 hrs |
| 01/29/13 | LADA | Telephone conference follow-up with N.Ellis regarding trial roster status in light of bankruptcy filings by plaintiff and defendant | L190 | .40 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $218.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |
| Lucinda Kish | 1.00 hrs | 158.00 /hr | 158.00 |

TOTAL FEES                1.20 hrs                $218.80

**TOTAL CHARGES FOR THIS INVOICE**                **$218.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301157

INVOICE #  866217

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301157
     TC # 723329

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 02/26/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 02/27/13 | LADA | Review and analysis of current status of action regarding stay pursuant to bankruptcy filing | L190 | .20 hrs |
| 03/21/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 03/26/13 | LADA | Receipt and review of docket regarding status of case under bankruptcy stay | L190 | .40 hrs |
| 04/10/13 | MSW | Review and analyze allegations in pleadings to determine conduct purportedly giving rise to causes of action both before and after petition for bankruptcy to determine strategy for going forward | L120 | .20 hrs |
| 04/29/13 | MSW | Draft status report for client as follows: Bucket 1 case; all claims against GMAC should eventually be discharged after bankruptcy | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                            $302.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301157

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Mark S. Wierman | .40 hrs | 304.00 /hr | 121.60 |
| Lucinda Kish | .60 hrs | 158.00 /hr | 94.80 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

| | | |
|---|---|---|
| TOTAL FEES | 1.30 hrs | $302.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$302.70** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301158

INVOICE #  863077

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301158
     TC # 720315

PROFESSIONAL SERVICES

01/07/13   MPE   Research docket to confirm case remains      L110      .20 hrs
                 stayed.


                 TOTAL FEES FOR THIS MATTER                              $33.40


BILLING SUMMARY

   Melisa P. Palmer          .20 hrs   167.00 /hr        33.40


TOTAL FEES                   0.20 hrs                  $33.40

**TOTAL CHARGES FOR THIS INVOICE**                     $33.40


             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301158

INVOICE #  866218

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301158
     TC # 720315

PROFESSIONAL SERVICES

| 02/04/13 | MPE | Research docket to confirm case is stayed | L110 | .20 hrs |
|---|---|---|---|---|
| 03/06/13 | MPE | Draft status report for client review | L110 | .20 hrs |
| 03/11/13 | MPE | Review of initial pleadings filed in case to determine all parties named. | L110 | .10 hrs |
| 04/01/13 | MPE | Research docket to determine status. | L110 | .10 hrs |
| 04/04/13 | CWH | Analyze status of case where claims are stayed | L110 | .10 hrs |
| 04/30/13 | MPE | Research docket to confirm case status and that case remains stayed. | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $153.00

BILLING SUMMARY

| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
|---|---|---|---|
| Melisa P. Palmer | .70 hrs | 167.00 /hr | 116.90 |

TOTAL FEES            0.80 hrs          $153.00

**TOTAL CHARGES FOR THIS INVOICE**          $153.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0G2013-301159
Fort Washington, PA 19034

                                                             INVOICE #   863078

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301159
         TC # 730950

    PROFESSIONAL SERVICES

    01/02/13  CSM  Drafted case status report          B110      .10 hrs

    01/09/13  CSM  Review and respond to email from client   L601      .10 hrs
                   regarding status of discovery responses


                   TOTAL FEES FOR THIS MATTER                $60.00


    BILLING SUMMARY

       Cory S. Menees          .20 hrs   300.00 /hr       60.00


    TOTAL FEES                 0.20 hrs                  $60.00

    **TOTAL CHARGES FOR THIS INVOICE**                  **$60.00**
                                                   ═══════════════

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301159
Fort Washington, PA 19034

                                                          INVOICE #   866219

                                                          FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301159
         TC # 730950

PROFESSIONAL SERVICES

| 02/01/13 | CSM | Review and revise draft consent order dismissing counterclaims | L250 | .20 hrs |
|---|---|---|---|---|
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
| 02/01/13 | LADA | Correspondence with opposing counsel regarding revised consent order on motion to dismiss, including instruction for submittal to foreclosure counsel for signature and filing | L210 | .40 hrs |
| 02/01/13 | LADA | Correspondence with foreclosure counsel regarding consent order of dismissal, including filing and signature preferences of counsel | L210 | .40 hrs |
| 02/01/13 | LADA | Follow-up correspondence with opposing counsel regarding signed consent order of dismissal for transmittal to foreclosure counsel in order to secure signature of Judge and file stamp | L210 | .40 hrs |
| 02/06/13 | CSM | Communicate with foreclosure counsel regarding entry of order dismissing borrower's counterclaims | L190 | .30 hrs |
| 02/06/13 | LADA | Correspondence with foreclosure counsel regard lack of receipt of signed order from opposing counsel | L190 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301159

FED ID NO. 63-0243316

| 02/06/13 | LADA | Correspondence with opposing counsel regarding status of partially executed consent to dismissal in light of foreclosure counsel not receiving the same | L190 | .30 hrs |
|---|---|---|---|---|
| 02/15/13 | CSM | Emails with case manager regarding entry of order dismissing borrower counterclaims | L190 | .10 hrs |
| 02/15/13 | CSM | Review pleadings and discovery responses for purposes of assessing propriety of returning matter to foreclosure counsel for prosecution of case to conclusion | L120 | .20 hrs |
| 02/15/13 | CSM | Emails with case manager regarding propriety of returning matter to foreclosure counsel for prosecution of case to conclusion | C400 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $584.40

BILLING SUMMARY

| Cory S. Menees | 1.00 hrs | 300.00 /hr | 300.00 |
|---|---|---|---|
| Lucinda Kish | 1.80 hrs | 158.00 /hr | 284.40 |

TOTAL FEES                2.80 hrs                $584.40

**TOTAL CHARGES FOR THIS INVOICE**            **$584.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301160
Fort Washington, PA 19034

                                                               INVOICE #  863079

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301160
         TC # 705556

PROFESSIONAL SERVICES

01/07/13   CET   Providing status update to the client.     C100     .20 hrs

01/23/13   FSP   E-mail correspondence with J.Ho            L120     .10 hrs
                 regarding case status and strategy

01/23/13   CET   Email correspondence with J. Ho            C100     .20 hrs
                 regarding obtaining the original loan
                 file.

01/24/13   FSP   E-mail correspondence with J.Ho            L120     .10 hrs
                 regarding original loan file

01/24/13   CET   Reading and analyzing Original Loan File   C100     .30 hrs
                 received from J. Ho.

01/24/13   CET   Email correspondence with J. Ho            C100     .20 hrs
                 regarding receipt of the original loan
                 file.


