

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301182

INVOICE #  863196

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301182
     TC # 728362

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding draft Motion for Summary Judgment | L190 | .10 hrs |
| 01/02/13 | BG | Correspondence with client regarding draft Motion for Summary Judgment | L120 | .10 hrs |
| 01/11/13 | BG | Correspondence with client regarding approval of dispositive motion | L120 | .10 hrs |
| 01/30/13 | BG | Contact client regarding approval of Motion for Summary Judgment | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                      $82.80
LESS DISCOUNT                                    (6.85)
NET FEES                                        $75.95

BILLING SUMMARY

    Blake Goodsell          .40 hrs   207.00 /hr        82.80

TOTAL FEES              0.40 hrs              $75.95

**TOTAL CHARGES FOR THIS INVOICE**           **$75.95**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301182
Fort Washington, PA 19034

INVOICE #  866237

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301182
     TC # 728362

PROFESSIONAL SERVICES

| 02/01/13 | BG | Conversation with client regarding approval of dispositive motion | L240 | .10 hrs |
|----------|----|-----|------|---------|
| 02/04/13 | BG | Draft status update regarding awaiting approval of Motion for Summary Judgment | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                        $41.40

BILLING SUMMARY

Blake Goodsell            .20 hrs   207.00 /hr        41.40

TOTAL FEES                0.20 hrs                  $41.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$41.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301183

INVOICE #  863133

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301183
     TC # 733960

PROFESSIONAL SERVICES

| 01/02/13 | RK | Conference regarding the filing of a notice of bankruptcy and motion for judgment on the pleadings | L120 | .30 hrs |
| 01/02/13 | RK | Draft correspondence to court regarding upcoming scheduling conference | L120 | .50 hrs |
| 01/02/13 | GWG | Correspondence with plaintiff regarding upcoming Rule 26 conference and joint report | L230 | .20 hrs |
| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
| 01/06/13 | RK | Draft discovery/case management plan | L210 | .80 hrs |
| 01/07/13 | RK | Revise discovery/case management plan | L210 | .20 hrs |
| 01/07/13 | GWG | Work on Rule 26 report and proposed scheduling order | L230 | .60 hrs |
| 01/09/13 | RK | Revise notice of bankrupcty in preparation for filing | L210 | .10 hrs |
| 01/10/13 | GWG | Call to plaintiff regarding upcoming scheduling conference | L230 | .10 hrs |
| 01/14/13 | RK | Conference with borrower regarding case status | L120 | .30 hrs |
| 01/16/13 | RK | Prepare for and attend status conference | L120 | 3.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301183

FED ID NO. 63-0243316

| 01/16/13 | RK | Revise motion for judgment on the pleadings | L240 | .20 hrs |
| 01/16/13 | GWG | Prepare for and attend scheduling conference | L230 | 1.00 hrs |
| 01/16/13 | GWG | Work on brief in support of our 12(c) motion | L240 | .20 hrs |
| 01/17/13 | GWG | Work on brief in support of our motion for judgment on the pleadings | L240 | 2.70 hrs |
| 01/17/13 | RK | Revise motion for judgment on the pleadings | L120 | 2.10 hrs |
| 01/18/13 | RK | Revise motion for judgment on the pleadings in preparation for filing | L240 | 2.00 hrs |
| 01/21/13 | GWG | Edit brief and exhibits in support of 12(c) motion | L240 | 1.10 hrs |
| 01/23/13 | GWG | Work on Rule 12(c) brief | L210 | 1.00 hrs |
| 01/24/13 | RK | Revise motion for judgment on the pleadings | L240 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER $4,409.10
LESS DISCOUNT (173.06)
NET FEES $4,236.04

| 01/09/13 | Copy Charges | 0.00 |
| 01/16/13 | Copy Charges | 0.00 |
| 01/16/13 | Copy Charges | 0.00 |
| 01/24/13 | Copy Charges | 0.00 |
| 01/04/13 | Postage Charges 01/02/2013 | 0.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301183

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 6.90 hrs | 312.00 /hr | 2,152.80 |
| Riley Key | 10.90 hrs | 207.00 /hr | 2,256.30 |

TOTAL FEES    17.80 hrs    $4,236.04

**TOTAL CHARGES FOR THIS INVOICE**    $4,236.04

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301183

INVOICE #  866238

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301183
     TC # 733960

PROFESSIONAL SERVICES

| 02/04/13 | RK | Draft status report to client | L120 | .20 hrs |
| 02/15/13 | GWG | Work on Rule 26 initial disclosures and document production | L310 | 1.60 hrs |

TOTAL FEES FOR THIS MATTER                                    $540.60

BILLING SUMMARY

| Graham W. Gerhardt | 1.60 hrs | 312.00 /hr | 499.20 |
| Riley Key | .20 hrs | 207.00 /hr | 41.40 |

| TOTAL FEES | 1.80 hrs | | $540.60 |

**TOTAL CHARGES FOR THIS INVOICE**                           **$540.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301184

INVOICE #  863134

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301184
     TC # 725820

PROFESSIONAL SERVICES

| Date | | Description | | | |
|---|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding Motion to Intervene | L190 | .20 hrs |
| 01/04/13 | BG | Correspondence with client regarding indemnity claim | L120 | .10 hrs |
| 01/06/13 | JHP | Revised and edited petition for intervention on behalf of GMAC and Trustee | L210 | 1.00 hrs |
| 01/07/13 | JHP | Phone call from counsel for borrower to discuss case status | L190 | .10 hrs |
| 01/08/13 | BG | Revise Motion for Intervention and determine additional documents needed for completion | L210 | .30 hrs |
| 01/08/13 | BG | Request  additional documents needed for completion | L120 | .10 hrs |
| 01/09/13 | BG | Draft tender letter to foreclosure firm based upon various defects in handling of file | L120 | .60 hrs |
| 01/09/13 | BG | Correspondence to client regarding intervention and tender letter | L120 | .20 hrs |
| 01/10/13 | BG | Revise tender letter to foreclosure firm based upon various defects in handling of file | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301184

FED ID NO. 63-0243316

---

| 01/10/13 | BG | Evaluate alternative methods for asserting claims other than outright intervention | L120 | .20 hrs |
|---|---|---|---|---|
| 01/10/13 | GWG | Review pleadings and client documents in advance of indemnity letter | L110 | 2.00 hrs |
| 01/24/13 | GWG | Draft notice of appearance | L210 | .20 hrs |
| 01/24/13 | BG | Correspondence regarding tender letter and document request | L120 | .20 hrs |
| 01/24/13 | BG | Receipt / review of 2007 foreclosure documents and evaluate impact on arguments against statute of limitations defense | L120 | .30 hrs |
| 01/24/13 | BG | Draft updated client repeat based upon new documents and strategy | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                $1,585.00
LESS DISCOUNT                                    (238.00)
NET FEES                                          $1,347.00

01        Copy Charges                                              0.00

BILLING SUMMARY

| Graham W. Gerhardt | 2.20 hrs | 312.00 /hr | 686.40 |
|---|---|---|---|
| Jon H. Patterson | 1.10 hrs | 290.00 /hr | 319.00 |
| Blake Goodsell | 2.80 hrs | 207.00 /hr | 579.60 |

TOTAL FEES                6.10 hrs              $1,347.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301184

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                 $1,347.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301184

INVOICE #   866239

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301184
     TC # 725820

PROFESSIONAL SERVICES

| 02/04/13 | BG | Draft status report regarding tender letter and intervention | L190 | .10 hrs |
|----------|----|--------------------------------------------------------------|------|---------|

TOTAL FEES FOR THIS MATTER                         $20.70

BILLING SUMMARY

| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |
|----------------|---------|------------|-------|

TOTAL FEES              0.10 hrs                $20.70

**TOTAL CHARGES FOR THIS INVOICE**             **$20.70**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301185

INVOICE #  863135

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301185
     TC # 725150

PROFESSIONAL SERVICES

| 01/02/13 | CSM | Drafted case status report | B110 | .10 hrs |
| 01/18/13 | CSM | Draft requests for admission and additional interrogatories and requests for production | L310 | 1.70 hrs |
| 01/18/13 | CSM | Emails to client and opposing counsel regarding case status and discovery-related issues | C400 | .50 hrs |
| 01/18/13 | CSM | Research regarding res judicata effect of failure to contest eviction proceedings on ability to maintain subsequent action for wrongful eviction | C200 | 1.60 hrs |
| 01/21/13 | CSM | Research regarding elements of wrongful eviction claim under Florida law | L240 | .70 hrs |
| 01/22/13 | CSM | Research regarding Florida statute of limitations applicable wrongful eviction actions | C200 | .50 hrs |
| 01/22/13 | CSM | Telephone conference with opposing counsel regarding possible voluntary dismissal of action | P280 | .10 hrs |
| 01/22/13 | LADA | Review and analysis regarding chain of title and prior foreclosure matter | L190 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301185

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | LADA | Correspondence with prior counsel regarding foreclosure matter and options for retrieving copy of said files | L140 | .70 hrs |
| 01/30/13 | LADA | Review and coordinate obtaining certified copies of pleadings as may be necessary for exhibits to summary judgment | L190 | .60 hrs |
| 01/31/13 | CSM | Review and respond to email from opposing counsel regarding dropping of client as party to case | L190 | .10 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $2,095.60 |
| LESS DISCOUNT | (258.20) |
| NET FEES | $1,837.40 |

41      Computerized Legal Research-Westlaw                          0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | 5.30 hrs | 300.00 /hr | 1,590.00 |
| Lucinda Kish | 3.20 hrs | 158.00 /hr | 505.60 |

| | | |
|---|---|---|
| TOTAL FEES | 8.50 hrs | $1,837.40 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,837.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301185

INVOICE #  866240

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301185
    TC # 725150

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
| 02/04/13 | CSM | Review newly received eviction-related filings from GMAC foreclosure action for purposes of determining veracity of wrongful eviction claim asserted by Plaintiff | L110 | .40 hrs |
| 02/04/13 | LADA | Review and analysis of court pleadings related to underlying action | L190 | 1.20 hrs |
| 02/05/13 | MPE | Research docket to determine status | L110 | .20 hrs |
| 02/11/13 | LADA | Receipt and review of correspondence from opposing counsel regarding status of dismissing client | L190 | .40 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER      $452.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .50 hrs | 300.00 /hr | 150.00 |
| Lucinda Kish | 1.60 hrs | 158.00 /hr | 252.80 |
| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |

TOTAL FEES      2.40 hrs      $452.90



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301185

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $452.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301186
Fort Washington, PA 19034

                                                         INVOICE #  863136

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301186
         TC # 733992

PROFESSIONAL SERVICES

    01/02/13   PMS   Draft status report for client.          C300      .20 hrs

    01/03/13   PMS   Phone call with CoreLogic representative  L210      .70 hrs
                     on indemnification request, background
                     on case, and CoreLogic's role in
                     litigation.

    01/07/13   JDR   Review Kentucky Court Rules as to         C200      .20 hrs
                     whether we can amend the pleadings later
                     to add CoreLogic if we do not bring that
                     claim with the original answer.

    01/08/13   JDR   Review e-mail from H.Franchi regarding    C100      .10 hrs
                     facts needed to finalize complaint.

    01/08/13   PMS   Researched third-party complaint          L210      .50 hrs
                     procedure under Kentucky civil procedure.

    01/10/13   PMS   Revised answer to amended complaint,      L210     1.00 hrs
                     forwarded to client for approval, filed
                     answer with court.

    01/10/13   JDR   Check on status on request for            C100      .10 hrs
                     background facts from client.

    01/11/13   JDR   Review letter from H.Mathison regarding   L210      .10 hrs
                     service of process.



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301186

FED ID NO. 63-0243316

| 01/11/13 | JDR | Draft and send detailed e-mail to H.Mathison regarding filing of answer and regarding CoreLogic's determination that its original analysis was correct as pertains to the location of the property within a flood zone. | P500 | .20 hrs |
| 01/11/13 | PMS | Phone call with CoreLogic representative to discuss indemnification and flood determination on property, email to client updating on status of CoreLogic's indemnification. | C400 | 1.50 hrs |
| 01/11/13 | JDR | Telephone conference with S.Giberson regarding flood zone determination. | C100 | .60 hrs |
| 01/14/13 | JDR | Review e-mail from H. Mathison regarding flood map. | C100 | .10 hrs |
| 01/14/13 | JDR | Review e-mail from H.Franchi regarding factual background of case. | C100 | .10 hrs |
| 01/14/13 | JDR | Draft and send responsive e-mail to H.Mathison regarding Corelogic flood zone determination. | C100 | .20 hrs |
| 01/16/13 | JDR | Review draft affidavit from Scott Giberson. | C100 | .20 hrs |
| 01/16/13 | JDR | Two e-mails to S.Gilbertson regarding substance of his draft affidavit. | C100 | .20 hrs |
| 01/28/13 | JDR | Listen to voicemail from S.Gilbertson from CoreLogic regarding his affidavit. | C100 | .10 hrs |
| 01/29/13 | JDR | Telephone conference with S.Giberson regarding draft affidavit. | C100 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301186

FED ID NO. 63-0243316

---

01/29/13   JDR   Review Giberson Affidavit in preparation     C100      .20 hrs
                 for telephone conference with S.Giberson.


               TOTAL FEES FOR THIS MATTER                     $1,784.90
               LESS DISCOUNT                                    (508.00)
               NET FEES                                       $1,276.90

01/18/13 Postage Charges 12/31/2012                                0.00
01/08/13 Computerized Legal Research-Westlaw Westlaw               0.00
         User: SMITH,MAX

<u>BILLING SUMMARY</u>

    Jonathan Rose          2.60 hrs   304.00 /hr       790.40
    P. Max Smith           3.90 hrs   255.00 /hr       994.50


TOTAL FEES                 6.50 hrs              $1,276.90

**TOTAL CHARGES FOR THIS INVOICE**              $1,276.90

          ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301186

INVOICE #  866241

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301186
     TC # 733992

PROFESSIONAL SERVICES

| 02/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |
|---|---|---|---|---|
| 02/03/13 | JDR | Review e-mail from S.Gilberson regarding draft affidavit. | C100 | .10 hrs |
| 02/03/13 | JDR | Respond to e-mail from S.Giberson regarding draft affidavit. | C100 | .10 hrs |
| 02/05/13 | PMS | Phone call with CoreLogic representative discussing affidavit on flood zone. | C400 | .40 hrs |
| 02/06/13 | PMS | Emails with CoreLogic representative regarding flood zone determination. | C400 | 1.00 hrs |
| 02/06/13 | JDR | Review correspondence from H.Franchi regarding status of flood insurance after flood map revisions go into effect. | C100 | .10 hrs |
| 02/07/13 | JDR | Telephone conference with J.White, counsel for CoreLogic regarding draft Giberson affidavit. | C100 | .30 hrs |
| 02/12/13 | JDR | Attempt to contact J.White regarding Giberson draft affidavit, leave voicemail. | C100 | .10 hrs |
| 02/12/13 | JDR | Revise draft response letter to correspondence from H.Mathison. | C100 | .20 hrs |
| 02/12/13 | PMS | Reviewed letter from client and responded to counsel for homeowner. | C300 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301186

FED ID NO. 63-0243316

02/15/13  MPE  Review matter to assist with estate          L110      .20 hrs
               determination.

               TOTAL FEES FOR THIS MATTER                         $868.00

BILLING SUMMARY

    Jonathan Rose            .90 hrs    304.00 /hr        273.60
    P. Max Smith           2.20 hrs    255.00 /hr        561.00
    Melisa P. Palmer        .20 hrs    167.00 /hr         33.40

TOTAL FEES               3.30 hrs                   $868.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$868.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301187

INVOICE #  863137

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301187
     TC # 729565

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
| 01/14/13 | phn | Research and analysis of breach of good faith and fair dealings claims against mortgagees | L120 | 1.20 hrs |
| 01/14/13 | phn | Draft email to R.Meeker requesting a copy of the foreclosure file from ETS | L120 | .20 hrs |
| 01/15/13 | phn | Review and analysis of ETS foreclosure file for incorporation into motion for summary judgment | L120 | .90 hrs |
| 01/15/13 | GWG | Work on brief in support of summary judgment | L240 | 2.30 hrs |
| 01/18/13 | phn | Review and analysis of borrower's pay history for incorporation into motion for summary judgment | L120 | .30 hrs |
| 01/18/13 | phn | Review additional foreclosure documents from R.Meeker for incorporation into motion for summary judgment | L120 | .40 hrs |
| 01/22/13 | phn | Research and analysis of elements of injunctive relief and element of wrongful act | C200 | 2.10 hrs |
| 01/22/13 | phn | Draft fact section for motion for summary judgment | L210 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
MARCH 27, 2013

0G2013-301187

FED ID NO. 63-0243316

ResCap

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 01/22/13 | phn | Review call notes regarding to ascertain communications with plaintiff versus borrower for incorporation into fact section of motion for summary judgment | C100 | .80 hrs |
| 01/22/13 | phn | Draft injunctive relief argument sections for motion for summary judgment | L210 | 2.40 hrs |
| 01/23/13 | phn | Research and analysis of elements for permanent injunction | L120 | 1.20 hrs |
| 01/24/13 | phn | Research and analysis of Texas law regarding breach of implied covenant of good faith and fair dealings and special relationships | L120 | .70 hrs |
| 01/24/13 | phn | Revise and edit motion for summary judgment fact section | L210 | .40 hrs |
| 01/24/13 | GWG | Work on summary judgment brief | L240 | 2.10 hrs |
| 01/25/13 | phn | Research and analysis of standing to challenge non-judicial foreclosure sale for incorporation into motion for summary judgment | L120 | .50 hrs |
| 01/25/13 | phn | Revise and edit motion for summary judgment arguments regarding plaintiffÆs standing | L210 | .80 hrs |
| 01/28/13 | phn | Review and analyze Bexar county land records for conveyances from borrower to plaintiff | L120 | .60 hrs |
| 01/28/13 | phn | Research and analysis of Texas case law regarding plaintiffÆs standing to bring breach of contract action | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301187

FED ID NO. 63-0243316

| 01/28/13 | GWG | Edit summary judgment brief | L240 | 1.20 hrs |
|---|---|---|---|---|
| 01/28/13 | MST | Review of title report to determine accuracy and completion of all documents relating to property | L120 | .40 hrs |
| 01/29/13 | phn | Draft affidavit in support of motion for summary judgment and organize evidentiary exhibits | L210 | 1.10 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $5,561.70 |
| LESS DISCOUNT | (1,721.52) |
| NET FEES | $3,840.18 |

## EXPENSES

| 01/24/13 | Copy Charges | 0.00 |
|---|---|---|
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BEXAR DC 12-26-12 Bank ID: PCARD Check Number: P96 | 2.00 |
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP TX ONLINE 12-26-12 Bank ID: PCARD Check Number: P96 | 14.10 |
| 01/14/13 | Computerized Legal Research-Westlaw Westlaw User: NEEL,PRESTON | 0.00 |
| 01/16/13 | Computerized Legal Research-Westlaw Westlaw User: NEEL,PRESTON | 0.00 |
| 01/22/13 | Computerized Legal Research-Westlaw Westlaw User: NEEL,PRESTON | 0.00 |
| 01/23/13 | Computerized Legal Research-Westlaw Westlaw User: NEEL,PRESTON | 0.00 |
| 01/24/13 | Computerized Legal Research-Westlaw Westlaw User: NEEL,PRESTON | 0.00 |
| 01/28/13 | Computerized Legal Research-Westlaw Westlaw User: NEEL,PRESTON | 0.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0G2013-301187

FED ID NO. 63-0243316

01/29/13 Computerized Legal Research-Westlaw Westlaw                0.00
         User: NEEL,PRESTON

         TOTAL COSTS FOR THIS MATTER                     $16.10


BILLING SUMMARY

    Melanie Thompson          .40 hrs    158.00 /hr          63.20
    Graham W. Gerhardt       5.60 hrs    312.00 /hr        1,747.20
    Preston H. Neel         16.10 hrs    233.00 /hr        3,751.30


TOTAL FEES                  22.10 hrs                    $3,840.18

TOTAL EXPENSES                                             $16.10

**TOTAL CHARGES FOR THIS INVOICE**                      **$3,856.28**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301187
Fort Washington, PA 19034

                                                           INVOICE #  866242

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301187
         TC # 729565

PROFESSIONAL SERVICES

    02/01/13   phn   Draft status report for client          L190      .20 hrs

    02/05/13   phn   Email to R.Meeker following-up on        L120      .10 hrs
                     execution of affidavit in support of
                     motion

    02/11/13   phn   Review and analysis of payoff quote and  L120      .40 hrs
                     endorsed note for incorporation into
                     motion for summary judgment

    02/11/13   phn   Phone call with R.Meeker regarding       L120      .20 hrs
                     affidavit


              TOTAL FEES FOR THIS MATTER                          $209.70


BILLING SUMMARY

    Preston H. Neel          .90 hrs   233.00 /hr        209.70


TOTAL FEES                   0.90 hrs                    $209.70

**TOTAL CHARGES FOR THIS INVOICE**                       **$209.70**

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0G2013-301188
Fort Washington, PA 19034

                                                INVOICE #   863138

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301188
         TC # 733317

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
| 01/11/13 | RK | Draft status update to client | L120 | .20 hrs |
| 01/11/13 | GWG | Legal research into jurisdictional and venue issues with the case proceeding in the Texas bankruptcy court | L120 | 1.30 hrs |
| 01/14/13 | GWG | Research and strategy conference regarding appropriate mechanism for getting case transferred from the Texas bankruptcy court back to Texas state court | L120 | .90 hrs |
| 01/16/13 | GWG | Work on motion to abstain to be filed with the bankruptcy court | L210 | 1.70 hrs |
| 01/16/13 | RK | Conference with opposing counsel regarding case status | L120 | .60 hrs |
| 01/16/13 | RLB | Teleconference with opposing counsel regarding motion to remand or abstain | L250 | .50 hrs |
| 01/16/13 | RLB | Research regarding motion to remand or abstain | L250 | 1.70 hrs |
| 01/23/13 | RLB | Continue research regarding motion to abstain or remand | L250 | 1.20 hrs |
| 01/23/13 | RLB | Draft motion to abstain or remand | L250 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                                    MARCH 27, 2013

