

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
MARCH 27, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | KK | Receive and non-military affidavits in conjunction with SCRA Post Bankruptcy project | L110 | .20 hrs |
| 01/30/13 | MCG | Review and analyze independent consultant's observation list for IFR SCRA review | C300 | 6.30 hrs |
| 01/31/13 | KK | Research Ontario and Seneca counties' clerk of court websites to determine status of case in conjunction with post-bankruptcy project | L110 | .30 hrs |
| 01/31/13 | MCG | Review and analyze independent consultant's observation list for IFR SCRA review | C300 | 5.40 hrs |

TOTAL FEES FOR THIS MATTER                     $19,151.20

01/31/13 Copy Charges                                             0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hall Eady | 1.00 hrs | 286.00 /hr | 286.00 |
| Keith S. Anderson | .50 hrs | 268.00 /hr | 134.00 |
| Michael C. Griffin | 51.00 hrs | 348.00 /hr | 17,748.00 |
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |
| Kerry Keane | 5.80 hrs | 158.00 /hr | 916.40 |

TOTAL FEES                58.70 hrs                $19,151.20

**TOTAL CHARGES FOR THIS INVOICE               $19,151.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    APRIL 30, 2013
1100 Virginia Drive                                                       OR0802-301151
Fort Washington, PA 19034

                                                                          INVOICE #   865760

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  OR0802-301151
         TC # 729275

PROFESSIONAL SERVICES

| Date | | Description | | | |
| --- | --- | --- | --- | --- | --- |
| 02/01/13 | KK | Research and review Connecticut online case database and PACER in effort to retrieve docket related to borrower and determine status of case | L110 | .40 hrs |
| 02/01/13 | KK | Research and review Miami Dade Clerk of Court to retrieve docket and determine status of case and borrower in conjunction with SCRA  project | L110 | .20 hrs |
| 02/01/13 | MCG | Telephone conference with regarding IFR review | C300 | .50 hrs |
| 02/01/13 | MCG | Telephone conference with client regarding IFR review | C300 | .50 hrs |
| 02/01/13 | MCG | Review and analyze independent consultant's observation task list for the IFR review and research potential responses | C300 | 1.70 hrs |
| 02/04/13 | MCG | Review and analyze independent consultant observation task list for IFR review and provide responses to findings | C300 | 6.20 hrs |
| 02/05/13 | KK | Research New Jersey Courts public access system to review docket and status of case/borrower in conjunction with  SCRA project | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/05/13 | KK | Research and review New Jersey Courts public access system to review docket and status of case/borrower in conjunction with SCRA project | L110 | .30 hrs |
| 02/05/13 | KK | Research New York Unified State Court online system to review docket and status of case/borrower in conjunction with SCRA project | L110 | .30 hrs |
| 02/05/13 | KK | Research and review Connecticut civil inquiry online system to review docket and determine status of borrower in conjunction with SCRA project | L110 | .40 hrs |
| 02/05/13 | KK | Research Vermont Court online system to pull docket and determine status of case and borrower in conjunction with SCRA project | L110 | .20 hrs |
| 02/05/13 | KK | Research New Jersey Courts public access system to review docket and determine status of case and borrower in conjunction with SCRA project | L110 | .50 hrs |
| 02/05/13 | KK | Research Connecticut civil inquiry online system to pull docket and determine status of case and borrower in conjunction with SCRA project | L110 | .40 hrs |
| 02/05/13 | KK | Receive and review affidavit of non-military status and motion for default from Citrus County, Florida docket in conjunction with SCRA project | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| 02/05/13 | KK | Review and update bankruptcy chart to reflect recently received pleadings and to determine length of time from request to receipt of pleadings in various counties | L110 | .20 hrs |
|---|---|---|---|---|
| 02/05/13 | KK | Review rules and procedures for obtaining access to online court records in New York State and establish account to retrieve and review dockets | L110 | .20 hrs |
| 02/05/13 | KK | Receive and review requested pleadings from Orange County, Florida in conjunction with SCRA project | L110 | .30 hrs |
| 02/06/13 | KK | Research Kent County, Delaware online case system to retrieve docket and determine status of borrower/case in conjunction with  project | L110 | .30 hrs |
| 02/06/13 | KK | Research Connecticut online civil database to retrieve docket and review of status of borrower in conjunction with  project | L110 | .40 hrs |
| 02/06/13 | KK | Receive and review notice of defaults, affidavits of non-military service, and miscellaneous documents from Burlington County Clerk of Superior Court | L110 | .30 hrs |
| 02/06/13 | KK | Research Geary County, Kansas online civil court system to retrieve docket and analyze case and borrower status in conjunction with SCRA  project | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/06/13 | KK | Research Howard County, Indiana online court system to retrieve docket and review status of borrower and case in conjunction with SCRA project | L110 | .40 hrs |
| 02/06/13 | KK | Research Christian County public records and online court system database to retiree docket and determine status of case and borrower in conjunction with SCRA  project | L110 | .40 hrs |
| 02/06/13 | MCG | Conference with E.DeSilva and L.Delehey regarding DOJ and IFR compliance reviews | C300 | 6.90 hrs |
| 02/07/13 | MCG | Conference with D.Cunningham and G.Shannon regarding DOJ review requirements | C300 | .40 hrs |
| 02/07/13 | KK | Review and update bankruptcy chart to reflect updated information received | L110 | .20 hrs |
| 02/08/13 | KK | Review and update  SCRA spreadsheet | L110 | .20 hrs |
| 02/08/13 | KK | Receive and review entire case file requested from Superior Court of Delaware | L110 | .30 hrs |
| 02/08/13 | KK | E-mail correspondence with Westlaw couriers regarding statuses of several outstanding file requests in conjunction with SCRA  project | L110 | .30 hrs |
| 02/08/13 | KK | Research available records in New York unified state court system website to pull foreclosure docket and determine status of case and borrower | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
APRIL 30, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/08/13 | KK | Research Duval County online case system to retrieve and review several pleadings to determine status of case and borrower | L110 | .30 hrs |
| 02/08/13 | MCG | Review and analyze independent consultant's observation list | C300 | 3.10 hrs |
| 02/11/13 | KK | Research New York unified court system to retrieve docket and determine status of borrower with regard to military/non-military status | L110 | .30 hrs |
| 02/11/13 | KK | Research Indiana civil court online access system to retrieve and review details of borrower with regard to military/non-military status | L110 | .30 hrs |
| 02/11/13 | KK | Telephone correspondence with clerk of Court in Duval County, Florida regarding details of civil matter involving borrower not reflected on docket | L110 | .20 hrs |
| 02/12/13 | MCG | Review and analyze independent consultant observation list and review files for potential responses | C300 | 5.60 hrs |
| 02/12/13 | KK | Research Kentucky online case search system to retrieve and review docket and determine status of borrower in case | L110 | .40 hrs |
| 02/13/13 | MCG | Review and analyze independent consultant observation list and review files for potential responses | C300 | 1.40 hrs |
| 02/13/13 | KK | Research New York state unified court system to retrieve and review docket and determine status of case and borrower | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
APRIL 30, 2013

ResCap

OR0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/13/13 | KK | Research Oklahoma court records to retrieve and review docket and determine status of borrower | L110 | .40 hrs |
| 02/13/13 | KK | Research Delaware online court case system to retrieve and review docket and determine status of case and borrower | L110 | .30 hrs |
| 02/13/13 | KK | Research Kansas court and online official records to retrieve and review docket and determine status of borrower and case | L110 | .40 hrs |
| 02/13/13 | KK | Research Indiana online case system to retrieve and review docket and determine status of borrower and case | L110 | .30 hrs |
| 02/13/13 | KK | Research state of Connecticut online case search system to retrieve and review docket and determine status of case and borrower in action | L110 | .40 hrs |
| 02/14/13 | KK | Review and update  chart to reflect recently received pleadings in various states and counties | L110 | .20 hrs |
| 02/14/13 | KK | E-mail correspondence with Westlaw representative regarding docket and pleadings in Beaufort County, South Carolina necessary for review in conjunction with SCRA  project | L110 | .10 hrs |
| 02/14/13 | KK | Research Hillsborough County clerk of court to determine status of case and request pleadings necessary for review in conjunction with post-SCRA  project | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
APRIL 30, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/14/13 | MCG | Review and analyze independent consultant's observation task list and pleadings related to completed foreclosures | C300 | 5.10 hrs |
| 02/14/13 | MCG | Telephone conference with P.Hobib regarding engagement letter for independent consultant and data set required for review | C300 | .30 hrs |
| 02/14/13 | KK | Research Duval County online court records to retrieve and review docket | L110 | .30 hrs |
| 02/15/13 | KK | E-mail correspondence with court runner regarding status of requested pleadings in Broward County | L110 | .20 hrs |
| 02/15/13 | KK | Telephone correspondence with Westlaw representative regarding status of requested pleadings in New Jersey in conjunction with SCRA  project | L110 | .20 hrs |
| 02/15/13 | KK | Research law regarding requirements for attaching military status printout to affidavits of non-military service | L110 | .30 hrs |
| 02/18/13 | KK | Receive and review requested pleadings from Broward County, Florida in conjunction with SCRA project | L110 | .20 hrs |
| 02/18/13 | KK | E-mail correspondence with Westlaw representative regarding status of requests in Beaufort County, South Carolina | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/19/13 | KK | E-mail correspondence with Westlaw courier regarding status of outstanding order in Miami-Dade County, Florida | L110 | .20 hrs |
| 02/19/13 | KK | Receive and review non-military affidavits and motion for default as requested from Hillsborough County, Florida | L110 | .30 hrs |
| 02/19/13 | KK | Review and update  SCRA chart to reflect recently received pleadings | L110 | .20 hrs |
| 02/19/13 | KK | Receive and review requested pleadings and affidavits from Beaufort County, South Carolina clerk of court | L110 | .30 hrs |
| 02/20/13 | KK | E-mail correspondence with Westlaw courier regarding pleading request in Berkeley County,South Carolina | L110 | .10 hrs |
| 02/20/13 | MCG | Telephone conference with A.Standridge of DOJ regarding SCRA review and data set requirements | C400 | .20 hrs |
| 02/20/13 | MCG | Correspondence with client regarding telephone conference with A.Standridge of DOJ, SCRA review, engagement letter for independent consultant and data set requirements | C300 | .30 hrs |
| 02/20/13 | MCG | Review and analyze independent consultant's observation task list and pleadings from completed foreclosures for compliance with SCRA | C300 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       9
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| 02/20/13 | KK | Review Berkeley County docket to determine status of case and request non-military affidavit in conjunction with SCRA project | L110 | .20 hrs |
|---|---|---|---|---|
| 02/22/13 | KK | E-mail correspondence with Westlaw representatives regarding status of outstanding requests in conjunction with SCRA  project | L110 | .20 hrs |
| 02/22/13 | KK | Receive and review requested pleadings from Dade County, Florida | L110 | .20 hrs |
| 02/25/13 | KK | Receive and review non-military affidavit, motion, and entry of default as requested from Broward County, Florida, in conjunction with SCRA project | L110 | .20 hrs |
| 02/25/13 | KK | Research and review online records in Johnson County, Indiana Superior Court and register for free one-month account to retrieve dockets | L110 | .20 hrs |
| 02/25/13 | KK | Research New Jersey superior court online records to retrieve docket and determine status of case | L110 | .30 hrs |
| 02/25/13 | MCG | Review and analyze observation task list and pleadings from completed foreclosures for compliance with the SCRA | C300 | 6.60 hrs |
| 02/25/13 | MCG | Conference call with D.Cunningham and L.Delehy regarding work flow for IFR | C300 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     10
APRIL 30, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 02/25/13 | KK | Research Connecticut e-filing system to determine if account is needed to access pleadings and requirements for establishing one in order to retrieve and review dockets and pleadings | L110 | .30 hrs |
| 02/26/13 | KK | Review and update SCRA  chart to reflect recently received pleadings and determine length of time between requests and receipt of pleadings | L110 | .20 hrs |
| 02/26/13 | KK | Receive and review requested default judgment and supporting documents from Kent County Superior Court, Delaware | L110 | .20 hrs |
| 02/26/13 | KK | Research Delaware County Superior Court e-filing system to determine requirements for establishing account to retrieve and review dockets and pleadings | L110 | .20 hrs |
| 02/27/13 | MCG | Review Exhibit H to Consent Order regarding scope of completed foreclosure review and provide analysis to client | C300 | .80 hrs |
| 02/27/13 | MCG | Correspondence with client regarding scope of review, data set requirements and data provided to DOJ for the foreclosure review | C300 | .40 hrs |
| 02/28/13 | MCG | Telephone conference with client regarding foreclosure compliance review | C300 | 1.00 hrs |
| 02/28/13 | MCG | Correspondence with client regarding scope of review and data sets provided to DOJ | C300 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     11
ResCap                                                                    APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

---

| 03/01/13 | MCG | Conference call with client regarding DOJ/SCRA review | C300 | .90 hrs |
| 03/01/13 | MCG | Prepare SCRA review checklist for client review and approval | L120 | .40 hrs |
| 03/01/13 | MCG | Correspondence with DOJ regarding status of engagement letter and independent counsel | C400 | .20 hrs |
| 03/01/13 | MCG | Review and analyze SCRA review checklist from independent consultant | L120 | .20 hrs |
| 03/01/13 | KK | Research Kansas online court system to retrieve docket and case information for borrower in conjunction with SCRA post bankruptcy project | L110 | .40 hrs |
| 03/04/13 | KK | Receive and review requested pleadings form Delaware Superior Court in conjunction with SCRA post bankruptcy project | L110 | .30 hrs |
| 03/05/13 | KK | Review SCRA chart to determine status of outstanding pleadings necessary to review | L110 | .30 hrs |
| 03/06/13 | MCG | Prepare materials for meeting with SC RA review team related to SCRA statues at issue, consent order, DOJ decision trees, and DOJ training provided on decision tress | C300 | 5.10 hrs |
| 03/06/13 | MCG | Review and analyze additional pleadings received for SCRA look back | C300 | .80 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    12
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 03/07/13 | KK | Research and review Pacer and Duval County records to retrieve information and/or docket related to borrowers | L110 | .20 | hrs |
| 03/07/13 | KK | Review and update status chart to determine and send follow-up correspondence on outstanding pleadings | L110 | .40 | hrs |
| 03/07/13 | KK | Receive and review supplemental pleading from Johnson County, Indiana Superior Court for SCRA post-bankruptcy review | L110 | .20 | hrs |
| 03/07/13 | KK | Receive and review requested pleadings for SCRA post-bankruptcy review | L110 | .20 | hrs |
| 03/07/13 | MCG | Correspondence with DOJ regarding compliance with consent order related to independent consultant engagement letter | C400 | .20 | hrs |
| 03/07/13 | MCG | Correspondence with counsel for victim of ID theft regarding fraud complaint filed with NCIS | C400 | .20 | hrs |
| 03/07/13 | MCG | Prepare memorandum summarizing applicable statute sections of the SCRA for the DOJ Consent Order and summary of requirements of Consent Order review | C300 | 3.90 | hrs |
| 03/07/13 | MCG | Correspondence regarding independent consultant engagement letter | C400 | .10 | hrs |
| 03/07/13 | MCG | Correspondence with T.Hamzehpour regarding compliance with consent order related to independent consultant engagement letter | C300 | .20 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    13
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| 03/08/13 | MCG | Conference with client regarding DOJ/SCRA compliance review | C300 | 6.30 hrs |
|---|---|---|---|---|
| 03/11/13 | MCG | Correspondence with DOJ with engagement letter for independent consultant | C400 | .20 hrs |
| 03/11/13 | MCG | Correspondence with client with fraud complaint filed with NCIS alleging identity theft | C300 | .10 hrs |
| 03/14/13 | KK | Review chart and update status of requested versus received pleadings | L110 | .20 hrs |
| 03/18/13 | KK | Review and update chart to reflect outstanding pleadings requested | L110 | .20 hrs |
| 03/18/13 | MCG | Review independent consultant observation task list regarding compliance with SCRA and information needed to confirm initial observation | C100 | 1.10 hrs |
| 03/19/13 | KK | Receive and review requested pleadings from Camden County Superior Court in conjunction with SCRA review | L110 | .20 hrs |
| 03/19/13 | MCG | Correspondence with client regarding documents needed to review and analyze independent consultant observations | C300 | .20 hrs |
| 03/20/13 | MCG | Correspondence with DOJ regarding scope of review of completed foreclosures, issues related to remediation of deficiency judgments, and methodology for interest rate review | C400 | .40 hrs |
| 03/21/13 | KSA | Prepare for SCRA internal review visit | B110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    14
APRIL 30, 2013

ResCap

OR0802-301151

FED ID NO. 63-0243316

| 03/21/13 | MCG | Review and analyze origination documents, foreclosure and bankruptcy pleadings, and DMDC data in order to respond to observation task list related to compliance with SCRA | C300 | 3.60 hrs |
|---|---|---|---|---|
| 03/21/13 | MCG | Telephone conference with client regarding training for SCRA review team, scope of review and feedback from DOJ on questions related to scope of review and deficiency judgments | C300 | .50 hrs |
| 03/22/13 | MCG | Telephone conference with the Federal Reserve and client regarding SCRA reviews | C400 | 1.00 hrs |
| 03/26/13 | MCG | Review and revise observation task list | C300 | .10 hrs |
| 03/27/13 | KSA | Plan for FCC Review | B110 | .30 hrs |
| 03/27/13 | MCG | Correspondence with client regarding training for file review team | C300 | .10 hrs |
| 03/28/13 | MCG | Correspondence with client regarding methodology for interest rate review | C400 | .20 hrs |
| 03/29/13 | KSA | Prepare for Foreclosure Review Meetings | L680 | .60 hrs |
| 03/30/13 | MCG | Prepare training materials for meeting with SCRA review team | C300 | 1.60 hrs |
| 03/31/13 | MCG | Prepare training materials for SCRA review team | C300 | .60 hrs |
| 03/31/13 | KSA | Prepare for SCRA foreclosure review training | B110 | 3.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    15
APRIL 30, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

| 04/01/13 | KK | Review and update chart reflecting status of requested pleadings | L110 | .30 hrs |
|---|---|---|---|---|
| 04/01/13 | KK | Research and review online case management system in Connecticut to retrieve dockets involving four borrowers in various properties to determine the status of each case | L110 | .40 hrs |
| 04/01/13 | KK | Research and review Greenville, South Carolina online records to determine status of case | L110 | .20 hrs |
| 04/01/13 | MCG | Conduct training wit SCRA review team | C300 | 6.40 hrs |
| 04/01/13 | MCG | Review and revise review checklist, project milestone list and form file builds for SCRA review | C300 | 1.60 hrs |
| 04/02/13 | MCG | Review and revise review checklist, project milestone list and form file builds for SCRA review | C300 | 1.10 hrs |
| 04/02/13 | MCG | Conduct SCRA file review team training | C300 | 4.20 hrs |
| 04/02/13 | MCG | Correspondence with client regarding data submission to DOJ | C300 | .20 hrs |
| 04/02/13 | KK | Research Miami Dade clerk of court to retrieve and review docket and determine military status of borrower | L110 | .30 hrs |
| 04/02/13 | KK | Research and review Vermont online court records to retrieve docket and determine status of case | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    16
APRIL 30, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

| 04/02/13 | KK | Research New York unified state court system online records to retrieve docket and case information and determine status of case | L110 | .30 hrs |
|---|---|---|---|---|
| 04/02/13 | MCG | Telephone conference with client regarding DOJ review | C300 | 1.00 hrs |
| 04/02/13 | KSA | SCRA DOJ Training and discussion | L190 | 5.70 hrs |
| 04/03/13 | MCG | Prepare correspondence to client regarding methodologies for foreclosure and interest rate request review, timelines for each review and training for review team | C300 | .40 hrs |
| 04/05/13 | KK | Review and analyze chart with outstanding pleadings to determine what documents need to be requested | L110 | .40 hrs |
| 04/08/13 | MCG | Correspondence with client regarding methodology for interest rate reduction request review, methodology for completed foreclosure review, and timeline for return of data from DOJ | C300 | .40 hrs |
| 04/08/13 | MCG | Telephone conference with client regarding methodology for interest rate reduction request review | C400 | .70 hrs |
| 04/10/13 | MCG | Prepare correspondence to DOJ with independent consultant engagement letter and methodology | C400 | .10 hrs |
| 04/10/13 | MCG | Correspondence regarding independent consultant engagement letter | C400 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    17
ResCap                                                                          APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/10/13 | MCG | Correspondence from client regarding independent consultant engagement letter | C300 | .10 hrs |
| 04/11/13 | MCG | Prepare correspondence to client regarding whether affidavit of military service complied with the SCRA for IFR review | C100 | .20 hrs |
| 04/11/13 | MCG | Review affidavit of military service for compliance with the SCRA | C100 | .20 hrs |
| 04/11/13 | MCG | Correspondence with DOJ regarding revisions to independent consultant engagement letter for SCRA review | C400 | .30 hrs |
| 04/11/13 | MCG | Review e-mail from client and provide analysis of Section 517, 521 and 533 of the SCRA and scope of SCRA review | C300 | 1.10 hrs |
| 04/12/13 | MCG | Correspondence with client regarding revisions to independent consultant engagement letter | C300 | .10 hrs |
| 04/12/13 | KK | E-mail exchanges with Westlaw regarding details of requests for pleadings for cases involving five properties in Connecticut | L110 | .30 hrs |
| 04/14/13 | MCG | Correspondence regarding independent consultant letter | C400 | .20 hrs |
| 04/15/13 | MCG | Prepare correspondence to client regarding requirement to revise independent consultant engagement letter, explanation of changes to letter, and potential effect of changes | C300 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    18
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| 04/15/13 | MCG | Prepare correspondence regarding requirement to revise independent consultant engagement letter | C400 | .10 hrs |
| 04/15/13 | MCG | Compare revised engagement letter and attachments for independent consultant with initial engagement letter, consent decree, and decision trees | L120 | 1.40 hrs |
| 04/16/13 | MCG | Telephone conference with client regarding conference with DOJ, revisions to engagement letter and discrepancies between decision trees and attachments to engagement letter, and roles and responsibilities for review | C400 | .60 hrs |
| 04/16/13 | MCG | Correspondence with DOJ with revised engagement letter for independent consultant | C400 | .10 hrs |
| 04/16/13 | MCG | Telephone conference with DOJ regarding revisions to engagement letter and discrepancies between decision trees and attachments to engagement letter | C400 | .60 hrs |
| 04/16/13 | MCG | Review pleadings received in open items list from IFR and analyze whether foreclosure violated SCRA | C300 | .80 hrs |
| 04/16/13 | KK | Receive and review requested pleadings in Vermont Superior Court and Miami Dade County, Florida | L110 | .40 hrs |
| 04/16/13 | KK | E-mail correspondence with Westlaw representative regarding outstanding requests | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    19
APRIL 30, 2013

