

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    40
MARCH 27, 2013

0R0802-301182

FED ID NO. 63-0243316

| 01/29/13 | EL | Draft summary of issues found in Litton file reviews for clients | L120 | .20 hrs |
|---|---|---|---|---|
| 01/29/13 | CWH | Review and analyze issues about transfer of Litton loans to Berkshire Hathaway | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $393,294.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rusha Smith | 46.50 hrs | 343.00 /hr | 15,949.50 |
| Christian W. Hancock | 26.10 hrs | 361.00 /hr | 9,422.10 |
| Jamie L. Moore | 40.20 hrs | 356.00 /hr | 14,311.20 |
| Jay L. Levine | 62.20 hrs | 559.00 /hr | 34,769.80 |
| Robert A. Cox | 56.00 hrs | 374.00 /hr | 20,944.00 |
| Molly M. Palmer | 1.20 hrs | 167.00 /hr | 200.40 |
| Alecia H. Cockrell | 6.80 hrs | 158.00 /hr | 1,074.40 |
| Jeffrey Dalton | 40.40 hrs | 158.00 /hr | 6,383.20 |
| Katherine M. Suttle Wei | 75.80 hrs | 282.00 /hr | 21,375.60 |
| Harry W. Ollinger | 61.50 hrs | 264.00 /hr | 16,236.00 |
| Michael C. Griffin | 93.30 hrs | 348.00 /hr | 32,468.40 |
| Ann T. Taylor | 9.90 hrs | 273.00 /hr | 2,702.70 |
| Jason R. Bushby | 3.20 hrs | 273.00 /hr | 873.60 |
| Rashad L. Blossom | 52.40 hrs | 299.00 /hr | 15,667.60 |
| Joycelyn J. Eason | 34.90 hrs | 290.00 /hr | 10,121.00 |
| W. Justin Hendrix | 16.80 hrs | 224.00 /hr | 3,763.20 |
| Aman S. Kahlon | 74.00 hrs | 242.00 /hr | 17,908.00 |
| James Warmoth | 40.40 hrs | 282.00 /hr | 11,392.80 |
| Jose D. Vega | 26.10 hrs | 264.00 /hr | 6,890.40 |
| Mark S. Wierman | 167.00 hrs | 304.00 /hr | 50,768.00 |
| Jessica J. Sibley | 2.30 hrs | 299.00 /hr | 687.70 |
| Elena Lovoy | 20.10 hrs | 352.00 /hr | 7,075.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301182

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| Ryan Robichaux | 3.90 hrs | 224.00 /hr | 873.60 |
| Kathleen T. Milam | 32.70 hrs | 207.00 /hr | 6,768.90 |
| Nader Raja | 80.50 hrs | 282.00 /hr | 22,701.00 |
| Cory S. Menees | 10.50 hrs | 300.00 /hr | 3,150.00 |
| Ann Craft | 51.00 hrs | 198.00 /hr | 10,098.00 |
| Alison Smith | 14.50 hrs | 198.00 /hr | 2,871.00 |
| Jonathan Kloldzieg | 87.50 hrs | 198.00 /hr | 17,325.00 |
| Spencer Mobley | 23.10 hrs | 198.00 /hr | 4,573.80 |
| Chris Selman | 52.00 hrs | 200.00 /hr | 10,400.00 |
| Amy Puckett | 21.20 hrs | 255.00 /hr | 5,406.00 |
| Melisa P. Palmer | 48.00 hrs | 167.00 /hr | 8,016.00 |
| Kerry Keane | .80 hrs | 158.00 /hr | 126.40 |

TOTAL FEES           1,382.80 hrs                    $393,294.50

**TOTAL CHARGES FOR THIS INVOICE**           $393,294.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301182

INVOICE #  865767

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301182
     TC # 734208

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/06/13 | MCG | Conference with E.DeSilva regarding loan files service transferred from Litton | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER     $69.60

02/11/13 Copy Charges N Pearman                    0.00
02/19/13 Copy Charges                              0.00

BILLING SUMMARY

Michael C. Griffin        .20 hrs    348.00 /hr        69.60

TOTAL FEES              0.20 hrs                    $69.60

**TOTAL CHARGES FOR THIS INVOICE**              **$69.60**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301183

INVOICE #  841355

FED'ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301183
     TC # 734272

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report for client review | L190 | .10 hrs |
| 01/08/13 | BG | Receipt / review of motion to voluntarily dismiss | L120 | .10 hrs |
| 01/09/13 | BG | Correspondence to client regarding motion to voluntarily dismiss the case | L210 | .20 hrs |
| 01/09/13 | BG | Receipt / review of order of dismissal | L120 | .10 hrs |
| 01/10/13 | BG | Draft correspondence to client regarding file closure following order of dismissal and closing memorandum | L120 | .10 hrs |
| 01/10/13 | BG | Draft closing memorandum | L120 | .10 hrs |
| 01/10/13 | GWG | Draft response to plaintiff's motion to dismiss | L210 | .90 hrs |
| 01/10/13 | GWG | Legal research into standard for a plaintiff's refiling suit after one voluntary dismissal without prejudice | L210 | .70 hrs |

         TOTAL FEES FOR THIS MATTER                    $644.10

01/18/13 Postage Charges 01/10/2013                      0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0802-301183

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 1.60 hrs | 312.00 /hr | 499.20 |
| Blake Goodsell | .70 hrs | 207.00 /hr | 144.90 |
| TOTAL FEES | 2.30 hrs | | $644.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$644.10** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0R0802-301189
Fort Washington, PA 19034

                                                    INVOICE #  841356

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-301189
         TC # 734882

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|-----|-------------|------|--------|
| 01/04/13 | CWH | Exchange e-mails with client regarding position on short sale offer on Meany property | L120 | .10 hrs |
| 01/11/13 | CWH | Review and revise motions to rescind and also review default counsel's comments about occupancy status of both homes | L120 | .40 hrs |
| 01/15/13 | CWH | Exchange e-mails with client and default counsel regarding rescission | L120 | .20 hrs |
| 01/23/13 | CWH | Discussion with client about whether borrower gets Attorney General solicitation letter | L120 | .20 hrs |
| 01/23/13 | CWH | Exchange e-mails with client regarding Attorney General solicitation letter to borrower | L120 | .20 hrs |
| 01/28/13 | CWH | Review and analyze status of all four rescissions and email client with updates on same | L120 | .40 hrs |
| 01/28/13 | CSM | Email to client regarding status of file in need of remediation | L190 | .10 hrs |
| 01/30/13 | CWH | Exchange e-mails with client about two files and determine strategy for both considering their respective positions | L120 | .20 hrs |

                  TOTAL FEES FOR THIS MATTER              $643.70



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0802-301189

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.70 hrs | 361.00 /hr | 613.70 |
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.80 hrs | $643.70 |

**TOTAL CHARGES FOR THIS INVOICE**                   **$643.70**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301190

INVOICE #  841358

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301190
     TC # 734945

PROFESSIONAL SERVICES

| 01/14/13 | LDV | Reviewed POA forms | L120 | .30 hrs |
| 01/14/13 | LDV | Reviewed correspondence regarding Day 1 servicing | L120 | .20 hrs |
| 01/14/13 | LDV | Research regarding POA issues on Day 1 servicing | L120 | 1.50 hrs |
| 01/14/13 | LDV | Drafted memo regarding POA issues on Day 1 servicing | L120 | 1.00 hrs |

|  | TOTAL FEES FOR THIS MATTER |  | $1,254.00 |

BILLING SUMMARY

| Laurence D. Vinson, Jr. | 3.00 hrs | 418.00 /hr | 1,254.00 |

| TOTAL FEES | 3.00 hrs | | $1,254.00 |

**TOTAL CHARGES FOR THIS INVOICE**       **$1,254.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    MARCH 27, 2013
1100 Virginia Drive                                                       0R0802-301192
Fort Washington, PA 19034

                                                                          INVOICE #  841360

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-301192
         TC # 735105

PROFESSIONAL SERVICES

01/22/13   ERP   Draft closing memorandum for attorney      L120      .40 hrs
                 review

01/25/13   ERP   Revise and finalize closing memorandum     L120      .10 hrs

01/25/13   ERP   E-mail communication with C.Adams          L120      .20 hrs
                 attaching closing memorandum


           TOTAL FEES FOR THIS MATTER                            $114.10


BILLING SUMMARY

    Emily R. Powell              .70 hrs   163.00 /hr         114.10


TOTAL FEES                   0.70 hrs                      $114.10

**TOTAL CHARGES FOR THIS INVOICE**                        **$114.10**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            OR0802-301193
Fort Washington, PA 19034

                                                               INVOICE #  841361

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  OR0802-301193
         TC # 735440

PROFESSIONAL SERVICES

01/07/13   CWH   Review additional documents related to      L120      .90 hrs
                 notary issues and continue to draft
                 analysis memo for client

01/22/13   CWH   Phone call with client to request           L120      .20 hrs
                 follow-up meetings/phone call with
                 foreclosure department to discuss the
                 changes to notary room

01/24/13   CWH   Follow-up conference call with client       L120      .40 hrs
                 (attorneys from Legal and managers from
                 the floor) regarding current state of
                 the notaries onsite and changes that
                 have been implemented

01/29/13   CWH   Brief discussion with client about need     L120      .10 hrs
                 for short summary of notary review
                 findings and problems

01/29/13   CWH   Draft bullet points outlining notary        L120      .60 hrs
                 review findings and recommended
                 remediation and send same with
                 explanatory email


           TOTAL FEES FOR THIS MATTER                        $794.20


BILLING SUMMARY

    Christian W. Hancock       2.20 hrs    361.00 /hr        794.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0802-301193

