

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     77
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/10/13 | ACRA | Meet with employees to discuss quality control process used to determine when solicitation requirements have been fulfilled | L190 | 1.00 hrs |
| 04/10/13 | ACRA | Analyze issues related to testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | .50 hrs |
| 04/11/13 | ACRA | Analyze issues related to upcoming testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | .40 hrs |
| 04/11/13 | RMC | Email to and from M.Malone at HUD re Mehrics | L190 | .20 hrs |
| 04/11/13 | LG | Analyze agenda and various documents in preparation for cross servicer call discussing AG Settlement implementation | L190 | .30 hrs |
| 04/11/13 | LG | Cross servicer call discussing AG settlement and implementation  issues | L190 | .80 hrs |
| 04/11/13 | LG | Draft status report for the Rescap Estate on AG settlement implementation developments during the prior week | L190 | .80 hrs |
| 04/11/13 | LG | Communications with the cross servicer group regarding the conflicts document and discussion of that document | L190 | .20 hrs |
| 04/12/13 | LG | Call with the cross servicer group discussing various legal issues related to the implementation of the AG Settlement requirements and consumer relief credit under the AG settlement | L190 | 1.00 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    78
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/12/13 | LG | Draft update of AG settlement progress at request of the federal reserve board | L190 | 1.90 hrs |
| 04/12/13 | LG | Call with the monitor and cross servicer group discussing various issues related to credit testing, the new metrics, and testing of other metrics | L190 | 3.10 hrs |
| 04/12/13 | LG | Analyze communications related to the Green Tree IRG and deliverables for upcoming trip to Tempe to establish the Green Tree IRG | L190 | .20 hrs |
| 04/12/13 | LG | Revise AG Settlement status update requested by the FRB and transmit to client | L190 | .40 hrs |
| 04/12/13 | LG | Analyze clayton NDA to determine if the Estate can sign the NDA as is or whether it needs to suggest revisions to the NDA | L190 | .40 hrs |
| 04/12/13 | RRM | Extensive preparation for and subsequent telephone conference with cross-servicer legal call with regard to 1st lier testing Metric 8 and conflict matters | L190 | 2.30 hrs |
| 04/12/13 | RRM | Review of multiple documents from business on SPOC and QA around SPOC and subsequent telephone conference call with BDO and Baker Tilly on same | L190 | .80 hrs |
| 04/12/13 | RRM | Extensive preparation for OMSO call including multiple documents and participation in subsequent telephone conference call with OMSO and servicer call | L190 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    79
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/12/13 | RRM | Review e-mail from GT with regard to confidentiality Agreement and initial review of same | L190 | .50 hrs |
| 04/12/13 | CLHA | Advise co-counsel regarding bankruptcy specific issues arising under consent order | L190 | 1.70 hrs |
| 04/12/13 | RRM | Extensive preparation for and subsequent telephone conference with Monitoring Committee including DOJ, CA, IL, IA, NC and TX Attorney General Offices and lead discussion on Applicable Requirement and follow up work on same | L190 | 3.10 hrs |
| 04/15/13 | RRM | Continue work on revised conflict Applicable Requirements based on Monitoring Committee feedback | L190 | .90 hrs |
| 04/15/13 | RRM | Multiple e-mail correspondence with client with regard to Greentree and Clayton | L190 | .80 hrs |
| 04/15/13 | CLHA | Research bankruptcy-specific issues related to compliance with consent order in context of loan modifications | L190 | 1.40 hrs |
| 04/15/13 | RRM | Participate in weekly cross-servicer call and follow up | L190 | 1.30 hrs |
| 04/15/13 | RRM | Extensive preparation for and subsequent telephone conference call with client with regard to compliance status and follow up work on same | L190 | 1.80 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    80
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| 04/15/13 | RRM | Preparation and subsequent telephone conference call with Dave Cunningham and Baker Tilly | L190 | .40 hrs |
|---|---|---|---|---|
| 04/15/13 | LG | Prepare for call with the Rescap estate discussing Rescap's solicitation completeness testing | L190 | .50 hrs |
| 04/15/13 | LG | Call with the Rescap Estate regarding the status of Rescap's solicitation completeness testing and next steps associated with that testing | L190 | .80 hrs |
| 04/15/13 | LG | Analyze issues and comments from the call with the IRG and the manner in which these comments impact the testing procedure outline | L190 | .40 hrs |
| 04/15/13 | LG | Draft lengthy report to client concerning the status of the solicitation completeness testing | L190 | 1.50 hrs |
| 04/15/13 | LG | Prepare for call with the IRG discussing testing procedure and document outlining those procedures in regards to solicitation completeness testing | L190 | .30 hrs |
| 04/15/13 | LG | Call with the IRG discussing testing procedures for solicitation completeness testing | L190 | .80 hrs |
| 04/15/13 | LG | Call with Ocwen discussing the implementation of the AG settlement and issues that arose during the past week | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 04/15/13 | ACRA | Call with employees to discuss testing procedure of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | .90 hrs |
| 04/15/13 | ACRA | Analyze issues related to testing procedure of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 2.00 hrs |
| 04/16/13 | ACRA | Call with employees to discuss testing outline for Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 2.50 hrs |
| 04/16/13 | LG | Communications regarding Clayton's proposed NDA and the need for Ocwen IRG to sign that NDA | L190 | .20 hrs |
| 04/16/13 | LG | Call with the cross servicer group discussing the implementation of the new metrics and testing requirements | L190 | 1.00 hrs |
| 04/16/13 | LG | Communications regarding the status and finalization of meeting Exhibit I requirements | L190 | 2.30 hrs |
| 04/16/13 | LG | Communications with the Estate regarding AG Settlement implementation issues that arose during the previous week | L190 | .70 hrs |
| 04/16/13 | RRM | Preparation for and subsequent telephone conference call with cross-servicer group on proposed re-draft of metrics and extensive follow up work on same | L190 | 2.70 hrs |
| 04/16/13 | RRM | Review of revised Ex I Test script and review and make comments for same | L190 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    82
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/16/13 | RRM | Continue work with CSG Legal Group on compliance with IX A of servicing standards and proper notice provision | L190 | 1.20 hrs |
|---|---|---|---|---|
| 04/16/13 | RRM | Extensive work and multiple emails with IRG around SPOC proposal metrics | L190 | 1.60 hrs |
| 04/16/13 | RRM | Multiple e-mail correspondence with client with regard to need from GT/Clayton for additional documentation | L190 | .70 hrs |
| 04/17/13 | RRM | Preparation for and subsequent telephone conference call with client regarding status update and IRG matters | L190 | .40 hrs |
| 04/17/13 | RRM | Extensive work on updated analysis on solicitation completeness and draft e-mail to cleint regarding same | L190 | 4.10 hrs |
| 04/18/13 | RRM | Review e-mail from FRB regarding current status if Metric B1 and review of same and subsequent emails regarding same | L190 | .80 hrs |
| 04/18/13 | RRM | Preparation for and subsequent telephone conference call with regulators | L190 | 1.00 hrs |
| 04/18/13 | DCL | Telephone conference with Carpenter Lipps and Morrison & Foerster LLP regarding scope of GMACM's production to government entities | L190 | .30 hrs |
| 04/18/13 | DCL | Telephone conference with client regarding scope of GMACM's production of response to the Massachusetts CID in response to inquiry from GMACM's bankruptcy counsel | L190 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    83
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/18/13 | LG | Draft report to the Estate regarding activity related to AG Settlement implementation that occurred during the prior week | L190 | 1.10 hrs |
| 04/19/13 | RRM | Participation weekly cross-servicer legal group call | L190 | .50 hrs |
| 04/19/13 | RRM | Preparation for and subsequent telephone conference call with weekly servicing standards call and follow up on same with regard to conflicts/applicable requirements | L190 | .90 hrs |
| 04/19/13 | RRM | Preparation for and subsequent telephone conference call with Greentree as to NDAS, agenda and other matters | L190 | .80 hrs |
| 04/20/13 | RRM | Extensive work based on prior work on servicing standards, building out metrics and relation between both, then outline necessary documentation needed by IRG to validate and evidence compliance with standards and metrics, proposed reporting to the Estate and what the Estate will provide to OMSO, and review of expectations that both Estate and OMSO will need to be compliant under AG/DOJ Settlement | L190 | 6.80 hrs |
| 04/22/13 | RRM | Respond to CSG Legal Group on IRG testing of Metric 20, question 2 | L190 | .30 hrs |
| 04/22/13 | RRM | Review of test scripts and outline talking points for upcoming meeting with GT/Clayton and include points on need for efficiency and transparency in the process | L190 | 3.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    84
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/22/13 | RRM | Certain preparation for and subsequent meeting in AZ with GT/Clayton and walk through possible relationship as IRG and documents and details needed and follow up work and review of GT operating procedures in outline book | L190 | 8.40 hrs |
| 04/22/13 | JRB | Prepare for and participate in cross servicer call regarding DOJ-CFPB analysis | L190 | 2.00 hrs |
| 04/22/13 | LG | Analyze communications related to edits to the new SPOC metric | L190 | .20 hrs |
| 04/22/13 | LG | Communications regarding CFPB regulations and need to assess the impact of those regulations on the National Mortgage Settlement | L190 | .10 hrs |
| 04/22/13 | LG | Call with client regarding 14 loans that may not require reimbursement | L190 | .20 hrs |
| 04/22/13 | LG | Analyze information provided by client related to the reimbursement of 14 loans | L190 | .50 hrs |
| 04/23/13 | LG | Communications with the monitor regarding RescapÆs settlement obligations and the structure of RescapÆs IRG after the sale of the company | L190 | .70 hrs |
| 04/23/13 | LG | Call with the GMAC Estate regarding the meeting with Green Tree and payments related to certain loans | L190 | .60 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    85
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/23/13 | LG | Call with cross-servicer group discussing the new metrics proposed by the monitor and the servicerÆs revisions to these metrics | L190 | .80 hrs |
| 04/23/13 | RRM | Review of multiple revisions to Metrics 30,31,19 and proposed SPOC question and work on same | L190 | .80 hrs |
| 04/23/13 | RRM | Participate on servicer only NMS call with regard to Metrics proposal by the Monitor and follow up on same | L190 | 1.40 hrs |
| 04/23/13 | RRM | Telephone conference with Monitor and his professionals | L190 | .50 hrs |
| 04/24/13 | RRM | Continue work with IRG head up follow up discussions after Greentree meeting and extensive work afterwards with regard to gap analysis | L190 | 2.00 hrs |
| 04/24/13 | RRM | Continue work on alignment with other services on timeless certificate and issues between gaps of same | L190 | .90 hrs |
| 04/24/13 | RRM | Extensive work on CFPB standards around loss litigation that impact legacy ResCap portfolio and reviewed e-mail from Pete Silver and subsequent telephone conference call regarding the same | L190 | 2.20 hrs |
| 04/24/13 | LG | Call with Ocwen discussing its solicitation procedures and obtaining a list of active solicitation for the estate as related to a certain group of loans | L190 | .80 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      86
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/24/13 | LG | Analyze and revise documents related to the solicitation requirement contained in Exhibit I of the National Mortgage Settlement | L190 | 1.10 hrs |
|---|---|---|---|---|
| 04/24/13 | LG | Communications with Ocwen regarding the AG solicitation document and OMSOÆs comments to that document | L190 | .60 hrs |
| 04/24/13 | LG | Communications regarding Baker TillyÆs request regarding the timeliness certification | L190 | .30 hrs |
| 04/24/13 | LG | Communications with Baker Tilly regarding the timeliness certification | L190 | .10 hrs |
| 04/24/13 | LG | Communications with Estate regarding the AG solicitation document and the monitor's comments on that document | L190 | .40 hrs |
| 04/24/13 | ACRA | Revise document addressing issues related to upcoming testing of consumer relief obligations pursuant to National Mortgage Settlement | L190 | 2.50 hrs |
| 04/25/13 | ACRA | Analyze issues related to document discussing issues regarding upcoming testing of consumer relief obligations pursuant to National Mortgage Settlement | L190 | 1.00 hrs |
| 04/25/13 | ACRA | Analyze loan population in order to create presentation to Monitor describing consumer relief testing pursuant to National Mortgage Settlement | L190 | 1.40 hrs |
| 04/25/13 | LG | Communications with Estate regarding solicitation exceptions document | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    87
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| 04/25/13 | LG | Analyze need for additional timeliness certification in preparation to convince Baker Tilly that the current timeliness certification is sufficient | L190 | .30 hrs |
|---|---|---|---|---|
| 04/25/13 | LG | Communications with the business unit regarding the solicitation of certain borrowers pursuant to Exhibit I | L190 | .30 hrs |
| 04/25/13 | LG | Respond to email from the estate regarding certain exhibit I requirements in light of the servicer having provided more than 250 million in consumer relief | L190 | .20 hrs |
| 04/25/13 | LG | Draft document regarding the impact of the settlement on loans transferred to GMAC after the settlement was executed | L190 | .60 hrs |
| 04/25/13 | LG | Communications regarding incoming loans and the impact of the AG settlement on those loans | L190 | .20 hrs |
| 04/25/13 | LG | Draft report to the estate regarding the status of various AG Settlement implementation issues | L190 | .70 hrs |
| 04/25/13 | LG | Communications with the estate regarding the solicitation of certain AG loans and a report regarding those loans | L190 | .50 hrs |
| 04/25/13 | LG | Call with the cross servicer group discussing the Monitor's new metrics and the servicers' edits to those metrics | L190 | 1.00 hrs |
| 04/25/13 | LG | Call with the cross servicer group discussing various issues related to metric implementation and testing | L190 | .80 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 04/25/13 | RRM | Review OMSO proposal to continue second lien meeting in spit of reaching consumer relief threshold and review of Exe and Ex I for basis to explain ceasing program for upcoming meeting with OMSO in May | L190 | 1.40 hrs |
|---|---|---|---|---|
| 04/25/13 | RRM | Work with and multiple e-mail correspondence on new proposal SPOC Metric and future compliance of same | L190 | .90 hrs |
| 04/25/13 | RRM | E-mail correspondence to and from client with regard to new SPOC Metric and review same and respond | L190 | .40 hrs |
| 04/25/13 | RRM | Preparation for and subsequent telephone conference call with metric group regarding loss mitigation and redefining metric testing | L190 | 1.10 hrs |
| 04/25/13 | RRM | Work on multiple e-mail correspondence and documents on revised new metrics and work with business units on making sure the new metrics are palatable work back into cross-servicer legal group for presentation to OMSO | L190 | 2.00 hrs |
| 04/25/13 | RRM | Preparation and subsequent telephone conference call with cross-servicer group on updated compliance matters and working on neometrics | L190 | 1.30 hrs |
| 04/25/13 | LG | Communications and analysis of the monitor's revisions to a document regarding the Estate's obligations now that it has exceeded the required amount of consumer relief | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    89
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 04/26/13 | LG | Communications with Ocwen regarding the need for more detailed month end reporting related to the solicitation required by Exhibit I | L190 | .20 hrs |
|---|---|---|---|---|
| 04/26/13 | LG | Communications with client regarding Rescap solicitation exceptions | L190 | .10 hrs |
| 04/26/13 | RRM | Extensive preparation for and subsequent telephone conference call with OMSO and CSG on drafts of revised Metrics 19, 30 and 31 and follow up work on same | L190 | 2.30 hrs |
| 04/26/13 | ACRA | Analyze issues related upcoming testing of Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 1.00 hrs |
| 04/29/13 | RRM | Participate in weekly servicing standards update and sues related to upcoming implementation of new metrics and follow up on same | L190 | 1.40 hrs |
| 04/29/13 | RRM | Prepare for and subsequent telephone conference with Counsel regarding protective POCs file by State AG's and validity and strategy for handling same and follow up on research related to settlement | L190 | 1.30 hrs |
| 04/29/13 | ACRA | Analyze issues related to proofs of claim filed by state attorney generals based upon obligations pursuant to National Mortgage Settlement | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      90
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

ResCap

---

| Date | Init | Description | Task | Hours |
|------|------|-------------|------|-------|
| 04/30/13 | ACRA | Analyze issues related to claims filed in bankruptcy court related to Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 1.00 hrs |
| 04/30/13 | ACRA | Meet with Ocwen employees to discuss issues related to Consumer Relief obligations pursuant to National Mortgage Settlement | L190 | 2.50 hrs |
| 04/30/13 | RRM | Participate in CSG meeting on summer relief and metrics for bargain and work on subsequent matters | L190 | 2.20 hrs |
| 04/30/13 | RRM | Continue to work on multiple documents related to compliance on upcoming 5/15 reports due by ResCap for submission to Monitor and additional work in PA on solicitation completeness testing | L190 | 6.20 hrs |
| 04/30/13 | RRM | Internal conference call with client with regard to current compliance matter and follow up work on multiple matters | L190 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                    $247,380.60

EXPENSES

| | | |
|---|---|---|
| 03/05/13 | Copy Charges | 0.00 |
| 03/08/13 | Copy Charges | 0.00 |
| 03/12/13 | Copy Charges | 0.00 |
| 03/14/13 | Copy Charges | 0.00 |
| 03/15/13 | Copy Charges | 0.00 |
| 03/15/13 | Copy Charges | 0.00 |
| 03/15/13 | Copy Charges | 0.00 |
| 03/15/13 | Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    91
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 03/15/13 Copy Charges | 0.00 |
|---|---|
| 03/15/13 Copy Charges | 0.00 |
| 03/15/13 Copy Charges | 0.00 |
| 03/15/13 Copy Charges | 0.00 |
| 03/15/13 Copy Charges | 0.00 |
| 03/15/13 Copy Charges | 0.00 |
| 03/15/13 Copy Charges | 0.00 |
| 03/15/13 Copy Charges | 0.00 |
| 03/15/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/18/13 Copy Charges | 0.00 |
| 03/28/13 Copy Charges | 0.00 |
| 03/28/13 Copy Charges | 0.00 |
| 03/28/13 Copy Charges | 0.00 |
| 03/28/13 Copy Charges | 0.00 |

02/18/13 Airline Tickets - ROBERT R. MADDOX ATTEND BDO    649.80
         MEETINGS IN DALLAS, TX 2/8/13
         Bank ID: GENR Check Number: 107002
02/18/13 Airline Tickets - LEE GILLEY ATTEND MEETINGS IN    617.80
         DALLAS, TX RE: SETTLEMENT 2/5/13 - 2/8/13
         Bank ID: GENR Check Number: 106978
02/18/13 Airline Tickets - LEE GILLEY ATTEND MEETING IN    617.80
         DALLAS, TX 2/12/13 - 2/14/13
         Bank ID: GENR Check Number: 106978
02/26/13 Airline Tickets - LEE GILLEY ATTEND MEETINGS    308.90
         RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 -
         2/22/13
         Bank ID: GENR Check Number: 107417



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     92
APRIL 30, 2013

0R0802-301220

**FED ID NO. 63-0243316**

| | | |
|---|---|---:|
| 02/26/13 | Airline Tickets - LEE GILLEY ATTEND MEETINGS RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 - 2/22/13 Bank ID: GENR Check Number: 107417 | 316.40 |
| 03/04/13 | Airline Tickets - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC IN DALLAS, TX 2/26/13 - 3/1/13 Bank ID: GENR Check Number: 107857 | 699.80 |
| 03/06/13 | Airline Tickets - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 Bank ID: GENR Check Number: 107880 | 623.80 |
| 03/11/13 | Airline Tickets - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 3/5/13 - 3/7/13 Bank ID: GENR Check Number: 108203 | 467.15 |
| 03/18/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MBA IN SAN FRANCISCO, CA 3/1/13 - 3/4/13 Bank ID: GENR Check Number: 108569 | 1,278.70 |
| 03/18/13 | Airline Tickets - ROBERT R. MADDOX ATTEND DMAC ESTATE MEETING IN DALLAS, TX 2/25/13 - 2/28/13 Bank ID: GENR Check Number: 108569 | 340.90 |
| 03/18/13 | Airline Tickets - ROBERT R. MADDOX GMAC ESTATE MEETING IN WASHINGTON, PA 2/27/13 - 2/28/13 Bank ID: GENR Check Number: 108569 | 587.90 |
| 03/19/13 | Airline Tickets - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE., STE. 900 DALLAS TX 3/11/13 - 3/15/13 Bank ID: GENR Check Number: 108544 | 681.80 |
| 03/19/13 | Airline Tickets - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13 Bank ID: GENR Check Number: 108549 | 189.90 |
| 03/19/13 | Airline Tickets - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13 RETURN FLIGHT Bank ID: GENR Check Number: 108549 | 308.90 |
| 03/19/13 | Airline Tickets - ROBERT R. MADDOX MEETING W/ GMAC IN DALLAS, TX 3/13/13 Bank ID: GENR Check Number: 108569 | 548.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      93
ResCap                                                       APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

