

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0808-301001
Fort Washington, PA 19034

                                                           INVOICE #   841366

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0R0808-301001
          TC # 710503

PROFESSIONAL SERVICES

| 01/02/13 | LADA | Review opposing counsel's appellate brief | L520 | .80 hrs |
| 01/02/13 | LADA | Telephone conference with Clerk regarding timely receipt of opposing counsel's final brief | L520 | .30 hrs |
| 01/02/13 | LADA | Telephone conference with Clerk regarding motion to dismiss and ruling on the same | L510 | .30 hrs |
| 01/02/13 | BG | Draft status report regarding Appellant's brief and response thereto | L190 | .20 hrs |
| 01/02/13 | BG | Review Order concerning the Motion to Dismiss | L120 | .10 hrs |
| 01/02/13 | BG | Review appellant brief and evaluate response thereto | L120 | .70 hrs |
| 01/03/13 | MJA | Research on timing argument | L520 | .30 hrs |
| 01/03/13 | BG | Analyze potential arguments in preparation for drafting appeal brief | L520 | .30 hrs |
| 01/08/13 | BG | Draft conclusion section of appellee brief | L520 | .30 hrs |
| 01/08/13 | BG | Draft procedural background section of appellee brief | L520 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0808-301001

FED ID NO. 63-0243316

| 01/08/13 | BG | Draft summary of the argument section of appellee brief | L520 | .30 hrs |
|----------|----|--------------------------------------------------------|------|---------|
| 01/08/13 | BG | Draft statement of facts section of appellee brief | L520 | 2.30 hrs |
| 01/08/13 | BG | Request record on appeal for use in appellee brief | L520 | .10 hrs |
| 01/08/13 | BG | Begin drafting argument section of appellee brief | L520 | 3.10 hrs |
| 01/08/13 | BG | Review authority supporting and contradicting Appellant's arguments about procedural propriety of damages dismissal | L120 | .70 hrs |
| 01/08/13 | LADA | Telephone conference with Clerk regarding opposing counsel's designation of record | L510 | .30 hrs |
| 01/08/13 | LADA | Coordination with local courier for rush delivery of designated record on appeal | L240B | .40 hrs |
| 01/09/13 | BG | Finish drafting argument section of appellee brief | L520 | 1.90 hrs |
| 01/09/13 | BG | Review record on appeal in preparation for drafting appellee brief | L120 | .80 hrs |
| 01/09/13 | BG | Incorporate record citations into appellee brief | L520 | 1.20 hrs |
| 01/09/13 | BG | Evaluate method for supplementing record on appeal with documents filed in the trial court | L120 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0808-301001

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/09/13 | BG | Review transcript of prior hearings in preparation for drafting appellee brief | L120 | .60 hrs |
| 01/09/13 | MJA | Research on supplementation of record on appeal | L510 | .40 hrs |
| 01/09/13 | LADA | Review designated record on appeal containing 250 pages of documentation | L140 | 2.60 hrs |
| 01/10/13 | BG | Revise Appellee Brief | L520 | 2.40 hrs |
| 01/10/13 | BG | Draft Motion to Supplement the Record on Appeal and proposed order and file the same | L520 | .50 hrs |
| 01/10/13 | MJA | Review Ochoa appeal brief | L520 | .30 hrs |
| 01/10/13 | MJA | Revise motion to supplement record on appeal | L510 | .30 hrs |
| 01/10/13 | ABB | Finalize Motion to Supplement along with Order and exhibits and prepare same for fed ex filing in Fifth Court of Appeals and for certified service upon parties | L110 | .70 hrs |
| 01/10/13 | ABB | Telephone conference with appeal court regarding correction the record of appeal and the procedure for doing so | L110 | .20 hrs |
| 01/10/13 | ABB | E-mail communications with attachments regarding telephone conversation with Court and update file regarding the same | L110 | .20 hrs |
| 01/11/13 | ABB | Correspondence with clerk's office regarding Motion to Supplement and research regarding the same | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0R0808-301001

FED ID NO. 63-0243316

| 01/14/13 | ABB | Prepare Appendix to be filed with Original Appellee Brief | L110 | .50 hrs |
|----------|-----|-----------------------------------------------------------|------|---------|
| 01/14/13 | ABB | Telephone conference with Court regarding filing of Appelle's Brief and procedures regarding the same | L110 | .20 hrs |
| 01/14/13 | MJA | Continued review of appeal brief | L520 | .40 hrs |
| 01/15/13 | MJA | Complete revisions to and research for appeal brief | L520 | 2.60 hrs |
| 01/15/13 | BG | Finalize and file Appellee brief | L520 | .50 hrs |
| 01/15/13 | BG | Correspondence with clerk of court regarding motion to supplement the record on appeal | L120 | .10 hrs |
| 01/15/13 | BG | Conversation with client regarding appellee brief | L520 | .20 hrs |
| 01/17/13 | LADA | Review filed motion to supplement | L140 | .50 hrs |
| 01/23/13 | MJA | Continued preparations for oral argument in April | L530 | .30 hrs |
| 01/23/13 | ABB | Review correspondence from Fifth Circuit Appeals Court regarding brief and update pleadings regarding same | L110 | .20 hrs |
| 01/23/13 | ABB | Telephone conference with clerk's office regarding filed Brief and discuss docket date as well as e-mail communications pertaining to information received from court | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0R0808-301001

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/23/13 | ABB | Telephone conference with clerk's office regarding pro hac vice procedures and emails regarding same | L110 | .20 hrs |
| 01/23/13 | BG | Address issues raised with clerk of court regarding motion to supplement the record | L120 | .20 hrs |
| 01/25/13 | ABB | Telephone conference with clerk's office regarding pro hac vice admissions | L110 | .20 hrs |
| 01/25/13 | BG | Draft proposed order on pro hac vice motion and verified applications for pro hac admission for M.Ayers | L210 | .10 hrs |
| 01/25/13 | BG | Revise pro hac vice motion and verified applications for pro hac admission for M.Ayers | L210 | .40 hrs |
| 01/25/13 | ABB | Draft Motion to Appear Pro Hac Vice and further draft Motion of Louisiana Attorney in preparation for oral argument hearing | L110 | 1.00 hrs |
| 01/25/13 | ABB | Preparation of Proposed Order regarding admission pro hac vice | L110 | .30 hrs |
| 01/30/13 | BG | Work on application for pro hac admission | L210 | .10 hrs |
| 01/30/13 | ABB | Telephone conference with LA disciplinary board regarding admission via pro hac vice by M.Ayers and e-mail communications regarding same | L110 | .20 hrs |
| 01/30/13 | ABB | Telephone conference with Louisiana State Bar regarding admission pro hac vice in preparation for hearing | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
MARCH 27, 2013

0R0808-301001

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/30/13 | ABB | Initiate drafting lengthy application for M.Ayers regarding pro hac vice admission for the LA state bar and disciplinary board | L110 | .70 hrs |
| 01/30/13 | ABB | Further draft application regarding pro hac vice admission | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $6,947.80

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 41 | Computerized Legal Research-Westlaw | 0.00 |

<u>BILLING SUMMARY</u>

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Marc J. Ayers | 4.60 hrs | 317.00 /hr | 1,458.20 |
| Allison Burke | 5.70 hrs | 158.00 /hr | 900.60 |
| Blake Goodsell | 18.20 hrs | 207.00 /hr | 3,767.40 |
| Lucinda Kish | 5.20 hrs | 158.00 /hr | 821.60 |

TOTAL FEES              33.70 hrs                        $6,947.80

**TOTAL CHARGES FOR THIS INVOICE**                      **$6,947.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301001
Fort Washington, PA 19034

                                                               INVOICE #  865811

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301001
         TC # 710503

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/05/13 | BG | Advise client regarding briefing and oral arguments | L190 | .10 hrs |
| 02/05/13 | AHC | Draft status report | L190 | .20 hrs |
| 02/07/13 | ABB | E-mails to court regarding pro hac vice procedures in preparation for completing process | L110 | .20 hrs |
| 02/07/13 | ABB | Draft application to appear pro hac vice in Louisiana in preparation for hearing as well as initiate process to obtain certificates of good standing from each state where admitted to practice law | L110 | .80 hrs |
| 02/11/13 | ABB | Telephone conference with Louisiana State Bar regarding pro hac vice motion and process regarding the same | L110 | .20 hrs |
| 02/12/13 | BG | File application for pro hac admission | L210 | .10 hrs |
| 02/12/13 | ABB | Correspondence to Louisiana Discipline Board with multiple enclosures regarding pro hac vice admission for M.Ayers | L110 | .50 hrs |
| 02/12/13 | ABB | Compile pro hac vice multiple certificates of good standing, completed applications, requested documents, etc and forward the same via federal express to Louisiana Discipline Board regarding pro hac vice admissions and update file regarding same | L110 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301001

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                                $420.60

EXPENSES

07        Filing Fees                                     250.00

                TOTAL COSTS FOR THIS MATTER              $250.00

BILLING SUMMARY

    Alecia H. Cockrell        .20 hrs    158.00 /hr      31.60
    Allison Burke            2.20 hrs    158.00 /hr     347.60
    Blake Goodsell            .20 hrs    207.00 /hr      41.40

TOTAL FEES                   2.60 hrs                   $420.60

TOTAL EXPENSES                                          $250.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$670.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         MARCH 27, 2013
1100 Virginia Drive                                           0R0808-301003
Fort Washington, PA 19034

INVOICE #  841370

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301003
     TC # 713139

PROFESSIONAL SERVICES

01/02/13   JDV   Draft December 2012 status report for      L190      .10 hrs
                 client


           TOTAL FEES FOR THIS MATTER                                 $26.40


BILLING SUMMARY

     Jose D. Vega              .10 hrs   264.00 /hr          26.40


TOTAL FEES                     0.10 hrs                     $26.40

**TOTAL CHARGES FOR THIS INVOICE**                         $26.40


             ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301003

INVOICE #  865812

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301003
     TC # 713139

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JDV | Draft January 2013 status report for client | L190 | .10 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .10 hrs |
| 02/21/13 | AHC | Draft court-required status report | L250 | .20 hrs |
| 02/25/13 | AHC | Final review and revisions to 60-day USDC Status Update as required by Court | L250 | .30 hrs |
| 03/03/13 | JDV | Draft February 2013 status update for client | L190 | .20 hrs |
| 04/17/13 | CWH | Analyze subpoena from DJSP Enterprises, Inc. and circulate Judge Glenn's order barring discovery to team who will respond to same | L310 | .20 hrs |
| 04/17/13 | JST | Review letter from Stern's counsel regarding subpoena to GMAC and review docket of pending litigation | L390 | .20 hrs |
| 04/24/13 | JW | Draft new notice of bankruptcy | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $406.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301003

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| John Smith T | .20 hrs | 356.00 /hr | 71.20 |
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Alecia H. Cockrell | .50 hrs | 158.00 /hr | 79.00 |
| Jay Wright | .40 hrs | 220.00 /hr | 88.00 |
| Jose D. Vega | .30 hrs | 264.00 /hr | 79.20 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES                    1.70 hrs                            $406.30

**TOTAL CHARGES FOR THIS INVOICE**                               $406.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301004

INVOICE #  841372

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301004
         TC # 713214

<u>PROFESSIONAL SERVICES</u>

01/04/13  AHC  Draft status report                    L190      .10 hrs

         TOTAL FEES FOR THIS MATTER                    $15.80

<u>BILLING SUMMARY</u>

    Alecia H. Cockrell        .10 hrs   158.00 /hr        15.80

TOTAL FEES                    0.10 hrs                  $15.80

**TOTAL CHARGES FOR THIS INVOICE**                     $15.80

         ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301004

INVOICE #  865813

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301004
     TC # 713214

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | AHC | Draft status report | L190 | .10 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 04/04/13 | AHC | Draft status report | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $48.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES              0.30 hrs              $48.30

**TOTAL CHARGES FOR THIS INVOICE**          $48.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0R0808-301011
Fort Washington, PA 19034

                                                INVOICE #   841374

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301011
     TC # 718443

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | ABB | Compile e-mail ommunications and update file regarding Rule11 | L110 | .20 hrs |
| 01/02/13 | JCCO | Research methods of correcting affidavit releasing mortgage | L120 | .30 hrs |
| 01/02/13 | JCCO | Analyze and respond to email from client regarding release of mortgage | L120 | .60 hrs |
| 01/02/13 | BG | Review Motion for Sanctions based on Motion to Intervene and evaluate response thereto | L120 | .60 hrs |
| 01/02/13 | BG | Review title search to assess veracity of allegations regarding a release of mortgage | L120 | .50 hrs |
| 01/02/13 | BG | Review Response to Motion to Intervene or in the alternative Motion to Vacate or Remand and evaluate response thereto | L120 | .80 hrs |
| 01/02/13 | BG | Evaluate need to withdraw intervention | L120 | .30 hrs |
| 01/03/13 | JHP | Review email from client regarding release of mortgage language in assignment of mortgage | L190 | .10 hrs |
| 01/03/13 | BG | Evaluate impact of language indicating lien release contained in Affidavit of Missing Assignment | L120 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301011

FED ID NO. 63-0243316

| 01/04/13 | BG | Evaluate alternatives to correcting erroneous language regarding satisfaction of the lien | L120 | .20 hrs |
| 01/04/13 | BG | Evaluate responses to Rule 11 motion for sanctions | L120 | .10 hrs |
| 01/04/13 | BG | Correspondence with client regarding lien release | L120 | .10 hrs |
| 01/04/13 | BG | Review Motion in Limine filed by Plaintiff | L120 | .10 hrs |
| 01/04/13 | JHP | Review issues regarding lien release and upcoming trial date of State Farm and borrower and motion for sanctions filed against firm | L190 | .50 hrs |
| 01/04/13 | JCCO | Research language in affidavit purporting to release mortgage and call L.Delehey to discuss the same | L120 | .60 hrs |
| 01/07/13 | JHP | Review order from court denying intervention and discussions with J.Cobb and B.Goodsell regarding same | L120 | .20 hrs |
| 01/07/13 | JCCO | Review court's order on motion to intervene and research further avenues of relief | L120 | .90 hrs |
| 01/07/13 | BG | Review order denying motion to intervene as untimely | L120 | .20 hrs |
| 01/08/13 | JCCO | Email L.Delehey and J.Scoliard regarding judge's order on motion to intervene and consider possible ways to stay trial | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0808-301011

FED ID NO. 63-0243316

| 01/10/13 | JCCO | Telephone call with L.Delehey and J.Scoliard and draft email to N.Rosenbaum giving description of matter in anticipation of teleconference | L120 | 1.20 hrs |
|---|---|---|---|---|
| 01/11/13 | JCCO | Attend teleconference with N.Rosenbaum, J.Scoliard, and L.Delehey to discuss procedures for halting upcoming trial via bankruptcy court | L120 | .70 hrs |
| 01/11/13 | JHP | Prepare for and participate in conference call with client contacts J.Scoliard and L.Delehey and bankruptcy counsel N.Rosenbaum to discuss status of case and general strategy related to lien issues and upcoming trial date | L120 | .50 hrs |
| 01/11/13 | BG | Conference with client regarding options for asserting property interest following dismissal of intervention and in light of apparent lien release | L120 | .20 hrs |
| 01/11/13 | BG | Correspondence with opposing counsel regarding trial setting | L120 | .10 hrs |
| 01/17/13 | JCCO | Telephone calls with L.Delehey and N.Rosenbaum to discuss strategy and draft statement of facts for Motion to Enforce Automatic Stay | L240A | 2.00 hrs |
| 01/17/13 | BG | Correspondence with client regarding response to delay trial setting by seeking relief from the bankruptcy court | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0R0808-301011

FED ID NO. 63-0243316

| 01/28/13 | ABB | Receive and review correspondence from opposing counsel regarding recent Motion filed with the court and review of file regarding the sane | L110 | .20 hrs |
| 01/28/13 | JCCO | Call co-defense counsel to inquire about status of case and send email to N.Rosenbaum requesting update on motion to enforce automatic stay provision | L120 | .20 hrs |
| 01/28/13 | MST | Review correspondence from opposing counsel regarding motion to intervene and update file regarding same | L110 | .20 hrs |
| 01/31/13 | BG | Evaluate tactics for asserting lien interest at damages hearing following settlement and evaluate methods for correcting errant release of lien | L120 | .80 hrs |
| 01/31/13 | JCCO | Telephone call with counsel for State Farm regarding settlement at trial and devise strategy to establish lien at made-whole hearing | L120 | 1.60 hrs |

TOTAL FEES FOR THIS MATTER                               $3,245.20

BILLING SUMMARY

| Melanie Thompson | .20 hrs | 158.00 /hr | 31.60 |
| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
| Jonathan Cobb | 8.50 hrs | 224.00 /hr | 1,904.00 |
| Jon H. Patterson | 1.30 hrs | 290.00 /hr | 377.00 |
| Blake Goodsell | 4.20 hrs | 207.00 /hr | 869.40 |

TOTAL FEES          14.60 hrs                    $3,245.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
MARCH 27, 2013

0R0808-301011

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $3,245.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0808-301011
Fort Washington, PA 19034

                                                         INVOICE #  865814

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301011
     TC # 718443

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | JCCO | Draft memo to file setting forth plan for moving forward, including stategy for insuring that plaintiff's counsel advises GMAC of hearing date and filing corrective affidavit | L120 | .80 hrs |
| 02/04/13 | JCCO | Send email to L.Delehey informing her of recent settlement between State Farm and Motto and seeking insight into underlying history of case | L240B | .40 hrs |
| 02/04/13 | JCCO | Call judge's clerk to discuss mode of filing claim and getting notice of electronic discovery | L190 | .40 hrs |
| 02/04/13 | JCCO | Draft letter to opposing counsel stating intent to file claim and requesting to be notified in the event of future case action | L240B | .80 hrs |
| 02/04/13 | JCCO | Research state law to determine if mortgagee can reinstate mortgage released by mistake or accident | L430 | 2.50 hrs |
| 02/04/13 | BG | Evaluate response to damages hearing | L120 | .20 hrs |
| 02/04/13 | BG | Correspondence to opposing counsel regarding notice of damaged hearing | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301011

FED ID NO. 63-0243316

| 02/05/13 | JCCO | Research insurance policy to determine if it contains a standard mortgage or open loss clause | L110 | 1.10 hrs |
|---|---|---|---|---|
| 02/05/13 | JCCO | Call from opposing counsel regarding intentions to file a motion to disburse funds from the registry of the court and call L.Delehey to inform her of the same | C400 | .90 hrs |
| 02/05/13 | BG | Consider settlement with opposing counsel in light of lien release problem and counselÆs attorneyÆs fee lien | L160 | .20 hrs |
| 02/05/13 | BG | Research impact of distinction between open mortgage clause and standard mortgage clause | L120 | .20 hrs |
| 02/05/13 | BG | Evaluate plan of action for handling attorneys' lien claim | L120 | .30 hrs |
| 02/05/13 | BG | Call with opposing counsel regarding Motion to Disburse settlement proceeds | L160 | .20 hrs |
| 02/05/13 | BG | Research priority of attorneys fees over prior-recorded mortgage | L120 | .90 hrs |
| 02/06/13 | BG | Check docket for motion to disburse funds to insure interests are protected | L120 | .10 hrs |
| 02/08/13 | BG | Correspondence regarding motion to disburse funds | L210 | .10 hrs |
| 02/11/13 | BG | Evaluate settlement proposal to opposing counsel | L160 | .10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
ResCap                                                                    APRIL 30, 2013

0R0808-301011

FED ID NO. 63-0243316

_____

| 02/11/13 | JCCO | Call L.Delehey to discuss plan going forward and research proper document to record to correct the affidavit of missing assignment | L120 | 1.40 hrs |
| 02/12/13 | ABB | Evaluation of trial proceedings and pleadings in order to contact the Court regarding trial transcripts | L110 | .30 hrs |
| 02/12/13 | ABB | Telephone conference to and from USDC clerk's office for Eastern District of Arkansas regarding court reporting pertaining to trial proceeding | L110 | .20 hrs |
| 02/12/13 | JHP | Edit notice of corrective assignment | L210 | .50 hrs |
| 02/12/13 | JCCO | Draft Notice of Errant Affidavit Filing and send to L.Delehey for review | L250 | 1.10 hrs |
| 02/12/13 | BG | Review affidavit of incorrect satisfaction of mortgage | L120 | .10 hrs |
| 02/13/13 | ABB | Telephone call to court reporter regarding trial transcript and leave detailed voice message regarding same | L110 | .10 hrs |
| 02/15/13 | ABB | Telephone call from court reporter regarding trial and e-mail communications regarding conversation | L110 | .20 hrs |
| 02/15/13 | JCCO | Send email to L.Delehey requesting execution of corrective affidavit and seeking approval to purchase trial transcript | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                              $2,939.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0R0808-301011

FED ID NO. 63-0243316

EXPENSES

| 08 | Recording Fees | 15.00 |
| 12 | Court Costs - Pleadings | 129.00 |
| 13 | Court Reporter Charges | 444.95 |

TOTAL COSTS FOR THIS MATTER       $588.95

BILLING SUMMARY

| Allison Burke | .80 hrs | 158.00 /hr | 126.40 |
| Jonathan Cobb | 9.60 hrs | 224.00 /hr | 2,150.40 |
| Jon H. Patterson | .50 hrs | 290.00 /hr | 145.00 |
| Blake Goodsell | 2.50 hrs | 207.00 /hr | 517.50 |

TOTAL FEES              13.40 hrs          $2,939.30

TOTAL EXPENSES                            $588.95

**TOTAL CHARGES FOR THIS INVOICE**        **$3,528.25**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                             0R0808-301014
Fort Washington, PA 19034

                                                               INVOICE #   841379

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0R0808-301014
          TC # 720468

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | JJO | Revise motion to dismiss appeal | L120 | .30 hrs |
| 01/03/13 | JJO | Work on motion to dismiss | L120 | .40 hrs |
| 01/03/13 | SAP | Analyze motion to dismiss to on mootness grounds | L510 | .50 hrs |
| 01/03/13 | CLHA | Work on motion to dismiss appeal | L120 | .60 hrs |
| 01/04/13 | MJA | Research proper party to appeal issue | L510 | .40 hrs |
| 01/04/13 | JJO | Research proper party for appeal | L120 | 1.80 hrs |
| 01/04/13 | JJO | Conference with client regarding filing motion to dismiss | L120 | .20 hrs |
| 01/07/13 | JJO | Research stay of objection during appeal | L120 | .30 hrs |
| 01/07/13 | JJO | Conference with client regarding stay of objection during appeal | L120 | .20 hrs |
| 01/08/13 | JJO | Review of email from client regarding eviction | L120 | .10 hrs |
| 01/08/13 | JJO | Call court of special appeal regarding brief | L120 | .20 hrs |
| 01/08/13 | JJO | Update client regarding brief | L120 | .20 hrs |
| 01/09/13 | JJO | Review scheduling order and related documents for appeal | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301014

