

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301192

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---|
| 01/03/13 | Copy Charges | 0.00 |
| 01/03/13 | Copy Charges | 0.00 |
| 01/03/13 | Copy Charges | 0.00 |
| 01/03/13 | Copy Charges | 0.00 |
| 01/03/13 | Copy Charges | 0.00 |
| 01/03/13 | Copy Charges | 0.00 |
| 01/07/13 | Copy Charges | 0.00 |
| 01/09/13 | Postage Charges 01/07/2013 | 0.00 |
| 01/07/13 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 01/31/13 | FED DOCKET SERV-PACER 12/01/2012-12/31/2012 | 50.10 |
| | TOTAL COSTS FOR THIS MATTER | $50.10 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 3.20 hrs | 334.00 /hr | 1,068.80 |
| Alecia H. Cockrell | .80 hrs | 158.00 /hr | 126.40 |
| Jamie Mathews | 5.30 hrs | 150.00 /hr | 795.00 |
| Jessica L. Jones | 7.80 hrs | 224.00 /hr | 1,747.20 |
| James Bailey | 1.90 hrs | 229.00 /hr | 435.10 |

| | | |
|---|---|---|
| TOTAL FEES | 19.00 hrs | $4,172.50 |
| TOTAL EXPENSES | | $50.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$4,222.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301192

INVOICE # 865863

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301192
TC # 730597

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | JAM | Pull online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/04/13 | JAM | Draft closing file memorandum | L120 | .20 hrs |
| 02/13/13 | JLJ | Revise closing file memorandum | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER $82.40

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Jessica L. Jones | .10 hrs | 224.00 /hr | 22.40 |

TOTAL FEES 0.50 hrs $82.40

**TOTAL CHARGES FOR THIS INVOICE $82.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301195

INVOICE # 841447

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301195
TC # 730758

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | MJA | Continued research on loan modification documentation and timing of appeal | L510 | .20 hrs |
| 01/08/13 | MJA | Research on status of Lampel loan modification documents | L160 | .20 hrs |
| 01/10/13 | MJA | Communications with opposing counsel on loan modification particulars for dismissal of appeal | L510 | .30 hrs |
| 01/17/13 | MJA | Communication to opposing counsel concerning new loan modification documents and settlement agreement | L160 | .20 hrs |
| 01/18/13 | MJA | Communications with opposing counsel on questions concerning settlement documents | L160 | .40 hrs |
| 01/22/13 | MJA | Continued research on Lampel settlement issues | L160 | .40 hrs |
| 01/28/13 | MJA | Review of and research on appellate order affirming judgment | L510 | .30 hrs |
| 01/29/13 | MJA | Research on status of Lampel loan modification documents for dismissal of appeal | L160 | .40 hrs |

TOTAL FEES FOR THIS MATTER $760.80



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301195

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 2.40 hrs | 317.00 /hr | 760.80 |
| TOTAL FEES | 2.40 hrs | | $760.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$760.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301195

INVOICE # 865864

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301195
TC # 730758

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | MJA | Continued work on advancing settlement of appeal by acquiring loan mod documents and preparing dismissals for filing | L160 | .50 hrs |
| 02/05/13 | AHC | Review docket and file to confirm representation information, draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 02/14/13 | AHC | Final review and revision of Notice of Dismissal | L510 | .30 hrs |
| 02/14/13 | MJA | Finalize and file dismissal of appellate case and trial court matter | L510 | .40 hrs |
| 02/14/13 | MJA | Conference with G.Horowitz on filing trial court dismissal | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER $427.60

| | |
|---|---|
| 02/15/13 Express Mail/Fedex | 0.00 |
| 02/15/13 Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Marc J. Ayers | 1.00 hrs | 317.00 /hr | 317.00 |
| Alecia H. Cockrell | .70 hrs | 158.00 /hr | 110.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301195

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 1.70 hrs | $427.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$427.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301196

INVOICE # 841448

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301196
TC # 730737

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | CLHA | Report to client regarding current status of case | L120 | .20 hrs |
| 01/04/13 | CLHA | Confer with client regarding strategy | L120 | .40 hrs |
| 01/09/13 | CLHA | Analyze recent filing in debtor's bankruptcy case regarding abatement of payments | L120 | .40 hrs |
| 01/21/13 | CLHA | Continued work on potential settlement issues | L120 | .60 hrs |
| 01/28/13 | CLHA | Confer with opposing counsel regarding settlement prospects | L120 | .30 hrs |
| 01/30/13 | CLHA | Follow up with client regarding settlement offer | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $766.50

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher L. Hawkins | 2.10 hrs | 365.00 /hr | 766.50 |
| TOTAL FEES | 2.10 hrs | | $766.50 |



Bradley Arant
Boult Cummings
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301196

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$766.50**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301196

INVOICE # 865865

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301196
TC # 730737

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 02/05/13 | CLHA | Conference call with client regarding settlement authority and accounting issues presented in motion | L120 | .30 hrs |
| 02/07/13 | CLHA | Follow up with client regarding settlement proposal | L120 | .30 hrs |
| 02/13/13 | CLHA | Continued work on settlement options with client and opposing counsel | L120 | .50 hrs |
| 02/14/13 | CLHA | Continued settlement negotiations | L120 | .60 hrs |
| 02/15/13 | CLHA | Emails with client and opposing counsel regarding potential loan modification | L120 | .80 hrs |
| 02/22/13 | CLHA | Emails with opposing counsel regarding most recent settlement proposal | L120 | .40 hrs |
| 02/26/13 | CLHA | Prepare draft affidavit for potential use at February 28, 2013 hearing on motion to deem current | L120 | 1.10 hrs |
| 02/27/13 | CLHA | Continued settlement negotiations with opposing counsel | L160 | 1.20 hrs |
| 02/27/13 | CLHA | Prepare and file consent motion for continuance | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301196

FED ID NO. 63-0243316

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 02/27/13 | CLHA | Investigate factual allegations regarding certain post-petition payments, including review of prior motion for relief from stay and client payment history | L120 | 2.90 hrs |
| 03/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 03/04/13 | CLHA | Conferences with opposing counsel and client regarding analysis of accounting issues and potential resolution | L120 | .80 hrs |
| 03/05/13 | CLHA | Continued work with client on reconciling payment history | L120 | .40 hrs |
| 03/07/13 | CLHA | Continued analysis of payment history and correspond with client and opposing counsel regarding merits of case, impact of GMAC bankruptcy, and potential resolution | L120 | 2.80 hrs |
| 03/08/13 | CLHA | Begin analysis of revised payment history and prepare trial outline | L120 | 1.50 hrs |
| 03/11/13 | CLHA | Prepare for and participate in call with client to discuss status and strategy | L120 | .10 hrs |
| 03/11/13 | CLHA | Prepare for March 28 hearing | L120 | 1.40 hrs |
| 03/12/13 | CLHA | Prepare detailed email to opposing counsel regarding likely outcomes of litigation and possible settlement | L120 | 1.90 hrs |
| 03/13/13 | CLHA | Continued preparation for hearing on motion for sanctions and conference with client and witness regarding same | L120 | .60 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301196

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/25/13 | CLHA | Negotiate resolution of motion for sanctions and advise client and witness regarding same | L120 | 1.50 hrs |
| 03/25/13 | CLHA | Prepare and circulate consent motion to continue hearing to facilitate agreed disposition of motion for sanctions | L120 | .80 hrs |
| 03/26/13 | CLHA | Confer with opposing counsel regarding draft motion for continuance and file motion | L120 | .80 hrs |
| 04/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 04/16/13 | CLHA | Participate in conference call with J.Scoliard regarding status and strategy | L120 | .20 hrs |
| 04/22/13 | CLHA | Prepare for April 24 hearing | L120 | .40 hrs |
| 04/23/13 | CLHA | Call to opposing counsel regarding April 24, 2013 hearing | L120 | .30 hrs |
| 04/25/13 | CLHA | Confer with opposing counsel regarding dismissal of case and analyze docket regarding same | L120 | .30 hrs |
| 04/25/13 | CLHA | Prepare closing memorandum | L120 | .50 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $8,650.50 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 23.70 hrs | 365.00 /hr | 8,650.50 |
| TOTAL FEES | 23.70 hrs | | $8,650.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 4
APRIL 30, 2013

0R0808-301196

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$8,650.50**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301197

INVOICE # 841449

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301197
TC # 730818

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | AHC | Draft status report for attorney review | L190 | .30 hrs |
| 01/07/13 | JJE | Email from insurer's counsel and email to client to determine specific information for directing settlement payment | L510 | .20 hrs |
| 01/11/13 | JJE | Emails to and from client and insurer's counsel regarding filing of executed assignment and additional information needed to facilitate payment of settlement | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER $192.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Joycelyn J. Eason | .50 hrs | 290.00 /hr | 145.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.80 hrs | $192.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$192.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301197

INVOICE # 865866

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301197
TC # 730818

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 02/05/13 | AHC | Review docket, confirm representation information and draft status report | L190 | .40 hrs |
| 02/08/13 | JJE | Emails to counsel for insurer and to and from client to determine/ascertain status of payment and overall settlement of claims as to GMAC | L510 | .40 hrs |
| 02/15/13 | MPE | Review matter to assist with estate determination. | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $195.90

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |
| Joycelyn J. Eason | .40 hrs | 290.00 /hr | 116.00 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES 0.90 hrs $195.90

**TOTAL CHARGES FOR THIS INVOICE $195.90**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301199

INVOICE # 841450

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301199
TC # 730714

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | DCL | Analyze Debtor's opposition to GMAC's motion for adequate protection payments | L120 | .30 hrs |
| 01/10/13 | DCL | Analyze results of hearing regarding Motion for Adequate Protection Payments | L120 | .00 hrs |
| 01/10/13 | DCL | Draft U.S. Bank's responses to Requests for Admissions, Interrogatories and Document Requests | L210 | 4.10 hrs |
| 01/11/13 | DCL | Telephone conference with client regarding GMACM's responses to Plaintiff's discovery demands | L120 | .70 hrs |
| 01/17/13 | DCL | Revise GMAC's responses to Plaintiff's document requests, interrogatories and requests for admissions | L210 | 3.10 hrs |
| 01/17/13 | DCL | Telephone conference with client regarding discovery responses | L120 | .70 hrs |
| 01/17/13 | KK | Analyze and bates label produced documents GMACM-01-000001-000083 to serve on opposing counsel in case | L110 | 1.10 hrs |
| 01/18/13 | DCL | Research case law for summary judgment brief | L120 | 1.20 hrs |
| 01/22/13 | DCL | Prepare GMACM's discovery responses | L120 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301199

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | DCL | Analyze correspondence from Debtor's counsel regarding potential for settlement | L120 | .50 hrs |
| 01/31/13 | DCL | Prepare exhibits for summary judgment motion | L240 | .80 hrs |

TOTAL FEES FOR THIS MATTER $5,870.80

| | | |
|---|---|---|
| 01/02/13 | Copy Charges | 0.00 |
| 01/02/13 | Copy Charges | 0.00 |
| 01/11/13 | Copy Charges | 0.00 |
| 01/17/13 | Copy Charges | 0.00 |
| 01/22/13 | Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 13.50 hrs | 422.00 /hr | 5,697.00 |
| Kerry Keane | 1.10 hrs | 158.00 /hr | 173.80 |
| TOTAL FEES | 14.60 hrs | | $5,870.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$5,870.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301199

INVOICE # 865867

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301199
TC # 730714

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 02/05/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 02/13/13 | DCL | Prepare summary judgment brief | L120 | .70 hrs |
| 02/14/13 | DCL | Telephone conference with Plaintiff's counsel regarding discovery disputes | L120 | .20 hrs |
| 02/14/13 | DCL | Research law concerning admission into evidence of robo-signing testimony and begin drafting latest version of summary judgment brief | L120 | 2.10 hrs |
| 02/15/13 | DCL | Revise GMACM's Memorandum of Law in support of its Motion for Summary Judgment | L120 | 2.80 hrs |
| 02/15/13 | DCL | Telephone conference with Plaintiff's counsel regarding Plaintiff's request for an extension and potential for settlement | L120 | .30 hrs |
| 02/15/13 | DCL | Draft GMACM's Pre-Trial Memorandum for submission to Judge Bailey | L120 | .90 hrs |
| 02/15/13 | DCL | Analyze correspondence with Jeffrey Stephan's lawyer regarding testimony and witness issues | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER $3,198.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301199

FED ID NO. 63-0243316

| | |
|---|---|
| 02/15/13 Copy Charges | 0.00 |
| 02/15/13 Copy Charges | 0.00 |
| 02/15/13 Copy Charges | 0.00 |
| 02/15/13 Copy Charges | 0.00 |
| 02/15/13 Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 7.50 hrs | 422.00 /hr | 3,165.00 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |
| TOTAL FEES | 7.70 hrs | | $3,198.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$3,198.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301200

INVOICE # 841451

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301200
TC # 730891

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/17/13 | KSA | Draft discovery reminder letter to Jolly regarding overdue discovery responses | L310 | .20 hrs |
| 01/31/13 | KSA | Review correspondence to and from plaintiff and pleadings and emails regarding status to J.Hoy | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER $134.00

| | |
|---|---|
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .50 hrs | 268.00 /hr | 134.00 |
| TOTAL FEES | 0.50 hrs | | $134.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$134.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301200

INVOICE # 865868

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301200
TC # 730891

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | KSA | Review SCRA Section 523 and outline arguments for MSJ | L320 | .30 hrs |
| 02/01/13 | KSA | Draft MSJ and statement of facts in support | L320 | 1.50 hrs |
| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/04/13 | KSA | Draft statement of facts and affidavit in support of motion for summary judgment | L240 | 1.30 hrs |
| 02/07/13 | KSA | Review correspondence, draft and send discovery reminder letter to plaintiff | L310 | .20 hrs |
| 02/07/13 | CSM | Revise draft statement of facts not in dispute and affidavit to be submitted in support of motion for summary judgment | L240 | .80 hrs |
| 02/08/13 | KSA | Edit affidavit and send to J.Hoy for review with comments | L120 | .40 hrs |
| 02/08/13 | KSA | Edit motion for summary judgment brief in support | L240 | .40 hrs |
| 02/13/13 | KSA | Edit affidavit with information regarding late fees after review of payment history and notice provisions | L250 | .50 hrs |

TOTAL FEES FOR THIS MATTER $1,499.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301200

FED ID NO. 63-0243316

02/07/13 Copy Charges 0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 4.70 hrs | 268.00 /hr | 1,259.60 |
| Cory S. Menees | .80 hrs | 300.00 /hr | 240.00 |
| TOTAL FEES | 5.50 hrs | | $1,499.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,499.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301203

INVOICE # 865869

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301203
TC # 731148

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $26.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .10 hrs | 268.00 /hr | 26.80 |
| TOTAL FEES | 0.10 hrs | | $26.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$26.80** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301204

INVOICE # 841453

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301204
TC # 730895

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | HTC | Review correspondence from counsel | L120 | .10 hrs |
| 01/08/13 | JLJ | Review correspondence from M.Weidner | L120 | .30 hrs |
| 01/08/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/09/13 | RPR | Exchange telephone calls with opposing counsel | B110 | .40 hrs |
| 01/09/13 | HTC | Review emails regarding settlement proposal from opposing counsel | L160 | .20 hrs |
| 01/09/13 | RPR | Analyze potential for resolving dispute through stipulated foreclosure | B110 | .50 hrs |
| 01/09/13 | RPR | Review borrower's bankruptcy documents to determine viability of plaintiff's claims | B110 | .50 hrs |
| 01/11/13 | RPR | Exchange phone calls with opposing counsel re settlement of lawsuit | L120 | .30 hrs |
| 01/11/13 | RPR | Exchange multiple calls with trustee re settlement negotiations | L120 | .40 hrs |
| 01/11/13 | RPR | Draft e-mail to trustee confirming settlement offer | L120 | .10 hrs |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap


MARCH 27, 2013

0R0808-301204

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/11/13 | RPR | Exchange calls with client regarding settlement offer | L120 | .30 hrs |
| 01/11/13 | RPR | Exchange calls with counsel for Bank of America re settlement | L120 | .30 hrs |
| 01/14/13 | RPR | Exchange multiple emails with client regarding settlement negotiations | L120 | .30 hrs |
| 01/14/13 | RPR | Exchange multiple phone calls with trustee re settlement negotiations | L120 | .30 hrs |
| 01/14/13 | RPR | Draft email to trustee confirming settlement | L120 | .20 hrs |
| 01/14/13 | HTC | Consider whether to file separate foreclosure action as part of settlement or amend to add foreclosure count as counterclaim in current action | L120 | .10 hrs |
| 01/14/13 | HTC | Revise draft email to opposing counsel regarding settlement | L160 | .10 hrs |
| 01/17/13 | RPR | E-mail with counsel for Bank of America regarding settlement | B110 | .10 hrs |
| 01/20/13 | RPR | Edit settlement agreement | B110 | .50 hrs |
| 01/21/13 | RPR | E-mail with counsel for trust regarding quit claim deed | B110 | .10 hrs |
| 01/23/13 | RPR | Telephone call to opposing counsel regarding settlement papers | B110 | .10 hrs |
| 01/28/13 | RPR | E-mail with borrower's counsel regarding settlement papers | B110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301204

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER $1,309.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .50 hrs | 334.00 /hr | 167.00 |
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Jessica L. Jones | .30 hrs | 224.00 /hr | 67.20 |
| Ryan Robichaux | 4.60 hrs | 224.00 /hr | 1,030.40 |
| TOTAL FEES | 5.70 hrs | | $1,309.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,309.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301204

INVOICE # 865870

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301204
TC # 730895

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | RPR | Edit settlement agreement | B110 | .40 hrs |
| 02/06/13 | JAM | Pull online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/06/13 | RPR | Edit settlement agreement | B110 | 1.50 hrs |
| 02/07/13 | RPR | Email with opposing counsel re settlement agreement | B110 | .20 hrs |
| 02/10/13 | RPR | Edit settlement agreement | B110 | 2.20 hrs |
| 02/12/13 | RPR | Email with opposing counsel regarding settlement agreement | B110 | .20 hrs |
| 02/12/13 | JAM | Emails regarding notice of hearing docketed on January 29, 2013 | L210 | .20 hrs |
| 02/14/13 | RPR | Review e-mail from client regarding new settlement agreement procedures | B110 | .30 hrs |

TOTAL FEES FOR THIS MATTER $1,135.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Ryan Robichaux | 4.80 hrs | 224.00 /hr | 1,075.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301204

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 5.20 hrs | $1,135.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,135.20** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301205

INVOICE # 841454

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301205
TC # 731040

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | JLJ | Analyze transcript of attorney general hearing | L250 | .40 hrs |
| 01/23/13 | JLJ | Review notice of supplemental authority to motion for sanctions | L250 | .30 hrs |
| 01/29/13 | JLJ | Research regarding AG action status in preparation for drafting notice of supplemental evidence | L240B | .50 hrs |
| 01/31/13 | JLJ | Continue drafting notice of supplemental evidentiary submission and prepare to file the same | L250 | .40 hrs |
| 01/31/13 | JLJ | Draft notice of supplemental evidentiary submission | L250 | 1.20 hrs |
| 01/31/13 | HTC | Revise Notice of supplemental authority | L210 | .40 hrs |
| 01/31/13 | JAM | Final review and proof of Defendant's Notice of Recent Orders and Decisions Since November 19, 2012 Hearing on Motion for Sanctions prior to submission to court | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER $805.80



