

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301290

INVOICE #  865919

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301290
     TC # 735658

PROFESSIONAL SERVICES

| 02/04/13 | MPE | Draft status report. | L110 | .20 hrs |
|---|---|---|---|---|
| 02/12/13 | CWH | Revise letter to A.Persons advising her against future title transfers and citing her mortgage documents | L190 | .40 hrs |
| 02/13/13 | CWH | Exchange e-mails with client about fact that this loan is being service-transferred to Green Tree | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                 $213.90

EXPENSES

| 03/13/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-29-13 Bank ID: PCARD Check Number: P113 | 5.00 |
|---|---|---|
| 03/13/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-31-13 Bank ID: PCARD Check Number: P113 | 5.00 |
| 03/13/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 1-31-13 Bank ID: PCARD Check Number: P113 | 5.00 |
| 03/13/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 2-5-13 Bank ID: PCARD Check Number: P113 | 5.00 |
| 03/13/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP BROWARD CLERK 2-20-13 Bank ID: PCARD Check Number: P113 | 5.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301290

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER                    $25.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES                  0.70 hrs                    $213.90

TOTAL EXPENSES                                         $25.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$238.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301291

INVOICE #  841524

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301291
     TC # 736208

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/15/13 | MJA | Initial review of appeal documents (Sara Garcia appeal) | L510 | .30 hrs |
| 01/15/13 | CWH | Initial review of new appeal and borrower's bankruptcy filing | L210 | .20 hrs |
| 01/17/13 | CWH | Analyze history of borrower's foreclosure suit, the notice of appeal, and pleadings from the spouse's bankruptcy case | L120 | .50 hrs |
| 01/18/13 | CWH | Research husband's interest in the property | L110 | .20 hrs |
| 01/28/13 | HHW | Analyze foreclosure file to aid in preparation of drafting Appellee brief | L190 | .40 hrs |
| 01/29/13 | HHW | Analyze foreclosure file to aid in preparation of drafting Appellee brief | L520 | .20 hrs |
| 01/29/13 | HHW | Email correspondence with foreclosure counsel regarding foreclosure file | L520 | .20 hrs |
| 01/29/13 | HHW | Analyze fact package regarding historical loan documents to aid in preparation of appellate briefing | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $709.30



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301291

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .30 hrs | 317.00 /hr | 95.10 |
| Christian W. Hancock | .90 hrs | 361.00 /hr | 324.90 |
| Heather Wright | 1.10 hrs | 263.00 /hr | 289.30 |

TOTAL FEES                    2.30 hrs                        $709.30

**TOTAL CHARGES FOR THIS INVOICE**                   $709.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301291

INVOICE #  865920

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301291
TC # 736208

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | AHC | Prepare Notice of Appearance and correspondence to pro se appellant regarding same | L510 | .30 hrs |
| 02/07/13 | SS | Research reach of the automatic stay | L120 | .30 hrs |
| 02/07/13 | GEG | Work on analysis of possible bankruptcy issues | L120 | .90 hrs |
| 02/08/13 | GEG | Further background research on issues relating to stay on appeal | L120 | .60 hrs |
| 02/08/13 | SS | Research reach of automatic stay and property of the estate | L120 | 2.30 hrs |
| 02/08/13 | JB | Research on bankruptcy related issues | L120 | .30 hrs |
| 02/12/13 | GEG | Work on review of case law regarding appeals | L120 | 2.80 hrs |
| 02/13/13 | GEG | Work on further review of possible automatic stay issues vis-a-vis non-borrower spouse's bankruptcy | L120 | .70 hrs |
| 02/13/13 | SS | Research automatic stay and non-debtor appeals | L120 | 2.70 hrs |
| 02/13/13 | SS | Begin drafting memorandum regarding automatic stay and non-debtor appeals | L120 | .30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301291

FED ID NO. 63-0243316

| Date | Initials | Description | Task | Hours |
|------|----------|-------------|------|-------|
| 02/14/13 | SS | Draft memorandum regarding automatic stay and non-debtor co-defendants | L120 | 3.50 hrs |
| 02/14/13 | AHC | Review of bankruptcy and appellate court dockets to determine status of motion for relief from stay | L110 | .40 hrs |
| 02/14/13 | GEG | Work on issues relating to automatic stay and appeal | L120 | .30 hrs |

|  |  |  |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $3,928.60 |
| 02/08/13 Copy Charges | | 0.00 |
| 02/08/13 Copy Charges | | 0.00 |
| 02/08/13 Copy Charges | | 0.00 |
| 02/08/13 Copy Charges | | 0.00 |
| 02/13/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: SOLOMON,SEAN | | |
| 02/14/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: SOLOMON,SEAN | | |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Glenn E. Glover | 5.30 hrs | 352.00 /hr | 1,865.60 |
| Alecia H. Cockrell | .70 hrs | 158.00 /hr | 110.60 |
| James Bailey | .30 hrs | 229.00 /hr | 68.70 |
| Sean Solomon | 9.10 hrs | 207.00 /hr | 1,883.70 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 15.40 hrs | | $3,928.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$3,928.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          MARCH 27, 2013
1100 Virginia Drive                             0R0808-301292
Fort Washington, PA 19034

                                         INVOICE #   841526

                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301292
         TC # 736101

PROFESSIONAL SERVICES

| 01/14/13 | KSA | Review new case to assess claims and initial email communications with J.Bentch | L120 | .50 hrs |
| 01/15/13 | MST | Initial review of complaint to determine claims and liability of case and update file regarding same | L110 | .40 hrs |
| 01/16/13 | GP | Analyze pleadings | L210 | .60 hrs |
| 01/16/13 | GP | Draft answer | L210 | 1.20 hrs |
| 01/16/13 | GP | Review and revise answer | L210 | .20 hrs |
| 01/16/13 | KSA | Edit answer | L210 | .20 hrs |
| 01/24/13 | SCV | Further research of Texas law, procedurally and substantive, and revise answer accordingly; additional review of petition and attachments thereto. | P400 | .60 hrs |
| 01/25/13 | SCV | Oversee filing of answer and service of same. | P400 | .50 hrs |
| 01/25/13 | AHC | Review pleadings received and court docket to determine counsel of record for parties and final review and revision of Answer to complaint | L210 | 1.10 hrs |
| 01/25/13 | KSA | Review, edit answer, and prepare for filing | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

OR0808-301292

FED ID NO. 63-0243316

---

| 01/29/13 | AHC | Conference with clerk of court regarding copies of file and follow-up correspondence regarding same | L110 | .40 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                          $1,252.80

EXPENSES

01/29/13  Copy Charges - OUTSIDE SOURCES - BELL COUNTY                74.00
          CLERK AC FILE COPIES
          Bank ID: GENR Check Number: 105854

TOTAL COSTS FOR THIS MATTER                   $74.00

BILLING SUMMARY

| Melanie Thompson | .40 hrs | 158.00 /hr | 63.20 |
| Alecia H. Cockrell | 1.50 hrs | 158.00 /hr | 237.00 |
| Keith S. Anderson | 1.00 hrs | 268.00 /hr | 268.00 |
| Grant Premo | 2.00 hrs | 207.00 /hr | 414.00 |
| Slates Veazey | 1.10 hrs | 246.00 /hr | 270.60 |

| TOTAL FEES | 6.00 hrs | | $1,252.80 |

TOTAL EXPENSES                                $74.00

**TOTAL CHARGES FOR THIS INVOICE**          **$1,326.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301292

INVOICE #  865921

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301292
     TC # 736101

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 02/04/13 | AHC | Initial review of file copies including cross-referencing with docket to confirm all documents were received | L110 | .40 hrs |
| 02/07/13 | SCV | Analyze file retrieved from court. | P400 | .20 hrs |
| 02/08/13 | SCV | Initial review of discovery requests | P400 | .40 hrs |
| 02/11/13 | KSA | Review plaintiff's discovery and outline responses | L310 | .50 hrs |
| 02/11/13 | SCV | Analyze discovery requests and potential strategy going forward. Review documents provided by client in matter and work on responses. | P400 | .90 hrs |
| 02/13/13 | SCV | Analyze client documents in preparation of responses to discovery requests. | P400 | .50 hrs |
| 02/15/13 | SCV | Draft discovery responses. | P400 | .30 hrs |

|  |  |  |
|---|---|---|
|  | TOTAL FEES FOR THIS MATTER | $763.00 |
| 02/11/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |
| 02/04/13 | Express Mail/Fedex | 0.00 |
| 02/04/13 | Express Mail/Fedex | 0.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301292

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |
| Keith S. Anderson | .50 hrs | 268.00 /hr | 134.00 |
| Slates Veazey | 2.30 hrs | 246.00 /hr | 565.80 |
| **TOTAL FEES** | 3.20 hrs | | $763.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | $763.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301293
Fort Washington, PA 19034

                                                          INVOICE #   841528

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0R0808-301293
          TC # 736414

PROFESSIONAL SERVICES

| 01/04/13 | TMB | Telephone from and telephone to T.Case re trial | L240A | .20 hrs |
|----------|-----|--------------------------------------------------|-------|---------|
| 01/04/13 | TMB | Draft memo re trial and correspondence witness | L440 | .20 hrs |
| 01/07/13 | TMB | Draft memo to T.Case and follow up to P.Stokes re trial and witness | L240A | .30 hrs |
| 01/08/13 | TMB | Discussion with T.Case re hearing | L240A | .20 hrs |
| 01/08/13 | TMB | Correspond with P.Stokes and J.Acquire re January 22 hearing | L450 | .20 hrs |
| 01/10/13 | TMB | Correspond with T.Case and P.Stokes re January 22 trial | L440 | .20 hrs |
| 01/17/13 | TMB | Conference call with R.Calhoun, T.Case and P.Stokes re trial testimony | L240A | .40 hrs |
| 01/17/13 | TMB | Draft letter to R.Calhoun re trial testimony | L240A | .20 hrs |
| 01/18/13 | TMB | Review memo from T.Case re trial strategy; draft memo from R.Callahan | L330 | .60 hrs |
| 01/21/13 | TMB | Draft memo to T.Case re trial; draft follow up to P.Stokes on trial | L330 | .20 hrs |
| 01/23/13 | TMB | Review correspondence from T.Case re trial verdict | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301293

FED ID NO. 63-0243316

| 01/29/13 | TMB | Review memo from T.Case re bankruptcy issue and draft memo to P.Stokes re same | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $1,196.80

BILLING SUMMARY

| T. Michael Brown | 3.20 hrs | 374.00 /hr | 1,196.80 |

| TOTAL FEES | 3.20 hrs | | $1,196.80 |

**TOTAL CHARGES FOR THIS INVOICE**                     **$1,196.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       APRIL 30, 2013
1100 Virginia Drive                                          OR0808-301293
Fort Washington, PA 19034

                                                             INVOICE #  865922

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

   Re:  OR0808-301293
        TC # 736414

PROFESSIONAL SERVICES

02/02/13  TMB  Draft status report                  L120      .40 hrs

          TOTAL FEES FOR THIS MATTER                       $149.60

BILLING SUMMARY

   T. Michael Brown          .40 hrs   374.00 /hr        149.60

TOTAL FEES                  0.40 hrs                    $149.60

**TOTAL CHARGES FOR THIS INVOICE**                     **$149.60**
                                                      =============

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301294

INVOICE #  841531

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301294
     TC # 736397

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/07/13 | AHC | Review docket and correspondence to client regarding same | L110 | .20 hrs |
| 01/16/13 | AHC | Correspondence to courier regarding copy of complete court file | L110 | .20 hrs |
| 01/17/13 | AHC | Correspondence to client regarding copy of court file | L110 | .20 hrs |
| 01/22/13 | GWG | Review new file received from client and analyze for appropriate first steps | L120 | .80 hrs |
| 01/22/13 | BG | Begin drafting initial case summary | L190 | .30 hrs |
| 01/22/13 | BG | Review new referral and initial client materials | L110 | .40 hrs |
| 01/22/13 | SPM | Research 5th Circuit law relating to removal timing | L120 | 1.00 hrs |
| 01/22/13 | SPM | Draft removal paragraphs relating to the last served defendant rule | L210 | .70 hrs |
| 01/23/13 | BG | Review foreclosure file | L120 | .20 hrs |
| 01/23/13 | BG | Review fact package from client | L110 | .60 hrs |
| 01/23/13 | BG | Review servicing notes in aid of drafting initial case summary | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301294

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/23/13 | GWG | Legal research into possible removal based on fraudulent joinder argument | L210 | 1.70 | hrs |
| 01/25/13 | GWG | Review fact package received from client | L110 | .50 | hrs |
| 01/25/13 | JOHO | Analyze appraisal and Tax information | L210 | .80 | hrs |
| 01/28/13 | MST | Communications with researcher regarding state court file in preparation of removal from state to federal court | L110 | .40 | hrs |
| 01/28/13 | AHC | Correspondence to courier regarding charges for file retrieval | L190 | .10 | hrs |
| 01/30/13 | MST | Review state court pleadings and docket sheet in preparation of removal from state to federal court | L210 | .60 | hrs |
| 01/30/13 | BG | Draft Notice of Removal | L210 | 1.20 | hrs |
| 01/30/13 | BG | Review state court pleadings | L210 | .10 | hrs |
| 01/30/13 | BG | Review Complaint and evaluate arguments for removal and arguments for summary dismissal following removal | L210 | .30 | hrs |
| 01/31/13 | BG | Insert fraudulent joinder argument into Notice of Removal | L210 | .80 | hrs |
| 01/31/13 | BG | Draft Notice of filing Notice of Removal | L210 | .10 | hrs |
| 01/31/13 | BG | Draft corporate disclosure statement for Deutsche | L210 | .20 | hrs |
| 01/31/13 | BG | Draft corporate disclosure statement for GMAC | L210 | .10 | hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
MARCH 27, 2013

ResCap

0R0808-301294

FED ID NO. 63-0243316

| 01/31/13 | BG | Revise Notice of Removal | L210 | .30 hrs |
| 01/31/13 | GWG | Work on notice of removal and other removal-related filings | L210 | 2.40 hrs |

TOTAL FEES FOR THIS MATTER                $3,425.90

| 01/30/13 | Copy Charges | 0.00 |
| 01/31/13 | Copy Charges | 0.00 |
| 01/31/13 | Copy Charges | 0.00 |
| 01/31/13 | Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| Melanie Thompson | 1.00 hrs | 158.00 /hr | 158.00 |
| Alecia H. Cockrell | .70 hrs | 158.00 /hr | 110.60 |
| Graham W. Gerhardt | 5.40 hrs | 312.00 /hr | 1,684.80 |
| Blake Goodsell | 4.90 hrs | 207.00 /hr | 1,014.30 |
| Spencer Mobley | 1.70 hrs | 198.00 /hr | 336.60 |
| Jonathan Holtzclaw | .80 hrs | 152.00 /hr | 121.60 |

TOTAL FEES            14.50 hrs            $3,425.90

**TOTAL CHARGES FOR THIS INVOICE**            **$3,425.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301294

INVOICE #  862849

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301294
     TC # 736397

<u>EXPENSES</u>

| | | |
|---|---|---|
| 01/16/13 | 1-16-13 COURT COST - PLEADINGS - WEST GROUP COURT DOCUMENTS CK # 107267 | 164.63 |
| 01/25/13 | 1-25-13 COURT COST - PLEADINGS - WEST GROUP COURT DOCUMENTS CK # 107267 | 169.38 |
| | TOTAL COSTS FOR THIS MATTER | $334.01 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $334.01 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$334.01** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301294

INVOICE #  865923

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301294
     TC # 736397

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/01/13 | BG | Draft Answer and affirmative defenses | L210 | .90 hrs |
| 02/01/13 | BG | Revise Answer and affirmative defenses | L210 | .30 hrs |
| 02/01/13 | GWG | Work on notice of removal | L210 | 1.70 hrs |
| 02/04/13 | GWG | Work on notice of removal and answer. | L210 | 2.90 hrs |
| 02/04/13 | MST | Obtain title report to determine chain of title and liens and judgments and process for payment | L110 | .40 hrs |
| 02/04/13 | MST | Obtain appraised value of property from county appraisal district and update file regarding same | L110 | .30 hrs |
| 02/05/13 | MST | File civil case in federal court in preparation of removal from state court and obtain case number for filing | L210 | .70 hrs |
| 02/05/13 | MST | Draft civil cover sheet and supplemental cover sheet for filing with notice of removal | L210 | .90 hrs |
| 02/05/13 | MST | Finalize Notice of Removal with exhibits, Notice of Filing Notice of Removal, GMAC Corporate Disclosure Statement, Deutsche Bank Corporate Disclosure Statement and Answer and prepare all for filing and service | L210 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301294

FED ID NO. 63-0243316

| 02/05/13 | BG | Draft status report regarding removal based on fraudulent joinder argument and Answer | L190 | .10 hrs |
| 02/05/13 | BG | Finalize and file Answer | L210 | .20 hrs |
| 02/05/13 | BG | Finalize and file removal documents | L210 | .20 hrs |
| 02/05/13 | GWG | Work on answer and notice of removal and other removal filings | L210 | 2.10 hrs |
| 02/06/13 | GWG | Research compliance with local rules and judge's standing orders regarding removals and filings of pleadings | L210 | .30 hrs |
| 02/06/13 | MST | Review notification from the court regarding assignment of judge and update pleadings file regarding same | L140 | .20 hrs |
| 02/06/13 | MST | Review title report to determine chain of title, mortgage information, value of property, liens and judgments | L110 | .40 hrs |
| 02/12/13 | BG | Draft factual background section of brief in support of Motion for Summary Judgment | L210 | .90 hrs |
| 02/12/13 | BG | Prepare for case management conference | L120 | .10 hrs |
| 02/12/13 | BG | Draft Motion for Summary Judgment | L210 | .20 hrs |
| 02/12/13 | BG | Draft procedural background section of brief in support of Motion for Summary Judgment | L210 | .70 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0808-301294

FED ID NO. 63-0243316

| 02/12/13 | BG | Draft standard of review section of brief in support of Motion for Summary Judgment | L210 | .20 hrs |
|---|---|---|---|---|
| 02/12/13 | BG | Draft proposed order for Motion for Summary Judgment | L210 | .10 hrs |
| 02/12/13 | BG | Draft conclusion to brief in support of Motion for Summary Judgment | L210 | .10 hrs |
| 02/12/13 | BG | Draft executive summary section of brief in support of Motion for Summary Judgment | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER $3,954.00

02/12/13 Copy Charges                    0.00

BILLING SUMMARY

| Melanie Thompson | 5.70 hrs | 158.00 /hr | 900.60 |
|---|---|---|---|
| Graham W. Gerhardt | 7.00 hrs | 312.00 /hr | 2,184.00 |
| Blake Goodsell | 4.20 hrs | 207.00 /hr | 869.40 |

TOTAL FEES            16.90 hrs            $3,954.00

**TOTAL CHARGES FOR THIS INVOICE**            $3,954.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301296

INVOICE #  841533

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301296
     TC # 736642

#### PROFESSIONAL SERVICES

| 01/29/13 | CWH | Initial review of new probate matter and review status of loan | L120 | .20 hrs |
|---|---|---|---|---|
| 01/29/13 | CWH | Exchange e-mails with client regarding initial assessment of probate matter | L120 | .10 hrs |
| 01/30/13 | MSW | Draft Reply to Petition for Sale of Property | L120 | .80 hrs |
| 01/30/13 | MSW | Analyze petition for sale of property, applicable law, and public records affecting potential priority of claims | L120 | 2.20 hrs |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/31/13 | MCG | Revise response to petition in probate court to sell property | L210 | .30 hrs |

|  | TOTAL FEES FOR THIS MATTER | $1,155.10 |
|---|---|---|

#### BILLING SUMMARY

| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
|---|---|---|---|
| Michael C. Griffin | .30 hrs | 348.00 /hr | 104.40 |
| Mark S. Wierman | 3.10 hrs | 304.00 /hr | 942.40 |

| TOTAL FEES | 3.70 hrs | | $1,155.10 |
|---|---|---|---|



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301296

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                          $1,155.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301296

INVOICE #  865924

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301296
     TC # 736642

PROFESSIONAL SERVICES

| 02/11/13 | MSW | Review changes in ownership and analyze impact to arguments | L210 | .30 hrs |
|----------|-----|------------------------------------------------------------|------|---------|
| 02/13/13 | MSW | Revise reply brief | L210 | .40 hrs |
| 02/13/13 | LADA | Finalize response to borrower's petition | L210 | .80 hrs |

TOTAL FEES FOR THIS MATTER            $339.20

BILLING SUMMARY

| Mark S. Wierman | .70 hrs | 304.00 /hr | 212.80 |
|-----------------|---------|------------|--------|
| Lucinda Kish | .80 hrs | 158.00 /hr | 126.40 |

TOTAL FEES          1.50 hrs          $339.20

**TOTAL CHARGES FOR THIS INVOICE**          **$339.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301297

INVOICE #  865925

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301297
     TC # 736665

PROFESSIONAL SERVICES

| 02/01/13 | JAW | Reviewing file in preparation of appeal | L520 | 1.00 hrs |
|---|---|---|---|---|
| 02/04/13 | JAW | Reviewing file in preparation of appeal | L520 | 1.40 hrs |
| 02/04/13 | JAW | Reviewing Florida Rules of Appellate Procedure in preparation of appeal; identifying deadlines | L520 | .50 hrs |
| 02/04/13 | DBO | Review of appeal documents filed by appellant as well as additional documentation provided by J.Hoy | L120 | .50 hrs |
| 02/06/13 | AHC | Review trial and appellate court dockets to determine status and telephone conference regarding designation of record | L110 | .40 hrs |
| 02/06/13 | AHC | Retrieval from web site and analysis of trial court file consisting of 59 pleadings and preparation of timeline for attorney review | L110 | 2.10 hrs |
| 02/06/13 | AHC | Prepare Notice of Appearance of Counsel and correspondence to opposing counsel regarding same | L510 | .30 hrs |
| 02/06/13 | JAW | Reviewing rules of appellate procedure regarding designation of proceedings to be transcribed and evaluating portions of trial proceedings to designate | L460 | .60 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301297

FED ID NO. 63-0243316

---

| | | | | |
|---|---|---|---|---|
| 02/06/13 | JAW | Following up with foreclosure counsel to obtain copy of file and any recently-served documents | L110 | .20 hrs |
| 02/06/13 | JAW | Reviewing trial court pleadings | L520 | .30 hrs |
| 02/07/13 | JAW | Reviewing email and additional documents from foreclosure counsel | L120 | .20 hrs |
| 02/07/13 | AHC | Telephone conference regarding notification from court and confirmation of receipt of filing | L110 | .20 hrs |
| 02/07/13 | AHC | Initial review of documents received from foreclosure counsel and incorporate same into draft of timeline | L110 | .60 hrs |
| 02/11/13 | JAW | Reviewing foreclosure file in preparation for appeal | L120 | .30 hrs |
| 02/14/13 | JAW | Reviewing file documents in preparation for appeal | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,387.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| D. Brian O'Dell | .50 hrs | 383.00 /hr | 191.50 |
| Jason A. Walters | 4.80 hrs | 339.00 /hr | 1,627.20 |
| Alecia H. Cockrell | 3.60 hrs | 158.00 /hr | 568.80 |

TOTAL FEES                8.90 hrs                    $2,387.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0808-301297

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE          $2,387.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301298

INVOICE #  865926

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301298
     TC # 736654

PROFESSIONAL SERVICES

| 02/06/13 | ERP | Retrieve and initial review of docket | L120 | .20 hrs |
|---|---|---|---|---|
| 02/06/13 | JDV | Analysis of new Florida matter, including docket and incomplete copy of Complaint for Declaratory and Other Relief | L110 | .60 hrs |
| 02/07/13 | ERP | Communication with M.Winer requesting complete copy of Complaint | L120 | .20 hrs |
| 02/08/13 | ERP | Initial review of complaint received from M.Winer's legal assistant | L120 | .20 hrs |
| 02/08/13 | ERP | Communication with M.Winer's assistant requesting complete copy of filed complaint | L120 | .20 hrs |
| 02/08/13 | ERP | E-mail communication with M.Winer's legal assistant providing completed copy of filed complaint | L120 | .20 hrs |
| 02/08/13 | JDV | Analysis of complete copy of Complaint for Declaratory and Other Relief and Omega Villas IIÆs Declarations | L120 | 1.10 hrs |
| 02/11/13 | JDV | Draft Motion to Dismiss Complaint | L210 | 1.80 hrs |
| 02/11/13 | HTC | Review initial referral email and issues relating to motion to dismiss | L120 | .10 hrs |
| 02/12/13 | JAM | Emails regarding response to complaint | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301298

