

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
APRIL 30, 2013

OR2013-301003

FED ID NO. 63-0243316

| 04/08/13 | ABB | Review, compilation and redactions regarding personal identifiers to December 2012 batch of consumer complaints | L110 | .50 hrs |
|----------|-----|---|------|---------|
| 04/09/13 | LG | Analyze Rescap executive office complaints in order to make sure nonpersonal identifying information was properly redacted from those documents | L120 | 3.10 hrs |
| 04/12/13 | LG | Communications with Baker Tilly regarding status of the executive office complaints redaction process | L120 | .20 hrs |
| 04/12/13 | LG | Communications regarding the Executive Office complaint redaction project and the speed of uploading documents | L120 | .30 hrs |
| 04/12/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 1.00 hrs |
| 04/12/13 | ABB | Review, analysis and redactions to consumer complaints in order to remove personal identifiers including DOB, SSN, loan #'s, account #'s, addressees, etc | L110 | 1.30 hrs |
| 04/13/13 | EBE | Review and redact executive complaints of all personally identifiable information | L190 | 2.30 hrs |
| 04/14/13 | JSD | Create spreadsheet containing addresses of homes relating to October and November complaints. | L140 | 2.00 hrs |
| 04/15/13 | EBE | Review and redact executive complaints of all personally identifiable information | L190 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     8
APRIL 30, 2013

0R2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/16/13 | EBE | Review and redact executive complaints of all personally identifiable information | L190 | 3.40 hrs |
| 04/16/13 | JOHO | Began redactions on complaints. | L190 | 1.50 hrs |
| 04/17/13 | JOHO | Continued redactions | L190 | 2.00 hrs |
| 04/17/13 | ABB | Further analysis and review of consumer complaints and page by page redactions to all personal identifiers and personal information, as well as update spreadsheet regarding address information | L110 | 1.00 hrs |
| 04/17/13 | EBE | Review and redact executive complaints of all personally identifiable information | L190 | 3.10 hrs |
| 04/17/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 7.00 hrs |
| 04/18/13 | EBE | Review and redact Executive Complaints of all personally identifiable information | L190 | 3.50 hrs |
| 04/18/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 1.00 hrs |
| 04/18/13 | JOHO | Completed redaction's for December review set. | L190 | 1.20 hrs |
| 04/19/13 | EBE | Review and redact December 2012 Executive Complaints of all personally identifiable information | L190 | 4.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      9
APRIL 30, 2013

0R2013-301003

FED ID NO. 63-0243316

| 04/19/13 | ABB | Further redactions and review of multiple consumer complaints in order to remove personal identifiers regarding borrower and update spreadsheet regarding property information regarding batch from December 2012 | L110 | 1.40 hrs |
| 04/19/13 | JSD | Redaction of personal identifiers contained in consumer complaints. | L140 | 2.00 hrs |
| 04/22/13 | ABB | Analysis of consumer complaints and proof-read same regarding quality control and accuracy as well as further redactions as needed from the December 2012 batch of complaints | L110 | 2.00 hrs |
| 04/22/13 | JOHO | Conduct quality control check on redactions. | L190 | 2.50 hrs |
| 04/23/13 | JOHO | Complete quality control check on redactions. | L190 | 1.60 hrs |
| 04/23/13 | EBE | Review all produced October 2012 executive complaints for property address | L190 | .80 hrs |
| 04/24/13 | EBE | Continued review of all produced October 2012 executive complaints for property address | L190 | 1.10 hrs |
| 04/25/13 | EBE | Continued review of all produced October 2012 executive complaints for property address | L190 | .90 hrs |
| 04/25/13 | EBE | Continued review of all produced October 2012 executive complaints for property address | L190 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      10
APRIL 30, 2013

0R2013-301003

FED ID NO. 63-0243316

| 04/25/13 | JSD | Preparation of spreadsheet of addresses relating to December complaints. | L140 | 1.60 hrs |
| 04/25/13 | LG | Communications with the team responsible for redacting the executive office complaints providing additional instructions regarding the redactions | L120 | .30 hrs |
| 04/26/13 | LG | Analyze executive office complaints in order to ensure redactions were correct and removed nonpublic personal information | L120 | 2.10 hrs |

TOTAL FEES FOR THIS MATTER            $33,261.80

BILLING SUMMARY

| Elizabeth B. Eaton | 38.40 hrs | 158.00 /hr | 6,067.20 |
| Jeffrey Dalton | 68.00 hrs | 158.00 /hr | 10,744.00 |
| Allison Burke | 24.00 hrs | 158.00 /hr | 3,792.00 |
| Lee Gilley | 36.00 hrs | 207.00 /hr | 7,452.00 |
| Ann Craft | 8.90 hrs | 198.00 /hr | 1,762.20 |
| Jonathan Holtzclaw | 21.80 hrs | 158.00 /hr | 3,444.40 |

TOTAL FEES            197.10 hrs            $33,261.80

**TOTAL CHARGES FOR THIS INVOICE**            $33,261.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301004
INVOICE #  865974

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301004
     TC # UNKNOWN

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/26/13 | CWH | Initial review of suit and communications with client about intention to file notice of bankruptcy | L210 | .20 hrs |
| 02/27/13 | JDR | Analysis of Complaint. | C100 | .30 hrs |
| 02/27/13 | JDR | Telephone conference with D.Booth regarding Complaint and extent to which claims are stayed by bankruptcy filing. | L190 | .10 hrs |
| 02/27/13 | JDR | Call to plaintiff's counsel seeking extension of time within which to respond to complaint. | P400 | .20 hrs |
| 02/27/13 | JDR | E-mails with D.Booth regarding notice of bankruptcy. | P400 | .30 hrs |
| 02/27/13 | JJPH | Analyze Edwards complaint | L210 | .30 hrs |
| 02/27/13 | JJPH | Draft notice of bankruptcy and suggestion of automatic stay | L210 | 1.40 hrs |
| 02/27/13 | JJPH | Finalize letter to Plaintiff's counsel regarding automatic stay | L210 | .50 hrs |
| 03/04/13 | JJPH | Telephone conference with Alex Edmondson regarding notice of bankruptcy | L210 | .40 hrs |
| 03/04/13 | JJPH | Analyze issues in connection with notice of bankruptcy | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
APRIL 30, 2013

