# Exhibit "A"

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326357    JBS                                          September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0779    Aniel, Fermin and Erlinda
GMAC Matter No.: 731 553

**TOTAL AMOUNT DUE**                    **$1,083.05**

**_*** REMITTANCE COPY ***_**
_Please include this page with payment._

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326357    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0779    Aniel, Fermin and Erlinda
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 07/06/12 | Review trial court order dismissing case and determine effect upon pending appeal. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 07/10/12 | Evaluate case file in light of court's letter re: waiver of oral argument. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/10/12 | Review appellants' reply brief. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 07/17/12 | Monitor online docket for plaintiffs' oral argument request. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/20/12 | Monitor online docket for oral argument requests by other parties. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/23/12 | Review/analyze co-respondent's request for oral argument. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Draft notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Draft cover letter to plaintiffs re: automatic bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 08/09/12 | Draft email to client (J. Holtgren) enclosing drafts of notice and cover letter with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **2.80** | | **$730.80** |

## COSTS & EXPENSES

07/06/12  First Legal Network, LLC; Court Services;                                352.25
CACOA- San Francisco 6/4/12, Advance ck.

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   326357 | CLIENT   GMAC ResCap | | Page      2 |
| | MATTER   Aniel, Fermin & Erlinda | | |

$325.00
**TOTAL COSTS & EXPENSES**                                        $352.25

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $78.30 |
| L510 | Appellate Motions & Submission | 1.40 | $365.40 |
| L520 | Appellate Briefs | 0.30 | $78.30 |
| L530 | Oral Argument | 0.80 | $208.80 |
| | **TOTAL** | **2.80** | **$730.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 2.80 | 261.00 | $730.80 |
| | **Total** | | **2.80** | | **$730.80** |

| | | |
|---|---|---|
| PRIOR FEES | $16,842.60 | |
| PRIOR COSTS & EXPENSES | $3,305.38 | |

| | |
|---|---|
| FEES | $730.80 |
| COSTS & EXPENSES | $352.25 |
| **TOTAL THIS INVOICE** | **$1,083.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Exhibit "B"

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329097    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0779     Aniel, Fermin and Erlinda
                   GMAC Matter No.: 731553

**TOTAL AMOUNT DUE**          $1,454.70

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329097     JBS                                October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0779     Aniel, Fermin and Erlinda
                          GMAC Matter No.: 731553

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994      09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 09/05/12 | Strategize re: closing out of case file. | L120 | 0.30 | 261.00 | 78.30 |
| DHC | 09/06/12 | Review and revise Supplemental Brief re Notice of Bankruptcy and Effect of Automatic Stay. | L250 | 0.50 | 337.50 | 168.75 |
| MEH | 09/06/12 | Telephone call with client (J. Holtgren) re: appellate strategy | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 09/06/12 | Draft supplemental brief re: bankruptcy stay, per court order. | L520 | 1.80 | 261.00 | 469.80 |
| MEH | 09/06/12 | Draft email to client (J. Holtgren) enclosing draft of supplemental brief, with comments. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 09/07/12 | Finalize supplemental brief re: scope of bankruptcy stay. | L520 | 0.80 | 261.00 | 208.80 |
| MEH | 09/15/12 | Review/analyze appellants' reply brief re: bankruptcy stay. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 09/20/12 | Review/analyze court order imposing blanket stay on case. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/22/12 | Draft email to client (J. Holtgren) enclosing stay order with comments. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/22/12 | Calendar deadlines for status updates, per court order staying case due to bankruptcy. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 09/29/12 | Monitor docket re: upcoming deadlines for bankruptcy status update. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **5.20** | | **$1,395.45** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/14/12 | First Legal Network, LLC; Court Services; | 32.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  329097 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Aniel, Fermin & Erlinda | | |

| | | | |
|---|---|---|---|
| | CACOA- San Francisco 8/23/12 | | |
| 09/26/12 | First Legal Network, LLC; Court Services; Cacoa - San Francisco, CA 09/07/12 | | 27.25 |
| | **TOTAL COSTS & EXPENSES** | $59.25 | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $130.50 |
| L250 | Other Written Motions | 0.50 | $168.75 |
| L510 | Appellate Motions & Submission | 1.10 | $287.10 |
| L520 | Appellate Briefs | 3.10 | $809.10 |
| | **TOTAL** | **5.20** | **$1,395.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Holt, M. Elizabeth | MEH | Associate | 4.70 | 261.00 | $1,226.70 |
| | | **Total** | **5.20** | | **$1,395.45** |

| | |
|---|---|
| PRIOR FEES | $17,573.40 |
| PRIOR COSTS & EXPENSES | $3,657.63 |

| | |
|---|---|
| FEES | $1,395.45 |
| COSTS & EXPENSES | $59.25 |
| **TOTAL THIS INVOICE** | **$1,454.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

