UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors | Case No. 12-12020(MG)<br><br>Chapter 11<br><br>Jointly Administered |

## CERTIFICATION OF SERVICE

The foregoing was mailed by certified RR mail # 70121640000109252209672 to Norman Rosenbaum of Morrison & Foerster LLP attorneys for Debtor, located at 1290 Avenue of the Americas, New York, NY 10104, by depositing same in the U.S. Post Office.

August 5, 2013

Ariel Barel, Sui juris
114 Warbler Drive
Wayne, NJ 07470
973-460-4444
abar4444@gmail.com