Joan Johnson
856 Boxwood Drive
South Bend, IN 46614

(574)210-4938

August 2, 2013

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No. 12-12020(MG)<br><br>Chapter 11 |
| In re:<br>RESIDENTIAL CAPITAL, LLC, et al., | Jointly Administered |
| Debtors | |

Re: Notice of Hearing on Nineteenth Omnibus Objection to Claims
(Borrower Claims with Insufficient Documentation)

I hereby disagree with the above stated objection to my claim.
When I received the **Proof Of Claim Confirmation** from Residential Capital, LLC Claims Processing Center in November, 2012, there was nothing sent to me stating the need to submit additional documentation. I have attached a copy of the supporting documents that I originally sent to Residential Capital, LLC November 5, 2012, along with a statement from GMAC Mortgage showing my original loan date. The amount of secured claim is $164,481.56

Any response can be sent to me at the above address, or by telephone at 574-210-4938.


Joan Johnson

*/s/ Joan Johnson*



ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA  90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Joan Johnson
856 Boxwood Drive
South Bend, IN 46614

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Residential Capital, LLC**,
case no **12-12020** was received on **11/7/2012**
and assigned claim number **2778**

For more information, please visit **www.kccllc.net/rescap** or call 1-888-251-2914

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**
Name:                    Joan Johnson
Account Number:          ●●●●●●●●●6
Home Phone #:            (574)231-0866

**PROPERTY ADDRESS**
856 BOXWOOD DRIVE
SOUTH BEND      IN 46614

# GMAC Mortgage

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

2/11/10 11.00 3   0005431 20110621 KF183602 GMREG  1 OZ DOM KF18380000* 146316   GM

JOAN   JOHNSON
856 BOXWOOD DRIVE
SOUTH BEND IN   46614-5311



For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

ase verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | 0423422906 |
| Statement Date | June 20, 2011 |
| Maturity Date | May 01, 2035 |
| Interest Rate | 6.25000 |
| Interest Paid Year-to-Date | $5,905.69 |
| Taxes Paid Year-to-Date | $1,257.76 |
| Escrow Balance | $485.81- |
| Principal Balance(PB)* | $161,983.80 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $843.67 |
| Subsidy/Buydown | $0.00 |
| Escrow | $199.39 |
| Financial Insider Network | $13.99 |
| Amount Past Due | $0.00 |
| ~~Outstanding Late Charges~~ | ~~$$~~ |
| Other | $46.00 |
| Total Amount Due | $3,308.59 |
| Account Due Date | July 01, 2011 |

**For Customer Care inquiries call:**  1-800-766-4622
**For Insurance inquiries call:**       1-800-256-9962
**For Payment Arrangements call:**      1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PD SPEEDPAY FEE | 06/01/11 | 06/18/11 | $4.00 | | | | | | $4.00 |
| ~~PD SPEEDPAY FEE~~ | 06/01/11 | 06/18/11 | $3.50 | | | | | | $3.50 |



**NOTICE OF ASSESSMENT OF LAND AND STRUCTURES - FORM 11 R/A - C/I**

State Form 21366 (R10 / 12-10)       State Form 45650 (R9 / 12-10)
Prescribed by Department of Local Government Finance

This notice indicates the assessed value of your property. Information on the valuation of your property and a copy of the property record card can be obtained from the Assessing Official at the telephone number and addresses below.

Notice to the taxpayer of the Opportunity to Appeal (IC 6-1.1-15-1):
If a taxpayer does not agree with the action of the assessing official giving this notice, the County Property Tax Assessment Board of Appeals will review that action if you file a notice in writing with the Township Assessor (if any) or the County Assessor within forty-five (45) days of the mailing of this notice. This written notice should include the name of the taxpayer, the address of the property, the key number or the parcel number of the property, the address of the taxpayer (if different from the property address), and the telephone number of the taxpayer. An appeal of this assessed value requires evidence relevant to the value of the taxpayer's property as of the assessment date.

| Name and address of property owner | Legal description |
|---|---|
| JOHNSON, JOAN<br><br>856 N BOXWOOD DR<br>SOUTH BEND, IN 46614 | LOT 23 ROYAL OAK ESTATES SEC 1 01-02 NEW PLAT |
| | Parcel or ID number |
| | 71-08-36-255-001.000-002 |
| | Property address |
| | 856 BOXWOOD DR |

| PREVIOUS ASSESSMENT | | NEW ASSESSMENT EFFECTIVE March 01, 2012 | |
|---|---|---|---|
| LAND | 32,800 | LAND | 21,600 |
| STRUCTURES | 161,600 | STRUCTURES | 162,100 |
| TOTAL | 194,400 | TOTAL | 183,700 |

Reason for revision of assessment    51    51- Annual Reassessment

If the change in assessment is due to a new home, you should be aware that there are many property tax benefits or deductions available. Please see INDIANA PROPERTY TAX BENEFITS (State Form 51781) available on the DLGF website, www.IN.gov/dlgf. If the real property is reassessed because it has been rehabilitated, you may be eligible for rehabilitation deductions - see Forms 322 A or Form 322/RE. If the non-residential real property is reassessed because it has been rehabilitated, you may be eligible for rehabilitation deductions - see Form 322A. Other non-residential construction may be eligible for deductions see Forms 322/RE & Form 322/VBD.

| County | Township | Date of notice |
|---|---|---|
| St. Joseph | Centre | 10/29/2012 |
| Assessing Official | Telephone number | |
| Rosemary Mandrici | (574) 235-9523 | |

Address (number and street, city, state, ZIP code)
227 W Jefferson Blvd, So Bend, IN 46601

# GMAC Mortgage



SOUTH BEND, IN 46614
30 year ARM Loan
Next Payment: $1,308.86 Due as of: 11/01/12
I want to...
Select One ...
Account Number:
0423422906
Current Balances:
Principal:
$161,983.80
Escrow:
($163.10)
(does not reflect payoff)

Year-To-Date:
Interest:
$9,280.37
Taxes:
$2,498.56
Interest Rate:
6.250%
Original Loan Amount:
$162,000
Original Loan Date:
04/28/2005
Original Maturity Date:
05/2035

Considering a refinance or the purchase of a new home? We're here to help—call a loan specialist today at 888-579-4622 to review all of the financing options available to you. Or, to get started online, click here.

▲ Hide loan details
**Don't see your loan?**

Add it now to:

Check your balance

Make an online payment

Apply for Homeowner Assistance

Access My Loan Application and the eDocs Center

Add a loan »

Find out if you qualify for a loan modification program or check the status of your request.

continue

About homeowner assistance programs »