United States Bankruptcy
Court, Southern Dist.
Of New York

August 2, 2013

Residential Capital, LLC et al
  Debtors

Ailette Cornelius
26 Brenford St
Hartford CT
06116


RECEIVED
AUG -5
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Case No. 12-12020 mg. Claiment

I am responding a corresponding I received pertaining to insufficient Documentation in regards to claims I made.

I would like to informe you that I had not had time in which to obtain a lawyer to represent this case. All my rights as a creditor, and a claiment, to adress all the penties involve in this case. One thing I do understand that I had an arrangement with gmac, and they forfeit I did not forfeit with them. I am therefore, claming abondoment from gmac. I am also claming a pent of the settlement sum, that is allocated to creditors and others. I therefor ask that my claim should not be cast off because I am not abe to state my rights as a creditors at this time

I ask the court please to consider my case, and to look into my case and judge, and to make the right decision. Thanks in advance,

Yours Truly

Arlette Cornelius