```
1  Mark Ragonese
   In pro per
2  1929 N. Pepper St
   Burbank, CA 91505
3  (818) 945-0874
```

RECEIVED AUG -5 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 12-12020(MG) |
| ) | Chapter 13 |
| RESIDENTIAL CAPITAL, LLC, et al. ) | |
| ) | **CREDITOR MARK RAGONESE'** |
| ) | **RESPONSE TO DEBTOR'S TWENTIETH** |
| ) | **OMNIBUS OBJECTION TO CLAIMS** |
| ) | |
| ) | Hearing: |
| ) | Date: August 21, 2013 |
| ) | Time: 10:00 a.m. |
| ) | Place: Courtroom 501 |
| ) | One Bowling Green, new York, New York |

**TO THE COURT AND ALL INTERESTED PARTIES,** I Mark Ragonese as a creditor in this action, hereby submit my Response to Debtor's Twentieth Omnibus Objection to Claims.

On November 6, 2012, I mailed my Proof Of Claim in this action, which was received by the Court and file stamped November 13, 2012. On July 3, 2013, Debtor RESIDENTIAL CAPITAL, LLC., (RESIDENTIAL) filed its Twentieth Omnibus Objection to Claims, as to Borrowers' Claims with Insufficient Documentation, I was one of the named creditors in its Objection to Claims.

I hereby request that the Court not disallow my claim.

## STATEMENT OF FACTS

1. I had been a customer of GMAC Mortgage (Account/Loan No.: 0590530705) for over 20 years, when in March of 2009, I learned of the President's announcement of the Government's Home Affordable Refinance Program (HARP). I am on a disability fixed income, and believed that the program would significantly help my financial situation. I reviewed the eligibility requirements and determined that I easily qualified for the program.

2. I immediately submitted my application/modification package, this was in approximately May of 2009. After several month I was informed by a representative of GMAC that I did not qualify for the HARP program. The representative's response did not appear to comport with the stated eligibility requirements of the program, so I asked that my application be review by a GMAC supervisor. Upon this review, I was again denied modification under the HARP program and told I did not qualify. Again, I fully believed that I did in fact meet all the eligibility requirements for inclusion in the HARP program.

3. Because GMAC denied my application, for the past 4 year and 4 months, I have been paying a significantly higher monthly mortgage payment from what I would have been entitled to under HARP. This fact was further established when GMAC transferred my loan to Green Tree (Account/Loan No.: 6256065388).

4. Shortly after my loan was transferred to Green Tree, I was informed by one of its representatives that I did qualify for a loan modification under the HARP program. Green Tree then immediately lowered the interest rate on my mortgage from 6.25% to approximately 3%. This reduction in interest will result in a reduction of my monthly mortgage payments from $992.04, to $750.80; a monthly savings of $241.24. My new monthly payment began this month, (August, 2013). Please see GMAC monthly mortgage statement, attached hereto as Exhibit 1; and Green Tree monthly mortgage statement, attached hereto as Exhibit 2.

5. GMAC's improper denial of my loan modification has resulted in my having to pay at least $12,544.48 more than I should have over the last 4 years and 4 month.

6. To date I have been unable to locate the letters from GMAC documenting its denial of my loan application/modification under the HARP program, but I am continuing to

1  search my records and will provide copies to the Court and interested parties once I have found
2  them. Copies should be available to Debtor from its own records.

### CONCLUSION

Based upon the above, I respectfully request that the Court not disallow my claim

Dated: August 2, 2013

*Mark Ragonese*
Mark Ragonese