Exhibit 1

# GMAC Mortgage Account Statement

**GMAC Mortgage**

**CUSTOMER INFORMATION**
Name: Mark Ragonese
Account Number: ~~0590530705~~
Home Phone #: (818)566-4134

**PROPERTY ADDRESS**
1929 N PEPPER STREET
BURBANK    CA 91505

Visit us at www.gmacmortgage.com for account information or to apply on-line.

*SEPT 2009*

03/23/07  08:28   0009823 20090915 H149603 GMREG  1 OZ DOM #14980000* 146316  GM
#BWNHJPY
#KW06139C40268#

MARK RAGONESE
1929 N PEPPER STREET
BURBANK CA 91505-1535

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0590530705 |
| Current Statement Date | September 14, 2009 |
| Maturity Date | February 01, 2021 |
| Interest Rate | 6.25000 |
| Current Principal Balance* | $89,321.04 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $3,819.11 |
| Taxes Paid Year-to-Date | $0.00 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-888-714-4622

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $992.04 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $992.04 |
| Account Due Date | October 01, 2009 |

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 09/01/09 | 09/14/09 | $992.04 | $524.10 | $467.94 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

If you are considering a new home purchase or refinancing your existing mortgage, we are here to help. Simply call the number above or visit our website for fast, convenient service.

Ally. A Better Way to Bank. Check out our Online Savings Account. It has no monthly fee, no minimum balance, and you can access your money through electronic fund transfers. Learn more at www.ally.com

**See Reverse Side For Important Information**

## Mail This Portion With Your Payment

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee if Received 15 Days AFTER Due Date | |
|---|---|---|---|---|---|
| 0590530705 | 10/01/09 | $992.04 | $992.04 | $1,041.64 | **GMAC Mortgage** |

MARK RAGONESE

Please assist GMAC Mortgage in applying your payment

| | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Sign here to enroll in monthly ACH.
(See back for details.)

GMAC MORTGAGE
PO BOX 79135
PHOENIX AZ 85062-9135

Exhibit 2

relationships that work
# green tree

PO Box 6172
Rapid City, SD 57709-6172

**Account Information**

| | |
|---|---|
| Account # | 6######## |
| Billing Date: | 07/06/2013 |
| Principal Balance*: | $ 63,700.00 |

**NEXT PAYMENT DUE DATE: 08/01/2013**

| | |
|---|---|
| Current Payment: | $ 750.80 |
| Past Due Payment: | |
| Escrow Due: | |
| Insurance Due: | |
| Additional Charges Due: | |
| Billed Late Charges: | |
| **Total Amount Due:** | **$ 750.80** |

#BWNKDVR
#GGGFILGP0#

+ 0436396 000198303 096T01-055801-P1P2P8
MARK RAGONESE
1929 N PEPPER ST
BURBANK CA 91505-1535

*This is not the amount required to pay your account in full.

### GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 7169
Pasadena, CA 91109-7169

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

### IMPORTANT MESSAGES

**A late charge will be assessed if payment is not received within 15 days after the due date listed above.**

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 07/06/2013

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | INSURANCE Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escr Amou |
|---|---|---|---|---|---|---|---|---|---|

*0042S2*

---

Detach and return this portion with remittance


relationships that work
# green tree

-Please make checks payable to Green Tree-
**ACCOUNT NUMBER 625065388**
Receipt of a personal check is authorization to collect payment electronically.



| | |
|---|---|
| PAYMENT DUE DATE | 08/01/2013 |
| TOTAL PAYMENT DUE | 750.80 |
| TOTAL ENCLOSED $ | ☐☐,☐☐☐.☐☐ |

Enter total amount of payment enclosed

Extra Amt to Principal
☐☐☐☐.☐☐

Mark Ragonese
1929 N Pepper St
Burbank CA 91505-1535

GREEN TREE
PO BOX 7169
PASADENA, CA 91109-7169

625065388 8 00075080      0000075080

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Gordon L. Dayton
27247 Madison Avenue, Suite 117, Temecula, CA 92590

A true and correct copy of the foregoing document entitled (*specify*):
Creditor Mark Ragonese' Response to Debtor's Twentieth Omnibus Objecton to Claims

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:
Overnight delivery

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 3, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
By Federal Express Overnight Delivery

Gary S. Lee, Esq.; Norman S. Rosenbaum, Esq.; Jordan A. Wishnew, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/3/2013 | Gordon L. Dayton | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE