**Hearing Date:**        **September 11, 2013 at 10:00 a.m. (ET)**
**Objection Deadline:**        **August 21, 2013 at 4:00 p.m. (ET)**

Rubenstein Associates, Inc.
1345 Avenue of the Americas, 30th Floor
New York, N.Y. 10105
Telephone:    212-843-8000
Facsimile:    212-843-9200
Howard J. Rubenstein

Corporate Communications Consultant
for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------
                                                    )
  In re:                                            )    Case No. 12-12020 (MG)
                                                    )
  RESIDENTIAL CAPITAL, LLC, et al.,                 )    Chapter 11
                                                    )
                                Debtors.            )    Jointly Administered
                                                    )
-------------------------------------------------------------------

**SUMMARY OF THIRD INTERIM APPLICATION OF RUBENSTEIN ASSOCIATES, INC. AS CORPRATE COMMUNICATIONS CONSULTANT FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE <u>PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013</u>**

This is a(n):    ___ monthly    _X_ interim ___ final application.

| | |
|---|---|
| Name of Applicant: | Rubenstein Associates, Inc. ("**Applicant**") |
| Authorized to Provide Professional Services to: | Residential Capital, LLC, *et al*. (collectively, the "**Debtors**") |
| Date of Retention: | Order entered on July 16, 2012 retaining Applicant *nunc pro tunc* to May 14, 2012 |
| Period for which Compensation and Reimbursement is sought: | January 1, 2013 through April 30, 2013 (the "**Application Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $2,317.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,749.75 |

## Summary of Monthly Applications for Third Interim Application Period

Applicant:  Rubenstein Associates, Inc.

Case No.: 12-12020 (MG) - In  re Residential Capital, LLC, et al.

Current Interim Fee Period:   01/01/2013 - 04/30/2013

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 02/28/2013 | 01/01/2013 – 01/31/2013 | $1,635.00 | $1,058.25 | $1,308.00 | $1,058.25 | $327.00 |
| 04/19/2013<br><br>Due to the nominal amounts, this statement combines February & March 2013compensable time and expenses | 02/01/2013 – 03/31/2013 | $682.50 | $1,691.50 | $546.00 | $1,691.50 | $136.50 |
| n/a<br><br>Application not filed since no fees were earned or expenses incurred during this period | 04/01/2013 – 04/30/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **01/01/2013 – 04/30/2013** | **$2,317.50** | **$2,749.75** | **$1,854.00** | **$2,749.75** | **$463.50** |

**Summary of Monthly Applications for First Interim Application Period**
**Pursuant To Court Order Filed December 28, 2012 – Doc # 2530**

Case No.: 12-12020 (MG)
Case Name: In  re Residential Capital, LLC, et al.

Previous Interim Fee Period:  05/14/2012 - 08/31/2012

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed [1] | (5) Fees to be Paid for Current Fee Period[2] | (6) Interim Expenses Requested | (7) Expenses Allowed |
|---|---|---|---|---|---|---|
| Rubenstein Associates, Inc. | 10/11/2012 [1794] | $25,709.75 | $25,147.75 | $21,209.83 | $5,055.83 | $3,632.68 |

**Note**:

As of the August 7, 2013 filing date for the Third Interim Application Period, the unpaid balance due from First Interim Application Period is **$2,514.78**, which represents 10% of the allowed fees noted above.

---

[1] Reflects deductions for write-downs and amounts adjourned to subsequent fee hearings.
[2] Reflects allowed fees, less 10% holdback, less reductions in expenses.

**Summary of Monthly Applications for Second Interim Application Period**
**Pursuant To Court Order Filed April 29, 2013 – Doc # 3556**

Case No.: 12-12020 (MG)
Case Name: In  re Residential Capital, LLC, et al.

Previous Interim Fee Period:  09/01/2012 - 12/31/2012

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[1] | (6) Interim Expenses Requested | (7) Expenses Allowed |
|---|---|---|---|---|---|---|
| Rubenstein Associates, Inc. | 03/14/2013 [3171] | $10,811.25 | $10,811.25 | $9,730.13 | $3,538.50 | $3,538.50 |

**Note**:

As of the August 7, 2013 filing date for the Third Interim Application Period, the unpaid balance due from Second Interim Application Period is **$1,081.12**, which represents 10% of the allowed fees noted above.

---

[1] Reflects allowed fees, less 10% holdback.

Rubenstein Associates, Inc.
1345 Avenue of the Americas, 30th Floor
New York, N.Y. 10105
Telephone:     212-843-8000
Facsimile:     212-843-9200
Howard J. Rubenstein

Corporate Communications Consultant
for the Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------- ) | | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ----------------------------------------------- ) | | |

**THIRD INTERIM APPLICATION OF RUBENSTEIN ASSOCIATES, INC. AS
CORPRATE COMMUNICATIONS CONSULTANT FOR THE DEBTORS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

For its third interim application for compensation and reimbursement of expenses

(the "**Application**") for the period January 1, 2013 through April 30, 2013 (the "**Application**

**Period**"), Rubenstein Associates, Inc. ("**Applicant**"), corporate communications consultant to

Residential Capital, LLC., *et al.*, as debtors and debtors in possession (collectively, the

"**Debtors**"), respectfully represents as follows:

## JURISDICTION, VENUE AND STATUTORY PREDICATES

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157

and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue

of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408

and 1409.

2.     The statutory bases for the relief requested herein are sections 330, 331, and 1103

of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the

United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**").

This Application has been prepared in accordance with General Order M-447, *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, effective February 5, 2013 (the "**Local Guidelines**"), and the *United States*

*Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of*

*Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996  (the "**UST Guidelines**" and,

together with the Local Guidelines, the "**Guidelines**").  Pursuant to the Local Guidelines, a

certification regarding compliance with the Local Guidelines is attached hereto as <u>Exhibit A</u>.

## BACKGROUND

### A.     The Chapter 11 Cases

3.     On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code

sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy

Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

4.    On May 16, 2012, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed a nine member official committee of unsecured creditors (the "**Creditors' Committee**").

5.    On June 20, 2012, the Court directed that an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

**B.    Applicant's Retention and Interim Compensation**

6.    On July 16, 2012, the Court entered the Order Authorizing the Employment and Retention of Rubenstein Associates, Inc. as Corporate Communications Consultant to the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 779], approving Applicant's retention.

7.    On July 17, 2012, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Docket No. 797]. Pursuant to the terms of the Interim Compensation Order, Applicant, among others, is authorized to file and submit monthly fee applications to the Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally Financial Inc., counsel for Barclays Bank PLC, and the United States Trustee (collectively, the "**Notice Parties**").

8.    On February 28, 2013, Applicant served its sixth monthly fee application covering the period from January 1, 2013 through January 31, 2013 (the "**Sixth Monthly Fee Application**") on the Notice Parties. On April 19, 2013, Applicant served its seventh monthly fee application covering the period from February 1, 2013 through March 31, 2013 (the "**Seventh Monthly Fee Application**" and together with the Sixth Monthly Fee Application the "**Monthly Fee Applications**") on the notice parties. Due to the nominal amount of compensable time earned during February and March 2013, the Seventh Monthly Fee Application reflected

the combination of time entries and related expenses for this two month period. Applicant did not serve a monthly fee application covering the period April 1, 2013 through April 30, 2013 on the Notice Parties as no fees were earned or expenses incurred during this period. Applicant did not receive any objections to the Monthly Fee Applications.

9.      The total payments received by Applicant as of the date hereof for fees and expenses related to the Application Period are equal to: (i) 80% of requested compensation from the Monthly Fee Applications and (ii) 100% of requested expenses from the Monthly Fee Applications. Specifically, to date, the Applicant has received payments totaling $4,603.75, representing $1,854.00 in fees and $2,749.75 in expenses.

10.     Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Committee. These records are maintained in the ordinary course of Applicant's practice. For the convenience of this Court and all parties in interest, attached hereto as Exhibit B is a billing summary for the Application Period, setting forth the name of each public relations professional and project assistant who rendered services during the Application Period, the aggregate time expended by each public relations professional and project assistant, the hourly billing rate for each public relations professional and project assistant at Applicant's current billing rates, and the individual amounts requested for each professional. The compensation requested by Applicant is based on the customary compensation charged by comparably skilled practitioners in other similar cases under the Bankruptcy Code.

11.     Applicant also maintains computerized records of all expenses incurred in connection with the performance of professional services. A summary of the amounts and categories of expenses for which reimbursement is sought is attached hereto as Exhibit C.

12.     Copies of Applicant's computerized records of fees and expenses in the format specified by the Guidelines have been served on the Notice Parties with each of the Monthly Fee Applications and are attached hereto as <u>Exhibit D</u>.

13.     There is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

14.     The Monthly Fee Applications submitted by Applicant are subject to a 20% holdback (as is customary in this District) imposed by the Court on the allowance of fees.  The aggregate amount of Applicant's holdback during the Application Period is $463.50.  Applicant respectfully requests, in connection with the relief requested herein, that the Court allow this holdback amount on an interim basis pursuant to sections 330 and 331 of the Bankruptcy Code and authorize the Debtors to satisfy such amounts.

## DESCRIPTION OF SERVICES AND
## <u>EXPENSES AND RELIEF REQUESTED</u>

15.     In general, Applicant has represented the Debtors in connection with the following aspects of the Chapter 11 Cases:

(a)     developed and implemented communications programs and related strategies and initiatives for communications with the Debtors' key constituencies (including customers, employees, vendors, mortgage holders and the media) regarding the Debtors' operations and financial performance and the Debtors' progress through the chapter 11 process;

(b)     developed public relations initiatives for the Debtors to maintain public confidence and internal morale during these Chapter 11 Cases;

(c)     prepared press releases and other public statements for the Debtors, including statements relating to major chapter 11 events;

(d)     prepared other forms of communication to the Debtors' key constituencies and the media, including customer letters and other materials;

(e)     monitored media in connection with Debtor; and

(f)     performed such other communications consulting services as may be requested by Debtors.

16.     Time entries maintained by the Applicant and referenced above have not been assigned specific project categories. In light of the limited nature of the Applicants representation of the Debtors, it would not be meaningful to summarize the services rendered by Applicant on behalf of the Debtors during the Application Period by task code, as they would essentially all fall into the same or similar classification. Accordingly, Exhibit D does not provide for such classification, nor is one provided for in this summary paragraph.

17.     The foregoing descriptions of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 Cases.  The time records attached hereto as <u>Exhibit D</u> present more completely the work performed by Applicant in each billing category during the Application Period.

## <u>CONCLUSION</u>

18.     Applicant believes that the services rendered during the Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses requested were actual and necessary to the performance of Applicant's services.

19.    Applicant therefore requests an order (i) approving interim compensation in the

amount of $2,317.50 and interim reimbursement of expenses in the amount of $2,749.75,[1]

(ii) directing payment of all compensation held back in connection with the Monthly Fee

Applications, and (iii) granting such other and further relief as may be just and proper.

---

[1]    The rates charged for such expenses are (i) equivalent to what Applicant normally bills to its non-bankruptcy clients and (ii) calculated to compensate Applicant for only the actual costs of the expenses.

Dated: August 07, 2013

Howard J. Rubenstein
Rubenstein Associates, Inc.
1345 Avenue of the Americas, 30th Floor
New York, N.Y. 10105
Telephone:      212-843-8000
Facsimile:      212-843-9200

Corporate Communications Consultant
for the Debtors

## **<u>EXHIBIT A</u>**

## **CERTIFICATION STATEMENT REGARDING COMPLIANCE WITH LOCAL GUIDELINES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**Pages A-1 Through A-3**

Corporate Communications Consultant
for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------    )
In re:                                                             )    Case No. 12-12020 (MG)
                                                                   )
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,                           )    Chapter 11
                                                                   )
                                              Debtors.             )    Jointly Administered
---------------------------------------------------------------    )

**CERTIFICATION UNDER GUIDELINES FOR FEES AND**
**DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF**
**THIRD INTERIM APPLICATION OF RUBENSTEIN ASSOCIATES, INC. AS**
**CORPORATE COMMUNICATIONS CONSULTANT FOR THE DEBTORS FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE**
**<u>PERIOD  JANUARY 1, 2013 THROUGH APRIL 30, 2013</u>**

I, Howard J. Rubenstein, hereby certify that:

1.      I am the President with the applicant firm, Rubenstein Associates, Inc. (the

"**Firm**"), which serves as Corporate Communications Consultant to Residential Capital, LLC., *et*

*al.*, as debtors and debtors in possession (collectively, the "**Debtors**").

2.      This certification is made in respect of the Firm's compliance with the *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, Administrative Order M-447, effective February 5, 2013 (the "**Local**

**Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on*

*January 30, 1996* (the "**UST Guidelines**") and the *Order to Establish Procedures for Interim*

*Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Interim**

**Compensation Order**") [Docket No. 172], and collectively with the Local Guidelines and UST

Guidelines, the "**Guidelines**"), in connection with the Firm's application, dated August 7, 2013

(the "**Application**"), for interim compensation and reimbursement of expenses for the period

commencing January 1, 2013 through and including April 30, 2013, in accordance with the

Guidelines.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

(a)      I have read the Application;

(b)      to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

(c)      the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and

(d)      in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

4.      In respect of Section B.2 of the Local Guidelines and as required by the Interim

Compensation Order, I certify that the Firm has complied with the provisions requiring it to

provide the United States Trustee for the Southern District of New York and the Debtors and

their attorneys with a statement of the Firm's fees and expenses accrued during the previous

month.

5.      In respect of Section B.3 of the Local Guidelines, I certify that each of the

Debtors, their attorneys, and the United States Trustee for the Southern District of New York is

being provided with a copy of the Application.

Dated: August 7, 2013

_____
Howard J. Rubenstein
Rubenstein Associates, Inc.
1345 Avenue of the Americas, 30th Floor
New York, N.Y. 10105
Telephone:    212-843-8000
Facsimile:    212-843-9200

Corporate Communications Consultant
for the Debtors

# **EXHIBIT B**

**SUMMARY OF COMPENSABLE TIME BY PUBLIC RELATIONS PROFESSIONAL RUBENSTEIN ASSOCIATES, INC. ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Name of Professional Person | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| H. Rubenstein | President | $750.00 | 0.00 | $0.00 |
| M. Horowitz | Senior Executive Vice President | $525.00 | 1.20 | $630.00 |
| W. Anderson | Executive Vice President | $475.00 | 0.00 | $0.00 |
| A. Stockham | Vice President | $375.00 | 3.30 | $1,237.50 |
| T. Kresler | Vice President | $375.00 | 1.20 | $450.00 |
| M. Sopher | Project Assistant | $185.00 | 0.00 | $0.00 |
| F. Dixon | Project Assistant | $185.00 | 0.00 | $0.00 |

**Blended Hourly Rate  $        406.58**

**Total hours Billed:            5.70**

**GRAND TOTAL:          $2,317.50**

## EXHIBIT C

## SUMMARY OF EXPENSES BY CATEGORY INCURRED BY PUBLIC RELATIONS PROFEESSIONAL RUBENSTEIN ASSOCIATES, INC. ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Expense Category | Service Provider (if applicable) | | |
|---|---|---|---|
| AIRFARE | | $ | - |
| GROUND TRANSPORTATION | | $ | - |
| LODGING | | $ | - |
| MEALS | | $ | - |
| PR NEWSWIRE | | $ | 2,749.75 |
| TOTAL EXPENSES: | | $ | 2,749.75 |

C-1

## **<u>EXHIBIT D</u>**

COPIES OF:


SIXTH MONTHLY FEE APPLICATION FILED FEBRUARY 28, 2013

(pages D-1.1 through D-1.6)


SEVENTH MONTHLY FEE APPLICATION FILED APRIL 19, 2013

(pages D-2.1 through D-2.6)

# RUBENSTEIN ASSOCIATES, INC.

Public Relations

1345 Avenue of the Americas
New York, New York 10105-0109
212-843-8000
Fax 212-843-9200

February 28, 2013

## VIA HAND DELIVERY

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Re:    ***In re Residential Capital, LLC, et al.***
       Case No. 12-12020

Dear Counsel:

      Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Rubenstein Associates, Inc.'s sixth monthly fee statement for the period January 1, 2013 through January 31, 2013 (the "Statement"), which was served on the parties listed in paragraph (a) of the Order, on February 28, 2013.

      In the absence of a timely objection, the Debtors shall pay $2,366.25 consisting of the sum of (a) $1,308.00 an amount equal to 80% of the fees ($1,308.00 = $1,635.00 x 0.80) and (b) $1,058.25 an amount equal to 100% of the expenses incurred during the Statement period.

      Objections to the Statement are due by March 20, 2013.

Sincerely,

Howard J. Rubenstein
President

Encl.

# RUBENSTEIN ASSOCIATES, INC.

Public Relations

1345 Avenue of the Americas
New York, New York 10105-0109
212-843-8000
Fax 212-843-9200

## INVOICE

Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

Invoice Number:   P12959
Invoice Date:   2/28/2013
Project Code:   17106

Attn: Tammy Hamzehpour

Re: PR Services for 1/1/2013 - 1/31/2013

| | |
|---|---:|
| Public Relations Services for 1/1/2013 - 1/31/2013 (see Exhibit A & B for details) | $ 1,635.00 |
| Expenses (see Exhibit C for details) | 1,058.25 |
| Invoice Total: | 2,693.25 |
| Less 20% holdback of PR Services due upon court approval of Interim Fee Application | (327.00) |
| **Total Amount Due At Expiration of Objection Period (3/20/2013)** | **$2,366.25** |

**EXHIBIT "A"**
**SUMMARY OF COMPENSABLE TIME**

| Name of Professional Person | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| H. Rubenstein | President | $750.00 | 0.00 | $0.00 |
| M. Horowitz | Senior Executive Vice President | $525.00 | 0.90 | $472.50 |
| W. Anderson | Executive Vice President | $475.00 | 0.00 | $0.00 |
| A. Stockham | Vice President | $375.00 | 2.20 | $825.00 |
| T. Kresler | Vice President | $375.00 | 0.90 | $337.50 |
| M. Sopher | Project Assistant | $185.00 | 0.00 | $0.00 |
| F. Dixon | Project Assistant | $185.00 | 0.00 | $0.00 |

**Blended Hourly Rate:  $        408.75**

**Total hours Billed:              4.00**

**GRAND TOTAL:          $1,635.00**

EXHIBIT "B"

**EXHIBIT "B"**
**PROFESSIONAL SERVICES**
**For the time period January 2, 2013 through January 31, 2013**

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| Mon, January 07, 2013 | A. Stockham | Email with Susan Fitzpatrick to establish meeting (.1) | 0.10 hours | $ | 37.50 |
| Tue, January 08, 2013 | A. Stockham | Update meeting with Susan Fitzpatrick to discuss communications for end of bankruptcy timeframe (via phone) | 0.90 hours | $ | 337.50 |
| Tue, January 08, 2013 | M. Horowitz | Update meeting with Susan Fitzpatrick to discuss communications for end of bankruptcy timeframe | 0.90 hours | $ | 472.50 |
| Tue, January 08, 2013 | T. Kresler | Update meeting with Susan Fitzpatrick to discuss communications for end of bankruptcy timeframe | 0.90 hours | $ | 337.50 |
| Wed, January 30, 2013 | A. Stockham | Drafted and edited Walter sale completion press release (.7); discussed press release draft via email with client (.1); | 0.80 hours | $ | 300.00 |
| Thu, January 31, 2013 | A. Stockham | Prepped press release for distribution via BusinessWire (.3); emailed with client to confirm press release content and distribution (.1) | 0.40 hours | $ | 150.00 |

**SUBTOTAL:**                                                             **[  4.00 hours    $  1,635.00  ]**

**TOTAL TIME CHARGES**                                             **4.00 hours    $  1,635.00**

* Footnote: In light of the limited nature of Rubenstein's representation of the Debtors, the time entries have not been assigned to project categories.

## EXHIBIT "B"
## EXPENSES
**For the time period January 1, 2013 through January 31, 2013**

| | | | | Qty/Price |
|---|---|---|---|---|

### AIRFARE

(none)

**SUBTOTAL AIRFARE:**                                                                 [ $              -    ]


### GROUND TRANSPORTATION

(none)

**SUBTOTAL GROUND TRANSPORTATION:**                                                   [ $              -    ]


### LODGING

(none)

**SUBTOTAL LODGING:**                                                                 [ $              -    ]


### MEALS

(none)

**SUBTOTAL MEALS:**                                                                   [ $              -    ]


### PR NEWSWIRE

| | | | |
|---|---|---|---|
| 01/31/2013 | Expense Report | PR Newswire | $   1,058.25 |
| | | Invoice # 4196681 | |
| | | Date of Service: 01/31/2013 | |
| | | Business Wire, Inc. | |
| | | ResCap Completes Sale of Origination and Capital Markets Platform Assets To Walter Investment Management Corp. | |


**SUBTOTAL PR NEWSWIRE:**                                                             [ $   1,058.25  ]


**TOTAL ADDITIONAL CHARGES:**                                                           $   1,058.25

* Footnote: Meal costs are reduced to be in compliance with local rules limiting individual meals to $20.00

## EXHIBIT "C"
## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | | |
|---|---|---|---|
| AIRFARE | | $ | - |
| GROUND TRANSPORTATION | | $ | - |
| LODGING | | $ | - |
| MEALS | | $ | - |
| PR NEWSWIRE | Business Wire, Inc. | $ | 1,058.25 |
| **TOTAL EXPENSES:** | | **$** | **1,058.25** |

# RUBENSTEIN ASSOCIATES, INC.

Public Relations

1345 Avenue of the Americas
New York, New York 10105-0109
212-843-8000
Fax 212-843-9200

April 19, 2013

## VIA HAND DELIVERY

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
       Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
       and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
       Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
       Jonathan H. Hofer

Re:   *In re Residential Capital, LLC, et al.*
      Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Rubenstein Associates, Inc.'s seventh monthly fee statement for the period February 1, 2013 through March 31, 2013 (the "Statement"), which was served on the parties listed in paragraph (a) of the Order, on April 19, 2013.

Due to the nominal amount of compensable time earned during February and March 2013, the seventh monthly fee statement of Rubenstein Associates, Inc. reflects the combination of time entries (and related expenses) for the period February 1, 2013 through March 31, 2013.

In the absence of a timely objection, the Debtors shall pay $2,237.50 consisting of the sum of (a) $546.00 an amount equal to 80% of the fees ($546.00 = $682.50 x 0.80) and (b) $1,691.50 an amount equal to 100% of the expenses incurred during the Statement period.

Objections to the Statement are due by May 10, 2013.

Sincerely,

Howard J. Rubenstein
President

D-2.1

# RUBENSTEIN ASSOCIATES, INC.

Public Relations

1345 Avenue of the Americas
New York, New York 10105-0109
212-843-8000
Fax 212-843-9200

## INVOICE

Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

Attn: Tammy Hamzehpour

| | |
|---|---|
| Invoice Number: | P13550 |
| Invoice Date: | 4/19/2013 |
| Project Code: | 17106 |

Re: PR Services for 2/1/2013 - 3/31/2013

---

| | | |
|---|---|---:|
| Public Relations Services for 2/1/2013 - 3/31/2013 (see Exhibit A & B for details) | $ | 682.50 |
| Expenses (see Exhibit C for details) | | 1,691.50 |
| Invoice Total: | | 2,374.00 |
| Less 20% holdback of PR Services due upon court approval of Interim Fee Application | | (136.50) |
| **Total Amount Due At Expiration of Objection Period (5/10/2013)** | | **$2,237.50** |

**Note:**

Due to the nominal amount of compensable time earned during February and March 2013 , the seventh monthly fee statement of Rubenstein Associates, Inc. reflects the combination of time entries (and related expenses) for the period February 1, 2013 through March 31, 2013.

**EXHIBIT "A"**
**SUMMARY OF COMPENSABLE TIME**
**For the time period February 1, 2013 through March 31, 2013**

| Name of Professional Person | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| H. Rubenstein | President | $750.00 | 0.00 | $0.00 |
| M. Horowitz | Senior Executive Vice President | $525.00 | 0.30 | $157.50 |
| W. Anderson | Executive Vice President | $475.00 | 0.00 | $0.00 |
| A. Stockham | Vice President | $375.00 | 1.10 | $412.50 |
| T. Kresler | Vice President | $375.00 | 0.30 | $112.50 |
| M. Sopher | Project Assistant | $185.00 | 0.00 | $0.00 |
| F. Dixon | Project Assistant | $185.00 | 0.00 | $0.00 |

**Blended Hourly Rate:  $        401.47**

**Total hours Billed:              1.70**

**GRAND TOTAL:              $682.50**

**Note:**

Due to the nominal amount of compensable time earned during February and March 2013 , the seventh monthly fee statement of Rubenstein Associates, Inc. reflects the combination of time entries (and related expenses) for the period February 1, 2013 through March 31, 2013.

EXHIBIT "B"

12-12020-mg   Doc 4523   Filed 08/06/13   Entered 08/06/13 18:04:43   Main Document
PROFESSIONAL SERVICES
Pg 30 of 32
For the time period February 1, 2013 through March 31, 2013

| | | | Hours | Amount |
|---|---|---|---|---|
| Mon, February 04, 2013 | A. Stockham | Uploaded Berkshire Hathaway press release to BusinessWire for distribution (.2) | 0.20 hours | $ 75.00 |
| Tue, February 05, 2013 | A. Stockham | Communicated with Susan Fitzpatrick on timing of press release (.1), contacted BusinessWire to have them distribute release (.1) | 0.20 hours | $ 75.00 |
| Thu, February 14, 2013 | A. Stockham | Uploaded ResCap-Ocwen release to BusinessWire (.1); confirmed release details with Susan Fitzpatrick via email (.1) | 0.20 hours | $ 75.00 |
| Fri, February 15, 2013 | A. Stockham | Updated ResCap-Ocwen release on BusinessWire (.1); confirmed release to send via BusinessWire | 0.20 hours | $ 75.00 |
| Thu, March 07, 2013 | A. Stockham | Call with Susan Fitzpatrick to discuss account changing over to estate (.2); Call with Tammy Hamzehpour to discuss future PR needs for ResCap estate (.1) | 0.30 hours | $ 112.50 |
| Thu, March 07, 2013 | M. Horowitz | Call with Susan Fitzpatrick to discuss account changing over to estate (.2); Call with Tammy Hamzehpour to discuss future PR needs for ResCap estate (.1) | 0.30 hours | $ 157.50 |
| Thu, March 07, 2013 | T. Kresler | Call with Susan Fitzpatrick to discuss account changing over to estate (.2); Call with Tammy Hamzehpour to discuss future PR needs for ResCap estate (.1) | 0.30 hours | $ 112.50 |

**SUBTOTAL:**  [ **1.70 hours** **$ 682.50**

**TOTAL TIME CHARGES**  **1.70 hours** **$ 682.50**


**Notes:**

In light of the limited nature of Rubenstein's representation of the Debtors, the time entries have not been assigned to project categories.

Due to the nominal amount of compensable time earned during February and March 2013 , the seventh monthly fee statement of Rubenstein Associates, Inc. reflects the combination of time entries (and related expenses) for the period February 1, 2013 through March 31, 2013.

**EXHIBIT "B"**
**EXPENSES**
**For the time period February 1, 2013 through March 31, 2013**

|  |  |  | Qty/Price |
|---|---|---|---|

### AIRFARE

(none)

**SUBTOTAL AIRFARE:**  [ $    -  ]

### GROUND TRANSPORTATION

(none)

**SUBTOTAL GROUND TRANSPORTATION:**  [ $    -  ]

### LODGING

(none)

**SUBTOTAL LODGING:**  [ $    -  ]

### MEALS

(none)

**SUBTOTAL MEALS:**  [ $    -  ]

### PR NEWSWIRE

| 02/05/2013 | Expense Report | PR Newswire | $ 845.75 |
|---|---|---|---|
|  |  | Invoice # 4198500 |  |
|  |  | Date of Service: 02/05/2013 |  |
|  |  | Business Wire, Inc. |  |
|  |  | ResCap Completes Sale of Whole Loan Portfolio to Berkshire Hathaway |  |
| 02/15/2013 | Expense Report | PR Newswire | $ 845.75 |
|  |  | Invoice # 4203503 |  |
|  |  | Date of Service: 02/15/2013 |  |
|  |  | Business Wire, Inc. |  |
|  |  | ResCap Completes Sale of Servicing Platform Assets to Ocwen Loan Servicing, LLC |  |

**SUBTOTAL PR NEWSWIRE:**  [ $  1,691.50  ]

**TOTAL ADDITIONAL CHARGES:**  $  1,691.50

**Notes:**

Meal costs (when incurred) have been reduced to be in compliance with local rules limiting individual meals to $20.00

Due to the nominal amount of compensable time earned during February and March 2013 , the seventh monthly fee statement of Rubenstein Associates, Inc. reflects the combination of time entries (and related expenses) for the period February 1, 2013 through March 31, 2013.

## EXHIBIT "C"
## EXPENSE SUMMARY
## For the time period February 1, 2013 through March 31, 2013

| Expense Category | Service Provider (if applicable) | | |
|---|---|---|---|
| AIRFARE | | $ | - |
| GROUND TRANSPORTATION | | $ | - |
| LODGING | | $ | - |
| MEALS | | $ | - |
| PR NEWSWIRE | Business Wire, Inc. | $ | 1,691.50 |
| **TOTAL EXPENSES:** | | **$** | **1,691.50** |

**Note:**

Due to the nominal amount of compensable time earned during February and March 2013 , the seventh monthly fee statement of Rubenstein Associates, Inc. reflects the combination of time entries (and related expenses) for the period February 1, 2013 through March 31, 2013.