Katharine I. Crost (New York Bar No. 1391523)
Lorraine S. McGowen (New York Bar No. 2137727)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Special Securitization Transactional
and Litigation Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SUMMARY OF THIRD INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

|  |  |
|---|---|
| This is a(n): ___ monthly  _X_ interim ___ final application. | |
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("**Applicant**") |
| Authorized to Provide Professional Services to: | Residential Capital, LLC, *et al.* (collectively, the "**Debtors**") |
| Date of Retention: | Order entered on July 27, 2012 retaining Applicant *nunc pro tunc* to May 14, 2012 |
| Period for which Compensation and Reimbursement is sought: | January 1, 2013 through April 30, 2013 (the "**Application Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $241,619.73 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $558.40 |
| Total Fees & Expenses: | $242,178.13 |
| Prior Interim Applications: | First Quarterly for the Time Period of May 14 - August 31, 2012 in the amount of fees of $733,357.07 and expenses of $678.12

Second Quarterly for the Time Period of September 1 – December 31, 2012 in the amount of fees of $674,764.98 and expenses of $611.43 |

## SUMMARY OF MONTHLY FEE STATEMENTS FOR THE APPLICATION PERIOD

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 3/1/13 | 1/1/13-1/31/13 | $108,904.07 | $335.50 | $79,676.66 | $335.50 | $21,780.81 |
| 4/18/13 | 2/1/13-2/28/13 | $107,837.98 | $79.40 | $0.00 | $0.00 | $21,567.59 |
| 4/23/13 | 3/1/13-3/31/13 | $16,069.74 | $78.00 | $0.00 | $0.00 | $3,213.94 |
| 5/14/13 | 4/1/13-4/30/13 | $8,807.94 | $65.50 | $0.00 | $0.00 | $1,761.58 |
| **TOTAL** | **1/1/13-4/30/13** | **$241,619.73** | **$558.40** | **$79,676.66** | **$335.50** | **$48,323.92** |

## SUMMARY OF PROFESSIONAL SERVICES RENDERED
## BY PROFESSIONAL FOR THE APPLICATION PERIOD

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners/Of Counsel** | | | | |
| Katharine I. Crost | Structured Finance<br>1978 | $874.00 | 0.40 | $349.60 |
| Daniel J. Dunne | Securities Litigation & Regulatory Enforcement<br>1985 | $741.00 | 3.10 | $2,297.10 |
| Martin B. Howard | Structured Finance<br>1986 | $731.50 | 64.60 | $47,254.90 |
| Stephen J. Jackson | Tax<br>1996 | $736.25 | 14.90 | $10,970.16 |

2

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dora Y. Mao | Structured Finance 1987 | $660.25 | 4.00 | $2,641.01 |
| Thomas C. Mitchell | Restructuring 1985 | $790.00 | 2.70 | $2,133.00 |
| John Narducci | Tax 1988 | $850.25 | 0.60 | $510.15 |
| Kenneth Whyburn | Tax 1980 | $755.24 | 0.30 | $226.57 |
| **Associates** | | | | |
| Duane K. Beasley | Structured Finance 2000 | $612.75 | 126.70 | $77,635.50 |
| Dennis M. Bent | Structured Finance 2005 | $451.25 | 123.80 | $55,864.90 |
| James Drury-Smith | Emerging Companies 2005 | $489.25 | 0.30 | $146.78 |
| John A. Farmer | Banking & Debt Capital Markets 2004 | $342.00 | 15.40 | $5,266.80 |
| Debra L. Felder | Restructuring 2002 | $617.50 | 44.70 | $27,602.25 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 27.20 | $6,976.80 |
| Margaret A. Goetz | Paralegal | $242.25 | 5.20 | $1,259.71 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 1.70 | $484.50 |

3

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Total Professional Hours and Fees** | | | **435.60** | **$241,619.73** |
| **Total Hourly Blended Rate (excluding paralegals/paraprofessionals)** | | | | **$580.07**<br><br>($232,898.72/ 401.50 hrs = $580.07) |

## SUMMARY OF EXPENSES INCURRED DURING THE APPLICATION PERIOD

| Expense Category | Amount |
|---|---|
| CourtCall | $250.00 |
| Court Filing Fee | $200.00 |
| Hand Delivery | $29.00 |
| Pacer | $79.40 |
| **Total** | **$558.40** |

4

## SUMMARY OF PROFESSIONAL SERVICES RENDERED
## BY PROJECT CATEGORY DURING THE APPLICATION PERIOD

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 141 | PSA Amendments | 306.40 | $172,506.57 |
| 142 | General Bankruptcy Administration | 1.20 | $765.70 |
| 143 | Retention | 4.60 | $2,299.00 |
| 144 | Compensation | 68.20 | $32,321.85 |
| 146 | Securitization Questions | 4.10 | $2,785.89 |
| 148 | Resolution of Pre-Bankruptcy Transactions | 47.90 | $28,645.04 |
| 150 | Non-Securitization Issues | 3.20 | $2,295.68 |
| **Total Hours & Fees Incurred** | | **435.60** | **$241,619.73** |

5