# EXHIBIT B

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 141 | PSA Amendments | 306.40 | $172,506.57 |
| 142 | General Bankruptcy Administration | 1.20 | $765.70 |
| 143 | Retention | 4.60 | $2,299.00 |
| 144 | Compensation | 68.20 | $32,321.85 |
| 146 | Securitization Questions | 4.10 | $2,785.89 |
| 148 | Resolution of Pre-Bankruptcy Transactions | 47.90 | $28,645.04 |
| 150 | Non-Securitization Issues | 3.20 | $2,295.68 |
| **Total Hours & Fees Incurred** | | **435.60** | **$241,619.73** |