# EXHIBIT C

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners/Of Counsel** | | | | |
| Katharine I. Crost | Structured Finance<br>1978 | $874.00 | 0.40 | $349.60 |
| Daniel J. Dunne | Securities Litigation & Regulatory Enforcement<br>1985 | $741.00 | 3.10 | $2,297.10 |
| Martin B. Howard | Structured Finance<br>1986 | $731.50 | 64.60 | $47,254.90 |
| Stephen J. Jackson | Tax<br>1996 | $736.25 | 14.90 | $10,970.16 |
| Dora Y. Mao | Structured Finance<br>1987 | $660.25 | 4.00 | $2,641.01 |
| Thomas C. Mitchell | Restructuring<br>1985 | $790.00 | 2.70 | $2,133.00 |
| John Narducci | Tax<br>1988 | $850.25 | 0.60 | $510.15 |
| Kenneth Whyburn | Tax<br>1980 | $755.24 | 0.30 | $226.57 |
| **Associates** | | | | |
| Duane K. Beasley | Structured Finance<br>2000 | $612.75 | 126.70 | $77,635.50 |

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dennis M. Bent | Structured Finance 2005 | $451.25 | 123.80 | $55,864.90 |
| James Drury-Smith | Emerging Companies 2005 | $489.25 | 0.30 | $146.78 |
| John A. Farmer | Banking & Debt Capital Markets 2004 | $342.00 | 15.40 | $5,266.80 |
| Debra L. Felder | Restructuring 2002 | $617.50 | 44.70 | $27,602.25 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 27.20 | $6,976.80 |
| Margaret A. Goetz | Paralegal | $242.25 | 5.20 | $1,259.71 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 1.70 | $484.50 |
| **Total Professional Hours and Fees** | | | **435.60** | **$241,619.73** |
| **Total Hourly Blended Rate** (excluding paralegals/paraprofessionals) | | | | **$580.07** ($232,898.72/ 401.50 hrs = $580.07) |