# EXHIBIT D

### SUMMARY OF EXPENSES INCURRED BY
### ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL
### SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE
### DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Expense Category | Amount |
|---|---:|
| CourtCall | $250.00 |
| Court Filing Fee | $200.00 |
| Hand Delivery | $29.00 |
| Pacer | $79.40 |
| **Total** | **$558.40** |