Pg 1 of 1

# EXHIBIT E

**Exhibit E-1:** Orrick's Eighth Monthly Fee Statement for the Time Period January 1, 2013 – January 31, 2013

**Exhibit E-2:** Orrick's Ninth Monthly Fee Statement for the Time Period February 1, 2013 – February 28, 2013

**Exhibit E-3:** Orrick's Tenth Monthly Fee Statement for the Time Period March 1, 2013 – March 31, 2013

**Exhibit E-4:** Orrick's Eleventh Monthly Fee Statement for the Time Period April 1, 2013 – April 30, 2013