Katharine I. Crost (New York Bar No. 1391523)
Lorraine S. McGowen (New York Bar No. 2137727)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

*Special Securitization Transactional*
*and Litigation Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF SERVICE

    I, PATRICIA A. REYES, hereby depose and say that I am employed by Orrick, Herrington & Sutcliffe LLP ("Orrick"), Special Securitization Transactional and Litigation Counsel to the Debtors and Debtors in Possession in the above-reference cases.

    On August 7, 2013, I caused the following documents to be served via UPS and electronic mail to those parties as identified on the following page.

**THIRD INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP**
**AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL**
**FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES INCURRED FOR THE PERIOD**
**JANUARY 1, 2013 THROUGH APRIL 30, 2013 ALONG WITH**
**SUMMARY CHARTS AND EXHIBITS THERTO**

**Hard Copy Via UPS (Next Day):**

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

**Hard-Copy and Searchable PDF Via
UPS (Next Day)**

Office of the United States Trustee
U.S. Federal Office Building
Attn: Brian S. Masumoto
201 Varick Street, Suite 1006
New York, NY 10014

Office of the United States Trustee
U.S. Federal Office Building
Attn: Michael Driscoll
201 Varick Street, Suite 1006
New York, NY 10014

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street
First Floor
Poughkeepsie, New York 12601

**Via Electronic Mail:**

lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com
smolison@mofo.com
keckstein@kramerlevin.com
dmannal@kramerlevin.com
ken.ziman@skadden.com
jhofer@skadden.com
tracy.davis2@usdoj.gov
brian.masumoto@usdoj.gov
Eric.J.Small@usdoj.gov
linda.riffkin@usdoj.gov
Michael.Driscoll@usdoj.gov
richard.cieri@kirkland.com
ray.schrock@kirkland.com
erichards@mofo.com

Dated: August 7, 2013

*/S/ PATRICIA A. REYES*
Patricia A. Reyes
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500

*Special Securitization Transactional
and Litigation Counsel to the Debtors
and Debtors in Possession*

Subscribe and Sworn to before me
this 7th day of August 2013

*/S/ MICHELLE JONES*
Notary Public

My Commission Expires: 4/30/16