David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-300-3435
Facsimile: 302-300-3456
Email: david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**USAA FEDERAL SAVINGS BANK'S NOTICE**
**OF WITHDRAWAL OF PROOF OF CLAIM**

USAA Federal Savings Bank ("USAA") hereby withdraws Proof of Claim No. 3731 (the "Claim"), filed on November 8, 2012 against GMAC Mortgage, LLC, one of the debtors (the "Debtors") in the above-captioned cases. USAA respectfully reserves all rights and claims it otherwise may have against any and all non-debtor affiliates of the Debtors, including, without limitation, the non-debtor Ally Bank.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: August 7, 2013 | */s/ David M. Powlen* |
| | David M. Powlen (DP – 0678) |
| | BARNES & THORNBURG LLP |
| | 1000 North West Street, Suite 1500 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 300-3435 |
| | Facsimile: (302) 300-3456 |
| | Email: david.powlen@btlaw.com |
| | |
| | *Attorneys for USAA Federal Savings Bank* |

WIDS01 4871v1