Hearing Date:  September 11, 2013, 10:00 a.m.
Objection Deadline:  August 21, 2013, 4 p.m.
Reply Deadline:  September 9, 2013, 12:00 p.m.

Selena J. Linde
(Admitted Pro Hac Vice)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
SLinde@perkinscoie.com
Telephone: 202.654.6221
Facsimile: 202.654.9952

Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone:  212.262.6905
Facsimile:  212.977.1636

*Special Insurance Coverage*
*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL LLC, <u>et al.</u>[1], | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUMMARY OF THE FIRST INTERIM APPLICATION OF PERKINS COIE LLP
AS SPECIAL INSURANCE COVERAGE COUNSEL TO THE DEBTORS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE PERIOD MARCH 20, 2013 THROUGH APRIL 30, 2013</u>**

This is an interim application.

| Name of applicant: | Perkins Coie LLP |
|---|---|
| Authorized to provide professional services to: | Residential Capital, LLC; Residential Funding Corporation; and Homecomings Financial Network, Inc. |
| Date of retention: | May 31, 2013 *nunc pro tunc* to March 20, 2013 |
| Period for which compensation and reimbursement is sought: | March 20, 2013 through April 30, 2013 |

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings (Docket No. 6).

| Name of applicant: | Perkins Coie LLP |
|---|---|
| Amount of compensation sought as actual, reasonable and necessary: | $441,806.00[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $795.62[3] |

### Summary of Compensation and Expenses Requested and Amounts Previously Paid

| Date Submitted | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 6/27/2013 | 3/20/2013 - 3/31/2013 | $95,403.00 | $248.64 | $0.00 | $0.00 | $19,080.60 |
| 6/27/2013 | 4/01/2013 - 4/30/2013 | $346,403.00 | $546.98 | $0.00 | $0.00 | $69,280.60 |
| **TOTAL** | 3/20/2013 - 4/30/2013 | $441,806.00 | $795.62 | $0.00 | $0.00 | $88,361.20 |

### Summary of Professional Services Rendered

| Name of Professional | Department and Licensure | Billing Rate/Hr. | Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Bridgeman, Randy A. | Corporate Governance & Transactions, (IL 1995), (MI 1992) | $620.00 | 9.20 | $5,704.00 |
| Carroll, Schuyler G. | Financial Transactions & Restructuring, (NY 1993) | $825.00 | 18.90 | 15,592.50 |
| Chopra, Vivek | Insurance Coverage Litigation, (DC 1998), (MD 2002) | $640.00 | 27.30 | 17,472.00 |
| Kellner, Leon B. | Insurance Coverage Litigation, (DC 1996), (NY 1972), (FL 1985) | $900.00 | 45.1 | 40,590.00 |
| Linde, Selena J. | Insurance Coverage Litigation, (DC 1999), (MD 1997) | $725.00 | 105 | 76,125.00 |
| Sharkey, Michael T. | Insurance Coverage Litigation, (DC 1997), (MD 1994) | $725.00 | 93.8 | 68,005.00 |
| Tracey, Peter L. | Insurance Coverage Litigation, (DC 2000), (DE 2011), (PA 1990) | $685.00 | 95.30 | 65,280.50 |

---

[2] Compensation requested after voluntary reductions totaling $8,713.50.
[3] Reimbursement of expenses requested after voluntary reductions totaling $3,279.50.

ii

| Name of Professional | Department and Licensure | Billing Rate/Hr. | Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates and Sr. Counsel** | | | | |
| Berlin, Hayley L. | Privacy & Data Security, (MI 2012), (WA 2011) | $410.00 | 9.70 | 3,977.00 |
| Coombs, Aaron D. | Insurance Coverage Litigation, (DC 2009), (VA 2008) | $470.00 | 63.00 | 29,610.00 |
| Crandell, Rusty D. | Securities Litigation, (AZ 2008) | $475.00 | 40.70 | 19,332.50 |
| Feldman, Stephen M. | Insurance Coverage Litigation, (OR 1993) | $575.00 | 21.80 | 12,535.00 |
| Fisher, Jaina C. | Insurance Coverage Litigation, (WA 2009) | $365.00 | 24.50 | 8,942.50 |
| Gellert, Nicholas P. | Insurance Coverage Litigation, (WA 1988) | $565.00 | 10.70 | 6,045.50 |
| Haider, Shan A. | Financial Transactions & Restructuring, (NY 2007) | $395.00 | 2.20 | 869.00 |
| Podsiadlik, Nicholaus A. | Business Litigation, (AZ 2011) | $405.00 | 127.70 | 51,718.50 |
| Russell, Samuel B. | Insurance Coverage Litigation, (DC 2011), (FL 2008), (VA 2012) | $470.00 | 21.50 | 10,105.00 |
| Schreiner, John P. | Corporate Governance & Transactions, (IL 2005) | $495.00 | 7.40 | 3,663.00 |
| Vanacore, Jeffrey D. | Financial Transactions & Restructuring, (NY 2003), (CO 2001), (NJ 2003) | $535.00 | 17.70 | 9,469.50 |
| **Attorney Fees Incurred and Blended Rate:** | | $600.18 | 741.50 | $445,036.50 |
| **Paraprofessionals** | | | | |
| Ellias, Ann B. | Paralegal | $295.00 | .50 | 147.50 |
| Kuhlman, Rene D. | PTS Analyst | $260.00 | 2.60 | 676.00 |
| Sisson, Eric S. | Paralegal | $235.00 | 18.50 | 4,347.50 |
| Yeryomenko, Maxim A. | PTS Analyst | $260.00 | 1.20 | 312.00 |
| **Paraprofessional Fees Incurred:** | | | 22.80 | 5,483.00 |

| | | | | |
|---|---|---|---|---|
| **Subtotal Fees Incurred** | | | | **450,519.60** |
| Less client accommodations for: | | | | |
| 029 | Non-Working Travel (50% reduction) | | | (7,890.00) |
| 035 | Minimal Working Hours (100% reduction) | | | (823.50 |
| **Total Fees Requested** | | | **764.30** | **$441,806.00** |

iii

Hearing Date:  September 11, 2013, 10:00 a.m.
Objection Deadline:  August 21, 2013, 4 p.m.
Reply Deadline:  September 9, 2013, 12:00 p.m.

Selena J. Linde
(Admitted Pro Hac Vice)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
SLinde@perkinscoie.com
Telephone: 202.654.6221
Facsimile: 202.654.9952

Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone:  212.262.6905
Facsimile:  212.977.1636

*Special Insurance Coverage*
*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No.: 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### FIRST INTERIM APPLICATION OF PERKINS COIE LLP AS SPECIAL INSURANCE COVERAGE COUNSEL TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 20, 2013 THROUGH APRIL 30, 2013

For its first interim application for compensation and reimbursement of expenses (the

"**Application**") for the period from March 20, 2013 through April 30, 2013 (the "**Application**

**Period**"), Perkins Coie LLP (the "**Applicant**" or the "**Firm**"), special insurance coverage

counsel to Residential Capital, LLC, Residential Funding Corporation, and Homecomings

Financial Network, Inc., as debtors and debtors in possession (collectively, the "**Debtors**"),

respectfully represents as follows:

## PRELIMINARY STATEMENT

As discussed in greater detail below, Applicant represented the Debtors in connection with investigating, analyzing and seeking insurance coverage proceeds under more than 160 Directors & Officers and Errors & Omissions liability insurance policies sold to Ally or its predecessor and covering the Debtors as insureds, for coverage for numerous underlying actions and claims against the Debtors. Debtors' claims for coverage under these policies (whose limits totaled well over a billion dollars) represented a significant asset of the Debtors' estates. The insurance companies had raised, or reserved their rights to raise, numerous defenses to coverage for these claims. Applicant was tasked with undertaking a full coverage analysis of these coverage claims and insurer defenses, and advising the Debtors on approaches to pursue and maximize the value of the insurance claims. Applicant also made presentations relating to the coverage claims to creditors and insurance companies. Applicant worked on an accelerated basis under significant time constraints while adhering to all deadlines set by the Debtors. Ultimately, Applicant assisted Debtors in negotiating and drafting assignments of the rights to the proceeds of these insurance coverage claims to various parties as part of the overall settlements it reached with Ally and numerous creditors.

Applicant's services provided substantial value to the Debtors. Applicant's analysis assisted Debtors in understanding the value of the insurance assets, which in turn helped Debtors determine how best to use these assets in negotiations with creditors and Ally. Applicant's efforts in presenting the insurance claims to numerous insurance companies, and in negotiating and drafting the provisions of the assignments of the insurance rights to other parties, were designed to minimize potential insurance company defenses to coverage, thereby increasing the

value of the insurance assets as a tool to achieving the settlements with Ally and numerous creditors.

## JURISDICTION, VENUE AND STATUTORY PREDICATES

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"). This Application has been prepared in accordance with General Order M-447, *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, effective as of February 5, 2013 (the "**Local Guidelines**"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996 (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Guidelines**").  Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as <u>Exhibit A</u>.

## BACKGROUND

### A.      <u>The Chapter 11 Cases</u>

3.      On May 14, 2012 the ("**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code

sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy

Rule 1015(b) and the Order Authorizing Joint Administration of the Debtors' Chapter 11 Cases

[Docket No. 59].

4.       On July 3, 2013, the Debtors filed the Joint Chapter 11 Plan Proposed by

Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No.

4153], and on July 4, 2013 filed the Proposed Disclosure Statement for the Joint Chapter 11 Plan

of Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket

No. 4157]. The hearing on the Disclosure Statement is currently scheduled for August 21, 2013.

**B.       Applicant's Retention and Interim Compensation**

5.       On July 17, 2012, the Court entered the Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals (the "**Interim Compensation**

**Order**") [Docket No. 797].  Pursuant to the terms of the Interim Compensation Order, Applicant,

among others, is authorized to submit monthly statements to the Debtors, counsel for the

Creditors' Committee, counsel for Ally Financial Inc., and the U.S. Trustee (collectively, the

"**Notice Parties**").

6.       On May 31, 2013, the Court entered the Order Authorizing the Employment and

Retention of Perkins Coie LLP as Special Insurance Coverage Counsel to the Debtors, *nunc pro*

*tunc* to March 20, 2013 [Docket No. 3853] (the "**Perkins Coie Retention Order**"), approving

Applicant's retention.

7.       In accordance with the Perkins Coie Retention Order, Applicant is utilizing the

task codes established in this case, which correspond to appropriate project categories under the

Guidelines, in all billing procedures for these Chapter 11 cases.  In the ordinary course of its

practice, Applicant maintains detailed computerized records of all billing records, including all professional services rendered and all disbursements advanced on behalf of the Debtors.

8.      On June 27, 2013, Applicant served its first monthly statement for services provided from March 20, 2013 through March 31, 2013 (the "**March Statement**") on the Notice Parties. On June 27, 2013, Applicant served its second monthly statement for services provided from April 1, 2013 through April 30, 2013 (the "**April Statement**" and, together with the March Statement, the "**Monthly Statements**") on the Notice Parties. The objection period set by the Interim Compensation Order has passed and, with respect to Section A.(1)(v) of the Local Guidelines, as of this date Applicant has received no objections to the Monthly Statements from any party.

9.      Attached hereto as <u>Exhibit B</u> is a summary of professional services provided by project category during the Application Period.

10.      Attached hereto as <u>Exhibit C</u> is a summary of professional services provided by timekeeper during the Application Period which sets forth each timekeeper's name, title, year of bar admission, area of practice concentration, aggregate time expended, hourly billing rate, and total compensation requested. The compensation requested by Applicant is based on the customary compensation charged by comparably skilled practitioners in other similar cases under the Bankruptcy Code.

11.      Attached hereto as <u>Exhibit D</u> is a summary of expenses incurred on behalf of the Debtors for which reimbursement is sought.

12.      Attached hereto collectively as <u>Exhibit E</u> are copies of Applicant's Monthly Statements of fees and expenses in the format specified by the Guidelines. As indicated above, Monthly Statements were served on the Notice Parties during the Application Period.

13.     The Monthly Statements in Exhibit E reflect voluntary aggregate deductions of

$8,713.50 in fees and $3,279.51 in disbursements during the Application Period.  As an

accommodation to the client, Applicant voluntarily reduced fees for non-working attorney travel

and charged no fees for certain individuals who billed fewer than five hours during the

Application Period.  In addition, Applicant voluntarily reduced disbursement costs for travel

expenses.  This resulted in a total voluntary reduction in the amount of $11,993.01.  Further

information regarding these accommodations is given on the first page of each Monthly

Statement in Exhibit E and also in the tables attached as Exhibits B, C and D.

14.     To date the Applicant has received no payments for fees or expenses.

15.     There is no agreement or understanding between Applicant and any other person,

other than partners of the firm, for the sharing of compensation to be received for services

rendered in these Chapter 11 Cases.

16.     The Monthly Statements submitted by Applicant are subject to a 20% holdback

on the allowance of fees pursuant to the Interim Compensation Order (as is customary in this

District).  The aggregate amount of Applicant's holdback during the Application Period is

$88,361.20.  Applicant respectfully requests, in connection with the relief requested herein, that

the Court allow this holdback amount on an interim basis pursuant to sections 330 and 331 of the

Bankruptcy Code and authorize the Debtors to satisfy such amounts.

## DESCRIPTION OF SERVICES AND
## EXPENSES AND RELIEF REQUESTED

17.     In general, Applicant has represented the Debtors in connection with the

following aspects of the Chapter 11 Cases:[4]

---

[4] The work described below in 17(a)(i)-(iii) and (b)(i)-(iii) was accomplished between March and July of this year.
Much of Applicant's effort in the Application Period of March and April set the ground work for completing the
projects in May, June and July as negotiations between the Debtors, Ally and certain creditors resulted in the Plan
Support Agreement, and later the draft Plan.  Similarly, Applicant's work in March and April prepared ResCap for

6

(a)    investigating, analyzing, and seeking insurance coverage proceeds under

more than 150 Directors & Officers ("D&O") and Errors & Omissions ("E&O") liability policies

sold to Ally and covering the Debtors as insureds, for coverage for numerous underlying actions

and claims against the Debtors.  These underlying actions included the purported class action

brought by the New Jersey Carpenters Health Fund, and actions brought by Mass Mutual, the

FDIC, and numerous other entities alleging wrongful conduct in connection with mortgage

backed securities, as well as the action by various government entities based on allegations of

"robo-signing."  The policies were sold in towers of multiple insurance policies, in years ranging

from 2006 to 2013, with limits in each tower ranging from $100 to $300 million, depending on

the year and line of coverage.

(i)    At the time Applicant was retained, Ally had negotiated a proposed

settlement with most of the insurance companies that had sold these D&O and E&O policies, and

the Debtors were determining whether to agree to this proposed insurance settlement.  Applicant

was tasked with undertaking a full coverage analysis on all potential coverage issues, evaluating

the reasonableness of the proposed insurance settlement, and advising the Debtors on approaches

to pursue and maximize the value of the claims for insurance coverage.  Applicant was asked to

prepare a full coverage analysis to the creditors committee and potentially the insurance

companies, depending on the discussions with Ally, within a four-month time frame.

(ii)    To perform this analysis, Applicant reviewed the proposed

settlement, the D&O and E&O insurance policies in each of the years, all correspondence

between the insurance companies and Ally, and the coverage positions taken by each insurance

company to date.  Applicant also reviewed the case files and allegations in the underlying actions

---

the negotiations with the CBNV/GNBT plaintiffs and insurers that occurred in May, June and July, and which
eventually resulted in the settlement reached in July with the CBNV/GNBT plaintiffs that is presently before this
court for approval.

7

in light of the coverage provided, and performed legal research on the numerous defenses to

coverage raised by the insurance companies and other coverage issues that could arise.

Applicant also advised on the possible approaches to, and likely timetable for, pressing the

insurance claims outside of the proposed settlement.  These efforts provided substantial value to

the Debtors by providing them with information about the strength and value of the insurance

claims against these policies.  Knowing the value of the asset represented by these insurance

claims helped the Debtors determine how to use this asset as a part of the settlement the Debtors

negotiated with Ally and numerous creditors.

(iii)    Rather than agreeing to the proposed insurance settlement

negotiated by Ally, the Debtors ultimately elected a different treatment of their claims for

coverage under this insurance, which involved assigning their rights to the proceeds to this

insurance to Ally as part of a larger deal involving, among other things, a monetary contribution

from Ally.  Applicant assisted in negotiating, drafting, and reviewing language in the term sheet

and supporting documents for this deal, in order to maximize the likelihood that the treatment of

the insurance rights would match the parties' intent, by assigning the rights intended to be

transferred, while retaining with the Debtors rights to coverage up to the Effective Date under

certain current insurance policies and incorporating protections for the coverage for the directors

and officers of the Debtors.  By structuring the settlement and transfer of insurance rights under

these policies in a way designed to minimize potential insurance company defenses to coverage,

these efforts provided value to the estate by maintaining the value of the asset represented by

these insurance claims, thereby increasing the usefulness of this asset as a tool to achieving

settlement with Ally and the creditors.  In addition, the preservation of certain coverage rights for

the Debtors up to the Effective Date provided additional value to the Debtors.

8

(b)        advising the Debtors with regard to insurance coverage for two class

action lawsuits against ResCap under thirteen professional liability insurance policies issued by

twelve different carriers with a total of $400 million in limits.  The lawsuits were the

CBNV/GNBT multi-district litigation in Pennsylvania federal court and the *Mitchell* litigation in

Missouri state court, and concerned certain second mortgage loans allegedly made in violation of

federal lending laws.  Together, the CBNV/GNBT and *Mitchell* plaintiffs claimed a total of well

in excess of a billion dollars in damages.  Applicant took the lead in three areas related to the

insurance coverage issues implicated by these lawsuits:

(i)        Applicant performed an extensive analysis of the coverage

available for the claims in the CBNV/GNBT and *Mitchell* litigation including a comprehensive

analysis of the facts, fourteen-year procedural history, settlement history, and legal positions of

the plaintiffs and defendants.  This involved reviewing all of the policies, the correspondence

between the insurance companies and ResCap, and the coverage positions taken by each of the

insurance companies.  Applicant also performed legal research on the numerous defenses to

coverage raised by the insurance companies, and advised ResCap regarding same.  These efforts

provided substantial value to the Debtors by providing it with information about the strength and

value of the insurance claims against these $400 million in limits.  Knowing the value of the

asset represented by these insurance claims helped the Debtors determine how to use this asset in

achieving settlement with the CBNV/GNBT claimants.

(ii)        Applicant communicated on ResCap's behalf with the insurance

companies to address coverage issues and update the carriers on the bankruptcy, underlying

litigation, and settlement efforts.  Applicant provided the insurance companies with thousands of

pages of requested documentation, responded to numerous inquiries, and coordinated conference

calls and meetings with the insurance companies.  As part of this effort, Applicant advised on the best approaches to present the claim and the risks presented by the underlying litigation to the insurance companies.

(iii)    Applicant advised ResCap on how best to structure a potential settlement with the CBNV/GNBT plaintiffs to maximize the likelihood of an insurance recovery. Applicant also advised ResCap on insurance coverage issues implicated by the proposed Plan Support Agreement reached by the Debtors, Ally, and certain creditors.  More specifically, Applicant researched and advised ResCap on insurance coverage issues that arise in the creation of trusts, the assignment of rights to insurance proceeds, and other parts of the proposed agreement.  Applicant also negotiated on ResCap's behalf with the insurance carriers and advised ResCap's other legal counsel regarding negotiations with the CBNV/GNBT and *Mitchell* plaintiffs.  By structuring the settlement and transfer of insurance rights to the CBNV/GNBT claimants under these policies in a way designed to minimize potential insurance company defenses to coverage, these efforts provided value to the estate by maintaining the value of the asset represented by these insurance claims, thereby increasing the usefulness of this asset as a tool to achieving settlement with the CBNV/GNBT claimants.  In addition, these efforts addressed the preservation and coordination of additional coverage claims under these policies arising out of the *Mitchell* action, which represent additional valuable assets of the Debtors' estate.

18.    To assist the Court and other parties in interest in monitoring any duplication of efforts and to provide an orderly and meaningful summary of the services rendered by Applicant on behalf of the Debtors, Applicant is the utilizing the task codes established in this case which correspond to certain project categories in the Guidelines.  The following is a summary of the

most significant professional services rendered by Applicant during the Application Period,

organized by project category and task code number:

**Case Administration  004**
Fees:  $26,868.50; Hours:  60.30

This category consists of matters related to the administration of insurance coverage

aspects of the Debtors' cases, including:  initial review and organization of background materials

provided by counsel in relation to insurance coverage matters; and preparation for and

participation in working group meetings or telephone conferences to discuss strategy and status

of insurance coverage matters, and coordination of tasks.

**Fee/Employment Applications  007**
Fees:  $39,428.50; Hours:  66.10

This matter consists of all aspects of preparing Applicant's retention application and

performing material additional steps requested by the U.S. Trustee prior to Applicant being

retained as Special Insurance Coverage Counsel.

Prior to the Petition Date, the Debtors had not retained professional insurance coverage

counsel to advise them as to their rights and/or obligations under the Policies or to examine the

potential value to the Debtors of the available coverage under the Policies.  Upon discovery of

the Debtors' potential rights under the Policies, the Debtors sought to employ and retain

Applicant as Special Insurance Coverage Counsel to advise and represent the Debtors with

respect to their interests under the Policies, as well as any additional insurance policies under

which the Debtors may have an interest that may be discovered upon further investigation.

In the course of preparing its application for employment, Applicant canvassed the Firm

to determine whether the Firm or any attorney at the Firm had any connections with the Debtors,

their creditors, or their attorneys, or with any U.S. District Judge or U.S. Bankruptcy Judge for

11

the Southern District of New York or with the U.S. Trustee of this district or any employees thereof.

Debtors' counsel, Morrison & Foerster, provided Applicant with a master list of interested parties used for conflict check purposes by professionals in these cases. Applicant performed the conflict searches and undertook a careful and extensive analysis of the search results to determine whether Applicant had any present or former relationships with the parties on the master list. To the extent that this review indicated that the Firm formerly or currently represented, or had former or current adversities to any of these entities, Applicant thoroughly investigated those relationships as more fully set forth in the retention application and order approved by this Court.

Following submission of its retention application under Section 327(e), the U.S. Trustee requested that the Applicant be retained under Section 327(a) rather than Section 327(e) based the Applicant's prior pre-petition and post-petition work as more fully described in the Retention Application and Order. While the Applicant immediately undertook the substantive work in the case prior to retention, it also began the process to be retained under Section 327(a) which involved significant additional connection review as well as drafting to satisfy the disinterestedness standard of Section 327(a).

At the same time, the Applicant thoroughly researched the proper retention standard to provide assurances to the U.S. Trustee that Section 327(e) retention was proper under the Bankruptcy Code and Bankruptcy Rules. After numerous conference calls with the Debtors' counsel and the U.S. Trustee over an extended period of time and working with the U.S. Trustee in good faith, the U.S. Trustee ultimately agreed that Section 327(e) retention was indeed proper. The Applicant worked diligently to satisfy additional disclosure requirements that the U.S.

12

Trustee requested and responded to each and every request made by the U.S. Trustee.   The

Perkins Coie Retention Order was entered on May 31, 2013, *nunc pro tunc* to March 20, 2013.

**Insurance Matters  021**
Fees:  $361,864.00; Hours:  609.20

This category consists of matters related to the insurance coverage issues, including a full

coverage analysis on all potential coverage issues with regard to numerous underlying actions

and claims against the Debtors.  Applicant was asked to prepare a full coverage analysis to the

creditors committee and potentially the insurance companies, depending on the discussions with

Ally, within a four-month time frame.  This work is described in detail in Paragraph 17, *supra.*

**Communication with Creditors  022**
Fees:  $2,700.00; Hours:  3.00

This category includes time spent by Applicant's professionals communicating with and

presenting to Creditors' Committee members and counsel regarding insurance coverage issues.

**Meetings of Creditors  023**
Fees:  $3,055.00; Hours:  3.90

This category includes time spent by Applicant's professionals preparing for and

participating in a meeting on April 17 with the Creditors' Committee and its counsel to discuss

insurance coverage matters.

**Non-Working Travel  029**
Fees:  $15,780.00; Hours:  18.70

This category includes time spent by Applicant's professionals in non-working travel

while representing the Debtors, including travel to and from New York for two meetings with

Debtors' counsel, one meeting with the Creditors' Committee and its counsel, and one meeting

with Ally and its counsel to discuss prior insurance carrier negotiations.  Applicant billed one-

half of the total time that such professionals spent on non-working travel.

13

**Minimal Hours  035**
Fees:  $823.50; Hours:  3.10

This category includes all time spent by Applicant's professionals who billed less than five hours in total during this Application Period.  As an accommodation to the Debtors, Applicant has deducted 100% of the time within this task code.

19.    The foregoing description of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities in these Chapter 11 cases. The Monthly Statements attached hereto as Exhibit E present more completely the work performed by Applicant in each project category during the Application Period.

## CONCLUSION

20.    Applicant believes that the services rendered during the Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses requested were actual and necessary to the performance of Applicant's services.

21.    Applicant therefore requests an order (i) approving interim compensation in the amount of $441,806.00 and interim reimbursement of expenses in the amount of $795.62,[5] (ii) directing payment of all compensation held back in connection with the Monthly Statements, and (iii) granting such other and further relief as may be just and proper.

---

[5] The rates charged for such expenses are (i) equivalent to what Applicant normally bills to its non-bankruptcy clients and (ii) calculated to compensate Applicant for only the actual costs of the expenses.

14

Washington, D.C.
Dated:  August 7, 2013

/s/ Selena J. Linde

Selena J. Linde
(Admitted Pro Hac Vice)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
SLinde@perkinscoie.com
Telephone: 202.654.6221
Facsimile: 202.654.9952

Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone:  212.262.6905
Facsimile:  212.977.1636

*Special Insurance Coverage*
*Counsel to the Debtors*

LEGAL27041812.7

**<u>EXHIBIT A</u>**

Hearing Date:  September 11, 2013, 10:00 a.m.
Objection Deadline:  August 21, 2013, 4 p.m.
Reply Deadline:  September 9, 2013, 12:00 p.m.

Selena J. Linde
(Admitted Pro Hac Vice)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
SLinde@perkinscoie.com
Telephone: 202.654.6221
Facsimile: 202.654.9952

Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone:  212.262.6905
Facsimile:  212.977.1636

*Special Insurance Coverage*
*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No.: 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR
PROFESSIONALS IN RESPECT TO THE FIRST INTERIM APPLICATION OF
PERKINS COIE LLP AS SPECIAL INSURANCE COVERAGE COUNSEL FOR THE
DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD MARCH 20, 2013 THROUGH APRIL 30, 2013**

I, Selena J. Linde, hereby certify that:

1.      I am a partner with the applicant firm, Perkins Coie LLP (the "**Firm**"), which

serves as special insurance coverage counsel to Residential Capital, LLC, Residential Funding

Corporation, and Homecomings Financial Network, Inc., as debtors and debtors in possession

(collectively, the "**Debtors**").

2.    This certification is made in respect of the Firm's compliance with the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, Administrative Order M-447, effective as of February 5, 2013 (the "**Local Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,* adopted on January 30, 1996 (the "**UST Guidelines**" and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**"), and the Order to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "**Interim Compensation Order**") [Docket No. 797], in connection with the Firm's application, dated August 7, 2013 (the "**Application**"), for interim compensation and reimbursement of expenses for the period commencing March 20, 2013 through and including April 30, 2013, in accordance with the Guidelines.

3.    In respect of Section B.(1) of the Local Guidelines, I certify that:

(a)    I have read the Application;

(b)    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within in the Guidelines;

(c)    the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and

(d)    in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

A-2

4.      In respect of Section B.(2) of the Local Guidelines and as required by the Interim

Compensation Order, I certify that the Firm has complied with the provisions requiring it to

provide to the U.S. Trustee for the Southern District of New York and the Debtors and their

attorneys a statement of the Firm's fees and expenses accrued during the previous month.

5.      In respect of Section B.(3) of the Local Guidelines, I certify that the Debtors, their

attorneys, and the U.S. Trustee for the Southern District of New York are each being provided

with a copy of the Application.


Dated:  August 7, 2013

/s/ Selena J. Linde
Selena J. Linde
(Admitted Pro Hac Vice)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
SLinde@perkinscoie.com
Telephone: 202.654.6221
Facsimile: 202.654.9952

Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone:  212.262.6905
Facsimile:  212.977.1636

*Special Insurance Coverage*
*Counsel to the Debtors*


A-3

**EXHIBIT B**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY PERKINS COIE LLP ON BEHALF OF THE DEBTORS FOR THE
PERIOD MARCH 20, 2013 THROUGH APRIL 30, 2013**

| Task Code | Matter Description | Hours Billed | Total Compensation |
|---|---|---|---|
| 004 | Case Administration | 60.30 | $   26,868.50 |
| 007 | Fee/Employment Applications | 66.10 | 39,428.50 |
| 021 | Insurance Matters | 609.20 | 361,864.00 |
| 022 | Communication with Creditors | 3.00 | 2,700.00 |
| 023 | Meetings of Creditors | 3.90 | 3,055.00 |
| 029 | Non-Working Travel | 18.70 | 15,780.00 |
| 035 | Minimal Hours | 3.10 | 823.50 |
| | Subtotal Fees Incurred: | 764.30 hrs | $ 450,519.50 |
| Less client accommodations for: | | | |
| 029 | Non-Working Travel (50%) | | (7,890.00) |
| 035 | Minimal Hours (100%) | | (823.50) |
| | **Total Fees Requested:** | **764.30 hrs** | **$ 441,806.00** |

B-1

LEGAL27041812.7

<u>**EXHIBIT C**</u>

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
PERKINS COIE LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD
MARCH 20, 2013 THROUGH APRIL 30, 2013**

| Name of Professional | Department and Licensure | Billing Rate/Hr. | Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Bridgeman, Randy A. | Corporate Governance & Transactions, (IL 1995), (MI 1992) | $620.00 | 9.20 | $5,704.00 |
| Carroll, Schuyler G. | Financial Transactions & Restructuring, (NY 1993) | $825.00 | 18.90 | 15,592.50 |
| Chopra, Vivek | Insurance Coverage Litigation, (DC 1998), (MD 2002) | $640.00 | 27.30 | 17,472.00 |
| Kellner, Leon B.[6] | Insurance Coverage Litigation, (DC 1996), (NY 1972), (FL 1985) | $900.00 | 45.1 | 40,590.00 |
| Linde, Selena J.[6] | Insurance Coverage Litigation, (DC 1999), (MD 1997) | $725.00 | 105 | 76,125.00 |
| Sharkey, Michael T.[6] | Insurance Coverage Litigation, (DC 1997), (MD 1994) | $725.00 | 93.8 | 68,005.00 |
| Tracey, Peter L. | Insurance Coverage Litigation, (DC 2000), (DE 2011), (PA 1990) | $685.00 | 95.30 | 65,280.50 |
| **Associates and Sr. Counsel** | | | | |
| Berlin, Hayley L. | Privacy & Data Security, (MI 2012), (WA 2011) | $410.00 | 9.70 | 3,977.00 |
| Coombs, Aaron D. | Insurance Coverage Litigation, (DC 2009), (VA 2008) | $470.00 | 63.00 | 29,610.00 |
| Crandell, Rusty D. | Securities Litigation, (AZ 2008) | $475.00 | 40.70 | 19,332.50 |
| Feldman, Stephen M. | Insurance Coverage Litigation, (OR 1993) | $575.00 | 21.80 | 12,535.00 |
| Fisher, Jaina C. | Insurance Coverage Litigation, (WA 2009) | $365.00 | 24.50 | 8,942.50 |
| Gellert, Nicholas P. | Insurance Coverage Litigation, (WA 1988) | $565.00 | 10.70 | 6,045.50 |
| Haider, Shan A. | Financial Transactions & Restructuring, (NY 2007) | $395.00 | 2.20 | 869.00 |
| Podsiadlik, Nicholaus A. | Business Litigation, (AZ 2011) | $405.00 | 127.70 | 51,718.50 |

---

[6] Non-working travel time has been reduced by 50%.

| Name of Professional | Department and Licensure | Billing Rate/Hr. | Hours Billed | Total Compensation |
|---|---|---|---|---|
| Russell, Samuel B. | Insurance Coverage Litigation, (DC 2011), (FL 2008), (VA 2012) | $470.00 | 21.50 | 10,105.00 |
| Schreiner, John P. | Corporate Governance & Transactions, (IL 2005) | $495.00 | 7.40 | 3,663.00 |
| Vanacore, Jeffrey D. | Financial Transactions & Restructuring, (NY 2003), (CO 2001), (NJ 2003) | $535.00 | 17.70 | 9,469.50 |
| **Attorney Fees Incurred and Blended Rate:** | | **$600.18** | 741.50 | $445,036.50 |
| **Paraprofessionals** | | | | |
| Ellias, Ann B.[7] | Paralegal | $295.00 | .50 | 147.50 |
| Kuhlman, Rene D.[7] | PTS Analyst | $260.00 | 2.60 | 676.00 |
| Sisson, Eric S. | Paralegal | $235.00 | 18.50 | 4,347.50 |
| Yeryomenko, Maxim A. | PTS Analyst | $260.00 | 1.20 | 312.00 |
| **Paraprofessional Fees Incurred:** | | | 22.80 | 5,483.00 |

| | | | | |
|---|---|---|---|---|
| **Subtotal Fees Incurred** | | | | **450,519.60** |
| Less client accommodations for: | | | | |
| 029 | Non-Working Travel (50% reduction) | | | (7,890.00) |
| 035 | Minimal Working Hours (100% reduction) | | | (823.50 |
| **Total Fees Requested** | | | **764.30** | **$441,806.00** |

---

[7] Minimal working hours have been reduced by 100%.

C-2

<u>**EXHIBIT D**</u>

**SUMMARY OF EXPENSES INCURRED BY PERKINS COIE LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MARCH 20, 2013 THROUGH APRIL 30, 2013**

| Expense Category | Amount |
|---|---|
| Travel Expense | $669.91 |
| Airfare | $2,018.50 |
| Local Travel Expense | $185.00 |
| Conference meals | 389.35 |
| Photocopies and Printing | $103.60 |
| Long Distance Telephone Charges | $1.60 |
| Computer Research | $690.42 |
| Subtotal Expenses Incurred | $4,058.38 |
| Less client accommodations for: | |
| Travel Expense | ($669.91) |
| Airfare | ($2,018.50) |
| Local Travel Expense | ($185.00) |
| Conference Meals | ($389.35) |
| **Total Reimbursement Requested:** | **$795.62** |

D-1

**<u>EXHIBIT E</u>**

E-1

**Monthly Statement for Services Provided in March 2013**

LEGAL27041812.7

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000


Perkins
Coie
LLP

| INVOICE # | BILL DATE |
|---|---|
| 5029842 | June 27, 2013 |
| ACCOUNT # | |
| 088912.0001 | ██████ |

Residential Capital LLC
c/o Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Matter Number / Name          088912.0001 / Insurance Coverage

| SERVICES $101,043.00 | DISBURSEMENTS $248.64 | ██████ | TOTAL $101,291.64 |
|---|---|---|---|
| ADJUSTMENT FOR FEES $(5,640.00) | | | ADJUSTMENT TOTAL $(5,640.00) |
| TOTAL NET SERVICES $95,403.00 | TOTAL NET DISBURSEMENTS $248.64 | ██████ | **TOTAL DUE THIS INVOICE $95,651.64** |

*Payment due in U.S. Currency*

For professional services rendered and disbursements incurred through March 31, 2013

| Description | U.S. Dollars |
|---|---|
| Current Fees | 101,043.00 |
| Client Accomodation (Non Working Attorney Travel) | -5,640.00 |
| Net Fees | 95,403.00 |
| Current Disbursements | 248.64 |
| Total This Invoice | 95,651.64 |

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP
Attn: Client Accounting
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Please reference:
Perkins Coie Account No. 088912 and Invoice 5029842**

For WIRE REMITTANCE please direct to
**Perkins Coie LLP
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Swift Code # US BK US 44I MT
Please reference:
Perkins Coie Account No. 088912 and Invoice 5029842**



INVOICE #: 5029842

Residential Capital LLC

088912.0001 / Insurance Coverage

**FOR SERVICES** THROUGH 03/31/13

004-Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 03/25/13 | P. Tracey | 0.40 | 274.00 | Telephone conference call with L. Keller, M. Sharkey, and A. Coombs to plan case strategy and make project assignments; |
| 03/25/13 | S. Linde | 1.50 | 1,087.50 | Telephone conferences with J. Haims, N. Rosenbaum, and J. Wishnew regarding new insurance mortgage case (1.1); telephone conference with L. Kellner regarding issues and assignments (.4); |
| 03/25/13 | A. Coombs | 0.40 | 188.00 | Conference call with L. Kellner, P. Tracey, and M. Sharkey to discuss initial issues and division of labor; |
| 03/25/13 | L. Kellner | 0.40 | 360.00 | Team telephone conference regarding assignments and issue identification; |
| 03/26/13 | R. Crandell | 0.20 | 95.00 | Telephone conference with S. Linde regarding case background; |
| 03/26/13 | S. Linde | 0.80 | 580.00 | Telephone conferences with V. Chopra (.3) and R. Crandell (.2) regarding documents and policies from Morrison & Foerster for review; telephone conference with L. Kellner regarding current assignments and strategy (.3); |
| 03/28/13 | R. Crandell | 3.80 | 1,805.00 | Review case background materials to identify insurance issues and to develop strategy; |
| 03/28/13 | S. Linde | 0.20 | 145.00 | Email with team regarding documents and insurance issues; |
| 03/29/13 | R. Crandell | 1.30 | 617.50 | Telephone conference with V. Chopra, S. Linde and L. Kellner regarding case background strategy and agenda; |
| 03/29/13 | S. Linde | 0.30 | 217.50 | Telephone conference with team regarding analysis of documents and policies; |
| 03/29/13 | L. Kellner | 0.60 | 540.00 | Participate in telephone calls to discuss class actions matter; emails with S. Linde and V. Chopra to develop strategy; |
| 03/29/13 | V. Chopra | 0.30 | 192.00 | Telephone conferences with S. Linde, L. Kellner, and R. Crandell regarding policies and coverage issues for class actions matter; |



INVOICE #: 5029842

Residential Capital LLC

088912.0001 / Insurance Coverage

## 004-Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| SUBTOTAL | | HOURS | | |
| 004 | | 10.20 | | |

## 007-Fees/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 03/22/13 | S. Haider | 2.00 | 790.00 | Review form retention applications (.3); telephone conference with M. Maag regarding conflicts check process in other bankruptcy cases; (.2); locate and review additional retention applications and provide same to A. Coombs (1.1); office conference with S. Carroll regarding ResCap retention application (.2); telephone conference with A. Coombs regarding retention process (.2); |
| 03/25/13 | S. Linde | 0.20 | 145.00 | Email with A. Coombs regarding bankruptcy filing for fee application retention and guidelines from Trustee; |
| 03/26/13 | S. Carroll | 0.40 | 330.00 | Telephone calls and email with A. Coombs regarding retention of Perkins Coie LLP as special counsel; |
| 03/26/13 | S. Haider | 0.20 | 79.00 | Email with S. Carroll regarding status of retention application and related advice to insurance counsel; |
| 03/26/13 | A. Coombs | 9.30 | 4,371.00 | Research and analyze standards for retention of professionals under Section 327 (3.2); research and analyze case law regarding retention of special counsel under 327(a) (1.9); draft retention application and motion in support of same (3.3); draft email to G. McMonagle regarding instructions for check of connections under Bankruptcy Code (.9); |
| 03/27/13 | S. Carroll | 3.30 | 2,722.50 | Telephone calls and email with A. Coombs and L. Kellner regarding retention of Perkins Coie LLP as ordinary course professional (.7); review motion and order permitting appointment of ordinary course professionals (1.0); review papers in connection with approval of Perkins Coie LLP as ordinary course professional, including F. Rivera declaration (1.6); |
| 03/27/13 | L. Kellner | 0.70 | 630.00 | Telephone conference with A. Coombs and S. Carroll regarding application to bankruptcy court; |
| 03/28/13 | S. Carroll | 0.60 | 495.00 | Telephone calls and email with A. Coombs and B. Miller regarding retention of Perkins Coie LLP as special counsel; |



INVOICE #: 5029842

Residential Capital LLC

088912.0001 / Insurance Coverage

## 007-Fees/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 03/28/13 | A. Coombs | 0.10 | 47.00 | Review correspondence between Ally and insurance carriers ██████████████████████ ████████████████████████████████ ; |
| 03/29/13 | S. Carroll | 0.80 | 660.00 | Email with A. Coombs and L. Marinuzzi (Morrison & Foerster) regarding retention of Perkins Coie LLP as special counsel; |
| 03/31/13 | S. Carroll | 0.40 | 330.00 | Email with L. Marinuzzi regarding retention of Perkins Coie LLP as special counsel; |

| SUBTOTAL | | HOURS | | |
|----------|--|-------|--|--|
| 007 | | 18.00 | | |

## 021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 03/20/13 | S. Linde | 5.30 | 3,842.50 | Meeting with ResCap, Morrison & Foerster, and bankruptcy counsel (2.3); discussion and analysis regarding claims (3.0); |
| 03/20/13 | M. Sharkey | 8.30 | 6,017.50 | Prepare for (6.0) and meeting with ResCap, Morrison & Foerster, and bankruptcy counsel (2.3); |
| 03/20/13 | A. Coombs | 8.00 | 3,760.00 | Prepare for (5.7) and attend meeting with ResCap bankruptcy counsel and client (2.3); |
| 03/20/13 | L. Kellner | 2.30 | 2,070.00 | Meeting with ResCap, Morrison & Foerster, and bankruptcy counsel; |
| 03/21/13 | P. Tracey | 1.50 | 1,027.50 | Review policy ███████████████████ ████████████████████████████████ ██████████████ |
| 03/21/13 | S. Linde | 2.80 | 2,030.00 | Review and analysis of directors and officers and errors and omission liability policies sold to Ally to determine Residential Capital coverage for underlying actions and calls action claims; |
| 03/21/13 | M. Sharkey | 0.80 | 580.00 | Review insurance policies to evaluate insurance company coverage defense ████████████████ ████████████████████████████████ ; |



INVOICE #: 5029842

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 03/21/13 | A. Coombs | 0.20 | 94.00 | Review and analyze primary errors and omissions insurance policy for potential coverage of mortgage-backed securities litigation; |
| 03/22/13 | P. Tracey | 1.20 | 822.00 | Review policy ███████████████████████████████████████████████████ |
| 03/22/13 | S. Linde | 1.40 | 1,015.00 | Review and analysis of directors and officers and errors and omission liability policies sold to Ally for Residential Capital to determine extent of coverage for underlying class actions and claims against Debtors; |
| 03/22/13 | M. Sharkey | 1.90 | 1,377.50 | Continue review of insurance policies to evaluate insurance company coverage defense ████████████████████████████████; |
| 03/22/13 | A. Coombs | 1.80 | 846.00 | Review insurance coverage documents and correspondence received from Ally (.8); confer with S. Linde and M. Sharkey regarding same (.2); research and analyze requirements for retention application (1.0); |
| 03/23/13 | S. Linde | 3.30 | 2,392.50 | Review Debtor files regarding underlying actions and identify coverage issues related to D&O and E&O policies █████████████; |
| 03/24/13 | S. Linde | 2.80 | 2,030.00 | Review Debtor files and court filings in underlying actions to identify coverage issues █████████████████████████████; |
| 03/25/13 | P. Tracey | 2.40 | 1,644.00 | Review policy file ███████████████████████████████████████████ |
| 03/25/13 | S. Linde | 1.50 | 1,087.50 | Review "hot" documents (1.3); telephone conference with J. Haims regarding timing for Ally meeting (.2); |
| 03/25/13 | M. Sharkey | 1.70 | 1,232.50 | Review insurance company correspondence and identify material needed; |
| 03/25/13 | A. Coombs | 0.80 | 376.00 | Review correspondence provided by Ally (.5); confer with M. Sharkey regarding findings from initial review of correspondence provided by Ally (.3); |



INVOICE #: 5029842

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 03/25/13 | L. Kellner | 1.50 | 1,350.00 | Team telephone conference regarding assignments and issue identification (.4); ▮▮▮▮▮▮▮▮▮▮ |
| 03/26/13 | P. Tracey | 6.50 | 4,452.50 | Review insurance policies and correspondence ▮ ▮▮▮▮▮▮▮▮▮▮▮ |
| 03/26/13 | S. Linde | 3.20 | 2,320.00 | Review and analysis of directors and officers and errors and omission liability policies sold to Ally for Residential Capital coverage for underlying actions and claims against Debtors ▮▮▮▮▮▮▮▮ (2.7); review documents from Ally ▮▮▮▮▮ (.5); |
| 03/27/13 | P. Tracey | 6.20 | 4,247.00 | Review insurance policies and correspondence ▮ ▮▮▮▮▮▮▮▮▮▮▮ |
| 03/27/13 | S. Linde | 1.40 | 1,015.00 | Review documents from Morrison & Foerster (1.1); telephone conferences regarding reservations of rights and policy analysis (.3); |
| 03/27/13 | M. Sharkey | 0.20 | 145.00 | Review insurance company correspondence; |
| 03/27/13 | L. Kellner | 2.70 | 2,430.00 | Read documents (2.0); ▮▮▮▮▮▮▮ (.7); |
| 03/28/13 | P. Tracey | 5.80 | 3,973.00 | Review directors and officers claim materials ▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 03/28/13 | S. Linde | 1.00 | 725.00 | Review underlying class action documents from Morrison & Foerster to determine coverage issues ▮; |
| 03/28/13 | M. Sharkey | 3.50 | 2,537.50 | Review insurance company correspondence to identify and evaluate insurance company coverage defenses, and to identify any gaps in the collection of insurance company correspondence provided to ResCap; |
| 03/28/13 | A. Coombs | 1.20 | 564.00 | Review insurance correspondence received from Ally; |
| 03/28/13 | V. Chopra | 1.00 | 640.00 | Review policies and letters from insurers regarding coverage for class actions ▮▮▮▮▮▮▮; |



INVOICE #: 5029842

Residential Capital LLC

088912.0001 / Insurance Coverage

## 021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 03/29/13 | R. Crandell | 4.50 | 2,137.50 | Review insurance policies (4.3); telephone conference with J. Wishnew and N. Rosenbaum (Morrison & Foerster), V. Chopra L. Kellner, and S. Linde (1.2); |
| 03/29/13 | S. Linde | 3.50 | 2,537.50 | Telephone conference with J. Wishnew and N. Rosenbaum regarding coverage analysis timetable and documents needed from Ally, Residential Capital, and AON (.3); analyze new documents underlying action documents, documents from Ally, documents from AON, and Residential Capital files from J. Wishnew (3.2); |
| 03/29/13 | M. Sharkey | 0.50 | 362.50 | Continue review of insurance company correspondence to evaluate insurance company coverage defenses ███████████████ ████ ; |
| 03/29/13 | L. Kellner | 1.80 | 1,620.00 | Review policies and letters from insurers provided by J. Wishnew of Morrison & Foerster regarding insurance coverage for class actions ██████████████ ; |
| 03/29/13 | V. Chopra | 7.20 | 4,608.00 | Review policies and letters from insurers regarding coverage for class actions ██████████████ (4.9); draft list of follow-up questions and materials needed (2.0); conference call with Morrison & Foerster and counsel for ResCap bankruptcy regarding coverage issues (.3); |
| 03/30/13 | P. Tracey | 1.80 | 1,233.00 | Review policy file ███████████████ |
| 03/31/13 | P. Tracey | 3.50 | 2,397.50 | Review insurance policies and correspondence █ ██████████████ |
| 03/31/13 | M. Sharkey | 2.10 | 1,522.50 | Continue review of insurance company correspondence to evaluate insurance company coverage defenses ███████████████ ████ ; |

| SUBTOTAL | | HOURS | | |
|---|---|---|---|---|
| 021 | | 107.10 | | |

## 029-Non-Working Travel

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|



INVOICE #: 5029842

Residential Capital LLC

088912.0001 / Insurance Coverage

## 029-Non-Working Travel

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 03/20/13 | S. Linde | 2.70 | 1,957.50 | Travel to/from New York, NY for meeting with ResCap and counsel; |
| 03/20/13 | M. Sharkey | 3.30 | 2,392.50 | Travel to/from New York, NY for meeting with ResCap and counsel; |
| 03/20/13 | L. Kellner | 7.70 | 6,930.00 | Travel to/from New York, NY for meeting with ResCap and counsel; |

| SUBTOTAL | | HOURS | | |
|----------|--|-------|--|--|
| 029 | | 13.70 | | |

**SERVICES**
$101,043.00

**ADJUSTMENTS**
Premium/Discount    $(5,640.00)

**TOTAL NET SERVICES**
$95,403.00

**FOR DISBURSEMENTS** THROUGH 03/31/13

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/19/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: Coombs Aaron D.; TIME: 0; RESEARCH CHARGES: $109.89 | $109.89 |
| 03/26/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: Coombs Aaron D.; TIME: 0; RESEARCH CHARGES: $138.75 | $138.75 |

**TOTAL FOR DISBURSEMENTS**
$248.64

**SUMMARY OF SERVICES** THROUGH 03/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| S. Carroll | 5.50 | 825.00 | 4,537.50 |
| V. Chopra | 8.50 | 640.00 | 5,440.00 |
| L. Kellner | 17.70 | 900.00 | 15,930.00 |
| S. Linde | 31.90 | 725.00 | 23,127.50 |
| M. Sharkey | 22.30 | 725.00 | 16,167.50 |
| P. Tracey | 29.30 | 685.00 | 20,070.50 |
| A. Coombs | 21.80 | 470.00 | 10,246.00 |



INVOICE #: 5029842

Residential Capital LLC

088912.0001 / Insurance Coverage

**SUMMARY OF SERVICES** THROUGH 03/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| R. Crandell | 9.80 | 475.00 | 4,655.00 |
| S. Haider | 2.20 | 395.00 | 869.00 |
| **Total** | 149.00 | | $101,043.00 |

SUMMARY OF TASK SERVICES

| TASK DESCRIPTION | TOTAL TASK HOURS | TOTAL TASK AMOUNT |
|---|---|---|
| Case Administration | 10.20 | 6,101.50 |
| Fees/Employment Applications | 18.00 | 10,599.50 |
| Insurance Matters | 107.10 | 73,062.00 |
| Non-Working Travel | 13.70 | 11,280.00 |

**TOTAL DUE THIS INVOICE**
**$95,651.64**

**Monthly Statement for Services Provided in April 2013**

E-3



1201 Third Avenue, Suite 4900    EMAIL: clientacct@perkinscoie.com
Seattle, Washington 98101    ACCOUNTING: 206.359.3143
PHONE: 206.359.8000    FAX: 206.359.9000

| INVOICE # | BILL DATE |
|---|---|
| 5029702 | June 27, 2013 |
| ACCOUNT # | |
| 088912.0001 | ███████████ |

Residential Capital LLC
c/o Joel C. Haims, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York,  NY  10104-00

Matter Number / Name        088912.0001 / Insurance Coverage

| SERVICES $349,476.50 | DISBURSEMENTS $546.98 | ███████████ | TOTAL $350,023.48 |
|---|---|---|---|
| ADJUSTMENT FOR FEES $(823.50) | | | ADJUSTMENT TOTAL $(823.50) |
| ADJUSTMENT FOR FEES $(2,250.00) | | | ADJUSTMENT TOTAL $(2,250.00) |
| TOTAL NET SERVICES $346,403.00 | TOTAL NET DISBURSEMENTS $546.98 | ███████████ | **TOTAL DUE THIS INVOICE $346,949.98** |

*Payment due in U.S. Currency*

For professional services rendered and disbursements incurred through April 30, 2013

| Description | U.S. Dollars |
|---|---|
| Current Fees | 349,476.50 |
| Client Accomodation (Minimal Hours) | -823.50 |
| Client Accomodation (Non Working Attorney Travel) | -2,250.00 |
| Net Fees | 346,403.00 |
| Total Disbursements | 3,826.49 |
| Client Accomodation (Travel expenses) | -3,279.51 |
| Current Disbursements | 546.98 |
| Total This Invoice | 346,949.98 |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 088912 and Invoice 5029702**

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**US Bank**
**Bank ABA # 125000105**
**Account # 1 535 5592 1235**
**Swift Code # US BK US 44I MT**
**Please reference:**
**Perkins Coie Account No. 088912 and Invoice 5029702**



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

**FOR SERVICES** THROUGH 05/31/13

004-Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|---------------------|-------|--------|--------------------------|
| 04/02/13 | R. Crandell | 3.60 | 1,710.00 | Precall meeting with S. Linde, L. Kellner, V. Chopra and N. Podsiadlik regarding factual background strategy (1.0); participate in conference call with Bryan Cave and Morrison & Foerster regarding factual background strategy (.8); prepare chronology ███████████ ██████████ (1.8); |
| 04/02/13 | N. Podsiadlik | 4.00 | 1,498.50 | Telephone conference with S. Linde, L. Kellner, V. Chopra, and R. Crandell regarding factual background, strategy (1.0); telephone conference with S. Linde, L. Kellner, V. Chopra, counsel from Morrison Foerster and counsel from Bryan Cave (1.5); telephone conference with S. Linde, L. Kellner, V. Chopra, R. Crandell regarding strategy moving forward, necessary legal research (.5); conference with R. Crandell regarding factual background, policy documents, and client correspondence with insurers (.7); telephone conference with M. Sharkey regarding case factual, legal, and procedural background and necessary research moving ahead (.3); |
| 04/02/13 | L. Kellner | 0.50 | 450.00 | Conference with S. Linde, P. Tracey, and M. Sharkey regarding action plan; |
| 04/02/13 | R. Bridgeman | 0.20 | 124.00 | Telephone conference with M. Sharkey regarding background and various corporate governance issues related to insurance issues; |
| 04/03/13 | R. Crandell | 0.10 | 47.50 | Conference with E. Sisson regarding case background; |
| 04/03/13 | P. Tracey | 1.70 | 1,198.75 | Prepare for conference regarding case strategy in connection with planned April 16, 2013 informational meeting (.5); attend conference with L. Kellner, S. Linde, and M. Sharkey regarding case strategy in connection with planned April 16, 2013 informational meeting (1.2); |
| 04/03/13 | S. Linde | 1.20 | 870.00 | Meeting with L. Kellner, M. Sharkey, and P. Tracey regarding research and analysis to date and next steps; |
| 04/03/13 | M. Sharkey | 1.20 | 870.00 | Meeting with L. Kellner, P. Tracey, and S. Linde regarding review of materials obtained so far and projects going forward for insurance coverage analysis; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

004-Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------------|-------|--------|------------------------|
| 04/04/13 | R. Crandell | 2.70 | 1,282.50 | Review case background material to assess missing background materials required for case evaluation (2.0); conference call with J. Urban regarding missing background materials (.7); |
| 04/05/13 | E. Sisson | 1.60 | 376.00 | Teleconference with V. Chopra, R. Crandell and N. Podsiadlik regarding organization of case (.5); conference with R. Crandell and N. Podsiadlik regarding organization of case (.6); coordinate set-up of CaseMap databases (.2); review of same new CaseMap databases (.3); |
| 04/05/13 | M. Yeryomenko | 1.20 | 312.00 | Set up and configure CaseMap databases; |
| 04/05/13 | R. Crandell | 2.30 | 1,092.50 | Meeting with N. Podsiadlik, E. Sisson and V. Chopra regarding case strategy and agenda, including set up of case databases; |
| 04/05/13 | N. Podsiadlik | 1.40 | 567.00 | Telephone conference with V. Chopra, R. Crandell, and E. Sisson regarding review of legal and factual background documents and case agenda (.8); conference with R. Crandell and E. Sisson regarding organization, analysis, and review of legal and factual background documents (.6); |
| 04/05/13 | V. Chopra | 0.70 | 448.00 | Conference call regarding organizing flies, correspondence ▮▮▮▮, and Mitchell actions and coverage issues (.3); review index and table regarding policies ▮▮▮▮▮▮▮▮, conference call regarding same, and draft email to AON regarding same (.4); |
| 04/08/13 | E. Sisson | 5.00 | 1,175.00 | Create document and factual entries in chronology database with links to supporting documents provided by N. Podsiadlik to facilitate attorney understanding of case procedural history; |
| 04/08/13 | R. Crandell | 0.70 | 332.50 | Conferences with N. Podsiadlik regarding preliminary analysis of policies; |
| 04/08/13 | N. Podsiadlik | 0.50 | 202.50 | Conference with R. Crandell regarding case procedural history, factual background, outstanding issues, and strategy for analyzing issues (.5); |
| 04/09/13 | E. Sisson | 1.80 | 423.00 | Create document and factual entries in chronology database with links to supporting documents provided by N. Podsiadlik and R. Crandell to facilitate attorney understanding of case procedural history; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

## 004-Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 04/09/13 | R. Crandell | 1.90 | 142.50 | Call with M. Sharkey regarding research assignment ▇▇▇▇ (.3); meeting with E. Sisson regarding organization of case documents (.5); review of case background material for preliminary policy analysis (1.1); |
| 04/10/13 | E. Sisson | 3.50 | 822.50 | Bookmark memorandum ▇▇▇▇ (1.6); bookmark memorandum ▇▇▇▇ to facilitate attorney review of memorandum's supporting documents (1.9); |
| 04/11/13 | E. Sisson | 1.30 | 305.50 | Emails with M. Sharkey regarding review of background documents (.2) teleconferences with R. Kuhlman regarding creation of database to enable M. Sharkey review of background documents (.3); review of background documents in database to summarize contents for M. Sharkey (.8); |
| 04/11/13 | M. Sharkey | 0.30 | 217.50 | Telephone conference with J. Vanacore ▇▇▇▇ (.1); review materials ▇▇▇▇ (.2); |
| 04/12/13 | E. Sisson | 1.00 | 235.00 | Create document and factual entries in chronology database with links to supporting documents provided by R. Crandell to facilitate attorney understanding of case procedural history; |
| 04/15/13 | E. Sisson | 0.80 | 188.00 | Create document and factual entries in chronology database with links to supporting documents provided by R. Crandell to facilitate attorney understanding of case procedural history; |
| 04/16/13 | E. Sisson | 2.10 | 493.50 | Compile supporting documents provided by N. Podsiadlik and R. Crandell to create document and factual entries in chronology database to facilitate attorney understanding of case procedural history; |
| 04/17/13 | E. Sisson | 1.40 | 329.00 | Create document and factual entries in chronology database with links to supporting documents provided by N. Podsiadlik to facilitate attorney understanding of case procedural history; |
| 04/17/13 | N. Podsiadlik | 0.20 | 81.00 | Telephone conference with V. Chopra regarding timeline for legal research and logistics; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

## 004-Case Administration

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 04/17/13 | V. Chopra | 0.60 | 384.00 | Draft timeline for legal research and logistics related to insurance issues attendant to Kessler claims (0.4); discussion with N. Podsiadlik regarding same (0.2); |
| 04/22/13 | V. Chopra | 0.30 | 192.00 | Conference call with S. Linde regarding status of matter, ██████████████████; |
| 04/23/13 | S. Linde | 1.00 | 725.00 | Meeting with V. Chopra regarding strategy and research assignments (.4); review ██████████████ policies (.6); |
| 04/23/13 | S. Feldman | 1.30 | 747.50 | Telephone conference with M. Sharkey and N. Gellert regarding background of matter and specific coverage issues to be researched pertaining to the underlying robo-signing claims (.5); review powerpoint prepared by Morrison & Foerster to obtain necessary background (.4); review Federal's April 2, 2012 denial letter (.4); |
| 04/24/13 | H. Berlin | 2.40 | 984.00 | Meeting with A. Coombs to discuss case background and research assignment (.4); review case materials (2.0); |
| 04/24/13 | S. Linde | 0.40 | 290.00 | Conference with V. Chopra regarding status of research, outstanding ██████████████; |
| 04/24/13 | M. Sharkey | 0.70 | 507.50 | Telephone conference with J. Haims and J. Beha (Morrison & Foerster), and S. Linde ██████████████ (.3); meeting with S. Linde on research projects ██████ (.4); |
| 04/26/13 | R. Crandell | 0.10 | 47.50 | Call with N. Podsiadlik regarding ██████ insurance policies ██████████; |
| 04/30/13 | R. Bridgeman | 0.40 | 248.00 | Emails to M. Sharkey regarding status of information requests; |

| SUBTOTAL | | HOURS | | |
|---|---|---|---|---|
| 004 | | 50.10 | | |

## 007-Fees/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

007-Fees/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 04/01/13 | S. Carroll | 0.90 | 742.50 | Telephone calls and email with L. Marinuzzi, A. Coombs, and J. Dremousis regarding retention of Perkins Coie LLP as special counsel; |
| 04/01/13 | A. Coombs | 2.40 | 1,128.00 | Conference call with J. Dremousis and S. Carroll to discuss analysis of firm connections for purposes of retention application (.6); draft email to all firm employees regarding connections to debtors (.8); revise retention application and supporting affidavit (1.0); |
| 04/02/13 | S. Carroll | 1.30 | 1,072.50 | Review application, proposed order and declaration in support of retention of Perkins Coie as special counsel.; |
| 04/02/13 | A. Coombs | 2.40 | 1,128.00 | Revise and proofread retention application and supporting affidavit; |
| 04/03/13 | S. Carroll | 2.80 | 2,310.00 | Revise application, proposed order and declaration in support of retention of Perkins Coie as special counsel (2.5); telephone conferences with A. Coombs regarding revisions to application and supporting papers (.3); |
| 04/03/13 | A. Coombs | 1.90 | 893.00 | Review email from F. Rivera ███████ ███████████ (.1); confer with F. Rivera ████████████████████████████ ████ (.2); draft and revise retention application and supporting affidavit (1.6); |
| 04/04/13 | S. Carroll | 1.60 | 1,320.00 | Telephone conferences and email with A. Coombs and J. Dremousis regarding revisions to application and supporting papers (.3); review and revise application, proposed order and declaration in support of retention of Perkins Coie as special counsel (1.3); |
| 04/04/13 | A. Coombs | 1.80 | 846.00 | Draft and revise retention application (.6); review and analyze spreadsheet of connections provided by J. Dremousis (.5); revise and format spreadsheet of connections for submission with retention application (.3); email J. Dremousis and S. Carroll regarding additional questions regarding potential connections to debtors (.4); |
| 04/06/13 | S. Carroll | 0.80 | 660.00 | Email with R. Lowe and J. Dremousis regarding review of former client and formerly adverse list for disclosure of connections for retention application; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

007-Fees/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/08/13 | A. Coombs | 2.00 | 940.00 | Revise retention application and affidavit of S. Linde in support thereof; |
| 04/10/13 | S. Carroll | 0.40 | 330.00 | Email with A. Coombs and S. Linde regarding revisions made by Morrison & Foerster to application, proposed order and declaration in support of retention of Perkins Coie as special counsel (.2); review revisions to application, proposed order and declaration in support of retention by Morrison & Foerster (.2); |
| 04/10/13 | A. Coombs | 0.80 | 376.00 | Email D. Harris (Morrison & Foerster) regarding retention application (.1); review suggested revisions to retention application from D. Harris (.6); confer with S. Carroll regarding suggested revisions to retention application (.1); |
| 04/11/13 | A. Coombs | 1.00 | 470.00 | Conference call with D. Harris regarding revisions to retention application (.4); revise retention application, affidavit in support of same, and proposed order (.6); |
| 04/15/13 | S. Carroll | 0.40 | 330.00 | Email with A. Coombs and D. Harris regarding additional revisions to retention application suggested by Morrison & Foerster (.1); review revisions to application, proposed order and declaration in support of retention by Morrison & Foerster (.3); |
| 04/15/13 | J. Vanacore | 0.40 | 74.90 | Review and resolve retention application issues (.2); emails with M. Sharkey regarding fee application issues (.2); |
| 04/15/13 | A. Coombs | 1.00 | 470.00 | Review proposed changes to retention application from D. Harris (Morrison & Foerster) (.2); email ███████ ███████████████████████████████████████ (.2); confer with J. Vanacore regarding retention application (.1); revise retention application (.4); email D. Harris regarding revised retention application (.1); |
| 04/16/13 | A. Coombs | 0.10 | 47.00 | Revise retention application with statement regarding fees generated from clients with connection to case; |
| 04/17/13 | S. Carroll | 1.20 | 990.00 | Meeting with J. Vanacore regarding review of revisions to retention application proposed by Morrison & Foerster (.4); emails with A. Coombs, and S. Linde regarding additional revisions to application suggested by Morrison & Foerster (.2); review revisions to application, proposed order and declaration in support of retention by Morrison & Foerster (.6); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

007-Fees/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|--------------------------|
| 04/17/13 | J. Vanacore | 2.20 | 481.50 | telephone conference with debtors counsel (D. Harris) regarding retention issues (.7); review issues regarding retention (.2); initial review of retention application issues raised by debtors counsel (.4); review and revise S. Linde retention affidavit (.4); telephone conference with A. Coombs regarding issues raise by debtors counsel regarding 327(e) retention issues (.5); |
| 04/17/13 | A. Coombs | 2.40 | 1,128.00 | Call with J. Wishnew to discuss additional revisions to retention application (.3); email S. Linde and L. Kellner regarding additional delays in filing retention application (.2); review revisions to retention application from D. Harris and J. Wishnew at Morrison Forester (.6); call with J. Vanacore to discuss revisions to retention application (.6); conference call with J. Vanacore and D. Harris to discuss additional revisions to retention application (.5); call with J. Dremousis ███████████████████ (.2); |
| 04/18/13 | S. Carroll | 0.60 | 495.00 | Email with A. Coombs, F. Rivera, J. Vanacore, and S. Linde regarding revisions to section of declaration in support of retention application related to disclosure of connections; |
| 04/18/13 | J. Vanacore | 4.40 | 214.00 | review retention issues raised by the Office of the United States Trustee and debtor (.3); review retention issues with S. Carroll (.1); telephone conference with D. Harris regarding retention issues (.1); internal emails regarding retention issues to resolve (.2); Review and revise S. Linde declaration (.8); email with D. Harris regarding retention issues (.2); review and revise proposed order (.6); review and revise 327(e) application (.9); work on summary of Ally Bank adverse relationships for Schedule 3 (.4); internal emails regarding schedules (.2); research on 327(e) issues raised by the Office of the United States Trustee (.6); |
| 04/18/13 | S. Linde | 1.40 | 1,015.00 | Work on fee application (1.2); discussion regarding same (.2); |
| 04/18/13 | A. Coombs | 0.30 | 141.00 | Email J. Vanacore regarding additional disclosures in retention application; |
| 04/19/13 | J. Vanacore | 2.10 | 428.00 | Review and revise S. Linde declaration (.8); telephone conference with D. Harris regarding retention issues (.2); review and resolve issues raised by the Office of the United States Trustee (.2); review and revise retention application (.9); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

007-Fees/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|--------------------------|
| 04/22/13 | S. Carroll | 1.30 | 1,072.50 | Review and revise sections of declaration disclosing connections (.7); email with A. Coombs, J. Vanacore, and S. Linde regarding additional revisions suggested by Morrison & Foerster (.2); review revisions to declaration in support of retention (.4); |
| 04/22/13 | J. Vanacore | 1.70 | 214.00 | review and revise proposed retention order (.4); Review and revise S. Linde declaration (.5); review issues by United States Trustee (.1); review and revise retention application (.7); |
| 04/22/13 | S. Linde | 0.40 | 290.00 | Revise affidavit in support of retention application; |
| 04/22/13 | A. Coombs | 1.50 | 705.00 | Confer with J. Vanacore regarding revisions to retention application (.1); review retention application and supporting affidavit (1.2); confer with J. Dremousis regarding review of retention application (.1); confer with M. Thimming regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ retention application (.1); |
| 04/23/13 | S. Carroll | 0.50 | 412.50 | Review and revise retention application and supporting declaration of S. Linde (.2); emails with A. Coombs, J. Vanacore, S. Linde, and D. Harris regarding additional revisions to application suggested by Morrison & Foerster (.3); |
| 04/23/13 | J. Vanacore | 0.20 | 107.00 | Emails with D. Harris regarding retention issues; |
| 04/24/13 | J. Vanacore | 0.20 | 107.00 | Work on retention issues (1); email with D. Harris regarding resolution (.1); |
| 04/29/13 | J. Vanacore | 0.40 | 214.00 | Telephone conference with D. Harris regarding retention issues and issues raised by the Office of the United States Trustee and committee (.2); review retention issues (.2); |
| 04/30/13 | S. Carroll | 1.60 | 1,320.00 | Telephone calls and email with J. Vanacore regarding resolution of United States Trustee concerns regarding retention under 327(e) ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

## 007-Fees/Employment Applications

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/30/13 | J. Vanacore | 2.70 | 160.50 | Prepare for telephone conference with the Office of the United States Trustee regarding retention issues (.3); revise retention application per request from the Office of the United States Trustee (.4); telephone conference with S. Carroll regarding retention issues (.1); resolve retention issues (.1); telephone conference with S. Linde regarding retention application issues and issues raised by the Office of the United States Trustee (.5); telephone conference with D. Harris regarding retention issues raised by the Office of the United States Trustee (.2); follow-up telephone conference with D. Harris regarding the Office of the United States Trustee issues regarding retention (.2); review and revise S. Linde affidavit for retention (.4); review retention issues raised by the Office of the United States Trustee (.2); research issues raised by the Office of the United States Trustee (.4); |
| 04/30/13 | S. Linde | 0.30 | 217.50 | Telephone conferences with J. Vanacore regarding submission to bankruptcy court and UST questions; |
| 04/30/13 | A. Coombs | 0.70 | 329.00 | Confer with J. Vanacore ███████████████████████████████ ███ (.2); confer with J. Vanacore regarding revisions to retention application (.2); review revisions to retention application (.3); |

| SUBTOTAL | | HOURS | | |
|----------|--|-------|--|--|
| 007 | | 48.10 | | |

## 021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/01/13 | P. Tracey | 2.50 | 1,712.50 | Review correspondence from Ally insurance carriers concerning mortgage-backed securities claims (1.8); prepare notes regarding correspondence from Ally insurance carriers concerning mortgage-backed securities claims (.7); |
| 04/01/13 | M. Sharkey | 4.80 | 3,480.00 | Review insurance policies and correspondence and note additional materials needed for insurance coverage analysis; |
| 04/01/13 | A. Coombs | 0.80 | 376.00 | Review and analyze insurance correspondence received from Ally Financial; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/01/13 | L. Kellner | 2.30 | 2,070.00 | Review insurance policies, legal analyses, and email correspondence provided by client; |
| 04/02/13 | N. Podsiadlik | 0.30 | 121.50 | Begin reviewing insurance policies, legal analysis, and email correspondence provided by ResCap in preparation for research regarding ResCap's coverage position; |
| 04/02/13 | P. Tracey | 3.50 | 2,397.50 | Review correspondence from Ally insurance carriers concerning mortgage-backed securities claims (2.0); prepare notes regarding correspondence from Ally insurance carriers regarding mortgage-backed securities claims (1.5); |
| 04/02/13 | S. Linde | 5.80 | 2,610.00 | Review carrier, insured, broker correspondence, pleadings and other documents from CBNV and Mitchell actions for analysis of insurance coverage issues and coordinate assignments with V. Chopra (1.8); two team conference calls with R. Crandell, V. Chopra, L. Kellner, and N. Podsiadlik regarding insurance coverage issues, missing information, next steps and strategy (1.0); conference call with Bryan Cave, N. Rosenbaum, and J. Wishnew regarding insurance issues, status of CBNV and Mitchell litigations, status of conversations with plaintiffs' counsel, and status regarding discussions with insurers (.8); review insurance analysis and case law research (1.8); conference with M. Sharkey regarding insurance analysis (.4); |
| 04/02/13 | M. Sharkey | 4.20 | 3,045.00 | Discuss review of insurance-related correspondence with S. Linde (.4); review insurance policies and correspondence (3.8); |
| 04/02/13 | L. Kellner | 4.10 | 2,520.00 | Telephone conference with W. Thompson (ResCap), J. Wishnew, N. Rosenbaum, E. Richards (Morrison & Foerster), and K. Marshall (Bryan Cave) regarding status of underlying Kessler litigation and discussions with plaintiff (.8); conference with S. Linde and V. Chopra regarding identifying insurance coverage issues (2.0); review correspondence provided by client (1.3); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|--------------------------|
| 04/02/13 | V. Chopra | 4.30 | 2,752.00 | Review carrier, insured, broker correspondence, pleadings and other documents from CBNV and Mitchell actions for analysis of insurance coverage issues, draft notes and summary, email regarding same (2.5); two team conference calls with R. Crandell, S. Linde, L. Kellner, N. Podsiadlik regarding insurance coverage issues, missing information, next steps and strategy (1.0); conference call with co-counsel on insurance issues, status of CBNV and Mitchell litigations, status of conversations with plaintiffs' counsel and status regarding discussions with insurers (.8); |
| 04/02/13 | R. Bridgeman | 1.10 | 682.00 | Review insurance coverage documents and corrrespondence and memoranda regarding coverage issues ███████████████████████████ ███████████████ ; |
| 04/03/13 | N. Podsiadlik | 2.50 | 1,012.50 | Research ██████████████████████ ██████████████████████████████████ ████████████████████████████ ████ ; |
| 04/03/13 | P. Tracey | 3.50 | 2,397.50 | Review Ally insurance policies relating to coverage for mortgage-backed securities claims; |
| 04/03/13 | S. Linde | 4.50 | 2,030.00 | Review materials regarding CBNV litigation forwarded by Morrison & Foerster (.8); conference call with B. Christiansen, N. Rosenbaum (Morrison & Foerster), and Perkins attorneys regarding carrier communications in preparation for call with AON (1.2); telephone conference with V. Chopra regarding next steps and case law (.8); review P. Tracey policy analysis (.7); review insurance policies (1.0); |
| 04/03/13 | M. Sharkey | 1.80 | 1,305.00 | Continue review of insurance company correspondence to evaluate insurance company coverage defenses ████████████████████ ██████████████████████ ; |
| 04/03/13 | V. Chopra | 1.10 | 704.00 | Review additional materials regarding CBNV litigation (.5); draft "to do" list for insurance team regarding coverage analysis (.3); follow-up calls with AON and bankruptcy counsel (.3); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/04/13 | N. Podsiadlik | 8.90 | 3,604.50 | Finish researching ██████████████████████ ████████████████ (7.0); begin drafting email to M. Sharkey regarding research (1.9); |
| 04/04/13 | P. Tracey | 4.80 | 3,253.75 | Review policy documents and correspondence█ ████████████████████████████ |
| 04/04/13 | S. Linde | 1.30 | 942.50 | Discuss next steps in insurance coverage analysis with V. Chopra (.2); telephone conference with AON broker regarding insurance coverage analysis (.5); telephone conference with N. Rosenbaum and J. Wishnew (Morrison & Foerster) regarding ███████████ ██████████ next steps regarding coverage review for CBNV and Mitchell actions (.4); telephone conference with V. Chopra and M. Sharkey ████████████████ (.2); |
| 04/04/13 | M. Sharkey | 3.00 | 2,175.00 | Legal research on strength of coverage defenses raised by insurance company and counter-arguments supporting coverage; |
| 04/04/13 | V. Chopra | 2.10 | 1,344.00 | Discuss next steps in insurance coverage analysis with S. Linde (.2); prepare for conference call with AON broker regarding interactions with insurers on CBNV and Mitchell actions (.5); conference call with AON broker regarding same (.5); conference call with counsel for debtor regarding ███████████ ██████████ next steps regarding coverage review for CBNV and Mitchell actions (0.4); follow-up to call with debtor counsel (.3); conference call with S. Linde and M. Sharkey ██████████ (.2); |
| 04/04/13 | R. Bridgeman | 2.60 | 1,612.00 | Review background materials ███████████ ████████████████████ and research regarding same (1.5); review case law ████████████████████ with respect to insurance rights (1.1); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/05/13 | N. Podsiadlik | 2.00 | 810.00 | Finish drafting email to M. Sharkey ████ ████████████████████ ████████████████████ ████████████████████ ██ ; |
| 04/05/13 | P. Tracey | 3.20 | 2,226.25 | Review documentation relating to mortgage-backed securities claims ████████████ ; |
| 04/05/13 | S. Linde | 2.20 | 1,595.00 | Review case law and research to date (1.6); email to V. Chopra, N. Podsiadlik, and R. Crandell regarding Kessler coverage issues and case law (.5); call to N. Rosenbaum (Morrison & Foerster) regarding talking points with plaintiffs counsel (.1); |
| 04/05/13 | M. Sharkey | 1.80 | 1,305.00 | Review and comment on draft memorandum ██ ████████████████████ ███████ ; |
| 04/05/13 | V. Chopra | 0.40 | 256.00 | Review of memorandum from counsel for RFC regarding CBNV-related claims; |
| 04/06/13 | N. Podsiadlik | 6.90 | 2,794.50 | Review memoranda from Reed Smith, Bryan Cave, and trial court documents from the litigation underlying plaintiffs' claims against ResCap, filings by plaintiffs in trial court, trial court rulings, appellate court rulings, and bankruptcy court documents (6.0); begin researching ███████████ (.9); |
| 04/07/13 | N. Podsiadlik | 6.90 | 2,794.50 | Continue analyzing litigation documents underlying Mitchell and Kesler class actions, court rulings regarding the class actions, ██████████████████ ██████████ docket reports of the Western District of Pennsylvania, state court of North Carolina, and Bankruptcy Court of the Southern District of New York, ████████████ ████████████████ in preparation for drafting a who's who, chronology, and analytical summary of the insurance claims and underlying litigation; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 04/07/13 | P. Tracey | 4.00 | 2,740.00 | Review errors and omissions claim materials ███ ██████████████████████████ ████████████████████████ ; |
| 04/08/13 | N. Podsiadlik | 6.20 | 2,511.00 | Continue analyzing litigation documents underlying Mitchell and Kessler class actions, court rulings regarding the class actions, █████████████████ ████████████████████████ docket reports of the Western District of Pennsylvania, state court of North Carolina, and Bankruptcy Court of the Southern District of New York, ████████████ █████████████████████████████ for drafting a who's who, chronology, and analytical summary of the insurance claims and underlying litigation (6.2); |
| 04/08/13 | P. Tracey | 3.30 | 2,226.25 | Review Ally Directors and Officers and Errors and Omissions policies relating to mortgage-backed securities claims; |
| 04/08/13 | S. Linde | 2.80 | 2,030.00 | Review research from N. Podsiadlik regarding E&O issues ██████████ ; |
| 04/08/13 | M. Sharkey | 0.30 | 217.50 | Review research ████████████████████████ ; |
| 04/08/13 | A. Coombs | 0.30 | 141.00 | Review insurance policies, legal analyses, and correspondence regarding class action lawsuits ██████████████████████████████ ; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|--------------------------|
| 04/09/13 | N. Podsiadlik | 12.40 | 2,308.50 | Analyze documents ███████████████ ██████████████ ████████████ (3.0); draft letter to counsel for Ally ████████████████████████ ████████████████ requesting additional documents (2.7); continue analyzing litigation documents underlying Mitchell and Kesler class actions, court rulings regarding the class actions, ████████████ docket reports of the Western District of Pennsylvania, state court of North Carolina, and Bankruptcy Court of the Southern District of New York, ██████████ ████████████████████ for drafting a who's who, chronology, and analytical summary of the insurance claims and underlying litigation; |
| 04/09/13 | M. Sharkey | 2.00 | 1,450.00 | Review insurance policies, insurance company correspondence, and results of research on coverage defenses raised by insurance companies in preparation for April 16 Ally meeting; |
| 04/09/13 | L. Kellner | 1.10 | 990.00 | ████████████████████ ███████████████ ██████████; |
| 04/10/13 | R. Crandell | 10.20 | 4,845.00 | Prepare preliminary analysis of insurance policies to provide analysis of case background and insurance coverage issues; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 04/10/13 | N. Podsiadlik | 7.70 | 3,118.50 | Finish drafting first draft of preliminary analysis of procedural history of Kessler, Mitchell, and Bumpers-Elliot cases, ███████████████████ ████████ (4.0); draft email to R. Crandell regarding preliminary analysis (.2); conference with R. Crandell regarding preliminary analysis (.2); research further the negotiations between Ally and insurers related to the Mitchell case (1.0); revise preliminary analysis to incorporate input from R. Crandell and additional analysis of Mitchell insurance negotiations (1.0); conference with R. Crandell regarding additional analysis of Kessler insurance negotiations (.3); finish revising draft (1.0); |
| 04/10/13 | P. Tracey | 5.20 | 3,596.25 | Prepare summary of insurance coverage issues relating to Ally primary directors and officers insurance policies; |
| 04/10/13 | S. Linde | 4.00 | 2,900.00 | Telephone conference with M. Sharkey regarding research status (.3); review research (1.0); review ███████████ Ally documents (.6); email regarding Ally files (.1); review documents from ResCap received 4/10 (2.2); |
| 04/10/13 | M. Sharkey | 1.90 | 1,377.50 | Work on letter to Ally ████████████ (.5); review insurance policies in preparation for April 16 meeting with Ally (.1); ██████████████████ ███████████████████ (.5); telephone conference with R. Bridgeman ███████████ ████████ (.5); email to P. Tracey regarding policy review (.1); review materials for Ally meeting (.2); |
| 04/10/13 | J. Schreiner | 2.30 | 1,138.50 | Research ████████████████████████ ███████████████████████; |
| 04/11/13 | R. Crandell | 6.80 | 1,805.00 | Research ███████████████████ (3.8); analyze correspondence regarding insurance in the Mitchell matter (3.0); |
| 04/11/13 | N. Podsiadlik | 3.70 | 1,498.50 | Review additional case background documents, ███████████████████████ ███████████████████████ ███████████████████████ (2.8); revise and update chronologies and who's who lists for the Kessler claims (.9); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/11/13 | M. Sharkey | 2.60 | 1,885.00 | Telephone conference with J. Vanacore ███████ ██████████████████ (.1); Review materials ███████████ (.2); review files with notice bordereaux (.4); ██████████ ████████████ (.2); prepare for April 16 meeting with Ally (.2); telephone conference with L. Kellner regarding meeting with Ally (.2); email to P. Tracey regarding errors and omissions policy review issue (.1); ███ ████████████ for errors and omissions insurance coverage (.6); work on proposed letter ████████████ (.9); |
| 04/11/13 | L. Kellner | 0.70 | 630.00 | Review draft letter to Kirkland & Ellis █████████ ████████ (.4); telephone conference with M. Sharkey ██████ ██████████████ (.3); |
| 04/11/13 | J. Schreiner | 5.10 | 2,524.50 | Research ███████████████████████████ ████████████████████████; |
| 04/12/13 | R. Crandell | 2.50 | 142.50 | Telephone conference with M. Sharkey ████████████ (.1); review ████ case ████████████ (.2); review insurance coverage regarding the Mitchell case (2.2); |
| 04/12/13 | N. Podsiadlik | 1.90 | 769.50 | Review insurer correspondence setting out insurers' position for denying coverage to Residential Capital; |
| 04/12/13 | S. Linde | 3.40 | 2,465.00 | Telephone conference with J. Haims (Morrison & Foerster) (.4); review coverage case law ██████ (1.7); review ████████████ ████████████ (1.3); |
| 04/12/13 | M. Sharkey | 1.90 | 1,377.50 | Meeting with L. Kellner to prepare for April 16 meeting with Ally (.4); review materials in preparation for meeting with Ally (.8); work on research ████████████ ████████████ (.7); |
| 04/12/13 | L. Kellner | 2.20 | 1,980.00 | Prepare strategy for presentation to Creditors Committee (1.8); telephone conference with S. Linde and M. Sharkey concerning strategy █████████ ████████████ (.4); |
| 04/12/13 | V. Chopra | 1.00 | 640.00 | Review memorandum regarding CBNV and Morgan class actions (.8); telephone conference with R. Crandell regarding same (.2); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 04/13/13 | M. Sharkey | 0.40 | 290.00 | Research ███████████████ ██████████████████████; |
| 04/13/13 | R. Bridgeman | 3.60 | 2,232.00 | Review correspondence from insurers regarding coverage positions and related documents (2.1); draft list of questions and additional information request (1.5); |
| 04/14/13 | M. Sharkey | 0.90 | 652.50 | Review recent briefs ████████████ ████████ in preparation for April 16 meeting with Ally (.6); review R. Bridgeman email of proposed questions for April 16 meeting with Ally (.1); review insurance policies ████████████████████ (.2); |
| 04/14/13 | R. Bridgeman | 1.30 | 806.00 | Finalize and send to M. Sharkey an email of questions and additional information to request from parent █████████████████████ (1.3) |
| 04/15/13 | J. Vanacore | 1.60 | 299.60 | Review bankruptcy issues with M. Sharkey regarding Ally Bank meeting (.7); initial review of first day affidavit to prepare for meeting with Ally Bank (.3); review affidavit with M. Sharkey; review insert issues regarding consumer banking relationships with Ally Bank (.1); review STN motion from Committee to advise M. Sharkey for Ally Bank meeting (.3); emails with M. Sharkey regarding motion (.1); |
| 04/15/13 | S. Linde | 2.30 | 1,667.50 | Review N. Podsiadlik analysis memorandum on insurance coverage for Kessler class action lawsuit and Mitchell case (1.0); analyze insurance policies (1.3); |
| 04/15/13 | M. Sharkey | 2.40 | 1,740.00 | Telephone conference with J. Vanacore ███████ ████████ (1.1); review R. Bridgeman emails regarding proposed questions for April 16 meeting with Ally (.2); review insurance company correspondence ████████ ████████ in preparation for April 16 meeting with Ally (1.1); |
| 04/15/13 | A. Coombs | 0.10 | 47.00 | Review insurance policies and correspondence regarding class actions matters; |
| 04/16/13 | P. Tracey | 7.50 | 5,137.50 | Review Ally directors and officers and errors and omissions insurance policies to confirm policy terms, conditions, and exclusions; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/16/13 | S. Linde | 7.40 | 5,365.00 | Analyze insurance policies (3.2); meeting with Ally and its counsel (Kirkland & Ellis) with Morrison & Foerster and B. Christiansen (ResCap) regarding insurance coverage issues (1.1); debrief with J. Haims, J. Beha, and B. Christenson following meeting with Ally (.3); prepare for April 17 meeting with Creditors Committee regarding insurance settlement, status of coverage, and update on meeting with Ally (2.8); |
| 04/16/13 | M. Sharkey | 6.10 | 4,422.50 | Review insurance policies and correspondence to prepare questions and requests for additional material for meeting with Ally (4.2); meeting with Ally risk management and counsel (Kirkland & Ellis), with Morrison & Foerster, to discuss insurance issues and proposed insurance settlement (1.1); review issues and information raised at meeting with Ally to create list of follow-up projects (.7); review insurance policies ▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ (.1); |
| 04/16/13 | L. Kellner | 2.60 | 2,340.00 | Review correspondence and position paper in preparation for meeting with Ally and its counsel (Kirkland & Ellis) on insurance coverage issues (1.5); meeting with Ally and Kirkland & Ellis on insurance coverage issues (1.1); |
| 04/17/13 | N. Podsiadlik | 6.90 | 2,794.50 | Telephone conference with M. Sharkey regarding research ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆ (.1); research ▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (5.4); draft email to S. Linde, V. Chopra, M. Sharkey ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (1.4); |
| 04/17/13 | P. Tracey | 4.80 | 3,253.75 | Review Ally directors and officers and errors and omissions policies to confirm policy terms, conditions and exclusions; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/17/13 | S. Linde | 7.60 | 5,510.00 | Review and analyze insurance policies, ▓▓▓▓▓ research, and insurance company correspondence (2.6); develop strategy for addressing insurance coverage issues (1.8); revise request letter to Ally (.2); meeting with G. Lee and J. Haims (Morrison & Foerster) in preparation for meeting with Creditors Committee (1.8); analyze Ally response and April 16 presentation (1.2); |
| 04/17/13 | M. Sharkey | 4.70 | 3,407.50 | Draft letter to Ally requesting additional insurance information (1.3); prepare summary of issues for research and analysis arising out of meetings with Ally and Creditors Committee (1.3); review insurance policies ▓▓▓▓▓ ▓▓▓▓▓ (1.1); meeting with G. Lee and J. Haims (Morrison & Foerster) to prepare for meeting with Creditors Committee counsel (1.0); |
| 04/17/13 | A. Coombs | 0.90 | 423.00 | Review correspondence from Chubb regarding coverage for mortgage-backed securities litigation under D&O and E&O liability insurance policies; |
| 04/17/13 | V. Chopra | 0.50 | 320.00 | Review case law ▓▓▓▓▓ ▓▓▓▓▓ ; |
| 04/17/13 | S. Russell | 2.10 | 987.00 | Research ▓▓▓▓▓ mortgage-backed security D&O cases; |
| 04/18/13 | N. Podsiadlik | 7.00 | 2,835.00 | Telephone conference with M. Sharkey ▓▓▓▓▓ (.3); research ▓▓▓▓▓ (5.9); draft email to M. Sharkey, V. Chopra, S. Linde ▓▓▓▓▓ (.8); |
| 04/18/13 | P. Tracey | 7.20 | 4,966.25 | Review Ally directors and officers and errors and omissions policies to confirm policy terms, conditions and exclusions; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/18/13 | M. Sharkey | 7.60 | 4,785.00 | Discuss factual issues ███████ ███ (.4); research ███████████ (6.0); discuss ████████████████ (.2); meet with P. Tracey for update on insurance policy review and impact of findings on key issues (.5); review ████ research (.2); finalize letter to M. Glick (Kirkland & Ellis), Ally's counsel, requesting additional insurance information (.3); |
| 04/18/13 | L. Kellner | 0.20 | 180.00 | Read email from S. Linde concerning April 19 conference call with G. Lee (Morrison & Foerster) on Kessler claim insurance coverage issues; |
| 04/18/13 | V. Chopra | 1.60 | 1,024.00 | Review email memo ████████████ (.4); conference with M. Sharkey regarding same and next steps (.4); telephone conference with M. Sharkey on research follow-up ████████████ (.2); telephone conference with N. Podsiadlik regarding same (.1); review research ███████████ (.5); |
| 04/18/13 | S. Russell | 0.30 | 141.00 | Confer with M. Sharkey regarding ████████ the mortgage-backed securities context; |
| 04/19/13 | P. Tracey | 5.30 | 3,596.25 | Review Ally directors and officers and errors and omissions policies to confirm policy terms, conditions, and exclusions; |
| 04/19/13 | M. Sharkey | 0.50 | 362.50 | Telephone conference with L. Kellner, V. Chopra, and N. Rosenbaum and J. Wishnew (Morrison & Foerster) ████████████; |
| 04/19/13 | A. Coombs | 0.20 | 94.00 | Respond to request from V. Chopra regarding background ████████████; |
| 04/19/13 | L. Kellner | 2.10 | 1,890.00 | Read M. Sharkey's legal analysis regarding Kessler claim insurance coverage issues (.8); telephone conference with V. Chopra regarding responding to G. Lee (Morrison & Foerster) questions regarding Kessler claim insurance coverage (.5); conference call with G. Lee concerning Kessler claim insurance coverage issues (.8); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/19/13 | V. Chopra | 1.40 | 896.00 | Prepare for conference call with debtor counsel (.7); conference call with debtor counsel regarding insurance issues.███████ (.5); follow-up to call regarding same (.2); |
| 04/19/13 | S. Russell | 2.60 | 1,222.00 | Research ████████████████ mortgage-backed securities context; |
| 04/20/13 | L. Kellner | 1.30 | 1,170.00 | Review email and attached memorandum from G. Lee (Morrison & Foerster) regarding insurance coverage issues related to Kessler claim (.8) email comments to V. Chopra and M. Sharkey (.3); telephone conference with S. Linde (.2); |
| 04/21/13 | V. Chopra | 0.60 | 384.00 | Review memorandum ███████████ and email comments from team regarding memorandum (.4); conference call with S. Linde on case status (.2); |
| 04/22/13 | S. Linde | 4.00 | 2,900.00 | Review R. Crandell chronology and questions regarding same leading to additional research ████ (1.8); review corporate research ████ (2.2); |
| 04/22/13 | M. Sharkey | 1.10 | 797.50 | Review ████ research and discuss with S. Russell (.2); review decision and materials ████████ (.2); discuss ████ policy language with T. Burns (.3); email regarding letter requesting additional insurance information for Ally (.1); prepare for telephone conference with R. Bridgeman ███████ (.1); telephone conference with N. Podsiadlik ████ (.2); |
| 04/23/13 | N. Gellert | 0.70 | 395.50 | Telephone conference with M. Sharkey and S. Feldman regarding background and research ████ (.3); review reservation of rights letters and related email communications (.4); |
| 04/23/13 | J. Fisher | 0.10 | 36.50 | Discuss issue ████████ with M. Sharkey; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------------|-------|--------|------------------------|
| 04/23/13 | N. Podsiadlik | 7.20 | 2,511.00 | Research ███████████████████████████ ██████████████████████████ ██████████████████████████ ███████████████████████ ████████████████████████████ ██████████████████████████████); |
| 04/23/13 | S. Linde | 4.00 | 2,610.00 | Meeting with M. Sharkey regarding research assignments and potential meeting with carriers and Judge (.3); review and revise memorandum on research issues (.9); review ██████████ ████████████ (2.2); email with J. Haims regarding Ally's outstanding documents (.2); conference call with L. Kellner, V. Chopra, J. Wishnew and N. Rosenbaum (Morrison & Foerster), and L. Marshall (Bryan Cave) ████████████████████(.4); |
| 04/23/13 | M. Sharkey | 7.00 | 5,075.00 | Update R. Bridgeman on information ███████ ██████████ (.4); forward materials for research to N. Podsiadlik and S. Russell (.2); work on ███████████ memorandum (4.6); telephone conference with N. Gellert and S. Feldman regarding ████████████████████████ (.4); gather key materials ███████████████ for N. Gellert and S. Feldman research (.6); prepare for meeting with A. Coombs on errors and omissions insurance coverage research (.2); meeting with A. Coombs on errors and omissions insurance coverage research (.5); email with S. Russell on ██████████ research (.1); |
| 04/23/13 | A. Coombs | 4.80 | 2,256.00 | Confer with M. Sharkey regarding insurance coverage analysis of mortgage-backed securities suits under bankers professional liability (E&O) coverage (.5); review Chubb primary bankers professional liability insurance policies (2.2); review correspondence from Chubb regarding coverage for mortgage-backed securities suits (2.1); |
| 04/23/13 | L. Kellner | 1.00 | 900.00 | Read email from J. Wishnew (Morrison & Foerster) regarding Kessler mediation (.3); conference call with J. Wishnew and N. Rosenbaum (Morrison & Foerster), S. Linde, and V. Chopra █████████████████ (.7); |
| 04/23/13 | V. Chopra | 0.20 | 128.00 | Telephone conference with N. Podsiadlik regarding ██████████ (.2); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/23/13 | S. Russell | 2.10 | 987.00 | Research case law ████████████████ ██████████████████████████; |
| 04/24/13 | N. Gellert | 2.50 | 1,412.50 | Telephone conference with S. Feldman to coordinate research (.2); review policies, reservation of rights letters and underlying complaints (2.0); email with M. Sharkey regarding questions from initial review and for additional background (.2); email to S. Feldman with initial thoughts on research focus (.1); |
| 04/24/13 | J. Fisher | 5.60 | 2,044.00 | Research ████████████████████ ██████████████████████; |
| 04/24/13 | N. Podsiadlik | 2.00 | 445.50 | Continue researching ██████████████ ████████████████████████ █████████████████████████ (1.1); revise letter ████████████ █████████████████ to respond to feedback from V. Chopra (.9); |
| 04/24/13 | J. Vanacore | 1.80 | 428.00 | Draft response to M. Sharkey questions ████████ ████████ (.8); telephone conference with M. Sharkey ██████████████████ (.4); brief research ████████████ (.2); research ████████████ to answer M. Sharkey questions (.4); |
| 04/24/13 | S. Linde | 1.40 | 1,015.00 | Meeting with M. Sharkey regarding strategy (.4); review correspondence on research for robo-signing coverage and answer questions for N. Gellert and S. Feldman regarding next steps in research (.4); insurance policy analysis (.6); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|---------------------|-------|--------|--------------------------|
| 04/24/13 | M. Sharkey | 5.40 | 3,915.00 | Work on memorandum ███████████ (3.9); ████████████████████ (.2); discuss ████████ (.1); meetings with A. Coombs regarding errors and omissions policy research issues (.4); telephone conference with J. Vanacore ████████ (.8); Telephone conference with J. Haims and J. Beha (Morrison & Foerster), and S. Linde ████████████ (.3); meeting with S. Linde on research projects ████ (.4); |
| 04/24/13 | A. Coombs | 6.00 | 2,820.00 | Research case law interpreting exclusions in Chubb professional liability policies (2.1); review and analyze Chubb primary bankers professional liability policies for coverage of mortgage-backed securities suits (1.2); confer with M. Sharkey ███████████ (.2); review and analyze ████ documents ████ (2.2); confer with H. Berlin regarding case background and research ████████ (.3); |
| 04/24/13 | V. Chopra | 0.50 | 320.00 | Edit notice letter (.3); telephone conference and email regarding notice ████████████ (.2); |
| 04/24/13 | S. Russell | 7.80 | 3,666.00 | Prepare research memorandum ███████████ ████████████████████ ████████████; |
| 04/24/13 | S. Feldman | 3.90 | 2,242.50 | Continue review ████████ r to obtain necessary background (.3); review E&O policy (1.5); review D&O policy (.9); further review of Federal's denial letter (.3); analyze coverage issues and arguments (.5); conference with N. Gellert regarding coverage issues (.4); |
| 04/25/13 | N. Gellert | 5.40 | 3,051.00 | Factual and legal research for robo-signing claim coverage analysis (3.8); two telephone conferences with S. Feldman regarding robo-signing claim coverage analysis and coordination for preparation of memorandum regarding same (1.0); prepare sections of memorandum analyzing robo-signing coverage issues (.6); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------------|-------|--------|------------------------|
| 04/25/13 | J. Fisher | 8.30 | 3,029.50 | Research ████████ ████████████ (5.0) █ draft memorandum ████████ (3.3); |
| 04/25/13 | H. Berlin | 7.30 | 2,993.00 | Review insurance policy (.9); ████████████ (.4); compare claims made by Chubb in its correspondence with policy language (1.1); review case law on E&O policies ███ (.3); telephone conference with A. Coombs ███ ████ (.8); ██████████ (.2); research case law and statutory law ███████████ (2.1); research case law ███████ (.7); draft memorandum ████████████ ███ (.5); |
| 04/25/13 | N. Podsiadlik | 9.20 | 2,754.00 | Telephone conference with M. Sharkey regarding legal research ████████████ (.2); continue researching ████████████ ████████████ ████████████ ████████████ (3.1); draft insert for M. Sharkey ████████████ (3.5); analyze Bryan Cave's memoranda ████████ (.8); analyze June 2011 correspondence ████████████ (.8); correspond with V. Chopra ████████████ (.8); |
| 04/25/13 | P. Tracey | 5.20 | 3,596.25 | Review Ally directors and officers and errors and omissions policies ████████ ████████; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/25/13 | S. Linde | 1.30 | 942.50 | Meeting with V. Chopra ███████ ██████████████ (.5); telephone conference with V. Chopra ██████████████ ████████ (.3); telephone conference with V. Chopra regarding update from N. Rosenbaum (Morrison & Foerster) (.3); review and revise ██████████ and discuss same with V. Chopra (.2); |
| 04/25/13 | M. Sharkey | 7.30 | 5,292.50 | Work on memorandum ███████████ (6.3); review research ████████████ ████████████████ (.7); review information from claims bordereaux (.3); |
| 04/25/13 | A. Coombs | 5.80 | 2,726.00 | Draft memorandum ████████████████ █████ 3.1); review and analyze research from H. Berlin ██████████████ (.6); confer with H. Berlin regarding same (.2); review and analyze ████████████████████ ██████████████ (1.9); |
| 04/25/13 | V. Chopra | 1.50 | 960.00 | Conference call with N. Rosenbaum ██████ ██████ (.3); conference call with N. Rosenbaum regarding offer to Kessler plaintiffs (.3); telephone conference with N. Podsiadlik regarding value of claim (.2); email regarding same (.2); edit notice letter (.3); telephone conference with S. Linde on status (.2); |
| 04/25/13 | S. Russell | 6.10 | 2,867.00 | Confer with M. Sharkey ████████████████ ████████ (.2); finish drafting research memorandum (5.9); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/25/13 | S. Feldman | 13.20 | 7,590.00 | Continue review of E&O and D&O policies (.8); review complaint filed by the federal and state governments in USDC (Washington, DC) pertaining to alleged robo-signing (.7); review Consent Judgment and exhibits to same entered in the aforementioned action (1.8); review complaints and Orders issued in various, related robo-signing actions (.7); conduct research regarding the coverage issues raised by Federal in its denial letter (2.9); analyze coverage issues and arguments to counter Federal's position (1.3); series of emails and conferences with N. Gellert regarding the coverage issues raised by Federal in its denial letter (.8); draft memorandum analyzing coverage issues related to the settlement of the aforementioned action filed by the federal and state governments (4.2); |
| 04/26/13 | N. Gellert | 1.80 | 1,017.00 | Revise draft memorandum regarding coverage for robo-signing claims (.8); review final memorandum (.3); telephone conference with S. Linde, M. Sharkey, A. Coombs, and S. Feldman regarding robo-signing coverage issues and analysis (.7); |
| 04/26/13 | J. Fisher | 1.30 | 474.50 | Discuss robo-signing ████████████ with M. Sharkey (.2); research ████ ████████████████████ ████████████████ (1.1); |
| 04/26/13 | N. Podsiadlik | 5.30 | 2,146.50 | Research ████████████████ ████████████████ ████████████; |
| 04/26/13 | P. Tracey | 4.30 | 2,911.25 | Review Ally directors and officers and errors and omissions policies ████████ ████████████; |
| 04/26/13 | S. Linde | 2.60 | 1,885.00 | Telephone conference with N. Gellert, S. Feldman, M. Sharkey, and A. Coombs regarding results of robo-signing insurance coverage research (.5); review case law on coverage issues for robo-signing (1.7); insurance policy analysis (.4); |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/26/13 | A. Coombs | 4.00 | 1,880.00 | Draft memorandum ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ (3.1); confer with M. Sharkey regarding additional documents requested from Ally (.3); review additional documents provided by Ally (.6); |
| 04/26/13 | S. Russell | 0.50 | 235.00 | Confer with M. Sharkey ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ (.3); review ▓▓▓▓ underlying claims (.2); |
| 04/26/13 | S. Feldman | 3.10 | 1,782.50 | Draft, revise, and finalize memorandum analyzing coverage issues related to settlement of robo-signing action filed by federal and state governments (1.5); email with N. Gellert regarding revision of the aforementioned memorandum (.3); telephone conference with M. Sharkey, S. Linde, N. Gellert, and A. Coombs regarding coverage issues related to settlement of aforementioned action (1.3); |
| 04/27/13 | J. Fisher | 6.00 | 2,190.00 | Research ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓; |
| 04/27/13 | N. Podsiadlik | 7.60 | 3,078.00 | Research ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓; |
| 04/27/13 | S. Linde | 2.70 | 1,957.50 | Analyze new insurance related documents and additional insurance policies received from Ally ▓ ▓▓▓▓▓; |
| 04/28/13 | J. Fisher | 1.70 | 620.50 | Research ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/28/13 | N. Podsiadlik | 6.30 | 2,551.50 | Research ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (1.4); research ▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.1); research ▮▮▮▮▮▮ ▮▮▮▮ (1.3); draft memorandum to M. Sharkey summarizing research ▮▮▮▮▮ (2.5); |
| 04/28/13 | S. Linde | 1.80 | 1,305.00 | Analyze Ally documents received to date: directors and officers insurance policies, errors and omissions insurance policies, and chart ▮▮▮▮ ▮▮▮▮▮▮▮, in order to determine best course of action for Residential Capital relating to seeking insurance coverage; |
| 04/28/13 | M. Sharkey | 0.10 | 72.50 | Email regarding M. Glick (Kirkland & Ellis) request for basis of request for copies of insurance applications; |
| 04/28/13 | V. Chopra | 0.50 | 320.00 | Review email memorandum ▮▮▮▮ ▮▮; |
| 04/29/13 | J. Fisher | 0.90 | 328.50 | Draft memorandum ▮▮▮▮▮ ▮▮▮▮; |
| 04/29/13 | N. Podsiadlik | 4.10 | 1,660.50 | Review bankruptcy court filings ▮▮▮▮ ▮▮▮▮▮▮ (1.0); continue researching ▮▮▮▮▮ ▮▮▮▮ (3.1); |
| 04/29/13 | S. Linde | 3.40 | 2,465.00 | Email with V. Chopra regarding edits to letter to carriers (.1); ▮▮▮▮▮▮ (.6); ▮▮▮▮ (2.7); |
| 04/30/13 | N. Gellert | 0.30 | 169.50 | Review summary of case law ▮▮▮▮; |


Perkins
Coie
LLP

INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

## 021-Insurance Matters

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/30/13 | J. Fisher | 0.60 | 219.00 | Complete memorandum regarding robo-signing research (.4); research ███████████ ███████ (.2); |
| 04/30/13 | N. Podsiadlik | 6.60 | 2,673.00 | Analyze ResCap's thirteen 2000-03 D&O policies ████████ (1.0); draft table summarizing ████████ (0.4); continue researching ██████████ ██████████████ ██████████ (3.0); begin drafting memorandum to V. Chopra, M. Sharkey, and S. Linde ████████ (2.2); |
| 04/30/13 | S. Linde | 3.70 | 362.50 | Email with J. Wishnew and N. Rosenbaum ████████ (.2); email with V. Chopra ████████ (.3); review case law on related claims and MBS coverage (3.2); |
| 04/30/13 | M. Sharkey | 0.20 | 145.00 | Review emails summarizing research ████████████████; |
| 04/30/13 | V. Chopra | 0.60 | 384.00 | Update notice letter and email regarding same; |
| 04/30/13 | S. Feldman | 0.30 | 172.50 | Review research results ███████████████████; |

| SUBTOTAL | | HOURS | | |
|----------|--|-------|--|--|
| 021 | | 500.30 | | |

## 022-Communication with Creditors

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/17/13 | L. Kellner | 3.00 | 2,700.00 | Meet with Morrison & Foerster attorneys to discuss strategy████████████████ and presentation to Creditors Committee; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

## 022-Communication with Creditors

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|--------------------------|
| SUBTOTAL | | HOURS | | |
| 022 | | 3.00 | | |

## 023-Meetings of Creditors

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|--------------------------|
| 04/17/13 | S. Linde | 1.30 | 942.50 | Meeting with Creditors Committee concerning insurance coverage issues; |
| 04/17/13 | M. Sharkey | 1.30 | 942.50 | Meeting with Creditors Committee counsel (Kramer & Levin) to discuss insurance issues with possible settlement; |
| 04/17/13 | L. Kellner | 1.30 | 1,170.00 | Meeting with Creditors Committee to describe insurance game plan, answer questions ███████ ████████████████████ (1.3); |
| SUBTOTAL | | HOURS | | |
| 023 | | 3.90 | | |

## 029-Non-Working Travel

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|--------------------------|
| 04/17/13 | L. Kellner | 5.00 | 4,500.00 | Travel to/from New York, NY for meeting with Creditors Committee on insurance issues (5.0); |
| SUBTOTAL | | HOURS | | |
| 029 | | 5.00 | | |

## 035-Minimal Hours

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|--------------------------|
| 04/11/13 | R. Kuhlman | 2.10 | 546.00 | Receive data from DC; create new Concordance database; modify and append electronic discovery database and link image collection; prepare security; |
| 04/12/13 | R. Kuhlman | 0.50 | 130.00 | Set up additional security for employees in Washington, D.C.; send link to Concordance database; |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

## 035-Minimal Hours

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/24/13 | A. Ellias | 0.50 | 147.50 | Email with S. Feldman regarding documents (.1); print insurance documents for S. Feldman (.2); assemble and distribute documents to S. Feldman (.2); |

| SUBTOTAL | | HOURS | | |
|----------|--|-------|--|--|
| 035 | | 3.10 | | |

## 037-Mediation

| DATE | ATTORNEY/ASSISTANT | HOURS | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------|-------------------------|
| 04/10/13 | S. Linde | 0.40 | 290.00 | Update with J. Haims (Morrison & Foerster) ▮▮▮▮; |
| 04/23/13 | S. Linde | 0.20 | 145.00 | Telephone conference with J. Haims (Morrison & Foerster) ▮▮▮▮; |
| 04/23/13 | V. Chopra | 0.90 | 576.00 | Prepare for update conference call with Morrison & Foerster and Bryan Cave (.2); conference call with same ▮▮▮▮ (.7); |
| 04/24/13 | S. Linde | 0.30 | 217.50 | Telephone conference with J. Haims and J. Beha (Morrison & Foerster), and M. Sharkey ▮▮▮▮; |

| SUBTOTAL | | HOURS | | |
|----------|--|-------|--|--|
| 037 | | 1.80 | | |

|  |  |
|--|--|
| **SERVICES** | |
| | $349,476.50 |
| **ADJUSTMENTS** | |
| Premium/Discount | $(823.50) |
| Premium/Discount | $(2,250.00) |
| **TOTAL NET SERVICES** | |
| | $347,226.50 |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

**FOR DISBURSEMENTS** THROUGH 05/31/13

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/17/2013 | Travel expense - - (No Charge) L. Kellner, The London Hotel, 1 night hotel NYC 4/16 | $669.91 |
| 04/12/2013 | Airfare - - (No Charge) S. Linde, US Airways RT shuttle (coach fare), DCA-LGA-DCA, 04/16-04/17/13; Ticket#7220299625 | $835.80 |
| 04/15/2013 | Airfare - - (No Charge) M. Sharkey, US Airways RT shuttle (coach fare), DCA-LGA-DCA, 04/16-04/17/13; Ticket#7220299654 | $835.80 |
| 04/15/2013 | Airfare - - (No Charge) L/ Kellner, American 1-way (economy fare), LGA-MIA, 04/17/2013 | $753.00 |
| 04/21/2013 | Local travel expense - (No Charge) Cab, M. Sharkey and S. Linde from Washington, DC (DCA) Airport to VA homes, 04/17/13 | $92.50 |
| 04/21/2013 | Local travel expense - (No Charge) Cab, M. Sharkey and S. Linde from VA homes to Washington, DC (DCA) Airport, 04/16/13 | $92.50 |
| 04/12/2013 | Photocopies and printing - Photocopies and printing - 1036 pages at $0.10 per page | $103.60 |
| 04/17/2013 | Long distance telephone charges - (212) 336-4328; 4 Mins. | $0.64 |
| 04/17/2013 | Long distance telephone charges - (212) 336-4328; 5 Mins. | $0.96 |
| 04/02/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: Coombs Aaron D.; TIME: 0; RESEARCH CHARGES: $135.42 | $135.42 |
| 04/03/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: Coombs Aaron D.; TIME: 0; RESEARCH CHARGES: $36.63 | $36.63 |
| 04/03/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: PODSIADLIK NICH; TIME: 0; RESEARCH CHARGES: $72.89 | $72.89 |
| 04/04/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: PODSIADLIK NICH; TIME: 0; RESEARCH CHARGES: $91.02 | $91.02 |
| 04/05/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: PODSIADLIK NICH; TIME: 0; RESEARCH CHARGES: $18.13 | $18.13 |
| 04/07/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: PODSIADLIK NICH; TIME: 0; RESEARCH CHARGES: $36.63 | $36.63 |
| 04/11/2013 | Computer research - Lexis/WestLaw - WESTLAW SEARCHED BY: Crandell Rusty D.; TIME: 0; RESEARCH CHARGES: $51.06 | $51.06 |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

| | SUBTOTAL FOR DISBURSEMENTS |
|---|---|
| | $3,826.49 |
| | LESS REDUCTION IN DISBURSEMENTS PER CLIENT SERVICE LAWYER |
| | $(3,279.51) |
| | TOTAL FOR DISBURSEMENTS |
| | $546.98 |

**SUMMARY OF SERVICES** THROUGH 05/31/13

| ATTORNEY/ASSISTANT | HOURS | RATE | AMOUNT |
|---|---|---|---|
| R. Bridgeman | 9.20 | 620.00 | 5,704.00 |
| S. Carroll | 13.40 | 825.00 | 11,055.00 |
| V. Chopra | 18.80 | 640.00 | 12,032.00 |
| L. Kellner | 27.40 | 900.00 | 24,660.00 |
| S. Linde | 73.10 | 725.00 | 52,997.50 |
| M. Sharkey | 71.50 | 725.00 | 51,837.50 |
| P. Tracey | 66.00 | 685.00 | 45,210.00 |
| S. Feldman | 21.80 | 575.00 | 12,535.00 |
| N. Gellert | 10.70 | 565.00 | 6,045.50 |
| H. Berlin | 9.70 | 410.00 | 3,977.00 |
| A. Coombs | 41.20 | 470.00 | 19,364.00 |
| R. Crandell | 30.90 | 475.00 | 14,677.50 |
| J. Fisher | 24.50 | 365.00 | 8,942.50 |
| N. Podsiadlik | 127.70 | 405.00 | 51,718.50 |
| S. Russell | 21.50 | 470.00 | 10,105.00 |
| J. Schreiner | 7.40 | 495.00 | 3,663.00 |
| J. Vanacore | 17.70 | 535.00 | 9,469.50 |
| A. Ellias | 0.50 | 295.00 | 147.50 |
| R. Kuhlman | 2.60 | 260.00 | 676.00 |
| E. Sisson | 18.50 | 235.00 | 4,347.50 |
| M. Yeryomenko | 1.20 | 260.00 | 312.00 |
| **Total** | 615.30 | | $349,476.50 |

SUMMARY OF TASK SERVICES

| TASK DESCRIPTION | TOTAL TASK HOURS | TOTAL TASK AMOUNT |
|---|---|---|
| Case Administration | 50.10 | 20,767.00 |
| Communication with Creditors | 3.00 | 2,700.00 |
| Fees/Employment Applications | 48.10 | 28,829.00 |
| Insurance Matters | 500.30 | 287,573.50 |
| Mediation | 1.80 | 1,228.50 |
| Meetings of Creditors | 3.90 | 3,055.00 |
| Minimal Hours | 3.10 | 823.50 |
| Non-Working Travel | 5.00 | 4,500.00 |



INVOICE #: 5029702

Residential Capital LLC

088912.0001 / Insurance Coverage

| | |
|---|---|
| **TOTAL DUE THIS INVOICE** | |
| **$346,949.98** | |