# EXHIBIT B

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Bankruptcy Litigation | 408.90 | $306,831.00 |
| Case Administration | 10.80 | $3,987.00 |
| Financing | 0.50 | $487.50 |
| Hearings | 9.10 | $8,107.50 |
| Meeting of Creditors | 5.80 | $5,655.00 |
| Non-working Travel | 7.00 | $3,412.50 |
| PSZJ Compensation | 26.90 | $14,011.50 |
| Plan & Disclosure Statement | 5.10 | $3,502.50 |
| PSZJ Retention | 4.00 | $3,105.00 |
| **TOTAL SERVICES:** | **478.10** | **$349,099.50** |