# EXHIBIT C

**SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Dean A. Ziehl, Partner | 1978 | $975.00 | 38.00 | $37,050.00 |
| Dean A. Ziehl, Partner | 1978 | $487.50 | 7.00 | $3,412.50 |
| Robert J. Feinstein, Partner | 1982 | $975.00 | 51.10 | $49,822.50 |
| Robert B. Orgel, Partner | 1981 | $915.00 | 7.10 | $6,496.50 |
| Henry C. Kevane, Partner | 1986 | $850.00 | 111.60 | $94,860.00 |
| John A. Morris, Partner | 1991 | $835.00 | 93.00 | $77,655.00 |
| Harry D. Hochman, Of Counsel | 1987 | $695.00 | 2.20 | $1,529.00 |
| Maria A. Bove, Of Counsel | 2005 | $675.00 | 30.30 | $20,452.50 |
| Jason H. Rosell, Associate | 2010 | $450.00 | 116.90 | $52,605.00 |
| Denise A. Harris, Paralegal | N/A | $285.00 | 2.40 | $684.00 |
| Thomas J. Brown, Paralegal | N/A | $245.00 | 18.50 | $4,532.50 |
| **TIME CHARGES TOTAL:** | | | 478.10 | $349,099.50 |
| **Blended Hourly Rate (Attorneys and Paralegals)** | | | | $730.18 |
| **Blended Hourly Rate (Attorneys)** | | | | $752.15 |