# EXHIBIT D

### SUMMARY OF DISBURSEMENTS

| Expense Category | Total Expenses |
|---|---:|
| Air Fare[*] | $800.00 |
| Auto Travel Expense | $ 43.20 |
| Bloomberg | $133.40 |
| Federal Express | $893.73 |
| Filing Fee | $293.00 |
| Hotel Expense[†] | $450.00 |
| Lexis / Nexis – Legal Research | $4,772.73 |
| Pacer – Court Research | $184.00 |
| Reproduction Expense | $451.50 |
| Reproduction / Scan Copy | $4,477.40 |
| Westlaw Legal Research | $1,134.89 |
| Working Meals | $72.75 |
| **TOTAL DISBURSEMENTS:** | **$13,706.60** |

---

[*] This expense for full fare coach roundtrip travel from Los Angeles to New York (incurred on 4/9/13) was written down from $2,634.90.

[†] This hotel expense for two nights (incurred on 4/12/13) was written down from $688.28.