David W. Dykhouse
Brian P. Guiney
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Ambac Assurance Corporation and the
Segregated Account of Ambac Assurance Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
:ss.:
COUNTY OF NEW YORK    )

NICHOLAS J. LA FORGE, being duly sworn, deposes and says:

1.  I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2.  On August 6, 2013, I caused to be served by hand a true and correct copy of the foregoing **RESERVATION OF RIGHTS OF AMBAC ASSURANCE CORPORATION AND THE SEGREGATED ACCOUNT OF AMBAC ASSURANCE CORPORATION WITH RESPECT TO DISCLOSURE STATEMENT FOR THE DEBTORS' JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** upon the parties herein, directed to them at the address below:

Office of United States Trustee, Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Brian Masumoto and Michael Driscoll

_____
NICHOLAS J. LA FORGE

Sworn to before me this 6th day of August, 2013

_____
Notary Public

MATTHEW M. FINNEGAN
Notary Public, State of New York
No. 01FI5080222
Qualified in New York County
Commission Expires June 16, 2015