**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                            )ss:
COUNTY OF NEW YORK          )

      Olga Ginsburg, being duly sworn, affirms, deposes and says:  I am over the age of eighteen years; am employed by Pachulski Stang Ziehl & Jones LLP; and am not a party to the action herein.  On August 7, 2013, I caused to be served via Federal Express, an overnight courier, true and correct copies of the *Second Interim Application Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period From January 1, 2013 Through April 30, 2013* upon those parties listed on the attached Service List.

                                                           */s/ Olga Ginsburg*
                                                           Olga Ginsburg

SWORN TO AND SUBSCRIBED before me this
7th day of August, 2013

*/s/ Karen G. Brown*
G. KAREN BROWN
Notary Public, State of New York
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2015

DOCS_NY:30028.1 73839/001

**Service List**

Morrison & Foerster LLP
Attn:   Larren M. Nashelsky
          Gary S. Lee
          Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, New York  10104-0050

Office of the United States Trustee
for the Southern District of New York
Attn:   Tracy Hope Davis
          Linda A. Riffkin
          Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY  10004

Office of the United States Trustee
Attn:   Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601

Kramer Levin Naftalis & Frankel LLP
Attn:   Kenneth H. Eckstein
          Douglas H. Mannal
1177 Avenue of the Americas
New York, NY  10036

Kirkland & Ellis
Attn:   Richard M. Cieri
          Ray C. Schrock
601 Lexington Avenue
New York, NY  10022

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   Kenneth S. Ziman
          Jonathan H. Hofer
4 Times Square
New York, New York  10036

DOCS_NY:30028.1 73839/001