| | Hearing Date: | September 11, 2013 at 10:00 a.m. (ET) |
| --- | --- | --- |
| | Objection Deadline: | August 21, 2013 at 4:00 p.m. (ET) |

SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Robert D. Nosek
Justin S. Krell

*Special Counsel for the*
*Official Committee of Unsecured Creditors*
*of Residential Capital, LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
| --- | --- |
| In re: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC a/k/a | |
| RESIDENTIAL CAPITAL CORPORATION, et al. | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------------x

**SECOND INTERIM APPLICATION OF SILVERMANACAMPORA LLP, SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JANUARY 1, 2013 THROUGH APRIL 30, 2013**

**CATEGORY CHART**

| | CATEGORY | TOTAL HOURS | AMOUNT CHARGED | BLENDED RATE |
| --- | --- | --- | --- | --- |
| 1 | Asset Sale | 0.30 | $58.50 | $195.00 |
| 2 | Case Administration | 177.90 | $53,168.50 | $298.87 |
| 3 | Claims Administration | 755.80 | $203,530.00 | $269.29 |
| 4 | Fee Application | 44.20 | $10,045.00 | $227.26 |
| 5 | General | 7.35 | $4,042.50 | $550.00 |
| 6 | Litigation | 143.85 | $44,856.50 | $311.83 |
| 7 | Retention Orders | 0.10 | $11.00 | $110.00 |
| 8 | Settle Actions | 0.70 | $238.00 | $340.00 |
| | **Totals:** | **1130.20** | **$315,950.00** | |
| | **Blended Hourly Rate:** | | | **$279.55** |