UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                                    :    Chapter 11
                                                          :
Residential Capital, LLC, et al.,                         :    Case No. 12-12020 (MG)
                                                          :
                       Debtors.                           :    Jointly Administered
                                                          :

------------------------------------------------------------ x

**ORDER AUTHORIZING DEBTORS TO FILE UNDER SEAL EXHIBIT D TO THE
SETTLEMENT AGREEMENT FILED IN CONNECTION WITH THE JOINT MOTION
PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 7023 AND 9019 FOR AN
ORDER (1) GRANTING CLASS CERTIFICATION FOR PURPOSES OF
SETTLEMENT ONLY, (2) APPOINTING CLASS REPRESENTATIVE AND CLASS
COUNSEL FOR PURPOSES OF SETTLEMENT ONLY, (3) PRELIMINARILY
APPROVING THE SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS, ON
THEIR OWN BEHALF AND ON BEHALF OF THE CLASS OF SIMILARLY
SITUATED PERSONS, AND THE DEBTORS, (4) APPROVING THE FORM AND
MANNER OF NOTICE TO THE CLASS, (5) SCHEDULING A FAIRNESS HEARING
TO CONSIDER APPROVAL OF THE SETTLEMENT AGREEMENT ON A FINAL
BASIS AND RELATED RELIEF AND (6) APPROVING THE SETTLEMENT
AGREEMENT ON A FINAL BASIS AND GRANTING RELATED RELIEF**

Upon the request of the above captioned debtors and debtors in possession (collectively,

the "Debtors") for entry of an order allowing the Debtors to file under seal Exhibit D to a certain

settlement agreement (the "Settlement Agreement") filed in connection with the *Joint Motion*

*Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 for an Order (1) Granting*

*Class Certification for Purposes of Settlement Only, (2) Appointing Class Representative and*

*Class Counsel for Purposes of Settlement Only, (3) Preliminarily Approving the Settlement*

*Agreement Between Plaintiffs, on Their Own Behalf and on Behalf of the Class of Similarly*

*Situated Persons, and the Debtors, (4) Approving the Form and Manner of Notice to the Class,*

*(5) Scheduling a Fairness Hearing to Consider Approval of the Settlement Agreement on a Final*

*Basis and Related Relief and (6) Approving the Settlement Agreement on a Final Basis and*

*Granting Related Relief* (the "Motion"); and the Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and the Court having found that the relief requested is in the best interests of the

Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.        The request is GRANTED as provided herein.

2.        Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule

9018, the Debtors are authorized to file under seal Exhibit D to the Settlement Agreement

("Exhibit D"), in its entirety.

3.        Exhibit D shall remain under seal and not be made available to any parties

in these cases without the consent of the Debtors or further order of this Court (after notice and

hearing); provided, however, that copies of Exhibit D have been provided on a strictly

confidential basis to (a) the Bankruptcy Court, (b) counsel to the Creditors' Committee and

(c) the United States Trustee.

4.        Parties receiving Exhibit D shall treat Exhibit D as confidential and not for

public dissemination so long as it, or any portion thereof, remain under seal by Order of this

Court.

5.        Nothing in this Order restricts the distribution of a copy of Exhibit D to

the governmental authorities specified in 28 U.S.C. §1715.

6.        The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

ny-1102247

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated:  August 7, 2013
        New York, New York

                                    _____/s/Martin Glenn_____
                                        MARTIN GLENN
                                    United States Bankruptcy Judge

ny-1102247