**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC. Et al., | : | Case No. 12-12020(MG) |
| | : | |
| Debtor(s) | : | |
| | : | |

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED 8/7/13, DOC. # 4540,
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.