**Exhibit 1**

Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Jason E. Manning

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATION OF TROUTMAN SANDERS LLP IN SUPPORT OF**

**APPLICATION OF TROUTMAN SANDERS LLP
FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL
FOR THE DEBTORS FOR THE FOLLOWING PERIODS:
JANUARY 1 – 31, 2013, FEBRUARY 1 – 28, 2013, AND APRIL 1 – 30, 2013**

**AND**

**THIRD INTERIM APPLICATION OF TROUTMAN SANDERS LLP FOR AN AWARD
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL
FOR THE DEBTORS FOR THE PERIOD OF
JANUARY 1, 2013 THROUGH APRIL 30, 2013**

I, Jason E. Manning, hereby certify that:

1. I am a member of the applicant firm, Troutman Sanders LLP ("**Applicant**"), with responsibility for compliance with the Amended Guidelines for Fees and Disbursements for

Active 21161800v1

Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on February 5, 2013 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 799], dated July 17, 2012, as amended, (the "**OCP Order**"), and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**") in the jointly administered chapter 11 cases of Residential Capital, LLC, *et al.* (collectively, the "**Debtors**"), pursuant to Sections 327, 330 and 331 of the Bankruptcy Code, Fed. R. Bank P. 2016, and Local Bankruptcy Rule 2016-1.

2. This certification is made in respect of Applicant's application, dated August 7, 2013 (the "**Application**"), for compensation and reimbursement of expenses for the periods of January 1-31, 2013, February 1-28, 2013, and April 1-30, 2013, and for interim compensation and reimbursement of expenses for the period commencing January 1, 2013 through and including April 30, 2013.

3. I certify that:

   a. I have read the Application;

   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c.    the fees and disbursements sought are billed at rates in accordance with those customarily charged by Applicant and generally accepted by Applicant's clients; and

    d.    in providing a reimbursable service, Applicant does not make a profit on that service, whether the service is performed by Applicant in-house or through a third party.

4. I certify that the Debtors, the Creditors Committee and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application, along with the parties entitled to receive the Application.

Dated: August 7, 2013

                TROUTMAN SANDERS LLP

                By:     /s/ Jason E. Manning
                    Jason E. Manning (NY Bar #4207288)
                    TROUTMAN SANDERS LLP
                    222 Central Park Avenue
                    Suite 2000
                    Virginia Beach, VA  23462
                    Telephone: (757) 687-7500
                    Facsimile: (757) 687-7510
                    Email:  jason.manning@troutmansanders.com

                    **Ordinary Course Professional For The Debtors and Debtors in Possession**

Active 21161800v1