# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/03/13 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1468435 |
| Minneapolis, MN 55437 | File No. | 040540.000341 |
| | Claim/Client File No. | 306751812 |

**RE:    (GA) advs. Gwinnett County, GA**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/03/13 | $2,028.50 |
| Costs and Expenses Through 01/03/13 | $61.00 |
| **Total Amount of This Invoice** | **$2,089.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/03/13
Invoice Number 1468435
File No. 040540.000341
Claim/Client File No. 306751812
Page 2

Ally Financial

(GA) advs. Gwinnett County, GA

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/03/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/02/12 | AJR | L190 | Calendar upcoming hearing date | 0.1 | 28.50 |
| 10/02/12 | ABP | L120 | Review file correspondence regarding client internal communications concerning Code violations | 0.1 | 29.00 |
| 10/02/12 | ABP | L120 | Review citation for Code violations, pleadings, and documents received from client regarding maintenance and condition of property | 0.2 | 58.00 |
| 10/02/12 | ABP | L120 | Develop strategies in defense of Code violation citation | 0.1 | 29.00 |
| 10/02/12 | ABP | L120 | Review correspondence exchanged with client Manish Verma regarding Code violations and defensive strategies | 0.1 | 29.00 |
| 10/03/12 | AJR | L120 | Analyze case strategy | 0.2 | 57.00 |
| 10/03/12 | ABP | L120 | Review correspondence exchanged with client Manish Verma regarding Code violation hearing | 0.2 | 58.00 |
| 10/03/12 | JEM | L120 | Advise client regarding case communications analysis | 0.3 | 109.50 |
| 10/04/12 | ABP | L120 | Develop strategies in response to Code violation citations | 0.1 | 29.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Manish Verma regarding status of case | 0.1 | 29.00 |
| 10/05/12 | AJR | L110 | Review and analyze photographs of property received from client in preparation for code violation hearing | 0.1 | 28.50 |
| 10/09/12 | AJR | L120 | Review and analyze property inspection results and photographs received from client | 0.4 | 114.00 |
| 10/09/12 | AJR | L190 | Emails with Core Logic regarding photographic evidence needed for hearing | 0.2 | 57.00 |
| 10/09/12 | ERD | L450 | Plan and prepare for hearing on code violation by preparing exhibits | 0.5 | 60.00 |
| 10/09/12 | ABP | L120 | Develop strategies regarding Code violation hearing | 0.1 | 29.00 |
| 10/10/12 | AJR | L190 | Telephone call to Officer Keith regarding code violation hearing | 0.1 | 28.50 |
| 10/10/12 | AJR | L450 | Prepare for hearing on code violation | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/03/13
Invoice Number 1468435
File No. 040540.000341
Claim/Client File No. 306751812
Page 3

Ally Financial

(GA) advs. Gwinnett County, GA

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/03/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 10/11/12 | AJR | L450 | Attend code violations hearing in Gwinnett County Recorders Court | 2.9 | 826.50 |
| 10/11/12 | AJR | L450 | Email to client following code violations hearing in Gwinnett County Recorders Court | 0.2 | 57.00 |
| 10/11/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/11/12 | ABP | L120 | Develop strategies regarding payment of fine for Code violations | 0.1 | 29.00 |
| 10/11/12 | ABP | L120 | Review correspondence exchanged with client Manish Verma regarding results of hearing on Code violations | 0.1 | 29.00 |
| 10/11/12 | ABP | L120 | Review report regarding result of Code violation hearing | 0.1 | 29.00 |
| 10/17/12 | AJR | L190 | Emails with client regarding status of check request to pay fine | 0.2 | 57.00 |
| 10/18/12 | AJR | L190 | Review cashier's check sent by vendor to court | 0.1 | 28.50 |
| 10/18/12 | AJR | L190 | Email to client regarding logistics for sending in check for violation | 0.1 | 28.50 |
| 11/05/12 | AJR | L190 | Telephone call to clerk to confirm that check for fine/violation was received and processed | 0.2 | 57.00 |
| 11/05/12 | AJR | L190 | Email to client to confirm that check for fine/violation was received and processed | 0.1 | 28.50 |
| | | | Totals | 7.3 | 2,028.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/03/13

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.5 | 120.00 | 60.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 1.3 | 290.00 | 377.00 |
| AJR | Reyes | Associate | 5.2 | 285.00 | 1,482.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/03/13
Invoice Number 1468435
File No. 040540.000341
Claim/Client File No. 306751812
Page 4

Ally Financial

(GA) advs. Gwinnett County, GA

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/03/13**

| Date | Description | Amount |
|------|-------------|--------|
| 10/23/12 | Personal Car Mileage – VENDOR: Reyes, Alexandria; INVOICE#: 101112REYES; DATE: 10/11/2012  - Mileage | 61.00 |
| | Total: | 61.00 |
| | Total Fees & Costs: | $2,089.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Manish Verma, Esq., Litigation Case Manager
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/03/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1468435 |
| File No. | 040540.000341 |
| Claim/Client File No. | 306751812 |

**RE:**    **(GA) advs. Gwinnett County, GA**

**Total Amount of This Invoice**                    $2,089.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/04/13 |
| Attn: Michael Socha | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1470408 |
| | File No. | 040540.000331 |
| | Claim/Client File No. | 731743 |

RE:    **advs. Guimond, Mark F. and Kallie A.**

Fees for Professional Services Rendered Through 12/07/12          $2,049.00

**Total Amount of This Invoice**          **$2,049.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/04/13
Invoice Number 1470408
File No. 040540.000331
Claim/Client File No. 731743
Page 2

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/07/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/02/12 | LKC | L210 | Prepare Notice of Appearance for Ethan Ostroff | 0.2 | 36.00 |
| 12/02/12 | ABP | L120 | Analyze and review case law regarding transactional causation | 2.1 | 609.00 |
| 12/03/12 | LKC | L210 | Analysis of Scheduling Order deadlines; analysis of client documents | 0.8 | 144.00 |
| 12/04/12 | ABP | L310 | Develop discovery strategies | 0.2 | 58.00 |
| 12/04/12 | ABP | L120 | Analyze and review recent class action case law | 0.7 | 203.00 |
| 12/05/12 | LKC | L110 | Organization and analysis of key client documents and correspondence | 1.0 | 180.00 |
| 12/05/12 | ABP | L110 | Review Court Scheduling Order and Initial Disclosures | 0.2 | 58.00 |
| 12/05/12 | ABP | L310 | Develop discovery strategies | 0.1 | 29.00 |
| 12/05/12 | ABP | L310 | Plan and prepare discovery to Plaintiff | 0.1 | 29.00 |
| 12/06/12 | LKC | L110 | Analysis and organization of key client documents and correspondence | 3.5 | 630.00 |
| 12/06/12 | JEM | L160 | Correspond with opposing counsel and Court regarding settlement conference | 0.2 | 73.00 |
| | | | Totals | 9.1 | 2,049.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/07/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 5.5 | 180.00 | 990.00 |
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |
| ABP | Pittman | Associate | 3.4 | 290.00 | 986.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 01/04/13 |
| Attn: Michael Socha | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1470408 |
| | File No. 040540.000331 |
| | Claim/Client File No. 731743 |

**RE:    advs. Guimond, Mark F. and Kallie A.**

**Total Amount of This Invoice**              $2,049.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ──── TROUTMAN SANDERS LLP ────

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476167 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

**RE:    (WV)  advs. Bennett, Colin, et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $510.50 |
| **Total Amount of This Invoice** | **$510.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13<br>
Invoice Number 1476167<br>
File No. 040540.000046<br>
Claim/Client File No. 694624<br>
Page 2

GMAC ResCap

(WV)  advs. Bennett, Colin, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | JEM | L160 | Revise settlement documents | 0.3 | 109.50 |
| 12/12/12 | LKC | L110 | Telephone call to Mr. Skinner requesting list price for property | 0.1 | 18.00 |
| 12/12/12 | LKC | L110 | Obtain list price for property from Realtor.com | 0.1 | 18.00 |
| 12/13/12 | JEM | L110 | Correspond with client and opposing counsel regarding short sale per settlement | 0.6 | 219.00 |
| 12/21/12 | JEM | L160 | Correspond with opposing counsel and client regarding settlement | 0.4 | 146.00 |
| | | | Totals | 1.5 | 510.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.2 | 180.00 | 36.00 |
| JEM | Manning | Partner | 1.3 | 365.00 | 474.50 |

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476167 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

**RE:    (WV)  advs. Bennett, Colin, et al.**

**Total Amount of This Invoice**                 $510.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# T<small>ROUTMAN</small> S<small>ANDERS</small> LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

A<small>TTORNEYS AT</small> L<small>AW</small>

A L<small>IMITED</small> L<small>IABILITY</small> P<small>ARTNERSHIP</small>

F<small>EDERAL</small> ID N<small>O.</small> 58-0946915

B<small>ILLING</small> I<small>NQUIRIES:</small>

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

GMAC ResCap

Attn: David G. Hagens, Esq., Associate Counsel

One Meridian Crossings

Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476168 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

**RE:    (WV) Posey, Janet M.**

Fees for Professional Services Rendered Through 12/31/12                    $438.00

**Total Amount of This Invoice**        **$438.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 01/22/13
Invoice Number 1476168
File No. 040540.000127
Claim/Client File No. 682623
Page 2

GMAC ResCap

(WV) Posey, Janet M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | JEM | L160 | Correspond with opposing counsel regarding settlement and negotiate terms | 0.4 | 146.00 |
| 12/19/12 | JEM | L160 | Correspond with client and opposing counsel regarding approval of settlement terms | 0.4 | 146.00 |
| 12/20/12 | JEM | L160 | Correspond with opposing counsel and client regarding finalizing settlement terms | 0.4 | 146.00 |
| | | | Totals | 1.2 | 438.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.2 | 365.00 | 438.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476168 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

**RE:     (WV) Posey, Janet M.**

**Total Amount of This Invoice**          $438.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | Invoice Date 01/22/13 |
| One Meridian Crossings | Submitted by J C Lynch |
| Minneapolis, MN 55423 | Direct Dial 757-687-7765 |
| | Invoice No. 1476169 |
| | File No. 040540.000074 |
| | Claim/Client File No. 698459 |

**RE:    (GA) Gude, Thandiwe & Derrick**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $55.00 |
| **Total Amount of This Invoice** | **$55.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476169
File No. 040540.000074
Claim/Client File No. 698459
Page 2

GMAC ResCap

(GA) Gude, Thandiwe & Derrick

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/13/12 | MJW | P100 | Update case assessment | 0.1 | 27.50 |
| 12/18/12 | MJW | L110 | Revise case assessment | 0.1 | 27.50 |
| | | | Totals | 0.2 | 55.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476169 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

**RE:** (GA) Gude, Thandiwe & Derrick

**Total Amount of This Invoice**      $55.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1476170 |
| | File No. 040540.000084 |
| | Claim/Client File No. 695265 |

**RE:    (GA) Nix, Brenda and William**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 12/31/12 | $1,034.00 |
| Costs and Expenses Through 12/31/12 | $5.00 |
| **Total Amount of This Invoice** | **$1,039.00** |

GMAC ResCap

(GA) Nix, Brenda and William

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | AJR | L120 | Review and analyze corporate documents provided by client for use in title claim | 0.6 | 171.00 |
| 12/10/12 | AJR | L190 | Email to title insurance company regarding follow up questions for title claim | 0.2 | 57.00 |
| 12/12/12 | AJR | L160 | Telephone conference with title counsel Allie Jett regarding strategy for settlement discussions with borrowers | 0.1 | 28.50 |
| 12/18/12 | ABP | L120 | Explore potential for resolution of case through settlement | 0.2 | 58.00 |
| 12/18/12 | ABP | L450 | Prepare for summary judgment hearing | 0.3 | 87.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/19/12 | AJR | L160 | Analyze settlement strategy with title counsel Allie Jett | 0.3 | 85.50 |
| 12/20/12 | ABP | L120 | Develop settlement strategies | 0.2 | 58.00 |
| 12/26/12 | AJR | L250 | Review and analyze Order continuing trial | 0.1 | 28.50 |
| 12/27/12 | AJR | L160 | Email to client regarding Order continuing trial and settlement strategy | 0.2 | 57.00 |
| 12/27/12 | AJR | L160 | Analyze strategy for settlement in light of contribution from Lawyers Title and in light of borrowers' request to acquire full 8 acres | 0.5 | 142.50 |
| 12/27/12 | ABP | L450 | Review correspondence exchanged with client Katie Dutill regarding summary judgment hearing and settlement options | 0.2 | 58.00 |
| 12/27/12 | ABP | L450 | Review Court Order regarding summary judgment hearing | 0.1 | 29.00 |
| 12/27/12 | ABP | L450 | Prepare for summary judgment hearing | 0.1 | 29.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 3.6 | 1,034.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476170
File No. 040540.000084
Claim/Client File No. 695265
Page 3

GMAC ResCap

(GA) Nix, Brenda and William

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 1.6 | 290.00 | 464.00 |
| AJR | Reyes | Associate | 2.0 | 285.00 | 570.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/12**

| Date | Description | Amount |
|---|---|---|
| 12/28/12 | Taxi/Train/Parking – PAYEE: Thelma Fox, Petty Cash; REQUEST#: 401466; DATE: 12/28/2012. Parking at MSJ Hearing 11/19/12 | 5.00 |
| | Total: | 5.00 |

Total Fees & Costs:    $1,039.00

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476170 |
| File No. | 040540.000084 |
| Claim/Client File No. | 695265 |

**RE:**   **(GA) Nix, Brenda and William**

**Total Amount of This Invoice**                    $1,039.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476171 |
| File No. | 040540.000085 |
| Claim/Client File No. | 696620 |

RE:    **(GA) Bree, Brian J. and Cynthia**

Fees for Professional Services Rendered Through 12/31/12                    $58.00

**Total Amount of This Invoice**          **$58.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476171
File No. 040540.000085
Claim/Client File No. 696620
Page 2

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | ABP | L120 | Develop strategies regarding potential resolution of case | 0.1 | 29.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.1 | 29.00 |
| | | | Totals | 0.2 | 58.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476171 |
| File No. | 040540.000085 |
| Claim/Client File No. | 696620 |

RE:    (GA) Bree, Brian J. and Cynthia

**Total Amount of This Invoice**                    $58.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476172 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

**RE:    (GA) Madzimoyo, Wekesa O.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $493.00 |
| **Total Amount of This Invoice** | **$493.00** |