IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476172
File No. 040540.000123
Claim/Client File No. 718235
Page 2

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | ABP | L120 | Develop discovery strategies | 0.2 | 58.00 |
| 12/18/12 | ABP | L310 | Prepare discovery to Plaintiff | 0.3 | 87.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/20/12 | ABP | L310 | Prepare discovery to plaintiff | 0.2 | 58.00 |
| 12/21/12 | ABP | L310 | Prepare discovery to Plaintiff | 0.3 | 87.00 |
| 12/27/12 | ABP | L120 | Develop discovery strategies | 0.2 | 58.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 1.7 | 493.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.7 | 290.00 | 493.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476172 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:    (GA) Madzimoyo, Wekesa O.

**Total Amount of This Invoice**          $493.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476173 |
| | File No. | 040540.000110 |
| | Claim/Client File No. | 693591 |

**RE:    (GA) Wheeler, Michael**

Fees for Professional Services Rendered Through 12/31/12                    $174.00

**Total Amount of This Invoice**                    **$174.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476173
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| | | | Totals | 0.6 | 174.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476173 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

**RE:**   **(GA) Wheeler, Michael**

**Total Amount of This Invoice**                                  $174.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476177 |
| | File No. | 040540.000136 |
| | Claim/Client File No. | 696557 |

**RE:    (WV) Lester, Donna F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $365.00 |
| **Total Amount of This Invoice** | **$365.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 01/22/13
Invoice Number 1476177
File No. 040540.000136
Claim/Client File No. 696557
Page 2

GMAC ResCap

(WV) Lester, Donna F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/11/12 | JEM | L110 | Correspond with client and opposing counsel regarding stay and scheduling orders | 0.3 | 109.50 |
| 12/21/12 | JEM | L120 | Negotiate Agreed Order regarding stay of monetary relief claims | 0.3 | 109.50 |
| 12/28/12 | JEM | L210 | Correspond with Court and opposing counsel regarding hearing on pending motion | 0.4 | 146.00 |
| | | | Totals | 1.0 | 365.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.0 | 365.00 | 365.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476177 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

**RE:**    **(WV) Lester, Donna F.**

**Total Amount of This Invoice**                    $365.00

REMITTANCE

# T<small>ROUTMAN</small> S<small>ANDERS</small> LLP

A<small>TTORNEYS AT</small> L<small>AW</small>
A L<small>IMITED</small> L<small>IABILITY</small> P<small>ARTNERSHIP</small>
F<small>EDERAL</small> ID N<small>O.</small> 58-0946915

B<small>ILLING</small> I<small>NQUIRIES:</small>
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476178 |
| | File No. | 040540.000164 |
| | Claim/Client File No. | 701919 |

**RE:    (GA) Browder, Harold Jr. and Melissa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $319.00 |
| **Total Amount of This Invoice** | **$319.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476178
File No. 040540.000164
Claim/Client File No. 701919
Page 2

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | ABP | L120 | Develop litigation strategies regarding renewal of summary judgment motion on remand | 0.3 | 87.00 |
| 12/18/12 | ABP | L210 | Prepare Motion to Dismiss Plaintiff's claims | 0.3 | 87.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/20/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 1.1 | 319.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476178 |
| File No. | 040540.000164 |
| Claim/Client File No. | 701919 |

RE:    (GA) Browder, Harold Jr. and Melissa

**Total Amount of This Invoice**                    $319.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476179 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

**RE:    (GA) McNeal, Lorraine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $715.00 |
| **Total Amount of This Invoice** | **$715.00** |

IN ACCOUNT WITH

T ROUTMAN  S ANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476179
File No. 040540.000168
Claim/Client File No. 703860
Page 2

GMAC ResCap

(GA) McNeal, Lorraine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/13/12 | MJW | P100 | Update case assessment | 0.2 | 55.00 |
| 12/18/12 | MJW | L110 | Revise case status and assessment for client | 0.1 | 27.50 |
| 12/28/12 | MRB | L250 | Legal research and analysis regarding issues related to substitution of parties | 2.3 | 632.50 |
| | | | Totals | 2.6 | 715.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 2.3 | 275.00 | 632.50 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476179 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

RE:    (GA) McNeal, Lorraine

**Total Amount of This Invoice**                                    $715.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | Invoice Date 01/22/13 |
| One Meridian Crossings | Submitted by J C Lynch |
| Minneapolis, MN 55423 | Direct Dial 757-687-7765 |
| | Invoice No. 1476180 |
| | File No. 040540.000179 |
| | Claim/Client File No. 708378 |

**RE:    (GA) Rainey, Deidrenne and Esell**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $982.50 |
| **Total Amount of This Invoice** | **$982.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476180
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/19/12 | AJR | L250 | Review and analyze court's notice setting trial | 0.1 | 28.50 |
| 12/19/12 | AJR | L190 | Update litigation strategies and case tasks | 0.1 | 28.50 |
| 12/19/12 | AJR | L250 | Email to client regarding court's notice setting trial | 0.1 | 28.50 |
| 12/19/12 | AJR | L120 | Analyze trial strategy in light of court's notice setting trial | 0.3 | 85.50 |
| 12/19/12 | ABP | L120 | Develop trial strategies | 0.3 | 87.00 |
| 12/19/12 | ABP | L450 | Prepare for trial | 0.2 | 58.00 |
| 12/19/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding trial date and witness availability | 0.2 | 58.00 |
| 12/19/12 | JEM | L450 | Prepare status update regarding January trial date | 0.4 | 146.00 |
| 12/20/12 | AJR | L120 | Analyze trial strategy | 0.3 | 85.50 |
| 12/20/12 | ABP | L120 | Revise case status and assessment for client | 0.3 | 87.00 |
| 12/20/12 | ABP | L120 | Develop trial strategies | 0.2 | 58.00 |
| 12/20/12 | ABP | L450 | Prepare for trial | 0.2 | 58.00 |
| 12/20/12 | ABP | L450 | Review correspondence exchanged with client Katie Dutill regarding upcoming trial | 0.1 | 29.00 |
| 12/21/12 | ABP | L450 | Prepare for trial | 0.3 | 87.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |

|  |  |  |  | Totals | 3.3 | 982.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| ABP | Pittman | Associate | 2.0 | 290.00 | 580.00 |
| AJR | Reyes | Associate | 0.9 | 285.00 | 256.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476180 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:    (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**                     $982.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476181 |
| | File No. | 040540.000210 |
| | Claim/Client File No. | 709202 |

**RE:    advs. Mohamed E. Hassan, et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $53.00 |
| **Total Amount of This Invoice** | **$53.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476181
File No. 040540.000210
Claim/Client File No. 709202
Page 2

GMAC ResCap

advs. Mohamed E. Hassan, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/26/12 | EGO | L190 | Prepare status update to Jennifer Scoliard | 0.2 | 53.00 |
| | | | Totals | 0.2 | 53.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| EGO | Ostroff | Associate | 0.2 | 265.00 | 53.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476181 |
| File No. | 040540.000210 |
| Claim/Client File No. | 709202 |

RE:    advs. Mohamed E. Hassan, et al.

**Total Amount of This Invoice**          $53.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476182 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

Fees for Professional Services Rendered Through 12/31/12                   $54.00

**Total Amount of This Invoice**                   **$54.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Ally Financial

(WV) advs. Keiffer, Gary R.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | LKC | L210 | Prepare letter to Judge Evans enclosing order from Bragg matter | 0.3 | 54.00 |
| | | | Totals | 0.3 | 54.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.3 | 180.00 | 54.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476182 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

**Total Amount of This Invoice**                 $54.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476183 |
| | File No. | 040540.000230 |
| | Claim/Client File No. | 712855 |

**RE:    (GA) Smith, Yvette**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $260.00 |
| **Total Amount of This Invoice** | **$260.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476183
File No. 040540.000230
Claim/Client File No. 712855
Page 2

GMAC ResCap

(GA) Smith, Yvette

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | ABP | L120 | Develop discovery and litigation strategies | 0.4 | 116.00 |
| 12/19/12 | AJR | L510 | Check status of appeal at client's request | 0.1 | 28.50 |
| 12/19/12 | AJR | L510 | Emails with client regarding status of appeal | 0.1 | 28.50 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| | | | Totals | 0.9 | 260.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.7 | 290.00 | 203.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |