# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476183 |
| File No. | 040540.000230 |
| Claim/Client File No. | 712855 |

**RE:**    (GA) Smith, Yvette

**Total Amount of This Invoice**                    $260.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476184 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $220.00 |
| **Total Amount of This Invoice** | **$220.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476184
File No. 040540.000233
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Thelma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/14/12 | MJW | L110 | Analyze case strategy in light of recent foreclosure and Terrence Owens' related appeal | 0.8 | 220.00 |
| | | | Totals | 0.8 | 220.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.8 | 275.00 | 220.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476184 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:** (GA) Owens, Thelma

**Total Amount of This Invoice** $220.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# ──── TROUTMAN SANDERS LLP ────

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476185 |
| | File No. | 040540.000244 |
| | Claim/Client File No. | 715128 |

**RE:    (GA) Windham, Andrew**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 12/31/12 | $1,897.50 |
| **Total Amount of This Invoice** | **$1,897.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476185
File No. 040540.000244
Claim/Client File No. 715128
Page 2

GMAC ResCap

(GA) Windham, Andrew

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/12/12 | MJW | L240 | Revise MSJ strategy | 0.5 | 137.50 |
| 12/14/12 | MJW | L110 | Review and analyze new pertinent case law | 1.4 | 385.00 |
| 12/29/12 | MJW | C300 | Update litigation strategy in light of developments in case law | 2.2 | 605.00 |
| 12/30/12 | MJW | C300 | Draft Revised Litigation Assessment | 2.8 | 770.00 |
| | | | Totals | 6.9 | 1,897.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 6.9 | 275.00 | 1,897.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476185 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

RE:    (GA) Windham, Andrew

**Total Amount of This Invoice**                $1,897.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | Invoice Date 01/22/13 |
| One Meridian Crossings | Submitted by J C Lynch |
| Minneapolis, MN 55423 | Direct Dial 757-687-7765 |
| | Invoice No. 1476186 |
| | File No. 040540.000254 |
| | Claim/Client File No. 716264 |

**RE:    (GA) Richard C. Flippin - Foreclosure**

Fees for Professional Services Rendered Through 12/31/12                $82.50

**Total Amount of This Invoice**        **$82.50**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476186
File No. 040540.000254
Claim/Client File No. 716264
Page 2

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/13/12 | MJW | P100 | Update case assessment | 0.2 | 55.00 |
| 12/18/12 | MJW | L110 | Revise case status and assessment for client | 0.1 | 27.50 |
| | | | | Totals | 0.3 | 82.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476186 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:    (GA) Richard C. Flippin - Foreclosure

**Total Amount of This Invoice**          $82.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

|  |  |  |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 222 Central Park Avenue |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | Suite 2000 |
| Atlanta, Georgia 31193-3652 |  | Virginia Beach, VA 23462 |

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476187 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

**RE:    (GA) Kenneth Reaves**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $319.00 |
| **Total Amount of This Invoice** | **$319.00** |

GMAC ResCap

(GA) Kenneth Reaves

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | ABP | L120 | Develop settlement strategies and explore potential of resolution of case through cash-for-keys deal | 0.4 | 116.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/20/12 | ABP | L120 | Explore settlement alternatives | 0.2 | 58.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 1.1 | 319.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476187 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

RE:    (GA) Kenneth Reaves

**Total Amount of This Invoice**                                    $319.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1476188 |
| Minneapolis, MN 55423 | File No. | 040540.000288 |
| | Claim/Client File No. | 732961 |

RE:    **Advs. Page, Donald**
          **722033**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $36.00 |
| **Total Amount of This Invoice** | **$36.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476188
File No. 040540.000288
Claim/Client File No. 732961
Page 2

GMAC ResCap

Advs. Page, Donald

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/26/12 | CMS | L210 | Review court's docket to determine status of hearing on Demurrer and filing of any Notice | 0.2 | 36.00 |
| | | | Totals | 0.2 | 36.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| CMS | Sherman | Paralegal | 0.2 | 180.00 | 36.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476188 |
| File No. | 040540.000288 |
| Claim/Client File No. | 732961 |

**RE:**   **Advs. Page, Donald**
**722033**

**Total Amount of This Invoice**                    $36.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1476189 |
| Minneapolis, MN 55423 | File No. | 040540.000289 |
| | Claim/Client File No. | 721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $146.00 |
| **Total Amount of This Invoice** | **$146.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476189
File No. 040540.000289
Claim/Client File No. 721577
Page 2

GMAC ResCap

(WV) Bragg, Virginia and Gregory

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/28/12 | JEM | L210 | Correspond with Court and opposing counsel regarding hearing on pending motion | 0.4 | 146.00 |
| | | | Totals | 0.4 | 146.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476189 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

**Total Amount of This Invoice**                     $146.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1476191 |
| Minneapolis, MN 55423 | File No. | 040540.000290 |
| | Claim/Client File No. | 722124 |

**RE:    (WV) Evans, Christine (Estate of L King)**

Fees for Professional Services Rendered Through 12/31/12          $2,409.00

**Total Amount of This Invoice          $2,409.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476191
File No. 040540.000290
Claim/Client File No. 722124
Page 2

GMAC ResCap

(WV) Evans, Christine (Estate of L King)

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/14/12 | JEM | L110 | Analyze correspondence from opposing counsel regarding liens and option to purchase property | 0.4 | 146.00 |
| 12/14/12 | JEM | L120 | Correspond with client regarding loan payoff and access | 0.3 | 109.50 |
| 12/19/12 | JEM | L450 | Attend hearing on default judgment against creditors and order to proceed with sale | 1.6 | 584.00 |
| 12/20/12 | JEM | L110 | Correspond with opposing counsel and client regarding loan payoff, hearing and access to property | 1.1 | 401.50 |
| 12/21/12 | JEM | P600 | Correspond with opposing counsel and client regarding access to property, closing, locks and settlement terms | 0.7 | 255.50 |
| 12/27/12 | JEM | P500 | Correspond with opposing counsel regarding changing locks, sale date and loan payoff | 0.7 | 255.50 |
| 12/28/12 | JEM | L160 | Correspond with opposing counsel regarding settlement terms and release | 0.8 | 292.00 |
| 12/31/12 | JEM | L160 | Settlement negotiations with opposing counsel | 0.4 | 146.00 |
| 12/31/12 | JEM | L120 | Status update with recommendation to client | 0.6 | 219.00 |
| | | | Totals | 6.6 | 2,409.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 6.6 | 365.00 | 2,409.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476191 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

**RE:**  **(WV) Evans, Christine (Estate of L King)**

**Total Amount of This Invoice**                                        $2,409.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476192 |
| File No. | 040540.000292 |
| Claim/Client File No. | 722383 |
| Policy No. | 7438291635 |

**RE:    (WV) Lowe, John Robert**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $602.50 |
| **Total Amount of This Invoice** | **$602.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476192
File No. 040540.000292
Claim/Client File No. 722383
Page 2

GMAC ResCap

(WV) Lowe, John Robert

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/10/12 | JEM | L160 | Revise settlement documents | 0.3 | 109.50 |
| 12/11/12 | ABP | L160 | Prepare settlement documents | 0.3 | 87.00 |
| 12/14/12 | ABP | L120 | Prepare Settlement and Release Agreement | 0.5 | 145.00 |
| 12/17/12 | ABP | L120 | Prepare settlement documents | 0.1 | 29.00 |
| 12/18/12 | ABP | L160 | Prepare settlement documents | 0.6 | 174.00 |
| 12/18/12 | ABP | L120 | Update case status for client | 0.2 | 58.00 |
| | | | Totals | 2.0 | 602.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 1.7 | 290.00 | 493.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476192 |
| File No. | 040540.000292 |
| Claim/Client File No. | 722383 |
| Policy No. | 7438291635 |

RE:    (WV) Lowe, John Robert

**Total Amount of This Invoice**        $602.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**