# ───── TROUTMAN SANDERS LLP ─────

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476193 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

**RE:    (GA) Carmouche, Thomasine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $1,842.50 |
| **Total Amount of This Invoice** | **$1,842.50** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
#### ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476193
File No. 040540.000302
Claim/Client File No. 723376
Page 2

GMAC ResCap

(GA) Carmouche, Thomasine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/13/12 | MJW | P100 | Update case assessment | 0.2 | 55.00 |
| 12/18/12 | MJW | L110 | Revise case assessment status and exposure analysis for client | 0.1 | 27.50 |
| 12/21/12 | MJW | C300 | Draft litigation assessment | 1.8 | 495.00 |
| 12/26/12 | MJW | L210 | Draft Motion to Dismiss in state court action | 3.2 | 880.00 |
| 12/26/12 | MJW | C200 | Analyze case law concerning dismissal for Motion to Dismiss | 0.7 | 192.50 |
| 12/26/12 | MJW | C200 | Analyze pertinent wrongful foreclosure case law for Motion to Dismiss in state court action | 0.7 | 192.50 |
| | | | Totals | 6.7 | 1,842.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 6.7 | 275.00 | 1,842.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476193 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

RE:    (GA) Carmouche, Thomasine

**Total Amount of This Invoice**                    $1,842.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: Sharon Fleischer | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476194 |
| | File No. | 040540.000306 |
| | Claim/Client File No. | 719659 |

**RE:    (GA) Bonnie Bonita Rose**

Costs and Expenses Through 12/31/12                                            $12.00

**Total Amount of This Invoice**                    **$12.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476194
File No. 040540.000306
Claim/Client File No. 719659
Page 2

GMAC ResCap

(GA) Bonnie Bonita Rose

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/12 | Taxi/Train/Parking – PAYEE: Thelma Fox, Petty Cash; REQUEST#: 401466; DATE: 12/28/2012. Parking for Hearing | 12.00 |
| | Total: | 12.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sharon Fleischer | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476194 |
| File No. | 040540.000306 |
| Claim/Client File No. | 719659 |

**RE:    (GA) Bonnie Bonita Rose**

**Total Amount of This Invoice**                    $12.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476195 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

**RE:    (GA) Williams, Charlotte vs. GMAC**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $404.00 |
| **Total Amount of This Invoice** | **$404.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476195
File No. 040540.000310
Claim/Client File No. 724879
Page 2

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | AJR | L240 | Emails with client regarding status of ruling on Motion for Summary Judgment | 0.1 | 28.50 |
| 12/18/12 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 12/18/12 | ABP | L120 | Develop discovery strategies | 0.2 | 58.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/19/12 | AJR | L190 | Emails with client regarding status of dispossessory action | 0.1 | 28.50 |
| 12/19/12 | AJR | L120 | Review and analyze file and investigate status of dispossessory action | 0.2 | 57.00 |
| 12/20/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 1.4 | 404.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.0 | 290.00 | 290.00 |
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476195 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

**RE:**    **(GA) Williams, Charlotte vs. GMAC**

**Total Amount of This Invoice**                    $404.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date            01/22/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by            J C Lynch |
| | Direct Dial            757-687-7765 |
| One Meridian Crossings | Invoice No.            1476196 |
| Minneapolis, MN 55423 | File No.            040540.000311 |
| | Claim/Client File No.            725270 |

**RE:    (WV) Smith, Maryann**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 12/31/12 | $683.00 |
| **Total Amount of This Invoice** | **$683.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476196
File No. 040540.000311
Claim/Client File No. 725270
Page 2

GMAC ResCap

(WV) Smith, Maryann

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/12/12 | JEM | L160 | Correspond with opposing counsel regarding lifting stay and settlement | 0.3 | 109.50 |
| 12/20/12 | ABP | L210 | Review Summons, Complaint and pleadings | 0.3 | 87.00 |
| 12/20/12 | ABP | L210 | Review correspondence exchanged with client Christine Buen regarding Complaint filed by Plaintiff | 0.1 | 29.00 |
| 12/20/12 | ABP | L120 | Develop litigation and defensive strategies | 0.4 | 116.00 |
| 12/20/12 | ABP | L120 | Explore potential to remove case to Federal Court | 0.4 | 116.00 |
| 12/20/12 | ABP | L120 | Prepare case assessment | 0.4 | 116.00 |
| 12/21/12 | JEM | L120 | Negotiate Agreed Order regarding stay of monetary relief claims | 0.3 | 109.50 |
| | | | Totals | 2.2 | 683.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| ABP | Pittman | Associate | 1.6 | 290.00 | 464.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476196 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:**    **(WV) Smith, Maryann**

**Total Amount of This Invoice**                    $683.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1476208 |
| | File No. 040540.000313 |
| | Claim/Client File No. 725550 |

**RE:    (GA) Antoinette Sanders**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $6,823.50 |
| **Total Amount of This Invoice** | **$6,823.50** |

GMAC ResCap

(GA) Antoinette Sanders

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/08/12 | MJW | L110 | Draft Motion for Summary Judgment brief | 3.1 | 852.50 |
| 12/10/12 | MJW | L110 | Analyze updated case law regarding judgment | 0.8 | 220.00 |
| 12/10/12 | MJW | L110 | Analyze updated case law regarding securitization arguments and MERS | 1.7 | 467.50 |
| 12/10/12 | MJW | L110 | Analyze updated case law | 1.4 | 385.00 |
| 12/10/12 | MJW | L110 | Draft Motion for Summary Judgment brief | 2.2 | 605.00 |
| 12/10/12 | MJW | L110 | Draft Statement of Undisputed Material Facts and Theories of Recovery | 1.3 | 357.50 |
| 12/10/12 | MJW | L110 | Draft Affidavit | 1.2 | 330.00 |
| 12/11/12 | MJW | L110 | Draft Motion for Summary Judgment | 4.2 | 1,155.00 |
| 12/17/12 | AJR | L240 | Revise Motion for Summary Judgment | 1.6 | 456.00 |
| 12/18/12 | AJR | L240 | Revise Motion for Summary Judgment | 0.7 | 199.50 |
| 12/19/12 | AJR | L120 | Refine case strategy in light of upcoming deadlines | 0.6 | 171.00 |
| 12/20/12 | AJR | L240 | Emails with client regarding draft affidavit in support of Motion for Summary Judgment and regarding foreclosure sale scheduled for February 2013 | 0.1 | 28.50 |
| 12/20/12 | AJR | L240 | Revise Motion for Summary Judgment and affidavit in support of Motion for Summary Judgment in light of additional information received from client about February 2013 foreclosure | 1.9 | 541.50 |
| 12/27/12 | AJR | L120 | Telephone conference with counsel for co-defendant Quicken Loans regarding summary judgment and trial strategy | 0.1 | 28.50 |
| 12/27/12 | AJR | L190 | Update case assessment | 0.1 | 28.50 |
| 12/27/12 | AJR | L240 | Email to client to follow up on execution of affidavit in support of Motion for Summary Judgment | 0.1 | 28.50 |
| 12/28/12 | AJR | L240 | Email to counsel for MERS regarding draft of Motion for Summary Judgment | 0.2 | 57.00 |
| 12/28/12 | AJR | L240 | Revise Motion for Summary Judgment to incorporate edits from counsel for MERS | 2.9 | 826.50 |
| 12/31/12 | AJR | L190 | Update case assessment | 0.1 | 28.50 |
| 12/31/12 | AJR | L210 | Revise Motion to Continue Trial prepared by | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476208
File No. 040540.000313
Claim/Client File No. 725550
Page 3

GMAC ResCap

(GA) Antoinette Sanders

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
|      |      |      | counsel for co-defendant Quicken Loans | | |
|      |      |      | Totals | 24.5 | 6,823.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 8.6 | 285.00 | 2,451.00 |
| MJW | Windham | Associate | 15.9 | 275.00 | 4,372.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date          01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by          J C Lynch |
| One Meridian Crossings | Direct Dial          757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.          1476208 |
| | File No.          040540.000313 |
| | Claim/Client File No.          725550 |

**RE:    (GA) Antoinette Sanders**

**Total Amount of This Invoice**                    $6,823.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

|  |  |  |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 222 Central Park Avenue |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | Suite 2000 |
| Atlanta, Georgia 31193-3652 |  | Virginia Beach, VA 23462 |
|  | BILLING INQUIRIES: |  |
|  | 404-885-2508 |  |

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---:|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476210 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Terrence**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 12/31/12 | $6,762.00 |
| **Total Amount of This Invoice** | **$6,762.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476210
File No. 040540.000315
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Terrence

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/12/12 | MJW | C300 | Develop litigation strategies | 0.2 | 55.00 |
| 12/12/12 | MJW | L520 | Develop strategy for appellate brief | 0.5 | 137.50 |
| 12/12/12 | AJR | L190 | Update case assessment | 0.2 | 57.00 |
| 12/12/12 | AJR | L510 | Telephone call to calendar clerk regarding Motion for Extension of Time to File Appellee's Brief | 0.3 | 85.50 |
| 12/12/12 | AJR | L120 | Analyze case strategy in light of failure of court to rule on Motion for Extension of Time to File Appellee's Brief | 0.2 | 57.00 |
| 12/14/12 | AJR | L510 | Analyze strategy for Appellee's Brief | 0.6 | 171.00 |
| 12/14/12 | AJR | L510 | Emails with client regarding strategy for Appellee's Brief | 0.2 | 57.00 |
| 12/14/12 | MJW | L110 | Develop strategy regarding Appellee brief | 0.7 | 192.50 |
| 12/14/12 | MJW | L110 | Draft Appellate Brief | 2.3 | 632.50 |
| 12/14/12 | MJW | L110 | Analyze case timeline for drafting factual and procedural background for Appellate Brief | 2.1 | 577.50 |
| 12/15/12 | MJW | L520 | Draft Appellate Brief | 1.6 | 440.00 |
| 12/16/12 | MJW | L520 | Draft Appellate Brief | 2.7 | 742.50 |
| 12/17/12 | AJR | L510 | Revise Appellee's brief and file same | 3.7 | 1,054.50 |
| 12/17/12 | MJW | L110 | Draft Appellate Brief | 2.1 | 577.50 |
| 12/17/12 | MJW | L110 | Analyze caselaw regarding abuse of discretion standard for Appellate Brief | 0.8 | 220.00 |
| 12/17/12 | MJW | L110 | Analyze updated case law regarding bankruptcy stay violation for Appellate Brief | 0.9 | 247.50 |
| 12/17/12 | MJW | L110 | Analyze updated case law regarding in rem relief from stay for Appellate Brief | 0.9 | 247.50 |
| 12/17/12 | MJW | L110 | Analyze updated case law regarding jurisdiction of bankruptcy court for Appellate Brief | 1.1 | 302.50 |
| 12/17/12 | MJW | L110 | Analyze caselaw regarding scope of review on appeal for Appellate Brief | 1.5 | 412.50 |
| 12/17/12 | MJW | L110 | Draft Corporate Disclosure Statement for Appellate Brief | 0.6 | 165.00 |
| 12/18/12 | MJW | L110 | Revise case assessment | 0.1 | 27.50 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476210
File No. 040540.000315
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Terrence

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/19/12 | MRB | L210 | Review debtor's response filed in 11th circuit and letter from 11th circuit clerk regarding brief | 0.5 | 137.50 |
| 12/27/12 | MRB | L250 | Review correspondence from Eleventh Circuit Court of Appeals | 0.6 | 165.00 |
| | | | Totals | 24.4 | 6,762.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 1.1 | 275.00 | 302.50 |
| AJR | Reyes | Associate | 5.2 | 285.00 | 1,482.00 |
| MJW | Windham | Associate | 18.1 | 275.00 | 4,977.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476210 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

RE:    (GA) Owens, Terrence

**Total Amount of This Invoice**          $6,762.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476216 |
| File No. | 040540.000318 |
| Claim/Client File No. | 734860 |

**RE:    (GA) Demilio, Thomas J.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $319.00 |
| **Total Amount of This Invoice** | **$319.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
#### ATTORNEYS AT LAW

Invoice Date 01/22/13

Invoice Number 1476216

File No. 040540.000318

Claim/Client File No. 734860

Page 2

GMAC ResCap

(GA) Demilio, Thomas J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | ABP | L120 | Develop litigation and discovery strategies in light of Plaintiff's position on bankruptcy stay | 0.4 | 116.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/20/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 1.1 | 319.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476216 |
| File No. | 040540.000318 |
| Claim/Client File No. | 734860 |

RE:     (GA) Demilio, Thomas J.

**Total Amount of This Invoice**                    $319.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476217 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

**RE:    (WV) Belcher, James and Willa**

Fees for Professional Services Rendered Through 12/31/12                     $474.50

**Total Amount of This Invoice**                     **$474.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476217
File No. 040540.000322
Claim/Client File No. 713753
Page 2

GMAC ResCap

(WV) Belcher, James and Willa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/21/12 | JEM | L120 | Negotiate Agreed Order regarding stay of monetary relief claims | 0.3 | 109.50 |
| 12/21/12 | JEM | L160 | Negotiate settlement with opposing counsel | 0.3 | 109.50 |
| 12/21/12 | JEM | L120 | Correspond with client regarding case update | 0.3 | 109.50 |
| 12/28/12 | JEM | L210 | Correspond with Court and opposing counsel regarding hearing on pending motion | 0.4 | 146.00 |
| | | | Totals | 1.3 | 474.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.3 | 365.00 | 474.50 |