# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476217 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

**RE:    (WV) Belcher, James and Willa**

**Total Amount of This Invoice**                $474.50

REMITTANCE

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476219 |
| | File No. | 040540.000323 |
| | Claim/Client File No. | 728771 |

**RE:    (GA) Roberts, Lenworth L. & Frances A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $3,223.50 |
| **Total Amount of This Invoice** | **$3,223.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476219
File No. 040540.000323
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/12/12 | MJW | L240 | Develop Motion for Summary Judgment strategy | 0.5 | 137.50 |
| 12/12/12 | MJW | L120 | Draft case assessment | 0.5 | 137.50 |
| 12/12/12 | MJW | L120 | Revise case assessment | 0.2 | 55.00 |
| 12/14/12 | AJR | L190 | Respond to client's inquiry about case status | 0.1 | 28.50 |
| 12/18/12 | MJW | L110 | Analyze case law regarding breach of contract as basis for wrongful foreclosure claim for updated litigation assessment | 0.7 | 192.50 |
| 12/18/12 | MJW | L110 | Analyze case law regarding causation in wrongful foreclosure actions for updated litigation assessment | 0.8 | 220.00 |
| 12/18/12 | MJW | L110 | Update case law regarding gross negligence for updated litigation assessment | 0.9 | 247.50 |
| 12/19/12 | AJR | L120 | Analyze case strategy in light of pretrial calendar notice | 0.3 | 85.50 |
| 12/19/12 | AJR | L250 | Review and analyze pretrial calendar notice | 0.2 | 57.00 |
| 12/19/12 | MJW | L120 | Draft updated litigation assessment | 2.0 | 550.00 |
| 12/31/12 | MJW | L210 | Draft Motion for Summary Judgment | 5.5 | 1,512.50 |
| | | | Totals | 11.7 | 3,223.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |
| MJW | Windham | Associate | 11.1 | 275.00 | 3,052.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia

ACH/ABA #061000227

WIRE/ABA #121000248

To Credit Troutman Sanders LLP

Operating Account #2052700305792

Reference Attorney: J C Lynch

Reference Client: 040540

From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: Katie Dutill | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476219 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

**RE:**    (GA) Roberts, Lenworth L. & Frances A.

**Total Amount of This Invoice**                    $3,223.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476220 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:    advs. Irvin, Valerie**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $982.50 |
| **Total Amount of This Invoice** | **$982.50** |

IN ACCOUNT WITH

Invoice Date 01/22/13
Invoice Number 1476220
File No. 040540.000326
Claim/Client File No. 729296
Page 2

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

GMAC ResCap

advs. Irvin, Valerie

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/20/12 | LKC | L210 | Prepare and file Motion for Rule 2004 Examination and Notice of Motion and Notice of Hearing | 0.6 | 108.00 |
| 12/20/12 | EGO | L210 | Draft Notice of Motion and Notice of Hearing on Motion for Rule 2004 Examination | 0.2 | 53.00 |
| 12/20/12 | EGO | L210 | Draft Motion for Rule 2004 Examination | 1.3 | 344.50 |
| 12/31/12 | EGO | L190 | Analyze interrogatories and document requests served by Debtor upon U.S. Bank | 0.3 | 79.50 |
| 12/31/12 | EGO | L190 | Analyze Debtor's Objection to U.S. Bank's Motion for Rule 2004 Examination and production of documents | 0.7 | 185.50 |
| 12/31/12 | EGO | L190 | Analyze Debtor's Amended Objection to U.S. Bank's Motion for Relief from Stay | 0.8 | 212.00 |
| | | | Totals | 3.9 | 982.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.6 | 180.00 | 108.00 |
| EGO | Ostroff | Associate | 3.3 | 265.00 | 874.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476220 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:     advs. Irvin, Valerie**

**Total Amount of This Invoice**                    $982.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476222 |
| | File No. | 040540.000327 |
| | Claim/Client File No. | 730108 |

**RE:    (GA) advs. Berkemeier, Wende M.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 12/31/12 | $6,222.50 |
| **Total Amount of This Invoice** | **$6,222.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476222
File No. 040540.000327
Claim/Client File No. 730108
Page 2

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/12/12 | MJW | C300 | Develop litigation strategies | 0.2 | 55.00 |
| 12/12/12 | MJW | L240 | Develop Motion for Summary Judgment strategy | 0.5 | 137.50 |
| 12/13/12 | MJW | P100 | Update case assessment | 0.2 | 55.00 |
| 12/14/12 | AJR | L190 | Respond to client's inquiry about case status | 0.1 | 28.50 |
| 12/14/12 | MJW | L110 | Analyze new pertinent case law | 1.2 | 330.00 |
| 12/18/12 | MJW | L110 | Develop litigation strategies | 0.1 | 27.50 |
| 12/19/12 | MJW | L240 | Prepare GMAC affidavit with exhibits for Motion for Summary Judgment | 1.2 | 330.00 |
| 12/19/12 | MJW | C300 | Analyze title history to the property for Motion for Summary Judgment | 0.7 | 192.50 |
| 12/19/12 | MJW | C200 | Analyze case law pertaining to fraud in the concealment for Motion for Summary Judgment | 0.5 | 137.50 |
| 12/19/12 | MJW | C200 | Analyze recent securitization case law for Motion for Summary Judgment | 1.6 | 440.00 |
| 12/19/12 | MJW | C200 | Update case law concerning demand for an accounting by borrower for Motion for Summary Judgment | 0.8 | 220.00 |
| 12/19/12 | MJW | C200 | Analyze case law concerning standard for slander of title for Motion for Summary Judgment | 0.5 | 137.50 |
| 12/19/12 | MJW | L240 | Draft Brief in Support of Motion for Summary Judgment | 1.5 | 412.50 |
| 12/19/12 | AJR | L120 | Analyze case strategy and update case calendar in light of upcoming deadlines | 0.4 | 114.00 |
| 12/20/12 | AJR | L240 | Email to client regarding draft of affidavit in support of Motion for Summary Judgment | 0.1 | 28.50 |
| 12/20/12 | AJR | L240 | Revise affidavit in support of Motion for Summary Judgment | 0.7 | 199.50 |
| 12/20/12 | MJW | L240 | Draft Brief in Support of Motion for Summary Judgment | 6.6 | 1,815.00 |
| 12/20/12 | MJW | C200 | Analyze case law concerning unauthorized practice of law for Motion for Summary Judgment | 0.6 | 165.00 |
| 12/21/12 | AJR | L240 | Revise Motion for Summary Judgment | 0.2 | 57.00 |
| 12/21/12 | MJW | GR102 | Draft Statement of Material Facts and Theories of | 1.2 | 330.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476222
File No. 040540.000327
Claim/Client File No. 730108
Page 3

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | Recovery | | |
| 12/21/12 | MJW | GR102 | Prepare Affidavit with exhibits for foreclosure counsel for Motion for Summary Judgment | 1.6 | 440.00 |
| 12/26/12 | AJR | L240 | Revise Motion for Summary Judgment | 0.6 | 171.00 |
| 12/26/12 | AJR | L240 | Email to client regarding draft of Motion for Summary Judgment | 0.1 | 28.50 |
| 12/27/12 | AJR | L240 | Telephone conference and emails with client regarding status of execution of affidavit in support of Motion for Summary Judgment | 0.1 | 28.50 |
| 12/27/12 | AJR | L240 | Revise affidavit of foreclosure counsel in support of Motion for Summary Judgment | 0.2 | 57.00 |
| 12/28/12 | AJR | L240 | Draft Notice of Filing Original Affidavits and supporting documents for Motion for Summary Judgment and prepare same for filing | 1.0 | 285.00 |
| | | | Totals | 22.5 | 6,222.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 3.5 | 285.00 | 997.50 |
| MJW | Windham | Associate | 19.0 | 275.00 | 5,225.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Manish Verma, Esq., Litigation Case Manager | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476222 |
| File No. | 040540.000327 |
| Claim/Client File No. | 730108 |

RE:    (GA) advs. Berkemeier, Wende M.

**Total Amount of This Invoice**                                          $6,222.50

REMITTANCE

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476223 |
| | File No. | 040540.000328 |
| | Claim/Client File No. | 730198 |

**RE:    (GA) advs. Stabb, Linda**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $258.00 |
| **Total Amount of This Invoice** | **$258.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476223
File No. 040540.000328
Claim/Client File No. 730198
Page 2

GMAC ResCap

(GA) advs. Stabb, Linda

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | AJR | L240 | Review and analyze Plaintiff's Notice of Dismissal | 0.1 | 28.50 |
| 12/10/12 | AJR | L240 | Email to client regarding Plaintiff's Notice of Dismissal and strategy for foreclosure in light of same | 0.1 | 28.50 |
| 12/10/12 | AJR | L240 | Email to foreclosure counsel regarding Plaintiff's Notice of Dismissal and strategy for foreclosure in light of same | 0.1 | 28.50 |
| 12/10/12 | AJR | L120 | Analyze strategy for foreclosure in light of Plaintiff's Notice of Dismissal | 0.1 | 28.50 |
| 12/10/12 | ABP | L210 | Review Notice of Dismissal of Plaintiff's claims | 0.1 | 29.00 |
| 12/10/12 | ABP | P600 | Review correspondence exchanged with client Manish Verma regarding dismissal of case | 0.2 | 58.00 |
| 12/12/12 | AJR | L190 | Emails with law clerk regarding cancelling status conference in light of dismissal of case | 0.2 | 57.00 |
| | | | Totals | 0.9 | 258.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Manish Verma, Esq., Litigation Case Manager | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476223 |
| File No. | 040540.000328 |
| Claim/Client File No. | 730198 |

**RE:    (GA) advs. Stabb, Linda**

**Total Amount of This Invoice**                                    $258.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476224 |
| 190-FTW-L95 | File No. | 040540.000334 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731814 |

**RE:    (GA) advs. Crawford, Stephanie A.**

Fees for Professional Services Rendered Through 12/31/12                  $692.50

                                        **Total Amount of This Invoice        $692.50**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S  A T  L A W

Invoice Date 01/22/13
Invoice Number 1476224
File No. 040540.000334
Claim/Client File No. 731814
Page 2

Ally Financial

(GA) advs. Crawford, Stephanie A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/10/12 | AJR | L110 | Email to counsel for America's Servicing Company to request loan file | 0.1 | 28.50 |
| 12/10/12 | AJR | L240 | Analyze Pendergast & Associate's Motion to Dismiss | 0.2 | 57.00 |
| 12/12/12 | MJW | L240 | Develop arguments for upcoming Motion to Dismiss hearing | 0.8 | 220.00 |
| 12/13/12 | MJW | C200 | Analyze new pertinent case law | 1.1 | 302.50 |
| 12/14/12 | AJR | L190 | Respond to client's inquiry about case status | 0.1 | 28.50 |
| 12/18/12 | AJR | L110 | Emails with client regarding obtaining loan file from Wells Fargo | 0.1 | 28.50 |
| 12/18/12 | MJW | L110 | Develop litigation strategies | 0.1 | 27.50 |
| | | | Totals | 2.5 | 692.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 2.0 | 275.00 | 550.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476224 |
| File No. | 040540.000334 |
| Claim/Client File No. | 731814 |

RE:     (GA) advs. Crawford, Stephanie A.

**Total Amount of This Invoice**                    $692.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476225 |
| File No. | 040540.000337 |
| Claim/Client File No. | 732029 |

**RE:    advs. Myung Joo Kang**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $54.00 |
| **Total Amount of This Invoice** | **$54.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476225
File No. 040540.000337
Claim/Client File No. 732029
Page 2

Ally Financial

advs. Myung Joo Kang

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/12/12 | CMS | L110 | Review Court's docket to determine status of appeal filing | 0.3 | 54.00 |
| | | | Totals | 0.3 | 54.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| CMS | Sherman | Paralegal | 0.3 | 180.00 | 54.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476225 |
| File No. | 040540.000337 |
| Claim/Client File No. | 732029 |

**RE:    advs. Myung Joo Kang**

**Total Amount of This Invoice**                    $54.00

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476226 |
| 190-FTW-L95 | File No. | 040540.000336 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731602 |

**RE:    (TN) Rzezutko, Rodney T. and Sandra**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $657.50 |
| **Total Amount of This Invoice** | **$657.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476226
File No. 040540.000336
Claim/Client File No. 731602
Page 2

Ally Financial

(TN) Rzezutko, Rodney T. and Sandra

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/10/12 | AJR | L120 | Analyze strategy for appraisal | 0.1 | 28.50 |
| 12/21/12 | AJR | L190 | Telephone conference with appraiser from GMAC vendor | 0.2 | 57.00 |
| 12/21/12 | AJR | L190 | Draft email to client regarding conversation with appraiser and whether client would prefer to use MAI-certified appraiser or certified residential appraiser | 0.2 | 57.00 |
| 12/21/12 | AJR | L120 | Analyze case strategy in light of information received from appraiser | 0.2 | 57.00 |
| 12/26/12 | AJR | L190 | Emails with counsel for SunTrust regarding SunTrust witness for trial and regarding update on receiving payoff and reinstatement figures from SunTrust | 0.2 | 57.00 |
| 12/26/12 | AJR | L120 | Analyze strategy for using MAI-certified appraiser or certified residential appraiser | 0.5 | 142.50 |
| 12/27/12 | AJR | L120 | Analyze appraisal strategy in light of appraiser not being MAI-certified | 0.1 | 28.50 |
| 12/27/12 | AJR | L190 | Email client regarding appraisal strategy in light of appraiser not being MAI-certified | 0.2 | 57.00 |
| 12/27/12 | AJR | L190 | Emails with opposing counsel regarding trial date and scheduling appraisal | 0.2 | 57.00 |
| 12/27/12 | ABP | L120 | Develop strategies regarding obtaining appraisal to determine value of borrower's property and extent of expert qualifications needed for appraiser | 0.4 | 116.00 |

|  |  |  | Totals | 2.3 | 657.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.4 | 290.00 | 116.00 |
| AJR | Reyes | Associate | 1.9 | 285.00 | 541.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476226 |
| File No. | 040540.000336 |
| Claim/Client File No. | 731602 |

RE:    (TN) Rzezutko, Rodney T. and Sandra

**Total Amount of This Invoice**                     $657.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476227 |
| File No. | 040540.000338 |
| Claim/Client File No. | 732109 |

**RE:    (GA) advs. Moore, Sharon H.**

Fees for Professional Services Rendered Through 12/31/12          $168.00

**Total Amount of This Invoice          $168.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476227
File No. 040540.000338
Claim/Client File No. 732109
Page 2

Ally Financial

(GA) advs. Moore, Sharon H.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/13/12 | MJW | P100 | Update case assessment | 0.2 | 55.00 |
| 12/17/12 | AJR | L190 | Check docket for status of appeal | 0.1 | 28.50 |
| 12/17/12 | AJR | L190 | Email to client regarding failure of plaintiff to file appeal | 0.1 | 28.50 |
| 12/17/12 | AJR | L190 | Email to counsel for MERS regarding failure of plaintiff to file appeal | 0.1 | 28.50 |
| 12/18/12 | MJW | L110 | Revise case status and assessment for client | 0.1 | 27.50 |
| | | | Totals | 0.6 | 168.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |