# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476227 |
| File No. | 040540.000338 |
| Claim/Client File No. | 732109 |

**RE:    (GA) advs. Moore, Sharon H.**

**Total Amount of This Invoice**          $168.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Ally Financial
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476228 |
| File No. | 040540.000339 |
| Claim/Client File No. | 732742 |

**RE:    (GA) advs. Pelayo, Miguel Sanchez**
       **Loan#  0474090032 & 8474090057**

Fees for Professional Services Rendered Through 12/31/12          $137.50

                    **Total Amount of This Invoice          $137.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476228
File No. 040540.000339
Claim/Client File No. 732742
Page 2

Ally Financial

(GA) advs. Pelayo, Miguel Sanchez

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/13/12 | MJW | L120 | Develop strategy for potential appeal | 0.3 | 82.50 |
| 12/13/12 | MJW | P100 | Update case assessment | 0.1 | 27.50 |
| 12/18/12 | MJW | L110 | Revise case assessment and status for client | 0.1 | 27.50 |
| | | | Totals | 0.5 | 137.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.5 | 275.00 | 137.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476228 |
| File No. | 040540.000339 |
| Claim/Client File No. | 732742 |

**RE:** (GA) advs. Pelayo, Miguel Sanchez
Loan# 0474090032 & 8474090057

**Total Amount of This Invoice** $137.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date 01/22/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial 757-687-7765 |
| | Invoice No. 1476229 |
| Suite 350 | File No. 040540.000340 |
| Minneapolis, MN 55437 | Claim/Client File No. 732961 |

**RE:    (VA) advs. Page, Donald C. & Kristine A.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 12/31/12 | $162.00 |
| **Total Amount of This Invoice** | **$162.00** |

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Ally Financial

(VA) advs. Page, Donald C. & Kristine A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/19/12 | MR | L210 | Revise Praecipe and letter to Clerk of Court | 0.3 | 90.00 |
| 12/19/12 | LKC | L210 | Prepare notice of hearing for GMACM's Demurrer and Plea in Bar | 0.4 | 72.00 |
| | | | Totals | 0.7 | 162.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.4 | 180.00 | 72.00 |
| MR | Reza | Associate | 0.3 | 300.00 | 90.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476229 |
| File No. | 040540.000340 |
| Claim/Client File No. | 732961 |

**RE:** (VA) advs. Page, Donald C. & Kristine A.

**Total Amount of This Invoice** $162.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Kathy Priore | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1476231 |
| Minneapolis, MN 55437 | File No. | 040540.000343 |
| | Claim/Client File No. | 733241 |

**RE:    (WV) advs. Misty L. & Jeffrey A. Keefer**
**0640106442**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $1,177.00 |
| **Total Amount of This Invoice** | **$1,177.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476231
File No. 040540.000343
Claim/Client File No. 733241
Page 2

Ally Financial

(WV) advs. Misty L. & Jeffrey A. Keefer

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | ABP | L120 | Develop strategies regarding arguments in support of Motion to Dismiss | 0.2 | 58.00 |
| 12/11/12 | ABP | L120 | Develop strategies regarding potential to file Motion to Dismiss Plaintiff's claims | 0.4 | 116.00 |
| 12/14/12 | ABP | L120 | Review client notice sent to plaintiff advising plaintiff of denial of modification | 0.2 | 58.00 |
| 12/14/12 | ABP | L120 | Prepare Motion to Dismiss plaintiff's Complaint | 0.4 | 116.00 |
| 12/17/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 12/18/12 | ABP | L120 | Develop litigation and discovery strategies | 0.3 | 87.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/21/12 | JEM | L210 | Prepare Motion to Dismiss argument | 0.7 | 255.50 |
| 12/21/12 | JEM | L160 | Negotiate settlement with opposing counsel | 0.3 | 109.50 |
| 12/21/12 | ABP | L120 | Develop strategies regarding Motion to Dismiss Plaintiff's claims | 0.4 | 116.00 |
| 12/21/12 | ABP | L160 | Review correspondence exchanged with opposing counsel regarding proposed settlement and possible resolution of case through loan modification | 0.2 | 58.00 |
| 12/21/12 | ABP | L120 | Review correspondence exchanged with client Sheila Gregory regarding denial of HAMP loan modification | 0.1 | 29.00 |
| 12/27/12 | ABP | L120 | Develop strategies regarding potential to dismiss Plaintiff's claims | 0.2 | 58.00 |
| | | | Totals | 3.8 | 1,177.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.0 | 365.00 | 365.00 |
| ABP | Pittman | Associate | 2.8 | 290.00 | 812.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Kathy Priore
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476231 |
| File No. | 040540.000343 |
| Claim/Client File No. | 733241 |

**RE:    (WV) advs. Misty L. & Jeffrey A. Keefer**
**0640106442**

**Total Amount of This Invoice**          $1,177.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1476232 |
| Minneapolis, MN 55437 | File No. | 040540.000342 |
| | Claim/Client File No. | 733245 |

**RE:    (GA) advs. Skelly, Catherine A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $1,318.50 |
| **Total Amount of This Invoice** | **$1,318.50** |

IN ACCOUNT WITH

Invoice Date 01/22/13
Invoice Number 1476232
File No. 040540.000342
Claim/Client File No. 733245
Page 2

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Ally Financial

(GA) advs. Skelly, Catherine A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/11/12 | AJR | L310 | Draft written discovery requests | 0.9 | 256.50 |
| 12/12/12 | AJR | L310 | Draft written discovery requests | 1.5 | 427.50 |
| 12/12/12 | AJR | L310 | Review and analyze loan file for use in written discovery requests to plaintiff | 0.6 | 171.00 |
| 12/18/12 | AJR | L310 | Telephone call with opposing counsel regarding request for electronic copies of written discovery requests | 0.1 | 28.50 |
| 12/18/12 | ABP | L120 | Develop litigation and discovery strategies | 0.4 | 116.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/20/12 | ABP | L120 | Develop settlement strategies | 0.2 | 58.00 |
| 12/21/12 | ABP | L120 | Develop discovery and litigation strategies | 0.2 | 58.00 |
| 12/27/12 | ABP | L120 | Develop settlement strategies | 0.2 | 58.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 4.6 | 1,318.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.5 | 290.00 | 435.00 |
| AJR | Reyes | Associate | 3.1 | 285.00 | 883.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476232 |
| File No. | 040540.000342 |
| Claim/Client File No. | 733245 |

**RE:** (GA) advs. Skelly, Catherine A.

**Total Amount of This Invoice** $1,318.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476233 |
| File No. | 040540.000344 |
| Claim/Client File No. | 733088 |

**RE:    (GA) Owens, Terrence (2)**

Fees for Professional Services Rendered Through 12/31/12                $1,234.00

**Total Amount of This Invoice**                $1,234.00

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476233
File No. 040540.000344
Claim/Client File No. 733088
Page 2

GMAC ResCap

(GA) Owens, Terrence (2)

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/10/12 | AJR | L110 | Email with client regarding status of recording foreclosure deed | 0.1 | 28.50 |
| 12/10/12 | AJR | L240 | Revise Response to Plaintiff's Motion for Reconsideration and Motion for Summary Judgment | 0.3 | 85.50 |
| 12/10/12 | AJR | L120 | Email to client regarding strategy for reopening case | 0.2 | 57.00 |
| 12/10/12 | AJR | L120 | Analyze strategy for moving to reopen case | 0.3 | 85.50 |
| 12/10/12 | AJR | L210 | Draft Motion to Reopen Case | 0.8 | 228.00 |
| 12/11/12 | ABP | L120 | Develop litigation strategies and strategies regarding reopening of case | 0.4 | 116.00 |
| 12/12/12 | AJR | L120 | Analyze case strategy in light of Order staying case | 0.3 | 85.50 |
| 12/12/12 | AJR | L120 | Email to client regarding case strategy in light of Order staying case | 0.1 | 28.50 |
| 12/12/12 | AJR | L120 | Email to and telephone conference with foreclosure counsel and dispossessory counsel regarding case strategy in light of Order staying case | 0.3 | 85.50 |
| 12/12/12 | AJR | L190 | Update case assessment | 0.1 | 28.50 |
| 12/14/12 | AJR | L190 | Telephone call to clerk of court regarding status of ruling on Motion for Extension of Time To File Appellee's Brief | 0.1 | 28.50 |
| 12/18/12 | ABP | L120 | Develop litigation strategies | 0.4 | 116.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/20/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| 12/27/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 4.3 | 1,234.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476233
File No. 040540.000344
Claim/Client File No. 733088
Page 3

GMAC ResCap

(GA) Owens, Terrence (2)

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.7 | 290.00 | 493.00 |
| AJR | Reyes | Associate | 2.6 | 285.00 | 741.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476233 |
| File No. | 040540.000344 |
| Claim/Client File No. | 733088 |

RE:    (GA) Owens, Terrence (2)

**Total Amount of This Invoice**                    $1,234.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476234 |
| | File No. | 040540.000346 |
| | Claim/Client File No. | 733571 |

**RE:    advs. Munive, Roberto Carlos**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $1,637.00 |
| **Total Amount of This Invoice** | **$1,637.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476234
File No. 040540.000346
Claim/Client File No. 733571
Page 2

GMAC ResCap

advs. Munive, Roberto Carlos

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | ESF | L310 | Revise Discovery Plan | 0.3 | 69.00 |
| 12/10/12 | ESF | L310 | Correspondence to opposing counsel regarding draft Discovery Plan | 0.2 | 46.00 |
| 12/12/12 | ESF | L310 | Correspondence to Plaintiff regarding discovery plan | 0.1 | 23.00 |
| 12/12/12 | ESF | L310 | Correspondence to counsel for Co-Defendant substitute trustee regarding discovery plan and discovery deadline | 0.1 | 23.00 |
| 12/12/12 | ESF | L190 | Phone conference with opposing counsel regarding extension on response to Motion to Dismiss and discovery plan | 0.2 | 46.00 |
| 12/12/12 | ESF | L190 | Analyze whether to recommend any loss mitigation options in light of Plaintiffs desire to vacate the premises | 0.3 | 69.00 |
| 12/12/12 | MR | L210 | Correspondence with Plaintiffs' counsel regarding possible loss mitigation options | 0.3 | 90.00 |
| 12/12/12 | LKC | L210 | Prepare and file Proposed Discovery Plan | 0.4 | 72.00 |
| 12/13/12 | ESF | L310 | Phone conference with Judge's chambers regarding Pretrial Conference | 0.1 | 23.00 |
| 12/17/12 | ESF | L160 | Correspondence to Plaintiffs regarding terms of trial modification plan | 0.5 | 115.00 |
| 12/18/12 | ESF | L160 | Correspondence to opposing counsel regarding terms of trial modification | 0.1 | 23.00 |
| 12/18/12 | CMS | L230 | Analyze Rule 16(b) scheduling Order to outline response deadlines | 0.4 | 72.00 |
| 12/18/12 | LKC | L210 | Analysis of Court's Scheduling Order | 1.0 | 180.00 |
| 12/18/12 | LKC | L310 | Prepare Rule 26(a)(1) Disclosures | 0.5 | 90.00 |
| 12/19/12 | ESF | L160 | Correspondence to client regarding terms of Trial HMP and permanent modification | 0.3 | 69.00 |
| 12/21/12 | ESF | L310 | Revise 26(a)(1) Disclosures | 0.2 | 46.00 |
| 12/26/12 | JCL | L210 | Review Scheduling Order and prepare strategy in light of upcoming deadlines | 0.2 | 80.00 |
| 12/27/12 | ESF | L310 | Correspondence to client regarding draft 26(a)(1) Disclosures and Scheduling Order | 0.4 | 92.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476234
File No. 040540.000346
Claim/Client File No. 733571
Page 3

GMAC ResCap

advs. Munive, Roberto Carlos

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/27/12 | ESF | L160 | Analyze Plaintiffs' settlement demand | 0.4 | 92.00 |
| 12/28/12 | MR | L210 | Review Request for Voluntary Dismissal | 0.2 | 60.00 |
| 12/29/12 | ESF | L240 | Analyze Plaintiff's Motion for Voluntary Dismissal | 0.2 | 46.00 |
| 12/31/12 | ESF | L190 | Prepare status update for client regarding Plaintiffs' Request for Voluntary Dismissal and settlement | 0.5 | 115.00 |
| 12/31/12 | MR | L210 | Review Order granting voluntary dismissal | 0.2 | 60.00 |
| 12/31/12 | CMS | L210 | Review Voluntary Dismissal and outline appropriate response | 0.2 | 36.00 |
| | | | Totals | 7.3 | 1,637.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 1.9 | 180.00 | 342.00 |
| ESF | Flowers | Associate | 3.9 | 230.00 | 897.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| MR | Reza | Associate | 0.7 | 300.00 | 210.00 |
| CMS | Sherman | Paralegal | 0.6 | 180.00 | 108.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476234 |
| File No. | 040540.000346 |
| Claim/Client File No. | 733571 |

**RE:    advs. Munive, Roberto Carlos**

**Total Amount of This Invoice**                    $1,637.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476235 |
| 190-FTW-L95 | File No. | 040540.000347 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734339 |

**RE:    (GA) O'Dell, Fay R., Estate of**
**0541423505 - GA**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $11,968.50 |
| Costs and Expenses Through 12/31/12 | $35.90 |
| **Total Amount of This Invoice** | **$12,004.40** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476235
File No. 040540.000347
Claim/Client File No. 734339
Page 2

Ally Financial

(GA) O'Dell, Fay R., Estate of

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/08/12 | MJW | L110 | Draft responsive pleadings and grounds of defense | 3.2 | 880.00 |
| 12/11/12 | AJR | L190 | Email with client regarding status of removal of action and stamped filed copies of removal papers | 0.2 | 57.00 |
| 12/11/12 | AJR | L210 | Review and analyze stamped file removal notices received back from court | 0.1 | 28.50 |
| 12/11/12 | AJR | L240 | Revise Motion to Dismiss | 3.7 | 1,054.50 |
| 12/11/12 | MJW | GR102 | Draft Motion to Dismiss Brief | 2.6 | 715.00 |
| 12/11/12 | MJW | C200 | Analyze case law regarding slander of title | 1.0 | 275.00 |
| 12/11/12 | MJW | C200 | Analyze case law regarding emotional damages | 1.3 | 357.50 |
| 12/11/12 | MJW | C200 | Update case law regarding bankruptcy violation | 0.8 | 220.00 |
| 12/11/12 | MJW | C200 | Updated case law regarding fraud in the inducement | 0.8 | 220.00 |
| 12/11/12 | MJW | C200 | Analyze case law regarding factors that entitle party to receive foreclosure notice | 1.2 | 330.00 |
| 12/12/12 | MJW | GR102 | Draft Certificate of Interested Persons and Corporate Disclosures | 1.1 | 302.50 |
| 12/12/12 | MJW | GR102 | Revise responsive pleadings and grounds of defense | 1.0 | 275.00 |
| 12/12/12 | MJW | C300 | Develop settlement strategy | 0.5 | 137.50 |
| 12/12/12 | MJW | GR102 | Draft Motion to Dismiss | 1.5 | 412.50 |
| 12/12/12 | MJW | C300 | Draft litigation strategies | 0.2 | 55.00 |
| 12/12/12 | AJR | L160 | Telephone conference with opposing counsel regarding plaintiff's settlement demand | 0.2 | 57.00 |
| 12/12/12 | AJR | L240 | Review and analyze client's edits to Motion to Dismiss | 0.4 | 114.00 |
| 12/12/12 | AJR | L240 | Email to client regarding client's edits to Motion to Dismiss | 0.1 | 28.50 |
| 12/13/12 | AJR | L110 | Telephone conference and emails with foreclosure counsel regarding facts surrounding chain of title and plaintiff's bankruptcy for use in Motion to Dismiss | 0.7 | 199.50 |
| 12/13/12 | AJR | L110 | Research regarding chain of title issues for use in Motion to Dismiss | 1.2 | 342.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476235
File No. 040540.000347
Claim/Client File No. 734339
Page 3

Ally Financial

(GA) O'Dell, Fay R., Estate of

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/13/12 | AJR | L110 | Telephone conference with client regarding chain of title issues with property and regarding plaintiff's settlement demand | 0.8 | 228.00 |
| 12/13/12 | AJR | L240 | Draft and revise Motion to Dismiss | 6.2 | 1,767.00 |
| 12/13/12 | MJW | C200 | Analyze case law regarding emotional damages for Motion to Dismiss | 1.2 | 330.00 |
| 12/13/12 | MJW | C200 | Update case law regarding proper notice to debtor for Motion to Dismiss | 1.7 | 467.50 |
| 12/13/12 | MJW | L120 | Develop argument concerning debtor's duty to pay for Motion to Dismiss | 0.8 | 220.00 |
| 12/13/12 | MJW | L120 | Develop argument concerning emotional damages for Motion to Dismiss | 0.8 | 220.00 |
| 12/13/12 | MJW | L240 | Draft Motion to Dismiss Brief | 0.5 | 137.50 |
| 12/14/12 | AJR | L240 | Revise Motion to Dismiss to incorporate client's comments | 2.0 | 570.00 |
| 12/14/12 | AJR | L190 | Calculate and calendar upcoming deadlines and update case tasks | 0.2 | 57.00 |
| 12/14/12 | AJR | L240 | Email to client regarding revisions to Motion to Dismiss and regarding stamped filed copy of same | 0.1 | 28.50 |
| 12/14/12 | AJR | L240 | Prepare Motion to Dismiss, exhibits, and other supporting documents for filing and file same | 0.8 | 228.00 |
| 12/14/12 | AJR | L120 | Analyze case strategy | 0.2 | 57.00 |
| 12/18/12 | AJR | L250 | Review and analyze court's show cause Order | 0.1 | 28.50 |
| 12/18/12 | AJR | L250 | Email to client regarding court's show cause Order | 0.1 | 28.50 |
| 12/18/12 | MJW | L110 | Calendar deadlines | 0.1 | 27.50 |
| 12/31/12 | MJW | L250 | Draft Reply Brief in support of Motion to Dismiss | 5.5 | 1,512.50 |
| | | | Totals | 42.9 | 11,968.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13<br>
Invoice Number 1476235<br>
File No. 040540.000347<br>
Claim/Client File No. 734339<br>
Page 4

Ally Financial

(GA) O'Dell, Fay R., Estate of

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|--------|-----------|-------|--------|----------|
| AJR | Reyes | Associate | 17.1 | 285.00 | 4,873.50 |
| MJW | Windham | Associate | 25.8 | 275.00 | 7,095.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/12**

| Date | Description | Amount |
|----------|-------------|--------|
| 12/17/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 272306 DATE: 12/7/2012<br>Date: 12/07/2012; Job Code: REYES; To: DEKALB SUPERIOR CT | 35.90 |
| | Total: | 35.90 |

Total Fees & Costs:    $12,004.40