# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476235 |
| File No. | 040540.000347 |
| Claim/Client File No. | 734339 |

**RE:**  (GA) O'Dell, Fay R., Estate of
0541423505 - GA

**Total Amount of This Invoice**        $12,004.40

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# T̲ROUTMAN S̲ANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476236 |
| File No. | 040540.000349 |
| Claim/Client File No. | 734547 |

**RE:     (GA) Harris, William E.**

Fees for Professional Services Rendered Through 12/31/12                                  $229.00

**Total Amount of This Invoice**          **$229.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13<br>
Invoice Number 1476236<br>
File No. 040540.000349<br>
Claim/Client File No. 734547<br>
Page 2

GMAC ResCap

(GA) Harris, William E.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/14/12 | AJR | L210 | Review and analyze executed Return of Service filed with the court | 0.1 | 28.50 |
| 12/21/12 | AJR | L250 | Review and analyze Order adopting magistrate's Report & Recommendation and judgment | 0.1 | 28.50 |
| 12/21/12 | AJR | L250 | Email to client regarding Order adopting magistrate's Report & Recommendation and judgment | 0.1 | 28.50 |
| 12/21/12 | AJR | L190 | Update case assessment and status for client | 0.1 | 28.50 |
| 12/21/12 | AJR | L190 | Telephone conference with counsel for co-defendant Home Safe Georgia regarding service and case status | 0.2 | 57.00 |
| 12/21/12 | ABP | L110 | Review Court Judgment and Order adopting report and recommendation | 0.1 | 29.00 |
| 12/21/12 | ABP | L110 | Review correspondence exchanged with client Joe Nguyen regarding Court Order adopting report and recommendation to dismiss Plaintiff's Complaint | 0.1 | 29.00 |
| | | | Totals | 0.8 | 229.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476236 |
| File No. | 040540.000349 |
| Claim/Client File No. | 734547 |

**RE:**    **(GA) Harris, William E.**

**Total Amount of This Invoice**                      $229.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476237 |
| 190-FTW-L95 | File No. | 040540.000350 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734869 |

**RE:    (GA) advs. Brantley, Lillian F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $3,620.00 |
| Costs and Expenses Through 12/31/12 | $31.08 |
| **Total Amount of This Invoice** | **$3,651.08** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476237
File No. 040540.000350
Claim/Client File No. 734869
Page 2

Ally Financial

(GA) advs. Brantley, Lillian F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | ABP | L120 | Develop strategies regarding potential to remove case to Federal Court | 0.2 | 58.00 |
| 12/13/12 | ABP | L120 | Prepare removal and litigation strategies | 0.4 | 116.00 |
| 12/14/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 12/17/12 | ABP | L120 | Develop litigation and discovery strategies | 0.4 | 116.00 |
| 12/18/12 | AJR | L190 | Telephone call to court to inquire about status of TRO | 0.2 | 57.00 |
| 12/18/12 | ABP | L120 | Prepare case assessment for client | 0.4 | 116.00 |
| 12/18/12 | ABP | L110 | Conduct liability exposure analysis | 0.4 | 116.00 |
| 12/18/12 | ABP | L120 | Develop litigation and defensive strategies | 0.2 | 58.00 |
| 12/18/12 | ABP | L120 | Explore potential for early resolution of case | 0.2 | 58.00 |
| 12/18/12 | ABP | L120 | Develop strategies regarding whether client may proceed with foreclosure | 0.2 | 58.00 |
| 12/18/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential to reschedule foreclosure sale of Plaintiff's property | 0.2 | 58.00 |
| 12/18/12 | AJR | L120 | Analyze case strategy in light of service of complaint | 0.2 | 57.00 |
| 12/19/12 | AJR | L190 | Update case assessment | 0.1 | 28.50 |
| 12/19/12 | AJR | L190 | Emails with client regarding strategy to remove case and regarding status of TRO and of plaintiff's payment of funds into court's registry | 0.4 | 114.00 |
| 12/19/12 | AJR | L120 | Analyze case strategy in light of status of TRO and of plaintiff's payment of funds into court's registry | 0.8 | 228.00 |
| 12/19/12 | AJR | L120 | Legal research regarding whether state court action is removable after defendant's appearance at TRO hearing | 0.6 | 171.00 |
| 12/19/12 | ABP | L120 | Prepare case assessment for client | 0.8 | 232.00 |
| 12/19/12 | ABP | L120 | Develop discovery, litigation and settlement strategies | 0.3 | 87.00 |
| 12/19/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding foreclosure sale, status of Plaintiff's payment on bond, and removal of case to Federal Court | 0.2 | 58.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476237
File No. 040540.000350
Claim/Client File No. 734869
Page 3

Ally Financial

(GA) advs. Brantley, Lillian F.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/19/12 | AJR | L120 | Analyze case strategy and update case calendar in light of upcoming deadlines | 0.2 | 57.00 |
| 12/20/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| 12/21/12 | ABP | L120 | Develop removal and defensive strategies | 0.3 | 87.00 |
| 12/27/12 | AJR | L210 | Email to client regarding drafts of removal papers | 0.1 | 28.50 |
| 12/27/12 | AJR | L210 | Draft Notice of Removal, state court Removal Notice, and removal cover sheet | 3.6 | 1,026.00 |
| 12/27/12 | ABP | L210 | Revise Notice of Removal | 0.6 | 174.00 |
| 12/27/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding proposed Notice of Removal | 0.2 | 58.00 |
| 12/28/12 | AJR | L210 | Revise Notice of Removal | 0.3 | 85.50 |
| 12/28/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding draft removal pleadings | 0.1 | 29.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| 12/31/12 | AJR | L210 | Prepare and file removal papers | 0.3 | 85.50 |
| 12/31/12 | ABP | L210 | Review filed Notice of Removal | 0.1 | 29.00 |

Totals    12.6    3,620.00

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 5.8 | 290.00 | 1,682.00 |
| AJR | Reyes | Associate | 6.8 | 285.00 | 1,938.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476237
File No. 040540.000350
Claim/Client File No. 734869
Page 4

Ally Financial

(GA) advs. Brantley, Lillian F.

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 12/18/12 | Personal Car Mileage – VENDOR: Reyes, Alexandria; INVOICE#: 121812REYES; DATE: 12/18/2012  -  12/03- Travel to Rockdale County Superior Court for hearing on motion for TRO | 31.08 |

Total:  31.08

Total Fees & Costs:  $3,651.08

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Location:**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476237 |
| File No. | 040540.000350 |
| Claim/Client File No. | 734869 |

RE:     (GA) advs. Brantley, Lillian F.

**Total Amount of This Invoice**                         $3,651.08

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476238 |
| 190-FTW-L95 | File No. | 040540.000353 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735153 |

**RE:    (GA) advs. Griffith, Robert**

Fees for Professional Services Rendered Through 12/31/12                    $804.00

**Total Amount of This Invoice**                    **$804.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476238
File No. 040540.000353
Claim/Client File No. 735153
Page 2

Ally Financial

(GA) advs. Griffith, Robert

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/12/12 | AJR | L190 | Email with client regarding substituting in as counsel of record on case | 0.1 | 28.50 |
| 12/12/12 | ABP | L110 | Review correspondence exchanged with client Joe Nguyen regarding substituting into case for McCurdy & Candler law firm | 0.2 | 58.00 |
| 12/12/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 12/13/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 12/14/12 | AJR | L210 | Draft and file Notice of Entry of Appearance and Substitution of Counsel | 0.3 | 85.50 |
| 12/14/12 | AJR | L190 | Update case assessment | 0.2 | 57.00 |
| 12/14/12 | AJR | L120 | Email to counsel for Fannie Mae regarding substitution of counsel and case strategy | 0.2 | 57.00 |
| 12/14/12 | AJR | L110 | Email to foreclosure counsel regarding substitution and to request file | 0.2 | 57.00 |
| 12/18/12 | ABP | L120 | Develop litigation and discovery strategies | 0.3 | 87.00 |
| 12/19/12 | AJR | L120 | Analyze case strategy and update case tasks | 0.1 | 28.50 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/19/12 | AJR | L190 | Email to foreclosure counsel regarding substitution and to request file | 0.1 | 28.50 |
| 12/19/12 | AJR | L120 | Analyze case strategy and in light of upcoming deadlines | 0.2 | 57.00 |
| 12/20/12 | AJR | L190 | Email with foreclosure counsel regarding case strategy and representation | 0.1 | 28.50 |
| 12/26/12 | AJR | L190 | Emails with client regarding fact package and regarding status of representation of Fannie Mae | 0.1 | 28.50 |

|  |  | Totals | 2.8 | 804.00 |
|--|--|--------|-----|--------|

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Ally Financial

(GA) advs. Griffith, Robert

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.2 | 290.00 | 348.00 |
| AJR | Reyes | Associate | 1.6 | 285.00 | 456.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476238 |
| File No. | 040540.000353 |
| Claim/Client File No. | 735153 |

RE:     (GA) advs. Griffith, Robert

**Total Amount of This Invoice**                    $804.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq. | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476239 |
| File No. | 040540.000354 |
| Claim/Client File No. | 735146 |

**RE:    advs. Epperson, James**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $1,237.00 |
| **Total Amount of This Invoice** | **$1,237.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476239
File No. 040540.000354
Claim/Client File No. 735146
Page 2

GMAC ResCap

advs. Epperson, James

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | JCL | L210 | Review new Respa Complaint in Maryland | 0.4 | 160.00 |
| 12/11/12 | JCL | L190 | Telephone call with Christine Buen regarding facts of case and litigation strategy | 0.2 | 80.00 |
| 12/11/12 | JCL | L190 | Review documents received from client | 0.2 | 80.00 |
| 12/12/12 | JEM | L120 | Prepare case assessment for client | 0.4 | 146.00 |
| 12/13/12 | ESF | L210 | Analyze Complaint | 0.4 | 92.00 |
| 12/17/12 | ESF | L240 | Prepare outline for motion to dismiss | 0.2 | 46.00 |
| 12/18/12 | ESF | L190 | Prepare initial case assessment for client | 0.7 | 161.00 |
| 12/18/12 | ESF | L190 | Analyze requirements under RESPA to respond to a Qualified Written Request | 0.2 | 46.00 |
| 12/18/12 | ESF | L190 | Analyze requirements under FDCPA to respond to a consumer's request for validation of debt | 0.3 | 69.00 |
| 12/18/12 | JCL | L190 | Prepare litigation strategy including Motion to Dismiss | 0.2 | 80.00 |
| 12/19/12 | ESF | L190 | Revise Initial Case Assessment for client | 0.2 | 46.00 |
| 12/19/12 | ESF | L190 | Revise recommendation for client | 0.5 | 115.00 |
| 12/19/12 | JCL | L190 | Work on status report to client | 0.2 | 80.00 |
| 12/27/12 | LKC | L110 | Obtain Fact Package from client | 0.2 | 36.00 |
| | | | Totals | 4.3 | 1,237.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.2 | 180.00 | 36.00 |
| ESF | Flowers | Associate | 2.5 | 230.00 | 575.00 |
| JCL | Lynch | Partner | 1.2 | 400.00 | 480.00 |
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq.
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476239 |
| File No. | 040540.000354 |
| Claim/Client File No. | 735146 |

**RE:    advs. Epperson, James**

**Total Amount of This Invoice**                    $1,237.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476240 |
| 190-FTW-L95 | File No. | 040540.000356 |
| Fort Washington, PA 19034 | Claim/Client File No. | 720750 |

**RE:    (GA) advs. Sampson, Rodney D.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $5,788.50 |
| **Total Amount of This Invoice** | **$5,788.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476240
File No. 040540.000356
Claim/Client File No. 720750
Page 2

Ally Financial

(GA) advs. Sampson, Rodney D.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/12/12 | AJR | L210 | Review and analyze complaint | 0.5 | 142.50 |
| 12/12/12 | JEM | L120 | Prepare case assessment for client | 0.4 | 146.00 |
| 12/12/12 | ABP | L210 | Review correspondence exchanged with client Joe Nguyen regarding Complaint | 0.2 | 58.00 |
| 12/12/12 | ABP | L210 | Review pleadings | 0.2 | 58.00 |
| 12/13/12 | ABP | L120 | Develop litigation and defensive strategies | 0.4 | 116.00 |
| 12/14/12 | AJR | L120 | Analyze case strategy | 0.2 | 57.00 |
| 12/14/12 | AJR | L190 | Email to MERS regarding complaint and status of service on MERS | 0.1 | 28.50 |
| 12/14/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 12/18/12 | AJR | L120 | Emails with counsel for MERS regarding case status and strategy | 0.3 | 85.50 |
| 12/18/12 | AJR | L190 | Update case assessment | 0.1 | 28.50 |
| 12/18/12 | AJR | L120 | Analyze case strategy and strategy for removal based on fraudulent joinder | 1.3 | 370.50 |
| 12/18/12 | MJW | L110 | Analyze new complaint for preparing litigation assessment | 0.8 | 220.00 |
| 12/18/12 | MJW | L110 | Analyze three previous lawsuits for res judicata for litigation assessment | 0.9 | 247.50 |
| 12/18/12 | MJW | L110 | Analyze case law regarding wrongful foreclosure damages for litigation assessment | 0.8 | 220.00 |
| 12/18/12 | MJW | L110 | Analyze case law regarding laches for litigation assessment | 1.2 | 330.00 |
| 12/18/12 | MJW | L110 | Draft litigation assessment | 1.2 | 330.00 |
| 12/19/12 | AJR | L120 | Emails with client regarding case status and strategy | 0.2 | 57.00 |
| 12/19/12 | AJR | L190 | Update case assessment | 0.1 | 28.50 |
| 12/19/12 | AJR | L120 | Email with counsel for MERS regarding case strategy | 0.1 | 28.50 |
| 12/19/12 | AJR | L120 | Analyze case strategy and update case calendar in light of upcoming deadlines | 0.2 | 57.00 |
| 12/20/12 | AJR | L120 | Review and analyze file and case strategy in | 0.3 | 85.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476240
File No. 040540.000356
Claim/Client File No. 720750
Page 3

Ally Financial

(GA) advs. Sampson, Rodney D.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | preparation for conference call with counsel for MERS | | |
| 12/20/12 | AJR | L120 | Review and analyze 9th Circuit brief sent by counsel for MERS in preparation for drafting Motion to Dismiss in accordance with MERS specifications | 0.5 | 142.50 |
| 12/20/12 | AJR | L120 | Emails and telephone conference with counsel for MERS regarding case strategy | 0.3 | 85.50 |
| 12/21/12 | AJR | L110 | Email with client regarding fact package | 0.1 | 28.50 |
| 12/21/12 | MJW | C200 | Analyze new pertinent case law concerning foreclosure by MERS | 1.1 | 302.50 |
| 12/21/12 | AJR | L120 | Analyze case strategy in light of recommendations from counsel for MERS | 0.2 | 57.00 |
| 12/27/12 | MJW | L250 | Draft Motion to Dismiss | 5.5 | 1,512.50 |
| 12/27/12 | MJW | L240 | Draft Answer and grounds of defense | 3.3 | 907.50 |
| | | | Totals | 20.7 | 5,788.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| ABP | Pittman | Associate | 1.0 | 290.00 | 290.00 |
| AJR | Reyes | Associate | 4.5 | 285.00 | 1,282.50 |
| MJW | Windham | Associate | 14.8 | 275.00 | 4,070.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476240 |
| File No. | 040540.000356 |
| Claim/Client File No. | 720750 |

RE:    (GA) advs. Sampson, Rodney D.

**Total Amount of This Invoice**          $5,788.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | Invoice Date                01/22/13 |
| One Meridian Crossings | Submitted by              J C Lynch |
| Minneapolis, MN 55423 | Direct Dial          757-687-7765 |
| | Invoice No.                1476241 |
| | File No.          040540.000355 |
| | Claim/Client File No.        735258 |

**RE:    (GA) Gwendolyn B. Hawthorne**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $2,877.50 |
| **Total Amount of This Invoice** | **$2,877.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476241
File No. 040540.000355
Claim/Client File No. 735258
Page 2

GMAC ResCap

(GA) Gwendolyn B. Hawthorne

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/12/12 | MRB | | Draft notice of stay; communicate with Jennifer Scoliard regarding case; research and document review regarding file | 3.3 | 907.50 |
| 12/23/12 | MRB | | Communicate with Jennifer Scoliard regarding related Complaint filed in SDNY; review of same | 0.6 | 165.00 |
| 12/27/12 | MRB | | Conference with Brett Goodman regarding Answer deadline for SDNY Complaint | 0.2 | 55.00 |
| 12/27/12 | MRB | | Analyze caselaw regarding Complaint filed in NDGA bankruptcy court and SDNY district court | 5.2 | 1,430.00 |
| 12/27/12 | JCL | | Review new New York Complaint for representation of Ally's officers in US Bank | 0.4 | 160.00 |
| 12/27/12 | JCL | | Plan and prepare strategy | 0.4 | 160.00 |
| | | | Totals | 10.1 | 2,877.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 9.3 | 275.00 | 2,557.50 |
| JCL | Lynch | Partner | 0.8 | 400.00 | 320.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476241 |
| File No. | 040540.000355 |
| Claim/Client File No. | 735258 |

RE:    (GA) Gwendolyn B. Hawthorne

**Total Amount of This Invoice**          $2,877.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/22/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476242 |
| | File No. | 040540.000358 |
| | Claim/Client File No. | 735270 |

**RE:    advs. Burnett, Conrad P.**

Fees for Professional Services Rendered Through 12/31/12          $3,138.50

**Total Amount of This Invoice**          **$3,138.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476242
File No. 040540.000358
Claim/Client File No. 735270
Page 2

GMAC ResCap

advs. Burnett, Conrad P.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | KLR | L210 | Review Plaintiff's Complaint | 0.2 | 35.00 |
| 12/18/12 | JCL | L210 | Review new Complaint in Clark County | 0.2 | 80.00 |
| 12/18/12 | JCL | L190 | Draft correspondence to client | 0.3 | 120.00 |
| 12/18/12 | JCL | L190 | Prepare litigation strategy | 0.3 | 120.00 |
| 12/18/12 | EGO | L210 | Analyze Complaint and Adversary Proceeding | 0.4 | 106.00 |
| 12/18/12 | EGO | L110 | Prepare strategy for staying case against GMAC Mortgage and removing case to federal court on behalf of Deutsche Bank | 0.3 | 79.50 |
| 12/18/12 | EGO | L110 | Analyze applicability of statute of limitations as complete defense to lawsuit | 0.5 | 132.50 |
| 12/19/12 | LKC | L210 | Telephone conference with Clerk's office regarding service of Complaint | 0.2 | 36.00 |
| 12/19/12 | LKC | L210 | Analysis of deadlines for responsive pleadings | 0.1 | 18.00 |
| 12/19/12 | EGO | L210 | Draft Financial Interest Disclosure Statement for Deutsche Bank Trust Company Americas | 0.3 | 79.50 |
| 12/20/12 | EGO | L210 | Draft Notice of Bankruptcy and Motion to Stay on behalf of GMAC Mortgage, LLC | 0.8 | 212.00 |
| 12/20/12 | EGO | L190 | Prepare correspondence to Jennifer Scoliard regarding status and recommendations | 0.2 | 53.00 |
| 12/20/12 | EGO | L210 | Draft Demurrer and Plea in Bar on behalf of Deutsche Bank Trust Company Americas | 2.2 | 583.00 |
| 12/20/12 | EGO | L210 | Draft Notice of Removal | 0.7 | 185.50 |
| 12/20/12 | EGO | L210 | Draft Consent to Notice of Removal for GMAC Mortgage, LLC | 0.2 | 53.00 |
| 12/27/12 | EGO | L190 | Draft Brief in Support of Motion to Dismiss | 4.3 | 1,139.50 |
| 12/27/12 | EGO | L190 | Draft Motion to Dismiss | 0.2 | 53.00 |
| 12/27/12 | EGO | L190 | Revise Notice of Removal | 0.2 | 53.00 |
| | | | Totals | 11.6 | 3,138.50 |