Invoice Date 01/22/13
Invoice Number 1476242
File No. 040540.000358
Claim/Client File No. 735270
Page 3

GMAC ResCap

advs. Burnett, Conrad P.

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| LKC | Collins | Paralegal | 0.3 | 180.00 | 54.00 |
| JCL | Lynch | Partner | 0.8 | 400.00 | 320.00 |
| EGO | Ostroff | Associate | 10.3 | 265.00 | 2,729.50 |
| KLR | Russell | Paralegal | 0.2 | 175.00 | 35.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476242 |
| File No. | 040540.000358 |
| Claim/Client File No. | 735270 |

**RE:    advs. Burnett, Conrad P.**

**Total Amount of This Invoice**                    $3,138.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 01/29/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1476243 |
| | File No. | 040540.000359 |
| | Claim/Client File No. | 734755 |

**RE:    advs. Lopez, Alejandro**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 12/31/12 | $2,392.00 |
| **Total Amount of This Invoice** | **$2,392.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/29/13
Invoice Number 1476243
File No. 040540.000359
Claim/Client File No. 734755
Page 2

GMAC ResCap

advs. Lopez, Alejandro

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | KLR | L210 | Review Plaintiff's Complaint | 0.2 | 35.00 |
| 12/18/12 | JCL | L210 | Review new Complaint from Mike Socha | 0.2 | 80.00 |
| 12/18/12 | JCL | L190 | Plan and prepare to obtain extension and litigation strategy | 0.2 | 80.00 |
| 12/18/12 | EGO | L210 | Analyze Complaint | 0.4 | 106.00 |
| 12/19/12 | LKC | L210 | Prepare Notices of Appearance for John Lynch and Ethan Ostroff | 0.4 | 72.00 |
| 12/19/12 | KLR | L210 | Prepare Consent Motion for Extension of Time | 0.3 | 52.50 |
| 12/19/12 | JCL | L210 | Plan and prepare to obtain extension on Complaint | 0.2 | 80.00 |
| 12/19/12 | EGO | L190 | Prepare multiple correspondence to counsel for Plaintiff regarding extension to respond to Complaint and identifying information for Plaintiff | 0.3 | 79.50 |
| 12/19/12 | EGO | L210 | Draft Financial Interest Disclosure Statement | 0.4 | 106.00 |
| 12/19/12 | EGO | L210 | Revise Motion for Extension of Time to Respond to Complaint | 0.2 | 53.00 |
| 12/19/12 | EGO | L210 | Revise proposed Order granting Motion for Extension of Time to Respond to Complaint | 0.2 | 53.00 |
| 12/19/12 | EGO | L190 | Prepare correspondence to Michael Socha regarding status and extension to respond to Complaint | 0.3 | 79.50 |
| 12/20/12 | LKC | L210 | Prepare Answer to the Complaint | 0.5 | 90.00 |
| 12/21/12 | EGO | L190 | Finalize and file Consent Motion for Extension of Time to File Answer, Notices of Appearance, and Financial Interest Disclosure Statement | 0.3 | 79.50 |
| 12/21/12 | EGO | L210 | Analyze Answer and Affirmative Defenses filed by Equifax | 0.2 | 53.00 |
| 12/21/12 | EGO | L190 | Analyze pleadings in related Fair Credit Reporting Act lawsuit filed by Alejandro Lopez Jr. | 0.5 | 132.50 |
| 12/21/12 | EGO | L190 | Analyze loan documents received from client | 0.4 | 106.00 |
| 12/21/12 | JCL | L210 | Receive Order extending time to file responsive pleading | 0.2 | 80.00 |
| 12/21/12 | JCL | L190 | Receive correspondences from client Mike Socha regarding facts of case | 0.2 | 80.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/29/13
Invoice Number 1476243
File No. 040540.000359
Claim/Client File No. 734755
Page 3

GMAC ResCap

advs. Lopez, Alejandro

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/26/12 | EGO | L190 | Prepare status update to Michael Socha | 0.4 | 106.00 |
| 12/26/12 | EGO | L190 | Draft Answer and Affirmative Defenses | 1.7 | 450.50 |
| 12/26/12 | EGO | L190 | Analyze Answer and Affirmative Defenses filed by Trans Union LLC | 0.2 | 53.00 |
| 12/27/12 | LKC | L210 | Analysis and review of court filings | 0.7 | 126.00 |
| 12/27/12 | EGO | L190 | Telephone conversation with counsel for Plaintiff concerning claims in Complaint and background information | 0.3 | 79.50 |
| 12/27/12 | EGO | L190 | Prepare multiple correspondence to Michael Socha concerning claims in Complaint and background information | 0.3 | 79.50 |
| | | | Totals | 9.2 | 2,392.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 1.6 | 180.00 | 288.00 |
| JCL | Lynch | Partner | 1.0 | 400.00 | 400.00 |
| EGO | Ostroff | Associate | 6.1 | 265.00 | 1,616.50 |
| KLR | Russell | Paralegal | 0.5 | 175.00 | 87.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 01/29/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476243 |
| File No. | 040540.000359 |
| Claim/Client File No. | 734755 |

**RE:**     **advs. Lopez, Alejandro**

**Total Amount of This Invoice**          $2,392.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476244 |
| 190-FTW-L95 | File No. | 040540.000357 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735411 |

**RE:    (GA) advs. Barber, Jacqueline**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $6,417.50 |
| **Total Amount of This Invoice** | **$6,417.50** |

IN ACCOUNT WITH

Invoice Date 01/22/13
Invoice Number 1476244
File No. 040540.000357
Claim/Client File No. 735411
Page 2

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Ally Financial

(GA) advs. Barber, Jacqueline

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/17/12 | ABP | L160 | Exchange multiple correspondence with client Joe Nguyen and default counsel regarding hearing on Plaintiff's Motion for Temporary Restraining Order, history and background of litigation, foreclosure, and eviction proceedings | 0.6 | 174.00 |
| 12/17/12 | ABP | L160 | Analyze and review Complaint, Summons and pleadings | 0.5 | 145.00 |
| 12/17/12 | ABP | L160 | Develop defensive and removal strategies | 0.4 | 116.00 |
| 12/17/12 | ABP | L160 | Analyze and review case law in support of removal of case to Federal Court | 0.4 | 116.00 |
| 12/17/12 | ABP | L160 | Research history and background of Plaintiff's prior litigation involving GMAC, including Plaintiff's involvement with the Occupy Atlanta Movement | 0.4 | 116.00 |
| 12/17/12 | ABP | L160 | Revise Notice of Removal | 0.3 | 87.00 |
| 12/17/12 | AJR | L210 | Draft notice of removal, state court removal notice, removal cover sheet, and file same | 3.9 | 1,111.50 |
| 12/17/12 | AJR | L210 | Review and analyze Complaint and Motion for TRO | 0.9 | 256.50 |
| 12/17/12 | AJR | L120 | Telephone conference with dispossessory counsel regarding background of plaintiff and opposing counsel and status of dispossessory action | 0.2 | 57.00 |
| 12/17/12 | AJR | L120 | Analysis regarding effect of nominal defendants as parties on diversity and removal | 0.7 | 199.50 |
| 12/17/12 | AJR | L120 | Analyze case strategy | 0.5 | 142.50 |
| 12/18/12 | ABP | L110 | Exchange multiple correspondence with client Joe Nguyen and default counsel regarding case background information, communications with opposing counsel, and litigation and settlement strategies going forward | 0.6 | 174.00 |
| 12/18/12 | ABP | L120 | Develop litigation and discovery strategies in defense of Plaintiff's claims and in response to Plaintiff's Motion for Temporary Restraining Order | 0.5 | 145.00 |
| 12/18/12 | ABP | L120 | Develop strategies regarding potential arguments to include in Motion to Dismiss | 0.2 | 58.00 |
| 12/18/12 | ABP | L210 | Review Complaint, Summons, Motion for Temporary Restraining Order, Memorandum in Support and case history | 1.3 | 377.00 |

Invoice Date 01/22/13
Invoice Number 1476244
File No. 040540.000357
Claim/Client File No. 735411
Page 3

Ally Financial

(GA) advs. Barber, Jacqueline

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/18/12 | AJR | L190 | Update case assessment | 0.1 | 28.50 |
| 12/18/12 | AJR | L250 | Review and analyze notice of instructions to counsel received from court | 0.3 | 85.50 |
| 12/18/12 | AJR | L120 | Analyze case strategy with client and dispossessory counsel | 0.3 | 85.50 |
| 12/18/12 | AJR | L120 | Analyze case strategy | 0.9 | 256.50 |
| 12/18/12 | AJR | L120 | Review and analyze correspondence with client and dispossessory counsel regarding case facts and history | 0.4 | 114.00 |
| 12/18/12 | AJR | L210 | Prepare and file state court Removal Notice | 0.1 | 28.50 |
| 12/19/12 | AJR | L190 | Telephone conference with opposing counsel regarding request for extension of time, plaintiff's demands in case, and plaintiff's concerns about exhibits not being filed with removal papers | 0.3 | 85.50 |
| 12/19/12 | ABP | L110 | Review lis pendens | 0.1 | 29.00 |
| 12/19/12 | ABP | L120 | Prepare case assessment and exposure analysis | 1.0 | 290.00 |
| 12/19/12 | ABP | L120 | Develop strategies regarding obtaining extension of time to respond to Plaintiff's Temporary Restraining Order and file responsive pleadings | 0.2 | 58.00 |
| 12/19/12 | ABP | L210 | Review correspondence exchanged with client Joe Nguyen regarding obtaining extension of time to file response to TRO Motion and to file responsive pleadings, and servicing history of Plaintiff's loan | 0.3 | 87.00 |
| 12/19/12 | JEM | L120 | Prepare defense strategy and settlement recommendation | 0.6 | 219.00 |
| 12/19/12 | AJR | L120 | Telephone conference with dispossessory counsel regarding strategy for amending complaint to correct case caption in dispossessory action | 0.2 | 57.00 |
| 12/19/12 | AJR | L120 | Review and analyze state court pleadings and dispossessory file | 0.7 | 199.50 |
| 12/19/12 | AJR | L120 | Analyze strategy for extending time to respond to Motion for TRO and file Motion to Dismiss and check local rules regarding same | 0.4 | 114.00 |
| 12/19/12 | AJR | L120 | Analyze strategy for case and for removing to federal court | 1.1 | 313.50 |
| 12/20/12 | ABP | L210 | Revise Motion to Extend Time to File Response to Plaintiff's Motion for Temporary Restraining Order and to File Responsive Pleadings | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 01/22/13
Invoice Number 1476244
File No. 040540.000357
Claim/Client File No. 735411
Page 4

Ally Financial

(GA) advs. Barber, Jacqueline

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/20/12 | ABP | L210 | Review correspondence exchanged with client Joe Nguyen regarding draft Motion for Extension of Time | 0.2 | 58.00 |
| 12/20/12 | ABP | L120 | Develop strategies in response to plaintiff's Motion for Temporary Restraining Order | 0.1 | 29.00 |
| 12/20/12 | AJR | L190 | Emails and telephone conference with opposing counsel regarding request for extension of time to file responsive pleading and to respond to Motion for TRO | 0.2 | 57.00 |
| 12/20/12 | AJR | L210 | Draft Unopposed Motion to Extend Deadlines and file same | 1.5 | 427.50 |
| 12/21/12 | AJR | L120 | Emails with client regarding strategy for media inquiries involving case | 0.2 | 57.00 |
| 12/21/12 | ABP | L120 | Exchange correspondence with client Joe Nguyen and default counsel regarding abusive calls from Occupy Atlanta movement and strategies to discourage and prevent such calls to client | 0.4 | 116.00 |
| 12/21/12 | ABP | L110 | Analyze background information on Occupy Atlanta movement and Plaintiff's counsel | 0.2 | 58.00 |
| 12/21/12 | ABP | L110 | Review Fact Package received from client | 0.2 | 58.00 |
| 12/21/12 | ABP | L120 | Develop strategies regarding prevention of further harassing calls from Occupy Atlanta movement | 0.2 | 58.00 |
| 12/26/12 | AJR | L250 | Email to client regarding Order extending time to respond to Motion for TRO and to file responsive pleadings | 0.1 | 28.50 |
| 12/27/12 | AJR | L120 | Emails with dispossessory counsel regarding strategy for amending complaint to correct case caption in dispossessory action | 0.1 | 28.50 |
| 12/27/12 | ABP | L110 | Review correspondence exchanged with client Joe Nguyen regarding Court Order extending time to file responsive pleadings and respond to Motion for Temporary Restraining Order | 0.1 | 29.00 |
| 12/27/12 | ABP | L110 | Review Court Order granting extension of time to file responsive pleadings and respond to Motion for Temporary Restraining Order | 0.1 | 29.00 |
| | | | Totals | 22.2 | 6,417.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Ally Financial

(GA) advs. Barber, Jacqueline

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|------|--------|----------|
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| ABP | Pittman | Associate | 8.5 | 290.00 | 2,465.00 |
| AJR | Reyes | Associate | 13.1 | 285.00 | 3,733.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---:|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476244 |
| File No. | 040540.000357 |
| Claim/Client File No. | 735411 |

**RE:** **(GA) advs. Barber, Jacqueline**

**Total Amount of This Invoice**                      $6,417.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Carol Bonello, Litigation Coordinator | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476245 |
| 190-FTW-L95 | File No. | 040540.000361 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735556 |

**RE:    (VA) advs. Zahedi, Bahman**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $1,240.00 |
| **Total Amount of This Invoice** | **$1,240.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 01/22/13
Invoice Number 1476245
File No. 040540.000361
Claim/Client File No. 735556
Page 2

Ally Financial

(VA) advs. Zahedi, Bahman

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/20/12 | MR | L210 | Review Warrant in Debt and related filings | 0.3 | 90.00 |
| 12/20/12 | EGO | L190 | Analyze pleadings and determine court in which suit filed | 0.2 | 53.00 |
| 12/26/12 | MR | L210 | Prepare and revise Motion to Dismiss and Notice of Hearing | 1.4 | 420.00 |
| 12/26/12 | CMS | L210 | Draft Notice of Hearing on Motion to Dismiss | 0.5 | 90.00 |
| 12/26/12 | CMS | L210 | Phone call with Loudoun clerk regarding procedure for hearing motion on existing Warrant return date | 0.2 | 36.00 |
| 12/26/12 | EGO | L190 | Revise Motion to Dismiss for Lack of Personal Jurisdiction | 0.2 | 53.00 |
| 12/27/12 | MR | L210 | Final revisions to Motion to Dismiss | 0.4 | 120.00 |
| 12/27/12 | CMS | L210 | Revise Motion to Dismiss to finalize for submission | 0.5 | 90.00 |
| 12/28/12 | CMS | L210 | Coordinate submission of Motion and Notice to court with outside vendor | 0.1 | 18.00 |
| 12/28/12 | MR | L210 | Telephone call with General District Court regarding removal | 0.3 | 90.00 |
| 12/28/12 | MR | L210 | Prepare and revise Removal to General District Court, Amended Notice of Hearing, and letter to the Clerk of the Court | 0.6 | 180.00 |

Totals    4.7    1,240.00

## TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| EGO | Ostroff | Associate | 0.4 | 265.00 | 106.00 |
| MR | Reza | Associate | 3.0 | 300.00 | 900.00 |
| CMS | Sherman | Paralegal | 1.3 | 180.00 | 234.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Carol Bonello, Litigation Coordinator
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476245 |
| File No. | 040540.000361 |
| Claim/Client File No. | 735556 |

**RE:    (VA) advs. Zahedi, Bahman**

**Total Amount of This Invoice**                    $1,240.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ─── TROUTMAN SANDERS LLP ───

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

| **Payment Remittance Address** | **Office Address** |
| --- | --- |
| Troutman Sanders LLP | 222 Central Park Avenue |
| P.O. Box 933652 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | Virginia Beach, VA 23462 |

BILLING INQUIRIES:
404-885-2508

| | | |
| --- | --- | --- |
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476246 |
| 190-FTW-L95 | File No. | 040540.000360 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735663 |

**RE:    (GA) advs. Laborde, Sheldon**

| | |
| --- | --- |
| Fees for Professional Services Rendered Through 12/31/12 | $647.50 |
| **Total Amount of This Invoice** | **$647.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/22/13
Invoice Number 1476246
File No. 040540.000360
Claim/Client File No. 735663
Page 2

Ally Financial

(GA) advs. Laborde, Sheldon

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 12/21/12 | JEM | L210 | Prepare Motion to Dismiss and removal argument | 0.6 | 219.00 |
| 12/21/12 | JEM | L120 | Correspond with client regarding case assessment | 0.3 | 109.50 |
| 12/21/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding filing of new Complaint | 0.2 | 58.00 |
| 12/21/12 | ABP | L120 | Develop removal and defensive strategies | 0.4 | 116.00 |
| 12/27/12 | ABP | L120 | Develop defensive strategies | 0.3 | 87.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 2.0 | 647.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.9 | 365.00 | 328.50 |
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476246 |
| File No. | 040540.000360 |
| Claim/Client File No. | 735663 |

RE:     (GA) advs. Laborde, Sheldon

**Total Amount of This Invoice**                    $647.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Christine A. Buen, Paralegal | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1476247 |
| Minneapolis, MN 55437 | File No. | 040540.000362 |
| | Claim/Client File No. | 735558 |

**RE:    (VA) advs. Wilson, Edith M.**

Fees for Professional Services Rendered Through 12/31/12      $712.00

**Total Amount of This Invoice**    **$712.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476247
File No. 040540.000362
Claim/Client File No. 735558
Page 2

Ally Financial

(VA) advs. Wilson, Edith M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/21/12 | JEM | L210 | Prepare Motion to Dismiss argument | 0.6 | 219.00 |
| 12/21/12 | ABP | L120 | Develop strategies regarding potential to dismiss Plaintiff's claims | 0.3 | 87.00 |
| 12/27/12 | ABP | L210 | Review Summons, pleadings, and Plaintiff's Complaint | 0.6 | 174.00 |
| 12/27/12 | ABP | L120 | Develop defensive strategies | 0.2 | 58.00 |
| 12/27/12 | ABP | L210 | Prepare Answer and Grounds of Defense | 0.4 | 116.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 2.3 | 712.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| ABP | Pittman | Associate | 1.7 | 290.00 | 493.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| Ally Financial | **Invoice Date** 01/22/13 |
| Attn: Christine A. Buen, Paralegal | **Submitted by** J C Lynch |
| 8400 Normandale Lake Boulevard | **Direct Dial** 757-687-7765 |
| Suite 350 | **Invoice No.** 1476247 |
| Minneapolis, MN 55437 | **File No.** 040540.000362 |
| | **Claim/Client File No.** 735558 |

RE:    (VA) advs. Wilson, Edith M.

**Total Amount of This Invoice**                                    $712.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 01/22/13 |
| Attn: Jennifer Scoliard, Esq., Senior Counsel | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1476248 |
| 190-FTW-L95 | File No. | 040540.000363 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734030 |

**RE:    (WV) advs. Van Wagner, George**

Fees for Professional Services Rendered Through 12/31/12                          $547.50

                                        **Total Amount of This Invoice          $547.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 01/22/13
Invoice Number 1476248
File No. 040540.000363
Claim/Client File No. 734030
Page 2

Ally Financial

(WV) advs. Van Wagner, George

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/19/12 | JEM | | Prepare for hearing on Motion to Dismiss | 0.4 | 146.00 |
| 12/20/12 | JEM | | Attend hearing on Motion to Dismiss AP case or, in the alternative, abstention | 1.1 | 401.50 |
| | | | Totals | 1.5 | 547.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.5 | 365.00 | 547.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Jennifer Scoliard, Esq., Senior Counsel
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 01/22/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1476248 |
| File No. | 040540.000363 |
| Claim/Client File No. | 734030 |

**RE:    (WV) advs. Van Wagner, George**

**Total Amount of This Invoice**                           $547.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date            01/29/13 |
| Attn: Michael Socha | Submitted by            J C Lynch |
| One Meridian Crossings | Direct Dial            757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.            1477271 |
| | File No.            040540.000331 |
| | Claim/Client File No.            731743 |

**RE:    advs. Guimond, Mark F. and Kallie A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $3,378.00 |
| **Total Amount of This Invoice** | **$3,378.00** |