IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 01/29/13
Invoice Number 1477271
File No. 040540.000331
Claim/Client File No. 731743
Page 2

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/12 | LKC | L110 | Analysis of documents received from client | 1.0 | 180.00 |
| 12/10/12 | LKC | L210 | Telephone conference with Judge Novak's chambers regarding settlement conference | 0.2 | 36.00 |
| 12/10/12 | EGO | L190 | Analyze client documents | 3.5 | 927.50 |
| 12/10/12 | EGO | L190 | Plan and prepare task list | 0.4 | 106.00 |
| 12/11/12 | JCL | L160 | Receive and review Court's Order regarding settlement conference | 0.2 | 80.00 |
| 12/12/12 | JEM | L120 | Prepare status update for client | 0.4 | 146.00 |
| 12/21/12 | EGO | L330 | Draft First Set of Interrogatories to serve upon Plaintiffs | 0.9 | 238.50 |
| 12/21/12 | EGO | L330 | Draft First Set of Document Requests to serve upon Plaintiffs | 0.8 | 212.00 |
| 12/21/12 | EGO | L330 | Analyze Plaintiff's First Set of Requests for Admissions | 1.3 | 344.50 |
| 12/21/12 | EGO | L330 | Analyze Plaintiff's First Set of Interrogatories | 0.2 | 53.00 |
| 12/21/12 | EGO | L330 | Analyze Plaintiff's First Set of Document Requests | 0.2 | 53.00 |
| 12/21/12 | EGO | L190 | Draft correspondence to Michael Socha regarding status update and discovery | 0.3 | 79.50 |
| 12/21/12 | JCL | L190 | Receive correspondence from court and opposing counsel regarding initial discovery request and settlement conference | 0.2 | 80.00 |
| 12/26/12 | JCL | L190 | Work on case status report including arguments for inadvertent error and punitive damages defenses | 0.8 | 320.00 |
| 12/27/12 | LKC | L310 | Analysis of discovery requests | 0.3 | 54.00 |
| 12/27/12 | LKC | L310 | Prepare Objections and Responses to Interrogatories, Requests for Production of Documents and Requests for Admissions | 0.5 | 90.00 |
| 12/28/12 | LKC | L310 | Prepare Objections and Responses to Interrogatories, Requests for Production, and Requests for Admissions | 0.7 | 126.00 |
| 12/28/12 | LKC | L210 | Prepare and file Notice of Appearance for Ethan Ostroff | 0.1 | 18.00 |
| 12/31/12 | LKC | L310 | Prepare Objections and Responses to Interrogatories, Requests for Production and | 1.3 | 234.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 01/29/13
Invoice Number 1477271
File No. 040540.000331
Claim/Client File No. 731743
Page 3

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| | | | Requests for Admissions | | |
| | | | Totals | 13.3 | 3,378.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| LKC | Collins | Paralegal | 4.1 | 180.00 | 738.00 |
| JCL | Lynch | Partner | 1.2 | 400.00 | 480.00 |
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| EGO | Ostroff | Associate | 7.6 | 265.00 | 2,014.00 |

# TROUTMAN SANDERS LLP

| **Payment Remittance Address** | ATTORNEYS AT LAW<br>A LIMITED LIABILITY PARTNERSHIP<br>FEDERAL ID No. 58-0946915 | **Electronic Payments** |
|---|---|---|
| Troutman Sanders LLP<br>P.O. Box 933652<br>Atlanta, Georgia 31193-3652 | | Wells Fargo Bank, N.A., Atlanta, Georgia<br>ACH/ABA #061000227<br>WIRE/ABA #121000248<br>To Credit Troutman Sanders LLP<br>Operating Account #2052700305792<br>Reference Attorney: J C Lynch<br>Reference Client: 040540<br>From International Locations please add Swift Address/Code: WFBI US 6S |
| | Office Location:<br>222 Central Park Avenue<br>Suite 2000<br>Virginia Beach, VA 23462 | |
| | Billing Inquiries:<br>404-885-2508 | |

GMAC ResCap
Attn: Michael Socha
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 01/29/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1477271 |
| File No. | 040540.000331 |
| Claim/Client File No. | 731743 |

RE:  advs. Guimond, Mark F. and Kallie A.

**Total Amount of This Invoice**              $3,378.00

*REMITTANCE*

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**