# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1482810 |
| | File No. 040540.000127 |
| | Claim/Client File No. 682623 |

**RE:   (WV) Posey, Janet M.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 01/31/13 | $401.50 |
| **Total Amount of This Invoice** | **$401.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482810
File No. 040540.000127
Claim/Client File No. 682623
Page 2

GMAC ResCap

(WV) Posey, Janet M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/17/13 | JEM | P600 | Correspond with client and opposing counsel regarding dismissal of case | 0.3 | 109.50 |
| 01/22/13 | JEM | P600 | Correspond with client regarding case status and Dismissal Order | 0.4 | 146.00 |
| 01/23/13 | JEM | L160 | Correspond with client and opposing counsel regarding case update and settlement status | 0.4 | 146.00 |
| | | | Totals | 1.1 | 401.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.1 | 365.00 | 401.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482810 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

RE:    (WV) Posey, Janet M.

**Total Amount of This Invoice**            $401.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482822 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

**RE:     (WV)  advs. Bennett, Colin, et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $310.00 |
| **Total Amount of This Invoice** | **$310.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482822
File No. 040540.000046
Claim/Client File No. 694624
Page 2

GMAC ResCap

(WV)  advs. Bennett, Colin, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | JEM | L160 | Correspond with opposing counsel and client regarding short sale per settlement | 0.4 | 146.00 |
| 01/10/13 | LKC | L160 | Correspondence to client forwarding executed settlement agreement | 0.1 | 18.00 |
| 01/23/13 | JEM | L160 | Correspond with client and opposing counsel regarding case update and settlement status | 0.4 | 146.00 |
| | | | Totals | 0.9 | 310.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.1 | 180.00 | 18.00 |
| JEM | Manning | Partner | 0.8 | 365.00 | 292.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482822 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

**RE:** **(WV) advs. Bennett, Colin, et al.**

**Total Amount of This Invoice** $310.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1482824 |
| | File No. | 040540.000074 |
| | Claim/Client File No. | 698459 |

**RE:     (GA) Gude, Thandiwe & Derrick**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $642.50 |
| **Total Amount of This Invoice** | **$642.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 02/28/13
Invoice Number 1482824
File No. 040540.000074
Claim/Client File No. 698459
Page 2

GMAC ResCap

(GA) Gude, Thandiwe & Derrick

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/11/13 | MJW | L110 | Update case strategy | 0.4 | 110.00 |
| 01/18/13 | AJR | L240 | Telephone call and email to judge's law clerk regarding obtaining order on Motion for Summary Judgment | 0.3 | 85.50 |
| 01/18/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/18/13 | AJR | L240 | Email to client regarding correspondence to judge's law clerk regarding obtaining order on Motion for Summary Judgment | 0.1 | 28.50 |
| 01/22/13 | MJW | L110 | Review case strategy | 0.3 | 82.50 |
| 01/22/13 | MJW | L110 | Update case notes | 0.4 | 110.00 |
| 01/22/13 | MJW | L110 | Calculate deadlines | 0.2 | 55.00 |
| 01/25/13 | AJR | L240 | Telephone conference with law clerk on status of ruling on Motion for Summary Judgment | 0.1 | 28.50 |
| 01/25/13 | AJR | L240 | Email to client regarding status of ruling on Motion for Summary Judgment and strategy to push for same | 0.1 | 28.50 |
| 01/29/13 | AJR | L190 | Email to client regarding case status | 0.1 | 28.50 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |
| | | | Totals | 2.3 | 642.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 1.0 | 285.00 | 285.00 |
| MJW | Windham | Associate | 1.3 | 275.00 | 357.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482824 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

RE:     (GA) Gude, Thandiwe & Derrick

**Total Amount of This Invoice**                    $642.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482825 |
| File No. | 040540.000085 |
| Claim/Client File No. | 696620 |

**RE:    (GA) Bree, Brian J. and Cynthia**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $87.00 |
| **Total Amount of This Invoice** | **$87.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482825
File No. 040540.000085
Claim/Client File No. 696620
Page 2

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/30/13 | ABP | L210 | Monitor status of Appellate proceedings | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Update case assessment for client | 0.1 | 29.00 |
| | | | Totals | 0.3 | 87.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1482825 |
| | File No. 040540.000085 |
| | Claim/Client File No. 696620 |

RE:     (GA) Bree, Brian J. and Cynthia

**Total Amount of This Invoice**          $87.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482826 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

**RE:    (GA) Wheeler, Michael**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $5,595.50 |
| **Total Amount of This Invoice** | **$5,595.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482826
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | AJR | L190 | Emails with client regarding scheduling telephone conference regarding plaintiff's Motion For Relief From Stay | 0.1 | 28.50 |
| 01/03/13 | AJR | L190 | Emails with client regarding scheduling telephone conference regarding plaintiff's Motion For Relief From Stay | 0.2 | 57.00 |
| 01/04/13 | AJR | L120 | Review and analyze case assessment and prepare for conference call with client | 0.3 | 85.50 |
| 01/04/13 | AJR | L120 | Telephone conference with client and bankruptcy counsel regarding plaintiff's proof of claim | 0.6 | 171.00 |
| 01/04/13 | AJR | L190 | Email to client and bankruptcy counsel regarding relevant pleadings in case to help analyze strategy for responding to plaintiff's proof of claim | 0.1 | 28.50 |
| 01/04/13 | AJR | L120 | Analyze case strategy | 0.4 | 114.00 |
| 01/08/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/08/13 | ABP | L210 | Review Notice of Hearing on Plaintiff's Motion to Lift Automatic Stay imposed by ResCap bankruptcy in Southern District of NY | 0.1 | 29.00 |
| 01/08/13 | ABP | L210 | Review pleadings filed by Plaintiff in ResCap bankruptcy in Southern District of NY | 0.2 | 58.00 |
| 01/08/13 | AJR | L120 | Conference call with client and bankruptcy counsel regarding borrower's proof of claim and strategy for case in light of same | 0.3 | 85.50 |
| 01/08/13 | AJR | L120 | Review and analyze Final Supplemental Order from bankruptcy court and relevant pleadings in preparation for conference call with client and bankruptcy counsel regarding stipulating to stay relief | 0.5 | 142.50 |
| 01/10/13 | ABP | L210 | Exchange correspondence with Samantha Martin of Morrison & Foerster and clients Katie Dutill and Lauren Delehey regarding plaintiff's Motion for Relief of Bankruptcy Stay filed in ResCap bankruptcy in Southern District of New York | 0.3 | 87.00 |
| 01/10/13 | ABP | L120 | Develop strategies regarding whether to stipulate to plaintiff's Motion for Relief from Stay | 0.3 | 87.00 |
| 01/10/13 | AJR | L120 | Emails with client and bankruptcy counsel regarding strategy for stipulating to stay relief and | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 02/28/13
Invoice Number 1482826
File No. 040540.000110
Claim/Client File No. 693591
Page 3

GMAC ResCap

(GA) Wheeler, Michael

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | scheduling call regarding same | | |
| 01/11/13 | ABP | L210 | Exchange correspondence with client Lauren Delehey of ResCap regarding plaintiff's Motion for Relief from Stay imposed by ResCap bankruptcy | 0.2 | 58.00 |
| 01/11/13 | ABP | L120 | Develop strategies in response to plaintiff's Motion for Relief from Stay | 0.4 | 116.00 |
| 01/14/13 | AJR | L440 | Draft trial assessment and proposed trial budget | 1.3 | 370.50 |
| 01/14/13 | AJR | L120 | Conference call with client and bankruptcy counsel regarding borrower's proof of claim and strategy for case in light of same | 0.4 | 114.00 |
| 01/14/13 | JEM | L120 | Revise client update regarding trial preparation and case status | 0.4 | 146.00 |
| 01/14/13 | ABP | L210 | Review pleadings, summary judgment briefs and Court Orders ruling on previous summary judgment motions | 0.4 | 116.00 |
| 01/14/13 | ABP | L120 | Telephone conference with clients Lauren Delehey and Katie Dutill, and Samantha Martin of Morrison & Foerster regarding proposal to stipulate to Plaintiff's request for relief from bankruptcy stay | 0.4 | 116.00 |
| 01/14/13 | ABP | L120 | Develop strategies regarding whether to stipulate to Plaintiff's request for relief from bankruptcy stay | 0.2 | 58.00 |
| 01/14/13 | AJR | L120 | Analyze strategy for stipulating to stay relief in preparation for conference call with client and bankrutpcy counsel | 0.3 | 85.50 |
| 01/15/13 | ABP | L210 | Review pleadings, Court Orders and prior summary judgment motions | 0.3 | 87.00 |
| 01/15/13 | ABP | L110 | Analyze Court Opinion and Order ruling on previously filed summary judgment motion | 0.3 | 87.00 |
| 01/15/13 | ABP | L120 | Prepare exposure and liability analysis | 0.6 | 174.00 |
| 01/15/13 | ABP | L120 | Develop strategies in response to Plaintiff's Motion for Relief from Automatic Bankruptcy Stay | 0.2 | 58.00 |
| 01/16/13 | AJR | L440 | Revise trial assessment | 0.2 | 57.00 |
| 01/16/13 | ABP | L120 | Analyze and review recent FCRA case law to determine whether Plaintiff's FCRA claims may survive Court's initial summary judgment rulings | 1.0 | 290.00 |
| 01/16/13 | ABP | L120 | Prepare exposure and liability analysis and case assessment for client | 1.4 | 406.00 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482826
File No. 040540.000110
Claim/Client File No. 693591
Page 4

GMAC ResCap

(GA) Wheeler, Michael

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/16/13 | ABP | L450 | Prepare estimated trial budget | 0.2 | 58.00 |
| 01/16/13 | ABP | L450 | Develop trial strategies | 0.3 | 87.00 |
| 01/16/13 | ABP | L450 | Exchange telephone calls with Samantha Martin of Morrison & Foerster regarding estimated trial budget and proposed stipulation to relief from automatic stay | 0.2 | 58.00 |
| 01/17/13 | AJR | L120 | Review and analyze correspondence with client and strategy for stipulating to stay relief | 0.2 | 57.00 |
| 01/17/13 | AJR | L210 | Email to client and bankruptcy counsel regarding Notice of Hearing | 0.1 | 28.50 |
| 01/17/13 | ABP | L120 | Revise exposure and liability analysis, and case assessment | 0.7 | 203.00 |
| 01/17/13 | ABP | L110 | Finalize estimated trial budget | 0.2 | 58.00 |
| 01/17/13 | ABP | L120 | Develop litigation and trial strategies | 0.3 | 87.00 |
| 01/17/13 | ABP | L210 | Review correspondence exchanged with client Lauren Delehey regarding Notice of Hearing concerning Plaintiff's Motion for Relief from Automatic Stay | 0.2 | 58.00 |
| 01/17/13 | ABP | L450 | Exchange correspondence with clients Lauren Delehey and Katie Dutill, and Samantha Martin of Morrison & Foerster regarding estimated trial budget, and exposure and liability analysis | 0.4 | 116.00 |
| 01/17/13 | ABP | L210 | Review Notice of Hearing | 0.1 | 29.00 |
| 01/18/13 | AJR | L190 | Email with bankruptcy counsel and client regarding borrower's consent to extension in light of considerations about stay relief | 0.1 | 28.50 |
| 01/18/13 | ABP | L120 | Develop litigation and trial strategies | 0.4 | 116.00 |
| 01/18/13 | ABP | L110 | Review correspondence from Court regarding filing of Notice of Adjournment of Hearing regarding Plaintiff's Motion for Relief from Automatic Stay | 0.1 | 29.00 |
| 01/18/13 | ABP | L210 | Review Notice of Adjournment of Hearing | 0.1 | 29.00 |
| 01/18/13 | ABP | L120 | Exchange correspondence with Samantha Martin of Morrison & Foerster regarding extension of time for GMAC to respond to Plaintiff's Motion for Relief from Automatic Bankruptcy Stay | 0.2 | 58.00 |
| 01/23/13 | ABP | L110 | Analyze proposed Stipulation of Relief from bankruptcy stay | 0.2 | 58.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482826
File No. 040540.000110
Claim/Client File No. 693591
Page 5

GMAC ResCap

(GA) Wheeler, Michael

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/23/13 | ABP | L210 | Exchange correspondence with client Lauren Delehey and Samantha Martin of Morrison & Foerster regarding proposed Stipulation | 0.1 | 29.00 |
| 01/23/13 | ABP | L120 | Analyze potential consequences of proposed Stipulation to GMAC's ability to foreclose on plaintiff's property | 0.2 | 58.00 |
| 01/24/13 | AJR | L190 | Review and analyze draft Stipulation Granting Limited Relief from Automatic Stay | 0.4 | 114.00 |
| 01/24/13 | ABP | L210 | Exchange correspondence with client Lauren Delehey and Samantha Martin of Morrison & Foerster regarding revisions to proposed Stipulation to Plaintiff's request for relief from automatic bankruptcy stay | 0.2 | 58.00 |
| 01/24/13 | ABP | L210 | Review revised Stipulation for Relief from Automatic Bankruptcy Stay | 0.1 | 29.00 |
| 01/24/13 | ABP | L210 | Analyze practical impact of proposed Stipulation on client's ability to foreclose on Plaintiff's property | 0.4 | 116.00 |
| 01/25/13 | AJR | L190 | Emails with bankruptcy counsel regarding proposed revisions to Stipulation Granting Limited Relief from Automatic Stay | 0.3 | 85.50 |
| 01/25/13 | ABP | L210 | Exchange correspondence with clients Lauren Delehey and Samantha Martin of Morrison & Foerster regarding revisions to proposed Stipulation to relief from automatic stay | 0.1 | 29.00 |
| 01/25/13 | ABP | L210 | Review revisions to proposed Stipulation for relief from automatic stay | 0.1 | 29.00 |
| 01/30/13 | AJR | L210 | Review and analyze draft of Debtor's Response to Plaintiff's Motion for Relief from Automatic Stay | 0.2 | 57.00 |
| 01/30/13 | ABP | L210 | Review revised proposed Stipulation for relief from automatic bankruptcy stay | 0.1 | 29.00 |
| 01/30/13 | ABP | L210 | Exchange correspondence with Samantha Martin of Morrison & Foerster regarding discussions with plaintiff concerning proposed Stipulation | 0.2 | 58.00 |
| 01/30/13 | ABP | L210 | Develop strategies in response to plaintiff's opposition to proposed Stipulation | 0.2 | 58.00 |
| 01/31/13 | AJR | L190 | Review and analyze emails regarding hearing on motion for relief from stay in client's bankruptcy action | 0.1 | 28.50 |

IN ACCOUNT WITH

## Troutman Sanders LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13<br>
Invoice Number 1482826<br>
File No. 040540.000110<br>
Claim/Client File No. 693591<br>
Page 6

GMAC ResCap

(GA) Wheeler, Michael

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/31/13 | ABP | L210 | Exchange correspondence with client Lauren Delehey and Samantha Martin of Morrison & Foerster regarding final revisions to objection to Plaintiff's request for relief from automatic bankruptcy stay | 0.2 | 58.00 |
| 01/31/13 | ABP | L210 | Review finalized draft of Objection and Response to Plaintiff's Motion for Relief from Stay | 0.2 | 58.00 |
| 01/31/13 | ABP | L210 | Review correspondence from Court regarding filing of objection | 0.2 | 58.00 |
| 01/31/13 | ABP | L210 | Review Objection and Response to Plaintiff's Motion for Relief from Stay filed with Court | 0.2 | 58.00 |
| 01/31/13 | ABP | L450 | Prepare for hearing regarding Plaintiff's Motion for Relief from Automatic Stay | 0.2 | 58.00 |
| | | | Totals | 19.3 | 5,595.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| ABP | Pittman | Associate | 12.6 | 290.00 | 3,654.00 |
| AJR | Reyes | Associate | 6.3 | 285.00 | 1,795.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482826 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

RE:    (GA) Wheeler, Michael

**Total Amount of This Invoice**        $5,595.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482827 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

**RE:    (GA) Madzimoyo, Wekesa O.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $723.50 |
| **Total Amount of This Invoice** | **$723.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/04/13 | AJR | L190 | Email with client regarding borrower filing proof of claim in bankruptcy case | 0.1 | 28.50 |
| 01/04/13 | ABP | L110 | Exchange correspondence with client Katie Dutill regarding Proof of Claim filed by Plaintiff in ResCap bankruptcy in Southern District of NY | 0.1 | 29.00 |
| 01/11/13 | ABP | L110 | Analyze and review ResCap bankruptcy filings for Proof of Claim filed by Plaintiff in ResCap bankruptcy | 0.4 | 116.00 |
| 01/11/13 | ABP | L120 | Develop strategies in light of plaintiff's Proof of Claim filed in ResCap bankruptcy in Southern District of New York | 0.2 | 58.00 |
| 01/11/13 | ABP | L110 | Exchange correspondence with client Katie Dutill regarding Proof of Claim filed by plaintiff | 0.1 | 29.00 |
| 01/14/13 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding Plaintiff's proof of claim filed in the ResCap Bankruptcy in the Southern District of NY | 0.1 | 29.00 |
| 01/14/13 | ABP | L120 | Develop litigation strategies regarding reopening of case | 0.3 | 87.00 |
| 01/15/13 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding Proof of Claim filed by Plaintiff in ResCap Bankruptcy in Southern District of NY | 0.1 | 29.00 |
| 01/15/13 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Develop strategies regarding reopening of litigation and conducting discovery proceedings | 0.3 | 87.00 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |
| 01/31/13 | ABP | L120 | Develop litigation and discovery strategies | 0.2 | 58.00 |
| 01/31/13 | ABP | L310 | Prepare discovery to Plaintiff | 0.2 | 58.00 |
| | | | Totals | 2.5 | 723.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482827
File No. 040540.000123
Claim/Client File No. 718235
Page 3

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 2.2 | 290.00 | 638.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |