# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP**
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482827 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:    (GA) Madzimoyo, Wekesa O.

**Total Amount of This Invoice**                    $723.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ———— T‍ROUTMAN S‍ANDERS LLP ————

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482828 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

**RE:    (WV) Lester, Donna F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $291.00 |
| **Total Amount of This Invoice** | **$291.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482828
File No. 040540.000136
Claim/Client File No. 696557
Page 2

GMAC ResCap

(WV) Lester, Donna F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/25/13 | JEM | L120 | Prepare status report for client | 0.3 | 109.50 |
| 01/29/13 | JEM | L190 | Prepare status update for client with recommendations and deadlines | 0.3 | 109.50 |
| 01/30/13 | LKC | L110 | Prepare status update to client | 0.4 | 72.00 |
| | | | Totals | 1.0 | 291.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.4 | 180.00 | 72.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482828 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

RE:    (WV) Lester, Donna F.

**Total Amount of This Invoice**          $291.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482833 |
| File No. | 040540.000164 |
| Claim/Client File No. | 701919 |

**RE:    (GA) Browder, Harold Jr. and Melissa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $173.50 |
| **Total Amount of This Invoice** | **$173.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482833
File No. 040540.000164
Claim/Client File No. 701919
Page 2

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/17/13 | AJR | L120 | Emails with client regarding case status and strategy | 0.1 | 28.50 |
| 01/29/13 | ABP | L120 | Develop litigation strategies regarding potential to reopen case on remand | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Monitor status of remanded proceedings and the outcome of Georgia Supreme Court Opinion in You and Reese appeals | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| | | | Totals | 0.6 | 173.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482833 |
| File No. | 040540.000164 |
| Claim/Client File No. | 701919 |

RE:     (GA) Browder, Harold Jr. and Melissa

**Total Amount of This Invoice**          $173.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482834 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

**RE:    (GA) McNeal, Lorraine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $1,819.50 |
| **Total Amount of This Invoice** | **$1,819.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482834
File No. 040540.000168
Claim/Client File No. 703860
Page 2

GMAC ResCap

(GA) McNeal, Lorraine

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/11/13 | MJW | L110 | Update case strategy | 0.4 | 110.00 |
| 01/22/13 | MJW | L110 | Review case strategy | 0.3 | 82.50 |
| 01/22/13 | MJW | L110 | Update case notes | 0.1 | 27.50 |
| 01/22/13 | MJW | L110 | Calculate deadlines | 0.1 | 27.50 |
| 01/29/13 | MRB | L210 | Review of servicing papers and motion to publish 11th circuit opinion filed by counsel for debtors (0.5); legal research and document review regarding same (2.0); conference with Jeff Cavender regarding same (0.1) | 2.6 | 715.00 |
| 01/29/13 | MJW | L110 | Assess case strategy | 0.3 | 82.50 |
| 01/30/13 | MRB | L110 | Research and various communications regarding stay and reconsideration issues pending before the Eleventh Circuit | 2.2 | 605.00 |
| 01/30/13 | ABP | L120 | Monitor status of Appellate proceedings | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| 01/31/13 | MRB | L110 | Communicate with Bill Loeffler and Jeff Cavender regarding debtor's motion to publish opinion and servicing transfer | 0.3 | 82.50 |
| | | | Totals | 6.6 | 1,819.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 5.1 | 275.00 | 1,402.50 |
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| MJW | Windham | Associate | 1.2 | 275.00 | 330.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1482834 |
| | File No. 040540.000168 |
| | Claim/Client File No. 703860 |

RE:    (GA) McNeal, Lorraine

**Total Amount of This Invoice**          $1,819.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ——— TROUTMAN SANDERS LLP ———

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1482835 |
| | File No. 040540.000173 |
| | Claim/Client File No. 703567 |

RE:    **Middleburg Bank/Mortgage Issue**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $669.50 |
| **Total Amount of This Invoice** | **$669.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482835
File No. 040540.000173
Claim/Client File No. 703567
Page 2

GMAC ResCap

Middleburg Bank/Mortgage Issue

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/09/13 | MYJ | L190 | Analyze and plan response to Plaintiff's offer of nonsuit | 0.2 | 46.00 |
| 01/09/13 | MYJ | L190 | Review Virginia statute on non-suit and its effect on the statute of limitations | 0.3 | 69.00 |
| 01/23/13 | JEM | L120 | Prepare status update for client regarding non-suit and consolidation request from Plaintiff | 0.4 | 146.00 |
| 01/23/13 | MYJ | L190 | Review statutes of limitations for Plaintiff's claims, as well as Virginia nonsuit statute, and its effect on the statute of limitations for Plaintiff's claims | 0.6 | 138.00 |
| 01/23/13 | MYJ | L190 | Prepare correspondence to client regarding Plaintiff's request for non-suit or consolidation and recommendation | 0.7 | 161.00 |
| 01/31/13 | JEM | L190 | Prepare status update for client | 0.3 | 109.50 |
| | | | Totals | 2.5 | 669.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MYJ | Jones | Associate | 1.8 | 230.00 | 414.00 |
| JEM | Manning | Partner | 0.7 | 365.00 | 255.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482835 |
| File No. | 040540.000173 |
| Claim/Client File No. | 703567 |

RE:     **Middleburg Bank/Mortgage Issue**

**Total Amount of This Invoice**          $669.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date 02/28/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| | Direct Dial 757-687-7765 |
| 8400 Normandale Lake Boulevard | Invoice No. 1482839 |
| Suite 350 | File No. 040540.000224 |
| Minneapolis, MN 55437 | Claim/Client File No. 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

Fees for Professional Services Rendered Through 01/31/13                          $472.50

**Total Amount of This Invoice**          **$472.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482839
File No. 040540.000224
Claim/Client File No. 711867
Page 2

Ally Financial

(WV) advs. Keiffer, Gary R.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/08/13 | JEM | L120 | Correspond with opposing counsel and client regarding partial lift of stay and new Scheduling Order | 0.3 | 109.50 |
| 01/10/13 | LKC | L210 | Correspondence to client forwarding Order regarding automatic stay and scheduling conference | 0.1 | 18.00 |
| 01/25/13 | LKC | L210 | Review pleadings for scheduling orders, any motion to amend same, and relation to the Order regarding the bankruptcy stay in preparation for an amended scheduling order | 0.3 | 54.00 |
| 01/25/13 | JEM | L120 | Prepare status report for client | 0.3 | 109.50 |
| 01/29/13 | LKC | L210 | Email to counsel forwarding Court's order directing parties to conduct a telephonic conference to amend the scheduling order and requesting availability for same | 0.1 | 18.00 |
| 01/29/13 | JEM | L190 | Prepare status update for client with recommendations and deadlines | 0.3 | 109.50 |
| 01/30/13 | LKC | L110 | Prepare status update to client | 0.3 | 54.00 |
| | | | Totals | 1.7 | 472.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.8 | 180.00 | 144.00 |
| JEM | Manning | Partner | 0.9 | 365.00 | 328.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482839 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

RE:    (WV) advs. Keiffer, Gary R.

**Total Amount of This Invoice**                    $472.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1482847 |
| | File No. | 040540.000233 |
| | Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $720.00 |
| **Total Amount of This Invoice** | **$720.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482847
File No. 040540.000233
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Thelma

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/29/13 | MJW | L110 | Analyze dismissal order | 0.4 | 110.00 |
| 01/29/13 | MJW | L110 | Analyze procedural posture of case | 0.9 | 247.50 |
| 01/29/13 | MJW | L110 | Revise case strategy in light of dismissal | 0.8 | 220.00 |
| 01/29/13 | AJR | L120 | Analyze case strategy in light of 11th Circuit Order dismissing appeal | 0.3 | 85.50 |
| 01/29/13 | AJR | L510 | Review and analyze 11th Circuit Order dismissing appeal | 0.2 | 57.00 |
| | | | Totals | 2.6 | 720.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 2.1 | 275.00 | 577.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482847 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

**Total Amount of This Invoice**                    $720.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482848 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

**RE:    (GA) Windham, Andrew**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $495.00 |
| **Total Amount of This Invoice** | **$495.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482848
File No. 040540.000244
Claim/Client File No. 715128
Page 2

GMAC ResCap

(GA) Windham, Andrew

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/09/13 | MJW | L110 | Review new pertinent case law | 0.8 | 220.00 |
| 01/22/13 | MJW | L110 | Review case strategy | 0.4 | 110.00 |
| 01/22/13 | MJW | L110 | Update case notes | 0.1 | 27.50 |
| 01/22/13 | MJW | L110 | Calculate deadlines | 0.2 | 55.00 |
| 01/29/13 | MJW | L110 | Assess Motion for Summary Judgment strategy | 0.3 | 82.50 |
| | | | Totals | 1.8 | 495.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 1.8 | 275.00 | 495.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482848 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

RE:     (GA) Windham, Andrew

**Total Amount of This Invoice**                                    $495.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**