# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1482850 |
| | File No. | 040540.000254 |
| | Claim/Client File No. | 716264 |

**RE:    (GA) Richard C. Flippin - Foreclosure**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $332.00 |
| **Total Amount of This Invoice** | **$332.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482850
File No. 040540.000254
Claim/Client File No. 716264
Page 2

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/02/13 | MJW | L110 | Review new pertinent case law | 0.6 | 165.00 |
| 01/11/13 | MJW | L110 | Update case strategy | 0.4 | 110.00 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |
| | | | Totals | 1.2 | 332.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |
| MJW | Windham | Associate | 1.0 | 275.00 | 275.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482850 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:     (GA) Richard C. Flippin - Foreclosure

**Total Amount of This Invoice**               $332.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# T<small>ROUTMAN</small> S<small>ANDERS</small> LLP

A<small>TTORNEYS AT</small> L<small>AW</small>
A L<small>IMITED</small> L<small>IABILITY</small> P<small>ARTNERSHIP</small>
F<small>EDERAL</small> ID N<small>O</small>. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

B<small>ILLING</small> I<small>NQUIRIES</small>:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482851 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

**RE:    (GA) Kenneth Reaves**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $316.00 |
| **Total Amount of This Invoice** | **$316.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482851
File No. 040540.000281
Claim/Client File No. 720590
Page 2

GMAC ResCap

(GA) Kenneth Reaves

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/22/13 | AJR | L190 | Check case status at client's request | 0.1 | 28.50 |
| 01/22/13 | AJR | L190 | Email to client regarding case status | 0.1 | 28.50 |
| 01/22/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/29/13 | AJR | L190 | Email to client regarding case status | 0.1 | 28.50 |
| 01/29/13 | ABP | L160 | Develop and refine settlement strategies | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Develop settlement and litigation strategies | 0.3 | 87.00 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |
| | | | Totals | 1.1 | 316.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482851 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

RE:     (GA) Kenneth Reaves

**Total Amount of This Invoice**                    $316.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 02/28/13 |
| Attn: Christine Buen, Senior Litigation Paralegal | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1482853 |
| | File No. 040540.000287 |
| | Claim/Client File No. 721582 |

RE:    **advs. Canterbury, Stephen J.**

Fees for Professional Services Rendered Through 01/31/13          $1,470.00

**Total Amount of This Invoice**          **$1,470.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482853
File No. 040540.000287
Claim/Client File No. 721582
Page 2

GMAC ResCap

advs. Canterbury, Stephen J.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/19/13 | JCL | L190 | Review entire file and prepare for call with bankruptcy counsel | 1.0 | 400.00 |
| 01/22/13 | ESF | L190 | Prepare status update in preparation for conference call with bankruptcy counsel regarding co-Defendant JP Morgan's Motion to Lift the Stay | 0.5 | 115.00 |
| 01/22/13 | ESF | L190 | Analyze potential liability and discovery implications of agreeing to co-Defendant JP Morgan's Motion to Lift Stay | 0.5 | 115.00 |
| 01/22/13 | JCL | L190 | Review entire file including TILA decision from Fourth Circuit and case status | 0.9 | 360.00 |
| 01/22/13 | JCL | L210 | Prepare for and attend telephone call with Morrison and Forester and client regarding Motion to Lift Stay issue | 1.0 | 400.00 |
| 01/24/13 | JCL | L190 | Review correspondence from co-counsel regarding potential agreement with JP Morgan | 0.2 | 80.00 |
| | | | Totals | 4.1 | 1,470.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 1.0 | 230.00 | 230.00 |
| JCL | Lynch | Partner | 3.1 | 400.00 | 1,240.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Christine Buen, Senior Litigation Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482853 |
| File No. | 040540.000287 |
| Claim/Client File No. | 721582 |

**RE:    advs. Canterbury, Stephen J.**

**Total Amount of This Invoice**                 $1,470.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482854 |
| File No. | 040540.000288 |
| Claim/Client File No. | 732961 |

RE:    **Advs. Page, Donald**
        **722033**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $234.00 |
| **Total Amount of This Invoice** | **$234.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482854
File No. 040540.000288
Claim/Client File No. 732961
Page 2

GMAC ResCap

Advs. Page, Donald

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/07/13 | CMS | L210 | Locate pleadings from Court's docket and coordinate assembly in preparation for hearing | 1.0 | 180.00 |
| 01/14/13 | CMS | L210 | Review Court's docket to obtain copy of Order | 0.2 | 36.00 |
| 01/28/13 | CMS | L210 | Review Court's docket to obtain copy of Order of Nonsuit | 0.1 | 18.00 |
| | | | Totals | 1.3 | 234.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| CMS | Sherman | Paralegal | 1.3 | 180.00 | 234.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482854 |
| File No. | 040540.000288 |
| Claim/Client File No. | 732961 |

RE:    **Advs. Page, Donald**
       **722033**

**Total Amount of This Invoice**                            $234.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 02/28/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by    J C Lynch |
| | Direct Dial    757-687-7765 |
| One Meridian Crossings | Invoice No.    1482855 |
| Minneapolis, MN 55423 | File No.    040540.000289 |
| | Claim/Client File No.    721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $273.00 |
| **Total Amount of This Invoice** | **$273.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482855
File No. 040540.000289
Claim/Client File No. 721577
Page 2

GMAC ResCap

(WV) Bragg, Virginia and Gregory

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/25/13 | JEM | L120 | Prepare status report for client | 0.3 | 109.50 |
| 01/29/13 | JEM | L190 | Prepare status update for client with recommendations and deadlines | 0.3 | 109.50 |
| 01/30/13 | LKC | L110 | Prepare status update to client | 0.3 | 54.00 |
| | | | Totals | 0.9 | 273.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.3 | 180.00 | 54.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482855 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

RE:    (WV) Bragg, Virginia and Gregory

**Total Amount of This Invoice**          $273.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482858 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

**RE:    (WV) Evans, Christine (Estate of L King)**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $1,168.00 |
| **Total Amount of This Invoice** | **$1,168.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482858
File No. 040540.000290
Claim/Client File No. 722124
Page 2

GMAC ResCap

(WV) Evans, Christine (Estate of L King)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/02/13 | JEM | L160 | Negotiate settlement and loan payoff amount for closing with opposing counsel and client | 0.6 | 219.00 |
| 01/03/13 | JEM | L120 | Negotiate settlement with opposing counsel | 0.4 | 146.00 |
| 01/03/13 | JEM | L120 | Discuss settlement authority and strategy with client | 0.4 | 146.00 |
| 01/08/13 | JEM | L120 | Negotiate loan payoff amount to resolve dispute and proceed with sale | 0.6 | 219.00 |
| 01/22/13 | JEM | L120 | Correspond with client regarding property sale, settlement terms and proposed orders | 0.8 | 292.00 |
| 01/23/13 | JEM | L160 | Correspond with client and opposing counsel regarding case update and settlement status | 0.4 | 146.00 |
| | | | Totals | 3.2 | 1,168.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 3.2 | 365.00 | 1,168.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482858 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

RE:     (WV) Evans, Christine (Estate of L King)

**Total Amount of This Invoice**          $1,168.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482861 |
| File No. | 040540.000292 |
| Claim/Client File No. | 722383 |
| Policy No. | 7438291635 |

**RE:    (WV) Lowe, John Robert**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $1,891.50 |
| **Total Amount of This Invoice** | **$1,891.50** |

IN ACCOUNT WITH

Invoice Date 02/28/13
Invoice Number 1482861
File No. 040540.000292
Claim/Client File No. 722383
Page 2

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(WV) Lowe, John Robert

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/04/13 | JEM | L160 | Correspond with client and opposing counsel regarding Settlement Agreement | 0.4 | 146.00 |
| 01/04/13 | ABP | L160 | Prepare Settlement and Release Agreement | 0.2 | 58.00 |
| 01/07/13 | ABP | L160 | Prepare Settlement and Release Agreement | 0.5 | 145.00 |
| 01/07/13 | LKC | L160 | Prepare Settlement Agreement and Release | 0.5 | 90.00 |
| 01/08/13 | ABP | L160 | Review loan servicing file and pleadings in preparation of Settlement and Release Agreement | 0.6 | 174.00 |
| 01/08/13 | ABP | L160 | Revise Settlement and Release Agreement | 2.0 | 580.00 |
| 01/08/13 | LKC | L160 | Prepare Settlement Agreement and Release | 2.3 | 414.00 |
| 01/09/13 | ABP | L160 | Review correspondence exchanged with client Sheila Gregory regarding draft Settlement and Release Agreement | 0.1 | 29.00 |
| 01/09/13 | JEM | L190 | Negotiate settlement agreement with opposing counsel | 0.4 | 146.00 |
| 01/09/13 | JEM | L190 | Correspond with client regarding draft settlement agreement | 0.3 | 109.50 |
| | | | Totals | 7.3 | 1,891.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 2.8 | 180.00 | 504.00 |
| JEM | Manning | Partner | 1.1 | 365.00 | 401.50 |
| ABP | Pittman | Associate | 3.4 | 290.00 | 986.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482861 |
| File No. | 040540.000292 |
| Claim/Client File No. | 722383 |
| Policy No. | 7438291635 |

RE:     (WV) Lowe, John Robert

**Total Amount of This Invoice**          $1,891.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482863 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

**RE:    (GA) Carmouche, Thomasine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $386.00 |
| **Total Amount of This Invoice** | **$386.00** |