IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 02/28/13
Invoice Number 1482863
File No. 040540.000302
Claim/Client File No. 723376
Page 2

GMAC ResCap

(GA) Carmouche, Thomasine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 01/11/13 | MJW | L110 | Update case strategy | 0.4 | 110.00 |
| 01/22/13 | MJW | L110 | Review case strategy | 0.3 | 82.50 |
| 01/22/13 | MJW | L110 | Update case notes | 0.2 | 55.00 |
| 01/22/13 | MJW | L110 | Calculate deadlines | 0.1 | 27.50 |
| 01/23/13 | AJR | L190 | Telephone conference with and email to Kathy Priore regarding issues concerning case and bankruptcy estate | 0.1 | 28.50 |
| 01/29/13 | MJW | L110 | Strategize regarding state court action | 0.3 | 82.50 |
| | | | Totals | 1.4 | 386.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 1.3 | 275.00 | 357.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482863 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

RE:    (GA) Carmouche, Thomasine

**Total Amount of This Invoice**                    $386.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482864 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

**RE:    (GA) Williams, Charlotte vs. GMAC**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $228.00 |
| **Total Amount of This Invoice** | **$228.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482864
File No. 040540.000310
Claim/Client File No. 724879
Page 2

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/03/13 | AJR | L250 | Email to client regarding Order denying Plaintiffs' Motion to Strike Defendants' Response to Plaintiffs' Objections to Report & Recommendation | 0.1 | 28.50 |
| 01/03/13 | AJR | L190 | Check docket and update case tasks and calendar | 0.1 | 28.50 |
| 01/03/13 | AJR | L250 | Review and analyze Order denying Plaintiffs' Motion to Strike Defendants' Response to Plaintiffs' Objections to Report & Recommendation | 0.2 | 57.00 |
| 01/04/13 | AJR | L190 | Emails with client regarding status of dispossessory action and borrower's appeal of same | 0.1 | 28.50 |
| 01/15/13 | AJR | L210 | Review and analyze Plaintiff's "Objections and Responses to Defendants' Opposition to Plaintiffs' Motion to Demand Trial By Jury" | 0.2 | 57.00 |
| 01/15/13 | AJR | L210 | Email to client regarding Plaintiff's "Objections and Responses to Defendants' Opposition to Plaintiffs' Motion to Demand Trial By Jury" | 0.1 | 28.50 |
| | | | Totals | 0.8 | 228.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482864 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

**RE:    (GA) Williams, Charlotte vs. GMAC**

**Total Amount of This Invoice**                    $228.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482866 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:     (WV) Smith, Maryann**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $505.00 |
| **Total Amount of This Invoice** | **$505.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482866
File No. 040540.000311
Claim/Client File No. 725270
Page 2

GMAC ResCap

(WV) Smith, Maryann

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/22/13 | JEM | L210 | Negotiate Agreed Order regarding stay with opposing counsel | 0.3 | 109.50 |
| 01/23/13 | LKC | L210 | Prepare Proposed Order regarding Motion to Stay | 0.5 | 90.00 |
| 01/24/13 | JCL | L190 | Receive and review correspondence from client regarding status and being preliminary review of each file | 0.4 | 160.00 |
| 01/25/13 | JEM | L120 | Prepare status report for client | 0.3 | 109.50 |
| 01/30/13 | LKC | L110 | Prepare status update to client | 0.2 | 36.00 |
| | | | Totals | 1.7 | 505.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.7 | 180.00 | 126.00 |
| JCL | Lynch | Partner | 0.4 | 400.00 | 160.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482866 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

RE:    (WV) Smith, Maryann

**Total Amount of This Invoice**                          $505.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1482867 |
| | File No. | 040540.000317 |
| | Claim/Client File No. | 726599 |

**RE:    (GA) Washington J Pro**

Fees for Professional Services Rendered Through 01/31/13                              $82.50

**Total Amount of This Invoice**          **$82.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482867
File No. 040540.000317
Claim/Client File No. 726599
Page 2

GMAC ResCap

(GA) Washington J Pro

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/29/13 | MJW | L110 | Monitor case status | 0.3 | 82.50 |
| | | | Totals | 0.3 | 82.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482867 |
| File No. | 040540.000317 |
| Claim/Client File No. | 726599 |

RE:     (GA) Washington J Pro

**Total Amount of This Invoice**                    $82.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# T<small>ROUTMAN</small> S<small>ANDERS</small> LLP

A<small>TTORNEYS AT</small> L<small>AW</small>
A L<small>IMITED</small> L<small>IABILITY</small> P<small>ARTNERSHIP</small>
F<small>EDERAL</small> ID N<small>O.</small> 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

B<small>ILLING</small> I<small>NQUIRIES</small>:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482868 |
| File No. | 040540.000318 |
| Claim/Client File No. | 734860 |

**RE:    (GA) Demilio, Thomas J.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $87.00 |
| **Total Amount of This Invoice** | **$87.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482868
File No. 040540.000318
Claim/Client File No. 734860
Page 2

GMAC ResCap

(GA) Demilio, Thomas J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/30/13 | ABP | L210 | Monitor status of co-defendants' Motion to Dismiss plaintiff's Complaint | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| | | | Totals | 0.3 | 87.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482868 |
| File No. | 040540.000318 |
| Claim/Client File No. | 734860 |

RE:    (GA) Demilio, Thomas J.

**Total Amount of This Invoice**                    $87.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1482869 |
| | File No. 040540.000322 |
| | Claim/Client File No. 713753 |

**RE:    (WV) Belcher, James and Willa**

Fees for Professional Services Rendered Through 01/31/13                 $309.50

                                        **Total Amount of This Invoice        $309.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482869
File No. 040540.000322
Claim/Client File No. 713753
Page 2

GMAC ResCap

(WV) Belcher, James and Willa

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/08/13 | JEM | L210 | Correspond with opposing counsel and Court regarding pending motion | 0.4 | 146.00 |
| 01/25/13 | LKC | L210 | Strategize regarding hearing for motion to dismiss and motion to stay | 0.1 | 18.00 |
| 01/30/13 | LKC | L210 | Prepare Notice of Hearing regarding Motion to Stay | 0.2 | 36.00 |
| 01/31/13 | JEM | L190 | Prepare status update for client | 0.3 | 109.50 |
| | | | Totals | 1.0 | 309.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.3 | 180.00 | 54.00 |
| JEM | Manning | Partner | 0.7 | 365.00 | 255.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482869 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

RE:    (WV) Belcher, James and Willa

**Total Amount of This Invoice**            $309.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Katie Dutill | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482871 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

**RE:    (GA) Roberts, Lenworth L. & Frances A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $9,790.50 |
| **Total Amount of This Invoice** | **$9,790.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482871
File No. 040540.000323
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/02/13 | AJR | L240 | Analyze strategy for Motion for Summary Judgment | 0.1 | 28.50 |
| 01/03/13 | AJR | L120 | Analyze strategy for Motion for Summary Judgment in light of new assignment from MERS to GMAC | 0.3 | 85.50 |
| 01/03/13 | AJR | L110 | Email to client regarding new assignment from MERS to GMAC | 0.1 | 28.50 |
| 01/03/13 | MJW | L110 | Draft litigation assessment | 3.5 | 962.50 |
| 01/03/13 | MJW | L110 | Draft Motion for Summary Judgment | 3.3 | 907.50 |
| 01/07/13 | AJR | L240 | Analyze strategy for Motion for Summary Judgment in light of issues surrounding corporate resolutions for MERS signing officers | 0.3 | 85.50 |
| 01/07/13 | AJR | L120 | Email to client regarding strategy for Motion for Summary Judgment in light of issues raised about authority of signing officers and regarding pretrial status calendar | 0.2 | 57.00 |
| 01/09/13 | AJR | L110 | Emails with client regarding obtaining corporate resolutions for signing officers for use with Motion for Summary Judgment | 0.2 | 57.00 |
| 01/17/13 | AJR | L110 | Telephone conference with and email to client regarding issues surrounding assignments of deed and note and resolutions showing same | 0.3 | 85.50 |
| 01/17/13 | AJR | L120 | Analyze strategy for Motion for Summary Judgment in light of new assignment | 0.7 | 199.50 |
| 01/17/13 | AJR | L190 | Check deed books for new assignment and other recordings | 0.2 | 57.00 |
| 01/18/13 | MJW | L110 | Confer with foreclosure counsel regarding Motion for Summary Judgment strategy | 0.6 | 165.00 |
| 01/18/13 | MJW | L110 | Draft Affidavit for foreclosure counsel | 1.1 | 302.50 |
| 01/18/13 | MJW | L110 | Prepare exhibits for Affidavit | 0.8 | 220.00 |
| 01/18/13 | AJR | L240 | Revise affidavit of foreclosure counsel in support of Motion for Summary Judgment | 0.3 | 85.50 |
| 01/23/13 | MJW | L110 | Review MERS corporate resolution for Schmidheiser | 0.6 | 165.00 |
| 01/23/13 | MJW | L110 | Review MERS corporate resolution for Wilson and Stephan | 0.6 | 165.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482871
File No. 040540.000323
Claim/Client File No. 728771
Page 3

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/23/13 | MJW | L110 | Review case law regarding agency | 0.5 | 137.50 |
| 01/24/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/24/13 | AJR | L110 | Emails with client regarding corporate resolutions for signing officers | 0.2 | 57.00 |
| 01/24/13 | AJR | L120 | Analyze case strategy in light of possible issues with corporate resolutions for signing officers | 0.2 | 57.00 |
| 01/25/13 | AJR | L230 | Analyze strategy for upcoming pretrial status hearing | 0.2 | 57.00 |
| 01/25/13 | AJR | L230 | Telephone call and email to foreclosure counsel regarding strategy for upcoming pretrial status hearing | 0.2 | 57.00 |
| 01/25/13 | AJR | L240 | Revise foreclosure counsel's affidavit in support of Motion for Summary Judgment | 0.7 | 199.50 |
| 01/25/13 | AJR | L240 | Emails with foreclosure counsel regarding affidavit in support of Motion for Summary Judgment | 0.3 | 85.50 |
| 01/25/13 | MJW | L110 | Draft Affidavit for GMAC representative | 1.3 | 357.50 |
| 01/25/13 | MJW | L110 | Prepare exhibits for Affidavit | 0.8 | 220.00 |
| 01/27/13 | AJR | L160 | Emails with opposing counsel regarding status of settlement or loan modification | 0.3 | 85.50 |
| 01/28/13 | AJR | L450 | Attend pretrial status calendar | 3.2 | 912.00 |
| 01/28/13 | AJR | L120 | Analyze strategy and prepare for pretrial calendar | 0.2 | 57.00 |
| 01/28/13 | MJW | L110 | Research case law regarding corporate resolutions | 1.3 | 357.50 |
| 01/28/13 | MJW | L110 | Analyze case law regarding deeds under seal | 0.8 | 220.00 |
| 01/28/13 | MJW | L110 | Update case law regarding emotional damages | 0.9 | 247.50 |
| 01/28/13 | MJW | L110 | Research case law regarding gross negligence | 0.9 | 247.50 |
| 01/28/13 | MJW | L110 | Analyze case law regarding conspiracy | 0.8 | 220.00 |
| 01/28/13 | MJW | L110 | Analyze case law regarding joint enterprise | 1.4 | 385.00 |
| 01/28/13 | MJW | L110 | Develop strategy regarding wrongful foreclosure claim | 0.8 | 220.00 |
| 01/30/13 | MJW | L110 | Draft Motion for Summary Judgment | 5.2 | 1,430.00 |
| 01/31/13 | MJW | L110 | Draft Motion for Summary Judgment | 1.8 | 495.00 |
| | | | Totals | 35.3 | 9,790.50 |

IN ACCOUNT WITH

T ROUTMAN  S ANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482871
File No. 040540.000323
Claim/Client File No. 728771
Page 4

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 8.3 | 285.00 | 2,365.50 |
| MJW | Windham | Associate | 27.0 | 275.00 | 7,425.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Katie Dutill | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482871 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

**RE:** **(GA) Roberts, Lenworth L. & Frances A.**

**Total Amount of This Invoice**    $9,790.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**