# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482875 |
| 190-FTW-L95 | File No. | 040540.000334 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731814 |

**RE:    (GA) advs. Crawford, Stephanie A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $6,909.00 |
| **Total Amount of This Invoice** | **$6,909.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482875
File No. 040540.000334
Claim/Client File No. 731814
Page 2

Ally Financial

(GA) advs. Crawford, Stephanie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/09/13 | AJR | L120 | Analyze strategy for hearing on Motion to Dissolve TRO | 0.4 | 114.00 |
| 01/09/13 | AJR | L110 | Email to client regarding loan file and hearing date | 0.1 | 28.50 |
| 01/14/13 | AJR | L440 | Plan and prepare for hearing on Motion to Dissolve TRO and Motion to Dismiss | 0.5 | 142.50 |
| 01/14/13 | MJW | L110 | Review fact package for hearing | 1.7 | 467.50 |
| 01/14/13 | MJW | L110 | Review procedural history for hearing | 0.8 | 220.00 |
| 01/14/13 | MJW | L110 | Analyze case law regarding dissolving temporary restraining orders | 1.6 | 440.00 |
| 01/14/13 | MJW | L110 | Draft hearing outline | 0.7 | 192.50 |
| 01/14/13 | AJR | L110 | Emails with client regarding fact package | 0.1 | 28.50 |
| 01/15/13 | AJR | L110 | Emails with client regarding loan file | 0.1 | 28.50 |
| 01/15/13 | MJW | L110 | Draft hearing outline | 1.3 | 357.50 |
| 01/15/13 | MJW | L110 | Prepare trial exhibits | 2.1 | 577.50 |
| 01/15/13 | MJW | L110 | Confer with foreclosure counsel regarding hearing strategy | 0.6 | 165.00 |
| 01/15/13 | MJW | L110 | Develop hearing strategy | 2.1 | 577.50 |
| 01/15/13 | MJW | L110 | Research case law regarding fair rental value of property | 0.8 | 220.00 |
| 01/15/13 | AJR | L120 | Analyze strategy for hearing on Motion to Dissolve TRO | 0.4 | 114.00 |
| 01/15/13 | AJR | L240 | Revise outline for hearing on Motion to Dissolve TRO | 0.9 | 256.50 |
| 01/16/13 | MJW | L110 | Develop hearing strategy | 2.1 | 577.50 |
| 01/16/13 | MJW | L110 | Research case law regarding foreclosure notices | 1.2 | 330.00 |
| 01/16/13 | MJW | L110 | Analyze case law regarding interlocutory injunction standard | 0.5 | 137.50 |
| 01/16/13 | MJW | L110 | Attend hearing | 3.1 | 852.50 |
| 01/16/13 | MJW | L110 | Analyze pleadings | 1.8 | 495.00 |
| 01/16/13 | MJW | L110 | Draft hearing report | 0.6 | 165.00 |
| 01/22/13 | AJR | L450 | Email to client regarding outcome of hearing on | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482875
File No. 040540.000334
Claim/Client File No. 731814
Page 3

Ally Financial

(GA) advs. Crawford, Stephanie A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Motion to Dissolve TRO | | |
| 01/22/13 | AJR | L250 | Review and analyze Order granting Defendants' Motion to Dissolve TRO and Motion to Dismiss | 0.2 | 57.00 |
| 01/22/13 | AJR | L250 | Email to client regarding Order granting Defendants' Motion to Dissolve TRO and Motion to Dismiss | 0.1 | 28.50 |
| 01/22/13 | AJR | L250 | Email to counsel for MERS regarding Order granting Defendants' Motion to Dissolve TRO and Motion to Dismiss | 0.1 | 28.50 |
| 01/22/13 | AJR | L190 | Update calendar with appeal deadline | 0.1 | 28.50 |
| 01/24/13 | MJW | L110 | Analyze dismissal order | 0.3 | 82.50 |
| 01/29/13 | MJW | L110 | Review dismissal order | 0.3 | 82.50 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |
| | | | Totals | 25.0 | 6,909.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 3.4 | 285.00 | 969.00 |
| MJW | Windham | Associate | 21.6 | 275.00 | 5,940.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482875 |
| File No. | 040540.000334 |
| Claim/Client File No. | 731814 |

RE:    (GA) advs. Crawford, Stephanie A.

**Total Amount of This Invoice**                          $6,909.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482876 |
| 190-FTW-L95 | File No. | 040540.000336 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731602 |

**RE:    (TN) Rzezutko, Rodney T. and Sandra**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $1,000.00 |
| **Total Amount of This Invoice** | **$1,000.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482876
File No. 040540.000336
Claim/Client File No. 731602
Page 2

Ally Financial

(TN) Rzezutko, Rodney T. and Sandra

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | MJW | L110 | Review new pertinent case law | 0.8 | 220.00 |
| 01/02/13 | MJW | L110 | Update case strategy | 0.5 | 137.50 |
| 01/02/13 | MJW | L110 | Calendar deadlines | 0.2 | 55.00 |
| 01/02/13 | AJR | L190 | Telephone conference with PCV Muror (client's appraisal vendor) regarding appraisal status | 0.1 | 28.50 |
| 01/07/13 | AJR | L190 | Emails with client regarding obtaining MAI-certified appraisal | 0.1 | 28.50 |
| 01/07/13 | AJR | L190 | Email to opposing counsel regarding strategy for appraisal | 0.1 | 28.50 |
| 01/11/13 | MJW | L110 | Update case strategy | 0.4 | 110.00 |
| 01/15/13 | AJR | L190 | Emails with client regarding cost to obtain MAI-certified appraiser | 0.1 | 28.50 |
| 01/15/13 | AJR | L190 | Emails with opposing counsel regarding cost to obtain MAI-certified appraiser | 0.1 | 28.50 |
| 01/18/13 | AJR | L190 | Email to client regarding background of appraiser | 0.1 | 28.50 |
| 01/22/13 | AJR | L190 | Emails with client regarding finding appraiser for property | 0.1 | 28.50 |
| 01/25/13 | AJR | L190 | Email to client regarding obtaining MAI-certified appraiser | 0.1 | 28.50 |
| 01/29/13 | AJR | L190 | Emails with client regarding MAI appraiser for property appraisal | 0.1 | 28.50 |
| 01/29/13 | AJR | L190 | Email to opposing counsel regarding MAI appraiser for property appraisal | 0.1 | 28.50 |
| 01/31/13 | MJW | L110 | Review case status | 0.3 | 82.50 |
| 01/31/13 | MJW | L110 | Update case strategy | 0.4 | 110.00 |
| | | | Totals | 3.6 | 1,000.00 |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482876
File No. 040540.000336
Claim/Client File No. 731602
Page 3

Ally Financial

(TN) Rzezutko, Rodney T. and Sandra

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| AJR | Reyes | Associate | 1.0 | 285.00 | 285.00 |
| MJW | Windham | Associate | 2.6 | 275.00 | 715.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---:|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482876 |
| File No. | 040540.000336 |
| Claim/Client File No. | 731602 |

RE:    (TN) Rzezutko, Rodney T. and Sandra

**Total Amount of This Invoice**                    $1,000.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1482877 |
| Minneapolis, MN 55437 | File No. | 040540.000339 |
| | Claim/Client File No. | 732742 |

**RE:    (GA) advs. Pelayo, Miguel Sanchez
        Loan#  0474090032 & 8474090057**

Fees for Professional Services Rendered Through 01/31/13          $223.00

**Total Amount of This Invoice          $223.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482877
File No. 040540.000339
Claim/Client File No. 732742
Page 2

Ally Financial

(GA) advs. Pelayo, Miguel Sanchez

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/07/13 | AJR | L210 | Review and analyze Order dismissing case | 0.1 | 28.50 |
| 01/07/13 | AJR | L210 | Email to client regarding Order dismissing case | 0.1 | 28.50 |
| 01/07/13 | AJR | L190 | Update case tasks and calendar appeal deadlines | 0.1 | 28.50 |
| 01/22/13 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 01/22/13 | MJW | L110 | Update case notes | 0.2 | 55.00 |
| 01/22/13 | MJW | L110 | Calculate deadlines | 0.1 | 27.50 |
| | | | Totals | 0.8 | 223.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |
| MJW | Windham | Associate | 0.5 | 275.00 | 137.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482877 |
| File No. | 040540.000339 |
| Claim/Client File No. | 732742 |

**RE:** (GA) advs. Pelayo, Miguel Sanchez
Loan#  0474090032 & 8474090057

**Total Amount of This Invoice**          $223.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482878 |
| File No. | 040540.000340 |
| Claim/Client File No. | 732961 |

**RE:** **(VA) advs. Page, Donald C. & Kristine A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $435.00 |
| **Total Amount of This Invoice** | **$435.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482878
File No. 040540.000340
Claim/Client File No. 732961
Page 2

Ally Financial

(VA) advs. Page, Donald C. & Kristine A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/10/13 | ESF | L210 | Analyze Plaintiff's Motion to Nonsuit | 0.4 | 92.00 |
| 01/10/13 | ESF | L210 | Correspondence to opposing counsel regarding Nonsuit Order | 0.2 | 46.00 |
| 01/10/13 | ESF | L210 | Analyze whether GMAC has grounds to object to Plaintiff's Motion to Nonsuit | 0.4 | 92.00 |
| 01/11/13 | MR | L210 | Correspondence with Karen Kennedy regarding nonsuit | 0.2 | 60.00 |
| 01/15/13 | ESF | L210 | Correspondence to client regarding Plaintiffs' Motion to Nonsuit | 0.3 | 69.00 |
| 01/28/13 | MR | L210 | Review Nonsuit Order | 0.1 | 30.00 |
| 01/28/13 | ESF | L190 | Correspondence to counsel for co-Defendant substitute trustee regarding nonsuit order | 0.2 | 46.00 |
| | | | Totals | 1.8 | 435.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 1.5 | 230.00 | 345.00 |
| MR | Reza | Associate | 0.3 | 300.00 | 90.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP**
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482878 |
| File No. | 040540.000340 |
| Claim/Client File No. | 732961 |

RE:    (VA) advs. Page, Donald C. & Kristine A.

**Total Amount of This Invoice**                    $435.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1482880 |
| | File No. | 040540.000345 |
| | Claim/Client File No. | 733561 |
| | Policy No. | 3210488675 |

**RE:    (GA) Butler, Kenneth & Andrea**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $346.50 |
| **Total Amount of This Invoice** | **$346.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482880
File No. 040540.000345
Claim/Client File No. 733561
Page 2

GMAC ResCap

(GA) Butler, Kenneth & Andrea

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/17/13 | AJR | L250 | Review and analyze court's Order allowing plaintiffs 14 days to file brief explaining whether they intended to dismiss action with prejudice | 0.2 | 57.00 |
| 01/18/13 | AJR | L250 | Email to client regarding Order allowing plaintiffs 14 days to file brief explaining whether they intended to dismiss action with prejudice | 0.1 | 28.50 |
| 01/18/13 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding Court Order directing Plaintiff to notify Court whether Plaintiff concedes to dismissal of his case with prejudice | 0.1 | 29.00 |
| 01/18/13 | ABP | L110 | Review Order entered by Court directing Plaintiff to Notify Court whether dismissal is with prejudice | 0.1 | 29.00 |
| 01/18/13 | ABP | L120 | Develop strategies in response to Court Order and Plaintiff's likely response regarding whether dismissal is with prejudice | 0.2 | 58.00 |
| 01/18/13 | ABP | L120 | Update case assessment for client | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Monitor status of entry of dismissal of case | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| | | | Totals | 1.2 | 346.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482880 |
| File No. | 040540.000345 |
| Claim/Client File No. | 733561 |
| Policy No. | 3210488675 |

RE:     (GA) Butler, Kenneth & Andrea

**Total Amount of This Invoice**          $346.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482883 |
| File No. | 040540.000346 |
| Claim/Client File No. | 733571 |

**RE:    advs. Munive, Roberto Carlos**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 01/31/13 | $438.00 |
| **Total Amount of This Invoice** | **$438.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482883
File No. 040540.000346
Claim/Client File No. 733571
Page 2

GMAC ResCap

advs. Munive, Roberto Carlos

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/01/13 | JCL | L190 | Work on status report to client | 0.4 | 160.00 |
| 01/02/13 | JCL | L190 | Draft and receive correspondences from client regarding next steps in filing of dismissal | 0.2 | 80.00 |
| 01/03/13 | ESF | L190 | Correspondence to client regarding Order granting Plaintiffs' Request for Voluntary Dismissal and settlement options | 0.2 | 46.00 |
| 01/09/13 | ESF | L160 | Phone conference with Plaintiff's counsel regarding settlement options | 0.2 | 46.00 |
| 01/09/13 | MR | L210 | Telephone with Plaintiff's counsel regarding possible resolution | 0.2 | 60.00 |
| 01/21/13 | ESF | L190 | Analyze correspondence from opposing counsel regarding settlement demand | 0.2 | 46.00 |
| | | | Totals | 1.4 | 438.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 0.6 | 230.00 | 138.00 |
| JCL | Lynch | Partner | 0.6 | 400.00 | 240.00 |
| MR | Reza | Associate | 0.2 | 300.00 | 60.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482883 |
| File No. | 040540.000346 |
| Claim/Client File No. | 733571 |

RE:    **advs. Munive, Roberto Carlos**

**Total Amount of This Invoice**          $438.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482885 |
| 190-FTW-L95 | File No. | 040540.000348 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734357 |

RE:    **(GA) advs. Dozier, Justin**
       **0602797033 - GA**

Fees for Professional Services Rendered Through 01/31/13          $57.00

                                    **Total Amount of This Invoice**    **$57.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482885
File No. 040540.000348
Claim/Client File No. 734357
Page 2

Ally Financial

(GA) advs. Dozier, Justin

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/31/13 | AJR | L190 | Check docket for appeal by borrower | 0.1 | 28.50 |
| 01/31/13 | AJR | L190 | Email to client regarding lack of appeal by borrower | 0.1 | 28.50 |
| | | | Totals | 0.2 | 57.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |