# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482885 |
| File No. | 040540.000348 |
| Claim/Client File No. | 734357 |

**RE:** **(GA) advs. Dozier, Justin**
**0602797033 - GA**

**Total Amount of This Invoice** $57.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ———— TROUTMAN SANDERS LLP ————

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482886 |
| File No. | 040540.000349 |
| Claim/Client File No. | 734547 |

**RE:    (GA) Harris, William E.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $115.00 |
| **Total Amount of This Invoice** | **$115.00** |

Invoice Date 02/28/13
Invoice Number 1482886
File No. 040540.000349
Claim/Client File No. 734547
Page 2

GMAC ResCap

(GA) Harris, William E.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/24/13 | AJR | L190 | Check docket to confirm that plaintiff did not file an appeal | 0.1 | 28.50 |
| 01/24/13 | AJR | L190 | Email to client to confirm that plaintiff did not file an appeal | 0.1 | 28.50 |
| 01/24/13 | ABP | L110 | Review correspondence exchanged with client Joe Nguyen regarding lack of appeal of Court Order adopting Magistrate's Report and Recommendation to dismiss case | 0.1 | 29.00 |
| 01/24/13 | ABP | L110 | Analyze Court Order adopting Magistrate's Report and Recommendation | 0.1 | 29.00 |
| | | | Totals | 0.4 | 115.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | **Invoice Date** 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | **Submitted by** J C Lynch |
| One Meridian Crossings | **Direct Dial** 757-687-7765 |
| Minneapolis, MN 55423 | **Invoice No.** 1482886 |
| | **File No.** 040540.000349 |
| | **Claim/Client File No.** 734547 |

**RE:    (GA) Harris, William E.**

**Total Amount of This Invoice**         $115.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482887 |
| 190-FTW-L95 | File No. | 040540.000352 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734860 |

**RE:    (GA) Demilio, Thomas J.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $57.00 |
| **Total Amount of This Invoice** | **$57.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482887
File No. 040540.000352
Claim/Client File No. 734860
Page 2

Ally Financial

(GA) Demilio, Thomas J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/03/13 | AJR | L210 | Review and analyze Defendants' Motion to Strike Exhibit to Plaintiff's Brief Regarding Privity of the Parties | 0.2 | 57.00 |
| | | | Totals | 0.2 | 57.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482887 |
| File No. | 040540.000352 |
| Claim/Client File No. | 734860 |

**RE:    (GA) Demilio, Thomas J.**

**Total Amount of This Invoice**          $57.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq.
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482888 |
| File No. | 040540.000354 |
| Claim/Client File No. | 735146 |

**RE:    advs. Epperson, James**

Fees for Professional Services Rendered Through 01/31/13                    $2,078.50

**Total Amount of This Invoice          $2,078.50**

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482888
File No. 040540.000354
Claim/Client File No. 735146
Page 2

GMAC ResCap

advs. Epperson, James

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/01/13 | JCL | L190 | Work on status report to client | 0.4 | 160.00 |
| 01/02/13 | JCL | L190 | Review correspondence from client Christine Buen regarding next steps | 0.2 | 80.00 |
| 01/03/13 | ESF | L190 | Analyze loan documents and file received from client | 1.2 | 276.00 |
| 01/03/13 | ESF | L190 | Phone conference with Plaintiff regarding Complaint | 0.2 | 46.00 |
| 01/07/13 | ESF | L240 | Prepare Motion to Dismiss | 0.7 | 161.00 |
| 01/07/13 | ESF | L240 | Prepare Memorandum in Support of Motion to Dismiss | 1.1 | 253.00 |
| 01/07/13 | ESF | L240 | Analyze Maryland law regarding motions to dismiss under Maryland Rule 2-322 | 0.3 | 69.00 |
| 01/07/13 | ESF | L240 | Analyze Maryland law regarding elements of an injunction | 0.3 | 69.00 |
| 01/07/13 | ESF | L240 | Correspondence to client regarding Draft Motion to Dismiss | 0.2 | 46.00 |
| 01/07/13 | ESF | L190 | Phone conference with client regarding Motion to Dismiss | 0.2 | 46.00 |
| 01/07/13 | ESF | L240 | Finalize Motion to Dismiss and Memorandum in Support in preparation for filing | 0.3 | 69.00 |
| 01/07/13 | JCL | L210 | Work on Motion to Dismiss | 0.6 | 240.00 |
| 01/08/13 | ESF | L240 | Correspondence to client regarding filed Motion to Dismiss | 0.2 | 46.00 |
| 01/09/13 | ESF | L190 | Phone conference with Plaintiff regarding claims | 0.2 | 46.00 |
| 01/24/13 | JCL | L190 | Review correspondence from client regarding status and begin preliminary review of each file | 0.4 | 160.00 |
| 01/25/13 | ESF | L190 | Prepare status update for client | 0.4 | 92.00 |
| 01/29/13 | ESF | L240 | Phone conference with Clerk of the Court regarding hearing on Motion to Dismiss | 0.3 | 69.00 |
| 01/29/13 | ESF | L190 | Revise status update for client | 0.1 | 23.00 |
| 01/29/13 | JEM | L190 | Prepare status update for client with recommendations and deadlines | 0.3 | 109.50 |
| 01/30/13 | LKC | L110 | Prepare status update to client | 0.1 | 18.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482888
File No. 040540.000354
Claim/Client File No. 735146
Page 3

GMAC ResCap

advs. Epperson, James

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Totals | 7.7 | 2,078.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.1 | 180.00 | 18.00 |
| ESF | Flowers | Associate | 5.7 | 230.00 | 1,311.00 |
| JCL | Lynch | Partner | 1.6 | 400.00 | 640.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq.
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482888 |
| File No. | 040540.000354 |
| Claim/Client File No. | 735146 |

RE:    advs. Epperson, James

**Total Amount of This Invoice**          $2,078.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482890 |
| 190-FTW-L95 | File No. | 040540.000356 |
| Fort Washington, PA 19034 | Claim/Client File No. | 720750 |

**RE:    (GA) advs. Sampson, Rodney D.**

Fees for Professional Services Rendered Through 01/31/13                          $4,788.00

**Total Amount of This Invoice**          **$4,788.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482890
File No. 040540.000356
Claim/Client File No. 720750
Page 2

Ally Financial

(GA) advs. Sampson, Rodney D.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/09/13 | MJW | L110 | Strategize regarding dismissal | 0.8 | 220.00 |
| 01/17/13 | AJR | L190 | Check docket for status of entry of service | 0.1 | 28.50 |
| 01/17/13 | AJR | L190 | Email with counsel for MERS regarding status of service of Complaint | 0.1 | 28.50 |
| 01/17/13 | AJR | L190 | Email with client regarding status of service of Complaint on MERS and case strategy in light of same | 0.1 | 28.50 |
| 01/25/13 | MJW | L110 | Draft Answer | 2.6 | 715.00 |
| 01/25/13 | MJW | L110 | Draft Motion to Dismiss | 2.5 | 687.50 |
| 01/29/13 | MJW | L110 | Update case law regarding laches | 0.8 | 220.00 |
| 01/29/13 | MJW | L110 | Analyze case law regarding statutes of limitation for various claims | 0.8 | 220.00 |
| 01/29/13 | MJW | L110 | Strategize regarding laches argument for Motion to Dismiss | 0.6 | 165.00 |
| 01/29/13 | MJW | L110 | Review prior case history | 0.6 | 165.00 |
| 01/29/13 | MJW | L110 | Summarize allegations and outcomes in prior cases for Motion to Dismiss | 1.4 | 385.00 |
| 01/29/13 | MJW | L110 | Draft Motion to Dismiss | 1.0 | 275.00 |
| 01/29/13 | MJW | L110 | Analyze case law regarding respondeat superior | 1.1 | 302.50 |
| 01/31/13 | MJW | L110 | Draft Motion to Dismiss | 4.3 | 1,182.50 |
| 01/31/13 | MJW | L110 | Edit Answer | 0.6 | 165.00 |
| | | | Totals | 17.4 | 4,788.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |
| MJW | Windham | Associate | 17.1 | 275.00 | 4,702.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482890 |
| File No. | 040540.000356 |
| Claim/Client File No. | 720750 |

**RE:**    **(GA) advs. Sampson, Rodney D.**

**Total Amount of This Invoice**                    $4,788.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1482891 |
| | File No. | 040540.000358 |
| | Claim/Client File No. | 735270 |

**RE:    advs. Burnett, Conrad P.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $1,259.50 |
| **Total Amount of This Invoice** | **$1,259.50** |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

GMAC ResCap

advs. Burnett, Conrad P.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/11/13 | EGO | L190 | Telephone conversation with attorneys at Morrison & Foerster regarding removal of lawsuit | 0.2 | 53.00 |
| 01/11/13 | EGO | L190 | Telephone conversations with Amy Hartshorn regarding removal to federal court | 0.2 | 53.00 |
| 01/11/13 | EGO | L190 | Revise Notice of Removal | 0.4 | 106.00 |
| 01/11/13 | EGO | L190 | Analyze Plaintiff's Bill of Particulars | 0.2 | 53.00 |
| 01/11/13 | EGO | L190 | Analyze Plaintiff's Request for Judicial Notice | 0.4 | 106.00 |
| 01/11/13 | EGO | L190 | Prepare correspondence to Jennifer Scoliard concerning removal to federal court | 0.2 | 53.00 |
| 01/11/13 | KLR | L210 | Prepare exhibits to Notice of Filing Notice of Removal | 0.4 | 70.00 |
| 01/11/13 | KLR | L210 | Prepare exhibits to Notice of Removal | 0.8 | 140.00 |
| 01/11/13 | KLR | L210 | Revise Notice of Removal | 0.2 | 35.00 |
| 01/11/13 | KLR | L210 | Prepare removal pleadings for filing with Court | 0.3 | 52.50 |
| 01/14/13 | KLR | L210 | Prepare exhibits to Memorandum in Support of Motion to Dismiss | 0.8 | 140.00 |
| 01/14/13 | KLR | L210 | Revise Memorandum in Support of Motion to Dismiss | 0.3 | 52.50 |
| 01/14/13 | KLR | L190 | Telephone conference with Court Clerk regarding removal pleadings | 0.1 | 17.50 |
| 01/14/13 | KLR | L190 | Telephone conference with Court Clerk regarding Roseboro Notice | 0.1 | 17.50 |
| 01/14/13 | JCL | L210 | Work on removal and Motion to Dismiss | 0.6 | 240.00 |
| 01/15/13 | EGO | L190 | Prepare status update to Jennifer Scoliard | 0.2 | 53.00 |
| 01/29/13 | KLR | L190 | Telephone conference with Court Clerk regarding Roseboro Notice | 0.1 | 17.50 |
| | | | Totals | 5.5 | 1,259.50 |

IN ACCOUNT WITH

Troutman Sanders llp
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482891
File No. 040540.000358
Claim/Client File No. 735270
Page 3

GMAC ResCap

advs. Burnett, Conrad P.

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| JCL | Lynch | Partner | 0.6 | 400.00 | 240.00 |
| EGO | Ostroff | Associate | 1.8 | 265.00 | 477.00 |
| KLR | Russell | Paralegal | 3.1 | 175.00 | 542.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482891 |
| File No. | 040540.000358 |
| Claim/Client File No. | 735270 |

RE:    advs. Burnett, Conrad P.

**Total Amount of This Invoice**                    $1,259.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482892 |
| File No. | 040540.000359 |
| Claim/Client File No. | 734755 |

**RE:    advs. Lopez, Alejandro**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $948.50 |
| **Total Amount of This Invoice** | **$948.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482892
File No. 040540.000359
Claim/Client File No. 734755
Page 2

GMAC ResCap

advs. Lopez, Alejandro

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/03/13 | EGO | L190 | Revise Answer and Affirmative Defenses | 0.3 | 79.50 |
| 01/03/13 | EGO | L190 | Draft correspondence to Michael Socha regarding status and Answer | 0.2 | 53.00 |
| 01/08/13 | LKC | L210 | Prepare and file Answer | 0.4 | 72.00 |
| 01/08/13 | EGO | L190 | Analyze ACDV information | 0.3 | 79.50 |
| 01/08/13 | EGO | L190 | Review and revise Answer and Affirmative Defenses | 0.3 | 79.50 |
| 01/08/13 | EGO | L190 | Review and respond to multiple correspondence from Michael Socha regarding ACDV response and Answer | 0.2 | 53.00 |
| 01/08/13 | JCL | L190 | Plan and prepare strategy for potential dispositive motion because ACDP was done correctly | 0.4 | 160.00 |
| 01/23/13 | EGO | L190 | Telephone conversation with counsel for Plaintiff concerning accounts in dispute | 0.2 | 53.00 |
| 01/23/13 | EGO | L190 | Telephone conversation with Mike Socha regarding status and strategy | 0.1 | 26.50 |
| 01/23/13 | JCL | L190 | Plan strategy on ACDV and persuading opposing counsel to dismiss case | 0.4 | 160.00 |
| 01/31/13 | EGO | L190 | Analyze Scheduling Order | 0.2 | 53.00 |
| 01/31/13 | EGO | L190 | Prepare correspondence to counsel for Plaintiff concerning settlement | 0.3 | 79.50 |
| | | | Totals | 3.3 | 948.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.4 | 180.00 | 72.00 |
| JCL | Lynch | Partner | 0.8 | 400.00 | 320.00 |
| EGO | Ostroff | Associate | 2.1 | 265.00 | 556.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482892 |
| File No. | 040540.000359 |
| Claim/Client File No. | 734755 |

RE:    advs. Lopez, Alejandro

**Total Amount of This Invoice**                              $948.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Christine A. Buen, Paralegal | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1482894 |
| Minneapolis, MN 55437 | File No. | 040540.000362 |
| | Claim/Client File No. | 735558 |

RE:    **(VA) advs. Wilson, Edith M.**

Fees for Professional Services Rendered Through 01/31/13                    $8,908.50

                                                **Total Amount of This Invoice**        **$8,908.50**