IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482894
File No. 040540.000362
Claim/Client File No. 735558
Page 2

Ally Financial

(VA) advs. Wilson, Edith M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | JEM | L210 | Revise argument in support of Motion to Dismiss on grounds of no agency alleged and owner not liable for alleged claims | 0.6 | 219.00 |
| 01/03/13 | ABP | L210 | Prepare Demurrer to dismiss Plaintiff's Complaint | 0.5 | 145.00 |
| 01/03/13 | ABP | L120 | Analyze and research case law in defense of Plaintiff's claims for breach of contract, breach of the duty of good faith and fair dealing, defamation | 2.0 | 580.00 |
| 01/03/13 | ABP | L120 | Analyze and review case law regarding failure to join necessary parties under Virginia state law and liability of loan holder for actions of loan servicer, and vicarious liability for actions of independent contractor | 1.9 | 551.00 |
| 01/04/13 | LKC | L210 | Draft Motion and Proposed Order regarding extension of time to file responsive pleadings | 0.8 | 144.00 |
| 01/04/13 | JEM | L210 | Revise argument in support of Motion to Dismiss per client instructions | 0.6 | 219.00 |
| 01/04/13 | ABP | L210 | Prepare Demurrer to dismiss Plaintiff's Complaint | 0.5 | 145.00 |
| 01/04/13 | ABP | L120 | Develop litigation strategies | 0.4 | 116.00 |
| 01/04/13 | ABP | L210 | Exchange telephone calls with opposing counsel regarding extension of time to file responsive pleadings | 0.4 | 116.00 |
| 01/04/13 | ABP | L120 | Analyze and review case law regarding Plaintiff's failure to join servicer as necessary party and liability of investors and loan holders for acts of loan servicer | 2.5 | 725.00 |
| 01/07/13 | ABP | L210 | Prepare Memorandum in Support of Demurrer to dismiss Plaintiff's claims | 1.9 | 551.00 |
| 01/07/13 | ABP | L210 | Exchange correspondence and telephone calls with opposing counsel regarding proposed Motion and Order to extend time to file responsive pleadings | 0.3 | 87.00 |
| 01/07/13 | ABP | L210 | Prepare Consent Motion to extend time to file responsive pleadings | 0.5 | 145.00 |
| 01/07/13 | ABP | L210 | Prepare proposed Order granting Consent Motion to extend time to file responsive pleadings | 0.3 | 87.00 |
| 01/07/13 | ABP | L120 | Analyze and research case law in support of | 0.5 | 145.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482894
File No. 040540.000362
Claim/Client File No. 735558
Page 3

Ally Financial

(VA) advs. Wilson, Edith M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | dismissal of Plaintiff's claims | | |
| 01/08/13 | ABP | L210 | Prepare Memorandum in Support of Demurrer to dismiss Plaintiff's Complaint | 0.6 | 174.00 |
| 01/08/13 | ABP | L210 | Exchange multiple telephone calls and correspondence with opposing counsel regarding proposed Motion and Order to extend deadline to file responsive pleadings | 0.5 | 145.00 |
| 01/08/13 | ABP | L210 | Finalize proposed Consent Motion to extend time | 0.2 | 58.00 |
| 01/08/13 | ABP | L210 | Finalize proposed Order to extend time | 0.2 | 58.00 |
| 01/08/13 | ABP | L210 | Prepare proposed motion and Order for filing | 0.1 | 29.00 |
| 01/08/13 | ABP | L210 | Exchange correspondence with Court regarding proposed Consent Motion and Order to extend time | 0.2 | 58.00 |
| 01/08/13 | LKC | L210 | Prepare motion for extension of time for filing Answer in Hanover County | 0.2 | 36.00 |
| 01/09/13 | ABP | L210 | Review filed pleadings | 0.1 | 29.00 |
| 01/09/13 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 01/11/13 | ABP | L120 | Develop settlement strategies | 0.2 | 58.00 |
| 01/11/13 | ABP | L160 | Prepare report regarding settlement discussions with opposing counsel | 0.4 | 116.00 |
| 01/11/13 | ABP | L210 | Revise Demurrer to dismiss plaintiff's claims | 2.8 | 812.00 |
| 01/16/13 | JEM | L210 | Revise Demurrer for client approval | 0.5 | 182.50 |
| 01/16/13 | ABP | L210 | Prepare Motion Craving Oyer | 0.4 | 116.00 |
| 01/17/13 | JEM | L210 | Revise Demurrer | 0.2 | 73.00 |
| 01/17/13 | JEM | L210 | Correspond with client regarding Demurrer | 0.2 | 73.00 |
| 01/17/13 | ABP | L110 | Analyze Note and Deed of Trust | 0.4 | 116.00 |
| 01/17/13 | ABP | L120 | Develop strategies regarding Motion Craving Oyer of Note and Deed of Trust | 0.2 | 58.00 |
| 01/17/13 | ABP | L210 | Prepare Motion Craving Oyer | 0.2 | 58.00 |
| 01/17/13 | ABP | L210 | Review correspondence exchanged with client Christine Buen regarding proposed Demurrer, case status and fact package | 0.2 | 58.00 |
| 01/17/13 | ABP | L120 | Develop discovery and litigation strategies | 0.2 | 58.00 |
| 01/18/13 | KLR | L190 | Review documents received from client | 0.2 | 35.00 |
| 01/18/13 | ABP | L120 | Develop discovery and litigation strategies | 0.3 | 87.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482894
File No. 040540.000362
Claim/Client File No. 735558
Page 4

Ally Financial

(VA) advs. Wilson, Edith M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/18/13 | ABP | L110 | Review fact package, borrower correspondence, loan servicing file, case history and servicing notes | 1.2 | 348.00 |
| 01/18/13 | ABP | L210 | Revise Motion Craving Oyer | 0.6 | 174.00 |
| 01/18/13 | ABP | L120 | Develop liability and exposure analysis | 0.5 | 145.00 |
| 01/18/13 | ABP | L120 | Analyze case law in support of Motion Craving Oyer | 0.7 | 203.00 |
| 01/22/13 | JEM | L210 | Revise and finalize Demurrer with client comments | 0.7 | 255.50 |
| 01/22/13 | LKC | L210 | Prepare Exhibits to Demurrer and Motion Craving Oyer | 0.1 | 18.00 |
| 01/22/13 | ABP | L210 | Review Order entered by Court extending time to file responsive pleadings | 0.1 | 29.00 |
| 01/22/13 | ABP | L210 | Finalize Demurrer | 0.2 | 58.00 |
| 01/22/13 | ABP | L210 | Finalize Motion Craving Oyer | 0.2 | 58.00 |
| 01/22/13 | ABP | L210 | Finalize Exhibits to Motions | 0.2 | 58.00 |
| 01/23/13 | ABP | L210 | Review Court Orders and litigation case file | 0.1 | 29.00 |
| 01/23/13 | ABP | L210 | Review filed Demurrer and Motion Craving Oyer | 0.1 | 29.00 |
| 01/23/13 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 01/24/13 | JCL | L190 | Receive and review correspondence from client regarding status and being preliminary review of each file | 0.4 | 160.00 |
| 01/24/13 | ABP | L120 | Review correspondence exchanged with client Amy Hartshorn regarding case status | 0.1 | 29.00 |
| 01/24/13 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 01/28/13 | ABP | L120 | Develop litigation and defensive strategies | 0.1 | 29.00 |
| 01/28/13 | ABP | L120 | Develop strategies regarding timing of hearing on Demurrer | 0.2 | 58.00 |
| 01/28/13 | ABP | L120 | Prepare updated case assessment | 0.2 | 58.00 |
| 01/29/13 | ABP | L120 | Review correspondence exchanged with client Amy Hartshorn regarding case status | 0.1 | 29.00 |
| 01/29/13 | ABP | L120 | Prepare case assessment for client | 0.2 | 58.00 |
| 01/29/13 | JEM | L190 | Prepare status update for client with recommendations and deadlines | 0.3 | 109.50 |
| 01/30/13 | LKC | L110 | Prepare status update to client | 0.1 | 18.00 |
| 01/30/13 | ABP | L120 | Review litigation case file, Court Orders, and | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482894
File No. 040540.000362
Claim/Client File No. 735558
Page 5

Ally Financial

(VA) advs. Wilson, Edith M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | pleadings | | |
| 01/30/13 | ABP | L120 | Prepare case assessment and analysis for client | 0.6 | 174.00 |
| 01/30/13 | ABP | L120 | Exchange correspondence with client Amy Hartshorn regarding case assessment and status | 0.2 | 58.00 |
| 01/31/13 | ABP | L110 | Exchange correspondence with client Amy Hartshorn regarding reinstatement calculation | 0.1 | 29.00 |
| 01/31/13 | ABP | L120 | Develop strategies regarding potential hearing on Demurrer | 0.2 | 58.00 |
| | | | Totals | 30.3 | 8,908.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|--------|-----------|-------|--------|----------|
| LKC | Collins | Paralegal | 1.2 | 180.00 | 216.00 |
| JCL | Lynch | Partner | 0.4 | 400.00 | 160.00 |
| JEM | Manning | Partner | 3.1 | 365.00 | 1,131.50 |
| ABP | Pittman | Associate | 25.4 | 290.00 | 7,366.00 |
| KLR | Russell | Paralegal | 0.2 | 175.00 | 35.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Christine A. Buen, Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482894 |
| File No. | 040540.000362 |
| Claim/Client File No. | 735558 |

RE:    (VA) advs. Wilson, Edith M.

**Total Amount of This Invoice**            $8,908.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482895 |
| 190-FTW-L95 | File No. | 040540.000364 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735870 |

**RE:    (GA) advs. Williams, Charlotte**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $6,467.50 |
| **Total Amount of This Invoice** | **$6,467.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482895
File No. 040540.000364
Claim/Client File No. 735870
Page 2

Ally Financial

(GA) advs. Williams, Charlotte

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/03/13 | ABP | L120 | Develop strategies in defense of new Complaint filed by Plaintiff | 0.1 | 29.00 |
| 01/03/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding new lawsuit | 0.1 | 29.00 |
| 01/03/13 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Order denying Plaintiff's Motion to Strike | 0.1 | 29.00 |
| 01/03/13 | ABP | L210 | Review Order denying Plaintiff's Motion to Strike | 0.1 | 29.00 |
| 01/03/13 | AJR | L210 | Review and analyze complaint | 0.4 | 114.00 |
| 01/03/13 | AJR | L120 | Analyze strategy for case in light of new complaint filed by plaintiffs | 0.2 | 57.00 |
| 01/03/13 | AJR | L120 | Email to client regarding case strategy | 0.1 | 28.50 |
| 01/04/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding Plaintiff's appeal of eviction order | 0.1 | 29.00 |
| 01/09/13 | AJR | L120 | Email to counsel for Fannie Mae regarding case status and strategy | 0.2 | 57.00 |
| 01/09/13 | AJR | L190 | Check docket for status of service on Fannie Mae | 0.2 | 57.00 |
| 01/09/13 | AJR | L120 | Emails with client regarding case status and strategy and correspondence with counsel for Fannie Mae | 0.1 | 28.50 |
| 01/10/13 | MJW | L110 | Review new case filing | 1.3 | 357.50 |
| 01/10/13 | MJW | L110 | Research collateral estoppel case law | 0.8 | 220.00 |
| 01/10/13 | MJW | L110 | Research prior pending action case law | 0.8 | 220.00 |
| 01/15/13 | AJR | L210 | Review and analyze Answer of Terrace Mortgage | 0.2 | 57.00 |
| 01/17/13 | AJR | L120 | Emails with client regarding status of lockout writ | 0.1 | 28.50 |
| 01/23/13 | AJR | L120 | Analyze strategy for Motion to Dismiss | 0.1 | 28.50 |
| 01/23/13 | MJW | L110 | Review fact package | 1.1 | 302.50 |
| 01/23/13 | MJW | L110 | Research case law regarding prior pending action | 1.3 | 357.50 |
| 01/23/13 | MJW | L110 | Update case law regarding laches | 1.2 | 330.00 |
| 01/23/13 | MJW | L110 | Draft Answer | 2.5 | 687.50 |
| 01/23/13 | MJW | L110 | Draft Motion to Dismiss | 1.0 | 275.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482895
File No. 040540.000364
Claim/Client File No. 735870
Page 3

Ally Financial

(GA) advs. Williams, Charlotte

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/24/13 | MJW | L110 | Summarize procedural background | 1.2 | 330.00 |
| 01/24/13 | MJW | L110 | Strategize regarding dismissal | 1.3 | 357.50 |
| 01/24/13 | MJW | L110 | Draft Motion to Dismiss | 7.6 | 2,090.00 |
| 01/24/13 | MJW | L110 | Calculate deadlines | 0.3 | 82.50 |
| 01/24/13 | AJR | L120 | Legal research regarding possible applicability of prior pending action doctrine | 0.3 | 85.50 |
| 01/25/13 | AJR | L210 | Review and analyze Defendant First Service Residential Realty's Answer to Plaintiff's Complaint | 0.2 | 57.00 |
| 01/28/13 | AJR | L240 | Revise Motion to Dismiss | 0.4 | 114.00 |
| | | | Totals | 23.4 | 6,467.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |
| AJR | Reyes | Associate | 2.5 | 285.00 | 712.50 |
| MJW | Windham | Associate | 20.4 | 275.00 | 5,610.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482895 |
| File No. | 040540.000364 |
| Claim/Client File No. | 735870 |

RE:    (GA) advs. Williams, Charlotte

**Total Amount of This Invoice**                    $6,467.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482897 |
| 190-FTW-L95 | File No. | 040540.000365 |
| Fort Washington, PA 19034 | Claim/Client File No. | 736142 |

RE:    **(GA) advs. Bailey, Linda M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $10,140.00 |
| **Total Amount of This Invoice** | **$10,140.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482897
File No. 040540.000365
Claim/Client File No. 736142
Page 2

Ally Financial

(GA) advs. Bailey, Linda M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/10/13 | JEM | L210 | Analyze Complaint and correspond with client regarding strategy for Motion to Dismiss | 0.6 | 219.00 |
| 01/11/13 | MJW | L110 | Review prior case history | 1.8 | 495.00 |
| 01/11/13 | MJW | L110 | Review title history | 0.9 | 247.50 |
| 01/11/13 | MJW | L110 | Draft litigation assessment | 1.7 | 467.50 |
| 01/11/13 | AJR | L120 | Analyze case strategy | 0.2 | 57.00 |
| 01/11/13 | JEM | L110 | Correspond with client regarding claims and Plaintiff history of litigation and bankruptcy | 0.4 | 146.00 |
| 01/11/13 | JEM | L120 | Prepare Motion to Dismiss strategy | 0.3 | 109.50 |
| 01/16/13 | AJR | L210 | Review and analyze Complaint | 0.6 | 171.00 |
| 01/16/13 | AJR | L120 | Analyze strategy for dispossessory action and for Motion to Dismiss | 0.8 | 228.00 |
| 01/16/13 | AJR | L190 | Check bankruptcy dockets | 0.2 | 57.00 |
| 01/16/13 | AJR | L210 | Review and analyze Plaintiff's Notice of Change of Address | 0.1 | 28.50 |
| 01/16/13 | AJR | L120 | Email to client regarding case strategy and advice not to move forward with dispossessory action in light of plaintiff's bankruptcy | 0.3 | 85.50 |
| 01/16/13 | AJR | L240 | Telephone conference with client regarding strategy for Motion to Dismiss | 0.2 | 57.00 |
| 01/17/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/17/13 | MJW | L110 | Analyze fact package | 1.3 | 357.50 |
| 01/17/13 | MJW | L110 | Research case law regarding res judicata exception | 1.2 | 330.00 |
| 01/17/13 | MJW | L110 | Analyze case law regarding privity | 1.6 | 440.00 |
| 01/17/13 | MJW | L110 | Update case law regarding laches defense | 1.4 | 385.00 |
| 01/17/13 | MJW | L110 | Draft Answer | 2.5 | 687.50 |
| 01/18/13 | MJW | L110 | Draft Motion to Dismiss | 5.0 | 1,375.00 |
| 01/22/13 | AJR | L240 | Revise Motion to Dismiss | 0.5 | 142.50 |
| 01/22/13 | MJW | L110 | Draft Motion to Dismiss | 3.5 | 962.50 |
| 01/22/13 | MJW | L110 | Update case law regarding emotional damages | 0.8 | 220.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482897
File No. 040540.000365
Claim/Client File No. 736142
Page 3

Ally Financial

(GA) advs. Bailey, Linda M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/22/13 | MJW | L110 | Update case law regarding injunctive relief | 0.7 | 192.50 |
| 01/23/13 | AJR | L210 | Review and analyze Plaintiff's Complaint, Plaintiff's Motion for Immediate Order for Preliminary Injunction and Plaintiff's Request for Temporary Restraining Order | 1.1 | 313.50 |
| 01/23/13 | AJR | L240 | Email to client regarding stamped filed copy of Motion to Dismiss and Response in Opposition to Plaintiff's Motion for Immediate Order for Preliminary Injunction and Plaintiff's Request for Temporary Restraining Order | 0.1 | 28.50 |
| 01/23/13 | AJR | L240 | Revise Motion to Dismiss and draft Corporate Disclosure Statement and Response in Opposition to Plaintiff's Motion for Immediate Order for Preliminary Injunction and Plaintiff's Request for Temporary Restraining Order and prepare and file same | 7.1 | 2,023.50 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |
| 01/31/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/31/13 | AJR | L210 | Email to client regarding Plaintiff's Response to Defendant's Motion to Dismiss and Order on Plaintiff's Motions for Injunctive Relief | 0.1 | 28.50 |
| 01/31/13 | AJR | L210 | Review and analyze Plaintiff's Response to Defendant's Motion to Dismiss and Order on Plaintiff's Motions for Injunctive Relief | 0.6 | 171.00 |
| | | | Totals | 36.0 | 10,140.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.3 | 365.00 | 474.50 |
| AJR | Reyes | Associate | 12.3 | 285.00 | 3,505.50 |
| MJW | Windham | Associate | 22.4 | 275.00 | 6,160.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482897 |
| File No. | 040540.000365 |
| Claim/Client File No. | 736142 |

RE:    (GA) advs. Bailey, Linda M.

**Total Amount of This Invoice**                    $10,140.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Office Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482898 |
| 190-FTW-L95 | File No. | 040540.000366 |
| Fort Washington, PA 19034 | Claim/Client File No. | 736410 |

**RE:    (GA) advs. Arrington, Nell M - Estate of**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $1,129.00 |
| **Total Amount of This Invoice** | **$1,129.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482898
File No. 040540.000366
Claim/Client File No. 736410
Page 2

Ally Financial

(GA) advs. Arrington, Nell M - Estate of

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/18/13 | AJR | L210 | Review and analyze complaint and calculate deadline for responding to same | 0.3 | 85.50 |
| 01/18/13 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Plaintiff's Complaint | 0.2 | 58.00 |
| 01/18/13 | ABP | L110 | Review correspondence exchanged with foreclosure counsel regarding status of foreclosure sale | 0.2 | 58.00 |
| 01/18/13 | ABP | L120 | Develop litigation and defensive strategies | 0.2 | 58.00 |
| 01/18/13 | ABP | L210 | Review pleadings | 0.3 | 87.00 |
| 01/22/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/22/13 | ABP | L120 | Develop litigation and defensive strategies | 0.2 | 58.00 |
| 01/22/13 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding communications exchanged between foreclosure counsel and plaintiff regarding check for purchase of property | 0.1 | 29.00 |
| 01/22/13 | ABP | L110 | Review communications exchanged between foreclosure counsel and plaintiff regarding foreclosure sale | 0.1 | 29.00 |
| 01/23/13 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 01/23/13 | ABP | L210 | Analyze pleadings, Summons, Complaint, Exhibits to Complaint, Special Forbearance Agreement, Note, and Deed of Trust | 1.0 | 290.00 |
| 01/29/13 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Develop litigation and discovery strategies | 0.3 | 87.00 |
| 01/31/13 | ABP | L110 | Exchange correspondence with client Kim Napoli regarding Fact Package | 0.1 | 29.00 |
| 01/31/13 | ABP | L110 | Review Fact Package received from client | 0.3 | 87.00 |
| | | | Totals | 3.9 | 1,129.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482898
File No. 040540.000366
Claim/Client File No. 736410
Page 3

Ally Financial

(GA) advs. Arrington, Nell M - Estate of

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 3.5 | 290.00 | 1,015.00 |
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482898 |
| File No. | 040540.000366 |
| Claim/Client File No. | 736410 |

RE:    (GA) advs. Arrington, Nell M - Estate of

**Total Amount of This Invoice**          $1,129.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| 8400 Normandale Lake Boulevard | Invoice No. | 1482931 |
| Suite 350 | File No. | 040540.000337 |
| Minneapolis, MN 55437 | Claim/Client File No. | 732029 |

**RE:    advs. Myung Joo Kang**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $53.00 |
| Costs and Expenses Through 01/31/13 | $4.00 |
| **Total Amount of This Invoice** | **$57.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482931
File No. 040540.000337
Claim/Client File No. 732029
Page 2

Ally Financial

advs. Myung Joo Kang

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | BBR | L120 | Prepare correspondence transmitting collateral file to Abby Moynihan and coordinate the same | 0.2 | 53.00 |
| | | | Totals | 0.2 | 53.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| BBR | Ruhling | Associate | 0.2 | 265.00 | 53.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 01/16/13 | Taxi/Train/Parking – PAYEE: Donna Peterbok, Petty Cash; REQUEST#: 403003; DATE: 1/16/2013.-- Parking at the Judicial Center for Demurrer Hearing | 4.00 |
| | Total: | 4.00 |
| | Total Fees & Costs: | $57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482931 |
| File No. | 040540.000337 |
| Claim/Client File No. | 732029 |

RE:    **advs. Myung Joo Kang**

**Total Amount of This Invoice**              $57.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 02/28/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1482936 |
| | File No. | 040540.000084 |
| | Claim/Client File No. | 695265 |

**RE:    (GA) Nix, Brenda and William**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $4,742.00 |
| Costs and Expenses Through 01/31/13 | $70.34 |
| **Total Amount of This Invoice** | **$4,812.34** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 02/28/13
Invoice Number 1482936
File No. 040540.000084
Claim/Client File No. 695265
Page 2

GMAC ResCap

(GA) Nix, Brenda and William

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | AJR | L160 | Emails with title counsel Allie Jett regarding getting reinstatement and payoff quotes as strategy for settlement discussions | 0.1 | 28.50 |
| 01/03/13 | AJR | L160 | Email to client regarding settlement strategy and to request payoff statement and reinstatement quote | 0.1 | 28.50 |
| 01/04/13 | AJR | L110 | Email to client regarding settlement strategy and regarding scheduling prep call with witness | 0.2 | 57.00 |
| 01/08/13 | AJR | L160 | Email to opposing counsel regarding settlement proposal | 0.2 | 57.00 |
| 01/08/13 | AJR | L450 | Telephone conference with client and corporate witness regarding strategy for hearing on cross-Motions for Summary Judgment and emails regarding same | 0.7 | 199.50 |
| 01/09/13 | AJR | L190 | Compile pleadings and relevant documents to send to client corporate representative for review in advance of hearing | 0.3 | 85.50 |
| 01/10/13 | AJR | L240 | Email pleadings to client corporate representative for review in advance of hearing | 0.1 | 28.50 |
| 01/11/13 | AJR | L240 | Prepare for hearing on cross-Motions for Summary Judgment | 3.5 | 997.50 |
| 01/11/13 | AJR | L120 | Analyze case strategy with client | 0.4 | 114.00 |
| 01/11/13 | AJR | L450 | Attend hearing on cross-motions for summary judgment | 3.6 | 1,026.00 |
| 01/16/13 | ABP | L120 | Develop strategies regarding potential Motion to Compel plaintiff to pay rent | 0.3 | 87.00 |
| 01/17/13 | AJR | L120 | Analyze strategy for obtaining evaluation of case with title counsel Allie Jett | 0.5 | 142.50 |
| 01/18/13 | AJR | L160 | Analyze strategy for case evaluation and mediation | 0.6 | 171.00 |
| 01/18/13 | AJR | L190 | Telephone conference with counsel for title insurance company and opposing counsel regarding plan for case evaluation and mediation and responding to judge's status update from hearing | 0.2 | 57.00 |
| 01/22/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/22/13 | AJR | L160 | Review and analyze correspondence with judge's | 0.1 | 28.50 |