IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482936
File No. 040540.000084
Claim/Client File No. 695265
Page 3

GMAC ResCap

(GA) Nix, Brenda and William

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | law clerk regarding parties' agreement on evaluation and mediation | | |
| 01/22/13 | AJR | L160 | Research regarding Carol Clark as possible evaluator and mediator for case | 0.2 | 57.00 |
| 01/22/13 | AJR | L160 | Conference call with title counsel Allie Jett regarding strategy for evaluation and mediation of case | 0.1 | 28.50 |
| 01/22/13 | AJR | L160 | Review and analyze correspondence with opposing counsel regarding strategy for evaluation and mediation | 0.2 | 57.00 |
| 01/22/13 | AJR | L160 | Prepare case file and pleadings for case evaluation and mediation | 0.3 | 85.50 |
| 01/22/13 | AJR | L120 | Email to client regarding hearing on cross-motions for summary judgment and case strategy | 0.6 | 171.00 |
| 01/22/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding proposed evaluation and mediation to encourage settlement of plaintiff's claims | 0.1 | 29.00 |
| 01/22/13 | ABP | L120 | Develop litigation strategies in light of contemplated evaluation and mediation | 0.2 | 58.00 |
| 01/24/13 | AJR | L160 | Emails with title insurance counsel regarding scheduling evaluation and strategy for same | 0.1 | 28.50 |
| 01/24/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding proposed evaluation and mediation to resolve lawsuit | 0.2 | 58.00 |
| 01/24/13 | ABP | L160 | Develop settlement strategies | 0.1 | 29.00 |
| 01/29/13 | AJR | L160 | Analyze strategy for case evaluation | 0.5 | 142.50 |
| 01/29/13 | AJR | L160 | Emails with client regarding strategy for case evaluation | 0.3 | 85.50 |
| 01/29/13 | AJR | L160 | Revise position paper for case evaluation | 0.4 | 114.00 |
| 01/29/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding proposed evaluation and mediation to resolve case | 0.2 | 58.00 |
| 01/29/13 | ABP | L160 | Develop settlement strategies | 0.2 | 58.00 |
| 01/30/13 | AJR | L160 | Revise position paper for evaluator | 0.8 | 228.00 |
| 01/30/13 | AJR | L160 | Telephone conference with client regarding case evaluator and case strategy | 0.2 | 57.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 02/28/13
Invoice Number 1482936
File No. 040540.000084
Claim/Client File No. 695265
Page 4

GMAC ResCap

(GA) Nix, Brenda and William

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/30/13 | ABP | L120 | Prepare for evaluation and meeting with proposed evaluator | 0.3 | 87.00 |
| 01/31/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding upcoming evaluation, mediation and settlement strategies | 0.2 | 58.00 |
| 01/31/13 | ABP | L160 | Develop settlement strategies | 0.2 | 58.00 |
| 01/31/13 | ABP | L160 | Prepare for evaluation in support of settlement | 0.2 | 58.00 |
| | | | Totals | 16.6 | 4,742.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 2.2 | 290.00 | 638.00 |
| AJR | Reyes | Associate | 14.4 | 285.00 | 4,104.00 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13

| Date | Description | Amount |
|------|-------------|--------|
| 01/15/13 | Court Reporter/Deposition Costs – PAYEE: Sally J. Dixon; REQUEST#: 402937; DATE: 1/15/2013.-- Take-Down for 1/11/13 Hearing on Cross Motions for Summary Judgment | 45.00 |
| 01/16/13 | Personal Car Mileage – VENDOR: Reyes, Alexandria; INVOICE#: 011613REYES; DATE: 1/16/2013  -  01/11- Travel to hearing | 20.34 |
| 01/16/13 | Taxi/Train/Parking – VENDOR: Reyes, Alexandria; INVOICE#: 011613REYES; DATE: 1/16/2013  -  01/11- Parking at hearing | 5.00 |
| | Total: | 70.34 |

Total Fees & Costs:    $4,812.34

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482936 |
| File No. | 040540.000084 |
| Claim/Client File No. | 695265 |

RE:     (GA) Nix, Brenda and William

**Total Amount of This Invoice**                    $4,812.34

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482937 |
| File No. | 040540.000327 |
| Claim/Client File No. | 730108 |

**RE:    (GA) advs. Berkemeier, Wende M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $387.00 |
| Costs and Expenses Through 01/31/13 | $40.89 |
| **Total Amount of This Invoice** | **$427.89** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
#### ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482937
File No. 040540.000327
Claim/Client File No. 730108
Page 2

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | AJR | L240 | Email to client regarding stamped filed copy of Motion for Summary Judgment | 0.1 | 28.50 |
| 01/02/13 | AJR | L190 | Calculate deadline for plaintiffs to respond to Motion for Summary Judgment and update calendar and case tasks | 0.1 | 28.50 |
| 01/11/13 | MJW | L110 | Update case strategy | 0.4 | 110.00 |
| 01/22/13 | MJW | L110 | Review case strategy | 0.3 | 82.50 |
| 01/22/13 | MJW | L110 | Update case notes | 0.1 | 27.50 |
| 01/22/13 | MJW | L110 | Calculate deadlines | 0.1 | 27.50 |
| 01/29/13 | MJW | L110 | Assess case strategy | 0.3 | 82.50 |
| | | | Totals | 1.4 | 387.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |
| MJW | Windham | Associate | 1.2 | 275.00 | 330.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 01/04/13 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 272660 DATE: 12/28/2012 Date: 12/28/2012; Job Code: REYES; To: FULTON SUPERIOR | 40.89 |
| | Total: | 40.89 |

Total Fees & Costs:    $427.89

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482937 |
| File No. | 040540.000327 |
| Claim/Client File No. | 730108 |

RE:    (GA) advs. Berkemeier, Wende M.

**Total Amount of This Invoice**          $427.89

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

GMAC ResCap

Attn: David G. Hagens, Esq., Associate Counsel

One Meridian Crossings

Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482944 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Terrence**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $1,744.50 |
| Costs and Expenses Through 01/31/13 | $31.90 |
| **Total Amount of This Invoice** | **$1,776.40** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482944
File No. 040540.000315
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Terrence

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/03/13 | AJR | L190 | Review and analyze recorded foreclosure deed | 0.1 | 28.50 |
| 01/09/13 | AJR | L510 | Review and analyze Appellant's Response to Appellee's Motion for Extension of Time | 0.2 | 57.00 |
| 01/09/13 | AJR | L510 | Revise corrected Appellee's Brief | 0.2 | 57.00 |
| 01/09/13 | MJW | L110 | Draft appellate brief | 3.3 | 907.50 |
| 01/09/13 | MJW | L110 | Update case strategy | 0.4 | 110.00 |
| 01/10/13 | AJR | L510 | Revise corrected Appellee's Brief and prepare same for filing | 0.6 | 171.00 |
| 01/15/13 | AJR | L510 | Emails with client regarding status of ruling on appeal | 0.1 | 28.50 |
| 01/24/13 | MJW | L110 | Review pleadings | 0.8 | 220.00 |
| 01/24/13 | MJW | L110 | Update case strategy | 0.6 | 165.00 |
| | | | Totals | 6.3 | 1,744.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 1.2 | 285.00 | 342.00 |
| MJW | Windham | Associate | 5.1 | 275.00 | 1,402.50 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13

| Date | Description | Amount |
|------|-------------|--------|
| 01/16/13 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 272857 DATE: 1/11/2013 Date: 01/10/2013; Job Code: REYES; To: 11 CIR. COURT | 31.90 |
| | Total: | 31.90 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Owens, Terrence

Invoice Date 02/28/13
Invoice Number 1482944
File No. 040540.000315
Claim/Client File No. 713629
Page 3

Total Fees & Costs:        $1,776.40

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482944 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

RE:    (GA) Owens, Terrence

**Total Amount of This Invoice**          $1,776.40

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ─── TROUTMAN SANDERS LLP ───

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482945 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

**RE:    (GA) Antoinette Sanders**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $1,719.00 |
| Costs and Expenses Through 01/31/13 | $138.51 |
| **Total Amount of This Invoice** | **$1,857.51** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482945
File No. 040540.000313
Claim/Client File No. 725550
Page 2

GMAC ResCap

(GA) Antoinette Sanders

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | AJR | L240 | Draft Notice of Filing and other supporting documents in support of Motion for Summary Judgment and prepare same for filing | 0.9 | 256.50 |
| 01/04/13 | MJW | L110 | Review new pertinent case law | 0.5 | 137.50 |
| 01/06/13 | AJR | L240 | Emails with counsel for co-defendant Quicken Loans regarding status of Motion for Continuance and hearing on Motion for Summary Judgment | 0.1 | 28.50 |
| 01/06/13 | AJR | L190 | Update calendar and case tasks | 0.1 | 28.50 |
| 01/09/13 | AJR | L240 | Review and analyze order for hearing on Motion for Summary Judgment | 0.1 | 28.50 |
| 01/10/13 | MJW | L110 | Research arguments for Motion for Summary Judgment hearing | 1.8 | 495.00 |
| 01/10/13 | MJW | L110 | Review fact package | 1.5 | 412.50 |
| 01/17/13 | AJR | L240 | Email to counsel for MERS regarding stamped filed copies of Motion for Summary Judgment and supporting papers and upcoming hearing | 0.1 | 28.50 |
| 01/18/13 | AJR | L240 | Emails with counsel for MERS regarding affidavits filed in support of Motion for Summary Judgment and hearing date on same | 0.1 | 28.50 |
| 01/22/13 | MJW | L110 | Review case strategy | 0.3 | 82.50 |
| 01/22/13 | MJW | L110 | Update case notes | 0.2 | 55.00 |
| 01/22/13 | MJW | L110 | Calculate deadlines | 0.2 | 55.00 |
| 01/29/13 | MJW | L110 | Strategize regarding upcoming hearing | 0.3 | 82.50 |
| | | | Totals | 6.2 | 1,719.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 1.4 | 285.00 | 399.00 |
| MJW | Windham | Associate | 4.8 | 275.00 | 1,320.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482945
File No. 040540.000313
Claim/Client File No. 725550
Page 3

GMAC ResCap

(GA) Antoinette Sanders

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 01/10/13 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 272753 DATE: 1/4/2013<br>Date: 01/02/2013; Job Code: REYES; To: GWINNETT SUPERIOR CT. | 138.51 |
| | Total: | 138.51 |
| | Total Fees & Costs: | $1,857.51 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482945 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

RE:     (GA) Antoinette Sanders

**Total Amount of This Invoice**          $1,857.51

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482946 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

**RE:     (GA) Rainey, Deidrenne and Esell**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $38,883.50 |
| Costs and Expenses Through 01/31/13 | $612.76 |
| **Total Amount of This Invoice** | **$39,496.26** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482946
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | AJR | L190 | Telephone call and email to opposing counsel regarding upcoming trial | 0.2 | 57.00 |
| 01/02/13 | AJR | L440 | Email to foreclosure counsel regarding trial preparation and testimony | 0.2 | 57.00 |
| 01/02/13 | AJR | L440 | Email to counsel for MERS regarding strategy for upcoming trial | 0.2 | 57.00 |
| 01/02/13 | AJR | L440 | Analyze trial strategy and prepare for call with corporate witness | 1.3 | 370.50 |
| 01/02/13 | AJR | L440 | Email to corporate witness regarding trial preparation and strategy | 0.3 | 85.50 |
| 01/02/13 | ABP | L120 | Develop trial strategies | 0.2 | 58.00 |
| 01/02/13 | ABP | L450 | Plan and prepare for trial | 0.3 | 87.00 |
| 01/02/13 | ABP | L450 | Review correspondence exchanged with opposing counsel regarding trial and stipulation of admissible documents for use at trial | 0.3 | 87.00 |
| 01/02/13 | ABP | L450 | Review correspondence exchanged with corporate witness Kyle Lucas regarding trial preparations | 0.3 | 87.00 |
| 01/02/13 | MJW | L110 | Draft trial preparation memo | 3.2 | 880.00 |
| 01/02/13 | MJW | L110 | Review procedural history | 0.5 | 137.50 |
| 01/02/13 | MJW | L110 | Review case law regarding damages | 0.8 | 220.00 |
| 01/03/13 | AJR | L440 | Analyze strategy for trial with counsel for MERS | 0.5 | 142.50 |
| 01/03/13 | AJR | L440 | Email to corporate witness regarding trial prep memo, case background,  and strategy for prep call | 0.2 | 57.00 |
| 01/03/13 | AJR | L430 | Revise trial prep memo | 0.4 | 114.00 |
| 01/03/13 | JEM | L450 | Trial preparation, including opening argument and witness outlines | 1.3 | 474.50 |
| 01/03/13 | ABP | L450 | Plan and prepare for trial | 0.1 | 29.00 |
| 01/03/13 | ABP | L450 | Review correspondence exchanged with client and corporate witness Kyle Lucas regarding trial preparations | 0.1 | 29.00 |
| 01/04/13 | AJR | L440 | Analyze trial strategy and prepare for prep call | 1.3 | 370.50 |
| 01/04/13 | AJR | L440 | Telephone conference with client to prep for trial | 0.4 | 114.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482946
File No. 040540.000179
Claim/Client File No. 708378
Page 3

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/04/13 | AJR | L410 | Telephone conference with corporate witness to prep for trial | 0.6 | 171.00 |
| 01/04/13 | JEM | L450 | Conference calls with client and corporate witness for trial preparation | 1.7 | 620.50 |
| 01/04/13 | JEM | L450 | Prepare witness examination outlines | 0.8 | 292.00 |
| 01/06/13 | AJR | L440 | Analyze trial strategy with foreclosure counsel | 0.2 | 57.00 |
| 01/07/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/07/13 | AJR | L410 | Emails with foreclosure counsel Frank Olson regarding strategy for examination at trial | 0.2 | 57.00 |
| 01/07/13 | AJR | L440 | Analyze strategy for possible motions in limine and other evidentiary issues for trial | 1.4 | 399.00 |
| 01/08/13 | JEM | L210 | Revise Motion in Limine to exclude attorney fees | 0.6 | 219.00 |
| 01/08/13 | MJW | L110 | Draft Motion in Limine | 5.5 | 1,512.50 |
| 01/08/13 | MJW | L110 | Research case law regarding attorneys' fees | 1.2 | 330.00 |
| 01/08/13 | MJW | L110 | Review facts in record for motion | 1.2 | 330.00 |
| 01/09/13 | ABP | L450 | Plan and prepare for trial | 0.5 | 145.00 |
| 01/09/13 | ABP | L210 | Prepare Motion in Limine | 1.0 | 290.00 |
| 01/09/13 | ABP | L210 | Revise Motion in Limine | 0.7 | 203.00 |
| 01/09/13 | AJR | L430 | Revise Motion in Limine To Exclude Evidence of Plaintiffs' Litigation Expenses | 0.5 | 142.50 |
| 01/09/13 | MJW | L110 | Develop trial strategy | 1.6 | 440.00 |
| 01/09/13 | MJW | L110 | Draft Motion in Limine | 2.1 | 577.50 |
| 01/09/13 | MJW | L110 | Review discovery response  for Motion in Limine | 1.1 | 302.50 |
| 01/09/13 | MJW | L110 | Prepare trial exhibits | 2.1 | 577.50 |
| 01/09/13 | AJR | L440 | Analyze trial strategy | 1.5 | 427.50 |
| 01/09/13 | AJR | L120 | Legal research regarding award of nominal damages and availability of attorneys' fees based on same | 0.9 | 256.50 |
| 01/10/13 | AJR | L430 | Email to client regarding draft of Motion in Limine To Exclude Evidence of Plaintiffs' Litigation Expenses | 0.1 | 28.50 |
| 01/10/13 | AJR | L430 | Prepare Motion in Limine To Exclude Evidence of Plaintiffs' Litigation Expenses for filing and file same | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482946
File No. 040540.000179
Claim/Client File No. 708378
Page 4

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/10/13 | AJR | L410 | Draft direct examination of Kyle Lucas | 2.8 | 798.00 |
| 01/10/13 | ABP | L450 | Plan and prepare for trial | 0.7 | 203.00 |
| 01/10/13 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding updated payoff statement, reinstatement calculation, updated loan history, and proposed Motion in Limine | 0.2 | 58.00 |
| 01/11/13 | JEM | L190 | Revise direct examination of corporate representative | 1.2 | 438.00 |
| 01/11/13 | JEM | L190 | Correspond with client regarding trial preparation | 0.4 | 146.00 |
| 01/11/13 | JEM | L190 | Prepare opening argument for trial | 0.7 | 255.50 |
| 01/11/13 | ABP | L450 | Plan and prepare for trial | 0.2 | 58.00 |
| 01/11/13 | ABP | L450 | Review correspondence exchanged with client Kyle Lucas regarding trial preparation | 0.1 | 29.00 |
| 01/11/13 | AJR | L110 | Emails with client regarding request for transaction history and reinstatement amount for trial | 0.1 | 28.50 |
| 01/12/13 | AJR | L410 | Draft direct examination of Frank Olson | 3.7 | 1,054.50 |
| 01/12/13 | AJR | L410 | Draft cross-examination of borrowers | 1.9 | 541.50 |
| 01/13/13 | AJR | L410 | Draft direct examination of Frank Olson | 0.5 | 142.50 |
| 01/14/13 | AJR | L160 | Analyze settlement strategy | 0.2 | 57.00 |
| 01/14/13 | AJR | L410 | Draft and revise direct examination of Frank Olson | 3.7 | 1,054.50 |
| 01/14/13 | AJR | L120 | Review and analyze Rockdale Citizen tearsheets and analyze differences in same and strategy for addressing same at trial | 1.3 | 370.50 |
| 01/14/13 | JEM | L120 | Analyze advertisements and notices sent and advise client on exposure estimate for judgment and attorneys fees | 2.3 | 839.50 |
| 01/14/13 | AJR | L410 | Draft cross examination of borrowers | 1.3 | 370.50 |
| 01/14/13 | ABP | L450 | Prepare for trial | 1.1 | 319.00 |
| 01/14/13 | MJW | L110 | Prepare trial exhibits | 2.7 | 742.50 |
| 01/14/13 | MJW | L110 | Analyze discovery responses | 1.6 | 440.00 |
| 01/15/13 | JEM | L450 | Prepare Frank Olson and Kyle Lucas for trial, including direct and cross-examination | 5.0 | 1,825.00 |
| 01/15/13 | JEM | L450 | Prepare cross-examination of Plaintiffs | 1.5 | 547.50 |
| 01/15/13 | JEM | L450 | Prepare opening and closing arguments | 3.5 | 1,277.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482946
File No. 040540.000179
Claim/Client File No. 708378
Page 5

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/15/13 | JEM | L450 | Prepare Motion in Limine argument | 1.5 | 547.50 |
| 01/15/13 | JEM | L450 | Prepare additional trial exhibits | 1.5 | 547.50 |
| 01/15/13 | JEM | L450 | Prepare Motion for Judgment as a matter of law under Rule 50 | 2.0 | 730.00 |
| 01/15/13 | AJR | L110 | Investigate original tearsheets of advertisements from Rockdale Citizen | 0.4 | 114.00 |
| 01/15/13 | ABP | L450 | Prepare for trial | 0.8 | 232.00 |
| 01/15/13 | MJW | L110 | Develop arguments for compliance with foreclosure statute | 2.3 | 632.50 |
| 01/15/13 | MJW | L110 | Analyze pleadings | 2.4 | 660.00 |
| 01/15/13 | AJR | L410 | Prepare and revise direct examinations of foreclosure counsel and client corporate representative | 5.1 | 1,453.50 |
| 01/15/13 | AJR | L410 | Prepare foreclosure counsel and client corporate representative for direction examinations at trial | 1.9 | 541.50 |
| 01/15/13 | AJR | L460 | Prepare exhibits for trial | 1.1 | 313.50 |
| 01/15/13 | AJR | L460 | Plan and prepare for trial | 4.2 | 1,197.00 |
| 01/16/13 | AJR | L450 | Attend bench trial | 4.6 | 1,311.00 |
| 01/16/13 | AJR | L450 | Telephone conference with client regarding outcomes of trial | 0.2 | 57.00 |
| 01/16/13 | JEM | L450 | Trial | 8.0 | 2,920.00 |
| 01/16/13 | ABP | L450 | Review trial report | 0.3 | 87.00 |
| 01/16/13 | ABP | L120 | Develop strategies regarding facts and arguments to include in Statement of Facts and Conclusions of Law to be submitted to Court | 0.3 | 87.00 |
| 01/16/13 | AJR | L120 | Analyze case strategy following trial and strategy for submitting proposed findings of fact and conclusions of law | 0.8 | 228.00 |
| 01/17/13 | AJR | L250 | Review and analyze court's minute entry regarding bench trial | 0.1 | 28.50 |
| 01/17/13 | JEM | L450 | Correspond with client regarding trial debriefing and settlement discussions | 0.3 | 109.50 |
| 01/17/13 | ABP | L120 | Develop strategies regarding facts and arguments to include in proposed Findings of Fact and Conclusion of Law to submit to Court | 0.3 | 87.00 |
| 01/17/13 | ABP | L450 | Prepare Findings of Fact and Conclusions of Law | 0.4 | 116.00 |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482946
File No. 040540.000179
Claim/Client File No. 708378
Page 6

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/22/13 | AJR | L460 | Draft and revise Proposed Findings of Fact and Conclusions of Law | 0.8 | 228.00 |
| 01/22/13 | MJW | L110 | Draft proposed findings | 2.1 | 577.50 |
| 01/23/13 | AJR | L460 | Draft and revise Proposed Findings of Fact and Conclusions of Law | 0.7 | 199.50 |
| 01/24/13 | AJR | L460 | Draft and revise Proposed Findings of Fact and Conclusions of Law | 6.2 | 1,767.00 |
| 01/25/13 | AJR | L460 | Revise Proposed Findings of Fact and Conclusions of Law and file same | 0.8 | 228.00 |
| 01/25/13 | AJR | L460 | Email to client regarding Proposed Findings of Fact and Conclusions of Law | 0.1 | 28.50 |
| 01/25/13 | AJR | L460 | Email to counsel for MERS regarding Proposed Findings of Fact and Conclusions of Law | 0.1 | 28.50 |
| 01/25/13 | AJR | L160 | Review and analyze plaintiffs' Profit & Loss Statement | 0.1 | 28.50 |
| 01/25/13 | AJR | L160 | Email to opposing counsel regarding plaintiffs' Profit & Loss Statement and submitting new financial package | 0.1 | 28.50 |
| 01/25/13 | AJR | L160 | Email to client regarding plaintiffs' Profit & Loss Statement and instruction to submit new financial package | 0.1 | 28.50 |
| 01/25/13 | JEM | L210 | Revise proposed Findings of Fact and Conclusions of Law | 2.8 | 1,022.00 |
| 01/27/13 | ABP | L210 | Review proposed Findings of Fact and Conclusions of Law | 0.2 | 58.00 |
| 01/30/13 | ABP | L210 | Review filed proposed Findings of Fact and Conclusions of Law | 0.3 | 87.00 |

Totals    127.5    38,883.50

IN ACCOUNT WITH

Invoice Date 02/28/13
Invoice Number 1482946
File No. 040540.000179
Claim/Client File No. 708378
Page 7

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JEM | Manning | Partner | 35.1 | 365.00 | 12,811.50 |
| ABP | Pittman | Associate | 8.4 | 290.00 | 2,436.00 |
| AJR | Reyes | Associate | 53.6 | 285.00 | 15,276.00 |
| MJW | Windham | Associate | 30.4 | 275.00 | 8,360.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|---|---|---|
| 01/18/13 | Airfare Costs – VENDOR: Manning, Jason; INVOICE#: 011813MANNING; DATE: 1/18/2013  -  01/15- Air travel | 374.60 |
| 01/18/13 | Hotel – VENDOR: Manning, Jason; INVOICE#: 011813MANNING; DATE: 1/18/2013  -  01/15- Hotel | 172.84 |
| 01/18/13 | Meals and Entertainment – VENDOR: Manning, Jason; INVOICE#: 011813MANNING; DATE: 1/18/2013  - 01/15- Meals | 19.32 |
| 01/18/13 | Taxi/Train/Parking – VENDOR: Manning, Jason; INVOICE#: 011813MANNING; DATE: 1/18/2013  - 01/15-01/16- Parking | 46.00 |
| | Total: | 612.76 |

Total Fees & Costs:    $39,496.26

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482946 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:    (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**                    $39,496.26

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**