# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Carol Bonello, Litigation Coordinator | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482948 |
| 190-FTW-L95 | File No. | 040540.000361 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735556 |

**RE:    (VA) advs. Zahedi, Bahman**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $2,411.00 |
| Costs and Expenses Through 01/31/13 | $174.70 |
| **Total Amount of This Invoice** | **$2,585.70** |

IN ACCOUNT WITH

T ROUTMAN  S ANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482948
File No. 040540.000361
Claim/Client File No. 735556
Page 2

Ally Financial

(VA) advs. Zahedi, Bahman

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | CMS | L210 | Travel to and from Loudoun County General District Court to review court's file and obtain copies of pleadings requesting dismissal of case | 1.3 | 234.00 |
| 01/03/13 | MR | L210 | Telephone call with Plaintiff regarding claim against Ally | 0.3 | 90.00 |
| 01/03/13 | JEM | L120 | Revise status update with report to client | 0.3 | 109.50 |
| 01/03/13 | EGO | L190 | Analyze documents provided by Plaintiff regarding credit reporting claims | 0.2 | 53.00 |
| 01/03/13 | EGO | L190 | Prepare correspondence to Carol Bonello regarding conversation with and credit reporting claims of Plaintiff | 0.2 | 53.00 |
| 01/03/13 | EGO | L190 | Prepare status update to Carol Bonello | 0.2 | 53.00 |
| 01/14/13 | CMS | L310 | Review court's docket to confirm all cases were dismissed and provide update to attorney regarding one case continued | 0.5 | 90.00 |
| 01/15/13 | MR | L210 | Prepare for hearing on Motion to Dismiss | 1.0 | 300.00 |
| 01/15/13 | MR | L210 | Telephone call with Bahman Zahedi regarding claims | 0.3 | 90.00 |
| 01/16/13 | MR | L210 | Appear in Loudoun County General District Court for return date and hearing on Motion to Dismiss | 3.8 | 1,140.00 |
| 01/16/13 | CMS | L210 | Review results from Warrant in Debt hearing and outline appropriate response for alias return | 0.2 | 36.00 |
| 01/16/13 | EGO | L190 | Prepare status update to Carol Bonello | 0.2 | 53.00 |
| 01/17/13 | JEM | L120 | Revise client update | 0.3 | 109.50 |

|  |  |  |  | Totals | 8.8 | 2,411.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482948
File No. 040540.000361
Claim/Client File No. 735556
Page 3

Ally Financial

(VA) advs. Zahedi, Bahman

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|----------|
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| EGO | Ostroff | Associate | 0.8 | 265.00 | 212.00 |
| MR | Reza | Associate | 5.4 | 300.00 | 1,620.00 |
| CMS | Sherman | Paralegal | 2.0 | 180.00 | 360.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 01/16/13 | Outside Courier Services – VENDOR: Lasership, Inc.; INVOICE#: 120142221231; DATE: 12/31/2012  -  Courier services for Chelsea Sherman on 12/28/2012 | 52.43 |
| 01/16/13 | Outside Courier Services – VENDOR: Lasership, Inc.; INVOICE#: 120142221231; DATE: 12/31/2012  -  Courier services for Chelsea Sherman on 12/28/2012 | 52.54 |
| 01/07/13 | Personal Car Mileage – VENDOR: Sherman , Chelsea; INVOICE#: 010713ASHERMAN; DATE: 1/7/2013  -  01/02- 1/2 Mileage to Loudoun D.t Ct to review ct's file and copies of pleadings | 15.76 |
| 01/17/13 | Personal Car Mileage – VENDOR: Reza, Syed Mohsin; INVOICE#: 011713REZA; DATE: 1/17/2013  -  01/16- Mileage for hearing at Loudoun County | 33.67 |
| 01/07/13 | Taxi/Train/Parking – VENDOR: Sherman , Chelsea; INVOICE#: 010713ASHERMAN; DATE: 1/7/2013  -  01/02- 1/2 Tolls | 7.55 |
| 01/17/13 | Taxi/Train/Parking – VENDOR: Reza, Syed Mohsin; INVOICE#: 011713REZA; DATE: 1/17/2013  -  01/16- Tolls for hearing at Loudoun County | 12.75 |
| | Total: | 174.70 |

Total Fees & Costs: $2,585.70

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Carol Bonello, Litigation Coordinator
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482948 |
| File No. | 040540.000361 |
| Claim/Client File No. | 735556 |

RE:    (VA) advs. Zahedi, Bahman

**Total Amount of This Invoice**            $2,585.70

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482949 |
| 190-FTW-L95 | File No. | 040540.000360 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735663 |

**RE:    (GA) advs. Laborde, Sheldon**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $6,283.50 |
| Costs and Expenses Through 01/31/13 | $133.52 |
| **Total Amount of This Invoice** | **$6,417.02** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482949
File No. 040540.000360
Claim/Client File No. 735663
Page 2

Ally Financial

(GA) advs. Laborde, Sheldon

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/02/13 | AJR | L110 | Email to foreclosure counsel to request foreclosure file | 0.1 | 28.50 |
| 01/02/13 | AJR | L210 | Review and analyze complaint | 0.5 | 142.50 |
| 01/02/13 | AJR | L190 | Draft case assessment | 0.2 | 57.00 |
| 01/04/13 | ABP | L210 | Analyze and review Summons, Complaint and pleadings | 0.6 | 174.00 |
| 01/04/13 | ABP | L120 | Develop removal and defensive strategies | 0.2 | 58.00 |
| 01/04/13 | ABP | L120 | Plan and prepare for removal of case to Federal Court | 0.1 | 29.00 |
| 01/07/13 | AJR | L110 | Email to foreclosure counsel to request foreclosure file | 0.1 | 28.50 |
| 01/07/13 | AJR | L120 | Analyze case strategy | 0.1 | 28.50 |
| 01/08/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding whether to continue REO hold on property | 0.3 | 87.00 |
| 01/08/13 | ABP | L120 | Develop strategies whether client needs to retain REO hold on property | 0.3 | 87.00 |
| 01/08/13 | AJR | L120 | Email to client regarding case strategy | 0.2 | 57.00 |
| 01/09/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding loan modification denial letter sent to Plaintiff | 0.1 | 29.00 |
| 01/09/13 | ABP | L120 | Develop litigation and defensive strategies | 0.4 | 116.00 |
| 01/10/13 | JEM | L190 | Revise analysis of new Complaint and recommendation to client | 0.3 | 109.50 |
| 01/10/13 | AJR | L120 | Analyze strategy for case and for whether sale should go forward | 0.4 | 114.00 |
| 01/10/13 | ABP | L110 | Review lis pendens filed by plaintiff | 0.1 | 29.00 |
| 01/10/13 | ABP | L110 | Analyze and review foreclosure file received from foreclosure counsel | 0.7 | 203.00 |
| 01/10/13 | ABP | L110 | Analyze and review fact package received from client | 1.1 | 319.00 |
| 01/10/13 | ABP | L110 | Review correspondence exchanged with eviction counsel regarding case status | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482949
File No. 040540.000360
Claim/Client File No. 735663
Page 3

Ally Financial

(GA) advs. Laborde, Sheldon

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/10/13 | ABP | L120 | Prepare case assessment | 0.9 | 261.00 |
| 01/10/13 | ABP | L120 | Develop strategies regarding whether client may proceed with planned sale of property | 0.4 | 116.00 |
| 01/10/13 | ABP | L120 | Develop exposure analysis to plaintiff's claims for wrongful foreclosure | 0.7 | 203.00 |
| 01/10/13 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding proposed sale of property | 0.3 | 87.00 |
| 01/10/13 | AJR | L120 | Emails with client regarding background of case and fact package | 0.3 | 85.50 |
| 01/22/13 | AJR | L110 | Email to client to inquire about possession of note at time of foreclosure sale | 0.1 | 28.50 |
| 01/22/13 | AJR | L210 | Draft Notice of Removal, state court Removal Notice, and removal cover sheet, and prepare and file same | 2.1 | 598.50 |
| 01/22/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/22/13 | ABP | L120 | Develop removal and litigation strategies | 0.3 | 87.00 |
| 01/22/13 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding identity of Noteholder | 0.2 | 58.00 |
| 01/22/13 | ABP | L210 | Revise Notice of Removal and removal pleadings | 1.5 | 435.00 |
| 01/22/13 | AJR | L110 | Email to client to inquire about possession of note at time of foreclosure sale | 0.1 | 28.50 |
| 01/25/13 | AJR | L210 | Review and analyze stamped filed copy of Notice of Removal | 0.1 | 28.50 |
| 01/27/13 | AJR | L110 | Email to client to request original note in support of Motion to Dismiss | 0.1 | 28.50 |
| 01/27/13 | AJR | L240 | Draft Motion to Dismiss | 0.7 | 199.50 |
| 01/29/13 | AJR | L110 | Telephone conference with dispossessory counsel regarding status of dispossessory action | 0.1 | 28.50 |
| 01/29/13 | AJR | L110 | Review and analyze dispossessory pleadings received from dispossessory counsel | 0.1 | 28.50 |
| 01/29/13 | AJR | L240 | Email to client regarding draft of Motion to Dismiss | 0.1 | 28.50 |
| 01/29/13 | AJR | L240 | Draft Motion to Dismiss | 6.1 | 1,738.50 |
| 01/29/13 | AJR | L240 | Email to client regarding draft of Motion to Dismiss | 0.1 | 28.50 |
| 01/29/13 | AJR | L190 | Update case tasks and calendar case new case deadlines | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482949
File No. 040540.000360
Claim/Client File No. 735663
Page 4

Ally Financial

(GA) advs. Laborde, Sheldon

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/29/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding filed Motion to Dismiss | 0.1 | 29.00 |
| 01/29/13 | ABP | L210 | Review filed Motion to Dismiss | 0.2 | 58.00 |
| 01/29/13 | ABP | L120 | Develop litigation and defensive strategies | 0.3 | 87.00 |
| 01/30/13 | AJR | L240 | Draft correspondence to opposing counsel regarding removal and filing of Motion to Dismiss | 0.2 | 57.00 |
| 01/30/13 | ABP | L120 | Develop discovery and litigation strategies | 0.3 | 87.00 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |

|  |  | Totals | 21.8 | 6,283.50 |
|--|--|--------|------|----------|

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 9.3 | 290.00 | 2,697.00 |
| AJR | Reyes | Associate | 12.2 | 285.00 | 3,477.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/13 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 273082 DATE: 1/25/2013 Date: 01/22/2013; Job Code: REYES; To: GWINNETT SUPERIOR CT. | 133.52 |

| | Total: | 133.52 |
|--|--------|--------|

| | Total Fees & Costs: | $6,417.02 |
|--|---------------------|-----------|

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482949 |
| File No. | 040540.000360 |
| Claim/Client File No. | 735663 |

RE:    (GA) advs. Laborde, Sheldon

**Total Amount of This Invoice**                    $6,417.02

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482950 |
| 190-FTW-L95 | File No. | 040540.000357 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735411 |

**RE:    (GA) advs. Barber, Jacqueline**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $11,103.00 |
| Costs and Expenses Through 01/31/13 | $592.77 |
| **Total Amount of This Invoice** | **$11,695.77** |

Invoice Date 02/28/13
Invoice Number 1482950
File No. 040540.000357
Claim/Client File No. 735411
Page 2

Ally Financial

(GA) advs. Barber, Jacqueline

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/05/13 | AJR | L110 | Review and analyze fact package | 0.3 | 85.50 |
| 01/05/13 | AJR | L240 | Outline and draft Motion to Dismiss | 1.6 | 456.00 |
| 01/07/13 | ABP | L120 | Develop strategies concerning arguments to include in support of Motion to Dismiss Plaintiff's Complaint | 0.3 | 87.00 |
| 01/07/13 | ABP | L120 | Develop strategies for arguments to include in Brief in Response to Plaintiff's Motion for Temporary Restraining Order | 0.4 | 116.00 |
| 01/07/13 | ABP | L210 | Review correspondence exchanged with client Joe Nguyen regarding planned Motion to Dismiss and Brief in Response to Plaintiff's Motion for Temporary Restraining Order | 0.1 | 29.00 |
| 01/07/13 | AJR | L240 | Draft Motion to Dismiss | 4.5 | 1,282.50 |
| 01/07/13 | AJR | L210 | Review and analyze Plaintiff's Amended Motion for Emergency TRO and/or Preliminary Injunction | 0.8 | 228.00 |
| 01/07/13 | AJR | L120 | Analyze strategy for responding to Plaintiff's Amended Motion for Emergency TRO and/or Preliminary Injunction | 1.0 | 285.00 |
| 01/08/13 | ABP | L210 | Review correspondence exchanged with client Joe Nguyen regarding draft Motion to Dismiss and Memorandum in Support | 0.2 | 58.00 |
| 01/08/13 | ABP | L210 | Revise Memorandum in Support of Motion to Dismiss | 0.8 | 232.00 |
| 01/08/13 | ABP | L210 | Revise Response Brief to Plaintiff's Motion for Temporary Restraining Order | 0.7 | 203.00 |
| 01/08/13 | AJR | L190 | Emails with dispossessory counsel regarding status of dispossessory appeal | 0.2 | 57.00 |
| 01/08/13 | AJR | L120 | Legal research regarding Anti-Injunction Act and Rooker Feldman doctrine and exceptions to same and analyze applicability to case | 1.2 | 342.00 |
| 01/08/13 | AJR | L240 | Draft Motion to Dismiss | 2.9 | 826.50 |
| 01/08/13 | AJR | L210 | Draft Response in Opposition to Plaintiff's Motion for Emergency Temporary Restraining Order and/or Preliminary Injunction | 4.4 | 1,254.00 |
| 01/09/13 | ABP | L210 | Review correspondence exchanged with Joe | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482950
File No. 040540.000357
Claim/Client File No. 735411
Page 3

Ally Financial

(GA) advs. Barber, Jacqueline

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | Nguyen regarding draft Memorandum in Support of Motion to Dismiss and Brief in Response to Plaintiff's Motion for Temporary Restraining Order | | |
| 01/09/13 | ABP | L210 | Review client revisions to draft Memorandum in Support of Motion to Dismiss and Brief in Response to Plaintiff's Motion for Temporary Restraining Order | 0.3 | 87.00 |
| 01/09/13 | ABP | L210 | Revise Memorandum in Support of Motion to Dismiss | 0.4 | 116.00 |
| 01/09/13 | ABP | L210 | Revise Brief in Response to Plaintiff's Motion for Temporary Restraining Order | 0.4 | 116.00 |
| 01/09/13 | ABP | L120 | Develop strategies regarding inclusion of Colorado and Younger Abstention Doctrines in defense of Plaintiff's claims | 0.2 | 58.00 |
| 01/09/13 | ABP | L210 | Analyze and review Plaintiff's Amended Motion for Temporary Restraining Order filed in Federal Court | 0.4 | 116.00 |
| 01/09/13 | ABP | L120 | Develop strategies in defense of Plaintiff's Amended Motion for Temporary Restraining Order | 0.2 | 58.00 |
| 01/09/13 | AJR | L240 | Revise Motion to Dismiss and Response in Opposition to Plaintiff's Motions for Emergency TRO and/or Preliminary Injunction | 1.1 | 313.50 |
| 01/09/13 | AJR | L120 | Analyze applicability of Colorado River abstention | 0.3 | 85.50 |
| 01/09/13 | AJR | L120 | Email to counsel for MERS regarding case strategy | 0.2 | 57.00 |
| 01/10/13 | JEM | L190 | Revise Argument for Dismissal of Complaint | 0.4 | 146.00 |
| 01/10/13 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding proposed Motion to Dismiss and Brief in Response to Plaintiff's Motion for Temporary Restraining Order | 0.3 | 87.00 |
| 01/10/13 | ABP | L210 | Revise Brief in Response to Plaintiff's Motion for Temporary Restraining Order | 1.3 | 377.00 |
| 01/10/13 | ABP | L160 | Review correspondence exchanged with client Joe Nguyen and eviction counsel Josh Huckaby regarding status of settlement discussions with opposing counsel | 0.2 | 58.00 |
| 01/10/13 | ABP | L210 | Correspond with client Joe Nguyen regarding revisions to Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order | 0.2 | 58.00 |
| 01/10/13 | AJR | L120 | Telephone conference and emails with counsel for MERS regarding case strategy in light of particular | 0.8 | 228.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482950
File No. 040540.000357
Claim/Client File No. 735411
Page 4

Ally Financial

(GA) advs. Barber, Jacqueline

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | issues surrounding execution of assignments and MERS corporate resolutions | | |
| 01/10/13 | AJR | L240 | Revise Motion to Dismiss and Response in Opposition to Plaintiff's Motions for Emergency TRO and/or Preliminary Injunction | 4.9 | 1,396.50 |
| 01/10/13 | AJR | L240 | Email to and telephone conference with client regarding Motion to Dismiss and Response in Opposition to Plaintiff's Motions for Emergency TRO and/or Preliminary Injunction | 0.3 | 85.50 |
| 01/11/13 | ABP | L210 | Review filed Motion to Dismiss and filed Brief in Response to Plaintiff's Temporary Restraining Order | 0.1 | 29.00 |
| 01/11/13 | ABP | L210 | Review correspondence exchanged with client Joe Nguyen regarding filed Motion to Dismiss and Brief in Response to Plaintiff's Motion for Temporary Restraining Order | 0.1 | 29.00 |
| 01/11/13 | ABP | L120 | Develop litigation and discovery strategies | 0.2 | 58.00 |
| 01/11/13 | AJR | L210 | Email to client regarding stamped filed copies of Motion to Dismiss and Response in Opposition to Plaintiff's Motion for Emergency Temporary Restraining Order and/or Preliminary Injunction | 0.1 | 28.50 |
| 01/11/13 | AJR | L240 | Revise Motion to Dismiss and draft Corporate Disclosure Statement and file same | 1.6 | 456.00 |
| 01/11/13 | AJR | L120 | Legal research regarding whether MERS is a debt collector under the FDCPA | 0.4 | 114.00 |
| 01/14/13 | AJR | L160 | Emails with client regarding settlement demand and dispossessory appeal | 0.2 | 57.00 |
| 01/17/13 | AJR | L210 | Review and analyze notice of court's approval of Application for Admission Pro Hac Vice of Jason Manning | 0.1 | 28.50 |
| 01/22/13 | AJR | L240 | Review and analyze America's Servicing Company's Motion to Dismiss | 0.5 | 142.50 |
| 01/22/13 | AJR | L240 | Email to client regarding America's Servicing Company's Motion to Dismiss | 0.1 | 28.50 |
| 01/22/13 | AJR | L210 | Email to counsel for MERS regarding stamped filed copies of Motion to Dismiss and Response in Opposition to Plaintiff's Motion for Emergency Temporary Restraining Order and/or Preliminary Injunction | 0.1 | 28.50 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482950
File No. 040540.000357
Claim/Client File No. 735411
Page 5

Ally Financial

(GA) advs. Barber, Jacqueline

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/29/13 | AJR | L120 | Review and analyze Plaintiff's Amended Complaint | 0.3 | 85.50 |
| 01/29/13 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 01/30/13 | AJR | L210 | Review and analyze Amended Complaint | 0.7 | 199.50 |
| 01/30/13 | AJR | L120 | Analyze case strategy in light of Plaintiff's Amended Complaint | 0.8 | 228.00 |
| 01/30/13 | AJR | L120 | Email to client regarding case strategy in light of Plaintiff's Amended Complaint | 0.3 | 85.50 |
| 01/30/13 | ABP | L210 | Review correspondence exchanged with client Joe Nguyen regarding filing of plaintiff's Amended Complaint | 0.1 | 29.00 |
| 01/30/13 | ABP | L210 | Develop strategies in response to Amended Complaint filed by plaintiff | 0.1 | 29.00 |
| 01/30/13 | ABP | L160 | Monitor status of settlement discussions with opposing counsel | 0.1 | 29.00 |
| 01/30/13 | ABP | L210 | Review Amended Complaint filed by plaintiff | 0.2 | 58.00 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |
| 01/31/13 | AJR | L160 | Review correspondence with dispossessory counsel and client regarding status of settlement negotiations | 0.1 | 28.50 |
| 01/31/13 | ABP | L160 | Exchange correspondence with client Joe Nguyen and eviction counsel regarding settlement negotiations with Plaintiff | 0.2 | 58.00 |
| 01/31/13 | ABP | L120 | Develop strategies in response to Plaintiff's Amended Complaint | 0.3 | 87.00 |

| | | | Totals | 38.7 | 11,103.00 |
|---|---|---|--------|------|-----------|

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| ABP | Pittman | Associate | 8.3 | 290.00 | 2,407.00 |
| AJR | Reyes | Associate | 30.0 | 285.00 | 8,550.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482950
File No. 040540.000357
Claim/Client File No. 735411
Page 6

Ally Financial

(GA) advs. Barber, Jacqueline

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 01/17/13 | Filing Fees – VENDOR: American Express INVOICE#: 12312012 DATE: 12/31/2012  Date:12/18/2012 Merchant:CARD ACQUIRING SERVICE FM Description:Filing Fee; Ck# 584732 | 350.00 |
| 01/02/13 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 272549 DATE: 12/21/2012  Date: 12/18/2012; Job Code: REYES; To: FAYETTE SUPERIOR COURT | 242.77 |

Total: 592.77

Total Fees & Costs: $11,695.77

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482950 |
| File No. | 040540.000357 |
| Claim/Client File No. | 735411 |

RE:    (GA) advs. Barber, Jacqueline

**Total Amount of This Invoice**          $11,695.77

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482951 |
| 190-FTW-L95 | File No. | 040540.000350 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734869 |

**RE:    (GA) advs. Brantley, Lillian F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $4,344.50 |
| Costs and Expenses Through 01/31/13 | $121.38 |
| **Total Amount of This Invoice** | **$4,465.88** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482951
File No. 040540.000350
Claim/Client File No. 734869
Page 2

Ally Financial

(GA) advs. Brantley, Lillian F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/02/13 | AJR | L210 | Email to client regarding stamped filed copy of Notice of Removal | 0.1 | 28.50 |
| 01/02/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/02/13 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding filed Notice of Removal and contemplated Motion to Dismiss | 0.1 | 29.00 |
| 01/02/13 | ABP | L120 | Develop litigation and discovery strategies | 0.3 | 87.00 |
| 01/02/13 | ABP | L120 | Develop settlement strategies | 0.2 | 58.00 |
| 01/03/13 | AJR | L110 | Review and analyze fact package | 0.6 | 171.00 |
| 01/03/13 | AJR | L110 | Email to client to request fact package | 0.1 | 28.50 |
| 01/03/13 | AJR | L240 | Draft Motion to Dismiss | 4.8 | 1,368.00 |
| 01/04/13 | AJR | L240 | Draft Motion to Dismiss | 2.9 | 826.50 |
| 01/04/13 | AJR | L240 | Email to client regarding draft of Motion to Dismiss | 0.1 | 28.50 |
| 01/06/13 | AJR | L240 | Revise Motion to Dismiss | 0.2 | 57.00 |
| 01/07/13 | AJR | L240 | Email stamped filed copy of Motion to Dismiss to client | 0.1 | 28.50 |
| 01/07/13 | AJR | L190 | Update calendar and case tasks | 0.1 | 28.50 |
| 01/07/13 | AJR | L210 | Draft Corporate Disclosure Statement | 0.9 | 256.50 |
| 01/07/13 | AJR | L240 | Prepare and file Motion to Dismiss and Corporate Disclosure Statement | 0.2 | 57.00 |
| 01/22/13 | AJR | L120 | Review and analyze Plaintiff's Motion to Submit Funds Into Registry of Court and analyze strategy for responding to same | 0.2 | 57.00 |
| 01/22/13 | AJR | L120 | Analyze strategy for responding to Plaintiff's Motion to Submit Funds Into Registry of Court | 0.2 | 57.00 |
| 01/22/13 | ABP | L110 | Analyze plaintiff's Motion to Submit Funds to Federal Court Registry | 0.2 | 58.00 |
| 01/22/13 | ABP | L120 | Develop strategies in response to plaintiff's Motion to Submit Funds to Federal Court Registry | 0.2 | 58.00 |
| 01/23/13 | ABP | L210 | Prepare response to Plaintiff's Motion to Submit Payment to Federal Court Registry | 0.4 | 116.00 |
| 01/24/13 | AJR | L240 | Review and analyze court's notice of submission of | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482951
File No. 040540.000350
Claim/Client File No. 734869
Page 3

Ally Financial

(GA) advs. Brantley, Lillian F.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Motion to Dismiss to judge | | |
| 01/28/13 | AJR | L210 | Draft Response to Plaintiff's Motion to Submit Funds into Registry of Court and file same | 1.2 | 342.00 |
| 01/28/13 | AJR | L210 | Review and analyze Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss | 0.2 | 57.00 |
| 01/28/13 | AJR | L190 | Emails with opposing counsel regarding request for additional time to respond to Defendant's Motion to Dismiss and regarding consent for Plaintiff to submit funds into registry of court | 0.3 | 85.50 |
| 01/28/13 | ABP | L210 | Develop strategies in response to plaintiff's request for extension of time to respond to Motion to Dismiss | 0.2 | 58.00 |
| 01/28/13 | ABP | L120 | Develop litigation and discovery strategies | 0.1 | 29.00 |
| 01/28/13 | ABP | L310 | Prepare discovery to plaintiff | 0.2 | 58.00 |
| 01/29/13 | AJR | L210 | Review and analyze Supplement to Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss | 0.1 | 28.50 |
| 01/29/13 | ABP | L120 | Develop litigation and defensive strategies | 0.3 | 87.00 |
| 01/30/13 | ABP | L120 | Develop litigation and discovery strategies | 0.3 | 87.00 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |

Totals    15.2    4,344.50

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 2.5 | 290.00 | 725.00 |
| AJR | Reyes | Associate | 12.7 | 285.00 | 3,619.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 02/28/13
Invoice Number 1482951
File No. 040540.000350
Claim/Client File No. 734869
Page 4

Ally Financial

(GA) advs. Brantley, Lillian F.

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 01/10/13 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 272753 DATE: 1/4/2013 <br> Date: 12/31/2012; Job Code: REYES; To: ROCKDALE CO SUP COURT | 121.38 |

Total: 121.38

Total Fees & Costs: $4,465.88

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482951 |
| File No. | 040540.000350 |
| Claim/Client File No. | 734869 |

RE:    (GA) advs. Brantley, Lillian F.

**Total Amount of This Invoice**               $4,465.88

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 02/28/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1482955 |
| 190-FTW-L95 | File No. | 040540.000347 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734339 |

**RE:   (GA) O'Dell, Fay R., Estate of
0541423505 - GA**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $4,869.00 |
| Costs and Expenses Through 01/31/13 | $364.80 |
| **Total Amount of This Invoice** | **$5,233.80** |