IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482955
File No. 040540.000347
Claim/Client File No. 734339
Page 2

Ally Financial
(GA) O'Dell, Fay R., Estate of

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/02/13 | AJR | Review and analyze Plaintiff's Response to Defendants' Motion to Dismiss | 0.4 | 114.00 |
| 01/02/13 | AJR | Emails with client regarding Plaintiffs' Response to Defendant's Motion to Dismiss and regarding strategy for countering plaintiffs' settlement demand | 0.3 | 85.50 |
| 01/02/13 | AJR | Analyze strategy for Reply Brief in Support of Motion to Dismiss | 0.5 | 142.50 |
| 01/04/13 | MJW | Draft Motion to Dismiss reply brief | 4.0 | 1,100.00 |
| 01/07/13 | MJW | Analyze case law regarding standing to contest foreclosure | 1.1 | 302.50 |
| 01/07/13 | MJW | Analyze case law regarding standing to raise breach of contract claim | 0.8 | 220.00 |
| 01/07/13 | MJW | Research case law regarding judicial notice of judgments | 1.4 | 385.00 |
| 01/07/13 | MJW | Review case law regarding automatic stay violation | 1.3 | 357.50 |
| 01/07/13 | MJW | Review case law regarding fraud | 0.6 | 165.00 |
| 01/07/13 | MJW | Analyze case law regarding slander of title defense | 0.7 | 192.50 |
| 01/07/13 | MJW | Review case law regarding emotional distress damages for wrongful foreclosure | 0.8 | 220.00 |
| 01/07/13 | MJW | Analyze terms of consent judgment regarding GMAC and state attorneys general | 0.8 | 220.00 |
| 01/08/13 | MJW | Draft Motion to Dismiss reply brief | 1.1 | 302.50 |
| 01/09/13 | MJW | Revise Motion to Dismiss reply brief | 2.1 | 577.50 |
| 01/14/13 | AJR | Revise Reply Brief in support of Motion to Dismiss | 1.6 | 456.00 |
| 01/15/13 | AJR | Email to client regarding stamped filed copy of Reply Brief in Support of Motion to Dismiss | 0.1 | 28.50 |
| | | Totals | 17.6 | 4,869.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJR | Reyes | Associate | 2.9 | 285.00 | 826.50 |
| MJW | Windham | Associate | 14.7 | 275.00 | 4,042.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482955
File No. 040540.000347
Claim/Client File No. 734339
Page 3

Ally Financial
(GA) O'Dell, Fay R., Estate of

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|---|---|---|
| 01/17/13 | Filing Fees – VENDOR: American Express INVOICE#: 12312012 DATE: 12/31/2012  Date:12/07/2012 Merchant:CARD ACQUIRING SERVICE FM Description:Filing Fees; Ck# 584732 | 350.00 |
| 01/10/13 | Professional Services – VENDOR: Pacer Service Center INVOICE#: 12312012 DATE: 12/31/2012 Professional Services | 14.80 |
| | Total: | 364.80 |
| | Total Fees & Costs: | $5,233.80 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---:|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482955 |
| File No. | 040540.000347 |
| Claim/Client File No. | 734339 |

RE:    (GA) O'Dell, Fay R., Estate of
       0541423505 - GA

**Total Amount of This Invoice**            $5,233.80

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date: 02/28/13 |
| Attn: Katie Dutill | Submitted by: J C Lynch |
| One Meridian Crossings | Direct Dial: 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.: 1482956 |
| | File No.: 040540.000344 |
| | Claim/Client File No.: 733088 |

**RE:** (GA) Owens, Terrence (2)

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $258.00 |
| Costs and Expenses Through 01/31/13 | $43.89 |
| **Total Amount of This Invoice** | **$301.89** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 02/28/13
Invoice Number 1482956
File No. 040540.000344
Claim/Client File No. 733088
Page 2

GMAC ResCap
(GA) Owens, Terrence (2)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/03/13 | AJR | L510 | Email to client regarding Appellant's Reply Brief | 0.1 | 28.50 |
| 01/03/13 | AJR | L510 | Review and analyze notice from court regarding summary of argument and Appellant's Reply Brief | 0.4 | 114.00 |
| 01/30/13 | ABP | L120 | Monitor status of stay of litigation in State Court | 0.1 | 29.00 |
| 01/30/13 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 01/30/13 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| | | | Totals | 0.9 | 258.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|---|---|---|
| 01/02/13 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 272549 DATE: 12/21/2012<br>Date: 12/17/2012; Job Code: REYES; To: 11 CIR. COURT | 43.89 |
| | Total: | 43.89 |
| | Total Fees & Costs: | $301.89 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 02/28/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482956 |
| File No. | 040540.000344 |
| Claim/Client File No. | 733088 |

RE:    (GA) Owens, Terrence (2)

**Total Amount of This Invoice**                                            $301.89

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**