           TOTAL FEES FOR THIS MATTER                 $324.80


BILLING SUMMARY

    Christopher E. Thorsen    .90 hrs   312.00 /hr     280.80
    Frankie Spero             .20 hrs   220.00 /hr      44.00


TOTAL FEES              1.10 hrs              $324.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301160

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $324.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                 0G2013-301160
Fort Washington, PA 19034

INVOICE #  866220

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301160
      TC # 705556

PROFESSIONAL SERVICES

| 02/04/13 | CET | Providing status update to the client. | C100 | .20 hrs |
|---|---|---|---|---|
| 02/05/13 | AHC | Draft status report for attorney review | L190 | .10 hrs |
| 02/06/13 | FSP | E-mail correspondence with J.Ho regarding case status and strategy for drafting complaint | L120 | .10 hrs |
| 02/06/13 | FSP | E-mail correspondence regarding case status and strategy for drafting complaint for judicial foreclosure | L120 | .10 hrs |
| 02/06/13 | FSP | Reviewing and analyzing original loan file regarding case analysis and strategy | L120 | .20 hrs |
| 02/07/13 | FSP | E-mail correspondence with J.Ho regarding case status and strategy | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                      $188.20

BILLING SUMMARY

| Christopher E. Thorsen | .20 hrs | 312.00 /hr | 62.40 |
|---|---|---|---|
| Alecia H. Cockrell | .10 hrs | 158.00 /hr | 15.80 |
| Frankie Spero | .50 hrs | 220.00 /hr | 110.00 |

| TOTAL FEES | 0.80 hrs | | $188.20 |
|---|---|---|---|



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301160

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $188.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301161
Fort Washington, PA 19034

                                                          INVOICE #  863080

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301161
     TC # 727373

PROFESSIONAL SERVICES

01/07/13  KK    Draft status report for client review      L110      .10 hrs

          TOTAL FEES FOR THIS MATTER                          $15.80

BILLING SUMMARY

   Kerry Keane              .10 hrs   158.00 /hr        15.80

TOTAL FEES                 0.10 hrs                    $15.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$15.80**

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301161

INVOICE #  866221

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301161
     TC # 727373

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | KK | Draft status report for client as follows: All claims are stayed and we continue to monitor this case | L110 | .10 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/05/13 | KK | Review details of case to determine if it should stay open or if it can be closed | L110 | .20 hrs |
| 03/14/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 04/01/13 | KK | Draft status report as follows: All claims are stayed and we continue to monitor the case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $149.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |
| Kerry Keane | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES                .70 hrs                    $149.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301161

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $149.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301162

INVOICE #  863081

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301162
     TC # 695925

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/02/13 | JJPH | Prepare status report for client regarding eviction proceeding | L120 | .10 hrs |
| 01/04/13 | JJPH | Communications with Rutherford County General Sessions clerk regarding request for court filings | L210 | .10 hrs |
| 01/07/13 | CET | Providing status update to the client. | P300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                        $115.20

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Joshua J. Phillips | .20 hrs | 264.00 /hr | 52.80 |
| Christopher E. Thorsen | .20 hrs | 312.00 /hr | 62.40 |

| | | |
|---|---|---|
| TOTAL FEES | 0.40 hrs | $115.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$115.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301162
Fort Washington, PA 19034

                                                             INVOICE #  866222

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301162
     TC # 695925

PROFESSIONAL SERVICES

02/04/13   JJPH  Prepare status report to client           L120      .10 hrs
                 regarding detainer action

02/04/13   JJPH  Review filings and prepare closing        L120      .30 hrs
                 documents for client

02/04/13   JJPH  Email correspondence to Jacqueline Ho     L120      .10 hrs
                 regarding case closing

02/04/13   CET   Providing status update to the client.    P300      .20 hrs

02/04/13   CET   Reading and analyzing docket entry        P300      .30 hrs
                 regarding the court's final report and
                 accounting.

02/06/13   JJPH  Email correspondence with Jacqueline Ho   L210      .10 hrs
                 regarding counterclaims


           TOTAL FEES FOR THIS MATTER                         $314.40


BILLING SUMMARY

   Joshua J. Phillips        .60 hrs    264.00 /hr        158.40
   Christopher E. Thorsen    .50 hrs    312.00 /hr        156.00


TOTAL FEES              1.10 hrs                       $314.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301162

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $314.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301163

INVOICE #  863082

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301163
     TC # 727512

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/08/13 | KK | Research and review docket to determine and assess status of case | L110 | .20 hrs |
| 01/08/13 | NSR | Review and analyze status of service of process on defendants | L120 | .10 hrs |
| 01/14/13 | KK | E-mails with foreclosure counsel regarding service on defendants and publication in effort to move case forward | L110 | .30 hrs |
| 01/14/13 | NSR | Review status of service of process on defendants and additional steps needed to accomplish service | L110 | .20 hrs |
| 01/14/13 | NSR | Draft e-mail to client regarding status of action and strategy for proceeding | L110 | .10 hrs |
| 01/24/13 | KK | Receive and review notice of filing affidavit of diligent search and inquiry and docket in case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $251.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
MARCH 27, 2013

0G2013-301163

FED ID NO. 63-0243316

ResCap

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .50 hrs | 282.00 /hr | 141.00 |
| Kerry Keane | .70 hrs | 158.00 /hr | 110.60 |

TOTAL FEES              1.20 hrs                      $251.60

**TOTAL CHARGES FOR THIS INVOICE**                   **$251.60**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301163

INVOICE #  866223

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301163
     TC # 727512

PROFESSIONAL SERVICES

| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
|---|---|---|---|---|
| 02/04/13 | KK | Review matter to determine case parties and assist with bankruptcy/estate review | L110 | .20 hrs |
| 02/13/13 | KK | E-mail correspondence with foreclosure counsel regarding status of service and publication in case | L110 | .20 hrs |
| 02/13/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 02/15/13 | NSR | Review and respond to client e-mail regarding service through publication on borrower's estate | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $135.40

BILLING SUMMARY

| Nader Raja | .20 hrs | 282.00 /hr | 56.40 |
|---|---|---|---|
| Kerry Keane | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES          0.70 hrs              $135.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $135.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301164
Fort Washington, PA 19034

                                                               INVOICE #  863083

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301164
         TC # 719307

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Draft Plaintiff's Verified Motion to Vacate Entry of Default by Clerk | L210 | 2.70 hrs |
| 01/02/13 | JDV | Analysis of state law regarding vacatur of entry of default under Rule 1.500 of the Florida Rules of Civil Procedure | L120 | .70 hrs |
| 01/02/13 | JDV | Email correspondence with client regarding review of Verified Motion to Vacate Entry of Default by Clerk | L210 | .20 hrs |
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/02/13 | MCG | Review and revise motion and consolidated memorandum of law in support of motion to vacate judgment | L210 | .60 hrs |
| 01/07/13 | JDV | Email correspondence with client regarding revised Verified Motion to Vacate Entry of Default | L190 | .20 hrs |
| 01/07/13 | JDV | Revise Verified Motion to Vacate Entry of Default pursuant to client's instructions | L210 | .10 hrs |
| 01/08/13 | JAM | Proof Plaintiff's Verified Motion to Vacate Entry of Default by Clerk | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
MARCH 27, 2013

ResCap

0G2013-301164

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/08/13 | JAM | Draft Correspondence to Clay County Clerk enclosing Plaintiff's Motion to Vacate Entry of Default for docketing | L210 | .20 hrs |
| 01/08/13 | JAM | Draft email service of Motion to counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                   $1,441.20

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | 1.00 hrs | 150.00 /hr | 150.00 |
| Michael C. Griffin | .60 hrs | 348.00 /hr | 208.80 |
| Jose D. Vega | 4.10 hrs | 264.00 /hr | 1,082.40 |

TOTAL FEES                5.70 hrs              $1,441.20

**TOTAL CHARGES FOR THIS INVOICE**              $1,441.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301164
Fort Washington, PA 19034

                                                          INVOICE #   866224

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301164
         TC # 719307

PROFESSIONAL SERVICES

02/01/13   JAM   Access online docket and review for      L120      .20 hrs
                 recent case activity in preparation for
                 status update

02/04/13   JDV   Draft January 2013 status report for     L190      .10 hrs
                 client

02/11/13   JAM   Conference regarding status of case and  L120      .20 hrs
                 Amended Motion to Dismiss


           TOTAL FEES FOR THIS MATTER                             $86.40


BILLING SUMMARY

    Jamie Mathews          .40 hrs   150.00 /hr       60.00
    Jose D. Vega           .10 hrs   264.00 /hr       26.40


TOTAL FEES                 0.50 hrs                  $86.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$86.40**
                                          ══════════════

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301165
Fort Washington, PA 19034

INVOICE #  863084

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301165
     TC # 731334

PROFESSIONAL SERVICES

01/22/13   FSP   Research regarding status of Chinese        L120      .20 hrs
                 drywall litigation for purposes of
                 developing settlement strategy

01/29/13   FSP   E-mail correspondence with K.Dutill         L120      .20 hrs
                 regarding case status and strategy


                 TOTAL FEES FOR THIS MATTER                            $88.00


BILLING SUMMARY

   Frankie Spero            .40 hrs   220.00 /hr         88.00


TOTAL FEES                 0.40 hrs                     $88.00

**TOTAL CHARGES FOR THIS INVOICE**                     $88.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301165

INVOICE #  866225

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301165
     TC # 731334

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/05/13 | FSP | E-mail correspondence regarding transfer of file | L120 | .20 hrs |
| 02/05/13 | FSP | Research regarding status of Chinese Drywall MDL global settlement for purposes of developing strategy for potential settlement with Plaintiffs | L120 | .20 hrs |
| 02/05/13 | FSP | Draft monthly case status report | L120 | .10 hrs |
| 02/08/13 | FSP | Conference regarding transfer of case file | L120 | .10 hrs |
| 02/08/13 | FSP | E-mail correspondence regarding transfer of case file | L120 | .20 hrs |
| 02/10/13 | FSP | E-mail correspondence regarding transferring file | L120 | .10 hrs |
| 02/10/13 | FSP | Gather and provide information necessary for transfer of file | L120 | .40 hrs |
| 02/20/13 | FSP | Analyze voicemail from opposing counsel regarding settlement negotiations | L160 | .10 hrs |
| 02/24/13 | FSP | E-mail correspondence with opposing counsel regarding case status and settlement negotiations | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301165

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/26/13 | FSP | Research status of Chinese Drywall MDL for purposes of developing settlement strategy with borrowers and reviewing court order approving Chinese Drywall settlements | L120 | .20 hrs |
| 02/26/13 | FSP | Review case file including loan documents and correspondence in preparation for settlement negotiations with opposing counsel | L160 | .20 hrs |
| 02/26/13 | FSP | Telephone call to opposing counsel regarding potential settlement negotiations | L160 | .10 hrs |
| 02/27/13 | FSP | Telephone conversation with opposing counsel regarding settlement negotiations | L160 | .30 hrs |
| 02/27/13 | FSP | E-mail correspondence with opposing counsel regarding settlement negotiations | L160 | .10 hrs |
| 02/28/13 | FSP | Telephone conversation with K.Dutill regarding case status and strategy for potential settlement with borrowers | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $572.00

BILLING SUMMARY

Frankie Spero          2.60 hrs   220.00 /hr      572.00

TOTAL FEES             2.60 hrs              $572.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301165

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $572.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301166
Fort Washington, PA 19034

                                                          INVOICE #  863085

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301166
         TC # 711604

PROFESSIONAL SERVICES

    01/04/13   MCG   Exchange e-mails with counsel for heir     C400      .10 hrs
                     to borrower to coordinate interior
                     inspection

    01/27/13   MCG   Correspondence with J.Ho regarding         L160      .10 hrs
                     settlement demand

    01/30/13   MCG   Correspondence with counsel for            L160      .10 hrs
                     borrower's heir regarding settlement
                     demand

                     TOTAL FEES FOR THIS MATTER                        $104.40

BILLING SUMMARY

    Michael C. Griffin          .30 hrs   348.00 /hr         104.40

TOTAL FEES                      0.30 hrs                    $104.40

**TOTAL CHARGES FOR THIS INVOICE**                        **$104.40**
                                                          ================

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301167
Fort Washington, PA 19034

                                                              INVOICE #  863086

                                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0G2013-301167
          TC # 734925

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | ABB | Assimilation and compilation of documents received from Westlaw Express regarding Answer and filed Notice of Removal | L110 | .20 hrs |
| 01/02/13 | ABB | E-mail communications to and from the Court in order to supplement record regarding notice of removal | L110 | .10 hrs |
| 01/02/13 | ABB | Draft Supplement to Removal with attachments in order to supplement Notice of Removal to include additional state court file records | L110 | .70 hrs |
| 01/02/13 | ABB | Finalize Supplement with attachments and prepare same to be filed in USDC Western Texas in conjunction with Notice of Removal and Order entered regarding state records | L110 | .30 hrs |
| 01/02/13 | BG | Draft status report regarding removal and scheduling deposition | L190 | .10 hrs |
| 01/02/13 | BG | Work on supplementing the record with Answer from State Court | L120 | .10 hrs |
| 01/03/13 | ABB | Receive telephone call from Travis County clerk's office regarding electronic filing of Notice of Filing Notice of Removal and amending same, and analysis of file to determine action needed | L110 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301167

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 01/03/13 | ABB | Prepare Amended Notice of Filing Notice of Removal per phone call with the clerk's office as well as compilation of exhibits | L110 | .50 hrs |
| 01/03/13 | ABB | Assemble amended filing for electronic filing with Travis County and finalize same to be sent via U.S mail and certified mail to parties | L110 | .40 hrs |
| 01/03/13 | ABB | Track receipt of certified mail regarding Answer served upon opposing counsel and update file regarding same | L110 | .20 hrs |
| 01/03/13 | BG | Receipt / review of foreclosure file | L120 | .20 hrs |
| 01/03/13 | BG | Correspondence with opposing counsel regarding reinstatement of case to active docket and agreed order regarding the same | L120 | .10 hrs |
| 01/03/13 | BG | Receipt / review of jury demand by Plaintiff | L120 | .10 hrs |
| 01/03/13 | BG | Determine need to supplement state court record following removal | L120 | .10 hrs |
| 01/03/13 | MJA | Research on briefing strategy | L520 | .40 hrs |
| 01/06/13 | MJA | Review and revision of first draft of appeal brief | L520 | 1.00 hrs |
| 01/07/13 | MJA | Finalized revisions to appeal brief | L520 | 1.80 hrs |
| 01/07/13 | MJA | Research on cases and rules involved in brief | L520 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301167

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/07/13 | BG | Receipt / review of order regarding scheduling conference | L230 | .10 hrs |
| 01/07/13 | JHP | Reviewed order from court setting initial deadlines to provide court with proposed scheduling order | L230 | .10 hrs |
| 01/07/13 | ABB | Assimilation and compilation of Order received by the Court regarding scheduling order and update file | L110 | .20 hrs |
| 01/07/13 | ABB | Calendar information pertaining to Judge's recommendations and entered order | L110 | .20 hrs |
| 01/08/13 | MJA | Research on order from Court concerning certificate of compliance | L510 | .30 hrs |
| 01/11/13 | BG | Contact pro se borrower regarding scheduling conference | L230 | .10 hrs |
| 01/16/13 | BG | Contact pro se plaintiff regarding status conference | L230 | .10 hrs |
| 01/17/13 | BG | Contact pro se plaintiff regarding status conference | L230 | .10 hrs |
| 01/22/13 | BG | Contact plaintiff for court-ordered scheduling conference | L230 | .10 hrs |
| 01/22/13 | BG | Draft letter to plaintiff regarding court-ordered scheduling conference | L230 | .20 hrs |
| 01/28/13 | ABB | Review of file materials and draft Litigation Assessment Summary regarding case facts | L110 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
MARCH 27, 2013

0G2013-301167

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/28/13 | BG | Draft follow-up correspondence regarding discovery conference | L230 | .10 hrs |
| 01/28/13 | BG | Draft initial litigation case summary | L190 | .30 hrs |
| 01/30/13 | BG | Revise Initial Litigation Case Summary | L190 | .10 hrs |
| 01/31/13 | BG | Revise initial litigation summary to client | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $2,596.60

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/02/13 | Filing Fees - JON PATTERSON FILE REMOVAL DOCUMENT IN FEDERAL COURT IN TX 12/26/12 Bank ID: GENR Check Number: 104682 | 350.00 |
| 01/30/13 | Filing Fees - BUSINESS CARD TX ONLINE 1-3-13 Bank ID: GENR Check Number: 105883 | 8.44 |
| 01/15/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS Bank ID: GENR Check Number: 105211 | 194.00 |
| 01/15/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS Bank ID: GENR Check Number: 105211 | 217.55 |
| 01/02/13 | Express Mail/Fedex - JON PATTERSON MAIL REMOVAL DOCUMENT IN FEDERAL COURT IN TX 12/26/12 Bank ID: GENR Check Number: 104682 | 9.60 |

TOTAL COSTS FOR THIS MATTER                     $779.59



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
MARCH 27, 2013

0G2013-301167

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 4.80 hrs | 317.00 /hr | 1,521.60 |
| Allison Burke | 4.00 hrs | 158.00 /hr | 632.00 |
| Jon H. Patterson | .10 hrs | 290.00 /hr | 29.00 |
| Blake Goodsell | 2.00 hrs | 207.00 /hr | 414.00 |

TOTAL FEES            10.90 hrs                    $2,596.60

TOTAL EXPENSES                                      $779.59

**TOTAL CHARGES FOR THIS INVOICE**                 **$3,376.19**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0G2013-301167
Fort Washington, PA 19034

                                                            INVOICE #  866226

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2013-301167
        TC # 734925

PROFESSIONAL SERVICES

02/04/13  BG    Draft status report regarding attempts      L190      .10 hrs
                to contact plaintiff


          TOTAL FEES FOR THIS MATTER                                  $20.70


EXPENSES

04/02/13 Copy Charges                                                   0.00
04/03/13 Copy Charges                                                   0.00
04/04/13 Copy Charges                                                   0.00
02/26/13 Court Costs - Pleadings - WEST GROUP COURT                   677.73
         DOCUMENTS
         Bank ID: GENR Check Number: 107267
02/26/13 Court Costs - Pleadings - WEST GROUP COURT                   138.63
         DOCUMENTS
         Bank ID: GENR Check Number: 107267

          TOTAL COSTS FOR THIS MATTER                                $816.36


BILLING SUMMARY

   Blake Goodsell          .10 hrs   207.00 /hr        20.70


TOTAL FEES               0.10 hrs              $20.70

TOTAL EXPENSES                                $816.36



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301167

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $837.06

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301168
Fort Washington, PA 19034

                                                               INVOICE #  863087

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301168
         TC # 731315

    PROFESSIONAL SERVICES

    01/16/13  KSA   Email correspondence with R.Meeker and       L120     .30 hrs
                    Plaintiff's counsel regarding loan
                    modification documents

    01/23/13  KSA   Review court's order of dismissal and        L210     .20 hrs
                    send to R.Meeker with commentary

    01/28/13  MST   Receipt and review of final judgment and     L210     .30 hrs
                    order granting motion to dismiss and
                    update pleadings file regarding same


                    TOTAL FEES FOR THIS MATTER                        $181.40


    BILLING SUMMARY

        Melanie Thompson          .30 hrs    158.00 /hr        47.40
        Keith S. Anderson         .50 hrs    268.00 /hr       134.00


    TOTAL FEES                    0.80 hrs                    $181.40

    **TOTAL CHARGES FOR THIS INVOICE**                        **$181.40**
                                                             ==============

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301168
Fort Washington, PA 19034

                                                               INVOICE #  866227

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301168
         TC # 731315

    PROFESSIONAL SERVICES

    02/01/13  KSA  Provide status report to client          L120     .10 hrs


              TOTAL FEES FOR THIS MATTER                           $26.80


    BILLING SUMMARY

        Keith S. Anderson        .10 hrs   268.00 /hr         26.80


    TOTAL FEES                    0.10 hrs                   $26.80

    TOTAL CHARGES FOR THIS INVOICE                           $26.80

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                MARCH 27, 2013
1100 Virginia Drive                                   0G2013-301169
Fort Washington, PA 19034

                                                      INVOICE #  863088

                                                          FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301169
     TC # 729471

PROFESSIONAL SERVICES

01/02/13  PMS  Draft status report for client.         C300      .10 hrs


          TOTAL FEES FOR THIS MATTER                            $25.50


BILLING SUMMARY

   P. Max Smith            .10 hrs   255.00 /hr          25.50


TOTAL FEES                0.10 hrs                      $25.50

**TOTAL CHARGES FOR THIS INVOICE**                     **$25.50**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301169

INVOICE #  866228

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301169
     TC # 729471

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $42.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| P. Max Smith | .10 hrs | 255.00 /hr | 25.50 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES              0.20 hrs                    $42.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$42.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301170
Fort Washington, PA 19034

                                                    INVOICE #  866229

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301170
     TC # 726834

PROFESSIONAL SERVICES

02/01/13  phn  Draft status report for client      L190      .20 hrs

          TOTAL FEES FOR THIS MATTER                        $46.60

EXPENSES

02/14/13  2-14-13 TITLE SEARCH FEE - PROTITLE USA - CK      185.00
          #P113

          TOTAL COSTS FOR THIS MATTER                       $185.00

BILLING SUMMARY

   Preston H. Neel         .20 hrs   233.00 /hr      46.60

TOTAL FEES              0.20 hrs              $46.60

TOTAL EXPENSES                               $185.00

TOTAL CHARGES FOR THIS INVOICE               $231.60

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301171

INVOICE #  863090

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301171
     TC # 731395

PROFESSIONAL SERVICES

01/01/13  MSW  Draft status report for client.        L120    .10 hrs

01/30/13  MSW  Draft status report for client.        L120    .10 hrs


          TOTAL FEES FOR THIS MATTER                   $60.80


BILLING SUMMARY

    Mark S. Wierman          .20 hrs   304.00 /hr       60.80


TOTAL FEES                   0.20 hrs                  $60.80

**TOTAL CHARGES FOR THIS INVOICE**                     $60.80

          ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301172

INVOICE #  863091

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301172
     TC # 707670

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/18/13 | phn | Email exchange with opposing counsel and G.Albright regarding Plaintiff's claims surrounding post loan modification foreclosure sale | L120 | .50 hrs |
| 01/31/13 | phn | Review and analysis of payment history from G.Albright regarding plaintiff's claims | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $186.40

BILLING SUMMARY

   Preston H. Neel        .80 hrs   233.00 /hr      186.40

TOTAL FEES               0.80 hrs               $186.40

**TOTAL CHARGES FOR THIS INVOICE**              $186.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301172

INVOICE #  866230

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301172
     TC # 707670

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | phn | Correspondence with G.Albright regarding monitoring matter pending foreclosure and subsequent litigation | L120 | .40 hrs |
| 02/05/13 | phn | Email exchange with G.Albright regarding forthcoming foreclosure sale in light of plaintiff's unfiled allegations | L120 | .40 hrs |
| 02/07/13 | phn | Review and analysis of opposing counsel's request for executed copy of modification agreement | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                            $233.00

BILLING SUMMARY

Preston H. Neel          1.00 hrs   233.00 /hr      233.00

TOTAL FEES               1.00 hrs                 $233.00

**TOTAL CHARGES FOR THIS INVOICE**                 $233.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301173

INVOICE #  863092

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301173
     TC # 732100

PROFESSIONAL SERVICES

| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .20 hrs |
|---|---|---|---|---|
| 01/04/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/08/13 | RV | Review court docket and case file for current status and determination of next steps | L120 | .10 hrs |
| 01/23/13 | RV | Review correspondence and service of court documents from T.Shaw regarding setting hearing on Cen-West's motion for summary judgment | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $133.00

EXPENSES

| 01/30/13 | Filing Fees - BUSINESS CARD BROWARD CLERKS 1-22-13 Bank ID: GENR Check Number: 105883 | 5.00 |
|---|---|---|

TOTAL COSTS FOR THIS MATTER                          $5.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301173

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Richard Vann | .40 hrs | 220.00 /hr | 88.00 |

TOTAL FEES                    0.70 hrs                      $133.00

TOTAL EXPENSES                                             $5.00

**TOTAL CHARGES FOR THIS INVOICE**                         **$138.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301173

INVOICE #  866231

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301173
     TC # 732100

PROFESSIONAL SERVICES

| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .30 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .30 hrs |

|  |  | TOTAL FEES FOR THIS MATTER |  | $114.90 |

BILLING SUMMARY

| Emily R. Powell | .30 hrs | 163.00 /hr | 48.90 |
| Richard Vann | .30 hrs | 220.00 /hr | 66.00 |

| TOTAL FEES | 0.60 hrs |  | $114.90 |

| **TOTAL CHARGES FOR THIS INVOICE** |  |  | **$114.90** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301174

INVOICE #  863093

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301174
     TC # 717292

PROFESSIONAL SERVICES

01/17/13   KSA   Review executed settlement agreement and     L160     .30 hrs
                 forward to R.Meeker


                 TOTAL FEES FOR THIS MATTER                            $80.40


BILLING SUMMARY

    Keith S. Anderson          .30 hrs   268.00 /hr        80.40


TOTAL FEES                     0.30 hrs                   $80.40

**TOTAL CHARGES FOR THIS INVOICE**                       **$80.40**

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301174
Fort Washington, PA 19034

                                                    INVOICE #  866232

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301174
     TC # 717292

PROFESSIONAL SERVICES

02/01/13  KSA  Provide status report to client          L120      .10 hrs

          TOTAL FEES FOR THIS MATTER                          $26.80

BILLING SUMMARY

    Keith S. Anderson          .10 hrs   268.00 /hr        26.80

TOTAL FEES                  0.10 hrs                      $26.80

**TOTAL CHARGES FOR THIS INVOICE**                       **$26.80**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0G2013-301175
Fort Washington, PA 19034

                                                          INVOICE #  863094

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301175
     TC # 716551

PROFESSIONAL SERVICES

01/01/13  MSW  Draft status report for client.          L120      .10 hrs

              TOTAL FEES FOR THIS MATTER                      $30.40

BILLING SUMMARY

   Mark S. Wierman          .10 hrs   304.00 /hr         30.40

TOTAL FEES                 0.10 hrs                      $30.40

**TOTAL CHARGES FOR THIS INVOICE**                       **$30.40**

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301176
Fort Washington, PA 19034

                                                               INVOICE #  863127

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301176
     TC # 728503

PROFESSIONAL SERVICES

01/01/13  MSW  Draft status report for client.         L120      .10 hrs


              TOTAL FEES FOR THIS MATTER                    $30.40
              LESS DISCOUNT                                 (11.60)
              NET FEES                                      $18.80


BILLING SUMMARY

   Mark S. Wierman          .10 hrs   304.00 /hr          30.40


TOTAL FEES                0.10 hrs                     $18.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$18.80**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301177

INVOICE #  863128

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301177
     TC # 730136

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/07/13 | JAM | Emails with H.Cannon regarding case strategy, revise Plaintiff's Notice for Non-Jury Trial and submit to Court for docketing | L430 | .30 hrs |
| 01/08/13 | HTC | Review notice of trial readiness and order from the court regarding pretrial conference | L210 | .10 hrs |
| 01/08/13 | JAM | Emails with H.Cannon regarding pre-trial conference | L440 | .10 hrs |
| 01/09/13 | JAM | Review Court's Notice of Pre-Trial Conference and arrange for calendaring | L230 | .20 hrs |
| 01/09/13 | JAM | Begin research regarding pre-trial procedures for Lee County | L440 | .30 hrs |
| 01/14/13 | JAM | Review pre-trial procedures and calculate deadlines | L440 | .40 hrs |
| 01/15/13 | JAM | Begin draft of Exhibit List for trial | L440 | 1.40 hrs |
| 01/15/13 | HTC | Prepare for pretrial conference and for trial | L230 | 2.00 hrs |
| 01/16/13 | HTC | Telephone conference with J.Hoy regarding witness for trial and summary judgment motion | L240 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301177

FED ID NO. 63-0243316

| 01/16/13 | HTC | Prepare affidavit for motion for summary judgment and summary judgment motion | L250 | 6.10 hrs |
|---|---|---|---|---|
| 01/17/13 | HTC | Continue drafting motion and brief for summary judgment and affidavit and review deposition testimonies and exhibits for same | L240 | 1.30 hrs |
| 01/17/13 | HTC | Review pay off statement and fi serve print screen for judgment figures | L240 | 1.00 hrs |
| 01/17/13 | HTC | Telephone conference with client and revise judgment affidavit and motion for summary judgment | L120 | .90 hrs |
| 01/17/13 | JAM | Continue drafting Plaintiff's Exhibit List | L440 | .40 hrs |
| 01/18/13 | HTC | Finalize motion for summary judgment for filing and review and revise notice of hearing | L240 | .30 hrs |
| 01/18/13 | JAM | Assemble and redact exhibits to Plaintiff's Amended Motion for Summary Judgment as to Counts I and II and Defendant's Affirmative Defenses | L210 | 2.90 hrs |
| 01/18/13 | JAM | Proof and revise Amended Motion for Summary Judgment as to exhibits references | L210 | 1.20 hrs |
| 01/18/13 | JAM | Convert exhibits to format required for electronic filing | L210 | .90 hrs |
| 01/18/13 | JAM | Draft Notice of Hearing on Plaintiff's Amended Motion for Summary Judgment | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301177

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/18/13 | JAM | Draft email service of Amended Motion for Summary Judgment and Notice of Hearing to counsel of record pursuant to Rule 2.516 | L210 | .20 hrs |
| 01/18/13 | JAM | Pull Access online docket and review for recent case activity to determine recent appearance of counsel | L110 | .20 hrs |
| 01/20/13 | HTC | Review email from opposing counsel and draft email to client regarding request for deposition | L330 | .10 hrs |
| 01/21/13 | HTC | Exchange emails with K.Krull regarding deposition | L330 | .10 hrs |
| 01/23/13 | JDV | Draft Motion to Continue | L210 | .60 hrs |
| 01/23/13 | JDV | Email correspondence with client regarding review and execution of Motion to Continue | L210 | .20 hrs |
| 01/23/13 | HTC | Telephone conference with opposing counsel and client regarding trial continuance and draft motion to continue | L120 | .30 hrs |
| 01/25/13 | HTC | Telephone conference with client regarding trial continuance and motion summary judgment | L120 | .10 hrs |
| 01/25/13 | JAM | Confirm docketing of Plaintiff's Amended Motion for Summary Judgment as to Counts I and II and Defendant's Affirmative Defenses | L210 | .20 hrs |
| 01/25/13 | JAM | Begin draft of Witness List for trial | L440 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301177

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/28/13 | JAM | Review and revise Witness List and serve on counsel of record | L440 | .40 hrs |
| 01/28/13 | JAM | Final review of Motion to Continue prior to submission to Court | L430 | .30 hrs |
| 01/28/13 | JAM | Draft email service of Motion to Continue to counsel of record pursuant to Florida Rule 2.516 | L440 | .30 hrs |
| 01/28/13 | HTC | Review and revise motion to continue trial setting | L250 | .40 hrs |
| 01/28/13 | HTC | Review and revise witness list | L210 | .10 hrs |
| 01/29/13 | JAM | Confirm docketing of Notice of Hearing on Plaintiff's Amended Motion for Summary Final Judgment as to Counts I and II and Defendant's Affirmative Defenses | L210 | .20 hrs |
| 01/30/13 | JDV | Draft final judgment package for hearing on motion for summary final judgment | L210 | 2.30 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $6,702.00 |
| LESS DISCOUNT | (17.00) |
| NET FEES | $6,685.00 |

| | | |
|---|---|---|
| 01/18/13 | Copy Charges | 0.00 |
| 01/18/13 | Copy Charges | 0.00 |
| 01/18/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0G2013-301177

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 12.90 hrs | 334.00 /hr | 4,308.60 |
| Jamie Mathews | 10.50 hrs | 150.00 /hr | 1,575.00 |
| Jose D. Vega | 3.10 hrs | 264.00 /hr | 818.40 |

TOTAL FEES              26.50 hrs                    $6,685.00

**TOTAL CHARGES FOR THIS INVOICE**              $6,685.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301177
Fort Washington, PA 19034

                                                          INVOICE #  866233

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301177
         TC # 730136

    PROFESSIONAL SERVICES

    04/08/13   HTC   Review motion for attorneys' fees and      L120     .20 hrs
                     exchange emails with N.Rosenbaum and
                     L.Delhey regarding same

    04/10/13   HTC   Telephone conference with N.Rosenberg      L250     .30 hrs
                     regarding motion for fees

    04/10/13   HTC   Draft letter to opposing counsel           L120     .20 hrs
                     regarding violation of stay

    04/10/13   HTC   Revise letter to opposing counsel          L120     .10 hrs
                     regarding violation of stay

    04/16/13   RV    Analyze final order dismissing             L120     .40 hrs
                     foreclosure action, motion for
                     clarification by Mertons, court docket
                     information, notice of hearing, and
                     letter to opposing counsel regarding
                     bankruptcy stay

    04/16/13   RV    Research Florida Statutes and Rules of     L120     .60 hrs
                     Procedure as to vacating final order
                     dismissing foreclosure action where
                     judgment entered against Green Tree

    04/16/13   JAM   Telephone call with Judge Laboda's         L210     .30 hrs
                     Judicial Assistant regarding transcript
                     of the trial and review online docket to
                     determine date March 28, 2013 order was
                     docketed



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301177

FED ID NO. 63-0243316

| 04/16/13 | HTC | Review and analyze borrowers' clarification to motion for fees to seek fees against GreenTree and exchange emails with MoFo regarding same | L250 | .20 hrs |
| 04/16/13 | HTC | Telephone conference with M.Gravink regarding GMACM's responsibility for fees and GMACM's response to motion for fees | L250 | .10 hrs |
| 04/17/13 | RV | Research Florida case law as to vacating trial court orders and appellate court orders reversing void orders of the trial court under Florida Rule of Procedure 1.540(b) | L120 | .90 hrs |
| 04/18/13 | JAM | Review Court's email confirmation of hearing notice regarding hearing on Defendant's Motion for Attorneys Fees, calculate deadlines for response, and confer with Financial Services Calendar Clerk regarding same | L210 | .30 hrs |
| 04/18/13 | RV | Research Florida case law as well as rules of procedure as to moving to correct clerical mistakes in Orders as well as moving to vacate final orders | L120 | 1.10 hrs |
| 04/18/13 | RV | Draft statement of facts and general allegations | L430 | .60 hrs |
| 04/18/13 | RV | Analyze pleadings, court orders, trial notes, prior correspondence, court docket information, and recent filings by B.Merton in order to respond to Court Order entering judgment against Green Tree | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301177

FED ID NO. 63-0243316

| 04/21/13 | RV | Research possible post-judgment motions where final order enters judgment in favor of a non-party | L120 | .50 hrs |
| 04/21/13 | RV | Research Florida case law as to void orders and vacating same as well as moving to correct clerical mistake | L120 | .80 hrs |
| 04/21/13 | RV | Analyze Florida case law as to vacating void orders as well as well as granting post-judgment relief due to clerical errors | L120 | .60 hrs |
| 04/21/13 | RV | Research and analyze Florida case law as to whether or not and how a non-party to litigation can become a party without formally appearing in the action | L120 | 1.20 hrs |
| 04/22/13 | RV | Draft conclusion in Motion to Vacate Final Order entered against Green Tree instead of GMACM | L430 | .20 hrs |
| 04/22/13 | RV | Draft analysis of counter argument in Motion to Vacate Final Order as determination of whether Green Tree is a party to the litigation | L430 | .40 hrs |
| 04/22/13 | RV | Draft argument in support of vacating Final Order as void where it entered judgment against Green Tree | L430 | 2.40 hrs |
| 04/23/13 | HTC | Revise motion for clarification or to vacate judgment and forward same to L.Delhey and N.Rosenbaum | L250 | .80 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0G2013-301177

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/24/13 | HTC | Exchange emails with N.Rosenbaum regarding draft of motion to vacate judgment | L250 | .60 hrs |
| 04/25/13 | JAM | Review online docket and telephone call to court to determine if hearing on Motion for Attorney Fees has been rescheduled | L230 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $3,221.00

04/23/13 Computerized Legal Research-Westlaw Westlaw                0.00
         User: CANNON,HOPE

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 2.50 hrs | 334.00 /hr | 835.00 |
| Jamie Mathews | .80 hrs | 150.00 /hr | 120.00 |
| Richard Vann | 10.30 hrs | 220.00 /hr | 2,266.00 |

TOTAL FEES            13.60 hrs                    $3,221.00

**TOTAL CHARGES FOR THIS INVOICE**                   $3,221.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            MARCH 27, 2013
1100 Virginia Drive                                              0G2013-301178
Fort Washington, PA 19034

                                                                 INVOICE #  863129

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301178
         TC # 730851

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JDV | Email correspondence with F.Reder, local foreclosure counsel, regarding case management conference | L190 | .20 hrs |
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/03/13 | AHC | Telephone conference with calendar clerk clerk to confirm hearing date and time and telephone conference to opposing counsel to confirm same | L240 | .40 hrs |
| 01/03/13 | AHC | Draft and final review and revisions to Notice of Hearing and correspondence to opposing counsel regarding same | L240 | .40 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |
| 01/11/13 | JAM | Conference with J.Vega regarding status of case and hearing on January 16, 2013 | L230 | .30 hrs |
| 01/14/13 | JAM | Telephone call to Court to confirm hearing on January 16, 2013 | L230 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301178

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/14/13 | JAM | Preparation of notebook for hearing on Plaintiff's Motion to Dismiss Amended Counterclaims, including assembling cases cited in motion and key pleadings relevant to Motion to Dismiss | L230 | 2.30 hrs |
| 01/14/13 | JAM | Draft Notice of Appearance for R.Robichaux | L210 | .30 hrs |
| 01/14/13 | RPR | Prepare for hearing | L430 | 1.50 hrs |
| 01/15/13 | JDV | Communications with client regarding loss mitigation options | L190 | .40 hrs |
| 01/15/13 | JDV | Communications with J.Clark, defendants' attorney, regarding loss mitigation options and hearing on Motion to Dismiss Amended Counterclaims | L190 | .70 hrs |
| 01/15/13 | JAM | Confirm docketing of e-filed Notice of Appearance | L210 | .20 hrs |
| 01/15/13 | RPR | Prepare for hearing | B110 | 2.00 hrs |
| 01/15/13 | RPR | Review Notice of Appearance | B110 | .20 hrs |
| 01/15/13 | RPR | Exchange multiple mails with borrower's counsel regarding modification offer | B110 | .50 hrs |
| 01/16/13 | RPR | Prepare for hearing | B110 | 5.00 hrs |
| 01/16/13 | RPR | Attend hearing | B110 | 2.00 hrs |
| 01/16/13 | RPR | Draft report to client on hearing | B110 | .50 hrs |
| 01/16/13 | RPR | Analyze discovery strategy | B110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301178

FED ID NO. 63-0243316

---

| 01/17/13 | JDV | Analysis of Court Minutes | L120 | .20 hrs |
|---|---|---|---|---|
| 01/22/13 | JDV | Email correspondence with T.Healy, defendants' attorney, regarding outstanding discovery | L190 | .20 hrs |
| 01/22/13 | RPR | Review draft correspondence to opposing counsel to make sure it conforms to discussions at the hearing on the Motion to Dismiss | B110 | .30 hrs |
| 01/29/13 | JDV | Follow-up email correspondence with T.Healy, defendants' attorney, regarding outstanding discovery responses | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER      $4,050.80
LESS DISCOUNT                                    (48.40)
NET FEES                                       $4,002.40

EXPENSES

| 01/29/13 | Airline Tickets - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13 Bank ID: GENR Check Number: 105994 | 332.90 |
|---|---|---|
| 01/29/13 | Travel Expense - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13 HOTEL Bank ID: GENR Check Number: 105994 | 94.35 |
| 01/29/13 | Travel Expense - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13 RENTAL CAR Bank ID: GENR Check Number: 105994 | 63.09 |
| 01/29/13 | Travel Expense - RYAN ROBICHAUX TRAVEL TO ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13 ROAD TOLLS, FUEL, PARKING Bank ID: GENR Check Number: 105994 | 20.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301178

FED ID NO. 63-0243316

01/29/13 Meal Expense - RYAN ROBICHAUX TRAVEL TO                     39.74
         ORLANDO, FL FOR HEARINGS 1/16/13 - 1/17/13
         Bank ID: GENR Check Number: 105994

         TOTAL COSTS FOR THIS MATTER                    $550.88

BILLING SUMMARY

    Alecia H. Cockrell          .80 hrs    158.00 /hr        126.40
    Jamie Mathews              3.80 hrs    150.00 /hr        570.00
    Jose D. Vega               2.10 hrs    264.00 /hr        554.40
    Ryan Robichaux            12.50 hrs    224.00 /hr      2,800.00

TOTAL FEES               19.20 hrs                      $4,002.40

TOTAL EXPENSES                                            $550.88

**TOTAL CHARGES FOR THIS INVOICE**                      **$4,553.28**

         ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            APRIL 30, 2013
1100 Virginia Drive                                              0G2013-301178
Fort Washington, PA 19034

                                                            INVOICE #  866234

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301178
     TC # 730851

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | JAM | Access online docket and review for recent case activity in preparation for status update | L120 | .20 hrs |
| 02/04/13 | JDV | Draft January 2013 status report for client | L190 | .20 hrs |
| 02/11/13 | JAM | Conference regarding status of case and transfer to foreclosure counsel | L120 | .10 hrs |
| 02/12/13 | JDV | Communications with client regarding closing of file and referral to foreclosure counsel | L190 | .20 hrs |

                TOTAL FEES FOR THIS MATTER              $150.60

BILLING SUMMARY

    Jamie Mathews          .30 hrs   150.00 /hr       45.00
    Jose D. Vega           .40 hrs   264.00 /hr      105.60

TOTAL FEES              0.70 hrs                      $150.60

**TOTAL CHARGES FOR THIS INVOICE**                   **$150.60**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301179

INVOICE #  863130

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301179
     TC # 727290

PROFESSIONAL SERVICES

| 01/07/13 | KK | Research and review PACER docket and recently filed letter to borrower to determine status of case | L110 | .20 hrs |
| 01/07/13 | JJS | Reviewing case status. | L120 | .20 hrs |
| 01/16/13 | KK | Research and review Pacer to determine recent activity in case | L110 | .20 hrs |
| 01/23/13 | KK | Research and review Pacer docket to determine status of case | L110 | .10 hrs |
| 01/30/13 | KK | Review recently filed pleadings and new deadlines on Pacer docket | L110 | .30 hrs |
| 01/31/13 | JJS | Reviewing plaintiff's opposition to Nationstar's motion to dismiss and communicating with client regarding same. | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER          $335.70
LESS DISCOUNT                        (57.20)
NET FEES                            $278.50

BILLING SUMMARY

| Jessica J. Sibley | .70 hrs | 299.00 /hr | 209.30 |
| Kerry Keane | .80 hrs | 158.00 /hr | 126.40 |

TOTAL FEES          1.50 hrs          $278.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                0G2013-301179
Fort Washington, PA 19034

                                                          INVOICE #  866235

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301179
     TC # 727290

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | KK | Draft status report for client as follows: This case is stayed as to defendant GMAC Bank, and the Notice of Bankruptcy and Effect of Automatic Stay was filed in May 2012. Plaintiff recently filed a response to Nationstar's Motion to Dismiss. We continue to monitor the docket for any new developments. | L110 | .10 hrs |
| 02/06/13 | KK | Research PACER to determine status and recent activity in case | L110 | .30 hrs |
| 02/20/13 | KK | Research Pacer docket to determine status of case and analyze recent referral of motion to judge | L110 | .20 hrs |
| 02/28/13 | KK | Draft monthly status report as follows: On February 20, 2013, Nationstar's Motion to Dismiss was referred to the Judge. We continue to monitor the docket for any new developments in the case | L110 | .30 hrs |
| 03/13/13 | KK | Research and review Pacer docket to determine status of case and recent activity | L110 | .30 hrs |
| 03/21/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301179

FED ID NO. 63-0243316

| 03/27/13 | KK | Research Pacer docket to determine status of case | L110 | .10 hrs |
|---|---|---|---|---|
| 04/01/13 | KK | Draft monhtly status report | L110 | .20 hrs |
| 04/03/13 | KK | Weekly review of Pacer docket to determine status of case an analyze recent activity | L110 | .20 hrs |
| 04/17/13 | KK | Research and review Pacer docket to determine status of case | L110 | .10 hrs |
| 04/29/13 | CWH | Check status of file, which is pending motion to dismiss, and update client chart on claims covered by notice of bankruptcy | L210 | .20 hrs |
| 04/30/13 | KK | Research Pacer docket to determine status of case | L110 | .10 hrs |
| 04/30/13 | LADA | Draft motion to withdraw counsel of record | L210 | .50 hrs |
| 04/30/13 | LADA | Draft notice of appearance of additional counsel of record | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $584.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Lucinda Kish | .90 hrs | 158.00 /hr | 142.20 |
| Kerry Keane | 1.90 hrs | 158.00 /hr | 300.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0G2013-301179

FED ID NO. 63-0243316

TOTAL FEES                    3.20 hrs                    $584.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$584.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301180

INVOICE #  863131

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301180
     TC # 692447

PROFESSIONAL SERVICES

| 01/08/13 | ATT | E-mail correspondence with H.Franchi inquiring as to status of loan modification process | L240B | .20 hrs |
|---|---|---|---|---|
| 01/08/13 | ATT | Draft monthly status report for client review | L240B | .20 hrs |
| 01/09/13 | ATT | Review e-mail correspondence between H.Franchi and title counsel regarding additional documents needed for consideration of borrower's request for loan modification | L240B | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $163.80 |
| LESS DISCOUNT | (62.86) |
| NET FEES | $100.94 |

BILLING SUMMARY

| Ann T. Taylor | .60 hrs | 273.00 /hr | 163.80 |
|---|---|---|---|

| TOTAL FEES | 0.60 hrs | | $100.94 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**          **$100.94**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301180
Fort Washington, PA 19034

                                                    INVOICE #  866236

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301180
     TC # 692447

PROFESSIONAL SERVICES

02/07/13   ATT   E-mail communication with attorney for      L240B     .20 hrs
                 title insurer regarding status of loan
                 modification negotiations

02/07/13   ATT   Draft monthly status report stating that    L240B     .20 hrs
                 the parties are still in the process of
                 gathering all documents necessary for
                 consideration of loan modification

           TOTAL FEES FOR THIS MATTER                            $109.20

BILLING SUMMARY

   Ann T. Taylor            .40 hrs   273.00 /hr       109.20

TOTAL FEES                  0.40 hrs                   $109.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$109.20**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301181

INVOICE #  863132

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301181
     TC # 729514

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/02/13 | LADA | Revise and finalize closing memorandum regarding resolution of matter | L190 | .60 hrs |

|  |  |
|--|--|
| TOTAL FEES FOR THIS MATTER | $125.20 |
| LESS DISCOUNT | (97.40) |
| NET FEES | $27.80 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Mark S. Wierman | .10 hrs | 304.00 /hr | 30.40 |
| Lucinda Kish | .60 hrs | 158.00 /hr | 94.80 |

| TOTAL FEES | 0.70 hrs | | $27.80 |

**TOTAL CHARGES FOR THIS INVOICE**                          **$27.80**

***** TOTAL DUE UPON RECEIPT *****