0G2013-301188

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/23/13 | GWG | Work on motion to abstain/motion to remand | L210 | 1.00 hrs |
| 01/30/13 | GWG | Work on motion for abstention | L210 | 1.30 hrs |
| 01/30/13 | KK | Telephone calls with local counsel regarding pro hac admission in bankruptcy court | L110 | .20 hrs |
| 01/30/13 | KK | Draft application for admission pro hac vice for R. Blossom in case | L110 | .40 hrs |
| 01/30/13 | KK | Research Northern District of Texas Bankruptcy website to confirm updated local bankruptcy forms for use in case | L110 | .20 hrs |
| 01/31/13 | RLB | Finalize draft of motion to abstain or remand | L250 | 1.20 hrs |
| 01/31/13 | JJO | Conference regarding new case and motion for abstention | L120 | .50 hrs |

```
                    TOTAL FEES FOR THIS MATTER        $4,164.10
                    LESS DISCOUNT                     (1,728.37)
                    NET FEES                          $2,435.73

01/30/13 Copy Charges                                     0.00
01/30/13 Copy Charges                                     0.00
01/16/13 Computerized Legal Research-Westlaw Westlaw      0.00
         User: BLOSSOM,RASHAD L
01/30/13 Computerized Legal Research-Westlaw Westlaw      0.00
         User: BLOSSOM,RASHAD L
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301188

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Josh Johnson | .50 hrs | 246.00 /hr | 123.00 |
| Rashad L. Blossom | 6.00 hrs | 299.00 /hr | 1,794.00 |
| Graham W. Gerhardt | 6.20 hrs | 312.00 /hr | 1,934.40 |
| Riley Key | .90 hrs | 207.00 /hr | 186.30 |
| Kerry Keane | .80 hrs | 158.00 /hr | 126.40 |

TOTAL FEES             14.40 hrs                    $2,435.73

**TOTAL CHARGES FOR THIS INVOICE**                 **$2,435.73**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0G2013-301188
Fort Washington, PA 19034

                                                            INVOICE #  866243

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301188
         TC # 733317

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/01/13 | GWG | Work on motion to abstain/remand and research regarding possible dispositive motion once back in state court | L120 | 3.20 hrs |
| 02/04/13 | GWG | Work on motion to abstain | L210 | 1.40 hrs |
| 02/04/13 | JJO | Research motion for abstention | L120 | 1.00 hrs |
| 02/04/13 | JJO | Call with court regarding bankruptcy case and remand to state court | L120 | .50 hrs |
| 02/04/13 | RK | Draft status report to client | L120 | .10 hrs |
| 02/04/13 | RLB | Work regarding motion to dismiss | L240 | .30 hrs |
| 02/05/13 | JJO | Revise motion to remand | L120 | 1.40 hrs |
| 02/06/13 | JJO | Calls with counsel regarding hearing dates | L120 | .40 hrs |
| 02/06/13 | JJO | Calls with court to schedule hearing dates | L120 | .30 hrs |
| 02/08/13 | JJO | Draft and file notice of hearing | L120 | .50 hrs |
| 02/08/13 | JJO | Emails regarding hearing | L120 | .30 hrs |
| 02/15/13 | RK | Draft initial litigation assessment memorandum | L120 | 1.00 hrs |

                    TOTAL FEES FOR THIS MATTER              $2,835.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0G2013-301188

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Josh Johnson | 4.40 hrs | 246.00 /hr | 1,082.40 |
| Rashad L. Blossom | .30 hrs | 299.00 /hr | 89.70 |
| Graham W. Gerhardt | 4.60 hrs | 312.00 /hr | 1,435.20 |
| Riley Key | 1.10 hrs | 207.00 /hr | 227.70 |

TOTAL FEES              10.40 hrs                        $2,835.00

**TOTAL CHARGES FOR THIS INVOICE**              $2,835.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301189
Fort Washington, PA 19034

                                                    INVOICE #  863139

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301189
         TC # 729835

PROFESSIONAL SERVICES

| 01/08/13 | JDV | Communications with client regarding settlement offer to plaintiff | L190 | .80 hrs |
| 01/08/13 | JDV | Email correspondence with T.Runyan, defendant's attorney, regarding defendant's settlement offer to plaintiff | L190 | .20 hrs |
| 01/08/13 | JDV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/09/13 | ERP | Initial review of client documents in preparation of requesting title report | L120 | .30 hrs |
| 01/09/13 | ERP | E-mail communication with D.Mitchell at AFX Title requesting title report | L120 | .20 hrs |
| 01/09/13 | JAM | Conference with J.Vega regarding title report | L110 | .10 hrs |
| 01/10/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/11/13 | ERP | Initial review of title report received from AFX Title on 1/11 | L120 | .40 hrs |
| 01/11/13 | JDV | Analysis of updated title report | L120 | .40 hrs |
| 01/11/13 | JDV | Analysis of January 2013 docket | L120 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301189

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/22/13 | JDV | Communications with Board of County Commissioners of Palm Beach County, Florida, regarding payoff of claims of lien for utility service | L190 | 1.10 hrs |
| 01/22/13 | JDV | Analysis of defendant's counteroffer | L120 | .20 hrs |
| 01/22/13 | JDV | Communications with client regarding review of defendant's counteroffer | L190 | .50 hrs |
| 01/22/13 | JAM | Review emails regarding counteroffer | L120 | .20 hrs |
| 01/24/13 | JDV | Communications with client regarding acceptance of defendant's counteroffer | L190 | .60 hrs |
| 01/24/13 | JDV | Email correspondence with T.Runyan, defendant's attorney, regarding acceptance of counteroffer | L190 | .50 hrs |
| 01/25/13 | JDV | Draft Settlement and Release Agreement | L190 | 1.00 hrs |
| 01/25/13 | JDV | Draft Stipulation and Order of Dismissal | L210 | .20 hrs |
| 01/25/13 | JDV | Draft Deed in Lieu of Foreclosure | L210 | .70 hrs |
| 01/25/13 | JDV | Draft Surrender of Possession Agreement | L210 | .50 hrs |
| 01/25/13 | JDV | Draft Affidavit to Induce Deed in Lieu of Foreclosure | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER        $2,163.90
LESS DISCOUNT                     (1,908.65)
NET FEES                            $255.25



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

|  |  |
|---|---|
| | PAGE      3 |
| ResCap | MARCH 27, 2013 |
| | 0G2013-301189 |

FED ID NO. 63-0243316

---

EXPENSES

| | |
|---|---|
| 01/09/13 Copy Charges | 0.00 |
| 01/14/13 Copy Charges | 0.00 |
| 01/30/13 Title Search Fee - BUSINESS CARD AFX 1-9-13 | 204.95 |
|       Bank ID: GENR Check Number: 105883 | |

| | |
|---|---|
| TOTAL COSTS FOR THIS MATTER | $204.95 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .60 hrs | 150.00 /hr | 90.00 |
| Emily R. Powell | .90 hrs | 163.00 /hr | 146.70 |
| Jose D. Vega | 7.30 hrs | 264.00 /hr | 1,927.20 |

| | | |
|---|---|---|
| TOTAL FEES | 8.80 hrs | $255.25 |
| TOTAL EXPENSES | | $204.95 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$460.20** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301189

INVOICE #  866244

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301189
     TC # 729835

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JAM | Access online docket and review for recent case activity in preparation for status update | L120 | .20 hrs |
| 02/05/13 | JDV | Draft January 2013 status report for client | L190 | .10 hrs |
| 02/11/13 | JAM | Conference regarding status of case and settlement agreement | L120 | .20 hrs |
| 02/14/13 | JDV | Telephone conversation with T.Runyan, defendant's attorney, regarding satisfaction of homeowners' association judgment | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $139.20

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Jose D. Vega | .30 hrs | 264.00 /hr | 79.20 |

TOTAL FEES                    0.70 hrs                         $139.20

**TOTAL CHARGES FOR THIS INVOICE**                         **$139.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301190
Fort Washington, PA 19034

                                                               INVOICE #  863140

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301190
         TC # 734478

PROFESSIONAL SERVICES

| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | KSA | Review plaintiff's filings and outline responses | L120 | .20 hrs |
| 01/02/13 | SPM | Analyze Plaintiff's argument regarding the joinder of substitute trustee | L210 | .20 hrs |
| 01/02/13 | GP | Research 5th Circuit law regarding arguments for remand | L210 | .70 hrs |
| 01/03/13 | SPM | Analyze Plaintiff's response to GMAC's motion to dismiss | L240 | .80 hrs |
| 01/03/13 | SPM | Research case law and legal authorities cited in Plaintiff's response to GMAC's motion to dismiss | L240 | 1.30 hrs |
| 01/04/13 | SPM | Draft response to Plaintiff's motion to remand | L210 | 1.10 hrs |
| 01/04/13 | MST | Receive notification of certified mail delivery to opposing counsel and update pleadings file regarding same | L110 | .20 hrs |
| 01/06/13 | SPM | Draft reply to Plaintiff's motion to remand and substitute defendant | L210 | 1.70 hrs |
| 01/06/13 | SPM | Draft reply to Plaintiff's response to GMAC's motion to dismiss | L240 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                                           MARCH 27, 2013

0G2013-301190

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/07/13 | SPM | Draft and revise reply to Plaintiff's response to Motion to Dismiss | L240 | .80 hrs |
| 01/07/13 | GP | Review and revise Response to Motion to Remand | L210 | 2.10 hrs |
| 01/07/13 | GP | Review and revise Reply to Plaintiff's Response to Motion to Dismiss | L240 | 2.60 hrs |
| 01/08/13 | GP | Review and revise Response to Motion to Remand | L210 | .70 hrs |
| 01/08/13 | MST | Finalize Defendant's Reply to Plaintiff's Response to Motion to Dismiss and Incorporated Brief Thereof and Response and Opposition to Plaintiff's Motion to Substitute Defendant and to Remand and Incorporated Brief in Support Thereof and prepare all for filing and service | L210 | 1.40 hrs |
| 01/11/13 | GP | Consider strategy for discovery based on scheduling order | L120 | .30 hrs |
| 01/22/13 | GP | Telephone call to court clerk regarding status conference | L120 | .10 hrs |
| 01/28/13 | GP | Draft joint discovery proposal | L210 | 1.50 hrs |
| 01/29/13 | GP | Attend parties planning conference via telephone | L120 | .60 hrs |
| 01/29/13 | GP | Review and revise joint scheduling order | L120 | .50 hrs |
| 01/30/13 | GP | Plan and prepare for scheduling conference | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0G2013-301190

FED ID NO. 63-0243316

| 01/30/13 | KSA | Review parties' planning report and coordinate resolution and discovery plan | L210 | .30 hrs |
|---|---|---|---|---|
| 01/30/13 | MST | Finalize Joint Discovery Case Management Plan and prepare for filing and service | L210 | .70 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $4,018.90 |
| LESS DISCOUNT | (2,099.10) |
| NET FEES | $1,919.80 |

EXPENSES

| 01/31/13 | Airline Tickets - GRANT PREMO ATTEND HEARING ON MOTION IN MCALLEN, TX 2/6/13 Bank ID: GENR Check Number: 105989 | 730.60 |
|---|---|---|

| TOTAL COSTS FOR THIS MATTER | $730.60 |
|---|---|

BILLING SUMMARY

| Melanie Thompson | 2.30 hrs | 158.00 /hr | 363.40 |
|---|---|---|---|
| Keith S. Anderson | .60 hrs | 268.00 /hr | 160.80 |
| Grant Premo | 9.90 hrs | 207.00 /hr | 2,049.30 |
| Spencer Mobley | 7.30 hrs | 198.00 /hr | 1,445.40 |

| TOTAL FEES | 20.10 hrs | $1,919.80 |
|---|---|---|
| TOTAL EXPENSES | | $730.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$2,650.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                0G2013-301190
Fort Washington, PA 19034

INVOICE #  866245

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301190
         TC # 734478

<u>PROFESSIONAL SERVICES</u>

| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/06/13 | GP | Plan and prepare for hearing on Plaintiff's motion to remand and scheduling conference | L120 | 5.60 hrs |
| 02/06/13 | GP | Attend scheduling conference and hearing on Plaintiff's motion to remand | L120 | 3.20 hrs |
| 02/06/13 | GP | Discuss and negotiate possible settlement options with opposing counsel | L160 | 1.30 hrs |

                TOTAL FEES FOR THIS MATTER                    $2,117.50


<u>EXPENSES</u>

| 02/11/13 | Travel Expense - GRANT PREMO ATTEND HEARING IN MCALLEN, TX 2/6/13 - 2/7/13 HOTEL Bank ID: GENR Check Number: 106732 | 202.27 |
| 02/11/13 | Travel Expense - GRANT PREMO ATTEND HEARING IN MCALLEN, TX 2/6/13 - 2/7/13 RENTAL CAR Bank ID: GENR Check Number: 106732 | 155.21 |
| 02/11/13 | Travel Expense - GRANT PREMO ATTEND HEARING IN MCALLEN, TX 2/6/13 - 2/7/13 PARKING Bank ID: GENR Check Number: 106732 | 20.44 |
| 02/11/13 | Meal Expense - GRANT PREMO ATTEND HEARING IN MCALLEN, TX 2/6/13 - 2/7/13 Bank ID: GENR Check Number: 106732 | 33.65 |

                TOTAL COSTS FOR THIS MATTER                    $411.57



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301190

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .10 hrs | 268.00 /hr | 26.80 |
| Grant Premo | 10.10 hrs | 207.00 /hr | 2,090.70 |

TOTAL FEES                  10.20 hrs                    $2,117.50

TOTAL EXPENSES                                          $411.57

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,529.07**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301191
Fort Washington, PA 19034

                                                    INVOICE #  863141

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0G2013-301191
         TC # 731464

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | CSM | Drafted case status report | B110 | .10 hrs |
| 01/04/13 | CSM | Draft final meet and confer letter to opposing counsel required by rule prior to filing of motion to compel | L390 | .30 hrs |
| 01/11/13 | CSM | Draft motion to compel discovery by borrower | L350 | .80 hrs |
| 01/14/13 | CSM | Revise and finalize motion to compel | L350 | .40 hrs |
| 01/14/13 | CSM | Review and revise proposed order granting motion to strike  affirmative defenses | L120 | .30 hrs |
| 01/14/13 | LADA | Draft order on motion to strike | L250 | .60 hrs |
| 01/14/13 | LADA | Telephone conference with Clerk regarding scheduling motion to compel discovery with currently set motion | L240B | .70 hrs |
| 01/14/13 | LADA | Review and analysis of Judge's preferences and requirements regarding telephonic appearance at motion to strike hearing | L190 | .40 hrs |
| 01/14/13 | LADA | Revise and finalize motion to compel discovery | L310 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301191

FED ID NO. 63-0243316

---

| 01/14/13 | MW | Review and revise draft order on motion to strike in preparation for upcoming hearing | L210 | .30 hrs |
|---|---|---|---|---|
| 01/16/13 | CSM | Revise notice of hearing on motion to compel and proposed order on motion | L350 | .40 hrs |
| 01/16/13 | LADA | Draft notice of hearing regarding motion to compel | L210 | .50 hrs |
| 01/16/13 | LADA | Draft order regarding motion to compel | L210 | .60 hrs |
| 01/16/13 | LADA | Compile and finalize notice of motion to compel | L210 | .70 hrs |
| 01/16/13 | LADA | Compile and finalize proposed order regarding motion to compel | L210 | .80 hrs |
| 01/22/13 | LADA | Compile and finalize orders on recently heard motions in accordance with instruction by Judge at the hearing | L210 | .80 hrs |
| 01/22/13 | MW | Review and analyze motion to strike affirmative defenses and motion to compel with related correspondence, in preparation for upcoming hearing | C300 | 1.40 hrs |
| 01/22/13 | MW | Argue hearing on motion to strike affirmative defenses and motion to compel discovery responses, with court ruling granting motion to strike and requiring borrower to serve discovery responses within 15 days | L450 | .60 hrs |
| 01/22/13 | MPE | Research docket, and prepare all materials needed for hearing on Motion to Compel scheduled for January 22, 2013 | L110 | .80 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0G2013-301191

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | CSM | Prepare for hearing on motions to strike and compel | L440 | 1.60 hrs |
| 01/22/13 | CSM | Emails with client regarding outcome of hearing on motions to strike and compel | C400 | .20 hrs |
| 01/23/13 | LADA | Review files and documents in light of recent order in preparation of memorandum of analysis of matter | L190 | 1.60 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $3,149.80 |
| LESS DISCOUNT | (2,147.80) |
| NET FEES | $1,002.00 |

| 01/11/13 | Copy Charges | 0.00 |
|---|---|---|
| 01/14/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/16/13 | Copy Charges | 0.00 |
| 01/16/13 | Copy Charges | 0.00 |
| 01/16/13 | Copy Charges | 0.00 |
| 01/16/13 | Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | 2.30 hrs | 282.00 /hr | 648.60 |
| Cory S. Menees | 4.10 hrs | 300.00 /hr | 1,230.00 |
| Lucinda Kish | 7.20 hrs | 158.00 /hr | 1,137.60 |
| Melisa P. Palmer | .80 hrs | 167.00 /hr | 133.60 |

| | | |
|---|---|---|
| TOTAL FEES | 14.40 hrs | $1,002.00 |

**TOTAL CHARGES FOR THIS INVOICE**                $1,002.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301191

INVOICE #  866246

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301191
     TC # 731464

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
| 02/13/13 | CSM | Review borrower responses to discovery requests | L310 | .10 hrs |
| 02/15/13 | CSM | Review pleadings and discovery responses for purposes of assessing propriety of returning matter to foreclosure counsel for prosecution of case to conclusion | L120 | 1.10 hrs |
| 02/15/13 | CSM | Emails with case manager regarding propriety of returning matter to foreclosure counsel for prosecution of case to conclusion | C400 | .00 hrs |
| 02/15/13 | CSM | Emails with case manager regarding entry of orders on pending motions and return of case to foreclosure counsel | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $420.00

BILLING SUMMARY

Cory S. Menees            1.40 hrs   300.00 /hr      420.00

TOTAL FEES                1.40 hrs                $420.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301191

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $420.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0G2013-301192
Fort Washington, PA 19034

                                                              INVOICE #   863142

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301192
     TC # 720592

PROFESSIONAL SERVICES

| 01/02/13 | BG | Draft status report regarding agreed order reinstating the case | L190 | .10 hrs |
|---|---|---|---|---|
| 01/08/13 | GWG | Review pleadings and client documents and analyze for additional discovery and dispositive motion arguments | L210 | 2.00 hrs |
| 01/11/13 | ABB | Analysis of file and follow up telephone conference with opposing counsel regarding Agreed Order and filing same with the Court as soon as possible | L110 | .30 hrs |
| 01/11/13 | BG | Evaluate options for agreed order reinstating the case | L120 | .10 hrs |
| 01/22/13 | JHP | Reviewed executed order from court resetting case on active docket | L250 | .10 hrs |
| 01/22/13 | MST | Obtain and analyze current docket sheet to determine case status and strategy | L210 | .30 hrs |
| 01/22/13 | MST | Obtain state court pleadings in current and prior cases in Hidalgo County | L110 | .40 hrs |
| 01/22/13 | MST | Obtain title report on property to determine chain of title, value of property, liens and judgments | L110 | .40 hrs |
| 01/22/13 | MST | Draft Notice of Appearance and prepare for attorney review | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301192

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | BG | Evaluate plan of action after reactivation of the case following agreed order reinstating it to the active docket | L120 | .20 hrs |
| 01/22/13 | BG | Receipt / review of agreed order reinstating the case | L120 | .10 hrs |
| 01/22/13 | BG | Receipt / review of foreclosure file | L120 | .10 hrs |
| 01/23/13 | MST | Begin communications with researcher regarding request of docket sheets for current and foreclosure cases | L110 | .30 hrs |
| 01/23/13 | MST | Draft Notice of Appearance and prepare for filing and service | L210 | .60 hrs |
| 01/23/13 | BG | Receipt / review of docket in instant case and underlying foreclosure | L120 | .10 hrs |
| 01/24/13 | BG | Evaluate plan of action following reinstatement of the case | L120 | .10 hrs |
| 01/24/13 | GWG | Review fact package and recently received title search and appraisal | L110 | 1.60 hrs |
| 01/24/13 | GWG | Draft notice of appearance | L210 | .20 hrs |
| 01/25/13 | ABB | Receive and review stamped documents from the Court and update file regarding the same | L110 | .20 hrs |
| 01/25/13 | BG | Draft factual background section to Motion for Summary Judgment | L210 | .90 hrs |
| 01/25/13 | BG | Draft procedural background section to Motion for Summary Judgment | L210 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301192

FED ID NO. 63-0243316

| 01/25/13 | BG | Draft executive summary section to Motion for Summary Judgment | L210 | .20 hrs |
|---|---|---|---|---|
| 01/25/13 | BG | Draft standard of review section to Motion for Summary Judgment | L210 | .20 hrs |
| 01/25/13 | BG | Begin drafting argument section to Motion for Summary Judgment | L210 | .50 hrs |
| 01/25/13 | BG | Draft conclusion to Motion for Summary Judgment | L210 | .10 hrs |
| 01/28/13 | BG | Draft argument section to Motion for Summary Judgment | L210 | 2.30 hrs |
| 01/28/13 | BG | Receipt / review of title report on the property | L120 | .40 hrs |
| 01/28/13 | BG | Correspondence with client regarding documents needed for Motion for Summary Judgment | L120 | .10 hrs |
| 01/28/13 | BG | Examine procedural arguments for commencement of separate 736 actions for possible inclusion in Motion for Summary Judgment | L120 | .40 hrs |
| 01/28/13 | BG | Draft procedural arguments for commencement of separate 736 actions for Motion for Summary Judgment | L210 | .80 hrs |
| 01/28/13 | MST | Receive and analyze title report, process for payment and update file regarding same | L140 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0G2013-301192

FED ID NO. 63-0243316

| 01/30/13 | MST | Analysis of state court pleadings and docket sheets in current case and foreclosure case to determine status and strategy | L210 | .90 hrs |
| 01/30/13 | BG | Revise Motion for Summary Judgment | L210 | 1.10 hrs |
| 01/30/13 | BG | Review pleadings from foreclosure action | L210 | .30 hrs |
| 01/30/13 | BG | Review PlaintiffsÆ responses to request for disclosure | L120 | .10 hrs |
| 01/31/13 | BG | Draft Affidavit in Support of Motion for Summary Judgment | L210 | 1.30 hrs |

|  | TOTAL FEES FOR THIS MATTER | $4,041.90 |
|  | LESS DISCOUNT | (2,337.43) |
|  | NET FEES | $1,704.47 |

EXPENSES

| 65 | Title Search Fee | 210.00 |
|  | TOTAL COSTS FOR THIS MATTER | $210.00 |

BILLING SUMMARY

| Melanie Thompson | 3.90 hrs | 158.00 /hr | 616.20 |
| Allison Burke | .50 hrs | 158.00 /hr | 79.00 |
| Graham W. Gerhardt | 3.80 hrs | 312.00 /hr | 1,185.60 |
| Jon H. Patterson | .10 hrs | 290.00 /hr | 29.00 |
| Blake Goodsell | 10.30 hrs | 207.00 /hr | 2,132.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0G2013-301192

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 18.60 hrs | $1,704.47 |
| TOTAL EXPENSES | | $210.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,914.47** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         APRIL 30, 2013
1100 Virginia Drive                                           0G2013-301192
Fort Washington, PA 19034

INVOICE #  866247

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2013-301192
        TC # 720592

PROFESSIONAL SERVICES

02/04/13   BG    Draft status report regarding Motion for    L190       .20 hrs
                 Summary Judgment

02/11/13   GWG   Work on motion for summary judgment and     L240      4.40 hrs
                 brief in support of same


           TOTAL FEES FOR THIS MATTER                               $1,414.20


BILLING SUMMARY

   Graham W. Gerhardt        4.40 hrs    312.00 /hr      1,372.80
   Blake Goodsell            .20 hrs     207.00 /hr         41.40


TOTAL FEES                  4.60 hrs                   $1,414.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,414.20**

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301193

INVOICE #  863143

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301193
     TC # 728472

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding agreed order on Motion to Reinstate case to the active docket | L190 | .20 hrs |
| 01/08/13 | GWG | Review pleadings and correspondence and analyze for additional discovery and dispositive motion arguments | L210 | 2.00 hrs |
| 01/11/13 | JHP | Email to counsel for borrower to discuss whether he intends to return agreed order getting case on active docket | L210 | .10 hrs |
| 01/11/13 | BG | Evaluate options for agreed order reinstating the case | L120 | .10 hrs |
| 01/14/13 | JHP | Received signed agreed order to reinstate case to active docket from counsel for borrower | L210 | .10 hrs |
| 01/14/13 | BG | Evaluate arguments for removal and check status of docket | L120 | .10 hrs |
| 01/14/13 | BG | Correspondence from opposing counsel regarding agreed order reinstating the case | L120 | .10 hrs |
| 01/14/13 | ACU | Research on whether bankruptcy stay tolls thirty day deadline for filing a notice of removal in Texas district courts. | C200 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0G2013-301193

FED ID NO. 63-0243316

| 01/14/13 | ABB | Update file regarding status and court activity obtained via docket report | L110 | .20 hrs |
|---|---|---|---|---|
| 01/15/13 | GWG | Legal research into tolling of time for removal based on the administrative closure of the state court case | L120 | 1.10 hrs |
| 01/15/13 | ACU | Research on whether bankruptcy stay tolls thirty day deadline for filing a notice of removal in Texas district courts. | C200 | 2.30 hrs |
| 01/22/13 | JHP | Reviewed agreed order reinstating case and prepared for filing | L250 | .10 hrs |
| 01/22/13 | ABB | Assimilation and compilation of Proposed AGreed Order and telephone conference with Tarrant County clerk's office regarding same | L110 | .20 hrs |
| 01/22/13 | ABB | Correspondence to Court with enclosures regarding Motion to Reinstate and Order regarding same | L110 | .20 hrs |
| 01/22/13 | ABB | Finalize Agreed Order and prepare the same to be filed with the Court via federal express and forward courtesy copies accordingly to opposing counsel, etc. | L110 | .20 hrs |
| 01/24/13 | BG | Evaluate methods to advance the litigation following agreed reinstatement | L120 | .30 hrs |
| 01/24/13 | GWG | Draft notice of appearance | L210 | .20 hrs |
| 01/29/13 | BG | Evaluate arguments for dispositive motion | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0G2013-301193

FED ID NO. 63-0243316

| 01/29/13 | BG | Draft follow-up correspondence to opposing counsel regarding loan modification documents | L120 | .10 hrs |
|---|---|---|---|---|
| 01/29/13 | BG | Draft factual background section of Motion for Summary Judgment | L210 | 1.30 hrs |
| 01/29/13 | BG | Review all relevant pleadings and fact package in preparation for drafting Motion for Summary Judgment | L120 | .80 hrs |
| 01/29/13 | BG | Draft procedural background section of Motion for Summary Judgment | L120 | .80 hrs |
| 01/29/13 | BG | Review foreclosure file in preparation for drafting dispositive motion and evaluate compliance with all statutory provisions | L120 | .40 hrs |
| 01/29/13 | BG | Draft Executive Summary Section of Motion for Summary Judgment | L210 | .20 hrs |
| 01/29/13 | BG | Draft conclusion to Motion for Summary Judgment | L210 | .10 hrs |
| 01/29/13 | BG | Begin drafting responses to Request for Disclosure | L210 | .20 hrs |
| 01/29/13 | BG | Correspondence with client regarding requested documentation | L120 | .10 hrs |
| 01/29/13 | BG | Draft standard of review section to Motion for Summary Judgment | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301193

FED ID NO. 63-0243316

| 01/29/13 | BG | Draft section to Motion for Summary Judgment regarding bankruptcy stay and what claims were reinstated by the trial courtÆs order returning the case to the active docket | L210 | .40 hrs |
| 01/29/13 | BG | Draft argument section to Motion for Summary Judgment regarding standing to foreclose | L210 | .80 hrs |
| 01/29/13 | BG | Draft argument section to Motion for Summary Judgment regarding MERS authority to assign the security interest | L210 | .60 hrs |
| 01/29/13 | BG | Draft argument section to Motion for Summary Judgment regarding quiet title claim | L210 | .50 hrs |
| 01/29/13 | BG | Draft argument section to Motion for Summary Judgment regarding RALI TrustÆs standing to foreclose and/or acquire property at foreclosure sale | L210 | .50 hrs |
| 01/30/13 | ABB | Draft responses on behalf of all defendants in response to Plaintiff's Requests for Disclosure | L110 | 1.20 hrs |
| 01/30/13 | BG | Draft argument section to Motion for Summary Judgment regarding compliance with Texas Property code | L210 | .70 hrs |
| 01/30/13 | BG | Draft argument section to Motion for Summary Judgment regarding alleged right to reinstate and cure | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0G2013-301193

FED ID NO. 63-0243316

| 01/30/13 | BG | Draft argument section to Motion for Summary Judgment regarding unconscionability claim | L210 | .40 hrs |
| 01/30/13 | BG | Draft argument section to Motion for Summary Judgment regarding alleged violations of the Equal Credit Opportunity Act | L210 | .60 hrs |
| 01/30/13 | BG | Draft argument section to Motion for Summary Judgment regarding alleged violations of the Texas Mortgage Broker license Act | L210 | .60 hrs |
| 01/30/13 | BG | Draft argument section to Motion for Summary Judgment regarding alleged predatory lending | L210 | .40 hrs |
| 01/30/13 | BG | Draft argument no-evidence section to Motion for Summary Judgment | L210 | .70 hrs |
| 01/30/13 | BG | Research legal standing of the trust to acquire property in the absence of a trustee | L120 | .40 hrs |
| 01/30/13 | BG | Finish drafting responses to request for disclosure | L210 | .30 hrs |
| 01/30/13 | BG | Revise letter to opposing counsel regarding loan modification package | L120 | .10 hrs |
| 01/31/13 | BG | Revise Responses to Request for Disclosure | L210 | .20 hrs |
| 01/31/13 | BG | Revise Motion for Summary Judgment | L210 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
ResCap                                                    MARCH 27, 2013

0G2013-301193

FED ID NO. 63-0243316

| 01/31/13 | BG | Insert additional arguments about Texas Debt Collection Practices Act into Motion for Summary Judgment | L210 | .50 hrs |
| 01/31/13 | BG | Send initial litigation summary to client | L190 | .10 hrs |
| 01/31/13 | ABB | Online inquiries and obtain detailed foreclosure title search regarding property | L110 | .40 hrs |

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $5,333.40 |
| LESS DISCOUNT | | (3,172.93) |
| NET FEES | | $2,160.47 |

| 01/15/13 | Copy Charges | 0.00 |
| 01/29/13 | Copy Charges | 0.00 |
| 01/29/13 | Copy Charges | 0.00 |
| 01/29/13 | Copy Charges | 0.00 |
| 01/29/13 | Copy Charges | 0.00 |
| 01/29/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 2.40 hrs | 158.00 /hr | 379.20 |
| Graham W. Gerhardt | 3.30 hrs | 312.00 /hr | 1,029.60 |
| Jon H. Patterson | .30 hrs | 290.00 /hr | 87.00 |
| Blake Goodsell | 15.00 hrs | 207.00 /hr | 3,105.00 |
| Alison Smith | 3.70 hrs | 198.00 /hr | 732.60 |

| TOTAL FEES | 24.70 hrs | | $2,160.47 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
MARCH 27, 2013

0G2013-301193

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $2,160.47

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301193

INVOICE #  866248

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301193
      TC # 728472

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | BG | Conversation with client regarding necessary documentation and loss mitigation efforts | L120 | .10 hrs |
| 02/04/13 | BG | Receipt of Notice of Acceleration | L210 | .10 hrs |
| 02/04/13 | BG | Conversation with client regarding notices sent to borrower | L120 | .10 hrs |
| 02/04/13 | BG | Draft status report regarding Motion for Summary Judgment and scheduling conference | L190 | .20 hrs |
| 02/05/13 | BG | Revise Motion for Summary Judgment | L210 | .20 hrs |
| 02/05/13 | BG | Draft Affidavit in Support of Motion for Summary Judgment | L210 | .70 hrs |
| 02/05/13 | BG | Correspondence with client regarding information and documentation needed to complete Motion for Summary Judgment | L120 | .20 hrs |
| 02/05/13 | BG | Review servicing notes in aid of completing Motion for Summary Judgment | L120 | .30 hrs |
| 02/05/13 | BG | Correspondence from opposing counsel regarding proposed withdraw | L120 | .10 hrs |
| 02/05/13 | JHP | Emails to/from counsel for borrower to discuss his need to withdraw from case for borrowers | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                    APRIL 30, 2013

0G2013-301193

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 02/06/13 | GWG | Work on Rule 194 disclosures to plaintiff | L310 | 1.00 hrs |
| 02/12/13 | BG | Correspondence to client regarding documentation | L120 | .10 hrs |
| 02/13/13 | BG | Conversation with pro se borrower regarding settlement options and loan reinstatement | L160 | .20 hrs |
| 02/13/13 | BG | Conversation with client regarding conversation with borrower and documentation needed for motion for summary judgment | L160 | .30 hrs |

                    TOTAL FEES FOR THIS MATTER                    $908.20


EXPENSES

02/01/13 Copy Charges                                                 0.00
02/01/13 2-1-13 TITLE SEARCH FEE - PROTITLE USA - CK              149.95
         #P113

                    TOTAL COSTS FOR THIS MATTER                   $149.95


BILLING SUMMARY

    Graham W. Gerhardt       1.00 hrs    312.00 /hr        312.00
    Jon H. Patterson          .20 hrs    290.00 /hr         58.00
    Blake Goodsell           2.60 hrs    207.00 /hr        538.20


TOTAL FEES               3.80 hrs                      $908.20

TOTAL EXPENSES                                         $149.95



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301193

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**               $1,058.15

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301194

INVOICE #  863144

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301194
     TC # 732820

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | CWH | Review and analyze issues with the effort to change the foreclosing plaintiff's name and determine how that impacts the counterclaims, which are stayed by bankruptcy | L120 | .20 hrs |
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/07/13 | NSR | Correspondence with client regarding case strategy | L120 | .10 hrs |
| 01/15/13 | KK | E-mails with borrower regarding pending foreclosure action in effort to move case forward | L110 | .20 hrs |
| 01/15/13 | NSR | Review correspondence with borrower regarding applicability of counterclaims | L120 | .20 hrs |
| 01/22/13 | CWH | Review and analyze status of Wane's counterclaims, now that he's clarified who they are against, and work on motion to dismiss same as to US Bank | L210 | .20 hrs |
| 01/22/13 | NSR | Exchange correspondence with client regarding strategy and case status | L120 | .20 hrs |
| 01/24/13 | KK | Research docket to determine status of case | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301194

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 01/26/13 | APUC | Review file in preparation for drafting Motion to Dismiss Defendant's counterclaims | L210 | .90 hrs |
| 01/28/13 | APUC | Review complaint and begin draft of Motion to Dismiss Defendant's counterclaims (Count I) | L210 | 2.50 hrs |
| 01/29/13 | APUC | Finish draft of Motion to Dismiss Defendant's Counterclaims (Counts 2, 3, 4, and 5) | L210 | 3.40 hrs |
| 01/29/13 | APUC | Revise Motion to Dismiss Defendant's Counterclaims | L210 | .40 hrs |
| 01/30/13 | APUC | Review and revise Motion to Dismiss Defendant's Counterclaims and research applicability of civil RICO statute to foreclosure suits | L210 | 2.80 hrs |
| 01/31/13 | NSR | Analyze Florida law regarding unfair deceptive trade practices and exemption for national banks | L240 | .80 hrs |
| 01/31/13 | NSR | Analyze Florida law regarding civil RICO claims | L240 | .60 hrs |
| 01/31/13 | NSR | Review and analyze Florida law regarding application of shelter rule to promissory notes | L240 | .60 hrs |
| 01/31/13 | NSR | Review and revise motion to dismiss with incorporated memorandum of law regarding procedural history, deceptive trade practices counterclaim, and civil RICO counterclaim | L240 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301194

FED ID NO. 63-0243316

```
                TOTAL FEES FOR THIS MATTER           $4,067.20
                LESS DISCOUNT                        (3,643.70)
                NET FEES                               $423.50

01/30/13 Copy Charges                                    0.00
01/29/13 Computerized Legal Research-Westlaw Westlaw     0.00
         User: PUCKETT,AMY
01/30/13 Computerized Legal Research-Westlaw Westlaw     0.00
         User: PUCKETT,AMY
01/31/13 Computerized Legal Research-Westlaw Westlaw     0.00
         User: RAJA,NADER
```

BILLING SUMMARY

```
   Christian W. Hancock       .40 hrs    361.00 /hr       144.40
   Nader Raja               4.70 hrs    282.00 /hr      1,325.40
   Amy Puckett             10.00 hrs    255.00 /hr      2,550.00
   Kerry Keane               .30 hrs    158.00 /hr        47.40


TOTAL FEES                  15.40 hrs                    $423.50

TOTAL CHARGES FOR THIS INVOICE                          $423.50
```

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                APRIL 30, 2013
1100 Virginia Drive                                   0G2013-301194
Fort Washington, PA 19034

                                                      INVOICE #  866249

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301194
         TC # 732820

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 02/01/13 | NSR | Analyze federal law regarding Fair Credit Reporting Act and threshold requirements for private right of action | L240 | .40 hrs |
| 02/01/13 | NSR | Review and revise memorandum of law in support of motion to dismiss regarding FCRA, fraud, and FCCPA counterclaims | L240 | 1.60 hrs |
| 02/04/13 | KK | E-mails with foreclosure counsel regarding obtaining fully endorsed copy of note and amended complaint for review | L110 | .20 hrs |
| 02/04/13 | MCG | Review and revise motion to dismiss counterclaims and consolidated memorandum in support | L240 | 3.10 hrs |
| 02/04/13 | KK | Review matter to determine case parties and assist with bankruptcy/estate review | L110 | .20 hrs |
| 02/07/13 | KK | Receive and review complete copy of amended complaint and attached exhibits and notice of filing original note with endorsement | L110 | .20 hrs |
| 02/07/13 | KK | Receive and review fully endorsed copy of note and complete amended complaint in matter | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301194

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/09/13 | NSR | Review and revise motion for rent payments | L250 | .30 hrs |
| 02/11/13 | KK | Review and finalize motion for rent payments and motion to dismiss counterclaims for e-filing and required follow-up paper filing in Hillsborough County, Florida | L110 | 1.10 hrs |
| 02/11/13 | KK | E-mail correspondence with borrower regarding tentative hearing dates | L110 | .20 hrs |
| 02/11/13 | KK | Review Hillsborough County Thirteenth Circuit clerk of court rules to confirm compliance with procedure for scheduling hearings | L110 | .20 hrs |
| 02/11/13 | KK | Research and review foreclosure dockets to determine status of cases and pull updated docket to include as attachment in filing | L110 | .20 hrs |
| 02/12/13 | NSR | Review request for deposition from borrower and forward request to client | L330 | .10 hrs |
| 02/12/13 | KK | E-mail correspondence with pro se borrower regarding tentative dates in which to schedule hearing in case | L110 | .20 hrs |
| 02/12/13 | KK | Review two foreclosure actions related to matter to determine status of both cases in response to pro se borrower's inquiry regarding scheduling deposition of corporate representative | L110 | .40 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301194

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/13/13 | KK | E-mail correspondence with Hillsborough County, Florida hearing coordinator to confirm and discuss details of hearing in case | L110 | .10 hrs |
| 02/13/13 | KK | Draft notice of hearing on two motions via Hillsborough County's online scheduling system and e-mail correspondence with judicial assistant | L110 | .30 hrs |
| 02/13/13 | KK | E-mail correspondence with borrower regarding updated tentative dates in which to schedule hearing | L110 | .20 hrs |
| 02/15/13 | KK | Review and finalize Notice of Hearing in preparation of e-filing and e-service in Hillsborough County, Clerk of Court | L110 | .60 hrs |
| 02/15/13 | KK | E-mail correspondence with pro se borrower regarding potential dates for deposition in case | L110 | .20 hrs |
| 02/15/13 | KK | Telephone correspondence with judicial assistant regarding scheduling telephonic hearing in case | L110 | .20 hrs |
| 02/15/13 | NSR | Review correspondence from borrower regarding deposition of corporate representative | L330 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $2,598.60



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0G2013-301194

FED ID NO. 63-0243316

---

EXPENSES

| | | |
|---|---|---|
| 02/01/13 | Copy Charges | 0.00 |
| 02/11/13 | Copy Charges | 0.00 |
| 02/11/13 | Copy Charges | 0.00 |
| 02/11/13 | Copy Charges | 0.00 |
| 02/11/13 | Copy Charges | 0.00 |
| 02/15/13 | Copy Charges | 0.00 |
| 02/07/13 | 2-7-13 COURT COST - PLEADINGS - WEST GROUP COURT DOCUMENTS CK # 108084 | 337.70 |
| 02/12/13 | Express Mail/Fedex | 0.00 |
| 02/12/13 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER          $337.70


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | 3.10 hrs | 348.00 /hr | 1,078.80 |
| Nader Raja | 2.70 hrs | 282.00 /hr | 761.40 |
| Kerry Keane | 4.80 hrs | 158.00 /hr | 758.40 |

TOTAL FEES                10.60 hrs              $2,598.60

TOTAL EXPENSES                          $337.70

**TOTAL CHARGES FOR THIS INVOICE**          **$2,936.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301195

INVOICE #  863145

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301195
     TC # 733209

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 01/04/13 | GWG | Factual and legal analysis of Home site's denial of both the borrowers' and MAC's claim for benefits | L110 | 3.00 hrs |
| 01/09/13 | GWG | Conference call with client regarding status of Alabama cases | L120 | .20 hrs |
| 01/17/13 | GWG | Preparation for deposition of J. Allison | L330 | 2.70 hrs |
| 01/18/13 | RK | Review client documents and pleadings in preparation for conference with counsel for insurance company | L120 | .70 hrs |
| 01/21/13 | RK | Review client documents to assess a number of relevant issues that may arise in the case | L120 | 2.10 hrs |
| 01/21/13 | RK | Review Alabama law on the effect of arson on a mortgagee's interest in insurance proceeds | L120 | 2.20 hrs |
| 01/21/13 | GWG | Prepare for depositions of J. Allison and S. Eagan | L330 | 4.00 hrs |
| 01/22/13 | GWG | Legal and factual research into effect of borrowers' bankruptcy on Homesite's denial of coverage | L120 | 1.30 hrs |
| 01/22/13 | GWG | Research into state law's treatment of standard and open mortgage clauses in insurance policies | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | | |
|---|---|---|---|---|---|
| 01/22/13 | RK | Conference with K.Dutill regarding outstanding issues | L120 | .90 | hrs |
| 01/22/13 | RK | Conference regarding case status | L120 | .50 | hrs |
| 01/23/13 | GWG | Preparation for deposition of S. Eagan | L330 | 2.30 | hrs |
| 01/24/13 | RK | Review various client documents in compiling a timeline for this loan | L120 | 3.30 | hrs |
| 01/25/13 | RK | Draft remaining portion of loan and insurance claim timeline | L120 | 4.60 | hrs |
| 01/28/13 | RK | Revise timeline of insurance claim | L120 | .90 | hrs |
| 01/28/13 | RK | Review scheduling deadlines for case | L120 | .50 | hrs |
| 01/28/13 | GWG | Legal and factual research regarding Homesite's denial of the mortgagee claim | L110 | 2.50 | hrs |
| 01/29/13 | GWG | Work on initial disclosures, trial exhibit list, and legal arguments as to the timeliness of GMAC's claim for insurance benefits | L210 | 3.90 | hrs |
| 01/29/13 | GWG | Calls with client, J. Driver and M. Allenstein regarding facts of case | L110 | 1.20 | hrs |
| 01/29/13 | GWG | Research whether an insurer is estopped from asserting defenses at trial other than those previously asserted in its denial letter | L120 | .50 | hrs |
| 01/29/13 | RK | Conference with various GMAC representatives regarding background on the loan and the insurance claims process | L120 | 1.90 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

| 01/29/13 | RK | Draft initial disclosures | L210 | 2.20 hrs |
|---|---|---|---|---|
| 01/30/13 | RK | Draft witness list | L120 | 2.10 hrs |
| 01/31/13 | ACU | Research whether an insurer waives certain arguments for denying coverage when those reasons are not put forth in the denial letter for the claim. | C200 | 1.40 hrs |
| 01/31/13 | GWG | Review document production and various discovery responses received from counsel for the borrowers | L310 | .70 hrs |

|  |  |  |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | $11,128.20 |
| LESS DISCOUNT | (3,764.70) |
| NET FEES | $7,363.50 |

01/31/13 Computerized Legal Research-Westlaw Westlaw                    0.00
        User: CURRAN,ALISON

BILLING SUMMARY

| Graham W. Gerhardt | 3.20 hrs | 312.00 /hr | 998.40 |
|---|---|---|---|
| Graham W. Gerhardt | 20.30 hrs | 263.00 /hr | 5,338.90 |
| Riley Key | 21.20 hrs | 207.00 /hr | 4,388.40 |
| Riley Key | .70 hrs | 185.00 /hr | 129.50 |
| Alison Smith | 1.40 hrs | 195.00 /hr | 273.00 |

TOTAL FEES            46.80 hrs            $7,363.50

**TOTAL CHARGES FOR THIS INVOICE**            $7,363.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0G2013-301195
Fort Washington, PA 19034

                                                    INVOICE #  866250

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301195
     TC # 733209

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 02/04/13 | RK | Review summary of Alabama law on limitations of defenses for insurance companies | L120 | 1.10 hrs |
| 02/04/13 | RK | Review insurance documents provided by GMAC | L120 | .50 hrs |
| 02/04/13 | RK | Draft status report to client | L120 | .20 hrs |
| 02/04/13 | GWG | Correspondence with plaintiffs' counsel and counsel for Homesite regarding discovery schedule | L330 | .20 hrs |
| 02/06/13 | GWG | Call with client regarding status of foreclosure and possible motion for summary judgment | L120 | .30 hrs |
| 02/06/13 | RK | Review documents produced by insurance company and borrowers in case prior to GMAC's involvement | L310 | 5.80 hrs |
| 02/08/13 | RK | Draft portion of motion for summary judgment setting forth factual contentions | L240 | 4.80 hrs |
| 02/08/13 | GWG | Factual research and calls with client regarding Homesite's reasons for failure to payment pursuant to the mortgagee clause | L110 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301195

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/11/13 | GWG | Factual research into each party's contentions and admissions regarding residency/occupancy of the property | L110 | .50 hrs |
| 02/11/13 | RK | Prepare for and conduct conference regarding property status updates and the status of the foreclosure | L120 | 1.40 hrs |
| 02/14/13 | RK | Draft portion of motion for summary judgment addressing the effect of potential arson on recovery | L240 | 4.30 hrs |
| 02/15/13 | RK | Draft remaining portion of motion for summary judgment | L240 | 4.00 hrs |

TOTAL FEES FOR THIS MATTER                    $4,561.90

EXPENSES

| | | |
|---|---|---|
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges GMAC/rOBERT WILLIS | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/08/13 | Copy Charges | 0.00 |
| 02/08/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges - OUTSIDE SOURCES - CARR ALLISON JRK DOCUMENTS Bank ID: GENR Check Number: 106335 | 35.00 |
| 02/15/13 | Computerized Legal Research-Westlaw Westlaw User: KEY,RILEY | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $35.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301195

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 1.80 hrs | 263.00 /hr | 473.40 |
| Riley Key | 22.10 hrs | 185.00 /hr | 4,088.50 |

| | | |
|---|---|---|
| TOTAL FEES | 23.90 hrs | $4,561.90 |
| TOTAL EXPENSES | | $35.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$4,596.90** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301196

INVOICE #  863146

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301196
     TC # 735087

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/01/13 | APUC | Draft Memorandum of Law in support of Summary Judgment Motion (breach of good faith and fair dealing) and review and revise Memorandum | L210 | 1.20 hrs |
| 01/02/13 | LADA | Revise memorandum regarding summary judgment | L210 | .50 hrs |
| 01/02/13 | LADA | Correspondence with opposing counsel regarding proposed scheduling order | L240B | .40 hrs |
| 01/02/13 | LADA | Correspondence with Judge's law clerk regarding brief submittal preferences | L240B | .30 hrs |
| 01/02/13 | CWH | Review and analyze status of pending motion to compel and discovery issues | L390 | .20 hrs |
| 01/02/13 | APUC | Continue revision of Memorandum of Law in Support of Motion for Summary Judgment and review and analyze case law addressing third-party beneficiary status under HAMP | L210 | 3.30 hrs |
| 01/02/13 | MSW | Draft memorandum of law in support of motion for summary judgment | L240 | 3.20 hrs |
| 01/02/13 | MCG | Review and revise memorandum of law in support of motion for summary judgment | L210 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
MARCH 27, 2013

ResCap

0G2013-301196

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | LADA | Telephone conference with clerk regarding status of proposed scheduling order and approval of dates | L190 | .60 hrs |
| 01/24/13 | APUC | Review and analysis of rules and case law addressing requirements for amendments of pleadings | L210 | 1.90 hrs |
| 01/24/13 | APUC | Draft and revise Motion to Strike Defendant's Amended Answer and Counterclaims | L210 | 1.20 hrs |
| 01/25/13 | MSW | Review and analyze amended pleadings and research allegations therein | L120 | 3.30 hrs |
| 01/28/13 | APUC | Review and analysis of file in preparation for drafting Motion for Summary Judgment in response to Defendant's new counterclaims | L210 | .70 hrs |
| 01/28/13 | MCG | Review and revise motion to dismiss and to strike counterclaims | L240 | 1.10 hrs |
| 01/28/13 | MSW | Draft reply to counterclaims and motion to strike | L210 | 4.60 hrs |
| 01/29/13 | MSW | Revise reply to counterclaims | L210 | .30 hrs |
| 01/29/13 | MSW | Begin drafting case analysis and strategy | L120 | 3.30 hrs |
| 01/29/13 | LADA | Compile and finalize responsive pleading to borrower's amended answer and counterclaims | L210 | .80 hrs |
| 01/30/13 | LADA | Revise litigation analysis with current case information | L190 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301196

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/30/13 | MCG | Review and revise initial litigation analysis memorandum | C300 | 1.10 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $8,264.70 |
| LESS DISCOUNT | (5,211.60) |
| NET FEES | $3,053.10 |

EXPENSES

| | |
|---|---|
| 01/02/13 Copy Charges | 0.00 |
| 01/29/13 Copy Charges | 0.00 |
| 01/30/13 Copy Charges | 0.00 |
| 01/31/13 Filing Fees - CLERK OF COURT J ROBEY - 01/29/13 | 25.00 |
| Bank ID: CHAR Check Number: 1826 | |
| 01/02/13 Computerized Legal Research-Westlaw Westlaw | 0.00 |
| User: PUCKETT,AMY | |
| 01/24/13 Computerized Legal Research-Westlaw Westlaw | 0.00 |
| User: PUCKETT,AMY | |

| | |
|---|---|
| TOTAL COSTS FOR THIS MATTER | $25.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Michael C. Griffin | 1.20 hrs | 348.00 /hr | 417.60 |
| Michael C. Griffin | 2.20 hrs | 323.00 /hr | 710.60 |
| Mark S. Wierman | 14.90 hrs | 304.00 /hr | 4,529.60 |
| Amy Puckett | 8.30 hrs | 255.00 /hr | 2,116.50 |
| Lucinda Kish | 2.40 hrs | 158.00 /hr | 379.20 |
| Lucinda Kish | .60 hrs | 65.00 /hr | 39.00 |

| | | |
|---|---|---|
| TOTAL FEES | 29.80 hrs | $3,053.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0G2013-301196

FED ID NO. 63-0243316

TOTAL EXPENSES                                    $25.00

**TOTAL CHARGES FOR THIS INVOICE**              $3,078.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301196

INVOICE #  866251

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301196
     TC # 735087

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/01/13 | MSW | Exchange messages with opposing counsel regarding discovery coordination | L330 | .20 hrs |
| 02/01/13 | APUC | Review file in preparation for drafting Motion to Dismiss | L210 | 1.70 hrs |
| 02/04/13 | APUC | Review and analyze case law addressing Defendant's counterclaims (1-5) in preparation for drafting Motion to Dismiss | L210 | 4.60 hrs |
| 02/04/13 | APUC | Draft Motion to Dismiss Defendant's Counterclaims (Counts 1-5) | L210 | 3.20 hrs |
| 02/05/13 | APUC | Review and analyze case law addressing Defendant's counterclaims (counts 6-8) and draft Motion to Dismiss (counts 6-8) | L210 | 4.40 hrs |
| 02/05/13 | APUC | Review and analyze Defendant's responses to First Set of Interrogatories and First Set of Admissions in preparation for drafting meet and confer letter | L210 | .60 hrs |
| 02/05/13 | LADA | Review and analysis of scheduling order to secure compliance with agreed upon dates | L190 | .80 hrs |
| 02/06/13 | APUC | Begin revision of Motion to Dismiss Defendant's counterclaims | L210 | .40 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301196

FED ID NO. 63-0243316

| 02/07/13 | APUC | Review discovery documents in preparation for drafting meet and confer letter | L210 | .20 hrs |
|----------|------|-------------------------------------------------------------------------------|------|---------|
| 02/07/13 | LADA | Draft notice of deposition of borrower | L210 | .50 hrs |
| 02/08/13 | APUC | Review case law and revise Motion to Dismiss Defendant's Counterclaims | L210 | 1.90 hrs |
| 02/08/13 | LADA | Correspondence with foreclosure counsel regarding additional files that were not accessible | L140 | .40 hrs |
| 02/11/13 | APUC | Finish revision of Motion to Dismiss Defendant's new counterclaims | L210 | .50 hrs |
| 02/11/13 | APUC | Review discovery responses and draft meet and confer letter | L210 | 3.00 hrs |
| 02/12/13 | MSW | Review and analyze settlement proposal and analysis of valuation | L120 | .40 hrs |
| 02/13/13 | LADA | Assist in preparation and collection of exhibits necessary for upcoming hearings | L190 | .50 hrs |
| 02/13/13 | LADA | Telephone conference with clerk regarding motions set for hearing | L190 | .70 hrs |
| 02/13/13 | LADA | Review and analysis of borrower's discovery responses | L190 | 1.70 hrs |
| 02/13/13 | LADA | Correspondence with foreclosure counsel regarding deficient borrower discovery responses | L390 | .30 hrs |
| 02/13/13 | LADA | Receipt and review of notice of motion scheduling received from Clerk | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0G2013-301196

FED ID NO. 63-0243316

| 02/14/13 | MSW | Revise memorandum of law in support of motion to dismiss | L240 | 2.10 hrs |
|----------|-----|---|------|----------|
| 02/14/13 | MSW | Begin preparations for motion to compel, summary judgment, and motions to dismiss | L240 | 2.10 hrs |
| 02/15/13 | MSW | Revise meet and confer letter | L120 | .60 hrs |
| 02/15/13 | MCG | Review and revise motion dismiss and and combined memorandum of law | L210 | 2.10 hrs |

TOTAL FEES FOR THIS MATTER                     $7,922.90

| 02/14/13 | Copy Charges Desrochers | 0.00 |
|----------|-------------------------|------|
| 02/15/13 | Copy Charges | 0.00 |
| 02/04/13 | Computerized Legal Research-Westlaw Westlaw  User: PUCKETT,AMY | 0.00 |
| 02/05/13 | Computerized Legal Research-Westlaw Westlaw  User: PUCKETT,AMY | 0.00 |
| 02/08/13 | Computerized Legal Research-Westlaw Westlaw  User: PUCKETT,AMY | 0.00 |
| 02/11/13 | Computerized Legal Research-Westlaw Westlaw  User: PUCKETT,AMY | 0.00 |

BILLING SUMMARY

| Michael C. Griffin | 2.10 hrs | 323.00 /hr | 678.30 |
|--------------------|----------|------------|--------|
| Mark S. Wierman | 5.40 hrs | 254.00 /hr | 1,371.60 |
| Amy Puckett | 20.50 hrs | 270.00 /hr | 5,535.00 |
| Lucinda Kish | 5.20 hrs | 65.00 /hr | 338.00 |

| TOTAL FEES | 33.20 hrs | | $7,922.90 |
|------------|-----------|--|-----------|



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0G2013-301196

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $7,922.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301197

INVOICE #  863147

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301197
     TC # 735229

PROFESSIONAL SERVICES

| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
| 01/02/13 | KSA | Review complaint and organize arguments regarding removal and dismissal/answer | L210 | .40 hrs |
| 01/02/13 | GP | Draft Notice of Removal | L210 | 2.30 hrs |
| 01/02/13 | GP | Research Fifth Circuit law regarding arguments for removal | L210 | .80 hrs |
| 01/03/13 | GP | Review and Revise Notice of Removal | L210 | 1.40 hrs |
| 01/03/13 | GP | Draft documents to accompany removal | L210 | .60 hrs |
| 01/03/13 | MST | Obtain certified copies of Notice by Respondents Regarding Foreclosure and Employer's Order to Withhold from Earnings for Child Support in preparation of removal from state to federal court | L110 | .40 hrs |
| 01/04/13 | GP | Review and revise removal | L210 | .20 hrs |
| 01/07/13 | MST | Follow up with researcher regarding state court files, update file and notify attorneys regarding same | L110 | .30 hrs |
| 01/08/13 | MST | Receive and analyze state court pleadings to determine case status and strategy and update file regarding same | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0G2013-301197

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/08/13 | MST | Receive and review notice by respondents that he has filed a petition contesting the right of petitioners to foreclose and update file regarding same | L210 | .30 hrs |
| 01/08/13 | MST | Emails to and from researcher regarding plaintiff's domestic relations case | L110 | .30 hrs |
| 01/08/13 | GP | Review and analyze loan file to prepare for drafting Motion to Dismiss | L120 | 1.00 hrs |
| 01/08/13 | GP | Review and revise documents to accompany notice of removal | L210 | 1.20 hrs |
| 01/09/13 | MST | Emails to and from researcher regarding domestic relations case involving plaintiff | L110 | .30 hrs |
| 01/09/13 | MST | Open and create case in federal court in preparation of removal from state court | L210 | .60 hrs |
| 01/09/13 | MST | Draft civil cover sheet and supplemental cover sheet and prepare for filing with Notice of Removal | L210 | .70 hrs |
| 01/09/13 | MST | Finalize Notice of Removal with exhibits, Certificate of Interested Parties and Notice of Filing Notice of Removal with exhibit and prepare all for filing and service | L210 | 1.90 hrs |
| 01/11/13 | KSA | Email status update to J.Best regarding removal and motion to dismiss | L120 | .20 hrs |
| 01/11/13 | GP | Consider strategy for discovery based on scheduling order | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
MARCH 27, 2013

ResCap

0G2013-301197

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/15/13 | MST | Receive file-stamped copy of notice of filing notice of removal and update pleadings index regarding same | L210 | .20 hrs |
| 01/15/13 | MST | Follow up with researcher regarding status of domestic relations court file and update file regarding same | L110 | .20 hrs |
| 01/15/13 | MST | Research land records in Jim Wells County, Texas to obtain assignment of deed of trust | L110 | .60 hrs |
| 01/15/13 | MST | Receive and review certified copy of income withholding order in plaintiff's domestic relations case and update file regarding same | L110 | .30 hrs |
| 01/15/13 | GP | Draft answer to original petition | L210 | 1.50 hrs |
| 01/15/13 | GP | Research Texas law for arguments in Motion for Judgment on the Pleadings | L240 | 1.70 hrs |
| 01/15/13 | GP | Draft Motion for Judgment on the Pleadings | L240 | 3.20 hrs |
| 01/16/13 | GP | Review and revise answer | L210 | .60 hrs |
| 01/16/13 | GP | Review and revise Motion for Judgment on the Pleadings | L240 | 1.80 hrs |
| 01/16/13 | GP | Draft documents to accompany Motion for Judgment on the Pleadings | L240 | 1.30 hrs |
| 01/16/13 | KSA | Review and edit motion to dismiss and answer | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301197

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/16/13 | ABB | Finalize Answer to Complaint and prepare same for electronic filing with the Court as well as service upon parties | L110 | .50 hrs |
| 01/16/13 | ABB | Finalize Motion to Dismiss with Proposed Order and exhibits A-D and re-size and compile exhibits according to the rules of the Court, and further prepare Motion to be filed electronically and prepare for service upon all parties | L110 | .90 hrs |
| 01/17/13 | SCV | Analyze petition and attachments. | P400 | .60 hrs |
| 01/17/13 | SCV | Revise answer and begin drafting special exceptions. | P400 | .40 hrs |
| 01/17/13 | SCV | Brief research of Texas law. | P400 | .30 hrs |
| 01/29/13 | KSA | Review docket and pretrial order requirements | L210 | .20 hrs |
| 01/31/13 | KSA | Review loan and origination account with all pleadings and draft initial litigation analysis budget | L120 | 1.20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $5,895.80 |
| LESS DISCOUNT | (5,727.90) |
| NET FEES | $167.90 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
MARCH 27, 2013

0G2013-301197

FED ID NO. 63-0243316

---

<u>EXPENSES</u>

| | | |
|---|---|---:|
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP<br>USDC-TX 1-9-13<br>Bank ID: PCARD Check Number: P96 | 350.00 |
| 01/03/13 | 1-3-13 COURT COST - PLEADINGS - WEST GROUP<br>COURT DOCUMENTS CK # 108084 | 963.60 |

         TOTAL COSTS FOR THIS MATTER          $1,313.60

<u>BILLING SUMMARY</u>

| | | | | |
|---|---|---|---|---:|
| Melanie Thompson | 6.50 hrs | 158.00 | /hr | 1,027.00 |
| Allison Burke | 1.40 hrs | 158.00 | /hr | 221.20 |
| Keith S. Anderson | 2.40 hrs | 268.00 | /hr | 643.20 |
| Grant Premo | 17.80 hrs | 207.00 | /hr | 3,684.60 |
| Slates Veazey | 1.30 hrs | 246.00 | /hr | 319.80 |

| | | |
|---|---|---:|
| TOTAL FEES | 29.40 hrs | $167.90 |
| TOTAL EXPENSES | | $1,313.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,481.50** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0G2013-301197
Fort Washington, PA 19034

                                                    INVOICE #  866252

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301197
         TC # 735229

PROFESSIONAL SERVICES

| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/11/13 | GP | Review and analyze Order on Partial Motion to Dismiss | L120 | .50 hrs |
| 02/12/13 | GP | Consider strategy for proceeding with action and discovery given court's order on Partial Motion to Dismiss | L120 | .70 hrs |
| 02/13/13 | GP | Draft e-mail to client representative regarding case strategy | L120 | .50 hrs |

                TOTAL FEES FOR THIS MATTER                    $378.70


BILLING SUMMARY

| Keith S. Anderson | .10 hrs | 268.00 /hr | 26.80 |
| Grant Premo | 1.70 hrs | 207.00 /hr | 351.90 |

| TOTAL FEES | 1.80 hrs | | $378.70 |

**TOTAL CHARGES FOR THIS INVOICE**                           $378.70

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2013-301198

INVOICE #  863148

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2013-301198
     TC # 735500

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .20 hrs |
| 01/03/13 | CWH | Review and analyze borrower's lengthy federal court case and identify ways to dismiss same | L120 | .70 hrs |
| 01/03/13 | RV | Phone conference with K.Peters of Pendergast and Morgan regarding transfer of file, case status, and original note and mortgage | L120 | .30 hrs |
| 01/03/13 | RV | Email exchange with K.Peters regarding documents needed from foreclosure action handled by Pendergast Morgan | L120 | .20 hrs |
| 01/03/13 | RV | Phone conference with H.Franchi regarding MERS' milestone and mortgage insurance claims | L120 | .20 hrs |
| 01/03/13 | RV | Research Federal Rules of Civil Procedure as well as Local Rules for the Middle District of Florida as to responsive pleadings, motions, and general rules of practice in preparation for filing responsive pleading to Borrower's complaint | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/03/13 | RV | Research Mortgage Compliance Investigators as to their involvement in lawsuits relating to the auditing of mortgage related documents and processes in order to prepare a response to the complaint in which their audit is attached as an exhibit | L120 | .90 hrs |
| 01/03/13 | RV | Research Joseph Esquivel, Jr. and his involvement in lawsuits and claims filed by borrowers in order to prepare argument and response to the complaint filed by the Hendricks | L120 | .80 hrs |
| 01/03/13 | RV | Review and analyze pleadings, motions, court orders, and other submissions by the parties in the foreclosure action that was handled by Pendergast and Morgan in order to develop strategy and defense in the new action filed by the Hendricks in the U.S. District Court for the Middle District of Florida | L120 | 1.70 hrs |
| 01/03/13 | RV | Review and analyze the endorsed note, mortgage, assignment of mortgage, FiServ history, breach letters and other communications sent to the borrowers from the client, payment history, payoff letters, title searches, tax records, origination file documents, and MERS's documents | L120 | 1.50 hrs |
| 01/03/13 | JAM | Research USDC MDFL procedures for filing answer | L210 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

ResCap

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/03/13 | JAM | Initial analysis and review of complaint and convert in format accessible by attorneys | L210 | .30 hrs |
| 01/03/13 | LDM | Researched Accurint and other databases for R.Vann to locate background information regarding Mortgage Compliance Investigators and Esquivel. | C200 | .20 hrs |
| 01/03/13 | HTC | Review and analyze federal complaint | L210 | .50 hrs |
| 01/04/13 | JAM | Pursuant to attorney request, access and download Pinnellas County Access online docket and review for recent case activity and review and analyze status of litigation | L110 | .30 hrs |
| 01/04/13 | JAM | Research docketing information for new case, including accessing USDC MDFL website and telephone calls to Clerk | L110 | .20 hrs |
| 01/04/13 | RV | Review and analyze loan modification packages submitted by the borrowers, as well as mediation package along with borrowers' individual and business financial statements | L120 | .70 hrs |
| 01/04/13 | RV | Review state court foreclosure action pleadings and responses to amended verified complaint to foreclose to develop strategy for resolution | L120 | .40 hrs |
| 01/04/13 | RV | Research Florida Rules of Civil Procedure and local practice rules for the 6th Judicial Circuit regarding defaulting parties | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
ResCap                                                        MARCH 27, 2013

0G2013-301198

<span style="float:right">FED ID NO. 63-0243316</span>

| | | | | |
|---|---|---|---|---|
| 01/04/13 | RV | Begin drafting dispositive motion to dismiss to be filed on behalf of Deutsche Bank as trustee and MERS | L240 | 2.80 hrs |
| 01/04/13 | RV | Review and analyze Federal and State case law and secondary sources and particularly case law related to the various abstention doctrines, in order to incorporate into the arguments in the dispositive motion to dismiss to be filed on behalf of Deutsche Bank and MERS | L120 | 1.40 hrs |
| 01/04/13 | RV | Review and analyze case law related to the Princess Lida doctrine to incorporate into that argument section of the Motion to Dismiss to be drafted and filed on behalf of MERS and Deutsche Bank | L120 | .50 hrs |
| 01/04/13 | RV | Research compulsory counterclaims in Florida to develop strategy and defense to new action filed by the Hendricks in Federal Court | L120 | .70 hrs |
| 01/05/13 | RV | Finish drafting eighteen page dispositive motion to dismiss to be filed on behalf of Deutsche Bank as trustee and MERS and draft arguments relating to compulsory counterclaims, subject matter jurisdiction, the declaratory judgment act, the Younger abstention doctrine, and federal rules of civil procedure 12(b)(6) incorporating and referencing federal rules of civil procedure, florida rules of civil procedure, federal case law as well as state case law | L240 | 4.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/05/13 | RV | Research Federal case law and Florida case law as to subject matter jurisdiction defenses including the Younger abstention doctrine, the Colorado River abstention doctrine, and Federal Rule of Civil Procedure 12(b)(1) in order to incorporate into motion to dismiss to be filed on behalf of Deutsche Bank and MERS in the new action filed by the Hendricks in the U.S. District Court for the Middle District of Florida | L120 | 1.30 hrs |
| 01/05/13 | RV | Research Federal and State case law as to judicial notice as related to pending state court proceedings and converting a motion to dismiss into a motion for summary judgment when additional documents are attached to a pleading to incorporate into motion for the court to take judicial notice | L120 | .60 hrs |
| 01/05/13 | RV | Review and analyze Federal and State case law, federal rules of civil procedure, local rules of the Middle District of Florida, federal rules of evidence, Florida statutes, and Florida rules of civil procedure in order to incorporate into the dispositive motion to dismiss to be filed on behalf of Deutsche Bank and MERS in the Middle District of Florida | L120 | 1.80 hrs |
| 01/06/13 | HTC | Review and revise motion to dismiss | L250 | .40 hrs |
| 01/07/13 | HTC | Review and revise motion to dismiss | L250 | 1.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

| 01/07/13 | JAM | Research docketing information regarding Motion to Dismiss and prepare motion for electronic filing | L210 | .40 hrs |
|---|---|---|---|---|
| 01/07/13 | RV | Review and analyze dispositive motion to dismiss drafted to be filed today on behalf of MERS and Deutsche Bank and check cited authority for additional support to be incorporated regarding abstention doctrine argument, declaratory judgment act argument, and Florida's compulsory counterclaim argument | L240 | .80 hrs |
| 01/07/13 | RV | Research case law and statutory authority to incorporate into dispositive motion to dismiss to be filed today as to additional regarding abstention doctrine arguments, declaratory judgment act argument, and Florida's compulsory counterclaim argument | L240 | .60 hrs |
| 01/07/13 | RV | Revise and edit motion to dismiss with additional case law support and revisions to order and flow of arguments | L240 | .70 hrs |
| 01/07/13 | RV | Revise and edit dispositive motion to dismiss with suggestions from H.Cannon and particularly arguments related to compulsory counterclaims, abstention doctrines, and judicial notice | L240 | .80 hrs |
| 01/07/13 | RV | Review final draft of dispositive motion to dismiss prior to filing | L240 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

| 01/07/13 | RV | Shepherdize case law argued under Princess Lida doctrine and The Declaratory Judgment Act argument | L120 | .50 hrs |
| 01/07/13 | RV | Draft memorandum to H.Franchi regarding filing of motion to dismiss, deadline for response by borrowers, and next steps | L120 | .20 hrs |
| 01/08/13 | RV | Review court docket for Answer by co-defendant Ally Financial as well as current status and determination of next steps | L120 | .10 hrs |
| 01/08/13 | RV | Review notices and filings by Plaintiffs regarding rules 1.05(d) and 3.05 as related to pendency of other actions and case management report guidelines | L120 | .30 hrs |
| 01/09/13 | RV | Draft corporate disclosure statement for defendant Deutsche Bank National Trust Company to be filed in the Middle District of Florida | L250 | .40 hrs |
| 01/09/13 | RV | Research current ownership structure of defendant Deutsche Bank National Trust Company to incorporate into corporate disclosure statement to be filed pursuant to federal rule of civil procedure 7.1 | L120 | .30 hrs |
| 01/09/13 | RV | Draft corporate disclosure statement to be filed on behalf of defendant MERS pursuant to federal rule of civil procedure 7.1 | L250 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      8
MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/09/13 | RV | Research current ownership structure of MERS to be incorporated into corporate disclosure statement to be filed on behalf of defendant MERS pursuant to federal rule of civil procedure 7.1 | L120 | .20 hrs |
| 01/09/13 | RV | Draft memorandum to H.Franchi regarding approval of corporate disclosure statements to be filed on behalf of MERS and Deutsche Bank | L120 | .20 hrs |
| 01/09/13 | RV | Research local rules for the U.S. District Court for the Middle District of Florida as to notifying the court of the pending state foreclosure action as well as in regards to the mandatory case scheduling report and conference | L120 | .50 hrs |
| 01/09/13 | RV | REview correspondence from H.Franchi regarding corporate disclosure statements to be filed on behalf of MERS and Deutsche Bank in the Middle District of Florida | L120 | .10 hrs |
| 01/09/13 | RV | Draft letter to opposing counsel regarding court ordered case management meeting and case management report to be jointly filed | L120 | .20 hrs |
| 01/09/13 | RV | Review local rules of procedure as to setting and reporting case management conference in accordance with Rule 3.05 and federal rules of civil procedure | L120 | .40 hrs |
| 01/09/13 | RV | Revise corporate disclosure statement to be filed on behalf of MERS | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      9
ResCap                                                                     MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/09/13 | RV | Revise corporate disclosure statement to be filed on behalf of Deutsche Bank | L250 | .10 hrs |
| 01/09/13 | RV | Begin drafting Case Management Report pursuant to the court's order from December 14, 2012 | L250 | 1.30 hrs |
| 01/09/13 | JAM | Final proof of Corporate Disclosure Statements prior to submission to Court for docketing | L210 | .30 hrs |
| 01/11/13 | ERP | Conference regarding case status and timeline | L120 | .20 hrs |
| 01/11/13 | JAM | Conference regarding timeline and status of case | L190 | .20 hrs |
| 01/13/13 | RV | Revise and edit case management report pursuant to Court Order regarding Local Rule of Procedure 3.05 | L430 | .50 hrs |
| 01/23/13 | RV | Research court records for responsive pleading by borrower's to client's motion to dismiss | L120 | .10 hrs |
| 01/24/13 | RV | Research federal rules of procedure as well as local rules for the Middle District of florida to reference in the case management report to be proposed to opposing counsel and ultimately submitted to the court pursuant to local rule 3.05 | L120 | .50 hrs |
| 01/24/13 | RV | Finish drafting case management report to submit to opposing counsel for review and then for filing with the court | L430 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | RV | Review two filings by Plaintiffs in regards to response to clients motion to dismiss and Court's order to show cause | L120 | .10 hrs |
| 01/30/13 | HTC | Review and analyze plaintiffÆs response to motion to dismiss | L250 | .10 hrs |
| 01/30/13 | RV | Review and analyze Court's Order to Show Cause and Plaintiffs' Response in Opposition to the client's Motion to Dismiss | L120 | .40 hrs |
| 01/30/13 | RV | Outline Plaintiffs' Response in Opposition to the client's Motion to Dismiss and develop strategy and argument against Plaintiffs allegations | L120 | .50 hrs |
| 01/30/13 | RV | Draft memorandum to file regarding Plaintiffs' Response in Opposition to Motion to Dismiss as to strategy for responding to allegations and procedural local rules of court | L120 | .20 hrs |
| 01/30/13 | RV | Research local procedural rules of court as to responding to Plaintiff's allegations raised in their response to the client's motion to dismiss | L120 | .10 hrs |
| 01/30/13 | JAM | Review Plaintiff's Opposition to Defendants' Motion to Dismiss | L210 | .10 hrs |
| 01/31/13 | RV | Revise case management report pursuant to local Rules of the Middle District of Florida | L430 | .50 hrs |
| 01/31/13 | HTC | Review and revise proposed case management report | L120 | 1.00 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
MARCH 27, 2013

0G2013-301198

FED ID NO. 63-0243316

|                                  |              |
|----------------------------------|--------------|
| TOTAL FEES FOR THIS MATTER       | $9,229.90    |
| LESS DISCOUNT                    | (7,226.50)   |
| NET FEES                         | $2,003.40    |

| Date     | Description                                                      |      |
|----------|------------------------------------------------------------------|------|
| 01/03/13 | Copy Charges                                                     | 0.00 |
| 01/03/13 | Copy Charges                                                     | 0.00 |
| 01/04/13 | Copy Charges                                                     | 0.00 |
| 01/05/13 | Copy Charges                                                     | 0.00 |
| 01/07/13 | Copy Charges                                                     | 0.00 |
| 01/07/13 | Copy Charges                                                     | 0.00 |
| 01/30/13 | Copy Charges                                                     | 0.00 |
| 01/03/13 | Computerized Legal Research-Westlaw Westlaw User: VANN,RICHARD   | 0.00 |
| 01/03/13 | Computerized Legal Research-Westlaw Westlaw User: MASSEY,CAREY   | 0.00 |
| 01/05/13 | Computerized Legal Research-Westlaw Westlaw User: VANN,RICHARD   | 0.00 |
| 01/07/13 | Computerized Legal Research-Westlaw Westlaw User: VANN,RICHARD   | 0.00 |

### BILLING SUMMARY

| Name                 | Hours       | Rate         | Amount    |
|----------------------|-------------|--------------|-----------|
| Hope Cannon          | 3.70 hrs    | 334.00 /hr   | 1,235.80  |
| Christian W. Hancock | .70 hrs     | 361.00 /hr   | 252.70    |
| Jamie Mathews        | 2.10 hrs    | 150.00 /hr   | 315.00    |
| Emily R. Powell      | .20 hrs     | 163.00 /hr   | 32.60     |
| Richard Vann         | 33.40 hrs   | 220.00 /hr   | 7,348.00  |
| Lori D. Martin       | .20 hrs     | 229.00 /hr   | 45.80     |

| TOTAL FEES | 40.30 hrs | | $2,003.40 |
|------------|-----------|--|-----------|

**TOTAL CHARGES FOR THIS INVOICE**          **$2,003.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                0G2013-301198
Fort Washington, PA 19034

                                                                   INVOICE #  866253

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2013-301198
        TC # 735500

PROFESSIONAL SERVICES

| 02/01/13 | RV | Review Plaintiff's responsive pleading to clients' motion to dismiss in regards to seeking leave of court to file a reply brief | L120 | .30 hrs |
|---|---|---|---|---|
| 02/01/13 | RV | Research local rules for the Middle District of Florida as to requesting leave of Court to file reply brief to Plaintiffs Response to clients motion to dismiss as well as to duties and obligations to confer with opposing counsel as to resolution | L120 | .20 hrs |
| 02/01/13 | RV | Draft motion for leave to file reply to Plaintiffs response in opposition | L430 | .80 hrs |
| 02/01/13 | RV | Review correspondence from opposing counsel regarding opposition to motion for leave to file reply | L120 | .10 hrs |
| 02/01/13 | RV | Draft memorandum to opposing counsel regarding opposition to motion for leave to file reply | L120 | .20 hrs |
| 02/01/13 | RV | Phone call to opposing counsel regarding opposition to motion for leave to file reply | L120 | .10 hrs |
| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/01/13 | HTC | Begin review and analysis of arguments made in response to motion to dismiss | L250 | .80 hrs |
| 02/04/13 | HTC | Revise motion for leave to file reply | L250 | .30 hrs |
| 02/04/13 | RV | Draft memorandum to opposing counsel, K.Keefe, regarding case management meeting and proposed case management report, as will as deadlines for filing with the court | L120 | .20 hrs |
| 02/04/13 | RV | Analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .50 hrs |
| 02/06/13 | RV | Review motion to dismiss filed by Plaintiffs | L120 | .10 hrs |
| 02/08/13 | RV | Draft memorandum to K.Keefe regarding required filing of case management report and available dates for discussion | L120 | .20 hrs |
| 02/08/13 | RV | Phone conference with opposing counsel, K.Keefe, regarding case disposition, requests for loan modification, and case management report deadlines | L120 | .40 hrs |
| 02/08/13 | RV | Phone conference with K.Peters of Pendergast regarding the State Court Foreclosure Action, mediation, loss mitigation packages, communications with opposing counsel, and status of Federal Court action | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0G2013-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/08/13 | RV | Phone conference with K.Keefe regarding loss mitigation package and prior mediation | L120 | .20 hrs |
| 02/08/13 | RV | Review prior mediation documents and fact pack and servicing notes as to loss mitigation efforts | L120 | .80 hrs |
| 02/08/13 | RV | Draft memorandum to K.Keefe with Loss Mitigation Application and instructions for completion and confirming our conference call for the case management report | L120 | .20 hrs |
| 02/08/13 | RV | Draft memorandum to H.Franchi with communication to K.Keefe regarding submission of loss mitigation package | L120 | .20 hrs |
| 02/08/13 | RV | Phone call to H.Franchi regarding loss mitigation options and case management conference | L120 | .10 hrs |
| 02/11/13 | RV | Review correspondence from H.Franchi regarding submission of loss mitigation packet | L120 | .10 hrs |
| 02/12/13 | RV | Phone conference with opposing counsel regarding loss mitigation options | L120 | .30 hrs |
| 02/12/13 | RV | Phone conference with H.Franchi to discuss status of the case and next steps with filing reply | L120 | .10 hrs |
| 02/12/13 | RV | Case management conference pursuant to rules of court with K.Keefe, opposing counsel regarding case management report | L230 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0G2013-301198

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/12/13 | RV | Revise case management report with changes made by K.Keefe during case management conference and prepare for filing | L430 | .20 hrs |
| 02/12/13 | RV | Final review of case management report prior to filing | L430 | .20 hrs |
| 02/12/13 | RV | Analyze opposition to motion to dismiss as well as complaint in order to prepare strategy for replying and rebutting allegations raised by Plaintiffs | L120 | .60 hrs |
| 02/12/13 | RV | Begin outlining reply to Plaintiffs' response to client's motion to dismiss | L430 | .40 hrs |
| 02/12/13 | JAM | Analyze claims for research database | L120 | .20 hrs |
| 02/13/13 | JAM | Final review of Joint Case Management Report prior to submission to court | L210 | .20 hrs |
| 02/13/13 | RV | Analyze plaintiffs arguments against motion to dismiss and analyze prior pleadings for inconsistencies | L120 | 1.20 hrs |
| 02/13/13 | RV | Draft reply to opposition to motion to dismiss as to general allegations that misrepresent Defendants position and arguments made that are outside the pleadings and do not address defendants substantive arguments | L430 | 1.20 hrs |
| 02/13/13 | RV | Analyze case law and statutes cited by Plaintiffs' in their response to the clients' motion to dismiss in order to rebut and distinguish in Reply | L120 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
APRIL 30, 2013

0G2013-301198

FED ID NO. 63-0243316

| 02/15/13 | RV | Draft Reply arguments against Plaintiff's misuse of standard of review argument | L430 | .80 hrs |
|---|---|---|---|---|
| 02/15/13 | RV | Draft Reply argument as to Federal Question jurisdiction | L430 | .70 hrs |
| 02/15/13 | RV | Draft Reply arguments as to abstention doctrines, princess lida doctrine, and compulsory counterclaim arguments | L430 | 1.80 hrs |
| 02/15/13 | RV | Draft Reply conclusion | L430 | .20 hrs |
| 02/15/13 | RV | Edit Reply to Plaintiffs' Response to Motion to Dismiss | L430 | .90 hrs |
| 02/15/13 | RV | Analyze Florida and Federal case law to be incorporated into Reply brief to rebut Response to Motion to Dismiss filed by Plaintiffs | L120 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                              $4,270.90

BILLING SUMMARY

| Hope Cannon | 1.10 hrs | 334.00 /hr | 367.40 |
|---|---|---|---|
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Emily R. Powell | .50 hrs | 163.00 /hr | 81.50 |
| Richard Vann | 17.10 hrs | 220.00 /hr | 3,762.00 |

TOTAL FEES                    19.10 hrs                $4,270.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
APRIL 30, 2013

0G2013-301198

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $4,270.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301199

INVOICE #  866254

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301199
     TC # 692484

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/12/13 | MSW | Research updates to applicable state law and analyze proportional liabilities | L120 | 1.70 hrs |
| 02/13/13 | CWH | Analyze issues with Estate's ability to accept settlement terms at upcoming mediation and whether same requires creditor's committee or court approval | L160 | .20 hrs |
| 02/13/13 | MSW | Conversation with client regarding mediation strategy | L160 | .30 hrs |
| 02/26/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 02/27/13 | MSW | Prepare mediation arguments and presentation | L160 | 2.90 hrs |
| 02/28/13 | MSW | Attend mediation in Columbia,SC | L160 | 3.80 hrs |
| 03/01/13 | LADA | Review notice of status conference, including scheduling of the same | L190 | .30 hrs |
| 03/07/13 | MCG | Review notice of scheduling conference | L210 | .10 hrs |
| 03/22/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 03/25/13 | MCG | Attend scheduling conference | L230 | .80 hrs |
| 03/25/13 | MCG | Conference with counsel for plaintiff regarding trial schedule and stipulations | C400 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301199

FED ID NO. 63-0243316

| 03/26/13 | LADA | Review docket regarding status of case | L190 | .40 hrs |
| 04/04/13 | CWH | Draft email to N.Campbell setting out facts of case and suggesting file should be closed at Ocwen | L120 | .20 hrs |
| 04/09/13 | MCG | Correspondence with S.O'Conner regarding order substituting counsel | C400 | .10 hrs |
| 04/09/13 | MCG | Review correspondence from clerk and opposing counsel regarding pre-trial conference | C400 | .20 hrs |
| 04/09/13 | LADA | Review file for substitution of counsel requested by foreclosure counsel | L190 | .50 hrs |
| 04/10/13 | MSW | Review and analyze allegations in pleadings to determine conduct purportedly giving rise to causes of action both before and after petition for bankruptcy to determine strategy for going forward | L120 | .20 hrs |
| 04/10/13 | MCG | Correspondence with L.Delehey regarding trial setting and proposed strategy for trial | C300 | .30 hrs |
| 04/11/13 | LADA | Review correspondence regarding court scheduling of status conference | L190 | .30 hrs |
| 04/12/13 | MCG | Review correspondence regarding setting pre-trial conference | C400 | .20 hrs |
| 04/29/13 | MSW | Conference call with judge and opposing counsel to discuss narrowing of issues, trial requirements, and scheduling | L230 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
APRIL 30, 2013

0G2013-301199

FED ID NO. 63-0243316

04/29/13  MSW   Draft status report for client as        L120      .10 hrs
                follows: Scheduling conference held
                April 29, judge contemplating
                bifurcation, bench trial, and dates
                certain for trial

                TOTAL FEES FOR THIS MATTER                $4,187.00
                LESS DISCOUNT                             (1,918.66)
                NET FEES                                  $2,268.34

EXPENSES

    07          Filing Fees                                    25.00
    21          Travel Expense                                265.11
    23          Meal Expense                                    6.04
    50          Mediation Fee                                 445.76

                TOTAL COSTS FOR THIS MATTER              $741.91

BILLING SUMMARY

    Christian W. Hancock       .40 hrs    361.00 /hr       144.40
    Michael C. Griffin        2.20 hrs    348.00 /hr       765.60
    Mark S. Wierman          10.00 hrs    304.00 /hr     3,040.00
    Lucinda Kish              1.50 hrs    158.00 /hr       237.00

TOTAL FEES                   14.10 hrs               $2,268.34

TOTAL EXPENSES                                         $741.91



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
APRIL 30, 2013

0G2013-301199

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**           $3,010.25

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                0G2013-301275
Fort Washington, PA 19034

                                                   INVOICE #  866255

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301275
         TC # 706841

PROFESSIONAL SERVICES

02/04/13   AHC   Draft status report                    L190      .20 hrs

02/05/13   AHC   Review docket to confirm representation L190      .40 hrs
                 information, draft memorandum regarding
                 final disposition of file for attorney
                 review and correspondence to client
                 regarding same

02/13/13   AHC   Correspondence to client regarding final L190     .10 hrs
                 disposition of file

02/13/13   CET   Prepare Closing Memo                    L250      .30 hrs


           TOTAL FEES FOR THIS MATTER                    $204.20


BILLING SUMMARY

    Christopher E. Thorsen      .30 hrs   312.00 /hr        93.60
    Alecia H. Cockrell         .70 hrs   158.00 /hr       110.60


TOTAL FEES                     1.00 hrs                  $204.20

**TOTAL CHARGES FOR THIS INVOICE**                      **$204.20**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301435
Fort Washington, PA 19034

                                                              INVOICE #  866256

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301435
         TC # 713948

PROFESSIONAL SERVICES

02/05/13    MPE    Research docket to determine status.          L110      .20 hrs

02/05/13    MPE    Prepare initial draft of bankruptcy          L210      .60 hrs
                   status report pursuant to the court's
                   order.

02/05/13    MCG    Revise court-directed notice updating        L210      .30 hrs
                   status of bankruptcy

02/22/13    MPE    Research docket and review amended           L110      .30 hrs
                   complaint to assist with confirming
                   bankruptcy status.

02/22/13    JLJ    Research regarding status and denial of      C300      .40 hrs
                   motion to dismiss quiet title complaint

02/24/13    CWH    Draft summary of this suit for purpose       L210      .20 hrs
                   of client's determination of whether
                   this case stays with the Estate

03/11/13    MPE    Review of files to determine parties         L110      .10 hrs
                   represented.

03/15/13    MCG    Review case status and strategy for          L120      .20 hrs
                   going forward

04/04/13    CWH    Review docket to determine status of the     L120      .20 hrs
                   non-stayed issues in Mattison matter and
                   to confirm status reports are being
                   filed as directed by the court



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301435

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                          $608.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Michael C. Griffin | .50 hrs | 348.00 /hr | 174.00 |
| Jessica L. Jones | .40 hrs | 224.00 /hr | 89.60 |
| Melisa P. Palmer | 1.20 hrs | 167.00 /hr | 200.40 |

TOTAL FEES              2.50 hrs                    $608.40

**TOTAL CHARGES FOR THIS INVOICE**                 **$608.40**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301634
Fort Washington, PA 19034

INVOICE #  866257

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301634
         TC # 720522

PROFESSIONAL SERVICES

02/13/13   ABB   Prepare settlement documents and draft        L110      .50 hrs
                 closing memo regarding case disposal

02/13/13   ABB   E-mails with attachments to client            L110      .20 hrs
                 regarding case disposal


           TOTAL FEES FOR THIS MATTER                          $110.60


BILLING SUMMARY

    Allison Burke              .70 hrs   158.00 /hr      110.60


TOTAL FEES                     0.70 hrs                  $110.60

**TOTAL CHARGES FOR THIS INVOICE**                      **$110.60**

                ===========

           ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301683
Fort Washington, PA 19034

INVOICE #  866258

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301683
     TC # 723978

PROFESSIONAL SERVICES

| Date | By | Description | Code | Hours |
|------|----|-----------|----|----|
| 02/08/13 | BG | Order from the court regarding joint status report before September 5, 2013 | L120 | .10 hrs |
| 02/15/13 | ABB | Calendar information received from Court regarding status report and deadlines regarding same | L110 | .20 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/12/13 | ABB | Review of case topic files and determine current litigation status regarding parties and update spreadsheet regarding same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $100.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES              0.60 hrs                    $100.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301683

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $100.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301693
Fort Washington, PA 19034

                                                              INVOICE #  866259

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301693
     TC # 724543

PROFESSIONAL SERVICES

| 02/07/13 | ABB | Track and manage certified service upon counsel regarding discovery requests and update file regarding the same in order to manage deadlines | L110 | .20 hrs |
| 02/12/13 | ABB | Receive correspondence via e-mail with attachments from pro se borrower and file review regarding her request | L110 | .20 hrs |
| 02/12/13 | ABB | Calendar new deadlines regarding discovery responses per extension granted to pro se borrower | L110 | .20 hrs |
| 02/13/13 | BG | Review file in preparation for drafting Motion for Summary Judgment | L120 | .60 hrs |
| 02/14/13 | BG | Request foreclosure file | L110 | .10 hrs |
| 02/14/13 | BG | Draft factual background section of Motion for Summary Judgment | L210 | 2.10 hrs |
| 02/14/13 | BG | Review all client documents in preparation for drafting Motion for Summary Judgment | L120 | 1.40 hrs |
| 02/14/13 | BG | Draft procedural background section of Motion for Summary Judgment | L210 | .90 hrs |
| 02/14/13 | BG | Draft executive summary section of Motion for Summary Judgment | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
ResCap                                                                    APRIL 30, 2013

0G2013-301693

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 02/14/13 | BG | Correspondence with client regarding list of proposed topics | L120 | .20 hrs |
| 02/14/13 | BG | Request title report | L120 | .10 hrs |
| 02/14/13 | BG | Review servicing notes in preparation for drafting Motion for Summary Judgment | L120 | 1.30 hrs |
| 02/14/13 | BG | Review docket | L120 | .20 hrs |
| 02/14/13 | BG | Draft standard of review section of Motion for Summary Judgment | L210 | .30 hrs |
| 02/15/13 | BG | Draft argument section of Motion for Summary Judgment regarding standing | L210 | .80 hrs |
| 02/15/13 | BG | Draft argument section of Motion for Summary Judgment regarding compliance with prerequisites to foreclosure | L210 | .60 hrs |
| 02/15/13 | BG | Draft argument section of Motion for Summary Judgment regarding charges authorized by the deed of trust | L210 | .60 hrs |
| 02/15/13 | BG | Draft argument section of Motion for Summary Judgment regarding prior loss mitigation efforts | L210 | .50 hrs |
| 02/15/13 | BG | Draft argument section of Motion for Summary Judgment regarding unclean hands | L210 | .30 hrs |
| 02/15/13 | BG | Draft conclusion to Motion for Summary Judgment | L210 | .20 hrs |
| 02/15/13 | BG | Draft affidavit in support of Motion for Summary Judgment | L210 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0G2013-301693

FED ID NO. 63-0243316

| 02/15/13 | BG | Draft argument section of Motion for Summary Judgment regarding debt validation responses | L210 | .50 hrs |
| 02/15/13 | BG | Review docket to confirm no recent activity has occurred and identify scheduling order | L120 | .10 hrs |
| 02/15/13 | ABB | Retrieval of court file in Harris County in order to obtain docket and recent case activity | L110 | .30 hrs |

|  | TOTAL FEES FOR THIS MATTER | $2,605.50 |
|  | LESS DISCOUNT | (647.96) |
|  | NET FEES | $1,957.54 |

EXPENSES

| 01 | Copy Charges | 0.00 |
| 30A | Miscellaneous Expense | 258.85 |
|  | TOTAL COSTS FOR THIS MATTER | $258.85 |

BILLING SUMMARY

| Allison Burke | .90 hrs | 158.00 /hr | 142.20 |
| Blake Goodsell | 11.90 hrs | 207.00 /hr | 2,463.30 |

| TOTAL FEES | 12.80 hrs |  | $1,957.54 |

| TOTAL EXPENSES |  |  | $258.85 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0G2013-301693

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**              $2,216.39

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301722

INVOICE #  866260

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301722
     TC # 725805

PROFESSIONAL SERVICES

02/01/13  KSA  Draft and enter status report       L120     .10 hrs

          TOTAL FEES FOR THIS MATTER                $26.80

BILLING SUMMARY

   Keith S. Anderson        .10 hrs   268.00 /hr      26.80

TOTAL FEES               0.10 hrs                 $26.80

**TOTAL CHARGES FOR THIS INVOICE**                **$26.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0G2013-301749
Fort Washington, PA 19034

                                                           INVOICE #  866261

                                                           FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301749
         TC # 726525

    PROFESSIONAL SERVICES

    02/14/13  CWH   Email client to inquire about status of      L110      .10 hrs
                    Butcher's loan at this time


              TOTAL FEES FOR THIS MATTER                                   $36.10


    BILLING SUMMARY

       Christian W. Hancock      .10 hrs   361.00 /hr        36.10


    TOTAL FEES                   0.10 hrs                    $36.10

    **TOTAL CHARGES FOR THIS INVOICE**                       **$36.10**
                                                            ==========

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    APRIL 30, 2013
1100 Virginia Drive                                                       0G2013-301791
Fort Washington, PA 19034

                                                                         INVOICE #  866262

                                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0G2013-301791
         TC # 728311

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/04/13 | BG | Draft status report regarding loan modification package and dispositive motion | L190 | .20 hrs |
| 02/04/13 | GWG | Correspondence with opposing counsel regarding outstanding discovery issues | L310 | .30 hrs |
| 02/11/13 | BG | Draft factual background section to Motion for Summary Judgment | L210 | .90 hrs |
| 02/11/13 | BG | Draft executive summary section to Motion for Summary Judgment | L210 | .30 hrs |
| 02/11/13 | BG | Draft no-evidence section to Motion for Summary Judgment | L210 | .20 hrs |
| 02/11/13 | BG | Draft argument section to Motion for Summary Judgment concerning the deceptive trade practices act claim | L210 | .60 hrs |
| 02/11/13 | BG | Begin drafting argument section to Motion for Summary Judgment concerning the debt collection practices act claim | L210 | .30 hrs |
| 02/11/13 | BG | Review fact package and identify exhibits for Motion for Summary Judgment | L110 | .90 hrs |
| 02/11/13 | BG | Draft conclusion to Motion for Summary Judgment | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301791

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|----|-------------|------|-------|
| 02/11/13 | BG | Draft standard of review section to Motion for Summary Judgment | L210 | .20 hrs |
| 02/11/13 | BG | Draft procedural background section to Motion for Summary Judgment | L210 | .40 hrs |
| 02/11/13 | BG | Draft argument section to Motion for Summary Judgment concerning the request for injunctive relief | L210 | .30 hrs |
| 02/11/13 | BG | Draft argument section to Motion for Summary Judgment concerning unclean hands defense | L210 | .30 hrs |
| 02/12/13 | BG | Check status of discovery requests and documentation of attempts to secure requests | L120 | .10 hrs |
| 02/12/13 | BG | Work on argument section of Motion for Summary Judgment concerning loan modification and repayment plans | L210 | .80 hrs |
| 02/12/13 | BG | Review servicing notes in preparation for drafting Motion for Summary Judgment | L210 | .40 hrs |
| 02/12/13 | BG | Correspondence to client requesting foreclosure file and other documentation necessary for Motion for Summary Judgment | L210 | .20 hrs |
| 02/13/13 | BG | Evaluate strategy for handling stayed claims in motion for summary judgment | L120 | .20 hrs |
| 02/13/13 | BG | Correspondence with client regarding repayment plans | L120 | .10 hrs |
| 02/13/13 | BG | Review of foreclosure file | L120 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301791

FED ID NO. 63-0243316

| 02/13/13 | GWG | Factual research regarding possible summary judgment arguments | L240 | 1.70 hrs |
| 02/14/13 | BG | Review multiple recorded judgments against plaintiffs | L120 | .20 hrs |

|  | TOTAL FEES FOR THIS MATTER | $2,093.70 |
|  | LESS DISCOUNT | (813.00) |
|  | NET FEES | $1,280.70 |

| 02/11/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |

BILLING SUMMARY

| Graham W. Gerhardt | 2.00 hrs | 312.00 /hr | 624.00 |
| Blake Goodsell | 7.10 hrs | 207.00 /hr | 1,469.70 |

| TOTAL FEES | 9.10 hrs | $1,280.70 |

**TOTAL CHARGES FOR THIS INVOICE**       **$1,280.70**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0G2013-301808
Fort Washington, PA 19034

                                                              INVOICE #  866263

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0G2013-301808
        TC # 728693

PROFESSIONAL SERVICES

02/05/13  MPE  Research docket to determine status.      L110      .20 hrs


          TOTAL FEES FOR THIS MATTER                     $33.40


BILLING SUMMARY

   Melisa P. Palmer          .20 hrs   167.00 /hr         33.40


TOTAL FEES                  0.20 hrs                    $33.40

TOTAL CHARGES FOR THIS INVOICE                         $33.40

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301940

INVOICE #  866264

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301940
     TC # 723797

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/01/13 | RV | Draft memorandum to A.Lopez requesting conference to discuss trial continuance as well as requirements for getting a ruling on our joint motion and the necessity of a hearing | L120 | .20 hrs |
| 02/01/13 | RV | Phone conference with A.Lopez regarding his suggestions to joint motion to continue as well as contacting the court to determine procedure for obtaining ruling | L120 | .30 hrs |
| 02/01/13 | RV | Phone conference with Judge Schumacher's chambers in Miami-Dade County regarding the joint motion to continue trial | L120 | .20 hrs |
| 02/01/13 | RV | Phone conferences with Miami-Dade County foreclosure division assistants and again with Judge Schumacher's chambers regarding conflicting instructions as to submission and hearing of motion to continue trial date | L120 | .40 hrs |
| 02/01/13 | RV | Email exchange with A.Lopez regarding revisions and strategy for motion to continue and strategy for obtaining same | L120 | .30 hrs |
| 02/01/13 | RV | Review A.Lopez's draft of joint motion to continue | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0G2013-301940

FED ID NO. 63-0243316

| 02/01/13 | RV | Draft memorandum to J.Ho with joint motion to continue attached and requesting execution of consent form | L120 | .10 hrs |
|---|---|---|---|---|
| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .20 hrs |
| 02/04/13 | RV | Phone call to J.Ho regarding execution of motion to continue trial date | L120 | .10 hrs |
| 02/04/13 | RV | Phone conference with J.Ho regarding execution of motion to continue | L120 | .10 hrs |
| 02/04/13 | RV | Review correspondence from J.Ho with executed motion to continue | L120 | .10 hrs |
| 02/04/13 | RV | Draft memorandum to J.Ho regarding pretrial deadlines and the approval of Pendergast and Morgan to handle | L120 | .10 hrs |
| 02/04/13 | RV | Analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 02/05/13 | RV | Draft memorandum to A.Lopez regarding his clients' consents to the Joint Motion to Continue | L120 | .10 hrs |
| 02/05/13 | RV | Email exchange with A.Lopez regarding procedure for submission of motion to foreclosure division instead of through the assigned Judge Schumacher | L120 | .30 hrs |
| 02/05/13 | RV | Email exchange with J.Ho regarding foreclosure counsel's involvement as related to pre-trial compliance and deadlines | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0G2013-301940

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/05/13 | RV | Phone conference with J.Ho regarding motion to continue trial date and contacting Pendergast regarding their responsibilities until the trial date is continued | L120 | .20 hrs |
| 02/05/13 | RV | Draft memorandum to W.Ridout of Pendergast and Morgan regarding their firm's responsibilities until the trial date is continued | L120 | .20 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .50 hrs |
| 02/06/13 | RV | Phone call to the Andres Lopez Law Firm regarding execution of our joint motion to continue | L120 | .10 hrs |
| 02/06/13 | RV | Phone conference with A.Lopez regarding his inability to get his clients' signatures for the Joint Motion to Continue Trial Date and his next steps to try and obtain them before we file the motion | L120 | .20 hrs |
| 02/07/13 | RV | Review correspondence and executed motion submitted by opposing counsel | L120 | .20 hrs |
| 02/07/13 | RV | Email exchange with A.Lopez obtaining permission to sign motion on his behalf | L120 | .20 hrs |
| 02/07/13 | RV | Final review of motion to continue prior to filing | L120 | .10 hrs |
| 02/07/13 | JAM | Final review of Joint Motion to Continue Trial prior to submission to Court | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
APRIL 30, 2013

0G2013-301940

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/07/13 | JAM | Draft correspondence to Miami-Dade Clerk enclosing Joint Motion to Continue Trial | L210 | .20 hrs |
| 02/07/13 | JAM | Draft email service of Joint Motion to Continue Trial to counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 02/08/13 | RV | Phone conference with clerks office of Miami-Dade County following up on status of joint motion to continue | L120 | .30 hrs |
| 02/11/13 | RV | Analyze court filings by opposing counsel regarding witness lists and exhibits for trial | L120 | .40 hrs |
| 02/12/13 | RV | Review court docketing information for order on motion for continuance | L120 | .10 hrs |
| 02/12/13 | RV | Review correspondence from the Miami-Dade County Court and Order regarding joint motion to continue trial date | L120 | .20 hrs |
| 02/12/13 | RV | Phone conference with J.Ho regarding upcoming trial and loss mitigation options | L120 | .30 hrs |
| 02/12/13 | RV | Phone conference with opposing counsel's law office regarding order on motion to continue | L120 | .10 hrs |
| 02/12/13 | RV | Phone conference with A.Lopez regarding denial of joint motion to continue and strategy for submission of loss mitigation application in a timely manner for review, and upcoming trial date | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
APRIL 30, 2013

0G2013-301940

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/12/13 | RV | Draft memorandum to W.Ridout regarding preparing for trial | L120 | .20 hrs |
| 02/12/13 | RV | Draft memorandum to J.Ho regarding strategy for loss mitigation options | L120 | .20 hrs |
| 02/12/13 | RV | Phone conference with J.Ho regarding strategy for loss mitigation options as well as trial strategy | L120 | .30 hrs |
| 02/12/13 | RV | Email exchange with W.Ridout of regarding witness availability and pre-trial compliance | L120 | .20 hrs |
| 02/12/13 | RV | Draft memorandum requesting conference call to J.Ho | L120 | .10 hrs |
| 02/12/13 | JAM | Review Court order denying trial continuance and emails with opposing counsel and foreclosure counsel regarding same | L210 | .30 hrs |
| 02/13/13 | HTC | Telephone conference with client | L110 | .30 hrs |
| 02/13/13 | RV | Review and analyze correspondence and voicemail's from A.Lopez regarding loss mitigation options and trial date | L120 | .20 hrs |
| 02/13/13 | RV | Draft letter to A.Lopez as to loan modification updates under FHA guidelines as well as possible settlement discussions in light of upcoming trial date | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
APRIL 30, 2013

0G2013-301940

FED ID NO. 63-0243316

| 02/13/13 | RV | Phone conference with J.Ho regarding denial of motion to continue, upcoming trial strategy, foreclosure counsel's responsibilities, and loss mitigation or settlement options | L120 | .50 hrs |
| 02/14/13 | RV | Email exchange with W.Ridout regarding pre-trial compliance and setting up a conference to discuss the firms respective responsibilities | L120 | .30 hrs |
| 02/14/13 | ERP | E-mail communication attaching docket and providing current status | L120 | .40 hrs |
| 02/15/13 | RV | Draft memorandum to W.Ridout regarding conference call to discuss pre-trial compliance | L120 | .10 hrs |
| 02/15/13 | HTC | Exchange emails with Pendegast regarding trial and review witness list | L440 | .20 hrs |

```
                    TOTAL FEES FOR THIS MATTER            $2,296.70
                    LESS DISCOUNT                         (1,996.00)
                    NET FEES                                $300.70

02/08/13 Express Mail/Fedex                                    0.00
02/08/13 Express Mail/Fedex                                    0.00
```

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .50 hrs | 334.00 /hr | 167.00 |
| Jamie Mathews | .90 hrs | 150.00 /hr | 135.00 |
| Emily R. Powell | .90 hrs | 163.00 /hr | 146.70 |
| Richard Vann | 8.40 hrs | 220.00 /hr | 1,848.00 |

| TOTAL FEES | 10.70 hrs | | $300.70 |
|---|---|---|---|



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     7
APRIL 30, 2013

0G2013-301940

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $300.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0G2013-301943
Fort Washington, PA 19034

                                                         INVOICE #   864556

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 02/28/13

    Re:   0G2013-301943
          TC # 734980

PROFESSIONAL SERVICES

01/02/13   RV    Draft December 2012 status report for        L190      .20 hrs
                 client

01/03/13   HTC   Review draft motion to dismiss               L250      .20 hrs
                 counterclaim and review counterclaim

01/04/13   JAM   Analyze current case Access online           L190      .30 hrs
                 docket and review for recent case
                 activity from court website to review
                 recently docketed pleadings and case
                 activity

01/08/13   RV    Review court docket and case file for        L120      .10 hrs
                 current status and determination of next
                 steps in addition to filing Motion to
                 Dismiss counterclaims

01/08/13   RV    Research Florida Statutes and local case     L120      .40 hrs
                 law as to pleading counterclaim
                 requirements including paying requisite
                 filing fees

01/08/13   RV    Draft argument as to procedural bar to       L240      .40 hrs
                 J.Johnson's purported counterclaim for
                 failure to pay requisite fees in
                 accordance with Florida Statutes and
                 Florida case law

01/08/13   RV    Research Florida case law and statutory      L120      .50 hrs
                 law as to claims for trespass against
                 real property



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

---

| 01/08/13 | RV | Analyze Florida case law and statutory law on claims for trespass and statute of limitations and necessary elements to state a cause of action | L120 | .80 hrs |
|---|---|---|---|---|
| 01/08/13 | RV | Revise dispositive motion to dismiss to include analysis and argument as to failure to state a claim for trespass | L240 | .50 hrs |
| 01/08/13 | RV | Draft conclusion to dispositive motion to dismiss to be filed on behalf of Deutsche Bank as trustee | L240 | .20 hrs |
| 01/09/13 | RV | Research security instrument as well as fact package and particularly correspondence with the borrower as to agreements to maintain the property, abandonment of the property, and securing the property | L120 | .50 hrs |
| 01/09/13 | RV | Revise motion to dismiss to include argument related to contractual right to secure and maintain property due to abandonment | L240 | .40 hrs |
| 01/09/13 | RV | Analyze pleadings and other written submissions for discussion of occupancy of subject property in order to incorporate into dispositive motion to dismiss | L120 | .40 hrs |
| 01/09/13 | RV | Phone conference with circuit civil finance division of Marion County Clerk of Court regarding payments made for claims filed in this action | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0G2013-301943

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/09/13 | RV | Phone conference with S.McGinnis regarding payment history, property preservation history, procedural history with foreclosure counsel, and strategy going forward with motion to dismiss | L120 | .30 hrs |
| 01/09/13 | RV | Edit motion to dismiss | L240 | .60 hrs |
| 01/09/13 | HTC | Revise motion to dismiss | L250 | .60 hrs |
| 01/11/13 | JAM | Conference with regarding strategy, case status and Notice of Appearance | L120 | .20 hrs |
| 01/11/13 | ERP | Conference regarding strategy and Notice of Appearance | L120 | .20 hrs |
| 01/12/13 | CWH | Analyze the counterclaims raised by Johnson regarding the lockout | L210 | .20 hrs |
| 01/13/13 | RV | Draft memorandum to file regarding outstanding issues and drafted motion to dismiss to be filed and hearing to be set regarding motion to dismiss | L120 | .10 hrs |
| 01/14/13 | HTC | Edit revised motion to dismiss | L250 | .10 hrs |
| 01/17/13 | JAM | Revise Notice of Appearance and Designation of Email Service Addresses | L210 | .20 hrs |
| 01/17/13 | JAM | Final review of Plaintiff's Motion to Dismiss Counterclaim prior to submission to Court | L210 | .30 hrs |
| 01/17/13 | RV | Revise Motion to Dismiss with additional argument as to hypothetical claim for conversion | L240 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301943

FED ID NO. 63-0243316

| 01/17/13 | RV | Final review of Motion to Dismiss in preparation for filing | L240 | .20 hrs |
|---|---|---|---|---|
| 01/17/13 | ERP | Initial draft of Notice of Appearance | L120 | .30 hrs |
| 01/17/13 | ERP | Finalize Motion to Dismiss and Notice of Appearance | L120 | .70 hrs |
| 01/18/13 | ERP | Communication with V.Schroff at Court regarding dates for setting a hearing | L120 | .20 hrs |
| 01/18/13 | RV | Phone conference with Marion County deputy clerk of foreclosure division, as well as with judicial assistant to Judge Swigert regarding procedures for special set hearing for the clients motion to dismiss | L120 | .30 hrs |
| 01/18/13 | RV | Draft letter to opposing counsel, regarding hearing for the client's motion to dismiss | L120 | .20 hrs |
| 01/18/13 | RV | Review correspondence from opposing counsel regarding notice of hearing for client's motion to dismiss | L120 | .10 hrs |
| 01/18/13 | RV | Review notice of hearing prior to filing | L430 | .10 hrs |
| 01/18/13 | JAM | Draft Notice of Hearing on Plaintiff's Motion to Dismiss Counterclaims | L210 | .30 hrs |
| 01/18/13 | JAM | Draft email service of Notice of Hearing on counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0G2013-301943

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/21/13 | RV | Draft email to opposing counsel, C.Trow, as to setting up a conference call this week to discuss possible resolution | L120 | .10 hrs |
| 01/21/13 | RV | Draft memorandum to S.McGinnis as to recent filings and case and status and upcoming hearing on  BONY's motion to dismiss counterclaims | L120 | .20 hrs |
| 01/22/13 | JAM | Confirm docketing of Notice of Appearance and Notice of Hearing and calendar pre-hearing deadlines | L210 | .30 hrs |
| 01/31/13 | JAM | Telephone calls to Judge Swigert's Judicial Assistant to confirm Judge's receipt of courtesy copy of motion and hearing date | L230 | .20 hrs |
| 01/31/13 | JAM | Organize pleadings to prepare for hearing | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                            $2,596.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .90 hrs | 334.00 /hr | 300.60 |
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Jamie Mathews | 2.30 hrs | 150.00 /hr | 345.00 |
| Emily R. Powell | 1.40 hrs | 163.00 /hr | 228.20 |
| Richard Vann | 7.50 hrs | 220.00 /hr | 1,650.00 |

TOTAL FEES                    12.30 hrs                    $2,596.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
MARCH 27, 2013

0G2013-301943

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $2,596.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               APRIL 30, 2013
1100 Virginia Drive                                  0G2013-301943
Fort Washington, PA 19034

                                                     INVOICE #  866265

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301943
     TC # 734980

PROFESSIONAL SERVICES

02/01/13   RV    Draft status report for January 2013 for     L190      .20 hrs
                 the client

02/04/13   RV    Draft memorandum to K.Peters at              L120      .00 hrs
                 Pendergast and Morgan regarding location
                 of original note

02/04/13   RV    Analyze court docket information for          L120      .10 hrs
                 recent filing activity and current
                 status of the case

02/04/13   HTC   Prepare for hearing on motion to dismiss      L230      .20 hrs

02/05/13   HTC   Review client documents in preparation       L450     8.60 hrs
                 for hearing on motion to dismiss and
                 draft oral argument for same

02/05/13   JAM   Draft correspondence to Judge Swigert        L210      .20 hrs
                 enclosing conformed copies of proposed
                 order granting Plaintiff's Motion to
                 Dismiss counterclaims

02/05/13   JAM   Prepare conformed copies of proposed         L210      .20 hrs
                 order and envelopes pursuant to the
                 Court's request

02/05/13   RV    Email exchange with K.Peters of              L120      .30 hrs
                 Pendergast regarding original loan
                 documents and count 2 of the complaint
                 regarding enforcement of lost note



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301943

FED ID NO. 63-0243316

| 02/05/13 | RV | Draft proposed order for the Court on client's motion to dismiss counterclaims | L430 | .30 hrs |
| 02/05/13 | RV | Multiple phone conferences with Marion County, Florida Courthouse Foreclosure Division law clerks as to submission of requested documents to the presiding judge | L120 | .30 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .50 hrs |
| 02/08/13 | RV | Phone conference with Judge Swigert's JA regarding proposed order dismissing counterclaims | L120 | .20 hrs |
| 02/13/13 | RV | Draft memorandum to S.McGinnis regarding order granting motion to dismiss counterclaims and closing of the file | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $3,432.70

BILLING SUMMARY

| Hope Cannon | 8.80 hrs | 334.00 /hr | 2,939.20 |
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Emily R. Powell | .50 hrs | 163.00 /hr | 81.50 |
| Richard Vann | 1.60 hrs | 220.00 /hr | 352.00 |

TOTAL FEES          11.30 hrs          $3,432.70



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0G2013-301943

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $3,432.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301946

INVOICE #  866266

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301946
      TC # 735022

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/03/13 | ACU | Draft ILAB. | B110 | 2.30 hrs |
| 02/06/13 | GWG | Review fact package and draft litigation analysis to client regarding facts of the case | L110 | 1.90 hrs |
| 02/07/13 | GWG | Work on proposed case management plan | L210 | .40 hrs |
| 02/07/13 | ACU | Draft e-mail to client requesting factual information needed in order to draft a motion to dismiss the borrower's claims. | C300 | .80 hrs |
| 02/07/13 | ACU | Revise proposed scheduling order. | L250 | .70 hrs |
| 02/12/13 | GWG | Call with counsel for third-party purchaser regarding status of litigation | L110 | .20 hrs |

|  | |
|---|---|
| TOTAL FEES FOR THIS MATTER | $1,532.40 |
| LESS DISCOUNT | (1,086.20) |
| NET FEES | $446.20 |

| | | |
|---|---|---|
| 02/03/13 | Computerized Legal Research-Westlaw Westlaw User: CURRAN, ALISON | 0.00 |
| 02/06/13 | Computerized Legal Research-Westlaw Westlaw User: CURRAN, ALISON | 0.00 |
| 02/06/13 | Computerized Legal Research-Westlaw Westlaw User: CURRAN, ALISON | 0.00 |
| 02/07/13 | Computerized Legal Research-Westlaw Westlaw User: CURRAN, ALISON | 0.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301946

FED ID NO. 63-0243316

BILLING SUMMARY

    Graham W. Gerhardt      2.50 hrs   312.00 /hr       780.00
    Alison Smith           3.80 hrs   198.00 /hr       752.40

TOTAL FEES             6.30 hrs            $446.20

**TOTAL CHARGES FOR THIS INVOICE**          **$446.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301948

INVOICE #   866267

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0G2013-301948
      TC # 735188

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JAM | Pull online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/05/13 | JAM | Telephone calls and emails with Judicial Assistant B. Sadler regarding potential hearing dates | L230 | .20 hrs |
| 02/08/13 | BAW | Work with S.Taylor on settlement options | L160 | .50 hrs |
| 02/08/13 | BAW | Study alternative settlement proposals from borrower | L160 | .60 hrs |
| 02/08/13 | BAW | Correspond with S.Taylor regarding reinstatement terms | L160 | .40 hrs |
| 02/11/13 | BAW | Research settlement option 1 presented by S.Taylor | L160 | .80 hrs |
| 02/11/13 | BAW | Correspond with S.Taylor regarding dismissal of counterclaim | L210 | .30 hrs |
| 02/11/13 | BAW | Correspond and telephone conference with S.McGinnis regarding deadline for loan modification package and offer to pay off first mortgage by R.North | L160 | .40 hrs |
| 02/11/13 | BAW | Research regarding LLC owned by R.North interested in retiring first mortgage | L160 | .30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301948

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/11/13 | JAM | Emails with Judicial Assistant regarding hearing date on Plaintiff's Motion for Summary Judgment on Defendant's Counterclaims | L230 | .20 hrs |
| 02/11/13 | JAM | Emails with B.Wahl regarding scheduling hearing | L230 | .10 hrs |
| 02/12/13 | BAW | Review 2012 BPO and loan documents | L190 | .60 hrs |
| 02/12/13 | BAW | Conference with client regarding settlement memorandum | L160 | .30 hrs |
| 02/12/13 | BAW | Review and research listing with Sotheby's | L190 | .50 hrs |
| 02/12/13 | BAW | Review sales offer from R.North and research regarding propriety of same | L190 | .60 hrs |
| 02/13/13 | BAW | Research regarding Jorano Partners, Ltd. | L190 | .80 hrs |
| 02/13/13 | BAW | Draft letter to R.North regarding offer to purchase first mortgage | L190 | .50 hrs |
| 02/15/13 | BAW | Review loan modification package and supporting documents from M.Becker's counsel | L190 | 1.30 hrs |
| 02/15/13 | BAW | Correspond with client regarding settlement vs. litigation | L160 | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $2,810.40 |
| LESS DISCOUNT | (659.40) |
| NET FEES | $2,151.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0G2013-301948

**FED ID NO. 63-0243316**

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 8.10 hrs | 334.00 /hr | 2,705.40 |
| Jamie Mathews | .70 hrs | 150.00 /hr | 105.00 |
| | | | |
| TOTAL FEES | 8.80 hrs | | $2,151.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$2,151.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0G2013-301957
Fort Washington, PA 19034

INVOICE # 866268

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301957
     TC # 735668

PROFESSIONAL SERVICES

| 03/01/13 | JAM | Confirm docketing of Notice of Hearing on GMAC's Amended Motion to Dismiss Complaint | L210 | .10 hrs |
|---|---|---|---|---|
| 03/04/13 | JDV | Communications with K.Priore regarding litigation strategy | L190 | .40 hrs |
| 03/04/13 | JDV | Draft February 2013 status update for client | L190 | .20 hrs |
| 03/06/13 | JDV | Revise Notice of Cancellation of Hearing | L250 | .10 hrs |
| 03/06/13 | JAM | Telephone calls to Pasco County Clerk regarding cancellation of hearing, draft Notice of Cancellation of Hearing, and draft correspondence to Clerk enclosing notice for docketing | L210 | .50 hrs |
| 03/06/13 | HTC | Review service of discovery | L310 | .10 hrs |
| 03/07/13 | JAM | Telephone call to Judge Firmani's Judicial Assistant regarding cancelling hearing | L230 | .10 hrs |
| 03/07/13 | JAM | Review Plaintiff's First Set of Interrogatories and Request for Production of Documents to GMAC, and prepare in response format | L310 | 1.30 hrs |
| 03/08/13 | JDV | Draft Amended Notice of Bankruptcy | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0G2013-301957

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 03/08/13 | JDV | Email correspondence with K.Priore regarding Amended Notice of Bankruptcy and cancellation of hearing on Motion to Dismiss Complaint | L210 | .20 hrs |
| 03/11/13 | JAM | Multiple emails regarding settlement negotiations and cancellation of hearing | L230 | .30 hrs |
| 03/12/13 | JDV | Communications with B.Elkin, defendants' attorney, regarding status of settlement negotiations | L190 | .20 hrs |
| 03/12/13 | CWH | Review plaintiff's claims and amended notice of bankruptcy regarding same | L210 | .20 hrs |
| 03/13/13 | JDV | Email correspondence with K.Priore regarding review of Amended Notice of Bankruptcy | L190 | .20 hrs |
| 03/14/13 | JAM | Pull docket to confirm court receipt of Notice of Cancellation of Hearing | L210 | .20 hrs |
| 03/15/13 | JDV | Analysis of March 2013 court docket | L120 | .10 hrs |
| 03/21/13 | JDV | Draft Responses and Objections to Plaintiff's First Set of Interrogatories | L310 | 1.60 hrs |
| 03/26/13 | JDV | Draft Responses and Objections to Plaintiffs' First Request for Production | L310 | 1.00 hrs |
| 03/28/13 | JDV | Analysis of call notes regarding attempted communications with plaintiffs | L120 | 1.40 hrs |
| 03/28/13 | JDV | Telephone conversation with K.Priore regarding litigation strategy and settlement negotiations with plaintiffs' attorney | L190 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0G2013-301957

FED ID NO. 63-0243316

| 04/18/13 | JDV | Email correspondence with K.Priore regarding status of negotiations with B.Elkin, plaintiffs' attorney | L190 | .20 hrs |
|---|---|---|---|---|
| 04/18/13 | JDV | Email correspondence with B.Elkin, plaintiffs' attorney, regarding identity of investor and review of settlement offer | L190 | .20 hrs |
| 04/18/13 | JDV | Analysis of post-petition conduct for bankruptcy review | L120 | .20 hrs |
| 04/29/13 | JDV | Follow up email correspondence with B.Elkin, plaintiffs' attorney, regarding review of settlement offer and presentation of counteroffer | L190 | .20 hrs |

| | |
|---|---|
| TOTAL FEES FOR THIS MATTER | $2,828.10 |
| LESS DISCOUNT | (1,531.90) |
| NET FEES | $1,296.20 |

| | | |
|---|---|---|
| 03/26/13 | Copy Charges | 0.00 |
| 03/28/13 | Copy Charges | 0.00 |
| 03/28/13 | Copy Charges | 0.00 |
| 03/07/13 | Express Mail/Fedex | 0.00 |
| 03/21/13 | CREDIT DUPLICATE CHARGES Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Jamie Mathews | 2.90 hrs | 150.00 /hr | 435.00 |
| Emily R. Powell | .30 hrs | 163.00 /hr | 48.90 |
| Rashad L. Blossom | .40 hrs | 299.00 /hr | 119.60 |
| Jose D. Vega | 7.50 hrs | 264.00 /hr | 1,980.00 |
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
APRIL 30, 2013

0G2013-301957

FED ID NO. 63-0243316

TOTAL FEES                12.00 hrs              $1,296.20

**TOTAL CHARGES FOR THIS INVOICE**              $1,296.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0802-102836
Fort Washington, PA 19034

                                                         INVOICE #  841287

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-102836
         TC # 707079

PROFESSIONAL SERVICES

| 01/02/13 | HEA | Emails with client regarding finally executed settlement documents | L160 | .70 hrs |
|----------|-----|--------------------------------------------------------------------|------|---------|
| 01/02/13 | HEA | Draft and send email to A.Frazer regarding same | L160 | .30 hrs |
| 01/09/13 | HEA | Review and send executed settlement agreement to Fidelity to complete settlement | L160 | .30 hrs |
| 01/09/13 | HEA | Draft and send email to client regarding need for assignment from Wells | L160 | .50 hrs |
| 01/14/13 | HEA | Emails with retained counsel and outside coverage counsel regarding resolution of lien dispute with BONY | L190 | .50 hrs |

                 TOTAL FEES FOR THIS MATTER            $657.80


BILLING SUMMARY

    Hall Eady            2.30 hrs   286.00 /hr      657.80


    TOTAL FEES           2.30 hrs                 $657.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
MARCH 27, 2013

ResCap

0R0802-102836

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $657.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-106869

INVOICE #  841288

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-106869
TC # 696418

<u>PROFESSIONAL SERVICES</u>

| 01/31/13 | QCE | Revise summary for closing file memo | L690 | .10 hrs |
|---|---|---|---|---|
| 01/31/13 | AHC | Draft closing memorandum for  review and correspondence to client regarding final disposition of file | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $70.70

<u>BILLING SUMMARY</u>

| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
|---|---|---|---|
| Quindal C. Segall | .10 hrs | 233.00 /hr | 23.30 |

TOTAL FEES                    0.40 hrs                    $70.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$70.70**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-107194

INVOICE #   841289

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-107194
     TC # 698444

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | KRS | Draft status report regarding bankruptcy stay and summary judgment motion | L120 | .10 hrs |
| 01/10/13 | KRS | Email correspondence to client regarding status of summary judgment motion | L240 | .10 hrs |

TOTAL FEES FOR THIS MATTER                $51.00

BILLING SUMMARY

Kathleen Shields O'Beir     .20 hrs   255.00 /hr      51.00

TOTAL FEES                  0.20 hrs             $51.00

**TOTAL CHARGES FOR THIS INVOICE**        **$51.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0802-108374
Fort Washington, PA 19034

                                                         INVOICE #  865744

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0802-108374
         TC # 704824

    PROFESSIONAL SERVICES

    02/04/13   KK    Draft status report for client as        L110      .10 hrs
                     follows: We continue to follow up with
                     local counsel regarding having the
                     mortgage released.

    02/07/13   RLB   E-mail memo to client regarding matter    C300      .30 hrs
                     status


                     TOTAL FEES FOR THIS MATTER                     $105.50


    BILLING SUMMARY

        Rashad L. Blossom          .30 hrs   299.00 /hr       89.70
        Kerry Keane                .10 hrs   158.00 /hr       15.80


    TOTAL FEES                     0.40 hrs               $105.50

    **TOTAL CHARGES FOR THIS INVOICE**                   **$105.50**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                     APRIL 30, 2013
1100 Virginia Drive                                                        0R0802-301018
Fort Washington, PA 19034

                                                                           INVOICE #  865745

                                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0802-301018
         TC # 713002

    PROFESSIONAL SERVICES

    02/05/13   JJS   Participating in a conference call      L120      .50 hrs
                     regarding advising GMAC regarding its
                     templates for state foreclosure
                     compliance.

    02/08/13   JJS   Researching New York law to revise      L120      .70 hrs
                     GMAC's foreclosure compliance template.

    02/11/13   JJS   Reviewing New York's foreclosure laws   L120     3.00 hrs
                     and revising the New York foreclosure
                     template.

    02/12/13   JJS   Researching Oregon foreclosure laws in  L120     6.70 hrs
                     order to revise the template used for
                     testing Oregon loan files.

    02/13/13   JJS   Reviewing the Oregon foreclosure        L120      .10 hrs
                     compliance template.

    02/13/13   JJS   Researching Missouri law in order to    L120     2.60 hrs
                     revise GMAC's foreclosure template.

    02/13/13   JJS   Researching New Mexico law in order to  L120     1.20 hrs
                     revise GMAC's foreclosure template.

    02/13/13   JJS   Researching Alaska foreclosure laws in  L120     2.60 hrs
                     order to revise GMAC's Alaska compliance
                     template.


                     TOTAL FEES FOR THIS MATTER                   $5,202.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0802-301018

FED ID NO. 63-0243316

BILLING SUMMARY

   Jessica J. Sibley       17.40 hrs   299.00 /hr      5,202.60

TOTAL FEES               17.40 hrs             $5,202.60

**TOTAL CHARGES FOR THIS INVOICE**         $5,202.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                      MARCH 27, 2013
1100 Virginia Drive                         0R0802-301019
Fort Washington, PA 19034

                                            INVOICE #  841292

                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-301019
         TC # 712999

PROFESSIONAL SERVICES

01/11/13  DERO  Attend vendor management conference call    L120      .50 hrs

01/18/13  DERO  Phone conference regarding vendor           L120      .50 hrs
                management issues

01/18/13  DERO  Research and related memorandum             L120      .50 hrs
                regarding vendor management issues


            TOTAL FEES FOR THIS MATTER                    $588.00


BILLING SUMMARY

    David E. Roth              1.50 hrs   392.00 /hr        588.00


TOTAL FEES                     1.50 hrs                   $588.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$588.00**

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301019

INVOICE #  865746

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301019
TC # 712999

PROFESSIONAL SERVICES

| 02/07/13 | MPE | Karpiuk, Thomas; Palm Beach County former D.Stern Case; receive lack of prosecution notice and research public records, docket and GMAC correspondence to determine case status | L110 | .60 hrs |

| 02/11/13 | MPE | Former Stern case, Broward County, CACE 09009608; Receive and review Notice of lack of Prosecution received from D. Stern's office, Research docket and public records to determine status, property address, borrower names, and send to P.Stokes for review | L110 | .80 hrs |

| 02/13/13 | MPE | BONY v Szucs, former D.Stern Case; research docket to determine if judgment amount has been awarded or demand filed | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER $283.90

BILLING SUMMARY

Melisa P. Palmer        1.70 hrs    167.00 /hr      283.90

TOTAL FEES            1.70 hrs                  $283.90



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0802-301019

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $283.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301021

INVOICE #  865747

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301021
     TC # 713760

PROFESSIONAL SERVICES

| 02/08/13 | JWS | Review DOJ correspondence; e-mail to C.Adams regarding same; phone call with DOJ attorney Ward; e-mail to client regarding same; phone call with C.Adams | L120 | 1.00 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                     $440.00

BILLING SUMMARY

| Jack W. Selden | 1.00 hrs | 440.00 /hr | 440.00 |
|---|---|---|---|

TOTAL FEES              1.00 hrs                $440.00

**TOTAL CHARGES FOR THIS INVOICE**             $440.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301081

INVOICE #  865748

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301081
     TC # 719626

PROFESSIONAL SERVICES

| 02/01/13 | CSM | Participate in weekly servicing standards update call with client | P280 | .20 hrs |
| 02/08/13 | NSR | Cross-servicer legal conference call regarding DOJ settlement metrics | L120 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                    $341.00

    01        Copy Charges                                              0.00

BILLING SUMMARY

| Nader Raja | 1.00 hrs | 282.00 /hr | 282.00 |
| Cory S. Menees | .20 hrs | 295.00 /hr | 59.00 |

TOTAL FEES          1.20 hrs                  $341.00

**TOTAL CHARGES FOR THIS INVOICE**           **$341.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                APRIL 30, 2013
1100 Virginia Drive                                   0R0802-301082
Fort Washington, PA 19034

INVOICE #  865749

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301082
     TC # 721351

PROFESSIONAL SERVICES

| 02/04/13 | KK | Draft status report for client as follows: Local counsel has sent a letter to the borrower advising him of the necessity of filing suit to have the mortgage released. Local counsel has not heard from the borrower. We continue to communicate with local counsel to determine the next steps. | L110 | .10 hrs |
|---|---|---|---|---|
| 02/07/13 | RLB | E-mail to client regarding matter status | C300 | .30 hrs |

TOTAL FEES FOR THIS MATTER                            $105.50

BILLING SUMMARY

| Rashad L. Blossom | .30 hrs | 299.00 /hr | 89.70 |
|---|---|---|---|
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                    0.40 hrs              $105.50

**TOTAL CHARGES FOR THIS INVOICE**              **$105.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301096

INVOICE #  865750

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301096
     TC # 704821

PROFESSIONAL SERVICES

| 02/04/13 | KK | Draft status report for client as follows: We continue to follow up with local counsel regarding having the mortgage released. | L110 | .10 hrs |
|---|---|---|---|---|
| 02/07/13 | RLB | E-mail memo to client regarding matter status | C300 | .30 hrs |

|  |  |  |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $105.50 |

BILLING SUMMARY

| Rashad L. Blossom | .30 hrs | 299.00 /hr | 89.70 |
|---|---|---|---|
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

| TOTAL FEES | 0.40 hrs | $105.50 |
|---|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | | **$105.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0802-301113
Fort Washington, PA 19034

                                                           INVOICE #   841297

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

        Re:  0R0802-301113
             TC # 725849

PROFESSIONAL SERVICES

01/02/13   CLHA  Work with client on issues related to      L120      .90 hrs
                 production of original notes in
                 connection with third party vendor
                 remediation

01/02/13   FWA   Review correspondence with AR counsel      L190      .30 hrs
                 and consider response to same

01/03/13   FWA   Review status summary from client          L190      .40 hrs

01/03/13   CLHA  Continued work on remediation of third     L120      .60 hrs
                 party vendor issues

01/04/13   CLHA  Conference call with client regarding      L120      .60 hrs
                 status and next steps

01/04/13   FWA   Prepare for and attend weekly touchpoint   L190      .50 hrs
                 to discuss status

01/08/13   CLHA  Analyze groups of amended proofs of        L120     2.10 hrs
                 claim filed in Ohio and Kentucky on
                 pacer to confirm accuracy

01/09/13   FWA   Confer with Illinois counsel re: status    L190      .60 hrs
                 of remediation

01/09/13   CLHA  Continued research regarding remediation   L120      .40 hrs
                 procedures



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0802-301113

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|------|------|------|
| 01/10/13 | CLHA | Continued research regarding proofs of claim filed in 6th circuit and related remediation options; confer with client and local counsel regarding same | L120 | 3.60 hrs |
| 01/11/13 | CLHA | Call with team regarding remaining action items in third party vendor remediation project | L120 | .30 hrs |
| 01/11/13 | CLHA | Continued work on remediation issues related to Southern District of Ohio | L120 | .60 hrs |
| 01/11/13 | FWA | Attend weekly touchpoint on status update | L190 | .50 hrs |
| 01/14/13 | FWA | Confer with Illinois counsel re: follow-up endorsement questions | L190 | .50 hrs |
| 01/15/13 | CLHA | Continued work on remaining remediation issues | L120 | .50 hrs |
| 01/16/13 | CLHA | Continued to work through remaining remediation issues in Ohio | L120 | 4.80 hrs |
| 01/17/13 | CLHA | Continued work on third party vendor remediation issues in Ohio | L120 | .60 hrs |
| 01/17/13 | FWA | Confer with client re: review of certain BK files and consider approach to same | L190 | .80 hrs |
| 01/18/13 | CLHA | Call with client regarding status of third party vendor remediation project | L120 | .30 hrs |
| 01/18/13 | FWA | Prepare for and attend weekly status update conference call | L190 | .50 hrs |
| 01/25/13 | FWA | Review status results and confer with client re: same | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0R0802-301113

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                      $7,247.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | 4.40 hrs | 378.00 /hr | 1,663.20 |
| Christopher L. Hawkins | 15.30 hrs | 365.00 /hr | 5,584.50 |

TOTAL FEES                  19.70 hrs                      $7,247.70

**TOTAL CHARGES FOR THIS INVOICE**                      **$7,247.70**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301113

INVOICE #  865751

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301113
     TC # 725849

PROFESSIONAL SERVICES

02/05/13  CLHA Emails with client regarding last filed    L120    .40 hrs
               proof of claim in Ohio


              TOTAL FEES FOR THIS MATTER                   $146.00


BILLING SUMMARY

     Christopher L. Hawkins    .40 hrs   365.00 /hr      146.00


TOTAL FEES                     0.40 hrs                 $146.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$146.00**
                                                    ══════════════

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301115

INVOICE #  865752

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301115
     TC # 726128

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/07/13 | CJA | Confer with D.Paris regarding lien abatement program and researched applicable code ordinance to determine if asset qualifies for lien abatement program | B250 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                             $331.50

BILLING SUMMARY

C. Jason Avery              1.30 hrs   255.00 /hr        331.50

TOTAL FEES                  1.30 hrs                    $331.50

**TOTAL CHARGES FOR THIS INVOICE**                      **$331.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301120

INVOICE #  841299

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301120
     TC # 726816

PROFESSIONAL SERVICES

| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $60.80

BILLING SUMMARY

Mark S. Wierman          .20 hrs   304.00 /hr        60.80

TOTAL FEES              0.20 hrs                   $60.80

**TOTAL CHARGES FOR THIS INVOICE**            **$60.80**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301123

INVOICE #  841300

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301123
     TC # 727006

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/15/13 | HEA | Review file for status and send email requesting update from Stewart Title | L190 | .40 hrs |
| 01/15/13 | HEA | Emails with Stewart Title and GMAC regarding cure of subject defect and closing file | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER                $257.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hall Eady | .90 hrs | 286.00 /hr | 257.40 |

TOTAL FEES          0.90 hrs          $257.40

**TOTAL CHARGES FOR THIS INVOICE**          $257.40

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0R0802-301129
Fort Washington, PA 19034

                                                INVOICE #   841301

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0802-301129
      TC # 727459

PROFESSIONAL SERVICES

01/07/13   LSDR   Review and analzye follow up issues        L120      1.60 hrs
                  regarding state law restrictions on auto
                  dialer

01/07/13   KMS    Conference with auto dialing team at       L190       .50 hrs
                  GMAC re plan of action and manual
                  dialing issues

01/29/13   KMS    Examine client's prepared guidance to      L120      2.20 hrs
                  incorporate into procedures and provide
                  feedback

01/30/13   KMS    Provide feedback and additional            L120      2.90 hrs
                  information to dialing guidelines
                  proposed by client

01/30/13   LSDR   Review and analyze cell phone and wrong    L120      2.10 hrs
                  number policies and procedures


           TOTAL FEES FOR THIS MATTER                          $2,881.60


BILLING SUMMARY

    Lesley Smith DeRamus      3.70 hrs    352.00 /hr     1,302.40
    Katherine M. Suttle Wei   5.60 hrs    282.00 /hr     1,579.20


TOTAL FEES                    9.30 hrs                  $2,881.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0802-301129

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $2,881.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0R0802-301129
Fort Washington, PA 19034

                                                INVOICE #  865753

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301129
     TC # 727459

PROFESSIONAL SERVICES

02/08/13  KMS  Analyze client's proposed guidelines     L120     .60 hrs

02/11/13  KMS  Examine client-prepared document on      L120    1.70 hrs
               dialing rules

02/12/13  KMS  Complete review of client's proposed     L120    1.60 hrs
               guidance on state calling restrictions

02/12/13  LSDR Review and analyze comments to state     L120     .70 hrs
               auto dialer restrictions chart

02/13/13  KMS  Communicate final approval with scope    L190     .30 hrs
               limitation to client


          TOTAL FEES FOR THIS MATTER                  $1,430.80


BILLING SUMMARY

   Lesley Smith DeRamus      .70 hrs   352.00 /hr      246.40
   Katherine M. Suttle Wei  4.20 hrs   282.00 /hr    1,184.40


TOTAL FEES                  4.90 hrs                 $1,430.80

**TOTAL CHARGES FOR THIS INVOICE**                  **$1,430.80**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301133

INVOICE #  841302

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301133
     TC # 727571

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 01/15/13 | CSM | Review and revise lastest version of Metric 1A test script | P280 | 3.50 hrs |
| 01/16/13 | CSM | Research regarding changes in standing law in preparation for drafting state-specific portion of Metric 1A test script | P280 | 4.30 hrs |
| 01/17/13 | CSM | Communicate with client regarding drafting and finalizing of script for metric testing | P280 | .90 hrs |
| 01/18/13 | CSM | Emails with client regarding revisions to latest draft of metric test script | C400 | .10 hrs |
| 01/21/13 | CSM | Draft state-specific portion of Metric 1A test script | P280 | 7.60 hrs |
| 01/22/13 | CSM | Telephone conferences with document execution and services teams regarding note possession determination and lost note affidavit creation processes | P280 | .90 hrs |
| 01/22/13 | CSM | Continue drafting state-specific portion of Metric 1A test script | L120 | .90 hrs |
| 01/22/13 | CSM | Research regarding first document filed of record in foreclosure actions in quasi-judicial states | C200 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
MARCH 27, 2013

ResCap

0R0802-301133

FED ID NO. 63-0243316

| 01/23/13 | CSM | Continue drafting state-specific portion of Metric 1A test script | P280 | 3.50 hrs |
|---|---|---|---|---|
| 01/24/13 | CSM | Continue drafting state-specific portion of Metric 1A test script | P280 | 2.80 hrs |
| 01/25/13 | CSM | Review and revise latest draft of Metric 1A test script | P280 | 4.80 hrs |
| 01/29/13 | CSM | Telephone conference with client regarding Metric 1A test script | P280 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $9,030.00

| 01/14/13 | Copy Charges Draft test script | 0.00 |
|---|---|---|
| 01/16/13 | Copy Charges Draft test script | 0.00 |
| 01/17/13 | Copy Charges Draft test script | 0.00 |
| 01/22/13 | Copy Charges Draft test script | 0.00 |
| 01/24/13 | Copy Charges CA standing caselaw | 0.00 |
| 01/25/13 | Copy Charges Standing chart | 0.00 |
| 01/25/13 | Copy Charges Standing chart | 0.00 |
| 01/24/13 | Computerized Legal Research-Westlaw Westlaw User: MENEES,CORY | 0.00 |

BILLING SUMMARY

| Cory S. Menees | 30.10 hrs | 300.00 /hr | 9,030.00 |
|---|---|---|---|
| TOTAL FEES | 30.10 hrs | | $9,030.00 |

**TOTAL CHARGES FOR THIS INVOICE**                  **$9,030.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0802-301133
Fort Washington, PA 19034

                                                              INVOICE #  865754

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

        Re:  0R0802-301133
             TC # 727571

PROFESSIONAL SERVICES

    02/01/13   CSM   Review most recent client changes to      P280      .60 hrs
                     Metric 1A test script

    02/01/13   CSM   Emails with client regarding structure     P280      .20 hrs
                     of and finalizing revisions to Metric 1A
                     test script

    02/01/13   CSM   Draft state-specific section of Metric     P280     3.50 hrs
                     1A Test Question #1 test script

    02/04/13   CSM   Draft state-specific section of Metric     P280     3.70 hrs
                     1A Test Question #1 test script

    02/05/13   CSM   Draft state-specific section of Metric     P280     3.00 hrs
                     1A Test Question #1 test script


            TOTAL FEES FOR THIS MATTER                          $3,245.00

    02/01/13 Copy Charges Standing memo                              0.00
    02/05/13 Copy Charges Draft test script                         0.00
    02/06/13 Copy Charges Draft test script                         0.00
    02/06/13 Copy Charges Draft script                              0.00
    02/06/13 Copy Charges Draft script                              0.00

BILLING SUMMARY

      Cory S. Menees            11.00 hrs   295.00 /hr    3,245.00


    TOTAL FEES                  11.00 hrs              $3,245.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0802-301133

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $3,245.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0R0802-301143
Fort Washington, PA 19034

                                                INVOICE #  862888

                                                FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301143
     TC # 734354

PROFESSIONAL SERVICES

| 01/02/13 | JRB | Work on arrangement for call with U.S. Trustee to discuss fee applications and prepare for same | B160 | .40 hrs |
| 01/03/13 | JRB | Arrange conference call with U.S. Trustee to discuss measures for improving fee applications to better satisfy Court's and U.S. Trustee's guidelines while maintaining compliance with clients' billing requirements and prepare for call | B410 | .30 hrs |
| 01/04/13 | JRB | Phone call with B.Masumoto and M.Driscoll of U.S. Trustee's office at court's request to discuss procedures for preparing and organizing firm's upcoming fee applications in manner that best satisfies both clients' billing requirements and court's and U.S. Trustee's fee application guidelines | B160 | 1.10 hrs |
| 01/04/13 | JRB | Review materials from Morrison Foerster and follow-up from client regarding court requirements for preparation of fee applications | B160 | .30 hrs |
| 01/04/13 | FWA | Prepare for and attend conference with US Trustee re: billing requests | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/04/13 | JRB | Review and analyze materials recommended by U.S. Trustee regarding suggestions for formatting and organizing future fee applications to satisfy both clients' billing guidelines and fee application guidelines of U.S. Trustee's office and the court | B160 | .50 hrs |
| 01/18/13 | JRB | Work on compiling information to update disclosures regarding employment and fee application | B160 | .50 hrs |
| 01/29/13 | JRB | Work on compiling information for updated disclosures for employment and fee applications | B160 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                        $1,865.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jay R. Bender | 4.10 hrs | 409.00 /hr | 1,676.90 |
| Wendell Allen | .50 hrs | 378.00 /hr | 189.00 |

TOTAL FEES                    4.60 hrs                    $1,865.90

**TOTAL CHARGES FOR THIS INVOICE**                    $1,865.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301143

INVOICE #  867784

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301143
     TC # 734354

<u>PROFESSIONAL SERVICES</u>

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 02/04/13 | JRB | Search docket for information about deadlines for second interim fee applications and calendar key dates relating to same | B160 | .30 hrs |
| 02/04/13 | JRB | Work on preparation of second interim fee application | B160 | .30 hrs |
| 02/13/13 | JRB | Draft second interim fee application for filing with bankruptcy court | B160 | 2.00 hrs |
| 02/14/13 | JRB | Review pleadings regarding supplemental disclosures by debtors' counsel and work on preparation of same for BABC | B410 | 1.00 hrs |
| 02/18/13 | JRB | Draft second interim fee application for filing with bankruptcy court | B410 | 4.80 hrs |
| 02/19/13 | JRB | Draft supplemental declaration with respect to employment application and research issues related to same | B410 | 1.70 hrs |
| 02/19/13 | JRB | Draft 2nd interim fee application for filing with bankruptcy court and compilation of information relating to same | B410 | 1.40 hrs |
| 02/20/13 | JRB | Revise and circulate draft supplemental declaration relating to employment application | B160 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0802-301143

FED ID NO. 63-0243316

| 02/20/13 | JRB | Draft Second Interim Fee Application and exhibits for filing with bankruptcy court | B160 | 1.20 hrs |
|---|---|---|---|---|
| 02/21/13 | JRB | Work on draft of second interim fee application for filing with bankruptcy court | B160 | 1.50 hrs |
| 02/22/13 | JRB | Work on supplemental declaration regarding employment application and draft of second interim fee application and exhibits/schedules to same | B160 | .90 hrs |
| 02/26/13 | JRB | Work on supplemental declaration regarding employment application and second interim fee application | B410 | .50 hrs |
| 02/28/13 | JRB | Review and revise second interim fee application to conform with Guidelines and requests from court and U.S. Trustee's office | B160 | 1.40 hrs |
| 03/01/13 | JRB | Consider 2013 billing arrangements and scope of work for debtors in order to prepare supplemental declaration relating to employment application | B160 | .80 hrs |
| 03/01/13 | JRB | Draft second interim fee application and confer with billing and administrative personnel regarding preparation of all necessary exhibits | B160 | 3.50 hrs |
| 03/02/13 | JRB | Revise working draft of third supplemental declaration relating to employment application and circulate same to internal ResCap team leaders for their comment and approval | B160 | .80 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
APRIL 30, 2013

0R0802-301143

FED ID NO. 63-0243316

| 03/04/13 | JRB | Work on revisions to draft third supplemental declaration regarding employment application and solicit comments from Rescap working team to disclosures therein | B160 | .50 hrs |
|---|---|---|---|---|
| 03/04/13 | JRB | Draft second interim fee application and exhibits to same | B160 | 2.20 hrs |
| 03/05/13 | JRB | Work on revisions to third supplemental declaration regarding employment application as well as second interim fee application and supporting exhibits | B160 | 1.00 hrs |
| 03/05/13 | JRB | Continue working on revisions to firm's third supplemental declaration to employment application and second interim fee application as special counsel and exhibits to same | B160 | 3.00 hrs |
| 03/06/13 | JRB | Continue revisions and edits to draft third supplemental declaration in support of employment application and firm's second interim fee application as debtors' special counsel | B160 | 2.70 hrs |
| 03/07/13 | JRB | Draft third supplemental declaration in support of employment application and obtain information necessary for drafting of same | B160 | 1.40 hrs |
| 03/07/13 | JRB | Continue drafting of second interim fee application and exhibits for filing with bankruptcy court | B160 | .80 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301143

FED ID NO. 63-0243316

| 03/08/13 | JRB | E-mails to Morrison Foerster and to U.S. Trustee regarding draft second interim fee application and comments regarding same | B160 | .70 hrs |
| 03/08/13 | JRB | Work on revisions to second interim fee application and exhibits to same to get ready for filing with court | B160 | 2.00 hrs |
| 03/08/13 | JRB | Work on finalizing third supplementation declaration regarding employment application | B160 | .10 hrs |
| 03/11/13 | JRB | Work on finalizing third supplemental declaration relating to employment application | B160 | .60 hrs |
| 03/11/13 | JRB | Revise second interim fee application and review and revise exhibits relating to same | B160 | 2.00 hrs |
| 03/12/13 | CLHA | Finalize and file third supplemental declaration | L120 | .60 hrs |
| 03/12/13 | KAK | Prepare exhibits to fee application | B110 | .60 hrs |
| 03/12/13 | JRB | Work on finalizing and filing of third supplemental declaration in support of employment application | B160 | .70 hrs |
| 03/12/13 | JRB | Review and analyze e-mail from Morrison Foerster regarding new standing order about fee application and standing order itself to determine whether any new requirements | B160 | .50 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
APRIL 30, 2013

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/12/13 | JRB | Work on finalizing fee application and coordinate filing and service of same on U.S. Trustee and Court | B160 | 3.40 hrs |
| 03/13/13 | JRB | Work on filing and service of second interim fee application | B160 | .30 hrs |
| 03/18/13 | JRB | Review notice of hearing and deadlines regarding fee application and circulate same to working group | B160 | .30 hrs |
| 03/18/13 | JRB | Work on compilation of time records in Excel format requested by U.S. Trustee to assist in review of second interim fee application | B160 | .40 hrs |
| 03/20/13 | JRB | Work on preparation of spreadsheet including billable hours relating to second interim fee application as requested by U.S. Trustee and send same to U.S. Trustee | B160 | 1.20 hrs |
| 04/11/13 | JRB | Prepare for and attend telephonically hearing on firm's fee application; report on same to resCap team | B160 | 3.00 hrs |
| 04/16/13 | JRB | Review proposed order regarding fee application and advise Morrison Foerster that proposed order is acceptable | B160 | .10 hrs |
| 04/17/13 | JRB | Respond to Morrison Foerster request for information relating to fee application materials | B160 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
APRIL 30, 2013

0R0802-301143

FED ID NO. 63-0243316

| 04/29/13 | JRB | Review order approving second interim fee application and circulate same to internal working group; e-mails with E.Richards at Morrison Foerster regarding billing questions arising out of sale of debtors' assets | B160 | .20 hrs |
|---|---|---|---|---|

|  | TOTAL FEES FOR THIS MATTER |  | $20,851.00 |
|---|---|---|---|

BILLING SUMMARY

| Jay R. Bender | 50.20 hrs | 409.00 /hr | 20,531.80 |
|---|---|---|---|
| Christopher L. Hawkins | .60 hrs | 365.00 /hr | 219.00 |
| Kimberly A. Kirsch | .60 hrs | 167.00 /hr | 100.20 |

| TOTAL FEES | 51.40 hrs | $20,851.00 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**              $20,851.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0802-301144

INVOICE #  840963

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0R0802-301144
     TC # 733771

EXPENSES

| 35A | UPS | 302.87 |
|-----|-----|--------|
| | TOTAL COSTS FOR THIS MATTER | $302.87 |

| TOTAL FEES | 0.00 hrs | $.00 |
|------------|----------|------|
| TOTAL EXPENSES | | $302.87 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$302.87** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0802-301144
Fort Washington, PA 19034

                                                    INVOICE #  865756

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0802-301144
         TC # 733771

    <u>EXPENSES</u>


     35A      UPS                                               566.92

              TOTAL COSTS FOR THIS MATTER          $566.92



    TOTAL FEES              0.00 hrs                  $.00

    TOTAL EXPENSES                                  $566.92

    **TOTAL CHARGES FOR THIS INVOICE**             **$566.92**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0802-301145
Fort Washington, PA 19034

                                                               INVOICE #  865757

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0802-301145
         TC # 726413

PROFESSIONAL SERVICES

02/07/13  RLB   E-mail memo to client regarding matter     C300      .30 hrs
                status


            TOTAL FEES FOR THIS MATTER                               $89.70


BILLING SUMMARY

    Rashad L. Blossom          .30 hrs   299.00 /hr          89.70


TOTAL FEES                     0.30 hrs                     $89.70

**TOTAL CHARGES FOR THIS INVOICE**                         **$89.70**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                        APRIL 30, 2013
1100 Virginia Drive                                                           0R0802-301146
Fort Washington, PA 19034

                                                                              INVOICE #   865758

                                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0802-301146
         TC # 726394

PROFESSIONAL SERVICES

02/04/13   KK    Draft status report for client as           L110        .10 hrs
                 follows: Local counsel has sent a letter
                 to the borrower advising him of the
                 necessity of filing suit to have the
                 mortgage released. The borrower advised
                 local counsel that he is in the process
                 now of refinancing and that he would
                 prefer that GMAC Mortgage not take any
                 action concerning his unreleased
                 mortgage until after he has completed
                 the refinancing process. Local counsel
                 advised the borrower that GMAC Mortgage
                 would not take any action without his
                 permission, but that GMAC Mortgage stood
                 ready to help him in any way that it
                 could to clear up the deed record and/or
                 to explain to his new lender or to
                 anyone else the existence of the
                 unreleased mortgage in his title record.

02/07/13   RLB   E-mail memo to client regarding matter      C300        .10 hrs
                 status


                 TOTAL FEES FOR THIS MATTER                              $45.70


BILLING SUMMARY

    Rashad L. Blossom            .10 hrs   299.00 /hr           29.90
    Kerry Keane                  .10 hrs   158.00 /hr           15.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0802-301146

FED ID NO. 63-0243316

TOTAL FEES                    0.20 hrs                    $45.70

**TOTAL CHARGES FOR THIS INVOICE**                       $45.70

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301147

INVOICE #  865759

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301147
     TC # 729157

PROFESSIONAL SERVICES

| 02/04/13 | KK | Draft status report for client as follows: Local counsel has sent a letter to the borrower advising him of the necessity of filing suit to have the mortgage released. Local counsel has not heard from the borrower. We continue to communicate with local counsel to determine the next steps. | L110 | .10 hrs |
| 02/07/13 | RLB | E-mail memo to client regarding matter status | C300 | .10 hrs |

| | TOTAL FEES FOR THIS MATTER | $45.70 |

BILLING SUMMARY

| Rashad L. Blossom | .10 hrs | 299.00 /hr | 29.90 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

| TOTAL FEES | 0.20 hrs | | $45.70 |

**TOTAL CHARGES FOR THIS INVOICE** | | | **$45.70**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0802-301148
Fort Washington, PA 19034

INVOICE #  841309

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301148
     TC # 729191

PROFESSIONAL SERVICES

01/22/13  KK    Review Palm Beach County docket to        L110     .20 hrs
                determine status of case and timeline of
                events surrounding motion for default in
                case

                TOTAL FEES FOR THIS MATTER                        $31.60

BILLING SUMMARY

     Kerry Keane              .20 hrs    158.00 /hr         31.60

TOTAL FEES                    0.20 hrs                     $31.60

**TOTAL CHARGES FOR THIS INVOICE**                        **$31.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301151

INVOICE #  841310

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301151
     TC # 729275

PROFESSIONAL SERVICES

| 01/07/13 | KK | Receive and review Judgment of Foreclosure and Sale in Dorchester County, South Carolina | L110 | .20 hrs |
|---|---|---|---|---|
| 01/07/13 | KSA | Research and respond to P.Cannon inquiry of SCRA benefits for CA borrower | L120 | .50 hrs |
| 01/09/13 | MCG | Review and analyze loans identified by independent consultant regarding SCRA compliance | C300 | .80 hrs |
| 01/10/13 | HEA | Review no claim letter requested by American Title and provide counsel as to lack of coverage available if client signs the requested letter | L120 | 1.00 hrs |
| 01/11/13 | MCG | Correspondence with A.Standridge regarding consultant's engagement letter | C400 | .10 hrs |
| 01/14/13 | MCG | Review and analyze loans identified by independent consultant regarding SCRA compliance | C300 | 4.70 hrs |
| 01/15/13 | MCG | Correspondence with P.Hobib regarding engagement letter for independent consultant | C300 | .10 hrs |
| 01/15/13 | MCG | Prepare responses to independent consultant's findings regarding SCRA compliance | C300 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
MARCH 27, 2013

0R0802-301151

FED ID NO. 63-0243316

ResCap

| 01/15/13 | MCG | Correspondence with P.Cannon regarding use of declaration for foreclosure look back | C300 | .10 hrs |
| 01/16/13 | MPE | Research April 2010 Order in Colorado to assist with SCRA Post Bankruptcy review | L110 | .40 hrs |
| 01/16/13 | MCG | Review and analyze completed foreclosures for compliance withe SCRA | C300 | .90 hrs |
| 01/17/13 | MCG | Review and analyze completed foreclosure sales for compliance with the SCRA | C300 | 7.30 hrs |
| 01/18/13 | MCG | Conference call with D.Cunningham and B.Northrup-Day regarding SCRA look back | C300 | .50 hrs |
| 01/18/13 | MCG | Review and analyze completed foreclosures for compliance with SCRA | C300 | 1.90 hrs |
| 01/18/13 | KK | Receive and review pleadings and attachments from Escambia County clerk of court | L110 | .20 hrs |
| 01/21/13 | MCG | Review and analyze completed foreclosures for compliance with SCRA | C300 | 1.60 hrs |
| 01/22/13 | KK | Research and review docket in Lorain County, Ohio to determine timeline of events in conjunction with motion for default | L110 | .20 hrs |
| 01/22/13 | KK | Research and review Miami Dade County clerk of court and official records to determine status of case | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
MARCH 27, 2013

0R0802-301151

FED ID NO. 63-0243316

ResCap

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/22/13 | KK | Research and review St. Lucie County, Florida docket and records to determine status of case | L110 | .20 hrs |
| 01/22/13 | KK | Review Clay County docket to determine status of case and timeline of events surrounding motion for default in case | L110 | .20 hrs |
| 01/22/13 | KK | Review Pasco County docket to determine status of case and timeline of events surrounding motion for default in case | L110 | .20 hrs |
| 01/22/13 | KK | Research and review clerk of court and online records in Pasco County, Florida to determine status of case | L110 | .20 hrs |
| 01/22/13 | KK | Research and review New London County, Connecticut's clerk of court and official records website to track down matter and determine status of case surrounding motion for default filing | L110 | .30 hrs |
| 01/22/13 | KK | Research and review Middlesex County, New Jersey clerk of court and official records to track down docket and determine status of case surrounding motion for default filing | L110 | .20 hrs |
| 01/22/13 | KK | Research and review Erie County, New York's clerk of court and unified court system to track down docket and determine status of case related to motion for default filing | L110 | .20 hrs |
| 01/22/13 | MCG | Conference call with E.DeSilva and D.Cunningham regarding IFR review | C300 | .50 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
ResCap                                                                          MARCH 27, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | MCG | Review findings from independent consultant and review foreclosure files identified | C300 | 5.80 hrs |
| 01/23/13 | MCG | Review observation list from independent consultant and analyze findings regarding compliance with the SCRA | C300 | 8.80 hrs |
| 01/23/13 | MCG | Telephone conference with D.Cunningham and P.Hobib regarding foreclosure review | C300 | .50 hrs |
| 01/24/13 | KK | Receive and review motion for default and non-military affidavit from Pasco County, Florida | L110 | .20 hrs |
| 01/24/13 | MCG | Review pleadings related to foreclosure actions identified by independent consultant in SCRA review | C300 | 2.90 hrs |
| 01/24/13 | KK | Receive and review motion for default and supporting documents from Clay County Clerk of Court in conjunction with SCRA post-bankruptcy project | L110 | .20 hrs |
| 01/24/13 | KK | Review chart of requested documents to determine length of time to receive requested documents in conjunction with post bankruptcy project | L110 | .60 hrs |
| 01/25/13 | KK | Receive and review direction for entry of judgment and affidavit from Superior Court of Delaware | L110 | .20 hrs |
| 01/25/13 | KK | Receive and review non-military affidavit from Tulsa County, Oklahoma | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0R0802-301151

FED ID NO. 63-0243316

| 01/25/13 | KK | Receive and review non-military affidavits and motion for default | L110 | .20 hrs |
|---|---|---|---|---|
| 01/28/13 | KK | E-mails with runner regarding confirmation of documents attached to the default judgment received | L110 | .20 hrs |
| 01/28/13 | MCG | Telephone conference with D.Cunningham and B.Northrop-Day regarding IFR look back | C300 | .50 hrs |
| 01/28/13 | KK | Receive and review non-military affidavits for review in conjunction with post bankruptcy project | L110 | .20 hrs |
| 01/28/13 | KK | Receive and review non-military affidavit and motion for default in conjunction with post-bankruptcy project | L110 | .20 hrs |
| 01/28/13 | KK | Receive and review motion for default and attached correspondence in conjunction with post-bankruptcy project | L110 | .20 hrs |
| 01/28/13 | KK | Receive and review non-military affidavit and motion for default judgment in conjunction with post bankruptcy project | L110 | .20 hrs |
| 01/29/13 | KK | Receive and review non-military affidavits and correspondence in conjunction with post-bankruptcy project | L110 | .20 hrs |
| 01/29/13 | KK | Receive and review entry of default and supporting documents from Lorain County, Ohio docket | L110 | .20 hrs |