OR0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/16/13 | MCG | Review and revise engagement letter per direction of DOJ | C400 | 1.10 hrs |
| 04/17/13 | MCG | Telephone conference with client regarding training for file reviewers and scope of review | C300 | .60 hrs |
| 04/17/13 | MCG | Review data set related to missing social security numbers | C100 | .40 hrs |
| 04/17/13 | MCG | Coordinate training for file reviewers at Ft. Washington PA | C400 | .20 hrs |
| 04/17/13 | MCG | Review and revise engagement letter for independent consultant with redline revisions as required by the DOJ | C400 | .40 hrs |
| 04/18/13 | MCG | Correspondence regarding engagement letter for independent consultant and final report required for review | C400 | .10 hrs |
| 04/18/13 | KSA | Prepare for SCRA training of Ocwen employees | C300 | .30 hrs |
| 04/18/13 | KK | Review and analyze chart to determine outstanding items in effort to expedite SCRA project | L110 | .30 hrs |
| 04/19/13 | MCG | Correspondence with DOJ regarding engagement letter for independent consultant | C400 | .10 hrs |
| 04/22/13 | MCG | Respond to questions from file builders and reviewers regarding SCRA coverage | C300 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    20
APRIL 30, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 04/22/13 | MCG | Review and analyze 25 loans reviewed by file builders, initial findings and conclusions, and checklists for compliance with SCRA | C300 | 6.40 hrs |
| 04/22/13 | KSA | Prepare for SCRA training of file builds | B110 | .40 hrs |
| 04/23/13 | KSA | Prepare for SCRA Training sessions | L190 | .30 hrs |
| 04/23/13 | MCG | Correspondence regarding review of 25 loans | C300 | .20 hrs |
| 04/23/13 | MCG | Correspondence regarding Section 517 waiver and its applicability for SCRA | C300 | .20 hrs |
| 04/24/13 | MCG | Respond to file reviewer questions regarding scope of review and SCRA | C300 | 2.10 hrs |
| 04/24/13 | MCG | Review SCRA regarding amendments to protections and effective date of amendments, definitions of military service related to incarceration, and extension of periods of protection | C200 | 1.60 hrs |
| 04/24/13 | MCG | Conference call with SCRA review team regarding training and test loans | C300 | 1.10 hrs |
| 04/25/13 | KK | Receive and review requested affidavit of default in Greenville County, South Carolina | L110 | .20 hrs |
| 04/25/13 | MCG | Review affidavit and supporting documents for compliance with SCRA | L210 | .40 hrs |
| 04/25/13 | MCG | Review case law regarding whether SCRA covers executors, personal representatives or trustees | C200 | 1.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/26/13 | MCG | Respond to questions raised by file builders and reviewers related to compliance with SCR and completed foreclosure | C300 | 3.90 hrs |
| 04/27/13 | MCG | Respond to questions raised by file builders and reviewers related to compliance with SCR and completed foreclosure | C300 | 3.10 hrs |
| 04/29/13 | MCG | Prepare training materials for Estate employees on SCRA and Consent Decree | C300 | 1.10 hrs |
| 04/29/13 | MCG | Correspondence with DOJ regarding revisions to independent counsel engagement letter | C400 | .30 hrs |
| 04/29/13 | KSA | Prepare for SCRA training and develop outline of questions for SCRA Review | L693 | 1.20 hrs |
| 04/30/13 | KSA | Conduct SCRA training for Ocwen reviewers under upcoming DOJ review | L693 | 7.10 hrs |
| 04/30/13 | MCG | Train Estate employees on Consent Decree and SCRA compliance | C300 | 6.30 hrs |

TOTAL FEES FOR THIS MATTER                    $53,084.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    22
APRIL 30, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

_____

### EXPENSES

| | | |
|---|---|---|
| 03/05/13 | Copy Charges | 0.00 |
| 03/05/13 | Copy Charges | 0.00 |
| 03/06/13 | Copy Charges | 0.00 |
| 03/29/13 | Copy Charges | 0.00 |
| 03/29/13 | Copy Charges | 0.00 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 107267 | 159.11 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 107267 | 161.77 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 107267 | 178.15 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 107267 | 133.68 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 107267 | 133.68 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 107267 | 133.68 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 107267 | 140.34 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 107267 | 142.04 |
| 03/12/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS  Bank ID: GENR Check Number: 108084 | 1,704.16 |
| 04/08/13 | Court Costs - Pleadings - WEST GROUP WESTLAW COURT EXPRESS-DOCUMENTS  Bank ID: GENR Check Number: 109679 | 449.88 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    23
ResCap                                                          APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 02/08/13 | Airline Tickets - MICHAEL C.GRIFFIN MEETING IN CHARLOTTE W/ ELIZABETH DESILVA & LAUREN DELEHEY 2/5/13 - 2/6/13<br>Bank ID: GENR Check Number: 106700 | 1,462.30 |
| 03/18/13 | Airline Tickets - MICHAEL C.GRIFFIN RESCAP ESTATE MEETING W/ DAVID CUNNINGHAM 3/8/13<br>Bank ID: GENR Check Number: 108551 | 840.30 |
| 04/04/13 | Airline Tickets - MICHAEL C.GRIFFIN TRAVEL TO PHILADELPHIA, PA FOR SCRA REVIEW MEETING 4/1/13 - 4/2/13<br>Bank ID: GENR Check Number: 109272 | 700.30 |
| 04/05/13 | Airline Tickets - KEITH ANDERSON SCRA DOJ REVIEW IN FORT WASHINGTON, PA 3/31/13 - 4/2/13<br>Bank ID: GENR Check Number: 109569 | 689.60 |
| 02/08/13 | Travel Expense - MICHAEL C.GRIFFIN MEETING IN CHARLOTTE W/ ELIZABETH DESILVA & LAUREN DELEHEY 2/5/13 - 2/6/13 HOTEL<br>Bank ID: GENR Check Number: 106700 | 286.31 |
| 02/08/13 | Travel Expense - MICHAEL C.GRIFFIN MEETING IN CHARLOTTE W/ ELIZABETH DESILVA & LAUREN DELEHEY 2/5/13 - 2/6/13 RENTAL CAR<br>Bank ID: GENR Check Number: 106700 | 136.15 |
| 02/08/13 | Travel Expense - MICHAEL C.GRIFFIN MEETING IN CHARLOTTE W/ ELIZABETH DESILVA & LAUREN DELEHEY 2/5/13 - 2/6/13 PARKING, FUEL<br>Bank ID: GENR Check Number: 106700 | 58.30 |
| 03/18/13 | Travel Expense - MICHAEL C.GRIFFIN RESCAP ESTATE MEETING W/ DAVID CUNNINGHAM 3/8/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108551 | 63.97 |
| 03/18/13 | Travel Expense - MICHAEL C.GRIFFIN RESCAP ESTATE MEETING W/ DAVID CUNNINGHAM 3/8/13 PARKING<br>Bank ID: GENR Check Number: 108551 | 19.00 |
| 04/04/13 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO PHILADELPHIA, PA FOR SCRA REVIEW MEETING 4/1/13 - 4/2/13 HOTEL<br>Bank ID: GENR Check Number: 109272 | 182.52 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    24
ResCap                                              APRIL 30, 2013

                                                    0R0802-301151

                                                    FED ID NO. 63-0243316

04/04/13 Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO            148.41
         PHILADELPHIA, PA FOR SCRA REVIEW MEETING 4/1/13
         - 4/2/13 RENTAL CAR
         Bank ID: GENR Check Number: 109272
04/05/13 Travel Expense - KEITH ANDERSON SCRA DOJ REVIEW        160.13
         IN FORT WASHINGTON, PA 3/31/13 - 4/2/13 HOTEL
         3/31/13 - 4/1/13
         Bank ID: GENR Check Number: 109569
04/05/13 Travel Expense - KEITH ANDERSON SCRA DOJ REVIEW        182.52
         IN FORT WASHINGTON, PA 3/31/13 - 4/2/13 HOTEL
         4/1/12 - 4/2/13
         Bank ID: GENR Check Number: 109569
04/05/13 Travel Expense - KEITH ANDERSON SCRA DOJ REVIEW        379.64
         IN FORT WASHINGTON, PA 3/31/13 - 4/2/13 RENTAL
         CAR
         Bank ID: GENR Check Number: 109569
04/05/13 Travel Expense - KEITH ANDERSON SCRA DOJ REVIEW         30.00
         IN FORT WASHINGTON, PA 3/31/13 - 4/2/13 PARKING
         Bank ID: GENR Check Number: 109569
02/08/13 Meal Expense - MICHAEL C.GRIFFIN MEETING IN             35.83
         CHARLOTTE W/ ELIZABETH DESILVA & LAUREN DELEHEY
         2/5/13 - 2/6/13
         Bank ID: GENR Check Number: 106700
03/18/13 Meal Expense - MICHAEL C.GRIFFIN RESCAP ESTATE          25.39
         MEETING W/ DAVID CUNNINGHAM 3/8/13
         Bank ID: GENR Check Number: 108551
04/04/13 Meal Expense - MICHAEL C.GRIFFIN TRAVEL TO              30.30
         PHILADELPHIA, PA FOR SCRA REVIEW MEETING 4/1/13
         - 4/2/13
         Bank ID: GENR Check Number: 109272
04/05/13 Meal Expense - KEITH ANDERSON SCRA DOJ REVIEW           67.84
         IN FORT WASHINGTON, PA 3/31/13 - 4/2/13
         Bank ID: GENR Check Number: 109569

         TOTAL COSTS FOR THIS MATTER                         $8,835.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     25
APRIL 30, 2013

0R0802-301151

FED ID NO. 63-0243316

BILLING SUMMARY

| Keith S. Anderson | 20.10 hrs | 268.00 /hr | 5,386.80 |
| Michael C. Griffin | 126.80 hrs | 348.00 /hr | 44,126.40 |
| Kerry Keane | 22.60 hrs | 158.00 /hr | 3,570.80 |

| TOTAL FEES | 169.50 hrs | | $53,084.00 |

TOTAL EXPENSES                          $8,835.30

**TOTAL CHARGES FOR THIS INVOICE**          **$61,919.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0802-301153
Fort Washington, PA 19034

                                                         INVOICE #   841311

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0R0802-301153
          TC # 730465

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | MW | Draft status update to client regarding continued efforts to contact borrower | C200 | .10 hrs |
| 01/23/13 | MW | Review and analyze documents relative to mortgage loan and note in light of property sale and in preparation for further correspondence attempts to borrower and new owner | C300 | .60 hrs |
| 01/23/13 | MW | Review and revise draft letter to borrower in connection with obligations pursuant to promissory note | C400 | 1.00 hrs |
| 01/23/13 | MW | Review and revise letter to new property owner regarding obligations pursuant to mortgage still encumbering property | C400 | 1.20 hrs |
| 01/23/13 | MCG | Review and revise correspondence to borrower and third party purchaser | C400 | .20 hrs |
| 01/23/13 | MPE | Research docket for all related cases to determine status. | L110 | .20 hrs |
| 01/23/13 | MPE | Research public records for status of property. | L110 | .50 hrs |
| 01/23/13 | MPE | Draft letter to third party purchaser and borrower regarding liens on property. | L110 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0802-301153

FED ID NO. 63-0243316

---

| 01/23/13 | MPE | Update timeline of case events with relevant information regarding lien priority | L110 | .30 hrs |
|---|---|---|---|---|

|  | TOTAL FEES FOR THIS MATTER |  | $1,171.30 |
|---|---|---|---|

BILLING SUMMARY

| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Monica Wilson | 2.90 hrs | 282.00 /hr | 817.80 |
| Melisa P. Palmer | 1.70 hrs | 167.00 /hr | 283.90 |

| TOTAL FEES | 4.80 hrs |  | $1,171.30 |
|---|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** |  |  | **$1,171.30** |
|---|---|---|---|

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                MARCH 27, 2013
1100 Virginia Drive                                                   0R0802-301154
Fort Washington, PA 19034

                                                                      INVOICE #  841312

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0802-301154
      TC # 730698

PROFESSIONAL SERVICES

01/02/13  CSM  Drafted case status report              B110      .10 hrs


          TOTAL FEES FOR THIS MATTER                             $30.00


BILLING SUMMARY

   Cory S. Menees            .10 hrs   300.00 /hr        30.00


TOTAL FEES                   0.10 hrs                   $30.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$30.00**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0802-301159
Fort Washington, PA 19034

                                                              INVOICE #   841314

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

        Re:  0R0802-301159
             TC # 731420

PROFESSIONAL SERVICES

01/04/13   CJA   Confer with city officials regarding        B250        .20 hrs
                 recording of partial release

01/18/13   ERP   Initial draft of closing memorandum         L120        .40 hrs

01/18/13   CJA   Receipt and review of partial release of    B250        .30 hrs
                 lien and provided same to client

01/25/13   ERP   Revise and finalize closing memorandum      L120        .10 hrs

01/25/13   ERP   E-mail communication with C.Adams           L120        .20 hrs
                 attaching closing memorandum


           TOTAL FEES FOR THIS MATTER                           $241.60


BILLING SUMMARY

    Emily R. Powell              .70 hrs    163.00 /hr      114.10
    C. Jason Avery               .50 hrs    255.00 /hr      127.50


TOTAL FEES                      1.20 hrs                   $241.60

**TOTAL CHARGES FOR THIS INVOICE**                        **$241.60**

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 26, 2013
1100 Virginia Drive                                      0R0802-301160
Fort Washington, PA 19034

                                                         INVOICE #  840964

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0R0802-301160
     TC # 702040

EXPENSES

01/15/13 Court Costs - Pleadings - WEST GROUP KK COURT                171.13
         DOCUMENTS
         Bank ID: GENR Check Number: 105210
01/20/13 Court Costs - Pleadings - WEST GROUP KK COURT                161.77
         DOCUMENTS
         Bank ID: GENR Check Number: 105463
01/24/13 Court Costs - Pleadings - WEST GROUP LDM                     136.03
         Bank ID: GENR Check Number: 105605
01/24/13 Court Costs - Pleadings - WEST GROUP LDM                     140.35
         Bank ID: GENR Check Number: 105607
01/28/13 Court Costs - Pleadings - WEST GROUP KK COURT                142.05
         DOCUMENTS
         Bank ID: GENR Check Number: 105819
01/24/13 Airline Tickets - JAMES W. WRIGHT ATTEND                     650.20
         TRAINING SESSION IN PHILADELPHIA & PLYMOUTH
         MEETING, PA 1/22/13 - 1/23/13
         Bank ID: GENR Check Number: 105692
01/24/13 Travel Expense - JAMES W. WRIGHT ATTEND                      182.52
         TRAINING SESSION IN PHILADELPHIA & PLYMOUTH
         MEETING, PA 1/22/13 - 1/23/13 HOTEL
         Bank ID: GENR Check Number: 105692
01/24/13 Travel Expense - JAMES W. WRIGHT ATTEND                      445.56
         TRAINING SESSION IN PHILADELPHIA & PLYMOUTH
         MEETING, PA 1/22/13 - 1/23/13 RENTAL CAR
         Bank ID: GENR Check Number: 105692
01/24/13 Travel Expense - JAMES W. WRIGHT ATTEND                       24.00
         TRAINING SESSION IN PHILADELPHIA & PLYMOUTH
         MEETING, PA 1/22/13 - 1/23/13 PARKING
         Bank ID: GENR Check Number: 105692



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 26, 2013

0R0802-301160

FED ID NO. 63-0243316

01/24/13  Meal Expense - JAMES W. WRIGHT ATTEND TRAINING                74.28
          SESSION IN PHILADELPHIA & PLYMOUTH MEETING, PA
          1/22/13 - 1/23/13
          Bank ID: GENR Check Number: 105692
01/24/13  Meal Expense - JAMES W. WRIGHT ATTEND TRAINING                68.46
          SESSION IN PHILADELPHIA & PLYMOUTH MEETING, PA
          1/22/13 - 1/23/13
          Bank ID: GENR Check Number: 105692

          TOTAL COSTS FOR THIS MATTER                  $2,196.35


TOTAL FEES                    0.00 hrs                 $.00

TOTAL EXPENSES                              $2,196.35

**TOTAL CHARGES FOR THIS INVOICE**              $2,196.35

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0R0802-301160
Fort Washington, PA 19034

                                                    INVOICE #  841315

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

        Re:  0R0802-301160
             TC # 702040

PROFESSIONAL SERVICES

| 01/02/13 | FWA | Review query from client re: KY remediation status and confer with client re: same | L190 | .60 hrs |
|---|---|---|---|---|
| 01/02/13 | FWA | Review disclosure template form utilized by client and consider potential revisions to same to comply with new requirements | L190 | 1.10 hrs |
| 01/02/13 | CSM | Review and respond to client email regarding foreclosure counsel request to review loan file and pleadings in relation to execution of HB 1875 attorney affirmation | P280 | .40 hrs |
| 01/02/13 | JW | Review New Jersey Notice of Intention to Foreclose insert regarding approved counseling agencies | L210 | .50 hrs |
| 01/02/13 | JW | Teleconference regarding property addresses reflected in Corrected Notice of Intention to Foreclose List | L210 | .20 hrs |
| 01/02/13 | JW | Review property addresses reflected in Corrected Notice of Intention to Foreclose List | L210 | .30 hrs |
| 01/02/13 | JW | Revise New Jersey Notice of Intention to Foreclose insert on approved counseling agencies | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
MARCH 27, 2013

0R0802-301160
FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 01/02/13 | CSM | Emails with client regarding form verification and affidavit to be used by Hawaii foreclosure counsel | P280 | .30 hrs |
| 01/02/13 | CWH | Exchange several emails with document execution team regarding review and approval of various exception requests from default counsel | L120 | .30 hrs |
| 01/02/13 | DBO | Resolved issues from document execution group relating to affidavit questions and correspondence and teleconference with client regarding same | L120 | 1.50 hrs |
| 01/03/13 | CSM | Review foreclosure counsel emails regarding affidavit exception request | P280 | .20 hrs |
| 01/03/13 | CC | Review and analyze materials, documents and research in order to determine UCC status in Murray case | L120 | 1.20 hrs |
| 01/03/13 | JRB | Analyze issues concerning non-filing of proofs of claims by plaintiffs in mortgage litigation and development of coordinated strategy with respect to same | B410 | .40 hrs |
| 01/03/13 | DBO | Prepared for and attended teleconference to inform NY firm of transfer of files and numerous correspondence with client regarding reasoning for same and attending transfer | L120 | 1.30 hrs |
| 01/03/13 | CSM | Emails with client regarding development of form affidavit of indebtedness for use in Idaho | P280 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/03/13 | CSM | Communicate with foreclosure counsel regarding form of complaint verification and affidavit in support of summary judgment to be used on Hawaii files | C400 | .70 hrs |
|---|---|---|---|---|
| 01/03/13 | JW | Review Corrected Notice of Intention to Foreclose packets for completion | L210 | .50 hrs |
| 01/03/13 | JW | Confirm New Jersey order to show cause publication notices set to run on 1/8/13 | L210 | .20 hrs |
| 01/03/13 | JW | Review revised New Jersey Notice of Intention to Foreclose insert of HUD counseling agencies | L210 | .30 hrs |
| 01/03/13 | JW | Revise and complete Corrected Notice of Intention to Foreclose packets | L210 | .30 hrs |
| 01/03/13 | CSM | Draft language regarding lost note for use in affidavit in lieu of that proposed by foreclosure counsel | L210 | .30 hrs |
| 01/03/13 | DCL | Conference call with GMACM Document Execution associates and the Rosicki Law Firm regarding procedure for New York remediation | L120 | .30 hrs |
| 01/03/13 | DCL | Prepare for conference call with New York counsel regarding counsel regarding remediation | L120 | .40 hrs |
| 01/03/13 | DCL | Analyze AG's Motion to Amend Complaint and draft proposed complaint (Commonwealth of MA v. Bank of America, NA) | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/04/13 | JW | Review completed Order to Show Cause Packets for distribution in New Jersey | L210 | 1.20 hrs |
| 01/04/13 | CSM | Emails with client and Ohio foreclosure counsel regarding revisions to form affidavits | P280 | .60 hrs |
| 01/04/13 | DBO | Correspondence with client and prepared for transfer of files from NY foreclosure firm | L120 | .60 hrs |
| 01/04/13 | DBO | Correspondence with S.Bocresion regarding FL billing issues with FL firms | L120 | .30 hrs |
| 01/05/13 | JRB | Review revised client policy and procedures for fee recovery and e-mail from client regarding same | B410 | .20 hrs |
| 01/06/13 | DBO | Planned and prepared for upcoming trip to NY regarding transfer of files in NY | L120 | .50 hrs |
| 01/07/13 | ACA | Worked on P&Ps for ETS relating to military status. | C300 | 1.00 hrs |
| 01/07/13 | ACA | Worked on P&P for foreclosure dept including El Monte ordinances. | C300 | 1.50 hrs |
| 01/07/13 | DBO | Correspondence with client regarding FL firm file pull | L120 | .20 hrs |
| 01/07/13 | DBO | Correspondence with client regarding finalizing OTSC package and review of sample package regarding same | L120 | .40 hrs |
| 01/07/13 | LSDR | Review and analyze ETS Oakland procedures for online P&P manual | L120 | 1.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/07/13 | LSDR | Review and analyze changes to restart procedures | L120 | .80 hrs |
| 01/07/13 | LSDR | Review and analyze ETS military status procedures for online manual | L120 | 1.30 hrs |
| 01/07/13 | JRK | Review and analyze issues with JPMC endorsements | L120 | .20 hrs |
| 01/07/13 | JRK | Draft form email to send to foreclosure counsel regarding the note endorsement issue | L120 | .60 hrs |
| 01/07/13 | JRK | Update spreadsheet and consolidate all notes from teleconferences with foreclosure counsel regarding the note endorsement issue | L120 | .60 hrs |
| 01/07/13 | JRB | Review and propose revisions to client updates to fee recovery and related practices and procedures | B410 | 1.10 hrs |
| 01/08/13 | JRK | Review and analyze AB 1599 in California to determine if translations of the Notice of Default and Notice of Sale need to be sent in six languages | L120 | .30 hrs |
| 01/08/13 | JRK | Review and analyze Washington requirements for Notice of Incurred Fees | L120 | .20 hrs |
| 01/08/13 | LSDR | Review and analyze comments to ETS military status procedures | L120 | .40 hrs |
| 01/08/13 | CSM | Telephone conference with client regarding revised form of Ohio affidavit of account status | C400 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/08/13 | FWA | Review remediation status of KY letter submissions and confer with client re: same | L190 | .50 hrs |
|---|---|---|---|---|
| 01/08/13 | ACA | Worked on ETS invoice processing P&Ps. | C300 | 2.00 hrs |
| 01/08/13 | DBO | Prepared for upcoming file transfer at NY firm by reviewing correspondence from client and attachments regarding file volume and reconciliation report | L120 | 1.40 hrs |
| 01/08/13 | DBO | Prepared for and attended teleconference set by J.Evans with Marshall Watson related to Marshall Watson's suspension of the practice of law | L120 | .80 hrs |
| 01/08/13 | DBO | Review of final sample NJ OTSC package sent by A.Fleitas and correspond with A.Fleitas regarding same and | L120 | 3.30 hrs |
| 01/08/13 | CSM | Emails with Hawaii foreclosure counsel regarding acceptance and implementation of revised form of complaint verification and affidavit in support of summary judgment | P280 | .30 hrs |
| 01/08/13 | CSM | Emails with Ohio foreclosure counsel regarding acceptance and implementation of revised form of affidavit of account status | P280 | .40 hrs |
| 01/08/13 | CSM | Review and respond to emails from client regarding foreclosure counsel request for execution of remediated affidavit in relation to Kentucky file | P280 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/09/13 | DBO | Attended meetings regarding transfer of files from NY law firm and reconciled files and physically transferred same, including originals | L120 | 8.20 hrs |
|---|---|---|---|---|
| 01/09/13 | DBO | Correspondence related to FL files and AOM requirements | L120 | .60 hrs |
| 01/09/13 | LSDR | Continue to review and analyze ETS military status check procedures | L120 | 1.30 hrs |
| 01/09/13 | LSDR | Review and analyze REO agent interview procedures for online manual | L120 | 1.30 hrs |
| 01/09/13 | CSM | Emails with client regarding remediation of affidavits filed in Kentucky foreclosure actions | P280 | .20 hrs |
| 01/09/13 | FWA | Review research memo related to restart issues and revise the same | L190 | 1.20 hrs |
| 01/09/13 | CSM | Further revise form of affidavit in support of summary judgment for use in Hawaii foreclosure actions | L210 | .10 hrs |
| 01/09/13 | CSM | Emails with client and Texas foreclosure counsel regarding form of affidavit in support of expedited applications for foreclosure | P280 | .10 hrs |
| 01/09/13 | CSM | Emails with client regarding Hawaii foreclosure counsel acceptance and implementation of revised form of complaint verification and affidavit in support of summary judgment | P280 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     8
MARCH 27, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| 01/09/13 | JW | Teleconference with E.Yeranosian regarding Washington emergency regulations | L120 | .50 hrs |
|---|---|---|---|---|
| 01/09/13 | JRK | Draft and revise Notice of Fees Incurred to reflect ETS procedures for assessing incurred fees | L120 | .30 hrs |
| 01/09/13 | DCL | Advise Records Services Department regarding lost note issues | L120 | .30 hrs |
| 01/09/13 | JRB | E-mail to client regarding updates to fee recoverability practices and procedures | B410 | .20 hrs |
| 01/10/13 | EL | Consideration of issues regarding delivery of RESPA/Regulation X notice of transfer of servicing by GMACM prior to transfer date; legal research regarding permissibility of disclosing new servicer as entity other than initial transferee; review of CFPB examination materials and other regulatory guidance regarding servicing transfer notification obligations | L120 | 1.50 hrs |
| 01/10/13 | JRK | E-mail A.Olson to find out best address to send original notes for correction | L120 | .10 hrs |
| 01/10/13 | PMD | Worked on RESPA hello/goodbye issues | L120 | .60 hrs |
| 01/10/13 | JRK | Update log of JPMC note issue conference calls to reflect status of each file Codilis is responsible for | L120 | .40 hrs |
| 01/10/13 | FWA | Review and revise memo to client re: RESPA issues | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      9
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 01/10/13 | JW | Distribute complaint checklist to firms | L210 | .20 hrs |
| 01/10/13 | JW | Teleconference with M.Kachi regarding complaint checklist | L210 | .30 hrs |
| 01/10/13 | LSDR | Review and analyze issue regarding timing of RESPA goodbye letter in connection with loan transfer | L120 | 4.80 hrs |
| 01/10/13 | FWA | Review materials related to POA questions from client and confer with client re: same | L190 | 1.10 hrs |
| 01/10/13 | DBO | Attended meetings regarding transfer of files from NY law firm and reconciled files and physically transferred same, including originals | L120 | 6.80 hrs |
| 01/11/13 | LSDR | Draft and revise memorandum regarding timing of RESPA goodbye letter for FNMA loan sales | L120 | 3.10 hrs |
| 01/11/13 | DBO | Correspondence with client regarding Marshall Watson suspension and transfer of files from other FL law firm | L120 | .50 hrs |
| 01/11/13 | DBO | Correspondence with M.Wright regarding chart relating to restart of foreclosures based on servicing transfer and began researching same | L120 | 1.20 hrs |
| 01/11/13 | CWH | Exchange e-mails with document execution and foreclosure team members about need for more information before we can review a certain loan for remediation issues | L120 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/11/13 | FWA | Review memo related to RESPA requirements and provide comments related to the same | L190 | .50 hrs |
| 01/11/13 | FWA | Confer with Illinois counsel re: note request and contact client re: same | L190 | .40 hrs |
| 01/11/13 | FWA | Review and revise memo to client re: redemption periods and confer with client re: same | L190 | .80 hrs |
| 01/11/13 | ACA | Reviewed and sent out comments on Foreclosure and ETS P&Ps. | C300 | 6.50 hrs |
| 01/11/13 | JW | Revise New Jersey complaint checklist; discuss process regarding the same with local counsel | B110 | 1.00 hrs |
| 01/11/13 | JRK | Provide R.Rappe at Codilis with appropriate address information and also check on status of one problematic loan | L120 | .30 hrs |
| 01/11/13 | JRK | Follow up with A.Olson regarding address to send original notes for correction and to provide relevant loan numbers for tracking | L120 | .20 hrs |
| 01/11/13 | EL | Further consideration of issues regarding disclosure of new servicer as entity other than transferee in RESPA/Regulation X notice of transfer of servicing; review of summary memorandum regarding same | L120 | .50 hrs |
| 01/14/13 | LSDR | Review and analyze foreclosure fee recoverability procedures | L120 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     11
MARCH 27, 2013

OR0802-301160

FED ID NO. 63-0243316

| 01/14/13 | LSDR | Review and analyze on REO Asset manager interview procedures | L120 | .40 hrs |
|---|---|---|---|---|
| 01/14/13 | JRK | Notify A.Olson of two original notes that are being from mailed codilis and Associates | L120 | .20 hrs |
| 01/14/13 | JRK | Prepare for conference call by reviewing AB 1599 and updates made to California Department of Corporations web site | L120 | .30 hrs |
| 01/14/13 | JRK | Conference call with L.Yeranosian, C.Inouye and J.Wright to discuss California Notice of Default and Notice of Sale translation requirement | L120 | .50 hrs |
| 01/14/13 | JW | Review borrower objection to Order to Show Cause | L210 | .10 hrs |
| 01/14/13 | DBO | Received first objection to NJ OTSC and had conference regarding chart tracking same, format of chart, and strategy of responding to each | L120 | 1.30 hrs |
| 01/14/13 | DBO | Follow-up with client and Berkman and Wiener regarding file transfers and ensuring executed NY AOIs were sent to the correct firm for immediate filing and completed reconciliation of loan lists | L120 | 1.40 hrs |
| 01/14/13 | DBO | Prepared response to M.Wright regarding substitution of plaintiff when servicing transfer occurs and prepared and researched chart regarding same | L120 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    12
MARCH 27, 2013

ResCap

OR0802-301160

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/14/13 | FWA | Review POA issue raised by client and confer with client re: thoughts related to same | L190 | 1.10 hrs |
| 01/14/13 | FWA | Confer with client re: AFF issues in Ohio | L190 | .40 hrs |
| 01/14/13 | SJF | Review Section 202 of 2012 American Taxpayer Relief Act and Latest Drafts of Flowchart and notes and message to P.Pexa about same | B230 | .50 hrs |
| 01/15/13 | FWA | Confer with client re: Ohio remediation status | L190 | .50 hrs |
| 01/15/13 | FWA | Confer with client re: PSA inquiry related to signing authority and consider response to same | L190 | 1.10 hrs |
| 01/15/13 | TARO | Discussions in Spanish with Borrower re: possible mitigation related to order to show cause | C300 | .80 hrs |
| 01/15/13 | DBO | Further reconciliation of NY file transfer and correspondence with client and firms regarding specific NY AOIs and what firm should receive same | L120 | .70 hrs |
| 01/15/13 | DBO | Teleconferences with numerous NJ borrowers who were objecting to the OTSC process | L120 | 1.40 hrs |
| 01/15/13 | DBO | Correspondence with client regarding update on NJ OTSC including publication, objections, and post-judgment files | L120 | .60 hrs |
| 01/15/13 | SJF | Message to P.Pexa and P.Cannon about changes in law effective in 2013 | B240 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    13
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/15/13 | MPE | Review public records and docket to determine history and issues with former D.Stern case forwarded to us from C.Whitlow with D.Stern's office. | L110 | .80 hrs |
| 01/15/13 | JW | Review and analyze process for responding to borrower objections to Order to Show Cause | L210 | .80 hrs |
| 01/15/13 | JW | Correspondence with local counsel regarding adequacy of complaint checklist for New Jersey | L210 | .20 hrs |
| 01/15/13 | JRK | Research Assembly Bill 1599 and Cal. Civil Code 2924 to ensure  notices are compliant | L120 | 2.00 hrs |
| 01/15/13 | JRK | Revise Notice of Default and Notice of Sale for California to include translated statement and translated summaries | L120 | .60 hrs |
| 01/15/13 | JRK | Review possible objection to the notice of intent in New Jersey and determine strategy going forward | L120 | .20 hrs |
| 01/15/13 | JRK | Review and categorize New Jersey objections to the Order to Show Cause | L120 | 1.40 hrs |
| 01/15/13 | LSDR | Review and comment on foreclosure department procedures for online manual update | L120 | .30 hrs |
| 01/16/13 | LSDR | Review and analyze ETS Oakland procedures | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/16/13 | DBO | Correspondence and teleconference with client regarding NJ order to show cause and outstanding invoices to special counsel | L120 | .50 hrs |
|----------|-----|---|------|---------|
| 01/16/13 | LSDR | Review and analyze various REO procedures for update | L120 | 1.10 hrs |
| 01/16/13 | JRK | Update status spreadsheet to reflect progress made on the JPMC endorsement issue | L120 | .20 hrs |
| 01/16/13 | JRK | Develop method of tracking objections to New Jersey Order to Show Cause | L120 | .40 hrs |
| 01/16/13 | JRK | Revise translations of California summary of Notice of Default/Sale | L120 | .20 hrs |
| 01/16/13 | LSDR | Review and analyze REO asset resolution report procedures | L120 | .60 hrs |
| 01/16/13 | JW | Review local counsel edits to New Jersey Complaint Checklist | L210 | .20 hrs |
| 01/16/13 | JW | Email M.Kachhi regarding edits to New Jersey Complaint Checklist | L210 | .10 hrs |
| 01/16/13 | DBO | Correspondence with client regarding NJ OTSC packages being sent and update with status of compliance with all standards pursuant to OTSC | L120 | .60 hrs |
| 01/16/13 | DBO | Correspondence with client and Stein Weiner regarding transfer of files from BHPP and reconciling same with affidavits | L120 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/16/13 | MPE | Review and analysis of client documents to assist with determining file history and issues of former D.Stern case and prepare timeline of case events. | L110 | 1.30 hrs |
|----------|-----|------|------|------|
| 01/16/13 | CSM | Review emails between client and Florida foreclosure firm regarding form of lost note affidavit | P280 | .10 hrs |
| 01/16/13 | CSM | Emails with client and Ohio foreclosure counsel regarding denial of motion to affirm judgment supported by possibly defective affidavit | P280 | .50 hrs |
| 01/16/13 | JRB | Review and approve revisions to client's policies and procedures regarding fee recovery | B410 | .30 hrs |
| 01/16/13 | ACA | Worked on foreclosure P&P related to deed execution. | C300 | .30 hrs |
| 01/16/13 | FWA | Confer with client re: document execution issue and related complaint | L190 | .50 hrs |
| 01/16/13 | FWA | Coordinate with client with regard to Ohio remediation approach | L190 | .60 hrs |
| 01/16/13 | FWA | Review remediation issue in Ohio and confer with client re: same | L190 | .70 hrs |
| 01/17/13 | FWA | Prepare for and attend conference call with client re: GSE issues and consider appropriate response to same | L190 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/17/13 | DBO | Teleconference with client regarding outstanding NJ issues including NJ invoices and provided detailed correspondence of judicial magistrate's duties and obligations to client | L120 | 1.60 hrs |
| 01/17/13 | CSM | Communicate with client regarding form of substitution of trustee used by North Carolina foreclosure counsel | P280 | .90 hrs |
| 01/17/13 | ACA | Worked on escrow mortgage insurance P&P. | C300 | 1.00 hrs |
| 01/17/13 | LSDR | Review and respond to Fannie Mae issues | L120 | 1.30 hrs |
| 01/17/13 | DBO | Correspondence with A.Fleitas regarding borrower objections and resolving same and teleconferences with objecting borrowers related to NJ OTSC | L120 | 1.10 hrs |
| 01/17/13 | JW | Teleconference with New Jersey post-judgment Certification of Proof completion | L120 | .50 hrs |
| 01/17/13 | CSM | Emails with client regarding Florida form of affidavit of indebtedness used in cases in which mortgage note is lost | C400 | .30 hrs |
| 01/17/13 | LSDR | Review and respond to question regarding fee recoverability procedures | L120 | .30 hrs |
| 01/17/13 | DBO | Correspondence and teleconference with client and E.Dauber regarding NJ order to show cause and invoices regarding same | L120 | .70 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    17
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/17/13 | DBO | Correspondence with S.Boriskin at BHPP regarding affidavits being sent to wrong firm, expect same, and to ensure they are filed immediately | L120 | .40 hrs |
|---|---|---|---|---|
| 01/17/13 | CSM | Emails with client and Ohio foreclosure firm regarding rationale for client request to delay sale | P280 | .30 hrs |
| 01/17/13 | CSM | Review form lost note affidavits and revise Florida form of affidavit of indebtedness used in cases in which mortgage note is lost | P280 | .80 hrs |
| 01/18/13 | CSM | Emails with client and Ohio foreclosure counsel regarding strategy for resolving case following denial of motion to affirm judgment supported by possibly defective affidavit | P280 | .20 hrs |
| 01/18/13 | LSDR | Review and comment on updated REO department procedures | L120 | .70 hrs |
| 01/18/13 | LSDR | Continue to review and respond to Fannie Mae issues | L120 | 2.20 hrs |
| 01/18/13 | FWA | Review issue related to GSE requirements and draft response to same | L190 | 1.70 hrs |
| 01/18/13 | FWA | Confer with client re: upcoming sale and remediation of file | L190 | .40 hrs |
| 01/18/13 | JW | Review combined translations of California Notices of Sale and Default | L210 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
MARCH 27, 2013

0R0802-301160

<span style="text-align:right">FED ID NO. 63-0243316</span>

| 01/18/13 | JW | Review proposed revisions to Certification of Proof checklist for document execution term | L210 | .20 hrs |
|---|---|---|---|---|
| 01/18/13 | JW | Draft language regarding job description for New Jersey Checklist | L110 | .20 hrs |
| 01/18/13 | JW | Review revisions to New Jersey Complaint checklist by local counsel | L210 | .20 hrs |
| 01/18/13 | JW | Respond to local counsel regarding revised New Jersey Complaint checklist | L210 | .10 hrs |
| 01/18/13 | JW | Review objections to Order to Show Cause packets | L210 | .40 hrs |
| 01/18/13 | DBO | Teleconference and correspondence with client regarding inoperable telephone numbers on some NJ OTSC NOIs and resolve same | L120 | 1.30 hrs |
| 01/18/13 | DBO | Correspondence with M.Wright regarding substitution of plaintiff issues regarding servicing transfer | L120 | .60 hrs |
| 01/18/13 | DBO | Correspondence with client regarding remaining NJ issues including special master's invoices | L120 | .60 hrs |
| 01/18/13 | DCL | Telephone conference with Shapiro & Ingle regarding NC affidavit issues | L120 | .50 hrs |
| 01/18/13 | DCL | Investigate NC Affidavit issues submitted by GMACM NC foreclosure counsel | L120 | .80 hrs |
| 01/18/13 | DCL | Analyze correspondence from Melody Wright regarding NC legal issues | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    19
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/18/13 | DBO | Dealt with borrower objections to NJ OTSC | L120 | .50 hrs |
|----------|-----|---------------------------------------------|------|---------|
| 01/18/13 | CSM | Telephone conference with Texas foreclosure counsel regarding form of affidavit to be used in support of applications for expedited foreclosure orders | P280 | .10 hrs |
| 01/21/13 | CSM | Review foreclosure-counsel proposed changes to form of affidavit to be used in support of applications for expedited foreclosure orders in Texas | P280 | .20 hrs |
| 01/21/13 | CSM | Emails with Texas foreclosure counsel regarding proposed changes to form of affidavit to be used in support of applications for expedited foreclosure orders | C400 | .20 hrs |
| 01/21/13 | CSM | Revise form of affidavit to be used in support of applications for expedited foreclosure orders in Texas | L210 | .10 hrs |
| 01/21/13 | EL | Consideration of issues and revise multi-state survey chart regarding restart of foreclosure process to address whether restarts are required with a substitution of plaintiff | L120 | .80 hrs |
| 01/21/13 | JW | Confirm New Jersey Notice of Intention to Foreclose mailing will hit deadline with demand team | L210 | .30 hrs |
| 01/22/13 | JW | Prepare for New Jersey complaint checklist training session in Pennsylvania | L390 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    20
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/22/13 | JW | Attend New Jersey complaint checklist training session in Fort Washington, PA | L390 | 8.50 hrs |
|---|---|---|---|---|
| 01/22/13 | JW | Revise checklist pursuant to document execution team requests | L210 | 2.00 hrs |
| 01/22/13 | FWA | Review status of remediation efforts and confer with client re: same | L190 | .40 hrs |
| 01/22/13 | RK | Review lien release requirements under Arizona, California, and Nevada law | L120 | 6.30 hrs |
| 01/22/13 | DBO | Reviewed and contacted borrowers that had contacted the firm related to the curative NJ NOIs they had received from GMACM | L120 | .60 hrs |
| 01/22/13 | DBO | Correspondence and set teleconference with independent counsel E.Dauber regarding status of NJ | L120 | .40 hrs |
| 01/22/13 | CSM | Emails with client and Ohio foreclosure counsel regarding basis for client-requested delay of sale | P280 | .30 hrs |
| 01/22/13 | CSM | Telephone conference and emails with client regarding North Carolina trustee substitution process | P280 | .80 hrs |
| 01/22/13 | CSM | Emails with client and foreclosure counsel regarding form of affidavit to be used in support of applications for expedited foreclosure orders in Texas | P280 | .20 hrs |
| 01/22/13 | JRK | Create and draft a system for keeping track of New Jersey Order to Show Cause objections | L120 | 2.50 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     21
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Time |
|------|----------|-------------|------|------|
| 01/22/13 | JRK | Review New Jersey Order to Show Cause and Corrected NOI documents to determine how objections must be made and how responses must be sent | L120 | 2.20 hrs |
| 01/22/13 | DCL | Conference calls with the Rosicki law firm regarding treatment of CEMA loans | L120 | .50 hrs |
| 01/23/13 | JRK | Research New Jersey Order to Show Cause documents to determine proper procedure for serving counsel | L120 | 1.20 hrs |
| 01/23/13 | DBO | Prepared for and attended teleconference with client and the judiciary independent counsel regarding remaining issues to work for | L120 | .60 hrs |
| 01/23/13 | JRK | Verify foreclosure status of file involved in endorsement issue | L120 | .30 hrs |
| 01/23/13 | MSW | Research state procedural requirements when substituting parties | L120 | 1.20 hrs |
| 01/23/13 | JWCO | Research non-judicial foreclosure statutes in multiple states | C200 | 1.50 hrs |
| 01/23/13 | EL | Legal research regarding whether a foreclosure action must be restarted in Wisconsin to substitute a plaintiff due to merger or acquisition and complete survey chart regarding same | L120 | .50 hrs |
| 01/23/13 | EL | Legal research regarding whether a foreclosure action must be restarted in Connecticut to substitute a plaintiff due to merger or acquisition and complete survey chart regarding same | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | JW | Prepare for New Jersey complaint checklist training session in Fort Washington, PA | L390 | 2.00 hrs |
| 01/23/13 | JW | Conduct New Jersey complaint checklist training session in Fort Washington, PA | L390 | 8.50 hrs |
| 01/23/13 | JWCO | Work to revise client's chart summarizing state foreclosure procedures | C200 | 1.00 hrs |
| 01/23/13 | JWCO | Research case law on the effect of substituting a new plaintiff in a foreclosure action | C200 | 2.50 hrs |
| 01/24/13 | JWCO | Research state statutes and case law concerning foreclosure procedures in Alabama, California, Connecticut, Florida, Georgia, Indiana, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, and West Virginia | C200 | 6.00 hrs |
| 01/24/13 | JWCO | Input updates on these states' laws into client-provided chart. | C200 | 1.00 hrs |
| 01/24/13 | LSDR | Review and analyze management queue procedures | L120 | 1.70 hrs |
| 01/24/13 | LSDR | Review and analyze notification procedures for P&P | L120 | .70 hrs |
| 01/24/13 | LSDR | Continue to review and analyze final versions of foreclosure fee recoverability procedures | L120 | 1.20 hrs |
| 01/24/13 | PJC | Review and analyze issues regardig FDCPA and GMAC borrowers | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    23
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/24/13 | SJF | Exchange of messages with P.Cannon on Flowchart status | B240 | .20 hrs |
|----------|-----|---------------------------------------------------------|------|---------|
| 01/24/13 | JW | Strategize response to New Jersey borrower objections | L210 | 2.20 hrs |
| 01/24/13 | JW | Review Fair Debt Collection Practices Act laws regarding borrower contract with debt collection law firm | L110 | .50 hrs |
| 01/24/13 | JW | Draft borrower objection telephone script | L120 | .80 hrs |
| 01/24/13 | RK | Review Texas law on release of lien activity by a trustee | L120 | 2.40 hrs |
| 01/24/13 | DBO | Teleconference with borrowers who contacted us regarding OTSC process in NJ | L120 | .70 hrs |
| 01/24/13 | ACA | Reviewed foreclosure P&P and sent out comments. | C300 | 1.80 hrs |
| 01/24/13 | CSM | Emails with client regarding form of letters sent in satisfaction of Metric 25 notice of deficiency waiver/cash contribution requirement | P280 | .20 hrs |
| 01/24/13 | CSM | Emails with client regarding adequacy of form provided by borrower authorizing release of information | P280 | .10 hrs |
| 01/24/13 | EL | Legal research regarding whether a foreclosure action must be restarted in California to substitute a plaintiff due to merger or acquisition and complete survey chart regarding same | L120 | .50 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    24
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/24/13 | EL | Consideration of various issues impacting analysis of restart requirements in non-judicial states; revise project summary chart and coordinate assignments | L120 | 2.00 hrs |
| 01/24/13 | EL | Legal research regarding whether a foreclosure action must be restarted in West Virginia to substitute a plaintiff due to merger or acquisition and complete survey chart regarding same | L120 | 1.20 hrs |
| 01/24/13 | EL | Legal research regarding whether a foreclosure action must be restarted in Wyoming to substitute a plaintiff due to merger or acquisition and complete survey chart regarding same | L120 | .50 hrs |
| 01/25/13 | CSM | Emails with Texas foreclosure counsel regarding requested revisions to form of affidavit in support of petitions for expedited foreclosure | P280 | .20 hrs |
| 01/25/13 | CSM | Review and respond to exception request from Florida foreclosure counsel | P280 | .20 hrs |
| 01/25/13 | CSM | Emails with client and Oregon foreclosure counsel regarding status of approval of form of affidavit in support of judgment | P280 | .10 hrs |
| 01/25/13 | DBO | Prepared for and attended teleconference regarding NJ OTSC process with client | L120 | .50 hrs |
| 01/25/13 | JWCO | Input updates on these states' laws into client-provided chart | C200 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | FWA | Review status report on remediation and confer with client re: same | L190 | .30 hrs |
| 01/25/13 | JWCO | Research state statutes and case law concerning foreclosure procedures in Maine, Kansas, New York, Ohio, Arkansas, Ohio, Michigan, Indiana, Arizona, Washington, Oregon, Alaska, Hawaii, District of Columbia, Idaho, Iowa, Massachusetts, and Colorado | C200 | 6.00 hrs |
| 01/26/13 | SKN | Research ability of mortgagee to substitute parties during pending foreclosure in Illinois and Virginia | L120 | 2.90 hrs |
| 01/27/13 | SKN | Research ability of mortgagee to substitute parties during pending foreclosure in Vermont and Utah | L120 | 3.20 hrs |
| 01/28/13 | SKN | Research ability of mortgagee to substitute parties during pending foreclosure in Texas and Tennessee | L120 | 2.30 hrs |
| 01/28/13 | DBO | Teleconferences with GMACM borrowers who received NJ OTSC and called regarding objections and review of written objections regarding same | L120 | 1.80 hrs |
| 01/28/13 | DCL | Respond to inquiries of GMACM's Vermont foreclosure counsel | L120 | .30 hrs |
| 01/28/13 | ACA | Reviewed Escrow P&P and sent out comments. | C300 | 3.00 hrs |
| 01/28/13 | JRK | Follow up with Codilis to determine status of a loan with a potential endorsement issue | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/28/13 | JRK | Update log of New Jersey Order to Show Cause objections with recent information of borrowers who have called in to BABC | L120 | .80 hrs |
| 01/28/13 | JRK | Update log of loans with potential endorsement issues | L120 | .20 hrs |
| 01/28/13 | MPE | Broward County former D.Stern files: Review 29 Notices of Dismissal for Lack of Prosecution for former D.Stern cases and notify cliet of same | L110 | 1.10 hrs |
| 01/28/13 | JWCO | Research state statutes and case law concerning foreclosure procedures iN Minnesota, Montana, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, North Dakota, Oklahoma, Pennsylvania, and Rhode Island | C200 | 7.00 hrs |
| 01/28/13 | FWA | Confer with client re: borrower objections to foreclosure related documents and consider response to same | L190 | .90 hrs |
| 01/28/13 | JWCO | Worked input updates on these states' laws into client-provided chart | C200 | .50 hrs |
| 01/28/13 | JWCO | Provide analysis of foreclosure procedures in non-judicial foreclosure states | L120 | .70 hrs |
| 01/29/13 | RK | Review California statutory requirements for substitution of beneficiary as trustee prior to a lien release | L120 | 1.10 hrs |
| 01/29/13 | JWCO | Reviewed new case law developing in Minnesota that affects client's chart | C200 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    27
MARCH 27, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | CSM | Emails with client and Texas and Oregon foreclosure counsel regarding form of various affidavits | P280 | .40 hrs |
| 01/29/13 | JWCO | Research the foreclosure statutes in Louisiana and South Dakota to update client's chart summarizing the effect of substituting plaintiff in foreclosure proceeding | C200 | 1.50 hrs |
| 01/29/13 | JWCO | Finalize all other entries on chart | C200 | 4.00 hrs |
| 01/29/13 | JWCO | Check to ensure that each statutory and case law citation is correct | C200 | 2.00 hrs |
| 01/29/13 | LSDR | Review and analysis revised REO department various procedures | L120 | 1.10 hrs |
| 01/29/13 | LSDR | Review and analyze escrow MI submission two procedures | L120 | 1.20 hrs |
| 01/29/13 | EL | Conference call with W.Allen, B.Northrup-Day, C.Adams, and others regarding revisions to foreclosure file review templates | L120 | .50 hrs |
| 01/29/13 | JRK | Update status of potentially affected loans and include remarks gven by outside counsel as to possible remediation strategies | L120 | .40 hrs |
| 01/29/13 | JRK | Update log of borrowers subject to the New Jersey Order to Show Cause who have contacted BABC and analyze to determine if they qualify as objectors | L120 | 1.10 hrs |
| 01/29/13 | ACA | Worked on El Monte P&P. | C300 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    28
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | DCL | Research and respond to questions regarding New York CEMA loans | L120 | .50 hrs |
| 01/29/13 | DCL | Exchange correspondence with Sheetal Shah-Jani regarding New York remediation | L120 | .20 hrs |
| 01/29/13 | DBO | Dealt with GMACM objections to NJ OTSC process including one written objection | L120 | .80 hrs |
| 01/29/13 | CSM | Review changes to form affidavits proposed by Texas and Oregon foreclosure counsel | P280 | .50 hrs |
| 01/30/13 | RK | Conference regarding lien release project | L120 | .80 hrs |
| 01/30/13 | RK | Conference regarding lien release activity in California | L120 | .40 hrs |
| 01/30/13 | DBO | Teleconference and communications with counsel regarding NJ OTSC | L120 | .70 hrs |
| 01/30/13 | DBO | Review and revise chart relating to substitution of counsel upon a servicing transfer and correspond with client regarding same | L120 | .90 hrs |
| 01/30/13 | MPE | Broward County former D.Stern files: research public records for 3 current GMAC cases to determine if case was dismissed. | L110 | .60 hrs |
| 01/30/13 | MPE | Broward County former D.Stern file email correspondence with judicial assistant with attached order of dismissal confirming that Order was recorded on November 16, 2011 and case can be dismissed. | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    29
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | MPE | Broward County former D.Stern files: Review 29 Notices of Dismissal for Lack of Prosecution for former D.Stern cases to determine current status of case and assigned counsel. | L110 | 1.10 hrs |
| 01/30/13 | MPE | Broward County former D.Stern file research docket to compare status with the public records and submit case to P.Stokes and recommend case dismissal. | L110 | .40 hrs |
| 01/30/13 | MPE | Broward County former D.Stern file research docket to compare status with the public records and submit case to P.Stokes and recommend case dismissal. | L110 | .40 hrs |
| 01/30/13 | DCL | Respond to GMACM's Vermont foreclosure counsel's inquiry regarding management of REO | L120 | .30 hrs |
| 01/30/13 | JW | Research regarding borrower objections to Order to Show Cause process | L110 | 1.50 hrs |
| 01/30/13 | ACA | Worked on escrow and foreclosure P&P revisions. | C300 | 4.30 hrs |
| 01/30/13 | JRK | Update log of borrowers who have contacted BABC as a result of the New Jersey Order to Show Cause and determine if they qualify as an objector | L120 | .20 hrs |
| 01/30/13 | JRK | Research any objections to the automatic stay in New Jersey and objections as a result of bankruptcy protection | L120 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    30
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/30/13 | EL | Review of responses in multi-state survey chart regarding whether a foreclosure must be restarted due to the substitution of the plaintiff as a result of a change in ownership of the underlying obligation; follow-up on certain issues in non-judicial foreclosure states | L120 | 1.00 hrs |
|---|---|---|---|---|
| 01/30/13 | DBO | Teleconference with client regarding NJ OTSC and objections | L120 | .50 hrs |
| 01/30/13 | LSDR | Continue to review and analyze escrow MI submission 2 procedures | L120 | 1.80 hrs |
| 01/31/13 | EL | Finalize multi-state survey chart regarding whether a foreclosure must be restarted due to the substitution of the plaintiff as a result of a change in ownership of the underlying obligation | L120 | 1.00 hrs |
| 01/31/13 | FWA | Review client request related to endorsement language and consider response to same | L190 | .30 hrs |
| 01/31/13 | RLB | Review and analyze bankruptcy issues | B410 | .50 hrs |
| 01/31/13 | CC | Review and analyze questions regarding use of proper words in foreclosure deed to identify trust name and series | L120 | .50 hrs |
| 01/31/13 | EL | Conference call with W.Allen, J.Bushby, B.Northrup-Day, C.Adams, and F.Madden regarding revisions to foreclosure file review templates | L120 | .50 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    31
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/31/13 | ACA | Reviewed, revised and sent out comments on various foreclosure P&P. | C300 | 2.50 hrs |
| 01/31/13 | JW | Research regarding borrower objections to Order to Show Cause process | L110 | 9.80 hrs |
| 01/31/13 | DCL | Analyze remediation options for Madison County (NY) proceeding | L120 | .70 hrs |
| 01/31/13 | DBO | Contacted multiple borrowers who had called regarding OTSC package in NJ | L120 | 2.20 hrs |
| 01/31/13 | DBO | Completed and forwarded survey of restart states and substitution of plaintiff chart to client | L120 | 1.10 hrs |
| 01/31/13 | ACRA | Review and analyze california law regarding issues involving the release of liens after a mortgage is satisfied | L120 | 2.20 hrs |

```
           TOTAL FEES FOR THIS MATTER              $88,341.90
```

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Stuart J. Frentz | 1.00 hrs | 396.00 /hr | 396.00 |
| Phillip J. Carroll | .30 hrs | 365.00 /hr | 109.50 |
| Paige M. Boshell | .60 hrs | 352.00 /hr | 211.20 |
| Jay R. Bender | 2.20 hrs | 409.00 /hr | 899.80 |
| Lesley Smith DeRamus | 31.40 hrs | 352.00 /hr | 11,052.80 |
| Wendell Allen | 17.00 hrs | 378.00 /hr | 6,426.00 |
| Thomas A. Roberts, Jr. | .80 hrs | 321.00 /hr | 256.80 |
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| D. Brian O'Dell | 54.20 hrs | 383.00 /hr | 20,758.60 |
| Ann Cargile | 24.40 hrs | 387.00 /hr | 9,442.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    32
MARCH 27, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Dana C. Lumsden | 5.30 hrs | 422.00 /hr | 2,236.60 |
| Sarah Katherine Nichols | 8.40 hrs | 264.00 /hr | 2,217.60 |
| Rashad L. Blossom | .50 hrs | 299.00 /hr | 149.50 |
| Chandler Combest | 1.70 hrs | 220.00 /hr | 374.00 |
| Jay Wright | 48.10 hrs | 220.00 /hr | 10,582.00 |
| Mark S. Wierman | 1.20 hrs | 304.00 /hr | 364.80 |
| Riley Key | 11.00 hrs | 207.00 /hr | 2,277.00 |
| Elena Lovoy | 11.00 hrs | 352.00 /hr | 3,872.00 |
| Cory S. Menees | 11.20 hrs | 300.00 /hr | 3,360.00 |
| Ann Craft | 2.20 hrs | 198.00 /hr | 435.60 |
| Jonathan Kloldzieg | 20.70 hrs | 198.00 /hr | 4,098.60 |
| John W. Cole | 36.20 hrs | 211.00 /hr | 7,638.20 |
| Melisa P. Palmer | 6.00 hrs | 167.00 /hr | 1,002.00 |

TOTAL FEES            295.90 hrs                $88,341.90

**TOTAL CHARGES FOR THIS INVOICE**            $88,341.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0R0802-301160
Fort Washington, PA 19034

                                                           INVOICE #  865761

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301160
     TC # 702040

PROFESSIONAL SERVICES

| 02/01/13 | JW | Research borrower objection responses | L210 | 1.70 hrs |
|---|---|---|---|---|
| 02/01/13 | JW | Review New Jersey Certification of Proof templates in process for compliance with 6/2011 Court Order | L210 | 1.40 hrs |
| 02/01/13 | JWCO | Research and identify potentially relevant changes in foreclosure laws in the past year in Alabama | C200 | 1.00 hrs |
| 02/01/13 | JWCO | Review GMAC Consent Order to determine client's internal audit obligations with respect to auditing for compliance with current state foreclosure laws | C300 | 3.00 hrs |
| 02/01/13 | ACA | Reviewed foreclosure per diem and affidavit policies and procedures and sent comments and approvals. | C300 | 1.00 hrs |
| 02/01/13 | JWCO | Research and identify potentially relevant changes in foreclosure laws in the past year in Georgia | C200 | 1.00 hrs |
| 02/01/13 | JWCO | Research and identify potentially relevant changes in foreclosure laws in the past year in Kentucky | C200 | 1.00 hrs |
| 02/01/13 | JWCO | Research and identify potentially relevant changes in foreclosure laws in the past year in Ohio | C200 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/01/13 | DBO | Teleconference regarding written objection relating to bankruptcy mailing and research regarding same in relation to NJ OTSC | L120 | .70 hrs |
| 02/01/13 | DBO | Contacted numerous borrowers who had contacted us via telephone regarding objections and questions to NJ OTSC process | L120 | 1.10 hrs |
| 02/01/13 | JRK | Review possible objections to the New Jersey Order to Show Cause and determine if an official response may be necessary | L120 | 1.30 hrs |
| 02/01/13 | FWA | Confer with client re: status of review of testing templates | L190 | .80 hrs |
| 02/01/13 | FWA | Review test plans consistent with the same | L190 | 2.90 hrs |
| 02/03/13 | CSM | Review and respond to email from client regarding need to ratify judgment based on insufficient affidavit | P280 | .10 hrs |
| 02/04/13 | DBO | Prepared for and attended teleconference related to FL sale cancellations on post-judgment matters due to oral modification applications that must be processed pursuant to the AG NSS | L120 | .70 hrs |
| 02/04/13 | CSM | Emails with client and Oregon foreclosure firms regarding suggested revision to form affidavits in support of judgment | P280 | .30 hrs |
| 02/04/13 | JW | Draft responses to borrower objections in New Jersey Order to Show Cause process | L210 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
APRIL 30, 2013

OR0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JW | Teleconference regarding completing New Jersey Certifications of Proof for Federal Housing Authority loans | L210 | .50 hrs |
| 02/04/13 | JRK | Follow up with Codilis regarding endorsement issue to determine if one of their files needs the original note | L120 | .20 hrs |
| 02/04/13 | FWA | Confer with client re: SCRA review materials and proper  testing of same | L190 | .80 hrs |
| 02/04/13 | FWA | Review and revise testing of SCRA compliance | L190 | 1.20 hrs |
| 02/04/13 | ACRA | Review and analyze California law regarding issues involving the release of liens after a mortgage is satisfied | L120 | .50 hrs |
| 02/04/13 | CSM | Revise and finalize form Oregon affidavits in support of judgment | L210 | .90 hrs |
| 02/05/13 | CSM | Revise and finalize form of affidavit in support of judgment for use in Oregon foreclosure actions | L210 | .20 hrs |
| 02/05/13 | FWA | Review fee comparison analysis and consider next steps related to same | L190 | 1.20 hrs |
| 02/05/13 | FWA | Review updated templates from testing team | L190 | 1.30 hrs |
| 02/05/13 | JW | Teleconference with client regarding service-transferred loans in New Jersey Order to Show Cause | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/05/13 | JWCO | Review Ohio foreclosure law to update and streamline client's sate foreclosure compliance template | C200 | 3.00 hrs |
| 02/05/13 | ASK | Conduct 50 state research on fee requirements and restrictions regarding assumption fees, property inspection fees, and modification fees. | C300 | 7.50 hrs |
| 02/05/13 | CSM | Communicate with foreclosure firms in Oregon and Idaho regarding standardization of affidavits | P280 | .50 hrs |
| 02/05/13 | KTM | GMAC Project Discussion regarding State-Specific Compliance Templates | L110 | .50 hrs |
| 02/05/13 | DBO | Teleconference with client regarding NJ OTSC process and whether servicing transfers will impact same | L120 | .50 hrs |
| 02/05/13 | DBO | Correspondence and teleconference with client related to unrecorded AOMs in FL | L120 | .70 hrs |
| 02/06/13 | ACA | Reviewed, revised and approved various foreclosure policies and procedures. | C300 | 3.00 hrs |
| 02/06/13 | LSDR | Review and analyze final revisions to foreclosure procedures for publication in online manual | L120 | 1.80 hrs |
| 02/06/13 | MCM | Study chart analyzing proposed fees and draft memo analyzing permissibility of fees under state law and AG settlement servicing standards | L120 | 5.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| 02/06/13 | ASK | Conduct 50 state research on assumption fees, appraisal fees, property inspection fees, broker price opinion fees, subordination fees, modification fees, and agent payment fees to determine state specific requirements and restrictions for updating and revising proposed fee schedule. | C300 | 11.30 hrs |
| 02/06/13 | CSM | Review and revise form of Oregon affidavit of indebtedness suggested by foreclosure counsel | P280 | .50 hrs |
| 02/06/13 | CSM | Communicate with client and Oregon and Hawaii foreclosure counsel regarding standardization of affidavits | P280 | 1.10 hrs |
| 02/06/13 | JRK | Provide client an update on the status of the note issue with regards to Codilis and whether or not an original note needs to be mailed | L120 | .50 hrs |
| 02/06/13 | JW | Research borrower objections | L210 | .30 hrs |
| 02/06/13 | JW | Draft responses to borrower objections | L210 | .70 hrs |
| 02/06/13 | JWCO | Review client provided template on Ohio foreclosure procedure to identify ways to streamline by removing non-essential items from the checklist | C200 | 3.00 hrs |
| 02/06/13 | DBO | Correspondence with client relating to servicing transfer and how that may affect NJ OTSC and discussion of NJ Complaint Certification | L120 | .70 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/06/13 | EL | Legal research regarding permissibility of assessing certain servicing fees, such as automated phone payment fees, online payment fees, NFS fees, lien release fees, partial lien release fees, recording costs, foreclosure fees, and foreclosure costs, in Alabama, Illinois, Louisiana, Michigan, and remaining jurisdictions | L120 | 6.00 hrs |
| 02/06/13 | FWA | Prepare for and confer with client re: amendments to OCC/FRB requirements | L190 | 1.60 hrs |
| 02/06/13 | FWA | Review affidavit issue and respond to inquiry by client re: remediation of the same | L190 | .70 hrs |
| 02/06/13 | FWA | Review fee/cost review results of 50 state survey | L190 | .80 hrs |
| 02/06/13 | WJH | Review, update and revise Arizona foreclosure file review template. | L240B | 3.30 hrs |
| 02/07/13 | CSM | Review and analyze affidavit exception request from foreclosure counsel | P280 | .40 hrs |
| 02/07/13 | CSM | Communicate with client and foreclosure counsel regarding affidavit exception request | P280 | .20 hrs |
| 02/07/13 | FWA | Review additional research re: fee/cost comparison and provide comments to the same | L190 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/07/13 | EL | Legal research regarding permissibility of assessing certain servicing fees, such as automated phone payment fees, online payment fees, NSF fees, lien release fees, partial lien release fees, recording costs, foreclosure fees, and foreclosure costs, in all jurisdictions | L120 | 2.00 hrs |
| 02/07/13 | LSDR | Review and analyze REO department procedures updates for online policies and procedures manual | L120 | 1.30 hrs |
| 02/07/13 | JRK | Draft e-mail to foreclosure counsel explaining the note issue and requesting information on one file in order to determine appropriate remediation | L120 | .40 hrs |
| 02/07/13 | ASK | Review 50 state research on select fees from proposed fee schedule and draft email memorandum addressing state specific requirements and restrictions for assumption, appraisal, BPO, modification, agent payment, and property inspection fees. | C300 | 2.50 hrs |
| 02/07/13 | MCM | Meeting with client regarding permissibility of proposed fees under state law and AG settlement servicing standards | L120 | .50 hrs |
| 02/07/13 | MCM | Study chart analyzing proposed fees and draft memo analyzing permissibility of fees under state law and AG settlement servicing standards | L120 | 5.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     8
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/08/13 | JWCO | Review and streamline foreclosure compliance template for Georgia to remove unnecessary steps from the checklist | C200 | 3.00 hrs |
| 02/08/13 | KTM | Review and compare foreclosure templates for Florida (original sent to client and recently returned to BABC) and research Florida foreclosure law | L110 | 2.50 hrs |
| 02/08/13 | KTM | Conference call with GMAC State Foreclosure Template review team regarding status update | L110 | .20 hrs |
| 02/08/13 | JWCO | Research necessary procedures for judicial foreclosures in Michigan to check that client foreclosure template for Michigan is up-to-date | C200 | 3.00 hrs |
| 02/08/13 | DBO | Made numerous teleconferences to NJ borrowers in response to complaints to the NJ OTSC process | L120 | 2.20 hrs |
| 02/08/13 | DBO | Review and respond to objections related to active bankruptcy borrowers and research law regarding impact of sending notices to such borrowers and whether automatic stay is an issue | L120 | 2.40 hrs |
| 02/08/13 | DCL | Review and edit New York affidavits submitted by GMACM document execution form | L120 | .50 hrs |
| 02/08/13 | JWCO | Edit Ohio state foreclosure template to remove unnecessary steps from the checklist for judicial foreclosure in Ohio | C200 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      9
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 02/08/13 | JRK | Review and analyze recent borrower letters and voicemails to BABC to determine if they qualify as an objection to the New Jersey Order to Show Cause and whether a formal response is necessary | L120 | .80 hrs |
| 02/08/13 | JRK | Research recently passed California Homeowner's Bill of Rights provisions to determine how the standard Notice of Default and Notice of Sale need to be amended | L120 | .80 hrs |
| 02/08/13 | JRK | Research California Homeowner's Bill of Rights and interpretations of the law to determine whether the required Summary of the Notice of Default should contain a legal description or just an address | L120 | 1.60 hrs |
| 02/08/13 | RKB | Research TX foreclosure statutes | P210 | 1.50 hrs |
| 02/08/13 | EL | Organize and review state foreclosure file review templates to streamline same by eliminating questions that may ask for information that cannot be verified in the files, may be redundant, is not a basis for setting aside the foreclosure sale, etc. | L120 | 2.00 hrs |
| 02/08/13 | RKB | Revise template for Texas | P210 | 1.50 hrs |
| 02/08/13 | JW | Revise response to bankrupt borrower objections | L210 | 1.20 hrs |
| 02/08/13 | JW | Review New Jersey Certification packets | L210 | 1.20 hrs |
| 02/08/13 | JW | Revise New Jersey Certification packets | L210 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    10
ResCap                                                                    APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| 02/08/13 | MCM | Study GMAC state fee tables and research permissibility of subordination fees | L120 | 2.50 hrs |
|---|---|---|---|---|
| 02/08/13 | FWA | Contact firms regarding note endorsement issues and protocol for addressing the same | L190 | 1.30 hrs |
| 02/10/13 | FWA | Review fee comparison chart and consider issues related to same | L190 | .70 hrs |
| 02/10/13 | FWA | Confer with Louisiana counsel regarding note issues and confer with client re: same | L190 | 1.20 hrs |
| 02/10/13 | KTM | Review and compare foreclosure templates for Florida (original sent to client and recently returned to BABC) and research Florida foreclosure law | L110 | 1.10 hrs |
| 02/10/13 | KTM | Review and compare foreclosure templates for Pennsylvania (original sent to client and recently returned to BABC) and research Pennsylvania foreclosure law | L110 | 2.20 hrs |
| 02/11/13 | KTM | Review and compare foreclosure templates for Pennsylvania (original sent to client and recently returned to BABC) | L110 | 1.00 hrs |
| 02/11/13 | JRK | Update status of loans potentially impacted by the JPMC issue | L120 | .70 hrs |
| 02/11/13 | JRK | Review and analyze JEFIS court docket to determine if any objections were filed but not served | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| 02/11/13 | JRK | Review and analyze California state law to determine how to fill in standard NOD and NOS summary fields | L120 | .60 hrs |
|---|---|---|---|---|
| 02/11/13 | RKB | Research Washington foreclosure law | P210 | 4.00 hrs |
| 02/11/13 | ASK | Conduct 50 state survey of appraisal fee limits and requirements to determine if GMAC's fee schedule accurately account for current state restrictions on such fees. | C300 | 8.00 hrs |
| 02/11/13 | RKB | Revise Washington template regarding foreclosure proceedings | P210 | 3.50 hrs |
| 02/11/13 | LSDR | Review and analyze personal property eviction procedures | L120 | .70 hrs |
| 02/11/13 | LSDR | Review and analyze accounts payable month end procedures | L120 | .60 hrs |
| 02/11/13 | LSDR | Review and analyze title order matrix procedures | L120 | .80 hrs |
| 02/11/13 | DBO | Teleconference with client regarding NJ complaint certification checklist in NJ and discuss use of spreadsheet that is non business record in completing same | L120 | .70 hrs |
| 02/11/13 | DBO | Correspondence and teleconference with NJ counsel regarding filing and responding to NJ OTSC objections | L120 | .50 hrs |
| 02/11/13 | DBO | Teleconference and correspondence with client regarding GMACM bankruptcy objections to NJ OTSC and prepare and send responses to objections specifically withdrawing the filing and | L120 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    12
ResCap                                                                          APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

requesting that the borrowers discard

| 02/11/13 | DBO | Correspondence with client regarding NJ foreclosure firm fees with new process | L120 | .20 hrs |
| 02/11/13 | DBO | Correspondence with client regarding how to handle FL note cancellations in FL | L120 | .50 hrs |
| 02/11/13 | JWCO | Review 2012 changes to Michigan's foreclosure statute regarding when foreclosing party must send pre-foreclosure notice | C200 | 1.50 hrs |
| 02/11/13 | JWCO | Revise and correct template on Michigan for pre-foreclosure procedures to reflect notice and advertisement requirements | C300 | 2.00 hrs |
| 02/11/13 | EL | Review of and revise standard pre-first legal, breach letter, and reinstatement questions used in state foreclosure file review templates to streamline same | L120 | 1.50 hrs |
| 02/11/13 | EL | Review of new foreclosure procedures regarding abandoned properties in Illinois to incorporate same into foreclosure file review template for this state | L120 | 1.00 hrs |
| 02/11/13 | EL | Review of revisions to foreclosure file review templates for New York, Michigan, and Florida and consideration of issues regarding same | L120 | 2.00 hrs |
| 02/11/13 | FWA | Continue to review templates for NY/PA/FL and make changes as appropriate to the same | L190 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
APRIL 30, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| 02/11/13 | FWA | Review note endorsement issues and confer with counsel re: same | L190 | 1.80 hrs |
|---|---|---|---|---|
| 02/11/13 | JW | Teleconference with Clerk of New Jersey Court and local counsel regarding filing responses to borrower objections | L210 | 1.00 hrs |
| 02/11/13 | JW | Revise bankrupt borrower objection response to include proper service method | L210 | .20 hrs |
| 02/11/13 | JW | Teleconference with complaint verification team regarding verifying figures in New Jersey Notice of Intention to Foreclose | L210 | .50 hrs |
| 02/11/13 | JW | Revise California Trustee's Deed Upon Sale per local counsel request | L210 | .50 hrs |
| 02/11/13 | JW | Distribute template forms and LPS instructions to New Jersey counsel | L110 | .50 hrs |
| 02/11/13 | JW | Review correspondence from complaint verification team regarding New Jersey Notice of Intention to Foreclose | L210 | .40 hrs |
| 02/11/13 | JW | Respond to correspondence from complaint verification team regarding New Jersey Notice of Intention to Foreclose | L210 | .50 hrs |
| 02/11/13 | JW | Review California Trustee's Deed Upon Sale for need changes | L210 | .30 hrs |
| 02/11/13 | JW | Review bankrupt borrower objection response for proper service method | L210 | .10 hrs |
| 02/11/13 | JW | Draft, serve and court-file response to borrower objection | L210 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
APRIL 30, 2013

OR0802-301160

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 02/11/13 | JW | Review law requiring summaries of Notices of Default and Sale to determine translation requirements | L110 | .60 hrs |
| 02/11/13 | JW | Teleconference with filing counsel regarding updated objection docket | L210 | .50 hrs |
| 02/12/13 | JW | Draft client correspondence regarding teleconference with California counsel on Notice of Default and Sale summaries | L210 | .20 hrs |
| 02/12/13 | JW | Teleconference with California counsel regarding Notice of Default and Sale summaries | L210 | .30 hrs |
| 02/12/13 | JW | Instruct complaint verification team on how to verify property possession provision and correctly note possession | L110 | .50 hrs |
| 02/12/13 | JW | Teleconference regarding bankruptcy population issues | L120 | .50 hrs |
| 02/12/13 | JWCO | Check pre-foreclosure Right to Cure questions in Massachusetts template to ensure accuracy under current law. | C200 | 2.10 hrs |
| 02/12/13 | JWCO | Revise and clarify questions in Massachusetts foreclosure template regarding pre-foreclosure right to cure | C300 | 2.00 hrs |
| 02/12/13 | JWCO | Review and revise questions in Massachusetts foreclosure template regarding notice of foreclosure sale and conduct of sale | C300 | 1.60 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/12/13 | EL | Review of and finalize revisions to state foreclosure file review templates and manage and coordimate template reviews | L120 | 5.00 hrs |
| 02/12/13 | DBO | Correspondence relating to NJ OTSC borrower objections and returning telephone calls regarding same from borrowers | L120 | .80 hrs |
| 02/12/13 | JWCO | Review and revise questions in Massachusetts foreclosure template regarding pre-foreclosure SCRA requirements | C300 | 1.50 hrs |
| 02/12/13 | FWA | Coordinate note endorsement review with select counsel and track responses to same | L190 | 2.60 hrs |
| 02/12/13 | FWA | Review and provide comments on MTR testing templates | L190 | 2.40 hrs |
| 02/12/13 | FWA | Confer with client re: MTR testing templates | L190 | .80 hrs |
| 02/12/13 | LSDR | Review and analyze deficiency procedures for foreclosure | L120 | .70 hrs |
| 02/12/13 | RKB | Revise Texas and Washington foreclosure templates | P210 | 1.00 hrs |
| 02/12/13 | ASK | Continue 50 state review of appraisal fee limits and requirements to confirm reliability of GMAC fee schedule. | C300 | 4.10 hrs |
| 02/13/13 | RKB | Revise Alabama compliance template for foreclosure procedures | P210 | 3.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    16
APRIL 30, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 02/13/13 | EBM | Review master templates for Kentucky and Connecticut and email guidance or critical documents to be high-lighted | L190 | .40 hrs |
| 02/13/13 | EL | Review of and revise Illinois foreclosure file review template and update same to reflect changes made by Public Act 097-1164 (signed into law on February 8, 2013) regarding expedited foreclosure process for abandoned properties, reporting to alderman in City of Chicago, Illinois, etc. | L120 | 3.00 hrs |
| 02/13/13 | EL | Consideration of revisions to various state foreclosure file review templates to streamline same by eliminating questions that may ask for information that cannot be verified in the files, may be redundant, is not a basis for setting aside the foreclosure sale, etc.; consideration of questions regarding reporting to state regulators | L120 | .30 hrs |
| 02/13/13 | JW | Teleconference regarding New Jersey timeline management | L120 | .50 hrs |
| 02/13/13 | JW | Prepare for teleconference regarding New Jersey timeline management | L120 | .50 hrs |
| 02/13/13 | FWA | Review and revise testing templates and consider appropriate changes to protocol for the same | L190 | 3.50 hrs |
| 02/13/13 | FWA | Confer with client re: changes to protocol for testing templates | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| 02/13/13 | DBO | Prepare for and attend teleconference with L.Holder regarding NJ foreclosure fees | L120 | .50 hrs |
|----------|------|-----|------|------|
| 02/13/13 | DBO | Review correspondence related to Stephan signed AOMs that were not yet filed and teleconference with client regarding same | L120 | .80 hrs |
| 02/13/13 | DBO | Prepared response and teleconference with NJ OTSC borrower objections | L120 | .80 hrs |
| 02/13/13 | DBO | Research bankruptcy stay compliance issues and the NJ OTSCO process | L120 | 1.10 hrs |
| 02/13/13 | KK | Research secretary of state websites in Nevada and Arizona, in addition to online financial articles, to determine status of First National Bank of Arizona | L110 | .50 hrs |
| 02/13/13 | CWH | Exchange e-mails with client about whether First Bank of Arizona merged with Wells Fargo | L120 | .20 hrs |
| 02/13/13 | CWH | Prepare for and attend phone call with client regarding issues with chain of title on Madison, NY property | L120 | .40 hrs |
| 02/13/13 | JWCO | Revise Georgia foreclosure template to identify and highlight important documents which must be present in foreclosure file | C300 | 1.00 hrs |
| 02/13/13 | JWCO | Revise Michigan foreclosure template to identify and highlight important documents which must be present in foreclosure file | C300 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/13/13 | JWCO | Revise  provisions in South Carolina foreclosure template to accurately reflect recently promulgated South Carolina court procedures regarding mortgagors rights to loan modifications | C200 | 1.70 hrs |
| 02/13/13 | JWCO | Revise South Carolina foreclosure template to identify and highlight important documents which must be present in foreclosure file | C300 | 1.00 hrs |
| 02/13/13 | JWCO | Review and streamline foreclosure compliance template for Michigan to incorporate accurate effective dates for required foreclosure procedure | C300 | 1.80 hrs |
| 02/13/13 | JWCO | Revise Ohio foreclosure template to identify and highlight important documents which must be present in foreclosure file | C300 | 1.00 hrs |
| 02/13/13 | EL | Consideration of revisions to various state foreclosure file review templates to streamline same by eliminating questions that may ask for information that cannot be verified in the files, may be redundant, is not a basis for setting aside the foreclosure sale, etc. | L120 | 1.20 hrs |
| 02/13/13 | DCL | Research and analyze Massachusetts affidavit issues | L120 | .50 hrs |
| 02/14/13 | EL | Legal research regarding permissibility of assessing convenience fees (for telephone and online payments) in Louisiana, Ohio, West Virginia, and other states | L120 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     19
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/14/13 | JWCO | Review and streamline Arkansas foreclosure compliance template for Arkansas to remove unnecessary steps from the checklist | C300 | 1.00 hrs |
| 02/14/13 | JWCO | Revise Arkansas foreclosure template to accurately reflect recent changes under the Arkansas Statutory Foreclosure Act regarding the parties authorized to foreclose under the statute | C300 | 2.00 hrs |
| 02/14/13 | JWCO | Update South Carolina foreclosure template, analyze laws enacted in South Carolina over the last year for changes in foreclosure process | C200 | 1.50 hrs |
| 02/14/13 | JWCO | Review and streamline foreclosure compliance template for South Carolina to remove unnecessary steps from the checklist | C300 | 1.50 hrs |
| 02/14/13 | JWCO | To update Arkansas foreclosure template, analyze laws enacted in Arkansas over the last year for changes in foreclosure process | C200 | 1.00 hrs |
| 02/14/13 | JWCO | Revise Arkansas foreclosure template to identify and highlight important documents which must be present in foreclosure file | C300 | .50 hrs |
| 02/14/13 | FWA | Review MTR issues and confer with client and LOB regarding same | L190 | 1.90 hrs |
| 02/14/13 | JW | Review Corrected Notice of Intention to Foreclose List for contested cases | L110 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    20
APRIL 30, 2013

OR0802-301160

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 02/14/13 | JW | Strategize response to borrower objections | L120 | .80 | hrs |
| 02/14/13 | KK | Research Pacer to retrieve and determine status of case regarding First National Bank of Arizona in effort to determine status of individual loans after Federal Department Insurance Corporation (FDIC) took over | L110 | .60 | hrs |
| 02/14/13 | KK | Research secretary of state websites and Bloomberg articles to further investigate timeline of events regarding dissolution of First National Bank of Arizona | L110 | .40 | hrs |
| 02/14/13 | DCL | Telephone conference with Fein Such & Crane law offices regarding GMACM's compliance with New York affidavits | L120 | .50 | hrs |
| 02/14/13 | DCL | Provide advice regarding Massachusetts Eaton affidavits | L120 | .70 | hrs |
| 02/14/13 | JJS | Researching Nevada foreclosure laws in order to update GMAC's foreclosure compliance test plan. | L120 | 3.40 | hrs |
| 02/14/13 | JJS | Working on GMAC's New Mexico foreclosure compliance template. | L120 | .30 | hrs |
| 02/14/13 | RKB | Research Tennessee foreclosure law | P210 | .70 | hrs |
| 02/14/13 | JRK | Review and analyze objections to the New Jersey Order to Show Cause in order to determine what information is needed from GMACM such as loss mitigation history, interaction with borrowers, etc. | L120 | .60 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
APRIL 30, 2013

OR0802-301160

FED ID NO. 63-0243316

| 02/14/13 | KK | Review, edit, and update Quasi-litigation matters chart to determine status of outstanding files and to identify matters that should be closed in system | L110 | .80 hrs |
|---|---|---|---|---|
| 02/14/13 | DBO | Review and correspondence with client regarding certification of proof and checklist on same in NJ | L120 | .50 hrs |
| 02/14/13 | DBO | Respond to NJ objectors to OTSC | L120 | 1.60 hrs |
| 02/15/13 | ACA | Reviewed and revised foreclosure policies and procedures. | C300 | 1.80 hrs |
| 02/15/13 | EL | Legal research regarding permissibility of assessing convenience fees (agent payment, online payment, and telephone payment fees) in New Hampshire | L120 | 1.00 hrs |
| 02/15/13 | EL | Review of case law from various states regarding permissibility of assessment of one-time convenience fees (agent payment, online payment, and telephone payment fees) for mortgage loan payments | L120 | 1.00 hrs |
| 02/15/13 | EL | Conference call with client and others regarding permissibility of assessing convenience and other servicing fees in various states | L120 | .50 hrs |
| 02/15/13 | RKB | Revise Tennessee foreclosure template | P210 | .30 hrs |
| 02/15/13 | DCL | Respond to GMACM inquiry regarding government forfeiture litigation | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     22
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| 02/15/13 | ASK | Review email from client regarding clarification on assessment of BPO fees in North Carolina and draft response to email which outlines the statutory issues with charging borrower's BPO fees for BPO inspections performed by real estate broker's who are not independently licensed as appraisers. | C300 | .80 hrs |
|---|---|---|---|---|
| 02/15/13 | JJS | Researching Nevada foreclosure laws, specifically the foreclosure mediation rules, to update GMAC's foreclosure compliance template. | L120 | 4.10 hrs |
| 02/15/13 | JJS | Updating GMAC's foreclosure compliance template for Vermont. | L120 | 2.30 hrs |
| 02/15/13 | CSM | Emails with client regarding form of verification to be used in relation to complaint for foreclosure in Hawaii | P280 | .90 hrs |
| 02/15/13 | LSDR | Review and analyze revised foreclosure department procedures for online manual | L120 | .80 hrs |
| 02/15/13 | JW | Review questions regarding completion of New Jersey complaint verification checklist | L110 | .40 hrs |
| 02/15/13 | JW | Respond to questions regarding completion of New Jersey complaint verification checklist | L110 | .10 hrs |
| 02/15/13 | MCM | Research and draft memo to client regarding North Carolina BPO fees | L120 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    23
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| 02/15/13 | MCM | Prepare for and participate in conference call with client regarding fee tables | L120 | .50 hrs |
|---|---|---|---|---|
| 02/15/13 | JWCO | To update Delaware foreclosure template, analyze laws enacted in Delaware over the last year for changes in foreclosure required foreclosure procedures | C300 | 1.00 hrs |
| 02/15/13 | JWCO | Revise Delaware foreclosure template to accurately reflect recent new procedures required under Delaware's Automatic Residential Mortgage Foreclosure Mediation Program | C300 | 2.50 hrs |
| 02/15/13 | JWCO | Review and streamline foreclosure compliance template for Delaware to remove unnecessary steps from the checklist | C200 | 1.80 hrs |
| 02/15/13 | JWCO | Revise Delaware foreclosure template to identify and highlight important documents which must be present in foreclosure file | C300 | 1.00 hrs |
| 02/15/13 | CJ | Research on amendments to Nevada state rules. | B110 | 1.20 hrs |
| 02/15/13 | JWCO | To update Mississippi foreclosure template, analyze laws enacted in Mississippi over the last year for changes in  required foreclosure procedures | C200 | .80 hrs |

TOTAL FEES FOR THIS MATTER                    $76,382.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    24
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

<u>EXPENSES</u>

| | | |
|---|---|---|
| 03/13/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP<br>BROWARD CLERK 2-5-13<br>Bank ID: PCARD Check Number: P113 | 5.00 |
| 03/13/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP<br>BROWARD CLERK 2-6-13<br>Bank ID: PCARD Check Number: P113 | 5.00 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT<br>DOCUMENTS<br>Bank ID: GENR Check Number: 107267 | 215.42 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT<br>DOCUMENTS<br>Bank ID: GENR Check Number: 107267 | 149.73 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT<br>DOCUMENTS<br>Bank ID: GENR Check Number: 107267 | 136.03 |
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT<br>DOCUMENTS<br>Bank ID: GENR Check Number: 107267 | 168.13 |
| 02/07/13 | Airline Tickets - D. BRIAN O'DELL TERMINATION<br>OF FORECLOSURE/FIRE BHPP IN NEW YORK CITY, NY<br>1/8/13 - 1/10/13<br>Bank ID: GENR Check Number: 106412 | 957.80 |
| 02/13/13 | Airline Tickets - MARY CLAY MORGAN ATTEND<br>MEETING WITH L. DESILVA ON MERGED FEE TEMPLATES<br>2-6-13 TO 2-7-13 IN DALLAS, TX<br>Bank ID: GENR Check Number: 106719 | 506.60 |
| 03/08/13 | Airline Tickets - J. DOUGLAS MINOR, JR. ATTEND<br>AFFIDAVIT PROJECT IN FT LAUDERDALE, FL 2/25/13<br>- 3/1/13<br>Bank ID: GENR Check Number: 108229 | 679.60 |
| 03/21/13 | Airline Tickets - CHRISTIAN HANCOCK ATTEND<br>AUDIT OF TWO FIRMS W/ OCWEN IN FORT WORTH, TX<br>3/7/13<br>Bank ID: GENR Check Number: 108554 | 1,390.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 02/07/13 | Travel Expense - D. BRIAN O'DELL TERMINATION OF FORECLOSURE/FIRE BHPP IN NEW YORK CITY, NY 1/8/13 - 1/10/13 HOTEL Bank ID: GENR Check Number: 106412 | 209.02 |
| 02/07/13 | Travel Expense - D. BRIAN O'DELL TERMINATION OF FORECLOSURE/FIRE BHPP IN NEW YORK CITY, NY 1/8/13 - 1/10/13 HOTEL Bank ID: GENR Check Number: 106412 | 266.78 |
| 02/07/13 | Travel Expense - D. BRIAN O'DELL TERMINATION OF FORECLOSURE/FIRE BHPP IN NEW YORK CITY, NY 1/8/13 - 1/10/13 RENTAL CAR Bank ID: GENR Check Number: 106412 | 402.47 |
| 02/07/13 | Travel Expense - D. BRIAN O'DELL TERMINATION OF FORECLOSURE/FIRE BHPP IN NEW YORK CITY, NY 1/8/13 - 1/10/13 CAB FARE, TIPS Bank ID: GENR Check Number: 106412 | 72.50 |
| 02/13/13 | Travel Expense - MARY CLAY MORGAN ATTEND MEETING WITH L. DESILVA ON MERGED FEE TEMPLATES 2-6-13 TO 2-7-13 IN DALLAS, TX LODGING Bank ID: GENR Check Number: 106719 | 270.18 |
| 02/13/13 | Travel Expense - MARY CLAY MORGAN ATTEND MEETING WITH L. DESILVA ON MERGED FEE TEMPLATES 2-6-13 TO 2-7-13 IN DALLAS, TX RENTAL CAR Bank ID: GENR Check Number: 106719 | 94.72 |
| 02/13/13 | Travel Expense - MARY CLAY MORGAN ATTEND MEETING WITH L. DESILVA ON MERGED FEE TEMPLATES 2-6-13 TO 2-7-13 IN DALLAS, TX PARKING Bank ID: GENR Check Number: 106719 | 20.00 |
| 02/13/13 | Travel Expense - MARY CLAY MORGAN ATTEND MEETING WITH L. DESILVA ON MERGED FEE TEMPLATES 2-6-13 TO 2-7-13 IN DALLAS, TX AIRPORT PARKING Bank ID: GENR Check Number: 106719 | 28.00 |
| 03/08/13 | Travel Expense - J. DOUGLAS MINOR, JR. ATTEND AFFIDAVIT PROJECT IN FT LAUDERDALE, FL 2/25/13 - 3/1/13  HOTEL Bank ID: GENR Check Number: 108229 | 1,283.16 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
APRIL 30, 2013

OR0802-301160

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 03/08/13 | Travel Expense - J. DOUGLAS MINOR, JR. ATTEND AFFIDAVIT PROJECT IN FT LAUDERDALE, FL 2/25/13 - 3/1/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108229 | 281.44 |
| 03/08/13 | Travel Expense - J. DOUGLAS MINOR, JR. ATTEND AFFIDAVIT PROJECT IN FT LAUDERDALE, FL 2/25/13 - 3/1/13  HOTEL PARKING<br>Bank ID: GENR Check Number: 108229 | 139.72 |
| 03/08/13 | Travel Expense - J. DOUGLAS MINOR, JR. ATTEND AFFIDAVIT PROJECT IN FT LAUDERDALE, FL 2/25/13 - 3/1/13  AIRPORT PARKING<br>Bank ID: GENR Check Number: 108229 | 56.00 |
| 03/08/13 | Travel Expense - J. DOUGLAS MINOR, JR. ATTEND AFFIDAVIT PROJECT IN FT LAUDERDALE, FL 2/25/13 - 3/1/13  FUEL, CAB FARE<br>Bank ID: GENR Check Number: 108229 | 27.98 |
| 03/21/13 | Travel Expense - CHRISTIAN HANCOCK ATTEND AUDIT OF TWO FIRMS W/ OCWEN IN FORT WORTH, TX  3/7/13 HOTEL<br>Bank ID: GENR Check Number: 108554 | 468.74 |
| 03/21/13 | Travel Expense - CHRISTIAN HANCOCK ATTEND AUDIT OF TWO FIRMS W/ OCWEN IN FORT WORTH, TX  3/7/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108554 | 224.42 |
| 03/21/13 | Travel Expense - CHRISTIAN HANCOCK ATTEND AUDIT OF TWO FIRMS W/ OCWEN IN FORT WORTH, TX  3/7/13 PARKING<br>Bank ID: GENR Check Number: 108554 | 49.80 |
| 03/21/13 | Travel Expense - CHRISTIAN HANCOCK ATTEND AUDIT OF TWO FIRMS W/ OCWEN IN FORT WORTH, TX  3/7/13 FUEL, INFLIGHT WIFI<br>Bank ID: GENR Check Number: 108554 | 28.35 |
| 02/07/13 | Meal Expense - D. BRIAN O'DELL TERMINATION OF FORECLOSURE/FIRE BHPP IN NEW YORK CITY, NY 1/8/13 - 1/10/13<br>Bank ID: GENR Check Number: 106412 | 18.97 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    27
APRIL 30, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 02/13/13 | Meal Expense - MARY CLAY MORGAN ATTEND MEETING WITH L. DESILVA ON MERGED FEE TEMPLATES 2-6-13 TO 2-7-13 IN DALLAS, TX  Bank ID: GENR Check Number: 106719 | 5.50 |
| 02/13/13 | Meal Expense - MARY CLAY MORGAN ATTEND MEETING WITH L. DESILVA ON MERGED FEE TEMPLATES 2-6-13 TO 2-7-13 IN DALLAS, TX  Bank ID: GENR Check Number: 106719 | 29.76 |
| 03/08/13 | Meal Expense - J. DOUGLAS MINOR, JR. ATTEND AFFIDAVIT PROJECT IN FT LAUDERDALE, FL 2/25/13 - 3/1/13  Bank ID: GENR Check Number: 108229 | 77.01 |
| 03/08/13 | Meal Expense - J. DOUGLAS MINOR, JR. ATTEND AFFIDAVIT PROJECT IN FT LAUDERDALE, FL 2/25/13 - 3/1/13  Bank ID: GENR Check Number: 108229 | 48.28 |
| 03/21/13 | Meal Expense - CHRISTIAN HANCOCK ATTEND AUDIT OF TWO FIRMS W/ OCWEN IN FORT WORTH, TX  3/7/13  Bank ID: GENR Check Number: 108554 | 3.74 |
| 02/08/13 | Express Mail/Fedex - FEDERAL EXPRESS EE DELIVERY/NJ PAPERS RUNNING LEGAL NOTICE  Bank ID: GENR Check Number: 106517 | 63.86 |

TOTAL COSTS FOR THIS MATTER          $8,384.01

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lesley Smith DeRamus | 6.70 hrs | 352.00 /hr | 2,358.40 |
| Wendell Allen | 30.70 hrs | 378.00 /hr | 11,604.60 |
| Christian W. Hancock | .60 hrs | 361.00 /hr | 216.60 |
| D. Brian O'Dell | 18.30 hrs | 383.00 /hr | 7,008.90 |
| Ann Cargile | 5.80 hrs | 387.00 /hr | 2,244.60 |
| Dana C. Lumsden | 3.00 hrs | 422.00 /hr | 1,266.00 |
| Mary C. Morgan | 16.50 hrs | 295.00 /hr | 4,867.50 |
| Elizabeth B. Mitchell | .40 hrs | 260.00 /hr | 104.00 |
| R. Kane Burnette | 16.00 hrs | 224.00 /hr | 3,584.00 |
| W. Justin Hendrix | 3.30 hrs | 224.00 /hr | 739.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    28
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | |
|---|---|---|---:|
| Aman S. Kahlon | 34.20 hrs | 242.00 /hr | 8,276.40 |
| Jay Wright | 21.40 hrs | 220.00 /hr | 4,708.00 |
| Jessica J. Sibley | 10.10 hrs | 299.00 /hr | 3,019.90 |
| Elena Lovoy | 28.50 hrs | 352.00 /hr | 10,032.00 |
| Kathleen T. Milam | 7.50 hrs | 207.00 /hr | 1,552.50 |
| Cory S. Menees | 5.10 hrs | 295.00 /hr | 1,504.50 |
| Ann Craft | .50 hrs | 198.00 /hr | 99.00 |
| Jonathan Kloldzieg | 8.00 hrs | 198.00 /hr | 1,584.00 |
| John W. Cole | 52.80 hrs | 211.00 /hr | 11,140.80 |
| Carey Johnson | 1.20 hrs | 90.00 /hr | 108.00 |
| Kerry Keane | 2.30 hrs | 158.00 /hr | 363.40 |

| | | |
|---|---|---:|
| TOTAL FEES | 272.90 hrs | $76,382.30 |
| TOTAL EXPENSES | | $8,384.01 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$84,766.31** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301163

INVOICE #  841332

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301163
     TC # 731729

PROFESSIONAL SERVICES

| 01/22/13 | GWG | Work on memo regarding lien releases by substitute trustees | L120 | 1.20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                $374.40

BILLING SUMMARY

| Graham W. Gerhardt | 1.20 hrs | 312.00 /hr | 374.40 |
|---|---|---|---|

TOTAL FEES                  1.20 hrs              $374.40

**TOTAL CHARGES FOR THIS INVOICE**                $374.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0802-301165
Fort Washington, PA 19034

                                                          INVOICE #   841334

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-301165
         TC # 732147

PROFESSIONAL SERVICES

01/14/13   ERP   Revise and finalize closing memorandum      L120      .40 hrs

01/14/13   ERP   E-mail communication with C.Adams           L120      .20 hrs
                 attaching closing memorandum for review


           TOTAL FEES FOR THIS MATTER                        $97.80


BILLING SUMMARY

    Emily R. Powell              .60 hrs   163.00 /hr        97.80


TOTAL FEES                      0.60 hrs                     $97.80

**TOTAL CHARGES FOR THIS INVOICE**                          $97.80


             ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301169

INVOICE #  865762

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301169
     TC # 732228

PROFESSIONAL SERVICES

| 02/04/13 | KK | Draft status report for client as follows: We continue to follow up with local counsel in Oklahoma to consider options that are available to have the mortgage released. | L110 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                      $15.80

BILLING SUMMARY

| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | $15.80 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                          **$15.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    MARCH 27, 2013
1100 Virginia Drive                                                       0R0802-301172
Fort Washington, PA 19034

                                                                          INVOICE #  841339

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0802-301172
          TC # 729185

PROFESSIONAL SERVICES

01/09/13  JCCO Receive call from client and send email      L160      .30 hrs
               to borrower's counsel containing loan
               modification documents, and receive
               telephone call from borrower's counsel


          TOTAL FEES FOR THIS MATTER                                 $67.20


BILLING SUMMARY

     Jonathan Cobb              .30 hrs   224.00 /hr          67.20


TOTAL FEES                      0.30 hrs                     $67.20

**TOTAL CHARGES FOR THIS INVOICE**                          **$67.20**

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301172

INVOICE #  865763

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301172
     TC # 729185

PROFESSIONAL SERVICES

| 02/06/13 | JCCO | Send email to borrower's counsel regarding GMAC's willingness to accept payments and providing instructions for sending original loan modification documents | C400 | .20 hrs |

TOTAL FEES FOR THIS MATTER                         $44.80

BILLING SUMMARY

| Jonathan Cobb | .20 hrs | 224.00 /hr | 44.80 |

| TOTAL FEES | 0.20 hrs | | $44.80 |

**TOTAL CHARGES FOR THIS INVOICE**                 **$44.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                           0R0802-301177
Fort Washington, PA 19034

INVOICE #  841341

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0802-301177
      TC # 733483

PROFESSIONAL SERVICES

| 01/09/13 | CWH | Phone calls and emails with client regarding CEMA loans and lost notes in New York | L120 | .60 hrs |
| 01/10/13 | CWH | Conference call with client to address numerous issues regarding CEMAs in New York | L120 | .70 hrs |
| 01/10/13 | CWH | Research issues regarding CEMAs in New York | L120 | .40 hrs |
| 01/10/13 | CWH | Phone call with client regarding unique lost note affidavits requested from note purchasers | L120 | .20 hrs |
| 01/10/13 | CWH | Review and analyze numerous questions from Record Services group regarding lost note affidavits, CEMAs, title policy issues, and other mortgage documents and send responses to client on same | L120 | 1.90 hrs |
| 01/10/13 | DCL | Prepare for conference call with GMACM Records Services Department regarding CEMA loans and documentation | L120 | .50 hrs |
| 01/18/13 | CWH | Conference call with client and New York firm regarding variety of issues with CEMAs and lost instrument affidavits they are requesting | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0802-301177

FED ID NO. 63-0243316

| 01/18/13 | DCL | Conference call with representatives of the Rosicki law firm regarding legal documentation for CEMA loans | L120 | .30 hrs |
|---|---|---|---|---|
| 01/18/13 | DCL | Review and analyze New York foreclosure law in preparation for conference call with Rosicki law firm regarding CEMA loans | L120 | .50 hrs |
| 01/25/13 | CWH | Review and analyze allonge/endorsement issues on a note in New York | L120 | .20 hrs |
| 01/28/13 | CWH | Exchange e-mails with Record Services about Ludwig loan and issues with endorsements | L120 | .20 hrs |
| 01/29/13 | CWH | Review, analyze, and respond to multiple document questions from Record Services regarding lost note affidavits and other forms of foreclosure affidavits | L120 | .60 hrs |
| 01/30/13 | CWH | Exchange e-mails with employee in Record Services about proceeding on a Florida foreclosure on the note only | L120 | .20 hrs |
| 01/30/13 | CWH | Exchange e-mails with client regarding lost allonge affidavit for Loan ---2772 | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,498.00

BILLING SUMMARY

| Christian W. Hancock | 5.40 hrs | 361.00 /hr | 1,949.40 |
|---|---|---|---|
| Dana C. Lumsden | 1.30 hrs | 422.00 /hr | 548.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0802-301177

FED ID NO. 63-0243316

TOTAL FEES                    6.70 hrs              $2,498.00

**TOTAL CHARGES FOR THIS INVOICE**              $2,498.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301177

INVOICE #   865764

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301177
     TC # 733483

PROFESSIONAL SERVICES

| 02/06/13 | CWH | Review and analyze chain of assignments and endorsements for Ludwig loan and advise client of how to respond to investor request for further endorsements/assignments and draft advisory email back to client on same | L120 | .60 hrs |

| 02/08/13 | CWH | Review lost note affidavit issues in Maryland and exchange several emails with GMAC employees regarding execution of same | L120 | .40 hrs |

| 02/08/13 | CWH | Email Sam White's office to open discussions about lost note affidavit issues in Maryland | L120 | .20 hrs |

| 02/11/13 | CWH | Review and analyze client's questions about Lytle note, which was improperly marked "cancelled" | L120 | .20 hrs |

| 02/14/13 | CWH | Review and analyze numerous questions from Record Services concerning "Eaton Affidavits", Washington statements of ownership, and "action in the name of" directives, research same, and exchange e-mails with client (regarding Loans ---0522, ---5162, ---7880, ---9157, ---4208, ---2628, ---6764, ---3050, ---7377, ---2426, and ---2067) | L120 | 2.00 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0802-301177

FED ID NO. 63-0243316

---

| Date | | Description | | |
|------|------|------|------|------|
| 02/14/13 | CWH | Exchange e-mails with GMAC Legal regarding completion of Washington Beneficiary Declaration forms | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,299.60

BILLING SUMMARY

   Christian W. Hancock          3.60 hrs   361.00 /hr      1,299.60

TOTAL FEES                    3.60 hrs              $1,299.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,299.60**

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



| BRADLEY ARANT |
| BOULT CUMMINGS LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301178

INVOICE #   841344

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0802-301178
      TC # 733668

<u>PROFESSIONAL SERVICES</u>

| 01/02/13 | CJA | Receipt, review of and revised policies and procedures related to the following: asset manager agent interview questions and accounts payable month end audit process | B250 | 2.20 hrs |
| 01/03/13 | LSDR | Review and analyze REO department procedures for P &P Manual | L120 | 2.60 hrs |
| 01/04/13 | CJA | Confer with client regarding additional revisions to various policies and procedures, including asset manager agent interview questions and accounts payable month end audit process and provided comments thereto | B250 | 1.60 hrs |
| 01/07/13 | CJA | Receipt, review of and revised various REO policies and procedures and provided changes to the following: Eviction Attorney Scorecards Overview , Eviction Overview, Occupancy Check, Tenant Occupied Eviction, Occupied with Individuals, Executing Eviction Documents, and Occupants Covered by SCRA | B250 | 8.70 hrs |
| 01/08/13 | LSDR | Review and analyze revisions to REO department procedures for online P&P manual | L120 | 2.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0802-301178

FED ID NO. 63-0243316

| 01/09/13 | CJA | Receipt and review of accounting from REO vendor related to overpayment of funds to various municipalities in order to determine application of remaining funds to various investors | B250 | 7.60 hrs |
|---|---|---|---|---|
| 01/10/13 | CJA | Conference call with D.McGowan regarding next steps for repayment of funds based on withholding of closing proceeds by REO vendor | B250 | 2.70 hrs |
| 01/11/13 | CJA | Receipt, review of and revised various REO policies and procedures and provided further and additional comments to the following: Eviction Attorney Scorecards Overview , Eviction Overview, Occupancy Check, Tenant Occupied Eviction, Occupied with Individuals, Executing Eviction Documents, and Occupants Covered by SCRA | B250 | 5.20 hrs |
| 01/11/13 | CJA | Receipt and review of letters, photos, Equator messages and documents supporting former tenant's claim that personal property was improperly removed from former residence following eviction | B250 | 3.80 hrs |
| 01/15/13 | CJA | Receipt, review of and revised various REO policies and procedures and provided changes to the following: Independent Property Inspections, Evictions - Occupied with Personal Property and Matrix, Document Execution - Evictions with Personal Property | B250 | 4.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0R0802-301178

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/15/13 | CJA | Telephone call with C.Helling, attorney for potential co-defendant REO vendor, related to claim made by former property owner related to alleged improper removal of personal property | B250 | .70 hrs |
| 01/16/13 | CJA | Researched applicable state law to determine plausibility of former property owner's claim stemming from alleged improper removal of personal property and assess potential liability | B250 | 5.10 hrs |
| 01/18/13 | CWH | Review and analyze issues with borrower lockout and removal of belongings regarding Loan #7225 and assist with developing strategy for same | L120 | .30 hrs |
| 01/18/13 | CJA | Researched applicable state law to determine plausibility of former property owner's claim stemming from alleged improper removal of personal property and assess potential liability | B250 | 2.90 hrs |
| 01/18/13 | CJA | Telephone call with D.McGowan regarding potential resolution to overpayment of closing funds by REO vendor | B250 | .70 hrs |
| 01/23/13 | CJA | Conference call with C.Helling, attorney for Field Asset Services, and K.Khadem regarding resolution to claim stemming from personal property eviction in California | B250 | 1.50 hrs |
| 01/23/13 | CJA | Confer with client regarding Khadem claim pertaining to personal property eviction | B250 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0R0802-301178

FED ID NO. 63-0243316

| 01/23/13 | CJA | Receipt and review of revisions to the following REO policies and procedures and provided comments to same: Executing Eviction Documents and Occupants Covered by SCRA | B250 | 4.20 hrs |
|---|---|---|---|---|
| 01/24/13 | CJA | Receipt and review of additional client documents and pictures related to personal property claim in California and conferred with client regarding date of actions taken on behalf of client | B250 | 1.20 hrs |
| 01/24/13 | CJA | Researched applicable state law pertaining to unlawful detainer action in order to determine potential liability for wrongful eviction process | B250 | 2.10 hrs |
| 01/28/13 | CJA | Receipt and review of title report and researched state law in order to advise client regarding effects of unwinding or terminating deed in lieu transaction and pursuing foreclosure due to lack of release of subordinate liens | B250 | 1.00 hrs |
| 01/29/13 | CJA | Receipt and review of deed in lieu agreement and other documents and drafted summary for client related to its impact on canceling deed in lieu transaction and pursuing foreclosure based on applicable state law | B250 | 1.50 hrs |
| 01/30/13 | CJA | Telephone call with borrower's tax advisor related to deed in lieu matter | B250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $16,585.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0R0802-301178

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lesley Smith DeRamus | 5.30 hrs | 352.00 /hr | 1,865.60 |
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| C. Jason Avery | 57.30 hrs | 255.00 /hr | 14,611.50 |

TOTAL FEES              62.90 hrs                    $16,585.40

**TOTAL CHARGES FOR THIS INVOICE**                  $16,585.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                             0R0802-301178
Fort Washington, PA 19034

                                                          INVOICE #  865765

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0R0802-301178
          TC # 733668

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | CJA | Review and revised REO policies and procedures pertaining to the following: independent property inspections, OFAC and Rehab and Repair of REO assets | B250 | 6.30 hrs |
| 02/05/13 | CJA | Review and revised REO policies and procedures related to personal property removal and occupancy check in light of recent state law developments aimed at personal property disposition in REO assets | B250 | 6.20 hrs |
| 02/05/13 | CJA | Review of lease and title work regarding distressed asset in order to determine value and potentially need for charge off and lien release | B250 | 2.30 hrs |
| 02/06/13 | CJA | Researched redemption rights following foreclosure of sewer, water, tax and municipal improvements under laws of multiple jurisdictions and prepared summary | B250 | 5.10 hrs |
| 02/07/13 | CJA | Confer with FAS's attorney and claimant regarding potential settlement | B250 | .60 hrs |
| 02/07/13 | CJA | Research state law pertaining to personal property eviction and unlawful detainer actions in order to access claims made by former tenants or borrowers in multiple jurisdictions | B250 | 7.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                                    APRIL 30, 2013

0R0802-301178

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/08/13 | CJA | Call with client regarding process related to charge offs and prospective strategy for assets currently working their way to potential charge off review | B250 | 1.00 hrs |
| 02/08/13 | CJA | Review and revise policies and procedures regarding the following: Title Order Matrix, GMACM Closing Regions and Vendor Responsibility and Accounts Payable Month End Audit Process | B250 | 7.60 hrs |
| 02/11/13 | CJA | Receipt, review, edit and revise REO policies and procedures pertaining to the following: Occupancy Check, Title Order Matrix and Title Escalation, Closing Regions and Vendor Responsibility at and after Closing | B250 | 7.00 hrs |
| 02/12/13 | CJA | Draft and revise standard contract, rider, recovery sales contract, auction house contract and other documents in order to ensure compliance with revisions to policies and procedures | B250 | 7.50 hrs |
| 02/12/13 | CJA | Confer with D.McGowan regarding accounting and overpayment of funds at GMAC closing | B250 | .60 hrs |
| 02/13/13 | CJA | Receipt, review, edit and revise REO policies and procedures pertaining to the following: Closing Settlement and Funding Procedure, Title and Risk Escalation | B250 | 5.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0802-301178

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/14/13 | CJA | Receipt and review of pleadings, including final judgments, related to multiple code and housing cases in metropolitan jurisdiction and confer with city attorney handling same in order to attempt to resolve monetary fine | B250 | 6.70 hrs |
| 02/15/13 | CJA | Receipt, review, edit and revise REO policies and procedures pertaining to the following: Occupancy Check, Personal Property Disposition (and compared to state law research pertaining to same) and Collecting Buyer Id at Closing | B250 | 7.80 hrs |

TOTAL FEES FOR THIS MATTER                 $18,283.50

BILLING SUMMARY

C. Jason Avery          71.70 hrs   255.00 /hr    18,283.50

TOTAL FEES              71.70 hrs                 $18,283.50

**TOTAL CHARGES FOR THIS INVOICE**          $18,283.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    MARCH 26, 2013
1100 Virginia Drive                                                       0R0802-301180
Fort Washington, PA 19034

INVOICE #  840965

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0R0802-301180
     TC # 733956

EXPENSES

01/08/13 Airline Tickets - D. BRIAN O'DELL TRAVEL TO            923.60
         BREVARD COUNTY, FL FOR TRIAL 12/18/12 -
         12/21/12
         Bank ID: GENR Check Number: 104994
01/08/13 Airline Tickets - D. BRIAN O'DELL TRAVEL TO            332.80
         BREVARD COUNTY, FL FOR TRIAL 12/18/12 -
         12/21/12
         Bank ID: GENR Check Number: 104994
01/08/13 Travel Expense - D. BRIAN O'DELL TRAVEL TO             187.59
         BREVARD COUNTY, FL FOR TRIAL 12/18/12 -
         12/21/12 HOTEL
         Bank ID: GENR Check Number: 104994
01/08/13 Travel Expense - D. BRIAN O'DELL TRAVEL TO             132.09
         BREVARD COUNTY, FL FOR TRIAL 12/18/12 -
         12/21/12 HOTEL
         Bank ID: GENR Check Number: 104994
01/08/13 Travel Expense - D. BRIAN O'DELL TRAVEL TO             123.70
         BREVARD COUNTY, FL FOR TRIAL 12/18/12 -
         12/21/12 HOTEL
         Bank ID: GENR Check Number: 104994
01/08/13 Travel Expense - D. BRIAN O'DELL TRAVEL TO              77.00
         BREVARD COUNTY, FL FOR TRIAL 12/18/12 -
         12/21/12 CAB FARE, PARKING
         Bank ID: GENR Check Number: 104994
01/08/13 Travel Expense - D. BRIAN O'DELL TRAVEL TO              30.00
         BREVARD COUNTY, FL FOR TRIAL 12/18/12 -
         12/21/12 TIPS
         Bank ID: GENR Check Number: 104994
01/08/13 Meal Expense - D. BRIAN O'DELL TRAVEL TO               53.15
         BREVARD COUNTY, FL FOR TRIAL 12/18/12 -
         12/21/12
         Bank ID: GENR Check Number: 104994



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 26, 2013

0R0802-301180

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 01/08/13 | Meal Expense - D. BRIAN O'DELL TRAVEL TO BREVARD COUNTY, FL FOR TRIAL 12/18/12 - 12/21/12 Bank ID: GENR Check Number: 104994 | 46.62 |
| 01/08/13 | Meal Expense - D. BRIAN O'DELL TRAVEL TO BREVARD COUNTY, FL FOR TRIAL 12/18/12 - 12/21/12 Bank ID: GENR Check Number: 104994 | 91.40 |
| 01/08/13 | Meal Expense - D. BRIAN O'DELL TRAVEL TO BREVARD COUNTY, FL FOR TRIAL 12/18/12 - 12/21/12 Bank ID: GENR Check Number: 104994 | 8.40 |

TOTAL COSTS FOR THIS MATTER          $2,006.35


TOTAL FEES          0.00 hrs          $.00

TOTAL EXPENSES          $2,006.35

**TOTAL CHARGES FOR THIS INVOICE**          $2,006.35

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0802-301180
Fort Washington, PA 19034

                                                           INVOICE #  841347

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-301180
         TC # 733956

<u>PROFESSIONAL SERVICES</u>

| 01/02/13 | DBO | Teleconference with Pendergast regarding 2013 co-counsel trial program | L120 | .50 hrs |
|---|---|---|---|---|
| 01/02/13 | DBO | Detailed correspondence with client regarding draft program relating to co-counsel program for 2013 in FL and teleconference with other firms regarding same | L120 | .90 hrs |
| 01/03/13 | DBO | Correspondence with client regarding 2012 FL bulk trial results | L120 | .40 hrs |
| 01/04/13 | DBO | Correspondence with Choice Legal regarding bulk trial issues and correspond with other firms regarding witness requests and orders | L120 | .60 hrs |
| 01/10/13 | DBO | Assisted Choice Legal and Phelan in resolving issues regarding upcoming trials in Lee County, FL | L120 | .70 hrs |
| 01/14/13 | DBO | Correspondence with Johnson Freedman regarding issues surrounding AOMs | L120 | .50 hrs |
| 01/14/13 | DBO | Correspondence with client regarding 2013 co-counsel program in FL and correspondence and teleconference with Pendergast regarding same | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0802-301180

FED ID NO. 63-0243316

| 01/16/13 | DBO | Attended teleconference with client regarding FL co-counsel program for 2013 and correspondence with Pendergast regarding same | L120 | .80 hrs |
|---|---|---|---|---|
| 01/17/13 | DBO | Teleconference with Pendergast regarding upcoming co-counsel program in 2013 in FL | L120 | .50 hrs |
| 01/18/13 | DBO | Correspondence with FL firms regarding attendance issues at trial | L120 | .30 hrs |
| 01/23/13 | DBO | Teleconference and correspondence with Marshall Watson and Albertelli regarding bulk trials/co-counsel program with Pendergast | L120 | .70 hrs |
| 01/24/13 | DBO | Correspondence with S.Schefstad at Pendergast regarding co-counsel program and ensuring files are properly and timely scheduled for trial and additional correspondence with Marshall Watson, Phelan, and Albertelli regarding same | L120 | 1.60 hrs |
| 01/25/13 | DBO | Finalized bulk trial lists and notices of trial with all firms regarding upcoming dates in Polk, Orange, and Hillsborough | L120 | .70 hrs |
| 01/30/13 | DBO | Correspondence and teleconference with FL firms related to co-counsel bulk trials in FL in Orange, Hillsborough, and Polk counties | L120 | 1.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0802-301180

FED ID NO. 63-0243316

---

| 01/31/13 | DBO | Teleconference with Kass Shuler and Johnson Freedman regarding bulk trials in Orange and Hillsborough counties and forwarded instructions regarding same with deadlines via correspondence and detailed update to client regarding same | L120 | 2.00 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $4,596.00

<u>BILLING SUMMARY</u>

| D. Brian O'Dell | 12.00 hrs | 383.00 /hr | 4,596.00 |
|---|---|---|---|

| TOTAL FEES | 12.00 hrs | | $4,596.00 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                           **$4,596.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0802-301180
Fort Washington, PA 19034

INVOICE # 865766

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301180
     TC # 733956

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | DBO | Teleconference and correspondence with E.DeSilva regarding Choice Legal and project regarding same with aged portfolio | L120 | .50 hrs |
| 02/11/13 | DBO | Correspondence and teleconference with E.DeSilva regarding Weltman Wienburg transfer in FL | L120 | .50 hrs |
| 02/11/13 | CWH | Attend conference call with client and Weltman firm in Florida | L110 | .50 hrs |
| 02/14/13 | DBO | Correspondence with E.DeSilva regarding where to transfer Smith Hiatt files | L120 | .40 hrs |
| 02/15/13 | DBO | Correspondence regarding strategy to review aged files at Choice Legal and review spreadsheets regarding same | L120 | .50 hrs |

                TOTAL FEES FOR THIS MATTER                         $908.20


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| D. Brian O'Dell | 1.90 hrs | 383.00 /hr | 727.70 |

TOTAL FEES            2.40 hrs            $908.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0802-301181
Fort Washington, PA 19034

                                                    INVOICE #  841349

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-301181
         TC # 733993

PROFESSIONAL SERVICES

01/04/13   KK   Draft closing memorandum to send to      L110      .30 hrs
                client regarding resolution of file and
                officially close out of system

01/04/13   MCG  Review and revise closing memorandum     C300      .20 hrs

                TOTAL FEES FOR THIS MATTER                        $117.00

BILLING SUMMARY

    Michael C. Griffin        .20 hrs    348.00 /hr        69.60
    Kerry Keane               .30 hrs    158.00 /hr        47.40

TOTAL FEES                    0.50 hrs                   $117.00

**TOTAL CHARGES FOR THIS INVOICE**                      $117.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                MARCH 26, 2013
1100 Virginia Drive                                   0R0802-301182
Fort Washington, PA 19034

                                                      INVOICE #   840966

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

     Re:  0R0802-301182
          TC # 734208

<u>EXPENSES</u>

| | | |
|---|---|---|
| 01/02/13 | Airline Tickets - MARK WIERMAN TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/16/12 - 12/20/12<br>Bank ID: GENR Check Number: 104703 | 580.10 |
| 01/03/13 | Airline Tickets - JAY LEVINE TRAVEL TO DALLAS, TX FOR LOAN REVIEW PROJECT WORK 1/2/13<br>Bank ID: GENR Check Number: 104674 | 587.60 |
| 01/04/13 | Airline Tickets - JAMIE MOORE ATTEND FILE REVIEW IN DALLAS, TX 12/16/12 - 12/19/12<br>Bank ID: GENR Check Number: 105175 | 324.80 |
| 01/04/13 | Airline Tickets - JAMIE MOORE ATTEND FILE REVIEW IN DALLAS, TX 12/16/12 - 12/19/12<br>Bank ID: GENR Check Number: 105175 | 377.80 |
| 01/11/13 | Airline Tickets - NADER RAJA TRAVEL TO DALLAS, TX FOR LITTON LITIGATION 12/26/12<br>Bank ID: GENR Check Number: 105397 | 287.40 |
| 01/02/13 | Travel Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/16/12 - 12/20/12 PARKING<br>Bank ID: GENR Check Number: 104703 | 20.00 |
| 01/03/13 | Travel Expense - JAY LEVINE TRAVEL TO DALLAS, TX FOR LOAN REVIEW PROJECT WORK 1/2/13 CHOICE SEATS<br>Bank ID: GENR Check Number: 104674 | 38.00 |
| 01/04/13 | Travel Expense - JAMIE MOORE ATTEND FILE REVIEW IN DALLAS, TX 12/16/12 - 12/19/12 CAB FARE<br>Bank ID: GENR Check Number: 105175 | 70.00 |
| 01/04/13 | Travel Expense - JAMIE MOORE ATTEND FILE REVIEW IN DALLAS, TX 12/16/12 - 12/19/12 PARKING, SEATS<br>Bank ID: GENR Check Number: 105175 | 45.68 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
MARCH 26, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 01/11/13 | Travel Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR LITTON LITIGATION 12/26/12 CAR RENTAL CANCELLATION FEE<br>Bank ID: GENR Check Number: 105397 | 35.00 |
| 01/15/13 | Travel Expense - JUSTIN HENDRIX ON-SITE REVIEW OF FORECLOSURE FILES IN DALLAS, TX 12/9/12 - 12/14/12 CAB FARE<br>Bank ID: GENR Check Number: 105366 | 60.00 |
| 01/15/13 | Travel Expense - JUSTIN HENDRIX ON-SITE REVIEW OF FORECLOSURE FILES IN DALLAS, TX 12/9/12 - 12/14/12 CAB FARE<br>Bank ID: GENR Check Number: 105366 | 56.75 |
| 01/15/13 | Travel Expense - JUSTIN HENDRIX ON-SITE REVIEW OF FORECLOSURE FILES IN DALLAS, TX 12/9/12 - 12/14/12 BAGGAGE FEE, INTERNET<br>Bank ID: GENR Check Number: 105366 | 31.97 |
| 01/15/13 | Travel Expense - JUSTIN HENDRIX ON-SITE REVIEW OF FORECLOSURE FILES IN DALLAS, TX 12/2/12 - 12/7/12 CAB FARE<br>Bank ID: GENR Check Number: 105366 | 72.00 |
| 01/15/13 | Travel Expense - JUSTIN HENDRIX ON-SITE REVIEW OF FORECLOSURE FILES IN DALLAS, TX 12/2/12 - 12/7/12 INTERNET<br>Bank ID: GENR Check Number: 105366 | 6.97 |
| 01/18/13 | Travel Expense - RED TOP EXECUTIVE SEDAN J LEVINE CAR SERVICE 12-16-12<br>Bank ID: GENR Check Number: 105301 | 63.08 |
| 01/24/13 | Travel Expense - HOTEL PALOMAR DALLAS LODGING IN DALLAS 11-30-12 TO 12-22-13<br>Bank ID: GENR Check Number: 105597 | 15,117.49 |
| 01/31/13 | Travel Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS TX 12/20/12 CAB FARE<br>Bank ID: GENR Check Number: 106000 | 11.45 |
| 01/02/13 | Meal Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/16/12 - 12/20/12<br>Bank ID: GENR Check Number: 104703 | 41.23 |
| 01/02/13 | Meal Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/16/12 - 12/20/12<br>Bank ID: GENR Check Number: 104703 | 222.75 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
ResCap                                                                    MARCH 26, 2013

0R0802-301182

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 01/02/13 | Meal Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/16/12 - 12/20/12<br>Bank ID: GENR Check Number: 104703 | 46.47 |
| 01/04/13 | Meal Expense - JAMIE MOORE ATTEND FILE REVIEW IN DALLAS, TX 12/16/12 - 12/19/12<br>Bank ID: GENR Check Number: 105175 | 76.31 |
| 01/15/13 | Meal Expense - JUSTIN HENDRIX ON-SITE REVIEW OF FORECLOSURE FILES IN DALLAS, TX 12/9/12 - 12/14/12<br>Bank ID: GENR Check Number: 105366 | 285.25 |
| 01/15/13 | Meal Expense - JUSTIN HENDRIX ON-SITE REVIEW OF FORECLOSURE FILES IN DALLAS, TX 12/2/12 - 12/7/12<br>Bank ID: GENR Check Number: 105366 | 196.89 |
| 01/31/13 | Meal Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS TX FOOD & DRINKS FOR R SMITH & J MOORE 12/18/12<br>Bank ID: GENR Check Number: 106000 | 95.00 |
| 01/31/13 | Meal Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS TX LUNCH ON 12/20/12<br>Bank ID: GENR Check Number: 106000 | 25.00 |

TOTAL COSTS FOR THIS MATTER          $18,774.99

TOTAL FEES            0.00 hrs                        $.00

TOTAL EXPENSES                              $18,774.99

**TOTAL CHARGES FOR THIS INVOICE**            $18,774.99

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301182

INVOICE #  841352

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301182
     TC # 734208

PROFESSIONAL SERVICES

| 01/01/13 | MSW | Review and analyze transferred foreclosure files | L120 | 5.10 hrs |
|---|---|---|---|---|
| 01/02/13 | MSW | Review and analyze transferred foreclosure files | L120 | 6.80 hrs |
| 01/02/13 | MPE | Receive and assist with review of 55 physical Litton files and perform initial review to determine fiserv and dockets needed in order to complete review. | L110 | 1.50 hrs |
| 01/02/13 | RAC | Review of bankruptcy case dockets and files to respond to bankruptcy questions on certain files | B120 | 1.50 hrs |
| 01/02/13 | RAC | Review and respond to questions related to bankruptcy issues in file from attorneys conducting reviews | B120 | 1.00 hrs |
| 01/02/13 | JJE | Review and analyze loan filed to determine if foreclosure hold can be lifted and normal servicing resumed | C300 | 2.20 hrs |
| 01/02/13 | KMS | Analyze Litton files for servicing status | L120 | 7.60 hrs |
| 01/02/13 | MCG | Review and analyze transferred mortgage files | C300 | 8.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301182

FED ID NO. 63-0243316

| 01/02/13 | CWH | Several communications with client about status of project and comparing BABC and GMAC spreadsheets on same | L120 | .60 hrs |
| 01/03/13 | CWH | Phone calls and emails with client regarding plan to focus the review on bankruptcy and Attorney General letter issues only for the time being | L120 | 1.10 hrs |
| 01/03/13 | CWH | Review and analyze escalated files (for full review) and conduct bankruptcy-only review for the Attorney General solicitation letters | L120 | 4.80 hrs |
| 01/03/13 | CWH | Determine way to change the immediate scope of the review for purpose of sending loan modification letters and save remainder of review for afterwards | L120 | .90 hrs |
| 01/03/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 5.10 hrs |
| 01/03/13 | NSR | Review and analyze transferred foreclosure files for bankruptcy issues relating to account servicing | L120 | 4.10 hrs |
| 01/03/13 | CSM | Review and analyze transfer of mortgage files | P280 | 3.60 hrs |
| 01/03/13 | ATT | Review and analyze transfer foreclosure dockets and complete questionnaire/spreadsheet regarding bankruptcy issues relating to same | L240B | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|-----|------------|------|-------|
| 01/03/13 | JLM | Review and analyze Litton loan files and complete spreadsheet regarding same | L110 | 5.20 hrs |
| 01/03/13 | CWH | Train other attorneys on how to do the new bankruptcy-focused review in time for Attorney General solicitation letters | L190 | 1.00 hrs |
| 01/03/13 | MCG | Review and analyze transferred mortgage files | C300 | 9.10 hrs |
| 01/03/13 | KMS | Evaluate files for return to servicing | L120 | 8.10 hrs |
| 01/03/13 | JJE | Review and analyze various loan files to determine if they can return to normal loan servicing for the limited purpose of sending AG solicitation letters | C300 | 7.70 hrs |
| 01/03/13 | RAC | Multiple discussions with attorneys regarding bankruptcy issues and affect on discharge of circulation of AG letter | B120 | 1.00 hrs |
| 01/03/13 | RAC | Review of effect of bankruptcy discharge on whether AG solicitation letter should be sent for Litton file | B120 | 8.00 hrs |
| 01/03/13 | APUC | Review and analyze transfer foreclosure files for open or closed bankruptcies and complete questionnaire/spreadsheet regarding same | L660 | 7.60 hrs |
| 01/03/13 | AHC | Research PACER for borrower bankruptcy actions and retrieve and review relevant documents | L110 | 6.80 hrs |
| 01/03/13 | MPE | Assist with review and analysis of transferred foreclosure files to determine bankruptcy issues. | L110 | 10.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/03/13 | JSD | Review of foreclosure files to extract pertinent documents for attorney review. | L110 | 5.50 hrs |
|---|---|---|---|---|
| 01/03/13 | RCS | Exchanged e-mails regarding Litton loan review strategy | L120 | .30 hrs |
| 01/03/13 | RLB | Review and analyze bankruptcy issues related to transferred mortgage loan files | C300 | 7.20 hrs |
| 01/03/13 | MSW | Review and analyze transferred foreclosure files | L120 | 12.70 hrs |
| 01/03/13 | JDV | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 2.60 hrs |
| 01/03/13 | JDV | Review and analyze transferred loan files for bankruptcy issues relating to loan servicing and solicitations | L120 | 4.20 hrs |
| 01/03/13 | EL | Review and analyze Litton transfer files | L120 | .50 hrs |
| 01/03/13 | RPR | Review documents for loan project | L654 | .90 hrs |
| 01/03/13 | ACRA | Review and analyze bankruptcy status of foreclosure files to determine propriety of sending solicitation letter, and complete questionnaire/spreadsheet regarding same | L120 | 3.10 hrs |
| 01/03/13 | ACU | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same. | C300 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
MARCH 27, 2013

OR0802-301182

FED ID NO. 63-0243316

| 01/03/13 | ACU | Teleconference regarding review of bankruptcy issues in transfer foreclosure files. | C300 | .30 hrs |
| 01/03/13 | ACU | Review and analyze transfer foreclosure files for bankruptcy issues and complete questionnaire/spreadsheet regarding same. | C300 | 2.50 hrs |
| 01/03/13 | JRK | Conference call to discuss Litton file review project and client's specific needs going forward | L120 | .50 hrs |
| 01/03/13 | JRK | Review transfer foreclosure files for bankruptcy issues and filings on PACER | L120 | 1.70 hrs |
| 01/03/13 | SPM | Review spreadsheet and process for bankruptcy review of Litton loan files | L120 | .50 hrs |
| 01/04/13 | SPM | Review Litton loan files for borrower bankruptcy issues | L120 | 1.80 hrs |
| 01/04/13 | JRK | Review transfer forecosure files for any bankruptcy issues by researching dockets on PACER | L120 | 4.80 hrs |
| 01/04/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | .60 hrs |
| 01/04/13 | ACRA | Review and analyze bankruptcy status of foreclosure files to determine propriety of sending solicitation letter, and complete questionnaire/spreadsheet regarding same | L120 | 3.90 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
ResCap                                                                MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/04/13 | ACU | Review and analyze transfer foreclosure files for bankruptcy issues and complete questionnaire/spreadsheet regarding same. | C300 | 5.60 hrs |
| 01/04/13 | RPR | Complete Litton loan review chart including review of dockets | B110 | 3.00 hrs |
| 01/04/13 | EL | Review of and consideration of additional guidance in transfer file review checklist sheet | L120 | .30 hrs |
| 01/04/13 | EL | E-mail correspondence regarding accelerated bankruptcy file reviews and coordinate remaining transfer file reviews with new due date | L120 | .20 hrs |
| 01/04/13 | MSW | Review and analyze transferred foreclosure files | L120 | 10.60 hrs |
| 01/04/13 | JSD | Review of foreclosure files to extract pertinent documents for attorney review. | L110 | 6.50 hrs |
| 01/04/13 | KK | Review and analyze 20 loans as part of loan review | L110 | .80 hrs |
| 01/04/13 | JDV | Review and analyze transferred loan files for bankruptcy issues relating to loan servicing and solicitations | L120 | 4.50 hrs |
| 01/04/13 | RLB | Continue review and analysis of bankruptcy issues related to transferred mortgage loans | C300 | 6.10 hrs |
| 01/04/13 | RCS | Analyzed foreclosure file review strategy and prepared to complete same by 1/18/13 deadline | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/04/13 | JBU | Reviewed and analyzed bankruptcy filing information to determine whether appropriate to send AG solicitation letter | C300 | 3.20 hrs |
| 01/04/13 | JWA | Review and analysis of filed transferred from previous servicer | L120 | 3.50 hrs |
| 01/04/13 | MPE | Assist with review and analysis of transferred foreclosure files to determine bankruptcy issues. | L110 | 8.10 hrs |
| 01/04/13 | APUC | Review and analyze transfer foreclosure files for open or closed bankruptcies and complete questionnaire/spreadsheet regarding same | L660 | 7.60 hrs |
| 01/04/13 | RAC | Review of bankruptcy discharges in files to determine whether AGE letter can be sent | B120 | 8.00 hrs |
| 01/04/13 | JJE | Review and analyze various loan files to determine if they can return to normal loan servicing for the limited purpose of sending AG solicitation letters | C300 | 4.10 hrs |
| 01/04/13 | KMS | Examine bankruptcy status of loans formerly serviced by Litton | L120 | 5.60 hrs |
| 01/04/13 | MCG | Review and analyze transferred mortgage files | C300 | 8.20 hrs |
| 01/04/13 | CWH | Conduct bankruptcy-only review for the Attorney General solicitation letters and exchange e-mails with clients with file-specific issues | L120 | 8.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    8
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/04/13 | ATT | Review and analyze transfer foreclosure dockets and complete questionnaire/spreadsheet regarding bankruptcy issues relating to same | L240B | 6.20 hrs |
|---|---|---|---|---|
| 01/04/13 | CSM | Review and analyze transfer of mortgage files | P280 | 3.10 hrs |
| 01/04/13 | NSR | Review and analyze transferred foreclosure files for bankruptcy issues relating to account servicing | L120 | 6.70 hrs |
| 01/04/13 | CWH | Phone call and emails with client about status and findings in the bankruptcy-only review | L120 | .40 hrs |
| 01/05/13 | JWA | Review and analysis of filed transferred from previous servicer | L120 | 3.50 hrs |
| 01/05/13 | MSW | Review and analyze transferred foreclosure files | L120 | 6.60 hrs |
| 01/06/13 | MSW | Review and analyze transferred foreclosure files | L120 | 8.30 hrs |
| 01/07/13 | JLL | Review and analyze Litton transfer foreclosure files | L120 | .50 hrs |
| 01/07/13 | MSW | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 9.70 hrs |
| 01/07/13 | EL | Review and analyze Litton transfer files | L120 | 2.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    9
MARCH 27, 2013

OR0802-301182

FED ID NO. 63-0243316

| 01/07/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | 1.20 hrs |
| 01/07/13 | JWA | Review and analysis of files transferred from previous servicer | L120 | 2.40 hrs |
| 01/07/13 | JSD | Review of foreclosure files to extract pertinent documents for attorney review. | L110 | 7.90 hrs |
| 01/07/13 | MPE | Review of transferred foreclosure files to determine additional information needed from GMAC. | L110 | 1.20 hrs |
| 01/07/13 | MPE | Assist with review and analysis of transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same. | L110 | 2.50 hrs |
| 01/07/13 | MPE | Review and analysis of transferred foreclosure files to determine information missing and needed for review. | L110 | 1.50 hrs |
| 01/07/13 | RLB | Review and analyze transferred mortgage files for purposes of making recommendation to client | C300 | 4.60 hrs |
| 01/07/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 6.30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 01/07/13 | ATT | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L240B | 1.30 hrs |
| 01/07/13 | JLM | Review and analyze Litton loan files and complete spreadsheet regarding same | L110 | 6.80 hrs |
| 01/07/13 | CWH | Update Litton database to encompass additional questions in the file review | L120 | .40 hrs |
| 01/07/13 | CWH | Review and analyze Litton transfer files to identify defects in prior servicing or transfer to GMAC | L120 | 1.40 hrs |
| 01/07/13 | HWO | Review and analyze files for problems related to Litton transfer | B120 | 1.40 hrs |
| 01/07/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes | B120 | 1.50 hrs |
| 01/07/13 | CWH | Finalize the bankruptcy-only review for the Attorney General solicitation letters and exchange e-mails with clients on file specific issues | L120 | 3.80 hrs |
| 01/07/13 | MCG | Review and analyze transferred mortgage files | C300 | 9.20 hrs |
| 01/07/13 | JJE | Review and analyze loan file to determine if it is ready to return to normal servicing | C300 | 2.90 hrs |
| 01/07/13 | KMS | Examine files for servicing status | L120 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/07/13 | APUC | Review and analyze transfer foreclosure files for open or closed bankruptcies and complete questionnaire/spreadsheet regarding same | L660 | .50 hrs |
| 01/07/13 | KTM | Conference Call regarding training for Litton file review | L190 | 1.00 hrs |
| 01/07/13 | KTM | Conference Call regarding Litton file review update | L190 | .20 hrs |
| 01/07/13 | RAC | Exchange emails regarding files remaining that need to be reviewed for effect of bankruptcy discharge | B120 | .60 hrs |
| 01/07/13 | RAC | Finish reviewing files to determine affect of discharge on AG solicitation letter | B120 | 4.00 hrs |
| 01/07/13 | ACU | Teleconference regarding the review of transfer foreclosure files. | C300 | .20 hrs |
| 01/07/13 | ACRA | Review and analyze questionnaire/spreadsheet regarding transfer foreclosure files in preparation for review of files | L120 | .40 hrs |
| 01/07/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | .20 hrs |
| 01/08/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 9.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
MARCH 27, 2013

OR0802-301182

FED ID NO. 63-0243316

| 01/08/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 4.50 hrs |
| 01/08/13 | RAC | Review and analyze question regarding bankruptcy issue | B120 | .60 hrs |
| 01/08/13 | APUC | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L660 | 1.70 hrs |
| 01/08/13 | CS | Review and analyze foreclosure files, including prior and current servicing notes and complete required spreadsheet regarding same. | L120 | 4.50 hrs |
| 01/08/13 | KMS | Evaluate files for servicing status | L120 | 2.60 hrs |
| 01/08/13 | MCG | Review and analyze transferred mortgage files | C300 | 1.10 hrs |
| 01/08/13 | CWH | Exchange e-mails with client about whether to send Attorney General solicitation to certain borrowers, given their individual circumstances | L120 | .20 hrs |
| 01/08/13 | CWH | Review and analyze the last bankruptcy-only files and respond to client about whether Attorney General solicitations can go out | L120 | .80 hrs |
| 01/08/13 | JLM | Review and analyze Litton loan files and complete spreadsheet regarding same | L110 | 3.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
MARCH 27, 2013

ResCap

OR0802-301182

FED ID NO. 63-0243316

| 01/08/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 5.80 hrs |
| 01/08/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 2.70 hrs |
| 01/08/13 | MPE | Assist with review and analysis of transferred foreclosure files research dockets, review fiserv pages, and determine files that are ready for attorney review. | L110 | 3.40 hrs |
| 01/08/13 | JWA | Review and analysis of files transferred from previous servicer | L120 | 2.80 hrs |
| 01/08/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current sesrvicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | .50 hrs |
| 01/08/13 | JDV | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 4.70 hrs |
| 01/08/13 | MSW | Review and analyze transferred foreclosure files | L120 | 8.30 hrs |
| 01/09/13 | MSW | Review and analyze transferred foreclosure files | L120 | 8.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301182

FED ID NO. 63-0243316

| 01/09/13 | JSD | Review of foreclosure files to extract pertinent documents for attorney review. | L110 | 6.80 hrs |
| 01/09/13 | EL | Revise guidance template for questionnaire regarding review and analysis of transfer foreclosure files, including prior and current servicing notes, to reflect updated guidance and suggested responses to particular issues | L120 | 1.50 hrs |
| 01/09/13 | EL | Respond to questions by e-mail and telephone conferences with review team members regarding various issues in particular files and/or servicing notes | L120 | 1.00 hrs |
| 01/09/13 | JWA | Review and analysis of files transferred from previous servicer | L120 | 4.20 hrs |
| 01/09/13 | MPE | Assist with Review and analysis of transferred foreclosure files and confirm with client all information needed to complete review. | L110 | 3.80 hrs |
| 01/09/13 | RLB | Review transferred mortgage files and make recommendation to client | C300 | .10 hrs |
| 01/09/13 | RCS | Analyze status of Litton transferred foreclosure file loan review and new spreadsheet for same and exchanged e-mails regarding new review tip sheet | L190 | .30 hrs |
| 01/09/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/09/13 | CWH | Review and analyze documents and exchange e-mails with client about specific loan, issues with social security number and Attorney General solicitation | L120 | .40 hrs |
|----------|-----|---|------|---------|
| 01/09/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 7.50 hrs |
| 01/09/13 | MCG | Review and analyze transferred mortgage files | C300 | 1.10 hrs |
| 01/09/13 | MMP | Research regarding location of S.Conway | L110 | .60 hrs |
| 01/09/13 | CWH | Exchange e-mails with client about Fiserv pages and manual for some to assist with team's review | L120 | .20 hrs |
| 01/09/13 | KMS | Analyze files for servicing status and release from hold | L120 | 5.30 hrs |
| 01/09/13 | CS | Review and analyze foreclosure files, including prior and current servicing notes and complete required spreadsheet regarding same | L110 | 5.00 hrs |
| 01/09/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 7.60 hrs |
| 01/09/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 9.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/09/13 | SPM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire spreadsheet regarding same | L110 | 5.10 hrs |
| 01/10/13 | SPM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L110 | 6.40 hrs |
| 01/10/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 9.00 hrs |
| 01/10/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 5.50 hrs |
| 01/10/13 | CS | Review and analyze foreclosure files, including prior and current servicing notes and complete required spreadsheet regarding same | L110 | 8.70 hrs |
| 01/10/13 | APUC | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L660 | 1.30 hrs |
| 01/10/13 | RAC | Review of matters with open bankruptcy issues and finalize those files without final determination | B120 | 1.50 hrs |
| 01/10/13 | RAC | Review of questions related to certain files regarding bankruptcy filings | B120 | 2.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

---

| 01/10/13 | RAC | Review of bankruptcy case dockets and files and emails to attorneys with aswers to questions | B120 | 2.20 hrs |
| 01/10/13 | KMS | Examine files for servicing status and outstanding issues | L120 | 7.40 hrs |
| 01/10/13 | CWH | Review and analyze issues with bankruptcy designations and confirm that loan modifications do not change decisions made | L120 | .40 hrs |
| 01/10/13 | MCG | Review and analyze transferred mortgage files | C300 | 3.60 hrs |
| 01/10/13 | JLM | Review and analyze Litton loan files and complete spreadsheet regarding same | L110 | 4.90 hrs |
| 01/10/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 4.80 hrs |
| 01/10/13 | RLB | Review and analyze transferred mortgage files for purposes of making recommendation to client | C300 | .20 hrs |
| 01/10/13 | RCS | Exchanged e-mails regarding status of Litton transferred foreclosure file loan review and reviewed revised tip sheet for project | L120 | .50 hrs |
| 01/10/13 | RCS | Review and analyze status of Litton transferred foreclosure file loan review and revised tip sheet for project | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     18
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/10/13 | MPE | Review of former Litton files received to determine all ready for review and any additional information needed from GMAC. | L110 | 4.20 hrs |
| 01/10/13 | JWA | Review and analysis of files transferred from previous servicer | L120 | 3.50 hrs |
| 01/10/13 | ASK | Review paper file for LN #8534 an begin review of servicing notes in preparation to complete review template | C300 | 7.10 hrs |
| 01/10/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | 1.00 hrs |
| 01/10/13 | MSW | Review and analyze transferred foreclosure files, including analysis of bankruptcy issues | L120 | 10.80 hrs |
| 01/10/13 | JSD | Review of foreclosure files to extract pertinent documents for attorney review. | L110 | 7.50 hrs |
| 01/10/13 | JDV | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 3.60 hrs |
| 01/10/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    19
ResCap                                                          MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/11/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 3.70 hrs |
| 01/11/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | 1.00 hrs |
| 01/11/13 | JSD | Review of foreclosure files to extract pertinent documents for attorney review. | L110 | 6.20 hrs |
| 01/11/13 | MSW | Review and analyze transferred foreclosure files and bankruptcy issues | L120 | 8.60 hrs |
| 01/11/13 | ASK | Complete review of servicing notes for LN #8434 and complete required inputs in review template. | C300 | 3.50 hrs |
| 01/11/13 | ASK | Review paper file for LN #8669 in preparation for completion of review template regarding current status of loan and whether hold can be lifted. | C300 | 4.00 hrs |
| 01/11/13 | MPE | Assist with review and analysis of transferred foreclosure files including researching bankruptcy dockets and reviewing loan file. | L110 | 6.70 hrs |
| 01/11/13 | RCS | Exchanged multiple e-mails regarding status of Litton transferred foreclosure file loan review | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     20
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/11/13 | RLB | Review and analyze transferred mortgage files for foreclosure and bankruptcy issues | C300 | 5.10 hrs |
|---|---|---|---|---|
| 01/11/13 | CWH | Review and analyze several issues with transfer files review | L120 | .60 hrs |
| 01/11/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 3.20 hrs |
| 01/11/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 7.70 hrs |
| 01/11/13 | KMS | Analyze files for return to normal servicing and release of holds | L120 | 7.80 hrs |
| 01/11/13 | RAC | Review of loans based upon loan origination date versus loan modification date for possible affect of discharge in bankruptcy | B120 | 4.00 hrs |
| 01/11/13 | APUC | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L660 | 2.00 hrs |
| 01/11/13 | CS | Review and analyze foreclosure file, including prior and current servicing notes and complete required spreadsheet regarding same | L110 | 2.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/11/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 1.50 hrs |
| 01/11/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 8.10 hrs |
| 01/11/13 | SPM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L110 | 3.60 hrs |
| 01/12/13 | SPM | Review and analyze transfer foreclosure files, including prior and current servicing notes; complete questionnaire spreadsheet regarding same | L110 | 1.80 hrs |
| 01/12/13 | MCG | Review and analyze transferred mortgage files | C300 | 3.70 hrs |
| 01/12/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | .70 hrs |
| 01/12/13 | MSW | Review and analyze transferred foreclosure files | L120 | 8.40 hrs |
| 01/13/13 | MSW | Review and analyze transferred foreclosure files | L120 | 6.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     22
MARCH 27, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/13/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 6.50 hrs |
| 01/13/13 | ASK | Review paper file and servicing notes for LN #8546 and complete review template regarding loan status and whether hold can be lifted. | C300 | 6.10 hrs |
| 01/13/13 | ASK | Review paper file for LN #8706 in preparation for completion of review template regarding loan status and whether hold can be lifted. | C300 | 2.00 hrs |
| 01/13/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 3.60 hrs |
| 01/13/13 | KTM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L110 | .50 hrs |
| 01/14/13 | CS | Review and analyze foreclosure files, including prior and current servicing notes and complete required spreadsheet regarding same | L110 | 7.90 hrs |
| 01/14/13 | MCG | Review and analyze loans loans service transferred by Litton | C300 | 3.60 hrs |
| 01/14/13 | KMS | Review files for servicing status and open issues | L120 | 7.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/14/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 5.60 hrs |
| 01/14/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 6.90 hrs |
| 01/14/13 | ASK | Review servicing notes, LPS notes, and bankruptcy docket for LN #87-6 and complete review template regarding status of the file and whether foreclosure hold can be lifted. | C300 | 6.50 hrs |
| 01/14/13 | JWA | Review and analysis of files transferred from previous servicer | L120 | 3.60 hrs |
| 01/14/13 | MPE | Review remaining loan numbers for files to be reviewed in order to determine documents needed from GMAC. | L110 | .60 hrs |
| 01/14/13 | RCS | Conducted Litton loan review of transferred foreclosure files | L120 | 4.50 hrs |
| 01/14/13 | RLB | Review and analyze transferred mortgage files and make recommendations to client | C300 | 1.70 hrs |
| 01/14/13 | WJH | Review and analyze transferred foreclosure files. | L190 | 2.20 hrs |
| 01/14/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 8.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301182

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/14/13 | KTM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L110 | 6.50 hrs |
| 01/14/13 | MSW | Review and analyze transferred foreclosure files | L120 | 6.70 hrs |
| 01/14/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same and email correspondence with client regarding outstanding files | L120 | 2.00 hrs |
| 01/14/13 | JDV | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 1.20 hrs |
| 01/14/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 6.00 hrs |
| 01/14/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 2.40 hrs |
| 01/15/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/15/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 6.20 hrs |
|---|---|---|---|---|
| 01/15/13 | MSW | Review and analyze transferred foreclosure files | L120 | 7.70 hrs |
| 01/15/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | .70 hrs |
| 01/15/13 | KTM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L110 | 7.80 hrs |
| 01/15/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 9.00 hrs |
| 01/15/13 | EL | Correspondence with client regarding missing servicing/call notes and other issues | L120 | .30 hrs |
| 01/15/13 | WJH | Review and analyze transferred foreclosure files. | L190 | 4.10 hrs |
| 01/15/13 | RLB | Continue review and analysis of transferred mortgage files | C300 | .10 hrs |
| 01/15/13 | RCS | Conducted Litton loan review of transferred foreclosure files and exchanged e-mails regarding same | L120 | 9.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    26
MARCH 27, 2013

OR0802-301182

FED ID NO. 63-0243316

---

| | | | | |
|---|---|---|---|---|
| 01/15/13 | ASK | Review servicing notes, and paper file for LN #8487 and complete review template regarding file status and whether foreclosure hold can be lifted. | C300 | 6.60 hrs |
| 01/15/13 | JWA | Review and analysis of files transferred from previous servicer | L120 | 3.90 hrs |
| 01/15/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 5.70 hrs |
| 01/15/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 7.60 hrs |
| 01/15/13 | KMS | Analyze transferred files for appropriate servicing status | L120 | 4.40 hrs |
| 01/15/13 | JJE | Review and analyze various loan files to determine if they can return to normal loan servicing by GMAC or if they need to be maintained with a litigation hold or other appropriate hold, including bankruptcy analysis | C300 | 3.80 hrs |
| 01/15/13 | MCG | Review and analyze mortgage files service transferred by Litton | C300 | 6.90 hrs |
| 01/15/13 | CS | Review and analyze foreclosure files, including prior and current servicing notes and complete required spreadsheet regarding same | L110 | 4.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    27
ResCap                                                              MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/15/13 | RAC | Review of file and review of bankruptcy case for Litton transfer file | B120 | .90 hrs |
| 01/16/13 | RAC | Review of files with remaining bankruptcy issues and enter final determinations after resolving issues | B120 | 1.90 hrs |
| 01/16/13 | CS | Review and analyze foreclosure files, including prior and current servicing notes and complete required spreadsheet regarding same | L120 | 9.20 hrs |
| 01/16/13 | MCG | Review and analyze mortgage files service transferred from Litton | C300 | 7.60 hrs |
| 01/16/13 | JJE | Review and analyze various loan files to determine if they can return to normal loan servicing by GMAC or if they need to be maintained with a litigation hold or other appropriate hold, including bankruptcy analysis | C300 | 1.90 hrs |
| 01/16/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 6.90 hrs |
| 01/16/13 | JLM | Review and analyze Litton loan files and complete spreadsheet regarding same | L110 | 7.20 hrs |
| 01/16/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 8.80 hrs |
| 01/16/13 | JWA | Review and analysis of files transferred from previous servicer | L120 | 8.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    28
MARCH 27, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| 01/16/13 | ASK | Review servicing notes, and paper file for LN #8942 and LN #8233 and complete review template regarding file status and whether foreclosure hold can be lifted. | C300 | 10.00 hrs |
|----------|-----|------|------|-----------|
| 01/16/13 | RCS | Conducted Litton loan review of transferred foreclosure files and exchanged e-mails regarding same | L120 | 3.50 hrs |
| 01/16/13 | WJH | Review and analyze transferred foreclosure files. | L190 | 3.80 hrs |
| 01/16/13 | RLB | Review and analyze transferred mortgage files | C300 | .50 hrs |
| 01/16/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 13.00 hrs |
| 01/16/13 | KTM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L110 | 4.00 hrs |
| 01/16/13 | EL | Email correspondence with client regarding certain missing file information | L120 | .50 hrs |
| 01/16/13 | MSW | Review and analyze transferred foreclosure files | L120 | 8.20 hrs |
| 01/16/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 11.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    29
MARCH 27, 2013

OR0802-301182

FED ID NO. 63-0243316

| 01/16/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 2.50 hrs |
| 01/17/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 7.60 hrs |
| 01/17/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 8.20 hrs |
| 01/17/13 | SPM | Review and analyze transfer foreclosure files, including prior and current servicing notes; complete questionnaire spreadsheet regarding same | L120 | 1.10 hrs |
| 01/17/13 | MSW | Review and analyze transferred foreclosure files | L120 | 8.40 hrs |
| 01/17/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | 1.00 hrs |
| 01/17/13 | KTM | Search in PACER regarding bankruptcy status of three Litton files | L110 | .50 hrs |
| 01/17/13 | KTM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | D100 | 5.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301182

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/17/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 11.50 hrs |
| 01/17/13 | RLB | Continue review and analysis of transferred mortgage files for purposes of making recommendations to client | C300 | 10.50 hrs |
| 01/17/13 | WJH | Review and analyze transferred foreclosure files. | L190 | 3.50 hrs |
| 01/17/13 | RCS | Conducted Litton loan review of transferred foreclosure files and exchanged e-mails regarding same | L120 | 8.00 hrs |
| 01/17/13 | ASK | Review servicing notes, and paper file for LN #8415 and LN #8783 and complete review template regarding file status and whether foreclosure hold can be lifted. | C300 | 10.10 hrs |
| 01/17/13 | MPE | Review of loan files to confirm necessary information is available and request Fiserv pages and loan file. | L110 | .80 hrs |
| 01/17/13 | JWA | Review and analysis of files transferred from previous servicer | L120 | 4.40 hrs |
| 01/17/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 7.20 hrs |
| 01/17/13 | JLM | Review and analyze Litton loan files and complete spreadsheet regarding same | L110 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    31
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

ResCap

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/17/13 | MMP | Research regarding bankruptcy proceedings per J.Moore | L110 | .60 hrs |
| 01/17/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 5.80 hrs |
| 01/17/13 | CSM | Review and analyze transfer of mortgage files | P280 | 2.00 hrs |
| 01/17/13 | JJE | Review and analyze various loan files to determine if they can return to normal loan servicing by GMAC or if they need to be maintained with a litigation hold or other appropriate hold, including bankruptcy analysis | C300 | 7.30 hrs |
| 01/17/13 | KMS | Examine transferred files for servicing status | L120 | 9.30 hrs |
| 01/17/13 | MCG | Review and analyze mortgage loans service transferred from Litton | C300 | 3.60 hrs |
| 01/17/13 | CS | Review and analyze foreclosure files, including prior and current servicing notes and complete required spreadsheet regarding same | L110 | 7.90 hrs |
| 01/17/13 | APUC | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L660 | .50 hrs |
| 01/17/13 | RAC | Review of loan file and complete worksheet related to file | B120 | 5.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    32
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/18/13 | RAC | Full review of loan file and completion of worksheet | B120 | 7.00 hrs |
|---|---|---|---|---|
| 01/18/13 | CS | Review and analyze foreclosure file, including prior and current servicing notes and complete required spreadsheet regarding same | L110 | 2.60 hrs |
| 01/18/13 | MCG | Review and analyze mortgage loans service transferred from Litton | C300 | 8.60 hrs |
| 01/18/13 | KMS | Analyze transferred files for servicing status | L120 | .80 hrs |
| 01/18/13 | JJE | Review and analyze various loan files to determine if they can return to normal loan servicing by GMAC or if they need to be maintained with a litigation hold or other appropriate hold, including bankruptcy analysis | C300 | 5.00 hrs |
| 01/18/13 | CSM | Review and analyze transfer of mortgage files | P280 | 1.80 hrs |
| 01/18/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 4.80 hrs |
| 01/18/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 7.30 hrs |
| 01/18/13 | CWH | Review and analyze escalated issues in Litton file review | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    33
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

---

| 01/18/13 | ASK | Review servicing notes, and paper file for LN #8436 and complete review template regarding file status and whether foreclosure hold can be lifted. | C300 | 5.80 hrs |
|---|---|---|---|---|
| 01/18/13 | MPE | Review and comparison of files sent form GMAC to the files BABC has for review. | L110 | 1.50 hrs |
| 01/18/13 | RCS | Conducted Litton loan review of transferred foreclosure files and exchanged e-mails regarding same | L120 | 5.00 hrs |
| 01/18/13 | WJH | Review and analyze transferred foreclosure files. | L190 | 3.20 hrs |
| 01/18/13 | RLB | Continue review and analysis of transferred mortgage files and make recommendations to client | C300 | 9.90 hrs |
| 01/18/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 3.50 hrs |
| 01/18/13 | KTM | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L110 | 7.20 hrs |
| 01/18/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | 1.00 hrs |
| 01/18/13 | MSW | Review and analyze transferred foreclosure files | L120 | 7.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     34
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/18/13 | JDV | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 3.70 hrs |
| 01/18/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 7.30 hrs |
| 01/18/13 | SPM | Review and analyze transfer foreclosure files, including prior and current servicing notes; complete questionnaire spreadsheet regarding same | L110 | 2.80 hrs |
| 01/18/13 | ACU | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same. | C300 | 3.50 hrs |
| 01/19/13 | MSW | Review and analyze transferred foreclosure files | L120 | 5.20 hrs |
| 01/19/13 | MCG | Review and analyze mortgage loans service transferred from Litton | C300 | 6.10 hrs |
| 01/20/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 1.80 hrs |
| 01/21/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    35
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/21/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 2.80 hrs |
| 01/21/13 | JLM | Review and analyze Litton loan files and complete spreadsheet regarding same | L110 | 6.60 hrs |
| 01/21/13 | MCG | Review and analyze mortgage loans service transferred from Litton | C300 | 6.40 hrs |
| 01/21/13 | MSW | Review and analyze transferred foreclosure files | L120 | 4.40 hrs |
| 01/21/13 | RCS | Exchanged multiple e-mails regarding additional Litton transferred foreclosure loans to review | L190 | .50 hrs |
| 01/21/13 | ASK | Review servicing notes, and paper file for LN #8858 and complete review template regarding file status and whether foreclosure hold can be lifted. | C300 | 6.00 hrs |
| 01/21/13 | JRK | Review and analyze transfer foreclosure files including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 4.20 hrs |
| 01/22/13 | ASK | Review servicing notes, and paper file for LN #8807 and complete review template regarding file status and whether foreclosure hold can be lifted. | C300 | 6.30 hrs |
| 01/22/13 | MPE | Review remaining loans to determine documentation needed from GMAC in order to complete review. | L110 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      36
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/22/13 | RCS | Conducted Litton loan review of transferred foreclosure files and exchanged e-mails regarding same | L120 | 3.40 hrs |
| 01/22/13 | RLB | Review and analyze transferred mortgage files for purposes of making recommendation to client | C300 | 3.80 hrs |
| 01/22/13 | MSW | Review and analyze transferred foreclosure files | L120 | 1.70 hrs |
| 01/22/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | .50 hrs |
| 01/22/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 3.50 hrs |
| 01/22/13 | MCG | Review and analyze mortgage file service transferred from Litton | C300 | 3.10 hrs |
| 01/22/13 | RAC | Finish review of loan file and completion of worksheet | B120 | 2.50 hrs |
| 01/22/13 | RAC | Review of worksheet and finalize any bankruptcy issues | B120 | 2.50 hrs |
| 01/22/13 | JLM | Review and analyze Litton loan files and complete spreadsheet regarding same | L110 | 4.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    37
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/22/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | .80 | hrs |
| 01/23/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 1.90 | hrs |
| 01/23/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 3.60 | hrs |
| 01/23/13 | JJS | Reviewing an Ohio loan. | L120 | 2.30 | hrs |
| 01/23/13 | MCG | Review and analyze mortgage files service transferred from Litton | C300 | .90 | hrs |
| 01/23/13 | KMS | Analyze transferred files for proper servicing status | L120 | 2.70 | hrs |
| 01/23/13 | JLL | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L650 | 2.00 | hrs |
| 01/23/13 | EL | Review and analyze TX transfer foreclosure file, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 3.00 | hrs |
| 01/23/13 | EL | Coordinate review of new servicing files | L120 | .50 | hrs |
| 01/23/13 | MSW | Review and analyze transferred foreclosure files | L120 | 2.20 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    38
MARCH 27, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| 01/23/13 | RCS | Conducted Litton loan review of transferred foreclosure files and exchanged e-mails regarding same | L120 | 5.50 hrs |
|---|---|---|---|---|
| 01/24/13 | RCS | Conducted Litton loan review of transferred foreclosure files and exchanged e-mails regarding same | L120 | 4.50 hrs |
| 01/24/13 | RLB | Review and analyze transferred mortgage files and make recommendations to client | C300 | 1.30 hrs |
| 01/24/13 | MSW | Review and analyze transferred foreclosure files | L120 | 2.90 hrs |
| 01/24/13 | EL | Review and analyze Litton transfer foreclosure files, including prior and current servicing notes, and completion of questionnaire/spreadsheet regarding same | L120 | 1.00 hrs |
| 01/24/13 | JDV | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 1.60 hrs |
| 01/24/13 | KMS | Analyze transferred files for servicing status | L120 | 2.40 hrs |
| 01/24/13 | MCG | Review and analyze mortgage file service transferred from Litton | C300 | 2.10 hrs |
| 01/24/13 | RAC | Review question regarding bankruptcy discharge | B120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    39
ResCap                                                          MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/24/13 | RAC | Review of bankruptcy case docket to respond to question about affect of bankrutpcy discharge and re-opening of case | B120 | .30 hrs |
| 01/24/13 | HWO | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | B120 | 5.40 hrs |
| 01/24/13 | NSR | Review and analyze transferred foreclosure files, including prior and current servicing notes, and complete questionnaire-spreadsheet regarding same | L120 | 1.60 hrs |
| 01/24/13 | ACU | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same. | C300 | 2.10 hrs |
| 01/24/13 | ACRA | Review and analyze transfer foreclosure files, including prior and current servicing notes, and complete questionnaire/spreadsheet regarding same | L120 | 2.80 hrs |
| 01/25/13 | CWH | Review and analyze status of completion of first round of Litton file project | L120 | .20 hrs |
| 01/25/13 | KMS | Analyze transferred files for servicing status | L120 | 1.60 hrs |
| 01/25/13 | RLB | Review and analyze transferred mortgage files regarding and make recommendations to client | C300 | 1.30 hrs |
| 01/29/13 | MSW | Draft summary of review and analyze loans for compliance issues | L120 | .50 hrs |