FED ID NO. 63-0243316

```
TOTAL FEES                    2.20 hrs                    $794.20

TOTAL CHARGES FOR THIS INVOICE                           $794.20
                                                     ════════════

            ***** TOTAL DUE UPON RECEIPT *****
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301194

INVOICE #  841364

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301194
     TC # 735354

PROFESSIONAL SERVICES

| 01/09/13 | CWH | Exchange e-mails with client about whether additional assistance is needed with the document production | L120 | .20 hrs |

|  | TOTAL FEES FOR THIS MATTER | $72.20 |

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |

| TOTAL FEES | 0.20 hrs | $72.20 |

| **TOTAL CHARGES FOR THIS INVOICE** | **$72.20** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301196

INVOICE #  841365

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301196
     TC # 735982

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | JAM | Telephone call to C.Adams regarding property address | L110 | .10 hrs |
| 01/08/13 | JAM | Pull Access online docket and review for recent case activity to review filings to calculate deadlines | L110 | .10 hrs |
| 01/08/13 | HTC | Review docket to determine status of case and reason for lis pendens and exchange emails with client regarding same | L120 | .20 hrs |
| 01/09/13 | HTC | Review docket and LPS notes and telephone conference with client regarding dismissal | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                      $163.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .40 hrs | 334.00 /hr | 133.60 |
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |

TOTAL FEES              0.60 hrs           $163.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0802-301196

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $163.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301197

INVOICE #    841367

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301197
     TC # 736064

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/10/13 | NSR | Review and analyze client e-mail regarding factual background for new matter | L110 | .30 hrs |
| 01/11/13 | NSR | Exchange e-mails with client regarding foreclosure history | L110 | .20 hrs |
| 01/11/13 | NSR | Review and and analyze public records for filings regarding the subject property, including foreclosure history | L110 | .40 hrs |
| 01/11/13 | NSR | Review and and analyze 540 page fact package from client regarding origination of loan and modifications | L110 | .80 hrs |
| 01/11/13 | CWH | Review and analyze prior foreclosure and client's request to rescind same | L120 | .30 hrs |
| 01/11/13 | KK | Research and review Miami-Dade public records to establish brief timeline of events with regard to new Florida matter received | L110 | .40 hrs |
| 01/14/13 | KK | Review recorded and previously filed documents to determine status of case and direction going forward | L110 | .40 hrs |
| 01/25/13 | NSR | Review and respond to client e-mail regarding fact development and investigation | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0802-301197

FED ID NO. 63-0243316

| 01/29/13 | NSR | Review and analyze servicing of borrowers' loan, including mortgage, note, foreclosure action pleadings, and call notes | L110 | 1.40 hrs |
| 01/29/13 | NSR | Draft closing memorandum | L120 | .20 hrs |
| 01/30/13 | KK | Finalize and review closing memorandum to send to client regarding resolution of case and officially close out file | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $1,225.10

BILLING SUMMARY

| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Nader Raja | 3.40 hrs | 282.00 /hr | 958.80 |
| Kerry Keane | 1.00 hrs | 158.00 /hr | 158.00 |

TOTAL FEES                4.70 hrs                    $1,225.10

**TOTAL CHARGES FOR THIS INVOICE**                    $1,225.10

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0802-301198
Fort Washington, PA 19034

INVOICE #   841368

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301198
     TC # 736263

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/17/13 | SCV | Begin analysis of newly passed CFPB rules and participate in conference calls regarding project comparing such rules to (1) California's homeowners' bill of rights and (2) the general servicing requirements | C300 | 1.90 hrs |
| 01/17/13 | JRK | Draft narrative summary of Section 1026.17 of Regulation Z | L120 | .20 hrs |
| 01/17/13 | CS | Review and analyze Regulation X section 1024.4 in preparation of completing required comparison spreadsheet | L120 | 1.20 hrs |
| 01/17/13 | CS | Conference call regarding comparison of Regulations X and Z to California Homeowner's Bill of Rights and the National Servicing Standards | L120 | .50 hrs |
| 01/18/13 | CS | Review and analyze Regulation X section of 1024.41 and complete required spreadsheet, including drafting narrative of each subsection and compare Regulation X to National Servicing Standards and the California Homeowner's Bill of Rights | L120 | 6.90 hrs |
| 01/18/13 | SCV | Continue drafting section of memorandum comparing new Regulation X to National Servicing Standards, in which I discuss which sections of the National Servicing Standards are not addressed in or | C300 | 4.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

OR0802-301198

FED ID NO. 63-0243316

significantly differ from Regulation X.

| Date | | Description | | |
|------|---|-------------|---|---|
| 01/19/13 | CS | Review and compare the California Homeowner's Bill of Rights and the National Security Standards to Regulation X and review the Official Interpretation of Regulation X and make revisions to narratives as required | L120 | 1.20 hrs |
| 01/20/13 | CS | Review and analyze California Homeowner's Bill of Rights and compare and contrast to Regulation X | L120 | .80 hrs |
| 01/21/13 | CS | Revise narratives of explanations of Regulation X, section 1024.41 and compare and contrast California Homeowner's Bill of Rights and National Servicing Standards with Regulation X section 1024.41, including drafting the comparisons in the required spreadsheet | L120 | 2.10 hrs |
| 01/21/13 | SCV | Finalize section of memorandum comparing new Regulation X to National Servicing Standards, in which I discuss which sections of the National Servicing Standards are not addressed in or significantly differ from Regulation X. | C300 | 3.40 hrs |
| 01/22/13 | SCV | Discuss and revise section of memorandum comparing new Regulation X to National Servicing Standards, in which I discuss which sections of the National Servicing Standards are not addressed in or significantly differ from Regulation X and begin analysis of 4/13/2011 consent order and compare same to Regulation X | C300 | 1.90 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0R0802-301198

FED ID NO. 63-0243316

| 01/22/13 | BG | Incorporate changes to analysis into master chart | L120 | .20 hrs |
|---|---|---|---|---|
| 01/22/13 | JRK | Review and analyze summaries of January 17th amendment to Regulation X to ensure accuracy | L120 | 2.40 hrs |
| 01/23/13 | JRK | Review and analyze new release of Regulation X and compare to the current version | L120 | 6.70 hrs |
| 01/23/13 | PMS | Researched servicing rules in order to draft chart advising client of changes. | C300 | .50 hrs |
| 01/23/13 | JLJ | Continue research regarding Regulation Z regarding late fees during loan modifications or trial payments and draft memorandum regarding the same | C200 | .40 hrs |
| 01/23/13 | SCV | Analyze April 13, 2011 Consent Order and draft comparison between its provisions and those of Regulation X; draft memo discussing provisions of Consent Order not addressed by either Regulation X or Y. | C300 | 4.90 hrs |
| 01/23/13 | BAW | Research regarding universe of legislation comprising the California Homeowner's Bill of Rights | L120 | 1.20 hrs |
| 01/23/13 | BAW | Continue working on comparison memo to client regarding overlap between CHBOR and Regs X and Z | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0R0802-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/24/13 | BAW | Research and identify all California bills, statutes, legislation and guidance collectively referred to as CHBOR | L190 | 3.00 hrs |
| 01/24/13 | SCV | Finalize documents (1) comparing provisions of Regulation Z to applicable Consent Order provisions (2) comparing provisions of Regulation X to applicable Consent Order provisions and (3) summarizing sections of the Consent Order that neither Regulation X nor Z addresses. | C300 | 2.40 hrs |
| 01/24/13 | SCV | Draft truncated section summarizing Regulation Z, focusing solely on parts of the Regulation that the January 17, 2013 update changed. | C300 | 3.90 hrs |
| 01/24/13 | KRS | Finish revising Regulation Z chart | L120 | .90 hrs |
| 01/24/13 | KRS | Review comparison chart between Regulation Z and Federal Reserve Consent Order and email correspondence regarding same | L120 | .40 hrs |
| 01/24/13 | KRS | Review and revise chart comparing Regulation X and Federal Reserve Consent Order and email correspondence regarding same | L120 | 2.40 hrs |
| 01/24/13 | KRS | Begin drafting narrative summary of comparisons between Regulations X and Z and servicing standards, bill of rights and consent order | L120 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/24/13 | JBU | Continued to review, analyze, and prepare analysis for client regarding amendments to Regulation X and Z | C300 | 1.60 hrs |
| 01/24/13 | PMS | Reviewed California Homeowner Bill of Rights in entirety and compared to Regulation X and Z, began revising comparison chart for client. | C300 | 6.50 hrs |
| 01/24/13 | GP | Review and revise sections of Regulation Z chart to include information regarding consent order | L120 | 4.50 hrs |
| 01/24/13 | JRK | Research the amended Regulation X and the preamble in order to write up a summary of all changes and their purpose | L120 | 5.20 hrs |
| 01/24/13 | JRK | Draft summary of changes to Regulation X along with the CFPB's purpose behind each amendment | L120 | 5.60 hrs |
| 01/25/13 | JRK | Draft summary of amended Regulation X highlighting new regulations including loss mitigation, force-placed insurance and escrow | L120 | 6.40 hrs |
| 01/25/13 | JRK | Review and analyze amended Regulation X, preamble, and official comments and interpretations | L120 | 3.70 hrs |
| 01/25/13 | KSA | Draft narrative summary for SPOC sections and outline loss mitigation narrative summaries | L120 | .60 hrs |
| 01/25/13 | GP | Review and revise Regulation X and Regulation Z charts | L120 | 3.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
MARCH 27, 2013

0R0802-301198

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/25/13 | JBU | Continued to review and analyze recent amendments to Regulation X and Z so as to prepare analysis for client regarding the same | C200 | 4.00 hrs |
| 01/25/13 | BAW | Research California Senate Bill 1474 and Assembly Bill 1950 | L190 | 3.10 hrs |
| 01/25/13 | BAW | Compare SB 144/AB 1950 to Regulations X and Z and report regarding same | L190 | .80 hrs |
| 01/25/13 | KRS | Continue drafting narrative summary of comparisons among Regulations X and Z, national servicing standards, bill of rights, and consent order | L120 | 3.20 hrs |
| 01/25/13 | KRS | Continue revising camparison charts for Regulation Z | L120 | 2.20 hrs |
| 01/26/13 | JBU | Continued to review, analyze, and prepare chart regarding amendments to Regulation X and Z | C300 | 2.40 hrs |
| 01/26/13 | GP | Review and revise formatting and content of Regulation X chart | L120 | 3.20 hrs |
| 01/26/13 | GP | Review and revise formatting and content of Regulation Z chart | L120 | 2.00 hrs |
| 01/27/13 | AD | Review and analyze amendments to Reg Z to gather facts to synthesize information to draft summary of changes and intent of amendments | C300 | 3.90 hrs |
| 01/27/13 | JRK | Draft summary of amended Regulation X, including insight from the preamble and official commentary | L120 | 7.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     7
MARCH 27, 2013

0R0802-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/28/13 | JRK | Review and analyze amended Regulation X and compare to other servicing guidelines including National Servicing Standards, California Homeowner's Bill of Rights, and the FRB Consent Order | L120 | 5.30 hrs |
| 01/28/13 | AD | Draft and revise summary of changes and intent of amendments to Regulation Z | C300 | 4.80 hrs |
| 01/28/13 | PMS | Reviewed California Homeowner Bill of Rights as applied to new Regulation X and added edits to spreadsheet prepared for client. | C300 | 6.50 hrs |
| 01/28/13 | KRS | Finish revising Regulation Z comparison chart | L120 | 4.10 hrs |
| 01/28/13 | KRS | Incorporate further revisions to Regulation Z chart and combine with revisions concerning GMAC consent order | L120 | .40 hrs |
| 01/28/13 | KRS | Further analysis and additional revisions to Regulation Z chart | L120 | .90 hrs |
| 01/28/13 | JLJ | Review and revise chart comparing regulation Z and national servicing standards | C300 | .90 hrs |
| 01/28/13 | JBU | Continued to review and analyze recent amendments to Regulation X and Z and prepare analysis for client regarding the same | C300 | 7.90 hrs |
| 01/28/13 | BG | Draft summary of pertinent parts of new regulation Z and incorporate into master chart | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      8
MARCH 27, 2013

OR0802-301198

FED ID NO. 63-0243316

| 01/29/13 | KRS | Continue combining revisions to chart comparing Regulation Z to servicing standards, homeowner's bill of rights and consent order and email correspondence regarding same | L120 | 1.70 hrs |
|---|---|---|---|---|
| 01/29/13 | JBU | Continued to review, analyze, and prepare analysis for client regarding amendments to Regulation X and Z | C200 | 4.70 hrs |
| 01/29/13 | PMS | Reviewed California Homeowner Bill of Rights as applied to new Regulation X and added edits to spreadsheet prepared for client. | C300 | 4.50 hrs |
| 01/29/13 | CS | Draft narrative summary comparing Regulation X section 1024.41 with the National Servicing Standards and the California Homeowners Bill of Rights | P270 | 1.30 hrs |
| 01/29/13 | AD | Continue revising summary of Regulation Z amendments | C300 | 1.40 hrs |
| 01/29/13 | JRK | Review and analyze amended Regulation X and compare to other servicing guidelines including National Servicing Standards, California Homeowner's Bill of Rights, and the FRB Consent Order | L120 | 9.20 hrs |
| 01/30/13 | JRK | Review and analyze amended Regulation X and compare to other servicing guidelines including National Servicing Standards, California Homeowner's Bill of Rights, and the FRB Consent Order | L120 | 9.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
MARCH 27, 2013

0R0802-301198

FED ID NO. 63-0243316

| 01/30/13 | GP | Review and analyze Consent Order to determine overlap with Regulation X amendments | L120 | 3.60 hrs |
|---|---|---|---|---|
| 01/30/13 | PMS | Reviewed California Homeowner Bill of Rights as applied to new Regulation X and added edits to spreadsheet prepared for client. | C300 | 6.50 hrs |
| 01/30/13 | KRS | Further review and analysis of project and outline for finalizing comparison chart, narrative summary comparison, and other items | L120 | .70 hrs |
| 01/30/13 | KRS | Continue revising comparison chart with consideration for additional sections from servicing standards and consent order | L120 | 1.10 hrs |
| 01/30/13 | JBU | Continued to review and revise chart analysis of amendments to Regulation X and Z | C300 | 4.60 hrs |
| 01/31/13 | PMS | Continued work on chart comparing Regulation X & Z to California Homeowner Bill of Rights. | C300 | 6.50 hrs |
| 01/31/13 | ACU | Review Regulation Z memo to ensure it was ready to send to the client. | C300 | .40 hrs |
| 01/31/13 | ACRA | Revise and proofread documents describing changes to regulation x by new amendments | L120 | 2.40 hrs |
| 01/31/13 | GP | Review and revise Regulation X and Regulation Z charts regarding overlap with Consent Order | L120 | 1.40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    10
MARCH 27, 2013

ResCap

0R0802-301198

FED ID NO. 63-0243316

---

| 01/31/13 | GP | Review and revise Regulation X and Regulation Z charts for errors and typos | L120 | 2.80 hrs |
|---|---|---|---|---|
| 01/31/13 | AD | Continue revising summary of amendments to Reg Z | C300 | .50 hrs |
| 01/31/13 | JBU | Continued to review and analyze Amended Regulation X and Z and prepare analysis for client regarding the same | C300 | 7.70 hrs |
| 01/31/13 | JRK | Review and analyze amended Regulation X and compare to other servicing guidelines including National Servicing Standards, California Homeowner's Bill of Rights, and the FRB Consent Order | L120 | 10.70 hrs |
| 01/31/13 | KRS | Finish revising chart comparing Reg.Z with servicing standards, consent order, and bill of rights | L120 | 3.50 hrs |
| 01/31/13 | KRS | Analysis and outline of narrative summary comparing regulations x and z to servicing standards, consent order, and homeowners' bill of rights | L120 | .90 hrs |

TOTAL FEES FOR THIS MATTER                    $56,561.60

BILLING SUMMARY

| Brian Wahl | 8.90 hrs | 334.00 /hr | 2,972.60 |
|---|---|---|---|
| Keith S. Anderson | .60 hrs | 268.00 /hr | 160.80 |
| Kathleen Shields O'Beir | 23.80 hrs | 255.00 /hr | 6,069.00 |
| Jason R. Bushby | 32.90 hrs | 273.00 /hr | 8,981.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    11
MARCH 27, 2013

ResCap

0R0802-301198

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| P. Max Smith | 31.00 hrs | 255.00 /hr | 7,905.00 |
| Jessica L. Jones | 1.30 hrs | 224.00 /hr | 291.20 |
| Grant Premo | 21.00 hrs | 207.00 /hr | 4,347.00 |
| Alex Dugan | 10.60 hrs | 216.00 /hr | 2,289.60 |
| Blake Goodsell | .50 hrs | 207.00 /hr | 103.50 |
| Ann Craft | 2.40 hrs | 198.00 /hr | 475.20 |
| Alison Smith | .40 hrs | 198.00 /hr | 79.20 |
| Jonathan Kloldzieg | 72.50 hrs | 198.00 /hr | 14,355.00 |
| Chris Selman | 14.00 hrs | 200.00 /hr | 2,800.00 |
| Slates Veazey | 23.30 hrs | 246.00 /hr | 5,731.80 |

TOTAL FEES            243.20 hrs                    $56,561.60

**TOTAL CHARGES FOR THIS INVOICE**            **$56,561.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301198

INVOICE #   865768

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301198
     TC # 736263

### PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | KRS | Analysis of revisions and further drafting required to complete narrative summary of comparisons between Reg. X and Reg. Z and other guidelines | L120 | 1.00 | hrs |
| 02/01/13 | PMS | Reviewed regulations and began drafting narrative analysis and PowerPoint presentation slides on differences between applicable sections. | C300 | 6.50 | hrs |
| 02/01/13 | JBU | Conference call with client regarding status of and next steps in analysis of CFPB rules | C300 | .50 | hrs |
| 02/01/13 | JBU | Continued to review and analyze recent CFPB amendments and prepare analysis for client regarding the same | C300 | 2.80 | hrs |
| 02/01/13 | JRK | Review and analyze Sections 1024.39 and 1024.41 of Regulation X and compare to Section IV of the National Servicing Standards and Section 2923 of the California Homeowner's Bill of Rights | L120 | 3.20 | hrs |
| 02/02/13 | JRK | Review and analyze Sections 1024.39 and 1024.41 of Regulation X and compare to Section IV of the National Servicing Standards and Section 2923 of the California Homeowner's Bill of Rights | L120 | 2.20 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

OR0802-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/03/13 | JRK | Review and analyze Sections 1024.39 and 1024.41 of Regulation X and compare to Section IV of the National Servicing Standards and Section 2923 of the California Homeowner's Bill of Rights | L120 | 5.90 hrs |
| 02/03/13 | JBU | Reviewed and analyed escrow and force-placed insurance provisions of amended Regulation Z and X, compared the same to the National Servicing Standards, and provided memorandum analysis to client | C300 | 6.70 hrs |
| 02/04/13 | PMS | Reviewed regulations and continued drafting narrative analysis and PowerPoint presentation slides on differences between applicable sections. | C300 | 6.50 hrs |
| 02/04/13 | GP | Draft slides for power point presentation on conflicts with new CFPB rules | L120 | 2.30 hrs |
| 02/04/13 | JBU | Continued to review and analyze CFPB amendments and prepare analysis for client regarding the same | C300 | 2.20 hrs |
| 02/04/13 | JRK | Review and analyze Sections 1024.39 and 1024.41 of Regulation X and compare to Section IV of the National Servicing Standards and Section 2923 of the California Homeowner's Bill of Rights | L120 | 8.00 hrs |
| 02/05/13 | JBU | Continued to review and analyze CFPB amendments and prepare analysis for client regarding the same | C300 | 3.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0802-301198

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/05/13 | GP | Review and analyze Regulation X  and Regulation Z to begin draft narrative summary on changes in regulations | L120 | 1.10 hrs |
| 02/05/13 | JRK | Review and analyze amended Regulation X and compare to the National Servicing Standards, California Homeowner's Bill of Rights, and FRB Consent Order | L120 | 14.70 hrs |
| 02/05/13 | PMS | Reviewed regulations and continued drafting narrative analysis and PowerPoint presentation slides on differences between applicable sections. | C300 | 4.70 hrs |
| 02/05/13 | GP | Review and revise slides on conflicts created by new CFPB regulations | L120 | 2.20 hrs |
| 02/06/13 | PMS | Reviewed regulations and continued drafting narrative analysis and PowerPoint presentation slides on differences between applicable sections. | C300 | 5.00 hrs |
| 02/06/13 | JRK | Review and analyze amended Regulation X and compare to the National Servicing Standards, California Homeowner's Bill of Rights, and FRB Consent Order | L120 | 12.30 hrs |
| 02/06/13 | JBU | Continued to review and analyze CFPB amendments and prepare analysis for client regarding the same | C300 | 6.20 hrs |
| 02/07/13 | JRK | Review and analyze amended Regulation X and compare to the National Servicing Standards, California Homeowner's Bill of Rights, and FRB Consent Order | L120 | 4.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
APRIL 30, 2013

OR0802-301198

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/07/13 | GP | Draft narrative summary for changes to regulation X and Regulation Z related to notices and billing statements | L120 | 3.80 hrs |
| 02/08/13 | JRK | Review and analyze amended Regulation X and compare to the National Servicing Standards, California Homeowner's Bill of Rights, and FRB Consent Order | L120 | 4.20 hrs |
| 02/08/13 | KRS | Analysis of additional drafting and revisions needed for summary comparison between Regulation X and other guidance concerning loss mitigation | L120 | .20 hrs |
| 02/08/13 | GP | Review and revise narrative summary on changes to Regulation X and Regulation Z | L120 | 2.70 hrs |
| 02/08/13 | JBU | Began drafting narrative summary analysis regarding interplay between CFPB amendments and other regulations | C300 | 1.90 hrs |
| 02/11/13 | JBU | Continued to review and revise analysis regarding CFPB amendments and their interplay with other servicing guidelines | C300 | .80 hrs |
| 02/11/13 | JRK | Review and analyze amendments to Regulation X and Regulation Z and compare to the National Servicing Standards, FRB Consent Order and California Homeowner's Bill of Rights | L120 | 4.70 hrs |
| 02/12/13 | JRK | Draft narrative summary of Section 1024.41 of Regulation X regarding loss mitigation procedures in the CFPB's new servicing rules | L120 | 6.10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
APRIL 30, 2013

OR0802-301198

FED ID NO. 63-0243316

| 02/13/13 | JRK | Research commentary surrounding Section 1024.41 of Regulation X regarding loss mitigation procedures in the CFPB's new servicing rules in order to draft a narrative summary | L120 | 4.70 hrs |
|---|---|---|---|---|
| 02/14/13 | JRK | Research commentary surrounding Sections 1024.39 and 1024.40 of Regulation X regarding early intervention and continuity of contact procedures in the CFPB's new servicing rules in order to draft a narrative summary | L120 | 2.90 hrs |
| 02/14/13 | JRK | Draft narrative summary of Sections 1024.39 and 1024.40 of Regulation X regarding early intervention and continuity of contact procedures in the CFPB's new servicing rules | L120 | 2.90 hrs |
| 02/15/13 | JRK | Draft narrative summary of Sections 1024.39, 1024.40, and 1024.41 of Regulation X regarding early intervention, continuity of contact, and loss mitigation procedures in the CFPB's new servicing rules | L120 | 7.00 hrs |
| 02/15/13 | GP | Consider strategy for completing narrative summary of changes to servicing rules | L120 | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                          $35,751.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301198

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 02/01/13 | Copy Charges | 0.00 |
| 02/01/13 | Copy Charges | 0.00 |
| 02/01/13 | Copy Charges | 0.00 |
| 02/01/13 | Copy Charges | 0.00 |
| 02/01/13 | Copy Charges | 0.00 |
| 02/01/13 | Copy Charges | 0.00 |
| 02/01/13 | Copy Charges | 0.00 |
| 02/03/13 | Copy Charges | 0.00 |
| 02/03/13 | Copy Charges | 0.00 |
| 02/03/13 | Copy Charges | 0.00 |
| 02/05/13 | Copy Charges | 0.00 |
| 02/05/13 | Copy Charges | 0.00 |
| 02/05/13 | Copy Charges | 0.00 |
| 02/05/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/06/13 | Copy Charges | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/07/13 | Copy Charges | 0.00 |
| 02/11/13 | Copy Charges | 0.00 |
| 02/12/13 | Copy Charges | 0.00 |
| 02/12/13 | Copy Charges | 0.00 |
| 02/12/13 | Copy Charges | 0.00 |
| 02/12/13 | Copy Charges | 0.00 |
| 02/12/13 | Copy Charges | 0.00 |
| 02/12/13 | Copy Charges | 0.00 |
| 02/14/13 | Copy Charges | 0.00 |
| 02/18/13 | Copy Charges | 0.00 |
| 02/21/13 | Copy Charges | 0.00 |
| 02/21/13 | Copy Charges | 0.00 |
| 02/21/13 | Copy Charges | 0.00 |
| 02/21/13 | Copy Charges | 0.00 |
| 02/22/13 | Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301198

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 02/22/13 Copy Charges | | 0.00 |
| 02/22/13 Copy Charges | | 0.00 |
| 02/22/13 Copy Charges | | 0.00 |
| 02/22/13 Copy Charges | | 0.00 |
| 02/25/13 Copy Charges | | 0.00 |
| 02/25/13 Copy Charges | | 0.00 |
| 02/25/13 Copy Charges | | 0.00 |
| 02/27/13 Copy Charges | | 0.00 |
| 02/27/13 Copy Charges | | 0.00 |
| 03/04/13 Copy Charges | | 0.00 |
| 03/04/13 Copy Charges | | 0.00 |
| 03/08/13 Copy Charges | | 0.00 |
| 03/08/13 Copy Charges | | 0.00 |
| 03/08/13 Copy Charges | | 0.00 |
| 03/08/13 Copy Charges | | 0.00 |
| 03/08/13 Copy Charges | | 0.00 |
| 03/08/13 Copy Charges | | 0.00 |
| 03/08/13 Copy Charges | | 0.00 |
| 03/11/13 Copy Charges | | 0.00 |
| 03/11/13 Copy Charges | | 0.00 |
| 03/11/13 Copy Charges | | 0.00 |
| 03/11/13 Copy Charges | | 0.00 |
| 03/24/13 Copy Charges | | 0.00 |
| 03/24/13 Copy Charges | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kathleen Shields O'Beir | 1.20 hrs | 290.00 /hr | 348.00 |
| Jason R. Bushby | 17.80 hrs | 310.00 /hr | 5,518.00 |
| Jason R. Bushby | 6.70 hrs | 273.00 /hr | 1,829.10 |
| P. Max Smith | 22.70 hrs | 290.00 /hr | 6,583.00 |
| Grant Premo | 13.60 hrs | 235.00 /hr | 3,196.00 |
| Jonathan Kloldzieg | 69.00 hrs | 225.00 /hr | 15,525.00 |
| Jonathan Kloldzieg | 13.90 hrs | 198.00 /hr | 2,752.20 |

TOTAL FEES          144.90 hrs                    $35,751.30



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     8
APRIL 30, 2013

0R0802-301198

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $35,751.30

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0802-301199
Fort Washington, PA 19034

                                                         INVOICE #   841377

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

      Re:  0R0802-301199
           TC # 736125

PROFESSIONAL SERVICES

01/10/13   FWA   Receive materials related to new matter    L190      .50 hrs
                 form client and consider approach to same

01/11/13   FWA   Review draft memo to client and revise     L190      .50 hrs
                 the same

01/14/13   CJA   Research applicable state law for          B250     1.80 hrs
                 multiple properties pertaining to post
                 foreclosure redemption rights stemming
                 from tax sale or water district
                 foreclosure and drafted analysis based
                 on applicable law and facts as provided
                 by P.Cannon

01/16/13   FWA   Review proposed memo to client and         L190      .60 hrs
                 consider revisions to same

01/17/13   FWA   Review and revise summary response to      L190      .50 hrs
                 questions raised by client

                 TOTAL FEES FOR THIS MATTER                      $1,252.80

BILLING SUMMARY

      Wendell Allen          2.10 hrs    378.00 /hr       793.80
      C. Jason Avery         1.80 hrs    255.00 /hr       459.00

TOTAL FEES                   3.90 hrs               $1,252.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0802-301199

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,252.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0802-301200

INVOICE #   840967

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:   0R0802-301200
      TC # 736325

EXPENSES

| | | |
|---|---|---:|
| 01/31/13 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO<br>TEXAS TO MEET DEFAULT FIRM 1/23/13<br>Bank ID: GENR Check Number: 105956 | 1,513.30 |
| 01/31/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO<br>TEXAS TO MEET DEFAULT FIRM 1/23/13 HOTEL<br>Bank ID: GENR Check Number: 105956 | 190.97 |
| 01/31/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO<br>TEXAS TO MEET DEFAULT FIRM 1/23/13 RENTAL CAR<br>Bank ID: GENR Check Number: 105956 | 102.01 |
| 01/31/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO<br>TEXAS TO MEET DEFAULT FIRM 1/23/13 PARKING<br>Bank ID: GENR Check Number: 105956 | 30.00 |
| 01/31/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO<br>TEXAS TO MEET DEFAULT FIRM 1/23/13 FUEL, WIFI<br>Bank ID: GENR Check Number: 105956 | 23.82 |

TOTAL COSTS FOR THIS MATTER          $1,860.10


TOTAL FEES              0.00 hrs             $.00

TOTAL EXPENSES                          $1,860.10

**TOTAL CHARGES FOR THIS INVOICE**      $1,860.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0802-301200
Fort Washington, PA 19034

                                                          INVOICE #   841380

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0R0802-301200
        TC # 736325

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/18/13 | CWH | Research prior articles regarding McCarthy firm in advance of next week's visit | L120 | .30 hrs |
| 01/22/13 | CWH | Prepare for onsite visit to McCarthy Holthus & Ackerman by reviewing materials from prior audits of firm | L120 | 1.00 hrs |
| 01/23/13 | CWH | Prepare for onsite visit to McCarthy Holthus & Ackerman and meet with client about same | L120 | .80 hrs |
| 01/23/13 | CWH | Onsite visit to McCarthy Holthus & Ackerman | L120 | 5.00 hrs |
| 01/23/13 | CWH | Review and analyze notes from onsite visit to McCarthy Holthus & Ackerman and begin drafting audit summary | L120 | 1.20 hrs |
| 01/24/13 | CWH | Contact McCarthy Holthus & Ackerman to request policies and procedures and advise them of how to upload same to Extranet | L120 | .20 hrs |

                       TOTAL FEES FOR THIS MATTER                 $3,068.50

BILLING SUMMARY

   Christian W. Hancock        8.50 hrs   361.00 /hr      3,068.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0802-301200

FED ID NO. 63-0243316

TOTAL FEES                    8.50 hrs              $3,068.50

**TOTAL CHARGES FOR THIS INVOICE**              $3,068.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301200

INVOICE #  865769

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301200
     TC # 736325

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/08/13 | CWH | Exchange e-mails with client about missing materials from firm review and whether firm's proposed response time is acceptable | L120 | .20 hrs |
| 02/08/13 | CWH | Follow-up with default counsel regarding missing materials from necessary to complete the review | L120 | .20 hrs |
| 02/08/13 | CWH | Draft portions of firm analysis memo for GMACM | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                        $361.00

| | | |
|---|---|---|
| 02/27/13 | Copy Charges | 0.00 |
| 02/27/13 | Copy Charges | 0.00 |
| 02/27/13 | Copy Charges | 0.00 |
| 02/27/13 | Copy Charges | 0.00 |
| 02/27/13 | Copy Charges | 0.00 |
| 02/27/13 | Copy Charges | 0.00 |
| 02/27/13 | Copy Charges | 0.00 |
| 02/27/13 | Copy Charges | 0.00 |
| 02/27/13 | Copy Charges | 0.00 |

BILLING SUMMARY

   Christian W. Hancock      1.00 hrs    361.00 /hr      361.00

TOTAL FEES              1.00 hrs              $361.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0802-301200

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $361.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0802-301201
Fort Washington, PA 19034

                                                               INVOICE #   841382

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-301201
         TC # 736484

PROFESSIONAL SERVICES

01/07/13   FWA   Review template documents and confer      L190      .70 hrs
                 with client re: project to revise the
                 same

01/19/13   FWA   Review and revise template                L190     1.30 hrs
                 questionnaires and consider revisions to
                 same

01/29/13   JBU   Prepared for and attended conference      C300      .60 hrs
                 call with client regarding strategy in
                 formulating test plans for QC review

01/29/13   FWA   Review test plans and consider revisions  L190      .80 hrs
                 to same

01/29/13   FWA   Confer with client re: approach to        L190      .60 hrs
                 testplan reviews

01/31/13   JBU   Conference call with client regarding     C300      .70 hrs
                 testing of foreclosure files for
                 compliance with consent order


           TOTAL FEES FOR THIS MATTER                      $1,640.10


BILLING SUMMARY

    Wendell Allen           3.40 hrs   378.00 /hr    1,285.20
    Jason R. Bushby         1.30 hrs   273.00 /hr      354.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0802-301201

FED ID NO. 63-0243316

TOTAL FEES                    4.70 hrs              $1,640.10

**TOTAL CHARGES FOR THIS INVOICE**                $1,640.10

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            APRIL 30, 2013
1100 Virginia Drive                               0R0802-301201
Fort Washington, PA 19034

                                                  INVOICE #  865770

                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0R0802-301201
        TC # 736484

PROFESSIONAL SERVICES

02/08/13   FWA   Review templated from MTR and consider     L190     1.60 hrs
                 approach to review of the same


           TOTAL FEES FOR THIS MATTER                                $604.80


BILLING SUMMARY

   Wendell Allen          1.60 hrs   378.00 /hr         604.80


TOTAL FEES               1.60 hrs              $604.80

**TOTAL CHARGES FOR THIS INVOICE**            $604.80

           ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301203

INVOICE #  841385

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301203
     TC # 736481

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/24/13 | phn | Research land records to ascertain merits of borrower's allegations to Texas Department of Savings & Mortgage Lending | L120 | 4.30 hrs |
| 01/24/13 | KSA | Review Texas home equity complaint and outline response | L120 | .40 hrs |
| 01/24/13 | FWA | Review new file from client and consider issues related to same | L190 | .40 hrs |
| 01/25/13 | KSA | Analyze title search results regarding lien release and second home equity lien | L120 | .30 hrs |
| 01/25/13 | phn | Review and analysis of title report regarding borrower's liens and effect on GMAC's home equity loan | L120 | .40 hrs |
| 01/25/13 | phn | Phone call with title firm regarding deficient report and questions regarding various releases | L120 | .40 hrs |
| 01/25/13 | phn | Email exchange with L.DeSilva regarding analysis of land records and possible response to Texas Department of Savings & Mortgage Lending | L120 | .40 hrs |
| 01/28/13 | phn | Revise and edit letter to Texas Department of Savings & Mortgage Lending | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0802-301203

FED ID NO. 63-0243316

01/28/13    phn    Correspondence with L.DeSilva regarding        L120        .30 hrs
                   borrowerÆs claim

                   TOTAL FEES FOR THIS MATTER                        $1,783.40


BILLING SUMMARY

    Wendell Allen                .40 hrs    378.00 /hr        151.20
    Keith S. Anderson            .70 hrs    268.00 /hr        187.60
    Preston H. Neel             6.20 hrs    233.00 /hr      1,444.60


TOTAL FEES                      7.30 hrs                   $1,783.40

**TOTAL CHARGES FOR THIS INVOICE**                        $1,783.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0802-301204
Fort Washington, PA 19034

                                                              INVOICE #  841388

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0802-301204
          TC # 736510

PROFESSIONAL SERVICES

01/29/13   CWH   Review and analyze numerous documents      L120      .50 hrs
                 and correspondence regarding borrower's
                 complaints to GMAC about her loan and
                 securitization of same

01/29/13   FWA   Review materials related to borrower QWR   L190      .70 hrs
                 and confer with client re: same

01/30/13   MPE   Review over 1100 pages of client           L110     2.50 hrs
                 documents to prepare a timeline of case
                 events, including a loss mitigation and
                 correspondence to and from the borrower.

01/30/13   CWH   Review and analyze timeline of events      L120      .50 hrs
                 related to borrower's loan and her
                 communications with GMAC about investor
                 and loan modification

01/31/13   CWH   Continue to review and analyze prior       L120      .40 hrs
                 correspondence between borrower and GMACM


           TOTAL FEES FOR THIS MATTER                    $1,187.50


BILLING SUMMARY

     Wendell Allen              .70 hrs    378.00 /hr        264.60
     Christian W. Hancock      1.40 hrs    361.00 /hr        505.40
     Melisa P. Palmer          2.50 hrs    167.00 /hr        417.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0802-301204

FED ID NO. 63-0243316

TOTAL FEES                    4.60 hrs            $1,187.50

**TOTAL CHARGES FOR THIS INVOICE**            $1,187.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            APRIL 30, 2013
1100 Virginia Drive                                              0R0802-301204
Fort Washington, PA 19034

                                                                INVOICE #  865771

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0802-301204
         TC # 736510

<u>PROFESSIONAL SERVICES</u>

| 02/07/13 | CWH | Review and analyze the long history of correspondence between borrower and GMAC regarding loan modification attempts (over 300 pages) | L120 | 1.70 hrs |
|---|---|---|---|---|
| 02/07/13 | CWH | Review and analyze borrower's bankruptcy docket and schedules | L120 | .20 hrs |
| 02/07/13 | CWH | Exchange several emails with client regarding the loss mitigation history and borrower's questions regarding her account and foreclosure | L120 | .50 hrs |
| 02/07/13 | CWH | Research state law on trust issues and draft response letter to borrower addressing her myriad of claims - | L120 | 2.80 hrs |
| 02/08/13 | APUC | Review case law and revise response letter to borrower | L120 | 1.10 hrs |
| 02/08/13 | MPE | Receive and review all notices mailing affidavits and add to timeline of case events. | L110 | .30 hrs |
| 02/08/13 | CWH | Final edits to letter to borrower | L120 | .20 hrs |
| 02/10/13 | CWH | Review and analyze recorded foreclosure documents regarding another foreclosure against borrower | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0802-301204

FED ID NO. 63-0243316

02/11/13    MPE    Review client documents for information          L110      .80 hrs
                   regarding the Deed of Trust from 2005
                   and all related documents.

          TOTAL FEES FOR THIS MATTER                          $2,485.80

BILLING SUMMARY

    Christian W. Hancock        5.60 hrs    361.00 /hr        2,021.60
    Amy Puckett                 1.10 hrs    255.00 /hr          280.50
    Melisa P. Palmer            1.10 hrs    167.00 /hr          183.70

TOTAL FEES                      7.80 hrs                    $2,485.80

**TOTAL CHARGES FOR THIS INVOICE**                         **$2,485.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0R0802-301205
Fort Washington, PA 19034

                                                    INVOICE #  841389

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0802-301205
         TC # 736503

PROFESSIONAL SERVICES

01/24/13  FWA  Review new file from client and consider     L190      .40 hrs
               issues related to same

01/24/13  CJA  Receipt and review of client documents       B250     1.30 hrs
               pertaining to valuation of property
               encumbered by long term lease

01/24/13  CJA  Review of online property records in         B250      .70 hrs
               order to find and review referenced
               lease that encumbers property

01/24/13  CJA  Telephone call with client regarding         B250      .30 hrs
               strategy to determine impact of long
               term lease and need to obtain title
               report


               TOTAL FEES FOR THIS MATTER                         $737.70


BILLING SUMMARY

    Wendell Allen         .40 hrs    378.00 /hr        151.20
    C. Jason Avery       2.30 hrs    255.00 /hr        586.50


TOTAL FEES                2.70 hrs                   $737.70



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0802-301205

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $737.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-301205

INVOICE #  865772

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-301205
     TC # 736503

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | EBE | Telephone discussion with AFX Title regarding title search on property in question and parameters for the search | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                $47.40

BILLING SUMMARY

Elizabeth B. Eaton          .30 hrs   158.00 /hr       47.40

TOTAL FEES                 0.30 hrs                  $47.40

**TOTAL CHARGES FOR THIS INVOICE**                     $47.40

===================

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0802-301220

INVOICE #  840968

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0R0802-301220
     TC # 705025

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/07/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MONITOR MEETING IN RALEIGH, NC 1/3/13 - 1/4/13 Bank ID: GENR Check Number: 104985 | 536.20 |
| 01/14/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/9/13 Bank ID: GENR Check Number: 105376 | 324.90 |
| 01/14/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/7/13 - 1/10/13 Bank ID: GENR Check Number: 105376 | 649.80 |
| 01/16/13 | Airline Tickets - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 2/12/13 Bank ID: GENR Check Number: 105376 | 313.89 |
| 01/16/13 | Airline Tickets - ROBERT R. MADDOX TRAVEL TO PHILADELPHIA, PA & DALLAS, TX 1/13/13 - 1/15/13 Bank ID: GENR Check Number: 105376 | 1,409.80 |
| 01/23/13 | Airline Tickets - ROBERT R. MADDOX ATTEND GMAC MEETING IN DALLAS, TX 1/16/13 - 1/17/13 Bank ID: GENR Check Number: 105664 | 114.00 |
| 01/07/13 | Travel Expense - ROBERT R. MADDOX ATTEND MONITOR MEETING IN RALEIGH, NC 1/3/13 - 1/4/13 CAB FARE Bank ID: GENR Check Number: 104985 | 100.00 |
| 01/07/13 | Travel Expense - ROBERT R. MADDOX ATTEND MONITOR MEETING IN RALEIGH, NC 1/3/13 - 1/4/13 PARKING Bank ID: GENR Check Number: 104985 | 21.95 |
| 01/14/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/7/13 - 1/10/13 HOTEL Bank ID: GENR Check Number: 105376 | 435.68 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

---

| Date | Description | Amount |
|------|-------------|--------|
| 01/14/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/7/13 - 1/10/13 RENTAL CAR<br>Bank ID: GENR Check Number: 105376 | 561.81 |
| 01/14/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/7/13 - 1/10/13 PARKING<br>Bank ID: GENR Check Number: 105376 | 43.80 |
| 01/14/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/7/13 - 1/10/13 PARKING<br>Bank ID: GENR Check Number: 105376 | 51.96 |
| 01/16/13 | Travel Expense - ROBERT R. MADDOX TRAVEL TO PHILADELPHIA, PA & DALLAS, TX 1/13/13 - 1/15/13 HOTEL<br>Bank ID: GENR Check Number: 105376 | 451.44 |
| 01/16/13 | Travel Expense - ROBERT R. MADDOX TRAVEL TO PHILADELPHIA, PA & DALLAS, TX 1/13/13 - 1/15/13 RENTAL CAR<br>Bank ID: GENR Check Number: 105376 | 440.07 |
| 01/23/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN DALLAS, TX 1/16/13 - 1/17/13 HOTEL<br>Bank ID: GENR Check Number: 105664 | 506.16 |
| 01/23/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN DALLAS, TX 1/16/13 - 1/17/13 RENTAL CAR<br>Bank ID: GENR Check Number: 105664 | 392.53 |
| 01/23/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN DALLAS, TX 1/16/13 - 1/17/13 PARKING, FUEL<br>Bank ID: GENR Check Number: 105664 | 71.71 |
| 01/23/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN WAHSINGTON, PA 1/13/13 - 1/15/13 HOTEL<br>Bank ID: GENR Check Number: 105664 | 451.44 |
| 01/23/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN WAHSINGTON, PA 1/13/13 - 1/15/13 RENTAL CAR<br>Bank ID: GENR Check Number: 105664 | 440.07 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 26, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|------|-------------|--------|
| 01/23/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN WAHSINGTON, PA 1/13/13 - 1/15/13 PARKING<br>Bank ID: GENR Check Number: 105664 | 69.36 |
| 01/23/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN WAHSINGTON, PA 1/13/13 - 1/15/13 FUEL<br>Bank ID: GENR Check Number: 105664 | 14.73 |
| 01/24/13 | Travel Expense - HOTEL PALOMAR DALLAS RRM LODGING IN DALLAS 12-18-12 TO 12-20-12<br>Bank ID: GENR Check Number: 105597 | 451.59 |
| 01/31/13 | Travel Expense - ROBERT R. MADDOX AVIS ETOLL ON 12/5/12<br>Bank ID: GENR Check Number: 105980 | 5.20 |
| 01/31/13 | Travel Expense - ROBERT R. MADDOX AVIS ETOLL ON 1/7/13<br>Bank ID: GENR Check Number: 105980 | 11.07 |
| 01/31/13 | Travel Expense - ROBERT R. MADDOX AVIS ETOLL ON 1/15/13<br>Bank ID: GENR Check Number: 105980 | 8.35 |
| 01/31/13 | Travel Expense - ROBERT R. MADDOX AVIS ETOLL ON 1/12/13<br>Bank ID: GENR Check Number: 105980 | 11.53 |
| 01/31/13 | Travel Expense - ROBERT R. MADDOX AVIS ETOLL ON 1/14/13<br>Bank ID: GENR Check Number: 105980 | 11.65 |
| 01/07/13 | Meal Expense - ROBERT R. MADDOX ATTEND MONITOR MEETING IN RALEIGH, NC 1/3/13 - 1/4/13<br>Bank ID: GENR Check Number: 104985 | 46.23 |
| 01/14/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/7/13 - 1/10/13<br>Bank ID: GENR Check Number: 105376 | 71.10 |
| 01/14/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/7/13 - 1/10/13<br>Bank ID: GENR Check Number: 105376 | 76.24 |
| 01/14/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 1/7/13 - 1/10/13<br>Bank ID: GENR Check Number: 105376 | 19.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 26, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 01/16/13 | Meal Expense - ROBERT R. MADDOX TRAVEL TO PHILADELPHIA, PA & DALLAS, TX 1/13/13 - 1/15/13 Bank ID: GENR Check Number: 105376 | 4.00 |
| 01/23/13 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN DALLAS, TX 1/16/13 - 1/17/13 Bank ID: GENR Check Number: 105664 | 32.00 |
| 01/23/13 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN DALLAS, TX 1/16/13 - 1/17/13 Bank ID: GENR Check Number: 105664 | 82.75 |
| 01/23/13 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN DALLAS, TX 1/16/13 - 1/17/13 Bank ID: GENR Check Number: 105664 | 12.41 |
| 01/23/13 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC MEETING IN WAHSINGTON, PA 1/13/13 - 1/15/13 Bank ID: GENR Check Number: 105664 | 75.77 |
| 01/29/13 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER          $8,320.89

TOTAL FEES          0.00 hrs          $.00

TOTAL EXPENSES          $8,320.89

**TOTAL CHARGES FOR THIS INVOICE**          $8,320.89

***** TOTAL DUE UPON RECEIPT *****



| BRADLEY ARANT |
| BOULT CUMMINGS LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0802-301220
Fort Washington, PA 19034

INVOICE #  841391

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301220
     TC # 705025

PROFESSIONAL SERVICES

| 01/02/13 | RRM | Multiple e-mail correspondence with Bill Cherry, Counsel for Monitor, with regard to request for examples | L190 | .90 hrs |
| 01/02/13 | RRM | Extended telephone conference call with Fey Milkessa and others with regards to implementation of timelines | L190 | .80 hrs |
| 01/02/13 | RRM | Extensive work with Casendral Adams on MA AG request to postpone sale and review of related documents | L190 | 1.40 hrs |
| 01/02/13 | RRM | Extended telephone conference with MA AG's Office with regard to investor position on loan modifications and follow up on same | L190 | 1.10 hrs |
| 01/02/13 | RRM | Telephone conference with MA AG's Office with regard to investor position on loan modification and prior history of matter | L190 | .30 hrs |
| 01/02/13 | RRM | Extended telephone conference call with Tom Walper with Berkshire Hatthaway regarding language on 6.17 | L190 | .60 hrs |
| 01/02/13 | RRM | Telephone conference call to Tammy Hamzehpour with regard to call with BH's counsel | L190 | .10 hrs |
| 01/02/13 | RRM | Preparation for and extended telephone conference call with Peter Muriungi | L190 | .80 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0802-301220

FED JD NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RRM | Telephone conference with Katie Brindell at Capstrat OMSO with regard to complaints | L190 | .40 hrs |
| 01/02/13 | RRM | Continue work on FRG presentation throughout the day and supporting settlement documents | L190 | 3.80 hrs |
| 01/02/13 | RRM | Extended telephone conference call with Russ Fowlie, Gia Shannon and Denzil Dsouza with regard to presentation for OMSO | L190 | 1.00 hrs |
| 01/02/13 | RRM | Prepare for upcoming meeting in Raleigh, NC by reviewing multiple drafts of deck and report on same | L190 | .70 hrs |
| 01/02/13 | LG | Analyze deck regarding IRG transition in preparation for call discussing the same | L120 | .50 hrs |
| 01/02/13 | LG | Call with client discussing proposed presentation to OMSO concerning the operation of the IRG during the transition | L120 | .80 hrs |
| 01/03/13 | LG | Call regarding GMAC's solicitation plan for certain loans | L120 | .50 hrs |
| 01/03/13 | LG | Communications with client concerning the DOJ's request to add residential funding as a party to the Consent Judgment | L120 | .40 hrs |
| 01/03/13 | CSM | Review emails between foreclosure counsel and document execution team regarding execution of supplemental affidavit of indebtedness | P280 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/03/13 | CSM | Telephone conference with client regarding form of complaint verification and affidavit in support of summary judgment to be used on Hawaii files | P280 | .50 hrs |
| 01/03/13 | RRM | Meeting with Denzil Dsouza and Russ Fowlie in Raleigh, NC | L190 | 2.60 hrs |
| 01/03/13 | RRM | Meeting with Monitor and professionals in Raleigh for post- sale discussion and set up for compliance | L190 | 3.30 hrs |
| 01/03/13 | RRM | Follow up work from meetings in Raleigh and extensive work related to sale for IRG and subsequent servicer compliance | L190 | 2.90 hrs |
| 01/03/13 | RRM | Continue work and preparation for meeting with Monitor | L190 | 4.50 hrs |
| 01/03/13 | RRM | Review of e-mail from USANYS with regard to contracts and definitions and follow up on same | L190 | .60 hrs |
| 01/04/13 | RRM | Participate in weekly servicing call | L190 | .80 hrs |
| 01/04/13 | RRM | Review e-mail from A. Barrage and subsequent telephone conference call with A. Barrage regarding APA Language and multiple subsequent emails with Tammy Hamzehpour regarding same | L190 | .40 hrs |
| 01/04/13 | RRM | Continue to work on behalf of company on multiple matters that impact AG/DOJ Settlement | L190 | 4.10 hrs |
| 01/04/13 | RRM | Multiple emails regarding status of ADA revision to FRB, GMAC and BH | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

---

| 01/04/13 | RRM | Multiple emails with Tony Walper, Counsel for BH, with regard to notice on f/c look back and follow up on same | L190 | .70 hrs |
| 01/04/13 | CSM | Participate in weekly servicing standards update call with client | P280 | .50 hrs |
| 01/04/13 | LG | Call with client discussing implementation of the national servicing standards | L120 | .50 hrs |
| 01/06/13 | RRM | Work on and review subsequent e-mail correspondence from Tammy Hamzehpour regarding RES Funding | L190 | .80 hrs |
| 01/06/13 | RRM | Multiple e-mail correspondence with Sewitt Bocresion re FRB issues | L190 | .30 hrs |
| 01/07/13 | RRM | Review e-mail from Sharon Robinson regarding VOC Executive summary and review | L190 | .40 hrs |
| 01/07/13 | RRM | Review e-mail from Beth Day regarding detailed information on several properties and follow up on same | L190 | .80 hrs |
| 01/07/13 | RRM | Review of email from Jenna Evans re CO AG request through LPS and initial review of same | L190 | .30 hrs |
| 01/07/13 | RRM | Multiple emails with cross-servicer legal group on consumer relief | L190 | .60 hrs |
| 01/07/13 | RRM | Review e-mail from Jonathan Morales on valuation issues in adverse of upcoming meeting with IRG and follow up with questions | L190 | 1.20 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
MARCH 27, 2013

OR0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/07/13 | CSM | Emails with cross-servicer group regarding finalization of cross-servicer conflicts document to be submitted to monitor | P280 | .20 hrs |
| 01/08/13 | CSM | Prepare for and participate in weekly cross servicer metrics and testing workgroup call | P280 | .10 hrs |
| 01/08/13 | RRM | Meeting in Dallas with Monitor's Counsel and BDO with discussion on solicitation | L190 | 5.20 hrs |
| 01/08/13 | RRM | Telephone conference with Sewitt Bocresion with regard to foreclosure look back | L190 | .80 hrs |
| 01/08/13 | RRM | Telephone conference with Joe Smith regarding interim certification and extensive follow up with client re: same | L190 | 1.60 hrs |
| 01/08/13 | RRM | Conference with Russ Fowlie with regard to client status of compliance with AG/DOJ | L190 | 1.00 hrs |
| 01/08/13 | RRM | Pre-meeting with IRG and updated status of compliance and current testing | L190 | 1.30 hrs |
| 01/08/13 | RRM | Meeting in Dallas with Peter Muriungi and Russ Fowlie with regard to valuation and eligibility | L190 | 1.60 hrs |
| 01/08/13 | LG | Cross servicer legal call discussing implementation of the AG settlement | L120 | 1.20 hrs |
| 01/08/13 | LG | Analyze meeting materials in preparation for cross servicer legal call discussing implementation of the AG settlement | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/08/13 | LG | Draft summary of cross servicer legal call discussing various issues related to the implementation of the AG settlement | L120 | .80 hrs |
| 01/09/13 | RRM | Review e-mail from Peter Muriungi regarding outline for 1st Lein Extinguishment and review of same | L190 | .50 hrs |
| 01/09/13 | RRM | Continue work on ReFunding entity issue | L190 | .30 hrs |
| 01/09/13 | RRM | Extended telephone conference with Tammy Hamzehpour with regard to compliance update and discussion about upcoming meetings and follow up on same | L190 | 1.30 hrs |
| 01/09/13 | RRM | Meeting with IRG on valuation issues | L190 | .80 hrs |
| 01/09/13 | RRM | Telephone conference with Joe Pensabene on RESPA issues around closing and follow up on same | L190 | .60 hrs |
| 01/09/13 | JW | Correspondence with ETS regarding California NOD/NOS law changes | L110 | .30 hrs |
| 01/09/13 | RRM | Preparation for meeting with IRG in adverse of meeting with BDO and Monitor's Counsel | L190 | 1.10 hrs |
| 01/09/13 | RRM | Represent company in meeting with BDO and Monitor's Counsel | L190 | 4.80 hrs |
| 01/09/13 | RRM | Conference call with Peter Muriungi regarding outstanding solicitation issues | L190 | .60 hrs |
| 01/09/13 | RRM | Preparation with Russ Fowlie in compliance issues | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| 01/09/13 | RRM | Participate on behalf of company on cross-servicer call on consumer relief | L190 | 1.00 hrs |
|----------|-----|---|------|----------|
| 01/09/13 | DCL | Analyze supplemental motion practice regarding Amended Complaint (Commonwealth of MA v. Bank of America, N.A.) | L120 | .30 hrs |
| 01/09/13 | LG | Communications regarding letter to the CA monitor and CA attorney general regarding various issues | L120 | .20 hrs |
| 01/09/13 | LG | Communications regarding call with DOJ to discuss role of Resfunding in implementing the Consent Judgment | L120 | .20 hrs |
| 01/09/13 | JRK | Review and analyze Washington foreclosure amendments in preparation for conference call with ETS regarding certain fees and notices | L120 | .50 hrs |
| 01/09/13 | JRK | Conference call with ETS personnel to discuss Notice of Fees Incurred | L120 | .30 hrs |
| 01/10/13 | JRK | Conference call with Codilis and Associates to discuss JPMC note issue and discuss remediation possibilities | L120 | .40 hrs |
| 01/10/13 | LG | Cross servicer call discussing various legal issues concerning DOJ/AG settlement implementation | L120 | 1.50 hrs |
| 01/10/13 | LG | Communications regarding Residential Funding's role in and obligations under the AG/DOJ 50 State Consent Judgment | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| 01/10/13 | LG | Analyze documents in preparation for upcoming cross servicer calls regarding legal issues in implementing the DOJ/AG metrics and consumer relief issues | L120 | .70 hrs |
|---|---|---|---|---|
| 01/10/13 | LG | Cross servicer call discussing various legal issues concerning DOJ/AG settlement implementation of consumer relief | L120 | 1.00 hrs |
| 01/10/13 | RRM | Telephone conference with Russ Fowlie with regard to upcoming cross-servicer meeting | L190 | .80 hrs |
| 01/10/13 | RRM | Telephone conference with Denzil Dsouza with regard to IRG issues that are needed in short time | L190 | .70 hrs |
| 01/10/13 | RRM | Telephone conference with Alex Barrage with regard to FRB issues | L190 | .90 hrs |
| 01/10/13 | RRM | Review of multiple emails from Peter Muriungi with regard to explanations of consumer relief and solicitators and continue extensive work on same | L190 | 3.30 hrs |
| 01/10/13 | RRM | Telephone conference with William Corbitt with CFPB on upcoming joint meeting and report back to Tammy Hamzehpour regarding same | L190 | .80 hrs |
| 01/10/13 | RRM | Telephone conference with Sewitt Bocresion with regard to language and interpretation of same | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     9
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/10/13 | RRM | Participate in cross-servicer call on National Mortgage Settlement on Consumer Relief | L190 | 1.10 hrs |
| 01/10/13 | FWA | Review compliance issues under settlement agreement and respond to query from client re: same | L190 | 1.70 hrs |
| 01/11/13 | RRM | Continue work on post sale reporting with multiple alternatives | L190 | 2.90 hrs |
| 01/11/13 | RRM | Preparation for and subsequent meeting with Peter Muriungi and Fey Milkessa regarding solicitation | L190 | 1.80 hrs |
| 01/11/13 | RRM | Telephone conference call with Russ Fowlie and Denzil Dsouza regarding IRG testing of solicitation | L190 | .80 hrs |
| 01/11/13 | RRM | Extensive preparation for upcoming telephone conference with OMSO with regard to proper valuation time frame, including review of HAMP guidelines, MHA, prior agreements test scripts and outline for same | L190 | 3.70 hrs |
| 01/11/13 | DCL | Telephone conference with local counsel regarding case strategy (Commonwealth of MA v. Bank of America, N.A.) | L120 | .30 hrs |
| 01/11/13 | DCL | Analyze the Attorney General's Motion to Amend Complaint and Citibank's Response thereto (Commonwealth of MA v. Bank of America, N.A.) | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      10
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/11/13 | JBU | Researched case and statutory law regarding the enforceablity of the Consent Order | C200 | 1.40 hrs |
| 01/11/13 | CSM | Further emails with Ohio foreclosure firms regarding approval and implementation of form of affidavit of account status | P280 | .10 hrs |
| 01/11/13 | LG | Communications with DOJ regarding Residential Funding Company, LLC's role in implementation of the NMS Consent Judgment | L120 | .20 hrs |
| 01/11/13 | LG | Call discussing GMAC's implementation of the national servicing standards and issues related to that implementation | L120 | .40 hrs |
| 01/11/13 | LG | Communications with client regarding the role of Residential Funding Company, LLC under the NMS Consent Judgment | L120 | .20 hrs |
| 01/11/13 | CSM | Emails with client regarding finalization of form documents for use in Hawaii foreclosure actions and publication of forms to policies and procedures | P280 | .10 hrs |
| 01/11/13 | LG | Analyze correspondence related to GMAC's 14 day NMS letter and consider strategy for ensuring that letter meets the requirements set forth in the NMS | L120 | .20 hrs |
| 01/14/13 | CSM | Prepare for and participate in cross-servicer legal workgroup call regarding IRG questionnaire | P280 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| 01/14/13 | RRM | Participation on behalf of company on cross-servicer legal call on upcoming matters | L190 | 1.00 hrs |
|---|---|---|---|---|
| 01/14/13 | RRM | Participate on cross-servicer call on IRG questionnaire and follow up on same | L190 | .80 hrs |
| 01/14/13 | RRM | Participate in meeting with CFPB inquiring on RESCAP to Ocwen transfer and respond to follow up questions | L190 | 2.90 hrs |
| 01/14/13 | RRM | Conference with Tammy Hamzehpour regarding current outstanding compliance matters that need to be addressed prior to closing and follow up on same | L190 | 1.90 hrs |
| 01/14/13 | RRM | Continue work with regard to business work on solicitation matters | L190 | 3.10 hrs |
| 01/14/13 | RRM | Review and preparation for upcoming meeting on CFPB inquiries and work with business with regard to same | L190 | 1.60 hrs |
| 01/14/13 | RRM | Reviewed e-mail from Bill Cherry with testing on ineligible population and review and respond to same | L190 | 2.10 hrs |
| 01/14/13 | CSM | Participate in cross-servicer call regarding issues raised by OMSO | P280 | .60 hrs |
| 01/14/13 | LG | Prepare for cross servicer call discussing BDOÆs proposed questionnaire | L120 | .40 hrs |
| 01/14/13 | LG | Analyze emails related to a population of loans and the eligibility of those loans for consumer relief credit | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | LG | Call with the cross servicer group discussing the servicersÆ response to a questionnaire proposed by BDO | L120 | 1.00 hrs |
| 01/15/13 | LG | Analysis of GMACÆs position in regard to implementation of several AG settlement metrics | L120 | .20 hrs |
| 01/15/13 | LG | Cross servicer call discussing issues related to the metric implementation | L120 | .80 hrs |
| 01/15/13 | LG | Call with client discussing the clientÆs position in regard to implementation of a metric | L120 | .20 hrs |
| 01/15/13 | CSM | Prepare for and participate in weekly cross servicer metrics and testing workgroup call | P280 | 1.10 hrs |
| 01/15/13 | RRM | Continue work on litigation matters with regard to handling post-sale | L190 | 1.80 hrs |
| 01/15/13 | RRM | Meeting with Joe Pensabene with regard to post-sale structure in context of compliance and extensive follow up on same | L190 | 1.30 hrs |
| 01/15/13 | RRM | Work with Tammy Hamzehpour with regard to IRG positioning pre and post sale, discussion of same | L190 | .90 hrs |
| 01/15/13 | RRM | Telephone conference with Russ Fowlie with regard to post-sale compliance on AG/DOJ and follow up on same | L190 | 1.10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/15/13 | RRM | Review of prior contractual agreement regarding AG/DOJ compliance and outline next steps | L190 | 3.80 hrs |
| 01/15/13 | RRM | Continue to work and analysis on litigation portfolio for the estate | L190 | 1.10 hrs |
| 01/16/13 | RRM | Represent company with regard to IRG meeting | L190 | 1.20 hrs |
| 01/16/13 | RRM | Continue work on RUST Consulting on documents provided and review of logic | L190 | 1.80 hrs |
| 01/16/13 | RRM | Work with Baker Tilly and IRG in review of test scripts in Dallas meeting throughout the day. | L190 | 5.30 hrs |
| 01/16/13 | RRM | Meeting in Dallas with Elizabeth DeSilva with regard to compliance matters under AG/DOJ | L190 | 1.60 hrs |
| 01/16/13 | RRM | Meeting with Russ Fowlie on updated compliance matters | L190 | 1.10 hrs |
| 01/16/13 | CSM | Review emails from client and cross-servicer group regarding metric testing | P280 | .10 hrs |
| 01/16/13 | LG | Communications regarding BABC advice as to implementing a certain metric | L120 | .80 hrs |
| 01/16/13 | LG | Communications regarding potential changes and approval of GMAC's 14 day preforeclosure notice | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| 01/16/13 | LG | Communications regarding the DOJ's requested motion impacting the Consent Judgment | L120 | .30 hrs |
|---|---|---|---|---|
| 01/16/13 | LG | Analyze cross servicer discussions related to the implementation of a certain metric in order to determine the proper means for implementing that metric | L120 | 1.80 hrs |
| 01/16/13 | CWH | Phone call with client about concerns with one default firm | L601 | .30 hrs |
| 01/17/13 | CWH | Phone call with client regarding next week's onsite visit to review Texas default counsel | L601 | .20 hrs |
| 01/17/13 | CWH | Begin preparing for next week's onsite assessment of McCarthy & Holthus | L601 | .40 hrs |
| 01/17/13 | LG | Communications regarding status of GMAC's final work plan | L120 | .20 hrs |
| 01/17/13 | RRM | Meeting in Dallas with Russ Fowlie and Denzil Dsouza regarding update on Compliance matters | L190 | 1.40 hrs |
| 01/17/13 | RRM | Represent company in Dallas at meeting with Baker Tilly with regard to Metric walk through | L190 | 4.10 hrs |
| 01/17/13 | RRM | Meeting with Fey Milkessa and his group with regard to nominal populations of outstanding solicitations and extensive follow up on same | L190 | 1.20 hrs |
| 01/17/13 | RRM | Interoffice conference with Peter Muriungi with regard to solicitations | L190 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
MARCH 27, 2013

OR0802-301220

FED ID NO. 63-0243316

| 01/17/13 | RRM | Telephone conference with Kim Campbell with Greentree regarding IRG testing | L190 | .80 hrs |
| 01/17/13 | RRM | Meeting with BDO and Baker Tilly regarding IRG questions | L190 | 1.00 hrs |
| 01/17/13 | RRM | Extensive telephone conference with Liz DeSilva regarding outline structure for working group on comparison of CFPB standards to NSM and CA Homeowners and often sue and follow up on same | L190 | 2.40 hrs |
| 01/18/13 | RRM | Participate on weekly call on servicing standards call with client | L190 | 1.00 hrs |
| 01/18/13 | RRM | Participate in cross-servicer call on CA Bill of Rights and Metric 19 and follow up on same | L190 | 1.60 hrs |
| 01/18/13 | RRM | Telephone conference call with Joe Smith with regard to upcoming letter as EXD and EX I assertions, review letter and begin working on 37 paragraphs | L190 | 1.90 hrs |
| 01/18/13 | RRM | Preparation for and extensive telephone conference with Russ Fowlie and Denzil Dsouza with regard to OMSO request for confirmation on EX D and EX I | L190 | 1.30 hrs |
| 01/18/13 | CSM | Participate in cross-servicer legal workgroup call | P280 | 1.00 hrs |
| 01/18/13 | CSM | Participate in weekly servicing standards update call with client | P280 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
MARCH 27, 2013

OR0802-301220

FED ID NO. 63-0243316

| 01/18/13 | CWH | Review and analyze regulatory compliance issues for upcoming transfer of files from GMAC to Ocwen, particularly RESPA and FDCPA | L120 | .50 hrs |
| 01/18/13 | LG | Call discussing developments related to AG Settlement implementation over the past week | L120 | .70 hrs |
| 01/21/13 | LG | Analyze GMAC work plan and revised portion of Exhibit I work plan in preparation to submit the final version of the work plan to the monitor | L120 | .70 hrs |
| 01/21/13 | LG | Analyze letter from the monitor and spreadsheet response to the letter concerning data necessary for GMACÆs interim certification | L120 | .40 hrs |
| 01/21/13 | LG | Call discussing the letter from the monitor regarding data necessary for GMAC's interim certification | L120 | .40 hrs |
| 01/21/13 | RRM | Telephone conference with Joe Smith, Monitor with regard to recent correspondence and what is currently needed to be responded to and follow up with client | L190 | 1.30 hrs |
| 01/21/13 | RRM | Telephone conference with Russ Fowlie and Denzil Dsouza regarding outline for plan to respond to OMSO and follow up on same | L190 | .80 hrs |
| 01/21/13 | RRM | Review of updated work plan and Appendix F-2 and direct comparison to prior submissions | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    17
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | LG | Call with the cross servicer legal group discussing various issues related to metric and AG settlement implementation | L120 | 1.00 hrs |
| 01/22/13 | LG | Prepare for cross servicer legal call discussing AG implementation issues | L120 | .30 hrs |
| 01/22/13 | LG | Communications regarding the DOJÆs proposed order regarding residential funding companyÆs role in the Consent Judgment | L120 | .40 hrs |
| 01/22/13 | LG | Analyze the DOJÆs proposed motion regarding residential funding companyÆs role in the consent judgment | L210 | .30 hrs |
| 01/22/13 | CSM | Prepare for and participate in weekly cross servicer metrics and testing workgroup call | P280 | .60 hrs |
| 01/22/13 | CSM | Email to client summarizing discussion during weekly cross servicer metrics and testing workgroup call | C400 | .30 hrs |
| 01/22/13 | RRM | Participate in cross-servicer Metrics and testing group on Metric 10 and POC'S | L190 | .60 hrs |
| 01/22/13 | RRM | Extensive telephone conference with Denzil Dsouza with regard to inquires for BDO | L190 | .80 hrs |
| 01/22/13 | RRM | Participate in client call on servicing standards and update on Metrics | L190 | .80 hrs |
| 01/22/13 | RRM | Extensive preparation for and subsequent telephone conference with Liz DeSilva re CFPB servicing standards and comparison | L190 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    18
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| 01/22/13 | RRM | Telephone conference with Peter Muriungi with regard to four lending issues requested by the Monitor | L190 | .90 hrs |
|---|---|---|---|---|
| 01/23/13 | RRM | Extensive preparation and work on Exhibit 26 and potential conflict | L190 | .90 hrs |
| 01/23/13 | RRM | Continue work and preparation and review on Metric 19 with regard to 5 day review | L190 | .70 hrs |
| 01/23/13 | RRM | Participate on cross-servicer legal call on multiple pics | L190 | 1.30 hrs |
| 01/23/13 | RRM | Preparation for and subsequent telephone conference with Russ Fowlie  on upcoming OMSO call | L190 | .90 hrs |
| 01/23/13 | RRM | Preparation for and subsequent telephone conference with Monitor, OMSO with regard to servicing transfers and follow up on multiple matters | L190 | 2.80 hrs |
| 01/23/13 | RRM | Telephone conference with Natasha Campbell with regard to litigation matters impacting settlement | L190 | .80 hrs |
| 01/23/13 | CSM | Participate in cross-servicer legal workgroup call regarding priority metric issues | P280 | 1.10 hrs |
| 01/23/13 | LG | Communications with client concerning preparation for call with OMSO to discuss various issues | L120 | .10 hrs |
| 01/23/13 | LG | Call with GMAC discussing topics and issues for upcoming call with OMSO | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    19
MARCH 27, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 01/23/13 | LG | Call with GMAC and OMSO discussing various issues related to GMACÆs consumer relief testing, certification, and metrics testing | L120 | .70 hrs |
| 01/23/13 | LG | Communications related to GMACÆs response to a letter from the monitor regarding various issues including the factors GMAC considered when administering consumer relief | L120 | .20 hrs |
| 01/23/13 | LG | Communications with the creditorÆs committee regarding the role of Residential funding in the Consent Judgment | L120 | .50 hrs |
| 01/23/13 | LG | Analyze communications from the Monitor regarding GMACÆs draft explanation of how it identified loans for consumer relief | L120 | .20 hrs |
| 01/23/13 | LG | Draft letter setting forth the standards GMAC used when administering consumer relief | L120 | .80 hrs |
| 01/23/13 | LG | Cross servicer legal call discussing various issues related to implementation of AG metrics | L120 | 1.00 hrs |
| 01/23/13 | LG | Revise GMACÆs work plan to incorporate changes requested by the monitor | L120 | .40 hrs |
| 01/23/13 | LG | Analysis of strategy and process for redacting numerous executive office complaints | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    20
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| 01/23/13 | CSM | Review materials related to discussions with OMSO regarding extension of time form mailing of notice pursuant to Metric 19 | P280 | .40 hrs |
|---|---|---|---|---|
| 01/24/13 | CSM | Review Metric 25 and form of letters sent in satisfaction of Metric 25 notice of deficiency waiver/cash contribution requirement | P280 | .30 hrs |
| 01/24/13 | CSM | Research regarding new Reg X requirement for giving of notice of incomplete loss mitigation applications | P280 | 2.10 hrs |
| 01/24/13 | CSM | Review adequacy of form provided by borrower authorizing release of information | P280 | .20 hrs |
| 01/24/13 | CSM | Prepare for and participate in weekly cross-servicer legal workgroup call | P280 | 1.00 hrs |
| 01/24/13 | LG | Analyze CA HomeownerÆs bill of rights in order to determine the requirements applicable to a servicer when responding to initial loan modification packages | L120 | .80 hrs |
| 01/24/13 | LG | Call with OMSO discussing GMACÆs 14 day letter and GMACÆs response to the monitorÆs letter regarding GMACÆs method for selecting borrowers to receive consumer relief | L120 | .40 hrs |
| 01/24/13 | LG | Cross servicer legal group call discussing various issues related to implementation and testing of the AG Metrics including Metrics 19 and 23 | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    21
MARCH 27, 2013

OR0802-301220

FED ID NO. 63-0243316

| 01/24/13 | LG | Prepare for cross servicer legal group call by reviewing agenda and relevant metrics | L120 | .40 hrs |
| 01/24/13 | LG | Call with GMAC discussing the transmission of executive office complaints that GMAC will redact | L120 | .30 hrs |
| 01/24/13 | LG | Call with the cross servicer group discussing settlement implementation issues including the testing of the state side agreements | L120 | 1.00 hrs |
| 01/24/13 | LG | Call with client discussing various issues raised in the most recent cross servicer call and in an IRG discussion with Greentree | L120 | .70 hrs |
| 01/24/13 | LG | Analyze communications for Friday call with the monitor including communications regarding the proposed IRG questionnaire | L120 | .20 hrs |
| 01/24/13 | RRM | Extensive preparation for and subsequent telephone conference with Monitor Counsel on executive office complaints, 14 day pre-foreclosure notice letters and other matters and follow up on same | L190 | 1.80 hrs |
| 01/24/13 | RRM | Preparation for and subsequent telephone conference with cross-servicer metric group regarding metric 25 and 19 | L190 | 1.20 hrs |
| 01/24/13 | RRM | Participate on prep call for valuation and samples | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     22
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/24/13 | RRM | Participate on behalf of the company on Webex with IRG and Greentree | L190 | .70 hrs |
| 01/24/13 | RRM | Telephone conference with Denzil Dsouza and Russ Fowlie with regard to follow up on OMSO and foreclosures look back | L190 | .80 hrs |
| 01/24/13 | LG | Communications discussing issues related to redacting GMACÆs executive office complaints to provide to OMSO | L120 | .50 hrs |
| 01/25/13 | RRM | Participate in cross-servicer call with Monitor on solicitations | L190 | .70 hrs |
| 01/25/13 | RRM | Telephone conference with John Grissom regarding EX D requirements | L190 | .70 hrs |
| 01/25/13 | RRM | Preparation for and subsequent telephone conference with client regarding the finalizing solicitation matters and extensive follow up on same and multiple topics for both initial solicitation and completion | L190 | 3.20 hrs |
| 01/25/13 | RRM | Participate in legal cross-servicer call | L190 | 1.10 hrs |
| 01/25/13 | LG | Call with GMAC regarding the solicitation group for certain groups of unique borrowers | L120 | 1.00 hrs |
| 01/25/13 | LG | Weekly call with GMAC discussing servicing standards implementation and issues | L120 | .50 hrs |
| 01/25/13 | LG | Communications regarding GMAC's IRG attestation to the monitor | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    23
MARCH 27, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | LG | Begin drafting summary of cross servicer legal call topics highlighting areas requiring a response from GMAC | L120 | .40 hrs |
| 01/25/13 | LG | Communications concerning GMAC's policies and procedures for handling executive office complaint in preparation to draft letter to the monitor regarding these processes | L120 | .20 hrs |
| 01/25/13 | LG | Call with creditors committee regarding DOJ's proposal to add Residential Funding as a party to the Consent Judgment | L120 | .70 hrs |
| 01/25/13 | LG | Analyze IRG assertion regarding consumer relief to verify accuracy | L120 | .60 hrs |
| 01/25/13 | LG | Revise section of letter to the monitor regarding GMACÆs use of nondiscriminatory criteria to address consumer relief sought/obtained pursuant to Exhibit D | L120 | 1.20 hrs |
| 01/25/13 | LG | Call with GMAC to discuss its criteria when seeking consumer relief credit pursuant to Exhibit D of the Consent Judgment | L120 | .20 hrs |
| 01/25/13 | LG | Analyze various metrics in preparation for cross servicer legal call discussing those metrics | L120 | .50 hrs |
| 01/25/13 | LG | Cross servicer legal call discussing implementations and legal issues related to various metrics | L120 | 1.00 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    24
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 01/25/13 | LG | Call with the monitor discussing various AG Settlement issues including the state side agreements | L120 | .50 hrs |
| 01/25/13 | LG | Prepare for call with the creditors committee regarding the DOJ's proposal to add GMAC as a party to the Consent Judgment | L120 | .30 hrs |
| 01/25/13 | CSM | Participate in weekly servicing standards update call with client | P280 | .20 hrs |
| 01/25/13 | CSM | Prepare for and participate in cross-servicer legal touchpoint call | P280 | .50 hrs |
| 01/26/13 | LG | Draft email updating client about results of call with the monitor concerning the clients pre-foreclosure notice and recommending a few slight changes to that notice | L120 | .70 hrs |
| 01/26/13 | RRM | Review multiple emails from multiple client contacts regarding reconciliation and subsequent telephone conference with Denzil Dsouza regarding same | L190 | 1.10 hrs |
| 01/27/13 | LG | Draft email to client summarizing topics discussed on Friday⅞s cross servicer legal metrics call | L120 | .60 hrs |
| 01/27/13 | LG | Analyze correspondence regarding consumer relief testing issues | L120 | .30 hrs |
| 01/27/13 | LG | Revise letter to the monitor regarding section D.1 to incorporate suggested language | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    25
MARCH 27, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/28/13 | LG | Draft email explaining GMACÆs reconciliation process for loans in the eligible and ineligible populations | L120 | .60 hrs |
| 01/28/13 | LG | Finalize letter to the monitor responding to Section D.1 regarding GMACÆs process for administering consumer relief | L120 | .70 hrs |
| 01/28/13 | LG | Call with GMAC and Greentree regarding AG Settlement transition | L120 | .90 hrs |
| 01/28/13 | LG | Call with the DOJ regarding status of proposed motion | L120 | .10 hrs |
| 01/28/13 | LG | Draft email to DOJ updating them on progress of negotiations related to proposed motion | L120 | .10 hrs |
| 01/28/13 | LG | Additional analysis regarding Exhibit I reconciliation figures | L120 | 1.90 hrs |
| 01/28/13 | LG | Call with client discussing reconciliation of eligible and ineligible populations for consumer | L120 | .30 hrs |
| 01/28/13 | LG | Analyze communications Exhibit I work plan and other documents to reconcile eligible and ineligible consumer relief populations | L120 | 1.10 hrs |
| 01/28/13 | LG | Communications regarding process for redacting executive office complaints to provide to the monitor | L120 | .30 hrs |
| 01/28/13 | LG | Call with client discussing Exhibit I reconciliation process | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| 01/28/13 | LG | Communications with creditors committee regarding an open issue related to the motion proposed by the DOJ | L120 | .10 hrs |
|----------|-----|---|------|---------|
| 01/28/13 | RRM | Continue work on AG/DOJ Compliance matters with IRG posting and implications of same | L190 | 3.20 hrs |
| 01/28/13 | RRM | Extensive work on reconciliation and subsequent telephone conference with Peter Muriungi and Fey Milkessa | L190 | 3.10 hrs |
| 01/28/13 | RRM | Participate on foreclosure look back telephone conference with Greentree | L190 | 1.00 hrs |
| 01/28/13 | RRM | Telephone conference call with Russ Fowlie regarding update status on post-close compliance | L190 | .40 hrs |
| 01/28/13 | RRM | Preparation and subsequent telephone conference call with GMAC on reconciliation issues and extensive follow up on same | L190 | 1.80 hrs |
| 01/29/13 | RRM | Telephone conference with Jon Charles, Counsel for Walter with regards to IRG SOW and discussion around same | L190 | .60 hrs |
| 01/29/13 | RRM | Extensive telephone conference call with Tammy Hamzenpour with regard to IRG SOW and FRB foreclosure lookback and follow up on same including review of exhibits to settlement | L190 | 2.40 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    27
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | RRM | Continue work on reconciliation between ineligible populations and multiple e-mail correspondence to client regarding same | L190 | 2.80 hrs |
| 01/29/13 | RRM | Telephone conference and draft e-mail to Joe Smith regarding status of Interim Cert | L190 | .30 hrs |
| 01/29/13 | CSM | Prepare for and participate in weekly cross servicer metrics and testing workgroup call | P280 | 1.00 hrs |
| 01/29/13 | LG | Draft email setting forth the nature and scope of GMAC executive office complaint redaction project | L120 | .20 hrs |
| 01/29/13 | FWA | Confer with client re: remaining obligations under consent order | L190 | .60 hrs |
| 01/29/13 | LG | Final review and revisions to GMAC reconciliation email and documents | L120 | .20 hrs |
| 01/29/13 | LG | Communications regarding IRG consumer relief testing population reconciliation issue raised by BDO | L120 | .40 hrs |
| 01/30/13 | CSM | Participate in servicing standards update call with client | P280 | 1.00 hrs |
| 01/30/13 | RRM | Preparation for and participate in internal GMAC call on servicing standards and metrics | L190 | 1.00 hrs |
| 01/30/13 | RRM | Represent company on call with Walter on discussion around IRG SOW and report back to client | L190 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    28
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

| 01/30/13 | RRM | Telephone conference with Elizabeth DeSilva regarding continued compliance issues in post-sale environment | L190 | .70 hrs |
|----------|-----|---|------|---------|
| 01/30/13 | RRM | Preparation for and subsequent telephone conference with Denzil Dsouza and Russ Fowlie with regard to IRG sOW and follow up on same | L190 | 1.10 hrs |
| 01/30/13 | RRM | Telephone conference with Joe Smith, Monitor, with regard to status of Interim Certificate | L190 | .40 hrs |
| 01/30/13 | RRM | Review e-mail from Megan Jarboe and attachment with regard to state consumer relief testing documents | L190 | .60 hrs |
| 01/30/13 | RRM | Preparation for and subsequent telephone conference call with Brian Mich with BDO with regard to solicitation | L190 | .70 hrs |
| 01/30/13 | RRM | Preparation for and subsequent telephone conference with Liz DeSilva regarding compliance issues under the settlement and continue work on post-sale transaction issues | L190 | 2.80 hrs |
| 01/30/13 | RRM | Participate in cross-servicer telephone conference on state and national testing | L190 | .60 hrs |
| 01/30/13 | RRM | Telephone conference call with Joe Pensabere with regard to updated consumer relief for the company | L190 | .30 hrs |
| 01/30/13 | LG | Communications with cross servicer legal group discussing common issues related to metric implementation | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    29
ResCap                                                                          MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

---

| 01/30/13 | LG | Communications with GMAC regarding metric implementation and various issues that were raised on the cross servicer legal call | L120 | 1.00 hrs |
| 01/30/13 | LG | Prepare for call with GMAC regarding various metric implementation issues including issues raised on the cross servicer legal call | L120 | .50 hrs |
| 01/30/13 | LG | Communications with electronic discovery specialist regarding strategy for upcoming GMAC redaction project | L120 | .50 hrs |
| 01/30/13 | LG | Communications explaining the GMEN loans initial position as part of the GMAC consumer relief population and subsequent exclusion from that population | L120 | .50 hrs |
| 01/30/13 | LG | Communications concerning the IRG's scope of work agreement outlining how it will operate during the transition of the GMAC platform | L120 | .50 hrs |
| 01/30/13 | LG | Communications with BDO and GMAC regarding reconciliation of GMAC's testing population for certain categories of consumer relief | L120 | .50 hrs |
| 01/31/13 | RRM | Preparation for and subsequent telephone conference with Pat Hobbib and Bill Finley regarding MN Dept of Commerce administrative subpoena | L190 | .50 hrs |
| 01/31/13 | RRM | Multiple e-mail and telephone conferences and Monitor Interim Report and confidentiality | L190 | 3.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    30
MARCH 27, 2013

OR0802-301220

FED ID NO. 63-0243316

| 01/31/13 | LG | Analyze GMAC's intermin certification in order to discern potential issues with that certification | L120 | 1.50 hrs |
|---|---|---|---|---|
| 01/31/13 | LG | Draft executive summary of GMAC's interim certification to provide to client's senior management | L120 | .60 hrs |
| 01/31/13 | CSM | Prepare for and participate in weekly cross-servicer legal workgroup call | P280 | 1.20 hrs |
| 01/31/13 | CSM | Email to client summarizing weekly cross-servicer legal workgroup call | P280 | .40 hrs |
| 01/31/13 | CSM | Research regarding potential change needed to metric testing population as a result of state law change | P280 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $93,520.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | 2.30 hrs | 378.00 /hr | 869.40 |
| Christian W. Hancock | 1.40 hrs | 361.00 /hr | 505.40 |
| Robert R. Maddox | 186.80 hrs | 400.00 /hr | 74,720.00 |
| Dana C. Lumsden | 1.10 hrs | 422.00 /hr | 464.20 |
| Jason R. Bushby | 1.40 hrs | 273.00 /hr | 382.20 |
| Jay Wright | .30 hrs | 220.00 /hr | 66.00 |
| Lee Gilley | 53.70 hrs | 207.00 /hr | 11,115.90 |
| Cory S. Menees | 17.20 hrs | 300.00 /hr | 5,160.00 |
| Jonathan Kloldzieg | 1.20 hrs | 198.00 /hr | 237.60 |

TOTAL FEES          265.40 hrs          $93,520.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    31
MARCH 27, 2013

0R0802-301220

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $93,520.70

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0R0802-301220
Fort Washington, PA 19034

                                                INVOICE #  865773

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0802-301220
         TC # 705025

PROFESSIONAL SERVICES

02/01/13   RRM   Review of multiple charts provided by      L190      4.30 hrs
                 GMAC with regard to fee matrix and begin
                 state review project for validation

02/01/13   RRM   Continue Review of draft Interim Cert.     L190      1.60 hrs
                 Report and begin verification process
                 with GMAC

02/01/13   RRM   Participate in cross-servicer legal call   L190       .90 hrs
                 on multiple topics

02/01/13   RRM   Prepare for and subsequent telephone       L190       .50 hrs
                 conference call with servicing standards
                 team

02/01/13   RRM   Participate in Phase 2 Metric              L190       .30 hrs
                 presentation to Baker Tilly

02/01/13   RRM   Participate in OMSO joint servicer         L190      1.20 hrs
                 weekly call covering sampling, IRG
                 questionnaire and other topics and
                 follow up on same

02/01/13   RRM   Preparation for and subsequent telephone   L190       .60 hrs
                 conference with Liz DeSilva with regard
                 to analysis of CFPB Servicing Standards

02/01/13   RRM   Preparation for and subsequent telephone   L190       .50 hrs
                 conference with Counsel for the UCC with
                 regard to rule on Motion



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/01/13 | LG | Communications regarding the DOJ's proposal to add ResFunding to the consent judgment | L120 | .50 hrs |
| 02/01/13 | LG | Call with the cross servicer group and the monitor concerning AG settlement implementation issues | L120 | 1.00 hrs |
| 02/01/13 | LG | Analyze notes and other materials in preparation for GMAC call discussing settlement implementation issues | L120 | .30 hrs |
| 02/01/13 | LG | Call with cross servicer legal group discussing legal issues that have arisen during the week regarding AG settlement implementation | L120 | 1.00 hrs |
| 02/01/13 | LG | Analyze notes, metric definitions, and other materials in preparation for call with cross servicer legal group regarding DOJ/AG settlement implementation issues | L120 | .50 hrs |
| 02/01/13 | LG | Call with GMAC discussing issues that arose during the week regarding DOJ/AG Settlement implementation | L120 | .80 hrs |
| 02/01/13 | ACRA | Review and analyze California law regarding issues involving the release of liens after a mortgage is satisfied | L120 | 3.40 hrs |
| 02/01/13 | CSY | Conference with client to discuss how documents are to flow to Bradley for review, redaction and production. | L140 | .30 hrs |
| 02/01/13 | CSY | Review client documents for quality before redactions and attorney review | L140 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        3
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/02/13 | RRM | Review e-mail from client with regard to updated definitions for other credits in consumer relief and review of documents | L190 | 1.30 hrs |
|---|---|---|---|---|
| 02/04/13 | RRM | Extended telephone conference with client on AG settlement issues regarding update for 2/6 meeting and continue to work on schedules | L190 | .80 hrs |
| 02/04/13 | RRM | Continue review and prior analysis on fees applivable to borrowers across multiple jurisdictions | L190 | 2.70 hrs |
| 02/04/13 | RRM | Reviews from Megan Jarboe with documentation from OMSO and review of 50 State report on definitions | L190 | 1.80 hrs |
| 02/04/13 | RRM | Review e-mail from client regarding MN AG Office and respond to same | L190 | .30 hrs |
| 02/04/13 | CSM | Emails with client regarding testing of Nevada affidavit of indebtedness pursuant to Metric 23 | P280 | .10 hrs |
| 02/04/13 | LG | Analyze fee charts and communications in preparation for meetings with GMAC regarding reconciliation of Ocwen, GMAC, and Homeward fee structures under the DOJ/AG settlement | L120 | 1.10 hrs |
| 02/04/13 | CSY | Download documents from repository and prepare for redaction and production | L140 | 2.50 hrs |
| 02/05/13 | CSY | Prepare for and train legal assistants on redacting confidential data from production documents | L140 | 3.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/05/13 | JCO | Electronic document review database training on doing redactions for production of documents | L140 | 1.00 hrs |
|---|---|---|---|---|
| 02/05/13 | JCO | Process documents received for review and redactions | L140 | 3.00 hrs |
| 02/05/13 | LG | Analyze most recent draft of other credit testing definitions | L120 | .40 hrs |
| 02/05/13 | LG | Call with the cross servicer group and the California monitor discussing DOJ/AG settlement implementation | L120 | 1.00 hrs |
| 02/05/13 | LG | Analyze metrics, notes, and other materials in preparation for call with cross servicer group regarding AG/DOJ settlement implementation | L120 | .50 hrs |
| 02/05/13 | LG | Call with cross servicer group discussing various issues related to DOJ/AG Settlement implementation | L120 | 1.00 hrs |
| 02/05/13 | CSM | Prepare for and attend cross-servicer consumer-relief subgroup call | P280 | 1.40 hrs |
| 02/05/13 | CSM | Analyze issues raised on cross-servicer consumer-relief subgroup call and communicate with client regarding same | P280 | .90 hrs |
| 02/05/13 | RRM | Follow up work on OK Examination process and status | L190 | .40 hrs |
| 02/05/13 | RRM | Continue work on the breakdown of potential settlement on FRB | L190 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/05/13 | RRM | Continue work on OMSD Complaints process and VOC for company | L190 | 1.80 hrs |
| 02/05/13 | RRM | Continue work on SUW for IRG between preliminary purchases and estate | L190 | 1.50 hrs |
| 02/05/13 | RRM | Continue work on Company's fee analysis and compliance with DOJ/AG settlement | L190 | 2.20 hrs |
| 02/06/13 | RRM | Multiple e-mail correspondence with client related to research and analysis on "other consumer relief" testing | L190 | 2.70 hrs |
| 02/06/13 | RRM | Review e-mail from client on litigated matter and inquiry by WI AG and review same documents | L190 | .50 hrs |
| 02/06/13 | RRM | Review additional documents provided by IRG regasrding AG/DOJ settlement iss | L190 | 1.10 hrs |
| 02/06/13 | RRM | Participate in day long meeting with business and IRG with regard to work on closing out consumer relief testing | L190 | 7.10 hrs |
| 02/06/13 | RRM | Work on documentation to be provided to Monitor of AG/DOJ settlement | L190 | .60 hrs |
| 02/06/13 | RRM | Work on logistics and next steps on continuing the SCRA file review under the AG/DOJ Settlement | L190 | .70 hrs |
| 02/06/13 | CSM | Communicate with client regarding parameters for testing affidavit of indebtedness accuracy under Metric 23 | P280 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
ResCap                                                          APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/06/13 | CSM | Review and analyze parameters for testing affidavit of indebtedness accuracy under Metric 23 | P280 | .70 hrs |
|----------|-----|---|------|---------|
| 02/06/13 | LG | Meeting with client to discuss DOJ/AG solicitation completeness testing and the steps necessary to complete that testing | L120 | 6.10 hrs |
| 02/06/13 | LG | Analyze sections of the AG/DOJ settlement regarding fees in order to advise client on its ability to charge certain fees | L120 | 1.30 hrs |
| 02/06/13 | LG | Communications with client regarding GMAC's ability to implement certain fees under the DOJ/AG settlement | L120 | .50 hrs |
| 02/07/13 | LG | Cross servicer legal discussing DOJ/AG settlement implementation issues | L120 | 1.00 hrs |
| 02/07/13 | LG | Analyze various notes, metrics, and other documents in preparation for cross servicer legal discussing AG settlement implementation issues | L120 | .40 hrs |
| 02/07/13 | LG | Call with cross servicer group discussing DOJ/AG implementation issues | L120 | .50 hrs |
| 02/07/13 | LG | Meeting with client regarding exceptions to GMAC's DOJ/AG solicitation process | L120 | 1.00 hrs |
| 02/07/13 | CSM | Prepare for and participate in weekly cross-servicer legal workgroup call | P280 | 1.00 hrs |



| BRADLEY ARANT |
| BOULT CUMMINGS LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/07/13 | LG | Analyze AG settlement to ensure that proposed fee schedule complies with the terms of the AG settlement | L120 | 1.40 hrs |
| 02/07/13 | LG | Draft analysis of whether GMAC's new proposed fee schedule complies with the AG DOJ settlement | L120 | 1.80 hrs |
| 02/07/13 | LG | Draft analysis of GMAC's procedure for soliciting certain groups of borrowers including borrowers in bankruptcy for loan modifications | L120 | .60 hrs |
| 02/07/13 | LG | Meeting with GMAC to review exceptions to GMAC's solicitation procedures in advance of call with OMSO | L120 | .50 hrs |
| 02/07/13 | LG | Analyze exhibit I and the GMAC workplan in order to determine what documents GMAC needed to submit for its quarterly report to the monitor | L120 | .70 hrs |
| 02/07/13 | LG | Analyze status of GMAC's solicitation items and create list of tasks/issues that GMAC needs to discuss with the monitor | L120 | .80 hrs |
| 02/07/13 | RRM | Continue to work throughout day in Dallas with business personnel re status on closing out consumer relief framework | L190 | 4.20 hrs |
| 02/07/13 | RRM | Interoffice meeting with client on updated compliance matters | L190 | 1.30 hrs |
| 02/07/13 | RRM | Participate in cross-servicer call on IRG questionnaire | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    8
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/07/13 | RRM | Participate in cross-servicer/legal metric call on multiple matters | L190 | .70 hrs |
|---|---|---|---|---|
| 02/07/13 | RRM | Preparation for upcoming conference with Department of Commerce and review of state release in context of subpoena | L190 | .40 hrs |
| 02/07/13 | RRM | Review multiple emails from BDO requesting additional information and work with client on Monitor's request | L190 | .80 hrs |
| 02/07/13 | CSY | Review document redactions before production | L140 | 1.50 hrs |
| 02/08/13 | RRM | Multiple e-mail correspondence and documents B/A cross-servicer group and review of same | L190 | 3.20 hrs |
| 02/08/13 | RRM | Continue to work through business processes on ineligible loans and communication with Peter Muriungi | L190 | .80 hrs |
| 02/08/13 | RRM | Preparation for and participate in cross-servicer legal call | L190 | .90 hrs |
| 02/08/13 | RRM | Review extensive documents provided by client with regard to historical history around SPOC and follow up on same | L190 | 1.40 hrs |
| 02/08/13 | RRM | Review draft response to BDO on BK extinguished | L190 | .30 hrs |
| 02/08/13 | RRM | Prepare for and participate in cross-servicer call with Katie Porter, the California Monitor, and follow work with client with regard to topics for next call | L190 | 1.30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    9
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/08/13 | JW | Review proposed revisions to California Notice of Default | L210 | .50 hrs |
| 02/08/13 | CWH | Assist with cross-servicer legal group discussion of the Maryland Notice of Intent to Foreclose proposed changes | L120 | .50 hrs |
| 02/08/13 | LG | Call with the monitor discussing exceptions to the DOJ/AG settlement solicitation process | L120 | .80 hrs |
| 02/08/13 | LG | Call with GMAC discussing settlement implementation | L120 | .90 hrs |
| 02/08/13 | LG | Prepare for call with the monitor discussing DOJ/AG solicitation exceptions in preparation for call regarding the same | L120 | .40 hrs |
| 02/08/13 | LG | Analyze notes, communications, and metrics in preparation for call with GMAC regarding servicing standards implementation | L120 | .30 hrs |
| 02/08/13 | LG | Analyze issue related to confirmation of GMAC's solicitation numbers | L120 | 1.10 hrs |
| 02/08/13 | LG | Draft email explaining GMAC's solicitation numbers | L120 | .60 hrs |
| 02/08/13 | CSM | Email correspondence with client regarding proper application of Metric 23 test to affidavits not containing all testable fields | P280 | .30 hrs |
| 02/08/13 | CSM | Participate in weekly servicing standards update call with client | P280 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/08/13 | CSM | Review and analyze Metric 23 test definitions and affidavits of indebtedness for purposes of determining proper application of test to affidavits not containing all testable fields | P280 | .90 hrs |
| 02/10/13 | CWH | Continue to research and analyze issues with GSEs and the Maryland Notice of Intent to Foreclose for cross-servicer legal group discussion | L120 | .40 hrs |
| 02/11/13 | CWH | Review and analyze draft of debtor's motion to declassify Federal Reserve Board foreclosure review and make same an unsecured claim | L120 | .40 hrs |
| 02/11/13 | CWH | Begin to review and analyze issues with subpoena to GMAC regarding forced placed insurance practices | L120 | .10 hrs |
| 02/11/13 | CWH | Phone call with client regarding impact of debtor's motion to declassify Federal Reserve Board foreclosure review and make same an unsecured claim on the Attorney General settlement | L120 | .40 hrs |
| 02/11/13 | RRM | Review of multiple documents provided by the client and work with business on upcoming extensive reports to be provided to Monitor | L190 | 3.70 hrs |
| 02/11/13 | RRM | Continue work on and review documentation request from non-signator but State Regulator and determine course of action | L190 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/11/13 | RRM | Telephone conference with client re strategy around Motion of Foreclosure review and follow up on same | L190 | .60 hrs |
| 02/11/13 | RRM | Preparation for and subsequent telephone conference with Matt Boyer with MN DOC regarding administrative subpoena | L190 | .60 hrs |
| 02/11/13 | RRM | Review e-mail from client with regard to potential motion to be filed in court with regard to Foreclosure Review and review of underlying draft Motion and conduct additional research | L190 | .90 hrs |
| 02/11/13 | LG | Communications regarding changes to numbers of solicitation exception borrowers | L120 | .80 hrs |
| 02/11/13 | LG | Communications to OMSO regarding borrowers requiring a solicitation exception and GMAC's plan to solicit those borrowers | L120 | 1.50 hrs |
| 02/11/13 | LG | Revise draft explanation to OMSO of GMAC's plan for soliciting borrowers whose status changed | L120 | 1.50 hrs |
| 02/11/13 | LG | Communications with the monitor responding to the monitoring committee's request that GMAC add additional information | L120 | .60 hrs |
| 02/11/13 | LG | Analyze proposed motion regarding ResFunding and its role in the consent judgment | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     12
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/11/13 | LG | Communications with client regarding proposed status change cover letter | L120 | .40 hrs |
| 02/11/13 | LG | Analyze proposed cover letter in order to determine whether it is adequate for soliciting status changed borrowers | L120 | .60 hrs |
| 02/12/13 | LG | Communications with the monitor regarding GMAC's final solicitation plan and requesting the monitor provide early feedback on any potential issues | L120 | .40 hrs |
| 02/12/13 | LG | Communications with the monitor concerning GMAC's quarterly report and the documents required in that report | L120 | .30 hrs |
| 02/12/13 | LG | Analyze IRG questionnaire produced by BDO and the monitor in preparation for meeting regarding the questionnaire | L120 | .50 hrs |
| 02/12/13 | LG | Communications regarding the executive office redaction project in order to determine when complaints will be ready for review | L120 | .20 hrs |
| 02/12/13 | RAC | Legal research on issue of whether automatic stay in bankruptcy would apply to subpoena | B140 | 2.50 hrs |
| 02/12/13 | RAC | Discuss research and affect of automatic stay on subpoena from regulator | B140 | .50 hrs |
| 02/12/13 | CWH | Further review and analyze draft of debtor's motion to make Federal Reserve Board foreclosure review an unsecured claim, including the unsecured creditor's committee's response to same | L120 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

ResCap

| 02/12/13 | CWH | Review and analyze subpoena from Minnesota Department of Commerce and research/develop arguments in response to scope of the subpoena and ability to seek discovery from the estate | L310 | 4.50 hrs |
| 02/12/13 | CWH | Phone calls and emails to several sources at GMAC regarding subpoena from Minnesota Department of Commerce objections to same | L310 | .40 hrs |
| 02/12/13 | MPE | Research public records for information on the Minnesota Department of Commerce investigation to assist with subpoena response. | L110 | .70 hrs |
| 02/13/13 | APUC | Review and analyze case law and draft memo addressing limitations to discovery format requests, limitations to discovery scope, and compensation for discovery expenses | C300 | 3.20 hrs |
| 02/13/13 | CWH | Phone calls with GMAC and Morrison Foerster regarding subpoena from Minnesota Department of Commerce objections to same | L310 | .40 hrs |
| 02/13/13 | CWH | Exchange e-mails with client to get number of loans serviced in Minnesota for 7 year period, to use in response to Department of Commerce's subpoena | L310 | .20 hrs |
| 02/13/13 | CWH | Continue to research and develop responses/objections to the Minnesota Department of Commerce's subpoena asking for servicing and insurance information for 7 year period | L310 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/13/13 | CWH | Exchange e-mails with client regarding status and strategy for responding to Minnesota Department of Commerce's subpoena | L310 | .20 hrs |
| 02/13/13 | CWH | Review and analyze GMAC's raw data on number of loans serviced in Minnesota over period of 7 years, for response/objection to Department of Commerce's subpoena | L310 | .20 hrs |
| 02/13/13 | JB | Revise draft letters to discharged debtors | L120 | .40 hrs |
| 02/13/13 | LG | Communications regarding the servicer's decision to share Schedule Y | L120 | .10 hrs |
| 02/13/13 | LG | Draft plan regarding the use of status change letters in order to evaluate GMAC's options for soliciting borrowers with a status change | L120 | 1.40 hrs |
| 02/13/13 | LG | Analyze IRG questionnaire and the servicers positions regarding the questionnaire in preparation for servicers meeting regarding the same | L120 | 1.10 hrs |
| 02/13/13 | LG | Meeting with Baker Tilly regarding various issues related to metric testing | L120 | .80 hrs |
| 02/13/13 | LG | Communications regarding a signed copy of GMAC's IRG assertion | L120 | .20 hrs |
| 02/13/13 | LG | Meeting concerning GMAC's draft letter to be sent to borrowers whose status changed during the course of solicitation | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    15
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

ResCap

| 02/13/13 | LG | Draft various versions of potential status change letter in order to evaluate the best letter for GMAC to use | L120 | 1.50 hrs |
|---|---|---|---|---|
| 02/13/13 | LG | Analyze GMAC's best option for soliciting borrowers whose account status changed including an analysis of appropriate bankruptcy disclosures | L120 | .80 hrs |
| 02/13/13 | LG | Communications regarding GMAC's plan to provide redacted documents for the monitor to review | L120 | .30 hrs |
| 02/13/13 | LG | Communications regarding GMAC's various options for implementing the status change letters and the strengths and weaknesses of those options | L120 | .50 hrs |
| 02/13/13 | LG | Draft email to the Monitor regarding GMAC's quarterly submissions | L120 | .40 hrs |
| 02/13/13 | LG | Communications regarding the necessity of including bankruptcy disclosures in the status change letters | L120 | .60 hrs |
| 02/14/13 | LG | Communications regarding GMAC's quarterly submission including schedule y | L120 | .40 hrs |
| 02/14/13 | LG | Call with cross servcier group discussing AG settlement implementation issues | L120 | 1.00 hrs |
| 02/14/13 | LG | Prepare for cross servicer call regarding ag settlement implementation issues | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/14/13 | LG | Communications regarding a testing issue with a specific metric | L120 | .70 hrs |
|----------|----|------------------------------------------------------------------|------|---------|
| 02/14/13 | LG | Analyze final copy of GMAC's interim certification that was filed with the court | L120 | .40 hrs |
| 02/14/13 | LG | Communications concerning GMAC's interim certification regarding consumer relief | L120 | .30 hrs |
| 02/14/13 | LG | Analyze GMAC's schedule y and other quarterly submission documents in order to ascertain any issues with those documents | L120 | 2.10 hrs |
| 02/14/13 | CWH | Draft response/objection letter to Minnesota Department of Commerce regarding overly broad and burdensome subpoena to GMAC, which falls under bankruptcy stay and Attorney General settlement | L310 | .70 hrs |
| 02/14/13 | RRM | Review of Monitor's 30 page report and make notes to communicate same to businesses and impact on future operations | L190 | 2.60 hrs |
| 02/15/13 | RRM | Continue work on logistics to communicate with MAAG on inquires by consumers on loss mitigation matters | L190 | .80 hrs |
| 02/15/13 | RRM | Review responses by IRG with regard to testing under metrics 1 and 7 and other areas and analysis of same | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/15/13 | RRM | Begin initial review of cross-servicer group 4th quarter Metric reports and initial analysis of same | L190 | 1.60 hrs |
|---|---|---|---|---|
| 02/15/13 | CWH | Continue to draft response/objection letter to Minnesota Department of Commerce regarding overly broad and burdensome subpoena to GMAC, which falls under bankruptcy stay and Attorney General settlement | L190 | .20 hrs |
| 02/15/13 | CWH | Phone call with client to gather information for limited response to Minnesota Department of Commerce subpoena | L190 | .30 hrs |
| 02/15/13 | CWH | Email client to confirm which department/person will handle Minnesota subpoena in the future | L190 | .20 hrs |
| 02/15/13 | DCL | Research and analyze New York FOIL law for response to NYDFS inquiry | L190 | .50 hrs |
| 02/15/13 | DCL | Review GMACM's NYDFS production for response to FOIL inquiry | L190 | 1.10 hrs |
| 02/15/13 | DCL | Analyze correspondence from the New York Department of Financial Services regarding Freedom of Information Law request for force-placed insurance investigation | L190 | .20 hrs |
| 02/15/13 | LG | Prepare for internal call discussing servicing standards implementation | L190 | .40 hrs |
| 02/15/13 | LG | Internal call discussing servicing standards implementation issues | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/15/13 | LG | Analyze notes, metrics, and settlement in preparation for cross servicer legal call discussing AG settelement implementation | L190 | 1.60 hrs |
| 02/15/13 | LG | Call with cross servicer legal group discussing various AG settlement implementation issues | L190 | 1.10 hrs |
| 02/15/13 | LG | Communications with GMAC and BDO regarding slight revision to GMAC's schedule u | L190 | .70 hrs |
| 02/15/13 | LG | Communications regarding a specific GMAC testing issue | L190 | 1.10 hrs |
| 02/15/13 | CSM | Prepare for and participate in cross-servicer legal touchpoint conference call | L190 | 1.00 hrs |
| 02/16/13 | RRM | Review e-mail from client with revised schedule Y, review same and direction for resubmission to OMSO | L190 | .40 hrs |
| 02/17/13 | CWH | Continue to research and draft response/objection letter to Minnesota Department of Commerce regarding overly broad and burdensome subpoena to GMAC, which falls under bankruptcy stay and Attorney General settlement | L190 | 2.00 hrs |
| 02/18/13 | CWH | Exchange e-mails with client, confirming that GMAC has/had no affiliate insurance companies | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    19
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/18/13 | RRM | Preparation for call with Monitor's Counsel on multiple matters with critical timing issues | L190 | 1.20 hrs |
| 02/18/13 | LG | Analyze various state laws in order to determine whether a failure to comply with those laws would violate the terms of the AG settlement | L190 | 1.50 hrs |
| 02/18/13 | LG | Communications regarding various issues that require follow up with the monitor | L190 | .40 hrs |
| 02/18/13 | LG | Communications with Baker Tilly regarding GMAC's quarterly submission to the Monitor | L190 | .30 hrs |
| 02/18/13 | JCO | Process October 29th documents for attorney review and redactions and assign review sets to reviewers | L190 | 3.50 hrs |
| 02/19/13 | LG | Call discussing various AG settlement implementation issues | L190 | 1.10 hrs |
| 02/19/13 | LG | Analyze notes, metrics and various other materials in preparation for cross servicer legal call concerning various settlement implementation issues | L190 | .40 hrs |
| 02/19/13 | CSM | Prepare for and participate in cross-servicer metrics and testing workgroup call | L190 | .90 hrs |
| 02/19/13 | CSM | Emails with client regarding issues for discussion on weekly cross-servicer group metrics and testing workgroup call | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/19/13 | RRM | Review narrative of Monitor's Implementation Report and follow correspondence with other services | L190 | 1.20 hrs |
| 02/19/13 | RRM | Multiple emails with DOJ on Rule 60 Motion and review revision to same | L190 | .70 hrs |
| 02/19/13 | RRM | Review correspondence from Joe Smith, Monitor, and subsequent multiple e-mail correspondence relating to same | L190 | .70 hrs |
| 02/19/13 | RRM | Review of cross-servicer materials regarding short sales,AOIS, and Pre-Foreclosure | L190 | .80 hrs |
| 02/19/13 | CWH | Edit letter to Minnesota Department of Commerce regarding scope of their subpoena | L190 | .20 hrs |
| 02/20/13 | RRM | Telephone conference call with client regarding next steps on estate IRG and follow up | L190 | .50 hrs |
| 02/20/13 | LG | Analyze communications and IRG questionnaire in preparation for meeting where GMAC will respond to questions on that questionnaire | L190 | .60 hrs |
| 02/21/13 | CSM | Prepare for and participate in cross-servicer legal workgroup call | L190 | 1.20 hrs |
| 02/21/13 | CSM | Brief email to client recapping discussion during cross-servicer legal workgroup call | L190 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    21
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/21/13 | LG | Call with GMAC regarding trial agreements and their impact on the AG settlement | L190 | .50 hrs |
| 02/21/13 | LG | Identify and provide copies of key AG settlement documents in preparation for meeting with the estate to discuss the structure and purpose of the settlement and GMAC's efforts to comply with the settlement terms | L190 | .70 hrs |
| 02/21/13 | LG | Analyze various issues related to GMAC's charging of a certain fee and whether that fee violates the AG settlement | L190 | 1.10 hrs |
| 02/21/13 | LG | Communications with GMAC personnel regarding various issues related to settlement implementation | L190 | .40 hrs |
| 02/21/13 | LG | Meeting with Ocwen IRG and Ocwen's chief risk officer regarding IRG structure, testing, procedure, and personnel in order to ensure the IRG will complete testing and that GMAC will be able to comply with its settlement obligations in order to avoid potential fines for noncompliance | L190 | 6.10 hrs |
| 02/21/13 | DCL | Analyze Massachusetts Appellate court decisions for input on Attorney General litigation | L190 | 1.10 hrs |
| 02/21/13 | RRM | Meeting in Dallas with IRG Leadership with regard to current testing and follow up with business on consumer relief | L190 | 5.20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    22
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/21/13 | RRM | Telephone conference call with client and subsequent work and direction for documentation to be provided to client | L190 | .70 hrs |
| 02/21/13 | RRM | Multiple e-mail correspondence with servicer group to ensure compliance with fee and website | L190 | .60 hrs |
| 02/21/13 | RRM | Review of documents and agenda for cross-servicer with regard to metrics and testing and status with call | L190 | 1.10 hrs |
| 02/22/13 | RRM | Review multiple emails from IRG to SPF and analysis of same | L190 | .50 hrs |
| 02/22/13 | RRM | Preparation for and subsequent telephone conference call with servicing standards team on GNMA Loans and metrics 2 and 20 | L190 | 1.30 hrs |
| 02/22/13 | RRM | Review multiple emails from MA AG regarding multiple loss mitigation files with regard to inquires on status and follow up with business regarding same | L190 | 1.70 hrs |
| 02/22/13 | RRM | Review emails with agenda and attachments for upcoming legal cross-servicer call | L190 | .40 hrs |
| 02/22/13 | RRM | Preparation for upcoming meeting with Bill Cherry with regard to POCS that are involved in sale transfer | L190 | .80 hrs |
| 02/22/13 | CWH | Discussion with client about scope of Minnesota's subpoena and our proposed response to same | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/22/13 | LG | Call with client concerning non-metric servicing standards and the testing of those standards | L190 | 1.00 hrs |
| 02/22/13 | LG | Draft email to bankruptcy counsel regarding GMAC's proposed letter for soliciting status change chapter 7 discharge borrowers | L190 | .80 hrs |
| 02/22/13 | LG | Call with GMAC estate regarding status of settlement implementation and potential future issues | L190 | 1.50 hrs |
| 02/22/13 | LG | Call with cross servicer legal group regarding AG settlement implementation issues | L190 | 1.00 hrs |
| 02/22/13 | LG | Prepare for call with GMAC estate regarding status of settlement implementation and upcoming settlement issues | L190 | .40 hrs |
| 02/22/13 | CSM | Participate in cross-servicer legal touchpoint conference call | L190 | .30 hrs |
| 02/22/13 | CSM | Email to client detailing topics for discussion on cross-servicer legal touchpoint conference call and soliciting answers to questions expected to be raised during call | L190 | .40 hrs |
| 02/22/13 | CSM | Participate in weekly servicing standards update call with client | L190 | .70 hrs |
| 02/22/13 | APUC | Review and revise letter to Minnesota Department of Commerce addressing administrative subpoena | L190 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/22/13 | APUC | Review and analyze Minnesota Rules of Civil Procedure for exceptions to entitlement of third party witness to compensation for complying with subpoena | L190 | .20 hrs |
| 02/23/13 | APUC | Review and analyze Minnesota Statutes for references to compensation for production of documents | L190 | .20 hrs |
| 02/23/13 | RRM | Multiple e-mail correspondence with client regarding wrap up of solicitation and compliance and outline issues to complete | L190 | .80 hrs |
| 02/24/13 | CWH | Revise response to Minnesota Department of Commerce's subpoena and send same to Morrison Foerster and Estate for review and approval of same | L190 | .50 hrs |
| 02/24/13 | APUC | Revise Letter to Minnesota Department of Commerce addressing administrative subpoena | L190 | .80 hrs |
| 02/25/13 | CWH | Review and analyze client's comments on ability to produce documents in response to Minnesota subpoena because the materials are now owned by Ocwen | L190 | .20 hrs |
| 02/25/13 | CWH | Exchange e-mails with client regarding document production for Minnesota subpoena | L190 | .20 hrs |
| 02/25/13 | RRM | Participate on Internal Revenue Group call | L190 | 1.10 hrs |
| 02/25/13 | RRM | Work on responses to OK AG on consumer relief numbers | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      25
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/25/13 | RRM | Work on strategy for estate between business and IRG for reporting to Monitor and create outlines of same | L190 | 3.20 hrs |
| 02/25/13 | RRM | Continue review of underlying documents requested by MA AG | L190 | 1.40 hrs |
| 02/25/13 | RRM | Multiple e-mail correspondence with Counsel for cross-servicer group with regard to AG/DOJ Borrower Fund | L190 | .70 hrs |
| 02/25/13 | CSM | Attention to cross-servicer group emails regarding other credit testing definitions | L190 | .20 hrs |
| 02/25/13 | LG | Communications with the GMAC estate regarding various issues intended for the estate to maintain oversight of the AG settlement | L190 | .30 hrs |
| 02/25/13 | LG | Call discussing the steps necessary for GMAC to complete its consumer relief obligations | L190 | .50 hrs |
| 02/25/13 | LG | Call discussing testing issues related to the transfer of loans to green tree for servicing | L190 | 1.00 hrs |
| 02/25/13 | LG | Communications with the Oklahoma Attorney General regarding schedule y | L190 | .30 hrs |
| 02/25/13 | LG | Communications regarding strategy for ensuring that GMAC completes its solicitation obligations as required by exhibit I | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    26
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/25/13 | LG | Communications with the DOJ regarding proposed changes to the Consent Judgment | L190 | .30 hrs |
| 02/25/13 | LG | Analyze various documents provided by GMAC in preparation for upcoming meetings regarding GMAC's plan to complete solicitations and testing of that plan | L190 | 1.30 hrs |
| 02/26/13 | LG | Analyze notes, metric, and other documents in preparation for cross servicer call discussing AG settlement implementation issues | L190 | .50 hrs |
| 02/26/13 | LG | Call with cross servicer group discussing GMAC AG settlement implementation | L190 | 1.00 hrs |
| 02/26/13 | LG | Call with GMAC estate regarding plans to ensure Ocwen, Green Tree, and Berkshire comply with the terms of the AG Settlement | L190 | .60 hrs |
| 02/26/13 | LG | Prepare for call with GMAC regarding AG settlement implementation by considering the best way to ensure Green Tree Berkshire and Ocwen comply with the terms of the settlement | L190 | .40 hrs |
| 02/26/13 | LG | Call discussing GMAC's strategy for developing and implementing testing of its solicitation process | L190 | .60 hrs |
| 02/26/13 | LG | Call with GMAC estate updating the estate on various issues including a trip to Dallas to see the IRG's process | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    27
ResCap                                                    APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/26/13 | LG | Analyze various documents including metric definitions and notes in preparation for cross servicer call discussing the same | L190 | .50 hrs |
| 02/26/13 | LG | Meeting regarding various issues related to testing problems caused by the transfer of loans to Green Tree | L190 | 1.10 hrs |
| 02/26/13 | LG | Communications with Ocwen regarding the estate's access to certain information and phone calls | L190 | .30 hrs |
| 02/26/13 | LG | Communications regarding issues related to metric 1A | L190 | .30 hrs |
| 02/26/13 | LG | Cross servicer legal call regarding various issues related to AG settlement implementation | L190 | 1.10 hrs |
| 02/26/13 | LG | Communications with Ocwen regarding the Estate's access to certain information related to IRG testing | L190 | .50 hrs |
| 02/26/13 | LG | Analyze documents provided by GMAC regarding its procedures for testing completeness of solicitation efforts | L190 | 1.40 hrs |
| 02/26/13 | LG | Analyze communications related to issues GMAC is having regarding postponement of foreclosure sales in Florida and begin analyzing how this impacts GMAC's duties under the AG Settlement | L190 | .60 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    28
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/26/13 | RRM | Preparation for and extended meeting in Dallas with IRG leadership and work through nine specific metric impacted by service release and follow up on same | L190 | 4.10 hrs |
|---|---|---|---|---|
| 02/26/13 | RRM | Extensive preparation for upcoming conference with client | L190 | 1.80 hrs |
| 02/26/13 | RRM | Meeting with client with regard to next steps on consumer relief and extensive follow up work on same with regard to strategy for solicitation completeness | L190 | 2.40 hrs |
| 02/26/13 | RRM | Preparation for and subsequent telephone conference with Counsel with regard to subpoena and request for information | L190 | .90 hrs |
| 02/26/13 | JRB | Review Rescap sale orders and propose language regarding Green Tree and Ocwen sales for inclusion in pleadings in various litigation matters | L190 | .40 hrs |
| 02/26/13 | FWA | Review documents related to chain of title and note following loan testing and consider issues with the same | L190 | .90 hrs |
| 02/26/13 | CWH | Attend conference call with Morrison Foerster and clients (Ocwen and Estate) regarding ability to respond to Minnesota Department of Commerce's subpoena and strategy for same | L190 | .40 hrs |
| 02/26/13 | ACRA | Call with GMAC to discuss AG/DOJ settlement and IRG implementation | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    29
ResCap                                                                      APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/26/13 | ACRA | Analyze exhibits to AG/DOJ settlement in order to prepare for meetings to discuss IRG implementation | L190 | 2.20 hrs |
| 02/26/13 | ACRA | Analyze issues with AG/DOJ settlement and determine strategy for IRG implementation and testing | L190 | .80 hrs |
| 02/27/13 | RRM | Extensive preparation for and subsequent meeting with business in Dallas on outline for completion testing | L190 | 3.90 hrs |
| 02/27/13 | RRM | Continue work on meetings with business on final consumer relief approach in context of Exhibits I and D and compliance with same | L190 | 3.10 hrs |
| 02/27/13 | RRM | Review of documents on matter involving inquiry involving DOJ and subsequent meeting with legal | L190 | 2.10 hrs |
| 02/27/13 | JJS | Discussing NYDFS investigation status with counsel for Chase. | L190 | .20 hrs |
| 02/27/13 | LG | Analyze various communications in preparation for call with the MA attorney general regarding the AG settlement and problematic borrowers | L190 | 2.10 hrs |
| 02/27/13 | LG | Call with the MA attorney general discussing GMAC's obligations under the AG settlement and problem borrowers in MA | L190 | 1.10 hrs |
| 02/27/13 | LG | Detailed review of GMAC's solicitation policy and plans for testing that policy in order to identify issues in testing and assist in the development of generating test plans and test scripts | L190 | 4.10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    30
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| 02/27/13 | LG | Analyze spreadsheet regarding problem metrics in preparation for call with Ocwen regarding how these problem metrics will impact the AG settlement | L190 | .40 hrs |
|---|---|---|---|---|
| 02/27/13 | LG | Call with GMAC servicing standards team regarding Ocwen's implementation of settlement | L190 | 1.00 hrs |
| 02/27/13 | LG | Meet with GMAC to discuss its plan for completing solicitation and testing completion of solicitation | L190 | 1.60 hrs |
| 02/27/13 | ACRA | Call with Massachusetts attorney general's office to discuss loss mitigation efforts with borrowers | L190 | .80 hrs |
| 02/27/13 | ACRA | Analyze issues regarding servicing transfer of loans on consumer relief program testing | L190 | .50 hrs |
| 02/27/13 | ACRA | Analyze exhibit i of the AG/DOJ consent judgment and proposed internal review group testing plan in preparation for meeting with gmac | L190 | 1.60 hrs |
| 02/27/13 | ACRA | Meet with GMAC to discuss compliance with exhibit i and internal review group testing plan | L190 | 2.10 hrs |
| 02/27/13 | ACRA | Analyze and review cases to discuss with Massachusetts attorney general office | L190 | 1.00 hrs |
| 02/27/13 | ACRA | Analyze exhibit i and information from meeting with GMAC regarding compliance with consent judgment | L190 | 4.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    31
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/28/13 | ACRA | Meet with GMAC to discuss exhibit i of consent judgment and future internal review group testing | L190 | 2.50 hrs |
| 02/28/13 | ACRA | Analyze and review issues regarding exhibit i and internal review group testing in preparation for meeting with GMAC | L190 | 3.10 hrs |
| 02/28/13 | ACRA | Review and analyze exhibit i to consent judgment and information obtained from meeting with gmac in preparation for internal review group testing | L190 | 2.10 hrs |
| 02/28/13 | CSM | Prepare for and participate in cross-servicer legal workgroup call | L190 | 1.20 hrs |
| 02/28/13 | ACRA | Discuss and analyze issues with servicing transfer in the context of IRG testing of AG/DOJ ettlement | L190 | .50 hrs |
| 02/28/13 | CSM | Emails with client detailing discussion during cross-servicer legal workgroup call | L190 | .20 hrs |
| 02/28/13 | LG | Analyze GMAC's plan to complete solicitation pursuant to Exhibit I in preparation for meeting concerning the same | L190 | 2.30 hrs |
| 02/28/13 | LG | Meeting regarding GMAC's plan to complete solicitation pursuant to Exhibit I in order to  GMAC's test plan and procedure | L190 | 2.70 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     32
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 02/28/13 | LG | Call regarding GMAC's metric testing challenges in light of servicing transfer to Green Tree | L190 | .50 hrs |
|---|---|---|---|---|
| 02/28/13 | LG | Analyze GMAC's strategy for completing solicitation testing | L190 | 1.40 hrs |
| 02/28/13 | RRM | Review e-mail from Bill Thompson regarding potential fine in IL and subsequent research in context of AG/DOJ release | L190 | 1.20 hrs |
| 02/28/13 | RRM | Continue work regarding to compliance for final solicitations and work with regard to AG/DOJ compliance | L190 | 1.40 hrs |
| 02/28/13 | RRM | Preparation for and subsequent telephone conference with the Monitor's Counsel on issues surrounding servicing transfers and extensive work around nine metrics | L190 | 3.40 hrs |
| 02/28/13 | RRM | Preparation and subsequent meeting with regard to SCRA obligations and extensive follow up on same | L190 | 1.80 hrs |
| 03/01/13 | RRM | Multiple e-mail correspondence with client and Monitor's Counsel regarding Metric 15 issues | L190 | .90 hrs |
| 03/01/13 | RRM | Participate in cross servicer call for legal | L190 | 1.20 hrs |
| 03/01/13 | RRM | Review e-mail from client with regard to SORA Checklists and begin analysis based on prior work and law | L190 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    33
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/01/13 | RRM | Extensive work and review of prior servicing standard implementation and areas of heighted complicity in context of purchasers future compliance | L190 | 3.70 hrs |
|---|---|---|---|---|
| 03/01/13 | LG | Call with cross servicer group and the monitor regarding implementation of the AG/DOJ settlement | L190 | 1.00 hrs |
| 03/01/13 | LG | Call discussing developments related to the implementation of the DOJ/AG Settlement | L190 | .80 hrs |
| 03/01/13 | LG | Analyze notes from prior calls during the week in preparation for call discussing weekly developments in implementation of the AG/DOJ Settlement | L190 | .30 hrs |
| 03/01/13 | LG | Cross servicer legal call discussing legal issues that arose as the servicers implemented the settlement agreement | L190 | 1.00 hrs |
| 03/01/13 | LG | Call regarding the status of Refunding and the DOJ's request to add Resfunding to the Consent Judgment | L190 | .50 hrs |
| 03/01/13 | LG | Analyze notes from prior calls and metric definitions in preparation for cross servicer call regarding issues that arise in DOJ/AG settlement implementation | L190 | .50 hrs |
| 03/01/13 | CSM | Prepare for and participate in cross-servicer legal touchpoint conference call | L190 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    34
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/03/13 | RRM | Review e-mail from James Madsen with regard to non-metric matters state and review of extensive related documents and outline potential response to Monitor on same | L190 | 1.70 hrs |
| 03/04/13 | RRM | Review e-mail from Brian Hauck at DOJ with regard to inquire on Joint Rule 60 and check on status | L190 | .40 hrs |
| 03/04/13 | CWH | Revise response to Minnesota Department of Commerce's proposed "consent order" or threat of administrative complaint | L190 | .70 hrs |
| 03/04/13 | CWH | Review and analyze Minnesota Department of Commerce's proposed "consent order" to GMAC regarding subpoena and contact Morrison Foerster and client for further discussion on same | L190 | .20 hrs |
| 03/04/13 | RRM | Continue work on outstanding issues in post-sale compliance issues with AG/DOJ matters and work on outline of same | L190 | 2.80 hrs |
| 03/04/13 | RRM | Review e-mail from Phillip Bordelon with regard to 5 metrics and legal decisions to implementation regarding same | L190 | .40 hrs |
| 03/04/13 | RRM | Multiple e-mail correspondence with cross-servicer group regarding OMSO offsite visit | L190 | .40 hrs |
| 03/04/13 | RRM | Review voicemail from BDO with regard to inquiry on consumer matters and follow up with same | L190 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    35
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Task | Hours |
|------|------|-------------|------|-------|
| 03/04/13 | CSM | Participate in weekly servicing standards update call with client | L190 | 1.00 hrs |
| 03/04/13 | LG | Draft email concerning solicitation procedure and testing issues related to GMAC's obligations under Exhibit I | L190 | .30 hrs |
| 03/04/13 | LG | Communications regarding the estate representative's upcoming trip to Dallas and the agenda for that trip | L190 | .30 hrs |
| 03/04/13 | LG | Prepare for call with client discussing developments in implementing the national mortgage settlement and potential issues that might arise as the servicer prepares for non-metric attestations | L190 | .30 hrs |
| 03/04/13 | LG | Call with client discussing implementation issues regarding the national mortgage settlement including non-metric attestations | L190 | .70 hrs |
| 03/04/13 | LG | Communications concerning BDO's request for a cross servicer definition of non-public identifying information | L190 | .20 hrs |
| 03/04/13 | ACRA | Analyze exhibit i and issues regarding implementation and testing of procedures | L190 | 1.50 hrs |
| 03/04/13 | APUC | Review and analyze Nevada statutes to determine requirement for posting in public places prior to notice of sale | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    36
ResCap                                                          APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/05/13 | ACRA | Analyze issues related to servicing transfer of loans eligible for solicitation under the AG/DOJ consent order | L190 | .50 hrs |
| 03/05/13 | JCO | Process and load November documents in review database for redactions | L190 | 4.50 hrs |
| 03/05/13 | CSM | Attention to cross-servicer group emails regarding other credit testing definitions | L190 | .10 hrs |
| 03/05/13 | CWH | Discuss Minnesota Department of Commerce's proposed "consent order" or threat of administrative complaint with L.Delehey | L190 | .20 hrs |
| 03/05/13 | CWH | Phone calls and e-mails with counsel from Morrison Foerster regarding Minnesota Department of Commerce's purpose in threatening administrative complaint | L190 | .40 hrs |
| 03/05/13 | CWH | Exchange e-mails with client regarding response to Minnesota Department of Commerce's proposed "consent order" or threat of administrative complaint and concerns about GMAC's pipeline of loans in Minnesota | L190 | .30 hrs |
| 03/05/13 | CWH | Draft additional edits to response to Minnesota Department of Commerce's subpoena after discussion with client and Morrison Foerster | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    37
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/05/13 | CWH | Review and analyze voice of the customer complaints from two year period for response to Minnesota Department of Commerce's subpoena | L190 | .20 hrs |
| 03/05/13 | CWH | Review and analyze dual tracking concerns and new servicing standards on same | L190 | .70 hrs |
| 03/05/13 | RRM | Preparation for and subsequent telephone conference call with California Monitor | L190 | .80 hrs |
| 03/05/13 | RRM | Review e-mail from MN DOC with regard to subpoena and now draft consent order and review draft response | L190 | 1.30 hrs |
| 03/05/13 | RRM | Review multiple attachments from client with regard to servicing standards and drafts correspondence to borrower | L190 | 2.20 hrs |
| 03/06/13 | RRM | Review agenda for upcoming cross-servicer meeting and continue to prepare for multiple topics on same | L190 | 1.30 hrs |
| 03/06/13 | RRM | Continue work on compliance matters under AG/DOJ Settlement on post-sale matters | L190 | 1.60 hrs |
| 03/06/13 | CSM | Emails with client and cross-servicer group regarding Metric 1B test population parameters | L190 | .30 hrs |
| 03/06/13 | LG | Communications with client regarding the consumer relief completeness testing test script | L190 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     38
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

---

| 03/06/13 | LG | Draft email to client responding to various questions regarding open issues concerning the implementation of the DOJ/AG Settlement | L190 | .80 hrs |
|---|---|---|---|---|
| 03/06/13 | LG | Communications regarding the proper method for the the IRG to identify active service members when conducting its testing | L190 | .20 hrs |
| 03/06/13 | LG | Communications with Berkshire regarding its AG Settlement obligations and implementation plan | L190 | .20 hrs |
| 03/06/13 | LG | Communications with DOJ regarding its proposed rule 60 motion impacting the settlement | L190 | .20 hrs |
| 03/06/13 | LG | Generate categories of solicited borrowers in order to assist in drafting Rescap's solicitation test scripts and identify potential issues in the solicitation process | L190 | 1.40 hrs |
| 03/06/13 | LG | Generate document listing all of the information needed in order to assist in drafting the test plan and identify potential issues related to the Rescap parties solicitation of borrowers pursuant to Exhibit I | L190 | 1.90 hrs |
| 03/06/13 | ACRA | Analyze exhibit i and current practices to in the context of the IRG testing plan | L190 | 2.00 hrs |
| 03/06/13 | ACRA | Meet with client to discuss IRG testing plan for solicitation requirements of exhibit i | L190 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    39
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/06/13 | ACRA | Anaylze issues related to letters sent to discharged chapter 7 bankruptcy borrowers | L190 | 1.20 hrs |
| 03/06/13 | ACRA | Analyze obligations implemented by AG/DOJ consent judgment that can be stopped due to the completion of consumer relief credit requirements | L190 | 1.80 hrs |
| 03/06/13 | ACRA | Analyze overall philosophy of testing plan within the confines of parameters of exhibit i | L190 | 1.00 hrs |
| 03/07/13 | ACRA | Draft memo discussing AG/DOJ obligations upon fulfillment of consumer relief requirements | L190 | .60 hrs |
| 03/07/13 | LG | Finalize draft of letter remediating a solicitation issue for certain borrowers | L190 | .20 hrs |
| 03/07/13 | LG | Communications related to various metric issues raised as part of the cross servicer call | L190 | .60 hrs |
| 03/07/13 | LG | Communications related to incoming Homeward Loans and the IRG's approach for handling those loans | L190 | .30 hrs |
| 03/07/13 | LG | Communications related to an issue regarding metric 1 and the legal interpretation of that metric | L190 | .30 hrs |
| 03/07/13 | LG | Revise and finalize status change letter sent to certain borrowers in the solicitation group | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    40
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/07/13 | LG | Communications regarding the DOJ's rule 60 motion related to the Consent Judgment | L190 | .30 hrs |
|---|---|---|---|---|
| 03/07/13 | CSM | Prepare for and participate in cross-servicer legal workgroup call | L190 | 1.30 hrs |
| 03/07/13 | CSM | Draft email to client summarizing discussion during cross-servicer legal workgroup call | L190 | .20 hrs |
| 03/07/13 | RRM | Review e-mail from Evelyn Getser regarding IRG determination loan in question and review of same | L190 | .30 hrs |
| 03/07/13 | RRM | Continue work on SCRA and Exit matters and next steps on same | L190 | .40 hrs |
| 03/07/13 | RRM | Review e-mail with regard to regulator requests on settlement information | L190 | .40 hrs |
| 03/07/13 | RRM | Participate in cross-servicer group telephone conference and subsequent follow up telephone calls with regard to upcoming meeting with OMSO | L190 | 2.30 hrs |
| 03/07/13 | RRM | Review multiple emails related to extinguishment letters applicable to the settlement | L190 | .70 hrs |
| 03/07/13 | RRM | Direction for communication to all necessary parties on Rule 60 Motion and review correspondence regarding same | L190 | .50 hrs |
| 03/08/13 | RRM | Participate on Metric Call with regard to potential interpretation issues and appropriate path to handle | L190 | 1.30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    41
ResCap                                                         APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/08/13 | RRM | Extended telephone conference with Bank of America with regard to consumer testing issues in preparation for upcoming joint servicer meeting with OMSO and follow up on same | L190 | .90 hrs |
| 03/08/13 | RRM | Preparation for and subsequent telephone conference call with servicer with regard to loan transferred and how to address pre-foreclosure notice | L190 | 1.80 hrs |
| 03/08/13 | RRM | Review e-mail from client regarding IL and draft extra e-mail on analysis and subsequent telephone conference with Bill Thompson and review emails from Stephen Pizzari | L190 | 1.30 hrs |
| 03/08/13 | RRM | Email correspondence to and from DOJ regarding Rule 60 Motion | L190 | .30 hrs |
| 03/08/13 | RRM | Review multiple emails from client with regard to file transfer in context of servicing standard compliance | L190 | .80 hrs |
| 03/08/13 | RRM | Telephone conference call with Counsel for Berkshire, regarding Rule 60 Motion and discussion around maturity threshold | L190 | .60 hrs |
| 03/08/13 | RRM | Review e-mail from John Grissom on 14 day letter on Pre-Foreclosures and subsequent emails with business regarding same | L190 | .60 hrs |
| 03/08/13 | RRM | Preparation and subsequent telephone conference call with Monitoring Committee with regard to conflicts and applicable requirements and subsequent emails related to same | L190 | 1.70 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    42
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/08/13 | CSM | Prepare for and participate in cross-servicer legal touchpoint conference call | L190 | 1.50 hrs |
| 03/08/13 | LG | Communications regarding other credit definitions | L190 | .10 hrs |
| 03/08/13 | LG | Communications with Berkshire regarding it obligations under the AG/DOJ settlement | L190 | .40 hrs |
| 03/08/13 | LG | Begin drafting fact section of Rescap's motion regarding Berkshire's settlement obligations as to the former Rescap loans | L190 | 1.10 hrs |
| 03/08/13 | LG | Communications with the cross servicer group regarding various conflicts issues | L190 | 1.10 hrs |
| 03/08/13 | LG | Communications with client regarding incoming Homeward loans and the impact of those loans on the pre-foreclosure notice | L190 | .50 hrs |
| 03/08/13 | ACRA | Call regarding issues related to servicing transfer and compliance with AG/DOJ consent order | L190 | .60 hrs |
| 03/09/13 | RRM | Review multiple emails from Counsel for Servicers with regard to request by SPF for information on SOR and work on prior OMSO related requests | L190 | 1.30 hrs |
| 03/09/13 | RRM | Review the documentation titled "Other Criteria and Testing Definitions" and compare to GMAC's Consumer Relief work and in completeness testing | L190 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     43
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| 03/10/13 | ACRA | Analyze law related to National Mortgage Settlement and issues arising from transfer of loans to other entities | L190 | 2.50 hrs |
|---|---|---|---|---|
| 03/11/13 | ACRA | Analyze issues related to compliance with National Mortgage Settlement and future testing | L190 | .70 hrs |
| 03/11/13 | DCL | Telephone conference with counsel to the New York Department of Financial Services regarding GMACM's response to subpoena | L190 | .50 hrs |
| 03/11/13 | RRM | Review e-mail from Amy Fleitas regarding short sale implication on compliance and follow up on same | L190 | .40 hrs |
| 03/11/13 | RRM | Follow up on GMAC AG Solicitation exceptions and review of same | L190 | .40 hrs |
| 03/11/13 | RRM | Extensive preparation for upcoming meeting in NY with Monitor and all other servicers and review of multiple documents including recent documents provided by Monitor | L190 | 5.10 hrs |
| 03/11/13 | RRM | Continue review of IRG SOW and work on same | L190 | .70 hrs |
| 03/11/13 | LG | Prepare for call discussing issues related to AG settlement implementation | L190 | .30 hrs |
| 03/11/13 | LG | Analyze new metrics and other documents provided by OMSO in advance of cross servicer New York meeting | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    44
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 03/11/13 | LG | Analyze the IRG's response to new metrics proposed by OMSO | L190 | .30 hrs |
| 03/11/13 | ACRA | Analyze issues related to transfer of loans and effect on compliance with National Mortgage Settlement | L190 | .80 hrs |
| 03/11/13 | CSM | Participate in weekly servicing standards update call with client | L190 | .60 hrs |
| 03/12/13 | LG | Communications with Rescap estate regarding the implementation of the AG Settlement and potential risk associated with the settlement implementation | L190 | .40 hrs |
| 03/12/13 | LG | Identify problematic groups of loans in order to better prepare an explanation of Rescap's consumer relief solicitation and IRG testing plan | L190 | 2.10 hrs |
| 03/12/13 | LG | Analyze communications related to the DOJ's proposed rule 60 motion | L190 | .20 hrs |
| 03/12/13 | LG | Communications with Rescap Estate regarding various issues related to the AG Settlement and the implementation of that settlement | L190 | .40 hrs |
| 03/12/13 | LG | Communications with Rescap Estate and the IRG regarding the procedure for testing and reporting on various metrics | L190 | 1.10 hrs |
| 03/12/13 | LG | Communications with Rescap Estate and the IRG regarding the procedure for testing and reporting on various aspects of Rescap's consumer relief obligations | L190 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    45
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/12/13 | LG | Communications with Rescap business unit regarding its implementation of Rescap's exhibit I obligations | L190 | 1.30 hrs |
|---|---|---|---|---|
| 03/12/13 | DCL | Telephone conference with New York Department of Financial Services regarding status of investigation and report regarding FOIL requests | L190 | .30 hrs |
| 03/12/13 | RRM | Meeting in NY with cross-servicer legal Counsel with regard to readjustment memo by Monitor's Counsel and professionals | L190 | 2.00 hrs |
| 03/12/13 | RRM | Participation in joint servicer and Monitor meeting in New York and discussion of readjustment memo and proposed new metrics and extensive follow up work on same | L190 | 6.40 hrs |
| 03/12/13 | RRM | Preparation for subsequent meeting with JP Morgan Chase regarding AG/DOJ settlement issues | L190 | 1.00 hrs |
| 03/12/13 | RRM | Continue work on "Indirect Requirements" provided by Monitor and work on analysis as to providing testing | L190 | 2.20 hrs |
| 03/12/13 | ACRA | Analyze issues related to upcoming testing of compliance with consumer relief obligations in preparation of meeting with Ocwen employees to discuss such compliance testing | L190 | 1.20 hrs |
| 03/12/13 | ACRA | Analyze issues related to upcoming testing of compliance with consumer relief obligations in order to draft request for data | L190 | 2.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 03/12/13 | ACRA | Meet with representatives of GMAC estate and Ocwen to discuss internal review group testing and compliance with National Mortgage Settlement | L190 | 3.50 hrs |
| 03/12/13 | ACRA | Meet with employees of Ocwen to discuss compliance with requirements set forth in Exhibit I of National Mortgage Settlement for Consumer Relief | L190 | 1.50 hrs |
| 03/13/13 | ACRA | Analyze federal law related to issues regarding transfer of loans and obligations for implementation of National Servicing Standards pursuant to Exhibit A of National Mortgage Settlement | L190 | 3.50 hrs |
| 03/13/13 | ACRA | Draft document discussing issues related to servicing transfer and implementation of National Servicing Standards pursuant to Exhibit A of National Mortgage Settlement | L190 | 2.50 hrs |
| 03/13/13 | ACRA | Meet with representative of GMAC estate and Ocwen employees to discuss compliance with Consumer Relief obligations pursuant to Exhibit I of National Mortgage Settlement | L190 | 1.20 hrs |
| 03/13/13 | ACRA | Discuss request for data with Ocwen employees in relation to upcoming consumer relief testing and draft email related to same | L190 | 1.00 hrs |
| 03/13/13 | RRM | Continue work on legal documents needed for loss mitigation and loan modification decision for difficult loans involving BK, Divorce, Death, etc.. | L190 | 3.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    47
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/13/13 | RRM | Participate in NMS Servicer meeting in New York and to work with cross servicers on new metrics | L190 | 4.10 hrs |
| 03/13/13 | RRM | Preparation for meeting with NMS group by reviewing new metrics proposed by Monitor | L190 | 1.20 hrs |
| 03/13/13 | LG | Communications regarding metric 1A and the testing procedure for that metric | L190 | 1.20 hrs |
| 03/13/13 | LG | Communications with Ocwen regarding information necessary to determine Berkshire's settlement obligations and to forecast the Estate's monetary liability for the remaining solicitations | L190 | .40 hrs |
| 03/13/13 | LG | Analyze and respond to issue raised by Morrisson Foerster regarding Amendment one to the Ocwen APA | L190 | .90 hrs |
| 03/13/13 | LG | Communications with the Estate and Ocwen regarding the relationship between the parties and testing of the Exhibit I consumer relief obligations | L190 | 1.00 hrs |
| 03/14/13 | LG | Call with Green Tree to discuss the need to build out an IRG and the structure of that IRG | L190 | .50 hrs |
| 03/14/13 | LG | Analyze information from client regarding the transfer and subservicing of the Berkshire loans | L190 | .30 hrs |
| 03/14/13 | LG | Analyze applicable APA in preparation to draft SOW for IRG | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    48
ResCap                                                          APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/14/13 | CSM | Prepare for and participate in cross-servicer legal workgroup call | L190 | 1.30 hrs |
| 03/14/13 | LG | Communications regarding Ocwen's willingness to share certain reports with client on a weekly/monthly/quarterly basis | L120 | .40 hrs |
| 03/14/13 | RRM | Review of correspondence from regulator for multiple requests involving FPI and REO and review of federal release for possible relief and continue work on same | L190 | 2.80 hrs |
| 03/14/13 | RRM | Preparation and subsequent participation in metric telephone call for cross-servicer group | L190 | 1.30 hrs |
| 03/14/13 | RRM | Review of APA in preparation for call with Walter regarding AG/DOJ compliance and subsequent call and follow up on same | L190 | .80 hrs |
| 03/14/13 | ACRA | Draft document discussing issues related to servicing transfer and obligation to implement National Servicing Standards pursuant to Exhibit A of National Mortgage Settlement | L190 | 2.50 hrs |
| 03/14/13 | ACRA | Analyze issues related transfer of servicing rights in preparation for call with purchaser of servicing rights | L190 | .80 hrs |
| 03/14/13 | ACRA | Call with purchaser of servicing rights to discuss implementation of internal review group and testing of compliance pursuant to National Mortgage Settlement | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     49
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/14/13 | APUC | Review and analyze case law and statutes addressing HUD's authority to issue administrative subpoena | L190 | 1.30 hrs |
|---|---|---|---|---|
| 03/15/13 | APUC | Continue review and analysis of statutes, rules of procedure, and case law  addressing authority for administrative subpoena, deference due administrative subpoena, effect of bankruptcy on administrative subpoena, and limits on administrative subpoena | L190 | 2.40 hrs |
| 03/15/13 | APUC | Draft and revise memorandum of law addressing authority for administrative subpoena, deference due administrative subpoena, effect of bankruptcy on administrative subpoena, and limits on administrative subpoena | L190 | 2.10 hrs |
| 03/15/13 | ACRA | Call to discuss implementation of internal review group testing after transfer of servicing rights to loans | L190 | .20 hrs |
| 03/15/13 | ACRA | Analyze issues related to implementation of internal review group testing after transfer of servicing rights to loans | L190 | .50 hrs |
| 03/15/13 | CSM | Prepare for and participate in cross-servicer legal touchpoint conference call | L190 | .70 hrs |
| 03/15/13 | RRM | Drafted e-mail to client with regard to new proposed metric and loss litigation and follow up on same | L190 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    50
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/15/13 | RRM | Review multiple documents from vendor and work through on deadline of context of metrics and prior reports | L190 | 2.20 hrs |
| 03/15/13 | RRM | Research and analysis on MSR acquitted in context of AG/DOJ and Ex I and work on outline of same | L190 | 1.70 hrs |
| 03/15/13 | RRM | Review e-mail with regard to agenda for cross-servicer legal call, prepare for same with inquiry from business, and subsequent participation in conference call and follow up on same | L190 | 2.80 hrs |
| 03/15/13 | RRM | Preparation for and subsequent telephone conference call with Greentree regarding set up for IRG and testing | L190 | .80 hrs |
| 03/15/13 | LG | Communications with Green Tree's general counsel and business unit regarding the establishment of Green Tree's IRG and the need for close communication between the Ocwen and Green Tree IRGs | L120 | .50 hrs |
| 03/15/13 | LG | Call with cross servicer group discussing various legal issues that arose during the prior week and the meeting with the monitor in new york | L120 | .40 hrs |
| 03/15/13 | LG | Communications regarding issues related to Rescap's Exhibit I solicitation process | L120 | .50 hrs |
| 03/15/13 | LG | Communications with Ocwen regarding access to the IRG team room so that the estate can stay aware of URG testing developments | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    51
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| 03/15/13 | LG | Communications with the Rescap Estate regarding the call with Green Tree and Green Tree's progress towards establishing an IRG | L120 | .50 hrs |
| 03/15/13 | LG | Analyze various materials in preparation for cross servicer legal call discussing New York meeting and other settlement implementation issues | L120 | .40 hrs |
| 03/18/13 | LG | Begin analyzing test scripts in order to identify and redact NPI | L190 | .50 hrs |
| 03/18/13 | LG | Analyze new metric definitions proposed by the monitor and Ocwen's current policies related to those metrics in order to prepare for the implementation of testing for the new metrics related to loss mitigation and SPOC | L190 | 1.10 hrs |
| 03/18/13 | LG | Analyze issues related to Berkshire's consent judgment obligations | L190 | .40 hrs |
| 03/18/13 | LG | Communications with client discussing various issues related to consent judgment implementation and the status of certain consent judgment obligations | L190 | .20 hrs |
| 03/18/13 | LG | Call concerning last week's meeting with the monitor and new metrics | L190 | .50 hrs |
| 03/18/13 | LG | Prepare emails to send to the monitor and various other parties regarding metric testing and solicitation issues | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    52
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/18/13 | LG | Analyze issues related to the storage of data on the system of record and the impact on testing | L190 | .90 hrs |
| 03/18/13 | LG | Analyze issues related to the loss of information when a bankruptcy is resolved and the servicing transfer letter received by borrowers in place of a denial and the impact of these issues on metric testing under the national mortgage settlement | L190 | 1.10 hrs |
| 03/18/13 | LG | Cross servicer call concerning last week's meeting with the monitor and new metrics | L190 | .40 hrs |
| 03/18/13 | RRM | Review e-mail from client with regard to draft documentation around new proposed metrics and review and comment on same | L190 | .90 hrs |
| 03/18/13 | RRM | Preparation for and subsequent telephone conference with IRG and business with regard to new testing issues | L190 | .80 hrs |
| 03/18/13 | ACRA | Draft document discussing status of National Mortgage Settlement obligations of parties purchasing servicing rights of loans | L190 | 1.60 hrs |
| 03/18/13 | ACRA | Analyze issues related to internal review group testing of consumer relief obligations pursuant to Exhibit I of National Mortgage Settlement | L190 | .70 hrs |
| 03/18/13 | APUC | Review and analyze Department of Commerce and Minnesota HUD's subpoena requests | L190 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    53
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| 03/18/13 | APUC | Review and analyze federal regulations addressing payment compliance with administrative subpoenas | L190 | .30 hrs |
| 03/18/13 | APUC | Review and analyze authority for applicability of federal rules to HUD and draft research memorandum regarding the same | L190 | 1.60 hrs |
| 03/18/13 | APUC | Draft and revise memorandum comparing Department of Commerce and Minnesota HUD's subpoena requests | L190 | .40 hrs |
| 03/19/13 | ACRA | Draft document discussing status of National Mortgage Settlement obligations of parties following transfer of servicing rights of loans | L190 | 2.60 hrs |
| 03/19/13 | LG | Communications with Baker Tilly, BDO, and the monitor regarding data storage issues on the system of record | L190 | .50 hrs |
| 03/19/13 | LG | Analyze communications with estate regarding upcoming action items necessary to ensure the estate complies with the terms of the AG settlement | L190 | .30 hrs |
| 03/19/13 | LG | Analyze loss mitigation package information and requirements in order to determine the impact of the new loss mitigation metric on Ocwen's procedures | L190 | .90 hrs |
| 03/19/13 | CSM | Prepare for and participate in cross-servicer metrics and testing workgroup call | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    54
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/20/13 | ACRA | Meeting with Ocwen employees to discuss procedures related to consumer relief solicitation and ensure compliance with National Mortgage Settlement | L190 | 3.50 hrs |
|---|---|---|---|---|
| 03/20/13 | ACRA | Analyze issues discussed during meeting with Ocwen employees related to consumer relief obligations and compliance with National Mortgage Settlement | L190 | 1.60 hrs |
| 03/20/13 | LG | Call with the GMAC estate regarding various issues related to the AG settlement including testing of the Green Tree loans | L190 | .50 hrs |
| 03/20/13 | LG | Communications regarding Ocwen's testing approach related to the loss of servicing transfer information | L190 | .20 hrs |
| 03/20/13 | LG | Communications with the monitor regarding GMAC's AG settlement obligations in light of the fact that GMAC has achieved more than the required amount of consumer relief credit | L120 | .30 hrs |
| 03/20/13 | LG | Call with client regarding issues related to the steps necessary to obtain a complete loan modification package and the impact of those steps on the new loss mitigation metric proposed by the monitor | L190 | .50 hrs |
| 03/20/13 | LG | Meeting with client discussing the AG solicitation process in order to assist in developing test script for the same | L190 | 3.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     55
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/20/13 | LG | Communications with the GMAC estate and Green Tree regarding issues related to the Green Tree IRG and testing of AG settlement metrics | L190 | .70 hrs |
| 03/20/13 | RRM | Prepare for and subsequent telephone conference in regards to Monitoring Compliance and follow up on same | L190 | 1.30 hrs |
| 03/20/13 | RRM | Preparation for and subsequent telephone conference with client with regard to updated compliance with AG/DOJ | L190 | 1.10 hrs |
| 03/20/13 | RRM | Prepare for and subsequent telephone call with client with regard to go forward compliance and subsequent emails regarding the same | L190 | 1.30 hrs |
| 03/20/13 | RRM | Telephone conference call with business as to appropriate areas in settlement language for continued compliance with servicing standards post-sale and the lighlight and the sectors | L190 | .80 hrs |
| 03/20/13 | RRM | Continue to work on outstanding items before the IRG and Completeness testing | L190 | 2.20 hrs |
| 03/20/13 | RRM | Work on completion testing and review of QA testing for completion testing and then subsequent follow up on multiple matters on the AG END process | L190 | 1.60 hrs |
| 03/20/13 | RRM | Preparation and subsequent telephone conference with OMSO on proposed Metrics 30 and 31 and adding Metric 19 to the Resolution working and continue work post the conference call | L190 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    56
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/20/13 | DCL | Analyze correspondence and document production in connection with investigation of lender places insurance issues | L190 | .50 hrs |
| 03/21/13 | RRM | Participate in the CFPB Cross-servicer legal call with four other servicers on direction for group and continue follow up work on same | L190 | 2.80 hrs |
| 03/21/13 | RRM | Review of comparison between CFPB regs and natural servicing standards in context of compliance for AG/DOJ settlement and potential revision to standards and related Metrics | L190 | 2.30 hrs |
| 03/21/13 | CSM | Participate in cross-servicer legal DOJ/CFPB sub-group conference call | L190 | .70 hrs |
| 03/21/13 | ACRA | Discuss issues related to consumer relief obligations pursuant to National Mortgage Settlement and draft email to discuss same with Ocwen employees | L190 | 2.00 hrs |
| 03/22/13 | LG | Communications with client regarding Ocwen's interactions with AGs and consumer protection groups regarding its solicitation procedures | L190 | .30 hrs |
| 03/22/13 | LG | Analyze potential settlement risk factors in preparation to revise the Ocwen scope of work to protect GMAC from those risk factors | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    57
APRIL 30, 2013

ResCap

0R0802-301220

**FED ID NO. 63-0243316**

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 03/22/13 | LG | Analyze draft of Ocwen scope of work, the consent judgment, and the IRG workplan in preparation to revise the Ocwen scope of work | L190 | 2.10 hrs |
| 03/22/13 | LG | Redact NPI from three of Ocwen's test scripts in order to prepare those scripts for transmission to the monitor | L190 | .80 hrs |
| 03/22/13 | RRM | Preparation for telephone conference call with FRB and subsequent participation regarding same | L190 | .90 hrs |
| 03/22/13 | MCG | Review bankruptcy orders and asset purchase agreement in order to analyze transition issues for substitution of parties | L190 | 1.00 hrs |
| 03/22/13 | MCG | Review and analyze CFPB Office of Servicemember Affairs documents related to SCRA enforcement role | L190 | .50 hrs |
| 03/25/13 | RRM | Telephone conference in preparation for upcoming call with CA Monitor's Office and go over high level questions regarding same | L190 | .50 hrs |
| 03/25/13 | RRM | Continue work on certification with regard to system of record, review of proposed form document, outline potential business leads for verification | L190 | .70 hrs |
| 03/25/13 | RRM | Preparation for and subsequent telephone conference call regarding weekly servicing standards update call and continue extensive work on 3 proposed metrics by Monitor | L190 | 3.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    58
ResCap                                                                    APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/25/13 | LG | Continue drafting the scope of work agreement for Ocwen | L120 | 1.20 hrs |
| 03/25/13 | LG | Analyze information regarding APA in preparation to draft scope of work regarding the Green Tree/Walter IRG | L120 | .90 hrs |
| 03/25/13 | LG | Analyze materials in preparation for cross servicer call discussing the AG settlement | L120 | .30 hrs |
| 03/25/13 | LG | Call with Ocwen discussing weekly developments related to the AG settlement implementation | L120 | .70 hrs |
| 03/25/13 | LG | Prepare for weekly update call discussing developments related to the AG Settlement and its implementation | L120 | .40 hrs |
| 03/25/13 | LG | Call with the CA monitor discussing various issue related to Ocwen/GMAC's loss mitigation programs | L120 | .50 hrs |
| 03/25/13 | LG | Analyze questions posed by the CA monitor in preparation for call discussing Ocwen/GMAC's loss mitigation policies | L120 | .20 hrs |
| 03/25/13 | LG | Communications related to the Ocwen's timeliness certification | L120 | .30 hrs |
| 03/25/13 | LG | Cross servicer call regarding the AG settlement and the implementation of that settlement | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    59
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/26/13 | LG | Communications with client regarding the draft statement of work and talking points for the call with the client | L190 | .20 hrs |
| 03/26/13 | LG | Continue drafting fact section of Rescap's motion regarding various parties consent judgment obligations | L190 | 2.10 hrs |
| 03/26/13 | LG | Draft testing procedure outline regarding the requirement to place a foreclosure moratorium on certain AG settlement loans | L190 | 2.80 hrs |
| 03/26/13 | LG | Analyze comments and feedback from client related to proposed SOW | L190 | .30 hrs |
| 03/26/13 | LG | Revise portions of Rescap's motion regarding various consent order obligations related to legal arguments asserted by Rescap | L190 | 1.10 hrs |
| 03/26/13 | LG | Call with client discussing various issues related to the first draft of the Ocwen statement of work and the Green Tree statement of work | L190 | 1.00 hrs |
| 03/26/13 | CSM | Prepare for and participate in cross-servicer metrics and testing workgroup call | L190 | 1.30 hrs |
| 03/26/13 | ACRA | Analyze issued related to testing of compliance with Consumer Relief solicitation as required by Exhibit I of National Mortgage Settlement | L190 | 3.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    60
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/26/13 | LG | Finalize draft of Ocwen statement of work in preparation for call with client discussing the statement of work | L190 | .50 hrs |
| 03/26/13 | ASI | Prepare for and attend cross servicer call and review and analyze standing issues raised on call | L190 | 1.10 hrs |
| 03/26/13 | RRM | Preparation for and subsequent telephone conference with client with regard to next steps on purchased assets for compliance with AG/DOJ and follow up | L190 | 1.30 hrs |
| 03/26/13 | RRM | Review e-mail and subsequent participation on cross-servicer metric group | L190 | 1.40 hrs |
| 03/26/13 | JCO | Load documents in electronic document database for attorney review and redactions | L190 | .50 hrs |
| 03/27/13 | ASI | Prepare for an attend cross-servicer call relating to revision of metrics testing clarification document provided by OMSO | L190 | 1.50 hrs |
| 03/27/13 | ASI | Prepare for and attend cross-servicer call relating to CFPB compliance | L190 | .50 hrs |
| 03/27/13 | LG | Communications regarding the loss of information on the system of record as a result of the service transfer to Green Tree and the AG Testing impact of that loss of information | L190 | .20 hrs |
| 03/27/13 | LG | Call with client discussing IRG staffing and proposed SOW | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    61
ResCap                                                                                APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/27/13 | CSM | Prepare for and participate in cross-servicer conference call regarding OMSO metrics testing questions and resolutions document | L190 | 1.80 hrs |
| 03/27/13 | CSM | Participate in cross-servicer legal call to discuss DOJ-CFPB issues | L190 | .30 hrs |
| 03/28/13 | CSM | Prepare for and participate in cross-servicer legal workgroup call | L190 | 1.20 hrs |
| 03/28/13 | LG | Meeting with client discussing solicitation procedures and policies in order to identify potential issues related to those procedures and to review testing strategy | L190 | 3.10 hrs |
| 03/28/13 | LG | Revise SOW to incorporate comments from client | L190 | 1.10 hrs |
| 03/28/13 | LG | Call with monitor BDO and Baker Tilly regarding the loss of data resulting from the servicing transfer | L190 | .60 hrs |
| 03/28/13 | LG | Develop test procedure outline regarding the content required in solicitation letters | L190 | 2.90 hrs |
| 03/28/13 | LG | Prepare for call with the monitor BDO and Baker Tilly regarding the loss of information related to the servicing transfer | L190 | .40 hrs |
| 03/28/13 | LG | Analyze communications related to the on boarding of Homeward loans and requirements to test those loans | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     62
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 03/28/13 | LG | Redact NPI from several test scripts in order to produce those documents to BDO | L190 | .80 hrs |
| 03/28/13 | ACRA | Analyze issues discussed in meeting with Ocwen employees regarding testing of Consumer Relief obligations | L190 | 1.50 hrs |
| 03/28/13 | ACRA | Meet with client to discuss issues related to testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 3.10 hrs |
| 03/28/13 | ACRA | Draft document discussing testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 3.00 hrs |
| 03/29/13 | ACRA | Analyze issues related to testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | .80 hrs |
| 03/29/13 | JCO | Production of Test Scripts in PDF format | L190 | 2.00 hrs |
| 03/29/13 | CSM | Participate in weekly servicing standards update call with client | L190 | .70 hrs |
| 03/29/13 | CSM | Prepare for and participate in cross-servicer legal touchpoint conference call | L190 | .40 hrs |
| 03/29/13 | LG | Finalize revisions to the SOW to incorporate additional client feedback | L190 | 1.00 hrs |
| 03/29/13 | LG | Communications regarding redactions with Baker Tilly | L190 | .30 hrs |
| 03/29/13 | LG | Revise and transmit redactions to Baker Tilly | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    63
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/29/13 | LG | Communications related to Ocwen's implementation of the servicing standards and issues that arose during that implementation | L190 | .70 hrs |
|---|---|---|---|---|
| 03/29/13 | LG | Communications with the cross servicer group regarding legal issues related to implementation of the servicing standards and other AG settlement requirements in order to make sure the Rescap estate will not face penalties related to its settlement obligations | L190 | 1.20 hrs |
| 03/29/13 | LG | Redact test scripts to ensure those test scripts do not contain nonpublic personal information | L190 | 5.10 hrs |
| 03/29/13 | LG | Communications regarding the need for a plan to handle issues that arise during the solicitation process described in Exhibit I of the Consent Judgment | L190 | .40 hrs |
| 03/29/13 | ASI | Prepare for and attend cross-servicer legal call | L190 | 1.10 hrs |
| 03/30/13 | LG | Analyze facts of specific case in order to determine how that case impacts GMAC's solicitation completeness process and testing | L190 | .30 hrs |
| 03/30/13 | LG | Communications with OMSO regarding the GMAC stop list and the need for a final determination regarding the stop list | L190 | .30 hrs |
| 03/31/13 | LG | Draft and revise timeliness certifications to execute and provide to the IRG | L190 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    64
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 03/31/13 | LG | Communications regarding the Rule 60 motion to add Resfunding to the Consent Judgment | L190 | .20 hrs |
| 03/31/13 | LG | Communications regarding the solicitation completeness testing strategy and plans to complete the process and test the process | L190 | .30 hrs |
| 03/31/13 | ACRA | Analyze issues related to Consumer Relief testing pursuant to National Mortgage Settlement | L190 | .50 hrs |
| 04/01/13 | ACRA | Analyze issues related to testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 1.50 hrs |
| 04/01/13 | CSM | Prepare for and attend cross-servicer group conference call regarding California monitor requests and development of additional metrics | L190 | 2.30 hrs |
| 04/01/13 | LG | Communications regarding the redaction of NPI from test scripts and the transmission of those test scripts to Baker Tilly | L190 | .10 hrs |
| 04/01/13 | LG | Analyze loan that may have been solicited for an AG modification in order to assess the nature of the borrower's complaint | L190 | .30 hrs |
| 04/01/13 | LG | Call with cross servicer group discussing strategy for upcoming meetings with the monitor and new metrics | L190 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    65
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/01/13 | RRM | Receive inquiry on testing Metric 2, inquire with business and analysis of same, and respond back to CSG | L190 | .70 hrs |
|---|---|---|---|---|
| 04/01/13 | RRM | Prepare for and subsequent telephone conference call with source session regarding CA Monitor, review of loan, need examples and revisions to Metric Testing Quotas and Resolutions and follow up on same with regards to preparing for meeting with OMS | L190 | 2.40 hrs |
| 04/01/13 | RRM | Multiple e-mail correspondence and conducts with cross-service group with regard to conflict/ applicable requirements with service standards | L190 | 1.30 hrs |
| 04/01/13 | RRM | Prepare for and subsequent telephone conference with business personal with regard to pre-foreclosure notice issues and work on strategy for same and continue follow work | L190 | 1.10 hrs |
| 04/02/13 | RRM | Review e-mail from client with deck on loss mitigation requirements and subsequent telephone conference call with client regarding same | L190 | .80 hrs |
| 04/02/13 | RRM | Extensive preparation for issues around loss mitigation issue and review and revise same and work on submission for CSG and subsequently monitor | L190 | 4.80 hrs |
| 04/02/13 | RRM | Extensive telephone conference call with John Grissom with regard to proposal of new metric and handling issues around building testing of same | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    66
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/02/13 | RRM | Multiple e-mail correspondence and subsequent telephone conference call with IRG with regards loss mitigation and walk through two presentations by business | L190 | .90 hrs |
| 04/02/13 | RRM | Participate in CSG call regarding definition of "All borrower documents in" in metrics | L190 | .60 hrs |
| 04/02/13 | RRM | Review e-mail and attachments related to scope of review, review same and provide analysis to IRG | L190 | .70 hrs |
| 04/02/13 | LG | Analyze Exhibit I in order to determine some of the servicer's specific obligations so that BABC can ensure those obligations are covered by the test script | L190 | .50 hrs |
| 04/02/13 | LG | Revise timeliness certifications for each of the five executives executing those certifications | L190 | .60 hrs |
| 04/02/13 | LG | Communications with the Estate regarding the status of various AG Settlement implementation issues including Exhibit I obligations and Exhibit A obligations | L190 | 1.00 hrs |
| 04/02/13 | LG | Communications with the IRG regarding Exhibit I obligations and the testing of those obligations | L190 | .90 hrs |
| 04/02/13 | LG | Communications regarding the impact of metric and/or consumer relief failures under the AG Settlement | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    67
ResCap                                                                                    APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/02/13 | LG | Analyze addendums to Rescap test scripts to ensure those addendums do not contain NPI or other inappropriate information | L190 | .60 hrs |
| 04/02/13 | LG | Communications regarding the appropriate title for each Ocwen executive in order to adapt the timeliness certification to incorporate those titles | L190 | .20 hrs |
| 04/02/13 | LG | Continue revising testing procedures outline to incorporate missing elements identified in meeting with the IRG | L190 | .90 hrs |
| 04/02/13 | ACRA | Draft document discussing outline for testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 3.50 hrs |
| 04/02/13 | LG | Communications regarding specific questions and issues associated with the timeliness certification executed by the appropriate executives | L190 | .30 hrs |
| 04/02/13 | LG | Revise testing procedure document to incorporate feedback from the business and other parties | L190 | .60 hrs |
| 04/02/13 | ACRA | Meet with employees to discuss Consumer Relief testing outline | L190 | 1.20 hrs |
| 04/03/13 | ACRA | Draft documents discussing issues related to upcoming testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 5.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    68
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/03/13 | ACRA | Analyze and discuss issues related to upcoming testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 3.50 hrs |
| 04/03/13 | LG | Communications regarding the IRG and the AG Settlement Consent Judgment related to the SOW regarding the IRG | L190 | .20 hrs |
| 04/03/13 | LG | Communications and analysis regarding certain groups of borrowers and the solicitation of these borrowers under Exhibit I | L190 | 1.80 hrs |
| 04/03/13 | LG | Communications with cross servicer group discussing issues related to the implementation of a specific metric | L190 | .50 hrs |
| 04/03/13 | LG | Communications with cross servicer group discussing AG settlement implementation including new metrics proposed by OMSO and conflicts | L190 | 2.10 hrs |
| 04/03/13 | LG | Analyze updated SOW in order to respond to comments from the Estate's legal team and incorporate those comments into the SOW | L190 | 1.60 hrs |
| 04/03/13 | RRM | Preparation for and subsequent telephone conference call cross-servicer Metric and legal group on proposed clarifications by OMSO | L190 | 1.60 hrs |
| 04/03/13 | RRM | Extensive work throughout the day on providing information for business with regard to "additional documentation" required for upcoming OMSO presentation and tied to Metric 19 and research on | L190 | 4.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     69
APRIL 30, 2013

ResCap

OR0802-301220

FED ID NO. 63-0243316

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | HAMP guideline, State specific documents across multiple jurisdictions and IRS guidance around "other verified income" |  |  |
| 04/03/13 | RRM | Prepare for and subsequent telephone conference call with CSG legal group with regard to set up and IRG testing around Metric 20 | L190 | .70 hrs |
| 04/04/13 | RRM | Review e-mail from Counsel for Monitor, with regard to initial revisions to legacy GMAC solicitation subsequent telephone conference call regarding documents and revision | L190 | .40 hrs |
| 04/04/13 | RRM | Meeting with IRG on Metric revisions and comments with regard to same | L190 | .90 hrs |
| 04/04/13 | RRM | Extensive preparation for rewrite on Metric 32 and review of standard IV M.a,b,c and related metrics | L190 | .80 hrs |
| 04/04/13 | RRM | Continue review and work on IRG Test questions and restriction document and multiple e-mail correspondence with regard to same and follow up e-mail correspondence | L190 | .90 hrs |
| 04/04/13 | RRM | Telephone conference call with client regarding revision and strategy to Metric 32 and interrelationship with Metric 20 and discuss same | L190 | .70 hrs |
| 04/04/13 | RRM | Review e-mail from client regarding DT request for information around answer relief, analysis and research on same, and respond to same | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    70
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/04/13 | LG | Analyze solicitation information provided by the business relating to its fulfillment of Exhibit I obligations | L190 | .40 hrs |
| 04/04/13 | LG | Respond to question for the timeliness certification regarding the limitation of the certification related to servicing process as related to the legacy ResCap loans | L190 | .30 hrs |
| 04/04/13 | LG | Draft weekly update informing the estate of AG Settlement Implementation developments | L190 | 1.10 hrs |
| 04/04/13 | LG | Meeting with client to discuss the execution of the solicitation process as described in Exhibit I | L190 | 1.30 hrs |
| 04/04/13 | LG | Communications regarding the solicitation process under Exhibit I and meetings with the Monitor to discuss that process | L190 | .40 hrs |
| 04/04/13 | LG | Analyze weekly AG metrics report in order to detect any issues prior to transmitting report to the estate | L190 | .20 hrs |
| 04/04/13 | CSM | Prepare for and participate in cross-servicer group conference call regarding metrics testing protocols and revisions to OMSO testing questions and clarifications document | L190 | 1.00 hrs |
| 04/04/13 | ACRA | Analyze issues related to upcoming testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 1.00 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    71
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/04/13 | ACRA | Draft document discussing issues related to Consumer Relief obligations and upcoming testing of those obligations pursuant to National Mortgage Settlement | L190 | 1.40 hrs |
|---|---|---|---|---|
| 04/04/13 | ACRA | Meet with employees to discuss issues related to Consumer Relief obligations and upcoming testing of those obligations pursuant to National Mortgage Settlement | L190 | 1.60 hrs |
| 04/05/13 | ACRA | Revise document discussing upcoming testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 1.00 hrs |
| 04/05/13 | LG | Communications regarding the monitoring committee's approval of GMAC's AG solicitation implementation document | L190 | .20 hrs |
| 04/05/13 | LG | Communications with the Estate regarding the status of the solicitation requirements set forth in Exhibit I | L190 | .30 hrs |
| 04/05/13 | LG | Call with cross servicer group discussing legal issues related to the servicer's implementation of the national mortgage settlement | L190 | 1.10 hrs |
| 04/05/13 | LG | Prepare for call with the Estate and Green Tree regarding the status of Green Tree's efforts to establish its IRG | L190 | .40 hrs |
| 04/05/13 | LG | Call with Green Tree and the Estate discussing issues related to the establishment of the Green Tree IRG | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    72
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/05/13 | LG | Communications discussing the status of the Estate's efforts to complete Exhibit I solicitation and the strategy for completing that solicitation | L190 | .20 hrs |
| 04/05/13 | RRM | Work on drafting outline and specifics around new Metric 32 - Sale Transfer with Loan Modifications and review of applicable HAMP guidelines, investor guidelines, existing policy and procedures and subsequent telephone conference call with Atul Malhorta | L190 | 4.70 hrs |
| 04/08/13 | RRM | Preparation for and participate in cross-servicer call | L190 | .80 hrs |
| 04/08/13 | RRM | Participate on cross-servicer servicing and follow up on exclusions on 30 day turn around for loss mitigation | L190 | .90 hrs |
| 04/08/13 | LG | Prepare for call with the Rescap Estate regarding the solicitation process under Exhibit I | L190 | .20 hrs |
| 04/08/13 | LG | Communications with IRG responding to question regarding the areas that require a certification from the business unit | L190 | .20 hrs |
| 04/08/13 | LG | Communications regarding the transmission of Rescap's timeliness certification | L190 | .20 hrs |
| 04/08/13 | RRM | Review policy and SPOC and multiple e-mail correspondence with regard to same and subsequent telephone conference call with client regarding evidence of same | L190 | 2.80 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    73
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/08/13 | RRM | Review e-mail from Ross Fowlie to Baker Tilly and subsequent follow up on same with Monitor's professionals and work on request made | L190 | 2.10 hrs |
| 04/08/13 | LG | Call with the Rescap Estate concerning the status of the Estate's solicitation efforts and the steps necessary to complete those efforts | L190 | .50 hrs |
| 04/08/13 | LG | Call with the cross servicer group discussing the list of uncontrollables associated with Metric 20 in order to determine how the servicers are treating those uncontrollables | L190 | 1.10 hrs |
| 04/08/13 | LG | Prepare for cross servicer call discussing Metric 20 and the manner in which the servicers are testing that metric | L190 | .20 hrs |
| 04/08/13 | LG | Communications with the Rescap Estate discussing the status of Rescap's solicitation of borrowers pursuant to Exhibit I | L190 | .60 hrs |
| 04/08/13 | ACRA | Analyze issues related to upcoming testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 1.00 hrs |
| 04/09/13 | ACRA | Meet with employees to discuss quality control procedures of completion of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    74
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/09/13 | ACRA | Analyze issues related to upcoming testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | .20 hrs |
| 04/09/13 | LG | Cross servicer call regarding AG implementation and testing | L190 | 1.00 hrs |
| 04/09/13 | LG | Cross servicer call discussing the Monitor's proposed corrective action plan in the event of a metric fail | L190 | .80 hrs |
| 04/09/13 | LG | Prepare for cross servicer calls discussing corrective action plan and AG settlement implementation | L190 | .30 hrs |
| 04/09/13 | LG | Analyze monitor's proposed changes to the solicitation exception document to confirm they are acceptable to Rescap | L190 | .20 hrs |
| 04/09/13 | LG | Communications regarding the solicitation of certain unique loans under Exhibit I and the document regarding those loans | L190 | .20 hrs |
| 04/09/13 | LG | Communications with the monitor regarding the impact of providing more than the minimum in consumer relief credit on Rescap's settlement obligations | L190 | .20 hrs |
| 04/09/13 | LG | Communications with Rescap regarding the flagging associated with certain accounts in order to assist the IRG in its testing | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    75
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Task | Hours |
|------|------|-------------|------|-------|
| 04/09/13 | LG | Lengthy communication regarding the status of Exhibit I solicitations and the strategy for completing those solicitations in a manner consistent with Exhibit I | L190 | 1.10 hrs |
| 04/09/13 | LG | Communications with client regarding the solicitation of a certain loan | L190 | .30 hrs |
| 04/09/13 | LG | Communications with client regarding the requirements of Exhibit I and the testing of those requirements | L190 | .30 hrs |
| 04/09/13 | RRM | Work on and review e-mail from Counsel for Monitor, regarding OMSO position on "stop list" and follow up on subsequent impact to client | L190 | .80 hrs |
| 04/09/13 | RRM | Multiple e-mail correspondence with client on meeting with Greentree | L190 | .60 hrs |
| 04/09/13 | RRM | Work on Applicable Requirements and conflicts for Estate in context of AG/DOJ compliance under settlement | L190 | 1.20 hrs |
| 04/09/13 | RMC | Review and analyze issues regarding SCRA | L190 | .70 hrs |
| 04/10/13 | RMC | Research and communicate response from Ginnie Mae re Merhic issues | L190 | .60 hrs |
| 04/10/13 | MCG | Review and analyze cross-servicer conflicts related to the SCRA and compare to the Consent Order and Exhibit H requirements | L190 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    76
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/10/13 | MCG | Review and revise memorandum outlining cross-servicer conflicts related to the SCRA and the Consent Order and Exhibit H requirements | L190 | .60 hrs |
| 04/10/13 | LG | Call with the Estate and Green Tree discussing the Green Tree IRG | L190 | .80 hrs |
| 04/10/13 | LG | Communications regarding Estate meeting with Kevin Schulk | L190 | .20 hrs |
| 04/10/13 | LG | Analyze revisions to ResCap stop document to determine whether those revisions are acceptable to ResCap | L190 | .40 hrs |
| 04/10/13 | LG | Prepare for call with the Estate and Green Tree discussing the Green Tree IRG | L190 | .20 hrs |
| 04/10/13 | LG | Meeting with client to better understand the process for determining whether a loan was properly denied for a modification | L190 | 1.30 hrs |
| 04/10/13 | LG | Call with cross-servicer group preparing for upcoming meeting with the monitor to discuss the new proposed metrics | L190 | .90 hrs |
| 04/10/13 | RRM | Review e-mail from Phillip Bordelon with regard to documents to be previewed by Baker Tilly in Webex Presentation and subsequent conference with IRG regarding same | L190 | 2.00 hrs |
| 04/10/13 | RRM | Continue to work on "Metric Testing Questions" and Resolutions and revisions to same and center with business as to repute into a compliance perspective | L190 | 3.10 hrs |