03/26/13 Airline Tickets - ANNA CRAFT ATTEND COMPLIANCE            681.80
         WORK AT GMAC 2711 NORTH HASKELL AVE STE 900
         DALLAS TX 3/19/13 - 3/22/13
         Bank ID: GENR Check Number: 108939
03/29/13 Airline Tickets - ANNA CRAFT COMPLIANCE WORK AT           685.80
         GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS,
         TX 3/26/13 - 3/28/13
         Bank ID: GENR Check Number: 109079
04/15/13 Airline Tickets - LEE GILLEY ATTEND MEETING,             617.80
         NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION
         ISSUES 3/26/13 - 3/28/13 IN DALLAS, TX
         Bank ID: GENR Check Number: 109914
04/16/13 Airline Tickets - LEE GILLEY ATTEND NATIONAL            617.80
         MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN
         DALLAS, TX 4/2/13 - 4/5/13 BHM TO DALLAS
         Bank ID: GENR Check Number: 109914
04/16/13 Airline Tickets - LEE GILLEY ATTEND NATIONAL            384.90
         MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES
         3/5/13 - 3/22/13 D.C. TO DALLAS
         Bank ID: GENR Check Number: 109914
04/16/13 Airline Tickets - LEE GILLEY ATTEND NATIONAL            308.90
         MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES
         3/5/13 - 3/22/13 DALLAS TO BHM
         Bank ID: GENR Check Number: 109914
04/16/13 Airline Tickets - LEE GILLEY ATTEND NATIONAL            617.80
         MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN
         DALLAS, TX 4/8/13 - 4/11/13 BHM TO DALLAS
         Bank ID: GENR Check Number: 109914
04/22/13 Airline Tickets - ANNA CRAFT ATTEND COMPLIANCE          625.80
         WORK IN DALLAS, TX 4/8/13 - 4/11/13
         Bank ID: GENR Check Number: 110145
04/22/13 Airline Tickets - ANNA CRAFT ATTEND COMPLIANCE          681.80
         WORK IN DALLAS, TX 4/1/13 - 4/5/13
         Bank ID: GENR Check Number: 110145
04/29/13 Airline Tickets - ROBERT R. MADDOX ATTEND               659.80
         MEETING IN DALLAS, TX 4/1/13 - 4/4/13
         Bank ID: GENR Check Number: 110439



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    94
ResCap                                                                      APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|------|-------------|--------|
| 02/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND BDO MEETINGS IN DALLAS, TX 2/8/13 PARKING Bank ID: GENR Check Number: 107002 | 51.96 |
| 02/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND BDO MEETINGS IN DALLAS, TX 2/8/13 HOTEL Bank ID: GENR Check Number: 107002 | 458.74 |
| 02/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND BDO MEETINGS IN DALLAS, TX 2/8/13 RENTAL CAR Bank ID: GENR Check Number: 107002 | 352.46 |
| 02/18/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS IN DALLAS, TX RE: SETTLEMENT 2/5/13 - 2/8/13 HOTEL Bank ID: GENR Check Number: 106978 | 733.05 |
| 02/18/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS IN DALLAS, TX RE: SETTLEMENT 2/5/13 - 2/8/13 RENTAL CAR Bank ID: GENR Check Number: 106978 | 200.20 |
| 02/18/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS IN DALLAS, TX RE: SETTLEMENT 2/5/13 - 2/8/13 PARKING Bank ID: GENR Check Number: 106978 | 135.78 |
| 02/18/13 | Travel Expense - LEE GILLEY ATTEND MEETING IN DALLAS, TX 2/12/13 - 2/14/13 PARKING Bank ID: GENR Check Number: 106978 | 94.12 |
| 02/18/13 | Travel Expense - LEE GILLEY ATTEND MEETING IN DALLAS, TX 2/12/13 - 2/14/13 TIPS, WIFI Bank ID: GENR Check Number: 106978 | 22.52 |
| 02/18/13 | Travel Expense - LEE GILLEY ATTEND MEETING IN DALLAS, TX 2/12/13 - 2/14/13 HOTEL Bank ID: GENR Check Number: 106978 | 481.78 |
| 02/18/13 | Travel Expense - LEE GILLEY ATTEND MEETING IN DALLAS, TX 2/12/13 - 2/14/13 RENTAL CAR Bank ID: GENR Check Number: 106978 | 365.19 |
| 02/26/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 - 2/22/13 HOTEL Bank ID: GENR Check Number: 107417 | 481.78 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     95
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 02/26/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 - 2/22/13 RENTAL CAR<br>Bank ID: GENR Check Number: 107417 | 103.46 |
| 02/26/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 - 2/22/13HOTEL PARKING<br>Bank ID: GENR Check Number: 107417 | 51.96 |
| 02/26/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 - 2/22/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 107417 | 49.47 |
| 02/26/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 - 2/22/13 FUEL, TIPS, WIFI ON PLANE<br>Bank ID: GENR Check Number: 107417 | 40.09 |
| 03/04/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC IN DALLAS, TX 2/26/13 - 3/1/13 HOTEL<br>Bank ID: GENR Check Number: 107857 | 310.05 |
| 03/04/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC IN DALLAS, TX 2/26/13 - 3/1/13 HOTEL<br>Bank ID: GENR Check Number: 107857 | 344.63 |
| 03/04/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC IN DALLAS, TX 2/26/13 - 3/1/13 HOTEL<br>Bank ID: GENR Check Number: 107857 | 344.63 |
| 03/04/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC IN DALLAS, TX 2/26/13 - 3/1/13 RENTAL CAR<br>Bank ID: GENR Check Number: 107857 | 331.90 |
| 03/04/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC IN DALLAS, TX 2/26/13 - 3/1/13 PARKING<br>Bank ID: GENR Check Number: 107857 | 93.65 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    96
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | |
|---|---:|
| 03/04/13 Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC IN DALLAS, TX 2/26/13 - 3/1/13 WIFI, TIPS, FUEL<br>Bank ID: GENR Check Number: 107857 | 35.96 |
| 03/06/13 Travel Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 HOTEL<br>Bank ID: GENR Check Number: 107880 | 963.56 |
| 03/06/13 Travel Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 RENTAL CAR<br>Bank ID: GENR Check Number: 107880 | 351.74 |
| 03/06/13 Travel Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 HOTEL PARKING<br>Bank ID: GENR Check Number: 107880 | 103.92 |
| 03/06/13 Travel Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 107880 | 67.94 |
| 03/06/13 Travel Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 FUEL, TIPS, PARKING, AIRLINE WIFI<br>Bank ID: GENR Check Number: 107880 | 81.97 |
| 03/11/13 Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 3/5/13 - 3/7/13 HOTEL<br>Bank ID: GENR Check Number: 108203 | 662.16 |
| 03/11/13 Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 3/5/13 - 3/7/13 CAB FARE<br>Bank ID: GENR Check Number: 108203 | 55.00 |
| 03/11/13 Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 3/5/13 - 3/7/13 PARKING<br>Bank ID: GENR Check Number: 108203 | 42.40 |
| 03/11/13 Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 3/5/13 - 3/7/13 TIPS, WIFI<br>Bank ID: GENR Check Number: 108203 | 34.42 |
| 03/18/13 Travel Expense - ROBERT R. MADDOX ATTEND MBA IN SAN FRANCISCO, CA 3/1/13 - 3/4/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108569 | 1,243.56 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      97
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 03/18/13 | Travel Expense - ROBERT R. MADDOX GMAC ESTATE MEETING IN WASHINGTON, PA 2/27/13 - 2/28/13 HOTEL<br>Bank ID: GENR Check Number: 108569 | 171.72 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX GMAC ESTATE MEETING IN WASHINGTON, PA 2/27/13 - 2/28/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108569 | 251.21 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 2/5/13 - 2/8/13 HOTEL<br>Bank ID: GENR Check Number: 108569 | 458.74 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 2/5/13 - 2/8/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108569 | 352.46 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 2/5/13 - 2/8/13 PARKING<br>Bank ID: GENR Check Number: 108569 | 96.00 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND DMAC ESTATE MEETING IN DALLAS, TX 2/25/13 - 2/28/13 HOTEL<br>Bank ID: GENR Check Number: 108569 | 826.41 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND DMAC ESTATE MEETING IN DALLAS, TX 2/25/13 - 2/28/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108569 | 576.70 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND DMAC ESTATE MEETING IN DALLAS, TX 2/25/13 - 2/28/13 PARKING<br>Bank ID: GENR Check Number: 108569 | 77.94 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND DMAC ESTATE MEETING IN DALLAS, TX 2/25/13 - 2/28/13 FUEL<br>Bank ID: GENR Check Number: 108569 | 30.89 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC ESTATE MEETING IN DALLAS, TX 2/18/13 - 2/19/13 HOTEL<br>Bank ID: GENR Check Number: 108569 | 257.59 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    98
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC ESTATE MEETING IN DALLAS, TX 2/18/13 - 2/19/13 HOTEL<br>Bank ID: GENR Check Number: 108569 | 542.38 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC ESTATE MEETING IN DALLAS, TX 2/18/13 - 2/19/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108569 | 462.29 |
| 03/18/13 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC ESTATE MEETING IN DALLAS, TX 2/18/13 - 2/19/13 ROAD TOLLS<br>Bank ID: GENR Check Number: 108569 | 18.21 |
| 03/19/13 | Travel Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13 HOTEL<br>Bank ID: GENR Check Number: 108549 | 2,143.80 |
| 03/19/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE., STE. 900 DALLAS TX 3/11/13 - 3/15/13 HOTEL<br>Bank ID: GENR Check Number: 108544 | 1,055.76 |
| 03/19/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE., STE. 900 DALLAS TX 3/11/13 - 3/15/13 PARKING<br>Bank ID: GENR Check Number: 108544 | 90.00 |
| 03/19/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE., STE. 900 DALLAS TX 3/11/13 - 3/15/13 CAB FARE<br>Bank ID: GENR Check Number: 108544 | 44.00 |
| 03/19/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE., STE. 900 DALLAS TX 3/11/13 - 3/15/13 WIFI, TIPS<br>Bank ID: GENR Check Number: 108544 | 28.00 |
| 03/19/13 | Travel Expense - ROBERT R. MADDOX MEETING W/ GMAC IN DALLAS, TX 3/13/13 HOTEL<br>Bank ID: GENR Check Number: 108569 | 550.94 |
| 03/19/13 | Travel Expense - ROBERT R. MADDOX MEETING W/ GMAC IN DALLAS, TX 3/13/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108569 | 464.08 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    99
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 03/19/13 | Travel Expense - ROBERT R. MADDOX MEETING W/ GMAC IN DALLAS, TX 3/13/13 PARKING<br>Bank ID: GENR Check Number: 108569 | 51.96 |
| 03/19/13 | Travel Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13 PARKING<br>Bank ID: GENR Check Number: 108549 | 259.80 |
| 03/19/13 | Travel Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13 IN-FLIGHT WIFI, TIPS<br>Bank ID: GENR Check Number: 108549 | 58.00 |
| 03/26/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE STE 900 DALLAS TX 3/19/13 - 3/22/13 HOTEL<br>Bank ID: GENR Check Number: 108939 | 956.46 |
| 03/26/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE STE 900 DALLAS TX 3/19/13 - 3/22/13 RENTAL CAR<br>Bank ID: GENR Check Number: 108939 | 278.45 |
| 03/26/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE STE 900 DALLAS TX 3/19/13 - 3/22/13 HOTEL PARKING<br>Bank ID: GENR Check Number: 108939 | 80.37 |
| 03/26/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE STE 900 DALLAS TX 3/19/13 - 3/22/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 108939 | 61.50 |
| 03/26/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE STE 900 DALLAS TX 3/19/13 - 3/22/13 IN-FLIGHT WIFI, FUEL, TIPS<br>Bank ID: GENR Check Number: 108939 | 49.00 |
| 03/29/13 | Travel Expense - ANNA CRAFT COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS, TX 3/26/13 - 3/28/13 HOTEL<br>Bank ID: GENR Check Number: 109079 | 462.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    100
ResCap                                                          APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

---

| | | |
|---|---|---:|
| 03/29/13 | Travel Expense - ANNA CRAFT COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS, TX 3/26/13 - 3/28/13 RENTAL CAR<br>Bank ID: GENR Check Number: 109079 | 356.40 |
| 03/29/13 | Travel Expense - ANNA CRAFT COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS, TX 3/26/13 - 3/28/13 HOTEL PARKING<br>Bank ID: GENR Check Number: 109079 | 48.00 |
| 03/29/13 | Travel Expense - ANNA CRAFT COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS, TX 3/26/13 - 3/28/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 109079 | 54.38 |
| 03/29/13 | Travel Expense - ANNA CRAFT COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS, TX 3/26/13 - 3/28/13 SEATS<br>Bank ID: GENR Check Number: 109079 | 14.00 |
| 03/29/13 | Travel Expense - ANNA CRAFT COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS, TX 3/26/13 - 3/28/13 FUEL, TIPS<br>Bank ID: GENR Check Number: 109079 | 30.75 |
| 04/15/13 | Travel Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 - 3/28/13 IN DALLAS, TX HOTEL<br>Bank ID: GENR Check Number: 109914 | 392.12 |
| 04/15/13 | Travel Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 - 3/28/13 IN DALLAS, TX AIRPORT PARKING<br>Bank ID: GENR Check Number: 109914 | 55.38 |
| 04/15/13 | Travel Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 - 3/28/13 IN DALLAS, TX TIPS<br>Bank ID: GENR Check Number: 109914 | 20.00 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/5/13 HOTEL<br>Bank ID: GENR Check Number: 109914 | 791.08 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    101
ResCap                                                                APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/2/13 CAB FARE Bank ID: GENR Check Number: 109914 | 64.85 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/5/13 CAB FARE Bank ID: GENR Check Number: 109914 | 65.00 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/2/13 - 4/5/13 AIRPORT PARKING Bank ID: GENR Check Number: 109914 | 69.25 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/19/13 - 3/22/13 HOTEL Bank ID: GENR Check Number: 109914 | 777.96 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/19/13 - 3/22/13 HOTEL PARKING Bank ID: GENR Check Number: 109914 | 58.00 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/19/13 - 3/22/13 RENTAL CAR Bank ID: GENR Check Number: 109914 | 440.66 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/19/13 - 3/22/13 FUEL Bank ID: GENR Check Number: 109914 | 7.49 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/8/13 - 4/11/13 FUEL Bank ID: GENR Check Number: 109914 | 16.63 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/8/13 - 4/11/13 AIRPORT PARKING Bank ID: GENR Check Number: 109914 | 61.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    102
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/19/13 CAB FARE<br>Bank ID: GENR Check Number: 109914 | 50.00 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/5/13 - 3/22/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 109914 | 46.91 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/5/13 - 3/22/13 PARKING, TIPS<br>Bank ID: GENR Check Number: 109914 | 43.00 |
| 04/16/13 | Travel Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/8/13 - 4/11/13 HOTEL<br>Bank ID: GENR Check Number: 109914 | 777.96 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/1/13 - 4/5/13 TIPS, FUEL<br>Bank ID: GENR Check Number: 110145 | 31.50 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/1/13 - 4/5/13 HOTEL<br>Bank ID: GENR Check Number: 110145 | 1,148.00 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/1/13 - 4/5/13 RENTAL CAR<br>Bank ID: GENR Check Number: 110145 | 380.43 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/1/13 - 4/5/13 HOTEL PARKING<br>Bank ID: GENR Check Number: 110145 | 103.92 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/1/13 - 4/5/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 110145 | 51.31 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/8/13 - 4/11/13 TIPS<br>Bank ID: GENR Check Number: 110145 | 20.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    103
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/8/13 - 4/11/13 HOTEL<br>Bank ID: GENR Check Number: 110145 | 864.42 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/8/13 - 4/11/13 RENTAL CAR<br>Bank ID: GENR Check Number: 110145 | 315.23 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/8/13 - 4/11/13 HOTEL PARKING<br>Bank ID: GENR Check Number: 110145 | 87.00 |
| 04/22/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/8/13 - 4/11/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 110145 | 62.20 |
| 04/23/13 | Travel Expense - ROBERT R. MADDOX REFUND DUPLICATE CHARGE CHECK #108569 RENTAL CAR<br>Bank ID: GENR Check Number: 110063 | (352.46) |
| 04/23/13 | Travel Expense - ROBERT R. MADDOX REFUND DUPLICATE CHARGE CHECK #105376 RENTAL CAR<br>Bank ID: GENR Check Number: 110063 | (440.07) |
| 04/23/13 | Travel Expense - ROBERT R. MADDOX REFUND DUPLICATE CHARGE CHECK #109934 RENTAL CAR<br>Bank ID: GENR Check Number: 110063 | (464.08) |
| 04/29/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/1/13 - 4/4/13 HOTEL<br>Bank ID: GENR Check Number: 110439 | 861.00 |
| 04/29/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/1/13 - 4/4/13 RENTAL CAR<br>Bank ID: GENR Check Number: 110439 | 551.75 |
| 04/29/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/1/13 - 4/4/13 HOTEL PARKING<br>Bank ID: GENR Check Number: 110439 | 77.94 |
| 04/29/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/1/13 - 4/4/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 110439 | 57.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    104
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 02/18/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS IN DALLAS, TX RE: SETTLEMENT 2/5/13 - 2/8/13 Bank ID: GENR Check Number: 106978 | 65.26 |
| 02/18/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS IN DALLAS, TX RE: SETTLEMENT 2/5/13 - 2/8/13 Bank ID: GENR Check Number: 106978 | 82.90 |
| 02/18/13 | Meal Expense - LEE GILLEY ATTEND MEETING IN DALLAS, TX 2/12/13 - 2/14/13 Bank ID: GENR Check Number: 106978 | 76.22 |
| 02/26/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 - 2/22/13 Bank ID: GENR Check Number: 107417 | 89.45 |
| 03/04/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC IN DALLAS, TX 2/26/13 - 3/1/13 Bank ID: GENR Check Number: 107857 | 17.92 |
| 03/06/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 Bank ID: GENR Check Number: 107880 | 56.97 |
| 03/06/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 Bank ID: GENR Check Number: 107880 | 72.32 |
| 03/06/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 Bank ID: GENR Check Number: 107880 | 57.54 |
| 03/11/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 3/5/13 - 3/7/13 Bank ID: GENR Check Number: 108203 | 61.90 |
| 03/18/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 2/5/13 - 2/8/13 Bank ID: GENR Check Number: 108569 | 66.63 |
| 03/18/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 2/5/13 - 2/8/13 Bank ID: GENR Check Number: 108569 | 196.77 |
| 03/18/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 2/5/13 - 2/8/13 Bank ID: GENR Check Number: 108569 | 10.67 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    105
APRIL 30, 2013

ResCap

OR0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 03/18/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 2/5/13 - 2/8/13<br>Bank ID: GENR Check Number: 108569 | 486.34 |
| 03/18/13 | Meal Expense - ROBERT R. MADDOX ATTEND DMAC ESTATE MEETING IN DALLAS, TX 2/25/13 - 2/28/13<br>Bank ID: GENR Check Number: 108569 | 70.77 |
| 03/18/13 | Meal Expense - ROBERT R. MADDOX ATTEND DMAC ESTATE MEETING IN DALLAS, TX 2/25/13 - 2/28/13<br>Bank ID: GENR Check Number: 108569 | 85.95 |
| 03/18/13 | Meal Expense - ROBERT R. MADDOX GMAC ESTATE MEETING IN WASHINGTON, PA 2/27/13 - 2/28/13<br>Bank ID: GENR Check Number: 108569 | 28.95 |
| 03/18/13 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC ESTATE MEETING IN DALLAS, TX 2/18/13 - 2/19/13<br>Bank ID: GENR Check Number: 108569 | 72.54 |
| 03/19/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/13/13 DINNER<br>Bank ID: GENR Check Number: 108549 | 39.06 |
| 03/19/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/13/13 LUNCH<br>Bank ID: GENR Check Number: 108549 | 7.78 |
| 03/19/13 | Meal Expense - ROBERT R. MADDOX MEETING W/ GMAC IN DALLAS, TX 3/13/13<br>Bank ID: GENR Check Number: 108569 | 94.00 |
| 03/19/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13<br>Bank ID: GENR Check Number: 108549 | 74.74 |
| 03/19/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13<br>Bank ID: GENR Check Number: 108549 | 54.37 |
| 03/19/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13<br>Bank ID: GENR Check Number: 108549 | 65.98 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    106
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|------|-------------|--------|
| 03/19/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13 Bank ID: GENR Check Number: 108549 | 78.84 |
| 03/19/13 | Meal Expense - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13 Bank ID: GENR Check Number: 108549 | 49.52 |
| 03/19/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE., STE. 900 DALLAS TX 3/11/13 - 3/15/13 Bank ID: GENR Check Number: 108544 | 96.66 |
| 03/26/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE STE 900 DALLAS TX 3/19/13 - 3/22/13 Bank ID: GENR Check Number: 108939 | 54.60 |
| 03/26/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE STE 900 DALLAS TX 3/19/13 - 3/22/13 Bank ID: GENR Check Number: 108939 | 31.91 |
| 03/26/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE STE 900 DALLAS TX 3/19/13 - 3/22/13 Bank ID: GENR Check Number: 108939 | 38.93 |
| 03/29/13 | Meal Expense - ANNA CRAFT COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS, TX 3/26/13 - 3/28/13 Bank ID: GENR Check Number: 109079 | 71.92 |
| 03/29/13 | Meal Expense - ANNA CRAFT COMPLIANCE WORK AT GMAC 2711 NORTH HASKELL AVE. STE. 900 DALLAS, TX 3/26/13 - 3/28/13 Bank ID: GENR Check Number: 109079 | 33.93 |
| 04/15/13 | Meal Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 IN DALLAS, TX Bank ID: GENR Check Number: 109914 | 3.25 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    107
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 04/15/13 | Meal Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 IN DALLAS, TX<br>Bank ID: GENR Check Number: 109914 | 5.37 |
| 04/15/13 | Meal Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 IN DALLAS, TX<br>Bank ID: GENR Check Number: 109914 | 17.59 |
| 04/15/13 | Meal Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 IN DALLAS, TX<br>Bank ID: GENR Check Number: 109914 | 5.06 |
| 04/15/13 | Meal Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/27/13 IN DALLAS, TX ROOM SERVICE FOR L GILLEY & ANNA CRAFT<br>Bank ID: GENR Check Number: 109914 | 71.36 |
| 04/15/13 | Meal Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/27/13 IN DALLAS, TX<br>Bank ID: GENR Check Number: 109914 | 3.25 |
| 04/15/13 | Meal Expense - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/28/13 IN DALLAS, TX<br>Bank ID: GENR Check Number: 109914 | 4.27 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/2/13<br>Bank ID: GENR Check Number: 109914 | 5.37 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/2/13 MEAL W/ ANNA CRAFT<br>Bank ID: GENR Check Number: 109914 | 6.13 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/2/13 MEAL W/ ANNA CRAFT<br>Bank ID: GENR Check Number: 109914 | 44.88 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE   108
APRIL 30, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/2/13<br>Bank ID: GENR Check Number: 109914 | 16.00 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/3/13 MEAL W/ ANNA CRAFT<br>Bank ID: GENR Check Number: 109914 | 61.69 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/3/13<br>Bank ID: GENR Check Number: 109914 | 9.24 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/3/13 MEAL W/ ANNA CRAFT<br>Bank ID: GENR Check Number: 109914 | 12.28 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/3/13 MEAL W/ ANNA CRAFT<br>Bank ID: GENR Check Number: 109914 | 13.49 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/4/13<br>Bank ID: GENR Check Number: 109914 | 3.25 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/4/13<br>Bank ID: GENR Check Number: 109914 | 9.37 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/4/13 MEAL W/ ANNA CRAFT<br>Bank ID: GENR Check Number: 109914 | 12.28 |
| 04/16/13 | Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/4/13<br>Bank ID: GENR Check Number: 109914 | 40.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE   109
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

---

| | |
|---|---|
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/5/13 Bank ID: GENR Check Number: 109914 | 11.95 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/12/13 Bank ID: GENR Check Number: 109914 | 30.00 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/19/13 Bank ID: GENR Check Number: 109914 | 7.66 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/20/13 Bank ID: GENR Check Number: 109914 | 5.33 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/21/13 Bank ID: GENR Check Number: 109914 | 8.25 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/21/13 MEAL W/ ANNA CRAFT Bank ID: GENR Check Number: 109914 | 83.82 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/21/13 Bank ID: GENR Check Number: 109914 | 5.17 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/21/13 Bank ID: GENR Check Number: 109914 | 5.17 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/21/13 Bank ID: GENR Check Number: 109914 | 1.83 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    110
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL            5.07
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES
          3/21/13
          Bank ID: GENR Check Number: 109914
04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL            6.01
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES
          3/21/13
          Bank ID: GENR Check Number: 109914
04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL           35.66
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES
          3/22/13
          Bank ID: GENR Check Number: 109914
04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL            2.43
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES
          3/22/13
          Bank ID: GENR Check Number: 109914
04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL            2.15
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES
          3/22/13
          Bank ID: GENR Check Number: 109914
04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL            5.81
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN
          DALLAS, TX 4/8/13
          Bank ID: GENR Check Number: 109914
04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL            6.47
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN
          DALLAS, TX 4/8/13
          Bank ID: GENR Check Number: 109914
04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL            8.00
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN
          DALLAS, TX 4/8/13
          Bank ID: GENR Check Number: 109914
04/16/13  Meal Expense - LEE GILLEY ATTEND NATIONAL            5.17
          MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN
          DALLAS, TX 4/8/13
          Bank ID: GENR Check Number: 109914



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    111
ResCap                                                                          APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | |
|---|---|
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/8/13 Bank ID: GENR Check Number: 109914 | 7.76 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/8/13 Bank ID: GENR Check Number: 109914 | 32.05 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/9/13 MEAL W/ ANNA CRAFT Bank ID: GENR Check Number: 109914 | 76.77 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/9/13 Bank ID: GENR Check Number: 109914 | 8.75 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/9/13 Bank ID: GENR Check Number: 109914 | 5.17 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/9/13 Bank ID: GENR Check Number: 109914 | 2.25 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/9/13 Bank ID: GENR Check Number: 109914 | 14.53 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 MEAL W/ ANNA CRAFT Bank ID: GENR Check Number: 109914 | 73.88 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 109914 | 5.17 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    112
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| | |
|---|---|
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 109914 | 5.17 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 109914 | 2.25 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 109914 | 12.60 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 109914 | 10.00 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 109914 | 4.50 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 109914 | 11.04 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 109914 | 6.75 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/11/13 Bank ID: GENR Check Number: 109914 | 33.37 |
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/11/13 Bank ID: GENR Check Number: 109914 | 2.25 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    113
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | |
|---|---|
| 04/16/13 Meal Expense - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/11/13 Bank ID: GENR Check Number: 109914 | 2.25 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/8/13 Bank ID: GENR Check Number: 110145 | 4.09 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/9/13 Bank ID: GENR Check Number: 110145 | 3.44 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/9/13 Bank ID: GENR Check Number: 110145 | 5.75 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/10/13 Bank ID: GENR Check Number: 110145 | 24.45 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/11/13 Bank ID: GENR Check Number: 110145 | 34.70 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/11/13 Bank ID: GENR Check Number: 110145 | 4.24 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/11/13 Bank ID: GENR Check Number: 110145 | 7.19 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/2/13 Bank ID: GENR Check Number: 110145 | 5.02 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/2/13 Bank ID: GENR Check Number: 110145 | 7.58 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/3/13 Bank ID: GENR Check Number: 110145 | 8.07 |
| 04/22/13 Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/4/13 Bank ID: GENR Check Number: 110145 | 6.74 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    114
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|------|-------------|--------|
| 04/22/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/4/13 Bank ID: GENR Check Number: 110145 | 7.58 |
| 04/22/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/4/13 Bank ID: GENR Check Number: 110145 | 50.00 |
| 04/22/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/5/13 Bank ID: GENR Check Number: 110145 | 7.88 |
| 04/29/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/1/13 - 4/4/13 MEAL W/ RUSS FOWLIER & LEE GILLEY Bank ID: GENR Check Number: 110439 | 104.00 |
| 04/29/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/1/13 - 4/4/13 Bank ID: GENR Check Number: 110439 | 11.22 |
| 04/29/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/2/13 MEAL W/ RUSS FOWLIER, ANA CRAFT & LEE GILLEY Bank ID: GENR Check Number: 110439 | 75.62 |
| 04/29/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/2/13 MEAL W/ RUSS FOWLIER Bank ID: GENR Check Number: 110439 | 69.95 |
| 04/29/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/2/13 Bank ID: GENR Check Number: 110439 | 6.04 |
| 04/29/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/2/13 Bank ID: GENR Check Number: 110439 | 12.41 |
| 04/29/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 4/4/13 Bank ID: GENR Check Number: 110439 | 12.41 |
| 03/01/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |
| 03/03/13 | Computerized Legal Research-Westlaw Westlaw User: GILLEY,LEE | 0.00 |
| 03/03/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    115
APRIL 30, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 03/04/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: HANCOCK,CHRISTIAN W | | |
| 03/05/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: GILLEY,LEE | | |
| 03/10/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: CRAFT,ANNA | | |
| 03/10/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: HANCOCK,CHRISTIAN W | | |
| 03/11/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: GILLEY,LEE | | |
| 03/11/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: HANCOCK,CHRISTIAN W | | |
| 03/12/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: HANCOCK,CHRISTIAN W | | |
| 03/12/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: GILLEY,LEE | | |
| 03/13/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: CRAFT,ANNA | | |
| 03/14/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: HANCOCK,CHRISTIAN W | | |
| 03/14/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: PUCKETT,AMY | | |
| 03/14/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: CRAFT,ANNA | | |
| 03/15/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: HANCOCK,CHRISTIAN W | | |
| 03/15/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: SIMMONS,AVERY | | |
| 03/15/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: PUCKETT,AMY | | |
| 03/15/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: GILLEY,LEE | | |
| 03/15/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: LOVOY,ELENA | | |
| 03/17/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: HANCOCK,CHRISTIAN W | | |
| 03/18/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: PUCKETT,AMY | | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE   116
ResCap                                                          APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 03/18/13 | Computerized Legal Research-Westlaw Westlaw User: CRAFT,ANNA | 0.00 |
| 03/19/13 | Computerized Legal Research-Westlaw Westlaw User: CRAFT,ANNA | 0.00 |
| 03/28/13 | Computerized Legal Research-Westlaw Westlaw User: GILLEY,LEE | 0.00 |
| 03/29/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |
| 02/18/13 | Internet Account - LEE GILLEY ATTEND MEETINGS IN DALLAS, TX RE: SETTLEMENT 2/5/13 - 2/8/13 RENTAL CAR Bank ID: GENR Check Number: 106978 | 32.31 |
| 02/18/13 | Internet Account - LEE GILLEY ATTEND MEETING IN DALLAS, TX 2/12/13 - 2/14/13 Bank ID: GENR Check Number: 106978 | 21.54 |
| 02/26/13 | Internet Account - LEE GILLEY ATTEND MEETINGS RE: SETTLEMENT IN DALLAS/HOUSTON, TX 2/20/13 - 2/22/13 Bank ID: GENR Check Number: 107417 | 21.54 |
| 03/06/13 | Internet Account - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS 2/25/13 - 3/1/13 Bank ID: GENR Check Number: 107880 | 43.08 |
| 03/19/13 | Internet Account - LEE GILLEY ATTEND AG/DOJ SETTLEMENT DISCUSSIONS IN DALLAS, TX 3/5/13 - 3/15/13 Bank ID: GENR Check Number: 108549 | 150.78 |
| 04/15/13 | Internet Account - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 - 3/28/13 IN DALLAS, TX HOTEL INTERNET Bank ID: GENR Check Number: 109914 | 43.08 |
| 04/15/13 | Internet Account - LEE GILLEY ATTEND MEETING, NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/26/13 - 3/28/13 IN DALLAS, TX AIRPLANE INTERNET Bank ID: GENR Check Number: 109914 | 14.47 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OR0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 04/16/13 | Internet Account - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/19/13 - 3/22/13 IN-FLIGHT INTERNET Bank ID: GENR Check Number: 109914 | 24.47 |
| 04/16/13 | Internet Account - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES 3/19/13 - 3/22/13 HOTEL INTERNET Bank ID: GENR Check Number: 109914 | 25.90 |
| 04/16/13 | Internet Account - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/5/13 HOTEL INTERNET Bank ID: GENR Check Number: 109914 | 64.62 |
| 04/16/13 | Internet Account - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT INPLEMENTATION ISSUES IN DALLAS, TX 4/5/13 IN-FLIGHT INTERNET Bank ID: GENR Check Number: 109914 | 14.47 |
| 04/16/13 | Internet Account - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/8/13 - 4/11/13 HOTEL INTERNET Bank ID: GENR Check Number: 109914 | 38.85 |
| 04/16/13 | Internet Account - LEE GILLEY ATTEND NATIONAL MORTGAGE SETTLEMENT IMPLEMENTATION ISSUES IN DALLAS, TX 4/8/13 - 4/11/13 IN-FLIGHT INTERNET Bank ID: GENR Check Number: 109914 | 14.47 |
| 04/22/13 | Internet Account - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/8/13 - 4/11/13 IN-FLIGHT WIFI Bank ID: GENR Check Number: 110145 | 14.47 |
| 04/22/13 | Internet Account - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/2/13 - 4/5/13 HOTEL INTERNET Bank ID: GENR Check Number: 110145 | 32.31 |
| 04/22/13 | Internet Account - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/1/13 - 4/5/13 IN-FLIGHT INTERNET Bank ID: GENR Check Number: 110145 | 8.00 |

                TOTAL COSTS FOR THIS MATTER                    $45,485.14



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    118
APRIL 30, 2013

0R0802-301220

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jay R. Bender | 2.40 hrs | 409.00 /hr | 981.60 |
| Wendell Allen | .90 hrs | 378.00 /hr | 340.20 |
| Christopher L. Hawkins | 3.10 hrs | 365.00 /hr | 1,131.50 |
| Christian W. Hancock | 17.70 hrs | 361.00 /hr | 6,389.70 |
| Robert R. Maddox | 343.90 hrs | 400.00 /hr | 137,560.00 |
| Robert M. Couch | 1.50 hrs | 564.00 /hr | 846.00 |
| Dana C. Lumsden | 5.60 hrs | 422.00 /hr | 2,363.20 |
| Robert A. Cox | 3.00 hrs | 374.00 /hr | 1,122.00 |
| Michael C. Griffin | 3.20 hrs | 348.00 /hr | 1,113.60 |
| Avery Simmons | 4.20 hrs | 304.00 /hr | 1,276.80 |
| James Bailey | .40 hrs | 229.00 /hr | 91.60 |
| Jay Wright | .50 hrs | 220.00 /hr | 110.00 |
| Jessica J. Sibley | .20 hrs | 299.00 /hr | 59.80 |
| Lee Gilley | 251.90 hrs | 207.00 /hr | 52,143.30 |
| Cory S. Menees | 31.10 hrs | 295.00 /hr | 9,174.50 |
| Ann Craft | 125.30 hrs | 198.00 /hr | 24,809.40 |
| Amy Puckett | 14.30 hrs | 255.00 /hr | 3,646.50 |
| Cindy Seay | 8.30 hrs | 180.00 /hr | 1,494.00 |
| Jennifer Cooper | 14.50 hrs | 180.00 /hr | 2,610.00 |
| Melisa P. Palmer | .70 hrs | 167.00 /hr | 116.90 |

TOTAL FEES          832.70 hrs                    $247,380.60

TOTAL EXPENSES                                    $45,485.14

**TOTAL CHARGES FOR THIS INVOICE**               **$292,865.74**

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-301572

INVOICE #  841404

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-301572
     TC # 704822

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 01/29/13 | RLB | Review and respond to e-mail from client regarding status of matter | L190 | | .10 hrs |

TOTAL FEES FOR THIS MATTER            $29.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .10 hrs | 299.00 /hr | 29.90 |

| | | |
|---|---|---|
| TOTAL FEES | 0.10 hrs | $29.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$29.90** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-305006

INVOICE #  841406

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-305006
     TC # 708556

PROFESSIONAL SERVICES

01/08/13   JDV   Draft December 2012 status report for       L190      .10 hrs
                 client


           TOTAL FEES FOR THIS MATTER                                 $26.40


BILLING SUMMARY

   Jose D. Vega              .10 hrs   264.00 /hr        26.40


TOTAL FEES                   0.10 hrs                    $26.40

**TOTAL CHARGES FOR THIS INVOICE**                      **$26.40**


                 ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0802-305006

INVOICE #  865774

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0802-305006
     TC # 708556

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hrs |
|------|------|-------------|------|-----|
| 02/01/13 | JAM | Pull Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/06/13 | JDV | Draft January 2013 status report for client | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $56.40

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Jose D. Vega | .10 hrs | 264.00 /hr | 26.40 |

TOTAL FEES                        0.30 hrs                 $56.40

**TOTAL CHARGES FOR THIS INVOICE**                        **$56.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0802-305015

INVOICE #  841408

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0802-305015
TC # 713817

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/03/13 | JAM | Draft closing file memorandum, complete taxonomy of case, and forward memorandum and executed settlement agreement to S.Moore | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $101.40

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Jamie Mathews | .50 hrs | 150.00 /hr | 75.00 |
| Jose D. Vega | .10 hrs | 264.00 /hr | 26.40 |

TOTAL FEES                 0.60 hrs              $101.40

**TOTAL CHARGES FOR THIS INVOICE**              **$101.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0803-105781
Fort Washington, PA 19034

                                                              INVOICE #   841883

                                                              FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0R0803-105781
        TC # NA

PROFESSIONAL SERVICES

01/27/13   LG   Communications regarding status of          .10 hrs
                settlement and requesting update


                TOTAL FEES FOR THIS MATTER                 $20.70


BILLING SUMMARY

   Lee Gilley              .10 hrs   207.00 /hr        20.70


TOTAL FEES                 0.10 hrs                  $20.70

TOTAL CHARGES FOR THIS INVOICE                       $20.70


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0803-106533
Fort Washington, PA 19034

                                                               INVOICE #  841884

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0803-106533
         TC # NA

PROFESSIONAL SERVICES

01/04/13   ERP   Revise and finalize closing memorandum          .40 hrs

01/04/13   ERP   E-mail communication to Y.McCoy                 .20 hrs
                 attaching closing memorandum for review


           TOTAL FEES FOR THIS MATTER                        $97.80


BILLING SUMMARY

    Emily R. Powell           .60 hrs    163.00 /hr        97.80


TOTAL FEES                    0.60 hrs                    $97.80

**TOTAL CHARGES FOR THIS INVOICE**                       **$97.80**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0r0803-106891
Fort Washington, PA 19034

                                                          INVOICE #  841885

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0r0803-106891
     TC # NA

PROFESSIONAL SERVICES

01/03/13   CJA   Confer with counsel for other servicers      B250      .20 hrs
                 regarding settlement conference call

01/14/13   CJA   Conference call with servicer group          B250     2.00 hrs
                 related to detailed comments and
                 revisions to property protocol agreement
                 and funding agreement

01/18/13   CJA   Telephone call with servicer group           B250     1.50 hrs
                 regarding additional and follow up
                 changes to property protocol and funding
                 agreement

01/30/13   CJA   Conference call with counsel for other       B250     1.00 hrs
                 servicers in order to review revisions
                 to property protocol agreement and other
                 servicer requirements

01/31/13   CJA   Confer with B.Norman, attorney for           B250      .20 hrs
                 another servicer, regarding impact of
                 GMAC bankruptcy purchase and LACA
                 discussions


           TOTAL FEES FOR THIS MATTER                         $1,249.50


BILLING SUMMARY

   C. Jason Avery          4.90 hrs   255.00 /hr      1,249.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0r0803-106891

FED ID NO. 63-0243316

TOTAL FEES                    4.90 hrs              $1,249.50

**TOTAL CHARGES FOR THIS INVOICE**              $1,249.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0r0803-106891
Fort Washington, PA 19034

                                                         INVOICE #  865775

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0r0803-106891
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/04/13 | CJA | Conference call with servicer group regarding upcoming mediation with city and DBNTC and strategized regarding who should represent servicers in mediation | B250 | 1.60 hrs |
| 02/06/13 | CJA | Conference call with servicer counsel regarding revised property protocol agreement and strategized for mediation session with city and DBNTC on Feb. 7th | B250 | 2.50 hrs |
| 02/06/13 | CJA | Review of revised property protocol and funding agreement in preparation for conference call regarding comments to agreements and strategy session pertaining to impending mediation | B250 | 1.60 hrs |
| 02/13/13 | CJA | Conference call with servicer group and parties to common interest agreement regarding necessary revisions to property protocol agreement and funding agreement | B250 | 1.50 hrs |

                    TOTAL FEES FOR THIS MATTER                $1,836.00

<u>BILLING SUMMARY</u>

    C. Jason Avery            7.20 hrs    255.00 /hr     1,836.00

TOTAL FEES                     7.20 hrs                  $1,836.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0r0803-106891

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,836.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0803-107382

INVOICE #  841886

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0803-107382
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 01/03/13 | ERP | E-mail communication with Lazo Agency regarding service | .20 hrs |
| 01/15/13 | ERP | E-mail communications with Lazo Agency regarding status of service on N.Bello | .20 hrs |
| 01/17/13 | ERP | E-mail communication with Lazo Agency regarding attempted service on N.Bello | .20 hrs |

TOTAL FEES FOR THIS MATTER                   $97.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .60 hrs | 163.00 /hr | 97.80 |

TOTAL FEES              0.60 hrs            $97.80

**TOTAL CHARGES FOR THIS INVOICE**          **$97.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0803-107382

INVOICE #  865776

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0803-107382
    TC # NA

PROFESSIONAL SERVICES

| 02/11/13 | ERP | Initial review of Return of Service of N.Bello provided by Lazo Agency | .20 hrs |
| 02/11/13 | ERP | Draft letter to clerk of court enclosing Return of Service for filing | .20 hrs |

TOTAL FEES FOR THIS MATTER      $65.20

EXPENSES

35      Express Mail/Fedex      24.24

TOTAL COSTS FOR THIS MATTER      $24.24

BILLING SUMMARY

Emily R. Powell      .40 hrs    163.00 /hr      65.20

TOTAL FEES      0.40 hrs      $65.20

TOTAL EXPENSES      $24.24

**TOTAL CHARGES FOR THIS INVOICE**      **$89.44**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                0R0803-108891
Fort Washington, PA 19034

                                                                   INVOICE #   841887

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0803-108891
         TC # NA

PROFESSIONAL SERVICES

01/18/13  HEA  Review final dispositive motion briefing              .50 hrs
               and send update to client regarding same


          TOTAL FEES FOR THIS MATTER                               $143.00


BILLING SUMMARY

    Hall Eady             .50 hrs   286.00 /hr        143.00


TOTAL FEES                0.50 hrs                   $143.00

**TOTAL CHARGES FOR THIS INVOICE**                  $143.00


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0803-109264

INVOICE #  841888

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0803-109264
     TC # NA

PROFESSIONAL SERVICES

| 01/14/13 | DERO Correspondence regarding site environmental issues | .10 hrs |
| 01/21/13 | DERO Review and correspondence regarding proposed public notice | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $117.60

BILLING SUMMARY

| David E. Roth | .30 hrs | 392.00 /hr | 117.60 |

| TOTAL FEES | 0.30 hrs | | $117.60 |

**TOTAL CHARGES FOR THIS INVOICE**                $117.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0R0803-109849
Fort Washington, PA 19034

                                                           INVOICE #  865777

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0803-109849
         TC # NA

PROFESSIONAL SERVICES

02/22/13  KSA  Address Taxonomy Issues                            .50 hrs


          TOTAL FEES FOR THIS MATTER                   $134.00


BILLING SUMMARY

    Keith S. Anderson         .50 hrs   268.00 /hr      134.00


TOTAL FEES                    0.50 hrs              $134.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$134.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0803-301046
Fort Washington, PA 19034

                                                               INVOICE #  841890

                                                               FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0R0803-301046
        TC # NA

PROFESSIONAL SERVICES

   01/02/13  LG   Communications regarding the status of          .30 hrs
                  the upcoming closing

   01/17/13  LG   Communications with retained counsel            .40 hrs
                  regarding the upcoming closing in
                  February

   01/28/13  LG   Analyze letter regarding status of real         .10 hrs
                  estate closing


            TOTAL FEES FOR THIS MATTER                     $165.60

      01       Copy Charges                                          0.00

BILLING SUMMARY

   Lee Gilley              .80 hrs   207.00 /hr       165.60


TOTAL FEES              0.80 hrs                   $165.60

TOTAL CHARGES FOR THIS INVOICE                    $165.60
                                            ==================

            ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           APRIL 30, 2013
1100 Virginia Drive                                             0R0803-301046
Fort Washington, PA 19034

                                                                INVOICE #  865778

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0803-301046
         TC # NA

PROFESSIONAL SERVICES

    02/12/13   LG   Communications with local counsel              .20 hrs
                    regarding the status of the upcoming
                    closing

    02/13/13   LG   Communications regarding the upcoming          .20 hrs
                    closing

                    TOTAL FEES FOR THIS MATTER                     $82.80


BILLING SUMMARY

    Lee Gilley                .40 hrs   207.00 /hr        82.80


TOTAL FEES                    0.40 hrs                    $82.80

**TOTAL CHARGES FOR THIS INVOICE**                       **$82.80**

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0803-301078
Fort Washington, PA 19034

                                                          INVOICE #  841891

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0803-301078
          TC # NA

     PROFESSIONAL SERVICES

     01/27/13  LG   Communications regarding status of              .10 hrs
                    settlement and requesting an update


                    TOTAL FEES FOR THIS MATTER                    $20.70


     BILLING SUMMARY

       Lee Gilley              .10 hrs   207.00 /hr         20.70


     TOTAL FEES               0.10 hrs                     $20.70

     TOTAL CHARGES FOR THIS INVOICE                        $20.70
                                                     ══════════════

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0803-301098
Fort Washington, PA 19034

                                                               INVOICE #   841892

                                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0R0803-301098
          TC # NA

PROFESSIONAL SERVICES

01/14/13   HEA   Review arguments in advance of summary           1.50 hrs
                 judgment hearing and provide guidance
                 regarding ordering of arguments and
                 strategy

01/14/13   LG    Analyze law cited in GMAC's brief in             1.80 hrs
                 preparation for upcoming summary
                 judgment hearing

01/14/13   LG    Analyze pleadings, discovery, and                1.20 hrs
                 correspondence in preparation for GMAC's
                 upcoming motion for summary judgment
                 hearing

01/14/13   LG    Draft timeline of relevant events in             .50 hrs
                 preparation for summary judgment hearing

01/14/13   LG    Analyze GMACÆs arguments and potential           1.60 hrs
                 counterarguments for upcoming summary
                 judgment hearing

01/15/13   LG    Analyze tax records and cases regarding          1.80 hrs
                 the standard for "shock the conscience"
                 in order to prepare for potential
                 arguments on this issue at upcoming
                 summary judgment hearing

01/15/13   LG    Attend motion for summary judgment               .50 hrs
                 hearing



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0803-301098

FED ID NO. 63-0243316

---

| 01/15/13 | LG | Analyze law related to writs of possession and ejectment in order to draft order granting GMAC motion for summary judgment | 1.30 hrs |
|---|---|---|---|
| 01/15/13 | HEA | Discussion with Judge's office regarding entry of possession order and writ for Sheriff's office and lease payments not being made to GMAC | 1.00 hrs |
| 01/17/13 | LG | Analyze Alabama law in order to determine the correct language for obtaining a writ of possession from the court | 1.40 hrs |
| 01/17/13 | LG | Draft proposed order granting summary judgment and demanding a writ of possession from the court | .40 hrs |

TOTAL FEES FOR THIS MATTER                $2,888.50

BILLING SUMMARY

| Hall Eady | 2.50 hrs | 286.00 /hr | 715.00 |
|---|---|---|---|
| Lee Gilley | 10.50 hrs | 207.00 /hr | 2,173.50 |

TOTAL FEES                13.00 hrs                $2,888.50

**TOTAL CHARGES FOR THIS INVOICE**                **$2,888.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0803-301142
Fort Washington, PA 19034

                                                        INVOICE #  841894

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0803-301142
         TC # NA

PROFESSIONAL SERVICES

    01/15/13   HEA   Emails with client and opposing counsel          .50 hrs
                     regarding acceptance of settlement offer

    01/16/13   HEA   Emails with P.Evans and L.Roper                  .50 hrs
                     regarding W-9 and payment of settlement
                     funds

    01/23/13   HEA   Emails with client and phone call with           .50 hrs
                     outside coverage counsel for Fidelity
                     regarding ability of GMAC to sell vacant
                     lot

    01/30/13   HEA   Review approved settlement agreement            1.50 hrs
                     (1.0); draft and send email to client
                     regarding settlement with Fidelity (.5)


                     TOTAL FEES FOR THIS MATTER                     $858.00


BILLING SUMMARY

    Hall Eady               3.00 hrs   286.00 /hr       858.00


TOTAL FEES                  3.00 hrs                  $858.00

**TOTAL CHARGES FOR THIS INVOICE**                   **$858.00**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0R0803-301142
Fort Washington, PA 19034

                                                          INVOICE #  865779

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0R0803-301142
        TC # NA

PROFESSIONAL SERVICES

02/04/13  HEA  Review TN law regarding HOA declarations          2.30 hrs
               and revise complaint accordingly (1.3);
               review Declarations and revise complaint
               accordingly and consider best arguments
               (1.0)

02/06/13  HEA  Review executed release and send to                .50 hrs
               insurer for collection of settlement
               proceeds

02/13/13  HEA  Emails with C.Mishler regarding                    .30 hrs
               settlement check received

02/14/13  HEA  Send settlement check to GMAC and close            .40 hrs
               file

               TOTAL FEES FOR THIS MATTER               $1,001.00


EXPENSES

   35      Express Mail/Fedex                                    19.47

               TOTAL COSTS FOR THIS MATTER              $19.47


BILLING SUMMARY

   Hall Eady              3.50 hrs   286.00 /hr    1,001.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0803-301142

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 3.50 hrs | $1,001.00 |
| TOTAL EXPENSES | | $19.47 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,020.47** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0803-301164
Fort Washington, PA 19034

                                                         INVOICE #  865780

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0803-301164
         TC # NA

PROFESSIONAL SERVICES

02/04/13    DBT    Review prior correspondence with              1.80 hrs
                   E.Cunningham and J.Schlick regarding the
                   details of their agreement as well as
                   the outstanding orders and fines(.7);
                   conference with J.Schlick regarding the
                   status of the fines and demolition order
                   given the property ownership and a path
                   to achieving a final resolution (.3);
                   Conference with E.Cunningham to
                   understand the city's position on the
                   demolition costs and confirm the
                   outstanding fines (.2); conference with
                   J.Schlick regarding the same (.2); email
                   correspondence with F.Robinson regarding
                   the same (.1)

02/05/13    DBT    Consider email and attachments from            .20 hrs
                   E.Cunningham regarding the joint and
                   several liability for demolition orders
                   (.1); send and email to J.Schlick
                   regarding the same (.1)

02/14/13    DBT    Consider voice message from J.Schlick          .30 hrs
                   (.1); conference with J.Schlick
                   regarding resolution of the outstanding
                   issues (.2)


                   TOTAL FEES FOR THIS MATTER                 $556.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0803-301164

FED ID NO. 63-0243316

BILLING SUMMARY

D. Bryan Thomas          2.30 hrs   242.00 /hr        556.60

TOTAL FEES               2.30 hrs                    $556.60

**TOTAL CHARGES FOR THIS INVOICE**                  **$556.60**

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0R0803-301169
Fort Washington, PA 19034

                                                INVOICE #  841897

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0803-301169
         TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 01/02/13 | LG | Analyze communications from opposing counsel threatening to file suit against GMAC | .30 hrs |
| 01/02/13 | LG | Analyze Shelby county property records in order to determine the strength of opposing counsel's claims and new encroachment issue raised by opposing counsel in his most recent letter | 1.30 hrs |
| 01/03/13 | LG | Draft detailed email to client setting forth the status of negotiations and the cost and benefits of filing suit | .70 hrs |
| 01/03/13 | LG | Analyze Tennessee law in order to determine potential remedies available to neighboring property owners | 1.80 hrs |
| 01/07/13 | LG | Communications with client rejecting neighbor's offer to purchase GMAC's property | .20 hrs |
| 01/14/13 | LG | Analyze issues related to the upcoming lawsuit that GMAC plans to file in Tennessee | .20 hrs |
| 01/27/13 | LG | Analyze various documents including mortgages to various parties, assignments, and tax maps in preparation to draft complaint | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0803-301169

FED ID NO. 63-0243316

| 01/27/13 | LG | Begin drafting fact section of complaint asking the court to grant GMAC declaratory relief and resolve an encroachment issue | .30 hrs |
|---|---|---|---|
| 01/29/13 | LG | Continue drafting fact section of GMAC's complaint seeking declaratory relief | 1.40 hrs |
| 01/30/13 | HEA | Review and revise draft Complaint and send emails to client regarding current status and next steps | 2.50 hrs |
| 01/30/13 | LG | Analysis of the remedy granted by Tennessee courts when structures allegedly violate setback requirements and/or encroach on neighboring property | 1.80 hrs |
| 01/30/13 | LG | Analyze Tennessee law regarding potential claims for relief in situations where a structure allegedly violates setback requirements and/or encroaches on neighboring property | 1.40 hrs |
| 01/30/13 | LG | Draft section of GMAC's complaint regarding its potential claims for relief including a cause for declaratory relief | .70 hrs |
| 01/30/13 | EWS | Review and revise draft complaint. | .50 hrs |

TOTAL FEES FOR THIS MATTER          $3,149.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0803-301169

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric Smith | .50 hrs | 273.00 /hr | 136.50 |
| Hall Eady | 2.50 hrs | 286.00 /hr | 715.00 |
| Lee Gilley | 11.10 hrs | 207.00 /hr | 2,297.70 |

TOTAL FEES              14.10 hrs                    $3,149.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$3,149.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                APRIL 30, 2013
1100 Virginia Drive                                                   0R0803-301169
Fort Washington, PA 19034

                                                                      INVOICE #   865781

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

        Re:   0R0803-301169
              TC # NA

PROFESSIONAL SERVICES

    02/01/13   EWS   Worked on complaint, including              3.20 hrs
                     researching jurisdictional issue.

    02/01/13   HEA   Emails regarding draft of complaint and      .50 hrs
                     filing on Monday

    02/01/13   LG    Communications regarding the steps           .30 hrs
                     necessary to complete and file GMAC's
                     complaint against the neighboring
                     property owner

    02/05/13   LG    Draft corporate disclosure statement for     .40 hrs
                     US Bank

    02/05/13   EWS   Reviewed complaint; eviewed other           1.50 hrs
                     documents relating to filing the
                     complaint


               TOTAL FEES FOR THIS MATTER               $1,571.00


EXPENSES

    02/01/13  Copy Charges                                         0.00
    02/07/13  Filing Fees - ERIC W. SMITH FILING FEE FOR         350.00
              COMPLAINT 2/5/13
              Bank ID: GENR Check Number: 106426

               TOTAL COSTS FOR THIS MATTER               $350.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0803-301169

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric Smith | 4.70 hrs | 273.00 /hr | 1,283.10 |
| Hall Eady | .50 hrs | 286.00 /hr | 143.00 |
| Lee Gilley | .70 hrs | 207.00 /hr | 144.90 |

TOTAL FEES              5.90 hrs                      $1,571.00

TOTAL EXPENSES                                         $350.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,921.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0803-301172

INVOICE #   841898

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0803-301172
     TC # NA

<u>PROFESSIONAL SERVICES</u>

01/14/13  DERO Correspondence regarding  environmental          .20 hrs
          issues


          TOTAL FEES FOR THIS MATTER                    $78.40


<u>BILLING SUMMARY</u>

    David E. Roth          .20 hrs   392.00 /hr        78.40


TOTAL FEES              0.20 hrs          $78.40

**TOTAL CHARGES FOR THIS INVOICE**       **$78.40**

                ===================

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0803-301179

INVOICE #  841900

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0803-301179
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 01/14/13 | DERO | Correspondence regarding status of site environmental work | .10 hrs |
| 01/22/13 | ERP | Draft closing memorandum for attorney review | .40 hrs |
| 01/24/13 | DERO | Review No Further Action letter from state in connection with matter closure | .20 hrs |
| 01/25/13 | ERP | Revise and finalize closing memorandum | .10 hrs |
| 01/25/13 | ERP | E-mail communication to Y.McCoy attaching closing memorandum | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $231.70

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| David E. Roth | .30 hrs | 392.00 /hr | | 117.60 |
| Emily R. Powell | .70 hrs | 163.00 /hr | | 114.10 |

TOTAL FEES                    1.00 hrs                    $231.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$231.70**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              MARCH 27, 2013
1100 Virginia Drive                                                0R0803-301181
Fort Washington, PA 19034

INVOICE #  841902

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0803-301181
     TC # NA

PROFESSIONAL SERVICES

01/18/13  ERP  Initial draft of closing memorandum                  .40 hrs

01/22/13  ERP  E-mail communication with F.Robinson                 .20 hrs
               attaching closing memorandum

01/22/13  ERP  Revise and finalize closing memorandum               .30 hrs


            TOTAL FEES FOR THIS MATTER                   $146.70


BILLING SUMMARY

   Emily R. Powell          .90 hrs   163.00 /hr      146.70


TOTAL FEES               0.90 hrs              $146.70

**TOTAL CHARGES FOR THIS INVOICE**             **$146.70**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         APRIL 30, 2013
1100 Virginia Drive                                           0R0803-301182
Fort Washington, PA 19034

                                                              INVOICE #  865782

                                                              FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0803-301182
     TC # NA

PROFESSIONAL SERVICES

02/05/13  CLHA Follow up with plaintiff's counsel            .40 hrs
               regarding estoppel affidavit

02/08/13  CLHA Confer with opposing counsel regarding        .40 hrs
               estoppel affidavit

02/12/13  CLHA Continued work on remaining title issues      .20 hrs


          TOTAL FEES FOR THIS MATTER                     $365.00


BILLING SUMMARY

     Christopher L. Hawkins      1.00 hrs   365.00 /hr     365.00


TOTAL FEES                       1.00 hrs                 $365.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$365.00**
                                                         ═══════════

          ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0803-301184
Fort Washington, PA 19034

                                                               INVOICE #  841903

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0803-301184
         TC # NA

PROFESSIONAL SERVICES

01/14/13   JCCO   Research chain of title to determine why      L110      1.30 hrs
                  GMAC is receiving notice of code
                  violations

01/15/13   JCCO   Email correspondence with F.Robinson          L110       .20 hrs
                  regarding measures taken to secure the
                  property

01/16/13   JCCO   Call representative of City of Chicago        L110       .90 hrs
                  to discuss violations and time frame for
                  negotiating fines, if necessary

01/16/13   HEA    Draft and send email to F.Robinson           L120       .60 hrs
                  regarding

01/16/13   HEA    Review information provided by               L120       .80 hrs
                  F.Robinson regarding background of
                  dispute

01/25/13   JCCO   Call F.Robinson to discuss actions taken      L110       .00 hrs
                  to preserve property and amounts
                  expended to pay for repairs and fines
                  and draft memo to file regarding strategy

01/31/13   JCCO   Call F.Robinson to discuss actions taken      L120      1.30 hrs
                  to remediate code violations; call local
                  counsel to discuss the same as well as
                  strategy for hearing; draft statement of
                  facts to send to local counsel

           TOTAL FEES FOR THIS MATTER                                   $1,229.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0803-301184

FED ID NO. 63-0243316

BILLING SUMMARY

| Hall Eady | 1.40 hrs | 286.00 /hr | 400.40 |
| Jonathan Cobb | 3.70 hrs | 224.00 /hr | 828.80 |

| TOTAL FEES | 5.10 hrs | | $1,229.20 |

**TOTAL CHARGES FOR THIS INVOICE**                **$1,229.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         APRIL 30, 2013
1100 Virginia Drive                                           0R0803-301185
Fort Washington, PA 19034

INVOICE #  865783

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0803-301185
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/06/13 | HEA | Review initial documents received from client regarding code violations | L120 | 1.00 hrs |
| 02/06/13 | BG | Receipt / review of new file referral and evaluate plan of action | L110 | .40 hrs |
| 02/07/13 | BG | Research alleged code violations in preparation for negotiations with city code division | L120 | .30 hrs |
| 02/07/13 | BG | Correspondence with client regarding code violation photos | L120 | .10 hrs |
| 02/08/13 | BG | Conversation and correspondence with Jefferson Parish Attorney's office | L120 | .20 hrs |
| 02/11/13 | ABB | Analysis and review of file and obtain title report | L110 | .50 hrs |
| 02/11/13 | BG | Conversation with Jefferson Parish Attorney's office regarding workout of code violation | L120 | .20 hrs |
| 02/11/13 | BG | Conversation with real estate agent regarding prior handling of code violations | L120 | .20 hrs |
| 02/11/13 | BG | Correspondence with client regarding settlement offer and value of the case | L160 | .10 hrs |
| 02/11/13 | BG | Draft and file Notice of Appearance | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

OR0803-301185

FED ID NO. 63-0243316

| 02/11/13 | BG | Draft initial case assessment outlining strengths and weaknesses of case and providing a case valuation | L190 | .20 hrs |
| 02/12/13 | ABB | Draft Notice of Enrollment | L110 | .70 hrs |
| 02/13/13 | ABB | Finalize Notice of Enrollment and prepare same to be filed with the Court via federal express and for service upon parties | L110 | .30 hrs |
| 02/13/13 | ABB | Revisions to Notice of Enrollment | L110 | .10 hrs |
| 02/13/13 | BG | Contact client regarding settlement offer in advance of upcoming hearing | L160 | .10 hrs |
| 02/15/13 | BG | Receipt / review of title report | L120 | .10 hrs |
| 02/15/13 | BG | Contact client regarding upcoming hearing | L230 | .10 hrs |
| 02/15/13 | BG | Receipt / review of lower court pleadings, including exception, and violation photos attached as exhibits to Rule for Contempt | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $1,097.70

BILLING SUMMARY

| Allison Burke | 1.60 hrs | 158.00 /hr | 252.80 |
| Hall Eady | 1.00 hrs | 286.00 /hr | 286.00 |
| Blake Goodsell | 2.70 hrs | 207.00 /hr | 558.90 |

TOTAL FEES                5.30 hrs              $1,097.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
ResCap                                                          APRIL 30, 2013

0R0803-301185

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,097.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              APRIL 30, 2013
1100 Virginia Drive                                 0R0803-301186
Fort Washington, PA 19034

                                                    INVOICE #  865784

                                                    FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0803-301186
         TC # NA

PROFESSIONAL SERVICES

02/13/13  HEA   Review property preservation issues and     L120     1.00 hrs
                emails with F.Robinson regarding same
                and plan of attack including
                recommendation to sell property subject
                subject to the lien


                TOTAL FEES FOR THIS MATTER                        $286.00


BILLING SUMMARY

    Hall Eady                1.00 hrs   286.00 /hr       286.00


TOTAL FEES                   1.00 hrs                  $286.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$286.00**
                                            ==================

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0805-108578

INVOICE #  841305

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0805-108578
     TC # 707227

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 01/17/13 | DBT | Revise email from F.Robinson regarding Cypress Run (.1); review claim on tax sale proceeds and status (.1); draft and send advice to F.Robinson regarding the same (.2) | .40 hrs |
| 01/30/13 | DBT | Consider voicemail from A.Almy (.1); return his call, voice message left (.1); consider email from F.Robinson regarding disbursement of funds and respond to the same (.1) | .30 hrs |

TOTAL FEES FOR THIS MATTER              $169.40

BILLING SUMMARY

| D. Bryan Thomas | .70 hrs | 242.00 /hr | 169.40 |
|---|---|---|---|
| TOTAL FEES | 0.70 hrs | | $169.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$169.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0805-108578

INVOICE #  865785

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0805-108578
     TC # 707227

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 02/01/13 | DBT | Consider voice message from A.Almy regarding the tax proceeds | .10 hrs |
| 02/06/13 | DBT | Conference with A.Almy | .10 hrs |
| 02/14/13 | DBT | Revise draft letter received from F.Robinson regarding the release of tax surplus proceeds to MAC - 30 Cypress Run, Haynes City, Florida | .40 hrs |

                TOTAL FEES FOR THIS MATTER              $145.20


BILLING SUMMARY

   D. Bryan Thomas          .60 hrs   242.00 /hr      145.20


TOTAL FEES                  0.60 hrs              $145.20

**TOTAL CHARGES FOR THIS INVOICE**              **$145.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0806-106888
Fort Washington, PA 19034

                                                               INVOICE #  841316

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-106888
     TC # NA

PROFESSIONAL SERVICES

| 01/02/13 | TMB | Various correspondence with D.Holloway re completion of settlement terms | L160 | .60 hrs |
|---|---|---|---|---|
| 01/04/13 | TMB | Draft updated status report | L120 | .20 hrs |
| 01/14/13 | TMB | Review correspondence from K.Knell re settlement | L160 | .20 hrs |
| 01/15/13 | TMB | Review correspondence counsel re settlement | L160 | .20 hrs |
| 01/20/13 | TMB | Draft memo to counsel for Sardegna | L120 | .50 hrs |
| 01/28/13 | TMB | Draft memo to A.Taylor re finalizing settlement papers | L160 | .20 hrs |
| 01/28/13 | TMB | Draft settlement letter | L160 | .20 hrs |

                  TOTAL FEES FOR THIS MATTER              $785.40

BILLING SUMMARY

   T. Michael Brown         2.10 hrs   374.00 /hr      785.40

TOTAL FEES                  2.10 hrs              $785.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0806-106888

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $785.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0806-106888

INVOICE #  865786

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-106888
     TC # NA

PROFESSIONAL SERVICES

02/11/13  TMB  Review correspondence from K.Kornell     L120     .40 hrs


          TOTAL FEES FOR THIS MATTER                    $149.60


BILLING SUMMARY

   T. Michael Brown          .40 hrs   374.00 /hr     149.60


TOTAL FEES                  0.40 hrs                 $149.60

**TOTAL CHARGES FOR THIS INVOICE**                   **$149.60**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0R0806-301001
Fort Washington, PA 19034

                                                    INVOICE #  841317

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0806-301001
         TC # NA

PROFESSIONAL SERVICES

01/04/13  JHP   Phone calls to/from local counsel to      L120      .10 hrs
                discuss stay and trial date setting


          TOTAL FEES FOR THIS MATTER                            $29.00


BILLING SUMMARY

    Jon H. Patterson          .10 hrs   290.00 /hr          29.00


TOTAL FEES                    0.10 hrs                      $29.00

**TOTAL CHARGES FOR THIS INVOICE**                         **$29.00**
                                         ═══════════════

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013

0R0806-301005

INVOICE #  841318

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0806-301005
      TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | MW | Draft status update to client regarding pending approval of motion | C300 | .10 hrs |
| 01/17/13 | CWH | Follow-up with client on whether to pursue declaratory judgment | L110 | .10 hrs |
| 01/22/13 | KK | Draft closing memorandum to send to client regarding resolution of file and officially close out case | L110 | .40 hrs |
| 01/22/13 | MW | Review and revise closing memorandum | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $183.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Monica Wilson | .30 hrs | 282.00 /hr | 84.60 |
| Kerry Keane | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES                 0.80 hrs                $183.90

**TOTAL CHARGES FOR THIS INVOICE**                **$183.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0806-301011

INVOICE #  841319

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301011
     TC # NA

PROFESSIONAL SERVICES

01/02/13  NSR  Draft status report for client          L120     .10 hrs

          TOTAL FEES FOR THIS MATTER                   $28.20

BILLING SUMMARY

   Nader Raja              .10 hrs   282.00 /hr       28.20

TOTAL FEES                0.10 hrs                  $28.20

**TOTAL CHARGES FOR THIS INVOICE**                  **$28.20**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0806-301011

INVOICE #  865787

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301011
     TC # NA

PROFESSIONAL SERVICES

02/04/13  NSR  Review status of eminent domain action     L120     .30 hrs

              TOTAL FEES FOR THIS MATTER                   $84.60

    35     Express Mail/Fedex                                        0.00

BILLING SUMMARY

   Nader Raja            .30 hrs   282.00 /hr      84.60

TOTAL FEES             0.30 hrs                 $84.60

**TOTAL CHARGES FOR THIS INVOICE**              **$84.60**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0806-301012

INVOICE #  841320

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0806-301012
         TC # NA

PROFESSIONAL SERVICES

01/02/13  NSR  Draft status report for client        L120      .10 hrs

01/07/13  NSR  Review and analyze motion to withdraw as  L250    .10 hrs
               counsel and notice regarding stay of
               matters


               TOTAL FEES FOR THIS MATTER                     $56.40


BILLING SUMMARY

    Nader Raja              .20 hrs   282.00 /hr       56.40


TOTAL FEES              0.20 hrs                     $56.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$56.40**

               ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     MARCH 27, 2013
1100 Virginia Drive                                        0R0806-301013
Fort Washington, PA 19034

                                                           INVOICE #  841321

                                                           FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301013
     TC # NA

PROFESSIONAL SERVICES

01/02/13  NSR  Draft status report for client          L120      .10 hrs


          TOTAL FEES FOR THIS MATTER                          $28.20


BILLING SUMMARY

    Nader Raja                 .10 hrs   282.00 /hr        28.20


TOTAL FEES                   0.10 hrs                    $28.20

**TOTAL CHARGES FOR THIS INVOICE**                      **$28.20**
                                                     ══════════════

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0806-301013

INVOICE #  865788

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301013
     TC # NA

PROFESSIONAL SERVICES

| 02/04/13 | KK | Draft notice of appearance and update certificate of service for filing in case | L110 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                     $31.60

BILLING SUMMARY

| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |
|---|---|---|---|

TOTAL FEES                      0.20 hrs                      $31.60

**TOTAL CHARGES FOR THIS INVOICE**                      **$31.60**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    APRIL 30, 2013
1100 Virginia Drive                                                       0R0806-301014
Fort Washington, PA 19034

                                                                          INVOICE #  865789

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0806-301014
         TC # NA

PROFESSIONAL SERVICES

02/14/13  MST    Review of dismissal documents, prepare      L110        .40 hrs
                 for closing and draft closing memo for
                 attorney review


                 TOTAL FEES FOR THIS MATTER                              $63.20


BILLING SUMMARY

    Melanie Thompson          .40 hrs   158.00 /hr          63.20


TOTAL FEES                    0.40 hrs                     $63.20

**TOTAL CHARGES FOR THIS INVOICE**                         **$63.20**
                                                          =============

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     MARCH 27, 2013
1100 Virginia Drive                                        0R0806-301015
Fort Washington, PA 19034

                                                           INVOICE #  841323

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0806-301015
         TC # NA

PROFESSIONAL SERVICES

01/02/13  BG   Draft status report for client review   L190      .10 hrs


         TOTAL FEES FOR THIS MATTER                       $20.70


BILLING SUMMARY

    Blake Goodsell              .10 hrs   207.00 /hr        20.70


TOTAL FEES                    0.10 hrs                    $20.70

TOTAL CHARGES FOR THIS INVOICE                           $20.70

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                         0R0806-301019
Fort Washington, PA 19034

                                                           INVOICE #  841324

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0806-301019
      TC # NA

PROFESSIONAL SERVICES

01/22/13   ABB   Retrieval of docket report from Alacourt    L110      .20 hrs
                 regarding current Order and recent case
                 activity

01/22/13   ABB   Receive and review filing regarding         L110      .20 hrs
                 bankruptcy stay from opposing counsel
                 and update pleadings regarding same

01/22/13   BG    Receipt / review of order regarding         L120      .10 hrs
                 dismissal and bankruptcy

01/22/13   BG    Conversation with Plaintiff's counsel       L120      .10 hrs
                 regarding order from the court about
                 bankruptcy status

01/22/13   BG    Receipt / review of Plaintiff's response    L120      .10 hrs
                 to court's order regarding dismissal and
                 bankruptcy

                 TOTAL FEES FOR THIS MATTER                        $125.30


BILLING SUMMARY

   Allison Burke          .40 hrs    158.00 /hr        63.20
   Blake Goodsell         .30 hrs    207.00 /hr        62.10


TOTAL FEES                0.70 hrs                   $125.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0806-301019

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $125.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                APRIL 30, 2013
1100 Virginia Drive                                   0R0806-301019
Fort Washington, PA 19034

                                                      INVOICE #  865790

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0R0806-301019
        TC # NA

PROFESSIONAL SERVICES

02/05/13  BG   Determine need to respond to plaintiffÆs   L120     .10 hrs
               motion regarding relief from stay


          TOTAL FEES FOR THIS MATTER                           $20.70


BILLING SUMMARY

   Blake Goodsell              .10 hrs   207.00 /hr        20.70


TOTAL FEES                    0.10 hrs                   $20.70

TOTAL CHARGES FOR THIS INVOICE                          $20.70

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0806-301020

INVOICE #  865791

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301020
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JAM | Pull Access online docket and review for recent case activity and review for recently filed pleadings and case activity | L120 | .20 hrs |
| 02/12/13 | BAW | Telephone conference with borrower regarding new escrow charges and complaints regarding same | L190 | .20 hrs |
| 02/12/13 | BAW | Discuss escrow status with client | L190 | .10 hrs |
| 02/13/13 | ERP | Retrieve and initial review of docket regarding status | L120 | .20 hrs |
| 02/14/13 | BAW | Draft memo to C.Hancock regarding case status | L190 | .40 hrs |
| 04/12/13 | JAM | Review online docket to review court activity relative to scheduling trial | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $311.40

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Brian Wahl | .70 hrs | 334.00 /hr | 233.80 |
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Emily R. Powell | .20 hrs | 163.00 /hr | 32.60 |

TOTAL FEES               1.20 hrs              $311.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
ResCap                                                      APRIL 30, 2013

0R0806-301020

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $311.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0806-301021

INVOICE #  865792

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301021
     TC # NA

PROFESSIONAL SERVICES

02/01/13  KSA  Enter status report                    L120      .10 hrs


          TOTAL FEES FOR THIS MATTER                         $26.80


BILLING SUMMARY

   Keith S. Anderson          .10 hrs   268.00 /hr        26.80


TOTAL FEES                 0.10 hrs                      $26.80

TOTAL CHARGES FOR THIS INVOICE                          $26.80

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0806-301022
Fort Washington, PA 19034

INVOICE #  841328

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301022
     TC # NA

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
|---|---|---|---|---|
| 01/09/13 | JDV | Review Notice of Cancellation of Pretrial Conference | L250 | .10 hrs |
| 01/11/13 | JAM | Analyze status of disbursement of funds | L190 | .20 hrs |
| 01/14/13 | JDV | Review correspondence from clerk of court regarding payment of funds from registry | L190 | .20 hrs |
| 01/15/13 | JAM | Emails with Accounting Department regarding payee information/endorsement on Charlotte County check | L190 | .20 hrs |
| 01/22/13 | JAM | Emails with Accounting Department regarding court check payable to J.Vega | L110 | .20 hrs |
| 01/22/13 | JAM | Draft correspondence to K.Krull forwarding check from Charlotte County | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $225.60

BILLING SUMMARY

| Jamie Mathews | .80 hrs | 150.00 /hr | 120.00 |
|---|---|---|---|
| Jose D. Vega | .40 hrs | 264.00 /hr | 105.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0806-301022

FED ID NO. 63-0243316

TOTAL FEES                    1.20 hrs                    $225.60

**TOTAL CHARGES FOR THIS INVOICE**                       **$225.60**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0806-301023

INVOICE #  865793

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301023
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 03/01/13 | MST | Obtain and analyze current docket sheet to determine case activity and strategy | L120 | .30 hrs |
| 03/01/13 | MST | Telephone call with court clerk regarding case activity and details of docket sheet | L110 | .20 hrs |
| 04/07/13 | CWH | Respond to client email, confirming that notice of bankruptcy was filed and that case has been quiet since May 2012 | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                  $142.00

EXPENSES

04/08/13 Court Costs - Pleadings - WEST GROUP WESTLAW            50.00
         COURT EXPRESS-DOCUMENTS
         Bank ID: GENR Check Number: 109679

TOTAL COSTS FOR THIS MATTER                   $50.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .50 hrs | 158.00 /hr | 79.00 |
| Christian W. Hancock | .20 hrs | 315.00 /hr | 63.00 |

TOTAL FEES                    0.70 hrs              $142.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
APRIL 30, 2013

0R0806-301023

FED ID NO. 63-0243316

ResCap

TOTAL EXPENSES                               $50.00

**TOTAL CHARGES FOR THIS INVOICE**          $192.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0806-301024
Fort Washington, PA 19034

                                                     INVOICE #  865794

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0806-301024
         TC # NA

PROFESSIONAL SERVICES

02/04/13   EBE   Draft closing memorandum regarding final   L190      .30 hrs
                 disposition of matter


           TOTAL FEES FOR THIS MATTER                          $47.40


BILLING SUMMARY

    Elizabeth B. Eaton         .30 hrs   158.00 /hr        47.40


TOTAL FEES                 0.30 hrs                    $47.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$47.40**
                                              ==================

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0R0806-301026
Fort Washington, PA 19034

                                                    INVOICE #  841330

                                                    FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0806-301026
         TC # NA

    PROFESSIONAL SERVICES

    01/31/13   KSA   Email communication with borrower's     L120      .20 hrs
                     counsel regarding eminent domain funds
                     distribution


                     TOTAL FEES FOR THIS MATTER                        $53.60


    BILLING SUMMARY

        Keith S. Anderson          .20 hrs   268.00 /hr        53.60


    TOTAL FEES                    0.20 hrs                    $53.60

    **TOTAL CHARGES FOR THIS INVOICE**                       **$53.60**
                                              ========================

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0806-301027

INVOICE #  841331

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301027
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | MST | E-mails to and from researcher regarding docket sheet | L110 | .20 hrs |
| 01/02/13 | RK | Revise motion to withdraw funds and affidavit in support | L120 | .50 hrs |
| 01/02/13 | GWG | Revise and edit motion to withdraw registry funds | L210 | .40 hrs |
| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
| 01/03/13 | MST | Telephone call with tax assessor's office regarding taxes owed on property | L110 | .20 hrs |
| 01/03/13 | MST | E-mails to and from researcher regarding docket sheet | L110 | .30 hrs |
| 01/07/13 | MST | Emails to and from researcher regarding docket sheet | L110 | .30 hrs |
| 01/07/13 | MST | Receive and review docket sheet and update pleadings file regarding same | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $454.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0806-301027

FED ID NO. 63-0243316

EXPENSES

01/09/13 Miscellaneous Expense - ELLIS COUNTY TAX OFFICE          10.00
         MT OBTAIN TAX CERTIFICATE
         Bank ID: GENR Check Number: 104864

         TOTAL COSTS FOR THIS MATTER                          $10.00

BILLING SUMMARY

    Melanie Thompson        1.30 hrs    158.00 /hr      205.40
    Graham W. Gerhardt       .40 hrs    312.00 /hr      124.80
    Riley Key                .60 hrs    207.00 /hr      124.20

TOTAL FEES                   2.30 hrs                  $454.40

TOTAL EXPENSES                                          $10.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$464.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0R0806-301028
Fort Washington, PA 19034

                                                            INVOICE #  865795

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0806-301028
         TC # NA

    PROFESSIONAL SERVICES

    02/14/13  MST   Review of dismissal documents, prepare      L110      .40 hrs
                    for closing and draft closing memo for
                    attorney review


                    TOTAL FEES FOR THIS MATTER                          $63.20


    BILLING SUMMARY

        Melanie Thompson          .40 hrs   158.00 /hr        63.20


    TOTAL FEES                 0.40 hrs                   $63.20

    **TOTAL CHARGES FOR THIS INVOICE**                   **$63.20**

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0806-301031
Fort Washington, PA 19034

                                                              INVOICE #  865796

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0806-301031
         TC # NA

    PROFESSIONAL SERVICES

    02/01/13  CSM  Draft case status report          L110      .10 hrs


              TOTAL FEES FOR THIS MATTER                    $30.00


    BILLING SUMMARY

        Cory S. Menees        .10 hrs   300.00 /hr        30.00


    TOTAL FEES              0.10 hrs                    $30.00

    **TOTAL CHARGES FOR THIS INVOICE**                  $30.00

                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                     APRIL 30, 2013
1100 Virginia Drive                                        0R0806-301032
Fort Washington, PA 19034

INVOICE #  865797

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0R0806-301032
        TC # NA

PROFESSIONAL SERVICES

02/14/13  MST  Review of dismissal documents, prepare      L110      .40 hrs
               for closing and draft closing memo for
               attorney review


               TOTAL FEES FOR THIS MATTER                            $63.20


BILLING SUMMARY

    Melanie Thompson          .40 hrs   158.00 /hr         63.20


TOTAL FEES                    0.40 hrs                   $63.20

**TOTAL CHARGES FOR THIS INVOICE**                      **$63.20**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0806-301033

INVOICE #  841338

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301033
     TC # NA

PROFESSIONAL SERVICES

01/02/13  BG   Draft status report regarding          L190      .10 hrs
               rescheduling of trial


               TOTAL FEES FOR THIS MATTER                        $20.70


BILLING SUMMARY

   Blake Goodsell            .10 hrs   207.00 /hr      20.70


TOTAL FEES                   0.10 hrs                 $20.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$20.70**

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0806-301033
Fort Washington, PA 19034

                                                         INVOICE #  865798

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0806-301033
         TC # NA

    PROFESSIONAL SERVICES

    02/05/13  BG   Draft status report regarding trial      L190      .10 hrs
                   continuance


                   TOTAL FEES FOR THIS MATTER                        $20.70


    BILLING SUMMARY

       Blake Goodsell              .10 hrs   207.00 /hr      20.70


    TOTAL FEES                     0.10 hrs                 $20.70

    **TOTAL CHARGES FOR THIS INVOICE**                      **$20.70**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0806-301034

INVOICE #  865799

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301034
     TC # NA

PROFESSIONAL SERVICES

| 02/14/13 | MST | Review of dismissal documents, prepare for closing and draft closing memo for attorney review | L110 | .40 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                              $63.20

BILLING SUMMARY

Melanie Thompson          .40 hrs   158.00 /hr        63.20

TOTAL FEES                0.40 hrs                    $63.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$63.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0806-301036
Fort Washington, PA 19034

                                                         INVOICE #  841342

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301036
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RK | Draft correspondence to borrower's attorney regarding status of partition action | L120 | .50 hrs |
| 01/03/13 | RK | Review foreclosure pleadings | L120 | .20 hrs |
| 01/03/13 | RK | Draft status report for client | L120 | .10 hrs |
| 01/16/13 | RK | Analyze status of partition action and foreclosure action | L120 | .70 hrs |
| 01/22/13 | GWG | Calls with M. Gonzalez regarding procedural posture and facts of the parallel lawsuits at issue | L110 | .60 hrs |
| 01/25/13 | GWG | Calls with M. Speidel regarding representation of GMAC | L120 | .30 hrs |
| 01/25/13 | RK | Conference with foreclosure counsel regarding foreclosure status | L120 | .30 hrs |
| 01/28/13 | GWG | Review file received from foreclosure counsel | L110 | .40 hrs |

                  TOTAL FEES FOR THIS MATTER              $778.20

01/04/13 Postage Charges 01/02/2013                         0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0806-301036

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 1.30 hrs | 312.00 /hr | 405.60 |
| Riley Key | 1.80 hrs | 207.00 /hr | 372.60 |

TOTAL FEES                 3.10 hrs                        $778.20

**TOTAL CHARGES FOR THIS INVOICE**                          $778.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0806-301036
Fort Washington, PA 19034

                                                               INVOICE #  865800

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301036
     TC # NA

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/04/13 | RK | Conference regarding service release | L120 | .20 hrs |
| 02/04/13 | RK | Draft status report to client | L120 | .10 hrs |
| 02/04/13 | GWG | Call with third-party receiver and analyze loan documents regarding potential payoff to GMAC | L110 | 1.20 hrs |
| 02/06/13 | GWG | Call to K. Phillips regarding status of sale of the property | L110 | .40 hrs |
| 02/07/13 | phn | Review application for writ of possession and notice to vacate | L120 | .40 hrs |
| 02/11/13 | GWG | Review correspondence and pleadings filed by the third-party receiver regarding a sale of the property | L210 | .40 hrs |
| 02/12/13 | GWG | Strategy conference and factual investigation regarding claims asserted in plaintiff's previous class action | L110 | .40 hrs |
| 02/20/13 | MST | Review and analyze property tax records for past several years to determine amount paid and identity of individual(s) who paid | L110 | .60 hrs |
| 02/21/13 | phn | Draft notice of appearance | L210 | .30 hrs |
| 02/21/13 | phn | Plan and prepare hearing binder | L230 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0806-301036

FED ID NO. 63-0243316

| 02/21/13 | GWG | Preparation for hearing on the receiver's application for writ of possession | L210 | .70 hrs |
|---|---|---|---|---|
| 02/22/13 | phn | Review and analysis of pleadings in Cause Nos. 2012-29348 and 2011-69148 in preparation for hearing on writ of possession and pending motion to consolidate | L120 | 4.10 hrs |
| 02/22/13 | phn | Plan and prepare for hearing on writ of possession and pending motion to consolidate regarding GMAC Mortgage, LLCÆs interest in the Property and pending 736 judicial foreclosure proceedings | L230 | 1.70 hrs |
| 02/22/13 | phn | Attend hearing on writ of possession and pending motion to consolidate | L230 | .80 hrs |
| 02/25/13 | phn | Review and analysis of notice granting writ of possession | L120 | .30 hrs |
| 02/26/13 | GWG | Strategy conference regarding hearing on the receiver's application for writ of possession and upcoming sale of property | L120 | .40 hrs |
| 02/26/13 | phn | Draft proposed order to consolidate | L210 | .40 hrs |
| 02/26/13 | phn | Email to receiver and plaintiffÆs counsel regarding proposed order to consolidate | L120 | .20 hrs |
| 02/26/13 | phn | Phone call with clerk of court to inquire about motion to consolidate and what information the court needed to enter agreed upon consolidation | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       3
APRIL 30, 2013

ResCap

0R0806-301036

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/26/13 | phn | Email exchange with receiver regarding proposed revisions to proposed order to consolidate | L120 | .20 hrs |
| 02/27/13 | phn | Email exchange with plaintiffÆs counsel regarding revisions to proposed order to consolidate | L210 | .30 hrs |
| 02/27/13 | phn | Revise and edit proposed order to consolidate with respect to plaintiffÆs counselÆs proposed edits and revisions | L210 | .20 hrs |
| 03/06/13 | MST | Finalize Proposed Order and prepare for filing and service | L210 | .40 hrs |
| 03/06/13 | phn | Revise and edit motion to consolidate | L210 | .20 hrs |
| 03/06/13 | phn | Email exchange with opposing counsel regarding order to consolidate | L210 | .20 hrs |
| 03/06/13 | GWG | Correspondence with other counsel and receiver regarding order on motion to consolidate | L210 | .30 hrs |
| 03/27/13 | phn | Email exchange with the receiver regarding the order to consolidate and requesting a payoff quote | L120 | .30 hrs |
| 03/27/13 | phn | Draft email to case manager requesting payoff quote for receiver | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $3,858.20



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
APRIL 30, 2013

ResCap

0R0806-301036

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---:|
| 03/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP HC DIST CLK 3-6-13 Bank ID: PCARD Check Number: P125 | 2.00 |
| 03/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP TX ONLINE 3-6-13 Bank ID: PCARD Check Number: P125 | 14.10 |
| 02/26/13 | Airline Tickets - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 2/22/13 Bank ID: GENR Check Number: 107439 | 680.30 |
| 02/26/13 | Travel Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 2/22/13 RENTAL CAR Bank ID: GENR Check Number: 107439 | 112.80 |
| 02/26/13 | Travel Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 2/22/13 PARKING Bank ID: GENR Check Number: 107439 | 29.95 |
| 02/26/13 | Meal Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 2/22/13 Bank ID: GENR Check Number: 107439 | 64.51 |

          TOTAL COSTS FOR THIS MATTER          $903.66

BILLING SUMMARY

| | | | |
|---|---:|---|---:|
| Melanie Thompson | 1.00 hrs | 158.00 /hr | 158.00 |
| Graham W. Gerhardt | 3.80 hrs | 312.00 /hr | 1,185.60 |
| Preston H. Neel | .50 hrs | 245.00 /hr | 122.50 |
| Preston H. Neel | 10.00 hrs | 233.00 /hr | 2,330.00 |
| Riley Key | .30 hrs | 207.00 /hr | 62.10 |

TOTAL FEES          15.60 hrs          $3,858.20

TOTAL EXPENSES                         $903.66



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
APRIL 30, 2013

0R0806-301036

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $4,761.86

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0806-301037
Fort Washington, PA 19034

INVOICE #  841343

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301037
     TC # NA

PROFESSIONAL SERVICES

01/01/13   KSA   Draft and submit client status report      L120      .10 hrs

01/15/13   MST   Receive and review settlement & release    L110      .20 hrs
                 agreement and update file regarding same

           TOTAL FEES FOR THIS MATTER                            $58.40

BILLING SUMMARY

     Melanie Thompson          .20 hrs   158.00 /hr      31.60
     Keith S. Anderson         .10 hrs   268.00 /hr      26.80

TOTAL FEES                     0.30 hrs                 $58.40

**TOTAL CHARGES FOR THIS INVOICE**                     **$58.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0806-301037
Fort Washington, PA 19034

                                                         INVOICE #  865801

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301037
     TC # NA

PROFESSIONAL SERVICES

02/14/13  MST   Review of dismissal documents, prepare     L110     .40 hrs
                for closing and draft closing memo for
                attorney review


                TOTAL FEES FOR THIS MATTER                          $63.20


BILLING SUMMARY

   Melanie Thompson          .40 hrs   158.00 /hr        63.20


TOTAL FEES                 0.40 hrs                     $63.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$63.20**

                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0R0806-301038
Fort Washington, PA 19034

                                                             INVOICE #   841345

                                                             FED ID NO. 63-0243316

_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301038
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/04/13 | AHC | Review pleadings and assemble hearing notebook for attorney preparation for hearing and telephone conference with clerk to confirm hearing information | L250 | .70 hrs |
| 01/04/13 | NSR | Review and analyze case strategy regarding motion to vacate default | L250 | .20 hrs |
| 01/07/13 | JDV | Prepare for hearing on Motion to Vacate Entry of Default | L450 | 1.00 hrs |
| 01/07/13 | JDV | Communications with J.Copeland, plaintiff's attorney, regarding entry of Agreed Order on Motion to Vacate Entry of Default | L210 | .70 hrs |
| 01/07/13 | KK | Telephone calls with judicial assistant regarding cancellation of hearing and consent order | L110 | .20 hrs |
| 01/07/13 | KK | Draft letter to judge regarding proposed order and prepare copies and envelopes for all parties | L110 | .20 hrs |
| 01/07/13 | NSR | Draft agreed order granting motion to vacate entry of default | L460 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0806-301038

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/07/13 | NSR | Draft e-mail to title company regarding coverage of claim, relief from default, and responsive pleading deadline | L110A | .20 hrs |
| 01/14/13 | NSR | Exchange e-mails with title company regarding insured's demand for coverage | L110A | .10 hrs |
| 01/15/13 | KK | Review and compile pleadings to send to title company for review | L110 | .20 hrs |
| 01/16/13 | JDV | Review conformed copy of Agreed Order Granting Verified Motion to Vacate Entry of Default | L210 | .10 hrs |
| 01/16/13 | KK | Telephone call and e-mail with opposing counsel regarding executed agreed order vacating default in case | L110 | .20 hrs |
| 01/16/13 | NSR | Draft e-mail to client regarding status of case and retention of title counsel | L120 | .20 hrs |
| 01/16/13 | NSR | Review and analyze e-mail from title company with attachment regarding retention of title counsel for defense of insured | L120 | .10 hrs |
| 01/18/13 | KK | Review docket and upcoming deadlines in matter | L110 | .20 hrs |
| 01/21/13 | NSR | Draft e-mail to R.Pretschner, co-counsel, regarding defense of partition action | L120 | .20 hrs |
| 01/22/13 | NSR | Review and respond to e-mail from R.Pretschner, co-counsel, regarding answer, affirmative defenses, cross-claim, and counterclaim | L210 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0806-301038

FED ID NO. 63-0243316

| 01/25/13 | KK | Receive and review service of court documents in case from opposing counsel | L110 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                              $1,311.20

BILLING SUMMARY

| Alecia H. Cockrell | .70 hrs | 158.00 /hr | 110.60 |
| Jose D. Vega | 1.80 hrs | 264.00 /hr | 475.20 |
| Nader Raja | 1.90 hrs | 282.00 /hr | 535.80 |
| Kerry Keane | 1.20 hrs | 158.00 /hr | 189.60 |

TOTAL FEES                    5.60 hrs                    $1,311.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,311.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0806-301042

INVOICE #  841346

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301042
     TC # NA

PROFESSIONAL SERVICES

| 01/02/13 | RLB | Telephone call to client regarding condemnation issue | L460 | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | CWH | Review and analyze issues with the share of the eminent domain proceeds and need to act | L120 | .20 hrs |
| 01/04/13 | KK | Draft status report for client | L110 | .10 hrs |
| 01/04/13 | RLB | Teleconference with J.Newton at MoFo regarding condemnation/automatic stay issue | L460 | .30 hrs |
| 01/08/13 | RLB | Revise client report | L190 | .20 hrs |
| 01/17/13 | RLB | Teleconference with client regarding release of condemnation funds | L460 | .40 hrs |
| 01/17/13 | RLB | Telephone call to J.Hanratty regarding stipulation on annulment | L460 | .10 hrs |
| 01/18/13 | RLB | Teleconference with J.Hanratty regarding automatic stay stipulation | L460 | .20 hrs |
| 01/22/13 | RLB | Teleconference with Marion County's attorney regarding automatic stay stipulation | L460 | .30 hrs |
| 01/22/13 | RLB | E-mail to J.Hanratty to confirm facts regarding distribution of proceeds | L460 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0806-301042

FED ID NO. 63-0243316

| 01/22/13 | RLB | E-mail to J.Newton regarding distribution of proceeds | L460 | .10 hrs |
|---|---|---|---|---|
| 01/24/13 | RLB | E-mail to J.Newton regarding automatic stay stipulation | L460 | .20 hrs |
| 01/25/13 | RLB | Review stipulation annulling the automatic stay and e-mail to J.Newton regarding same | L460 | .20 hrs |
| 01/29/13 | RLB | Teleconference with J.Hanratty regarding condemnation proceeds | L460 | .20 hrs |

TOTAL FEES FOR THIS MATTER                       $955.10

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
|---|---|---|---|
| Rashad L. Blossom | 2.90 hrs | 299.00 /hr | 867.10 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                       3.20 hrs                       $955.10

**TOTAL CHARGES FOR THIS INVOICE**                       $955.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0806-301043

INVOICE #  841348

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301043
     TC # UNKNOWN

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/07/13 | KK | Telephone call with clerk of superior court in Cumberland, County regarding obtaining full copy of file | L110 | .20 hrs |
| 01/07/13 | JJS | Coordinating obtaining a copy of the court file and communicating with client regarding same. | L120 | .20 hrs |
| 01/09/13 | KK | E-mails with Westlaw representative confirming contents of file in Cumberland County, North Carolina | L110 | .20 hrs |
| 01/09/13 | JJS | Following up with client regarding status. | L120 | .10 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $152.90 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jessica J. Sibley | .30 hrs | 299.00 /hr | 89.70 |
| Kerry Keane | .40 hrs | 158.00 /hr | 63.20 |

| | | |
|---|---|---|
| TOTAL FEES | 0.70 hrs | $152.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$152.90** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0R0806-301044
Fort Washington, PA 19034

                                                           INVOICE #  865802

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0806-301044
         TC # NA

PROFESSIONAL SERVICES

02/14/13  MST   Review of dismissal documents, prepare     L110      .40 hrs
                for closing and draft closing memo for
                attorney review


                TOTAL FEES FOR THIS MATTER                           $63.20


BILLING SUMMARY

    Melanie Thompson          .40 hrs   158.00 /hr          63.20


TOTAL FEES                    0.40 hrs                     $63.20

**TOTAL CHARGES FOR THIS INVOICE**                        **$63.20**
                                                          ===============

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0806-301045

INVOICE #  841351

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0806-301045
     TC # NA

PROFESSIONAL SERVICES

| 01/16/13 | CWH | Introductory phone call with county attorney regarding the eminent domain proceedings | L120 | .20 hrs |
| 01/16/13 | CWH | Initial review of new matter and eminent domain proceedings | L120 | .20 hrs |
| 01/16/13 | CWH | Email client to request additional documents for matter | L110 | .10 hrs |
| 01/22/13 | CWH | Review the note and deed of trust for language regarding eminent domain proceedings | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $252.70

BILLING SUMMARY

Christian W. Hancock        .70 hrs    361.00 /hr        252.70

TOTAL FEES                 0.70 hrs                    $252.70

**TOTAL CHARGES FOR THIS INVOICE**                   **$252.70**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0R0806-301046
Fort Washington, PA 19034

                                                           INVOICE #  865803

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0806-301046
         TC # NA

PROFESSIONAL SERVICES

| 02/01/13 | phn | Draft answer to plaintiff's complaint | L210 | .50 hrs |
|---|---|---|---|---|
| 02/01/13 | phn | Research and analysis of removal procedure for small claims court action with federal claim | B110 | .60 hrs |
| 02/01/13 | GWG | Review new matter received from client and analyze for possible removal and dispositive motion | L120 | 3.70 hrs |
| 02/05/13 | phn | Draft notice of removal | L210 | 1.60 hrs |
| 02/05/13 | phn | Review and analysis of state court pleadings and file | L120 | .50 hrs |
| 02/05/13 | phn | Phone call with Equifax counsel regarding claims and action | L120 | .40 hrs |
| 02/07/13 | GWG | Legal research into possible removal of case to federal court after a default has been taken in state court | L210 | .50 hrs |
| 02/08/13 | GWG | Call to client regarding history of plaintiff's previous litigation | L110 | .30 hrs |
| 02/08/13 | phn | Review and analysis of recent developments and correspondence | L120 | .80 hrs |
| 02/11/13 | phn | Draft initial litigation analysis and budget | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                                          APRIL 30, 2013

0R0806-301046

FED ID NO. 63-0243316

02/13/13   phn   Phone call with P. Smith at Equifax        L120      .50 hrs
                 regarding case and her discussions with
                 Plaintiff

                 TOTAL FEES FOR THIS MATTER                        $2,638.90

BILLING SUMMARY

    Graham W. Gerhardt          4.50 hrs   312.00 /hr     1,404.00
    Preston H. Neel            5.30 hrs   233.00 /hr     1,234.90

TOTAL FEES                      9.80 hrs                 $2,638.90

**TOTAL CHARGES FOR THIS INVOICE**                      **$2,638.90**
                                                        ================

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0806-301047

INVOICE #  865804

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0806-301047
     TC # NA

PROFESSIONAL SERVICES

| 02/05/13 | MPE | Prepare a timeline of case events | L110 | .60 hrs |
|---|---|---|---|---|
| 02/05/13 | MPE | Receive and review all document received from clients, including mortgage, note, title policy, Complaint | L110 | 1.00 hrs |
| 02/06/13 | MPE | Prepare initial draft of litigation analysis and update timeline | L110 | 1.20 hrs |
| 02/06/13 | MPE | Research public records and docket to determine upcoming deadlines. | L110 | .50 hrs |
| 02/06/13 | APUC | Review file in preparation for drafting Answer and begin draft of Answer to Third-Party Plaintiff's Second Amended Answer, Counterclaim and Third-Party Complaint | L210 | 1.30 hrs |
| 02/06/13 | CWH | Initial review and analysis of the partition complaint and counterclaim and determine MERS's involvement in dispute | L210 | .30 hrs |
| 02/06/13 | CWH | Phone call to counsel for borrower Miller | L110 | .10 hrs |
| 02/07/13 | APUC | Complete draft and revision of Answer to Third-Party Plaintiff's Second Amended Answer, Counterclaim and Third-Party Complaint | L210 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0806-301047

FED ID NO. 63-0243316

02/11/13   CWH   Discussion with Miller's counsel about      L110      .20 hrs
                the claims in the case and her client's
                desire to maintain the property

02/11/13   CWH   Draft status update to client and           L110      .20 hrs
                request payoff statement

           TOTAL FEES FOR THIS MATTER                        $1,630.40

BILLING SUMMARY

    Christian W. Hancock     .80 hrs    361.00 /hr       288.80
    Amy Puckett             3.10 hrs    255.00 /hr       790.50
    Melisa P. Palmer        3.30 hrs    167.00 /hr       551.10

TOTAL FEES                  7.20 hrs                 $1,630.40

**TOTAL CHARGES FOR THIS INVOICE**                   **$1,630.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0807-301001

INVOICE #  840969

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:   0R0807-301001
      TC # 717481

<u>EXPENSES</u>

| 65 | Title Search Fee | 1,114.75 |
|----|------------------|----------|
|    | TOTAL COSTS FOR THIS MATTER | $1,114.75 |

| TOTAL FEES | 0.00 hrs | $.00 |
|------------|----------|------|
| TOTAL EXPENSES | | $1,114.75 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,114.75** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0807-301001

INVOICE #   841706

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0807-301001
      TC # 717481

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/02/13 | HEA | Review voicemails from and conversation with First American regarding status of resolution of claim | L160 | .40 hrs |
| 01/02/13 | HEA | Emails with client regarding postponement of LOP hearing and bankruptcy issues | L190 | .80 hrs |
| 01/02/13 | HEA | Review new matter assignments for 7 new matters | L110 | 4.00 hrs |
| 01/02/13 | HEA | Prepare for and participate in weekly call to discuss status of our project | L190 | 1.50 hrs |
| 01/02/13 | SPM | Review active GMAC title insurance files | L120 | .50 hrs |
| 01/02/13 | SPM | Review loan assignment history and chain of title | L120 | .30 hrs |
| 01/02/13 | SPM | Review letter from P.Stevens requesting a copy of the assignment from Homecomings to GMAC | L160 | .20 hrs |
| 01/02/13 | SPM | Review e-mail correspondence with client and attached title insurance coverage documents | L120 | .30 hrs |
| 01/02/13 | SPM | Research Louisiana law regarding reinstatement of cancelled mortgages | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| 01/02/13 | HEA | Draft and send email to First American and client regarding status of resolution of claim | L160 | .60 hrs |
|---|---|---|---|---|
| 01/02/13 | HEA | Telephone call with client regarding assignment issues and follow up emails | L190 | .50 hrs |
| 01/02/13 | LG | Prepare for call with client discussing the status of various title claims | L120 | .20 hrs |
| 01/02/13 | LG | Call with client discussing the status of various title claims in the title claims project | L120 | .50 hrs |
| 01/03/13 | LG | Analyze various claims that are part of the title claims project in order to draft update to the weekly memo advising client as to the status of the project | L120 | .50 hrs |
| 01/03/13 | SPM | Follow up with P.Stevens regarding loan assignment question and concerns about GMAC's lien interest | L160 | .30 hrs |
| 01/03/13 | SPM | Draft e-mail memorandum summarizing Louisiana law on the reinstatement of cancelled mortgages | L120 | 1.20 hrs |
| 01/03/13 | SPM | Review tax bill and property description used by taxing authority | L120 | .10 hrs |
| 01/03/13 | SPM | Review files to determine the need for title reports to be ordered | L110 | .20 hrs |
| 01/03/13 | SPM | Revise information pertaining to loan files referenced in the weekly project update memorandum | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| 01/03/13 | HEA | Prepare for conversation with client regarding possible claims regarding FACT program and First American and conference call regarding same | L190 | 1.50 hrs |
|---|---|---|---|---|
| 01/03/13 | ERP | E-mail communication with D.Mitchell at AFX Title requesting title report | L120 | .20 hrs |
| 01/03/13 | ERP | E-mail communication with D.Mitchell at AFX Title requesting title report | L120 | .20 hrs |
| 01/03/13 | ERP | Initial review of documents provided by client in preparation of requesting title report from AFX Title | L120 | .30 hrs |
| 01/03/13 | ERP | Initial review of documents provided by client in preparation of requesting title report from AFX Title | L120 | .30 hrs |
| 01/03/13 | HEA | Review issues for loan regarding need to file petition to reinstate mortgage against property | L190 | 1.00 hrs |
| 01/03/13 | HEA | Review new damages figures provided by K.Ollinger and recommend amount of proposed settlement to client for approval | L190 | .80 hrs |
| 01/03/13 | HEA | Additional review of possible legal description issues and emails with L.Holder regarding same | L190 | .60 hrs |
| 01/04/13 | HEA | Detailed review of legal descriptions issues and most likely intent of borrower with regard to adjacent parcels of property | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/04/13 | LG | Draft letter to Fidelity demanding penalty payment due to certain delays associated with the processing of one of GMAC's title claims | L120 | .80 hrs |
| 01/07/13 | LG | Analyze discover requests and documents in BABC's file in order to draft discovery responses | L120 | 1.40 hrs |
| 01/07/13 | LG | Detailed communications with client setting forth the documents currently in BABC's possession and the documents required from GMAC in order to respond to discovery requests | L120 | .80 hrs |
| 01/08/13 | LG | Communications regarding upcoming mediation and need for a client contact to represent GMAC at that mediation | L120 | .20 hrs |
| 01/08/13 | LG | Initial review of documents provided by GMAC for production in a pending arbitration in order to determine which documents GMAC should produce | L120 | .50 hrs |
| 01/08/13 | SPM | Review client correspondence regarding potential title issues affecting GMAC's title | L110 | .30 hrs |
| 01/08/13 | SPM | Review file for basis of demanding settlement for failure to follow closing instructions | L110 | .80 hrs |
| 01/08/13 | SPM | Review file for basis of reinstatement of mortgage | L110 | .50 hrs |
| 01/09/13 | SPM | Review cancellation of mortgage document filed in Jefferson Parish | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/09/13 | SPM | Review status of files for title claims analysis | L110 | .30 hrs |
| 01/09/13 | HEA | Substantive emails with claims counsel regarding failure of Fidelity to tender penalty payment and further demands | L160 | 1.20 hrs |
| 01/09/13 | HEA | Emails with client regarding concerns over title defect and insurance work in light of GMAC transfer of assets | L190 | .40 hrs |
| 01/09/13 | HEA | Send detailed memo and email to client regarding loans for which BABC is presently providing assistance and concerns over same | L190 | 1.00 hrs |
| 01/09/13 | LG | Communications with Fidelity representative regarding Fidelity's obligation to send a copy of the recorded quitclaim deed and a settlement check | L120 | .40 hrs |
| 01/09/13 | LG | Communications with law firm that drafted the quitclaim deed in an effort to obtain a recorded copy of the quitclaim deed | L120 | .10 hrs |
| 01/09/13 | ERP | E-mail to D.Mitchell at AFX Title requesting status of title searches regarding Lanier matter | L120 | .40 hrs |
| 01/10/13 | LG | Communications with insurer demanding a copy of GMAC's title policy | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| 01/10/13 | LG | Analyze California law regarding potential pre-suit discovery options in the event insurer denies GMAC's request for a copy of the policy | L120 | .70 hrs |
|---|---|---|---|---|
| 01/10/13 | LG | Analyze potentially responsive documents in preparation for responding to Fidelity's initial request for documents | L120 | 2.00 hrs |
| 01/10/13 | LG | Communications with insurer's new claims counsel regarding a pending claim | L120 | .20 hrs |
| 01/10/13 | LG | Update weekly report regarding the status of title claims that are part of the title claims project | L120 | .90 hrs |
| 01/10/13 | LG | Analyze email communications and attached mediation preparation guide related to an upcoming mediation for a pending GM AC title claim | L120 | .30 hrs |
| 01/10/13 | ERP | Initial review of title report provided by AFX Title on 1/10 regarding matter | L120 | .60 hrs |
| 01/10/13 | ERP | Communication with George at AFX Title requesting status of title report on matter | L120 | .40 hrs |
| 01/10/13 | SPM | Review and analyze title report to determine status of title | L110 | .30 hrs |
| 01/10/13 | SPM | Update title claims weekly memo to reflect activity on title insurance legal efforts | L110 | .50 hrs |
| 01/10/13 | SPM | Follow up with K.Olinger regarding documents needed to conduct title review | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
ResCap                                                              MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/11/13 | SPM | Draft demand letter to Chicago Title regarding closing protection letter indemnity | L120 | 1.10 hrs |
| 01/11/13 | SPM | Review causes of action brought by plaintiff in his complaint | L110 | .10 hrs |
| 01/11/13 | SPM | Review and analyze virginia law on equitable subrogation | L120 | .90 hrs |
| 01/11/13 | SPM | Review and analyze Oregon law regarding ability to recovery attorney's fees and requirements for bringing a declaration judgment action | L120 | .40 hrs |
| 01/11/13 | ERP | Initial review of title report provided by AFX Title regarding matter | L120 | .60 hrs |
| 01/11/13 | ERP | E-mail communication with S.Mobley attaching title report for  matter for further review | L120 | .20 hrs |
| 01/11/13 | LG | Draft letter demanding payment of insured losses in a pending arbitration | L120 | .30 hrs |
| 01/11/13 | LG | Continue analyzing potentially responsive documents in order to respond to Fidelity's discovery requests | L120 | 2.10 hrs |
| 01/11/13 | LG | Draft GMAC's written responses and objections to Fidelity's discovery requests | L120 | .80 hrs |
| 01/11/13 | LG | Communications with opposing counsel regarding GMAC's responses to Fidelity's discovery requests | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/11/13 | ERP | Review client documents in preparation of requesting title report from AFX | L120 | .30 hrs |
| 01/11/13 | ERP | E-mail communication with D.Mitchell with AFX Title requesting title report | L120 | .20 hrs |
| 01/11/13 | LG | Communications with client regarding its responses to Fidelity's discovery requests | L120 | .10 hrs |
| 01/11/13 | LG | Analyze communications from insurer regarding one of GMAC's pending title claims | L120 | .20 hrs |
| 01/11/13 | HEA | Review and consider action items from weekly title claims project memo | L190 | 1.00 hrs |
| 01/14/13 | SPM | Telephone discussion with opposing counsel regarding status of NCCU decision to accept settlement | B190 | .20 hrs |
| 01/14/13 | HEA | Review documents produced initially to Fidelity in response to requests for production | L320 | 1.00 hrs |
| 01/14/13 | HEA | Draft and send email to foreclosure counsel regarding excess funds from Court registry | L190 | .50 hrs |
| 01/14/13 | LG | Correspondence regarding pending title claims and GMAC's next steps for obtaining a penalty payment on one of its claims | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       9
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| 01/14/13 | LG | Analyze and produce payoff statement provided by GMAC in response to Fidelity's request for documents supporting GMAC's alleged damages | L120 | .20 hrs |
| 01/15/13 | HEA | Review and consider issues surrounding 6 separate matters received in late December from client involving title defect and insurance coverage issues and formulate plan for same | L110 | 2.00 hrs |
| 01/15/13 | HEA | Review and revise initial evaluation memo and send to client | L110 | 1.00 hrs |
| 01/15/13 | BAW | Research regarding claim and outline legal arguments regarding propriety of action and inaction by Deutsche Bank | L190 | .50 hrs |
| 01/15/13 | SPM | Review status and progress of legal efforts on title defect issues for GMAC | L120 | .50 hrs |
| 01/16/13 | LG | Finalize document production for pending arbitration | L120 | .20 hrs |
| 01/16/13 | BAW | Research regarding defendant and corporate entity | L190 | .20 hrs |
| 01/16/13 | BAW | Contact client regarding quiet title action and foreclosure on second lien | L190 | .20 hrs |
| 01/16/13 | BAW | Draft file memo regarding opposing counsel and history of litigation | L190 | .30 hrs |
| 01/16/13 | BAW | Research regarding current property value | L190 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/16/13 | HEA | Review and revise demand letter to be sent to title insurance company including review of closing protection letter and court order denying claim for equitable subrogation | L190 | 2.00 hrs |
| 01/16/13 | HEA | Review issues regarding lots 3 and 4, replat and suggested strategy for dealing with same | L190 | 1.50 hrs |
| 01/16/13 | HEA | Review notes from first contact with opposing counsel and consider strategy for next steps in case | L190 | .80 hrs |
| 01/16/13 | SPM | Review discussions with opposing attorney regarding title issues | L120 | .20 hrs |
| 01/16/13 | SPM | Review title report and recorded liens on the property to identify possible curative actions | L120 | 1.10 hrs |
| 01/16/13 | SPM | Review Norton, MA plat maps and recorded documents impacting title to determine curative options to fix legal description | L120 | 3.00 hrs |
| 01/16/13 | ERP | E-mail communication with AFX Title regarding title report | L120 | .40 hrs |
| 01/17/13 | SPM | Review title report and potential claim of fraudulent satisfaction of mortgage | L120 | 2.20 hrs |
| 01/17/13 | SPM | Review title report and title coverage correspondence to verify break in the chain of title and assess the curative options available | L120 | 1.70 hrs |
| 01/17/13 | SPM | Update title claims memo | L110 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| 01/17/13 | HEA | Review payoff statement and consider amount of demand to Chicago Title | L190 | .50 hrs |
|---|---|---|---|---|
| 01/17/13 | HEA | Review and provide updates for weekly title claims project memo | L190 | 1.00 hrs |
| 01/17/13 | HEA | Emails with opposing counsel and AAA regarding initiation of matter | L190 | 1.00 hrs |
| 01/18/13 | ERP | E-mail communication with D.Mitchell at AFX title requesting status of additional information | L120 | .40 hrs |
| 01/18/13 | ERP | Initial review of revised title reports received from D.Mitchell at AFX Title regarding matter | L120 | .80 hrs |
| 01/18/13 | MFW | Attend conference call regarding plan for future and ongoing GMAC litigation | L190 | .30 hrs |
| 01/21/13 | LG | Analysis of current status of case in preparation to request an update from retained counsel | L120 | .20 hrs |
| 01/21/13 | LG | Update title claims memo to reflect recent developments in cases that are part of the title claims project | L120 | 1.50 hrs |
| 01/21/13 | LG | Analyze mediation agreement in preparation for upcoming mediation scheduled for February 7, 2013 | L120 | .30 hrs |
| 01/21/13 | LG | Communications with client regarding the need to execute a new release agreement | L120 | .20 hrs |
| 01/21/13 | HEA | Review several new matters and provide counsel as to next steps | L110 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     12
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| 01/21/13 | HEA | Finalize and send demand letter to Chicago Title for amount of payoff | L190 | .60 hrs |
| 01/21/13 | HEA | REview several hundred documents produced by Fidelity | L320 | 2.00 hrs |
| 01/21/13 | HEA | Draft Rule 37 letter to opposing counsel regarding deficient discovery | L390 | 1.00 hrs |
| 01/21/13 | LG | Communications with client regarding the need for a payment history and payment statement in preparation for an upcoming mediation | L120 | .10 hrs |
| 01/21/13 | HEA | Email to client regarding need for information about current holder of mortgage/GMAC's relationship regarding same | L190 | .30 hrs |
| 01/21/13 | HEA | Review initial evaluation and consider counsel to client regarding lack of insurance and lack of curative options | L120 | 1.20 hrs |
| 01/21/13 | LG | Draft email to the client demanding an update on the case status since the requested update is now three weeks overdue | L120 | .20 hrs |
| 01/21/13 | SPM | Review and analyze updated title report and draft initial assessment of the curative options available to GMAC | L120 | 1.60 hrs |
| 01/21/13 | SPM | Draft initial evaluation and assessment of curative options available to GMAC | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| 01/21/13 | SPM | Review and analyze title report documents related to third party purchaser | L120 | .90 hrs |
| 01/21/13 | SPM | Review claim correspondence with title carrier | L120 | .20 hrs |
| 01/22/13 | ERP | E-mail communications with D.Mitchell at AFX Title regarding title reports | L120 | .40 hrs |
| 01/22/13 | LG | Analysis of new documents including the origination appraisal, BPO's, and title commitment to assess the strength of GMAC's potential claim against the closing agent | L120 | 1.10 hrs |
| 01/22/13 | SPM | Called First American Title and obtained claim reference number and left message with claim handler inquiring about the status of the title claim | L110 | .20 hrs |
| 01/22/13 | SPM | Spoke with foreclosure counsel regarding the foreclosure action and the satisfaction and release | L120 | .40 hrs |
| 01/22/13 | SPM | Review counter offer from credit union to subordinate their lien position | L120 | .20 hrs |
| 01/22/13 | SPM | Review title documents and coverage correspondence relating to the DOJ lien encumbering the property | L120 | .50 hrs |
| 01/22/13 | HEA | Review and revise weekly update memo and send to client | L190 | 3.00 hrs |
| 01/22/13 | LG | Communications regarding upcoming mediation for a GMAC claim | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | LG | Analyze claim to incorporate new information related to a current borrower's challenge to GMAC's interest in the property | L120 | .90 hrs |
| 01/22/13 | LG | Draft section of evaluation memorandum discussing the facts of GMAC's claim | L120 | 1.00 hrs |
| 01/22/13 | LG | Assess title abstract, closing instructions and other new documents in order to assess whether closing agent erred when generating its legal description of the property | L120 | .90 hrs |
| 01/22/13 | LG | Draft demand letter to the insurer renewing the insured's demand for coverage in light of this new evidence | L120 | .80 hrs |
| 01/22/13 | LG | Analyze communications, pleadings, title policy, and various other documents as part of claims analysis | L120 | 1.60 hrs |
| 01/23/13 | HEA | Consider recoupment options including fraudulent release claims, claims against employer of notary and additional claims | L190 | 2.00 hrs |
| 01/23/13 | HEA | Prepare for weekly title claims project call | L190 | .50 hrs |
| 01/23/13 | HEA | Emails with client regarding upcoming mediation and service transfer | L190 | .50 hrs |
| 01/23/13 | HEA | Review draft Rule 37 letter and consider arguments regarding attorney client privileged documents | L320 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0807-301001

FED ID NO. 63-0243316

| 01/23/13 | LG | Call with GMAC discussing certain claims and documentation issues related to those claims | L120 | .40 hrs |
| 01/23/13 | LG | Analyze various claims in preparation for call discussing title claims as part of the title claims project | L120 | .60 hrs |
| 01/23/13 | LG | Analysis of the priority of a federal anti-terrorism lien in order to determine whether GMAC's lien was prior to the anti-terrorism lien | L120 | 1.30 hrs |
| 01/23/13 | SPM | Analyze the credit union's counteroffer to subrogate its lien and draft a summary of options available to GMAC | L120 | .80 hrs |
| 01/23/13 | SPM | Research Hawaii law and causes of action related to fraudulent satisfaction of mortgage | L120 | 1.70 hrs |
| 01/23/13 | SPM | Research potential parties to litigation involving fraudulent release | L120 | 1.80 hrs |
| 01/23/13 | SPM | Draft executive summary of issues to be raised with GMAC | L120 | .50 hrs |
| 01/23/13 | SPM | Telephone conference with GMAC regarding issues with files and document requests | L120 | .50 hrs |
| 01/23/13 | SPM | Research 1031 exchange deeds | L120 | .80 hrs |
| 01/24/13 | SPM | Research 1031 exchange agreements | L120 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      16
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/24/13 | SPM | Draft initial evaluation memorandum regarding the legal description deficiency of omitting Lot 4 from the Mortgage | L120 | 1.60 hrs |
| 01/24/13 | ERP | E-mail communication with AFX Title providing copy of title report with recorded documents | L120 | .20 hrs |
| 01/24/13 | ERP | Initial review of 101 page title report with recorded documents | L120 | .60 hrs |
| 01/24/13 | LG | Analyze Rhode Island law regarding an insurer's ability to claim privilege in coverage disputes with its insured | L120 | 1.90 hrs |
| 01/25/13 | HEA | Finalize and send Rule 37 letter to opposing counsel for additional documents | L190 | 1.00 hrs |
| 01/25/13 | LG | Analyze case related to attorney client privilege in the insurance context under Rhode Island law | L120 | .30 hrs |
| 01/25/13 | LG | Draft section of letter addressing discoverability of attorney communications in the insurance context | L120 | .30 hrs |
| 01/25/13 | SPM | Draft lien subordination agreement | L160 | 1.20 hrs |
| 01/28/13 | LG | Analyze need for additional production in a pending GMAC arbitration | L120 | .20 hrs |
| 01/28/13 | HEA | Emails with client regarding excess funds | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    17
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/28/13 | HEA | Prepare for and participate in status conference with opposing counsel and arbitrator and consider issues regarding proof of standing and bifurcation of hearing on bad faith claims | L190 | 2.00 hrs |
| 01/28/13 | SPM | Called and left a message with First American Title claim representative assigned to the claim | L110 | .10 hrs |
| 01/29/13 | HEA | Review status of 6 separate title defect matters and consider next steps | L190 | 2.50 hrs |
| 01/29/13 | HEA | Review recent negotiations with competing lender and email to client with current status | L190 | 1.00 hrs |
| 01/29/13 | SPM | Draft response to NCCU attorney's inquiry about GMAC's acceptance of the subordination counteroffer | L120 | .20 hrs |
| 01/30/13 | SPM | Review the status of files to determine the appropriate course of action in pursing title insurance coverage | L120 | .30 hrs |
| 01/30/13 | SPM | Research the priority of federal anti terrorism and effective death penalty act restitution deeds as they relate to purchase money mortgages | L120 | 1.90 hrs |
| 01/30/13 | SPM | Draft email to be sent to US Attorney relating to the DOJ lien on the property | L120 | .60 hrs |
| 01/30/13 | SPM | Draft initial evaluation of file and the implication of a prior DOJ lien on lien priority | L120 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
MARCH 27, 2013

OR0807-301001

FED ID NO. 63-0243316

| 01/30/13 | SPM | Review file and documents forward by the client relating to a loss of priority issue | L120 | .40 hrs |
| 01/30/13 | BAW | Back and forth contact with M.Vitucci regarding response to Deutsche Bank's lawsuit | L190 | .20 hrs |
| 01/30/13 | BAW | Review complaint/lis pendens in preparation for follow up call with opposing counsel | L210 | .30 hrs |
| 01/30/13 | HEA | Emails with client regarding upcoming mediation and status of case | L160 | .50 hrs |
| 01/30/13 | HEA | Review DOJ lien priority issues and develop strategy for reaching out to DOJ, retendering title claim and resolving dispute | L160 | 1.50 hrs |
| 01/30/13 | HEA | Review initial file materials, consider date of loss argument and draft and send email regarding plan | L190 | 2.00 hrs |
| 01/31/13 | BAW | Read motion for summary judgment, supporting submission and motion for judicial notice | L250 | 1.20 hrs |
| 01/31/13 | SPM | Review Defendant's motion for summary judgment and attached exhibits | L120 | .80 hrs |
| 01/31/13 | SPM | Revise and update the weekly title claims status memo | L120 | .40 hrs |
| 01/31/13 | ERP | E-mail communication with D.Mitchell regarding status of title report | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    19
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| 01/31/13 | ERP | E-mail communication with L.Gilley providing current status of title report | L120 | .20 hrs |
| 01/31/13 | SPM | Call with K.Olinger to discuss the status of document requests and follow up email | L120 | .60 hrs |
| 01/31/13 | SPM | Review loan files that need to be addressed with client | L120 | .10 hrs |
| 01/31/13 | HEA | Review and revise weekly title claims project memo and send to client for review | L190 | 2.00 hrs |
| 01/31/13 | LG | Analyze title report in order to determine the strength of a potential claim against GMAC's closing agent | L120 | .70 hrs |
| 01/31/13 | LG | Revise title claims memorandum to provide a status update regarding the current status of claims within the project | L120 | .50 hrs |
| 01/31/13 | LG | Analyze mediation statement prepared by retained counsel in preparation for upcoming mediation with the borrowers | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                         $31,960.00

BILLING SUMMARY

| Brian Wahl | 3.00 hrs | 334.00 /hr | 1,002.00 |
| Emily R. Powell | 6.90 hrs | 163.00 /hr | 1,124.70 |
| Hall Eady | 53.50 hrs | 286.00 /hr | 15,301.00 |
| Michael Walker | .30 hrs | 282.00 /hr | 84.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
MARCH 27, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| Lee Gilley | 30.10 hrs | 207.00 /hr | 6,230.70 |
| Spencer Mobley | 41.50 hrs | 198.00 /hr | 8,217.00 |

TOTAL FEES            135.30 hrs                    $31,960.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$31,960.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0807-301001

INVOICE #  865805

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0807-301001
     TC # 717481

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | SPM | Research Florida law relating to res judicata and collateral estoppel to respond to Defendant's motion for summary judgment | L120 | .90 hrs |
| 02/01/13 | SPM | Review BPO relating to the Property | L120 | .20 hrs |
| 02/01/13 | SPM | Communicate by e-mail with First American Claim Representative requesting update on status of title claim filed by GMAC | L120 | .20 hrs |
| 02/01/13 | LG | Revise and finalize the analysis of GMAC's potential claim against the closing agent | L120 | 1.10 hrs |
| 02/01/13 | LG | Communications regarding documents needed to finalize assessment of GMAC's claim against its closing agent | L120 | .30 hrs |
| 02/04/13 | LG | Analyze south carolina law related to professional negligence claims in preparation to draft section of complaint regarding closing agent's professional negligence | L120 | 1.60 hrs |
| 02/04/13 | LG | Begin drafting factual allegations section of GMAC's complaint against the closing agent and law firm | L120 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0807-301001

FED ID NO. 63-0243316

| 02/04/13 | LG | Communications with insurer in order to verify that it never issued a title policy for the estes loan | L120 | .40 hrs |
| 02/04/13 | LG | Revise complaint to incorporate new information regarding the status of unrecorded assignments and other documents | L120 | 1.60 hrs |
| 02/04/13 | LG | Communications regarding potential documents affecting GMAC's complaint against the closing agent and his firm | L120 | .80 hrs |
| 02/04/13 | HEA | Emails with client re matter and need for coverage correspondence | L190 | .30 hrs |
| 02/04/13 | HEA | Review coverage correspondence for matter | L190 | .70 hrs |
| 02/04/13 | SPM | Review attempted correspondence with First American Claims Representative | L120 | .10 hrs |
| 02/05/13 | HEA | Review and revise initial assessment memo for Shotwell and send to client to review | L120 | 1.50 hrs |
| 02/05/13 | HEA | Review and revise initial assessment memo for Shiflett and send to client to review | L120 | 1.50 hrs |
| 02/05/13 | LG | Analyze South Carolina law in order to determine potential statute of limitations arguments | L120 | 1.50 hrs |
| 02/05/13 | LG | Analyze North Carolina law in order to determine whether it might apply to GMAC's case and potential statute of limitations issues under North Carolina law | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
APRIL 30, 2013

ResCap

0R0807-301001

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/05/13 | LG | Analyze south carolina law regarding breach of contract claims in preparation to draft section of complaint alleging breach of contract | L120 | .60 hrs |
| 02/05/13 | LG | Draft section of GMAC's complaint alleging breach of contract and professional negligence | L120 | 1.40 hrs |
| 02/06/13 | LG | Communications regarding strategy for filing complaint against closing agent and his firm | L120 | .50 hrs |
| 02/06/13 | LG | Analyze south carolina law in order to determine potential counter arguments that might be raised by defendants | L120 | 1.70 hrs |
| 02/06/13 | HEA | Review email updates from title insurer, consider same and email to client with analysis | L120 | 1.00 hrs |
| 02/06/13 | HEA | Review issues regarding SOL and issues regarding fact that GMAC was not original lender | L190 | 1.00 hrs |
| 02/06/13 | HEA | Review and revise draft complaint | L210 | 2.50 hrs |
| 02/06/13 | HEA | Telephone call to Foodman Surane regarding filing of lawsuit | L210 | .50 hrs |
| 02/06/13 | HEA | Follow up call with retained counsel and email to client regarding same | L190 | .50 hrs |
| 02/06/13 | SPM | Draft email to First American's claim representative handling claim | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/07/13 | SPM | Left message with First American claims representative for her to call me regarding the status of the claim | L110 | .10 hrs |
| 02/07/13 | SPM | Research Georgia and 11th Circuit law relating to bad faith denial of title insurance claim | L120 | .90 hrs |
| 02/07/13 | SPM | Update weekly claims status memo | L120 | .30 hrs |
| 02/07/13 | HEA | Review documents from J.Hoy regarding prior submitted title claim and consider any additional efforts that should be made now | L190 | .50 hrs |
| 02/07/13 | HEA | Review, revise and send weekly title claims memo | L190 | 1.50 hrs |
| 02/07/13 | HEA | Draft and send email to client regarding same | L190 | .50 hrs |
| 02/07/13 | SPM | Revise weekly title claims status memo | L120 | .10 hrs |
| 02/07/13 | SPM | Mack: Review incoming fax from US Attorney's office in Georgia regarding requirements for the DOJ to release its lien | L120 | .30 hrs |
| 02/07/13 | SPM | Spoke with U.S. Attorney's office regarding DOJ's lien interest in property | L110 | .30 hrs |
| 02/07/13 | LG | Revise title claims memo to reflect changes in the status of various title claims | L120 | .60 hrs |
| 02/07/13 | LG | Revise title claims memo to reflect recent activity on various title claims | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
APRIL 30, 2013

0R0807-301001

FED ID NO. 63-0243316

| 02/07/13 | LG | Communications with retained counsel regarding mediation of GMAC's title claim | L120 | .50 hrs |
|---|---|---|---|---|
| 02/07/13 | LG | Revise and finalize BABC's analysis of the Merrill claim | L120 | .60 hrs |
| 02/08/13 | BAW | Review answer, affirmative defenses and counterclaim | L210 | .50 hrs |
| 02/08/13 | SPM | Draft letter to U.S. Attorney's office regarding their requests for information regarding GMAC's lien interest | L110 | .80 hrs |
| 02/08/13 | SPM | Draft final demand letter requesting payment for failure of title and demand for penalty payment | L160 | .40 hrs |
| 02/08/13 | SPM | Revise subordination agreement and draft email to NCCU attorney accepting NCCU's counter offer | L160 | .30 hrs |
| 02/08/13 | SPM | Review McKenzie's answers and affirmative defenses and counterclaims | L120 | .50 hrs |
| 02/08/13 | SPM | Review McKenzie's answers and affirmative defenses and counterclaims | L120 | .10 hrs |
| 02/08/13 | BAW | Telephone conference with opposing counsel | L190 | .20 hrs |
| 02/08/13 | HEA | Review file and correspondence with K.Ollinger regarding settlement and $30K penalty payment | L160 | .50 hrs |
| 02/08/13 | HEA | Revise email to DOJ for negotiations on lien | L160 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
APRIL 30, 2013

0R0807-301001

FED ID NO. 63-0243316

| 02/08/13 | HEA | Review counterclaims and recent correspondence with opposing counsel regarding positions taken in case | L210 | .50 hrs |
|----------|-----|-----|------|---------|
| 02/08/13 | HEA | Telephone call with counsel for Fidelity regarding plan for mediation and negotiations with the Dodds | L160 | .50 hrs |
| 02/11/13 | HEA | Emails regarding the possibility of an upcoming mediation | L160 | .50 hrs |
| 02/11/13 | BAW | Work to obtain hearing date on McKenzie's summary judgment motion | L240 | .20 hrs |
| 02/11/13 | BAW | Correspond with M.Vitucci regarding McKenzie's motion for summary judgment | L240 | .30 hrs |
| 02/11/13 | ERP | E-mail communication with D.Mitchell with AFX Title regarding status of title report for Ellington matter | L120 | .20 hrs |
| 02/11/13 | SPM | Research Florida law relating to the application of res judicata and collateral estoppel | L120 | 2.30 hrs |
| 02/11/13 | LG | Begin analyzing south carolina law related to statute of limitations issues related to GMAC's claim | L120 | .70 hrs |
| 02/12/13 | SPM | Revise the subordination agreement pursuant to NCCU comments | L120 | .20 hrs |
| 02/12/13 | SPM | Analyze Florida case law regarding the application of res judicata and collateral estoppel | L120 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
APRIL 30, 2013

0R0807-301001

FED ID NO. 63-0243316

| 02/12/13 | HEA | Review South Carolina law regarding need for expert to provide affidavit for filing of complaint for professional negligence | L190 | .70 hrs |
|---|---|---|---|---|
| 02/12/13 | LG | Draft section of memorandum analyzing South Carolina statute of limitations law in order to evaluate potential arguments that the defendants might raise on a motion to dismiss | L120 | 1.70 hrs |
| 02/12/13 | LG | Draft section of memorandum analyzing South Carolina law related to professional negligence and negligence claims | L120 | 1.20 hrs |
| 02/12/13 | LG | Draft section of memorandum analyzing South Carolina law related to breach of contract and potential defenses the defendants may raise | L120 | 1.90 hrs |
| 02/12/13 | LG | Analyze South Carolina statute requiring the filing of an expert affidavit with the complaint | L120 | .50 hrs |
| 02/13/13 | LG | Call discussing various title claims that are part of the GMAC title claims | L120 | .50 hrs |
| 02/13/13 | HEA | Review initial file intake documents for $1.0 MM+ loan and consider next steps including redemption of property from tax sale purchasers | L190 | 2.50 hrs |
| 02/13/13 | HEA | Review, revise and finalize final demand letter to Fidelity | L190 | 1.00 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    8
APRIL 30, 2013

OR0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/13/13 | HEA | Prepare for and participate in monthly call with GMAC Foreclosure group to discuss status of active files | L190 | 1.50 hrs |
| 02/13/13 | SPM | Review status of title claims files | L120 | .20 hrs |
| 02/13/13 | SPM | Conference call updating the status of title claims | L120 | .60 hrs |
| 02/14/13 | SPM | Research Georgia law relating to tax sale redemption and unreasonable delay in claims handling | L120 | 3.00 hrs |
| 02/14/13 | SPM | Loftin: Draft and send email to First American claims representative demanding information relating to the claims handling of the file | L120 | .30 hrs |
| 02/14/13 | SPM | Revise weekly title claims memo | L120 | .40 hrs |
| 02/14/13 | HEA | Review and revise weekly update memo and send to client | L190 | 1.50 hrs |
| 02/14/13 | HEA | Comprehensive review of status and email memo to client regarding thoughts and further discussion | L190 | 2.00 hrs |
| 02/14/13 | LG | Revise GMAC title claims memo in order to reflect recent activity on GMAC's claims | L120 | .50 hrs |
| 02/15/13 | HEA | Initial review of several new matters for identification of issues and assign out for further actions | L120 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       9
APRIL 30, 2013

0R0807-301001

FED ID NO. 63-0243316

| 02/15/13 | SPM | Review and analyze email from First American regarding the plan to resolve the break in the chain of title | L120 | .10 hrs |
| 02/15/13 | SPM | Spoke with the claims representative to inquire about the 2007 claim submitted and steps being taken currently to resolve the break in the chain of title | L120 | .30 hrs |
| 02/15/13 | SPM | Called prior foreclosure counsel to inquire about any coverage correspondence relating to the file in 2007; followed up with email to Janice Gooding | L120 | .50 hrs |
| 02/15/13 | SPM | Review coverage correspondence relating to title issues | L120 | .30 hrs |
| 02/15/13 | ERP | Initial review of preliminary title report received from AFX Title | L120 | .30 hrs |
| 02/15/13 | ERP | Communication with D.Mitchell at AFX Title regarding status on receiving remainder of title report | L120 | .20 hrs |
| 02/15/13 | ACU | Analyze client documents and conduct initial review of title issues including a code enforcement lien, prior judgment, and potential fraud. | L120 | 2.10 hrs |

TOTAL FEES FOR THIS MATTER                    $16,376.40

EXPENSES

01        Copy Charges                                          0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
APRIL 30, 2013

0R0807-301001

FED ID NO. 63-0243316

| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 65 | Title Search Fee | 529.95 |

TOTAL COSTS FOR THIS MATTER          $529.95

BILLING SUMMARY

| Brian Wahl | 1.20 hrs | 334.00 /hr | 400.80 |
| Emily R. Powell | .70 hrs | 163.00 /hr | 114.10 |
| Hall Eady | 25.70 hrs | 286.00 /hr | 7,350.20 |
| Lee Gilley | 23.90 hrs | 207.00 /hr | 4,947.30 |
| Alison Smith | 2.10 hrs | 198.00 /hr | 415.80 |
| Spencer Mobley | 15.90 hrs | 198.00 /hr | 3,148.20 |

TOTAL FEES          69.50 hrs          $16,376.40

TOTAL EXPENSES          $529.95

**TOTAL CHARGES FOR THIS INVOICE**          **$16,906.35**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-104980

INVOICE #   841357

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-104980
     TC # 698077

PROFESSIONAL SERVICES

01/14/13   MPE   Research docket to confirm that no          L110      .10 hrs
                 additional action has been taken.

01/14/13   MPE   Draft status report                        L110      .20 hrs


                 TOTAL FEES FOR THIS MATTER                        $50.10

    01        Copy Charges                                                0.00

BILLING SUMMARY

    Melisa P. Palmer        .30 hrs   167.00 /hr        50.10


TOTAL FEES                  0.30 hrs                 $50.10

**TOTAL CHARGES FOR THIS INVOICE**                  **$50.10**


          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-104980

INVOICE #  865806

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-104980
     TC # 698077

<u>PROFESSIONAL SERVICES</u>

| 02/04/13 | LADA | Review docket for status regarding lack of prosecution by borrower's counsel | L190 | .50 hrs |
| 02/12/13 | MPE | Draft status report. | L110 | .20 hrs |
| 02/27/13 | MPE | Review of matter to determine remaining employees involved. | L110 | .30 hrs |
| 02/27/13 | APUC | Revise Notice of Lack of Prosecution | L210 | 1.50 hrs |
| 02/27/13 | APUC | Analyze federal and local rules in preparation for drafting Notice of Lack of Prosecution | L210 | .30 hrs |
| 02/27/13 | CWH | Revise notice of lack of prosecution | L210 | .20 hrs |
| 02/27/13 | CWH | Confirm continued employment of the two individuals who were with ETS | L110 | .10 hrs |
| 03/05/13 | LADA | Finalize notice of lack of prosecution | L210 | .40 hrs |
| 03/12/13 | LADA | Review of borrowers' response to notice of lack of prosecution | L210 | .20 hrs |
| 03/12/13 | APUC | Analyze local rules regarding dismissal for failure to prosecute | L120 | .10 hrs |
| 03/12/13 | MPE | Review initial pleadings to determine all parties involved. | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-104980

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/13/13 | LADA | Analysis of local rules regarding reply to borrowers' counsel's response to notice of lack of prosecution | L190 | .40 hrs |
| 03/15/13 | CWH | Analyze Longoni's response to motion to dismiss for failure to prosecute | L210 | .20 hrs |
| 03/15/13 | CWH | Draft email to L.Delehey regarding Longoni's response to motion to dismiss for failure to prosecute and proposed reply | L210 | .20 hrs |
| 03/15/13 | CWH | Begin outlining arguments for motion to dismiss for failure to prosecute reply brief and motion to dismiss under Rule 19 | L210 | .40 hrs |
| 03/15/13 | KK | Telephone call with judicial assistant regarding case management conference | L110 | .30 hrs |
| 03/15/13 | APUC | Begin analysis of statutes and case law addressing effect of bankruptcy stay on subpoena | L120 | .20 hrs |
| 03/15/13 | SMC | Review court notice setting status conference | L230 | .10 hrs |
| 03/15/13 | SMC | Email C.Hancock on indemnity issue in preparation for status conference | L230 | .10 hrs |
| 03/15/13 | KK | Review docket to determine status of case | L110 | .20 hrs |
| 03/17/13 | ASI | Analyze plaintiffÆs response to notice to dismiss for lack of prosecution | L120 | 1.00 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0808-104980

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/17/13 | CWH | Analyze Longoni's claims against the individual defendants and develop strategy for ending case in light of bankruptcy and "necessary party" rules | L210 | .20 hrs |
| 03/17/13 | SMC | Analyze issues regarding stay and indemnity on claims against GMAC employees in preparation for court management conference | L230 | 1.10 hrs |
| 03/18/13 | CWH | Continue to develop motion to dismiss against the individual defendant claims in light of bankruptcy and "necessary party" rules | L210 | .20 hrs |
| 03/20/13 | SMC | Analyze Rule 19 indispensable party issue and employee indemnity issue | L190 | .60 hrs |
| 03/20/13 | ASI | Analyze enforceability of bankruptcy stay as it applies to potentially indemnified employees | L120 | 1.40 hrs |
| 03/20/13 | APUC | Analyze case law addressing effect of bankruptcy stay on seeking discovery | L120 | 1.20 hrs |
| 03/21/13 | ASI | Analyze issues relating to indemnity agreement and applicability of bankruptcy stay to same | L120 | .70 hrs |
| 03/21/13 | APUC | Analyze case law addressing effect of bankruptcy stay on discovery requests relating to suits against non-debtor defendants | L120 | .40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0808-104980

FED ID NO. 63-0243316

| Date | Init. | Description | Task | Hours |
|------|-------|-------------|------|-------|
| 03/21/13 | CWH | Analyze issues with representation of the individual defendants, whether they have some bankruptcy coverage due to fact that Estate would likely pay any damages award | L120 | .20 hrs |
| 03/25/13 | SMC | Analyze effect of same for upcoming court conference | L190 | .50 hrs |
| 03/25/13 | SMC | Review L.Delehey email on indemnity for employees | L190 | .10 hrs |
| 03/27/13 | CWH | Analyze bankruptcy-related arguments for employee defendants in light of fact that any award against them would be paid by Estate | L120 | .20 hrs |
| 03/28/13 | ASI | Analyze status of case in light of bankruptcy stay and litigation against the two individual defendants | L650 | 1.40 hrs |
| 03/28/13 | CWH | Analyze possible conflict issues for employee defendants | L120 | .20 hrs |
| 03/28/13 | SMC | Review draft email to debtor's counsel on overview of case and stay issue | L190 | .20 hrs |
| 04/01/13 | CWH | Draft email to N.Rosenbaum at Morrison Foerster to inquire about bankruptcy issues for the individual employees in Longoni | L120 | .20 hrs |
| 04/01/13 | CWH | Exchange e-mails with K.Priore and L.Delehey about whether Longoni filed a proof of claim and general status of issues | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
APRIL 30, 2013

OR0808-104980

FED ID NO. 63-0243316

| 04/03/13 | CWH | Discussion with N.Rosenbaum at Morrison Foerster regarding issues in case and strategy for continued defense of the individuals | L120 | .60 hrs |
| 04/03/13 | CWH | Exchange several emails with N.Rosenbaum about possibility of objecting to Longoni's proof of claim in bankruptcy court | L120 | .30 hrs |
| 04/03/13 | LADA | Review case docket for updated status of filings and action with Court | L190 | .40 hrs |
| 04/03/13 | ASI | Discuss bankruptcy issues with Morrison Foerster an effect of potential application of stay on litigation against two individual defendants in preparation for upcoming hearing | L240B | .80 hrs |
| 04/05/13 | SMC | Multiple emails with L.Delehey, K.Priore and C.Hancock on indemnity issue | L190 | .50 hrs |
| 04/05/13 | SMC | Review pleadings on case status and liability facing individual defendants | L210 | 1.00 hrs |
| 04/05/13 | SMC | Telephone conference with K,Priore on indemnity, bankruptcy stay and upcoming court status conference | L230 | .40 hrs |
| 04/05/13 | SMC | Telephone call to T.Beko on upcoming court conference and status of stay | L230 | .40 hrs |
| 04/05/13 | SMC | Emails from and to T.Beko on changes to case status report | L210 | .30 hrs |
| 04/05/13 | ASI | Draft case management report and details thereof | L650 | 1.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
APRIL 30, 2013

OR0808-104980

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/05/13 | CWH | Attend conference call with K.Priore regarding status of the Longoni suit, next week's status conference with the court, and strategy in suit | L120 | .50 hrs |
| 04/05/13 | CWH | Exchange e-mails with N.Rosenbaum from Morrison Foerster about possibility of first addressing Longoni's proof of claim in the bankruptcy court, as her counsel may stay the individual claims if that is a possibility | L210 | .50 hrs |
| 04/05/13 | LADA | Draft case management report | L210 | .50 hrs |
| 04/05/13 | SMC | Revise case status report for court | L210 | .60 hrs |
| 04/08/13 | LADA | Receipt and review of filed case management report | L190 | .10 hrs |
| 04/08/13 | CWH | Exchange e-mails with attorneys for the Estate and N.Rosenbaum about arguments to protect the employees' position in the case | L210 | .20 hrs |
| 04/08/13 | JRB | Analyze bankruptcy impact on litigation and strategy regarding handling the lawsuit about bankruptcy arguments | B410 | 1.10 hrs |
| 04/08/13 | SMC | Multiple emails with MoFo's N.Rosenbam and L.Delehey on issues involving stay and indemnification of employee claims | L190 | .80 hrs |
| 04/08/13 | ASI | Review and analyze bankruptcy documents and emails with bankruptcy counsel regarding applicability of bankruptcy stay to indemnified employees | L650 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|---|-------------|---|-------|
| 04/08/13 | SMC | Review pleadings to prepare for court management conference | L230 | 2.00 hrs |
| 04/09/13 | SMC | Telephone conference with L.Delehey, K.Priore and others on bankruptcy stay issue in preparation for court conference | L230 | .40 hrs |
| 04/09/13 | SMC | Prepare for court management conference | L230 | .90 hrs |
| 04/09/13 | SMC | Email report on same to K.Priore and others | L230 | .30 hrs |
| 04/09/13 | SMC | Attend court management conference | L230 | .40 hrs |
| 04/09/13 | CWH | Exchange e-mails with client, asking for approval to set up mediation | L160 | .10 hrs |
| 04/10/13 | LADA | Review of minute order regarding case management report | L190 | .10 hrs |
| 04/11/13 | SMC | Review Court order on new stay | L210 | .30 hrs |
| 04/11/13 | SMC | Email regarding compliance with order on new stay | L210 | .20 hrs |
| 04/17/13 | ASI | Analyze email correspondence from L.Delehey and K.Priore regarding status of allowance on settlement discussions and path moving forward on same | C300 | .20 hrs |
| 04/22/13 | SMC | Review bankruptcy court order on authorizing settlements | L160 | .40 hrs |
| 04/22/13 | SMC | Email to A.Simmons and C.Hancock on using bankruptcy order to respond to Nevada court requirement for status report on settlement authority | L160 | .60 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     8
APRIL 30, 2013

0R0808-104980

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/22/13 | CWH | Review and analyze court's minute order and what Estate can provide to court to satisfy her inquiry about a "fund" for the employees | L110 | .10 hrs |
| 04/23/13 | SMC | Review L.Delehey and K.Priore emails on authority from bankruptcy court to settle | L160 | .40 hrs |
| 04/23/13 | ASI | Analyze order issued from court regarding proof of allowance to engage in settlement talks, bankruptcy order allowing certain settlements, and draft email to K.Priore, L.Delehey regarding process forward and need to resolve issues related to same | L120 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                         $11,142.40

## EXPENSES

36        Certificate of Good Standing                         82.00

TOTAL COSTS FOR THIS MATTER                         $82.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Stewart M. Cox | 12.60 hrs | 365.00 /hr | 4,599.00 |
| Jay R. Bender | 1.10 hrs | 409.00 /hr | 449.90 |
| Christian W. Hancock | 4.80 hrs | 361.00 /hr | 1,732.80 |
| Avery Simmons | 9.30 hrs | 304.00 /hr | 2,827.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE        9
ResCap                                                APRIL 30, 2013

0R0808-104980

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| Amy Puckett | 3.70 hrs | 255.00 /hr | 943.50 |
| Lucinda Kish | 2.60 hrs | 158.00 /hr | 410.80 |
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |
| Kerry Keane | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES            35.20 hrs                    $11,142.40

TOTAL EXPENSES                                       $82.00

**TOTAL CHARGES FOR THIS INVOICE**            $11,224.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-105192
Fort Washington, PA 19034

                                                              INVOICE #  865808

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-105192
         TC # 694816

PROFESSIONAL SERVICES

02/17/13   MPE   Review of case to confirm assignment to      L110      .10 hrs
                 the estate.


              TOTAL FEES FOR THIS MATTER                              $16.70


BILLING SUMMARY

    Melisa P. Palmer          .10 hrs   167.00 /hr          16.70


TOTAL FEES                  0.10 hrs                      $16.70

TOTAL CHARGES FOR THIS INVOICE                           $16.70


              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-108064

INVOICE #   841362

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-108064
     TC # 696974

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 01/08/13 | ATT | Draft e-mail to client providing summary of related bankruptcy matter and recommend strategy going forward | .70 hrs |
| 01/08/13 | ATT | Telephone communication with Abby Moynihan, attorney representing GMACM in Mr. Mitchell's bankruptcy proceeding, regarding current status of loan and that loan appears to be in default of agreed order for payment plan | .30 hrs |
| 01/08/13 | ATT | Review docket relating to Mr. Mitchell's bankruptcy proceeding pending in the Eastern District of Virginia | .40 hrs |
| 01/08/13 | ATT | Draft monthly status report to client | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $436.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Ann T. Taylor | 1.60 hrs | 273.00 /hr | 436.80 |

TOTAL FEES            1.60 hrs            $436.80



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-108064

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $436.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
OR0808-108064

INVOICE #  865809

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  OR0808-108064
     TC # 696974

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 02/07/13 | ATT | Review bankruptcy docket for any recent activity | .20 hrs |
| 02/07/13 | ATT | Draft monthly status report stating that bankruptcy action will likely be dismissed this month, in which case GMACM can proceed with foreclosure | .20 hrs |

TOTAL FEES FOR THIS MATTER            $109.20

BILLING SUMMARY

Ann T. Taylor            .40 hrs   273.00 /hr      109.20

TOTAL FEES                0.40 hrs            $109.20

**TOTAL CHARGES FOR THIS INVOICE**            **$109.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-109205

INVOICE #  841363

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-109205
     TC # 705942

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | TRL | Draft status report to client as follows: We continue to await a ruling on the appeal pending before the Special Court of Appeals. | L190 | .10 hrs |
| 01/17/13 | TRL | Teleconference with GMAC regarding status of Ritchie matter | B110 | .20 hrs |
| 01/17/13 | TRL | Review Court of Special Appeals opinion database to verify lack of opinion to date | B110 | .20 hrs |
| 01/18/13 | TRL | Draft memo to P.Stokes regarding history and status of Ritchie case history and appeal for use in GMAC meeting | B110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $273.60

BILLING SUMMARY

  Thomas Ryan Lynch          .90 hrs    304.00 /hr      273.60

TOTAL FEES              0.90 hrs              $273.60

**TOTAL CHARGES FOR THIS INVOICE**              $273.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0R0808-109205
Fort Washington, PA 19034

                                                INVOICE #  865810

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-109205
         TC # 705942

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 02/11/13 | TRL | Conference with client regarding case history and possible alternatives for expediting appellate judgment or bringing claim against Ganslers | B110 | .60 hrs |
| 02/11/13 | TRL | Analyze possible alternatives for expediting appellate decision by Maryland Special Court of Appeals | B110 | .20 hrs |
| 02/13/13 | TRL | Analyze procedural options for expediting court of appeals decision and teleconference with C.Hancock regarding using bankruptcy deadlines as excuse to expedite appeal | B110 | .50 hrs |
| 02/13/13 | CWH | Analyze issues pending appeal and email Morrison Foerster to inquire about strategy in escalating the appeal | L120 | .30 hrs |
| 02/14/13 | CWH | Exchange e-mails with Morrison Foerster regarding strategy in pending appeal | L120 | .10 hrs |
| 02/15/13 | TRL | Analyze possible removal to bankruptcy court and exchange emails with bankruptcy counsel regarding possible use of bankruptcy process to expedite appeal | L120 | .30 hrs |
| 02/15/13 | EHI | Review factual basis for motion for expedited determination | B110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-109205

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $722.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Emil Hirsch | .20 hrs | 458.00 /hr | 91.60 |
| Thomas Ryan Lynch | 1.60 hrs | 304.00 /hr | 486.40 |

TOTAL FEES                  2.20 hrs                    $722.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$722.40**

***** TOTAL DUE UPON RECEIPT *****