FED ID NO. 63-0243316

| Date | Tmk | Description | Code | Hours |
|------|-----|-------------|------|-------|
| 01/09/13 | JJO | Call court of special appeals regarding brief of appellant | L120 | .20 hrs |
| 01/09/13 | CLHA | Analyze timing issues related to appeal | L120 | .40 hrs |
| 01/17/13 | SAP | Correspond with foreclosure counsel regarding status of appeal | L520 | .20 hrs |
| 01/17/13 | JJO | Call court of special appeals regarding brief | L120 | .30 hrs |
| 01/17/13 | JJO | Emails regarding call to court of special appeals regarding brief | L120 | .20 hrs |
| 01/25/13 | JJO | Email client regarding brief | L120 | .10 hrs |
| 01/25/13 | JJO | Call court of special appeals regarding brief | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER              $1,909.90

    01          Copy Charges                                      0.00
    41          Computerized Legal Research-Westlaw               0.00

BILLING SUMMARY

      Christopher L. Hawkins      1.00 hrs    365.00 /hr      365.00
      Marc J. Ayers                .40 hrs    317.00 /hr      126.80
      Steven A. Pozefsky           .70 hrs    339.00 /hr      237.30
      Josh Johnson                4.80 hrs    246.00 /hr    1,180.80

TOTAL FEES              6.90 hrs              $1,909.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
MARCH 27, 2013

0R0808-301014

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,909.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301014

INVOICE #  865815

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301014
     TC # 720468

<u>PROFESSIONAL SERVICES</u>

| 02/01/13 | JJO | Draft status report | L120 | .20 hrs |
| 02/12/13 | JJO | Call court of special appeals on case status | L120 | .20 hrs |
| 02/12/13 | JJO | Emails with client regarding dismissal of appeal | L120 | .30 hrs |
| 02/13/13 | JJO | Draft closing memo | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER          $295.20

<u>BILLING SUMMARY</u>

| Josh Johnson | 1.20 hrs | 246.00 /hr | 295.20 |

| TOTAL FEES | 1.20 hrs | | $295.20 |

**TOTAL CHARGES FOR THIS INVOICE**          **$295.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0808-301015
Fort Washington, PA 19034

                                                           INVOICE #   841384

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301015
         TC # 720202

PROFESSIONAL SERVICES

| 01/02/13 | phn | Draft status report for client | L190 | .20 hrs |
|---|---|---|---|---|
| 01/14/13 | KSA | Review borrower's correspondence and outline response in light of bankruptcy | L120 | .40 hrs |
| 01/14/13 | phn | Review and analysis of Plaintiff's correspondence to GMAC regarding foreclosure sale and bankruptcy with L.Delahey | L120 | .30 hrs |
| 01/14/13 | phn | Analysis of bankruptcy pleadings and whether foreclosure sale is precluded by bankruptcy | L120 | .40 hrs |
| 01/16/13 | phn | Analyze e-mails from J. Hoy regarding foreclosure sale and pending lawsuit | B110 | .40 hrs |
| 01/17/13 | CWH | Analyze borrower's letter demanding that February foreclosure sale be postponed and analyze history of the federal litigation | L120 | .30 hrs |
| 01/17/13 | CWH | Advisory and strategy call with client regarding upcoming foreclosure sale and borrower's request to postpone same | L120 | .20 hrs |
| 01/17/13 | KSA | Email correspondence with GMAC regarding status of foreclosure | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0808-301015

FED ID NO. 63-0243316

| 01/17/13 | KSA | Review procedural history and pleadings and telephone discussion with J.Hoy and C.Hancock regarding course of action | L120 | .70 hrs |
| 01/17/13 | phn | Analysis of PlaintiffÆs claim to GMAC regarding foreclosure sale and pending litigation | L120 | .70 hrs |
| 01/18/13 | phn | Draft letter to Plaintiffs regarding pending foreclosure sale date | L120 | .30 hrs |
| 01/28/13 | phn | Correspondence with J.Hoy regarding docket, case status, and pending foreclosure sale | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                         $1,107.90

BILLING SUMMARY

| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Keith S. Anderson | 1.20 hrs | 268.00 /hr | 321.60 |
| Preston H. Neel | 2.60 hrs | 233.00 /hr | 605.80 |

TOTAL FEES                    4.30 hrs            $1,107.90

**TOTAL CHARGES FOR THIS INVOICE**            **$1,107.90**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                          0R0808-301015
Fort Washington, PA 19034

INVOICE #  865816

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301015
     TC # 720202

PROFESSIONAL SERVICES

| 02/01/13 | phn | Draft status report for client | L190 | .20 hrs |
|----------|-----|--------------------------------|------|---------|
| 02/05/13 | phn | Review and analysis of J.Hoy email noting plaintiffs' bankruptcy and transition of file going forward | L120 | .20 hrs |
| 02/06/13 | phn | Analysis of J.Hoy's email regarding suspense account and application of payments | L120 | .50 hrs |
| 02/06/13 | KSA | Review account information and email correspondence to determine best course with funds | L120 | .20 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/01/13 | phn | Draft status report for J.Scoliard | L190 | .20 hrs |
| 03/13/13 | phn | Update financial services bankruptcy chart for Ocwen case managers | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $373.20

41        Computerized Legal Research-Westlaw                    0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301015

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .20 hrs | 268.00 /hr | 53.60 |
| Preston H. Neel | 1.30 hrs | 233.00 /hr | 302.90 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES                    1.60 hrs                        $373.20

**TOTAL CHARGES FOR THIS INVOICE**                        $373.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0808-301016
Fort Washington, PA 19034

                                                               INVOICE #   841387

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0808-301016
          TC # 722004

     PROFESSIONAL SERVICES

     01/02/13   CLHA  Report to client regarding current      L120      .20 hrs
                      status of case

     01/02/13   CLHA  Work on response to claim objection      L120      .90 hrs

     01/03/13   CLHA  Conduct legal research regarding claim   L120      .70 hrs
                      objection

     01/04/13   CLHA  Confer with client regarding strategy    L120     1.30 hrs
                      and prepare detailed email to opposing
                      counsel regarding merits of claim
                      objection

     01/07/13   CLHA  Conduct legal research and prepare and   L120     5.80 hrs
                      file response to claim objection

     01/07/13   CLHA  Confer with client regarding claim       L120      .30 hrs
                      objection

     01/08/13   CLHA  Conference with opposing counsel         L120      .50 hrs
                      regarding status and continuance of
                      January 11, 2013 hearing

     01/08/13   CLHA  Research trust documents related to loan L120      .90 hrs

     01/10/13   CLHA  Analyze SEC filings, including           L120     2.80 hrs
                      prospectus and quarterly and annual
                      reports, related to trust holding loan
                      subject to claim objection



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301016

FED ID NO. 63-0243316

---

01/11/13    CLHA  Work on document production related to       L120        .70 hrs
claim objection

TOTAL FEES FOR THIS MATTER                      $5,146.50

BILLING SUMMARY

Christopher L. Hawkins      14.10 hrs    365.00 /hr      5,146.50

TOTAL FEES                 14.10 hrs                    $5,146.50

**TOTAL CHARGES FOR THIS INVOICE**                      **$5,146.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0R0808-301016
Fort Washington, PA 19034

                                                           INVOICE #  865817

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301016
     TC # 722004

PROFESSIONAL SERVICES

| 02/01/13 | CLHA Prepare status report for client | L120 | .20 hrs |
|---|---|---|---|
| 02/01/13 | CLHA Research SEC files and confer with client and opposing counsel regarding resolution | L120 | .50 hrs |
| 02/05/13 | CLHA Research SEC filings, including PSA and loan file and prepare email to opposing counsel regarding same | L120 | .90 hrs |
| 02/06/13 | CLHA Prepare for hearing on claims objection and confer with opposing counsel regarding same | L120 | .80 hrs |
| 02/07/13 | CLHA Negotiate resolution of objection to confirmation and claim objection and advise client regarding same | L120 | .90 hrs |
| 02/08/13 | CLHA Confer with opposing counsel and client regarding disposition of claim objection | L120 | .60 hrs |

           TOTAL FEES FOR THIS MATTER                      $1,423.50

BILLING SUMMARY

   Christopher L. Hawkins     3.90 hrs    365.00 /hr    1,423.50

TOTAL FEES              3.90 hrs           $1,423.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301016

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                $1,423.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301021

INVOICE #  841390

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301021
TC # 723447

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/24/13 | RLB | Review docket for case status | L190 | .10 hrs |
| 01/24/13 | RLB | Teleconference with client regarding case status | L190 | .20 hrs |
| 01/31/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                $105.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .30 hrs | 299.00 /hr | 89.70 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES            0.40 hrs              $105.50

**TOTAL CHARGES FOR THIS INVOICE**          **$105.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0808-301021
Fort Washington, PA 19034

                                                    INVOICE #  865818

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0R0808-301021
        TC # 723447

PROFESSIONAL SERVICES

02/04/13   KK    Draft status report for client        L110      .10 hrs

02/11/13   MJA   Review order denying mandamus          L510      .20 hrs

02/11/13   RLB   Review e-mail from client regarding    B410      .10 hrs
                 status of adversary proceeding


              TOTAL FEES FOR THIS MATTER                    $109.10


BILLING SUMMARY

   Marc J. Ayers              .20 hrs   317.00 /hr       63.40
   Rashad L. Blossom          .10 hrs   299.00 /hr       29.90
   Kerry Keane                .10 hrs   158.00 /hr       15.80


TOTAL FEES               0.40 hrs              $109.10

**TOTAL CHARGES FOR THIS INVOICE**            **$109.10**

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301024

INVOICE #   841392

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301024
     TC # 725199

PROFESSIONAL SERVICES

| 01/02/13 | JDR | Telephone conference with court clerk regarding filing of agreed order as to status of motion to compel. | L250 | .20 hrs |
| 01/02/13 | RLB | Teleconferences with opposing counsel regarding motion to extend time and debtors' bank statements | L250 | .50 hrs |
| 01/02/13 | RLB | Address issues relating to debtors' pending motion and court's request for an order | L250 | .60 hrs |
| 01/08/13 | RLB | Revise client status report | L190 | .20 hrs |
| 01/08/13 | RLB | Teleconference with opposing counsel regarding proof of payment | L160 | .20 hrs |
| 01/14/13 | RLB | Review debtor's motion to extend | L250 | .10 hrs |
| 01/14/13 | RLB | Teleconference with opposing counsel regarding motion to extend | L250 | .30 hrs |
| 01/14/13 | JDR | Review Fifth Motion to Extend Deadline, filed today by counsel for Debtors. | L250 | .10 hrs |
| 01/22/13 | RLB | Review status of matter | L190 | .30 hrs |
| 01/22/13 | RLB | E-mails to and from counsel regarding status of matter | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301024

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 01/24/13 | RLB | Teleconference with client regarding case status | L190 | .20 hrs |
| 01/25/13 | JDR | Receive notice of change of payment information, received today by ECF. | L250 | .10 hrs |
| 01/30/13 | RLB | Review loan modification and letter | L160 | .10 hrs |
| 01/30/13 | RLB | E-mail to opposing counsel regarding loan modification | L250 | .10 hrs |
| 01/31/13 | RLB | Review bank statements | L160 | .10 hrs |
| 01/31/13 | RLB | E-mail to client regarding bank statements | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $1,018.60

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Jonathan Rose | .40 hrs | 304.00 /hr | 121.60 |
| Rashad L. Blossom | 3.00 hrs | 299.00 /hr | 897.00 |

TOTAL FEES                     3.40 hrs                     $1,018.60

**TOTAL CHARGES FOR THIS INVOICE**                     **$1,018.60**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301024

INVOICE #  865819

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301024
     TC # 725199

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | KK | Draft status report for client | L110 | .10 hrs |
| 02/04/13 | JDR | Review notice from clerk regarding granting of motion for extension to file amended motion to compel. | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $46.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .10 hrs | 304.00 /hr | 30.40 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                    0.20 hrs              $46.20

**TOTAL CHARGES FOR THIS INVOICE**            **$46.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301026

INVOICE #   841393

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301026
     TC # 724987

<u>PROFESSIONAL SERVICES</u>

| 01/16/13 | LG | Draft and transmit litigation settlement analysis memo to GMAC | L120 | .30 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                  $62.10

<u>BILLING SUMMARY</u>

| Lee Gilley | .30 hrs | 207.00 /hr | 62.10 |
|---|---|---|---|

| TOTAL FEES | 0.30 hrs | $62.10 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                 **$62.10**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301026

INVOICE #  865820

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301026
     TC # 724987

PROFESSIONAL SERVICES

| 02/13/13 | LG | Communications with client regarding GMAC's settlement agreement | L120 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                     $41.40

BILLING SUMMARY

Lee Gilley            .20 hrs   207.00 /hr       41.40

TOTAL FEES            0.20 hrs                  $41.40

**TOTAL CHARGES FOR THIS INVOICE**             **$41.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301027

INVOICE #   841394

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0808-301027
      TC # 713554

PROFESSIONAL SERVICES

| 01/02/13 | TRL | Exchange emails with opposing counsel regarding trial date | L450 | .20 hrs |
| 01/02/13 | TRL | Teleconferences to Court to confirm trial date | L450 | .20 hrs |
| 01/02/13 | TRL | Exchange emails to GMAC regarding new trial date and securing witness for same | L450 | .20 hrs |
| 01/02/13 | TRL | Draft letter and praecipe setting new trial for filing with court and counsel per local rules | L450 | .40 hrs |
| 01/02/13 | TRL | Draft status report to client as follows: This matter has been set for trial on July 29, 2013.  Meanwhile, we have learned that a parallel case was commenced against Mattox by the Trustee and we are working with the Trustee to determine whether to consolidate the actions. | L190 | .20 hrs |
| 01/02/13 | TRL | Exchange emails with trustee regarding nature of trustees current suit against Mattox and joint strategy to consolidate actions or drop action; | L190 | .30 hrs |
| 01/03/13 | TRL | Review incoming complaint and lis pendens filed by trustee to reinstate deed of trust nunc pro tunc | B110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0808-301027

FED ID NO. 63-0243316

| Date | | Description | | |
|------|---|-------------|---|---|
| 01/03/13 | TRL | Analyze Virginia law relating to prerequisites and consequences of consolidation of suits | B110 | .40 hrs |
| 01/03/13 | TRL | Draft email to trustee regarding settlement offer to Mattox regarding trustee suit and analysis of options regarding whether to consolidate suits or proceed separately | B110 | .50 hrs |
| 01/03/13 | TRL | Teleconference with A.Hartshorn regarding action items relating to newly discovered lawsuit by trustee | B110 | .20 hrs |
| 01/03/13 | TRL | Draft email to GMAC regarding settlement offer to Mattox regarding trustee suit and analysis of options regarding whether to consolidate suits or proceed separately | B110 | .50 hrs |
| 01/03/13 | TRL | Analyze strategic options for whether to consolidate GMAC lawsuit and trustee lawsuit or alternatively nonsuiting one lawsuit in favor of the other including possible issues caused by GMAC bankruptcy stay | B110 | .50 hrs |
| 01/04/13 | TRL | Exchange emails with trustee regarding disposition of parallel trustee suit and seeking consent of Mattox to reinstatement of deed of trust | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $1,246.40

01        Copy Charges                                               0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0808-301027

FED ID NO. 63-0243316

BILLING SUMMARY

Thomas Ryan Lynch          4.10 hrs    304.00 /hr        1,246.40

TOTAL FEES                 4.10 hrs                     $1,246.40

**TOTAL CHARGES FOR THIS INVOICE**                     **$1,246.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301027

INVOICE #  865821

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301027
     TC # 713554

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | TRL | Teleconference to A.Hartshorn regarding case strategy | B110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $30.40

BILLING SUMMARY

Thomas Ryan Lynch          .10 hrs    304.00 /hr        30.40

TOTAL FEES              0.10 hrs                  $30.40

**TOTAL CHARGES FOR THIS INVOICE**              **$30.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301029

INVOICE #  841395

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301029
     TC # 705963

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | MST | Conduct research regarding service of Notice of Pendency to numerous defendants and revise Affidavit regarding same | L110 | 1.80 hrs |
| 01/04/13 | KSA | Review dismissal pleadings and email correspondence with P.Stokes regarding status | L210 | .30 hrs |
| 01/05/13 | KSA | Edit affidavit for discontinuance of action | L210 | .30 hrs |
| 01/15/13 | DBO | Prepare and execute stipulation to dismissal and cancellation of lis pendens | L120 | .70 hrs |
| 01/15/13 | MST | Analysis of service affidavits to confirm dates of service and prepare working copy for attorney | L210 | .20 hrs |
| 01/15/13 | KSA | Review pleadings and service information to edit affidavit | L210 | 1.20 hrs |
| 01/15/13 | KSA | Email correspondence with plaintiff's counsel and P.Stokes regarding final HAMP modification | L120 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER            $1,120.10

     01      Copy Charges                                           0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0808-301029

FED ID NO. 63-0243316

BILLING SUMMARY

| Melanie Thompson | 2.00 hrs | 158.00 /hr | 316.00 |
| D. Brian O'Dell | .70 hrs | 383.00 /hr | 268.10 |
| Keith S. Anderson | 2.00 hrs | 268.00 /hr | 536.00 |

| TOTAL FEES | 4.70 hrs | | $1,120.10 |

**TOTAL CHARGES FOR THIS INVOICE**      $1,120.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301029
Fort Washington, PA 19034

                                                              INVOICE #  865822

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301029
         TC # 705963

    PROFESSIONAL SERVICES

    02/01/13  KSA  Draft and submit status report        L120      .10 hrs


              TOTAL FEES FOR THIS MATTER                   $26.80

      35      Express Mail/Fedex                                      0.00

    BILLING SUMMARY

       Keith S. Anderson         .10 hrs   268.00 /hr       26.80


    TOTAL FEES                  0.10 hrs                   $26.80

    **TOTAL CHARGES FOR THIS INVOICE**                    **$26.80**


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301032

INVOICE #  841396

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301032
     TC # 708760

PROFESSIONAL SERVICES

| 01/15/13 | SAP | Correspond with Court clerk and client regarding Order and Decision denying borrower's appeal | L510 | .50 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $169.50 |

BILLING SUMMARY

| Steven A. Pozefsky | .50 hrs | 339.00 /hr | 169.50 |

| TOTAL FEES | 0.50 hrs | | $169.50 |

**TOTAL CHARGES FOR THIS INVOICE** | **$169.50**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301032

INVOICE #  865823

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301032
TC # 708760

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | AHC | Review docket, draft status report, and catalog information on comprehensive tracking chart | L190 | .20 hrs |
| 02/13/13 | AHC | Draft memorandum regarding final disposition of file and correspondence to client regarding same | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $79.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .50 hrs | 158.00 /hr | 79.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.50 hrs | $79.00 |

**TOTAL CHARGES FOR THIS INVOICE**          **$79.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0R0808-301034
Fort Washington, PA 19034

                                                            INVOICE #  841397

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301034
         TC # 723079

PROFESSIONAL SERVICES

    01/04/13   MW   Draft status update to client regarding    C300      .10 hrs
                    pending motions and litigation strategy

    01/08/13   KK   Review docket to determine status of       L110      .20 hrs
                    activity and recently filed documents

    01/16/13   KK   Weekly review of docket to determine       L110      .20 hrs
                    recent activity in case

    01/22/13   KK   Weekly review of docket to determine       L110      .10 hrs
                    recent activity in case

    01/22/13   KK   E-mail with foreclosure counsel            L110      .10 hrs
                    regarding copy of answer to second
                    amended complaint

    01/30/13   KK   Weekly review of docket to determine any   L110      .20 hrs
                    recent activity in case


                    TOTAL FEES FOR THIS MATTER                      $154.60


BILLING SUMMARY

      Monica Wilson          .10 hrs    282.00 /hr        28.20
      Kerry Keane            .80 hrs    158.00 /hr       126.40


TOTAL FEES               0.90 hrs                      $154.60



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301034

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $154.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301034
Fort Washington, PA 19034

INVOICE #  865824

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301034
     TC # 723079

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 02/01/13 | MW | Draft status report to client regarding updated procedural posture of litigation | L120 | .10 hrs |
| 02/06/13 | KK | Review docket to determine status of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                     $59.80

BILLING SUMMARY

| | | | |
|------|------|------|------|
| Monica Wilson | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES                 0.30 hrs                             $59.80

**TOTAL CHARGES FOR THIS INVOICE**                             **$59.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0808-301037
Fort Washington, PA 19034

                                                         INVOICE #   841398

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301037
         TC # 699305

PROFESSIONAL SERVICES

| 01/02/13 | CSM | Draft case status report | L120 | .10 hrs |
|---|---|---|---|---|
| 01/08/13 | PMD | Review Gilbert complaint for TILA claims | L120 | .70 hrs |
| 01/08/13 | CWH | Analyze merits of borrower's TILA rescission claims and review complaint, MDNC's two rulings, and Fourth Circuit opinion to determine status of each claim | L120 | .50 hrs |
| 01/08/13 | MJA | Research status of Wolf decision relevant to overturning Gilbert | L120 | .40 hrs |
| 01/08/13 | MPE | Review file and pleadings to assist with determining pending issues. | L110 | .60 hrs |
| 01/10/13 | PMD | Analysis regarding TILA claims | L120 | 1.20 hrs |
| 01/10/13 | PMD | Review complaint, note, TiLA disclosures for TILA claims and issues | L120 | 2.10 hrs |
| 01/10/13 | MPE | Review of client documents to confirm location of TILA disclosures. | L110 | .50 hrs |
| 01/14/13 | PMD | Review loan file for additional information regarding TILA claims | L120 | 1.60 hrs |
| 01/14/13 | PMD | Further analysis regarding TILA claims | L120 | .30 hrs |
| 01/14/13 | MPE | In depth review of client documents to assist with determining and resolving issues. | L110 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301037

FED ID NO. 63-0243316

| 01/16/13 | PMD | Further analysis regarding TILA claims | L120 | 1.90 hrs |
|---|---|---|---|---|
| 01/16/13 | PMD | Draft memorandum regarding assessment of TILA claims | L120 | 1.60 hrs |
| 01/28/13 | CWH | Continue to review and analyze Gilbert's claims and determine which are still pending, which will remand to state court, and which are stayed by bankruptcy | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $4,107.80

BILLING SUMMARY

| Paige M. Boshell | 9.40 hrs | 352.00 /hr | 3,308.80 |
|---|---|---|---|
| Marc J. Ayers | .40 hrs | 317.00 /hr | 126.80 |
| Christian W. Hancock | .90 hrs | 361.00 /hr | 324.90 |
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |
| Melisa P. Palmer | 1.90 hrs | 167.00 /hr | 317.30 |

TOTAL FEES              12.70 hrs                    $4,107.80

**TOTAL CHARGES FOR THIS INVOICE**                  **$4,107.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       OR0808-301037
Fort Washington, PA 19034

                                                          INVOICE #  865825

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301037
         TC # 699305

PROFESSIONAL SERVICES

| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
|---|---|---|---|---|
| 02/06/13 | CWH | Analyze TILA disclosures and possible damages for alleged violations of TILA | L210 | .20 hrs |
| 02/08/13 | CWH | Exchange e-mails with client about recent TILA opinion, current state of the Gilbert federal suit, and strategy in case | L120 | .30 hrs |
| 02/28/13 | LADA | Analysis of dockets for status of matter at various court levels | L190 | 1.00 hrs |
| 04/16/13 | CSM | Draft memorandum summarizing procedural history and orders issued by state and federal trial and appellate courts | L210 | 1.90 hrs |
| 04/16/13 | CSM | Analyze procedural history of case and orders issued by state and federal trial and appellate courts | L120 | 2.90 hrs |
| 04/17/13 | CSM | Further analysis of state and federal trial and appellate court orders for purposes of determining status of borrowers' claims | L120 | .80 hrs |
| 04/17/13 | CSM | Draft summary of status of borrowers' claims | L190 | 1.30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301037

FED ID NO. 63-0243316

04/17/13  CSM   Research regarding effect of borrowers'       C200      .70 hrs
                failure to designate rulings on certain
                claims as error in appeal on trial
                court's discretion to reconsider rulings


                TOTAL FEES FOR THIS MATTER                          $2,610.50

    01          Copy Charges                                              0.00
    41          Computerized Legal Research-Westlaw                       0.00

BILLING SUMMARY

    Christian W. Hancock       .50 hrs    361.00 /hr        180.50
    Cory S. Menees             .10 hrs    300.00 /hr         30.00
    Cory S. Menees            7.60 hrs    295.00 /hr      2,242.00
    Lucinda Kish              1.00 hrs    158.00 /hr        158.00


TOTAL FEES                     9.20 hrs                 $2,610.50

**TOTAL CHARGES FOR THIS INVOICE**                     $2,610.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0808-301038
Fort Washington, PA 19034

                                                              INVOICE #   841399

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

      Re:  0R0808-301038
           TC # 699506

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/07/13 | BG | Begin drafting Motion to Dismiss Adversary Complaint in the bankruptcy court on the basis of parallel proceedings | L210 | 2.80 hrs |
| 01/10/13 | HTC | Telephone conference with client and MoFor regarding AP | L120 | .30 hrs |
| 01/10/13 | BG | Finish drafting Motion to Dismiss Adversary Complaint in the bankruptcy court on the basis of parallel proceedings | L210 | 2.20 hrs |
| 01/11/13 | BG | Revise Motion to Dismiss Adversary Complaint in the bankruptcy court on the basis of parallel proceedings | L210 | .60 hrs |
| 01/11/13 | BG | Draft affidavit in support of Motion to Dismiss Adversary Complaint in the bankruptcy court on the basis of parallel proceedings | L210 | .70 hrs |
| 01/14/13 | JB | Review complaint analyze claim for turnover | B420 | .50 hrs |
| 01/14/13 | JB | Research defenses to turnover claim | B420 | .70 hrs |
| 01/14/13 | BG | Evaluate impact of choice of law provision of contract on governing law and corresponding arguments in the motion to dismiss the adversary proceeding | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301038

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/14/13 | BG | Review arguments for dismissal of plaintiff's turnover claim | L120 | .30 hrs |
| 01/14/13 | BG | Insert argument into Motion to Dismiss about fraud claim and the economic loss doctrine under Florida law | L210 | .70 hrs |
| 01/14/13 | BG | Insert argument into Motion to Dismiss about the accounting claim under Florida law | L210 | .80 hrs |
| 01/14/13 | BG | Research additional authority in support of abstention/proof of claim argument and insert corresponding authority into Motion to Dismiss | L120 | 1.70 hrs |
| 01/14/13 | BG | Insert argument into Motion to Dismiss about unjust enrichment claim under Florida law | L210 | .80 hrs |
| 01/15/13 | BG | Insert argument into Motion to Dismiss about fraud claim and the economic loss doctrine under Pennsylvania law | L210 | 1.60 hrs |
| 01/15/13 | BG | Insert argument into Motion to Dismiss about the accounting claim under Pennsylvania law | L210 | 1.20 hrs |
| 01/15/13 | BG | Add additional authority in support of abstention/proof of claim argument Motion to Dismiss | L210 | 1.10 hrs |
| 01/15/13 | BG | Insert argument into Motion to Dismiss about the conversion claim under Pennsylvania law and the economic loss doctrine | L210 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
MARCH 27, 2013

ResCap

0R0808-301038

FED ID NO. 63-0243316

| 01/15/13 | BG | Insert argument into Motion to Dismiss about unjust enrichment claim under Pennsylvania law | L210 | .80 hrs |
|---|---|---|---|---|
| 01/15/13 | BG | Insert analysis into Motion to Dismiss regarding action for turnover | L210 | .50 hrs |
| 01/15/13 | BG | Revise new substantive arguments and new arguments added in support of abstention added to Motion to Dismiss | L120 | 1.60 hrs |
| 01/16/13 | HTC | Analyze issues relating to motion to dismiss | L250 | .80 hrs |
| 01/16/13 | BG | Revise Motion to Dismiss Adversary Complaint based on substantive merits of the claim and abstention principles related to parallel proceedings | L210 | .70 hrs |
| 01/16/13 | BG | Insert additional argument in Motion to Dismiss Adversary Complaint about choice of law provisions | L210 | 1.90 hrs |
| 01/16/13 | JB | Review draft motion to dismiss relating to turnover issues | L120 | 1.10 hrs |
| 01/18/13 | HTC | Revise motion to dismiss | L250 | 6.00 hrs |
| 01/20/13 | HTC | Continue working on motion to dismiss adversary proceeding | L250 | 2.70 hrs |
| 01/24/13 | BG | Incorporate changes to Motion to Dismiss from bankruptcy counsel and finalize draft | L210 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0R0808-301038

FED ID NO. 63-0243316

| 01/24/13 | HTC | Revise affidavit in support of motion to dismiss for L.Delehey and review edits to motion to dismiss from MoFo | L250 | .50 hrs |
|---|---|---|---|---|
| 01/25/13 | BG | Finalize exhibits for Motion to Dismiss | L210 | .50 hrs |
| 01/25/13 | BG | Determine if servicing agreement was attached to a pleading in the Florida case for introduction as an exhibit in support of motion to dismiss | L120 | .20 hrs |
| 01/25/13 | BG | Finalize Motion to Dismiss to omit the supporting affidavit because of risk of converting it to a motion for summary judgment | L210 | .80 hrs |

TOTAL FEES FOR THIS MATTER                           $8,914.20

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

| Hope Cannon | 10.30 hrs | 334.00 /hr | 3,440.20 |
|---|---|---|---|
| James Bailey | 2.30 hrs | 229.00 /hr | 526.70 |
| Blake Goodsell | 23.90 hrs | 207.00 /hr | 4,947.30 |

TOTAL FEES              36.50 hrs                    $8,914.20

TOTAL CHARGES FOR THIS INVOICE              $8,914.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0R0808-301038
Fort Washington, PA 19034

                                                          INVOICE #  865827

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0R0808-301038
          TC # 699506

<u>PROFESSIONAL SERVICES</u>

| 02/11/13 | HTC | Review stipulation on briefing schedule and date for hearing on motion to dismiss | L210 | .10 hrs |
| 03/20/13 | HTC | Analyze ARE's response to motion to dismiss AP proceeding | L250 | 2.40 hrs |
| 03/28/13 | HTC | Telephone conference with MoFo regarding amended complaint | L120 | .40 hrs |
| 03/28/13 | HTC | Telephone conference with T.Dennis at Ally regarding amended complaint | L120 | .10 hrs |
| 04/02/13 | BG | Draft status report regarding | L190 | .10 hrs |
| 04/08/13 | HTC | Review revised stipulation on amended complaint | L210 | .10 hrs |
| 04/11/13 | HTC | Draft motion to dismiss amended complaint in adversary proceeding | L250 | 5.00 hrs |
| 04/12/13 | HTC | Analyze information from ARE's prior cases, including judgments against ARE and representations made by ARE in litigation or other depositions for inclusion in motion to dismiss amended complaint | L120 | 5.50 hrs |
| 04/12/13 | JAM | Multiple telephone calls and emails with Set Depo to determine court reporter and order transcript of the deposition of Lisette de Padua Smyth | L330 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301038

FED ID NO. 63-0243316

| 04/12/13 | MMP | Assemble research regarding Kirsch and ARE | L110 | .50 hrs |
|---|---|---|---|---|
| 04/12/13 | BG | Obtain background information on ARE's principal | L120 | .70 hrs |
| 04/15/13 | HTC | Review pleadings and prior deposition testimony given by ARE's executives for inclusion in motion to dismiss or motion for summary judgment on amended AP complaint | L240 | 3.60 hrs |
| 04/16/13 | HTC | Draft motion to dismiss amended complaint in adversary proceeding and conduct research for same | L250 | 6.00 hrs |
| 04/17/13 | HTC | Continue drafting motion to dismiss amended complaint in adversary proceeding and conducting research for same | L250 | 4.60 hrs |
| 04/18/13 | HTC | Continue drafting motion to dismiss amended complaint in adversary proceeding and conducting research for same | L250 | 3.20 hrs |
| 04/19/13 | HTC | Continue working on motion to dismiss amended complaint | L250 | 2.50 hrs |
| 04/19/13 | JAM | Review all adversary proceeding pleadings and assimilation into file to assist with litigation | L210 | 1.20 hrs |
| 04/22/13 | HTC | Continue working on motion to dismiss adversary complaint | L250 | 4.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
APRIL 30, 2013

ResCap

0R0808-301038

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/23/13 | BG | Review Motion to Dismiss Amended Complaint in Adversary Proceeding and verify all cited authority | L210 | 2.50 hrs |
| 04/23/13 | BG | Continue reviewing Renewed Motion to Dismiss Amended Complaint in Adversary Proceeding and verify all cited authority | L210 | 1.20 hrs |
| 04/24/13 | BG | Keycite all authority cited in Motion to Dismiss Amended Complaint in Adversary Proceeding | L210 | 1.30 hrs |
| 04/24/13 | BG | Continue reviewing Amended Complaint in Motion to Dismiss Adversary Proceeding | L210 | 2.70 hrs |
| 04/24/13 | BG | Continue review of Motion to Dismiss Amended Complaint in Adversary Proceeding | L210 | .50 hrs |
| 04/24/13 | JAM | Redact exhibits to Debtor's Motion for Dismissal of Adversary Proceeding | L210 | .70 hrs |
| 04/25/13 | BG | Work on Motion to Dismiss Amended Complaint in Adversary Proceeding | L210 | .80 hrs |
| 04/25/13 | BG | Research Florida law on conversion for inclusion in second Motion to Dismiss Adversary Proceeding | L120 | .60 hrs |
| 04/25/13 | BG | Research Florida law on economic loss doctrine for inclusion in second Motion to Dismiss Adversary Proceeding | L120 | 2.00 hrs |
| 04/25/13 | BG | Draft memorandum regarding conflicts-of-law issues and likely applications of Florida law concerning second Motion to Dismiss Adversary Proceeding | L120 | 1.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0808-301038

FED ID NO. 63-0243316

| 04/25/13 | BG | Research issues related to the application of the statute of limitations in relation to arguments made in Second Motion to Dismiss Adversary Proceeding | L120 | .60 hrs |
|---|---|---|---|---|
| 04/25/13 | BG | Research Florida law concerning fraud-in-the-inducement claims for inclusion in second Motion to Dismiss Adversary Proceeding | L120 | .30 hrs |
| 04/25/13 | BG | Review ARE's interrogatory responses to identify allegations related to underinsurance of ARE properties | L120 | .30 hrs |
| 04/25/13 | JAM | Telephone calls to court reporter to check on status of transcript of Lisette de Padua Smyth | L330 | .20 hrs |
| 04/25/13 | HTC | Telephone conference with N.Rosenbaum and Balboa's counsel regarding ARE's amended complaint in the adversary proceeding | L120 | 1.50 hrs |
| 04/25/13 | HTC | Continue working on and adding arguments to motion to dismiss amended complaint in the adversary proceeding to add Florida law and additional arguments as to lack of merit of substantive claims | L250 | 4.70 hrs |
| 04/26/13 | HTC | Final editing of motion to dismiss adversary proceeding to cut down number of pages per court page limitation | L250 | 1.70 hrs |
| 04/26/13 | HTC | Exchange emails with P.Galante regarding finalizing motion to dismiss amended complaint | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
APRIL 30, 2013

OR0808-301038

FED ID NO. 63-0243316

| 04/26/13 | JAM | Assist attorney prepare exhibits for Debtor's Motion for Dismissal of Adversary Proceeding | L210 | .70 hrs |
|----------|-----|---|------|---------|
| 04/26/13 | BG | Correspondence with the court recorder regarding  transcription of the Smyth deposition | L330 | .10 hrs |
| 04/26/13 | BG | Revise Second Motion to Dismiss Adversary Proceedings following bankruptcy counsel's comments and to conform to local practice | L210 | 2.40 hrs |
| 04/26/13 | BG | Rework exhibits to Second Motion to Dismiss Adversary Proceeding following second round of edits to conform to local practice | L210 | .50 hrs |
| 04/26/13 | BG | Update research concerning choice-of-law provisions and application to tort claims under New York law | L120 | .60 hrs |
| 04/29/13 | BG | Review Motion to Dismiss filed by Balboa | L210 | .10 hrs |
| 04/30/13 | JAM | Review recently docketed pleadings and incorporate into electronic file | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                     $19,920.50

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 41 | Computerized Legal Research-Westlaw | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
APRIL 30, 2013

OR0808-301038

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 46.00 hrs | 334.00 /hr | 15,364.00 |
| Molly M. Palmer | .50 hrs | 167.00 /hr | 83.50 |
| Jamie Mathews | 3.60 hrs | 150.00 /hr | 540.00 |
| Blake Goodsell | 19.00 hrs | 207.00 /hr | 3,933.00 |

| | | |
|---|---|---|
| TOTAL FEES | 69.10 hrs | $19,920.50 |

**TOTAL CHARGES FOR THIS INVOICE**          **$19,920.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301039

INVOICE #  841400

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301039
     TC # 686089

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|-----|-------------|------|-------|
| 01/02/13 | CSM | Draft case status report | B110 | .10 hrs |
| 01/08/13 | CSM | Emails with counsel for title insurer regarding mediation logistics | L160 | .20 hrs |
| 01/21/13 | CSM | Emails with client and opposing counsel regarding mediation logistics | L160 | .10 hrs |
| 01/22/13 | CWH | Exchange e-mails with client about proper nature of the suit, as there is a question of whether to transfer same to different corporate area | L120 | .10 hrs |
| 01/22/13 | MPE | Research public records to determine property status. | L110 | .50 hrs |
| 01/22/13 | CWH | Exchange e-mails with client about Wachovia's foreclosure in 2011 | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $275.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Cory S. Menees | .40 hrs | 300.00 /hr | 120.00 |
| Melisa P. Palmer | .50 hrs | 167.00 /hr | 83.50 |

TOTAL FEES                    1.10 hrs            $275.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301039

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $275.70

***** TOTAL DUE UPON RECEIPT *****

<u>MATTER SUMMARY</u>

FEES BILLED TO DATE          $115,574.13
COST BILLED TO DATE           $1,348.15



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                      APRIL 30, 2013
1100 Virginia Drive                                                         0R0808-301039
Fort Washington, PA 19034

                                                                    INVOICE #  865828

                                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0R0808-301039
        TC # 686089

PROFESSIONAL SERVICES

| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
| 02/06/13 | CSM | Communicate with mediator and opposing counsel regarding mediation logistics | L160 | .20 hrs |
| 02/08/13 | CSM | Emails with mediator and opposing counsel regarding mediation logistics | L160 | .10 hrs |
| 02/13/13 | CWH | Exchange e-mails with other parties confirming mediation date and attendees for each party | L160 | .10 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 02/24/13 | CSM | Prepare for mediation | L190 | .30 hrs |
| 02/25/13 | CWH | Review pleadings for best arguments explaining GMAC's position and send same to mediator in lieu of mediation statement | L210 | .20 hrs |
| 02/25/13 | CSM | Emails with mediator and opposing counsel regarding submission of pre-mediation statements | L160 | .30 hrs |
| 02/26/13 | CWH | Analyze pleadings and history of settlement discussions in order to prepare for mediation with title company | L160 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/26/13 | MPE | Review file and prepare materials to assist with mediation scheduled form February 27, 2013. | L110 | 1.80 hrs |
| 02/27/13 | CWH | Prepare for and attend mediation with title company | L160 | 4.50 hrs |
| 02/27/13 | HEA | Review issues surrounding claims by an assignee of mortgage making claims under the CPL | L190 | 1.00 hrs |
| 02/27/13 | HEA | Draft email regarding claims of assignee under CPI and provide copy of 2008 version of CPL | L190 | .50 hrs |
| 02/28/13 | CWH | Exchange e-mails with client about how to handle mediator's invoice | L160 | .10 hrs |
| 02/28/13 | KK | Review settlement memorandum and terms to draft settlement and release agreement in matter | L110 | 1.10 hrs |
| 03/01/13 | KK | Draft settlement proposal to accompany settlement and release agreement in case | L110 | .50 hrs |
| 03/01/13 | CSM | Draft case status report | B110 | .10 hrs |
| 03/14/13 | KK | Review status of settlement agreement and proposal in case | L110 | .20 hrs |
| 03/18/13 | CWH | Revise draft settlement agreement | L160 | .40 hrs |
| 03/18/13 | CWH | Email L.Delehey the draft settlement agreement for her approval and inquire about process for obtaining leave of bankruptcy court | L160 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0808-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/18/13 | CWH | Email draft settlement agreement to Chicago Title's counsel, following approval from L.Delehey | L160 | .10 hrs |
| 03/25/13 | CWH | Review Chicago Title's edits to settlement agreement and send same to L.Delehey for her approval | L160 | .20 hrs |
| 03/25/13 | CWH | Exchange e-mails with Chicago Title's counsel about edits to settlement agreement and efforts to have respective clients sign same | L160 | .20 hrs |
| 03/27/13 | CWH | Review opposing counsel's email, stating that his client will now sign the settlement agreement | L160 | .10 hrs |
| 03/27/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 03/29/13 | LADA | Review of docket regarding status of case | L190 | .40 hrs |
| 04/01/13 | CWH | Email L.Delehey version of settlement agreement signed by Chicago Title and inquire about process for getting approval from bankruptcy court | L160 | .10 hrs |
| 04/03/13 | CWH | Exchange e-mails with Morrison Foerster to see if they need any assistance with motion for settlement approval | L190 | .10 hrs |
| 04/03/13 | CWH | Exchange e-mails with mediator's office who inquired about their payment (check was sent 3/26/13) | L190 | .10 hrs |
| 04/05/13 | CWH | Phone call with N.Moss to recite history of case, as she is drafting motion for bankruptcy approval of settlement | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0808-301039

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $4,263.70

EXPENSES

50        Mediation Fee                                    831.25

        TOTAL COSTS FOR THIS MATTER              $831.25

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 7.80 hrs | 361.00 /hr | 2,815.80 |
| Hall Eady | 1.50 hrs | 286.00 /hr | 429.00 |
| Cory S. Menees | 1.20 hrs | 295.00 /hr | 354.00 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |
| Melisa P. Palmer | 1.90 hrs | 167.00 /hr | 317.30 |
| Kerry Keane | 1.80 hrs | 158.00 /hr | 284.40 |

TOTAL FEES                14.60 hrs                $4,263.70

TOTAL EXPENSES                                $831.25

**TOTAL CHARGES FOR THIS INVOICE**            **$5,094.95**

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE          $119,562.13
COST BILLED TO DATE            $2,179.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301040
Fort Washington, PA 19034

                                                              INVOICE #  865829

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301040
         TC # 690409

PROFESSIONAL SERVICES

02/13/13   CWH   Confirm there has been no case activity      L110     .20 hrs
                 following filing of notice of bankruptcy
                 and email client regarding correct
                 protocol for future handling

03/12/13   MPE   Research docket to determine status.         L110     .10 hrs

03/22/13   MCG   Review case status and formulate             L120     .10 hrs
                 strategy for going forward


             TOTAL FEES FOR THIS MATTER                       $123.70


BILLING SUMMARY

    Christian W. Hancock        .20 hrs    361.00 /hr         72.20
    Michael C. Griffin          .10 hrs    348.00 /hr         34.80
    Melisa P. Palmer            .10 hrs    167.00 /hr         16.70


TOTAL FEES                     0.40 hrs                      $123.70

**TOTAL CHARGES FOR THIS INVOICE**                          **$123.70**

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301041

INVOICE #  841402

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301041
     TC # 732580

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/10/13 | JLJ | Correspondence with client regarding case status | L120 | .20 hrs |
| 01/17/13 | JLJ | Review notice of dismissal and strategize regarding motion for sanctions and notice of hearing | L250 | .30 hrs |
| 01/17/13 | JLJ | Correspondence with client for MERS and client for GMAC regarding notice of voluntary dismissal | L240B | .20 hrs |
| 01/18/13 | JLJ | Review order dismissing case | L250 | .30 hrs |
| 01/23/13 | JAM | Assemble exhibits to Motion for Attorney Fees and Sanctions and prepare in format required for ECF submission | L210 | .90 hrs |
| 01/23/13 | JAM | Final review and revisions to Motion for Attorney Fees and Sanctions prior to submission to Court | L210 | .20 hrs |
| 01/23/13 | HTC | Review court's order dismissing pending motions as moot | L120 | .10 hrs |
| 01/24/13 | JAM | Investigate inquiry from foreclosure counsel regarding hearing and pull state court Access online docket and review for recent case activity, federal court Access online docket and review for recent case activity, and foreclosure case Access online docket and review for recent case activity | L230 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301041

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | HTC | Review foreclosure docket | L120 | .10 hrs |
| 01/25/13 | JLJ | Review correspondence from client regarding foreclosure case and hearing on motion to dismiss and research regarding the same | L250 | .20 hrs |
| 01/25/13 | JLJ | Correspondence with D.Murker regarding status of foreclosure action | L110 | .30 hrs |
| 01/28/13 | JLJ | Review motion for sanctions and prepare to file the same | L250 | .60 hrs |
| 01/28/13 | JLJ | Correspondence with client regarding motion to dismiss hearing in foreclosure case | L250 | .20 hrs |
| 01/28/13 | JAM | Research internet for quotes from original, but no longer available, Fidelity website to use in Motion for Fees and Sanctions | L250 | 2.30 hrs |
| 01/28/13 | JAM | Final review of Motion for Fees and Sanctions, including exhibit references, prior to submission to Court | L250 | .30 hrs |
| 01/28/13 | JAM | Revise Motion for Fees, Costs and Sanctions as to exhibit references | L210 | .40 hrs |
| 01/28/13 | JAM | Reassemble exhibits to incorporate additional exhibits added to Motion | L210 | .30 hrs |
| 01/28/13 | JAM | Final proof of Motion for Fees and Sanctions prior to submission to Court | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $1,347.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0808-301041

FED ID NO. 63-0243316

01/24/13 Copy Charges                                              0.00

BILLING SUMMARY

    Hope Cannon            .20 hrs    334.00 /hr        66.80
    Jamie Mathews         5.10 hrs    150.00 /hr       765.00
    Jessica L. Jones      2.30 hrs    224.00 /hr       515.20


TOTAL FEES                7.60 hrs                 $1,347.00

**TOTAL CHARGES FOR THIS INVOICE**                $1,347.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           MARCH 27, 2013
1100 Virginia Drive                                             0R0808-301042
Fort Washington, PA 19034

                                                               INVOICE #   841405

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

        Re:   0R0808-301042
              TC # 716722

        PROFESSIONAL SERVICES

        01/02/13   JDV   Draft December 2012 status report for      L190       .10 hrs
                         client


                   TOTAL FEES FOR THIS MATTER                                $26.40


        BILLING SUMMARY

            Jose D. Vega               .10 hrs   264.00 /hr          26.40


        TOTAL FEES                 0.10 hrs                      $26.40

        **TOTAL CHARGES FOR THIS INVOICE**                     $26.40

                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301042

INVOICE #  865830

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301042
TC # 716722

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JDV | Draft status report for client | L190 | .10 hrs |
| 02/14/13 | MPE | Review of case to determine if it will go to the Estate. | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $76.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jose D. Vega | .10 hrs | 264.00 /hr | 26.40 |
| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |

TOTAL FEES                0.40 hrs              $76.50

**TOTAL CHARGES FOR THIS INVOICE**            **$76.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301044

INVOICE #  865831

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301044
     TC # 732797

PROFESSIONAL SERVICES

| 02/14/13 | MST | Review of dismissal documents, prepare for closing and draft closing memo for attorney review | L110 | .40 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $63.20

BILLING SUMMARY

| Melanie Thompson | .40 hrs | 158.00 /hr | 63.20 |
|---|---|---|---|

TOTAL FEES               0.40 hrs                    $63.20

**TOTAL CHARGES FOR THIS INVOICE**                   **$63.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0808-301045
Fort Washington, PA 19034

                                                               INVOICE #   841409

                                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301045
         TC # 698535

PROFESSIONAL SERVICES

| 01/02/13 | CLHA | Report to client regarding current status of case | L120 | .20 hrs |
|---|---|---|---|---|
| 01/29/13 | MRP | Review class action order in similar action | L250 | .80 hrs |
| 01/29/13 | CLHA | Analyze opinion issued by Judge Mahoney certifying class in similar lawsuit to determine effect, if any, on Studivant's case against MERS | L120 | .90 hrs |
| 01/29/13 | CLHA | Conduct research on related class actions regarding false affidavits and begin work on executive summary regarding impact on case | L120 | 2.30 hrs |
| 01/29/13 | JRB | Review new Judge Mahoney opinion regarding class actions and brief litigation team regarding same | C200 | .30 hrs |

                  TOTAL FEES FOR THIS MATTER              $1,743.70

BILLING SUMMARY

| Michael R. Pennington | .80 hrs | 475.00 /hr | 380.00 |
|---|---|---|---|
| Jay R. Bender | .30 hrs | 409.00 /hr | 122.70 |
| Christopher L. Hawkins | 3.40 hrs | 365.00 /hr | 1,241.00 |

TOTAL FEES              4.50 hrs              $1,743.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0808-301045

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,743.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                             APRIL 30, 2013
1100 Virginia Drive                                               0R0808-301045
Fort Washington, PA 19034

                                                         INVOICE #  865832

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301045
         TC # 698535

PROFESSIONAL SERVICES

02/01/13    CLHA  Prepare status report for client        L120      .20 hrs

02/05/13    CLHA  Work on memorandum regarding status of  L120      .90 hrs
                  affidavit class actions in Southern
                  District of Alabama

02/06/13    CLHA  Revise and circulate memorandum         L120     1.20 hrs
                  regarding affidavit-related class action
                  cases in Southern District of Alabama

02/07/13    CLHA  Confer with co-counsel regarding status L120      .80 hrs
                  of class action and revise memorandum
                  regarding same

02/07/13    MRP   Revise status memo to client            L120      .30 hrs

03/01/13    CLHA  Prepare status report for client        L120      .20 hrs


            TOTAL FEES FOR THIS MATTER                  $1,347.00


BILLING SUMMARY

    Michael R. Pennington     .30 hrs    475.00 /hr       142.50
    Christopher L. Hawkins    3.30 hrs    365.00 /hr     1,204.50


TOTAL FEES                    3.60 hrs              $1,347.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
APRIL 30, 2013

0R0808-301045

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**              $1,347.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301046

INVOICE #  865833

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301046
     TC # 686800

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/07/13 | AHC | Draft status report | L190 | .10 hrs |
| 04/04/13 | AHC | Draft status report for attorney review | L190 | .10 hrs |
| 04/08/13 | CET | Analyze procedural history in the bankruptcy proceedings to determine whether there is any relief available in the bankruptcy court and whether there would be any relief for any claims against the title agent. | C100 | 2.30 hrs |
| 04/08/13 | CET | Comprehensive email with client regarding bankruptcy proceedings and lack of available relief due to the recording issues. | P300 | .50 hrs |
| 04/09/13 | AHC | Draft closing memorandum | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $985.10



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301046

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher E. Thorsen | 2.80 hrs | 312.00 /hr | 873.60 |
| Alecia H. Cockrell | .60 hrs | 158.00 /hr | 94.80 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

| | | |
|---|---|---|
| TOTAL FEES | 3.50 hrs | $985.10 |

**TOTAL CHARGES FOR THIS INVOICE**                          **$985.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301047
Fort Washington, PA 19034

INVOICE #  841411

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301047
         TC # 696927

PROFESSIONAL SERVICES

01/04/13   KK    Draft status report for client as          L110      .10 hrs
                 follows: An Order of Dismissal and Order
                 of Possession and Quieting  Title were
                 entered by the Court on November 20,
                 2012. We are currently investigating
                 whether we still need to foreclose
                 despite having this Order entered.

01/08/13   RLB   Revise client status report                L190      .10 hrs


                 TOTAL FEES FOR THIS MATTER                           $45.70


BILLING SUMMARY

    Rashad L. Blossom          .10 hrs   299.00 /hr         29.90
    Kerry Keane                .10 hrs   158.00 /hr         15.80


TOTAL FEES                     0.20 hrs                    $45.70

**TOTAL CHARGES FOR THIS INVOICE**                        $45.70

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301052

INVOICE #  841412

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301052
     TC # 708174

PROFESSIONAL SERVICES

| 01/17/13 | KSA | Review payoff and accompanying documents and forward to L.Delehey with commentary regarding case | L120 | .30 hrs |
| 01/22/13 | KSA | Research case history and respond to L.Deleny inquiry regarding payoff amount and case history | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                        $214.40

BILLING SUMMARY

| Keith S. Anderson | .80 hrs | 268.00 /hr | 214.40 |

TOTAL FEES                    0.80 hrs                $214.40

**TOTAL CHARGES FOR THIS INVOICE**              **$214.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0R0808-301052
Fort Washington, PA 19034

                                                  INVOICE #   865834

                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0R0808-301052
      TC # 708174

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | KSA | Draft and submit status report | L120 | .10 hrs |
| 02/15/13 | MPE | Review of matter to assist with determination of transfer to the estate. | L110 | .40 hrs |
| 04/10/13 | KSA | Review correspondence and follow up e-mail to L. Delehey regarding lien payoff | L650 | .20 hrs |
| 04/15/13 | KSA | Review Release of Lien in government forfeiture action and draft letter to government title representative | L210 | .40 hrs |
| 04/29/13 | KSA | Finalize and send recorded release of lien to U.S. Marshalls office in Texas | L650 | .20 hrs |

          TOTAL FEES FOR THIS MATTER                   $308.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .90 hrs | 268.00 /hr | 241.20 |
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |

TOTAL FEES            1.30 hrs            $308.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301052

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $308.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0R0808-301053
Fort Washington, PA 19034

                                                    INVOICE #  841413

                                                    FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301053
         TC # 710301

    PROFESSIONAL SERVICES

    01/07/13   JHA   E-mail J.Scoliard regarding final report   B420      .10 hrs
                     and objection deadline


               TOTAL FEES FOR THIS MATTER                       $29.90


    BILLING SUMMARY

       Jennifer H. Henderson      .10 hrs   299.00 /hr      29.90


    TOTAL FEES                   0.10 hrs              $29.90

    **TOTAL CHARGES FOR THIS INVOICE**               $29.90

               ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301055

INVOICE #  865835

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301055
     TC # 711791

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/14/13 | HFH | Advise client regarding "Estate" matters and dismissal of appeal | L210 | .10 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/04/13 | HFH | Email G.Blackburn re dismissal and motion to dismiss | L210 | .20 hrs |
| 03/04/13 | HFH | Telephone conversation with borrower's counsel, Gary Blackburn re dismissal | L210 | .20 hrs |
| 03/04/13 | HFH | Draft stipulation of dismissal | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $246.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rick Humbracht | .60 hrs | 383.00 /hr | 229.80 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES                0.70 hrs                  $246.50

**TOTAL CHARGES FOR THIS INVOICE**                 **$246.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0808-301057
Fort Washington, PA 19034

                                                               INVOICE #   841415

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301057
         TC # 713877

    PROFESSIONAL SERVICES

    01/02/13   CLHA Report to client regarding current        L120        .20 hrs
               status of case


               TOTAL FEES FOR THIS MATTER                                $73.00


    BILLING SUMMARY

       Christopher L. Hawkins        .20 hrs   365.00 /hr        73.00

    TOTAL FEES                    0.20 hrs                     $73.00

    **TOTAL CHARGES FOR THIS INVOICE**                         $73.00


                ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0808-301057
Fort Washington, PA 19034

                                                         INVOICE #  865836

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301057
         TC # 713877

PROFESSIONAL SERVICES

    02/01/13   CLHA  Prepare status report for client       L120      .20 hrs

    02/15/13   MPE   Review matter to assist with estate     L110      .10 hrs
                     determination.


                     TOTAL FEES FOR THIS MATTER                     $89.70


BILLING SUMMARY

    Christopher L. Hawkins        .20 hrs    365.00 /hr        73.00
    Melisa P. Palmer              .10 hrs    167.00 /hr        16.70


TOTAL FEES                      0.30 hrs                     $89.70

**TOTAL CHARGES FOR THIS INVOICE**                          $89.70

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0R0808-301059
Fort Washington, PA 19034

                                                            INVOICE #  841416

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301059
         TC # 714656

PROFESSIONAL SERVICES

| 01/03/13 | RLB | E-mails to client regarding loan modification terms | L160 | .20 hrs |
|---|---|---|---|---|
| 01/03/13 | RLB | Analyze loan modification documents | L160 | .30 hrs |
| 01/03/13 | RLB | Respond to e-mails from debtor's counsel regarding loan modification | L160 | .20 hrs |
| 01/04/13 | KK | Draft status report for client as follows: Loan Modification documents have been submitted to plaintiff's counsel, and the issue at this time revolves around the amount of the monthly escrow payment. We continue to communicate with both opposing counsel and client regarding their position on the latest loan modification package. | L110 | .20 hrs |
| 01/08/13 | RLB | Revise client status report | L190 | .20 hrs |
| 01/10/13 | RLB | Respond to client regarding borrower's suspense account | L160 | .10 hrs |
| 01/14/13 | RLB | Teleconference with client regarding borrower's payment history | L160 | .60 hrs |
| 01/14/13 | RLB | Respond to e-mails from opposing counsel regarding loan mod documents | L160 | .30 hrs |
| 01/16/13 | RLB | Respond to e-mail from opposing counsel regarding terms of loan modification | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0808-301059

FED ID NO. 63-0243316

01/31/13   RLB   Respond to e-mail from opposing counsel      L160      .10 hrs
                 regarding loan modification

TOTAL FEES FOR THIS MATTER                                    $689.40

BILLING SUMMARY

   Rashad L. Blossom        2.20 hrs     299.00 /hr         657.80
   Kerry Keane               .20 hrs     158.00 /hr          31.60

TOTAL FEES                  2.40 hrs                      $689.40

**TOTAL CHARGES FOR THIS INVOICE**                       **$689.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301059

INVOICE #  865837

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301059
     TC # 714656

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/04/13 | KK | Draft status report for client | L110 | .20 hrs |
| 02/07/13 | RLB | Draft monthly status report | L190 | .20 hrs |
| 02/07/13 | RLB | Review and respond to client regarding loan modification agreement | L160 | .10 hrs |
| 02/08/13 | RLB | E-mails to and from client regarding loan mod documents | L160 | .50 hrs |
| 02/12/13 | RLB | Respond to e-mail from client regarding loan modification | L160 | .10 hrs |
| 02/13/13 | RLB | E-mail to debtor's counsel regarding loan modification | L160 | .20 hrs |
| 02/13/13 | RLB | Respond to e-mail from client regarding loan modification | L160 | .20 hrs |
| 02/15/13 | RLB | E-mails to and from client regarding status of loan modification | L160 | .20 hrs |
| 02/15/13 | RLB | Review public records regarding recorded rescission | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $569.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301059

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | 1.80 hrs | 299.00 /hr | 538.20 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES                    2.00 hrs                              $569.80

**TOTAL CHARGES FOR THIS INVOICE**                          $569.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0808-301060
Fort Washington, PA 19034

INVOICE #  841417

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301060
     TC # 721871

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/02/13 | FSP | Revise memorandum regarding premises owner's duty of care | L120 | .20 hrs |
| 01/03/13 | FSP | Revise memorandum of law regarding various premises liability issues, including analysis of legal research | L120 | 1.60 hrs |
| 01/22/13 | BRE | Work on obtaining plaintiff's medical records | L110 | .30 hrs |
| 01/22/13 | FSP | Conference regarding strategy in preparing for Plaintiff's deposition | L330 | .10 hrs |
| 01/22/13 | FSP | Conferences regarding strategy for obtaining release of Plaintiff's medical records from Plaintiff's healthcare providers | L120 | .40 hrs |
| 01/22/13 | FSP | Analyze pleadings regarding obtaining medical records from Plaintiff's healthcare providers | L120 | .20 hrs |
| 01/22/13 | FSP | Telephone call with opposing counsel regarding proposed agreed order for release of medical records | L250 | .20 hrs |
| 01/22/13 | FSP | Analyze e-mail correspondence with opposing counsel regarding depositions | L330 | .20 hrs |
| 01/22/13 | FSP | E-mail correspondence with E.Smith regarding deposition strategy | L330 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301060

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | FSP | Analyze Plaintiff's responses to interrogatories and requests for production regarding medical records and expenses | L310 | 1.10 hrs |
| 01/23/13 | FSP | E-mail correspondence with opposing counsel regarding status of agreed order to obtain medical records | L390 | .20 hrs |
| 01/23/13 | FSP | E-mail correspondence with opposing counsel regarding deposition dates | L330 | .10 hrs |
| 01/23/13 | FSP | Revise Plaintiff's proposed agreed protective order permitting inspection of medical records | L390 | .70 hrs |
| 01/24/13 | FSP | E-mail correspondence regarding strategy for depositions | L330 | .10 hrs |
| 01/24/13 | FSP | Revise agreed protective order for inspection of medical records | L390 | .40 hrs |
| 01/24/13 | FSP | E-mail correspondence with opposing counsel regarding proposed agreed protective order and deposition dates | L390 | .10 hrs |
| 01/24/13 | FSP | E-mail correspondence with opposing counsel regarding deposition dates | L330 | .20 hrs |
| 01/24/13 | FSP | Finalize agreed protective order for submission to Court | L390 | .20 hrs |
| 01/24/13 | EWS | Review proposed agreed order concerning medical records of plaintiff. | L210 | .40 hrs |
| 01/25/13 | FSP | Conference regarding analysis of medical records in preparation for depositions | L330 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0R0808-301060

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | FSP | Conference regarding strategy for reviewing and summarizing medical records | L390 | .20 hrs |
| 01/28/13 | FSP | Analyze medical records produced by Plaintiff in preparation for depositions | L310 | .40 hrs |
| 01/28/13 | FSP | Conference with paralegal regarding analysis and summary of Plaintiff's medical bills and records | L390 | .40 hrs |
| 01/28/13 | FSP | E-mail correspondence with opposing counsel regarding deposition dates | L330 | .10 hrs |
| 01/28/13 | BRE | Begin review and analysis of plaintiff's medical records in preparation for summarizing | L110 | .70 hrs |
| 01/29/13 | FSP | Analyze e-mail correspondence with opposing counsel regarding deposition dates and revising scheduling order | L330 | .20 hrs |
| 01/30/13 | FSP | E-mail correspondence with opposing counsel regarding agreed order for obtaining Plaintiff's medical records | L390 | .20 hrs |
| 01/30/13 | FSP | Research on Court database regarding status of agreed protective order | L250 | .10 hrs |
| 01/30/13 | FSP | Analyze agreed protective order entered by Court | L250 | .10 hrs |
| 01/30/13 | BRE | Continue review and analysis of plaintiff's medical records in preparation for summarizing | L390 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0R0808-301060

FED ID NO. 63-0243316

| 01/31/13 | BRE | Continue review and analysis of Vanderbilt University Medical Center records for drafting medical summary | L110 | 1.80 hrs |

TOTAL FEES FOR THIS MATTER                                        $2,605.60

01        Copy Charges                                                              0.00

BILLING SUMMARY

| Eric Smith | .40 hrs | 273.00 /hr | 109.20 |
| Beth Reisch | 4.80 hrs | 158.00 /hr | 758.40 |
| Frankie Spero | 7.90 hrs | 220.00 /hr | 1,738.00 |

TOTAL FEES              13.10 hrs                          $2,605.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,605.60**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301060
Fort Washington, PA 19034

INVOICE #  865838

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301060
     TC # 721871

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/01/13 | FSP | Conference regarding strategy for obtaining Plaintiff's employment records | L390 | .20 hrs |
| 02/01/13 | FSP | E-mail correspondence regarding strategy for obtaining Plaintiff's medical and employment records | L390 | .30 hrs |
| 02/01/13 | BRE | Analysis and summary of plaintiff's medical records | L110 | .70 hrs |
| 02/05/13 | AHC | Review file to confirm representation information and draft status report for attorney review | L190 | .20 hrs |
| 02/05/13 | EWS | Prepare status report. | L190 | .20 hrs |
| 02/05/13 | FSP | E-mail correspondence regarding strategy for analysis of Plaintiff's medical records | L120 | .10 hrs |
| 02/05/13 | FSP | Conference regarding deposition strategy | L330 | .10 hrs |
| 02/07/13 | FSP | E-mail correspondence with opposing counsel regarding deposition dates and revising scheduling order | L330 | .20 hrs |
| 02/11/13 | EWS | Email correspondence with opposing counsel concerning scheduling of depositions. | L330 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301060

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/11/13 | EWS | Email correspondence with J.Ho concerning deposition issues. | L330 | .50 hrs |
| 02/12/13 | FSP | E-mail correspondence with opposing counsel regarding deposition dates | L330 | .10 hrs |
| 02/13/13 | FSP | E-mail correspondence with opposing counsel regarding deposition dates | L330 | .20 hrs |
| 02/13/13 | BRE | Draft letter requesting plaintiff's employment records including medical | L110 | .40 hrs |
| 02/13/13 | BRE | Draft letter requesting plaintiff's employment records including medical from Yates Services, LLC | L110 | .40 hrs |
| 02/14/13 | FSP | E-mail correspondence with opposing counsel regarding deposition dates | L330 | .20 hrs |
| 02/15/13 | FSP | Analyze e-mail correspondence with opposing counsel regarding Plaintiff's deposition | L330 | .10 hrs |
| 02/15/13 | FSP | Analyze agreed protective order permitting inspection of medical records | L250 | .10 hrs |
| 02/15/13 | FSP | Revise letter to Plaintiff's employers requesting employment records | L390 | .40 hrs |
| 02/15/13 | FSP | E-mail correspondence regarding final draft of letter to Plaintiff's employers requesting employment records | L390 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,003.60

01        Copy Charges                                              0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        3
APRIL 30, 2013

0R0808-301060

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric Smith | 1.00 hrs | 273.00 /hr | 273.00 |
| Beth Reisch | 1.50 hrs | 158.00 /hr | 237.00 |
| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |
| Frankie Spero | 2.10 hrs | 220.00 /hr | 462.00 |

TOTAL FEES                4.80 hrs                        $1,003.60

**TOTAL CHARGES FOR THIS INVOICE**                        **$1,003.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301061

INVOICE #  865839

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301061
     TC # 725468

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | HFH | Communicate with Shannon Garrison regarding depositions, telephone conversation McCurdy firm regarding depositions and indemnity | L190 | .40 hrs |
| 02/06/13 | HFH | Communicate with counsel regarding depositions | L190 | .20 hrs |
| 02/12/13 | HFH | Telephone conversation Garrison, telephone conversation Adams concerning depositions and scheduling | L190 | .70 hrs |
| 02/13/13 | HFH | Telephone conversation Shannon Garrison regarding depositions, attempt to locate Carol Hurley regarding depositions, email to counsel regarding missing witness and depositions | L190 | 1.20 hrs |
| 02/13/13 | HFH | Review various motions and notices filed by Garrison regarding depositions and motion for default and to compel | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                      $1,072.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rick Humbracht | 2.80 hrs | 383.00 /hr | 1,072.40 |
| TOTAL FEES | 2.80 hrs | | $1,072.40 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301061

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,072.40

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301071

INVOICE #    841419

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301071
     TC # 721067

PROFESSIONAL SERVICES

| 01/02/13 | JWA | Prepare client update | L120 | .20 hrs |
| 01/23/13 | JWA | Teleconference with opposing counsel regarding loan modification | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER              $141.00

BILLING SUMMARY

| James Warmoth | .50 hrs | 282.00 /hr | 141.00 |

TOTAL FEES              0.50 hrs              $141.00

**TOTAL CHARGES FOR THIS INVOICE**              **$141.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301071

INVOICE #  865840

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301071
     TC # 721067

<u>PROFESSIONAL SERVICES</u>

| 02/08/13 | JWA | Prepare client update | L120 | .10 hrs |
|----------|-----|------------------------|------|---------|
| 02/14/13 | JWA | Analysis of file for bankruptcy estate classification | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                            $84.60

<u>BILLING SUMMARY</u>

James Warmoth          .30 hrs   282.00 /hr          84.60

TOTAL FEES            0.30 hrs                      $84.60

**TOTAL CHARGES FOR THIS INVOICE**                  **$84.60**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301072

INVOICE #  841420

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301072
TC # 693636

PROFESSIONAL SERVICES

| 01/11/13 | RK | Draft correspondence to foreclosure counsel regarding the status of foreclosure | L120 | .10 hrs |
|---|---|---|---|---|
| 01/14/13 | RK | Conference with foreclosure counsel regarding status of the foreclosure | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                $144.90

BILLING SUMMARY

| Riley Key | .70 hrs | 207.00 /hr | 144.90 |
|---|---|---|---|

TOTAL FEES            0.70 hrs            $144.90

**TOTAL CHARGES FOR THIS INVOICE**            $144.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            MARCH 27, 2013
1100 Virginia Drive                                              0R0808-301076
Fort Washington, PA 19034

                                                                INVOICE #  841421

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301076
         TC # 726275

PROFESSIONAL SERVICES

01/02/13   PMS   Draft status report for client.          C300        .10 hrs


            TOTAL FEES FOR THIS MATTER                          $25.50


BILLING SUMMARY

    P. Max Smith              .10 hrs   255.00 /hr          25.50


TOTAL FEES                    0.10 hrs                     $25.50

TOTAL CHARGES FOR THIS INVOICE                             $25.50

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
OR0808-301076

INVOICE #  865841

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  OR0808-301076
     TC # 726275

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 02/02/13 | PMS | Draft status report for client. | C300 | .20 hrs |
| 03/14/13 | PMS | Email to J.Ho updating status of case and whether matter can be closed. | C300 | .20 hrs |
| 04/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |

TOTAL FEES FOR THIS MATTER                $127.50

BILLING SUMMARY

| P. Max Smith | .50 hrs | 255.00 /hr | 127.50 |
|---|---|---|---|

TOTAL FEES            0.50 hrs            $127.50

**TOTAL CHARGES FOR THIS INVOICE**            **$127.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
OR0808-301080

INVOICE #  841422

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  OR0808-301080
     TC # 723300

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/17/13 | APUC | Analyze deposition in preparation for drafting response to Defendants' Motion for Sanctions | L210 | .30 hrs |
| 01/22/13 | APUC | Review file in preparation for drafting response to Defendant's Motion for Sanctions | L210 | 1.60 hrs |
| 01/23/13 | APUC | Analyze deposition and begin draft of response to Defendant's Motion for Sanctions | L210 | 2.90 hrs |
| 01/24/13 | APUC | Draft response to Defendant's Motion for Sanctions (addressing substance of deposition testimony) | L210 | 1.30 hrs |
| 01/24/13 | MPE | Review file to determine current default counsel and email to determine if opposing conferred with them regarding most recent filing. | L110 | .30 hrs |
| 01/24/13 | MPE | Research docket to determine current status. | L110 | .20 hrs |
| 01/25/13 | APUC | Analysis of procedural requirements for motions to compel and motions for sanctions in preparation for drafting response to Defendant's Motion for Sanctions | L210 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301080

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/25/13 | APUC | Continue draft of response to Defendant's Motion for Sanctions | L210 | .80 hrs |
| 01/28/13 | APUC | Complete draft of response to Defendant's Motion for Sanctions | L210 | 1.90 hrs |
| 01/30/13 | MSW | Analyze motion for sanctions and draft correspondence thereto | L120 | 1.30 hrs |
| 01/31/13 | APUC | Begin revisions of response to Defendant's Motion for Sanctions | L210 | 2.40 hrs |
| 01/31/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $3,835.00

01/16/13 Copy Charges                                            0.00
01/22/13 Computerized Legal Research-Westlaw Westlaw             0.00
         User: PUCKETT,AMY

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Mark S. Wierman | 1.30 hrs | 304.00 /hr | 395.20 |
| Amy Puckett | 13.10 hrs | 255.00 /hr | 3,340.50 |
| Melisa P. Palmer | .50 hrs | 167.00 /hr | 83.50 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES            15.00 hrs                $3,835.00

**TOTAL CHARGES FOR THIS INVOICE**            $3,835.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    APRIL 30, 2013
1100 Virginia Drive                                                       OR0808-301080
Fort Washington, PA 19034

                                                                          INVOICE #  865842

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:   OR0808-301080
           TC # 723300

PROFESSIONAL SERVICES

02/01/13   MSW   Draft response brief to motion for          L350      2.70 hrs
                 sanctions

02/01/13   APUC  Analyze case law addressing authority of    L210      1.30 hrs
                 federal interpretations in state court
                 and complete revision of response to
                 Defendant's Motion for Sanctions

02/01/13   MCG   Revise opposition to motion for sanctions   L210       .90 hrs

02/08/13   APUC  Revise Brief in Response to Defendants'      L210       .60 hrs
                 Motion for Sanctions

02/08/13   KK    Review docket to determine if trial has     L110       .30 hrs
                 been set per Miami-Da de County
                 administrative order


                 TOTAL FEES FOR THIS MATTER                      $1,665.90

02/01/13   Computerized Legal Research-Westlaw Westlaw                     0.00
           User: PUCKETT,AMY

BILLING SUMMARY

     Michael C. Griffin          .90 hrs    348.00 /hr        313.20
     Mark S. Wierman            2.70 hrs    304.00 /hr        820.80
     Amy Puckett                1.90 hrs    255.00 /hr        484.50
     Kerry Keane                 .30 hrs    158.00 /hr         47.40


TOTAL FEES                      5.80 hrs                  $1,665.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301080

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $1,665.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0R0808-301093
Fort Washington, PA 19034

                                                    INVOICE #  841423

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301093
         TC # 725404

PROFESSIONAL SERVICES

01/13/13  CWH  Follow-up with client on regulatory      L110      .10 hrs
               questions


               TOTAL FEES FOR THIS MATTER                       $36.10


BILLING SUMMARY

    Christian W. Hancock        .10 hrs   361.00 /hr        36.10


TOTAL FEES                   0.10 hrs                    $36.10

**TOTAL CHARGES FOR THIS INVOICE**                      **$36.10**


          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                      APRIL 30, 2013
1100 Virginia Drive                                                         0R0808-301093
Fort Washington, PA 19034

INVOICE #  865843

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0R0808-301093
      TC # 725404

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | | |
|------|-----|-------------|------|--------|
| 03/27/13 | MPE | Review of file to determine if the investigation is ongoing. | L110 | .10 hrs |
| 04/01/13 | CWH | Draft summary of BABC's handling to date for K.Priore and L.Delehey and request permission to close file | L110 | .20 hrs |
| 04/01/13 | MPE | Draft and finalize closing file memorandum. | L110 | .40 hrs |
| 04/03/13 | CWH | Confirm status of issues and file closing with K.Priore | L110 | .10 hrs |

      TOTAL FEES FOR THIS MATTER                                  $191.80

<u>BILLING SUMMARY</u>

| Name | hrs | rate | amount |
|------|-----|------|--------|
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Melisa P. Palmer | .50 hrs | 167.00 /hr | 83.50 |

TOTAL FEES                    0.80 hrs                $191.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$191.80**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0808-301102
Fort Washington, PA 19034

                                                           INVOICE #  841424

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301102
         TC # 726605

PROFESSIONAL SERVICES

| 01/07/13 | EAF | Telephone conference with J.Scoliard and others regarding strategy for filing in adversary proceeding instituted by Matthews in Bankruptcy Court | L240 | 1.00 hrs |
|---|---|---|---|---|
| 01/07/13 | SAP | Prepare for and participate in telephone conference re opposing adversary proceeding | L120 | .50 hrs |
| 01/10/13 | SAP | Review and analyze adversary complaint in preparation for drafting motion to dismiss | B190 | .30 hrs |
| 01/11/13 | EAF | Review email relaying email from opposing counsel regarding motion for summary judgment | L240 | .20 hrs |
| 01/14/13 | EAF | Review issues relating to Mortgage Fraud statute and claim and arguments in support of motion to dismiss | L120 | .80 hrs |
| 01/14/13 | SAP | Review and analyze adversary complaint in preparation for drafting Motion to Dismiss in conjunction with review and analysis of draft Motion to Dismiss | L240 | 1.10 hrs |
| 01/14/13 | SAP | Legal research re recent Maryland state and federal court decisions interpreting the Consumer Protection Act, the Consumer Debt Collection Act and the Mortgage Fraud Protection Act | L240 | 1.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301102

FED ID NO. 63-0243316

| 01/14/13 | SAP | Draft Motion to Dismiss | L240 | 2.40 hrs |
|---|---|---|---|---|
| 01/15/13 | SAP | Assemble and review all exhibits to Motion to Dismiss | L240 | .50 hrs |
| 01/15/13 | SAP | Continue drafting comprehensive Motion to Dismiss, including supporting Declaration, and circulate to client and other outside counsel | L240 | 5.50 hrs |
| 01/15/13 | EAF | Review and revise motion to dismiss | L240 | .40 hrs |
| 01/15/13 | EAF | Review cases regarding claims under the Maryland Mortgage Fraud Act | L240 | .60 hrs |
| 01/16/13 | SAP | Additional revisions to Motion to Dismiss | L240 | .50 hrs |
| 01/17/13 | SAP | Additional revisions to Motion to Dismiss and communicate with client and bankruptcy counsel re same | L240 | 1.80 hrs |
| 01/17/13 | EHI | Review brief references regarding preclusive effect | B110 | .50 hrs |
| 01/17/13 | EAF | Continues review of and revisions to motion to dismiss | L240 | .80 hrs |
| 01/18/13 | SAP | Final revisions to Motion to Dismiss | L240 | .50 hrs |
| 01/18/13 | SAP | Analyze Matthews' Motion For Summary Judgment filed in the Adversary Proceeding | L240 | .50 hrs |
| 01/28/13 | EAF | Email to E.Richards regarding summary judgment motion and issues relating thereto | L240 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE        3
MARCH 27, 2013

0R0808-301102

FED ID NO. 63-0243316

ResCap

---

TOTAL FEES FOR THIS MATTER                $6,847.70

| 01/15/13 Copy Charges | 0.00 |
|---|---|
| 01/15/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |

BILLING SUMMARY

| Eric A. Frechtel | 4.00 hrs | 358.00 /hr | 1,432.00 |
|---|---|---|---|
| Emil Hirsch | .50 hrs | 458.00 /hr | 229.00 |
| Steven A. Pozefsky | 15.30 hrs | 339.00 /hr | 5,186.70 |

TOTAL FEES              19.80 hrs              $6,847.70

**TOTAL CHARGES FOR THIS INVOICE**              $6,847.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
OR0808-301102

INVOICE #  865844

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  OR0808-301102
     TC # 726605

PROFESSIONAL SERVICES

| 02/05/13 | EAF | Review opposition to motion to dismiss filed by Matthews in bankruptcy court | L240 | .20 hrs |
| 02/05/13 | EAF | Telephone conference with M.Cantrell regarding recent filings in state court case | L120 | .20 hrs |
| 02/05/13 | AHC | Draft status report | L190 | .10 hrs |
| 02/05/13 | SAP | Analyze Plaintiff's objection and opposition to Defendant's Motion to dismiss and request to extend the period of time for Plaintiff to respond to the motion | L240 | .50 hrs |
| 02/13/13 | EAF | Emails regarding conference call to discuss motion for summary judgment in bankruptcy case | L120 | .20 hrs |
| 02/15/13 | EAF | Telephone conference with bankruptcy counsel regarding summary judgment motion and preparation of opposition thereto | L240 | .40 hrs |
| 02/15/13 | EAF | Email with counsel for J.Stephan regarding plaintiff's motion for entry of default as to USAA | C400 | .20 hrs |
| 02/15/13 | EAF | Email to client regarding USAA | L120 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301102

FED ID NO. 63-0243316

| 02/15/13 | EAF | Review motion for summary judgment and issues relating thereto in preparation for conference call and opposition | L240 | 2.40 hrs |
|---|---|---|---|---|
| 02/15/13 | EAF | Review issues and law regarding offensive nonmutual collateral estoppel doctrine | L240 | 1.30 hrs |
| 02/15/13 | SAP | Telephone conference re strategy in bankruptcy case in opposing Matthews' Motion for Summary Judgment | L240 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $2,110.90

BILLING SUMMARY

| Eric A. Frechtel | 5.00 hrs | 358.00 /hr | 1,790.00 |
|---|---|---|---|
| Alecia H. Cockrell | .10 hrs | 158.00 /hr | 15.80 |
| Steven A. Pozefsky | .90 hrs | 339.00 /hr | 305.10 |

TOTAL FEES                    6.00 hrs                    $2,110.90

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,110.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                           0R0808-301125
Fort Washington, PA 19034

INVOICE #  865845

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301125
     TC # 693399

PROFESSIONAL SERVICES

04/07/13  CWH   Follow-up on status of equitable lien     L210      .20 hrs
                dispute and analyze ways to get case
                moving

          TOTAL FEES FOR THIS MATTER                                $72.20

BILLING SUMMARY

    Christian W. Hancock      .20 hrs   361.00 /hr         72.20

TOTAL FEES                    0.20 hrs                     $72.20

**TOTAL CHARGES FOR THIS INVOICE**                        **$72.20**

================

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0808-301126
Fort Washington, PA 19034

                                                               INVOICE #  841426

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301126
         TC # 727040

    PROFESSIONAL SERVICES

    01/04/13   CSM   Review case docket for purposes of        L190      .10 hrs
                     reviewing post-bankruptcy case activity

    01/04/13   CSM   Emails with client regarding matter       C400      .10 hrs
                     status

    01/15/13   CSM   Emails with client regarding basis for    L190      .20 hrs
                     suit against GMAC by owner of property
                     adjoining that subject to mortgage lien


                     TOTAL FEES FOR THIS MATTER                      $120.00


    BILLING SUMMARY

        Cory S. Menees          .40 hrs   300.00 /hr      120.00


    TOTAL FEES                0.40 hrs              $120.00

    **TOTAL CHARGES FOR THIS INVOICE**            $120.00

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301126

INVOICE #  865846

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301126
     TC # 727040

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
| 02/15/13 | MPE | Research dockets from direct suit and related foreclosure case to determine status and assist with estate determination. | L110 | .30 hrs |
| 02/15/13 | MPE | Research public records to determine status of Order to Vacate the underlying foreclosure and assist with determining status of estate case. | L110 | .20 hrs |
| 04/09/13 | MPE | Draft Notice of bankruptcy and supplemental servicing order. | L210 | .40 hrs |
| 04/10/13 | CSM | Revise amended notice of bankruptcy to be filed in action | L250 | .10 hrs |
| 04/12/13 | HTC | Review draft motion to continue and to withdraw remediation request and analyze answer to same | L250 | .10 hrs |
| 04/24/13 | CWH | Exchange e-mails with L.Delehey about moving suit from Estate or Ocwen | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $315.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301126

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |
| Cory S. Menees | .10 hrs | 295.00 /hr | 29.50 |
| Melisa P. Palmer | .90 hrs | 167.00 /hr | 150.30 |

TOTAL FEES                    1.40 hrs                         $315.40

**TOTAL CHARGES FOR THIS INVOICE**                         **$315.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0808-301130

INVOICE #   840972

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0R0808-301130
     TC # 727191

EXPENSES

01/09/13 Court Reporter Charges - U. S. LEGAL SUPPORT KA          897.00
         FISCHER DEPOSITION 11/28/12
         Bank ID: GENR Check Number: 104887

            TOTAL COSTS FOR THIS MATTER                       $897.00


TOTAL FEES                    0.00 hrs                     $.00

TOTAL EXPENSES                                          $897.00

**TOTAL CHARGES FOR THIS INVOICE**                      $897.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0808-301130
Fort Washington, PA 19034

                                                           INVOICE #   841427

                                                           FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301130
         TC # 727191

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | KSA | Review settlement agreement signed by plaintiff and send to V.Fischer for signature | L160 | .40 hrs |
| 01/02/13 | MWK | Review of correspondence and executed settlement documents from R.Rydstrom, counsel for Plaintiff | L160 | .10 hrs |
| 01/03/13 | MWK | Review Request for Dismissal by Plaintiff regarding claims against Defendant Foremost Insurance Company | L210 | .10 hrs |
| 01/04/13 | KSA | Telephone discussion with plaintiff V.Fischer regarding settlement agreement | L160 | .30 hrs |
| 01/07/13 | KSA | Review final settlement and create redline version and send to J.Hoy for GMAC | L160 | .30 hrs |
| 01/07/13 | MWK | Draft correspondence to R.Rydstrom, counsel for Plaintiff, forwarding executed settlement documents from V.Fischer and request to contact court to remove upcoming hearing from docket | C400 | .30 hrs |
| 01/11/13 | MWK | Review correspondence, Stipulation and proposed Order from M.Frausto, counsel for Defendant Foremost Insurance, seeking to have settlement with Plaintiff determined to be in good faith pursuant to California statute to prevent actions for comparative indemnity | L210 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/11/13 | MWK | Draft correspondence to R.Rydstrom, counsel for Plaintiff, forwarding fully executed settlement agreement | L210 | .10 hrs |
| 01/24/13 | MWK | Exchange of multiple email correspondence with R.Rydstrom, counsel for Plaintiff, regarding status of settlement funds | C400 | .20 hrs |
| 01/28/13 | MWK | Exchange of email correspondence with R.Rydstrom, counsel for Fischer, regarding file stamped dismissal, status of settlement funds and arranging turnover of property | C400 | .20 hrs |
| 01/29/13 | KSA | Email communications with Fischer's counsel and J.Hoy regarding settlement check and property inspection to finalize matter | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                $812.80

01/02/13 Copy Charges                                    0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael W. Knapp | 1.20 hrs | 387.00 /hr | 464.40 |
| Keith S. Anderson | 1.30 hrs | 268.00 /hr | 348.40 |

TOTAL FEES                2.50 hrs              $812.80



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0808-301130

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $812.80

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                APRIL 30, 2013
1100 Virginia Drive                                   0R0808-301130
Fort Washington, PA 19034

                                                      INVOICE #  865847

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301130
         TC # 727191

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | KSA | Email communications with J.Hay and Fischer's counsel re: finalizing settlement | L120 | .30 hrs |
| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/04/13 | KSA | Telephone and email discussions with J.Hoy and Fisher's counsel regarding vacating property and finalizing settlement | L160 | .40 hrs |
| 02/06/13 | KSA | Telephone and email communications with J.Hoy and plaintiff's counsel regarding property and removal of items | L120 | .20 hrs |
| 02/11/13 | KSA | Email and telephone communications with J.Hoy regarding finalizing settlement and securing property | L160 | .20 hrs |
| 02/13/13 | KSA | Telephone discussion with V.Fischer's attorney regarding property at residence | L110 | .20 hrs |
| 02/14/13 | MST | Review of dismissal documents, prepare for closing and draft closing memo for attorney review | L110 | .40 hrs |

                    TOTAL FEES FOR THIS MATTER            $438.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301130

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 158.00 /hr | 63.20 |
| Keith S. Anderson | 1.40 hrs | 268.00 /hr | 375.20 |

TOTAL FEES              1.80 hrs                      $438.40

**TOTAL CHARGES FOR THIS INVOICE**              **$438.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301133

INVOICE #  841428

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301133
     TC # 727215

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/04/13 | KK | Emails with client regarding status of case | L110 | .20 hrs |
| 01/04/13 | KK | Finalize letter to title company regarding amending legal description of property in matter | L110 | .20 hrs |
| 01/04/13 | JJE | Draft letter to title insurer regarding agreement with proposed course of action to correct deed | C300 | .20 hrs |
| 01/07/13 | KK | Review appraisal of property | L110 | .20 hrs |
| 01/15/13 | KK | Telephone call to title company to confirm receipt of letter and status of amending legal description in effort to move matter forward | L110 | .20 hrs |
| 01/29/13 | KK | Telephone calls to title company to follow up and confirm receipt of letter regarding amendment of legal description in case | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $231.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | .20 hrs | 290.00 /hr | 58.00 |
| Kerry Keane | 1.10 hrs | 158.00 /hr | 173.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301133

FED ID NO. 63-0243316

TOTAL FEES                    1.30 hrs                    $231.80

**TOTAL CHARGES FOR THIS INVOICE**                       $231.80

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                0R0808-301133
Fort Washington, PA 19034

                                                   INVOICE #  865848

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  0R0808-301133
        TC # 727215

PROFESSIONAL SERVICES

02/15/13  KK   Analyze case status              L110      .20 hrs


       TOTAL FEES FOR THIS MATTER                    $31.60


BILLING SUMMARY

   Kerry Keane              .20 hrs   158.00 /hr      31.60


TOTAL FEES               0.20 hrs              $31.60

TOTAL CHARGES FOR THIS INVOICE                $31.60

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0R0808-301135
Fort Washington, PA 19034

                                                            INVOICE #  841429

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301135
         TC # 727310

PROFESSIONAL SERVICES

01/04/13   AHC   Review docket and draft status report      L190      .30 hrs

01/15/13   JJE   Analyze email from client regarding        L510      .20 hrs
                 status of trial loan mod and need to
                 finalize paperwork for permanent loan
                 modification

01/17/13   JJE   Analyze documentation pertaining to        L190      .80 hrs
                 permanent loan modification agreement to
                 assist in the revision and drafting of
                 the corresponding settlement agreement

01/18/13   JJE   Call from and to borrower's counsel        L510      .30 hrs
                 Harry Ross to discuss status of
                 permanent loan modification and to
                 assess willingness of GMAC to consider a
                 short payoff of the loan

01/18/13   JJE   Call to client advising regarding          L510      .20 hrs
                 discussion with Borrower and Borrowers'
                 counsel regarding status of permanent
                 loan modification and to assess
                 willingness of GMAC to consider a short
                 payoff of the loan

01/23/13   MJA   Revise settlement agreement                L160     1.30 hrs

01/23/13   JJE   Revise settlement agreement and exhibits   L190     2.90 hrs
                 to same releasing and vacating
                 underlying lawsuit, foreclosure action
                 and foreclosure judgment



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301135

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/23/13 | AHC | Draft Stipulation of Dismissal of Foreclosure Action | L210 | .80 hrs |
| 01/23/13 | AHC | Draft Stipulation of Dismissal of Appeal | L210 | .40 hrs |
| 01/24/13 | JJE | Analyze email from client attaching most recent payoff to be used in support of anticipated short payoff request | L510 | .20 hrs |
| 01/25/13 | JJE | Emails from and to opposing counsel regarding status of loan modification documents and inquiring with regard to status of short payoff offer | L510 | .20 hrs |
| 01/25/13 | JJE | Email to client regarding review and approval of settlement agreement and dismissal notices | L510 | .10 hrs |
| 01/25/13 | JJE | Revise Litigation settlement proposal per client request in anticipation of entering permanent loan modification agreement | L510 | .40 hrs |
| 01/25/13 | AHC | Draft Settlement Proposal for attorney review | L160 | .80 hrs |
| 01/27/13 | MJA | Research on status of Hardy settlement | L120 | .10 hrs |
| 01/28/13 | MJA | Research on Hardy appeal and settlement status | L160 | .30 hrs |
| 01/28/13 | JJE | Call from Harry Ross regarding status of loan modification and request for verification from GMAC that a 4th trial payment installment will not be required while loan modification paperwork is pending | L510 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0808-301135

FED ID NO. 63-0243316

| 01/29/13 | JJE | Calls and emails from and to client regarding approval and review of settlement agreement and associated stipulations of dismissal | L510 | .40 hrs |
| 01/29/13 | JJE | Call from and emails from and to Amy Shield (appellate counsel for the borrower) regarding status of appeal and request to file motion for 30-day extension pending resolution of all claims | L510 | .30 hrs |
| 01/29/13 | JJE | Emails to and from and call to Harry Ross (borrowers' counsel) regarding status of permanent loan modification paperwork and receipt of possible short payoff offer | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,816.30

01/15/13 Copy Charges                                              0.00
01/23/13 Copy Charges                                              0.00
01/29/13 Copy Charges                                              0.00

BILLING SUMMARY

| Marc J. Ayers | 1.70 hrs | 317.00 /hr | 538.90 |
| Alecia H. Cockrell | 2.30 hrs | 158.00 /hr | 363.40 |
| Joycelyn J. Eason | 6.60 hrs | 290.00 /hr | 1,914.00 |

TOTAL FEES           10.60 hrs                    $2,816.30



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0R0808-301135

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $2,816.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0R0808-301135
Fort Washington, PA 19034

                                                    INVOICE #  865849

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301135
     TC # 727310

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 02/05/13 | JJE | Emails to and from client and opposing counsel regarding breakdown of new principal balance and challenges to same by opposing counsel | L120 | .20 hrs |
| 02/05/13 | JJE | Analyze settlement agreement terms with regard to waiver of paid and unpaid fees and costs | L160 | 1.10 hrs |
| 02/05/13 | JJE | Calls to and from Harry Ross regarding concerns with the breakdown of the new principal and needed support of claims regarding same | L160 | .40 hrs |
| 02/05/13 | AHC | Review docket, confirm representation information and draft status report | L190 | .40 hrs |
| 02/07/13 | JJE | Emails from and to opposing counsel attaching insurance payment information in support of claims regarding double coverage and requesting further extension of time to execute loan modification agreement pending resolution of outstanding financial information issues as it relates to the agreement | L190 | .30 hrs |
| 02/07/13 | JJE | Email to client attaching insurance payment information and ascertaining whether client is in agreement to a further extension of time to execute loan modification agreement and | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301135

FED ID NO. 63-0243316

supporting documentation

| 02/08/13 | JJE | Emails from and to opposing counsel regarding inquiries about the breakdown of the new unpaid principal, and requests for an extension of time for the February payment | L190 | .20 hrs |
|---|---|---|---|---|
| 02/08/13 | JJE | Calls and emails with client regarding responses to requests regarding home owners insurance overlapping coverage, waiver of fees and costs, and possible extension of time to make the February payment and execute the loan modification agreement | L190 | .90 hrs |
| 02/12/13 | JJE | Emails with opposing counsel and client regarding additional information needed regarding waiver of fees, waiver of interest, and possible adjustments to the loan modification agreement based on payment of insurance by borrowers | L510 | .70 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .10 hrs |
| 02/15/13 | AHC | Draft timeline for attorney review including analysis of call notes to clarify loan modifications offered, applied for and/or completed | L190 | 2.00 hrs |
| 02/15/13 | JJE | Emails with opposing counsel and client regarding outstanding requests regarding loan modification agreement terms, notifying client regarding receipt of escrow payments on behalf of borrowers and to determine whether client is willing to waive any interest based on | L190 | .60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0808-301135

FED ID NO. 63-0243316

---

defenses as asserted by the borrowers

02/15/13  MJA   Research various settlement issues          L160      .30 hrs
                concerning payment of interest


              TOTAL FEES FOR THIS MATTER                    $1,883.00


BILLING SUMMARY

    Marc J. Ayers            .30 hrs   317.00 /hr        95.10
    Alecia H. Cockrell      2.40 hrs   158.00 /hr       379.20
    Joycelyn J. Eason       4.80 hrs   290.00 /hr     1,392.00
    Melisa P. Palmer         .10 hrs   167.00 /hr        16.70


TOTAL FEES               7.60 hrs                  $1,883.00

**TOTAL CHARGES FOR THIS INVOICE**                 $1,883.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301143
Fort Washington, PA 19034

                                                              INVOICE #  865850

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0R0808-301143
          TC # 727477

PROFESSIONAL SERVICES

02/17/13   MPE   Review case to confirm assignment to the    L110     .10 hrs
                 estate.

03/28/13   JDR   Draft response to motion to lift stay       L250     .70 hrs
                 pending outcome of parallel Sixth
                 Circuit proceedings and supplemental
                 notice of bankruptcy and effect of
                 automatic stay.

03/28/13   JDR   Review motion by Plaintiffs to lift stay    L250     .20 hrs
                 of proceedings.

04/03/13   JDR   Review revised stipulation filed by         L250     .10 hrs
                 other defendants, which specifically
                 acknowledges GMAC bankruptcy.

04/03/13   JDR   Draft responsive e-mail to A.Myers          L250     .10 hrs
                 regarding draft revised stipulation
                 adding acknowledgement of automatic stay
                 as to GMAC.

04/03/13   JDR   Review stipulation as to briefing           L250     .10 hrs
                 schedule.

04/03/13   JDR   E-mail to J.Younaskas regarding             L250     .10 hrs
                 stipulated briefing schedule and fact
                 that GMAC bankruptcy stay was not
                 mentioned.



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301143

FED ID NO. 63-0243316

| 04/03/13 | JDR | Review e-mail from A.Myers regarding draft revised stipulation adding acknowledgement of automatic stay as to GMAC. | L250 | .10 hrs |
|---|---|---|---|---|
| 04/03/13 | JDR | Telephone call with conference with A.Myers regarding need to revise stipulation of dismissal to reflect GMAC automatic stay. | L250 | .20 hrs |
| 04/09/13 | JDR | Draft e-mail to L.Delehhy regarding status of case, including by reference to previous filings | L190 | .40 hrs |
| 04/09/13 | JDR | Revise response to motion to lift general stay as supplemental notice of bankruptcy given the Court's entry of an order lifting the general stay (but not the bankruptcy stay). | L250 | .30 hrs |
| 04/09/13 | CWH | Review updated notice of bankruptcy, now that Christian County case is over and plaintiff is trying to re-open the case | L120 | .10 hrs |
| 04/10/13 | JDR | Review e-mail correspondence from L.Delehy with request to revise draft supplemental bankruptcy notice. | L250 | .10 hrs |
| 04/10/13 | JDR | Draft response to e-mail from L.Delehy (upon review of relevant previous bankruptcy notices) regarding content of proposed revisions to supplemental notice. | L250 | .20 hrs |
| 04/10/13 | JDR | Review correspondence from L.Delehy regarding supplemental suggestion of bankruptcy and identity of the parties. | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0808-301143

FED ID NO. 63-0243316

| 04/10/13 | JDR | Draft responsive e-mail to L.Delehey regarding previous notice of bankruptcy. | L190 | .10 hrs |
|---|---|---|---|---|
| 04/17/13 | JDR | Review Order setting deadlines for briefing on Defendants' motion to dismiss. | L240 | .10 hrs |
| 04/30/13 | JDR | Revise notice of bankruptcy given fact that case is now unstayed. | L250 | .60 hrs |
| 04/30/13 | JDR | Draft motion to withdraw as counsel for misnamed entity. | L250 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $1,238.40

EXPENSES

| 02/26/13 | Copy Charges | 0.00 |
|---|---|---|
| 04/30/13 | Court Costs - Pleadings - BRADLEY ARANT BOULT CUMMINGS LLP COURTCALL 4-22-13 Bank ID: PCARD Check Number: P139 | 30.00 |

TOTAL COSTS FOR THIS MATTER                    $30.00

BILLING SUMMARY

| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
|---|---|---|---|
| Jonathan Rose | 3.90 hrs | 304.00 /hr | 1,185.60 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES            4.10 hrs            $1,238.40

TOTAL EXPENSES                            $30.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0R0808-301143

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                 $1,268.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                                          MARCH 27, 2013
1100 Virginia Drive                                                                    0R0808-301144
Fort Washington, PA 19034

INVOICE #  841430

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301144
     TC # 728084

PROFESSIONAL SERVICES

| 01/02/13 | CSM | Draft case status report | B110 | .10 hrs |
|---|---|---|---|---|
| 01/04/13 | CSM | Revise subrogation agreement to be executed in relation to resolution of title claim | L160 | .10 hrs |
| 01/04/13 | CSM | Emails with client and title insurer regarding revisions to subrogation agreement to be executed in relation to resolution of title claim | C400 | .20 hrs |
| 01/15/13 | CSM | Emails with client regarding execution of subrogation agreement in relation to settlement of title claim | L190 | .40 hrs |
| 01/17/13 | CSM | Additional emails with client and title insurer regarding execution of subrogation agreement and final resolution of title claim | L190 | .30 hrs |
| 01/22/13 | CSM | Telephone conference and emails with client regarding details of case settlement | P280 | .50 hrs |

                    TOTAL FEES FOR THIS MATTER                          $480.00

BILLING SUMMARY

   Cory S. Menees            1.60 hrs   300.00 /hr       480.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
MARCH 27, 2013

0R0808-301144

FED ID NO. 63-0243316

TOTAL FEES                    1.60 hrs                    $480.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$480.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301144

INVOICE #  865851

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301144
     TC # 728084

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CSM | Emails with client and title insurer regarding final resolution of claim | P280 | .20 hrs |
| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/14/13 | CSM | Draft closing memorandum | L190 | .20 hrs |
| 02/14/13 | CSM | Emails with counsel for title insurer regarding final disposition of claim | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $176.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .10 hrs | 268.00 /hr | 26.80 |
| Cory S. Menees | .50 hrs | 300.00 /hr | 150.00 |

TOTAL FEES            0.60 hrs                    $176.80

**TOTAL CHARGES FOR THIS INVOICE**              **$176.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301149
Fort Washington, PA 19034

                                                          INVOICE #  841431

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0808-301149
          TC # 728488

     PROFESSIONAL SERVICES

01/17/13  MST   Review of notice of non-suit and revise     L210      .60 hrs
                closing memo and forward to client


            TOTAL FEES FOR THIS MATTER                                $94.80


BILLING SUMMARY

     Melanie Thompson         .60 hrs   158.00 /hr          94.80


TOTAL FEES                    0.60 hrs                      $94.80

TOTAL CHARGES FOR THIS INVOICE                             $94.80

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301149
Fort Washington, PA 19034

                                                              INVOICE #  865852

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301149
         TC # 728488

PROFESSIONAL SERVICES

02/14/13   MST   Review dismissal documents and draft      L110      .40 hrs
                 closing memo


                 TOTAL FEES FOR THIS MATTER                        $63.20


BILLING SUMMARY

    Melanie Thompson          .40 hrs   158.00 /hr        63.20


TOTAL FEES                    0.40 hrs                   $63.20

**TOTAL CHARGES FOR THIS INVOICE**                      **$63.20**
                                        ═══════════════════

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                  MARCH 27, 2013
1100 Virginia Drive                                                     0R0808-301151
Fort Washington, PA 19034

                                                                        INVOICE #  841432

                                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301151
         TC # 728484

PROFESSIONAL SERVICES

01/02/13   NSR   Draft status report for client          L120      .10 hrs

01/25/13   NSR   Respond to client e-mail regarding loss  L120      .10 hrs
                 mitigation and case status

01/31/13   KK    Research docket to determine status of   L110      .10 hrs
                 case

01/31/13   NSR   Exchange e-mails with default counsel    L210      .10 hrs
                 regarding motion to amend complaint

           TOTAL FEES FOR THIS MATTER                      $100.40

BILLING SUMMARY

    Nader Raja            .30 hrs   282.00 /hr       84.60
    Kerry Keane           .10 hrs   158.00 /hr       15.80

TOTAL FEES                0.40 hrs                $100.40

**TOTAL CHARGES FOR THIS INVOICE**               **$100.40**
                                                 ===========

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            OR0808-301151
Fort Washington, PA 19034

                                                              INVOICE #  865853

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  OR0808-301151
          TC # 728484

PROFESSIONAL SERVICES

| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
|----------|-----|--------------------------------|------|---------|
| 02/01/13 | KK  | Review cross notice of hearing on motion for leave to amend in case | L110 | .20 hrs |
| 02/05/13 | KK  | Confirm details and status of upcoming motion to dismiss hearing in case | L110 | .20 hrs |
| 02/06/13 | NSR | Exchange e-mails with default counsel regarding motions to amend and dismiss counterclaims | L240 | .10 hrs |
| 02/08/13 | KK  | Review docket to determine if trial has been set per Miami-Dade County administrative order | L110 | .20 hrs |
| 02/12/13 | KK  | Research docket to determine status of case and confirm if trial was automatically set by county | L110 | .10 hrs |
| 02/13/13 | KK  | Review judicial procedures and rules to determine whether judge will allow telephonic hearing on February 25, 2013 | L110 | .20 hrs |

          TOTAL FEES FOR THIS MATTER                          $198.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301151

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .20 hrs | 282.00 /hr | 56.40 |
| Kerry Keane | .90 hrs | 158.00 /hr | 142.20 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.10 hrs | | $198.60 |

**TOTAL CHARGES FOR THIS INVOICE**          **$198.60**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301152

INVOICE #  841433

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301152
TC # 728498

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
| 01/04/13 | MST | Analyze notification of certified mail delivery to opposing counsel and update pleadings file regarding same | L110 | .20 hrs |
| 01/31/13 | KSA | Review docket and dismissal order and draft closing memo | L120 | .30 hrs |
| 01/31/13 | MST | Prepare file for closing, draft closing memo and forward to client | L110 | .90 hrs |

TOTAL FEES FOR THIS MATTER                         $281.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.10 hrs | 158.00 /hr | 173.80 |
| Keith S. Anderson | .40 hrs | 268.00 /hr | 107.20 |

| | | |
|---|---|---|
| TOTAL FEES | 1.50 hrs | $281.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $281.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301152

INVOICE #  865854

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301152
     TC # 728498

PROFESSIONAL SERVICES

02/01/13  KSA  Enter status report                    L120      .10 hrs


        TOTAL FEES FOR THIS MATTER                     $26.80


BILLING SUMMARY

    Keith S. Anderson        .10 hrs   268.00 /hr      26.80


TOTAL FEES                 0.10 hrs              $26.80

**TOTAL CHARGES FOR THIS INVOICE**              **$26.80**
                                      ================

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 26, 2013
1100 Virginia Drive                                      0R0808-301158
Fort Washington, PA 19034

                                                         INVOICE #  840973

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

    Re:  0R0808-301158
         TC # 728768

    <u>EXPENSES</u>

01/16/13  Filing Fees - THE FLORIDA BAR AC APPEARANCE FEE           250.00
          PRO HAC VICE
          Bank ID: GENR Check Number: 105243
01/28/13  Filing Fees - CLERK OF THE SECOND DISTRICT                100.00
          COURT OF APPEALS ACHASTAIN PRO HAC VICE FEE
          Bank ID: GENR Check Number: 105768

              TOTAL COSTS FOR THIS MATTER                         $350.00


TOTAL FEES                    0.00 hrs                   $.00

TOTAL EXPENSES                                        $350.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$350.00**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301158

INVOICE #  841434

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301158
     TC # 728768

PROFESSIONAL SERVICES

| 01/04/13 | AHC | Review docket and draft status report for attorney review | L190 | .30 hrs |
|---|---|---|---|---|
| 01/07/13 | AC | Review case history and procedural stance and research case law on issues likely to arise at oral argument | L530 | 3.20 hrs |
| 01/07/13 | MJA | Research concerning oral argument strategy | L530 | .50 hrs |
| 01/08/13 | AC | Outline major issues and research requirements for oral argument and research Florida law regarding pleading requirements for default judgment | L520 | 2.40 hrs |
| 01/10/13 | AC | Draft outline of oral argument presentation | L530 | 1.70 hrs |
| 01/11/13 | AC | Research cases involving actions on promissory note and default judgments | L530 | 1.00 hrs |
| 01/11/13 | MJA | Continued research for oral argument | L530 | .30 hrs |
| 01/16/13 | AHC | Final review and revisions to Motion for Admission and correspondence to opposing counsel regarding same | L510 | .40 hrs |
| 01/25/13 | ERP | Assemble notebook and retrieve 9 cases cited in brief for attorney in preparation of oral argument | L120 | 1.30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                        MARCH 27, 2013

0R0808-301158

FED ID NO. 63-0243316

01/28/13   AHC   Correspondence to clerk of appellate     L190     .10 hrs
                 court regarding appearance fee

          TOTAL FEES FOR THIS MATTER                        $2,384.70


BILLING SUMMARY

   Marc J. Ayers            .80 hrs    317.00 /hr        253.60
   Alecia H. Cockrell       .80 hrs    158.00 /hr        126.40
   Emily R. Powell         1.30 hrs    163.00 /hr        211.90
   Aaron Chastain          8.30 hrs    216.00 /hr      1,792.80


TOTAL FEES              11.20 hrs                     $2,384.70

**TOTAL CHARGES FOR THIS INVOICE**                   **$2,384.70**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            OR0808-301158
Fort Washington, PA 19034

                                                              INVOICE #  865855

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  OR0808-301158
          TC # 728768

PROFESSIONAL SERVICES

02/05/13   AHC   Review docket, confirm representation        L190      .40 hrs
                 information, draft status report for
                 attorney review and catalog information
                 on comprehensive tracking chart

02/09/13   AC    Review outline in preparation for oral       L530      .30 hrs
                 argument

02/13/13   AC    Draft outline for oral argument and          L530     1.50 hrs
                 research Florida law regarding standing
                 issue

02/15/13   AC    Confer with J.Vega to discuss oral           L530     2.80 hrs
                 argument strategy and issues and revise
                 draft argument

02/15/13   JDV   Analysis of Initial Brief, Brief of          L530     1.60 hrs
                 Appellee, and Reply Brief and
                 preparation of oral argument


           TOTAL FEES FOR THIS MATTER                        $1,479.20


EXPENSES

02/08/13  Airline Tickets - AARON CHASTAIN TRAVEL TO                    183.80
          LAKELAND, FL FOR ARGUMENT 1/11/13
          Bank ID: GENR Check Number: 106445
02/08/13  Travel Expense - AARON CHASTAIN TRAVEL TO                     132.33
          LAKELAND, FL FOR ARGUMENT 1/11/13 HOTEL
          Bank ID: GENR Check Number: 106445



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE        2
APRIL 30, 2013

ResCap

0R0808-301158

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER                           $316.13

BILLING SUMMARY

Alecia H. Cockrell          .40 hrs    158.00 /hr         63.20
Jose D. Vega               1.60 hrs    264.00 /hr        422.40
Aaron Chastain             4.60 hrs    216.00 /hr        993.60

TOTAL FEES                  6.60 hrs                  $1,479.20

TOTAL EXPENSES                                          $316.13

**TOTAL CHARGES FOR THIS INVOICE**                   **$1,795.33**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0808-301164
Fort Washington, PA 19034

                                                         INVOICE #   841435

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301164
         TC # 728982

PROFESSIONAL SERVICES

01/02/13   AHC   Review docket and draft status report      L190      .30 hrs
                 for attorney review

01/22/13   MAC   Correspondence with client to inform       L520      .10 hrs
                 that borrower's motion for rehearing was
                 denied


           TOTAL FEES FOR THIS MATTER                                $67.20


BILLING SUMMARY

    Alecia H. Cockrell          .30 hrs    158.00 /hr       47.40
    Mary Ann Couch              .10 hrs    198.00 /hr       19.80


TOTAL FEES               0.40 hrs                          $67.20

**TOTAL CHARGES FOR THIS INVOICE**                        **$67.20**

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              APRIL 30, 2013
1100 Virginia Drive                                                0R0808-301164
Fort Washington, PA 19034

                                                                   INVOICE #   865856

                                                                   FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:   0R0808-301164
          TC # 728982

PROFESSIONAL SERVICES

02/05/13   AHC   Review docket to determine status of        L190      .40 hrs
                 Mandate and to confirm representation
                 information, draft status report and
                 memorandum regarding final disposition,
                 and correspondence to client regarding
                 same


                 TOTAL FEES FOR THIS MATTER                          $63.20


BILLING SUMMARY

     Alecia H. Cockrell          .40 hrs   158.00 /hr       63.20


TOTAL FEES                    0.40 hrs                    $63.20

**TOTAL CHARGES FOR THIS INVOICE**                       **$63.20**

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301168
Fort Washington, PA 19034

                                                          INVOICE #   841436

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301168
         TC # 729277

PROFESSIONAL SERVICES

01/02/13   BG   Correspondence with client regarding      L120      .10 hrs
                escrow requirements

01/02/13   BG   Draft status report regarding settlement  L190      .10 hrs
                discussions

01/02/13   BG   Correspondence with client regarding      L160      .20 hrs
                settlement discussions

01/03/13   BG   Review analysis from client regarding     L120      .20 hrs
                changing escrow requirements and
                evaluate impact on settlement

01/03/13   BG   Correspondence with client regarding      L120      .10 hrs
                changing escrow requirements and impact
                on settlement value

01/03/13   BG   Correspondence to opposing counsel        L120      .20 hrs
                regarding extension of settlement offer

01/03/13   BG   Correspondence with client regarding      L120      .10 hrs
                request for extension of time to respond
                to settlement offer

01/07/13   BG   Correspondence with client regarding      L160      .10 hrs
                settlement offer

01/09/13   BG   Conference with client regarding          L160      .40 hrs
                settlement value of case

01/09/13   BG   Draft settlement memorandum               L160      .60 hrs



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301168

FED ID NO. 63-0243316

| 01/15/13 | BG | Conversation with client regarding settlement offer | L160 | .10 hrs |
|---|---|---|---|---|
| 01/15/13 | BG | Contact opposing counsel regarding settlement offer | L160 | .10 hrs |
| 01/16/13 | BG | Contact opposing counsel regarding settlement offer | L160 | .10 hrs |
| 01/16/13 | BG | Correspondence and conversations with client regarding settlement offer | L160 | .30 hrs |
| 01/17/13 | BG | Contact opposing counsel regarding settlement offer | L160 | .20 hrs |
| 01/17/13 | BG | Correspondence with client regarding acceptance of settlement offer | L160 | .10 hrs |
| 01/17/13 | BG | Draft settlement agreement | L160 | .50 hrs |
| 01/17/13 | BG | Draft joint stipulation of dismissal for filing after execution of settlement agreement | L160 | .30 hrs |
| 01/17/13 | BG | Draft proposed order on joint stipulation of dismissal | L160 | .10 hrs |
| 01/18/13 | BG | Correspondence sending settlement agreement and joint stipulation of dismissal to opposing counsel for execution | L160 | .20 hrs |
| 01/22/13 | BG | Correspondence to opposing counsel regarding receipt of executed settlement agreement | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0808-301168

**FED ID NO. 63-0243316**

---

| 01/23/13 | BG | Discuss settlement agreement with opposing counsel | L160 | .10 hrs |
|----------|----|----|------|---------|
| 01/24/13 | BG | Contact opposing counsel regarding settlement agreement | L160 | .10 hrs |
| 01/29/13 | BG | Correspondence with opposing counsel regarding execution of settlement agreement | L160 | .20 hrs |
| 01/29/13 | BG | Correspondence and conversation with client regarding execution of settlement agreement | L160 | .20 hrs |
| 01/30/13 | BG | Conversation with opposing counsel regarding execution of settlement agreement | L160 | .10 hrs |
| 01/31/13 | BG | Review executed settlement agreement and funds and send to client to finalize | L160 | .20 hrs |
| 01/31/13 | BG | Execute Joint Stipulation of Dismissal | L210 | .10 hrs |
| 01/31/13 | BG | Correspondence and conversation with client regarding resolution of file, joint stipulation of dismissal, and booking of settlement agreement | L160 | .30 hrs |
| 01/31/13 | BG | Evaluate agency (mandate) issues with settlement agreement executed under power of attorney and need for recorded written agreement prior to finalizing settlement | L160 | .50 hrs |
| 01/31/13 | BG | Discussion with opposing counsel regarding General Mandate needed to finalize settlement agreement | L160 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

OR0808-301168

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,304.10

BILLING SUMMARY

    Blake Goodsell          6.30 hrs   207.00 /hr      1,304.10

TOTAL FEES                    6.30 hrs                 $1,304.10

TOTAL CHARGES FOR THIS INVOICE                         $1,304.10

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301169

INVOICE #  841437

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301169
     TC # 729422

### PROFESSIONAL SERVICES

| 01/07/13 | HHW | Revise update for client regarding status of case | C300 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                    $52.60

### BILLING SUMMARY

| Heather Wright | .20 hrs | 263.00 /hr | 52.60 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | | $52.60 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**            **$52.60**

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301170

INVOICE #  841438

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301170
     TC # 714154

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/02/13 | MST | Finalize four responses and proposed orders for Defendants' Brief in Opposition to Plaintiff's Motion for Sanctions | L210 | 1.10 hrs |
| 01/02/13 | phn | Draft status report for client | L190 | .10 hrs |
| 01/02/13 | phn | Work on opposition briefs in response to plaintiff's motions for sanctions | L390 | 3.40 hrs |
| 01/02/13 | HTC | Review and edit briefs in opposition to 3 motions for sanctions, one motion to compel and 1 request for judicial notice and review and revise proposed orders on motions | L250 | 4.10 hrs |
| 01/07/13 | phn | Analysis of B.Blake's, MERS, request regarding case status | L120 | .10 hrs |
| 01/08/13 | phn | Communications with co-defendantÆs counsel regarding PlaintiffÆs response briefs | L120 | .10 hrs |
| 01/10/13 | phn | Draft status update regarding Plaintiff's motions for sanctions to Fannie Mae counsel | B110 | .10 hrs |
| 01/11/13 | phn | Analysis of Court's Order setting status conference and hearings on Plaintiff's motions for sanctions | B110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| 01/11/13 | phn | Analysis of Rule 26(f) requirements for pro se litigant and draft letter initiating communications on joint discovery plan with plaintiff | L210 | .30 hrs |
|----------|-----|---|------|---------|
| 01/14/13 | phn | Analyze co-defendant's correspondence regarding rule 26(f) conference and attempt to Plaintiff to coordinate time for conference | L120 | .20 hrs |
| 01/15/13 | phn | Analyze co-defendant's correspondence regarding Rule 26(f) conference and afternoon schedule for conference call | L120 | .10 hrs |
| 01/15/13 | phn | Draft joint discovery plan in preparation for Rule 26(f) conference call | L310 | 1.20 hrs |
| 01/15/13 | phn | Phone call to Court to confirm Rule 26(f) report is required prior to February 5, 2013 hearing | L230 | .10 hrs |
| 01/15/13 | phn | Phone call with co-defendant informing him that Court does not require Rule 26(f) report prior to February 5, 2013 hearing date | L230 | .10 hrs |
| 01/16/13 | phn | Review email from N. Faltys at Fidelity regarding outstading issues regarding title claim and resolution | B110 | .20 hrs |
| 01/20/13 | HTC | Draft email to T.Dennis regarding representation of Ally | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0808-301170

FED ID NO. 63-0243316

| 01/23/13 | phn | Email exchange with R.Ellis regarding case status, upcoming hearing, and client contact at GMAC regarding issues surrounding Ally Bank and bankruptcy representation | L120 | .30 hrs |
|---|---|---|---|---|
| 01/23/13 | HTC | Exchange emails with Ally regarding representation of Ally in case | L120 | .10 hrs |
| 01/28/13 | phn | Analysis of Plaintiff's motion for continuance of scheduling conference and hearings on PlaintiffÆs motions for sanctions | L120 | .40 hrs |
| 01/31/13 | phn | Analysis of Court's Order granting continuance and denying PlaintiffÆs motions for sanctions without prejudice | L120 | .30 hrs |
| 01/31/13 | phn | Analysis of rules regarding status report in preparation for discovery | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $3,357.50

EXPENSES

| 01/14/13 | Express Mail/Fedex | 0.00 |
|---|---|---|
| 01/31/13 | FED DOCKET SERV-PACER 12/01/2012-12/31/2012 | 10.10 |

TOTAL COSTS FOR THIS MATTER                    $10.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
MARCH 27, 2013

ResCap

0R0808-301170

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.10 hrs | 158.00 /hr | 173.80 |
| Hope Cannon | 4.30 hrs | 334.00 /hr | 1,436.20 |
| Preston H. Neel | 7.50 hrs | 233.00 /hr | 1,747.50 |

TOTAL FEES              12.90 hrs                    $3,357.50

TOTAL EXPENSES                                         $10.10

**TOTAL CHARGES FOR THIS INVOICE**                   **$3,367.60**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301172

INVOICE #  841439

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301172
     TC # 729476

PROFESSIONAL SERVICES

| 01/18/13 | GWG | Review pleadings and client documents in preparation for additional discovery and possible dispositive motion | L110 | 2.00 hrs |
| 01/24/13 | GWG | Draft notice of appearance | L210 | .20 hrs |
| 01/24/13 | BG | Evaluate current status of the case and plan for further handling | L120 | .10 hrs |
| 01/30/13 | MST | Obtain current docket sheet and state court pleadings to determine status and strategy of case | L210 | .60 hrs |

TOTAL FEES FOR THIS MATTER                     $801.90

| 01/30/13 Copy Charges | 0.00 |
| 01/30/13 Copy Charges | 0.00 |
| 01/30/13 Copy Charges | 0.00 |
| 01/31/13 Copy Charges | 0.00 |

BILLING SUMMARY

| Melanie Thompson | .60 hrs | 158.00 /hr | 94.80 |
| Graham W. Gerhardt | 2.20 hrs | 312.00 /hr | 686.40 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES            2.90 hrs            $801.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0808-301172

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $801.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       OR0808-301172
Fort Washington, PA 19034

                                                          INVOICE #  865857

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  OR0808-301172
         TC # 729476

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/06/13 | BG | Draft status report regarding bankruptcy stay | L190 | .10 hrs |
| 02/06/13 | BG | Check docket for case activity to confirm the matter remains subject to stay | L120 | .10 hrs |
| 02/08/13 | BG | Review docket for case activity and docket control order | L120 | .10 hrs |
| 02/08/13 | ABB | Per attorney instructions, pull docket report and court file to determine information of possible recent activity | L110 | .20 hrs |
| 02/08/13 | ABB | Obtain pleadings from court file not contained in BABC file and update file | L110 | .30 hrs |
| 02/11/13 | ABB | Summarize and calendar of multiple deadlines in response to Docket Control Order | L110 | .30 hrs |
| 02/13/13 | ABB | Analysis of current deadlines and brief e-mail discussion regarding the same | L110 | .10 hrs |
| 02/13/13 | BG | Review docket control order and impact of bankruptcy stay | L120 | .30 hrs |
| 02/22/13 | MST | Analysis of notice of oral hearing from opposing counsel and update file and calendar regarding same | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301172

FED ID NO. 63-0243316

| 02/22/13 | GWG | Review codefendants' brief in support of summary judgment | L240 | .30 hrs |
| 03/11/13 | BG | Draft status report regarding stayed claims and Pite Duncan's Motion for Summary Judgment | L190 | .10 hrs |
| 03/13/13 | BG | Update client spreadsheet regarding bankruptcy status and represented parties | L120 | .10 hrs |
| 03/15/13 | BG | Review requests for disclosures to plaintiffs sent by co-defendants | L120 | .10 hrs |
| 04/01/13 | BG | Review of discovery production | L310 | .20 hrs |
| 04/02/13 | BG | Draft status report regarding discovery responses and bankruptcy stay | L190 | .10 hrs |
| 04/02/13 | BG | Conversation with counsel for the substitute trustees regarding pending Motion for Summary Judgment | L120 | .10 hrs |
| 04/04/13 | BG | Correspondence with all parties regarding trial continuance | L120 | .10 hrs |
| 04/15/13 | BG | Analyze Plaintiff's expert designation | L120 | .10 hrs |
| 04/16/13 | BG | Review results of hearing on Bank's Motion to Dismiss and evaluate scope of the bankruptcy stay as to ETS | L120 | .20 hrs |
| 04/16/13 | GWG | Review other parties' summary judgment briefing and review docket for any updated trial settings | L210 | 1.00 hrs |
| 04/26/13 | BG | Review Pite Duncan's pleading regarding Motion for Summary Judgment | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
ResCap                                                    APRIL 30, 2013

0R0808-301172

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $952.00


EXPENSES

02/01/13 Copy Charges                                    0.00
03/13/13 Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP    20.10
         HC DISTRICT CLERK 2-1-13
         Bank ID: PCARD Check Number: P113
03/13/13 Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP   350.00
         USDC - TX 2-13-13
         Bank ID: PCARD Check Number: P113

         TOTAL COSTS FOR THIS MATTER            $370.10


BILLING SUMMARY

   Melanie Thompson       .20 hrs   158.00 /hr      31.60
   Allison Burke          .90 hrs   158.00 /hr     142.20
   Graham W. Gerhardt    1.30 hrs   312.00 /hr     405.60
   Blake Goodsell        1.80 hrs   207.00 /hr     372.60


TOTAL FEES               4.20 hrs                $952.00

TOTAL EXPENSES                                   $370.10

**TOTAL CHARGES FOR THIS INVOICE**              **$1,322.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0808-301173
Fort Washington, PA 19034

                                                              INVOICE #  841440

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301173
         TC # 727058

    PROFESSIONAL SERVICES

    01/03/13   CWH   Draft analysis of 2009 issues for client      L120      .30 hrs
                     and send updated timeline for her review

    01/03/13   CWH   Analyze emails from MERs when original        L120      .50 hrs
                     suit was filed and update timeline with
                     same

    01/03/13   CWH   Phone call with client about updating         L120      .20 hrs
                     timeline and identifying key pieces of
                     information


              TOTAL FEES FOR THIS MATTER                          $361.00


    BILLING SUMMARY

        Christian W. Hancock        1.00 hrs    361.00 /hr        361.00


    TOTAL FEES                      1.00 hrs                      $361.00

    **TOTAL CHARGES FOR THIS INVOICE**                           **$361.00**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301175

INVOICE #  841441

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301175
      TC # 729411

PROFESSIONAL SERVICES

| 01/10/13 | AHC | Review docket and draft status report for attorney review | L190 | .30 hrs |
|----------|-----|-----------|------|---------|

                    TOTAL FEES FOR THIS MATTER                     $47.40

BILLING SUMMARY

   Alecia H. Cockrell          .30 hrs   158.00 /hr        47.40

TOTAL FEES                   0.30 hrs                $47.40

**TOTAL CHARGES FOR THIS INVOICE**              **$47.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301175

INVOICE #  865858

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301175
     TC # 729411

PROFESSIONAL SERVICES

02/05/13  AHC  Review docket and draft status report    L190      .30 hrs

          TOTAL FEES FOR THIS MATTER                          $47.40

BILLING SUMMARY

   Alecia H. Cockrell          .30 hrs   158.00 /hr       47.40

TOTAL FEES                  0.30 hrs                  $47.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$47.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301179
Fort Washington, PA 19034

                                                          INVOICE #  841442

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301179
         TC # 730025

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | ABB | Telephone conference with clerk of court regarding proposed order and procedures for attaching same | L110 | .20 hrs |
| 01/02/13 | BG | Draft status report regarding withdraw of Motion to Dismiss and work on Motion for Summary Judgment and Answer to Amended Complaint | L190 | .20 hrs |
| 01/02/13 | BG | Check with clerk on proposed order for motion to withdraw pleading | L120 | .10 hrs |
| 01/04/13 | JHP | Revise first set of interrogatories and requests for production of documents and requests for admission on behalf of MERS to borrower | L310 | .40 hrs |
| 01/04/13 | BG | Revise discovery requests | L350 | .30 hrs |
| 01/08/13 | ABB | Compile and serve discovery requests | L110 | .50 hrs |
| 01/16/13 | BG | Correspondence with client regarding status of case and discovery requests | L120 | .10 hrs |
| 01/17/13 | BG | Begin drafting factual background section of Motion for Summary Judgment | L210 | .90 hrs |
| 01/17/13 | BG | Begin drafting procedural history section of Motion for Summary Judgment | L210 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0808-301179

FED ID NO. 63-0243316

| 01/17/13 | BG | Draft standard of review section of Motion for Summary Judgment | L210 | .20 hrs |
|---|---|---|---|---|
| 01/17/13 | BG | Draft conclusion to Motion for Summary Judgment | L210 | .10 hrs |
| 01/17/13 | BG | Draft executive summary section of Motion for Summary Judgment | L210 | .20 hrs |
| 01/23/13 | BG | Draft argument section regarding agency for Motion for Summary Judgment | L210 | 1.30 hrs |
| 01/23/13 | BG | Begin drafting argument section regarding Fair Debt Collection Practices Act for Motion for Summary Judgment | L210 | .60 hrs |
| 01/23/13 | BG | Begin drafting argument section regarding conversion claim for Motion for Summary Judgment | L210 | .60 hrs |
| 01/23/13 | BG | Begin drafting argument section regarding Fair Credit Reporting Act for Motion for Summary Judgment | L210 | .60 hrs |
| 01/28/13 | BG | Finish drafting argument section regarding Fair Credit Reporting Act for Motion for Summary Judgment | L210 | .90 hrs |
| 01/28/13 | BG | Finish drafting argument section regarding conversion of the note for Motion for Summary Judgment | L210 | .60 hrs |
| 01/28/13 | BG | Finish drafting argument section regarding Fair Debt Collection Practices Act for Motion for Summary Judgment | L210 | .70 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0R0808-301179

FED ID NO. 63-0243316

| 01/28/13 | BG | Draft argument section regarding common-law negligence and Arkansas deceptive trade practices act claims for inclusion in Motion for Summary Judgment | L210 | .30 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $1,986.10 |

| 01/07/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/23/13 Copy Charges | 0.00 |

BILLING SUMMARY

| Allison Burke | .70 hrs | 158.00 /hr | 110.60 |
| Jon H. Patterson | .40 hrs | 290.00 /hr | 116.00 |
| Blake Goodsell | 8.50 hrs | 207.00 /hr | 1,759.50 |

| TOTAL FEES | 9.60 hrs | $1,986.10 |

| **TOTAL CHARGES FOR THIS INVOICE** | **$1,986.10** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                   APRIL 30, 2013
1100 Virginia Drive                                                      0R0808-301179
Fort Washington, PA 19034

INVOICE #  865859

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301179
     TC # 730025

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|----|-------------|------|-------|
| 02/05/13 | BG | Draft status report regarding awaiting discovery responses before filing a dispositive motion | L190 | .10 hrs |
| 02/05/13 | BG | Conversation with opposing counsel regarding discovery requests | L390 | .10 hrs |
| 02/05/13 | BG | Correspondence with opposing counsel regarding request for extension for discovery requests | L120 | .10 hrs |
| 02/06/13 | BG | Correspondence with client regarding Motion to Dismiss | L210 | .10 hrs |
| 02/06/13 | BG | Correspondence with opposing counsel regarding discovery extension | L390 | .20 hrs |
| 02/06/13 | BG | Provide update on various servicing-related claims alleged against MERS | L120 | .20 hrs |
| 02/06/13 | ABB | Telephone conferences with opposing counsel regarding discovery requests and responses and review file regarding service of the same along with exhibits | L110 | .30 hrs |
| 02/06/13 | ABB | Compile exhibits A-D regarding discovery requests and prepare same for service | L110 | .60 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

OR0808-301179

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/06/13 | ABB | Compile e-mail communications and notes regarding discovery extension and update file regarding the same | L110 | .20 hrs |
| 02/06/13 | ABB | Propound discovery upon opposing counsel regarding one week extension and re-serve exhibits as well via e-mail and U.S mail | L110 | .20 hrs |
| 02/06/13 | ABB | Calendar revised deadlines regarding discovery responses from opposing counsel per extension regarding the same | L110 | .20 hrs |
| 02/07/13 | BG | Correspondence with opposing counsel regarding discovery extension | L390 | .10 hrs |
| 02/07/13 | ABB | Further communications to and from opposing counsel regarding calculation of discovery extension and meeting regarding same | L110 | .20 hrs |
| 02/08/13 | BG | Evaluate augments in opposition to Plaintiff's false light claim | L120 | .20 hrs |
| 02/11/13 | ABB | Analysis of pleadings filed in Pulaski County, Arkansas and obtain stamped copies of all filings with the Court | L110 | .50 hrs |
| 02/15/13 | BG | Send client Plaintiffes discovery responses and evaluate impact on summary judgment arguments | L120 | .10 hrs |
| 02/15/13 | BG | Revise Motion for Summary judgment based on discovery responses | L210 | .90 hrs |
| 02/15/13 | BG | Review Plaintiff's discovery responses | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

OR0808-301179

FED ID NO. 63-0243316

| 02/15/13 | BG | Conversation with MERS representative regarding MERS authorized agents and execution of affidavit | L120 | .20 hrs |
|---|---|---|---|---|
| 02/15/13 | BG | Draft affidavit of MERS in support of Motion for Summary judgment | L210 | .80 hrs |

TOTAL FEES FOR THIS MATTER                    $1,051.40

## EXPENSES

| 03/11/13 | Copy Charges | 0.00 |
|---|---|---|
| 03/12/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS Bank ID: GENR Check Number: 108084 | 140.70 |
| 02/13/13 | Professional Consultant Services - RICHARD C. DOWNING, P.A. JP PROFESSIONAL SERVICES RENDRED Bank ID: GENR Check Number: 106638 | 120.00 |

TOTAL COSTS FOR THIS MATTER                    $260.70

## BILLING SUMMARY

| Allison Burke | 2.20 hrs | 158.00 /hr | 347.60 |
|---|---|---|---|
| Blake Goodsell | 3.40 hrs | 207.00 /hr | 703.80 |

TOTAL FEES                    5.60 hrs                    $1,051.40

TOTAL EXPENSES                                        $260.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0R0808-301179

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $1,312.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301181

INVOICE #  841443

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301181
     TC # 729935

PROFESSIONAL SERVICES

01/28/13  MJA  Research on appeal status              L510      .40 hrs

        TOTAL FEES FOR THIS MATTER                        $126.80

BILLING SUMMARY

   Marc J. Ayers           .40 hrs   317.00 /hr      126.80

TOTAL FEES              0.40 hrs              $126.80

TOTAL CHARGES FOR THIS INVOICE               $126.80

        ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301181

INVOICE #  865860

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301181
     TC # 729935

PROFESSIONAL SERVICES

| 02/04/13 | AHC | Initial review of record on appeal including cross-referencing with docket to confirm all documents were received | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                          $79.00

BILLING SUMMARY

| Alecia H. Cockrell | .50 hrs | 158.00 /hr | 79.00 |

| TOTAL FEES | 0.50 hrs | | $79.00 |

**TOTAL CHARGES FOR THIS INVOICE**                   **$79.00**

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 26, 2013
1100 Virginia Drive                                        0R0808-301186
Fort Washington, PA 19034

                                                           INVOICE #  840974

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

    Re:  0R0808-301186
         TC # 730272

<u>EXPENSES</u>

01/15/13 Airline Tickets - BRIAN WAHL ATTEND MEDIATION              224.88
         ON 1/7/13 AT OFFICES OF CONROY, SIMBERT IN
         HOLLYWOOD, FL
         Bank ID: GENR Check Number: 105183
01/15/13 Travel Expense - BRIAN WAHL ATTEND MEDIATION ON            160.66
         1/7/13 AT OFFICES OF CONROY, SIMBERT IN
         HOLLYWOOD, FL RENTAL CAR
         Bank ID: GENR Check Number: 105183
01/15/13 Travel Expense - BRIAN WAHL ATTEND MEDIATION ON            665.98
         1/7/13 AT OFFICES OF CONROY, SIMBERT IN
         HOLLYWOOD, FL HOTEL
         Bank ID: GENR Check Number: 105183
01/15/13 Travel Expense - BRIAN WAHL ATTEND MEDIATION ON             78.40
         1/7/13 AT OFFICES OF CONROY, SIMBERT IN
         HOLLYWOOD, FL PARKING
         Bank ID: GENR Check Number: 105183
01/15/13 Travel Expense - BRIAN WAHL ATTEND MEDIATION ON              4.30
         1/7/13 AT OFFICES OF CONROY, SIMBERT IN
         HOLLYWOOD, FL PARKING
         Bank ID: GENR Check Number: 105183
01/15/13 Meal Expense - BRIAN WAHL ATTEND MEDIATION ON               85.32
         1/7/13 AT OFFICES OF CONROY, SIMBERT IN
         HOLLYWOOD, FL
         Bank ID: GENR Check Number: 105183
01/15/13 Mediation Fee - MEDIATION, INC. BW GMAC'S                  445.33
         PORTION OF FEE DUE MEDIATOR
         Bank ID: GENR Check Number: 105200

         TOTAL COSTS FOR THIS MATTER                            $1,664.87



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 26, 2013

0R0808-301186

FED ID NO. 63-0243316

TOTAL FEES                    0.00 hrs                    $.00

TOTAL EXPENSES                                      $1,664.87

**TOTAL CHARGES FOR THIS INVOICE**              $1,664.87

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301186

INVOICE #  841444

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301186
     TC # 730272

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BAW | Finalize and compile and submit mediation statement and supporting evidence to mediator | L160 | 9.10 hrs |
| 01/02/13 | BAW | Email correspondence with D.Friedman regarding strategy | L160 | .10 hrs |
| 01/03/13 | BAW | Prepare for mediation and review of cases cited by opposing counsel in position statement | L160 | 2.50 hrs |
| 01/03/13 | BAW | Telephone conference with outside counsel regarding settlement contribution and mediation strategy | L160 | .50 hrs |
| 01/04/13 | AHC | Retrieve and review cases cited in August 10 letter in preparation for hearing | L120 | .40 hrs |
| 01/04/13 | JAM | Research Osceola County's new procedure for accessing online docketing information and analyze and review information related to recent court filings | L210 | .80 hrs |
| 01/06/13 | BAW | Prepare for mediation | L160 | 6.50 hrs |
| 01/07/13 | BAW | Prepare for and attend mediation of prevailing party attorney's fee claim | L160 | 8.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
MARCH 27, 2013

0R0808-301186

FED ID NO. 63-0243316

| 01/08/13 | BAW | Work on multiple releases required for 3 party settlement | L160 | 1.80 hrs |
|---|---|---|---|---|
| 01/08/13 | BAW | Research regarding mechanism to resolve 2006 re-foreclosure matter | L160 | .50 hrs |
| 01/09/13 | BAW | Telephone conference with outside counsel regarding release | L160 | .20 hrs |
| 01/09/13 | BAW | Work on 3 party release | L160 | 1.50 hrs |
| 01/09/13 | BAW | Research regarding enforcement and indemnity claim | L160 | 1.20 hrs |
| 01/14/13 | BAW | Finalize confidential settlement and release | L160 | 6.50 hrs |
| 01/14/13 | BAW | Correspondence with opposing counsel regarding issues with draft settlement papers | L160 | .50 hrs |
| 01/14/13 | BAW | Research regarding potential settlement terms for settlement of 2006 matter | L160 | 1.30 hrs |
| 01/14/13 | BAW | Continue working on indemnification and contribution language for use in settlement documents | L160 | .80 hrs |
| 01/15/13 | BAW | Draft memo to opposing counsel outlining position on January 7 settlement and limitations of authority | L160 | .50 hrs |
| 01/15/13 | BAW | Telephone conference with opposing counsel regarding final points of contention | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0808-301186

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/15/13 | BAW | Continue working with all counsel of record to reach agreement for settlement/indemnification in 2003 case | L160 | 2.70 hrs |
| 01/15/13 | BAW | Telephone conference with client regarding changes to settlement documents required by opposing counsel | L160 | .30 hrs |
| 01/15/13 | BAW | Telephone conference with outside counsel regarding settlement contribution | L160 | .20 hrs |
| 01/16/13 | BAW | Continue to work with outside counsel and opposing counsel to finalize settlement agreement | L160 | 2.10 hrs |
| 01/16/13 | BAW | Draft Shepheard assignment and acknowledgment of fee claim | L160 | 1.70 hrs |
| 01/17/13 | BAW | Continue working to resolve outstanding issues with settlement agreement, release and assignment | L160 | 2.10 hrs |
| 01/17/13 | BAW | Finalize and execute settlement documents for 2003 case | L160 | .80 hrs |
| 01/22/13 | BAW | Read correspondence from opposing counsel regarding assignment of fee claim | L160 | .20 hrs |
| 01/22/13 | BAW | Correspond with outside counsel regarding executed release | L160 | .20 hrs |
| 01/22/13 | BAW | Research regarding 1099-C issue and borrower's suggestions regarding same | L160 | .80 hrs |
| 01/22/13 | BAW | Work to settle Shepheard II | L160 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0R0808-301186

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | BAW | Research regarding ownership of subject property and additional liens | L160 | .60 hrs |
| 01/22/13 | BAW | Draft memo to client regarding settlement of 2006 re-foreclosure case | L160 | .50 hrs |
| 01/23/13 | BAW | Begin outlining tentative settlement agreement for Shepheard II | L160 | .80 hrs |
| 01/23/13 | BAW | Telephone conference with opposing counsel regarding settlement of Shepheard II | L160 | .30 hrs |
| 01/23/13 | BAW | Review AG settlement package and correspond with client regarding recommendation re same | L160 | .50 hrs |
| 01/24/13 | BAW | Telephone conference with client regarding 1099-C issue and borrower's counsel's threats regarding attorney's fee claim in Shepheard II claim | L160 | .30 hrs |
| 01/24/13 | BAW | Work with outside counsel on stipulated foreclosure | L160 | .30 hrs |
| 01/24/13 | BAW | Correspondence with opposing counsel regarding terms of release | L160 | .40 hrs |
| 01/25/13 | BAW | Report to Judge Jordan's JA regarding settlement and cancellation of fee hearing | L230 | .20 hrs |
| 01/25/13 | BAW | Miscellaneous emails regarding timeline to close out settlements of Shepheard I and II | L160 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
MARCH 27, 2013

0R0808-301186

FED ID NO. 63-0243316

| 01/29/13 | BAW | Review and summarize attorney records from 2006 reforeclosure matter | L190 | 3.50 hrs |
|---|---|---|---|---|
| 01/29/13 | BAW | Identify legal fees allegedly related to 2006 case claimed by opposing counsel | L190 | .90 hrs |
| 01/30/13 | BAW | Correspond with counsel of record regarding Shepheard I settlement | L160 | .30 hrs |
| 01/30/13 | BAW | Continue to negotiate settlement of Shepheard II and work | L160 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $21,492.40

BILLING SUMMARY

| Brian Wahl | 63.80 hrs | 334.00 /hr | 21,309.20 |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |
| Jamie Mathews | .80 hrs | 150.00 /hr | 120.00 |

TOTAL FEES                65.00 hrs              $21,492.40

**TOTAL CHARGES FOR THIS INVOICE**            $21,492.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301186

INVOICE #  865861

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301186
     TC # 730272

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/04/13 | BAW | Correspond with mediator regarding finalization of work | L160 | .30 hrs |
| 02/04/13 | BAW | Correspond with outside counsel regarding funding of settlement | L160 | .40 hrs |
| 02/04/13 | JAM | Pull online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/05/13 | BAW | Continue working to obtain Marshall Watson's portion of settlement with Klinkbeil and Foster | L160 | .50 hrs |
| 02/06/13 | BAW | Correspond with opposing counsel regarding loose ends in settlement of Shepheard I/II | L160 | .20 hrs |
| 02/06/13 | BAW | Work with outside counsel on method for stipulating to foreclosure in Shepheard II | L160 | .50 hrs |
| 02/07/13 | BAW | Provide information to new servicer regarding case status and strategy | L190 | .30 hrs |
| 02/11/13 | BAW | Finalize and circulate draft Shepheard II release | L160 | 4.80 hrs |
| 02/11/13 | BAW | Draft settlement proposal memorandum for J.Ho and N.Campbell | L160 | .80 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301186

FED ID NO. 63-0243316

| 02/11/13 | BAW | Telephone conference with opposing counsel regarding finalization of settlement of Shepheard I and II | L160 | .30 hrs |
| 02/13/13 | BAW | Draft correspondence to J.Huss regarding expert fees and closing out of litigation | L160 | .30 hrs |
| 02/14/13 | BAW | Correspond with W.Klinkbeil regarding changes to Shepheard II draft | L160 | .50 hrs |
| 02/14/13 | BAW | Correspond with client regarding obstacles to settlement of both Shepheard I/II | L160 | .30 hrs |
| 02/14/13 | BAW | Edit and revise draft Shepheard II release per Klinkbeil and client input | L160 | .80 hrs |
| 02/14/13 | BAW | Research 1099-C cancellation of debt issue and current value of borrower's property | L190 | 2.30 hrs |
| 02/14/13 | BAW | Draft memo to client regarding problems with Shepheard II and borrower's threatened attorney's fee claim | L160 | .60 hrs |

TOTAL FEES FOR THIS MATTER                          $4,338.60

EXPENSES

| 02/08/13 | Professional Consultant Services - JOSEPH J. HUSS, P.A. BW EXPERT WITNESS FEE Bank ID: GENR Check Number: 106522 | 2,200.00 |

TOTAL COSTS FOR THIS MATTER                         $2,200.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
APRIL 30, 2013

OR0808-301186

FED ID NO. 63-0243316

ResCap

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 12.90 hrs | 334.00 /hr | 4,308.60 |
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |

TOTAL FEES              13.10 hrs                    $4,338.60

TOTAL EXPENSES                                       $2,200.00

**TOTAL CHARGES FOR THIS INVOICE**                   $6,538.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0808-301191

INVOICE #  840975

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re:  0R0808-301191
TC # 724999

<u>EXPENSES</u>

01/20/13 Court Costs - Pleadings - WEST GROUP KK COURT              138.37
DOCUMENTS
Bank ID: GENR Check Number: 105463

TOTAL COSTS FOR THIS MATTER              $138.37

TOTAL FEES              0.00 hrs                    $.00

TOTAL EXPENSES                                   $138.37

**TOTAL CHARGES FOR THIS INVOICE**              **$138.37**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301191

INVOICE #  841445

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301191
     TC # 724999

PROFESSIONAL SERVICES

| 01/02/13 | AHC | Review docket and draft status report for attorney review | L190 | .30 hrs |
| 01/08/13 | MJA | Continued preparation for oral argument | L530 | .20 hrs |
| 01/11/13 | MJA | Research on possible strategy going forward with no appellate stay | L120 | .30 hrs |
| 01/11/13 | JJE | Email from and to client regarding strategy with regard to proceeding with the foreclosure sale while an active appeal is pending | L510 | .50 hrs |
| 01/22/13 | JJE | Began outlining and preparing for oral argument by identifying additional research and updates to case law as cited in briefs | L510 | 1.20 hrs |
| 01/22/13 | MJA | Continued preparations for oral argument in Miami | L530 | .50 hrs |
| 01/24/13 | MJA | Continued preparations for oral argument and possible supplemental letter brief | L530 | .40 hrs |
| 01/24/13 | AHC | Prepare attorney notebooks in preparation for oral argument | L530 | 1.00 hrs |
| 01/25/13 | JJE | Research regarding witness testimony in support of hearing and sufficiency of same in support of foreclosure to establish lost note | L510 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301191

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER              $1,751.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 1.40 hrs | 317.00 /hr | 443.80 |
| Alecia H. Cockrell | 1.30 hrs | 158.00 /hr | 205.40 |
| Joycelyn J. Eason | 3.80 hrs | 290.00 /hr | 1,102.00 |

TOTAL FEES                 6.50 hrs                   $1,751.20

**TOTAL CHARGES FOR THIS INVOICE**              **$1,751.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0R0808-301191
Fort Washington, PA 19034

                                                   INVOICE #  865862

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301191
         TC # 724999

PROFESSIONAL SERVICES

02/05/13   AHC   Review docket and draft status report      L190      .30 hrs
                 for attorney review and catalog
                 information on comprehensive tracking
                 chart

02/07/13   JJE   Analysis of recent decisions regarding     L510     1.10 hrs
                 standing arguments, specifically with
                 regard to standing to foreclose when
                 there is a lost note

02/08/13   JJE   Analysis of recent decisions effecting,    L510      .80 hrs
                 overturning, or opining on cases as
                 cited in appellant's and appellee's
                 briefs

02/11/13   JJE   Research recent decisions regarding        L510     4.10 hrs
                 standing arguments, specifically with
                 regard to reestablishment of lost note
                 by live witness testimony where
                 assignment of mortgage post-dates filing
                 of complaint and focusing on standard
                 for business record testimony

02/11/13   AHC   Research trial transcript regarding        L530     1.40 hrs
                 testimony establishing time frame of
                 note transfer

02/11/13   MJA   Continued preparations for oral argument   L530     3.20 hrs



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

OR0808-301191

FED ID NO. 63-0243316

| 02/12/13 | MJA | Continued research on relevant case law, Florida rules and statutes, and record on appeal and other final preparations for possible questions at oral argument | L530 | 9.70 hrs |
|---|---|---|---|---|
| 02/12/13 | JJE | Analysis of certain portions of file and transcript in support of oral argument -- focusing on evidence in support of standing argument and proving sufficiency of live witness testimony as offered | L510 | 1.40 hrs |
| 02/13/13 | MJA | Continued preparations for oral argument | L530 | 8.50 hrs |
| 02/13/13 | MJA | Argued at oral argument before Florida Third District Court of Appeals | L530 | .70 hrs |
| 02/13/13 | MJA | Post-argument research for possible follow-up brief | L530 | 3.10 hrs |
| 02/13/13 | MJA | Conference with opposing counsel on issues going forward | L190 | .20 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $10,483.10

EXPENSES

| 02/18/13 | Airline Tickets - MARC AYERS ATTEND ORAL ARGUMENT IN MIAMI, FL 1/24/13 - 2/13/13 Bank ID: GENR Check Number: 106960 | 145.90 |
|---|---|---|
| 02/18/13 | Airline Tickets - MARC AYERS ATTEND ORAL ARGUMENT IN MIAMI, FL 1/24/13 - 2/13/13 Bank ID: GENR Check Number: 106960 | 241.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
APRIL 30, 2013

0R0808-301191

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 02/18/13 | Travel Expense - MARC AYERS ATTEND ORAL ARGUMENT IN MIAMI, FL 1/24/13 - 2/13/13 Bank ID: GENR Check Number: 106960 | 292.67 |
| 02/18/13 | Travel Expense - MARC AYERS ATTEND ORAL ARGUMENT IN MIAMI, FL 1/24/13 - 2/13/13 PARKING, CAB FARE Bank ID: GENR Check Number: 106960 | 58.00 |
| 02/18/13 | Meal Expense - MARC AYERS ATTEND ORAL ARGUMENT IN MIAMI, FL 1/24/13 - 2/13/13 Bank ID: GENR Check Number: 106960 | 78.63 |
| 02/11/13 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO | 0.00 |
| 02/12/13 | Computerized Legal Research-Westlaw Westlaw User: AYERS,MARC | 0.00 |
| 02/13/13 | Computerized Legal Research-Westlaw Westlaw User: AYERS,MARC | 0.00 |
| 02/18/13 | Internet Account - MARC AYERS ATTEND ORAL ARGUMENT IN MIAMI, FL 1/24/13 - 2/13/13 Bank ID: GENR Check Number: 106960 | 17.18 |

TOTAL COSTS FOR THIS MATTER          $834.18

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 25.40 hrs | 317.00 /hr | 8,051.80 |
| Alecia H. Cockrell | 1.70 hrs | 158.00 /hr | 268.60 |
| Joycelyn J. Eason | 7.40 hrs | 290.00 /hr | 2,146.00 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES          34.60 hrs                    $10,483.10

TOTAL EXPENSES                           $834.18



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0R0808-301191

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**            $11,317.28

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0808-301192
Fort Washington, PA 19034

                                                           INVOICE #  841446

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0808-301192
          TC # 730597

PROFESSIONAL SERVICES

01/02/13   HTC   Revise reply to response to order to          L250      1.20 hrs
                 show cause and motion to stay proceedings

01/02/13   JLJ   Draft response to show cause order            L250      1.70 hrs

01/02/13   JB    Emails regarding status of case and           L120       .10 hrs
                 foreclosure plans

01/02/13   JB    Conference with local counsel regarding       L120       .30 hrs
                 status of pending proceeding and stay
                 relief motion

01/02/13   JAM   Review multiple emails regarding status       L210       .30 hrs
                 of litigation, including Court's Order
                 on Motion to Strike and our response
                 thereto

01/03/13   JAM   Initial review of draft Reply and             L210      3.20 hrs
                 research cases and relative court
                 pleadings filed by Fidelity Land Trust
                 after injunction in preparation of
                 exhibits to Defendant's Reply to
                 Plaintiff's Response to Order to Show
                 Cause and initial review of draft
                 response

01/03/13   HTC   Analyze court's order accepting response      L120       .10 hrs
                 to show cause order and ordering motion
                 to stay be separately filed



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301192

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/04/13 | HTC | Draft email to client regarding latest filings by Fidelity and Gailiunas' bankruptcy | L120 | .20 hrs |
| 01/04/13 | JLJ | Draft subpoenas and deposition notices | L310 | .40 hrs |
| 01/07/13 | JLJ | Review correspondence with client regarding bankruptcy and motion for stay and strategize regarding motion for stay | L250 | .30 hrs |
| 01/07/13 | HTC | Respond to email from client regarding borrowers bankruptcy' | L120 | .10 hrs |
| 01/07/13 | JLJ | Draft 30(b)(6) deposition notice for Fidelity Land Trust | L330 | .40 hrs |
| 01/07/13 | JLJ | Review discovery requests | L310 | .20 hrs |
| 01/07/13 | AHC | Final revisions to discovery requests to plaintiff and draft subpoenas duces tecum of B.Gailiunas for attorney review | L310 | .80 hrs |
| 01/08/13 | JLJ | Review correspondence with client regarding motion for relief in bankruptcy case | L120 | .20 hrs |
| 01/08/13 | JLJ | Review court order and strategize regarding response to motion to stay | L250 | .20 hrs |
| 01/09/13 | JAM | Review emails about revisions to Motion for Fees | L210 | .20 hrs |
| 01/10/13 | JB | Review draft motion for relief from stay by local counsel | L120 | .50 hrs |
| 01/10/13 | JB | Emails regarding draft motion for relief from stay | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0808-301192

FED ID NO. 63-0243316

| 01/11/13 | JLJ | Strategize regarding deposition notices and subpoenas | L330 | .10 hrs |
|---|---|---|---|---|
| 01/17/13 | JLJ | Begin drafting response to motion for stay | L250 | .80 hrs |
| 01/18/13 | JB | Emails with local counsel regarding motion for relief | L120 | .10 hrs |
| 01/20/13 | HTC | Revise response in opposition to motion to dismiss | L250 | 1.20 hrs |
| 01/22/13 | HTC | Review notice of dismissal and analyze effect of same on objection to motion to stay and review and revise changes in motion relating to dismissal of FDIC complaint | L210 | .20 hrs |
| 01/22/13 | JLJ | Research regarding additional cases filed by Fidelity and review and revise response to motion for stay and prepare to file | L250 | .70 hrs |
| 01/22/13 | JLJ | Review court order regarding dismissal and strategize regarding the same | L250 | .20 hrs |
| 01/22/13 | JLJ | Revise response to show cause supplementing response with argument regarding voluntary dismissal | L250 | .80 hrs |
| 01/22/13 | JLJ | Analyze notice of voluntary dismissal | L250 | .30 hrs |
| 01/22/13 | JAM | Revise Defendant's Response to Plaintiff's Motion to Stay relative to exhibit references | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
MARCH 27, 2013

0R0808-301192

FED ID NO. 63-0243316

| 01/22/13 | JAM | Assemble exhibits to Response to Plaintiff's Motion to Stay | L210 | 1.20 hrs |
| 01/23/13 | HTC | Review issues relating to filing MFR in borrower's bankruptcy | L120 | .10 hrs |
| 01/23/13 | JLJ | Correspondence with Judge Ryskamp regarding settlement order and motion for sanctions and to dismiss | L250 | .20 hrs |
| 01/23/13 | JLJ | Review order of J.Ryskamp denying motion for sanctions as moot and strategize regarding hearing transcript of Judge Sasser and strategize regarding motion for consideration | L240B | .60 hrs |
| 01/25/13 | JLJ | Correspondence with client regarding dismissal of case and motion for relief from bankruptcy stay | C300 | .30 hrs |
| 01/25/13 | JLJ | Review filings and orders and evaluate whether to file motion for reconsideration | L120 | .40 hrs |
| 01/25/13 | JB | Emails regarding status of case | L120 | .10 hrs |
| 01/28/13 | JB | Work on matters related to motion for relief from stay | L120 | .30 hrs |
| 01/29/13 | HTC | Exchange emails with foreclosure counsel regarding status of Fidelity action, AOM and need to add Fidelity to action | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $4,172.50