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301205

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .40 hrs | 334.00 /hr | 133.60 |
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Jessica L. Jones | 2.80 hrs | 224.00 /hr | 627.20 |
| TOTAL FEES | 3.50 hrs | | $805.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$805.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301205

INVOICE # 865871

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301205
TC # 731040

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/14/13 | JLJ | Review motion for sanctions and supplemental evidentiary submissions and correspondence with Judge Hopkin's clerk regarding status of motion for sanctions | L250 | .30 hrs |
| 02/26/13 | JLJ | Draft status update regarding case strategy | L120 | .20 hrs |
| 03/08/13 | ERP | Initial review of docket regarding status | L120 | .20 hrs |
| 03/29/13 | MPE | Review of case to determine status regarding Estate or Ocwen and any pending motions to resolve. | L110 | .60 hrs |
| 04/02/13 | JAM | Review online docket for recent case activity and review for recently docketed pleadings | L110 | .20 hrs |
| 04/10/13 | JLJ | Review report and recommendation regarding motion for sanctions and attorneys' fees and strategize regarding the same | L250 | .30 hrs |

TOTAL FEES FOR THIS MATTER $342.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301205

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Emily R. Powell | .20 hrs | 163.00 /hr | 32.60 |
| Jessica L. Jones | .80 hrs | 224.00 /hr | 179.20 |
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |
| TOTAL FEES | 1.80 hrs | | $342.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$342.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301206

INVOICE # 841455

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301206
TC # 705012

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | EAF | Emails with J.Ho regarding review of J.Morley for loan modification and denial of application | L120 | .30 hrs |
| 01/02/13 | EAF | Prepare for appellate argument | L530 | 6.80 hrs |
| 01/03/13 | EAF | Continue preparation for appellate argument | L530 | 6.20 hrs |
| 01/04/13 | EAF | Continue preparation for appellate argument | L530 | 2.30 hrs |
| 01/04/13 | EAF | Present Appellate argument | L530 | 3.50 hrs |
| 01/04/13 | EAF | Prepare email to J.Ho regarding oral argument | L530 | .20 hrs |
| 01/04/13 | SAP | Legal and internet research re judges assigned to appeal | L530 | .50 hrs |
| 01/08/13 | EAF | Prepare status report as follows: Oral argument before the Maryland Court of Special Appeals took place on January 4, 2013. We will now await the Court's decision, which could be issued at anytime within the next year or so. | L120 | .20 hrs |
| 01/17/13 | EAF | Response to email from foreclosure counsel regarding status of case | L120 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301206

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | EAF | Email to Shapiro firm regarding status of case in response to email request | L530 | .20 hrs |

TOTAL FEES FOR THIS MATTER $7,293.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | 19.90 hrs | 358.00 /hr | 7,124.20 |
| Steven A. Pozefsky | .50 hrs | 339.00 /hr | 169.50 |

TOTAL FEES 20.40 hrs $7,293.70

**TOTAL CHARGES FOR THIS INVOICE $7,293.70**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301206

INVOICE # 865872

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301206
TC # 705012

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | AHC | Review docket and draft status report | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER $31.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |
| TOTAL FEES | 0.20 hrs | | $31.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$31.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301207

INVOICE # 841456

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301207
TC # 731077

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/07/13 | JLJ | Draft application for attorneys fees pursuant to court order | L250 | .30 hrs |
| 01/07/13 | JLJ | Correspondence with H.Feinmel regarding court order and agreement regarding attorneys' fees and costs | L250 | .30 hrs |
| 01/08/13 | JLJ | Begin drafting motion for fees | L250 | .40 hrs |
| 01/09/13 | AHC | Review billing file to confirm fees and costs for inclusion in Motion | L210 | .40 hrs |
| 01/09/13 | JLJ | Review docket and filings and order regarding sanctions and continue drafting motion for fees pursuant to court order | L250 | .90 hrs |
| 01/11/13 | JLJ | Revise motion for fees and prepare to file | L250 | .30 hrs |
| 01/11/13 | JAM | Prepare exhibits and final review and revisions to MER's Motion for Attorney Fees and Costs prior to submission to Court | L210 | .40 hrs |
| 01/11/13 | HTC | Revise motion for attorneys' fees | L250 | .70 hrs |
| 01/18/13 | HTC | Revise letter to H.Feinmel pursuant to courtÆs order to meet and confer on fees | L120 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301207

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/24/13 | JLJ | Draft letter to H.Feinmel regarding request for attorneys fees | L160 | .40 hrs |
| 01/24/13 | HTC | Revise letter to Feinmel on fees | L120 | .10 hrs |
| 01/25/13 | JLJ | E-mail correspondence with H.Feinmel regarding payment of attorneys' fees | L160 | .10 hrs |
| 01/28/13 | JLJ | Correspondence with client regarding case status update | L120 | .30 hrs |
| 01/29/13 | JLJ | Review correspondence from client regarding Whitestone Capital | L120 | .20 hrs |
| 01/29/13 | JLJ | Correspondence with H.Feinmel regarding payment of attorneys' fees | L250 | .10 hrs |
| 01/29/13 | JLJ | Correspondence with client for MERS regarding order awarding fees | L250 | .10 hrs |
| 01/29/13 | JLJ | Review order granting attorneys' fees and strategize regarding the same | L250 | .20 hrs |
| 01/29/13 | HTC | Review court order on application for fees and exchange emails with client regarding same | L120 | .10 hrs |
| 01/31/13 | JLJ | Review judgment in favor of MERS | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER $1,286.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301207

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 1.00 hrs | 334.00 /hr | 334.00 |
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Jessica L. Jones | 3.70 hrs | 224.00 /hr | 828.80 |

| | | |
|---|---|---|
| TOTAL FEES | 5.50 hrs | $1,286.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,286.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0808-301210

INVOICE # 840976

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re: 0R0808-301210
TC # 731308

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/22/13 | Copy Charges - OUTSIDE SOURCES - REVENUE COMMISSIONERS OFFICE D LUMSDEN- 01/11/13 Bank ID: CHAR Check Number: 1756 | 565.00 |
| 01/22/13 | Copy Charges - OUTSIDE SOURCES - REVENUE COMMISSIONERS OFFICE A SIMMONS - 01/11/13 Bank ID: CHAR Check Number: 1757 | 565.00 |
| | TOTAL COSTS FOR THIS MATTER | $1,130.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $1,130.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,130.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301210

INVOICE # 841457

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301210
TC # 731308

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/11/13 | MPE | Review file to and telephone call with the State of Connecticut tax division to determine amount of fees due. | L110 | .60 hrs |
| 01/11/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 01/31/13 | DCL | Analyze proposed judgment submitted for filing by local counsel | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER $260.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | .30 hrs | 422.00 /hr | 126.60 |
| Melisa P. Palmer | .80 hrs | 167.00 /hr | 133.60 |

TOTAL FEES 1.10 hrs $260.20

**TOTAL CHARGES FOR THIS INVOICE $260.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301215

INVOICE # 841458

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301215
TC # 731472

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 01/14/13 | AHC | Review docket to determine status of appellate court decision | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $63.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |
| TOTAL FEES | 0.40 hrs | | $63.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$63.20** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301215

INVOICE # 865873

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301215
TC # 731472

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | MJA | Review ruling by appellate court affirming judgment | L510 | .20 hrs |
| 02/01/13 | JJE | Email with client attaching appellate decision affirming client's foreclosure judgment and advising client regarding same and time frames for challenging same | L510 | .40 hrs |
| 02/01/13 | AHC | Draft correspondence to client for attorney review | L190 | .10 hrs |
| 02/05/13 | AHC | Review docket and file to confirm representation information, draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 02/15/13 | AHC | Review docket to determine status of appellant's motion for rehearing or mandate | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER $290.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Marc J. Ayers | .20 hrs | 317.00 /hr | 63.40 |
| Alecia H. Cockrell | .70 hrs | 158.00 /hr | 110.60 |
| Joycelyn J. Eason | .40 hrs | 290.00 /hr | 116.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
APRIL 30, 2013

0R0808-301215

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 1.30 hrs | $290.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$290.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301216

INVOICE # 841459

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301216
TC # 731516

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JAM | Review emails regarding status of case and litigation strategy, including reply to Plaintiff's Objection to Magistrate's Report and Recommendation | L210 | .40 hrs |
| 01/08/13 | JLJ | Review court order and begin drafting application for attorney's fees pursuant to court order | L250 | .60 hrs |
| 01/09/13 | JLJ | Continue drafting motion for fees and costs | L250 | 1.10 hrs |
| 01/09/13 | JLJ | Review notice of appeal | L250 | .10 hrs |
| 01/09/13 | HTC | Review notice of appeal | L210 | .10 hrs |
| 01/09/13 | AHC | Review billing file to confirm fees and costs for inclusion in Motion | L210 | .40 hrs |
| 01/10/13 | AHC | Final revisions to Motion for Attorneys Fees with exhibits | L250 | .60 hrs |
| 01/11/13 | JLJ | Revise motion for fees | L250 | .50 hrs |
| 01/11/13 | HTC | Revise motion for attorneys' fees | L250 | .70 hrs |
| 01/11/13 | JAM | Prepare exhibits and final review and revisions to MERS's Motion for Attorney Fees and Costs prior to submission to Court | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301216

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | JLJ | Analyze orders regarding motion for attorney's fees | L250 | .50 hrs |
| 01/16/13 | AHC | Conference with clerk of court regarding appeal package to USCA | L110 | .30 hrs |
| 01/17/13 | JLJ | Analyze Fidelity notice of appeal of order regarding motion for sanctions | L250 | .40 hrs |
| 01/17/13 | JLJ | Analyze motions for fees and work on amendments to the same | L250 | .30 hrs |
| 01/18/13 | JLJ | Research regarding proof required in Florida for prevailing market rate for attorneys' fees and proof of hours expended | L250 | .70 hrs |
| 01/18/13 | JLJ | Draft affidavit of H.Cannon and draft amended motion for attorney's fees and costs | L250 | 1.40 hrs |
| 01/18/13 | JLJ | Research Eleventh Circuit rules and law regarding premature notice of appeal and case strategy and draft memorandum regarding the same | C300 | 1.10 hrs |
| 01/18/13 | JLJ | Telephone, e-mail and written correspondence with H.Feinmel pursuant to 3.01(g) and amount of attorneys' fees | L250 | .50 hrs |
| 01/21/13 | HTC | Revise motion for attorneysÆ fees | L250 | .90 hrs |
| 01/22/13 | JLJ | Research regarding federal lodestar approach to awarding fees, Laffrey Matrix, and requirement of expert affidavits to prove reasonable rates and draft memorandum regarding the same | L250 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301216

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | JLJ | Revise motion for fees and affidavit in support | L250 | .40 hrs |
| 01/22/13 | MJA | Research on jurisdiction and finality question for possible motion to dismiss appeal | L510 | .80 hrs |
| 01/23/13 | JLJ | Review invoices and research regarding disclosure in bankruptcy and continue drafting revised motion for attorney's fees | L250 | .50 hrs |
| 01/24/13 | JLJ | Phone correspondence with H.Feinmel regarding attorneys' fees payable | L250 | .30 hrs |
| 01/24/13 | HTC | Revise letter to Feinmel on fees | L120 | .10 hrs |
| 01/25/13 | JLJ | Send letter to H.Feinmel regarding payment of attorneys' fees | L160 | .10 hrs |
| 01/29/13 | JLJ | Correspondence with H.Feinmel regarding payment of attorneys' fees | L160 | .10 hrs |
| 01/29/13 | JLJ | Review notice from court of appeals regarding filing fees | L250 | .10 hrs |
| 01/29/13 | JLJ | Plan and prepare to draft supplemental request for attorneys' fees | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER $3,368.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301216

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 01/22/13 | Copy Charges | 0.00 |
| 01/22/13 | Copy Charges | 0.00 |
| 01/23/13 | Copy Charges | 0.00 |
| 01/18/13 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 01/22/13 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 1.80 hrs | 334.00 /hr | 601.20 |
| Marc J. Ayers | .80 hrs | 317.00 /hr | 253.60 |
| Alecia H. Cockrell | 1.30 hrs | 158.00 /hr | 205.40 |
| Jamie Mathews | .90 hrs | 150.00 /hr | 135.00 |
| Jessica L. Jones | 9.70 hrs | 224.00 /hr | 2,172.80 |
| TOTAL FEES | 14.50 hrs | | $3,368.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$3,368.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301216

INVOICE # 865874

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301216
TC # 731516

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | JLJ | Continue drafting amended motion for attorneys' fees and costs supplementing with data regarding additional attorney time and paralegal time and additional case law and arguments in support of amount of fees | L250 | 2.30 hrs |
| 02/01/13 | JLJ | Research regarding reasonable attorneys' fees and reasonable rates for paralegal in preparation for drafting revised motion for attorneys' fees | L250 | .60 hrs |
| 02/05/13 | HTC | Revise amended motion for attorneys' fees and affidavit | L250 | .50 hrs |
| 02/06/13 | JLJ | Analyze amended motion for attorneys fees and affidavit and revise the same | L250 | .40 hrs |
| 02/08/13 | JLJ | Revise amended motion for attorneys' fees, citation check of case law, and review exhibits in preparation for filing amended motion for attorneys fees | L250 | .70 hrs |
| 02/15/13 | JLJ | Review appeal docket regarding status of fee payment | L250 | .40 hrs |

TOTAL FEES FOR THIS MATTER $1,152.60



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301216

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 02/01/13 | Copy Charges | 0.00 |
| 02/08/13 | Copy Charges | 0.00 |
| 02/01/13 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .50 hrs | 334.00 /hr | 167.00 |
| Jessica L. Jones | 4.40 hrs | 224.00 /hr | 985.60 |
| TOTAL FEES | 4.90 hrs | | $1,152.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,152.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301218

INVOICE # 841460

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301218
TC # 731473

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/08/13 | JAM | Analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/15/13 | RPR | Exchange e-mails with client regarding case status | B110 | .30 hrs |
| 01/28/13 | JLJ | Correspondence with client regarding case status update | C300 | .20 hrs |
| 01/28/13 | RPR | E-mail with counsel for MERS regarding status update | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $201.80

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/30/13 | Filing Fees - BUSINESS CARD BROWARD CLERKS 1-12-13<br>Bank ID: GENR Check Number: 105883 | 5.00 |
| 01/30/13 | Filing Fees - BUSINESS CARD BRPWARD CLERKS 1-24-13<br>Bank ID: GENR Check Number: 105883 | 1.11 |

TOTAL COSTS FOR THIS MATTER $6.11



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301218

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Jessica L. Jones | .20 hrs | 224.00 /hr | 44.80 |
| Ryan Robichaux | .50 hrs | 224.00 /hr | 112.00 |
| TOTAL FEES | 1.00 hrs | | $201.80 |
| TOTAL EXPENSES | | | $6.11 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$207.91** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301219

INVOICE # 841461

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301219
TC # 731540

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |

TOTAL FEES FOR THIS MATTER $25.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| P. Max Smith | .10 hrs | 255.00 /hr | 25.50 |
| TOTAL FEES | 0.10 hrs | | $25.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$25.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301219

INVOICE # 865875

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301219
TC # 731540

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |

TOTAL FEES FOR THIS MATTER $25.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| P. Max Smith | .10 hrs | 255.00 /hr | 25.50 |
| TOTAL FEES | 0.10 hrs | | $25.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$25.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301220

INVOICE # 841462

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301220
TC # 731502

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 01/07/13 | JHP | Review Appellant's First Supplemental Motion to Petition in Error and Amended Opening Brief | L510 | .30 hrs |
| 01/07/13 | MJA | Research amended opening brief filing | L510 | .10 hrs |
| 01/08/13 | AHC | Receipt and initial review of First Supplemental Motion to Petition in Error and Amended Opening Brief including creating basic timeline of foreclosure events and cross-reference with allegations in Amended Brief relevant to bankruptcy filings | L520 | 1.30 hrs |
| 01/10/13 | ERP | Initial review of bankruptcy cases regarding Appellant's Combined First Supplemental Motion to Petition in Error and Amended Opening Brief | L120 | 1.70 hrs |
| 01/22/13 | BG | Communicatinos with the clerkÆs office regarding designation of the record on appeal | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | AHC | Review correspondence from district court clerk regarding documents requested in counter-designation of record on appeal and cross-reference with file documents to determine documents needed | L510 | 1.00 hrs |
| 01/25/13 | MJA | Research on record on appeal status and case background | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $911.40

| | |
|---|---|
| 01/09/13 Copy Charges | 0.00 |
| 01/09/13 Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .30 hrs | 317.00 /hr | 95.10 |
| Alecia H. Cockrell | 2.60 hrs | 158.00 /hr | 410.80 |
| Emily R. Powell | 1.70 hrs | 163.00 /hr | 277.10 |
| Jon H. Patterson | .30 hrs | 290.00 /hr | 87.00 |
| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |

TOTAL FEES 5.10 hrs $911.40

**TOTAL CHARGES FOR THIS INVOICE $911.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301220

INVOICE # 865876

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301220
TC # 731502

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | MJA | Research on status of counter-designation of record on appeal | L510 | .40 hrs |
| 02/01/13 | MJA | Call to J.Salas in Oklahoma court clerk's office on record on appeal issue | L510 | .20 hrs |
| 02/01/13 | AHC | Correspondence to clerk of court regarding counter-designation of record | L510 | .20 hrs |
| 02/05/13 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 02/05/13 | BG | Notice from the Court regarding counter designation of record | L190 | .10 hrs |
| 02/06/13 | MJA | Research on counter-designation issue regarding record on appeal for response to Oklahoma Supreme Court | L510 | .30 hrs |
| 02/06/13 | AHC | Review trial court and appellate court dockets to determine status of Notice of Completion of Record | L510 | .30 hrs |
| 02/06/13 | AHC | Draft revisions to Status Update Regarding Counter-Designation of Record for attorney review and correspondence to appellant regarding same | L510 | .80 hrs |

TOTAL FEES FOR THIS MATTER $558.80



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
APRIL 30, 2013

0R0808-301220

FED ID NO. 63-0243316

| | |
|---|---|
| 02/06/13 Copy Charges | 0.00 |
| 02/07/13 Express Mail/Fedex | 0.00 |
| 02/07/13 Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .90 hrs | 317.00 /hr | 285.30 |
| Alecia H. Cockrell | 1.60 hrs | 158.00 /hr | 252.80 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |
| TOTAL FEES | 2.60 hrs | | $558.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$558.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301225

INVOICE # 841463

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301225
TC # 731586

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | CSM | Draft case status report | B110 | .10 hrs |
| 01/04/13 | CSM | Emails with client and foreclosure counsel regarding strategy for prosecution of foreclosure given HOA's foreclosure and sale of property to third party during pendency of action to foreclose mortgage lien | L190 | .20 hrs |
| 01/07/13 | CSM | Emails with client and foreclosure counsel regarding strategy for prosecution of foreclosure action given purchase of property by third party | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER $180.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .60 hrs | 300.00 /hr | 180.00 |
| TOTAL FEES | 0.60 hrs | | $180.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$180.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301225

INVOICE # 865877

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301225
TC # 731586

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $29.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .10 hrs | 295.00 /hr | 29.50 |
| TOTAL FEES | 0.10 hrs | | $29.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$29.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301226

INVOICE # 841464

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301226
TC # 731597

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding Appellant brief | L190 | .10 hrs |
| 01/03/13 | ABB | Review Brief and update pleadings regarding same | L110 | .10 hrs |
| 01/03/13 | BG | Initial review of Appellee Brief, evaluate arguments for Reply Brief, and calendar deadlines for the same | L520 | .30 hrs |
| 01/04/13 | BG | Evaluate response to new arguments contained in appellee brief | L120 | .50 hrs |
| 01/04/13 | BG | Begin drafting reply to appellee brief | L520 | .50 hrs |
| 01/04/13 | LADA | Review of brief by opposing counsel, including analysis of reply deadline | L190 | .50 hrs |
| 01/07/13 | BG | Finish drafting reply to appellee brief | L520 | 4.70 hrs |
| 01/14/13 | BG | Produce appendix to reply brief | L210 | .20 hrs |
| 01/14/13 | BG | Finalize and file reply brief | L210 | .30 hrs |
| 01/14/13 | AHC | Final review and revisions to Reply to Appellee's Brief | L520 | .60 hrs |
| 01/15/13 | BG | Conversation with clerk of court about attachments to reply brief and evaluate need to file motion for leave to supplement | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301226

FED ID NO. 63-0243316

| | | |
|---|---|---|
| | TOTAL FEES FOR THIS MATTER | $1,597.20 |
| 01/03/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/14/13 | Computerized Legal Research-Westlaw Westlaw User: GOODSELL,BLAKE | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .60 hrs | 158.00 /hr | 94.80 |
| Allison Burke | .10 hrs | 158.00 /hr | 15.80 |
| Blake Goodsell | 6.80 hrs | 207.00 /hr | 1,407.60 |
| Lucinda Kish | .50 hrs | 158.00 /hr | 79.00 |
| TOTAL FEES | 8.00 hrs | | $1,597.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,597.20** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301226

INVOICE # 865878

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301226
TC # 731597

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | BG | Draft status report regarding briefing and pending decision on appeal | L190 | .10 hrs |
| 02/13/13 | BG | Correspondence with foreclosure counsel regarding status of appeal and similar arguments before the same court | L120 | .10 hrs |
| 02/13/13 | BG | Correspondence with foreclosure counsel regarding status of appeal and similar arguments before the same court | L120 | .10 hrs |
| 02/15/13 | BG | Review correspondence from the Louisiana disciplinary board regarding pro hac vice motion | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $82.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .40 hrs | 207.00 /hr | 82.80 |
| TOTAL FEES | 0.40 hrs | | $82.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$82.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301227

INVOICE # 841465

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301227
TC # 731718

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/04/13 | KK | E-mail foreclosure counsel regarding transfer of outstanding pleadings necessary to finalize review and analysis | L110 | .10 hrs |
| 01/07/13 | JJE | Review and analyze loan file, pleadings to determine if affirmative defenses and counterclaims expose the client to any liability | C300 | 3.30 hrs |
| 01/10/13 | JJE | Draft analysis and review of the first 3 affirmative defenses -- comparing and contrasting various versions of affirmative defenses and counterclaims as filed with the court | C300 | 3.20 hrs |
| 01/10/13 | KK | E-mail to foreclosure counsel regarding outstanding pleadings necessary for complete review of file | L110 | .10 hrs |
| 01/16/13 | JJE | Complete initial draft analysis and review of loan file, noting missing information needed to defend against affirmative defenses as asserted by the borrower | C300 | 3.30 hrs |
| 01/16/13 | KK | Review client documents and letters sent to borrower in effort to analyze merits of alleged affirmative defenses and finalize analysis | L110 | .50 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301227

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/16/13 | KK | Research docket to determine recent activity and status of case | L110 | .10 hrs |
| 01/17/13 | KK | Edit timeline in effort to move review and analysis forward and send to client with recommendation | L110 | .20 hrs |
| 01/18/13 | CWH | Analyze foreclosure pleadings and review and revise advisory memo to client on same | L120 | .50 hrs |
| 01/22/13 | JJE | Research of Florida case law regarding violation of TILA by failing to provide a copy of the Consumer Handbook on Adjustable Rate Mortgages | C300 | .90 hrs |
| 01/23/13 | KK | Research TILA rules and regulations in conjunction with analysis of alleged affirmative defense in matter | L110 | .20 hrs |
| 01/28/13 | JJE | Revise analysis of loan file incorporating research of all state and federal cases regarding alleged violation of TILA | L510 | 1.40 hrs |
| 01/30/13 | KK | Review docket to confirm no recent activity in case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $3,894.90

| | |
|---|---|
| 01/16/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/17/13 Copy Charges | 0.00 |
| 01/18/13 Copy Charges | 0.00 |
| 01/18/13 Copy Charges | 0.00 |
| 01/18/13 Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301227

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| 01/28/13 | Computerized Legal Research-Westlaw Westlaw<br>User: EASON,JO | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Joycelyn J. Eason | 12.10 hrs | 290.00 /hr | 3,509.00 |
| Kerry Keane | 1.30 hrs | 158.00 /hr | 205.40 |
| | | | |
| TOTAL FEES | 13.90 hrs | | $3,894.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$3,894.90** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301227

INVOICE # 865879

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301227
TC # 731718

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/08/13 | KK | Review docket to determine if trial has been set per Miami-Dade County administrative order | L110 | .20 hrs |
| 02/11/13 | KK | E-mails and telephone calls with foreclosure counsel regarding outstanding pleadings necessary for review of file | L110 | .50 hrs |
| 02/12/13 | KK | Research docket to determine status of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $142.20

02/15/13 Copy Charges 0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | .90 hrs | 158.00 /hr | 142.20 |
| TOTAL FEES | 0.90 hrs | | $142.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$142.20** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301230

INVOICE # 841466

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301230
TC # 731941

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | SAP | Analyze memorandum opinion and order granting motion to dismiss and correspond with clients re same | L240 | .50 hrs |

TOTAL FEES FOR THIS MATTER $169.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Steven A. Pozefsky | .50 hrs | 339.00 /hr | 169.50 |
| TOTAL FEES | 0.50 hrs | | $169.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$169.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301230

INVOICE # 865880

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301230
TC # 731941

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/06/13 | AHC | Draft status report | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER $15.80

| | |
|---|---|
| 02/11/13 Copy Charges | 0.00 |
| 02/12/13 Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .10 hrs | 158.00 /hr | 15.80 |
| TOTAL FEES | 0.10 hrs | | $15.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$15.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301232

INVOICE # 841467

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301232
TC # 731754

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/22/13 | MSW | Prepare for and attend hearing motion for summary judgment | L240 | 1.80 hrs |
| 01/22/13 | LADA | Draft order on motion for summary judgment | L210 | .80 hrs |
| 01/23/13 | MSW | Draft proposed order and exchange messages with opposing counsel | L240 | .30 hrs |
| 01/25/13 | LADA | Telephone conference with judicial assistant regarding proposed order | L190 | .40 hrs |
| 01/28/13 | LADA | Review correspondence from Judge's assistant regarding judicial review of proposed order | L190 | .30 hrs |
| 01/29/13 | LADA | Finalize order regarding summary judgment hearing in accordance with master-in-equity's submission requirements | L250 | .80 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $1,062.60

| | |
|---|---|
| 01/07/13 Copy Charges | 0.00 |
| 01/22/13 Copy Charges | 0.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301232

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | 2.30 hrs | 304.00 /hr | 699.20 |
| Lucinda Kish | 2.30 hrs | 158.00 /hr | 363.40 |
| TOTAL FEES | 4.60 hrs | | $1,062.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,062.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301232

INVOICE # 865881

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301232
TC # 731754

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/13/13 | LADA | Finalize memorandum regarding resolution of matter for submittal to client | L190 | .80 hrs |

TOTAL FEES FOR THIS MATTER $126.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lucinda Kish | .80 hrs | 158.00 /hr | 126.40 |
| TOTAL FEES | 0.80 hrs | | $126.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$126.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301233

INVOICE # 865882

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301233
TC # 731805

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/05/13 | KK | E-mails and telephone call with foreclosure counsel regarding status of case and procedure going forward | L110 | .20 hrs |
| 02/05/13 | NSR | Review, analyze, and respond to e-mail from default counsel regarding loan history and origination | L120 | .40 hrs |
| 02/06/13 | NSR | Exchange e-mails with default counsel regarding litigation strategy for foreclosure | L120 | .20 hrs |
| 02/06/13 | KK | Research and review docket to determine status of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $232.40

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Nader Raja | .60 hrs | 282.00 /hr | 169.20 |
| Kerry Keane | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES 1.00 hrs $232.40

**TOTAL CHARGES FOR THIS INVOICE $232.40**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0808-301234

INVOICE # 840977

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re: 0R0808-301234
TC # 731895

EXPENSES

| | | |
|---|---|---|
| 01/15/13 | Mediation Fee - WRIGHT & GREENHILL, P. C. GG MEDIATION FEE OF APRIL GOLDSTON VS ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND BILLY DEAN BURNETT Bank ID: GENR Check Number: 105205 | 650.00 |
| | TOTAL COSTS FOR THIS MATTER | $650.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $650.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$650.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301234

INVOICE # 841469

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301234
TC # 731895

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | RK | Conference with attorney for insurance company regarding potential settlement | L120 | .90 hrs |
| 01/02/13 | RK | Revise proposed assignment | L120 | 1.00 hrs |
| 01/02/13 | GWG | Research state law regarding assignments of liens | L120 | 2.00 hrs |
| 01/02/13 | GWG | Call with K. Crouch regarding possible settlement of intervenor claim | L160 | .30 hrs |
| 01/03/13 | RK | Review insurance policy regarding partial transfers of the loan and coverage for | L120 | .80 hrs |
| 01/08/13 | MST | Review correspondence from mediator regarding mediation and update file regarding same | L110 | .30 hrs |
| 01/11/13 | GWG | Work on assignment of lien and correspondence with K. Crouch and client regarding same | L160 | .80 hrs |
| 01/11/13 | RK | Conference regarding proposed settlement from insurance company | L120 | .80 hrs |
| 01/11/13 | RK | Revise proposed assignment to insurance company | L120 | .40 hrs |
| 01/14/13 | RK | Conference with attorney for insurance company regarding assignment | L120 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301234

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | RK | Conference with R.Wall regarding assignment and production of loan file | L120 | .20 hrs |
| 01/15/13 | SPM | Research Texas Rules of Civil Procedure Rule 162 regarding non-suits | L120 | 1.50 hrs |
| 01/15/13 | GWG | Research state law regarding service of process after an intervenor has non-suited its claim | L120 | 1.00 hrs |
| 01/16/13 | GWG | Analyze timing regarding mediation, non-suit of GMAC's claim in intervention, and responses to Allstate's discovery requests | L120 | .90 hrs |
| 01/24/13 | GWG | Review Allstate's requests for production and begin preparation of responses to same | L310 | .40 hrs |
| 01/25/13 | GWG | Edit assignment of lien | L160 | .40 hrs |
| 01/25/13 | RK | Review opposing counsel's draft of proposed assignment | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $3,085.50

01/15/13 Computerized Legal Research-Westlaw Westlaw User: MOBLEY,SPENCER 0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .30 hrs | 158.00 /hr | 47.40 |
| Graham W. Gerhardt | 5.80 hrs | 312.00 /hr | 1,809.60 |
| Riley Key | 4.50 hrs | 207.00 /hr | 931.50 |
| Spencer Mobley | 1.50 hrs | 198.00 /hr | 297.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301234

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 12.10 hrs | $3,085.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$3,085.50** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301234

INVOICE # 865883

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301234
TC # 731895

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | RK | Draft status report to client | L120 | .10 hrs |
| 02/04/13 | GWG | Correspondence with client and counsel for Allstate regarding execution of lien assignment | L120 | .20 hrs |
| 02/05/13 | MST | Finalize notice of non-suit and prepare for filing and service | L210 | .50 hrs |
| 02/05/13 | MST | Correspondence to opposing counsel attaching notice of non-suit | L140 | .40 hrs |
| 02/05/13 | GWG | Research procedure for and draft non-suit without prejudice of GMAC's claim in intervention | L210 | 1.20 hrs |
| 02/05/13 | RK | Conference regarding assignment | L120 | .90 hrs |
| 02/05/13 | RK | Conference regarding payment of attorney's fees to borrower's attorney | L120 | .50 hrs |
| 02/06/13 | RK | Review petition filed against GMAC by borrower | L120 | .50 hrs |
| 02/06/13 | RK | Review client documents in preparation for production to insurance company | L120 | 2.20 hrs |
| 02/06/13 | MST | Analyze docket sheet to determine if notice of nonsuit was docketed and update pleadings file regarding same | L210 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301234

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/06/13 | HEA | Review claim by attorney for lien based on claim of common fund | L190 | .50 hrs |
| 02/06/13 | GWG | Review plaintiff's amended petition and research effect of same on GMAC's nonsuit of the case | L210 | 1.70 hrs |
| 02/06/13 | GWG | Correspondence with K. Crouch regarding plaintiff's the mediation and the claims in plaintiff's amended petition | L120 | .50 hrs |
| 02/06/13 | SPM | Research ability of an attorney to claim insurance proceeds over mortgagee's priority | L120 | 1.20 hrs |
| 02/07/13 | SPM | Research Texas law on the superiority of attorneys liens | L120 | 2.00 hrs |
| 02/07/13 | GWG | Legal research regarding plaintiff's ability to assert claims against a party that has non-suited its affirmative claims for relief | L210 | .60 hrs |
| 02/08/13 | SPM | Analyze law on attorney's fees and insurance proceeds to determine best argument for summary judgment | L120 | .20 hrs |
| 02/08/13 | SPM | Draft summary judgment response to plaintiff's claims to a portion of the insurance proceeds as a contingency fee | L240 | 1.70 hrs |
| 02/13/13 | SPM | Research effect of a non suit on any pending discovery filed in the case | L120 | .10 hrs |
| 02/13/13 | RK | Review document production for information that needs to be redacted | L320 | .90 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301234

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/14/13 | GWG | Prepare loan file for production to Allstate | L140 | 1.50 hrs |
| 02/14/13 | SPM | Continued research regarding the effect of a non suit on any pending discovery filed in the case | L120 | 1.00 hrs |
| 02/15/13 | SPM | Analyze the implications of not responding to discovery requests after GMAC has nonsuited their intervention | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $4,418.10

| | | |
|---|---|---|
| 02/06/13 | Computerized Legal Research-Westlaw Westlaw User: MOBLEY,SPENCER | 0.00 |
| 02/06/13 | Computerized Legal Research-Westlaw Westlaw User: MOBLEY,SPENCER | 0.00 |
| 02/07/13 | Computerized Legal Research-Westlaw Westlaw User: MOBLEY,SPENCER | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.10 hrs | 158.00 /hr | 173.80 |
| Hall Eady | .50 hrs | 286.00 /hr | 143.00 |
| Graham W. Gerhardt | 5.70 hrs | 312.00 /hr | 1,778.40 |
| Riley Key | 5.10 hrs | 207.00 /hr | 1,055.70 |
| Spencer Mobley | 6.40 hrs | 198.00 /hr | 1,267.20 |
| TOTAL FEES | 18.80 hrs | | $4,418.10 |

**TOTAL CHARGES FOR THIS INVOICE** **$4,418.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301235

INVOICE # 841470

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301235
TC # 731975

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | CSM | Drafted case status report | B110 | .10 hrs |
| 01/11/13 | CSM | Review and respond to email from title company claims counsel regarding information and documents needed in support of claim | L190 | .10 hrs |
| 01/15/13 | CSM | Respond to initial title company response to title claim | L190 | .30 hrs |
| 01/15/13 | CSM | Emails with client regarding initial title company response to title claim | C400 | .10 hrs |
| 01/26/13 | CSM | Email to title insurer's claims counsel regarding information and documents requested in support of claim | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER $210.00

01/02/13 Express Mail/Fedex 0.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cory S. Menees | .70 hrs | 300.00 /hr | 210.00 |
| TOTAL FEES | 0.70 hrs | | $210.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301235

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$210.00**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301235

INVOICE # 865884

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301235
TC # 731975

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CSM | Emails with client regarding documents requested by title insurer in support of title claim | L190 | .10 hrs |
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
| 02/05/13 | CSM | Review loan origination file | L190 | .30 hrs |
| 02/05/13 | CSM | Email to title company claims administrator regarding documents requested in support of claim | C400 | .10 hrs |

TOTAL FEES FOR THIS MATTER $180.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .60 hrs | 300.00 /hr | 180.00 |
| TOTAL FEES | 0.60 hrs | | $180.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$180.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301242

INVOICE # 841471

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301242
TC # 732980

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | ACRA | Draft status report | L190 | .20 hrs |
| 01/09/13 | JHP | Emails and phone calls to/from counsel for borrower to request discovery extension and to provide reinstatement and repurchase amounts for possible settlement and to discuss discovery extension and Rule 11 Agreement regarding same | L160 | .50 hrs |
| 01/09/13 | ACRA | Draft rule 11 agreement letter to extend deadline for discovery responses | L390 | .70 hrs |
| 01/10/13 | ABB | Finalize Rule 11 Agreement and prepare same for filing with the Court and for service upon parties | L110 | .30 hrs |
| 01/10/13 | ACRA | Analyze settlement offers from borrower to determine course of action | L120 | .40 hrs |
| 01/10/13 | ACRA | Draft email to client discussing settlements offers from borrower | L160 | .70 hrs |
| 01/10/13 | JHP | Email from counsel for borrower enclosing signed Rule 11 Agreement and concerning settlement demand of borrowers; emails to/from borrower to discuss same | L160 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301242

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | ABB | Re-calendar information and deadlines pertaining to discovery pursuant to communications with counsel | L110 | .20 hrs |
| 01/14/13 | ACRA | Discuss settlement options with s.mcginnis | L160 | .30 hrs |
| 01/16/13 | ACRA | Review and analyze settlement offer from opposing counsel and notify counsel of offer | L160 | .70 hrs |
| 01/16/13 | ACRA | Draft responses to interrogatories and requests for admission | L310 | 2.90 hrs |
| 01/16/13 | JHP | Revise interrogatory responses and responses to requests for admission | L310 | .60 hrs |
| 01/17/13 | ABB | Additional compilation and bates-labeling regarding borrower's account history in order to produce the same | L110 | .60 hrs |
| 01/17/13 | ABB | Research in order to locate Denton County foreclosure case filed in the spring of 2012 and assimilation and compilation of court file obtained | L110 | .70 hrs |
| 01/17/13 | ABB | Analysis of communications pertaining to possible settlement | L110 | .20 hrs |
| 01/17/13 | ACRA | Draft email to client discussing responses to interrogatories and requests for admission | L310 | .30 hrs |
| 01/17/13 | ACRA | Discuss settlement offer and interrogatory responses on call with s.mcginnis | L160 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301242

FED ID NO. 63-0243316

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/17/13 | ACRA | Review settlement offer and counteroffer and draft email to d.gonzales relaying counteroffer | L160 | .90 hrs |
| 01/17/13 | JHP | Email to counsel for plaintiff to convey settlement response of client to borrower's settlement demand | L160 | .20 hrs |
| 01/17/13 | JHP | Emails with foreclosure counsel to discuss status of foreclosure lawsuit | L160 | .20 hrs |
| 01/21/13 | JHP | Review email from borrower's counsel making counter-offer for settlement | L160 | .20 hrs |
| 01/23/13 | ACRA | Draft email to s.mcginnis discussing terms of settlement counteroffer | L160 | .20 hrs |
| 01/23/13 | ACRA | Draft email to plaintiff's attorney responding to recent terms of settlement counteroffer | L160 | .20 hrs |
| 01/23/13 | ACRA | AnalyzeTexas law to determine effect of error in assignment of mortgage and steps necessary to correct error | L120 | .50 hrs |
| 01/23/13 | JHP | Email to borrower's counsel responding to settlement offer and making counter-offer | L160 | .10 hrs |
| 01/24/13 | ACRA | Analyze issues regarding errors in the assignment of mortgage and the steps needed to correct those errors | L120 | .80 hrs |
| 01/29/13 | JHP | Review email from borrower's counsel with counter-offer on settlement | L160 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301242

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | ACRA | Analyze counteroffer and draft email to client to discuss counteroffer | L160 | .30 hrs |
| 01/30/13 | ACRA | Draft email to outline counteroffer to proposed settlement terms | L160 | .30 hrs |
| 01/31/13 | ACRA | Discuss with foreclosure counsel the status of correcting clerical error in assignment of mortgage | L120 | .10 hrs |
| 01/31/13 | ACRA | Discuss with client the status of the settlement agreement | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $2,914.20

EXPENSES

| | | |
|---|---|---|
| 01/30/13 | Filing Fees - BUSINESS CARD TX ONLINE 1-10-13 Bank ID: GENR Check Number: 105883 | 14.06 |

TOTAL COSTS FOR THIS MATTER $14.06

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 2.00 hrs | 158.00 /hr | 316.00 |
| Jon H. Patterson | 2.20 hrs | 290.00 /hr | 638.00 |
| Ann Craft | 9.90 hrs | 198.00 /hr | 1,960.20 |

| | | |
|---|---|---|
| TOTAL FEES | 14.10 hrs | $2,914.20 |
| TOTAL EXPENSES | | $14.06 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 5
MARCH 27, 2013

0R0808-301242

FED ID NO. 63-0243316

---

| TOTAL CHARGES FOR THIS INVOICE | $2,928.26 |
| --- | --- |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301243

INVOICE # 841472

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301243
TC # 733014

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JAM | Review emails regarding status of litigation and case strategy regarding Motion for Summary Judgment | L210 | .10 hrs |
| 01/03/13 | JLJ | Review court order requiring retention of counsel and strategize regarding the same | L250 | .20 hrs |
| 01/17/13 | JLJ | Review order regarding new counsel and strategize regarding dismissal | L250 | .20 hrs |
| 01/22/13 | JLJ | Review filing notice regarding sua sponte discovery order and strategize regarding the same | L250 | .20 hrs |
| 01/23/13 | JLJ | Review motion to dismiss and notice of removal and draft motion to renew motion to dismiss regarding Cambridge's failure to obtain counsel and recent orders regarding sanctions | L250 | 1.40 hrs |
| 01/23/13 | JLJ | Analyze sua sponte discovery order | L250 | .30 hrs |
| 01/23/13 | JAM | Revised Renewed Motion to Dismiss as to exhibit references | L210 | .30 hrs |
| 01/23/13 | JAM | Assemble exhibits (A-I) to Renewed Motion to Dismiss and prepare in format required for electronic ECF filing | L210 | 1.40 hrs |
| 01/23/13 | HTC | Revise renewed motion to dismiss | L250 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301243

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | AHC | Research SEC web site regarding administrative order imposing sanctions in the matter of R.Vitale | L110 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER $1,043.40

EXPENSES

01/30/13 Filing Fees - BUSINESS CARD BROWARD CLERKS 1-12-13
Bank ID: GENR Check Number: 105883 — 5.00

TOTAL COSTS FOR THIS MATTER $5.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hope Cannon | .30 hrs | 334.00 /hr | 100.20 |
| Alecia H. Cockrell | 1.00 hrs | 158.00 /hr | 158.00 |
| Jamie Mathews | 1.80 hrs | 150.00 /hr | 270.00 |
| Jessica L. Jones | 2.30 hrs | 224.00 /hr | 515.20 |

| | | |
|---|---|---|
| TOTAL FEES | 5.40 hrs | $1,043.40 |
| TOTAL EXPENSES | | $5.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,048.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301244

INVOICE # 841473

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301244
TC # 697317

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/10/13 | JHP | Emails to/from client contact and to/from eviction counsel to discuss status and strategy | L120 | .40 hrs |
| 01/21/13 | JHP | Email from foreclosure counsel requesting update on efforts to resolve case given pending trial date | L120 | .10 hrs |
| 01/22/13 | JHP | Emails to/from client and to/from foreclosure counsel to discuss status of settlement discussions with borrower | L120 | .20 hrs |
| 01/22/13 | JHP | Emails to/from client to discuss finalizing settlement and strategy and emails to/from eviction counsel regarding same | L160 | .40 hrs |
| 01/22/13 | JHP | Emails to/from counsel for borrower to discuss settlement | L160 | .10 hrs |
| 01/23/13 | JHP | Emails to/from client and to/from local counsel to discuss and confirm settlement of case | L160 | .20 hrs |
| 01/23/13 | JHP | Emails to/from counsel for borrower to confirm terms of settlement agreement | L160 | .10 hrs |
| 01/24/13 | JHP | Emails to/from foreclosure counsel to discuss settlement and requesting copy of note and mortgage | L160 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301244

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/24/13 | JHP | Draft settlement agreement | L160 | 2.00 hrs |
| 01/25/13 | JHP | Email to client enclosing copy of settlement agreement for review and approval | L160 | .10 hrs |
| 01/25/13 | JHP | Email to client enclosing copy of settlement agreement and requesting review and approval | L160 | .10 hrs |
| 01/30/13 | JHP | Edit settlement agreement with additional language of protection concerning quit claim deed by client | L160 | .30 hrs |
| 01/30/13 | JHP | Emails to/from client contact P.Stokes to confirm approval of settlement agreement and emails to/from eviction counsel to discuss same | L160 | .20 hrs |
| 01/30/13 | JHP | Emails to counsel for borrower enclosing copy of settlement agreement for review and execution by borrower | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER $1,305.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 4.50 hrs | 290.00 /hr | 1,305.00 |
| TOTAL FEES | 4.50 hrs | | $1,305.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301244

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$1,305.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301244

INVOICE # 865885

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301244
TC # 697317

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/12/13 | JHP | Emails with counsel for borrower to discuss borrower's request for client to pay appellate costs as part of settlement and responding to borrower's request | L160 | .30 hrs |
| 02/12/13 | JHP | Emails with foreclosure counsel and with client to discuss borrower's request for client to pay appellate costs as part of settlement and to discuss court's ruling on same | L160 | .40 hrs |
| 02/12/13 | JHP | Revised settlement agreement with $200.00 cash payment to borrower | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER $290.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 1.00 hrs | 290.00 /hr | 290.00 |
| TOTAL FEES | 1.00 hrs | | $290.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$290.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301245

INVOICE #   841474

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301245
     TC # 733037

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | CWH | Analyze trustee's notice to abandon the property | L210 | .10 hrs |
| 01/02/13 | CWH | Email client an update regarding the trustee's notice to abandon the property | L210 | .10 hrs |
| 01/02/13 | CWH | Draft status report for client on all pending motions | L210 | .20 hrs |
| 01/02/13 | CWH | Revise amended motion to dismiss Scott's adversary proceeding | L210 | .30 hrs |
| 01/02/13 | RLB | Revise amendment to motion to dismiss | L240 | 1.50 hrs |
| 01/03/13 | RLB | Continue revision to amendment to motion to dismiss | L240 | 2.50 hrs |
| 01/03/13 | RLB | Email to local counsel regarding amendment to motion to dismiss | L240 | .10 hrs |
| 01/08/13 | RLB | Review docket for recent pleadings by borrower | L240 | .20 hrs |
| 01/09/13 | RLB | Respond to e-mail from local counsel regarding notice of appearance and pro hac motion | L250 | .10 hrs |
| 01/10/13 | CWH | Analyze orders allowing Scott to change his case to a Chapter 11 | L210 | .10 hrs |
| 01/11/13 | KK | Analyze recently filed pleadings in case | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301245

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER $1,651.80

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/03/13 | Computerized Legal Research-Westlaw Westlaw User: BLOSSOM,RASHAD L | 0.00 |
| 01/31/13 | FED DOCKET SERV-PACER 12/01/2012-12/31/2012 | 15.80 |

TOTAL COSTS FOR THIS MATTER $15.80

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .80 hrs | 361.00 /hr | 288.80 |
| Rashad L. Blossom | 4.40 hrs | 299.00 /hr | 1,315.60 |
| Kerry Keane | .30 hrs | 158.00 /hr | 47.40 |

| | | |
|---|---|---|
| TOTAL FEES | 5.50 hrs | $1,651.80 |
| TOTAL EXPENSES | | $15.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,667.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301245

INVOICE # 865886

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301245
TC # 733037

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | KK | Draft status report for client as follows: On 1-19-13, BABC filed an Application for Limited Admission to participate in this action, and designated local counsel for the case. GMACM's motion to dismiss the entire adversary proceeding is set for hearing on 2-20-13. | L110 | .20 hrs |
| 02/05/13 | KK | Research PACER to determine status of adversary proceeding and appeals cases | L110 | .20 hrs |
| 02/05/13 | RLB | Review order dismissing borrower's bankruptcy case | L250 | .20 hrs |
| 02/05/13 | RLB | Review order entered in adversary proceeding | L250 | .20 hrs |
| 02/06/13 | CWH | Analyze order dismissing Scott's bankruptcy case and directing dismissal of the adversary proceeding unless court is persuaded otherwise | L210 | .20 hrs |
| 02/08/13 | CWH | Analyze Scott's offer to dismiss the adversary proceeding with prejudice | L210 | .20 hrs |
| 02/08/13 | RLB | E-mail memo to client regarding stipulation of dismissal, status of case, and e-mail from borrower | L240 | .80 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301245

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/11/13 | RLB | Respond to e-mail from client regarding stipulation of dismissal | L240 | .10 hrs |
| 02/11/13 | RLB | E-mail to borrower regarding stipulation of dismissal | L240 | .20 hrs |
| 02/13/13 | RLB | Draft and revise joint notice of dismissal | L250 | 1.00 hrs |
| 02/13/13 | RLB | E-mails to borrower regarding notice of dismissal | L250 | .40 hrs |
| 02/14/13 | RLB | Revise notice of dismissal | L250 | .40 hrs |
| 02/14/13 | KK | Analyze cases in matter to determine if transfer to Estate is necessary | L110 | .30 hrs |
| 02/15/13 | CWH | Exchange e-mails with Scott and US Trustee about signatures to the joint stipulation of dismissal and filing of same | L210 | .20 hrs |
| 02/15/13 | KK | Review status of adversary proceeding and discuss upcoming hearing with R.Blossom | L110 | .30 hrs |
| 02/15/13 | RLB | Work regarding voluntary dismissal | L250 | .30 hrs |

TOTAL FEES FOR THIS MATTER $1,451.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 361.00 /hr | 216.60 |
| Rashad L. Blossom | 3.60 hrs | 299.00 /hr | 1,076.40 |
| Kerry Keane | 1.00 hrs | 158.00 /hr | 158.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 3
APRIL 30, 2013

0R0808-301245

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 5.20 hrs | $1,451.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,451.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301246

INVOICE # 841475

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301246
TC # 733034

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding monitoring mechanic's lien case | L190 | .10 hrs |
| 01/11/13 | BG | Check status of case and review current docket for relevant developments | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $41.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |
| TOTAL FEES | 0.20 hrs | | $41.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$41.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301246

INVOICE # 865887

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301246
TC # 733034

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/05/13 | BG | Draft status report regarding Answer and Notice of Bankruptcy | L190 | .10 hrs |
| 02/07/13 | ABB | Retrieve of docket report in Tulsa County per attorney request | L110 | .20 hrs |
| 02/07/13 | BG | Review case activity on the docket to confirm interests are protected | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $73.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |

TOTAL FEES 0.40 hrs $73.00

**TOTAL CHARGES FOR THIS INVOICE $73.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301248

INVOICE # 841476

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301248
TC # 733093

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/31/13 | KK | Draft closing memorandum to send to client regarding resolution of matter and officially close out matter | L110 | .30 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $47.40 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | .30 hrs | 158.00 /hr | 47.40 |
| TOTAL FEES | 0.30 hrs | | $47.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$47.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301248

INVOICE # 865888

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301248
TC # 733093

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | KK | Draft status report for client as follows: This matter has settled and we will send a closing memorandum shortly | L110 | .10 hrs |
| 02/07/13 | KK | E-mail correspondence with client regarding resolution of case | L110 | .10 hrs |
| 02/07/13 | KK | Finalize closing memorandum and confirm taxonomy information entered and case officially closed | L110 | .20 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $63.20 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | .40 hrs | 158.00 /hr | 63.20 |
| TOTAL FEES | 0.40 hrs | | $63.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$63.20** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301251

INVOICE # 841477

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301251
TC # 733165

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/07/13 | CWH | Analyze issues with borrower's bankruptcy discharge and update analysis memo regarding same | L120 | .20 hrs |
| 01/07/13 | CSM | Communicate with foreclosure counsel to confirm procedural posture of case | L190 | .30 hrs |
| 01/07/13 | CSM | Research viability of borrower's defenses | L190 | 1.90 hrs |
| 01/07/13 | CSM | Draft analysis memo | L190 | 1.60 hrs |
| 01/08/13 | CSM | Email to client regarding file analysis | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER $1,242.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Cory S. Menees | 3.90 hrs | 300.00 /hr | 1,170.00 |

| | | |
|---|---|---|
| TOTAL FEES | 4.10 hrs | $1,242.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,242.20** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301251

INVOICE # 865889

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301251
TC # 733165

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/13/13 | LADA | Draft memorandum regarding resolution of matter for submittal to client | L190 | .80 hrs |

TOTAL FEES FOR THIS MATTER $126.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lucinda Kish | .80 hrs | 158.00 /hr | 126.40 |
| TOTAL FEES | 0.80 hrs | | $126.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$126.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301252

INVOICE # 841478

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301252
TC # 733235

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $60.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |
| TOTAL FEES | 0.20 hrs | | $60.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$60.80** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301252

INVOICE # 865890

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301252
TC # 733235

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/13/13 | MSW | Analyze pleadings and hearing notice | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER $121.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .40 hrs | 304.00 /hr | 121.60 |
| TOTAL FEES | 0.40 hrs | | $121.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$121.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301253

INVOICE # 841479

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301253
TC # 705001

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/08/13 | DCL | Review Kennedy Affidavit | L120 | .20 hrs |
| 01/08/13 | DCL | Research New York procedural rules regarding motion practice in Suffolk County | L120 | .70 hrs |
| 01/09/13 | KK | Telephone calls with Suffolk County Superior Court clerks regarding rules for submission of pleadings | L110 | .20 hrs |
| 01/09/13 | KK | Finalize notice of motion to remediate, affirmation, and proposed Order for filing with the Suffolk County, New York Clerk of Superior Court | L110 | .40 hrs |
| 01/09/13 | KK | Review judicial rules for proper filing procedure with regard to motions | L110 | .20 hrs |
| 01/09/13 | DCL | Revise motion to remediate and file with Court | L120 | 1.10 hrs |
| 01/11/13 | DCL | Analyze recent decisions by Justice Mayer regarding defects in foreclosure proceedings | L120 | .70 hrs |
| 01/14/13 | KK | Telephone calls with Suffolk County Clerk of Court and judicial assistant regarding follow-up to motion and proposed order in case | L110 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301253

FED ID NO. 63-0243316

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/15/13 | DCL | Analyze Judge's order dismissing case without prejudice | L120 | .50 hrs |
| 01/15/13 | DCL | Exchange correspondence with J. Ho regarding case strategy | L120 | .20 hrs |
| 01/15/13 | DCL | Prepare report to T. Kennedy regarding case status | L120 | .20 hrs |
| 01/16/13 | KK | Telephone call with judicial assistant regarding process for withdrawal of motion | L110 | .20 hrs |
| 01/17/13 | KK | Draft letter to send to judicial assistant requesting withdrawal of motion to remediate | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $1,740.40

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/09/13 | Copy Charges | 0.00 |
| 01/09/13 | Copy Charges | 0.00 |
| 01/09/13 | Copy Charges | 0.00 |
| 01/09/13 | Copy Charges | 0.00 |
| 01/09/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/18/13 | Copy Charges | 0.00 |
| 01/18/13 | Copy Charges | 0.00 |
| 01/18/13 | Copy Charges | 0.00 |
| 01/22/13 | Filing Fees - SUFFOLK COUNTY CLERK K KEANE - 01/09/13 Bank ID: CHAR Check Number: 1752 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 3
MARCH 27, 2013

0R0808-301253

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER $45.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 3.60 hrs | 422.00 /hr | 1,519.20 |
| Kerry Keane | 1.40 hrs | 158.00 /hr | 221.20 |
| TOTAL FEES | 5.00 hrs | | $1,740.40 |
| TOTAL EXPENSES | | | $45.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,785.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301254

INVOICE # 865891

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301254
TC # 719385

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $16.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |
| TOTAL FEES | 0.10 hrs | | $16.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$16.70** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301255

INVOICE # 841481

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301255
TC # 733449

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/03/13 | JJPH | Prepare status report to client | L120 | .10 hrs |
| 01/03/13 | JJPH | Email correspondence with Lora Fox regarding settlement offer | L160 | .10 hrs |
| 01/03/13 | JJPH | Review file from Metro codes regarding 5804 Ethel Street | L120 | .80 hrs |
| 01/03/13 | JJPH | Research land records for 5804 Ethel Street | L120 | .30 hrs |
| 01/04/13 | JJPH | Email correspondence with Jance Hoy regarding response to settlement offer and defenses to demolition suit | L160 | .10 hrs |
| 01/04/13 | JJPH | Analyze defenses to demolition complaint | L120 | .40 hrs |
| 01/08/13 | JJPH | Draft email to Lora Fox regarding notice deficiencies and settlement offer | L160 | .20 hrs |
| 01/14/13 | JJPH | Email correspondence with Jance Hoy regarding settlement offer | L160 | .10 hrs |
| 01/24/13 | JJPH | Email correspondence with Lora Fox regarding settlement offer | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER $580.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301255

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | 2.20 hrs | 264.00 /hr | 580.80 |
| TOTAL FEES | 2.20 hrs | | $580.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$580.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301255

INVOICE # 865892

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301255
TC # 733449

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | JJPH | Prepare status report to client regarding settlement | L120 | .10 hrs |
| 02/04/13 | JJPH | Email correspondence with Lora Fox regarding response to settlement offer | L160 | .10 hrs |
| 02/04/13 | JJPH | Research Tennessee law regarding notice requirements prior to demolition | L210 | .40 hrs |
| 02/05/13 | JJPH | Analyze Metro argument regarding right to seek injunction post-demolition order | L120 | .40 hrs |
| 02/05/13 | EWS | Review email from Metro responding to settlement offer and analyze Metro's position. | L190 | .40 hrs |
| 02/07/13 | JJPH | Telephone call and email correspondence to Jance Hoy regarding settlement discussions and defense to demolition lien suit | L160 | .20 hrs |
| 02/07/13 | JJPH | Analyze Tennessee statute regarding injunctive relief under slum clearance act | L120 | .30 hrs |
| 02/07/13 | JJPH | Email correspondence with Lora Fox regarding settlement | L160 | .10 hrs |
| 02/12/13 | JJPH | Email correspondence with Jance Hoy regarding settlement discussions | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301255

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER $558.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | 1.70 hrs | 264.00 /hr | 448.80 |
| Eric Smith | .40 hrs | 273.00 /hr | 109.20 |
| TOTAL FEES | 2.10 hrs | | $558.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$558.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301256

INVOICE # 841482

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301256
TC # 733443

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/14/13 | ERP | Revise closing memorandum | L120 | .40 hrs |
| 01/14/13 | ERP | E-mail communication with J.Hoy attaching closing memorandum for review | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $97.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .60 hrs | 163.00 /hr | 97.80 |
| TOTAL FEES | 0.60 hrs | | $97.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$97.80** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301257

INVOICE # 841483

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301257
TC # 733581

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
| 01/03/13 | MST | Review scheduling order regarding pre-trial deadlines, update pleadings file and calendar accordingly | L210 | .30 hrs |
| 01/03/13 | GP | Draft settlement agreement regarding prospective purchasers of property | L120 | .60 hrs |
| 01/03/13 | GP | Analyze potential settlement with potential purchasers of property | L120 | .40 hrs |
| 01/03/13 | GP | Telephone calls with outside counsel for co-defendant regarding settlement with prospective purchasers of the property | L120 | .30 hrs |
| 01/04/13 | GP | Draft e-mail to client representative regarding settlement with purchasers | L120 | .40 hrs |
| 01/07/13 | GP | Draft Release for prospective purchaser's claims | L120 | 1.80 hrs |
| 01/07/13 | GP | Draft e-mail to client representative regarding release with prospective purchasers | L120 | .20 hrs |
| 01/08/13 | GP | Analyze scheduling order | L120 | .20 hrs |
| 01/08/13 | GP | Analyze potential refund to purchasers of property | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301257

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/08/13 | GP | Telephone conference with co-defendan's counsel regarding purchasers' reimbursement | L120 | .30 hrs |
| 01/08/13 | GP | Draft e-mail to co-defendantÆs counsel regarding purchasersÆ reimbursement | L120 | .30 hrs |
| 01/09/13 | GP | Telephone conference with co-defendant's counsel regarding refund to purchasers | L120 | .20 hrs |
| 01/14/13 | GP | Draft emails regarding settlement with potential purchasers | L120 | .30 hrs |
| 01/14/13 | KSA | Draft defendant's initial disclosures | L210 | .40 hrs |
| 01/14/13 | KSA | Outline strategy for discovery should case not be dismissed | L310 | .40 hrs |
| 01/15/13 | GP | Draft e-mail to co-defendant's counsel regarding release and settlement with potential purchasers | L160 | .40 hrs |
| 01/17/13 | MST | Draft letter to opposing counsel regarding initial disclosures | L110 | .40 hrs |
| 01/17/13 | KSA | Finalize initial disclosures | L210 | .20 hrs |
| 01/17/13 | KSA | Telephone discussions with Goodwin's counsel regarding status | L120 | .20 hrs |
| 01/29/13 | GP | Draft e-mails to purchasers and client representative regarding settlement | L160 | .70 hrs |
| 01/30/13 | GP | Draft e-mails to client representative regarding settlement with potential purchasers | L160 | .40 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 3
MARCH 27, 2013

0R0808-301257

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER $1,908.00

EXPENSES

| | | |
|---|---|---|
| 01/03/13 | Copy Charges | 0.00 |
| 01/03/13 | Copy Charges | 0.00 |
| 01/05/13 | Copy Charges | 0.00 |
| 01/14/13 | Copy Charges | 0.00 |
| 01/25/13 | Copy Charges | 0.00 |
| 01/29/13 | Copy Charges | 0.00 |
| 01/29/13 | Copy Charges | 0.00 |
| 01/31/13 | FED DOCKET SERV-PACER 12/01/2012-12/31/2012 | 9.70 |

TOTAL COSTS FOR THIS MATTER $9.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .70 hrs | 158.00 /hr | 110.60 |
| Keith S. Anderson | 1.30 hrs | 268.00 /hr | 348.40 |
| Grant Premo | 7.00 hrs | 207.00 /hr | 1,449.00 |
| TOTAL FEES | 9.00 hrs | | $1,908.00 |
| TOTAL EXPENSES | | | $9.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,917.70** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301257

INVOICE # 865893

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301257
TC # 733581

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | GP | Draft e-mails to client representative regarding settlement with potential purchasers | L120 | .20 hrs |
| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/04/13 | KSA | Review court's order denying remand and forward to P.Stokes | L210 | .40 hrs |
| 02/04/13 | GP | Draft e-mails to co-defendant's counsel regarding settlement with potential purchasers | L120 | .20 hrs |
| 02/05/13 | GP | Analyze courtÆs order denying Plaintiff's motion to remand and consider strategy | L120 | .90 hrs |
| 02/13/13 | GP | Draft e-mails to client representative and potential purchaser regarding refund | L120 | .50 hrs |
| 02/15/13 | GP | Draft e-mails to client representative regarding refund to potential purchasers of property | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $548.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
APRIL 30, 2013

0R0808-301257

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .50 hrs | 268.00 /hr | 134.00 |
| Grant Premo | 2.00 hrs | 207.00 /hr | 414.00 |
| TOTAL FEES | 2.50 hrs | | $548.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$548.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301259

INVOICE # 841484

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301259
TC # 733588

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding eviction proceedings | L190 | .10 hrs |
| 01/03/13 | BG | Correspondence from client regarding contact by borrower to customer service department | L120 | .10 hrs |
| 01/07/13 | BG | Correspondence with client and third-party vendor regarding contact with borrower | L120 | .10 hrs |
| 01/08/13 | BG | Correspondence with foreclosure counsel regarding service of notices | L120 | .10 hrs |
| 01/09/13 | BG | Correspondence with foreclosure counsel regarding activity at the property and results of hearing for possession | L120 | .20 hrs |
| 01/09/13 | BG | Correspondence with opposing counsel regarding eviction action and activity at the property | L120 | .20 hrs |
| 01/14/13 | BG | Correspondence with foreclosure counsel regarding affidavit of inability to pay | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $186.30



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301259

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .90 hrs | 207.00 /hr | 186.30 |
| TOTAL FEES | 0.90 hrs | | $186.30 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$186.30** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301259

INVOICE # 865894

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301259
TC # 733588

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | BG | Draft status report regarding hearing results and prospective appeal | L190 | .20 hrs |
| 02/05/13 | BG | Correspondence with foreclosure counsel regarding status of appeal to the county court | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $62.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .30 hrs | 207.00 /hr | 62.10 |
| TOTAL FEES | 0.30 hrs | | $62.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$62.10** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301260

INVOICE # 841485

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301260
TC # 733821

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | RV | Phone conference with opposing counsel regarding dismissal of plaintiff's action and timeline for closing action | L120 | .30 hrs |
| 01/02/13 | RV | Multiple phone calls to law clerks, case managers, and judicial assistants for Judge Jennerman in order to find out procedure for closing case | L120 | .30 hrs |
| 01/02/13 | RV | Phone conference with law clerk of the U.S. District Court for the Middle District of Florida, Bankruptcy division, regarding closing the case and following up with Case Manager | L120 | .20 hrs |
| 01/02/13 | RV | Draft memorandum to M.Murphy regarding submitting proposed order of dismissal to Judge Jennemann in order to get the adversary proceeding closed | L120 | .20 hrs |
| 01/02/13 | RV | Draft December 2012 status report for client | L190 | .10 hrs |
| 01/07/13 | RV | Review court docket and case file for current status and determination of next steps | L120 | .10 hrs |
| 01/08/13 | RV | Email exchange with H.Franchi regarding disposition of the adversary proceeding in the U.S. Bankruptcy Court for the Middle District of Florida and closing of the file | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301260

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/10/13 | RV | Email exchange with H.Franchi regarding final disposition of adversary proceeding | L120 | .20 hrs |
| 01/10/13 | RV | Review correspondence and pleadings and draft closing memorandum to client | L120 | .40 hrs |
| 01/14/13 | JAM | Complete analysis of claims and counsel data for GMAC database | L190 | .20 hrs |
| 01/17/13 | RV | Draft memorandum to H.Franchi with Order of Dismissal entered by Judge Jennerman on January 15, 2013 | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $514.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Richard Vann | 2.20 hrs | 220.00 /hr | 484.00 |
| TOTAL FEES | 2.40 hrs | | $514.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$514.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301262

INVOICE # 841486

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301262
TC # 734045

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/10/13 | LADA | Review additional information regarding matter for revisions to matter analysis | L190 | .40 hrs |
| 01/29/13 | CSM | Analyze pleadings and pending motion to strike defenses | L120 | .80 hrs |
| 01/29/13 | CSM | Research regarding validity of asserted defenses | L120 | .50 hrs |
| 01/29/13 | CSM | Draft analysis memo | L120 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER $813.20

| Date | Description | Amount |
|---|---|---|
| 01/06/13 | Copy Charges Pleadings | 0.00 |
| 01/06/13 | Copy Charges Pleadings | 0.00 |
| 01/17/13 | Copy Charges Pleadings | 0.00 |

BILLING SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Cory S. Menees | 2.50 hrs | 300.00 /hr | 750.00 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |
| TOTAL FEES | 2.90 hrs | | $813.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$813.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301262

INVOICE # 865895

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301262
TC # 734045

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/14/13 | CSM | Draft closing memorandum | L190 | .10 hrs |
| 02/15/13 | KK | Review and finalize closing memorandum and e-mail to client regarding resolution of matter | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER $93.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |
| Kerry Keane | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES 0.50 hrs $93.20

**TOTAL CHARGES FOR THIS INVOICE $93.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301263

INVOICE # 841487

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301263
TC # 734009

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JWA | Prepare client update | L120 | .10 hrs |
| 01/03/13 | JWA | Teleconference with tax office clerk regarding form of demand for proceeds and notes to file regarding same | L120 | .40 hrs |
| 01/08/13 | JWA | Review stipulation and order | L120 | .30 hrs |
| 01/10/13 | JWA | Email to client regarding status | L120 | .30 hrs |
| 01/10/13 | LADA | Review notice received from opposing counsel | L140 | .50 hrs |
| 01/11/13 | LADA | Review notice filed by opposing counsel | L190 | .40 hrs |
| 01/11/13 | JWA | Review notice of dropping defendants | L120 | .20 hrs |
| 01/11/13 | JWA | Review non military affidavits | L120 | .20 hrs |
| 01/11/13 | LADA | Review additional filings received from plaintiff's counsel | L190 | .50 hrs |
| 01/16/13 | JWA | Review notice of dropping defendants | L120 | .20 hrs |
| 01/16/13 | LADA | Review filings and notices of the same filed by counsel for plaintiff | L190 | .70 hrs |
| 01/17/13 | LADA | Review motion and affidavit from plaintiff's counsel | L210 | .40 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301263

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/17/13 | JWA | Review motion for summary judgment and affidavits to confirm compliance with stipulated order | L120 | .70 hrs |
| 01/17/13 | JWA | Teleconference with opposing counsel regarding motion for summary judgment | L120 | .30 hrs |
| 01/21/13 | JWA | Teleconference with opposing counsel regarding motion for summary judgment | L120 | .30 hrs |
| 01/22/13 | JWA | Review notice of hearing | L120 | .20 hrs |
| 01/28/13 | JWA | Analysis of correspondence from court regarding claim for proceeds | L120 | .50 hrs |
| 01/31/13 | JWA | Email to client regarding strategy for claim on proceeds | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER $1,551.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Warmoth | 4.10 hrs | 282.00 /hr | 1,156.20 |
| Lucinda Kish | 2.50 hrs | 158.00 /hr | 395.00 |

TOTAL FEES 6.60 hrs $1,551.20

**TOTAL CHARGES FOR THIS INVOICE $1,551.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301263

INVOICE # 865896

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301263
TC # 734009

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | MPE | Review Motion for Summary judgment Notice of Hearing. | L110 | .20 hrs |
| 02/04/13 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 02/04/13 | LADA | Review notice of hearing cancellation and rescheduling of the same | L210 | .40 hrs |
| 02/12/13 | JWA | Email exchange with client regarding case strategy | L120 | .40 hrs |
| 02/14/13 | JWA | Analysis of file for bankruptcy estate classification | L120 | .30 hrs |
| 02/15/13 | JWA | Email from client regarding case strategy | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $355.60

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James Warmoth | .80 hrs | 282.00 /hr | 225.60 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |

TOTAL FEES 1.60 hrs $355.60



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
APRIL 30, 2013

0R0808-301263

FED ID NO. 63-0243316

| TOTAL CHARGES FOR THIS INVOICE | $355.60 |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301264

INVOICE # 841488

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301264
TC # 733999

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | CWH | Exchange e-mails with counsel for third party purchaser and review their opening settlement offer | L160 | .20 hrs |
| 01/02/13 | CSM | Draft case status report | B110 | .10 hrs |
| 01/02/13 | CSM | Research causes of action and draft initial litigation assessment | L120 | 3.10 hrs |
| 01/03/13 | CSM | Research regarding defenses available to borrower's claims | L120 | 2.40 hrs |
| 01/07/13 | CSM | Further research regarding defenses to borrower's claims | L120 | 2.20 hrs |
| 01/08/13 | CSM | Emails with borrower's counsel regarding settlement | L160 | .10 hrs |
| 01/10/13 | CWH | Exchange e-mails with third party purchaser's counsel regarding his client's settlement demands and their extension to answer complaint | L160 | .20 hrs |
| 01/14/13 | CSM | Continue to review loan history and draft initial litigation assessment | L120 | 4.50 hrs |
| 01/15/13 | CWH | Analyze causes of action asserted by Kuehl in light of Arizona law and the loss mitigation correspondence | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301264

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/16/13 | CWH | Review correspondence between third party purchaser's counsel and borrower's counsel | L120 | .20 hrs |
| 01/16/13 | CWH | Analyze removal options by using third party purchaser's service date and discuss same with third party purchaser's counsel | L120 | .20 hrs |
| 01/16/13 | CSM | Finalize and file stipulation extending time to respond to complaint | L250 | .20 hrs |
| 01/16/13 | CSM | Emails with counsel for borrower and co-defendant regarding settlement and posture of case | C400 | .30 hrs |
| 01/16/13 | CSM | Research regarding sufficiency of borrower's statement of constitutional claims | C200 | .40 hrs |
| 01/16/13 | CSM | Research regarding status of service on co-defendants | C200 | .20 hrs |
| 01/17/13 | LADA | Review pleadings and documents regarding status of responsive pleading | L140 | .50 hrs |
| 01/22/13 | CWH | Revise initial litigation analysis and budget | L120 | .40 hrs |
| 01/23/13 | CSM | Telephone conference with client regarding case status and strategy | L120 | .90 hrs |
| 01/25/13 | CSM | Telephone conference with opposing counsel regarding structure of possible settlement agreement | L160 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301264

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | CSM | Telephone conference with borrower's counsel regarding structure of potential settlement agreement | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER $5,132.70

EXPENSES

| | | |
|---|---|---|
| 01/03/13 | Copy Charges Loss mit docs | 0.00 |
| 01/03/13 | Copy Charges Loss mit documents | 0.00 |
| 01/06/13 | Copy Charges Motion to strike | 0.00 |
| 01/14/13 | Copy Charges Caselaw | 0.00 |
| 01/14/13 | Copy Charges Draft ILAB | 0.00 |
| 01/14/13 | Copy Charges Draft ILAB | 0.00 |
| 01/23/13 | Filing Fees - CORY MENEES MARICOPA COUNTY FILING FEE 1/16/13 Bank ID: GENR Check Number: 105669 | 6.00 |
| 01/02/13 | Computerized Legal Research-Westlaw Westlaw User: MENEES,CORY | 0.00 |
| 01/07/13 | Computerized Legal Research-Westlaw Westlaw User: MENEES,CORY | 0.00 |
| 01/11/13 | Computerized Legal Research-Westlaw Westlaw User: MENEES,CORY | 0.00 |
| 01/14/13 | Computerized Legal Research-Westlaw Westlaw User: MENEES,CORY | 0.00 |

TOTAL COSTS FOR THIS MATTER $6.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.70 hrs | 361.00 /hr | 613.70 |
| Cory S. Menees | 14.80 hrs | 300.00 /hr | 4,440.00 |
| Lucinda Kish | .50 hrs | 158.00 /hr | 79.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301264

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 17.00 hrs | $5,132.70 |
| TOTAL EXPENSES | | $6.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$5,138.70** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301264

INVOICE # 865897

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301264
TC # 733999

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | CSM | Email to case manager regarding review of borrower loss mitigation package | P280 | .10 hrs |
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
| 02/06/13 | CWH | Assist with specific portions of answer to amended complaint | L210 | .20 hrs |
| 02/08/13 | CWH | Exchange e-mails with client regarding Kuehl's loan modification attempts | L120 | .20 hrs |
| 02/08/13 | CWH | Email loss mitigation manager to request assistance on Kuehl's prior loan modification attempts | L120 | .20 hrs |
| 02/12/13 | CSM | Draft answer and affirmative defenses | L210 | 8.20 hrs |

TOTAL FEES FOR THIS MATTER $2,736.60

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 361.00 /hr | 216.60 |
| Cory S. Menees | 8.40 hrs | 300.00 /hr | 2,520.00 |
| TOTAL FEES | 9.00 hrs | | $2,736.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
APRIL 30, 2013

0R0808-301264

FED ID NO. 63-0243316

| TOTAL CHARGES FOR THIS INVOICE | $2,736.60 |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0808-301265

INVOICE # 840978

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re: 0R0808-301265
TC # 734386

EXPENSES

| | | |
|---|---|---|
| 01/29/13 | Title Search Fee - BRADLEY ARANT BOULT CUMMINGS LLP PROTITLEUSA 12-28-12 Bank ID: PCARD Check Number: P96 | 149.95 |
| | TOTAL COSTS FOR THIS MATTER | $149.95 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $149.95 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$149.95** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301265

INVOICE # 841489

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301265
TC # 734386

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding debt validation response | L190 | .20 hrs |
| 01/02/13 | BG | Correspondence with foreclosure counsel regarding notices of default following postponement | L120 | .20 hrs |
| 01/02/13 | BG | Revise debt validation request to reflect new information | L120 | .40 hrs |
| 01/02/13 | BG | Review title report | L120 | .10 hrs |
| 01/03/13 | JHP | Edit debt validation response letter | L190 | .30 hrs |
| 01/03/13 | BG | Evaluate compliance with statutory default notice requirements in underlying foreclosure | L120 | .10 hrs |
| 01/03/13 | BG | Correspondence with foreclosure counsel regarding debt validation response and subsequent default notices | L120 | .20 hrs |
| 01/03/13 | BG | Correspondence with foreclosure counsel regarding judicial proceedings versus non judicial proceedings involving this loan | L120 | .10 hrs |
| 01/04/13 | BG | Finalize response to debt validation request | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

MARCH 27, 2013

ResCap

0R0808-301265

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/07/13 | ABB | Telephone conference with clerk's office regarding matters pertaining to presiding judge regarding counterclaim | L110 | .20 hrs |
| 01/07/13 | ABB | Analysis and review of case, claims, damages, jurisdiction, etc and draft Litigation Assessment Summary for attorney review | L110 | 1.00 hrs |
| 01/08/13 | BG | Draft initial litigation summary | L190 | .80 hrs |
| 01/11/13 | BG | Correspondence with client regarding debt validation response | L120 | .10 hrs |
| 01/14/13 | BG | Correspondence with client regarding debt validation response | L120 | .10 hrs |
| 01/15/13 | BG | Conversation with client regarding debt validation response | L120 | .10 hrs |
| 01/15/13 | BG | Evaluate problems and risks associated with client representative sending debt validation response directly | L120 | .10 hrs |
| 01/16/13 | BG | Revisions to debt validation request | L120 | .50 hrs |
| 01/16/13 | LSDR | Analyze FDCPA questions | L120 | .80 hrs |
| 01/17/13 | BG | Correspondence with foreclosure counsel regarding debt validation request | L120 | .10 hrs |
| 01/23/13 | BG | Review original loan documents | L120 | .10 hrs |
| 01/23/13 | BG | Revise debt validation response | L120 | .30 hrs |
| 01/23/13 | BG | Send letter to opposing counsel regarding overdue discovery responses | L120 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 3
MARCH 27, 2013

0R0808-301265

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | BG | Conversation with opposing counsel | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $1,365.50

01/23/13 Copy Charges 0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lesley Smith DeRamus | .80 hrs | 352.00 /hr | 281.60 |
| Allison Burke | 1.20 hrs | 158.00 /hr | 189.60 |
| Jon H. Patterson | .30 hrs | 290.00 /hr | 87.00 |
| Blake Goodsell | 3.90 hrs | 207.00 /hr | 807.30 |
| TOTAL FEES | 6.20 hrs | | $1,365.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,365.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301265

INVOICE # 865898

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301265
TC # 734386

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | BG | Correspondence with opposing counsel regarding discovery responses | L350 | .10 hrs |
| 02/05/13 | BG | Draft status report regarding discovery responses, debt validation response, and dispositive motion | L190 | .20 hrs |
| 02/05/13 | BG | Conversation with opposing counsel regarding overdue discovery responses and plan for further handling of the case | L190 | .10 hrs |
| 02/13/13 | BG | Conversation with opposing counsel regarding discovery extension | L390 | .10 hrs |

TOTAL FEES FOR THIS MATTER $103.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .50 hrs | 207.00 /hr | 103.50 |
| TOTAL FEES | 0.50 hrs | | $103.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$103.50** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301266

INVOICE # 841490

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301266
TC # 734449

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/07/13 | CWH | Revise litigation analysis memo before submission to client | L120 | .20 hrs |
| 01/07/13 | KK | Finalize analysis and e-mail to client with recommendation regarding file | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $103.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES 0.40 hrs $103.80

**TOTAL CHARGES FOR THIS INVOICE $103.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301267

INVOICE # 841491

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301267
TC # 734545

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 01/07/13 | AKA | Research appeal status and documents on factual background of case | L190 | .20 hrs |
| 01/22/13 | MJA | Research trade line deletion issue | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER $152.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .20 hrs | 317.00 /hr | 63.40 |
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Anne Averitt | .20 hrs | 207.00 /hr | 41.40 |

TOTAL FEES 0.70 hrs $152.20

**TOTAL CHARGES FOR THIS INVOICE $152.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301267

INVOICE # 865899

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301267
TC # 734545

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | MJA | Review counter-proposal from borrower | L160 | .20 hrs |
| 02/05/13 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 02/12/13 | AHC | Review file to determine status of appellant's initial brief | L520 | .20 hrs |

TOTAL FEES FOR THIS MATTER $142.40

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Marc J. Ayers | .20 hrs | 317.00 /hr | 63.40 |
| Alecia H. Cockrell | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES 0.70 hrs $142.40

**TOTAL CHARGES FOR THIS INVOICE $142.40**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301268

INVOICE # 841492

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301268
TC # 734503

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | KK | Research PACER to review recent activity and new filings in case | L110 | .20 hrs |
| 01/08/13 | JJS | Research GMACM's opposition to plaintiff's motion for protective order. | L120 | .50 hrs |
| 01/09/13 | JJS | Reach out to co-defendants' counsel regarding plaintiff's motion for protective order. | L120 | .50 hrs |
| 01/10/13 | JJS | Research requirements for responding to a request for information under the FCRA and communicating with client regarding the same. | L120 | 1.00 hrs |
| 01/11/13 | KK | Analyze recently filed pleadings on Pacer | L110 | .30 hrs |
| 01/16/13 | JJS | Draft brief response to plaintiff's motion for protective order and communicating with client regarding the same. | L120 | 2.00 hrs |
| 01/16/13 | JJS | Communicatie with co-defendants regarding GMAC's response to plaintiff's motion for protective order. | L120 | .50 hrs |
| 01/17/13 | JJS | Coordinate filing of GMAC and co-defendants' response to plaintiff's motion for protective order. | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301268

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/17/13 | KK | Finalize response to motion for protective order for filing and service in Western District of North Carolina | L110 | .40 hrs |
| 01/18/13 | KK | E-mail with client regarding filed copy of response to motion for protective order in case | L110 | .10 hrs |
| 01/18/13 | KK | Review Pacer pleadings to determine status of case and assess recently filed documents | L110 | .20 hrs |
| 01/22/13 | JJS | Review Countrywide's opposition to plaintiff's motion for protective order. | L120 | .30 hrs |
| 01/29/13 | KK | Analyze recent activity on Pacer docket | L110 | .20 hrs |
| 01/31/13 | KK | Review Pacer to determine status of case and recent activity | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $1,867.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jessica J. Sibley | 5.40 hrs | 299.00 /hr | 1,614.60 |
| Kerry Keane | 1.60 hrs | 158.00 /hr | 252.80 |
| TOTAL FEES | 7.00 hrs | | $1,867.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,867.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301268

INVOICE # 865900

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301268
TC # 734503

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | KK | Draft status report for client as follows: On January 17, 2013, BABC filed a Response to Plaintiff's Motion for Protective Order on behalf of GMAC and defendants Experian Information Solutions and Equifax Information Services. Plaintiff filed her Reply to our Response on January 29, 2013. We are currently awaiting the Judge's ruling on our Motion to Dismiss. | L110 | .20 hrs |
| 02/15/13 | JJS | Evaluate whether case is considered an estate case. | L120 | .20 hrs |
| 03/11/13 | KK | E-mail correspondence with client regarding response to motion to dismiss in case | L110 | .10 hrs |
| 03/22/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 03/26/13 | KK | Research Pacer docket to determine status of case and status of motion to dismiss | L110 | .40 hrs |
| 03/26/13 | KK | E-mail correspondence with client regarding status of case and pending motion to dismiss | L110 | .20 hrs |
| 04/01/13 | KK | Research and review Pacer docket to determine status of case | L110 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
APRIL 30, 2013

0R0808-301268

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/01/13 | KK | Draft monthly status report as follows: This matter was transferred to the Estate due to the damage claims. GMACM's MTD is still pending, and the judge has not yet ruled on it | L110 | .20 hrs |
| 04/05/13 | KK | Research Pacer docket to determine whether motion to dismiss has been ruled upon | L110 | .20 hrs |
| 04/09/13 | MPE | Review case and all filings to determine if it involves post petition conduct and assist with determining strategy. | L110 | .60 hrs |
| 04/18/13 | KK | Research and review Pacer docket to determine status of case and analyze recent activity | L110 | .30 hrs |
| 04/29/13 | CWH | Check status of file, since motion to dismiss has been pending since 12/6/12 | L210 | .10 hrs |
| 04/30/13 | KK | Research Pacer docket to determine status of case | L110 | .10 hrs |
| 04/30/13 | LADA | Draft motion to withdraw counsel of record | L210 | .50 hrs |
| 04/30/13 | LADA | Draft notice of appearance of additional counsel of record | L210 | .40 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $708.10 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301268

FED ID NO. 63-0243316

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Jessica J. Sibley | .20 hrs | 299.00 /hr | 59.80 |
| Lucinda Kish | .90 hrs | 158.00 /hr | 142.20 |
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |
| Kerry Keane | 1.90 hrs | 158.00 /hr | 300.20 |
| TOTAL FEES | 3.90 hrs | | $708.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$708.10** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301269

INVOICE # 841493

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301269
TC # 734712

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/08/13 | KK | E-mail to foreclosure counsel regarding status of motion for summary judgment | L110 | .10 hrs |
| 01/08/13 | KK | Review docket to determine status of case | L110 | .10 hrs |
| 01/08/13 | NSR | Analyze status of foreclosure action | L120 | .20 hrs |
| 01/29/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $103.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .20 hrs | 282.00 /hr | 56.40 |
| Kerry Keane | .30 hrs | 158.00 /hr | 47.40 |
| TOTAL FEES | 0.50 hrs | | $103.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$103.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301269

INVOICE # 865901

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301269
TC # 734712

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | KK | Analyze docket and case status in effort to continue monitor of case | L110 | .20 hrs |
| 02/12/13 | KK | E-mail correspondence with foreclosure counsel regarding status of motion for summary judgment | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $63.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | .40 hrs | 158.00 /hr | 63.20 |
| TOTAL FEES | 0.40 hrs | | $63.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$63.20** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301270

INVOICE # 841494

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301270
TC # 734770

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | AHC | Review docket and draft status report | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER $47.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| TOTAL FEES | 0.30 hrs | | $47.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$47.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0808-301271

INVOICE # 840979

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re: 0R0808-301271
TC # 734717

EXPENSES

| | | |
|---|---|---|
| 01/15/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS<br>Bank ID: GENR Check Number: 105211 | 164.58 |
| | TOTAL COSTS FOR THIS MATTER | $164.58 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $164.58 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$164.58** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301271

INVOICE # 841495

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301271
TC # 734717

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | BG | Draft status report regarding Answer and Affirmative Defenses | L190 | .10 hrs |
| 01/11/13 | BG | Check status of case and review current version of the docket | L120 | .10 hrs |
| 01/14/13 | ABB | Retrieval of docket report and court file per attorney request to check status regarding activity | L110 | .20 hrs |
| 01/25/13 | ABB | Draft Litigation Assessment Summary and analysis of relevant pleadings and client documents regarding the same | L110 | 1.00 hrs |
| 01/25/13 | BG | Draft initial litigation case summary | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER $313.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.20 hrs | 158.00 /hr | 189.60 |
| Blake Goodsell | .60 hrs | 207.00 /hr | 124.20 |
| TOTAL FEES | 1.80 hrs | | $313.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301271

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$313.80**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301271

INVOICE # 865902

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301271
TC # 734717

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JHP | Review letter from foreclosing entity's counsel and proposed journal entry of judgment | L250 | .30 hrs |
| 02/05/13 | BG | Draft status report regarding Answer and possible joint stipulation of judgment | L190 | .30 hrs |
| 02/08/13 | BG | Contact client regarding joint stipulation | L120 | .20 hrs |
| 02/08/13 | BG | Investigate bankruptcy action to ensure that GMAC's interests are protected | L120 | .20 hrs |
| 02/08/13 | BG | Draft letter to opposing counsel regarding consent to joint stipulation upon certain conditions | L120 | .20 hrs |
| 02/11/13 | JHP | Edit letter to third-party regarding interest in personal property to be obtained by third-party via journal entry of judgment | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER $331.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .50 hrs | 290.00 /hr | 145.00 |
| Blake Goodsell | .90 hrs | 207.00 /hr | 186.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
APRIL 30, 2013

0R0808-301271

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 1.40 hrs | $331.30 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$331.30** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301272

INVOICE # 841496

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301272
TC # 734858

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/11/13 | JWA | Email exchange with title company agent | L120 | .30 hrs |
| 01/11/13 | JWA | Teleconference with coverage counsel | L120 | .30 hrs |
| 01/14/13 | JWA | Analysis of new client documents | L120 | .80 hrs |
| 01/14/13 | LADA | Review docket for status and recent filings | L190 | .80 hrs |
| 01/14/13 | LADA | Begin initial review of documents received from client | L190 | .50 hrs |
| 01/18/13 | JWA | Email exchange with client regarding notices at property | L120 | .40 hrs |
| 01/18/13 | JWA | Email exchange with coverage counsel regarding notices at property | L120 | .30 hrs |
| 01/22/13 | JWA | Email exchange with client regarding notices at property | L120 | .20 hrs |
| 01/22/13 | JWA | Email exchange with coverage counsel regarding notices at property | L120 | .20 hrs |
| 01/25/13 | JWA | Email exchange with client regarding notices at property | L120 | .20 hrs |
| 01/25/13 | JWA | Email exchange with coverage counsel regarding notices at property | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $1,023.20



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301272

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Warmoth | 2.90 hrs | 282.00 /hr | 817.80 |
| Lucinda Kish | 1.30 hrs | 158.00 /hr | 205.40 |
| TOTAL FEES | 4.20 hrs | | $1,023.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,023.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301272

INVOICE # 865903

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301272
TC # 734858

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/08/13 | JWA | Prepare status update | L120 | .10 hrs |
| 02/14/13 | JWA | Review and analysis of file for bankruptcy estate classification | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $84.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Warmoth | .30 hrs | 282.00 /hr | 84.60 |
| TOTAL FEES | 0.30 hrs | | $84.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$84.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301273

INVOICE # 841497

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301273
TC # 734986

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | SPM | Draft status report for client as follows: BABC has evaluated the file and determined that GMAC should proceed with the foreclosure action already commenced | L110 | .20 hrs |
| 01/03/13 | SPM | Research recorded deed impacting title to the property | L120 | 1.30 hrs |
| 01/04/13 | SPM | Review Plat map of property and analyze property description issues | L120 | .60 hrs |
| 01/08/13 | SPM | Update case evaluation memo | L120 | .80 hrs |

TOTAL FEES FOR THIS MATTER $574.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Spencer Mobley | 2.90 hrs | 198.00 /hr | 574.20 |
| TOTAL FEES | 2.90 hrs | | $574.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$574.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301274

INVOICE # 841498

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301274
TC # 735290

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/03/13 | LADA | Begin analysis of documents received from additional counsel | L110 | 1.60 hrs |
| 01/06/13 | CSM | Review referral package | L120 | .20 hrs |
| 01/07/13 | LADA | Begin review of client documents in preparation of case analysis | L110 | 2.10 hrs |
| 01/08/13 | LADA | Research regarding relation between property, action and client documents | L190 | 1.50 hrs |
| 01/08/13 | LADA | Analysis of client documents for summary of matter and files to date | L110 | 2.10 hrs |
| 01/08/13 | LADA | Analysis of recorded documents to ascertain the status of the case and the property | L190 | 1.10 hrs |
| 01/09/13 | LADA | Analysis of chains of title and recorded documents to ascertain the status of the case and the property | L110 | 2.40 hrs |
| 01/11/13 | LADA | Review correspondence from counsel regarding status of case in relation to documents | L190 | .30 hrs |
| 01/11/13 | LADA | Analysis of additional information and documentation regarding correlation of case, borrowers and property | L190 | 1.10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301274

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/17/13 | LADA | Review file and status for update regarding property and borrower correlation | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER $2,066.60

| | | |
|---|---|---|
| 01/04/13 | Copy Charges | 0.00 |
| 01/11/13 | Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .20 hrs | 300.00 /hr | 60.00 |
| Lucinda Kish | 12.70 hrs | 158.00 /hr | 2,006.60 |
| TOTAL FEES | 12.90 hrs | | $2,066.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$2,066.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301274

INVOICE # 865904

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301274
TC # 735290

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/06/13 | CSM | Draft closing memorandum | L190 | .10 hrs |
| 02/11/13 | KK | Review analysis and correspondence in case to confirm resolution of matter | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $61.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

| | | |
|---|---|---|
| TOTAL FEES | 0.30 hrs | $61.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$61.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301275

INVOICE # 841499

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301275
TC # 735062

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | GEG | Work on final revisions to response to motion to show cause | L120 | .40 hrs |
| 01/03/13 | GEG | Review denial of plan confirmation | L120 | .10 hrs |
| 01/08/13 | GEG | Review objections to motio ton show cause | L120 | .20 hrs |
| 01/11/13 | JW | Draft motion to dismiss | L120 | 2.80 hrs |
| 01/14/13 | JW | Revise motion to dismiss | L120 | 1.90 hrs |
| 01/14/13 | JW | Review court documents for date of pretrial conference | L120 | .30 hrs |
| 01/14/13 | GEG | Phone conference with J.Scoliard regarding issues with individual defendants in lawsuit | L120 | .20 hrs |
| 01/15/13 | JW | Continued revisions to motion to dismiss | L120 | 1.20 hrs |
| 01/16/13 | GEG | Review notices of hearing in adversary proceeding | L120 | .20 hrs |
| 01/18/13 | GEG | Review notice of hearing on motion to show cause and emails from and to J.Scoliard regarding same | L120 | .10 hrs |
| 01/18/13 | GEG | Review pleadings and loan documents in preparation for upcoming hearing on motion to show cause | L120 | .50 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301275

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/21/13 | JW | Research case on stay violation claims after the underlying bankruptcy case has been dismissed; research docket to confirm exhibits filed in the New York complaint | L120 | .80 hrs |
| 01/22/13 | JW | Research New York cases on Rule 12(b)(6) language, standing of nonparties to a mortgage assignment, and Mortgage Electronic Registration Systems, Inc.'s ability to assign a deed of trust | L120 | 3.30 hrs |
| 01/22/13 | JW | Draft motion to dismiss | L120 | .80 hrs |
| 01/22/13 | JW | E-mails and meeting with G.Glover regarding the deadline for the motion to dismiss | L120 | .10 hrs |
| 01/22/13 | GEG | Phone conference with J.Scoliard | L120 | .20 hrs |
| 01/22/13 | GEG | E-mails to and from bankruptcy and foreclosure counsel regarding borrower's allegations | L120 | .10 hrs |
| 01/22/13 | GEG | Review issues associated with upcoming hearings on motions to dismiss and responses to motion for order to show cause | L120 | .30 hrs |
| 01/23/13 | GEG | Phone conference with Pite Duncan attorney regarding foreclosure | L120 | .20 hrs |
| 01/23/13 | GEG | Work on various issues related to upcoming hearing | L120 | .20 hrs |
| 01/23/13 | JW | Research New York cases for motion to dismiss | L120 | .80 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 3
MARCH 27, 2013

0R0808-301275

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | JW | Draft motion to dismiss | L120 | .70 hrs |
| 01/23/13 | JW | Work on argument in motion to dismiss | L120 | .40 hrs |
| 01/24/13 | GEG | E-mails from and to ETS contacts and voice mail to same regarding borrower's allegations | L120 | .20 hrs |
| 01/24/13 | GEG | Further analysis of borrower's stay violation claims | L120 | .10 hrs |
| 01/25/13 | JW | Research jurisdiction for duplicate adversary proceeding | L120 | 2.20 hrs |
| 01/25/13 | JW | Continued work on motion to dismiss | L120 | 3.30 hrs |
| 01/25/13 | JW | E-mail from client regarding possible extension for motion to dismiss | L120 | .10 hrs |
| 01/28/13 | GEG | Review court mail and e-mail to E.Jimenez regarding same | L120 | .10 hrs |
| 01/29/13 | JW | E-mails regarding extension for response to complaint | L120 | .20 hrs |
| 01/29/13 | JW | Draft memorandum regarding discussions with ETS Services and counsel for other defendants | L120 | 2.30 hrs |
| 01/29/13 | GEG | Letter from GMAC's main bankruptcy counsel to New York bankruptcy judge requesting further extension to answer complaint | L120 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301275

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | GEG | Work on review of various issues at upcoming hearing in Texas and receive report from New York main bankruptcy case hearing on another adversary proceeding | L120 | .20 hrs |
| 01/29/13 | GEG | Phone conference with ETS representative regarding facts surrounding case | L120 | .20 hrs |
| 01/29/13 | GEG | Phone conference with co-defendant realty service's attorney regarding facts surrounding case | L120 | .30 hrs |
| 01/29/13 | GEG | E-mails from ETS representative regarding complete copies of various documents | L120 | .30 hrs |
| 01/29/13 | GEG | Review order continuing hearing and pre-trial conference | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $5,937.20

EXPENSES

| | | |
|---|---|---|
| 01/23/13 | Copy Charges | 0.00 |
| 01/25/13 | Copy Charges | 0.00 |
| 01/29/13 | Postage Charges 01/28/2013 | 0.00 |
| 01/22/13 | Computerized Legal Research-Westlaw Westlaw User: WATKINS,JAY | 0.00 |
| 01/23/13 | Computerized Legal Research-Westlaw Westlaw User: WATKINS,JAY | 0.00 |
| 01/31/13 | FED DOCKET SERV-PACER 12/01/2012-12/31/2012 | 5.40 |

TOTAL COSTS FOR THIS MATTER $5.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301275

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | 4.40 hrs | 352.00 /hr | 1,548.80 |
| Jay Watkins | 21.20 hrs | 207.00 /hr | 4,388.40 |
| TOTAL FEES | 25.60 hrs | | $5,937.20 |
| TOTAL EXPENSES | | | $5.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$5,942.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301275

INVOICE # 865905

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301275
TC # 735062

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | GEG | Review order to take default and e-mails from and to counsel for co-defendant regarding upcoming trial | L120 | .10 hrs |
| 02/04/13 | JW | Review the docket and update deadlines and hearings | L120 | .40 hrs |
| 02/06/13 | JW | Revise ILAB | L120 | 1.00 hrs |
| 02/06/13 | GEG | Revise initial analysis memorandums on both Texas and New York files | L120 | .30 hrs |
| 02/08/13 | GEG | Work on various issues relating to upcoming hearing on motion to dismiss and motion to show cause | L120 | .10 hrs |
| 02/08/13 | JW | Prepare status report | L120 | .20 hrs |
| 02/15/13 | GEG | Prepare for phone conference with E.Jimenez regarding upcoming hearing on motion to dismiss and motion for order to show cause | L120 | .30 hrs |
| 02/15/13 | GEG | Phone conference with E.Jimenez regarding upcoming hearing on motion to dismiss and motion for order to show cause | L120 | .30 hrs |
| 02/15/13 | GEG | Work on preparation for upcoming hearing on motion to dismiss and motion for order to show cause | L120 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301275

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/15/13 | GEG | Begin preparation for hearing next Tuesday on motion to dismiss and motion for order to show cause | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $824.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | 1.40 hrs | 352.00 /hr | 492.80 |
| Jay Watkins | 1.60 hrs | 207.00 /hr | 331.20 |

| | | |
|---|---|---|
| TOTAL FEES | 3.00 hrs | $824.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$824.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301276

INVOICE # 841500

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301276
TC # 735299

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 01/15/13 | KK | Research docket to determine if Notice of Bankruptcy has been filed | L110 | .20 hrs |
| 01/15/13 | KK | E-mails with foreclosure counsel regarding status of filing notice of bankruptcy | L110 | .20 hrs |
| 01/15/13 | NSR | Review status of foreclosure action and outstanding issues | L120 | .10 hrs |
| 01/31/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $135.40

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Nader Raja | .20 hrs | 282.00 /hr | 56.40 |
| Kerry Keane | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES 0.70 hrs $135.40

**TOTAL CHARGES FOR THIS INVOICE $135.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301276

INVOICE # 865906

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301276
TC # 735299

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 02/06/13 | KK | Research docket to determine status of case | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER $75.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .30 hrs | 158.00 /hr | 47.40 |
| TOTAL FEES | 0.40 hrs | | $75.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$75.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301277

INVOICE # 841501

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301277
TC # 735196

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 01/04/13 | MJA | Research possible motion to dismiss appeal | L510 | .10 hrs |
| 01/25/13 | MAC | Finalize motion to dismiss appeal for failure to file appellant's initial brief | L520 | .20 hrs |
| 01/25/13 | AHC | Review docket to determine status of appellant's initial brief and final review and revisions to appellee's motion to dismiss | L510 | .50 hrs |

TOTAL FEES FOR THIS MATTER $197.70

01/28/13 Express Mail/Fedex 0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .10 hrs | 317.00 /hr | 31.70 |
| Alecia H. Cockrell | .80 hrs | 158.00 /hr | 126.40 |
| Mary Ann Couch | .20 hrs | 198.00 /hr | 39.60 |

TOTAL FEES 1.10 hrs $197.70

**TOTAL CHARGES FOR THIS INVOICE $197.70**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301277

INVOICE # 865907

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301277
TC # 735196

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/05/13 | AHC | Review docket to determine status of Motion to Dismiss and draft status report | L190 | .30 hrs |
| 02/07/13 | AHC | Review docket to determine status of Motion to Dismiss | L510 | .20 hrs |
| 02/08/13 | AHC | Review docket to determine status of ruling on Motion to Dismiss | L510 | .20 hrs |
| 02/13/13 | AHC | Review docket to determine status of ruling on Motion to Dismiss | L510 | .20 hrs |

TOTAL FEES FOR THIS MATTER $142.20

BILLING SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| Alecia H. Cockrell | .90 hrs | 158.00 /hr | 142.20 |
| TOTAL FEES | 0.90 hrs | | $142.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$142.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301278

INVOICE # 841502

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301278
TC # 735560

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | ACRA | Draft case status on extranet | L190 | .10 hrs |
| 01/03/13 | ABB | Draft Notice of Appearance for BABC counsel regarding counterclaim | L110 | .60 hrs |
| 01/03/13 | ACRA | Review documents for production | L320 | .90 hrs |
| 01/03/13 | ACRA | Analyze documents to be produced for redaction | L320 | 1.10 hrs |
| 01/04/13 | ABB | Finalize Notice of Appearance and prepare for filing in Comanche County and for service upon parties | L110 | .30 hrs |
| 01/04/13 | ACRA | Analyze documents to be produced for redaction | L320 | .50 hrs |
| 01/07/13 | ABB | Work on production of servicing notes | L110 | 1.10 hrs |
| 01/11/13 | ABB | Manage and track certified service upon borrower(s) regarding recently filed Notice of Appearance nd update file regarding the same | L110 | .20 hrs |
| 01/13/13 | ACRA | Draft responses to interrogatories and requests for admission and production | L310 | 2.70 hrs |
| 01/13/13 | ACRA | Analyze documents for response to requests for document production | L320 | 1.40 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
MARCH 27, 2013

0R0808-301278

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/14/13 | ABB | Further compilation of discovery documents to be produced and bates-label documents | L110 | 1.60 hrs |
| 01/14/13 | ACRA | Analyze documents for production and prepare for bate labeling | L320 | .80 hrs |
| 01/14/13 | JHP | Edit discovery responses of client to borrowers' discovery requests | L310 | 1.00 hrs |
| 01/15/13 | ABB | Further labeling of documents to be produced via discovery requests per attorney instructions | L110 | .30 hrs |
| 01/15/13 | ACRA | Draft privilege log to accompany document production | L320 | 1.70 hrs |
| 01/28/13 | ACRA | Prepare litigation analysis and budget | L120 | 2.10 hrs |
| 01/30/13 | ACRA | Discuss with g.albright in email the ilab form and the possibility of obtaining a loan modification for the borrowers | L120 | .20 hrs |
| 01/30/13 | ACRA | Revise ilab and determine current status of loss mitigation efforts | L120 | .70 hrs |
| 01/31/13 | JHP | Edit initial litigation memo to client | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $3,411.40

| | | |
|---|---|---|
| 01/03/13 | Copy Charges Discovery | 0.00 |
| 01/14/13 | Copy Charges Document Production | 0.00 |
| 01/14/13 | Copy Charges Document Production | 0.00 |
| 01/14/13 | Copy Charges Document Production | 0.00 |
| 01/14/13 | Copy Charges Document Production | 0.00 |
| 01/14/13 | Copy Charges Document Production | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301278

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 01/14/13 | Copy Charges Document Production | 0.00 |
| 01/28/13 | Computerized Legal Research-Westlaw Westlaw User: CRAFT,ANNA | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 4.10 hrs | 158.00 /hr | 647.80 |
| Jon H. Patterson | 1.20 hrs | 290.00 /hr | 348.00 |
| Ann Craft | 12.20 hrs | 198.00 /hr | 2,415.60 |
| | | | |
| TOTAL FEES | 17.50 hrs | | $3,411.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$3,411.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301278

INVOICE # 865908

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301278
TC # 735560

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | ACRA | Draft client status update | L190 | .10 hrs |
| 02/05/13 | ACRA | Draft email to G. Albright regarding settlement options | L160 | .10 hrs |
| 02/05/13 | ACRA | Discuss change in financial circumstances with pro se borrowers/plaintiffs | L160 | .10 hrs |
| 02/14/13 | ACRA | Draft email discussing settlement options with client | L160 | .20 hrs |
| 02/14/13 | ACRA | Analyze settlement options for counterclaims | L160 | .20 hrs |
| 02/14/13 | ACRA | Discuss loan modification attempt with borrowers | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER $158.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Ann Craft | .80 hrs | 198.00 /hr | 158.40 |
| TOTAL FEES | 0.80 hrs | | $158.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301278

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$158.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0808-301279

INVOICE # 840980

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re: 0R0808-301279
TC # 735543

EXPENSES

| | | |
|---|---|---|
| 01/03/13 | Court Costs - Pleadings - MCCRACKEN COUNTY CIRCUIT COURT Bank ID: R CK Check Number: 157419 | 26.25 |
| 01/24/13 | LIEN SEARCHES - KENTUCKY BAR ASSOCIATION JPHILLIPS- Fee to accompany Out-of-State Certification Request Form for Josh Phillips to practice pro hac vice in Kentucky Bank ID: R CK Check Number: 157764 | 270.00 |
| | TOTAL COSTS FOR THIS MATTER | $296.25 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $296.25 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$296.25** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301279

INVOICE # 841503

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301279
TC # 735543

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | JJPH | Initial review of pleadings, loan documents, and servicing file | L120 | .40 hrs |
| 01/02/13 | JJPH | Prepare status report to client regarding tax lien suit | L120 | .10 hrs |
| 01/02/13 | JJPH | Telephone call to opposing counsel, Shannon Bouchillon, regarding claim against JP Morgan | L210 | .10 hrs |
| 01/04/13 | JJPH | Communications with McCracken County Circuit Court clerk regarding request for filings | L110 | .10 hrs |
| 01/04/13 | JJPH | Finalize notice of appearance | L210 | .10 hrs |
| 01/07/13 | JDR | Fialize and file Notice of Appearance. | L250 | .20 hrs |
| 01/11/13 | JJPH | Telephone conference with plaintiff's counsel, Shannon Bouchillon, regarding dismissal | L120 | .20 hrs |
| 01/30/13 | JJPH | Analyze pleadings obtained from the circuit court | L210 | .60 hrs |

TOTAL FEES FOR THIS MATTER $483.20



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301279

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | 1.60 hrs | 264.00 /hr | 422.40 |
| Jonathan Rose | .20 hrs | 304.00 /hr | 60.80 |
| TOTAL FEES | 1.80 hrs | | $483.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$483.20** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301279

INVOICE # 865909

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301279
TC # 735543

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | JJPH | Prepare status report to client regarding tax lien suit | L120 | .10 hrs |
| 02/04/13 | JJPH | Analyze servicing records and loan file | L120 | .30 hrs |
| 02/04/13 | JJPH | Review and analyze second amended complaint, Tax Ease Lien Servicing, LLC's, cross claim of Kentucky Tax Lien, cross claim of U.S. Bank, and answer of Tax Ease Lien Servicing | L210 | .60 hrs |
| 02/04/13 | JJPH | Telephone conference with counsel for Tax Ease Lien Investments, LLC regarding claims against JP Morgan | L210 | .20 hrs |
| 02/05/13 | BKI | Review package of loan documents; Order title information letter from agent of Old Republic Title Insurance Company in Paducah, Kentucky. | B110 | 1.00 hrs |
| 02/06/13 | BKI | Telephone conversation with title company regarding numerous prior encumbrances. | B110 | .80 hrs |
| 02/06/13 | JJPH | Research land records for 3825 Howle Street | L110 | .30 hrs |
| 02/06/13 | JJPH | Telephone call and email correspondence to Heather Franchi regarding title search | L110 | .20 hrs |
| 02/07/13 | JJPH | Begin work on U.S. Bank answer | L210 | .40 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
APRIL 30, 2013

0R0808-301279

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/13/13 | JJPH | Analyze title search records | L110 | .30 hrs |
| 02/13/13 | BKI | Review results of title search; forward e-mail to Josh Philips regarding same; telephone conversation with Washburn Key & Lowry to obtain copy of additional instruments. | B110 | .80 hrs |
| 02/14/13 | JJPH | Review assignment to Bank One | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $1,070.80

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/15/13 | Title Search Fee - WASHBURN, KEY & LOWRY PLLC JPHILLIPS- TITLE SEARCH- PADUCAH, MCCRACKEN COUNTY, KY Bank ID: R CK Check Number: 158127 | 497.00 |

TOTAL COSTS FOR THIS MATTER $497.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joshua J. Phillips | 2.50 hrs | 264.00 /hr | 660.00 |
| Barbara Kimmins | 2.60 hrs | 158.00 /hr | 410.80 |

TOTAL FEES 5.10 hrs $1,070.80

TOTAL EXPENSES $497.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 3
APRIL 30, 2013

0R0808-301279

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$1,567.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301280

INVOICE # 841504

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301280
TC # 735696

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | RH | Conduct initial review of information about appeal and appellate docket | L120 | .30 hrs |
| 01/03/13 | MJA | Research case background for appeal and assignment | L510 | .20 hrs |

TOTAL FEES FOR THIS MATTER $129.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .20 hrs | 317.00 /hr | 63.40 |
| Rudy Hill | .30 hrs | 220.00 /hr | 66.00 |

TOTAL FEES 0.50 hrs $129.40

**TOTAL CHARGES FOR THIS INVOICE $129.40**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301280

INVOICE # 865910

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301280
TC # 735696

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | AHC | Review foreclosure and appellate dockets and draft status report | L190 | .40 hrs |
| 02/05/13 | AHC | Prepare Notice of Appearance and correspondence to pro se appellant regarding same | L510 | .40 hrs |
| 02/12/13 | AHC | Review trial court and appellate dockets to determine status of record on appeal | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER $173.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | 1.10 hrs | 158.00 /hr | 173.80 |
| TOTAL FEES | 1.10 hrs | | $173.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$173.80** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301281

INVOICE # 841505

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301281
TC # 735718

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/01/13 | KSA | Submit status report | L120 | .10 hrs |
| 01/02/13 | KSA | Review allegations, research online docket for situation and send email update to client | L120 | 1.30 hrs |
| 01/02/13 | SPM | Review Plaintiff's complaint to prepare GMAC's exceptions and substitutions | L210 | .20 hrs |
| 01/04/13 | SPM | Draft answer and special exceptions to Plaintiff's complaint | L210 | .50 hrs |
| 01/05/13 | KSA | Edit special exceptions and prepare for filing | L210 | .20 hrs |
| 01/07/13 | SPM | Revise service list for special exceptions | L210 | .20 hrs |
| 01/07/13 | MST | Finalize Answer and Special Exceptions and prepare for filing and service | L210 | .70 hrs |
| 01/23/13 | MST | Receive notification of certified mail delivery to plaintiff regarding Answer and Special Exceptions and update pleadings file regarding same | L110 | .20 hrs |
| 01/29/13 | KSA | Review pleadings and status update email to G.Albright | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301281

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | MST | Review court notice regarding denial of motion for temporary restraining order and update pleadings file regarding same | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER $861.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.10 hrs | 158.00 /hr | 173.80 |
| Keith S. Anderson | 1.90 hrs | 268.00 /hr | 509.20 |
| Spencer Mobley | .90 hrs | 198.00 /hr | 178.20 |

TOTAL FEES 3.90 hrs $861.20

**TOTAL CHARGES FOR THIS INVOICE $861.20**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301281

INVOICE # 865911

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301281
TC # 735718

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/11/13 | SPM | Complete ILAB for case detailing the claims and GMAC's potential liabilities | L120 | 1.00 hrs |
| 02/12/13 | SPM | Revise ILAB to expound upon GMAC's lack of interest in the litigation | L120 | .30 hrs |
| 02/12/13 | KSA | Review initial litigation analysis budget and send to G.Albright | L120 | .20 hrs |
| 02/14/13 | KSA | Telephone discussion with pro se plaintiff regarding property, payoff, and follow-up email to G.Albright requesting payoff | L120 | .30 hrs |
| 02/15/13 | MPE | Review of matter to assist with determination of transfer to the estate. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $451.60

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Keith S. Anderson | .60 hrs | 268.00 /hr | 160.80 |
| Spencer Mobley | 1.30 hrs | 198.00 /hr | 257.40 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |
| TOTAL FEES | 2.10 hrs | | $451.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301281

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$451.60**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301282

INVOICE # 841506

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301282
TC # 735777

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/03/13 | CSM | Email to client regarding case status and strategy | C400 | .30 hrs |
| 01/03/13 | CSM | Review real property records relating to complaint | C300 | .40 hrs |
| 01/03/13 | CSM | Analyze complaint | C300 | .30 hrs |
| 01/03/13 | LADA | Begin analysis of recorded documents, pleadings and chain of title for litigation analysis | L190 | 2.90 hrs |
| 01/04/13 | LADA | Complete review and analysis of recorded documents, pleadings and chain of title for litigation analysis | L110 | 1.90 hrs |
| 01/09/13 | CSM | Draft initial litigation assessment | L190 | .80 hrs |
| 01/09/13 | CSM | Research regarding statutory process for release of unit from condo declaration | C200 | .40 hrs |
| 01/09/13 | CSM | Email to client regarding litigation assessment and case strategy | C400 | .10 hrs |
| 01/14/13 | CSM | Respond to MERS inquiry regarding case status | L120 | .40 hrs |
| 01/24/13 | LADA | Draft memorandum regarding resolution of matter | L190 | .70 hrs |
| 01/24/13 | CSM | Revise closing memorandum | L190 | .10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301282

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER $1,709.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | 2.80 hrs | 300.00 /hr | 840.00 |
| Lucinda Kish | 5.50 hrs | 158.00 /hr | 869.00 |
| TOTAL FEES | 8.30 hrs | | $1,709.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,709.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301282

INVOICE # 865912

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301282
TC # 735777

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $30.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |
| TOTAL FEES | 0.10 hrs | | $30.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$30.00** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301283

INVOICE # 841507

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301283
TC # 735688

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | CWH | Introductory phone call with borrower's counsel | L110 | .20 hrs |
| 01/02/13 | CWH | Phone call with client regarding initial analysis of the file | L120 | .20 hrs |
| 01/02/13 | CWH | Analyze procedural history leading up to judgment against BONY from Stern-handled foreclosure and draft timeline of events for client | L120 | .60 hrs |
| 01/07/13 | CWH | Exchange e-mails with client on how to proceed with the judgment | L120 | .20 hrs |
| 01/09/13 | MPE | Research docket and public records to determine status. | L110 | .40 hrs |
| 01/09/13 | MPE | Telephone call with opposing counsel regarding judgment, amount die, and requirements to resolve matter. | L110 | .20 hrs |
| 01/09/13 | MPE | Analysis of case and judgment to determine date of judgment and interest to calculate total amount due. | L110 | .50 hrs |
| 01/09/13 | MPE | Research public records to locate all recorded documents related to case. | L110 | .50 hrs |
| 01/10/13 | CWH | Exchange e-mails with client regarding judgment amount that borrowers will agree to | L110 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301283

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER $772.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.40 hrs | 361.00 /hr | 505.40 |
| Melisa P. Palmer | 1.60 hrs | 167.00 /hr | 267.20 |

| | | |
|---|---|---|
| TOTAL FEES | 3.00 hrs | $772.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$772.60** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301283

INVOICE # 865913

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301283
TC # 735688

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/13 | MPE | Draft status report. | L110 | .20 hrs |
| 02/05/13 | MPE | Review satisfaction of judgment and draft closing file memorandum. | L110 | .40 hrs |
| 02/06/13 | CWH | Revise closing memorandum | L120 | .10 hrs |
| 02/06/13 | CWH | Review satisfaction of judgment | L120 | .10 hrs |
| 02/06/13 | MPE | Research docket to confirm satisfaction of judgment is entered and finalize closing memorandum for client review accordingly. | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER $222.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Melisa P. Palmer | .90 hrs | 167.00 /hr | 150.30 |

TOTAL FEES 1.10 hrs $222.50

**TOTAL CHARGES FOR THIS INVOICE $222.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301284

INVOICE # 841509

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301284
TC # 735203

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/04/13 | CLHA | Work on motion to dismiss and confer with client regarding strategy | L120 | .70 hrs |
| 01/07/13 | CLHA | Conduct legal research regarding motion to dismiss | L120 | .80 hrs |
| 01/08/13 | JW | Review complaint and attachments | L120 | .30 hrs |
| 01/08/13 | JW | Draft motion to dismiss | L120 | 2.40 hrs |
| 01/09/13 | JW | Continued work on motion to dismiss | L120 | 1.90 hrs |
| 01/10/13 | CLHA | Work on revisions to motion to dismiss | L120 | .40 hrs |
| 01/10/13 | JW | Revise motion to dismiss | L120 | .80 hrs |
| 01/11/13 | CLHA | Continued work on revisions to motion to dismiss | L120 | .30 hrs |
| 01/14/13 | CLHA | Revise motion to dismiss and circulate to client for comment | L120 | .70 hrs |
| 01/14/13 | CLHA | Conference all with client regarding defense strategy | L120 | .20 hrs |
| 01/21/13 | CLHA | Finalize and file motion to dismiss | L120 | .60 hrs |
| 01/21/13 | CLHA | Analyze Georgia complaint and begin legal research regarding potential jurisdictional bases for fee dismissal | L120 | 1.20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301284

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | CLHA | Begin research of factual background related to adversary proceeding | L120 | .60 hrs |
| 01/24/13 | JW | Draft pro hac vice motion and accompanying order for C.Hawkins | L120 | .20 hrs |
| 01/24/13 | JW | File pro hac vice motion and accompanying order | L120 | .20 hrs |
| 01/25/13 | CLHA | Analyze recent pleadings in case and prepare for pre-trial conference | L120 | .20 hrs |
| 01/28/13 | CLHA | Prepare for pre-trial conference | L120 | .50 hrs |
| 01/29/13 | CLHA | Prepare for and participate in pre-trial conference via telephone | L120 | 1.10 hrs |
| 01/29/13 | JW | Attend pre-trial conference via phone with C.Hawkins | L120 | 1.00 hrs |
| 01/29/13 | JW | Review pre-trial conference notes for contact regarding attorney that would be contacting plaintiffs | L120 | .30 hrs |
| 01/29/13 | JW | E-mails to and from debtor's counsel in New York and special counsel regarding contact information regarding progress talks with plaintiffs | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER $4,258.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 7.30 hrs | 365.00 /hr | 2,664.50 |
| Jay Watkins | 7.70 hrs | 207.00 /hr | 1,593.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301284

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 15.00 hrs | $4,258.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$4,258.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301284

INVOICE # 865914

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301284
TC # 735203

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 02/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 02/05/13 | CLHA | Calls with court regarding February 7 pre-trial conference | L120 | .20 hrs |
| 02/07/13 | CLHA | Participate in adjourned pre-trial conference by telephone | L120 | 1.20 hrs |
| 02/07/13 | JW | Attend pretrial conference by phone | L120 | 1.20 hrs |
| 02/08/13 | JW | Check on status of mail receipt for motion to dismiss | L120 | .10 hrs |
| 02/11/13 | JW | Prepare revised certificate of service for motion to dismiss | L120 | .50 hrs |
| 02/11/13 | JW | E-mails to and from J.Newton and J.Krell regarding negotiations with plaintiffs | L120 | .40 hrs |
| 02/11/13 | CLHA | Confer with MERS regarding representation in litigation | L120 | .40 hrs |
| 02/13/13 | JW | Call with J.Newton regarding negotiations with plaintiffs and continuance for next hearing | L120 | .30 hrs |
| 02/13/13 | JW | Draft notice of appearance for Mortgage Electronic Registration Systems | L120 | .50 hrs |
| 02/13/13 | CLHA | Confer with New York counsel regarding status of litigation and next steps | L120 | .50 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301284

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER $1,533.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 2.50 hrs | 365.00 /hr | 912.50 |
| Jay Watkins | 3.00 hrs | 207.00 /hr | 621.00 |
| TOTAL FEES | 5.50 hrs | | $1,533.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,533.50** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301285

INVOICE # 841512

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301285
TC # 735647

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/03/13 | JHP | Review new file information and emails to/from client contact P.Stokes to discuss new file and firm's handling of file and TRO hearing | L120 | .40 hrs |
| 01/03/13 | BG | Contact client regarding new file referral and attendance at upcoming hearing | L120 | .20 hrs |
| 01/03/13 | BG | Review of new file | L110 | .20 hrs |
| 01/03/13 | ABB | Retrieval of docket report and obtain copy of Notice of Appeal regarding new matter | L110 | .50 hrs |
| 01/11/13 | BG | Correspondence with foreclosure counsel regarding the results of the hearing | L120 | .10 hrs |
| 01/14/13 | ABB | Calendar deadlines regarding appeal matter and following up after the March 7, 2013 hearing regarding the same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER $330.10

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allison Burke | .70 hrs | 158.00 /hr | 110.60 |
| Jon H. Patterson | .40 hrs | 290.00 /hr | 116.00 |
| Blake Goodsell | .50 hrs | 207.00 /hr | 103.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301285

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 1.60 hrs | $330.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$330.10** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301285

INVOICE # 865915

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301285
TC # 735647

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | BG | Draft status report regarding monitoring prospective appeal | L190 | .10 hrs |
| 02/11/13 | ABB | E-mail communications with attachments regarding status of case and further action needed | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $36.50

EXPENSES

| | | |
|---|---|---|
| 02/26/13 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS<br>Bank ID: GENR Check Number: 107267 | 131.72 |

TOTAL COSTS FOR THIS MATTER $131.72

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .10 hrs | 158.00 /hr | 15.80 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $36.50 |
| TOTAL EXPENSES | | $131.72 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE 2

ResCap

APRIL 30, 2013

0R0808-301285

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE** **$168.22**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301286

INVOICE # 841514

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301286
TC # 736047

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/09/13 | CSM | Analyze petition for assignment of assets for benefit of creditors | L120 | .30 hrs |
| 01/09/13 | CSM | Research regarding process for assignment of assets for benefit of creditors under Florida law | L120 | .50 hrs |
| 01/09/13 | CSM | Email to client regarding case status and strategy | L120 | .10 hrs |
| 01/10/13 | LADA | Analysis of all cases and recorded docs related to borrower and property in preparation of initial case review memorandum | L140 | 4.30 hrs |
| 01/15/13 | CSM | Draft letter to opposing counsel demanding removal of REO property from assignment for benefit of creditors | L190 | 1.10 hrs |
| 01/15/13 | CSM | Telephone conference with opposing counsel regarding removal of REO property from assignment for benefit of creditors | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER $1,399.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 2
MARCH 27, 2013

0R0808-301286

FED ID NO. 63-0243316

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-11-13 Bank ID: PCARD Check Number: P96 | 5.00 |
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-11-13 Bank ID: PCARD Check Number: P96 | 5.00 |
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-11-13 Bank ID: PCARD Check Number: P96 | 5.00 |
| | TOTAL COSTS FOR THIS MATTER | $15.00 |

BILLING SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| Cory S. Menees | 2.40 hrs | 300.00 /hr | 720.00 |
| Lucinda Kish | 4.30 hrs | 158.00 /hr | 679.40 |
| TOTAL FEES | 6.70 hrs | | $1,399.40 |
| TOTAL EXPENSES | | | $15.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,414.40** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301286

INVOICE # 865916

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301286
TC # 736047

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CSM | Draft case status report | L110 | .20 hrs |
| 02/01/13 | LADA | Draft memorandum regarding resolution of matter | L190 | .60 hrs |

TOTAL FEES FOR THIS MATTER $154.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .20 hrs | 300.00 /hr | 60.00 |
| Lucinda Kish | .60 hrs | 158.00 /hr | 94.80 |

TOTAL FEES 0.80 hrs $154.80

**TOTAL CHARGES FOR THIS INVOICE $154.80**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301287

INVOICE # 841516

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301287
TC # 735588

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/04/13 | CWH | Initial phone call with client regarding new REO matter | L120 | .20 hrs |
| 01/04/13 | CJA | Conference call with client regarding post foreclosure tax sale of REO asset | B250 | .50 hrs |
| 01/04/13 | CJA | Review documents and draft summary of applicable law related to tax deeds | B250 | 1.10 hrs |
| 01/10/13 | CJA | Telephone call with tax sale purchaser's counsel | B250 | .20 hrs |
| 01/10/13 | CJA | Review additional documents and conferred with REO department regarding same and need for updated title search | B250 | .40 hrs |
| 01/10/13 | CWH | Exchange e-mails with client regarding initial thoughts on the title problem and plan to order title search | L120 | .20 hrs |
| 01/10/13 | CWH | Analyze all documents from client and draft complaint from Rand and create litigation analysis and timeline | L120 | 1.40 hrs |
| 01/11/13 | CWH | Exchange e-mails with client regarding contact information for rent to own agreement parties and need to get values on Lot 1 and Lot 2 | L120 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301287

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/11/13 | CWH | Analyze additional information about possible transfer of property via a rent to own agreement and update analysis based on same | L120 | .20 hrs |
| 01/22/13 | CJA | Confer with client regarding timing on obtaining title report | B250 | .20 hrs |
| 01/23/13 | CJA | Telephone call regarding status of title work | B250 | .20 hrs |

TOTAL FEES FOR THIS MATTER $1,457.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 2.20 hrs | 361.00 /hr | 794.20 |
| C. Jason Avery | 2.60 hrs | 255.00 /hr | 663.00 |
| TOTAL FEES | 4.80 hrs | | $1,457.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,457.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301287

INVOICE # 865917

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301287
TC # 735588

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/07/13 | CWH | Analyze title reports on the two lots and update strategy in case based on same | L120 | .40 hrs |
| 02/07/13 | CWH | Draft status report for client based on review of case to date | L120 | .10 hrs |
| 02/13/13 | CJA | Confer with J.Braswell regarding plaintiff's claims and advised him of status of title work | B250 | .30 hrs |
| 02/15/13 | CWH | Exchange e-mails with client about initial comments from real estate agent on property values | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER $293.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 361.00 /hr | 216.60 |
| C. Jason Avery | .30 hrs | 255.00 /hr | 76.50 |

TOTAL FEES 0.90 hrs $293.10

**TOTAL CHARGES FOR THIS INVOICE $293.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 26, 2013
0R0808-301288

INVOICE # 840981

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 03/26/13

Re: 0R0808-301288
TC # 735961

EXPENSES

| | | |
|---|---|---|
| 01/27/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP USBC-NY PRO HAC VICE CHRIS HAWKINS 1-24-13 Bank ID: PCARD Check Number: P88 | 200.00 |
| 01/27/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP USBC-NY PRO HAC VICE CHRIS HAWKINS 1-24-13 Bank ID: PCARD Check Number: P88 | 200.00 |
| | TOTAL COSTS FOR THIS MATTER | $400.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $400.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$400.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301288

INVOICE # 841518

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301288
TC # 735961

PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 01/07/13 | CLHA | Analyze complaint and conduct legal research in support of motion to dismiss | L120 | 1.10 hrs |
| 01/08/13 | CLHA | Work on outline of motion to dismiss | L120 | .60 hrs |
| 01/08/13 | JW | Draft motion to dismiss | L120 | 2.20 hrs |
| 01/09/13 | JW | Review local rules for the Bankruptcy Court for the Southern District of New York | L120 | .20 hrs |
| 01/09/13 | JW | Research cases for motion to dismiss | L120 | .50 hrs |
| 01/09/13 | JW | Edit motion to dismiss | L120 | 2.60 hrs |
| 01/10/13 | JW | Revise motion to dismiss | L120 | .50 hrs |
| 01/10/13 | CLHA | Work on revisions to motion to dismiss | L120 | .40 hrs |
| 01/14/13 | CLHA | Work on revisions to motion to dismiss and circulate to client for comment | L120 | .70 hrs |
| 01/14/13 | CLHA | Conference all with client regarding defense strategy | L120 | .20 hrs |
| 01/14/13 | JW | Review revised motion to dismiss and e-mail between C.Hawkins and J.Scoliard regarding the motion to dismiss | L120 | .20 hrs |
| 01/21/13 | CLHA | Finalize and file motion to dismiss | L120 | .60 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301288

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/22/13 | CLHA | Begin research of factual background related to adversary proceeding | L120 | .60 hrs |
| 01/24/13 | JW | Draft pro hac vice motion and accompanying order for C.Hawkins | L120 | .40 hrs |
| 01/24/13 | JW | File pro hac vice motion and accompanying order | L120 | .10 hrs |
| 01/25/13 | CLHA | Analyze recent pleadings in case and prepare for pre-trial conference | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $2,992.90

01/29/13 Postage Charges 01/28/2013 0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 4.40 hrs | 365.00 /hr | 1,606.00 |
| Jay Watkins | 6.70 hrs | 207.00 /hr | 1,386.90 |

| | | |
|---|---|---|
| TOTAL FEES | 11.10 hrs | $2,992.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$2,992.90** |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301288

INVOICE # 865918

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re: 0R0808-301288
TC # 735961

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 02/11/13 | CLHA | Confer with MERS regarding representation in litigation | L120 | .40 hrs |
| 02/13/13 | JW | Draft notice of appearance for Mortgage Electronic Registration Systems | L120 | .50 hrs |
| 02/13/13 | CLHA | Confer with New York counsel regarding status of litigation and next steps | L120 | .50 hrs |
| 02/20/13 | CLHA | Analyze docket to determine if progress has begin made toward global settlement | L120 | .30 hrs |
| 02/26/13 | CLHA | Finalize and file notice of appearance on behalf of MERS | L120 | .30 hrs |
| 03/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 03/11/13 | JW | Conference call with J.Scoliard regarding recent changes and updates | L120 | .20 hrs |
| 03/11/13 | CLHA | Prepare for and participate in call with client to discuss status and strategy | L120 | .10 hrs |
| 03/27/13 | CLHA | Analyze order approving mandatory supplemental AP procedures for AP actions | L120 | .60 hrs |
| 03/29/13 | CLHA | Reach out to special counsel for the debtors regarding resolution of case under order implementing AP procedures | L120 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

APRIL 30, 2013

0R0808-301288

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 04/09/13 | CLHA | Analyze docket and notice of agenda regarding status of litigation and next steps for resolution of matter | L120 | .30 hrs |
| 04/16/13 | JW | Monthly status call with J.Scoliard | L120 | .20 hrs |
| 04/16/13 | CLHA | Analyze recent pleadings and participate in conference call with J.Scoliard regarding status and strategy (subject to mandatory supplemental AP procedures) | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $1,500.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 3.60 hrs | 365.00 /hr | 1,314.00 |
| Jay Watkins | .90 hrs | 207.00 /hr | 186.30 |

| | | |
|---|---|---|
| TOTAL FEES | 4.50 hrs | $1,500.30 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,500.30** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301289

INVOICE # 841520

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301289
TC # 736173

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/15/13 | MST | Review new case documents from client including complaint to determine claims and liability of case, update file regarding same | L110 | .60 hrs |
| 01/15/13 | GWG | Review new file received from client, including analysis of factual issues and call with plaintiff's counsel regarding procedural history | L110 | 2.20 hrs |
| 01/16/13 | GWG | Call with client regarding procedural posture and case strategy | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER $843.60

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Melanie Thompson | .60 hrs | 158.00 /hr | 94.80 |
| Graham W. Gerhardt | 2.40 hrs | 312.00 /hr | 748.80 |

TOTAL FEES 3.00 hrs $843.60

**TOTAL CHARGES FOR THIS INVOICE $843.60**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301290

INVOICE # 841522

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re: 0R0808-301290
TC # 735658

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | CWH | Analyze docket from HOA foreclosure suit and discuss same with GMAC | L120 | .40 hrs |
| 01/24/13 | CWH | Follow-up with client on need for more information on the file and fact that HOA will not communicate/cooperate at this time | L120 | .20 hrs |
| 01/28/13 | CWH | Analyze client's documents regarding Persons' loan and reconcile with the HOA foreclosure documents | L120 | .20 hrs |
| 01/29/13 | CWH | Analyze the three foreclosure suits by the HOA, transfers of property among Annie Persons and Cepeda Persons and determine current status of GMAC's secured lien | L120 | .30 hrs |
| 01/29/13 | CWH | Revise timeline of the various foreclosures and title transfers and send summary email to client with same | L120 | .30 hrs |
| 01/29/13 | MPE | Research broward county public records relating to property, borrower and all parties involved in the 3 foreclosures. | L110 | .90 hrs |
| 01/29/13 | MPE | Research all foreclosure dockets relating to A.Persons and C.Persons to determine outcome. | L110 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

MARCH 27, 2013

0R0808-301290

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/29/13 | MPE | Review all public records found relating to the property dating back to 2005 and use records to trace ownership from C.Persons to A.Persons, back to C.Persons, to M.Mast and finally back to A.Persons. Prepare a timeline of title events for the property relating to all transfers, foreclosures, and liens. | L110 | 3.60 hrs |

TOTAL FEES FOR THIS MATTER $1,373.80

EXPENSES

| | | |
|---|---|---|
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-2-13 Bank ID: PCARD Check Number: P96 | 5.00 |
| 01/29/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-8-13 Bank ID: PCARD Check Number: P96 | 5.00 |

TOTAL COSTS FOR THIS MATTER $10.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.40 hrs | 361.00 /hr | 505.40 |
| Melisa P. Palmer | 5.20 hrs | 167.00 /hr | 868.40 |
| | | | |
| TOTAL FEES | 6.60 hrs | | $1,373.80 |
| TOTAL EXPENSES | | | $10.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE 3
MARCH 27, 2013

0R0808-301290

FED ID NO. 63-0243316

| | |
|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | **$1,383.80** |

***** TOTAL DUE UPON RECEIPT *****