FED ID NO. 63-0243316

02/13/13   JDV   Communications with M.Winer, plaintiff's      L190      .40 hrs
                 attorney, regarding dismissal of MERS
                 from quiet title action


                 TOTAL FEES FOR THIS MATTER                    $1,241.00


BILLING SUMMARY

    Hope Cannon              .10 hrs    334.00 /hr         33.40
    Jamie Mathews            .10 hrs    150.00 /hr         15.00
    Emily R. Powell         1.00 hrs    163.00 /hr        163.00
    Jose D. Vega            3.90 hrs    264.00 /hr      1,029.60


TOTAL FEES                 5.10 hrs                    $1,241.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,241.00**

                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301299

INVOICE #  865927

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301299
     TC # 736568

PROFESSIONAL SERVICES

| 02/15/13 | HTC | Review new file information and telephone conference with D.Bakalar's office and client regarding status of case and steps moving forward | L120 | .30 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $100.20

BILLING SUMMARY

| Hope Cannon | .30 hrs | 334.00 /hr | 100.20 |
|---|---|---|---|

TOTAL FEES                     0.30 hrs              $100.20

**TOTAL CHARGES FOR THIS INVOICE**                **$100.20**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301300

INVOICE #  865928

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301300
TC # 736564

PROFESSIONAL SERVICES

02/15/13  MJA  Review of record documents for new appeal  L510      .30 hrs

TOTAL FEES FOR THIS MATTER                          $95.10

BILLING SUMMARY

Marc J. Ayers              .30 hrs   317.00 /hr        95.10

TOTAL FEES                 0.30 hrs                  $95.10

**TOTAL CHARGES FOR THIS INVOICE**                  **$95.10**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301301

INVOICE #  865929

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0R0808-301301
      TC # 736878

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/15/13 | CWH | Initial review of petition for cert to state supreme court | L210 | .10 hrs |
| 02/15/13 | CWH | Phone call to counsel for petitioner to determine nature of suit and why GMAC is named | L210 | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $108.30 |

| | |
|---|---|
| 03/01/13 Copy Charges | 0.00 |
| 03/05/13 Copy Charges | 0.00 |
| 03/08/13 Copy Charges | 0.00 |
| 03/08/13 Copy Charges | 0.00 |
| 03/08/13 Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |

| | | |
|---|---|---|
| TOTAL FEES | 0.30 hrs | $108.30 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$108.30** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                             0R0808-301302
Fort Washington, PA 19034

                                                               INVOICE #  865930

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301302
         TC # 737292

PROFESSIONAL SERVICES

02/08/13   KSA   Review allegations of Texas House Eq.      L120      .60 hrs
                 loan and response to B. Northrop-Day re:
                 review and assessment

02/11/13   KSA   Review loan documents and analyze          L120      .80 hrs
                 allegations re:TX Home Eq. Loan


            TOTAL FEES FOR THIS MATTER                            $375.20


BILLING SUMMARY

    Keith S. Anderson        1.40 hrs   268.00 /hr          375.20


TOTAL FEES                   1.40 hrs                      $375.20

**TOTAL CHARGES FOR THIS INVOICE**                        **$375.20**
                                                          ═══════════

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301303

INVOICE #  865931

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301303
     TC # 737288

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/07/13 | ACU | Draft notice of removal. | L210 | .60 hrs |
| 02/07/13 | ACU | Draft answer. | L210 | .50 hrs |
| 02/07/13 | ACU | Draft notice of filing notice of removal. | L210 | .20 hrs |
| 02/07/13 | ACU | Research establishing the amount in controversy in cases seeking temporary injunctive relief. | L210 | .80 hrs |
| 02/07/13 | ACU | Draft corporate disclosure statement. | L250 | .20 hrs |
| 02/07/13 | phn | Analysis of state court pleadings and review for removal | L120 | .50 hrs |
| 02/08/13 | JSD | Preparation of Notice of Removal and exhibits, Answer, Corporate Disclosures and Notice of Filing of Removal prior to filing. | L210 | 1.10 hrs |
| 02/08/13 | GWG | Review new file received and analyze for possible removal and dispositive motion | L110 | 2.20 hrs |
| 02/08/13 | GWG | Work on answer, notice of removal, and other removal filings | L210 | 1.90 hrs |
| 02/08/13 | ACU | Revise notice of removal. | L210 | .80 hrs |
| 02/11/13 | ACU | Review order for initial conference and disclosure by the judge. | B110 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301303

FED ID NO. 63-0243316

| 02/11/13 | ACU | Draft certificate of service for removed actions as required by the judge. | L250 | .20 hrs |
| 02/11/13 | GWG | Review foreclosure file received from ETS | L110 | .50 hrs |
| 02/11/13 | phn | Draft initial litigation analysis and budget | L120 | .40 hrs |
| 02/12/13 | GWG | Work on statement of removal and review court's instructions regarding the pretrial conference | L210 | .40 hrs |
| 02/12/13 | MST | Finalize certificate of service and prepare for filing and service | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $2,719.50

EXPENSES

02/11/13  Copy Charges Mitchell                                    0.00
02/07/13  2-7-13 COURT COST - PLEADINGS - WEST GROUP            162.38
          COURT DOCUMENTS CK # 108084

TOTAL COSTS FOR THIS MATTER                              $162.38

BILLING SUMMARY

| Melanie Thompson | .40 hrs | 158.00 /hr | 63.20 |
| Jeffrey Dalton | 1.10 hrs | 158.00 /hr | 173.80 |
| Graham W. Gerhardt | 5.00 hrs | 312.00 /hr | 1,560.00 |
| Preston H. Neel | .90 hrs | 233.00 /hr | 209.70 |
| Alison Smith | 3.60 hrs | 198.00 /hr | 712.80 |

TOTAL FEES          11.00 hrs          $2,719.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0808-301303

FED ID NO. 63-0243316

TOTAL EXPENSES                                $162.38

**TOTAL CHARGES FOR THIS INVOICE**            **$2,881.88**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301304

INVOICE #   865932

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0R0808-301304
      TC # 737286

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/08/13 | AHC | Review district and appellate court dockets and pleadings received and draft memorandum regarding status of case for attorney review | L110 | 2.10 hrs |
| 02/13/13 | MJA | Research on appeal status | L510 | .20 hrs |
| 02/14/13 | MJA | Continued research on appeal status and timing issues | L510 | .30 hrs |
| 02/14/13 | AC | Investigate status of appeal and contact local counsel | L120 | 1.00 hrs |
| 02/15/13 | AC | Discuss strategy for appeal with local counsel and summarize status for client | L120 | 1.00 hrs |
| 02/15/13 | MJA | Review of record documents on new Oklahoma appeal | L510 | .40 hrs |

TOTAL FEES FOR THIS MATTER                         $1,049.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .90 hrs | 317.00 /hr | 285.30 |
| Alecia H. Cockrell | 2.10 hrs | 158.00 /hr | 331.80 |
| Aaron Chastain | 2.00 hrs | 216.00 /hr | 432.00 |

TOTAL FEES            5.00 hrs            $1,049.10



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301304

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE          $1,049.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301305

INVOICE #  865933

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301305
     TC # 736564

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/15/13 | MPE | Receive and review new file information, research docket to assist with determining case status and all deadlines, and prepare a timeline of events based on information received. | L110 | 1.70 hrs |
| 02/15/13 | APUC | Review and analyze forfeiture documents and procedure to prepare case strategy | L120 | .40 hrs |
| 02/15/13 | CWH | Initial review and analysis of Florida forfeiture action and the government's initial order allowing forfeiture of GMAC's property | L210 | .20 hrs |
| 02/15/13 | CWH | Exchange e-mails with client regarding status of the property and whether it is in foreclosure | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                              $530.30

03/26/13 Copy Charges                                                      0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Amy Puckett | .40 hrs | 255.00 /hr | 102.00 |
| Melisa P. Palmer | 1.70 hrs | 167.00 /hr | 283.90 |

TOTAL FEES                   2.50 hrs            $530.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
APRIL 30, 2013

0R0808-301305

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $530.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          APRIL 30, 2013
1100 Virginia Drive                             0R0808-301374
Fort Washington, PA 19034

                                                INVOICE #  865934

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301374
         TC # 687409

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/15/13 | MPE | Review of matter to assist with determination of transfer to the estate. | L110 | .20 hrs |
| 03/26/13 | MRP | Exchange memos with N.Armstrong regarding loan modification | L160 | .10 hrs |
| 03/26/13 | MRP | Exchange memos with J.Ho regarding loan modification | L160 | .10 hrs |
| 04/12/13 | MRP | Exchange memos with N.Campbell regarding loan modification | L160 | .10 hrs |
| 04/17/13 | MRP | Review loan modification terms from J.Ho | L160 | .10 hrs |
| 04/18/13 | MRP | Telephone conference with T.Schehr regarding loan modification | L160 | .20 hrs |
| 04/18/13 | MRP | Emails with N.Campbell regarding T.Schehr's release question | L160 | .10 hrs |

                   TOTAL FEES FOR THIS MATTER              $365.90


BILLING SUMMARY

    Michael R. Pennington     .70 hrs   475.00 /hr      332.50
    Melisa P. Palmer          .20 hrs   167.00 /hr       33.40


TOTAL FEES                   0.90 hrs                  $365.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301374

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $365.90

***** TOTAL DUE UPON RECEIPT *****

<u>MATTER SUMMARY</u>

FEES BILLED TO DATE            $2,257.40
COST BILLED TO DATE                $0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301375

INVOICE #  865935

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301375
     TC # 687626

PROFESSIONAL SERVICES

| 02/01/13 | KSA | Enter status report | L120 | .10 hrs |
| 02/15/13 | MPE | Review of matter to assist with determination of transfer to the estate. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $60.20

BILLING SUMMARY

| Keith S. Anderson | .10 hrs | 268.00 /hr | 26.80 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES                    0.30 hrs              $60.20

**TOTAL CHARGES FOR THIS INVOICE**                **$60.20**

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE        $2,002.80
COST BILLED TO DATE           $0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301753

INVOICE #  841548

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301753
     TC # 726541

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/13 | JAM | Multiple emails with opposing counsel regarding hearing on GMAC's Motion for Summary Judgment | L240 | .40 hrs |
| 01/09/13 | JAM | Email correspondence regarding coverage for Motion for Summary Judgment hearing | L230 | .20 hrs |
| 01/09/13 | JAM | Forward filed copy of Notice of Bankruptcy to N.Morten | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $105.00

BILLING SUMMARY

Jamie Mathews             .70 hrs   150.00 /hr      105.00

TOTAL FEES                 0.70 hrs              $105.00

**TOTAL CHARGES FOR THIS INVOICE**              $105.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0r0808-301763

INVOICE #   841550

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0r0808-301763
      TC # 726923

PROFESSIONAL SERVICES

| 01/02/13 | JDV | Draft December 2012 status report for client | L190 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                              $26.40

BILLING SUMMARY

| Jose D. Vega | .10 hrs | 264.00 /hr | 26.40 |
|---|---|---|---|

TOTAL FEES              0.10 hrs              $26.40

**TOTAL CHARGES FOR THIS INVOICE**              $26.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301786

INVOICE #  841551

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301786
     TC # 727555

PROFESSIONAL SERVICES

| 01/02/13 | KRS | Draft status report concerning payment from liquidation of Southern National Title | L160 | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | KRS | Email correspondence with B.Reeves regarding proceeds from Southern National Title | L160 | .20 hrs |
| 01/07/13 | KRS | Email correspondence with J.Ho regarding status of insurance department's decision  on claim | L160 | .10 hrs |
| 01/22/13 | KRS | Email and telephone correspondence with J.Ho regarding status of litigation and claim against title company proceeds | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                $178.50

BILLING SUMMARY

| Kathleen Shields O'Beir | .70 hrs | 255.00 /hr | 178.50 |
|---|---|---|---|

TOTAL FEES               0.70 hrs           $178.50

**TOTAL CHARGES FOR THIS INVOICE**           **$178.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301786

INVOICE #  865936

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301786
     TC # 727555

PROFESSIONAL SERVICES

| 02/06/13 | KRS | Draft status report concerning claim with insurance department | L160 | .10 hrs |
| 02/06/13 | KRS | Call B.Reeves regarding claim against Southern National | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $51.00

BILLING SUMMARY

Kathleen Shields O'Beir      .20 hrs    255.00 /hr       51.00

TOTAL FEES               0.20 hrs              $51.00

**TOTAL CHARGES FOR THIS INVOICE**          **$51.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0R0808-301874
Fort Washington, PA 19034

                                                          INVOICE #  865937

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0R0808-301874
      TC # 736672

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/01/13 | SPM | Review Plaintiff's complaint and attached exhibits concerning HOA Lien | L110 | .30 hrs |
| 02/01/13 | KSA | Review complaint | L120 | .50 hrs |
| 02/01/13 | KSA | Update email to J.Best | L120 | .20 hrs |
| 02/04/13 | KSA | Review online docket and outline approach in temporary injunction hearing | L120 | .90 hrs |
| 02/04/13 | KSA | Update email to J.Best | L120 | .30 hrs |
| 02/04/13 | phn | Phone calls with Court Administrator to obtain original petition, amended petition, and copies of the temporary restraining order | L120 | .50 hrs |
| 02/04/13 | phn | Analysis of Collin County land records related to previous foreclosures and HOA judgment, 18 recordings | L120 | 3.90 hrs |
| 02/04/13 | phn | Analysis of 2009 home equity loan modification | L120 | .80 hrs |
| 02/04/13 | phn | Analysis of plaintiff's pay history and call notes 109 pages | L120 | 1.30 hrs |
| 02/04/13 | phn | Analysis of mortgage and note from J.Best | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808~301874

FED ID NO. 63-0243316

| 02/04/13 | SPM | Review Plaintiff's original petition and verify information via on-line court docket | L110 | 1.20 hrs |
|---|---|---|---|---|
| 02/04/13 | SPM | Review Plaintiff's TRO Petition and loan documents relied upon in original petition | L120 | .50 hrs |
| 02/05/13 | phn | Research Plaintiff's claims under 343.105 and judgment | L120 | 1.40 hrs |
| 02/05/13 | KSA | Review pleadings and prepare for temporary injunction hearing | L230 | .40 hrs |
| 02/06/13 | phn | Review and analysis of state court file | L120 | .80 hrs |
| 02/07/13 | SPM | Review Plaintiff's correspondence with GMAC regarding homeowner's lien for unpaid dues | L110 | .20 hrs |
| 02/07/13 | phn | Analysis of removal to federal court | L120 | .50 hrs |
| 02/07/13 | phn | Analysis of J.Best e-mail regarding escrow protocol for account related to HOA dues | L120 | .20 hrs |
| 02/07/13 | phn | Phone call with Pite Duncan regarding Plaintiff's request for continuance | L120 | .50 hrs |
| 02/07/13 | phn | Prepare for filing and service of answer | L120 | .30 hrs |
| 02/07/13 | phn | Review analysis of pleadings, foreclosure file, and previous foreclosure activity and land records | L120 | 3.70 hrs |
| 02/07/13 | phn | Draft motion to escrow | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
APRIL 30, 2013

0R0808-301874

FED ID NO. 63-0243316

| 02/07/13 | phn | Draft proposed order on escrow | L210 | .20 hrs |
|---|---|---|---|---|
| 02/07/13 | phn | Draft answer | L210 | .40 hrs |
| 02/08/13 | phn | Prepare for hearing | L230 | 2.10 hrs |
| 02/08/13 | phn | Attend hearing | L230 | 2.50 hrs |
| 02/08/13 | phn | Analyze claims and home equity loan | L120 | 1.30 hrs |
| 02/11/13 | phn | Draft initial litigation analysis and budget | L190 | .40 hrs |
| 02/11/13 | phn | Draft email update to J.Best regarding hearing, claims, and ruling for continuance | L120 | .40 hrs |
| 02/11/13 | KSA | Review temporary injunction outcome and outline next steps towards resolution at hearing or otherwise | L120 | .30 hrs |
| 02/12/13 | phn | Analysis of Plaintiff's qualified written request | L120 | .20 hrs |
| 02/13/13 | phn | Phone call with J.Best regarding plaintiff's claims, issues involved in modifying a home equity loan, and possible loan modification in lieu of litigation | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                  $6,421.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0808-301874

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---:|
| 02/07/13 | 2-7-13 AIRLINE TICKETS - PRESTON NEEL ATTEND HEARING IN DALLAS, TX - CK # 107010 | 649.80 |
| 02/07/13 | 2-7-13 MEAL EXPENSE - PRESTON NEEL ATTEND HEARING IN DALLAS, TX - CK # 107010 | 31.19 |
| 02/07/13 | 2-7-13 TRAVEL EXPENSE - PRESTON NEEL ATTEND HEARING IN DALLAS, TX  HOTEL- CK # 107010 | 282.25 |
| 02/07/13 | 2-7-13 TRAVEL EXPENSE - PRESTON NEEL ATTEND HEARING IN DALLAS, TX  RENTAL CAR - CK # 107010 | 133.19 |
| 02/07/13 | 2-7-13 TRAVEL EXPENSE - PRESTON NEEL ATTEND HEARING IN DALLAS, TX  FUEL, TIPS, PARKING - CK # 107010 | 41.61 |
| 02/07/13 | 2-7-13 COPY CHARGES - PRESTON NEEL ATTEND HEARING IN DALLAS, TX  - CK # 107010 | 10.13 |

TOTAL COSTS FOR THIS MATTER          $1,148.17

BILLING SUMMARY

| | | | |
|---|---|---|---:|
| Keith S. Anderson | 2.60 hrs | 268.00 /hr | 696.80 |
| Preston H. Neel | 22.70 hrs | 233.00 /hr | 5,289.10 |
| Spencer Mobley | 2.20 hrs | 198.00 /hr | 435.60 |

| | | |
|---|---|---:|
| TOTAL FEES | 27.50 hrs | $6,421.50 |
| TOTAL EXPENSES | | $1,148.17 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$7,569.67** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301903

INVOICE #  841554

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301903
     TC # 732550

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/13 | SS | Draft December 2012 status report | L120 | .30 hrs |
| 01/02/13 | SS | Draft settlement agreement | L160 | .70 hrs |
| 01/03/13 | GEG | Review loan modification package sent by GMAC | L120 | .50 hrs |
| 01/04/13 | GEG | Revise settlement agreement | L120 | 1.40 hrs |
| 01/04/13 | GEG | Review HAMP loan documents and e-mails to and from J.Scoliard regarding sending same to borrower and send same to borrower | L120 | .40 hrs |
| 01/08/13 | SS | Telephone conference with Caudill's attorney regarding settlement agreement | L160 | .30 hrs |
| 01/11/13 | GEG | Prepare for upcoming hearing and status of borrower's review of settlement | L120 | .50 hrs |
| 01/14/13 | SS | Telephone conference with opposing counsel regarding settlement agreement and correspondence with GMAC and opposing counsel | L160 | .50 hrs |
| 01/14/13 | SS | Draft motion to continue | L120 | .80 hrs |
| 01/15/13 | SS | Revise motion to continue | L120 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
MARCH 27, 2013

0R0808-301903

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/15/13 | GEG | Prepare for phone conference with J.Scoliard regarding recent phone conversation with borrower's attorney | L120 | .30 hrs |
| 01/15/13 | GEG | Phone conference with J.Scoliard | L120 | .20 hrs |
| 01/15/13 | KAK | Electronically file with court joint motion to continue hearing on motion to enforce loan modification | L210 | .20 hrs |
| 01/16/13 | KAK | Draft certificate of service regarding service of order | L210 | .30 hrs |
| 01/16/13 | SS | Check status of motion to continue | L120 | .10 hrs |
| 01/17/13 | SS | Telephone conference with opposing counsel regarding loan modification | L120 | .40 hrs |
| 01/17/13 | GEG | Prepare for and have phone conference with borrower's attorney regarding possible temporary resolution | L120 | .50 hrs |
| 01/17/13 | GEG | Receive and review court mail (order of continuance) | L120 | .10 hrs |
| 01/17/13 | KAK | Serve order on parties by email and U.S. Mail, file certificate of service | L210 | .30 hrs |
| 01/18/13 | KAK | Electronically file Notice of Appearance | L210 | .10 hrs |
| 01/18/13 | SS | Correspondence regarding notice of appearance | L120 | .10 hrs |
| 01/28/13 | SS | Draft motion to approve Hamp trial | L120 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                              $2,640.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
MARCH 27, 2013

0R0808-301903

FED ID NO. 63-0243316

01/24/13 Postage Charges 01/17/2013                                0.00

BILLING SUMMARY

    Glenn E. Glover          3.90 hrs    352.00 /hr      1,372.80
    Kimberly A. Kirsch        .90 hrs    167.00 /hr        150.30
    Sean Solomon             5.40 hrs    207.00 /hr      1,117.80


TOTAL FEES                  10.20 hrs                  $2,640.90

**TOTAL CHARGES FOR THIS INVOICE**              $2,640.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301903

INVOICE #  865938

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301903
     TC # 732550

PROFESSIONAL SERVICES

| 02/05/13 | SS | Revise motion to approve HAMP trial | L120 | .60 hrs |
| 02/05/13 | SS | Correspondence with opposing counsel | L120 | .20 hrs |
| 02/05/13 | GEG | Revise motion to approve workout plan | L120 | .50 hrs |
| 02/06/13 | GEG | Revise initial analysis memorandum and current monthly update and work on settlement | L120 | .50 hrs |
| 02/06/13 | SS | Draft January status report and work on ILAB | L120 | .80 hrs |
| 02/06/13 | SS | E-mail J.Channell regarding motion to approve workout plan | L120 | .20 hrs |
| 02/06/13 | SS | Telephone conference with J.Channell | L120 | .10 hrs |
| 02/07/13 | SS | Telephone conference with opposing counsel | L120 | .20 hrs |
| 02/07/13 | SS | Correspondence with J.Channell | L120 | .20 hrs |
| 02/08/13 | SS | Analyze settlement strategy | L120 | .20 hrs |
| 02/11/13 | SS | Draft motion to continue | L120 | .40 hrs |
| 02/11/13 | SS | Telephone call and e-mail to opposing counsel regarding continuance | L120 | .30 hrs |
| 02/11/13 | SS | File motion to continue | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301903

FED ID NO. 63-0243316

| 02/11/13 | KAK | Revise motion to continue and file electronically with court | L210 | .50 hrs |
|---|---|---|---|---|
| 02/11/13 | GEG | Work on settlement agreement and obtaining continuance for upcoming hearing | L160 | .40 hrs |
| 02/13/13 | KAK | Serve order on parties extending hearing until May | L210 | .30 hrs |
| 02/13/13 | SS | Review court order on motion to continue | L120 | .20 hrs |
| 02/14/13 | SS | Correspondence with J.Scoliard regarding continuance | L120 | .10 hrs |
| 02/14/13 | SS | Prepare file certificate of service | L120 | .20 hrs |
| 02/14/13 | KAK | Electronically file with court Certificate of Service regarding service of order on parties | L210 | .60 hrs |

TOTAL FEES FOR THIS MATTER                    $1,554.60

BILLING SUMMARY

| Glenn E. Glover | 1.40 hrs | 352.00 /hr | 492.80 |
|---|---|---|---|
| Kimberly A. Kirsch | 1.40 hrs | 167.00 /hr | 233.80 |
| Sean Solomon | 4.00 hrs | 207.00 /hr | 828.00 |

TOTAL FEES              6.80 hrs              $1,554.60



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0808-301903

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,554.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301934

INVOICE #   841556

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301934
     TC # 734362

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 01/02/13 | AHC | Analysis of original loan document file and draft status report | L190 | .60 hrs |
| 01/08/13 | KK | Review original mortgage documents to confirm we are in receipt of complete copies | L110 | .20 hrs |
| 01/08/13 | JJE | Call to foreclosure counsel to discuss notice and scheduling of foreclosure hearing/appeal | L510 | .40 hrs |
| 01/08/13 | JJE | Call to client to provide update and to respond to inquiries regarding strategy going forward | L510 | .30 hrs |
| 01/15/13 | JJE | Analyze requests for production as received from opposing counsel and began developing strategy for responding to same | L310 | .60 hrs |
| 01/15/13 | AHC | Initial review of request for production | L320 | .30 hrs |
| 01/17/13 | JJE | Email from and to prior counsel regarding responses to discovery recently propounded upon Deutsche Bank | L310 | .20 hrs |
| 01/29/13 | AHC | Review pleadings, client documents and foreclosure file to determine documents responsive to borrower's requests for production and draft responses to requests for production for attorney review | L510 | 2.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301934

FED ID NO. 63-0243316

| 01/30/13 | ERP | Redact client documents in preparation of production | L120 | 3.10 hrs |
| 01/31/13 | ERP | Review and redact 300 pages of client documents in preparation of production | L120 | 2.90 hrs |

TOTAL FEES FOR THIS MATTER                          $1,981.80

BILLING SUMMARY

| Alecia H. Cockrell | 3.40 hrs | 158.00 /hr | 537.20 |
| Emily R. Powell | 6.00 hrs | 163.00 /hr | 978.00 |
| Joycelyn J. Eason | 1.50 hrs | 290.00 /hr | 435.00 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES          11.10 hrs                $1,981.80

**TOTAL CHARGES FOR THIS INVOICE**          **$1,981.80**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301934

INVOICE #  865939

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301934
TC # 734362

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | ERP | Review and redact client documents in preparation of production | L120 | 5.10 hrs |
| 02/04/13 | ERP | Continued review and redaction of client documents in preparation of production | L120 | 2.10 hrs |
| 02/05/13 | AHC | Draft status report | L190 | .20 hrs |
| 02/05/13 | ERP | Review and redact client documents in preparation of production | L120 | 1.20 hrs |
| 02/07/13 | ERP | Continued review and redaction of client documents in preparation of production | L120 | 1.30 hrs |
| 02/08/13 | JJE | Calls and emails with opposing counsel to request extension of time to respond to discovery | L310 | .20 hrs |
| 02/08/13 | JJE | Revise responses to requests for production, identifying additional information needed from client and/or prior counsel | L310 | 2.70 hrs |
| 02/10/13 | AHC | Draft responses to Request for Production for attorney review including continued review of client documents and foreclosure file to determine documents relevant to requests and privileged documents | L320 | 5.10 hrs |

TOTAL FEES FOR THIS MATTER                    $3,259.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301934

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | 5.30 hrs | 158.00 /hr | 837.40 |
| Emily R. Powell | 9.70 hrs | 163.00 /hr | 1,581.10 |
| Joycelyn J. Eason | 2.90 hrs | 290.00 /hr | 841.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 17.90 hrs | | $3,259.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$3,259.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301963

INVOICE #  862850

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301963
     TC # 735890

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/04/13 | AHC | Research PACER for case information per client's request | L110 | .30 hrs |
| 01/09/13 | GWG | Review new file received from client and analyze for significant factual issues and possible motion to dismiss | L110 | 1.90 hrs |
| 01/11/13 | GWG | Research judge's standing orders regarding discovery prior to the Rule 26 conference and call with judge's clerk regarding same | L120 | .30 hrs |
| 01/11/13 | ACU | Initial review of file in preparation to file answer. | L120 | 1.30 hrs |
| 01/11/13 | MST | Analysis of Complaint and order title report | L110 | .40 hrs |
| 01/11/13 | MST | Obtain appraised value of property and update file regarding same | L110 | .30 hrs |
| 01/16/13 | ACU | Draft answer. | L210 | 1.90 hrs |
| 01/16/13 | ACU | Draft corporate disclosure statement. | L250 | .20 hrs |
| 01/16/13 | GWG | Work on corporate disclosure statement and answer to plaintiff's complaint | L210 | .90 hrs |
| 01/17/13 | MST | Finalize Answer and exhibits and prepare for filing and service | L210 | .70 hrs |



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301963

FED ID NO. 63-0243316

| 01/25/13 | ACU | Review court order regarding joint status report and proposed discovery plan. | B110 | .20 hrs |
|---|---|---|---|---|
| 01/25/13 | ACU | Review judge-specific requirements for federal district judge assigned in this case. | B110 | .10 hrs |

|  |  | TOTAL FEES FOR THIS MATTER |  | $1,968.40 |

EXPENSES

| 01/29/13 | Title Search Fee - BRADLEY ARANT BOULT CUMMINGS LLP PROTITLEUSA 1-12-13 Bank ID: PCARD Check Number: P96 | 220.00 |
|---|---|---|

|  | TOTAL COSTS FOR THIS MATTER | $220.00 |

BILLING SUMMARY

| Melanie Thompson | 1.40 hrs | 158.00 /hr | 221.20 |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Graham W. Gerhardt | 3.10 hrs | 312.00 /hr | 967.20 |
| Alison Smith | 3.70 hrs | 198.00 /hr | 732.60 |

| TOTAL FEES | 8.50 hrs |  | $1,968.40 |
|---|---|---|---|
| TOTAL EXPENSES |  |  | $220.00 |
| **TOTAL CHARGES FOR THIS INVOICE** |  |  | **$2,188.40** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
OR0808-301963

INVOICE #  865940

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  OR0808-301963
     TC # 735890

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/06/13 | ACU | Draft letter to borrower regarding joint status report and proposed discovery plan. | B110 | .20 hrs |
| 02/12/13 | GWG | Correspondence with plaintiff regarding submission of Rule 26 report | L230 | .30 hrs |
| 02/14/13 | GWG | Calls and correspondence with plaintiff regarding Rule 26(f) report | L230 | .50 hrs |
| 02/14/13 | ACU | Draft status report. | B110 | .60 hrs |
| 02/14/13 | ACU | Analyze Dondi case to ensure compliance with order. | B110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                        $487.20

02/14/13 Copy Charges GMAC Anaya                         0.00
02/13/13 Postage Charges 02/06/2013                      0.00
02/01/13 Express Mail/Fedex                              0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .80 hrs | 312.00 /hr | 249.60 |
| Alison Smith | 1.20 hrs | 198.00 /hr | 237.60 |

TOTAL FEES                2.00 hrs                $487.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301963

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $487.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301964
Fort Washington, PA 19034

                                                          INVOICE #  862851

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301964
     TC # 735692

PROFESSIONAL SERVICES

| 01/03/13 | BAW | Telephone conference with C.Hawkins regarding significance of post-petition factual allegations concerning GMACM | L110 | .30 hrs |
| 01/03/13 | BAW | Correspond with client regarding recommended litigation strategy | L110 | .30 hrs |
| 01/03/13 | BAW | Conduct initial file review | L110 | .90 hrs |
| 01/14/13 | BAW | Review additional pleadings from client and summarize nature of all counts | L210 | 1.30 hrs |
| 01/14/13 | BAW | Revise and finalize suggestion of bankruptcy for filing with Osceola County Court | L210 | .70 hrs |
| 01/14/13 | BAW | Correspond with borrower's counsel regarding automatic stay and position regarding same | L120 | .20 hrs |
| 01/14/13 | AHC | Draft, review and final revisions to Notice of Appearance and Suggestion of Bankruptcy | L210 | .90 hrs |
| 01/15/13 | BAW | Review documents from client regarding client securing premises in 2011 | L190 | .50 hrs |
| 01/15/13 | BAW | Brief review of Fiserv documents and fact pack and create timeline of critical events | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 01/28/13 | BAW | Summarize fact pack documents and underlying loan file | L190 | 1.30 hrs |
| 01/28/13 | BAW | Create timeline of events and summary of key information | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER $2,380.00

01/11/13 Copy Charges 0.00
01/14/13 Copy Charges 0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 6.70 hrs | 334.00 /hr | 2,237.80 |
| Alecia H. Cockrell | .90 hrs | 158.00 /hr | 142.20 |

TOTAL FEES          7.60 hrs          $2,380.00

**TOTAL CHARGES FOR THIS INVOICE**          $2,380.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0R0808-301964
Fort Washington, PA 19034

                                                          INVOICE #  865941

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301964
     TC # 735692

PROFESSIONAL SERVICES

02/13/13  BAW   Review Corelogic's answer, affirmative    L210      .50 hrs
                defenses and counterclaims

02/14/13  BAW   Draft memo regarding case status          L190      .40 hrs


          TOTAL FEES FOR THIS MATTER                           $300.60


BILLING SUMMARY

   Brian Wahl              .90 hrs   334.00 /hr        300.60


TOTAL FEES                 0.90 hrs                  $300.60

**TOTAL CHARGES FOR THIS INVOICE**                  **$300.60**
                                                    ═══════════

          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301965
Fort Washington, PA 19034

INVOICE #  862852

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301965
     TC # 735835

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 01/08/13 | KSA | Review complaint and outline removal and motion to dismiss | L210 | .50 hrs |
| 01/08/13 | KSA | Email update to J.Best regarding plan and status | L120 | .20 hrs |
| 01/08/13 | SPM | Review and analyze plaintiffs complaint | L110 | .20 hrs |
| 01/08/13 | SPM | Draft removal to USDC, WD, TX | L210 | 1.60 hrs |
| 01/08/13 | MST | Initial review of loan documents and pleadings received from client in preparation of litigation case assessment | L110 | .40 hrs |
| 01/08/13 | MST | Obtain and analyze title report, update file and process payment for same | L110 | .60 hrs |
| 01/09/13 | SPM | Review and edit notice of removal, state court notice of notice of removal, and corporate disclosure statement | L210 | .40 hrs |
| 01/09/13 | MST | Emails to and from court clerk regarding state court pleadings | L110 | .20 hrs |
| 01/09/13 | MST | Emails to and from researcher regarding state court pleadings | L110 | .20 hrs |
| 01/09/13 | MST | Open and create civil case in federal court in preparation of removal from state court | L210 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

OR0808-301965

FED ID NO. 63-0243316

| 01/09/13 | MST | Draft civil cover sheet and supplemental cover sheet and prepare for filing with notice of removal | L210 | .80 hrs |
| 01/09/13 | MST | Finalize Notice of Removal, Certificate of Interested Parties and Notice of Filing Notice of Removal with exhibits and prepare all for filing and service in state and federal courts | L210 | 2.10 hrs |
| 01/10/13 | MST | Emails from and to court clerk regarding state court file | L110 | .20 hrs |
| 01/10/13 | MST | Telephone calls with court clerk and judge's assistant regarding courtesy copy of removal documents | L110 | .30 hrs |
| 01/10/13 | MST | Email to judge attaching notice of removal | L110 | .20 hrs |
| 01/10/13 | MST | Receive confirmation of file-stamped Notice of Filing Notice of Removal from state court and update pleadings file regarding same | L110 | .20 hrs |
| 01/10/13 | MST | Receive court notice regarding judge assignment and requirements and update file regarding same | L110 | .20 hrs |
| 01/11/13 | KSA | Email status update to J.Best regarding removal and motion to dismiss | L120 | .20 hrs |
| 01/15/13 | KSA | Preliminary review of motion to dismiss and email correspondence with J.Best regarding status and documents | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0808-301965

FED ID NO. 63-0243316

| 01/15/13 | SPM | Draft motion to dismiss PlaintiffÆs complaint | L240 | 4.10 hrs |
|---|---|---|---|---|
| 01/16/13 | SPM | Revise motion to dismiss and assemble required exhibits | L240 | 1.30 hrs |
| 01/16/13 | KSA | Edit motion to dismiss and prepare for filing | L250 | .40 hrs |
| 01/16/13 | KSA | Status update to J.Best with filings | L120 | .20 hrs |
| 01/16/13 | MST | Finalize Motion to Dismiss and prepare for filing and service | L210 | .60 hrs |
| 01/17/13 | KSA | Draft bankruptcy notice | L210 | 1.10 hrs |
| 01/17/13 | KSA | Draft proposed order to respond to Clerk's inquiry | L210 | .50 hrs |
| 01/18/13 | KSA | Edit motion to dismiss and prepare motion and notice of bankruptcy for filing | L250 | .50 hrs |
| 01/18/13 | SPM | Revise motion to dismiss to conform with the clerk's deficiency notice | L240 | .30 hrs |
| 01/23/13 | MST | Receive notification of certified mail delivery of motion to dismiss to opposing counsel and update pleadings file regarding same | L110 | .20 hrs |
| 01/25/13 | SPM | Review client documents regarding loss mitigation actions taken on the loan | L120 | .40 hrs |
| 01/30/13 | KSA | Review loan documents to determine loss mitigation denial and default point | L120 | .80 hrs |



| BRADLEY ARANT |
| BOULT CUMMINGS |
| LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0R0808-301965

FED ID NO. 63-0243316

| 01/31/13 | KSA | Review account history and loss mitigation status in account notes and correspondence | L120 | .30 hrs |
| 01/31/13 | SPM | Review Fiserv and the fact pack to gather facts surrounding the loan modification and denial | L120 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                    $4,248.80

EXPENSES

01/29/13 Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP                    350.00
USDC-TX 1-9-13
Bank ID: PCARD Check Number: P96

TOTAL COSTS FOR THIS MATTER                    $350.00

BILLING SUMMARY

| Melanie Thompson | 6.80 hrs | 158.00 /hr | 1,074.40 |
| Keith S. Anderson | 4.90 hrs | 268.00 /hr | 1,313.20 |
| Spencer Mobley | 9.40 hrs | 198.00 /hr | 1,861.20 |

TOTAL FEES                    21.10 hrs                    $4,248.80

TOTAL EXPENSES                                   $350.00

**TOTAL CHARGES FOR THIS INVOICE**                    $4,598.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                         0R0808-301965
Fort Washington, PA 19034

                                                            INVOICE #   865942

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301965
         TC # 735835

PROFESSIONAL SERVICES

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 02/01/13 | KSA | Enter status report | L120 | .10 hrs | |
| 02/08/13 | SPM | Review court's orders regarding local counsel and the submission of a scheduling order | L120 | .20 hrs | |
| 02/11/13 | KSA | Review of court orders and communications with potential local counsel | L120 | .50 hrs | |
| 02/12/13 | KSA | Draft notice of appearance for local counsel | L210 | .40 hrs | |
| 02/13/13 | CWH | Analyze client documents and petition and revise notice of bankruptcy based on same | L120 | .40 hrs | |
| 02/14/13 | KSA | Edit notice of bankruptcy and email correspondence with J.Best regarding loan modification | L210 | .20 hrs | |

               TOTAL FEES FOR THIS MATTER                    $505.60



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301965

FED ID NO. 63-0243316

---

### EXPENSES

| | | |
|---|---|---|
| 02/01/13 Copy Charges | | 0.00 |
| 02/01/13 Copy Charges | | 0.00 |
| 02/13/13 Copy Charges | | 0.00 |
| 02/26/13 Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS | | 158.25 |
| Bank ID: GENR Check Number: 107267 | | |

TOTAL COSTS FOR THIS MATTER          $158.25

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Keith S. Anderson | 1.20 hrs | 268.00 /hr | 321.60 |
| Spencer Mobley | .20 hrs | 198.00 /hr | 39.60 |

| | | |
|---|---|---|
| TOTAL FEES | 1.80 hrs | $505.60 |
| TOTAL EXPENSES | | $158.25 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$663.85** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301966

INVOICE #  862853

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301966
     TC # 735929

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/08/13 | MST | Receive and review initial case documents to determine facts and strategy of case | L110 | .40 hrs |
| 01/09/13 | GWG | Review new case received from client and analyze for possible removal and dispositive motion | L110 | 2.00 hrs |
| 01/10/13 | ACU | Initial review of file in preparation to file answer. | C300 | 2.10 hrs |
| 01/11/13 | GWG | Review plaintiff's discovery requests | L310 | .20 hrs |
| 01/20/13 | ACU | Draft answer. | L210 | 1.60 hrs |
| 01/21/13 | ACU | Review and revise answer. | L210 | .70 hrs |
| 01/21/13 | GWG | Work on answer to plaintiffs' complaint and responses to plaintiffs' interrogatories | L210 | 1.50 hrs |
| 01/22/13 | ACU | Draft notice of appearance. | L250 | .30 hrs |
| 01/22/13 | ACU | Review and revise answer. | L210 | .40 hrs |
| 01/28/13 | GWG | Review history of loan modification attempts and correspond with client regarding same | L110 | .20 hrs |
| 01/28/13 | ACU | Review fact package to identify and analyze loan modification documentation. | C100 | 1.10 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301966

FED ID NO. 63-0243316

| Date | Atty | Description | Task | Hours |
|------|------|-------------|------|-------|
| 01/29/13 | ACU | Review loan file and call notes to draft responses to discovery requests. | L310 | 3.80 hrs |
| 01/30/13 | ACU | Redact loan file for discovery production. | L310 | .90 hrs |
| 01/30/13 | ACU | Draft responses to discovery requests, including interrogatories and requests for production. | L310 | 2.00 hrs |
| 01/30/13 | ACU | Review and analyze discovery requests including interrogatories, requests for production, and requests for admission. | L310 | 2.20 hrs |
| 01/30/13 | GWG | Work on responses to plaintiff's interrogatories and requests for production | L310 | 2.00 hrs |
| 01/30/13 | GWG | Review proposed document production to plaintiff | L320 | 1.30 hrs |
| 01/31/13 | ACU | E-mail with client regarding discovery responses. | L310 | .20 hrs |
| 01/31/13 | MST | Obtain and analyze title report, appraised value of property, state court pleadings and docket sheet | L110 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                    $5,512.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301966

**FED ID NO. 63-0243316**

---

## EXPENSES

| | | |
|---|---|---|
| 01/11/13 | Copy Charges | 0.00 |
| 01/17/13 | Copy Charges | 0.00 |
| 01/18/13 | Copy Charges | 0.00 |
| 01/22/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/29/13 | Postage Charges 01/22/2013 | 0.00 |
| 01/31/13 | 1-31-13 TITLE SEARCH FEE - PROTITLE USA - CK #P113 | 250.00 |

TOTAL COSTS FOR THIS MATTER              $250.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.50 hrs | 158.00 /hr | 237.00 |
| Graham W. Gerhardt | 7.20 hrs | 312.00 /hr | 2,246.40 |
| Alison Smith | 15.30 hrs | 198.00 /hr | 3,029.40 |

TOTAL FEES              24.00 hrs                    $5,512.80

TOTAL EXPENSES                                        $250.00

**TOTAL CHARGES FOR THIS INVOICE**          **$5,762.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301966

INVOICE #  865943

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301966
     TC # 735929

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/01/13 | ACU | Review client documents  requested in borrower's discovery. | L320 | .20 hrs |
| 02/01/13 | ACU | Revise responses to borrower's discovery requests. | L310 | .90 hrs |
| 02/05/13 | ACU | E-mail with client regarding discovery responses. | L310 | .10 hrs |
| 02/08/13 | ACU | Revise written discovery responses based on new information from the client. | L310 | .40 hrs |
| 02/11/13 | ACU | E-mail with client regarding written discovery responses. | L310 | .20 hrs |
| 02/12/13 | GWG | Work on responses to plaintiff's discovery requests | L310 | 1.20 hrs |
| 02/12/13 | GWG | Update call with client regarding status of litigation | L120 | .20 hrs |
| 02/13/13 | GWG | Work on responses to plaintiff's discovery requests with objections only | L310 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,136.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301966

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---|
| 02/13/13 | Copy Charges | 0.00 |
| 02/13/13 | Copy Charges | 0.00 |
| 02/01/13 | 2-1-13 TITLE SEARCH FEE - PROTITLE USA - CK #P113 | 200.00 |

TOTAL COSTS FOR THIS MATTER          $200.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 2.50 hrs | 312.00 /hr | 780.00 |
| Alison Smith | 1.80 hrs | 198.00 /hr | 356.40 |

TOTAL FEES                    4.30 hrs           $1,136.40

TOTAL EXPENSES                                $200.00

**TOTAL CHARGES FOR THIS INVOICE**            $1,336.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        MARCH 27, 2013
1100 Virginia Drive                                          0R0808-301967
Fort Washington, PA 19034

                                                            INVOICE #  862854

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301967
     TC # 736078

PROFESSIONAL SERVICES

| 01/11/13 | RV | Draft memorandum to client with assignment of file information | L120 | .10 hrs |
|---|---|---|---|---|
| 01/11/13 | RV | Phone call to foreclosure counsel regarding associating on this new file and transfer of the file to our firm | L120 | .10 hrs |
| 01/11/13 | RV | Review and analyze initial responsive pleading by pro se borrower as to affirmative defenses and counterclaims raised in defense to verified complaint to foreclose mortgage | L120 | .40 hrs |
| 01/11/13 | RV | Draft memorandum to E.Kennedy, foreclosure counsel, regarding associating on this new file and transfer of the file to our firm | L120 | .20 hrs |
| 01/14/13 | HTC | Review initial documents | L120 | .10 hrs |
| 01/16/13 | RV | Review correspondence from H.Franchi regarding foreclosure counsel and status of the file, and well as recently submitted loan modification package and trial modification terms | L120 | .30 hrs |
| 01/16/13 | RV | Phone conference with E.Kennedy, of foreclosure counsel's office regarding status of recently referred case and transfer of file, and steps taken by foreclosure counsel | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

| 01/16/13 | RV | Draft letter to foreclosure counsel, E.Kennedy, regarding original note and mortgage, and contact information for working attorney, and transfer of file from foreclosure counsel to our office | L120 | .20 hrs |
| 01/16/13 | RV | Review correspondence from D.Hurtes and D.Merkur as to case strategy and disposition | L120 | .20 hrs |
| 01/16/13 | RV | Phone conference with D.Hurtes, of Greenspoon, regarding case posture, filings, transfer of files, and strategy going forward | L120 | .30 hrs |
| 01/17/13 | RV | Review correspondence from D.Rigg and E.Kennedy at foreclosure counsels office as to location of original documents and file stamped copies of pleadings | L120 | .20 hrs |
| 01/17/13 | RV | Draft memorandum to H.Franchi regarding documents needed to complete initial review | L120 | .20 hrs |
| 01/17/13 | RV | Review and analyze fact pack, payment history, breach letters, correspondence with borrower regarding loss mitigation's options, trial modification terms and offers, call notes, and fiserv notes in order to develop strategy as well as response to counterclaims and affirmative defenses filed by defendant B.Manne | L120 | 1.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0R0808-301967

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/17/13 | RV | Review and analyze complaint to foreclose, answer, affirmative defenses, and counterclaims filed by B.Manne, as well as Note and Mortgage, title report, summons, outstanding motion for enlargement, and Hillsborough County Docket in order to develop strategy as well as response to counterclaims and affirmative defenses filed by defendant B.Manne | L120 | .50 hrs |
| 01/17/13 | RV | Outline facts, procedural history, claims and affirmative defenses, and strategize defense and next steps in order to resolve outstanding claims and affirmative defenses filed by B.Manne | L120 | .40 hrs |
| 01/17/13 | RV | Begin drafting motion to dismiss counterclaims filed by B.Manne | L240 | .40 hrs |
| 01/17/13 | JAM | Pull Access online docket and review for recent case activity and review for deadlines | L110 | .20 hrs |
| 01/17/13 | ERP | Retrieve and initial review of Docket | L120 | .20 hrs |
| 01/21/13 | RV | Draft memorandum to H.Franchi with case status, inability to contact pro se borrower, and proposed next steps including drafting motion to dismiss and motion to strike affirmative defenses | L120 | .20 hrs |
| 01/21/13 | RV | Research Florida case law as to declaratory judgment actions and claims under Pooling and Servicing Agreements or Trust Agreements and arguments and defenses used to dismiss such actions | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
MARCH 27, 2013

0R0808-301967

FED ID NO. 63-0243316

| 01/21/13 | RV | Review and Analyze case law as to declaratory judgment actions and claims under Pooling and Servicing Agreements in order to incorporated into motion to dismiss B.Manne's counterclaims | L120 | .80 hrs |
|---|---|---|---|---|
| 01/21/13 | RV | Review and Analyze case law as to lack of standing arguments raised in B.Manne's counterclaims to incorporate into motion to dismiss | L120 | .50 hrs |
| 01/21/13 | RV | Research Florida case law as to standing arguments raised in Foreclosure actions | L120 | .30 hrs |
| 01/21/13 | RV | Research Florida case law as to sufficiency of pleadings for use in Motion to Dismiss argument as to failure to state a cause of action | L120 | .30 hrs |
| 01/21/13 | RV | Research case law as to sufficiency of breach of contract claims where equitable claims as alleged | L120 | .30 hrs |
| 01/21/13 | RV | Review and analyze cases involving equitable claims where breach of contract would be sufficient | L120 | .30 hrs |
| 01/22/13 | RV | Review correspondence from H.Franchi regarding prior loss mit communications and trial modification terms which are now past due | L120 | .10 hrs |
| 01/22/13 | RV | Phone conference with Carmen of the Senior Judge Foreclosure Division of the 13th Judicial Circuit regarding setting hearing unilaterally due to non-responsive counterclaimant | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     5
MARCH 27, 2013

ResCap

0R0808-301967

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|------|------|------|
| 01/22/13 | RV | Research procedures for setting hearings before Judge Cisco in the 13th Judicial Circuit | L120 | .20 hrs |
| 01/22/13 | RV | Review and analyze FiServ notes, note and mortgage, and pleadings in order to incorporated into Motion to Dismiss counterclaims filed by B.Manne | L120 | .60 hrs |
| 01/22/13 | RV | Draft motion to dismiss introduction, procedural history, and standard of review sections | L240 | .50 hrs |
| 01/22/13 | RV | Research and reference check case law used to support standard of review used in motion to dismiss | L240 | .20 hrs |
| 01/22/13 | RV | Draft argument in Motion to Dismiss as to filing fees under Florida Statute 28.241 | L240 | .30 hrs |
| 01/22/13 | RV | Review and analyze case law as to sufficiency of pleadings in order to incorporate into argument in Motion to Dismiss as to sufficiency of counterclaims as plead by B.Manne | L120 | .30 hrs |
| 01/22/13 | RV | Draft argument in Motion to Dismiss Counterclaims as to failure to state a cause of action | L240 | .60 hrs |
| 01/22/13 | RV | Draft argument as to lack of standing to attack Pooling and Servicing Agreement in Motion to Dismiss Counterclaims | L240 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
MARCH 27, 2013

0R0808-301967

FED ID NO. 63-0243316

| 01/22/13 | RV | Review and analyze case law as to standing to bring foreclosure actions in Florida in order to incorporate into motion to dismiss | L120 | .30 hrs |
|---|---|---|---|---|
| 01/22/13 | RV | Draft motion to dismiss argument as to standing to bring foreclosure action in Florida | L240 | .40 hrs |
| 01/22/13 | RV | Draft argument as to jury trial waiver in motion to dismiss counterclaims | L240 | .20 hrs |
| 01/22/13 | RV | Draft argument as to declaratory judgment actions in Motion to Dismiss B.Manne's counterclaim for declaratory judgment | L240 | .90 hrs |
| 01/22/13 | RV | Draft argument as to breach of contract and lack of equitable remedy under Florida law in Motion to Dismiss B.Manne's counterclaims | L240 | .30 hrs |
| 01/22/13 | RV | Draft letter to B.Manne with contact information and request for communication in order to set hearing on motion to dismiss | L120 | .30 hrs |
| 01/22/13 | ERP | Review procedure of setting a hearing for motions | L120 | .30 hrs |
| 01/23/13 | RV | Review trial modification correspondence from H.Franchi | L120 | .20 hrs |
| 01/23/13 | RV | Research Florida Case law and Florida Statute as to Florida Consumer Collection Practices Act in order to formulate argument in opposition to counterclaims | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
MARCH 27, 2013

0R0808~301967

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/24/13 | RV | Phone conference with Carmen of foreclosure division at Hillsborough County Courthouse regarding senior judge requirements for submission of motion, order, and courtesy copies as well as setting hearing on motion to dismiss and motion to strike | L120 | .10 hrs |
| 01/24/13 | RV | Review correspondence from H.Franchi and L.Frame regarding explanation of payment history and administrative transactions within payment history where unapplied funds are moved from one area to another | L120 | .20 hrs |
| 01/24/13 | RV | Review and analyze counterclaims made under National Housing Act and Florida Consumer Collection Practices Act as well as florida case law and statutes in order to incorporate into motion to dismiss counterclaims | L120 | .90 hrs |
| 01/24/13 | RV | Revise motion to dismiss arguments against claim seeking declaratory judgment action | L240 | .40 hrs |
| 01/24/13 | RV | Draft motion to dismiss arguments as to counts two and three of Defendant B.Manne's counterclaims as to illegal consumer collections and alleged violations of florida consumer collection practices act incorporating Federal and State case law as well as pleadings | L240 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     8
MARCH 27, 2013

0R0808-301967

FED ID NO. 63-0243316

| 01/24/13 | RV | Draft argument against mediation in response to defendant B.Manne's requests at the end of his counterclaims | L240 | .20 hrs |
|----------|-----|---------------------------------------------------------|------|---------|
| 01/24/13 | RV | Review, revise, and edit motion to dismiss counterclaims filed by B.Manne | L240 | .50 hrs |
| 01/25/13 | RV | Review B.Manne's Answer and Affirmative Defenses to prepare strategy for responding to affirmative defenses via a motion to strike | L120 | .20 hrs |
| 01/25/13 | RV | Draft outline of affirmative defenses and strategy for argument against the fourteen affirmative defenses plead by B.Manne | L120 | .50 hrs |
| 01/25/13 | RV | Draft motion to strike affirmative defenses argument as to defense of failure of good faith and fair dealing | L430 | .40 hrs |
| 01/25/13 | RV | Draft motion to strike affirmative defenses argument as to illegal charges added to balance | L430 | .40 hrs |
| 01/25/13 | RV | Research Florida case law as well as rules of civil procedure as to pleading and sufficiency standards for affirmative defenses | L120 | .30 hrs |
| 01/25/13 | RV | Research Florida case law as well as rules of civil procedure as to pleading and sufficiency standards for affirmative defenses | L120 | .50 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      9
MARCH 27, 2013

0R0808-301967

FED ID NO. 63-0243316

---

| 01/25/13 | RV | Research alleged affirmative defense of failure to produce original note and mortgage under Florida case law | L120 | .60 hrs |
| 01/25/13 | RV | Research alleged affirmative defense of Plaintiff is Not the Proper Payee under Florida case law | L120 | .20 hrs |
| 01/25/13 | RV | Research B.Manne's affirmative defense of not in possession of the original note | L120 | .50 hrs |
| 01/25/13 | RV | Research Florida case law as to proof required in Foreclosure Complaint in order to respond to affirmative defense asserted by B.Manne | L120 | .40 hrs |
| 01/25/13 | RV | Research Florida case law as to affirmative defense asserted by B.Manne as to the Amount Owed stated in the Complaint being incorrect | L120 | .20 hrs |
| 01/25/13 | RV | Research Florida case law as to pleading incorrect legal description of property as an affirmative defense to Foreclosure complaint | L120 | .30 hrs |
| 01/25/13 | RV | Research Florida case law as to B.Manne's affirmative defenses of failure to comply with condition precedent, lack of jurisdiction, and improper service of process | L120 | .60 hrs |
| 01/25/13 | RV | Research Florida case law as to B.Manne's affirmative defense unclean hands | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
MARCH 27, 2013

0R0808-301967

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | RV | Research Florida case law as to B.Manne's affirmative defense failure to deal in good faith, breach of contract, and equitable remedies | L120 | .70 hrs |
| 01/25/13 | RV | Research Florida case law as to B.Manne's affirmative defense of illegal charges added to the balance | L120 | .30 hrs |
| 01/25/13 | RV | Research Florida case law as to standing allegations raised by B.Manne in his affirmative defenses | L120 | .40 hrs |
| 01/27/13 | RV | Draft motion to strike affirmative defenses argument as to equitable defense of unclean hands | L430 | .60 hrs |
| 01/27/13 | RV | Research Florida case law as to affirmative defense asserted by B.Manne as to failure to comply with the Pooling and Servicing Agreement as well as case law as to standing to assert claims under third party agreements | L120 | .80 hrs |
| 01/27/13 | RV | Research Florida case law as to claims made under the National Housing Act and allegations of failure to provide specific counseling notices or failure to comply with troubled loan servicing guidelines | L120 | .50 hrs |
| 01/27/13 | RV | Review and analyze case law and rules of procedure in order to incorporate into Motion to Strike 14 Affirmative Defenses asserted by B.Manne | L120 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
MARCH 27, 2013

OR0808-301967

FED ID NO. 63-0243316

| 01/28/13 | RV | Review counterclaims filed by B.Manne to analyze implications as to filing a Notice of Bankruptcy on behalf of GMAC | L120 | .20 hrs |
|---|---|---|---|---|
| 01/28/13 | RV | Draft motion to strike affirmative defenses introduction, procedural history, factual background, and standard of review | L430 | .80 hrs |
| 01/28/13 | RV | Review and analyze pleadings, court docket, client fact pack and correspondence, and B.Manne's affirmative defenses to incorporate into Motion to Strike Affirmative Defenses | L120 | .40 hrs |
| 01/28/13 | RV | Draft Motion to Strike Affirmative Defenses argument as to pleading standard under Florida law as to sufficiency of B.Manne's affirmative defenses | L430 | .70 hrs |
| 01/28/13 | RV | Draft argument in motion to strike as to four affirmative defenses for production of original note, plaintiff is not the proper payee, not in possession of original note, and no valid proof in complaint | L430 | 1.60 hrs |
| 01/28/13 | RV | Draft argument in motion to strike as to affirmative defenses for incorrect amount owed | L430 | .30 hrs |
| 01/28/13 | RV | Draft argument in motion to strike as to affirmative defenses for incorrect legal description | L430 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    12
MARCH 27, 2013

0R0808-301967

FED ID NO. 63-0243316

| 01/28/13 | RV | Draft argument in motion to strike as to affirmative defenses for lack of jurisdiction and improper service | L430 | .30 hrs |
| 01/28/13 | RV | Draft argument in motion to strike as to affirmative defenses for failure to comply with condition precedent | L430 | .30 hrs |
| 01/28/13 | RV | Draft argument in motion to strike as to affirmative defenses as to claims under the National Housing Act and alleged failure to provide a HUD Counseling Notice | L430 | .80 hrs |
| 01/28/13 | RV | Draft argument in motion to strike as to affirmative defenses as to claims for failure to comply with pooling and servicing agreement | L430 | .70 hrs |
| 01/28/13 | HTC | Review complaint and answer, affirmative defenses and counterclaims | L210 | .10 hrs |
| 01/28/13 | HTC | Analyze bankruptcy issues to determine whether bankruptcy stays any of the counterclaims alleged and draft email to client regarding same | L120 | .60 hrs |
| 01/28/13 | HTC | Review fact pack and client documents and review and revise motion to dismiss | L250 | 2.40 hrs |
| 01/30/13 | HTC | Exchange emails with client regarding notice of bankruptcy | L120 | .10 hrs |
| 01/30/13 | RV | Draft notice of bankruptcy filing as to B.Manne's counterclaims | L430 | .60 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
MARCH 27, 2013

OR0808-301967

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | RV | Review and analyze counterclaims filed by B.Manne in order to incorporate into Notice of Bankruptcy to be filed on behalf of GMAC | L430 | .20 hrs |
| 01/30/13 | RV | Revise Notice of Bankruptcy to be filed on behalf of GMAC as to B.Manne's allegations that related to pre-petition versus post-petition conduct | L430 | .20 hrs |
| 01/31/13 | RV | Draft motion to strike affirmative defenses argument as to lack of standing defense | L430 | .40 hrs |
| 01/31/13 | RV | Revise and edit motion to strike as to B.Manne's 14 affirmative defenses | L430 | .90 hrs |

TOTAL FEES FOR THIS MATTER                $9,529.70

01/17/13 Copy Charges                                         0.00
01/24/13 Copy Charges                                         0.00
01/24/13 Computerized Legal Research-Westlaw Westlaw          0.00
         User: VANN,RICHARD

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 3.30 hrs | 334.00 /hr | 1,102.20 |
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |
| Emily R. Powell | .50 hrs | 163.00 /hr | 81.50 |
| Richard Vann | 37.80 hrs | 220.00 /hr | 8,316.00 |

TOTAL FEES            41.80 hrs                $9,529.70



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
MARCH 27, 2013

0R0808-301967

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $9,529.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301967

INVOICE #  865944

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301967
     TC # 736078

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .20 hrs |
| 02/03/13 | RV | Revise motion to dismiss B.Manne's counterclaims | L430 | .80 hrs |
| 02/03/13 | RV | Finish drafting motion to strike affirmative defenses as to fourteen alleged defenses raised by B.Manne in his answer | L430 | 1.40 hrs |
| 02/04/13 | RV | Analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 02/04/13 | HTC | Telephone conference with client regarding notice of bankruptcy and begin revisions to same | L120 | .20 hrs |
| 02/05/13 | HTC | Work on motion to strike affidavit defenses | L250 | .20 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .50 hrs |
| 02/06/13 | HTC | Revise notice of bankruptcy to add provision regarding judgment collection through POC | L210 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301967

FED ID NO. 63-0243316

| 02/07/13 | RV | Review correspondence from J.Scoliard as well as changes to be made to notice of bankruptcy in light of post-petition allegations | L120 | .30 hrs |
| 02/07/13 | RV | Phone conference with J.Scoliard as to notice of bankruptcy and motion to dismiss counterclaims in light of post-petition allegations | L120 | .20 hrs |
| 02/07/13 | RV | Revise notice of bankruptcy with suggestions from J.Scoliard and P.Stokes | L430 | .20 hrs |
| 02/07/13 | RV | Revise motion to dismiss with provisions pertaining to Notice of Bankruptcy Filing and the extent to which the Motion to Dismiss applies to which claims | L240 | .60 hrs |
| 02/07/13 | RV | Revise motion to dismiss with suggestions of H.Cannon | L240 | .60 hrs |
| 02/07/13 | RV | Final review of Notice of Bankruptcy prior to filing | L430 | .10 hrs |
| 02/08/13 | RV | Revise motion to dismiss counterclaims prior to filing | L120 | .30 hrs |
| 02/08/13 | RV | Email exchange with H.Franchi regarding contacts at foreclosure counsel | L120 | .20 hrs |
| 02/08/13 | JAM | Draft Notice of Appearance and final review of Notice of Bankruptcy prior to submission to Court | L210 | .20 hrs |
| 02/08/13 | JAM | Draft email service of pleadings to counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

OR0808-301967

FED ID NO. 63-0243316

| 02/10/13 | HTC | Revise motion to strike affirmative defenses and consider amending complaint to correct Fannie as the owner | L250 | .60 hrs |
|---|---|---|---|---|
| 02/11/13 | RV | Phone call to H.Franchi regarding current owner of the note | L120 | .10 hrs |
| 02/11/13 | RV | Revise Motion to Strike Affirmative Defenses and also with suggestions of H.Cannon and incorporate new exhibits as to conditions precedent to bringing foreclosure action | L430 | 1.20 hrs |
| 02/11/13 | RV | Analyze correspondence from servicer to borrower as to notices of acceleration and notices of default in order to draft argument against affirmative defenses of B.Manne and to attach as exhibits to motion to strike | L120 | .40 hrs |
| 02/11/13 | RV | Analyze documentation and correspondence with borrower as to loss mitigation options, various loan modification approvals, and follow up correspondence requesting compliance with approved trial loan modifications | L120 | .30 hrs |
| 02/11/13 | RV | Draft memorandum to H.Franchi regarding current owner of the note  and Amending the Complaint | L120 | .10 hrs |
| 02/11/13 | RV | Review correspondence from H.Franchi regarding ownership status of note | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0808-301967

FED ID NO. 63-0243316

| 02/12/13 | RV | Phone conference with H.Franchi to discuss status of the case and strategy for motion to strike or amendment of pleadings | L120 | .10 hrs |
|---|---|---|---|---|
| 02/12/13 | RV | Confirm USPS delivery of recent filings including Motion to Dismiss Counterclaims upon B.Manne | L120 | .10 hrs |
| 02/12/13 | CWH | Analyze claims in borrower's suit, which include demands for declaratory judgment, injunctive relief and ôillegal consumer collectionö | L210 | .20 hrs |
| 02/15/13 | RV | Phone conference with H.Franchi regarding owner of the note | L120 | .10 hrs |
| 02/15/13 | HTC | Telephone conference with client regarding investor | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $2,431.50

BILLING SUMMARY

| Hope Cannon | 1.70 hrs | 334.00 /hr | 567.80 |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Emily R. Powell | .50 hrs | 163.00 /hr | 81.50 |
| Richard Vann | 7.50 hrs | 220.00 /hr | 1,650.00 |

TOTAL FEES            10.30 hrs                    $2,431.50



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301968

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/16/13 | CET | Analyzing arguments in support of a motion to dismiss the newest complaint. | L240 | .40 hrs |
| 01/16/13 | CET | Email correspondence with J. Ho regarding litigation strategy. | L240 | .20 hrs |
| 01/17/13 | CET | Email correspondence with J. Morgan at Wilson & Assoc. regarding the detainer action and the foreclosure proceedings. | L240 | .30 hrs |
| 01/17/13 | PMS | Continued researching and drafting Motion to Dismiss and Memorandum in Support. | L240 | 6.00 hrs |
| 01/18/13 | PMS | Finished researching and drafting Motion to Dismiss and Memorandum in Support. | L240 | 5.50 hrs |
| 01/18/13 | PMS | Correspondence with co-defendant's counsel, call to appellate clerk for status of borrower's appeal. | L240 | .40 hrs |
| 01/22/13 | CET | Revising the Memorandum in Support of Motion to Dismiss. | L240 | .80 hrs |
| 01/23/13 | CET | Analyzing and revising draft Motion to Dismiss. | L240 | .50 hrs |
| 01/23/13 | PMS | Revised motion to dismiss and memorandum in support, added case cites. | L240 | 2.00 hrs |
| 01/24/13 | CET | Analyzing status of pleadings and the motions to dismiss filed by the defendants. | L240 | .40 hrs |

TOTAL FEES FOR THIS MATTER                $7,776.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher E. Thorsen | 5.80 hrs | 312.00 /hr | 1,809.60 |
| P. Max Smith | 23.40 hrs | 255.00 /hr | 5,967.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 29.20 hrs | | $7,776.60 |

**TOTAL CHARGES FOR THIS INVOICE**        **$7,776.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301968
Fort Washington, PA 19034

                                                    INVOICE #  865945

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301968
         TC # 736085

PROFESSIONAL SERVICES

02/04/13   AHC   Draft status report for attorney review    L190      .20 hrs

02/04/13   CET   Providing status update to the client.     L240      .20 hrs

02/15/13   MPE   Review matter to assist with estate        L110      .10 hrs
                 determination.

02/15/13   CET   Analyzing matter to determine claims and   L240      .40 hrs
                 whether the matter should be an Estate
                 matter.


              TOTAL FEES FOR THIS MATTER                    $235.50


BILLING SUMMARY

    Christopher E. Thorsen      .60 hrs   312.00 /hr        187.20
    Alecia H. Cockrell          .20 hrs   158.00 /hr         31.60
    Melisa P. Palmer            .10 hrs   167.00 /hr         16.70


TOTAL FEES                   0.90 hrs                   $235.50

**TOTAL CHARGES FOR THIS INVOICE**                      **$235.50**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      MARCH 27, 2013
1100 Virginia Drive                                        0R0808-301969
Fort Washington, PA 19034

                                                           INVOICE #  862856

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0808-301969
          TC # 736164

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/14/13 | HTC | Review quiet title complaint | L210 | .10 hrs |
| 01/14/13 | HTC | Review complaint and consider Rule 11 letter | L210 | .20 hrs |
| 01/14/13 | JLJ | Review complaint and analyze claims and deadline for removal and responsive pleading | L210 | .40 hrs |
| 01/14/13 | JAM | Review emails regarding new matter | L190 | .10 hrs |
| 01/14/13 | ERP | Retrieve and initial review of docket | L120 | .20 hrs |
| 01/17/13 | JLJ | Correspondence with client regarding case strategy, responsive pleading and removal | L210 | .20 hrs |
| 01/17/13 | JLJ | Review complaint, mortgage, property appraisal and research regarding co-defendants and evaluate case for removal | C300 | .40 hrs |
| 01/18/13 | JLJ | Correspondence with client regarding unpaid balance and client documents | L210 | .20 hrs |
| 01/22/13 | JLJ | Correspondence with client regarding location and holder of note in preparation for drafting motion to dismiss | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
MARCH 27, 2013

ResCap

0R0808-301969

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/23/13 | JLJ | Research regarding removal and service on Florida defendants | L210 | .20 hrs |
| 01/24/13 | JAM | Research corporate information for defendants Community Bank and Trust of Florida and Prime Home Mortgage, Inc. | L110 | .40 hrs |
| 01/24/13 | JAM | Pull Access online docket and review for recent case activity and telephone call to Court to obtain information on Answer of Community Bank and Trust | L210 | .20 hrs |
| 01/24/13 | JAM | Research contact information for attorney for Community Bank and Trust | L110 | .10 hrs |
| 01/24/13 | JAM | Review Motion to Dismiss Complaint to Quiet Title as to exhibit references and begin assembling exhibits to same | L210 | 1.20 hrs |
| 01/25/13 | JLJ | Review docket and strategize regarding Community Bank of Florida and answer | L210 | .20 hrs |
| 01/28/13 | JLJ | Review complaint and exhibits and draft motion to dismiss | L210 | 2.60 hrs |
| 01/30/13 | HTC | Review loan documents for purposes of motion to dismiss | L250 | .10 hrs |
| 01/30/13 | HTC | Review and revise motion to dismiss | L250 | .20 hrs |
| 01/30/13 | JLJ | Revise motion to dismiss and review exhibits in preparation for filing the same | L240 | .60 hrs |
| 01/30/13 | JLJ | Correspondence with client regarding type of mortgage instrument | C100 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0R0808-301969

FED ID NO. 63-0243316

| 01/30/13 | JAM | Review and revise Motion to Dismiss as to exhibits references and additional exhibits included in motion | L210 | .80 hrs |
| 01/30/13 | JAM | Reassemble existing exhibits and prepare additional exhibits | L210 | 1.60 hrs |
| 01/30/13 | JAM | Final proof and review of Motion to Dismiss prior to submission to court | L210 | .30 hrs |
| 01/30/13 | JAM | Draft email service of Motion to Dismiss to counsel of record pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 01/31/13 | HTC | Telephone conference with Attorney GeneralÆs office regarding case | L120 | .20 hrs |
| 01/31/13 | JAM | Draft correspondence to Marion County Clerk enclosing follow up paper copy of e-filed Motion to Dismiss Complaint to Quiet Title | L210 | .30 hrs |
| 01/31/13 | JAM | Draft Notice of Bankruptcy and submit to court for docketing | L210 | .40 hrs |
| 01/31/13 | JAM | Draft email service of Notice of Bankruptcy to counsel of record pursuant to Rule 2.516 | L210 | .20 hrs |
| 01/31/13 | JLJ | Plan and prepare to file notice of bankruptcy | L250 | .10 hrs |
| 01/31/13 | JLJ | Review notice of filing | L250 | .10 hrs |
| 01/31/13 | JLJ | Review filing notice regarding motion to dismiss and discuss local rule requiring submission of paper copy of the same | L430 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
MARCH 27, 2013

0R0808-301969

FED ID NO. 63-0243316

---

| 01/31/13 | JLJ | Review correspondence from client regarding type of mortgage | L110 | .10 hrs |

        TOTAL FEES FOR THIS MATTER                    $2,424.20

| 01/22/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/30/13 | Copy Charges | 0.00 |
| 01/31/13 | Copy Charges | 0.00 |

BILLING SUMMARY

| Hope Cannon | .80 hrs | 334.00 /hr | 267.20 |
| Jamie Mathews | 5.80 hrs | 150.00 /hr | 870.00 |
| Emily R. Powell | .20 hrs | 163.00 /hr | 32.60 |
| Jessica L. Jones | 5.60 hrs | 224.00 /hr | 1,254.40 |

TOTAL FEES            12.40 hrs              $2,424.20

**TOTAL CHARGES FOR THIS INVOICE**            $2,424.20

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      APRIL 30, 2013
1100 Virginia Drive                                        0R0808-301969
Fort Washington, PA 19034

                                                            INVOICE #  865946

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301969
     TC # 736164

PROFESSIONAL SERVICES

| 02/01/13 | JLJ | Correspondence with client regarding HUD and loan type and respond to the same | L210 | .60 hrs |
|---|---|---|---|---|
| 02/01/13 | JLJ | Review notice of bankruptcy | L250 | .20 hrs |
| 02/01/13 | JAM | Final review of Notice of Bankruptcy prior to submission to court | L210 | .10 hrs |
| 02/01/13 | JAM | Draft correspondence to Marion County Clerk with follow up paper filing of Notice of Bankruptcy | L210 | .20 hrs |
| 02/05/13 | JAM | Review online docket and review for recent case activity to determine if answer has been filed by Prime Home Mortgage | L210 | .20 hrs |
| 02/05/13 | JAM | Multiple telephone calls and emails with Clerk regarding obtaining court file to use as exhibit to Notice of Removal | L210 | .20 hrs |
| 02/05/13 | JLJ | Research regarding grounds for removal and removal without consent of nominal party and consideration of fraudulently joined defendant's citizenship and draft memorandum regarding the same | L250 | .70 hrs |
| 02/05/13 | JLJ | Strategize regarding Community Bank and Trust's answer to complaint | L210 | .20 hrs |
| 02/05/13 | HTC | Analyze issues relating to removal | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301969

FED ID NO. 63-0243316

| 02/06/13 | JLJ | Review mortgage, note and assignments and draft affidavit for Community Bank and Trust of Florida regarding transfer of note and mortgage in preparation for removal and argument regarding fraudulent joinder | L250 | .80 hrs |
|---|---|---|---|---|
| 02/06/13 | JLJ | E-mails with D.Robert Bradshaw regarding affidavit of Community Bank and Trust of Florida and removal, review response, and respond to the same inquiring about favorable orders against K.Bosecker | L250 | .40 hrs |
| 02/06/13 | JLJ | Telephone and e-mail correspondence with B.Woods of co-defendant Community Bank and Trust of Florida regarding removal, affidavit, and case strategy | L250 | .40 hrs |
| 02/06/13 | JAM | In preparation for filing Notice of Removal, access pleadings in court file (electronic format), review, and prepare for use as exhibits | L210 | 1.40 hrs |
| 02/06/13 | HTC | Review affidavit of Community Bank and Trust for removal and analyze removal issues | L210 | .20 hrs |
| 02/07/13 | JLJ | Draft notice of removal and draft corporate disclosure statement of MERS, corporate disclosure statement of GMAC, certificate of removal and notice of filing notice of removal | L250 | 1.70 hrs |
| 02/07/13 | JLJ | Correspondence with client regarding motion to dismiss and removal and characterization of GMAC's citizenship in preparation for removal | L240 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0808-301969

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/07/13 | JLJ | Review correspondence from L.Davis and affidavit of Community Bank and Trust in preparation for removal | L250 | .20 hrs |
| 02/07/13 | JLJ | Continue research regarding disregard of nominal parties and fraudulently joined defendants and quiet title claims for purposes of removal | L250 | .60 hrs |
| 02/08/13 | ERP | Draft and prepare civil cover sheet for filing of notice of removal | L120 | .20 hrs |
| 02/08/13 | ERP | Review local rules of the Middle District of Florida for formatting of Notice of Removal | L120 | .30 hrs |
| 02/08/13 | ERP | Draft letter to clerk of court enclosing notice of removal for filing | L120 | .20 hrs |
| 02/08/13 | ERP | Draft exhibit sheets for filing of the notice of removal | L120 | .30 hrs |
| 02/08/13 | JLJ | Review local rules regarding notices of related cases and strategize regarding filing of the same plan and prepare to file notice of other related cases | L250 | .20 hrs |
| 02/08/13 | JLJ | Review filing notice from state and federal court regarding notice of removal and notice of filing notice of removal | L250 | .20 hrs |
| 02/08/13 | JLJ | Revise notice of removal, notice of filing notice of removal, certificate of removal, civil cover sheet, corporate disclosure statements, perform citation check of case law, review exhibits in preparation for filing removal | L250 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0808-301969

FED ID NO. 63-0243316

| 02/08/13 | HTC | Revise notice of removal | L210 | 1.00 hrs |
|---|---|---|---|---|
| 02/11/13 | HTC | Review notice of related cases | L210 | .10 hrs |
| 02/11/13 | JAM | Telephone call to Court to obtain case number and status of opening case | L190 | .20 hrs |
| 02/11/13 | JLJ | Review cases pending filed by K.Bosecker and research regarding pending foreclosure cases and draft notice of related cases | L430 | 1.40 hrs |
| 02/11/13 | JLJ | Draft Rule 11 letter to K.Bosecker | L250 | .40 hrs |
| 02/11/13 | JLJ | Begin drafting motion for attorneys' fees, costs, and sanctions | L250 | 1.20 hrs |
| 02/12/13 | JLJ | Continue drafting motion for attorneys fees, costs and sanctions, specifically adding fact and introduction sections and arguments regarding fees payable under the Mortgage | L250 | 1.90 hrs |
| 02/12/13 | JLJ | Research regarding K.Bosecker and quiet title cases in preparation for drafting motion for sanctions | L250 | 1.20 hrs |
| 02/12/13 | JLJ | Correspondence with client regarding motion for sanctions and foreclosure case | L250 | .10 hrs |
| 02/12/13 | JLJ | Research regarding opening of federal court case in preparation for filing notice of related cases | L190 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
APRIL 30, 2013

0R0808-301969

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/12/13 | JLJ | Research florida law regarding quiet title claims and argument regarding failure of consideration despite recorded mortgage in preparation for drafting motion for sanctions | L250 | .60 hrs |
| 02/12/13 | JAM | Access online docket and review for recent case activity on related case, Hager v. MERS | L110 | .20 hrs |
| 02/13/13 | JAM | Final review of Defendants' Notice of Pendency of Other Actions prior to submission to court | L210 | .20 hrs |
| 02/13/13 | JLJ | Review e-mail from R.Bradshaw regarding notice of filing notice of removal in state court and strategize regarding the same | L250 | .10 hrs |
| 02/13/13 | JLJ | Research regarding final judgment in favor of borrower canceling mortgage in preparation for drafting motion for sanctions | L250 | .40 hrs |
| 02/13/13 | JLJ | Review court's notice of filing notice of related cases | L250 | .10 hrs |
| 02/13/13 | JLJ | Correspondence with R.Bradshaw regarding stamp-filed notice of removal | L250 | .10 hrs |
| 02/14/13 | JLJ | Research regarding Hayes v. Deutsche, successful foreclosure case defended by K.Bosecker and strategize regarding appeal and status of case | C200 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    6
APRIL 30, 2013

0R0808-301969

FED ID NO. 63-0243316

| 02/14/13 | JLJ | Review court's notice of requirement of related case notice and strategize regarding the same | L250 | .20 hrs |
|---|---|---|---|---|
| 02/14/13 | JLJ | Review notice to K.Bosecker regarding local rule 2.01 regarding admission to the M.D. of Florida | L250 | .10 hrs |
| 02/15/13 | JLJ | Review judgment and other court filings and continue research regarding favorable Hayes v. Deutsche case including research regarding case facts and judge | C100 | .40 hrs |

                    TOTAL FEES FOR THIS MATTER                    $4,686.80


EXPENSES

02/08/13 Filing Fees - U S MIDDLE DISTRICT OF FLORIDA EP                    350.00
         FILING OF NOTICE OF REMOVAL
         Bank ID: GENR Check Number: 106444

                    TOTAL COSTS FOR THIS MATTER                    $350.00


BILLING SUMMARY

| Hope Cannon | 1.40 hrs | 334.00 /hr | 467.60 |
|---|---|---|---|
| Jamie Mathews | 2.70 hrs | 150.00 /hr | 405.00 |
| Emily R. Powell | 1.00 hrs | 163.00 /hr | 163.00 |
| Jessica L. Jones | 16.30 hrs | 224.00 /hr | 3,651.20 |

TOTAL FEES            21.40 hrs            $4,686.80

TOTAL EXPENSES                            $350.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
APRIL 30, 2013

0R0808-301969

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $5,036.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0808-301970
Fort Washington, PA 19034

                                                              INVOICE #  841559

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:  0R0808-301970
        TC # 736468

PROFESSIONAL SERVICES

| 01/04/13 | GEG | Begin initial review of case and e-mail to J.Scoliard regarding same | L120 | .50 hrs |
| 01/07/13 | GEG | Work on review of deadline issues, etc. | L120 | .50 hrs |
| 01/07/13 | SS | Telephone conference with clerk of court regarding response deadline | L120 | .20 hrs |
| 01/07/13 | SS | Research regarding response deadline | L120 | 1.00 hrs |
| 01/07/13 | SS | Review file | L120 | .50 hrs |
| 01/08/13 | SS | Research law on bankruptcy disclaimers | L120 | .80 hrs |
| 01/08/13 | SS | Review complaint and analyze legal issues | L120 | 1.00 hrs |
| 01/08/13 | GEG | E-mails to and from J.Scoliard regarding initial conference on case and need call history | L120 | .30 hrs |
| 01/08/13 | GEG | Research regarding language in GMAC letters regarding no demand if borrower is in bankruptcy | L120 | 1.80 hrs |
| 01/08/13 | GEG | Review motion for sanctions and attachments (mainly various letters from GMAC) | L120 | .50 hrs |
| 01/08/13 | GEG | Review bankruptcy case pleadings (confirmation order, proof of claim, plan, final decree, etc.) | L120 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301970

FED ID NO. 63-0243316

| Date | | | | |
|------|------|------|------|------|
| 01/09/13 | GEG | Further analysis of sanctions requested by borrower and relevance of no-discharge in chapter 11 plan yet | L120 | 1.00 hrs |
| 01/09/13 | SS | Research violations of confirmation orders | L120 | 2.50 hrs |
| 01/09/13 | SS | Review bankruptcy plan and confirmation order | L120 | .80 hrs |
| 01/09/13 | JB | Work on response to motion for sanctions | L120 | .50 hrs |
| 01/10/13 | SS | Research bankruptcy disclaimer language | L120 | 1.00 hrs |
| 01/10/13 | GEG | E-mails from and to J.Scoliard regarding issues with coding from borrower's bankruptcy case | L120 | .30 hrs |
| 01/11/13 | GEG | Work on review of response formulation | L120 | .50 hrs |
| 01/11/13 | SS | Begin researching and drafting sanctions memorandum | L120 | 2.50 hrs |
| 01/14/13 | SS | Draft research memorandum regarding contempt and sanctions for violation of confirmation order | L120 | 3.80 hrs |
| 01/15/13 | SS | Draft notice of appearance, motion to appear pro hac vice, and motion to extend deadline | L120 | 1.10 hrs |
| 01/15/13 | SS | E-mail R.Cox regarding notice of appearance | L120 | .20 hrs |
| 01/15/13 | SS | Finalize draft of sanctions memorandum | L120 | 2.40 hrs |
| 01/15/13 | SS | Telephone call to opposing counsel | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
MARCH 27, 2013

0R0808-301970

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 01/15/13 | GEG | Phone conference with J.Scoliard regarding case and recent discussion with borrower's attorney | L120 | .20 hrs |
| 01/15/13 | GEG | Prepare for phone conference with J.Scoliard | L120 | .30 hrs |
| 01/16/13 | GEG | Work on getting continuance in case for deadline to respond to motion | L120 | .30 hrs |
| 01/16/13 | SS | Draft proposed order | L120 | .40 hrs |
| 01/16/13 | SS | File motion to extend time and notice of appearance | L120 | .50 hrs |
| 01/16/13 | SS | Correspond with opposing counsel regarding motion to extend time | L120 | .20 hrs |
| 01/16/13 | RAC | GMACM - Pattee - Review of motion to extend time to respond and review and revise Order for submission to Court | B120 | .90 hrs |
| 01/17/13 | KAK | Call to Clerk's office regarding pro hac vic issues | L210 | .30 hrs |
| 01/17/13 | GEG | Review borrower's response to settlement inquiry | L120 | .40 hrs |
| 01/18/13 | SS | Telephone conference with opposing counsel | L120 | .20 hrs |
| 01/22/13 | KAK | Revise notice of appearance and file electronically | L210 | .90 hrs |
| 01/23/13 | JB | Work on response to motion for sanctions and settlement strategy | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0R0808-301970

FED ID NO. 63-0243316

| 01/23/13 | SS | Compare allegations to GMAC records | L120 | .80 hrs |
|---|---|---|---|---|
| 01/23/13 | SS | Analyze settlement demand and draft memorandum to J.Scoliard | L160 | 1.50 hrs |
| 01/23/13 | SS | Analyze legal argument for motion responses | L120 | .40 hrs |
| 01/23/13 | SS | Revise sanctions memorandum | L120 | .50 hrs |
| 01/23/13 | SS | Telephone conference with opposing counsel | L120 | .40 hrs |
| 01/23/13 | GEG | Draft response and objection to motion for sanctions | L120 | 1.50 hrs |
| 01/23/13 | GEG | Analyze new developments from phone call with borrower's attorney | L120 | .50 hrs |
| 01/23/13 | GEG | Work on issues associated with preconfirmation post-petition claims and how to handle negotiation thereof and e-mail memorandum to J.Scoliard regarding same | L120 | 1.00 hrs |
| 01/24/13 | SS | Draft motion for time to conduct discovery | L120 | 1.40 hrs |
| 01/25/13 | SS | Telephone conference with J.Scoliard regarding settlement | L160 | .50 hrs |
| 01/25/13 | SS | Review response to debtors' motion and revise drafts of response and motion for scheduling order | L120 | 2.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
MARCH 27, 2013

0R0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/25/13 | GEG | Prepare for and attend phone conference with J.Scoliard regarding borrower's offer of settlement | L160 | .60 hrs |
| 01/25/13 | GEG | Revise answer | L120 | .50 hrs |
| 01/25/13 | GEG | Revise motion for scheduling order | L120 | .40 hrs |
| 01/28/13 | SS | Telephone conference with opposing counsel | L120 | .40 hrs |
| 01/28/13 | SS | Review response and motion for scheduling order | L120 | .40 hrs |
| 01/28/13 | GEG | E-mails from and voice mail to J.Scoliard regarding answer/response and motion for scheduling order and phone conference with same regarding same | L120 | .30 hrs |
| 01/28/13 | GEG | Leave voice mail with debtors' attorney regarding objection/response | L120 | .20 hrs |
| 01/29/13 | SS | Edit motion for scheduling order | L120 | .20 hrs |
| 01/29/13 | SS | File response to motion for sanctions | L120 | .20 hrs |
| 01/29/13 | SS | Draft joint motion to continue and proposed order | L120 | 1.50 hrs |
| 01/29/13 | RAC | Review of motion for scheduling order; review and revise  response; email to S. Solomon; conference with G. Glover regarding response and scheduling order | B120 | 1.00 hrs |
| 01/29/13 | GEG | Work on final revisions to response and opposition and coordinate filing of same | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
MARCH 27, 2013

0R0808-301970

FED ID NO. 63-0243316

| 01/29/13 | GEG | Voice mail and e-mail to borrowers' attorney regarding continuance of hearing and phone conference with same regarding same | L120 | .50 hrs |
| 01/29/13 | GEG | Revise motion to continue hearing and proposed order and send to borrower's attorney for filing | L120 | .40 hrs |
| 01/31/13 | GEG | Review court mail (order continuing case) | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $12,754.10

BILLING SUMMARY

| Glenn E. Glover | 15.30 hrs | 352.00 /hr | 5,385.60 |
| Robert A. Cox | 1.90 hrs | 374.00 /hr | 710.60 |
| Kimberly A. Kirsch | 1.20 hrs | 167.00 /hr | 200.40 |
| James Bailey | .90 hrs | 229.00 /hr | 206.10 |
| Sean Solomon | 30.20 hrs | 207.00 /hr | 6,251.40 |

TOTAL FEES                49.50 hrs                    $12,754.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$12,754.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301970

INVOICE #  865947

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301970
     TC # 736468

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/06/13 | SS | Draft ILAB and January status report | L120 | 1.10 hrs |
| 02/06/13 | GEG | Revise initial analysis memorandum and monthly updates to client | L120 | .50 hrs |
| 02/06/13 | GEG | Check hearing date and e-mail J.Scoliard regarding status of counteroffer approval and e-mails from and to same regarding same | L120 | .20 hrs |
| 02/14/13 | SS | Correspondence regarding hearing preparation with J.Scoliard | L120 | .20 hrs |
| 02/14/13 | GEG | E-mails from and to J.Scoliard regarding upcoming hearing | L120 | .40 hrs |
| 02/15/13 | GEG | Work on master memorandum to client regarding upcoming hearing | L120 | 1.20 hrs |
| 02/15/13 | GEG | Review file in preparation for master memorandum to client regarding upcoming hearing | L120 | .60 hrs |
| 02/20/13 | SS | Add case taxonomy and opposing counsel to extranet site | L120 | .40 hrs |
| 02/21/13 | SS | Correspondence with K.Priore | L120 | .20 hrs |
| 02/22/13 | GEG | Leave voice mail for K.Priore regarding upcoming trial and possible settlement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/22/13 | GEG | Review prior e-mail memorandum sent to K.Priore regarding case summary and settlement authority request | B420 | .20 hrs |
| 02/22/13 | GEG | Phone conference with B.Smith and K.Priore regarding settlement of action | L160 | .40 hrs |
| 02/22/13 | SS | Conference call with GMAC regarding settlement offer | L120 | 1.60 hrs |
| 02/26/13 | GEG | E-mail to GMAC team regarding possible settlement and work on motion to continue initial litigation budget | L120 | .30 hrs |
| 02/26/13 | SS | E-mail to J.Scoliard regarding ILAB | L120 | .10 hrs |
| 02/26/13 | SS | Edit ILAB | L120 | .70 hrs |
| 02/26/13 | SS | Draft motion to continue and proposed order | L120 | 1.00 hrs |
| 02/26/13 | SS | Telephone conference with clerk of court regarding Judge's calendar | L120 | .20 hrs |
| 02/27/13 | SS | Revise motion to continue | L120 | .50 hrs |
| 02/27/13 | SS | Correspondence with G.Oliver regarding settlement | L120 | .10 hrs |
| 02/27/13 | GEG | Work on motion to continue and e-mail to borrower's attorney regarding same | L120 | .30 hrs |
| 02/28/13 | RAC | Review motion to continue hearing and order and file with court. | B120 | 1.00 hrs |
| 02/28/13 | SS | Telephone conference with Judge's chambers | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0808-301970

FED ID NO. 63-0243316

| 02/28/13 | SS | File motion to continue | L120 | .30 hrs |
| 03/04/13 | GEG | E-mail to GMAC folks regarding continuance of hearing on motion for sanctions and any word on counteroffer authority | L120 | .40 hrs |
| 03/04/13 | SS | Correspondence with GMAC team | L120 | .20 hrs |
| 03/05/13 | GEG | E-mails from and to B.Smith regarding needing bankruptcy court approval for settlement | L120 | .20 hrs |
| 03/06/13 | GEG | Voice mails from and to B.Smith regarding counteroffer | L120 | .10 hrs |
| 03/06/13 | GEG | Phone conference with B.Smith regarding counteroffer | L120 | .10 hrs |
| 03/06/13 | GEG | Work on issues related to settlement discussions | L160 | .20 hrs |
| 03/08/13 | GEG | Phone conference with borrower's attorney regarding credit report and e-mail from same regarding same | L120 | .30 hrs |
| 03/09/13 | GEG | Work on review of case law regarding credit reporting and discharge violation, etc. | L120 | .50 hrs |
| 03/11/13 | GEG | Phone conference with J.Scoliard regarding status | L120 | .10 hrs |
| 03/11/13 | GEG | Work on draft letter to borrower's counsel justifying settlement offer and distinguishing case borrower is primarily relying on | L120 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

OR0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/11/13 | GEG | E-mail from B.Smith regarding credit reporting issues | L120 | .10 hrs |
| 03/11/13 | SS | Conference call with J.Scoliard regarding status of cases and Ocwen acquisition | L120 | .30 hrs |
| 03/11/13 | SS | Draft status report re settlement negotiations continuing but agreement becoming increasingly unlikely | L120 | .20 hrs |
| 03/12/13 | GEG | Phone conference with B.Smith regarding credit reporting | B420 | .20 hrs |
| 03/19/13 | SS | Telephone conference with B.Smith regarding credit history | L120 | .30 hrs |
| 03/19/13 | GEG | Work on responses by GMAC | L120 | .30 hrs |
| 03/20/13 | GEG | Subsequent phone conference with B.Smith regarding settlement and credit reporting issues | L160 | .40 hrs |
| 03/20/13 | GEG | Phone conference with B.Smith and e-mail to borrower's attorney regarding credit history removal | L120 | .20 hrs |
| 03/20/13 | GEG | Phone conference with borrower's attorney regarding settlement and credit reporting issues | L160 | .30 hrs |
| 03/22/13 | SS | Conference call with B.Smith re credit reporting issues | L120 | .50 hrs |
| 03/22/13 | SS | Analyze impact of credit reporting issues on possible settlement | L120 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
APRIL 30, 2013

0R0808-301970

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 03/22/13 | GEG | E-mails and voice mails to and from B.Smith | L120 | .10 hrs |
| 03/22/13 | GEG | Phone conference with B.Smith regarding credit reporting issues | L120 | .50 hrs |
| 03/27/13 | GEG | Work on various issues regarding settlement | L160 | .30 hrs |
| 03/28/13 | GEG | Finish comprehensive draft of letter to borrower's attorney regarding settlement offer and justification | L160 | .70 hrs |
| 03/28/13 | GEG | E-mail draft of comprehensive settlement offer letter to B.Smith | L160 | .10 hrs |
| 03/28/13 | SS | Review settlement demand | L160 | .20 hrs |
| 03/29/13 | GEG | E-mails from and to B.Smith regarding detailed settlement letter and make revisions to same | L160 | .30 hrs |
| 03/29/13 | GEG | E-mails from and to borrower's attorney regarding another continuance from hearing and work on same | L120 | .30 hrs |
| 03/29/13 | GEG | Research case law regarding duty to reporting loan as late in bankruptcy and administrative expense status for post-petition but pre-confirmation damage claims | B420 | 1.20 hrs |
| 03/29/13 | SS | Research credit reporting and the automatic stay, as well as priority of post-petition claims | L120 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
APRIL 30, 2013

0R0808-301970

FED ID NO. 63-0243316

| 03/31/13 | SS | Draft memorandum regarding priority of post-petition claims | L120 | 2.00 hrs |
|---|---|---|---|---|
| 03/31/13 | SS | Draft motion to continue | L120 | .30 hrs |
| 04/01/13 | SS | File motion to continue | L120 | .30 hrs |
| 04/02/13 | SS | Research and begin drafting memorandum regarding credit reporting and the discharge injunction | L120 | 1.70 hrs |
| 04/02/13 | SS | Draft status report for client for 2013 March status | L120 | .30 hrs |
| 04/02/13 | GEG | Work on review of various research findings | L120 | .40 hrs |
| 04/03/13 | SS | Continue drafting memorandum on credit reporting and the discharge injunction | L120 | 2.10 hrs |
| 04/03/13 | GEG | Research regarding credit reporting post-discharge and post-petition vis-a-vis possible violation of automatic stay and discharge injunction | L120 | 1.30 hrs |
| 04/04/13 | SS | Finish drafting memorandum on credit reporting | L120 | 4.40 hrs |
| 04/04/13 | SS | Draft March 2013 status report for client | L120 | .20 hrs |
| 04/05/13 | GEG | Revise settlement letter to borrower's attorney and send same and e-mail from B.Smith regarding same | L160 | .50 hrs |
| 04/05/13 | SS | Review counteroffer | L120 | .30 hrs |
| 04/05/13 | SS | Correspondence with G.Oliver | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
APRIL 30, 2013

0R0808-301970

FED ID NO. 63-0243316

| 04/08/13 | SS | Research Kirkbride case | L120 | .20 hrs |
|---|---|---|---|---|
| 04/08/13 | SS | Analyze legal strategy | L120 | 1.60 hrs |
| 04/08/13 | GEG | Work on discovery strategy | L120 | .40 hrs |
| 04/08/13 | GEG | Phone conference with attorney who represented Bank of America in reported decision similar to current facts | L120 | .60 hrs |
| 04/08/13 | GEG | E-mails from and to B.Smith regarding response by borrower's attorney | L120 | .50 hrs |
| 04/09/13 | GEG | Prepare for and attend phone conference with B.Smith regarding borrower's attorney's response with no counter | L120 | .50 hrs |
| 04/09/13 | GEG | Work on discovery drafting | L120 | .10 hrs |
| 04/10/13 | SS | Draft first set of interrogatories and request for production | L120 | 1.50 hrs |
| 04/10/13 | RAC | Review of order extending hearing date | B110 | .10 hrs |
| 04/11/13 | CWH | Analyze borrower's motion for sanctions against GMAC in light of bankruptcy protections | L210 | .20 hrs |
| 04/12/13 | SS | Work on discovery requests | L120 | .80 hrs |
| 04/12/13 | GEG | Work on various strategy regarding discovery to be sent out and possible depositions | L120 | .20 hrs |
| 04/12/13 | GEG | Work on revisions to discovery | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
APRIL 30, 2013

0R0808-301970

FED ID NO. 63-0243316

| 04/15/13 | GEG | Finalize discovery requests and send same to borrower's attorney | L120 | .50 hrs |
|---|---|---|---|---|
| 04/15/13 | GEG | Research regarding evidentiary standards regarding introduction of credit reports | L120 | .60 hrs |
| 04/15/13 | GEG | Research regarding possible preemption by Fair Credit Reporting Act | L120 | .60 hrs |
| 04/15/13 | SS | Draft Notice of Bankruptcy | L120 | .80 hrs |
| 04/17/13 | GEG | Voice mails from and to borrower's attorney regarding settlement | L160 | .10 hrs |
| 04/17/13 | GEG | Prepare for phone conference with borrower and negotiations | L120 | .60 hrs |
| 04/17/13 | SS | Analyze potential legal strategies for defending case | L120 | .50 hrs |
| 04/17/13 | RAC | Review correspondence between GMAC and borrower regarding settlement discussions | B190 | .20 hrs |
| 04/25/13 | GEG | E-mails from and to borrower and B.Smith regarding moving forward with case vis-a-vis borrower's lack of interest in settlement | L160 | .30 hrs |
| 04/26/13 | GEG | Phone conference with B.Smith regarding strategy moving forward | L120 | .40 hrs |
| 04/29/13 | GEG | Work on notice of deposition | L120 | .20 hrs |
| 04/30/13 | GEG | Revise notices of deposition and e-mail memorandum to borrower's attorney regarding same | L120 | .50 hrs |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    9
APRIL 30, 2013

0R0808-301970

FED ID NO. 63-0243316

| 04/30/13 | GEG | Further analysis of Kirkbride damage amounts and e-mails from and to B.Smith regarding same | L120 | .60 hrs |
| 04/30/13 | SS | Draft notice of deposition | L120 | .50 hrs |
| 04/30/13 | RAC | Analysis of defenses to motion filed by debtors | B190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                 $14,881.80

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Glenn E. Glover | 2.70 hrs | 400.00 /hr | 1,080.00 |
| Glenn E. Glover | 20.50 hrs | 352.00 /hr | 7,216.00 |
| Robert A. Cox | 1.70 hrs | 374.00 /hr | 635.80 |
| Sean Solomon | 4.40 hrs | 235.00 /hr | 1,034.00 |
| Sean Solomon | 23.40 hrs | 207.00 /hr | 4,843.80 |

TOTAL FEES            52.90 hrs              $14,881.80

**TOTAL CHARGES FOR THIS INVOICE**          $14,881.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301971

INVOICE #  862857

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301971
     TC # 736449

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/24/13 | NSR | Review and analyze e-mail from client with 202 page attachment regarding action to quiet title and defense of matter | L110 | .60 hrs |
| 01/28/13 | KK | Research quiet title docket to determine status of case | L110 | .20 hrs |
| 01/29/13 | KK | Review official records and documents to establish brief timeline of events and determine status of case | L110 | .40 hrs |
| 01/29/13 | KK | E-mails with foreclosure counsel regarding status of transfer of pleadings in case | L110 | .20 hrs |
| 01/29/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 01/29/13 | NSR | Review and analyze impact of bankruptcy stay on borrowers' quiet title action asserted outside of pending foreclosure action | L120 | .40 hrs |
| 01/29/13 | NSR | Review Florida law regarding compulsory counterclaims and abatement | L240 | .60 hrs |
| 01/29/13 | NSR | Draft motion to dismiss borrowers' complaint to quiet title | L240 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301971

FED ID NO. 63-0243316

---

01/31/13   KK    Begin draft of initial litigation        L110      .30 hrs
                 analysis in case


                 TOTAL FEES FOR THIS MATTER                      $1,035.60


BILLING SUMMARY

    Nader Raja             3.00 hrs    282.00 /hr        846.00
    Kerry Keane            1.20 hrs    158.00 /hr        189.60


TOTAL FEES                 4.20 hrs                    $1,035.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,035.60**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        APRIL 30, 2013
1100 Virginia Drive                                           0R0808-301971
Fort Washington, PA 19034

                                                             INVOICE #  865948

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301971
         TC # 736449

PROFESSIONAL SERVICES

| 02/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
|----------|-----|--------------------------------|------|---------|
| 02/01/13 | KK | E-mails with foreclosure counsel regarding transfer of pleadings necessary for review in case | L110 | .20 hrs |
| 02/01/13 | KK | Receive and review quiet title complaint and review docket to determine status of case | L110 | .30 hrs |
| 02/01/13 | KK | Review client documents and official records in effort to draft and supplement timeline of events and determine status of case | L110 | .40 hrs |
| 02/04/13 | NSR | Analyze Florida law regarding grounds for dismissal of later filed action involving same facts and circumstances as prior filed action | L240 | .70 hrs |
| 02/04/13 | NSR | Review and analyze impact of bankruptcy stay on borrowers' quiet title claim | L240 | .30 hrs |
| 02/04/13 | NSR | Review and revise motion to dismiss to include alternative grounds to stay late filed action or consolidate late filed action with foreclosure action | L240 | .60 hrs |
| 02/05/13 | NSR | Review revised motion to dismiss and draft e-mail to client regarding case strategy | L240 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301971

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/05/13 | MCG | Review and revise motion to dismiss second action filed by borrower | L240 | 1.60 hrs |
| 02/06/13 | KK | Draft notice of appearance and finalize motion to dismiss in preparation of filing in Marion County, Florida | L110 | .20 hrs |
| 02/08/13 | KK | Review and finalize motion to dismiss complaint to quiet title, exhibits, and designation of e-mail address in preparation of e-filing and e-service of documents in Marion County, Florida | L110 | .50 hrs |
| 02/08/13 | KK | Research and review updated docket to determine status of case and attach as exhibit to motion to dismiss complaint to quiet title | L110 | .10 hrs |

```
                    TOTAL FEES FOR THIS MATTER                 $1,333.00

02/08/13 Copy Charges                                              0.00
02/08/13 Copy Charges                                              0.00
02/08/13 Copy Charges                                              0.00
02/08/13 Copy Charges                                              0.00
03/19/13 Computerized Legal Research-Westlaw Westlaw               0.00
         User: RAJA,NADER
```

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Michael C. Griffin | 1.60 hrs | 348.00 /hr | 556.80 |
| Nader Raja | 1.80 hrs | 282.00 /hr | 507.60 |
| Kerry Keane | 1.70 hrs | 158.00 /hr | 268.60 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 5.10 hrs | | $1,333.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0808-301971

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,333.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301972
Fort Washington, PA 19034

                                                          INVOICE #  862858

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0808-301972
          TC # 736458

PROFESSIONAL SERVICES

| 01/25/13 | CWH | Review and analyze the foreclosure docket from GMAC's suit against Calderon | L120 | .20 hrs |
| 01/25/13 | CWH | Initial review and analysis of borrower's quiet title suit and numerous exhibits to same | L210 | .40 hrs |
| 01/25/13 | JWA | Initial review and analysis of file | L120 | .80 hrs |
| 01/28/13 | JWA | Research in preparation removal | L120 | 1.20 hrs |
| 01/29/13 | JWA | Research in preparation for  motion to dismiss and sanctions letter | L120 | 1.80 hrs |
| 01/29/13 | CWH | Continue to review and analyze borrower's quiet title case and status of their foreclosure suit and determine strategy for both cases | L120 | .40 hrs |
| 01/30/13 | CWH | Continue to review Calderon complaint and numerous "debt elimination" type exhibits, determine whether same can be removed, and compare to similar/identical quiet title cases in Florida which may be related | L120 | 1.10 hrs |
| 01/30/13 | MPE | Research public records for property and borrower dating back to 2004, including multiple notices, affidavits, warranty deeds, modifications, and various borrower-recorded documents.  Prepare timeline of all relevant public records. | L110 | 3.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
MARCH 27, 2013

0R0808-301972

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/30/13 | HTC | Consider and analyze complaint and similarity to other quiet title claims | L210 | .60 hrs |
| 01/30/13 | JWA | Review and analysis of strategy in previous similar cases | L120 | .80 hrs |
| 01/30/13 | JLJ | Strategize regarding fraudulent joinder and nominal parties for purposes of diversity jurisdiction and removal | L120 | .20 hrs |
| 01/30/13 | JLJ | Strategize regarding foreclosure action and status of the same | L120 | .20 hrs |
| 01/31/13 | HTC | Telephone conference with Attorney General's office regarding case | L120 | .10 hrs |
| 01/31/13 | CWH | Continue to review and analyze debt-elimination style documents that borrower's recorded and determine if same need to be stricken from public records | L120 | .20 hrs |
| 01/31/13 | MPE | Research all case dockets relating to property and prepare a timeline of case events and compare docket entires to public records verifying mortgages and deeds referenced in pleadings. | L110 | 4.10 hrs |
| 01/31/13 | JLJ | Correspondence with D.Murker regarding foreclosure case status and borrowers' filing of bankruptcy and strategize regarding the same | L110 | .20 hrs |
| 01/31/13 | JLJ | Review complaint and strategize regarding deadline for responsive pleading and removal | L210 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
MARCH 27, 2013

0R0808-301972

FED ID NO. 63-0243316

01/31/13   JLJ   Strategize regarding pending foreclosure   L120     .20 hrs
                 case

              TOTAL FEES FOR THIS MATTER                        $3,787.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .70 hrs | 334.00 /hr | 233.80 |
| Christian W. Hancock | 2.30 hrs | 361.00 /hr | 830.30 |
| Jessica L. Jones | 1.00 hrs | 224.00 /hr | 224.00 |
| James Warmoth | 4.60 hrs | 282.00 /hr | 1,297.20 |
| Melisa P. Palmer | 7.20 hrs | 167.00 /hr | 1,202.40 |

TOTAL FEES              15.80 hrs                  $3,787.70

**TOTAL CHARGES FOR THIS INVOICE**                $3,787.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301972

INVOICE #  865949

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301972
     TC # 736458

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/05/13 | JLJ | Research regarding potential bankruptcy of Plaintiffs | C100 | .40 hrs |
| 02/05/13 | JLJ | Correspondence with client regarding motion to dismiss, removal and additional information needed | L210 | .30 hrs |
| 02/05/13 | JAM | Review Access online Access online docket and review for recent case activity and review for recent case activity to determine pleadings docketed since February 6, 2006 (for use as exhibits to removal) | L210 | .20 hrs |
| 02/06/13 | JAM | Compile pleadings in preparation for filing Motion to Dismiss | L210 | .60 hrs |
| 02/06/13 | MPE | Email correspondence with default counsel to follow up on foreclosure pleadings status. | L110 | .20 hrs |
| 02/06/13 | JLJ | Review mortgage and note and research regarding value of property at issue | L110 | .20 hrs |
| 02/06/13 | JLJ | Telephone correspondence with D.Robert Bradshaw, counsel for co-defendant, regarding K.Bosecker, quiet title case strategy, and removal and draft memorandum regarding the same | L190 | .70 hrs |
| 02/07/13 | JLJ | Draft motion to dismiss complaint | L240 | 2.30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301972

FED ID NO. 63-0243316

---

| | | | | | |
|---|---|---|---|---|---|
| 02/08/13 | HTC | Revise motion to dismiss complaint | L250 | .20 | hrs |
| 02/08/13 | JLJ | Review court's filing notice regarding motion to dismiss | L250 | .10 | hrs |
| 02/08/13 | JLJ | Revise motion to dismiss, perform citation check of case law, review exhibits, and prepare to file motion to dismiss | L240 | 1.30 | hrs |
| 02/11/13 | JAM | Initial draft of Notice of Bankruptcy and exhibit | L210 | .40 | hrs |
| 02/11/13 | HTC | Review Merchant Bank's motion for attorneys fees and motion to dismiss | L250 | .10 | hrs |
| 02/11/13 | MPE | Email correspondence with default counsel to follow up on status of foreclosure case pleadings. | L110 | .20 | hrs |
| 02/11/13 | JLJ | Review correspondence from foreclosure counsel regarding file | C100 | .10 | hrs |
| 02/11/13 | JLJ | Review correspondence and motion to dismiss and motion for sanctions from co-defendant Merchants and Southern Bank and strategize regarding the same | L250 | .40 | hrs |
| 02/11/13 | JLJ | Review complaint and determine need for strategize regarding notice of bankruptcy | L250 | .20 | hrs |
| 02/11/13 | JLJ | Review  correspondence and notice of designation of e-mail addresses from co-defendant's counsel | L250 | .10 | hrs |
| 02/12/13 | JLJ | Review complaint and analyze potential removal and consent of all defendants | L250 | .40 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0808-301972

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/12/13 | JAM | Emails with Court Express regarding court file for use as exhibit to removal | L210 | .10 hrs |
| 02/12/13 | JAM | Pull online docket and review for recent case activity to review appearances of counsel | L190 | .20 hrs |
| 02/13/13 | JAM | Draft correspondence to Marion County Clerk enclosing follow up copy of recently filed pleadings | L210 | .20 hrs |
| 02/13/13 | JAM | Pull online docket and review for recent case activity to review Notice of Appearance for Merchant's Bank | L110 | .10 hrs |
| 02/13/13 | JAM | Revise Notice of Bankruptcy, assemble exhibit, and submit to Court for docketing | L210 | .30 hrs |
| 02/13/13 | JLJ | Prepare notice of bankruptcy and review notice of filing from court regarding the same | L250 | .20 hrs |
| 02/13/13 | JLJ | Telephone and e-mail correspondence with J.Ross, counsel for Merchants and Southern, regarding removal to federal court and affidavit | L250 | .70 hrs |
| 02/13/13 | JLJ | Review mortgage, note, assignment, and loan modification and draft and revise affidavit for Merchants and Southern for purposes of removal and fraudulent joinder argument | L250 | 1.10 hrs |
| 02/13/13 | JLJ | Obtain Bank of America's consent to removal | L250 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0808-301972

FED ID NO. 63-0243316

02/13/13   JLJ   Review note, mortgage, appraisal report       L250      .80 hrs
                 and strategize regarding removal and
                 diversity jurisdiction

02/13/13   JLJ   Review notice of filing email               L250      .20 hrs
                 designation of co-defendants

           TOTAL FEES FOR THIS MATTER                              $2,699.60

BILLING SUMMARY

    Hope Cannon              .30 hrs    334.00 /hr        100.20
    Jamie Mathews           2.10 hrs    150.00 /hr        315.00
    Jessica L. Jones        9.90 hrs    224.00 /hr      2,217.60
    Melisa P. Palmer         .40 hrs    167.00 /hr         66.80

TOTAL FEES                 12.70 hrs                    $2,699.60

**TOTAL CHARGES FOR THIS INVOICE**                     $2,699.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0808-301973
Fort Washington, PA 19034

                                                         INVOICE #  862860

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

     Re:  0R0808-301973
          TC # 736516

PROFESSIONAL SERVICES

01/25/13  GWG  Review new matter received from client,    L210      .80 hrs
               as well as pleadings on file, and
               correspond with client regarding
               scheduled foreclosure sale

01/28/13  MST  Initial review of complaint to determine   L210      .40 hrs
               claims and update file regarding same

01/30/13  MST  Analysis of title report, update file      L110      .50 hrs
               and process payment regarding same


               TOTAL FEES FOR THIS MATTER                     $391.80


EXPENSES

01/29/13  1-29-13 TITLE SEARCH FEE - PROTITLE USA - CK             200.00
          #P113

               TOTAL COSTS FOR THIS MATTER                    $200.00


BILLING SUMMARY

     Melanie Thompson           .90 hrs   158.00 /hr       142.20
     Graham W. Gerhardt         .80 hrs   312.00 /hr       249.60


TOTAL FEES              1.70 hrs                  $391.80

TOTAL EXPENSES                                    $200.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0808-301973

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $591.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
OR0808-301973

INVOICE #  865950

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  OR0808-301973
     TC # 736516

PROFESSIONAL SERVICES

02/12/13  GWG  Update call with client regarding status   L120   .20 hrs
               of litigation


              TOTAL FEES FOR THIS MATTER                         $62.40


BILLING SUMMARY

    Graham W. Gerhardt       .20 hrs   312.00 /hr        62.40


TOTAL FEES                   0.20 hrs                   $62.40

**TOTAL CHARGES FOR THIS INVOICE**                     **$62.40**


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                MARCH 27, 2013
1100 Virginia Drive                                   0R0808-301974
Fort Washington, PA 19034

                                                      INVOICE #  862861

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0808-301974
     TC # 736098

PROFESSIONAL SERVICES

01/23/13   RV   Review client's motion to dismiss filed      L120    .20 hrs
                by R.Wolfe to evaluate if a supplement
                is necessary

01/23/13   RV   Review docket and pending motions,           L120    .50 hrs
                notices, court orders, transcript from
                case management conference, and other
                filings to determine relevant deadlines
                and next steps

01/23/13   RV   Review answer, affirmative defenses, and     L120    .30 hrs
                counterclaims filed by Doney's on August
                26, 2009

01/23/13   RV   Review docket and outline case history       L120    .20 hrs
                in this three year old foreclosure action

01/23/13   RV   Draft initial memorandum to R.Meeker         L120    .10 hrs
                regarding new file received and contact
                information for foreclosure counsel as
                well as fact packs

01/23/13   RV   Draft memorandum to R.Meeker regarding       L120    .20 hrs
                receipt of new matter, documents needed,
                initial steps, and contact information
                for foreclosure counsel

01/23/13   RV   Phone call to R.Meeker regarding new         L120    .10 hrs
                file received and contact information
                for foreclosure counsel



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
MARCH 27, 2013

OR0808-301974

FED ID NO. 63-0243316

| 01/23/13 | JAM | Initial review of materials provided by client for new matter | L110 | .20 hrs |
| 01/23/13 | JAM | Pull Access online docket and review for recent case activity and review for case activity and deadlines | L110 | .20 hrs |
| 01/23/13 | JAM | Telephone call to Lee County Clerk regarding docketing issues | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $442.00

BILLING SUMMARY

| Jamie Mathews | .60 hrs | 150.00 /hr | 90.00 |
| Richard Vann | 1.60 hrs | 220.00 /hr | 352.00 |

TOTAL FEES                     2.20 hrs                     $442.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$442.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301974

INVOICE #  865951

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301974
     TC # 736098

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .20 hrs |
| 02/04/13 | RV | Review and analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 02/04/13 | ERP | Retrieve and review docket | L120 | .20 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .30 hrs |
| 02/11/13 | RV | Phone conference with foreclosure counsel, D.Glick, regarding assignment of file, procedural history, case posture, recent filings, defendants' behavior, and next steps | L120 | .50 hrs |
| 02/11/13 | RV | Phone conference with Lee County, Florida clerk of court regarding payment of filing fees for counterclaims | L120 | .40 hrs |
| 02/11/13 | RV | Begin drafting supplement to motion to dismiss counterclaims filed by G.Doney and V.Doney with introduction, factual history, and procedural history | L240 | .70 hrs |
| 02/11/13 | RV | Analyze foreclosure file and counterclaims filed by borrowers to prepared defense and draft motion to dismiss | L120 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301974

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/11/13 | RV | Research Florida case law as to declaratory judgment and injunctive relief counterclaims asserted by borrowers | L120 | 1.30 hrs |
| 02/11/13 | RV | Research Florida case law as to standing allegations raised by G.Doney and V.Doney in their answer and counterclaims | L120 | .70 hrs |
| 02/11/13 | RV | Analyze case law and florida statutes to incorporate into arguments in motion to dismiss against counterclaims raised by borrowers | L120 | 1.60 hrs |
| 02/11/13 | RV | Research statutory law as to declaratory and injunctive relief as related to property disputes and foreclosure actions and issues related to breach of contract | L120 | .50 hrs |
| 02/11/13 | RV | Draft standard of review for motion to dismiss | L240 | .30 hrs |
| 02/12/13 | RV | Draft argument in motion to dismiss as to failure to pay required filing fees | L240 | .30 hrs |
| 02/12/13 | RV | Research Florida statutes, rules of procedure, and florida case law as to payment of filing fees with counterclaims | L120 | .50 hrs |
| 02/12/13 | RV | Draft motion to dismiss counterclaims argument as to borrower's claims for declaratory judgment as well as injunctive relief | L240 | 1.40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0808-301974

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/12/13 | RV | Draft motion to dismiss counterclaims argument borrowers' demand for a jury trial | L240 | .20 hrs |
| 02/12/13 | RV | Draft motion to dismiss conclusion and prayer for relief | L240 | .20 hrs |
| 02/12/13 | RV | Draft motion to dismiss argument against borrowers' claims for lack of standing | L240 | .60 hrs |
| 02/12/13 | RV | Analyze motion to dismiss and review claims made by borrowers in order to ensure the client is addressing the outstanding claims by borrowers | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $2,589.50

02/11/13 Copy Charges                                             0.00

BILLING SUMMARY

|  | | | |
|---|---|---|---|
| Emily R. Powell | .50 hrs | 163.00 /hr | 81.50 |
| Richard Vann | 11.40 hrs | 220.00 /hr | 2,508.00 |

TOTAL FEES            11.90 hrs                    $2,589.50

**TOTAL CHARGES FOR THIS INVOICE**            **$2,589.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0808-301975
Fort Washington, PA 19034

                                                          INVOICE #  862862

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301975
         TC # 736470

PROFESSIONAL SERVICES

| 01/29/13 | CWH | Initial review and analysis of quiet title matter | L210 | .30 hrs |
|----------|-----|---------------------------------------------------|------|---------|
| 01/29/13 | CWH | Exchange e-mails with client about how to respond to improperly named plaintiff | L210 | .20 hrs |
| 01/30/13 | CWH | Exchange e-mails with client, confirming plan to contact borrower's counsel regarding real party in interest | L110 | .10 hrs |
| 01/30/13 | HTC | Consider and analyze complaint and similarity to other quiet title claims | L210 | .60 hrs |
| 01/30/13 | HTC | Exchange emails with client regarding proper defendant and how to proceed on motion to dismiss and removal | L120 | .10 hrs |
| 01/31/13 | HTC | Telephone conference with Attorney General's office regarding case | L120 | .20 hrs |

                 TOTAL FEES FOR THIS MATTER                    $517.20

BILLING SUMMARY

    Hope Cannon              .90 hrs    334.00 /hr      300.60
    Christian W. Hancock     .60 hrs    361.00 /hr      216.60

TOTAL FEES              1.50 hrs              $517.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
MARCH 27, 2013

0R0808-301975

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $517.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301975
Fort Washington, PA 19034

                                                               INVOICE #  865952

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301975
     TC # 736470

PROFESSIONAL SERVICES

| 02/05/13 | HTC | Consider and analyze issues relating to dismissal and substitution of Ally | L210 | .10 hrs |
| 02/05/13 | JLJ | Telephone and e-mail correspondence with N.Torgerson regarding substitution of party defendant and assignment of mortgage to GMAC Mortgage, LLC | L210 | .40 hrs |
| 02/05/13 | JLJ | Analyze potential substitution of party defendant and acceptance of service of process | L210 | .30 hrs |
| 02/06/13 | JLJ | Review mortgage and note and research value of property at issue | L110 | .30 hrs |
| 02/06/13 | JLJ | Analyze potential filing motion to dismiss, substitution of parties and removal | L210 | .30 hrs |
| 02/06/13 | JLJ | Correspondence with client regarding case strategy for responsive pleading, substitution of defendant, and additional documents needed, review response to the same, and respond in kind | C300 | .40 hrs |
| 02/06/13 | JLJ | Review complaint and draft motion to dismiss GMAC Bank as an improperly named party and revise the same | L240 | .70 hrs |
| 02/06/13 | JLJ | Correspondence with client regarding transfer of servicing | L190 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301975

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/06/13 | JLJ | Correspondence with N.Torgerson at Whitestone regarding substitution of parties, motion to dismiss and agreement regarding the same and draft memorandum to file regarding the same | L240 | .30 hrs |
| 02/06/13 | HTC | Revise motion to dismiss Ally and consider issues relating to removal and substitution of parties | L250 | .40 hrs |
| 02/08/13 | HTC | Exchange emails with client and Ally regarding motion to dismiss Ally and substitute with GMACM | L250 | .30 hrs |
| 02/08/13 | JLJ | Correspondence with N.Torgerson regarding motion to dismiss | L240 | .20 hrs |
| 02/08/13 | JLJ | Review court filing notice regarding motion to dismiss | L240 | .20 hrs |
| 02/08/13 | ERP | Finalize motion to dismiss | L120 | .60 hrs |
| 02/11/13 | JLJ | Review correspondence from client regarding servicing and strategize regarding the same and respond to the same | C100 | .30 hrs |
| 02/11/13 | JLJ | Review filing notice from state court regarding motion to dismiss | L240 | .20 hrs |
| 02/12/13 | JAM | Emails with Court Express regarding court file to use as exhibit to Notice of Removal | L210 | .10 hrs |
| 02/12/13 | CWH | Email Green Tree to confirm servicing transfer | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0808-301975

FED ID NO. 63-0243316

| 02/13/13 | JLJ | Correspondence with S.Tracy Long regarding substitution of party defendant | L210 | .10 hrs |
|---|---|---|---|---|
| 02/13/13 | JLJ | Research case law and statutes regarding removal of later-served defendant and strategize regarding removal deadline for GMAC Bank and substitution of party defendant | L250 | .40 hrs |
| 02/13/13 | JLJ | Review note, mortgage, property appraisal report, and strategize regarding diversity jurisdiction and removal | L250 | .50 hrs |
| 02/14/13 | JLJ | Research regarding whitestone capital trust and incorporators and members of the same in preparation for developing case strategy | L120 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                           $1,715.30


BILLING SUMMARY

| Hope Cannon | .80 hrs | 334.00 /hr | 267.20 |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Jamie Mathews | .10 hrs | 150.00 /hr | 15.00 |
| Emily R. Powell | .60 hrs | 163.00 /hr | 97.80 |
| Jessica L. Jones | 5.80 hrs | 224.00 /hr | 1,299.20 |

TOTAL FEES            7.40 hrs              $1,715.30



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
APRIL 30, 2013

0R0808-301975

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                $1,715.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0808-301976
Fort Washington, PA 19034

                                                  INVOICE #  865953

                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0R0808-301976
          TC # 736727

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/05/13 | MST | Receipt and review of new case documents including petition and motion to dismiss to determine initial assessment of case | L120 | .40 hrs |
| 02/05/13 | GWG | Review new file received from client and analyze for possible removal and dispositive motion | L110 | 2.00 hrs |
| 02/11/13 | GWG | Research regarding citizenship of defendant Khyber Holdings | L110 | .40 hrs |
| 02/11/13 | RK | Draft removal documents | L210 | 3.20 hrs |
| 02/12/13 | RK | Draft remaining portion of removal documents | L210 | 3.00 hrs |
| 02/12/13 | MST | Open and create civil case in federal court in preparation of removal from state court | L210 | .80 hrs |
| 02/12/13 | MST | Draft civil cover sheet and supplemental cover sheet for notice of removal and prepare for filing and service | L210 | .90 hrs |
| 02/12/13 | MST | Finalize notice of removal with exhibits, notice of filing notice of removal with exhibit, corporate disclosure statements and answer and prepare all for filing and service | L210 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                        APRIL 30, 2013

0R0808-301976

FED ID NO. 63-0243316

| Date | | | | | |
|------|------|------|------|------|------|
| 02/12/13 | GWG | Work on answer, notice of removal, and other removal filings | L210 | 2.30 hrs |
| 02/13/13 | MST | Receive file-stamped copy of Notice of Filing Notice of Removal and update pleadings file regarding same | L210 | .20 hrs |
| 02/15/13 | GWG | Work on procurement of local counsel as ordered by the Court | L210 | .80 hrs |

TOTAL FEES FOR THIS MATTER                    $3,742.00

BILLING SUMMARY

| | | | |
|------|------|------|------|
| Melanie Thompson | 4.70 hrs | 158.00 /hr | 742.60 |
| Graham W. Gerhardt | 5.50 hrs | 312.00 /hr | 1,716.00 |
| Riley Key | 6.20 hrs | 207.00 /hr | 1,283.40 |

TOTAL FEES                  16.40 hrs              $3,742.00

**TOTAL CHARGES FOR THIS INVOICE**              $3,742.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0808-301977
Fort Washington, PA 19034

                                                               INVOICE #  865954

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301977
         TC # 736764

PROFESSIONAL SERVICES

    02/06/13   KSA   Review new complaint and outline response   L210      .50 hrs

    02/06/13   KSA   Email to J.Best on status and allegations   L120      .30 hrs

    02/15/13   KSA   Review and edit motion for summary          L240      .80 hrs
                     judgment


                     TOTAL FEES FOR THIS MATTER                         $428.80
    02/14/13 Copy Charges                                                  0.00
    02/14/13 Copy Charges                                                  0.00
    02/14/13 Copy Charges                                                  0.00
    02/15/13 Copy Charges                                                  0.00
    02/15/13 Copy Charges                                                  0.00
    02/12/13 Computerized Legal Research-Westlaw Westlaw                    0.00
             User: NEEL,PRESTON
    02/13/13 Computerized Legal Research-Westlaw Westlaw                    0.00
             User: NEEL,PRESTON
    02/14/13 Computerized Legal Research-Westlaw Westlaw                    0.00
             User: NEEL,PRESTON
    02/15/13 Computerized Legal Research-Westlaw Westlaw                    0.00
             User: NEEL,PRESTON

BILLING SUMMARY

      Keith S. Anderson        1.60 hrs    268.00 /hr       428.80


    TOTAL FEES                 1.60 hrs                  $428.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0808-301977

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $428.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                             0R0808-301978
Fort Washington, PA 19034

                                                               INVOICE #  865955

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301978
     TC # 736906

PROFESSIONAL SERVICES

| 02/14/13 | CWH | Review and analyze new complaint from Kumar, determine which parties have been named, and compare same to the prior adversary proceeding and his ongoing bankruptcy case | L120 | .60 hrs |
|---|---|---|---|---|
| 02/14/13 | CWH | Draft initial email to client regarding new complaint from Kumar, discuss the "Doe" defendants who were recently identified, and compare same to the prior adversary proceeding and his ongoing bankruptcy case | L120 | .30 hrs |
| 02/15/13 | RV | Review and analyze claims and allegations filed by R.Kumar | L120 | .50 hrs |
| 02/15/13 | RV | Analyze pleadings from R.Kumar's Bankruptcy case Adversary Proceeding including Complaint, dispositive motions, random filings for Default and such by R.Kumar, and Orders from the Court | L120 | .90 hrs |
| 02/15/13 | RV | Phone conference with H.Franchi regarding receipt of new file and which of the named entities our firm will represent and when service was completed | L120 | .30 hrs |
| 02/15/13 | RV | Email exchange with H.Franchi regarding when service of process was completed on GMAC | L120 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
APRIL 30, 2013

ResCap

0R0808-301978

FED ID NO. 63-0243316

---

02/15/13  JAM  Review complaint for new case          L110      .20 hrs

          TOTAL FEES FOR THIS MATTER                         $772.90

04/01/13 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: VANN,RICHARD
04/02/13 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: VANN,RICHARD

BILLING SUMMARY

    Christian W. Hancock      .90 hrs    361.00 /hr      324.90
    Jamie Mathews             .20 hrs    150.00 /hr       30.00
    Richard Vann             1.90 hrs    220.00 /hr      418.00


TOTAL FEES                   3.00 hrs                 $772.90

**TOTAL CHARGES FOR THIS INVOICE**                   $772.90

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301979

INVOICE #  865956

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301979
     TC # 737290

PROFESSIONAL SERVICES

| 02/06/13 | LADA | Initial analysis of newly filed complaint | L190 | .50 hrs |
| 02/06/13 | LADA | Draft notice of bankruptcy and servicing order | L210 | .60 hrs |
| 02/07/13 | LADA | Finalize notice of bankruptcy and servicing order | L210 | .80 hrs |
| 02/11/13 | LADA | Analysis of recorded documents regarding underlying foreclosure | L190 | 2.60 hrs |
| 02/11/13 | LADA | Telephone conference with Clerk regarding notice of bankruptcy filing | L210 | .50 hrs |
| 02/14/13 | LADA | Initial analysis of client documents | L190 | 1.10 hrs |
| 02/14/13 | LADA | Telephone conference with Clerk regarding cost of receipt of court file | L190 | .30 hrs |
| 02/22/13 | CWH | Analyze claims for motion to dismiss or motion for more definite statement | L210 | .20 hrs |
| 02/28/13 | LADA | Follow up email to foreclosure counsel regarding status of receipt of pleadings from underlying foreclosure action | L190 | .20 hrs |
| 02/28/13 | LADA | Review of pleadings from underlying foreclosure action | L190 | .70 hrs |
| 03/25/13 | APUC | Draft Motion to Dismiss and memorandum in support of Motion to Dismiss | L210 | 2.10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

| | PAGE    2 |
|---|---|
| ResCap | APRIL 30, 2013 |
| | 0R0808-301979 |

FED ID NO. 63-0243316

| 03/25/13 | APUC | Analyze loan documents in preparation for drafting Motion to Dismiss | L210 | 1.20 hrs |
|---|---|---|---|---|
| 03/25/13 | APUC | Revise Motion to Dismiss and memorandum in support of Motion to Dismiss | L210 | 1.10 hrs |
| 03/27/13 | APUC | Update status report | L120 | .10 hrs |
| 03/27/13 | APUC | Revise Motion to Dismiss and Memorandum in Support of Motion to Dismiss | L210 | 1.30 hrs |
| 03/27/13 | APUC | Analyze mortgage and note in preparation for revising Motion to Dismiss and Memorandum in support of Motion to Dismiss | L120 | .50 hrs |
| 03/28/13 | APUC | Analysis of case file in preparation for drafting ILAB and case strategy | L120 | .80 hrs |
| 04/18/13 | MCG | Review pleadings and revise notice of bankruptcy | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                $3,175.30

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
|---|---|---|---|
| Michael C. Griffin | .40 hrs | 348.00 /hr | 139.20 |
| Amy Puckett | 7.10 hrs | 255.00 /hr | 1,810.50 |
| Lucinda Kish | 7.30 hrs | 158.00 /hr | 1,153.40 |

TOTAL FEES        15.00 hrs            $3,175.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
APRIL 30, 2013

0R0808-301979

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $3,175.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0R0808-301980
Fort Washington, PA 19034

                                                    INVOICE #  865957

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301980
     TC # 736597

PROFESSIONAL SERVICES

| 02/12/13 | SPM | Analyze Plaintiff's complaint | L120 | .30 hrs |
|---|---|---|---|---|
| 02/13/13 | SPM | Analyze Plaintiff's complaint and request for declaratory judgment and requests for production | L120 | .70 hrs |
| 02/22/13 | MST | Finalize Answer and prepare for filing and service | L210 | .70 hrs |
| 02/22/13 | SPM | Draft answer to Plaintiff's complaint | L120 | .60 hrs |
| 03/01/13 | KSA | Prepare status report regarding answer and MSJ | L190 | .10 hrs |
| 03/12/13 | CWH | Analyze merits of borrower's suit to stop foreclosure | L210 | .20 hrs |
| 03/18/13 | CWH | Analyze merits of borrower's claims | L110 | .20 hrs |
| 03/18/13 | MST | Receive confirmation of certified mail delivery of motion to dismiss to opposing counsel and update pleadings file regarding same | L140 | .20 hrs |
| 03/25/13 | KSA | Research foreclosure notice history to outline defenses to allegations | L650 | .60 hrs |
| 03/25/13 | SPM | Draft GMAC's Rule 194 disclosures | L120 | 1.00 hrs |
| 03/26/13 | KSA | Review borrower notices to refute claims and Edit Rule 194 disclosures | L650 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0808-301980

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 03/26/13 | KSA | Draft NOB with review of claims | L650 | .40 hrs |
| 03/26/13 | KSA | Update e-mail with status and docs needed to R. Meeker | L650 | .30 hrs |
| 03/27/13 | KSA | Edit Notice of Appearance and send to D. Booth for review | L210 | .20 hrs |
| 03/28/13 | KSA | Finalize and File Notice of Appearance | L210 | .20 hrs |
| 03/28/13 | MST | Finalize Notice of Bankruptcy and Supplemental Servicing Order and prepare for filing and service | L210 | .60 hrs |
| 04/01/13 | KSA | Status report regarding foreclosure file and potential MSJ | L120 | .10 hrs |
| 04/04/13 | KSA | Phone discussion with Plaintiff paralegal regarding hearing and continuance | L650 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $1,646.60


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.50 hrs | 158.00 /hr | 237.00 |
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Keith S. Anderson | 2.80 hrs | 268.00 /hr | 750.40 |
| Spencer Mobley | 2.60 hrs | 198.00 /hr | 514.80 |

TOTAL FEES           7.30 hrs              $1,646.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
APRIL 30, 2013

0R0808-301980

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,646.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301981

INVOICE #  865958

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301981
     TC # 737287

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/13/13 | RK | Draft removal documents | L210 | 1.70 hrs |
| 02/13/13 | MST | Obtain and analyze appraised value of property | L110 | .40 hrs |
| 02/13/13 | MST | Obtain title report to determine chain of title, property details and possible liens and/or judgments | L110 | .40 hrs |
| 02/13/13 | MST | Obtain and analyze docket sheet and state court pleadings to determine allegations and strategy, process for payment and update pleadings index regarding same | L110 | .80 hrs |
| 02/14/13 | MST | Obtain and analyze title report to determine property value, chain of title and possible liens and/or judgments | L120 | .30 hrs |
| 02/14/13 | GWG | Work on answer, notice of removal, and other removal filings | L210 | 2.20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,338.50

EXPENSES

| | | |
|---|---|---|
| 02/05/13 | 2-5-13 TITLE SEARCH FEE - PROTITLE USA CK # P113 | 185.00 |

TOTAL COSTS FOR THIS MATTER                    $185.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301981

**FED ID NO. 63-0243316**

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.90 hrs | 158.00 /hr | 300.20 |
| Graham W. Gerhardt | 2.20 hrs | 312.00 /hr | 686.40 |
| Riley Key | 1.70 hrs | 207.00 /hr | 351.90 |

TOTAL FEES              5.80 hrs                    $1,338.50

TOTAL EXPENSES                                     $185.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$1,523.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                      0R0808-301982
Fort Washington, PA 19034

                                                         INVOICE #  865959

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0808-301982
         TC # UNK

PROFESSIONAL SERVICES

| Date | | | | |
|------|------|------|------|------|
| 02/08/13 | phn | Review and analysis of state court docket | L120 | .30 hrs |
| 02/11/13 | GWG | Review new file received from client and analyze for possible removal and dispositive motion | L110 | 2.00 hrs |
| 02/11/13 | MST | Obtain and analyze state court file and docket sheet to determine claims and status of case | L210 | .40 hrs |
| 02/11/13 | MST | Research court files to determine property address and obtain title report | L110 | .60 hrs |
| 02/12/13 | MST | Analysis of state court file and docket sheet to determine property address and facts of case and update file regarding same | L110 | .40 hrs |
| 02/12/13 | GWG | Review state court file and work on notice of removal | L210 | 2.00 hrs |
| 02/12/13 | phn | Draft notice of removal | L210 | 1.90 hrs |
| 02/12/13 | phn | Draft notice of notice of removal | L210 | .30 hrs |
| 02/12/13 | phn | Draft initial disclosures | L210 | .30 hrs |
| 02/12/13 | phn | Draft defendantÆs answer | L210 | .50 hrs |
| 02/12/13 | phn | Research and analysis of land records | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
APRIL 30, 2013

ResCap

0R0808-301982

FED ID NO. 63-0243316

| 02/12/13 | phn | Research and analysis of statute of repose for rescission claims under TILA 1635(f) | L120 | 1.70 hrs |
|---|---|---|---|---|
| 02/12/13 | phn | Research and analysis of foreclosure files from C.Adams | L120 | .70 hrs |
| 02/13/13 | phn | Research and analysis of Bexar County land records | L120 | .60 hrs |
| 02/13/13 | phn | Draft defendantÆs answer to plaintiffÆs complaint | L210 | 1.10 hrs |
| 02/13/13 | phn | Plan and prepare for filing and service of notice of removal and accompanying documents | L210 | .30 hrs |
| 02/13/13 | phn | Phone call with opposing counsel regarding his desire to dismiss the case based not being able to practice in the Western District of Texas | L120 | .40 hrs |
| 02/13/13 | GWG | Work on answer to plaintiff's Complaint | L210 | 1.30 hrs |
| 02/14/13 | phn | Review and analysis of scheduling order issued by Judge Hudspeth | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $3,971.80

BILLING SUMMARY

| Melanie Thompson | 1.40 hrs | 158.00 /hr | 221.20 |
|---|---|---|---|
| Graham W. Gerhardt | 5.30 hrs | 312.00 /hr | 1,653.60 |
| Preston H. Neel | 9.00 hrs | 233.00 /hr | 2,097.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
APRIL 30, 2013

0R0808-301982

FED ID NO. 63-0243316

TOTAL FEES                    15.70 hrs                    $3,971.80

**TOTAL CHARGES FOR THIS INVOICE**                    $3,971.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0808-301983

INVOICE #  865960

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0808-301983
     TC # 737289

<u>PROFESSIONAL SERVICES</u>

| | | | | | |
|---|---|---|---|---|---|
| 02/12/13 | ACU | Review and analyze complaint filed in Texas state court to prepare for removal. | L120 | .80 hrs |
| 02/13/13 | GWG | Review new file received from client and analyze for possible removal and dispositive motion | L120 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER                          $876.00

02/12/13 Copy Charges GMAC/Cantu                        0.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 2.30 hrs | 312.00 /hr | 717.60 |
| Alison Smith | .80 hrs | 198.00 /hr | 158.40 |

| | | |
|---|---|---|
| TOTAL FEES | 3.10 hrs | $876.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$876.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0808-301984

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $2,484.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0809-301001
Fort Washington, PA 19034

                                                          INVOICE #   841369

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0R0809-301001
          TC # 728122

PROFESSIONAL SERVICES

01/02/13   JDV   Draft December 2012 status report for      L190      .10 hrs
                 client

01/10/13   JAM   Access and analyze current case Access     L120      .30 hrs
                 online docket and review for recent case
                 activity from court website to review
                 recently docketed pleadings and case
                 activity

01/11/13   JDV   Analysis of January 2013 docket            L120      .10 hrs

01/18/13   LADA  Review docket and filings confirming       L190      .40 hrs
                 matter is stayed pursuant to bankruptcy
                 filing


            TOTAL FEES FOR THIS MATTER                       $161.00


BILLING SUMMARY

    Jamie Mathews            .30 hrs    150.00 /hr        45.00
    Jose D. Vega             .20 hrs    264.00 /hr        52.80
    Lucinda Kish             .40 hrs    158.00 /hr        63.20


TOTAL FEES              0.90 hrs               $161.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0809-301001

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $161.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0809-301001

INVOICE #  865963

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0809-301001
     TC # 728122

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JAM | Pull online docket and review for recent case activity and analyze to review recently docketed pleadings and case activity | L120 | .10 hrs |
| 02/04/13 | JDV | Draft status report for client | L190 | .10 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/03/13 | JDV | Draft status update for client | L190 | .20 hrs |
| 04/04/13 | ERP | Review online docket for recent case activity and review for recently docketed pleadings | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER          $159.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .10 hrs | 150.00 /hr | 15.00 |
| Emily R. Powell | .30 hrs | 163.00 /hr | 48.90 |
| Jose D. Vega | .30 hrs | 264.00 /hr | 79.20 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES          0.80 hrs          $159.80



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
APRIL 30, 2013

0R0809-301001

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $159.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    APRIL 30, 2013
1100 Virginia Drive                                       0R0809-301002
Fort Washington, PA 19034

                                                          INVOICE #  865964

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0809-301002
         TC # 728260

PROFESSIONAL SERVICES

02/01/13   CSM   Draft case status report              L110     .10 hrs

02/18/13   LADA  Analysis of docket regarding current  L190     .20 hrs
                 action

02/18/13   CWH   Analyze docket from new case brought by L120    .20 hrs
                 Germinaro against GMAC

02/20/13   LADA  Telephone conference with opposing     L190     .60 hrs
                 counsel to request copy of documents
                 filed in second action and status of
                 both actions

02/21/13   CWH   Analyze borrower's second suit and     L210     .20 hrs
                 determine differences from the first suit

02/21/13   LADA  Analysis of subsequent suit filed by   L210     .20 hrs
                 borrower

02/21/13   LADA  Continued review and analysis of court L190     .20 hrs
                 files and recorded documents related to
                 second action filed by borrower's counsel

02/26/13   CWH   Compare second lawsuit to the first and L120    .20 hrs
                 determine that it is a post-petition
                 claim

02/26/13   CWH   Email client at Estate to advise of the L120    .30 hrs
                 filing of the second suit, which is a
                 post-petition claim, and propose
                 strategy for  handling



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
APRIL 30, 2013

0R0809-301002

FED ID NO. 63-0243316

---

| 03/27/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 03/27/13 | CSM | Telephone conferences with opposing counsel regarding parameters of possible settlement | L160 | .50 hrs |
| 03/27/13 | CSM | Communicate with client regarding case status and settlement strategy | L190 | .20 hrs |
| 04/04/13 | CWH | Follow-up with Morrison Foerster on form of post-petition bankruptcy notice | L110 | .10 hrs |
| 04/09/13 | CSM | Attention to motion for extension of time to answer | L190 | .10 hrs |
| 04/09/13 | CSM | Telephone calls to opposing counsel regarding settlement | C400 | .10 hrs |
| 04/22/13 | CWH | Review and analyze borrower's interrogatories to GMAC and settlement efforts in general | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                           $984.40

BILLING SUMMARY

| Christian W. Hancock | 1.30 hrs | 361.00 /hr | 469.30 |
| Cory S. Menees | .20 hrs | 300.00 /hr | 60.00 |
| Cory S. Menees | .90 hrs | 295.00 /hr | 265.50 |
| Lucinda Kish | 1.20 hrs | 158.00 /hr | 189.60 |

TOTAL FEES          3.60 hrs                    $984.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0809-301002

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $984.40

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0809-301003

INVOICE #  865965

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0809-301003
     TC # 728882

PROFESSIONAL SERVICES

| 02/14/13 | MPE | Research docket to determine if dismissal has been entered. | L110 | .20 hrs |
|----------|-----|-------------------------------------------------------------|------|---------|
| 03/12/13 | MPE | Review of initial pleadings to determine all parties involved. | L110 | .10 hrs |
| 03/14/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 03/20/13 | MPE | Research docket to determine status. | L110 | .10 hrs |
| 03/20/13 | MPE | Email opposing regarding status of dismissal. | L110 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $153.10

BILLING SUMMARY

| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
|--------------------|---------|------------|-------|
| Melisa P. Palmer   | .50 hrs | 167.00 /hr | 83.50 |

TOTAL FEES                    0.70 hrs                    $153.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$153.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0809-301004
Fort Washington, PA 19034

                                                          INVOICE #   841375

                                                          **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:   0R0809-301004
          TC # 729386

<u>PROFESSIONAL SERVICES</u>

01/01/13   MSW   Draft status report for client.           L120      .10 hrs

01/16/13   LADA  Review docket and filings confirming       L190      .40 hrs
                 matter is stayed pursuant to bankruptcy
                 filing

01/30/13   MSW   Draft status report for client.           L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                              $124.00


<u>BILLING SUMMARY</u>

    Mark S. Wierman              .20 hrs    304.00 /hr        60.80
    Lucinda Kish                 .40 hrs    158.00 /hr        63.20


TOTAL FEES                       0.60 hrs                   $124.00

**TOTAL CHARGES FOR THIS INVOICE**                         **$124.00**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                         APRIL 30, 2013
1100 Virginia Drive                                           0R0809-301004
Fort Washington, PA 19034

                                                              INVOICE #  865966

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

     Re:  0R0809-301004
          TC # 729386

PROFESSIONAL SERVICES

02/12/13   LADA   Finalize notice of unavailability        L210      .60 hrs

02/14/13   CWH    Email client to inquire about status of  L110      .10 hrs
                  Stein's loan at this time

02/26/13   MSW    Draft status report for client.          L120      .10 hrs

02/26/13   LADA   Analysis of docket for filings in        L190      .50 hrs
                  violation of bankruptcy stay

03/14/13   MCG    Review case status and strategy for      L120      .20 hrs
                  going forward

04/10/13   MSW    Analyze allegations in pleadings to      L120      .20 hrs
                  determine conduct purportedly giving
                  rise to causes of action both before and
                  after petition for bankruptcy to
                  determine strategy for going forward

04/29/13   MSW    Draft status report for client as        L120      .10 hrs
                  follows: Bucket 1; all claims against
                  GMAC should eventually be discharged
                  after bankruptcy


           TOTAL FEES FOR THIS MATTER                      $401.10

02/13/13 Express Mail/Fedex                                   0.00
02/13/13 Express Mail/Fedex                                   0.00
03/21/13 Express Mail/Fedex                                   0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
APRIL 30, 2013

0R0809-301004

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Mark S. Wierman | .40 hrs | 304.00 /hr | 121.60 |
| Lucinda Kish | 1.10 hrs | 158.00 /hr | 173.80 |

TOTAL FEES                1.80 hrs                    $401.10

**TOTAL CHARGES FOR THIS INVOICE**                    $401.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0809-301006

INVOICE #  841376

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0R0809-301006
     TC # 729794

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|-----|-------------|------|-------|
| 01/02/13 | CSM | Telephone conference with client regarding case status and strategy for resolution | L190 | .10 hrs |
| 01/02/13 | CSM | Phone call to opposing counsel regarding negotiated settlement of case | C400 | .10 hrs |
| 01/28/13 | CSM | Communicate with client and opposing counsel regarding possible negotiated resolution of case | L120 | .30 hrs |
| 01/28/13 | CSM | Research regarding implications of bankruptcy on ability to pursue declaratory judgment in pending state court action | L120 | .20 hrs |
| 01/28/13 | RLB | Review bankruptcy issues relating to foreclosure | B410 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $299.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .30 hrs | 299.00 /hr | 89.70 |
| Cory S. Menees | .70 hrs | 300.00 /hr | 210.00 |

TOTAL FEES          1.00 hrs                    $299.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0R0809-301006

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $299.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0809-301006
Fort Washington, PA 19034

                                                              INVOICE #  865967

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0809-301006
         TC # 729794

UNDERLINE PROFESSIONAL SERVICES

    02/01/13   CSM   Draft case status report              L110     .10 hrs

    02/04/13   CSM   Telephone conference with opposing    L110     .40 hrs
                     counsel regarding facts of case and
                     potential for mediated settlement

    02/04/13   CSM   Research regarding affect on HOA lien of   C200   .50 hrs
                     bankruptcy plan confirmation

    02/15/13   MPE   Review matter to assist with estate   L110     .10 hrs
                     determination.


              TOTAL FEES FOR THIS MATTER              $316.70


BILLING SUMMARY

    Cory S. Menees          1.00 hrs   300.00 /hr      300.00
    Melisa P. Palmer         .10 hrs   167.00 /hr       16.70


TOTAL FEES                  1.10 hrs               $316.70

**TOTAL CHARGES FOR THIS INVOICE**                $316.70

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0809-301007
Fort Washington, PA 19034

                                                               INVOICE #  865968

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0809-301007
         TC # 730086

    PROFESSIONAL SERVICES

02/17/13  MPE   Review of case to confirm assignment to     L110      .10 hrs
                the estate.


                TOTAL FEES FOR THIS MATTER                           $16.70


    BILLING SUMMARY

       Melisa P. Palmer        .10 hrs   167.00 /hr        16.70

    TOTAL FEES                 0.10 hrs                   $16.70

    TOTAL CHARGES FOR THIS INVOICE                        $16.70


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                       0R0809-301008
Fort Washington, PA 19034

                                                          INVOICE #  841381

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0809-301008
         TC # 730145

    PROFESSIONAL SERVICES

01/18/13  LADA  Review docket and filings confirming        L190        .40 hrs
                matter is stayed pursuant to bankruptcy
                filing


                TOTAL FEES FOR THIS MATTER                            $63.20


    BILLING SUMMARY

        Lucinda Kish              .40 hrs   158.00 /hr        63.20


    TOTAL FEES                   0.40 hrs                    $63.20

    **TOTAL CHARGES FOR THIS INVOICE**                      **$63.20**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          APRIL 30, 2013
1100 Virginia Drive                                            0R0809-301008
Fort Washington, PA 19034

                                                              INVOICE #  865969

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:  0R0809-301008
         TC # 730145

PROFESSIONAL SERVICES

02/01/13   CSM   Draft case status report          L110      .10 hrs

02/18/13   LADA  Analysis of current docket for evidence   L190   .50 hrs
                 of additional filings and confirmation
                 of current status of bankruptcy stay

03/14/13   MCG   Review case status and strategy for   L120   .20 hrs
                 going forward

03/27/13   CSM   Draft status report to client      B110      .10 hrs

03/28/13   LADA  Review of docket regarding status of   L190   .40 hrs
                 case under bankruptcy stay


           TOTAL FEES FOR THIS MATTER              $270.80


BILLING SUMMARY

   Michael C. Griffin      .20 hrs   348.00 /hr      69.60
   Cory S. Menees          .20 hrs   295.00 /hr      59.00
   Lucinda Kish            .90 hrs   158.00 /hr     142.20


TOTAL FEES              1.30 hrs            $270.80

**TOTAL CHARGES FOR THIS INVOICE**         $270.80

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    MARCH 27, 2013
1100 Virginia Drive                                      0R0809-301009
Fort Washington, PA 19034

                                                         INVOICE #  841383

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

        Re:   0R0809-301009
              TC # 730273

PROFESSIONAL SERVICES

| 01/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
|---|---|---|---|---|
| 01/07/13 | MCG | Review and analyze pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .40 hrs |
| 01/07/13 | NSR | Review and analyze pooling and servicing agreements regarding ownership and servicing of loan | L110 | .20 hrs |
| 01/07/13 | NSR | Review and revise amended notice of bankruptcy in responses to Amended Complaint | L250 | .20 hrs |
| 01/08/13 | KK | Research and review PACER to determine status of case and recent activity | L110 | .20 hrs |
| 01/08/13 | KK | Finalize and prepare Notice of Bankruptcy for filing in Middle District of Florida | L110 | .30 hrs |
| 01/08/13 | NSR | Exchange e-mail correspondence with client regarding notice of bankruptcy | L250 | .10 hrs |
| 01/08/13 | NSR | Review plaintiff's response in opposition to motion to dismiss | L240 | .30 hrs |
| 01/31/13 | KK | Research Pacer docket to determine status of case | L110 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER              $487.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
MARCH 27, 2013

0R0809-301009

**FED ID NO. 63-0243316**

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .40 hrs | 348.00 /hr | 139.20 |
| Nader Raja | .90 hrs | 282.00 /hr | 253.80 |
| Kerry Keane | .60 hrs | 158.00 /hr | 94.80 |

TOTAL FEES                 1.90 hrs                              $487.80

**TOTAL CHARGES FOR THIS INVOICE**                              **$487.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                       APRIL 30, 2013
1100 Virginia Drive                                          0R0809-301009
Fort Washington, PA 19034

                                                            INVOICE #  865970

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

    Re:   0R0809-301009
          TC # 730273

PROFESSIONAL SERVICES

02/01/13   NSR   Draft status report for client            L120      .10 hrs

02/14/13   KK    Review case to determine if transfer to   L110      .20 hrs
                 Estate is necessary

02/19/13   KK    Review recently filed documents on Pacer  L110      .30 hrs
                 docket and analyze pleadings to
                 determine new deadlines in case

02/22/13   CWH   Analyze court's order dismissing all      L210      .20 hrs
                 non-debtor defendants and send update to
                 client on same

02/22/13   NSR   Analyze Order dismissing Plaintiffs'      L240      .30 hrs
                 Amended Complaint as to all non-ResCap
                 entities

02/25/13   CWH   Exchange e-mails with client about fact   L110      .20 hrs
                 that ruling is not final as to
                 non-debtor parties and our intention to
                 move file to Estate handling once all
                 non-debtors are dismissed

02/25/13   CWH   Analyze when appeal time will expire for  L110      .10 hrs
                 the three non-debtor defendants

02/25/13   APUC  Analyze file in preparation for drafting  L120      .30 hrs
                 Motion to Certify Judgment as Final
                 under Rule 54(b)



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

ResCap

0R0809-301009

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 02/25/13 | APUC | Conversation with counsel for co-defendants regarding filing a Motion to Certify Judgment as Final under Rule 54(b) | L120 | .20 hrs |
| 02/25/13 | MJA | Research on finality and appealability issue, and requirement for 54(b) certification | L120 | .80 hrs |
| 02/25/13 | NSR | Review servicing history of loan with regard to necessity for certification of final judgment | L120 | .20 hrs |
| 02/28/13 | KK | Draft status report as follows: The Court issued an order granting the motion to dismiss as to MERS and Deutsche Bank, The claims against RFC are stayed, per our bankruptcy notice. We will monitor the case until the discharge comes through, and then will close the matter | L110 | .30 hrs |
| 03/12/13 | KK | Review and edit full style of case caption and confirm parties in case for Financial Services Representation of Clients project | L110 | .20 hrs |
| 03/14/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 04/30/13 | KK | Draft monthly status report as follows: We continue to monitor this action through discharge of the claims | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $990.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0809-301009

**FED ID NO. 63-0243316**

02/25/13 Computerized Legal Research-Westlaw Westlaw                0.00
         User: AYERS,MARC

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Marc J. Ayers | .80 hrs | 317.00 /hr | 253.60 |
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Nader Raja | .60 hrs | 282.00 /hr | 169.20 |
| Amy Puckett | .50 hrs | 255.00 /hr | 127.50 |
| Kerry Keane | 1.20 hrs | 158.00 /hr | 189.60 |

TOTAL FEES                3.80 hrs                    $990.00

**TOTAL CHARGES FOR THIS INVOICE**                   $990.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          MARCH 27, 2013
1100 Virginia Drive                                            0R0809-301010
Fort Washington, PA 19034

                                                               INVOICE #   841386

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

   Re:   0R0809-301010
         TC # 731392

   PROFESSIONAL SERVICES

   01/02/13   PMS   Draft status report for client.          C300      .10 hrs

   01/07/13   JDR   Draft case summary and proposed strategy C300      .40 hrs
                    and send same to J.Best.


              TOTAL FEES FOR THIS MATTER                      $147.10


   BILLING SUMMARY

      Jonathan Rose              .40 hrs    304.00 /hr        121.60
      P. Max Smith               .10 hrs    255.00 /hr         25.50


   TOTAL FEES                   0.50 hrs                     $147.10

   **TOTAL CHARGES FOR THIS INVOICE**                        **$147.10**

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0809-301010

INVOICE #  865971

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0809-301010
     TC # 731392

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | JDR | Telephone conference with B.Hawley regarding trial setting. | L440 | .20 hrs |
| 02/02/13 | PMS | Draft status report for client. | C300 | .10 hrs |
| 02/12/13 | PMS | Phone call with opposing counsel on trial setting, email to client advising of options on trial date and material to be covered in GMAC testimony. | C400 | .60 hrs |
| 02/15/13 | PMS | Email to client and call to other attorneys to discuss impending trial date. | C400 | .50 hrs |
| 02/15/13 | PMS | Prepare for trial by reviewing title report and applicable Tennessee law, draft stipulation for client's stake in property upon sale. | P500 | 2.00 hrs |
| 02/15/13 | JDR | Formulate trial strategy for upcoming trial. | L440 | .50 hrs |

                    TOTAL FEES FOR THIS MATTER              $1,028.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .70 hrs | 304.00 /hr | 212.80 |
| P. Max Smith | 3.20 hrs | 255.00 /hr | 816.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301001
INVOICE #  865972

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301001
     TC # 736826

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/06/13 | CWH | Initial review of complaint against GMACM regarding short sale efforts and foreclosure | L210 | .20 hrs |
| 02/06/13 | CWH | Email client with initial analysis and recommendation on suit | L110 | .20 hrs |
| 02/06/13 | CWH | Reach out to GMAC about whether they have receipt of this file in Legal and to confirm date of service upon Bank of New York | L120 | .20 hrs |
| 02/06/13 | CWH | Analyze service dates for the two defendants and follow-up with client about GMAC's date of service | L120 | .20 hrs |
| 02/07/13 | APUC | Review and analyze file and correspondence in preparation for drafting responsive pleadings | L120 | .50 hrs |
| 02/08/13 | CWH | Analyze post-petition conduct alleged in complaint | L210 | .20 hrs |
| 02/08/13 | APUC | Draft timeline | L120 | 1.00 hrs |
| 02/10/13 | CWH | Research state law regarding borrower's claims for tortious interference with contract, Unfair Trade Practice Act violations, unconscionability in a consumer credit transaction, and Violations of SC Code Ann ° 37-22-110 and determine ability to seek dismissal of some/all claims | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301001

FED ID NO. 63-0243316

| 02/10/13 | CWH | Draft timeline of events related to the short sale at issue | L120 | .20 hrs |
|---|---|---|---|---|
| 02/10/13 | CWH | Email client to inquire about forms for post-petition claim notices | L120 | .10 hrs |
| 02/11/13 | APUC | Analyze docket and prior foreclosure proceeding and related pleadings in preparation for drafting responsive pleading | L120 | .90 hrs |
| 02/11/13 | APUC | Analyze case law addressing Plaintiff's claims for tortious interference and violation of South Carolina's Unfair Trade Practices Act | L120 | 1.10 hrs |
| 02/11/13 | CWH | Phone call with client at Estate regarding handling of file | L120 | .20 hrs |
| 02/11/13 | CWH | Exchange e-mails with client regarding appropriate notice on post-petition claims | L120 | .20 hrs |
| 02/12/13 | APUC | Contact opposing counsel regarding extension of time to file responsive pleading and send email confirming deadline | L120 | .50 hrs |
| 02/13/13 | APUC | Review case strategy in preparation for drafting response to Plaintiff's complaint | L120 | .40 hrs |
| 02/13/13 | CWH | Analyze whether borrower's current claims were compulsory counterclaims and are therefore waived at this point | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
APRIL 30, 2013

0R2013-301001

FED ID NO. 63-0243316

| 02/14/13 | APUC | Review notice of bankruptcy and email opposing counsel regarding notice | L120 | .20 hrs |
| 02/24/13 | CWH | Draft update on case to Estate case manager | L120 | .10 hrs |
| 03/08/13 | APUC | E-mail opposing counsel clarifying post-petition bankruptcy claims and explaining that will send revised Notice of Bankruptcy | L120 | .20 hrs |
| 03/11/13 | APUC | Phone conversation with J.Ho regarding case status | L120 | .20 hrs |
| 03/11/13 | MSW | Analyze case history upon client request | L120 | .40 hrs |
| 03/11/13 | LADA | Review of file for status update for client | L190 | .20 hrs |
| 03/21/13 | LADA | Draft initial litigation analysis | L190 | 1.10 hrs |
| 03/22/13 | APUC | Analyze case file in preparation for drafting Motion to Dismiss | L120 | 1.10 hrs |
| 03/22/13 | APUC | Begin draft of Motion to Dismiss | L210 | 1.10 hrs |
| 03/22/13 | MPE | Review client documents, including a detailed review of the phone records to look into a possible short sale, and timeline all relevant events to assist with preparation of the Motion to Dismiss. | L210 | 2.60 hrs |
| 03/24/13 | APUC | Draft Motion to Dismiss | L210 | .70 hrs |
| 03/25/13 | APUC | Revise Motion to Dismiss and memorandum in support of Motion to Dismiss | L210 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     4
APRIL 30, 2013

0R2013-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/26/13 | MCG | Review consumer protection statutes and case law interpreting statutes referenced in plaintiff's complaint regarding exemption for federally regulated banks and scope of coverage for prohibited conduct | C200 | 2.10 hrs |
| 03/26/13 | MCG | Revise motion to dismiss and memorandum of law in support of motion to dismiss three causes of action against servicer and trustee relating to consumer protection statutes and unfair trade statutes | C200 | 2.50 hrs |
| 03/26/13 | LADA | Review of docket regarding status of case under bankruptcy stay | L190 | .10 hrs |
| 03/27/13 | APUC | Analyze case law addressing claims of Unfair and Deceptive Trade Practices in the context of motions to dismiss | L120 | .60 hrs |
| 03/27/13 | APUC | Analyze case law addressing defense to tortious interference claim of justification for interfering with a contract | L120 | .40 hrs |
| 03/27/13 | LADA | Finalize motion to dismiss with corresponding motion and order cover sheet | L210 | .50 hrs |
| 03/27/13 | MCG | Revise motion to dismiss and memorandum of law in support of motion | L240 | 1.50 hrs |
| 03/27/13 | MSW | Revise motion to dismiss and supporting memorandum of law | L240 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     5
APRIL 30, 2013

0R2013-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/28/13 | CWH | Follow-up with B.Smith on approval for post-petition bankruptcy notice | L110 | .10 hrs |
| 03/28/13 | MCG | Review pleadings and correspondence in file to determine next steps needed to resolve matter | L120 | .20 hrs |
| 03/29/13 | LADA | Telephone conference with Clerk regarding scheduling of recently filed motion to dismiss | L190 | .20 hrs |
| 04/01/13 | APUC | Draft status report for client as follows: BABC has filed a Motion to Dismiss or in the Alternative for a More Definite Statement | L120 | .10 hrs |
| 04/02/13 | CWH | Exchange e-mails with N.Rosenbaum at Morrison Foerster regarding language to use in post-petition bankruptcy notice (for Burdette case and others) | L210 | .20 hrs |
| 04/03/13 | APUC | Communicate with J.Ho regarding status of case | L120 | .20 hrs |
| 04/04/13 | LADA | Review of email notification from Court regarding motion to dismiss being added to hearing roster | L190 | .10 hrs |
| 04/05/13 | LADA | Finalize notice of hearing on motion to dismiss | L210 | .20 hrs |
| 04/09/13 | CWH | Discussion with N.Rosenbaum about handing of post-petition claims | L120 | .20 hrs |
| 04/10/13 | APUC | Revise ILAB | L120 | .20 hrs |
| 04/11/13 | MPE | Research docket to determine status. | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
APRIL 30, 2013

0R2013-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/11/13 | CWH | Revise post-petition bankruptcy notice and send same to client for review | L210 | .20 hrs |
| 04/16/13 | CWH | Draft summary of Burdette post-petition claims and case status for global Estate chart | L110 | .10 hrs |
| 04/17/13 | APUC | Draft Amended Notice of Bankruptcy | L210 | .40 hrs |
| 04/18/13 | APUC | Revise Amended Notice of Bankruptcy | L210 | .20 hrs |
| 04/18/13 | LADA | Finalize amended notice of bankruptcy as post-petition action | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $7,283.00

EXPENSES

| | | |
|---|---|---|
| 03/22/13 | Copy Charges | 0.00 |
| 03/29/13 | Copy Charges | 0.00 |
| 04/03/13 | Copy Charges | 0.00 |
| 04/04/13 | Copy Charges | 0.00 |
| 02/28/13 | Copy Charges - OUTSIDE SOURCES - CLERK OF COURT K KEANE - 02/19/13 Bank ID: CHAR Check Number: 1842 | 1.50 |
| 03/29/13 | Filing Fees - ANDERSON COUNTY CLERK L KISH - 03/27/2013 Bank ID: CHAR Check Number: 1861 | 25.00 |
| 03/26/13 | Computerized Legal Research-Westlaw Westlaw User: GRIFFIN,MICHAEL C | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $26.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
APRIL 30, 2013

0R2013-301001

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 3.20 hrs | 361.00 /hr | 1,155.20 |
| Michael C. Griffin | 6.30 hrs | 348.00 /hr | 2,192.40 |
| Mark S. Wierman | .80 hrs | 304.00 /hr | 243.20 |
| Amy Puckett | 11.10 hrs | 255.00 /hr | 2,830.50 |
| Lucinda Kish | 2.60 hrs | 158.00 /hr | 410.80 |
| Melisa P. Palmer | 2.70 hrs | 167.00 /hr | 450.90 |

TOTAL FEES            26.70 hrs                 $7,283.00

TOTAL EXPENSES                                    $26.50

**TOTAL CHARGES FOR THIS INVOICE**               $7,309.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301003
INVOICE #  865973

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301003
     TC # 737285

PROFESSIONAL SERVICES

| 02/01/13 | LG | Communications regarding illegible documents that need to be corrected before GMAC can provide those documents to monitor | L120 | .60 hrs |
|---|---|---|---|---|
| 02/04/13 | LG | Communications regarding the status of BABC's efforts to redact GMAC's executive office complaints | L120 | .50 hrs |
| 02/05/13 | LG | Call discussing executive office complaint redaction project | L120 | .50 hrs |
| 02/05/13 | EBE | Conference regarding redaction of personal identifiable information from executive complaints | L190 | .50 hrs |
| 02/05/13 | JSD | Conference call regarding Executive Officer complaint redactions. | L140 | .50 hrs |
| 02/05/13 | JOHO | Conference regarding redaction of personal identifiable information from executive complaints. | L190 | .50 hrs |
| 02/06/13 | JOHO | Redact personal identifiable information from executive complaints for the week of 10-22-12. | L190 | 7.00 hrs |
| 02/06/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 8.30 hrs |
| 02/06/13 | EBE | Redact all personally identifiable data from executive complaints | L190 | 4.50 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
APRIL 30, 2013

0R2013-301003

FED ID NO. 63-0243316

| 02/06/13 | ABB | Analysis and review of complaint files and detailed redactions regarding all personal identifiers | L110 | 1.60 hrs |
|---|---|---|---|---|
| 02/07/13 | ABB | Further detailed analysis of consumer complaints against GMAC and page by page redactions in order to protect information regarding borrowers | L110 | 2.10 hrs |
| 02/07/13 | ABB | Meetings and multiple e-mails regarding complaint redaction project regarding protection of borrower's information | L110 | .30 hrs |
| 02/07/13 | EBE | Redact all personally identifiable data from executive complaints for the week of October 22, 2012 | L190 | 1.00 hrs |
| 02/07/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 8.50 hrs |
| 02/18/13 | ABB | Detailed analysis and review of several GMAC Executive Complaints consisting of and redactions regarding personal information in preparation for compiling production documents | L110 | 1.90 hrs |
| 02/18/13 | LG | Communications regarding new documents that need to be redacted before giving them to the monitor | L120 | .50 hrs |
| 02/19/13 | ABB | Detailed analysis and review of several GMAC Executive Complaints and redactions regarding personal information in preparation for compiling production documents | L110 | 2.00 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
APRIL 30, 2013

0R2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 02/19/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 2.10 hrs |
| 02/19/13 | EBE | Review and redact personally identifiable data from executive complaints | L190 | 1.20 hrs |
| 02/19/13 | JOHO | Redacted personal identifiable information from executive complaints. | L190 | 2.00 hrs |
| 02/20/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | .50 hrs |
| 03/01/13 | LG | Communications discussing illegible documents in order to resolve those issues and transmit them to the AG/DOJ | L120 | .70 hrs |
| 03/04/13 | LG | Begin redacting executive office complaints flagged for attorney review to ensure the complaints do not contain nonpublic information | L120 | 2.20 hrs |
| 03/04/13 | LG | Continue redacting the documents flagged for attorney review in order to ensure those documents do not contain nonpublic personal identifying information | L120 | 1.20 hrs |
| 03/05/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 3.90 hrs |
| 03/05/13 | LG | Continue analyzing complaints to confirm all non-public personal information was redacted from the complaints | L120 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
APRIL 30, 2013

0R2013-301003

FED ID NO. 63-0243316

| 03/05/13 | LG | Communications regarding status of complaint redaction project and estimated date when GMAC will produce the redacted copies of the October Executive Office complaints | L120 | .20 hrs |
|---|---|---|---|---|
| 03/06/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 7.20 hrs |
| 03/06/13 | ABB | Analysis and review of multiple complaint documents and redactions regarding personal information | L110 | 1.10 hrs |
| 03/06/13 | LG | Analyze complaints to ensure they do not contain any NPI that would allow third parties to identify certain financial information | L120 | 4.70 hrs |
| 03/07/13 | LG | Analyze executive office complaints in order to verify those complaints did not contain any NPI or other identifying information | L120 | 7.10 hrs |
| 03/07/13 | LG | Communications regarding October executive office complaint summary document | L120 | .20 hrs |
| 03/07/13 | ABB | Analysis of multiple complaint documents and redactions regarding personal information pertaining to borrower in order to prepare complaints for production process | L110 | 2.00 hrs |
| 03/07/13 | ACRA | Analyze redaction of personal nonpublic information in executive complaints to be submitted pursuant to AG/DOJ consent order | L120 | 8.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
APRIL 30, 2013

0R2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/08/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 2.50 hrs |
| 03/08/13 | LG | Analyze executive office complaints to ensure those complaints did not contain NPI or other inappropriate identifying information | L120 | 6.10 hrs |
| 03/11/13 | LG | Analyze final batch of executive office complaints to ensure those complaints do not contain any NPI or other inappropriate identifying information | L120 | 2.60 hrs |
| 03/11/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 6.10 hrs |
| 03/11/13 | ABB | Analysis and detailed redactions regarding personal information pertaining to consumer complaints | L110 | 1.40 hrs |
| 03/11/13 | EBE | Review and redact executive complaints of all personally identifiable information | L190 | 1.50 hrs |
| 03/12/13 | EBE | Redact executive complaints of all personally identifiable information | L190 | 3.10 hrs |
| 03/12/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 6.20 hrs |
| 03/13/13 | ABB | Review, analysis and redactions to numerous consumer complaints and remove all personal information | L110 | 2.70 hrs |
| 03/13/13 | EBE | Review and redact November 2012 Executive Complaints of all personally identifiable information | L190 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     6
APRIL 30, 2013

0R2013-301003

FED ID NO. 63-0243316

| 03/13/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 1.80 hrs |
|---|---|---|---|---|
| 03/14/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 5.80 hrs |
| 03/15/13 | JOHO | Redact personal information. | L190 | 1.00 hrs |
| 03/19/13 | JOHO | Completed QC of redactions. | L190 | 2.50 hrs |
| 03/19/13 | ABB | Further analyze and carefully proofread numerous consumer complaints regarding quality control and to verify accuracy regarding borrower's personal information and redactions in order to produce documents | L110 | .60 hrs |
| 03/19/13 | EBE | Redact executive complaints of all personally identifiable information | L190 | 2.00 hrs |
| 03/20/13 | ABB | Analyze and proofread consumer complaints in order to check for quality control and accuracy of redactions | L110 | 2.10 hrs |
| 03/26/13 | LG | Communications regarding the current status of the redactions and the timeline for future redactions | L120 | .30 hrs |
| 03/30/13 | LG | Communications regarding the redaction of GMAC complaints | L120 | .20 hrs |
| 04/01/13 | LG | Call with co-counsel concerning the servicer's Executive Office Complaint redactions and the possibility of establishing an NDA that would prevent the need for further redaction efforts | L120 | .30 hrs |