0R2013-301004

FED ID NO. 63-0243316

| 03/05/13 | JJPH | Telephone conference with Don Booth regarding answer | L210 | .10 hrs |
| 03/05/13 | JJPH | Email correspondence and telephone conference with Alex Edmondson regarding extension to file answer | L210 | .20 hrs |
| 03/05/13 | JJPH | Telephone conference with counsel for GreenTree regarding post-petition claims | L110 | .10 hrs |
| 03/06/13 | JJPH | Telephone conference with Chris Hill regarding representation of GMAC | L120 | .20 hrs |
| 03/06/13 | JJPH | Email correspondence to Chris Hill regarding notice of bankruptcy | L120 | .10 hrs |
| 03/15/13 | JJPH | Email correspondence to Christopher Hill regarding responsive pleading | L210 | .10 hrs |
| 03/19/13 | JJPH | Emails with Christopher Hill regarding answer deadline and tender of defense to Green Tree | L210 | .20 hrs |
| 03/19/13 | JJPH | Multiple emails with Don Booth regarding tender of defense | L210 | .20 hrs |
| 03/20/13 | JJPH | Email correspondence with Chris Hill regarding filing of answer | L210 | .10 hrs |
| 03/21/13 | JJPH | Email correspondence with counsel for Green Tree regarding duty to defend | L120 | .10 hrs |
| 03/21/13 | JJPH | Review and analyze Green Tree duty to defend | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
APRIL 30, 2013

OR2013-301004

FED ID NO. 63-0243316

| 03/21/13 | JJPH | Email correspondence and telephone conferences with Don Booth regarding Green Tree's duty to defend | L120 | .30 hrs |
|---|---|---|---|---|
| 03/21/13 | JJPH | Telephone conference and email correspondence with Alex Edmondson regarding extension for answer | L210 | .30 hrs |
| 03/21/13 | JJPH | Begin work on answer of GMAC | L210 | .50 hrs |
| 03/26/13 | JJPH | Draft answer for GMAC | L210 | 2.90 hrs |
| 03/26/13 | JJPH | Email correspondence to Chris Hill regarding lien release | L210 | .10 hrs |
| 04/04/13 | JJPH | Analyze amended complaint | L210 | .40 hrs |
| 04/04/13 | JJPH | Telephone call with Green Tree counsel regarding release of lien | L160 | .20 hrs |
| 04/04/13 | JJPH | Email correspondence with Don Booth regarding amended complaint and lien release | L210 | .20 hrs |
| 04/05/13 | JJPH | Prepare status report to client regarding answer and release of lien | L120 | .10 hrs |
| 04/09/13 | MPE | Review case and all filings to determine if it involves post petition conduct and assist with determining strategy. | L110 | .40 hrs |
| 04/11/13 | CWH | Revise post-petition bankruptcy notice and send same to client for review | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                      $3,019.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
APRIL 30, 2013

0R2013-301004

FED ID NO. 63-0243316

03/26/13 Copy Charges                                              0.00

BILLING SUMMARY

    Joshua J. Phillips          9.60 hrs    264.00 /hr      2,534.40
    Christian W. Hancock         .40 hrs    361.00 /hr        144.40
    Jonathan Rose               .90 hrs    304.00 /hr        273.60
    Melisa P. Palmer            .40 hrs    167.00 /hr         66.80


TOTAL FEES                       11.30 hrs              $3,019.20

**TOTAL CHARGES FOR THIS INVOICE**                     $3,019.20

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301005
INVOICE #  865975

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301005
     TC # UNKNOWN

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 02/22/13 | CWH | Initial analysis of matter against debtor and determine removeability | L210 | .30 hrs |
| 02/25/13 | KSA | Research appropriate bankruptcy notice to file with estate | C200 | .70 hrs |
| 02/25/13 | MPE | Finalize notice of bankruptcy. | L110 | .30 hrs |
| 02/25/13 | CWH | Phone call to plaintiff's counsel's office to request additional information on the garnishment proceeding | L110 | .20 hrs |
| 02/25/13 | CWH | Exchange emails with client about what form of notice of bankruptcy is appropriate for this case, where property is no longer held/serviced by Estate | L210 | .30 hrs |
| 02/25/13 | CWH | Revise notice of bankruptcy for filing | L210 | .10 hrs |
| 02/27/13 | CWH | Exchange e-mails with client, confirming that notice of bankruptcy was sent for filing | L210 | .10 hrs |
| 02/28/13 | CWH | Exchange e-mails with D.Booth regarding intention to re-file the notice of bankruptcy in federal court, since case was removed same day we filed notice in state court | L120 | .10 hrs |
| 04/08/13 | KSA | Status report regarding Notice of Bankruptcy filed | L650 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301005

FED ID NO. 63-0243316

---

TOTAL FEES FOR THIS MATTER                             $661.60

02/26/13 Express Mail/Fedex                                      0.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.10 hrs | 361.00 /hr | 397.10 |
| Keith S. Anderson | .80 hrs | 268.00 /hr | 214.40 |
| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |

TOTAL FEES                  2.20 hrs                    $661.60

**TOTAL CHARGES FOR THIS INVOICE**                     **$661.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301006
INVOICE #  865976

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301006
     TC # 737347

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 03/11/13 | CWH | Follow-up with client on documents that would evidence the alleged violation of the state Consumer Collection Practices Act | L110 | .10 hrs |
| 03/11/13 | CWH | Research state Consumer Collection Practices Act and determine if there are grounds for a motion to dismiss the complaint | L120 | .40 hrs |
| 03/13/13 | LADA | Finalize notice regarding appearance and email designation | L210 | .40 hrs |
| 03/13/13 | LADA | Draft and finalize motion and order for extension of time to respond to complaint | L210 | .40 hrs |
| 03/13/13 | CSM | Research regarding possible defenses to Fla. Consumer Collections Practices Act violation | L120 | .80 hrs |
| 03/13/13 | CSM | Email to case manager regarding facts of case and strategy for resolution of litigation | C400 | .20 hrs |
| 03/27/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 04/09/13 | MPE | Review case and all filings to determine if it involves post petition conduct and assist with determining strategy. | L110 | .60 hrs |
| 04/09/13 | MPE | Research all case dockets to determine status. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
APRIL 30, 2013

0R2013-301006

FED ID NO. 63-0243316

| 04/10/13 | LADA | Revise and finalize motion for extension of time to respond to complaint | L210 | .20 hrs |
|---|---|---|---|---|
| 04/11/13 | CWH | Revise post-petition bankruptcy notice and send same to client for review | L210 | .20 hrs |
| 04/12/13 | CSM | Revise and finalize notice of bankruptcy | L250 | .20 hrs |
| 04/18/13 | CSM | Telephone call to opposing counsel to discuss settlement | L160 | .10 hrs |
| 04/19/13 | LADA | Review discovery requests from borrower's counsel | L310 | .50 hrs |
| 04/22/13 | CSM | Review interrogatories served by plaintiff | L310 | .10 hrs |
| 04/23/13 | CSM | Draft email to B.Smith regarding status of settlement negotiations | L190 | .10 hrs |
| 04/23/13 | CSM | Review Fla. R. Civ. P. 1.442 and related law governing settlement proposals | L120 | .40 hrs |
| 04/23/13 | CSM | Draft proposal for settlement compliant with Fla. R. Civ. P. 1.442 | L210 | .70 hrs |
| 04/26/13 | CSM | Telephone conference with opposing counsel regarding structure of possible settlement | L160 | .20 hrs |
| 04/29/13 | CSM | Emails with B.Smith regarding settlement strategy | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $1,508.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
APRIL 30, 2013

0R2013-301006

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .70 hrs | 361.00 /hr | 252.70 |
| Cory S. Menees | 3.00 hrs | 295.00 /hr | 885.00 |
| Lucinda Kish | 1.50 hrs | 158.00 /hr | 237.00 |
| Melisa P. Palmer | .80 hrs | 167.00 /hr | 133.60 |

TOTAL FEES            6.00 hrs                    $1,508.30

**TOTAL CHARGES FOR THIS INVOICE**            $1,508.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301007
INVOICE #  865977

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301007
TC # 737449

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 03/11/13 | CWH | Analyze merits of borrower's suit against GMAC and Fannie and determine if there are claims that merit a notice of bankruptcy stay | L210 | .30 hrs |
| 03/12/13 | CWH | Revise notice of bankruptcy to detail that GMAC cannot provide the relief requested by borrower due to servicing transfer | L210 | .20 hrs |
| 03/12/13 | KSA | Edit NOB and phone conversation with Plaintiff Counsel to advise of servicing transfer and dismissal of GMAC | L210 | .40 hrs |
| 03/14/13 | CWH | Phone call with counsel for Fannie Mae regarding Woelfel case and their intention to remove the case | L110 | .20 hrs |
| 03/15/13 | CWH | Exchange e-mails with Green Tree's counsel about their effort to remove and fact that borrower's counsel appears willing to drop GMAC from the suit | L110 | .20 hrs |
| 03/15/13 | KSA | Review online docket for amended pleadings and e-mail D. Booth and Greentree Counsel regarding amended petition dismissing GMAC | L210 | .40 hrs |
| 04/08/13 | ABB | Prepare settlement documents and draft closing memo regarding case disposal | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                      $586.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301007

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .90 hrs | 361.00 /hr | 324.90 |
| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |
| Keith S. Anderson | .80 hrs | 268.00 /hr | 214.40 |

TOTAL FEES                2.00 hrs                    $586.70

**TOTAL CHARGES FOR THIS INVOICE**                    $586.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301008
INVOICE #  865978

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301008
     TC # 737075

PROFESSIONAL SERVICES

| 02/20/13 | CWH | Initial review of petition and advice to client about whether same is a post-bankruptcy petition claim | L210 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                    $72.20

BILLING SUMMARY

Christian W. Hancock        .20 hrs   361.00 /hr        72.20

TOTAL FEES                  0.20 hrs                  $72.20

**TOTAL CHARGES FOR THIS INVOICE**              $72.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301009
INVOICE #  865979

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301009
TC # 737491

PROFESSIONAL SERVICES

| 03/13/13 | KSA | Review Complaint and Draft NOB | L110 | .40 hrs |
| 03/13/13 | CWH | Review new Texas matter and discuss notice of bankruptcy with D.Booth | L210 | .20 hrs |
| 03/14/13 | KSA | Edit NOB with specific claims described and send to D. Booth for review and file same | L110 | .60 hrs |
| 03/14/13 | MST | Finalize Notice of Bankruptcy with exhibit and prepare for filing and service | L210 | .70 hrs |
| 03/14/13 | CWH | Analyze status of file, including Green Tree's motion to intervene, and confirm that GMAC should still file notice of bankruptcy | L210 | .10 hrs |
| 03/15/13 | MST | Review file-stamped copy of Notice of Bankruptcy and update pleadings index regarding same | L140 | .20 hrs |
| 04/08/13 | KSA | Prepare Status Report regarding Notice of Bankruptcy filed | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $545.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301009

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .90 hrs | 158.00 /hr | 142.20 |
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Keith S. Anderson | 1.10 hrs | 268.00 /hr | 294.80 |

TOTAL FEES               2.30 hrs                    $545.30

**TOTAL CHARGES FOR THIS INVOICE**                  $545.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301010
INVOICE #  865980

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301010
     TC # 737485

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 03/13/13 | CWH | Analyze complaint against numerous debtor entities | L120 | .20 hrs |
| 03/13/13 | CWH | Exchange e-mails with D.Booth, confirming receipt of file and intention to file notice of bankruptcy staying all claims, and advising that we already removed this suit to federal court | L120 | .20 hrs |
| 03/13/13 | ABB | Compile exhibits, Notice of Removal, Notice of Filing Notice of Removal, Answer to Complaint Certificate of Interested Persons and prepare same for electronic filing and for service upon parties via certified mail | L110 | 1.50 hrs |
| 03/13/13 | ABB | Open civil case in the Northern District of Texas's database as well as preparation of civil cover sheet and supplement cover sheet for parties | L110 | .90 hrs |
| 03/18/13 | MST | Analysis of file-stamped copy of Notice of Filing Notice of Removal and update pleadings file regarding same | L210 | .20 hrs |
| 04/30/13 | ABB | Review title records and further obtain missing documents via ProTitle USA | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $586.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
APRIL 30, 2013

0R2013-301010

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .20 hrs | 158.00 /hr | 31.60 |
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Allison Burke | 2.60 hrs | 158.00 /hr | 410.80 |

TOTAL FEES                    3.20 hrs                              $586.80

**TOTAL CHARGES FOR THIS INVOICE**                              $586.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301012
INVOICE #  865981

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301012
     TC # 737614

PROFESSIONAL SERVICES

| 03/14/13 | CWH | Initial analysis of HUD Subpoena from Minnesota | L120 | .40 hrs |
|---|---|---|---|---|
| 03/18/13 | CWH | Research HUD's ability to send broad discovery to GMAC while company is in bankruptcy and develop arguments to limit scope of subpoena and extend time to respond to same | L120 | .70 hrs |
| 03/18/13 | CWH | Phone call with L.Delehey, B.Smith, and P.Zellmann regarding proposed response to HUD subpoena | L120 | .40 hrs |
| 03/19/13 | CWH | Analyze HUD's subpoena and begin drafting responses/objections to same | L120 | .70 hrs |
| 03/19/13 | CWH | Draft email to N.Rosenbaum at Morrison Foerster regarding HUD's subpoena | L120 | .20 hrs |
| 03/19/13 | CWH | Discussion with N.Rosenbaum at Morrison Foerster regarding HUD's subpoena | L120 | .20 hrs |
| 03/21/13 | CWH | Draft objections/responses to HUD subpoena and review materials previously provided by GMAC in response to a similar New York subpoena | L120 | .80 hrs |
| 03/21/13 | CWH | Discuss scope of HUD subpoena with B.Smith, L.Delehey, C.Weissert, and L.Reilly | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301012

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/21/13 | CWH | Draft response letter to HUD regarding its subpoena, invoking National Mortgage Settlement and bankruptcy protections and send same to client with request for loan-level data | L120 | 1.10 hrs |
| 03/22/13 | ASI | Finalize letter to Minnesota AG office relating to requested discovery | L650 | 1.20 hrs |
| 03/22/13 | CWH | Exchange several emails with client regarding edits to HUD subpoena response letter and tone of same | L110 | .20 hrs |
| 03/22/13 | CWH | Revise HUD subpoena response letter | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,278.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 5.30 hrs | 361.00 /hr | 1,913.30 |
| Avery Simmons | 1.20 hrs | 304.00 /hr | 364.80 |

TOTAL FEES                    6.50 hrs                    $2,278.10

**TOTAL CHARGES FOR THIS INVOICE**                    $2,278.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301013
INVOICE #  865982

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301013
     TC # 737702

PROFESSIONAL SERVICES

| 04/01/13 | RK | Draft status report to client | L120 | .10 hrs |
|----------|-----|---|------|---------|
| 04/03/13 | RK | Draft discovery requests to Plaintiff | L310 | 2.10 hrs |
| 04/04/13 | RK | Draft correspondence to opposing counsel and serve discovery requests | L310 | .60 hrs |
| 04/09/13 | RK | Conference with opposing counsel and eviction counsel regarding the pending eviction | L120 | .80 hrs |
| 04/11/13 | MPE | Review case and all filings to determine if it involves post petition conduct | L110 | .40 hrs |
| 04/11/13 | RK | Draft correspondence regarding the timing of the underlying conduct as it relates to the filing of the bankruptcy | L120 | .30 hrs |
| 04/11/13 | RK | Review correspondence from opposing counsel regarding the loan modification application | L120 | .10 hrs |
| 04/25/13 | RK | Conference with opposing counsel regarding a potential dismissal of the case | L120 | .40 hrs |
| 04/25/13 | RK | Draft correspondence to M.Verma regarding case status and possibility that Plaintiff may voluntarily dismiss his claims | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,039.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
APRIL 30, 2013

0R2013-301013

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 04/01/13 Copy Charges | | 0.00 |
| 04/01/13 Copy Charges | | 0.00 |
| 04/01/13 Copy Charges | | 0.00 |
| 04/02/13 Copy Charges | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Riley Key | 4.70 hrs | 207.00 /hr | 972.90 |
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |

| | | |
|---|---|---|
| TOTAL FEES | 5.10 hrs | $1,039.70 |

**TOTAL CHARGES FOR THIS INVOICE**          $1,039.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301014
INVOICE #  865983

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0R2013-301014
      TC # 737835

PROFESSIONAL SERVICES

| 03/27/13 | CWH | Initial analysis of post-foreclosure petition and determine if all claims are stayed | L210 | .20 hrs |
| 03/27/13 | CWH | Exchange e-mails with D.Booth regarding initial impressions and questions on the file | L210. | .20 hrs |
| 04/16/13 | ABB | Finalize GMAC's Notice of Bankruptcy with exhibits and prepare same for filing electronically in the Western District of Texas and for service certified mail upon parties | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                        $223.40

04/16/13 Copy Charges                                              0.00
04/04/13 Computerized Legal Research-Westlaw Westlaw               0.00
         User: CURRAN,ALISON

BILLING SUMMARY

| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Allison Burke | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES                  0.90 hrs                    $223.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301014

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $223.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301015
INVOICE #  865984

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301015
      TC # 737772

PROFESSIONAL SERVICES

| 04/03/13 | KSA | E-mail communications with plaintiff's counsel regarding TRO hearing and resolution discussions | B120 | .70 hrs |
|---|---|---|---|---|
| 04/08/13 | KSA | Status Report regarding Answer and TI Setting | L650 | .10 hrs |
| 04/09/13 | KSA | Research Notice of Bankruptcy and provide to D. Booth | L210 | .40 hrs |
| 04/09/13 | KSA | E-mail response regarding post-petition claims to C. Hancock | L650 | .30 hrs |
| 04/11/13 | MPE | Review case and all filings to determine if it involves post petition conduct | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $468.80

BILLING SUMMARY

| Keith S. Anderson | 1.50 hrs | 268.00 /hr | 402.00 |
|---|---|---|---|
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |

TOTAL FEES                1.90 hrs                $468.80

**TOTAL CHARGES FOR THIS INVOICE**                **$468.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301017
INVOICE #  865985

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301017
     TC # UNKNOWN

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 04/10/13 | MCG | Strategy regarding responding to complaint or filing notice of filing final supplemental bankruptcy order | L120 | .20 hrs |
| 04/10/13 | CWH | Analyze new complaint from Estate and confirm all claims are post-petition | L210 | .20 hrs |
| 04/11/13 | LADA | Finalize correspondence to borrower's counsel regarding notice and effect of bankruptcy stay | L190 | .30 hrs |
| 04/11/13 | MCG | Revise notice of filing final supplemental bankruptcy order | L210 | .40 hrs |
| 04/11/13 | MCG | Revise Local Rule 26.01 disclosures | L210 | .20 hrs |
| 04/11/13 | MSW | Draft responses to R 26.01 interrogatories, notice of bankruptcy and revise cover letter | L120 | 1.60 hrs |
| 04/11/13 | LADA | Finalize notice of bankruptcy | L210 | .50 hrs |
| 04/11/13 | LADA | Finalize responses to Local Rule 26.1 interrogatories | L210 | .40 hrs |
| 04/17/13 | MCG | Review order regarding deadline to file response to notice of bankruptcy | L210 | .10 hrs |
| 04/19/13 | LADA | Review of case file pleadings docketed to date | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301017

FED ID NO. 63-0243316

| 04/29/13 | MSW | Draft status report for client as follows: Filed notice of bankruptcy and Rule 26.1 responses only (no answer) on April 11 | L120 | .10 hrs |
|---|---|---|---|---|

|  | TOTAL FEES FOR THIS MATTER | $1,186.60 |
|---|---|---|

| 04/10/13 | Copy Charges GMAC / Preston | 0.00 |
| 04/11/13 | Copy Charges GMAC / Preston | 0.00 |

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
|---|---|---|---|
| Michael C. Griffin | .90 hrs | 348.00 /hr | 313.20 |
| Mark S. Wierman | 1.70 hrs | 304.00 /hr | 516.80 |
| Lucinda Kish | 1.80 hrs | 158.00 /hr | 284.40 |

| TOTAL FEES | 4.60 hrs | $1,186.60 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**    $1,186.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301018
INVOICE #  865986

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301018
     TC # UNKNOWN

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 04/09/13 | CWH | Exchange e-mails with D.Booth about handling of case in light of pre and post petition claims | L110 | .10 hrs |
| 04/09/13 | CWH | Initial review and assessment of Matthews v. GMAC case and note that there appear to be both pre and post petition claims | L120 | .20 hrs |
| 04/09/13 | CWH | Phone call with D.Booth about handling pre and post petition claims | L110 | .20 hrs |
| 04/11/13 | CWH | Begin to analyze call notes to identify pre and post-petition conduct | L120 | .20 hrs |
| 04/12/13 | BAW | Finalize notice of appearance and notice of bankruptcy and submit same to C.Hancock for approval | L210 | .40 hrs |
| 04/12/13 | BAW | Analyze pre and post petition allegations of plaintiff | L120 | .50 hrs |
| 04/12/13 | BAW | Review client documents, complaint and court docket regarding asserted FCCPA claims in Polk County | L110 | 1.40 hrs |
| 04/15/13 | BAW | Correspond with D.Booth regarding FCCPA post-petition allegations | L120 | .20 hrs |
| 04/15/13 | BAW | Modify notice of bankruptcy to reflect post petition FCCPA allegations | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
APRIL 30, 2013

0R2013-301018

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/15/13 | BAW | Review loan history and call notes to break out post/pre petition conduct | L120 | .80 hrs |
| 04/15/13 | BAW | Conference with H.Barker's office regarding Polk County lawsuit | L120 | .30 hrs |
| 04/15/13 | BAW | Review Polk County foreclosure docket and research procedures for small claims matters | L210 | .80 hrs |
| 04/15/13 | BAW | Read notice of pre-trial conference | L210 | .40 hrs |
| 04/15/13 | BAW | Review service records and calculate answer deadline | L210 | .20 hrs |
| 04/15/13 | CWH | Revise notice of bankruptcy to ensure post-petition claims are identified properly | L210 | .20 hrs |
| 04/16/13 | CWH | Research whether borrower's claims for repeated violations of Florida Consumer Collection Practices Act are "continuing claims" that are all stayed under the bankruptcy or if some claims are post-petition in light of specifics of the Florida statute | L120 | 1.30 hrs |
| 04/16/13 | JJE | Analyze complaint and case law research regarding FCCPA claims against GMACM with regard to contact with the borrower after notification of representation by counsel for the borrower | C300 | 1.70 hrs |
| 04/16/13 | BAW | Correspondence to H.Barker regarding stay of FCCPA claims | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
APRIL 30, 2013

0R2013-301018

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/16/13 | BAW | Research regarding post-petition FCCPA allegations | L120 | 1.50 hrs |
| 04/16/13 | BAW | Correspondence and conferences with D.Booth regarding internal debate over scope of automatic stay's application to FCCPA claims | L190 | .50 hrs |
| 04/17/13 | BAW | Draft letter to R.Barker regarding legal analysis of claims and application of automatic stay | L190 | .90 hrs |
| 04/17/13 | BAW | Finalize and file notice of appearance and notice of bankruptcy | L210 | .40 hrs |
| 04/17/13 | BAW | Correspond with in house counsel regarding threatened legal claims and amended claim against subsequent servicer | L190 | .30 hrs |
| 04/23/13 | BAW | Correspond with R.Barker regarding pre-trial conference | L230 | .20 hrs |
| 04/23/13 | BAW | Draft and file notice of cancellation of pre-trial hearing | L210 | .30 hrs |
| 04/25/13 | BAW | Correspond with R.Barker regarding pre-trial cancellation and possible amendment of complaint | L230 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $4,694.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
APRIL 30, 2013

0R2013-301018

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 10.20 hrs | 334.00 /hr | 3,406.80 |
| Christian W. Hancock | 2.20 hrs | 361.00 /hr | 794.20 |
| Joycelyn J. Eason | 1.70 hrs | 290.00 /hr | 493.00 |

TOTAL FEES                 14.10 hrs                     $4,694.00

**TOTAL CHARGES FOR THIS INVOICE**                     $4,694.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301019
INVOICE #  865987

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301019
     TC # UNKNOWN

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 04/10/13 | CWH | Analyze history of loan, foreclosure suit, and borrower's counsel's demand for attorney's fees | L120 | .50 hrs |
| 04/11/13 | CWH | Further review and analysis of history of foreclosure case and issuance of $25,870 attorneys' fee award and judgment lien | L120 | .30 hrs |
| 04/11/13 | CWH | Draft email to K.Priore regarding history of attorneys' fees award and judgment lien | L120 | .20 hrs |
| 04/11/13 | GEG | Phone conferences with borrower's attorneys' office | L120 | .40 hrs |
| 04/11/13 | GEG | Phone conference with attorney supposedly handling file for GMAC | L120 | .30 hrs |
| 04/11/13 | GEG | E-mails from and to K.Priore regarding moving forward with initial call to borrower's attorney | L120 | .30 hrs |
| 04/11/13 | GEG | Initial review of pleadings regarding post-petition prosecution attorneys' fees award and writ of execution issued | L120 | .50 hrs |
| 04/12/13 | GEG | Work on review of documents sent by GMAC bankruptcy counsel regarding judgment entered for attorneys' fees against GMAC | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301019

FED ID NO. 63-0243316

| 04/12/13 | GEG | Voice mail from and phone conference with attorney representing GMAC as regular bankruptcy counsel regarding judgment entered for attorneys' fees against GMAC | L120 | .30 hrs |
|---|---|---|---|---|
| 04/15/13 | GEG | Review pleadings sent by bankruptcy counsel | L120 | .40 hrs |
| 04/15/13 | GEG | E-mails from and to bankruptcy counsel regarding various issues | L120 | .20 hrs |
| 04/17/13 | GEG | E-mail to borrower's attorney regarding stay violation, etc. | L120 | .20 hrs |
| 04/17/13 | GEG | Work on letter to borrower's attorney | L120 | 1.20 hrs |
| 04/17/13 | GEG | E-mails to and from regular bankruptcy counsel regarding his conversation last week with borrower's counsel | L120 | .30 hrs |
| 04/17/13 | MPE | Review order awarding attorneys' fees, motion to vacate final judgment for fees, and notice of filing time records to determine status of case. | L110 | .40 hrs |
| 04/17/13 | MPE | Research docket to determine status and relevant pleadings needed to review case. | L110 | .20 hrs |
| 04/18/13 | GEG | Work on further analysis of stay violation and fact that borrower's attorney is the creditor and no notice given to him | L120 | .30 hrs |
| 04/18/13 | GEG | E-mail from borrower's counsel regarding attorneys' fees award and stay violation | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
APRIL 30, 2013

0R2013-301019

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/18/13 | GEG | Phone conference with borrower's counsel regarding attorneys' fees award and stay violation | L120 | .40 hrs |
| 04/18/13 | GEG | Draft e-mail to borrower regarding proof of bankruptcy documents | L120 | .20 hrs |
| 04/18/13 | CWH | Email K.Priore regarding contact with Navarro's counsel, to request bankruptcy notice to borrower's counsel (if any) and settlement authority | L120 | .20 hrs |
| 04/19/13 | GEG | E-mails from and to K.Priore regarding discussions with borrower's attorney | L120 | .20 hrs |
| 04/22/13 | CWH | Exchange e-mails with K.Priore about taking position that the judgment lien is pre-petition and a violation of the stay | L110 | .20 hrs |
| 04/22/13 | CWH | Exchange e-mails with K.Priore about settlement authority | L160 | .10 hrs |
| 04/22/13 | GEG | E-mails from and to K.Priore regarding strategy and work on letter to borrower's counsel regarding same | L120 | .30 hrs |
| 04/25/13 | GEG | Draft letter to borrower's attorney, et al., regarding no settlement and demands to correct all issues related to final judgment on attorneys' fees entered in violation of the automatic stay or GMAC may sue | L160 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
APRIL 30, 2013

0R2013-301019

FED ID NO. 63-0243316

| 04/28/13 | CWH | Review and analyze borrower's counsel's assertions that the June 2012 Order allows their claims for fees and develop arguments in response to same | L120 | .30 hrs |
| 04/29/13 | GEG | E-mails and voice mails from and to borrower's attorney regarding automatic stay violation and interpretation of final supplement order on stay relief | L120 | .40 hrs |
| 04/29/13 | GEG | Draft second letter to borrower's attorney regarding stay violation | L120 | 1.10 hrs |
| 04/29/13 | GEG | Review Taggert decisions in main GMAC bankruptcy case | L120 | .80 hrs |
| 04/29/13 | GEG | E-mail memorandum to K.Priore regarding results of phone conversation with borrower's attorney, Taggert opinions' relevance, and draft of second letter to borrower's attorney | L120 | .50 hrs |
| 04/29/13 | GEG | Phone conference with borrower's attorney regarding automatic stay violation, etc. | L120 | .50 hrs |
| 04/29/13 | MPE | Draft, finalize, and electronically submit notice of appearance to the clerk of court in Miami Dade County Florida | L210 | .40 hrs |
| 04/29/13 | CWH | Check other cases to see if any contain notices of bankruptcy, which would refute his "ignorance of bankruptcy" claim | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    5
APRIL 30, 2013

0R2013-301019

FED ID NO. 63-0243316

---

04/30/13   GEG   E-mails from and to K.Priore and work on   L120      .50 hrs
                 review of prior cases borrower's
                 attorney has been involved in

04/30/13   GEG   Revise letter to borrower's attorney       L120      .50 hrs


                 TOTAL FEES FOR THIS MATTER                         $5,042.60


BILLING SUMMARY

    Christian W. Hancock       2.00 hrs    361.00 /hr        722.00
    Glenn E. Glover           11.80 hrs    352.00 /hr      4,153.60
    Melisa P. Palmer           1.00 hrs    167.00 /hr        167.00


TOTAL FEES                    14.80 hrs                   $5,042.60

**TOTAL CHARGES FOR THIS INVOICE**                       $5,042.60


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301020
INVOICE #  865988

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301020
     TC # UNKNOWN

PROFESSIONAL SERVICES

| 04/12/13 | CWH | Conference call with Morrison Foerster, K.Priore, and others regarding proper form of post-petition bankruptcy notices and consistent communication to counsel on use of same | L110 | .40 hrs |
| 04/12/13 | CWH | Draft form communication for Estate to use with counsel regarding proper form of post-petition bankruptcy notices and send same to Morrison Foerster and K.Priore for approval | L210 | .40 hrs |
| 04/12/13 | CJA | Conference call with L.Delehey and L.Gregerson regarding pool of loans with blank assignments and potential corrective action related thereto in order to show chain of title related to security instrument necessary to record a release thereto | B250 | 1.00 hrs |
| 04/16/13 | CWH | Follow-up with Morrison Foerster and Estate attorneys for approval on form post-petition bankruptcy notice | L110 | .10 hrs |
| 04/17/13 | CJA | Draft and revise first version of form affidavit as to unrecorded assignment related to Ocwen servicing relationship | B250 | 3.30 hrs |
| 04/22/13 | CWH | Analyze issues with lien release templates, particularly those where loan was owned by Trustee as part of securitization, serviced by GMAC | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301020

FED ID NO. 63-0243316

| 04/22/13 | CWH | Exchange e-mails with K.Priore and others regarding form of email to all counsel regarding revised bankruptcy notice | L110 | .20 hrs |
|---|---|---|---|---|
| 04/22/13 | CJA | Revise additional forms of affidavit as to unrecorded assignment detailing GMACM owned loans as well as the relationship of GMACM, as servicer, and trustee of securitized loans | B250 | 2.40 hrs |
| 04/23/13 | CJA | Review loan documents pertaining to G.Hankins loan and State of Arkansas Secretary of State compliant stemming from non-release of mortgage even though loan has been paid off in order to draft affidavit of unrecorded assignment document | B250 | 1.40 hrs |
| 04/23/13 | CJA | Draft affidavit as to unrecorded assignment pertaining to G.Hankins loan that has been paid off, but the lien of the deed of trust has not been released because assignment in back chain was in blank and not recorded | B250 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                               $2,866.30

BILLING SUMMARY

| Christian W. Hancock | 1.30 hrs | 361.00 /hr | 469.30 |
|---|---|---|---|
| C. Jason Avery | 9.40 hrs | 255.00 /hr | 2,397.00 |

TOTAL FEES                     10.70 hrs                $2,866.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
APRIL 30, 2013

0R2013-301020

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $2,866.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301021
INVOICE #  865989

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301021
     TC # UNKNOWN

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/10/13 | CWH | Analyze status of mortgage, two foreclosure cases, and bankruptcy case | L120 | .80 hrs |
| 04/10/13 | CWH | Draft timeline/history of loan and foreclosures and send same to L.Delehey for her review and further direction | L110 | .40 hrs |
| 04/17/13 | CWH | Phone call with counsel for Calchas, LLC to discuss their foreclosure action, why they believe RAHI isn't a proper party to the suit, and Koppen's hold up of their case by pointing to the ResCap bankruptcy | L110 | .40 hrs |
| 04/17/13 | CWH | Analyze pleadings sent by counsel for Calchas, LLC regarding their suit and their interest in the property | L210 | .20 hrs |
| 04/17/13 | CWH | Second phone call to counsel for Calchas, LLC | L110 | .10 hrs |
| 04/17/13 | CWH | Draft correspondence to counsel for Calchas, LLC explaining the two cases and asking for confirmation of his client's interest in the property or explain that his suit is stayed by RAHI's bankruptcy | L120 | .50 hrs |
| 04/18/13 | CWH | Analyze pleadings and documents from Chalas LLC establishing their ownership of the loan | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301021

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/25/13 | CWH | Draft email to L.Delehey explaining communications with Calchas, LLC and their documentation about loan ownership and setting out proposed resolution to the two cases | L120 | .40 hrs |
| 04/26/13 | CWH | Exchange e-mails with L.Delehey, confirming plan to file notices of appearance and dismissals in the two foreclosure suits | L120 | .10 hrs |
| 04/26/13 | CWH | Exchange e-mails with Calchas, LLC's counsel, confirming plan to file notices of appearance and dismissals in the two foreclosure suits | L120 | .20 hrs |
| 04/26/13 | CWH | Revise two notices of appearance, notice of voluntary dismissal, and joint stipulation of dismissal | L120 | .20 hrs |
| 04/26/13 | CWH | Exchange e-mails with Calchas's counsel regarding approval and filing of joint stipulation of dismissal | L120 | .20 hrs |
| 04/26/13 | MPE | Draft notice of appearance in Calchas v Egan et al. | L210 | .30 hrs |
| 04/26/13 | MPE | Draft stipulation of dismissal for Rahi Real Estate Holdings, LLC in Calchas v Egan et al. | L210 | .50 hrs |
| 04/26/13 | MPE | Finalize notice of dismissal in Rahi v Egan et al. | L210 | .40 hrs |
| 04/26/13 | MPE | Finalize notice of appearance in Rahi v Egan et al. | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
APRIL 30, 2013

OR2013-301021

FED ID NO. 63-0243316

---

| 04/26/13 | MPE | Telephone call with clerk of court for correct service information regarding Rahi Real Estate v. Egan et al. | L110 | .20 hrs |
| 04/26/13 | MPE | Research case docket to determine all parties involved in case. | L110 | .20 hrs |
| 04/30/13 | MPE | Draft status report. | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,705.80

BILLING SUMMARY

| Christian W. Hancock | 3.80 hrs | 361.00 /hr | 1,371.80 |
| Melisa P. Palmer | 2.00 hrs | 167.00 /hr | 334.00 |

TOTAL FEES                    5.80 hrs                    $1,705.80

**TOTAL CHARGES FOR THIS INVOICE**                    $1,705.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301022
INVOICE #  865990

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301022
     TC # 689758

PROFESSIONAL SERVICES

| 04/09/13 | SPM | Review e-mail correspondence between GMAC and New Jersey counsel regarding the potential for an appeal | L110 | .30 hrs |
|---|---|---|---|---|
| 04/17/13 | HEA | Draft and send email memo to K.Priore regarding recommendations for possible motion to reconsider or appeal | L190 | 1.00 hrs |
| 04/17/13 | HEA | Research regarding ability to obtain more in damages pursuant to the CPL under NJ law | L190 | 2.00 hrs |
| 04/17/13 | HEA | Review motions from coverage lawsuit to provide counsel regarding possible appeal and analysis of coverage | L250 | 3.00 hrs |
| 04/18/13 | HEA | Telephone calls and emails with K.Priore regarding plan moving forward | L190 | 1.00 hrs |
| 04/18/13 | MJA | Research on case background and strategy | L120 | .40 hrs |
| 04/24/13 | HEA | Prepare for and participate in conference call with trial counsel regarding possible appeal | L190 | 1.00 hrs |
| 04/24/13 | AC | Review New Jersey appellate rules and plan strategy  and issues for appellate documents | L120 | 1.60 hrs |
| 04/24/13 | AC | Phone call with Kathry Priore, H.Eady, and Nick Suglia regarding appellate strategy | L120 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
APRIL 30, 2013

0R2013-301022

FED ID NO. 63-0243316

| 04/25/13 | AC | Revise draft of appellate case information form and notice of appeal and circulate to local counsel | L510 | 2.10 hrs |
|---|---|---|---|---|
| 04/26/13 | AC | Finalize case information form and notice of appeal and coordinate filing | L510 | 1.00 hrs |
| 04/26/13 | HEA | Review prior motions/cross-motions and consider and revise appellate documents including drafting precise language to frame issues on appeal | L250 | 3.00 hrs |

```
              TOTAL FEES FOR THIS MATTER              $4,412.20
```

BILLING SUMMARY

| Marc J. Ayers | .40 hrs | 317.00 /hr | 126.80 |
|---|---|---|---|
| Hall Eady | 11.00 hrs | 286.00 /hr | 3,146.00 |
| Aaron Chastain | 5.00 hrs | 216.00 /hr | 1,080.00 |
| Spencer Mobley | .30 hrs | 198.00 /hr | 59.40 |

| TOTAL FEES | 16.70 hrs | | $4,412.20 |
|---|---|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$4,412.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
APRIL 30, 2013

0R2013-301023

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 361.00 /hr | 216.60 |
| Alecia H. Cockrell | .10 hrs | 158.00 /hr | 15.80 |
| Joycelyn J. Eason | 2.40 hrs | 290.00 /hr | 696.00 |

TOTAL FEES                    3.10 hrs                    $928.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$928.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301025
INVOICE #  865992

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301025
     TC # UNKNOWN

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 04/29/13 | CWH | Analyze new code violation matter for Estate in Missouri | L210 | .20 hrs |
| 04/29/13 | CWH | Exchange e-mails with R.Royer and others to locate information about servicing transfer from GMAC to Midland Mortgage | L110 | .20 hrs |
| 04/30/13 | CWH | Exchange e-mails with M.Smoot about refinance of loan and eventual transfer to HUD, which may resolve the code violation | L110 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER              $216.60

BILLING SUMMARY

    Christian W. Hancock       .60 hrs   361.00 /hr     216.60


TOTAL FEES                   0.60 hrs              $216.60

**TOTAL CHARGES FOR THIS INVOICE**                **$216.60**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

APRIL 30, 2013
0R2013-301030
INVOICE #  865993

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R2013-301030
     TC # 735968

PROFESSIONAL SERVICES

02/13/13  CLHA Analyze complaint and begin work on        L120    1.20 hrs
               responsive pleading


               TOTAL FEES FOR THIS MATTER                        $438.00


BILLING SUMMARY

    Christopher L. Hawkins      1.20 hrs   365.00 /hr      438.00


TOTAL FEES                      1.20 hrs                 $438.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$438.00**
                                                    ==================

***** TOTAL DUE UPON RECEIPT *****