TAX ID# 27-3093040

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS ONLY
PAYMENT QUESTIONS ONLY
PAYMENT DEPT (213)213-2640

| | | | | 82035 | 266261 | 6/15/12 | 36,858.22 | 7 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/04/12 | 6801583 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: MARILYN HECMER Case No.: SC20110261 FILE/CONFORM/RETURN Signed: FILED/CC | EDCMC-SOUTH LAKE TAHOE 1354 JOHNSON BOULEVARD SOUTH LAKE TAHOE CA 96150  Case Title: STROM V SUNTRUST COURTESY COPY TO JDG Ref: 11950.0106 | | Base Chg : | 120.75 | | 120.75 |
| FILING-FORWARD FAX/PDF | | | | | | | | | | |
| 6/04/12 | 6801602 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Verdia Nash Case No.: 34-2011-00094852 FILE/CONFORM/RETURN. Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO     CA 95814  Case Title: Sahansra v. lawyers  Ref: 07685.0986 | | Base Chg : Adv/Wit Ck: | 29.75 225.00 | | 254.75 |
| FILING-FAX/PDF | | | | | | | | | | |
| 6/04/12 | 6801612 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: 34-2012-00123823 FILE/CONFORM/RETURN. Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO     CA 95814  Case Title: Robinson v. GMAC  Ref: 19000.1276 | | Base Chg : PDF/OvrNte: Adv/Wit Ck: | 29.75 63.00 790.00 | | 882.75 |
| FILING-FAX/PDF | | | | | | | | | | |
| 6/04/12 | 6801615 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: A134461 FILE/CONFORM/RETURN. Signed: FILED | CACOA-SAN FRANCISCO 350 MCALLISTER STREET SAN FRANCISCO    CA 94102  Case Title: DANIEL V. BTS SERVICE ADVANCE FEES Ref: 19000.0779 | | Base Chg : Adv/Wit Ck: | 27.25 325.00 | | 352.25 |
| FILING-REGULAR BICYCLE | | | | | | | | | | |
| 6/04/12 | 6801617 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: 4:10-CV-00475-PJH COURTESY COPY TO JDG Signed: DELIVERED | USDC-OAKLAND 1301 CLAY STREET OAKLAND     CA 94612  Case Title: TV INTERACTIVE V. SO PHYLIS HAMILTON Ref: 12037.0002 | | Base Chg : | 45.00 | | 45.00 |
| PDF COURTESY DELIVERY | | | | | | | | | | |
| 6/04/12 | 6801622 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: 8:11-CV-01943-AGRBx COURTESY COPY TO JDG Signed: delivered (ag) | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA     CA 92701  Case Title: GRUNT V. HOMECOMING ANDREW GUILFORD Ref: 19000.1153 | | Base Chg : | 25.00 | | 25.00 |
| PDF COURTESY DELIVERY | | | | | | | | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

# Exhibit "C"

# Severson
## *&Werson*

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343606    JBS                                            March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006


CLIENT    19000    OCWEN Loan Servicing
MATTER    0779    Aniel, Fermin and Erlinda
GMAC Matter No.: 732286


**TOTAL AMOUNT DUE**              $182.70


***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

12-12020-mg   Doc 4514-1   Filed 08/05/13   Entered 08/06/13 12:59:42   Exhibit A.
12-12020-mg   Doc 4458-3Exhibit AFiled 08/01/13 Pg 12 of 33/01/13 18:49:43   Exhibit E
(part 4 of 7)   Pg 193 of 287

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   343606   JBS                                      March 26, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter   19000 0779   Aniel, Fermin and Erlinda
GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 12/21/12 | Review case file for status and upcoming deadlines. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 12/21/12 | Draft bankruptcy status report for quarterly court filing. | L510 | 0.50 | 261.00 | 130.50 |
| | | **TOTAL** | | **0.70** | | **$182.70** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $52.20 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| | **TOTAL** | **0.70** | **$182.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 0.70 | 261.00 | $182.70 |
| | | **Total** | **0.70** | | **$182.70** |

PRIOR FEES                              $18,968.85
PRIOR COSTS & EXPENSES                  $3,713.88

| | FEES | $182.70 |
|--|------|---------|
| | **TOTAL THIS INVOICE** | **$182.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Exhibit "D"

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326231     JBS

September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1358  | Aniel, Erlinda Abibas |
|        |       | GMAC Matter No.: 73|553 |

**TOTAL AMOUNT DUE**          $1,114.20

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326231    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 08/15/12 | Aniel - Study and review new complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| CHR | 08/16/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| TNA | 08/16/12 | Analyze 38-page complaint, including multiple exhibits, to identify claims and formulate strategy for response. | L210 | 0.80 | 270.00 | 216.00 |
| JBS | 08/17/12 | Analysis and evaluation of defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| TNA | 08/17/12 | Identify claims subject to bankruptcy stay and prepare notice of stay. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 08/17/12 | Leave message for plaintiffs' counsel regarding case. | L190 | 0.10 | 270.00 | 27.00 |
| TNA | 08/17/12 | Prepare notice of bankruptcy stay. | L210 | 0.20 | 270.00 | 54.00 |
| TNA | 08/27/12 | Telephone conference with plaintiffs' counsel regarding complaint and their litigation objectives. | L190 | 0.30 | 270.00 | 81.00 |
| TNA | 08/27/12 | Prepare stipulation to continue deadline to respond to complaint until after hearing on plaintiffs' application for preliminary injunction. | L210 | 0.20 | 270.00 | 54.00 |
| TNA | 08/28/12 | Prepare initial assessment and recommendations to J. Holtgren at GMACM regarding complaint, | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 326231 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Aniel, Erlinda Abibas | | |

application for preliminary injunction,
and scope of bankruptcy stay.

**TOTAL**                                 **4.10**          **$1,114.20**


## COSTS & EXPENSES


### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $171.00 |
| L190 | Other Case Assessment | 1.10 | $241.20 |
| L210 | Pleadings | 2.60 | $702.00 |
| | **TOTAL** | **4.10** | **$1,114.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| Abbott, Thomas | TNA | Associate | 2.30 | 270.00 | $621.00 |
| | **Total** | | **4.10** | | **$1,114.20** |

|  |  |
|---|---|
| FEES | $1,114.20 |
| **TOTAL THIS INVOICE** | **$1,114.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Exhibit "E"

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328838    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1358    Aniel, Erlinda Abibas
                  GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**            $2,600.84

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328838    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1358    Aniel, Erlinda Abibas
GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RRF | 09/05/12 | Obtain over 20 title docs & prepare property profile. | L110 | 1.40 | 112.50 | 157.50 |
| TNA | 09/05/12 | Analyze pleadings, including complaint, application for preliminary injunction, declarations in support thereof, and client loan file and fact file to identify facts in support of opposition to preliminary injunction. | L220 | 1.70 | 270.00 | 459.00 |
| TNA | 09/05/12 | Commence preparing opposition to plaintiffs' application for preliminary injunction. | L220 | 2.80 | 270.00 | 756.00 |
| MKS | 09/06/12 | Review and revise draft opposition to OSC re: PI, draft declaration in support and exhibits thereto. | L250 | 0.50 | 270.00 | 135.00 |
| TNA | 09/06/12 | Analyse fact package and loan documents to identify facts and exhibits for supporting declaration to opposition to preliminary injunction. | L220 | 0.80 | 270.00 | 216.00 |
| TNA | 09/06/12 | Prepare final revisions to opposition to preliminary injunction. | L220 | 1.80 | 270.00 | 486.00 |
| MKS | 09/18/12 | Study and review plaintiff's reply in support of OSC re: PI. | L250 | 0.20 | 270.00 | 54.00 |
| TNA | 09/26/12 | Telephone conference with plaintiff and court ADR representative regarding case. | L230 | 0.80 | 270.00 | 216.00 |
| TNA | 09/27/12 | Review court order denying plaintiffs' application for preliminary injunction. | L220 | 0.20 | 270.00 | 54.00 |
| TNA | 09/27/12 | Prepare recommendations to J. Holtgren at Ally regarding order denying preliminary injunction, | L220 | 0.10 | 270.00 | 27.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328838 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Aniel, Erlinda Abibas | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | pending foreclosure, and possible options for amicable resolution based on comments by plaintiffs' counsel at ADR conference. | | | | | |
| TNA | 09/27/12 | Leave message for plaintiffs' counsel regarding order denying preliminary injunction. | L160 | 0.10 | 270.00 | | 27.00 |
| | | **TOTAL** | | **10.40** | | | **$2,587.50** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 75 Tobin Clark Drive San Mateo, CA 94010 08/27/12 | | 13.34 |
| | **TOTAL COSTS & EXPENSES** | **$13.34** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $157.50 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $27.00 |
| L220 | Preliminary Injunctions/Provis | 7.40 | $1,998.00 |
| L230 | Court Mandated Conferences | 0.80 | $216.00 |
| L250 | Other Written Motions | 0.70 | $189.00 |
| | **TOTAL** | **10.40** | **$2,587.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 1.40 | 112.50 | $157.50 |
| Abbott, Thomas | TNA | Associate | 8.30 | 270.00 | $2,241.00 |
| | **Total** | | **10.40** | | **$2,587.50** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $1,114.20 | | |
| | | FEES | $2,587.50 |
| | | COSTS & EXPENSES | $13.34 |
| | | **TOTAL THIS INVOICE** | **$2,600.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Exhibit "F"

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332369    JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1358    Aniel, Erlinda Abibas
                  GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**            $4,089.79

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332369    JBS                                November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 10/01/12 | Meet and confer with plaintiffs' counsel regarding plaintiffs intention to seek reconsideration of court's order denying the preliminary injunction. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 10/02/12 | Meet and confer with plaintiffs' counsel regarding upcoming ADR conference and plaintiffs' position regarding case following court's denial of preliminary injunction. | L190 | 0.90 | 270.00 | 243.00 |
| TNA | 10/03/12 | Telephone conference regarding ADR with plaintiffs' counsel and court appointed ADR coordinator. | L230 | 0.80 | 270.00 | 216.00 |
| TNA | 10/05/12 | Review plaintiffs' application for leave to file motion for reconsideration of order denying application for preliminary injunction. | L210 | 0.60 | 270.00 | 162.00 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 10/08/12 | Review plaintiffs' motion for leave to file motion for reconsideration. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 10/11/12 | Prepare answer to 177-paragraph complaint. | L210 | 3.30 | 270.00 | 891.00 |
| TNA | 10/22/12 | Analyze plaintiffs' motion for reconsideration of court's order denying preliminary injunction. | L210 | 0.60 | 270.00 | 162.00 |
| TNA | 10/23/12 | Prepare opposition to motion for reconsideration. | L220 | 6.70 | 270.00 | 1,809.00 |
| MKS | 10/24/12 | Review and revise draft opposition to plaintiff's motion for reconsideration of | L250 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Peverson**
***&Werson***

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332369 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Aniel, Erlinda Abibas | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | the denial of application for PI. | | | | |
| TNA | 10/29/12 | Review and respond to telephone message from clerk for judge regarding status of the trustee's sale. | L220 | 0.10 | 270.00 | 27.00 |
| TNA | 10/29/12 | Prepare and send update and recommendations to J. Holtgren at GMACM regarding plaintiffs' motion for reconsideration. | L190 | 0.10 | 270.00 | 27.00 |
| TNA | 10/30/12 | Receive and review court order denying plaintiffs' motion for reconsideration of the court's order denying plaintiffs' motion for preliminary injunction. | L220 | 0.20 | 270.00 | 54.00 |
| TNA | 10/30/12 | Prepare communication to J. Holtgren at GMACM regarding court's order denying preliminary injunction. | L220 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **14.50** | | **$3,915.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/03/12 | Nationwide Legal Express; Court Services; USDC/Oakland Northern District, CA 09/11/12 | 56.00 |
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 75 Tobin Clark Drive, San Mateo, CA 09/05/12 | 107.39 |
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0061. 7/1/12 - 9/30/12 | 11.40 |
| | **TOTAL COSTS & EXPENSES** | **$174.79** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 1.40 | $378.00 |
| L210 | Pleadings | 4.90 | $1,323.00 |
| L220 | Preliminary Injunctions/Provis | 7.10 | $1,917.00 |
| L230 | Court Mandated Conferences | 0.80 | $216.00 |
| L250 | Other Written Motions | 0.30 | $81.00 |
| | **TOTAL** | **14.50** | **$3,915.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Abbott, Thomas | TNA | Associate | 14.00 | 270.00 | $3,780.00 |
| | | **Total** | **14.50** | | **$3,915.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 332369 | CLIENT | GMAC ResCap | Page    3 |
| | | MATTER | Aniel, Erlinda Abibas | |

| | |
|---|---|
| PRIOR FEES | $3,701.70 |
| PRIOR COSTS & EXPENSES | $13.34 |

| | |
|---|---|
| FEES | $3,915.00 |
| COSTS & EXPENSES | $174.79 |
| **TOTAL THIS INVOICE** | **$4,089.79** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Exhibit "G"

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335701      JBS

December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1358       Aniel, Erlinda Abibas
                       GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**                $495.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335701    JBS                                    December 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/01/12 | Attention to updating client re: status of litigation, pending dates, recent developments, strategy going forward. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 11/06/12 | Strategy re: seeking relief from Bankruptcy stay to prevent further delay in litigation and foreclosure. | L120 | 0.20 | 270.00 | 54.00 |
| TNA | 11/06/12 | Exchange of communications with J. Holtgren at GMACM regarding plaintiffs' bankruptcy petition. | L210 | 0.10 | 270.00 | 27.00 |
| TNA | 11/06/12 | Analyze bankruptcy filing by plaintiff Marc Jason Aniel to formulate recommendations to GMACM regarding pending foreclosure. | L210 | 0.30 | 270.00 | 81.00 |
| BJJ | 11/08/12 | Obtain copies of the security documents to be used in Motion for Relief from Stay | L190 | 0.50 | 130.50 | 65.25 |
| TNA | 11/11/12 | Formulate strategy regarding motion for relief from stay, specifically as to facts relating to obligor under the Note to argue against any reorganization arguments by debtor. | L210 | 0.20 | 270.00 | 54.00 |
| CHR | 11/16/12 | Conduct title search and update title chronology for Tobin Drive property. | L190 | 0.40 | 130.50 | 52.20 |
| TNA | 11/27/12 | Telephone call from plaintiff's chapter 11 bankruptcy trustee regarding pending litigation and plans to move for relief from stay. | L220 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335701 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Aniel, Erlinda Abibas | | | | | |

|  |  |  | | |
|---|---|---|---|---|
| **TOTAL** | | | 2.30 | $495.45 |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $162.00 | |
| L190 | Other Case Assessment | 0.90 | $117.45 | |
| L210 | Pleadings | 0.60 | $162.00 | |
| L220 | Preliminary Injunctions/Provis | 0.20 | $54.00 | |
| | **TOTAL** | **2.30** | **$495.45** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.50 | 130.50 | $65.25 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| Abbott, Thomas | TNA | Associate | 0.80 | 270.00 | $216.00 |
| | **Total** | | **2.30** | | **$495.45** |

| | |
|---|---|
| PRIOR FEES | $7,616.70 |
| PRIOR COSTS & EXPENSES | $188.13 |

| | |
|---|---|
| FEES | $495.45 |
| **TOTAL THIS INVOICE** | $495.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Exhibit "H"

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    342933    JBS                                    March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT    19000    OCWEN Loan Servicing
MATTER    1358    Aniel, Erlinda Abibas
GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**              **$600.75**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

12-12020-mg    Doc 4514-1    Filed 08/05/13    Entered 08/06/13 12:59:42    Exhibit A.
12-12020-mg    Doc 4458 Exhibit A Filed 08/01/13    Pg 32 of 33 Entered 08/01/13 18:49:43    Exhibit E
(part 4 of 7)    Pg 56 of 287

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 342933 | CLIENT | OCWEN Loan Servicing | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Aniel, Erlinda Abibas | | |

|  | **Total** | 2.10 | **$600.75** |
|---|---|---|---|

| PRIOR FEES | $13,399.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $762.61 |

| | FEES | $600.75 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$600.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     342933     JBS

March 15, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter   19000 1358      Aniel, Erlinda Abibas
                         GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 02/07/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | 0.20 | 270.00 | 54.00 |
| ANB | 02/14/13 | Review correspondence and payment from Debtor, review and revise cover letter to client attaching payment and advise client via e-mail that second payment has been received | L120 | 0.50 | 292.50 | 146.25 |
| MKS | 02/15/13 | Study and review new adversary complaint.  Strategy re: same. | L210 | 0.40 | 270.00 | 108.00 |
| ANB | 02/15/13 | Review adversary complaint filed by Debtor naming client as Defendant | L120 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **2.10** | | **$600.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.70 | $492.75 |
| L210 | Pleadings | 0.40 | $108.00 |
| | **TOTAL** | **2.10** | **$600.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-----|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.50 | 292.50 | $438.75 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement