# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by |
| One Meridian Crossings | Direct Dial |
| Minneapolis, MN 55423 | Invoice No. |
| | File No. |
| | Claim/Client File No. |

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

Invoice Date           04/16/13
Submitted by           J C Lynch
Direct Dial            757-687-7765
Invoice No.            1477269
File No.               040540.000234
Claim/Client File No.       712768

RE:    (WV) Curry, Lyndol A.

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $1,368.00 |
| Costs and Expenses Through 12/31/12 | $332.43 |
| **Total Amount of This Invoice** | **$1,700.43** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1477269
File No. 040540.000234
Claim/Client File No. 712768
Page 2

GMAC ResCap

(WV) Curry, Lyndol A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/11/12 | JEM | L450 | Attend hearing on stay order and entry of Scheduling Order | 2.4 | 876.00 |
| 12/11/12 | JEM | L160 | Negotiate settlement with opposing counsel | 1.2 | 438.00 |
| 12/31/12 | LKC | L160 | Prepare correspondence to client regarding case status pertaining to stay and new scheduling order | 0.3 | 54.00 |
| | | | Totals | 3.9 | 1,368.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.3 | 180.00 | 54.00 |
| JEM | Manning | Partner | 3.6 | 365.00 | 1,314.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1477269
File No. 040540.000234
Claim/Client File No. 712768
Page 3

GMAC ResCap

(WV) Curry, Lyndol A.

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/12**

| Date | Description | Amount |
|------|-------------|-------:|
| 12/27/12 | Airfare Costs – VENDOR: Manning, Jason; INVOICE#: 122712AMANNING; DATE: 12/27/2012  -  12/10- Air travel | 95.00 |
| 12/27/12 | Airfare Costs – VENDOR: Manning, Jason; INVOICE#: 122712AMANNING; DATE: 12/27/2012  -  12/10- Air travel | 95.00 |
| 12/27/12 | Airfare Costs – VENDOR: Manning, Jason; INVOICE#: 122712AMANNING; DATE: 12/27/2012  -  12/10- Air travel | 78.73 |
| 12/27/12 | Hotel – VENDOR: Manning, Jason; INVOICE#: 122712AMANNING; DATE: 12/27/2012  -  12/10-  Hotel | 46.70 |
| 12/27/12 | Meals and Entertainment – VENDOR: Manning, Jason; INVOICE#: 122712AMANNING; DATE: 12/27/2012  - 12/10- Meals (Dinner and lunch) | 11.00 |
| 12/27/12 | Taxi/Train/Parking – VENDOR: Manning, Jason; INVOICE#: 122712AMANNING; DATE: 12/27/2012  - 12/10-  Parking ($4.00 no receipt) | 6.00 |
| | Total: | 332.43 |

Total Fees & Costs:    $1,700.43

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1477269 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

RE:    (WV) Curry, Lyndol A.

**Total Amount of This Invoice**              $1,700.43

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1477270 |
| | File No. | 040540.000319 |
| | Claim/Client File No. | 728476 |

**RE:    (GA) Madriz – Forfeiture Action**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/12 | $289.00 |
| Costs and Expenses Through 12/31/12 | $125.00 |
| **Total Amount of This Invoice** | **$414.00** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1477270
File No. 040540.000319
Claim/Client File No. 728476
Page 2

GMAC ResCap

(GA) Madriz – Forfeiture Action

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/10/12 | AJR | L190 | Email with AUSA Stan Ragsdale regarding status of notice in civil forfeiture action | 0.1 | 28.50 |
| 12/10/12 | AJR | L190 | Email to client regarding status of action in light of update from AUSA Stan Ragsdale | 0.1 | 28.50 |
| 12/18/12 | ABP | L160 | Monitor settlement discussions with opposing counsel | 0.1 | 29.00 |
| 12/19/12 | ABP | L120 | Update case status for client | 0.3 | 87.00 |
| 12/27/12 | ABP | L120 | Review case status report | 0.2 | 58.00 |
| 12/28/12 | ABP | L120 | Revise case status and assessment for client | 0.2 | 58.00 |
| | | | Totals | 1.0 | 289.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 12/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.8 | 290.00 | 232.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/12

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/12 | Associate Counsel Fees & Expenses – VENDOR: Finkel Law Firm LLC; INVOICE#: 177954; DATE: 12/18/2012  - Associate counsel fees/expenses | 125.00 |
| | Total: | 125.00 |
| | Total Fees & Costs: | $414.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1477270 |
| File No. | 040540.000319 |
| Claim/Client File No. | 728476 |

RE:     (GA) Madriz – Forfeiture Action

**Total Amount of This Invoice**          $414.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482874 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:    advs. Irvin, Valerie**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $10,891.50 |
| **Total Amount of This Invoice** | **$10,891.50** |

IN ACCOUNT WITH

Invoice Date 04/16/13
Invoice Number 1482874
File No. 040540.000326
Claim/Client File No. 729296
Page 2

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

GMAC ResCap

advs. Irvin, Valerie

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/04/13 | LKC | L310 | Analysis of local rules to file objections to discovery requests | 0.4 | 72.00 |
| 01/04/13 | LKC | L310 | Prepare objections and responses to Interrogatories and Requests for Production of Documents | 0.5 | 90.00 |
| 01/04/13 | EGO | L190 | Prepare correspondence to Jennifer Scoliard regarding status and strategy | 0.3 | 79.50 |
| 01/07/13 | LKC | L350 | Prepare for hearing on Rule 2004 motion | 0.8 | 144.00 |
| 01/08/13 | LKC | L310 | Prepare Objections to Interrogatories and Requests for Production of Documents | 0.7 | 126.00 |
| 01/08/13 | EGO | L190 | Prepare for hearing on Motion for Rule 2004 Examination | 1.7 | 450.50 |
| 01/09/13 | EGO | L190 | Attend hearing on Motion for Rule 2004 Examination | 4.9 | 1,298.50 |
| 01/10/13 | EGO | L190 | Draft Objections to Borrower's Requests for Production of Documents | 1.2 | 318.00 |
| 01/10/13 | EGO | L190 | Draft Objections to Debtor's First Set of Interrogatories | 1.0 | 265.00 |
| 01/11/13 | LKC | L310 | Prepare Objections to Interrogatories and Requests for Production of Documents | 0.2 | 36.00 |
| 01/11/13 | EGO | L190 | Draft Order granting Motion for Rule 2004 Examination | 0.2 | 53.00 |
| 01/11/13 | EGO | L190 | Prepare status update to Jennifer Scoliard | 0.2 | 53.00 |
| 01/11/13 | EGO | L190 | Prepare status update to Anne Braucher of MERSCORP | 0.2 | 53.00 |
| 01/11/13 | EGO | L190 | Telephone conversations with Debtor regarding document production and scheduling of deposition | 0.3 | 79.50 |
| 01/11/13 | EGO | L190 | Revise Objections to Debtor's document requests | 0.4 | 106.00 |
| 01/11/13 | EGO | L190 | Revise Objections to Debtor's interrogatories | 0.3 | 79.50 |
| 01/11/13 | EGO | L190 | Research and draft Amended Answer to Debtor's Objection to Claim | 1.8 | 477.00 |
| 01/11/13 | EGO | L190 | Draft Order granting Motion for Rule 2004 Examination | 0.2 | 53.00 |
| 01/11/13 | EGO | L190 | Prepare correspondence to Debtor regarding Order | 0.3 | 79.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1482874
File No. 040540.000326
Claim/Client File No. 729296
Page 3

GMAC ResCap

advs. Irvin, Valerie

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | granting Motion for Rule 2004 Examination | | |
| 01/17/13 | KLR | L210 | Review Plaintiff's Objection to Notice of Deposition | 0.2 | 35.00 |
| 01/22/13 | LKC | L330 | Prepare for the deposition of Valerie Irvin | 0.8 | 144.00 |
| 01/22/13 | EGO | L190 | Analyze Motion to Withdraw filed by counsel for Debtor | 0.2 | 53.00 |
| 01/22/13 | EGO | L190 | Prepare correspondence to Debtor and her counsel regarding production of documents and 2004 examination | 0.2 | 53.00 |
| 01/22/13 | EGO | L190 | Prepare status update to Jennifer Scoliard | 0.2 | 53.00 |
| 01/23/13 | EGO | L190 | Analyze loan file, payment history and correspondence received from Jennifer Scoliard | 0.5 | 132.50 |
| 01/25/13 | LKC | L330 | Prepare for the deposition of Valerie Irvin | 2.6 | 468.00 |
| 01/27/13 | LKC | L330 | Prepare for the deposition of Valerie Irvin | 2.1 | 378.00 |
| 01/27/13 | EGO | L190 | Prepare correspondence to Debtor regarding her failure to produce documents as ordered by the Court and Debtor's upcoming 2004 examination | 0.2 | 53.00 |
| 01/28/13 | LKC | L330 | Prepare for the deposition of Valerie Irvin | 4.4 | 792.00 |
| 01/28/13 | LKC | L310 | Prepare responses to requests for production of documents | 1.5 | 270.00 |
| 01/28/13 | LKC | L310 | Analysis of Second Set of Interrogatories, Requests for Production and Requests for Admission from Valerie Irvin | 0.3 | 54.00 |
| 01/28/13 | EGO | L190 | Prepare status update to Jennifer Scoliard | 0.4 | 106.00 |
| 01/28/13 | EGO | L190 | Draft Responses to Debtor's Document Requests | 0.9 | 238.50 |
| 01/28/13 | EGO | L190 | Draft Answers to Debtor's Interrogatories | 0.7 | 185.50 |
| 01/28/13 | EGO | L190 | Prepare for 2004 examination of Debtor | 3.4 | 901.00 |
| 01/28/13 | EGO | L190 | Review documents for production in response to discovery requests from Debtor | 0.4 | 106.00 |
| 01/28/13 | EGO | L190 | Analyze Requests for Admissions served by Debtor | 0.3 | 79.50 |
| 01/28/13 | EGO | L190 | Analyze Second Set of Interrogatories served by Debtor | 0.3 | 79.50 |
| 01/28/13 | EGO | L190 | Analyze Second Set of Requests for Production of Documents served by Debtor | 0.2 | 53.00 |
| 01/28/13 | EGO | L190 | Prepare multiple correspondence to Debtor concerning her failure to produce documents as | 0.3 | 79.50 |

Invoice Date 04/16/13
Invoice Number 1482874
File No. 040540.000326
Claim/Client File No. 729296
Page 4

GMAC ResCap

advs. Irvin, Valerie

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | ordered by the Court and Debtor's upcoming 2004 examination | | |
| 01/28/13 | EGO | L190 | Analyze exhibit filed by Debtor with Court concerning issues with deed of trust | 0.2 | 53.00 |
| 01/29/13 | EGO | L190 | Conduct Rule 2004 Examination of Debtor | 7.5 | 1,987.50 |
| 01/29/13 | AGC | L390 | Assist Ethan Ostroff with management of deposition documents | 1.0 | 200.00 |
| 01/30/13 | EGO | L190 | Analyze documents produced by Debtor in response to Court Order | 1.6 | 424.00 |
| | | | Totals | 46.0 | 10,891.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 14.3 | 180.00 | 2,574.00 |
| AGC | Crump | Paralegal | 1.0 | 200.00 | 200.00 |
| EGO | Ostroff | Associate | 30.5 | 265.00 | 8,082.50 |
| KLR | Russell | Paralegal | 0.2 | 175.00 | 35.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482874 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:    advs. Irvin, Valerie**

**Total Amount of This Invoice**          $10,891.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1482889 |
| | File No. | 040540.000355 |
| | Claim/Client File No. | 735258 |

**RE:    (GA) Gwendolyn B. Hawthorne**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $5,566.00 |
| **Total Amount of This Invoice** | **$5,566.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1482889
File No. 040540.000355
Claim/Client File No. 735258
Page 2

GMAC ResCap

(GA) Gwendolyn B. Hawthorne

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/03/13 | HEC | L190 | Discussion with B. Goodman; review complaint and various dockets in bankruptcy and district courts in connection with appearance | 0.7 | 185.50 |
| 01/04/13 | MRB | L250 | Conference with Brett Goodman and Jennifer Scoliard regarding SDNY bankruptcy adversary | 0.5 | 137.50 |
| 01/04/13 | HEC | L190 | Discussions with B. Goodman; revise and finalize notice of appearance and effectuate electronic filing and service of same | 0.5 | 132.50 |
| 01/04/13 | BDG | L190 | Review and analysis of complaint; communications and calls with H. Cohen and M. Brooks regarding preparation of notice of appearance and review of same | 1.0 | 435.00 |
| 01/05/13 | MRB | L210 | Review order dismissing NDGA chapter 7 bankruptcy and communicate with Jennifer Scoliard regarding same | 0.6 | 165.00 |
| 01/08/13 | MRB | L210 | Review agenda items for SDNY adversary status conference and communicate with Brett Goodman and Harriet Cohen regarding same | 0.3 | 82.50 |
| 01/09/13 | MRB | L210 | Review and comment on amended scheduling notice from court | 0.2 | 55.00 |
| 01/09/13 | HEC | L190 | Review email from B. Goodman and calendar as requested; attention to notice of adjournment and cancellation of hearing | 0.2 | 53.00 |
| 01/22/13 | MRB | L210 | Communications with Jennifer Scoliard and Elizabeth Betta regarding adversary proceedings (0.2); conference with law clerk for judge presiding over NDGA adversary regarding dismissal motion (0.5); research and document review thereon (0.9) | 1.6 | 440.00 |
| 01/23/13 | MRB | L210 | Draft motion to dismiss GA adversary proceeding and communicate with Jennifer Scoliard and Elizabeth Betta (MERS) regarding same | 4.5 | 1,237.50 |
| 01/24/13 | MRB | L210 | Draft motion to dismiss GA bankruptcy adversary (0.7); communications with Jennifer Scoliard regarding same (0.2) | 0.9 | 247.50 |
| 01/25/13 | MRB | L210 | Research and drafting for motion to dismiss GA adversary proceeding | 3.3 | 907.50 |
| 01/28/13 | MRB | L210 | Research and drafting for motion to dismiss GA | 4.6 | 1,265.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1482889
File No. 040540.000355
Claim/Client File No. 735258
Page 3

GMAC ResCap

(GA) Gwendolyn B. Hawthorne

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | adversary proceeding | | |
| 01/28/13 | BDG | L190 | Review of letter regarding adjournment of response and answer time; correspondence regarding same | 0.2 | 87.00 |
| 01/29/13 | MRB | L210 | Review trustee papers in GA main debtor case (0.1); attention to communications and order extending time to respond to SDNY adversary complaint (0.2) | 0.3 | 82.50 |
| 01/29/13 | HEC | L190 | Attention to filings and calendar pertinent dates for B. Goodman | 0.2 | 53.00 |
| | | | Totals | 19.6 | 5,566.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 16.8 | 275.00 | 4,620.00 |
| HEC | Cohen | Paralegal | 1.6 | 265.00 | 424.00 |
| BDG | Goodman | Associate | 1.2 | 435.00 | 522.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1482889 |
| File No. | 040540.000355 |
| Claim/Client File No. | 735258 |

RE:     (GA) Gwendolyn B. Hawthorne

**Total Amount of This Invoice**          $5,566.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1483018 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $686.00 |
| Costs and Expenses Through 01/31/13 | $46.73 |
| **Total Amount of This Invoice** | **$732.73** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1483018
File No. 040540.000234
Claim/Client File No. 712768
Page 2

GMAC ResCap

(WV) Curry, Lyndol A.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/10/13 | JEM | L190 | Negotiate settlement with Assumption of Debt by Plaintiffs | 0.5 | 182.50 |
| 01/24/13 | LKC | L210 | Analysis of scheduling order | 1.0 | 180.00 |
| 01/24/13 | JCL | L190 | Receive and review correspondence from client regarding status and being preliminary review of each file | 0.4 | 160.00 |
| 01/25/13 | JEM | L120 | Prepare status report for client | 0.3 | 109.50 |
| 01/30/13 | LKC | L110 | Prepare status update to client | 0.3 | 54.00 |
| | | | Totals | 2.5 | 686.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 1.3 | 180.00 | 234.00 |
| JCL | Lynch | Partner | 0.4 | 400.00 | 160.00 |
| JEM | Manning | Partner | 0.8 | 365.00 | 292.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13

| Date | Description | Amount |
|------|-------------|--------|
| 01/07/13 | Rental Car – VENDOR: The Hertz Corporation; INVOICE#: 9030106469; DATE: 1/5/2013 Car Rental in Charleston WV 12/10/12 Jason Manning | 46.73 |
| | Total: | 46.73 |
| | Total Fees & Costs: | $732.73 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1483018 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

**Total Amount of This Invoice**           $732.73

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1483021 |
| File No. | 040540.000258 |
| Claim/Client File No. | 716988 |

**RE:    advs. Johnson, Waldo & Cynthia**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $202.00 |
| **Total Amount of This Invoice** | **$202.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1483021
File No. 040540.000258
Claim/Client File No. 716988
Page 2

GMAC ResCap

advs. Johnson, Waldo & Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/29/13 | ESF | L190 | Prepare status update for client | 0.8 | 184.00 |
| 01/30/13 | LKC | L110 | Prepare status update to client | 0.1 | 18.00 |
| | | | Totals | 0.9 | 202.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.1 | 180.00 | 18.00 |
| ESF | Flowers | Associate | 0.8 | 230.00 | 184.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1483021 |
| | File No. 040540.000258 |
| | Claim/Client File No. 716988 |

**RE:    advs. Johnson, Waldo & Cynthia**

**Total Amount of This Invoice**          $202.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1483026 |
| | File No. | 040540.000319 |
| | Claim/Client File No. | 728476 |

**RE:    (GA) Madriz – Forfeiture Action**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/13 | $317.00 |
| Costs and Expenses Through 01/31/13 | $125.00 |
| **Total Amount of This Invoice** | **$442.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1483026
File No. 040540.000319
Claim/Client File No. 728476
Page 2

GMAC ResCap

(GA) Madriz – Forfeiture Action

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/28/13 | ABP | L120 | Monitor status of Court proceedings concerning settlement with United States | 0.2 | 58.00 |
| 01/29/13 | AJR | L190 | Check case status at client's request | 0.1 | 28.50 |
| 01/29/13 | AJR | L190 | Email to client regarding case status | 0.1 | 28.50 |
| 01/29/13 | ABP | L120 | Review docket report regarding status of settlement of forfeiture proceeding | 0.1 | 29.00 |
| 01/29/13 | ABP | L160 | Monitor communications with Assistant United States Attorney Stan Ragsdale regarding settlement status | 0.1 | 29.00 |
| 01/30/13 | ABP | L160 | Exchange communications with opposing counsel regarding status of settlement and current Court procedures | 0.2 | 58.00 |
| 01/30/13 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| 01/30/13 | AJR | L120 | Analyze case strategy and update case tasks with same | 0.2 | 57.00 |
| | | | Totals | 1.1 | 317.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.7 | 290.00 | 203.00 |
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/13 | Associate Counsel Fees & Expenses – VENDOR: Finkel Law Firm LLC; INVOICE#: 179552; DATE: 1/25/2013 - Associate counsel fees/expenses | 125.00 |
| | Total: | 125.00 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1483026
File No. 040540.000319
Claim/Client File No. 728476
Page 3

GMAC ResCap

(GA) Madriz – Forfeiture Action

Total Fees & Costs:         $442.00

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1483026 |
| File No. | 040540.000319 |
| Claim/Client File No. | 728476 |

RE:    (GA) Madriz – Forfeiture Action

**Total Amount of This Invoice**        $442.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Kathy Priore | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1483036 |
| Minneapolis, MN 55437 | File No. | 040540.000343 |
| | Claim/Client File No. | 733241 |

**RE:   (WV) advs. Misty L. & Jeffrey A. Keefer**
      **0640106442**

Fees for Professional Services Rendered Through 01/31/13           $4,390.50

                                 **Total Amount of This Invoice     $4,390.50**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1483036
File No. 040540.000343
Claim/Client File No. 733241
Page 2

GMACM-ResCap Estate

(WV) advs. Misty L. & Jeffrey A. Keefer

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/02/13 | JEM | L210 | Revise argument in support of Motion to Dismiss on grounds of no agency alleged and owner not liable for alleged claims | 0.6 | 219.00 |
| 01/03/13 | ABP | L210 | Analyze and review case law and statutory law in support of Motion to Dismiss Plaintiff's claims | 1.5 | 435.00 |
| 01/04/13 | ABP | L110 | Analyze and review case law regarding FNMA's immunity from liability for acts of loan servicer under Merrill doctrine | 0.8 | 232.00 |
| 01/23/13 | JEM | L160 | Negotiate settlement with opposing counsel | 0.4 | 146.00 |
| 01/23/13 | JEM | L210 | Prepare Motion to Dismiss argument and settlement recommendation to client | 0.7 | 255.50 |
| 01/23/13 | ABP | L160 | Review correspondence exchanged with client Katie Dutill regarding settlement discussions with opposing counsel and potential for resolution of case through loan modification | 0.2 | 58.00 |
| 01/23/13 | ABP | L160 | Review correspondence exchanged with opposing counsel regarding settlement of claims and possible loan modification | 0.2 | 58.00 |
| 01/23/13 | ABP | L210 | Prepare Motion to Dismiss plaintiff's Complaint | 0.3 | 87.00 |
| 01/24/13 | ABP | L210 | Analyze case law in support of Motion to Dismiss | 3.0 | 870.00 |
| 01/24/13 | ABP | L210 | Prepare Motion to Dismiss and Memorandum in Support | 1.5 | 435.00 |
| 01/25/13 | ABP | L120 | Refine strategies regarding arguments to include in support of Motion to Dismiss | 0.7 | 203.00 |
| 01/25/13 | ABP | L210 | Prepare Motion to Dismiss | 0.6 | 174.00 |
| 01/28/13 | ABP | L210 | Prepare Motion to Dismiss plaintiff's Complaint | 1.5 | 435.00 |
| 01/30/13 | ABP | L210 | Refine arguments in support of Motion to Dismiss | 0.3 | 87.00 |
| 01/31/13 | ABP | L210 | Prepare Motion to Dismiss and Memorandum in Support | 2.4 | 696.00 |
| | | | Totals | 14.7 | 4,390.50 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1483036
File No. 040540.000343
Claim/Client File No. 733241
Page 3

GMACM-ResCap Estate

(WV) advs. Misty L. & Jeffrey A. Keefer

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|----------|
| JEM | Manning | Partner | 1.7 | 365.00 | 620.50 |
| ABP | Pittman | Associate | 13.0 | 290.00 | 3,770.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMACM-ResCap Estate
Attn: Kathy Priore
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1483036 |
| File No. | 040540.000343 |
| Claim/Client File No. | 733241 |

**RE:    (WV) advs. Misty L. & Jeffrey A. Keefer
0640106442**

**Total Amount of This Invoice**          $4,390.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMACM-ResCap Estate | Invoice Date 04/16/13 |
| Attn: Joe Nguyen | Submitted by J C Lynch |
| Residential Capital, Legal Staff | Direct Dial 757-687-7765 |
| 1100 Virginia Drive | Invoice No. 1483040 |
| 190-FTW-L95 | File No. 040540.000353 |
| Fort Washington, PA 19034 | Claim/Client File No. 735153 |

RE:    **(GA) advs. Griffith, Robert**

Fees for Professional Services Rendered Through 01/31/13                    $741.00

**Total Amount of This Invoice**        **$741.00**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1483040
File No. 040540.000353
Claim/Client File No. 735153
Page 2

GMACM-ResCap Estate

(GA) advs. Griffith, Robert

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 01/07/13 | AJR | L190 | Email to client regarding status of representation of Fannie Mae | 0.1 | 28.50 |
| 01/17/13 | AJR | L190 | Check docket for case status | 0.1 | 28.50 |
| 01/17/13 | AJR | L120 | Emails with client regarding defendants' Amended Answer and Counterclaims and Response to Motion for Judgment on the Pleadings and case strategy in light of same | 0.3 | 85.50 |
| 01/17/13 | AJR | L120 | Email to counsel for Fannie Mae regarding defendants' Amended Answer and Counterclaims and Response to Motion for Judgment on the Pleadings and case strategy in light of same | 0.2 | 57.00 |
| 01/17/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 01/17/13 | AJR | L120 | Analyze strategy for opposing defendants' Motion for Leave to File Amended Answer and Counterclaims | 0.1 | 28.50 |
| 01/17/13 | AJR | L210 | Review and analyze pleadings | 0.7 | 199.50 |
| 01/17/13 | AJR | L110 | Review and analyze fact package | 0.8 | 228.00 |
| 01/18/13 | AJR | L190 | Emails with client and case status and representation of Fannie Mae | 0.2 | 57.00 |
| | | | Totals | 2.6 | 741.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 2.6 | 285.00 | 741.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMACM-ResCap Estate
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1483040 |
| File No. | 040540.000353 |
| Claim/Client File No. | 735153 |

**RE:    (GA) advs. Griffith, Robert**

**Total Amount of This Invoice**                    $741.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488865 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

**RE:    (WV)  advs. Bennett, Colin, et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $146.00 |
| **Total Amount of This Invoice** | **$146.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488865
File No. 040540.000046
Claim/Client File No. 694624
Page 2

GMAC ResCap

(WV)  advs. Bennett, Colin, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/07/13 | JEM | L160 | Correspond with client and opposing counsel regarding HUD-1 and BPO to complete settlement | 0.4 | 146.00 |
| | | | Totals | 0.4 | 146.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia

ACH/ABA #061000227

WIRE/ABA #121000248

To Credit Troutman Sanders LLP

Operating Account #2052700305792

Reference Attorney: J C Lynch

Reference Client: 040540

From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488865 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

RE:    (WV) advs. Bennett, Colin, et al.

**Total Amount of This Invoice**               $146.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488866 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

**RE:    (GA) Gude, Thandiwe & Derrick**

Fees for Professional Services Rendered Through 02/28/13          $57.00

**Total Amount of This Invoice          $57.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488866
File No. 040540.000074
Claim/Client File No. 698459
Page 2

GMAC ResCap

(GA) Gude, Thandiwe & Derrick

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/14/13 | AJR | L240 | Telephone conference with judge's law clerk regarding status of ruling on Motion for Summary Judgment | 0.2 | 57.00 |
| | | | Totals | 0.2 | 57.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488866 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

RE:    (GA) Gude, Thandiwe & Derrick

**Total Amount of This Invoice**          $57.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488867 |
| File No. | 040540.000084 |
| Claim/Client File No. | 695265 |

**RE:    (GA) Nix, Brenda and William**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $4,666.50 |
| **Total Amount of This Invoice** | **$4,666.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

GMAC ResCap

(GA) Nix, Brenda and William

Invoice Date 04/16/13
Invoice Number 1488867
File No. 040540.000084
Claim/Client File No. 695265
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | AJR | L160 | Emails with client regarding strategy for case evaluation | 0.2 | 57.00 |
| 02/01/13 | AJR | L160 | Analyze strategy for case evaluation and authority for same | 0.7 | 199.50 |
| 02/01/13 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding proposed evaluation and mediation to resolve litigation | 0.1 | 29.00 |
| 02/01/13 | ABP | L120 | Prepare for evaluation and meeting with evaluator | 0.4 | 116.00 |
| 02/04/13 | AJR | L160 | Prepare for case evaluation | 0.4 | 114.00 |
| 02/05/13 | AJR | L160 | Attend case evaluation | 2.9 | 826.50 |
| 02/05/13 | AJR | L190 | Update case tasks and deadlines | 0.1 | 28.50 |
| 02/05/13 | AJR | L120 | Analyze case strategy in light of case evaluation and issues raised by case evaluator with security deed | 1.2 | 342.00 |
| 02/05/13 | ABP | L120 | Prepare for evaluation meeting to resolve Plaintiff's claims | 0.4 | 116.00 |
| 02/05/13 | ABP | L120 | Develop strategies for presentation of case during evaluation meeting | 0.3 | 87.00 |
| 02/06/13 | AJR | L120 | Telephone conference with client regarding case strategy | 0.3 | 85.50 |
| 02/06/13 | AJR | L160 | Emails with mediator regarding additional information needed in preparation for mediation | 0.3 | 85.50 |
| 02/06/13 | AJR | L120 | Email to client regarding strategy in light of case evaluation and issues raised by case evaluator with security deed | 0.8 | 228.00 |
| 02/06/13 | AJR | L120 | Analyze case law regarding effect of improper attestation on security deed and Wells Fargo v. Gordon case | 1.9 | 541.50 |
| 02/06/13 | AJR | L120 | Analyze case strategy in light of case evaluation and issues raised by case evaluator with security deed | 1.5 | 427.50 |
| 02/06/13 | ABP | L120 | Develop settlement strategies in light of evaluator's position during evaluation meeting | 0.3 | 87.00 |
| 02/06/13 | ABP | L450 | Prepare for mediation | 0.3 | 87.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488867
File No. 040540.000084
Claim/Client File No. 695265
Page 3

GMAC ResCap

(GA) Nix, Brenda and William

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/08/13 | AJR | L160 | Analyze settlement strategy | 0.6 | 171.00 |
| 02/08/13 | AJR | L160 | Email to and telephone conference with client regarding settlement strategy | 0.6 | 171.00 |
| 02/08/13 | ABP | L160 | Review correspondence exchanged with client Katie Dutill regarding proposed settlement and mediation | 0.2 | 58.00 |
| 02/08/13 | ABP | L450 | Prepare for mediation | 0.1 | 29.00 |
| 02/08/13 | ABP | L160 | Prepare settlement proposal | 0.8 | 232.00 |
| 02/08/13 | ABP | L120 | Develop settlement strategies | 0.1 | 29.00 |
| 02/09/13 | ABP | L450 | Prepare for mediation | 0.4 | 116.00 |
| 02/10/13 | ABP | L450 | Prepare for mediation | 0.2 | 58.00 |
| 02/11/13 | ABP | L160 | Review correspondence exchanged with client Katie Dutill regarding mediation | 0.1 | 29.00 |
| 02/11/13 | ABP | L190 | Develop strategies regarding potential title issue concerning lack of official witness on Deed of Trust | 0.3 | 87.00 |
| 02/11/13 | ABP | L160 | Develop settlement strategies in preparation for mediation | 0.2 | 58.00 |
| 02/11/13 | AJR | L160 | Emails with mediator and opposing counsel regarding rescheduling mediation | 0.2 | 57.00 |
| 02/11/13 | AJR | L160 | Emails with client regarding rescheduling mediation | 0.1 | 28.50 |
| 02/11/13 | AJR | L120 | Review and analyze compliance agreement signed by borrowers in light of issue with lack of witness signature on security deed | 0.2 | 57.00 |
| 02/15/13 | AJR | L160 | Emails with client regarding mediation and settlement strategy | 0.1 | 28.50 |

|  |  |  | Totals | 16.3 | 4,666.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 4.2 | 290.00 | 1,218.00 |
| AJR | Reyes | Associate | 12.1 | 285.00 | 3,448.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488867 |
| File No. | 040540.000084 |
| Claim/Client File No. | 695265 |

**RE:    (GA) Nix, Brenda and William**

**Total Amount of This Invoice**            $4,666.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488868 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

**RE:    (GA) Wheeler, Michael**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $3,226.50 |
| **Total Amount of This Invoice** | **$3,226.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488868
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/04/13 | AJR | L120 | Analyze strategy for hearing on plaintiff's Motion for Relief from Stay in client's bankruptcy action | 0.4 | 114.00 |
| 02/04/13 | JEM | L210 | Prepare for hearing on Plaintiff's Motion for Relief from Stay | 0.4 | 146.00 |
| 02/04/13 | ABP | L450 | Prepare for hearing regarding Plaintiff's Motion for Relief from Automatic Bankruptcy Stay | 0.4 | 116.00 |
| 02/05/13 | AJR | L190 | Review correspondence with client and bankruptcy counsel regarding status of foreclosure on plaintiffs' properties | 0.1 | 28.50 |
| 02/05/13 | JEM | L210 | Prepare for Court hearing on Motion to Stay | 0.7 | 255.50 |
| 02/05/13 | ABP | L110 | Exchange correspondence with Court regarding hearing agenda and telephonic conference instructions | 0.1 | 29.00 |
| 02/05/13 | ABP | L110 | Review hearing agenda | 0.2 | 58.00 |
| 02/05/13 | ABP | L110 | Review telephone hearing instructions | 0.2 | 58.00 |
| 02/05/13 | ABP | L110 | Review correspondence from Court regarding amended hearing agenda | 0.1 | 29.00 |
| 02/05/13 | ABP | L110 | Review amended hearing agenda | 0.1 | 29.00 |
| 02/05/13 | ABP | L110 | Exchange correspondence with client Katie Dutill regarding foreclosure status of Plaintiff's properties | 0.2 | 58.00 |
| 02/05/13 | ABP | L110 | Exchange correspondence with Samantha Martin of Morrison & Foerster regarding foreclosure status of Plaintiff's properties | 0.3 | 87.00 |
| 02/05/13 | ABP | L450 | Prepare for hearing regarding Plaintiff's Motion for Relief from Automatic Bankruptcy Stay | 0.4 | 116.00 |
| 02/06/13 | LKC | L210 | Coordinate logistics for hearing regarding February 7th Bankruptcy Court hearing | 0.2 | 36.00 |
| 02/06/13 | KLR | L190 | Prepare documents for telephonic hearing regarding Michael Wheeler's Motion for Relief from Automatic Stay | 1.4 | 245.00 |
| 02/06/13 | ABP | L110 | Exchange correspondence with Samantha Martin of Morrison & Foerster regarding hearing on Plaintiff's Motion for Relief from Automatic Stay and whether Georgia is a non-judicial foreclosure state, and verification of ownership of loans | 0.4 | 116.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Wheeler, Michael

Invoice Date 04/16/13
Invoice Number 1488868
File No. 040540.000110
Claim/Client File No. 693591
Page 3

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/06/13 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding status of ownership of Plaintiff's loans | 0.2 | 58.00 |
| 02/06/13 | ABP | L450 | Prepare for hearing on Plaintiff's Motion for Relief from Automatic Bankruptcy Stay | 1.2 | 348.00 |
| 02/07/13 | AJR | L120 | Analyze ownership of plaintiffs' loans in preparation for hearing on plaintiffs' Motion for Relief from Stay in client's bankruptcy action | 0.3 | 85.50 |
| 02/07/13 | AJR | L120 | Review and analyze email from bankruptcy counsel following hearing on plaintiffs' Motion for Relief from Stay in client's bankruptcy action | 0.1 | 28.50 |
| 02/07/13 | JEM | L210 | Attend hearing on Plaintiff's Motion to Lift Stay and response with opposition in part | 1.5 | 547.50 |
| 02/07/13 | ABP | L110 | Exchange correspondence with client Katie Dutill regarding ownership of loans | 0.4 | 116.00 |
| 02/07/13 | ABP | L110 | Exchange correspondence with Samantha Martin of Morrison & Foerster regarding ownership of loans and preparation for hearing on Plaintiff's Motion for Relief from Automatic Bankruptcy Stay | 0.3 | 87.00 |
| 02/07/13 | ABP | L450 | Prepare for hearing on Plaintiff's Motion for Relief from Automatic Bankruptcy Stay | 0.8 | 232.00 |
| 02/08/13 | ABP | L210 | Review report of hearing on Plaintiff's Motion for Relief from Automatic Bankruptcy Stay | 0.2 | 58.00 |
| 02/13/13 | ABP | L210 | Review correspondence from Court regarding entry of order granting limited relief from automatic stay | 0.1 | 29.00 |
| 02/13/13 | ABP | L210 | Review Court order granting limited relief from automatic stay | 0.1 | 29.00 |
| 02/13/13 | ABP | L120 | Develop litigation strategies in light of Court order lifting bankruptcy stay | 0.2 | 58.00 |
| 02/22/13 | ABP | L120 | Develop and refine litigation strategies | 0.1 | 29.00 |
| | | | Totals | 11.1 | 3,226.50 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488868
File No. 040540.000110
Claim/Client File No. 693591
Page 4

GMAC ResCap

(GA) Wheeler, Michael

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|----------|
| LKC | Collins | Paralegal | 0.2 | 180.00 | 36.00 |
| JEM | Manning | Partner | 2.6 | 365.00 | 949.00 |
| ABP | Pittman | Associate | 6.0 | 290.00 | 1,740.00 |
| AJR | Reyes | Associate | 0.9 | 285.00 | 256.50 |
| KLR | Russell | Paralegal | 1.4 | 175.00 | 245.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488868 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

**RE:**    **(GA) Wheeler, Michael**

**Total Amount of This Invoice**                $3,226.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1488875 |
| | File No. | 040540.000133 |
| | Claim/Client File No. | 715654 |

**RE:    (WV) Gedney, Nieltje**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $145.50 |
| **Total Amount of This Invoice** | **$145.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

GMAC ResCap

(WV) Gedney, Nieltje

Invoice Date 04/16/13
Invoice Number 1488875
File No. 040540.000133
Claim/Client File No. 715654
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/21/13 | JEM | L190 | Prepare case status report and recommendations to client | 0.3 | 109.50 |
| 02/28/13 | LKC | L120 | Review and analysis of file for status and task updates | 0.2 | 36.00 |
| | | | Totals | 0.5 | 145.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.2 | 180.00 | 36.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488875 |
| File No. | 040540.000133 |
| Claim/Client File No. | 715654 |

RE:    (WV) Gedney, Nieltje

**Total Amount of This Invoice**          $145.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1488876 |
| | File No. | 040540.000128 |
| | Claim/Client File No. | 685466 |
| | Policy No. | Loan No. |

**RE:    (WV) Dawson, Carol andTerry Clark**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $36.00 |
| **Total Amount of This Invoice** | **$36.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488876
File No. 040540.000128
Claim/Client File No. 685466
Page 2

GMAC ResCap

(WV) Dawson, Carol andTerry Clark

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/28/13 | LKC | L120 | Review and analysis of file for status and task updates | 0.2 | 36.00 |
| | | | Totals | 0.2 | 36.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.2 | 180.00 | 36.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488876 |
| File No. | 040540.000128 |
| Claim/Client File No. | 685466 |
| Policy No. | Loan No. |

RE:    **(WV) Dawson, Carol andTerry Clark**

**Total Amount of This Invoice**        $36.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488877 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:    **(GA) Madzimoyo, Wekesa O.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $174.00 |
| **Total Amount of This Invoice** | **$174.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488877
File No. 040540.000123
Claim/Client File No. 718235
Page 2

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 02/04/13 | ABP | L310 | Develop discovery strategies | 0.1 | 29.00 |
| 02/04/13 | ABP | L120 | Develop litigation strategies regarding reopening of case and defense of Plaintiff's claims | 0.2 | 58.00 |
| | | | Totals | 0.6 | 174.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488877 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:     (GA) Madzimoyo, Wekesa O.

**Total Amount of This Invoice**          $174.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1488887 |
| | File No. | 040540.000173 |
| | Claim/Client File No. | 703567 |

RE:    **Middleburg Bank/Mortgage Issue**

Fees for Professional Services Rendered Through 02/28/13      $319.50

**Total Amount of This Invoice**      **$319.50**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488887
File No. 040540.000173
Claim/Client File No. 703567
Page 2

GMAC ResCap

Middleburg Bank/Mortgage Issue

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | MYJ | L190 | Revise correspondence to Plaintiff's counsel regarding GMAC's refusal to sign off on nonsuit or consolidation | 0.1 | 23.00 |
| 02/01/13 | LKC | L210 | Prepare letter to Joe Ritenour in response to his letter of December 7, 2012, regarding an order of consolidation or non-suit | 0.2 | 36.00 |
| 02/21/13 | JEM | L190 | Prepare case status report and recommendations to client | 0.3 | 109.50 |
| 02/21/13 | MYJ | L330 | Teleconference with counsel for Defendant Specialized Inc. of Virginia regarding discovery from GMAC | 0.3 | 69.00 |
| 02/22/13 | MYJ | L330 | Exchange correspondence with co-Defendant Specialized's counsel regarding discovery from GMAC | 0.2 | 46.00 |
| 02/28/13 | LKC | L120 | Review and analysis of file for status and task updates | 0.2 | 36.00 |
| | | | Totals | 1.3 | 319.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.4 | 180.00 | 72.00 |
| MYJ | Jones | Associate | 0.6 | 230.00 | 138.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488887 |
| File No. | 040540.000173 |
| Claim/Client File No. | 703567 |

RE:    **Middleburg Bank/Mortgage Issue**

**Total Amount of This Invoice**                    $319.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488888 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:    (GA) Rainey, Deidrenne and Esell

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $171.00 |
| Costs and Expenses Through 02/28/13 | $12.60 |
| **Total Amount of This Invoice** | **$183.60** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488888
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/04/13 | AJR | L160 | Review and analyze plaintiff's updated financial package | 0.2 | 57.00 |
| 02/04/13 | AJR | L160 | Email to client regarding plaintiff's updated financial package | 0.1 | 28.50 |
| 02/05/13 | AJR | L510 | Review and analyze Plaintiffs' Proposed Findings of Fact and Conclusions of Law | 0.2 | 57.00 |
| 02/05/13 | AJR | L510 | Email to client regarding Plaintiffs' Proposed Findings of Fact and Conclusions of Law | 0.1 | 28.50 |
| | | | Totals | 0.6 | 171.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/13

| Date | Description | Amount |
|------|-------------|--------|
| 02/15/13 | Professional Services – VENDOR: Pacer Service Center INVOICE#: 1312013 DATE: 1/31/2013 Professional Services | 12.60 |
| | Total: | 12.60 |
| | Total Fees & Costs: | $183.60 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488888 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:    (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**    $183.60

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1488889 |
| Minneapolis, MN 55437 | File No. | 040540.000224 |
| | Claim/Client File No. | 711867 |

RE:    **(WV) advs. Keiffer, Gary R.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $109.50 |
| **Total Amount of This Invoice** | **$109.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488889
File No. 040540.000224
Claim/Client File No. 711867
Page 2

GMACM-ResCap Estate

(WV) advs. Keiffer, Gary R.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/11/13 | JEM | L210 | Correspond with opposing counsel regarding entry of agreed Order for new Scheduling Order | 0.3 | 109.50 |
| | | | Totals | 0.3 | 109.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1488889 |
| Minneapolis, MN 55437 | File No. | 040540.000224 |
| | Claim/Client File No. | 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

**Total Amount of This Invoice**                $109.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488890 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $1,127.50 |
| **Total Amount of This Invoice** | **$1,127.50** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488890
File No. 040540.000233
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Thelma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/07/13 | MJW | L110 | Analyze remittitur to District Court | 0.4 | 110.00 |
| 02/07/13 | MJW | L110 | Strategy regarding Motion for Summary Judgment on remaining claims in trial court | 0.8 | 220.00 |
| 02/07/13 | MJW | L110 | Update case notes | 0.2 | 55.00 |
| 02/11/13 | MJW | L110 | Revise litigation assessment | 1.2 | 330.00 |
| 02/11/13 | MJW | L110 | Analyze loan file | 0.6 | 165.00 |
| 02/11/13 | MJW | L110 | Analyze foreclosure file | 0.9 | 247.50 |
| | | | Totals | 4.1 | 1,127.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 4.1 | 275.00 | 1,127.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia

ACH/ABA #061000227

WIRE/ABA #121000248

To Credit Troutman Sanders LLP

Operating Account #2052700305792

Reference Attorney: J C Lynch

Reference Client: 040540

From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488890 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:**    **(GA) Owens, Thelma**

**Total Amount of This Invoice**                 $1,127.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488891 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $109.50 |
| **Total Amount of This Invoice** | **$109.50** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488891
File No. 040540.000234
Claim/Client File No. 712768
Page 2

GMAC ResCap

(WV) Curry, Lyndol A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/29/13 | JEM | L190 | Prepare status update for client with recommendations and deadlines | 0.3 | 109.50 |
| | | | Totals | 0.3 | 109.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1488891 |
| | File No. 040540.000234 |
| | Claim/Client File No. 712768 |

**RE:   (WV) Curry, Lyndol A.**

**Total Amount of This Invoice**          $109.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1488892 |
| | File No. | 040540.000243 |
| | Claim/Client File No. | 715127 |

**RE:    (WV) Advs. Rice, Nadine R.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $145.50 |
| **Total Amount of This Invoice** | **$145.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488892
File No. 040540.000243
Claim/Client File No. 715127
Page 2

GMAC ResCap

(WV) Advs. Rice, Nadine R.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/21/13 | JEM | L190 | Prepare case status report and recommendations to client | 0.3 | 109.50 |
| 02/28/13 | LKC | L120 | Review and analysis of file for status and task updates | 0.2 | 36.00 |
| | | | Totals | 0.5 | 145.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.2 | 180.00 | 36.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488892 |
| File No. | 040540.000243 |
| Claim/Client File No. | 715127 |

RE:    (WV) Advs. Rice, Nadine R.

**Total Amount of This Invoice**                    $145.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1488893 |
| | File No. 040540.000254 |
| | Claim/Client File No. 716264 |

**RE:    (GA) Richard C. Flippin - Foreclosure**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $330.00 |
| **Total Amount of This Invoice** | **$330.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488893
File No. 040540.000254
Claim/Client File No. 716264
Page 2

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/07/13 | MJW | L110 | Monitor case status | 0.3 | 82.50 |
| 02/07/13 | MJW | L110 | Update case notes | 0.1 | 27.50 |
| 02/14/13 | MJW | L110 | Update litigation assessment regarding exposure | 0.6 | 165.00 |
| 02/14/13 | MJW | L110 | Update case chart | 0.2 | 55.00 |
| | | | Totals | 1.2 | 330.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 1.2 | 275.00 | 330.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488893 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:     (GA) Richard C. Flippin - Foreclosure

**Total Amount of This Invoice**          $330.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488894 |
| File No. | 040540.000258 |
| Claim/Client File No. | 716988 |

RE:    **advs. Johnson, Waldo & Cynthia**

Fees for Professional Services Rendered Through 02/28/13                $109.50

**Total Amount of This Invoice**        **$109.50**

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488894
File No. 040540.000258
Claim/Client File No. 716988
Page 2

GMAC ResCap

advs. Johnson, Waldo & Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/29/13 | JEM | L190 | Prepare status update for client with recommendations and deadlines | 0.3 | 109.50 |
| | | | Totals | 0.3 | 109.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488894 |
| File No. | 040540.000258 |
| Claim/Client File No. | 716988 |

**RE:    advs. Johnson, Waldo & Cynthia**

**Total Amount of This Invoice**          $109.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1488895 |
| | File No. 040540.000270 |
| | Claim/Client File No. 718677 |

**RE:    advs. Bonesteel, John P.**

Fees for Professional Services Rendered Through 02/28/13                          $36.00

**Total Amount of This Invoice                          $36.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488895
File No. 040540.000270
Claim/Client File No. 718677
Page 2

GMAC ResCap

advs. Bonesteel, John P.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/28/13 | LKC | L120 | Review and analysis of file for status and task updates | 0.2 | 36.00 |
| | | | Totals | 0.2 | 36.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.2 | 180.00 | 36.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488895 |
| File No. | 040540.000270 |
| Claim/Client File No. | 718677 |

**RE:    advs. Bonesteel, John P.**

**Total Amount of This Invoice**          $36.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488899 |
| File No. | 040540.000278 |
| Claim/Client File No. | 719777 |

**RE:    (GA) Stanley, Shelley**

Fees for Professional Services Rendered Through 02/28/13          $110.00

**Total Amount of This Invoice          $110.00**

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488899
File No. 040540.000278
Claim/Client File No. 719777
Page 2

GMAC ResCap

(GA) Stanley, Shelley

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/07/13 | MJW | L110 | Monitor case status | 0.3 | 82.50 |
| 02/07/13 | MJW | L110 | Update case notes | 0.1 | 27.50 |
| | | | Totals | 0.4 | 110.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.4 | 275.00 | 110.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488899 |
| File No. | 040540.000278 |
| Claim/Client File No. | 719777 |

RE:    (GA) Stanley, Shelley

**Total Amount of This Invoice**          $110.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date            04/16/13 |
| Attn: Christine Buen, Senior Litigation Paralegal | Submitted by            J C Lynch |
| One Meridian Crossings | Direct Dial            757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.            1488900 |
| | File No.            040540.000287 |
| | Claim/Client File No.            721582 |

RE:    **advs. Canterbury, Stephen J.**

Fees for Professional Services Rendered Through 02/28/13                    $116.00

                                    **Total Amount of This Invoice**        **$116.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488900
File No. 040540.000287
Claim/Client File No. 721582
Page 2

GMAC ResCap

advs. Canterbury, Stephen J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/02/13 | JCL | L190 | Review stipulation and draft correspondence to opposing counsel approving same | 0.2 | 80.00 |
| 02/28/13 | LKC | L120 | Review and analysis of file for status and task updates | 0.2 | 36.00 |
| | | | Totals | 0.4 | 116.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.2 | 180.00 | 36.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Christine Buen, Senior Litigation Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488900 |
| File No. | 040540.000287 |
| Claim/Client File No. | 721582 |

**RE:    advs. Canterbury, Stephen J.**

**Total Amount of This Invoice**         $116.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488901 |
| File No. | 040540.000288 |
| Claim/Client File No. | 732961 |

**RE:** **Advs. Page, Donald**
**722033**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $109.50 |
| **Total Amount of This Invoice** | **$109.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

GMAC ResCap

Advs. Page, Donald

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | JEM | L190 | Revise client updates with status report to client | 0.3 | 109.50 |
| | | | Totals | 0.3 | 109.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia

ACH/ABA #061000227

WIRE/ABA #121000248

To Credit Troutman Sanders LLP

Operating Account #2052700305792

Reference Attorney: J C Lynch

Reference Client: 040540

From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488901 |
| File No. | 040540.000288 |
| Claim/Client File No. | 732961 |

RE:  **Advs. Page, Donald**
**722033**

**Total Amount of This Invoice**          $109.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488902 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $18.00 |
| **Total Amount of This Invoice** | **$18.00** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

GMAC ResCap

(WV) Bragg, Virginia and Gregory

Invoice Date 04/16/13
Invoice Number 1488902
File No. 040540.000289
Claim/Client File No. 721577
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/21/13 | LKC | L210 | Strategize regarding case status and tasks | 0.1 | 18.00 |
| | | | Totals | 0.1 | 18.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.1 | 180.00 | 18.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488902 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

**Total Amount of This Invoice**                    $18.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488909 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

**RE:    (WV) Evans, Christine (Estate of L King)**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $109.50 |
| **Total Amount of This Invoice** | **$109.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13<br>
Invoice Number 1488909<br>
File No. 040540.000290<br>
Claim/Client File No. 722124<br>
Page 2

GMAC ResCap

(WV) Evans, Christine (Estate of L King)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | JEM | L190 | Revise client updates with status report to client | 0.3 | 109.50 |
| | | | Totals | 0.3 | 109.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488909 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

**RE:    (WV) Evans, Christine (Estate of L King)**

**Total Amount of This Invoice**          $109.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488911 |
| File No. | 040540.000292 |
| Claim/Client File No. | 722383 |
| Policy No. | 7438291635 |

**RE:    (WV) Lowe, John Robert**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 02/28/13 | $109.50 |
| **Total Amount of This Invoice** | **$109.50** |

IN ACCOUNT WITH

## Troutman Sanders LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488911
File No. 040540.000292
Claim/Client File No. 722383
Page 2

GMAC ResCap

(WV) Lowe, John Robert

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/08/13 | JEM | L160 | Correspond with client regarding approval of Settlement Agreement | 0.3 | 109.50 |
| | | | Totals | 0.3 | 109.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1488911 |
| Minneapolis, MN 55423 | File No. | 040540.000292 |
| | Claim/Client File No. | 722383 |
| | Policy No. | 7438291635 |

RE:    (WV) Lowe, John Robert

**Total Amount of This Invoice**          $109.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488912 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

**RE:     (GA) Carmouche, Thomasine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $192.50 |
| **Total Amount of This Invoice** | **$192.50** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488912
File No. 040540.000302
Claim/Client File No. 723376
Page 2

GMAC ResCap

(GA) Carmouche, Thomasine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/07/13 | MJW | L110 | Update status of District Court case | 0.3 | 82.50 |
| 02/07/13 | MJW | L110 | Update status of State Court case | 0.3 | 82.50 |
| 02/07/13 | MJW | L110 | Update case notes | 0.1 | 27.50 |
| | | | Totals | 0.7 | 192.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.7 | 275.00 | 192.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488912 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

RE:     (GA) Carmouche, Thomasine

**Total Amount of This Invoice**          $192.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488914 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

RE:    **(GA) Williams, Charlotte vs. GMAC**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 02/28/13 | $57.00 |
| **Total Amount of This Invoice** | **$57.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488914
File No. 040540.000310
Claim/Client File No. 724879
Page 2

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/05/13 | AJR | L350 | Review and analyze Plaintiffs' Motion to Compel | 0.2 | 57.00 |
| | | | Totals | 0.2 | 57.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488914 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

**RE:** (GA) Williams, Charlotte vs. GMAC

**Total Amount of This Invoice** $57.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---:|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488923 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:    (WV) Smith, Maryann**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 02/28/13 | $335.00 |
| **Total Amount of This Invoice** | **$335.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

GMAC ResCap

(WV) Smith, Maryann

Invoice Date 04/16/13
Invoice Number 1488923
File No. 040540.000311
Claim/Client File No. 725270
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/12/13 | JEM | L160 | Negotiate settlement with opposing counsel | 0.3 | 109.50 |
| 02/12/13 | JEM | L190 | Prepare status update with exposure analysis and settlement recommendation for client | 0.3 | 109.50 |
| 02/12/13 | ABP | L160 | Review correspondence exchanged with client Amy Hartshorn regarding status of settlement negotiations | 0.1 | 29.00 |
| 02/12/13 | ABP | L160 | Review file correspondence exchanged with opposing counsel regarding settlement | 0.2 | 58.00 |
| 02/12/13 | ABP | L190 | Update case assessment and status for client | 0.1 | 29.00 |
| | | | Totals | 1.0 | 335.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| ABP | Pittman | Associate | 0.4 | 290.00 | 116.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488923 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:    (WV) Smith, Maryann**

**Total Amount of This Invoice**                    $335.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1488924 |
| | File No. | 040540.000313 |
| | Claim/Client File No. | 725550 |

**RE:    (GA) Antoinette Sanders**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $10,828.00 |
| Costs and Expenses Through 02/28/13 | $15.00 |
| **Total Amount of This Invoice** | **$10,843.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488924
File No. 040540.000313
Claim/Client File No. 725550
Page 2

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | MJW | L110 | Prepare exhibits for hearing | 0.9 | 247.50 |
| 02/01/13 | MJW | L110 | Strategize regarding dismissal | 0.3 | 82.50 |
| 02/05/13 | AJR | L210 | Check bankruptcy docket and review and analyze plaintiff's bankruptcy petition | 0.2 | 57.00 |
| 02/05/13 | AJR | L120 | Emails with client regarding plaintiff's bankruptcy and failure of plaintiff to file response to Motion for Summary Judgment | 0.2 | 57.00 |
| 02/07/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 02/07/13 | AJR | L240 | Review and analyze Plaintiff's Response to Defendants' Motion for Summary Judgment | 0.6 | 171.00 |
| 02/07/13 | AJR | L240 | Analyze strategy and prepare for hearing on Motion for Summary Judgment | 0.7 | 199.50 |
| 02/07/13 | AJR | L240 | Emails with client regarding Plaintiff's Response to Defendants' Motion for Summary Judgment and obtaining original note for hearing in light of same | 0.2 | 57.00 |
| 02/08/13 | AJR | L240 | Review and analyze Quicken Loan's Motion for Summary Judgment | 0.4 | 114.00 |
| 02/08/13 | AJR | L250 | Review and analyze correspondence from plaintiff's counsel requesting continuance of hearing on Motion for Summary Judgment | 0.2 | 57.00 |
| 02/08/13 | AJR | L250 | Email to client regarding correspondence from plaintiff's counsel requesting continuance of hearing on Motion for Summary Judgment | 0.1 | 28.50 |
| 02/08/13 | AJR | L120 | Analyze issues surrounding plaintiff filing for chapter 13 bankruptcy including whether bankruptcy stay applies and whether claims remain with estate | 0.9 | 256.50 |
| 02/08/13 | AJR | L240 | Prepare for hearing on Motion for Summary Judgment | 1.6 | 456.00 |
| 02/08/13 | MJW | L110 | Review case law regarding applicability of automatic stay to Motion to Dismiss in State Court | 0.7 | 192.50 |
| 02/08/13 | MJW | L110 | Analyze case law regarding standing of Plaintiff in bankruptcy to prosecute State Court action | 0.8 | 220.00 |
| 02/08/13 | MJW | L110 | Summarize case law | 0.8 | 220.00 |
| 02/08/13 | MJW | L110 | Develop hearing strategy | 1.0 | 275.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488924
File No. 040540.000313
Claim/Client File No. 725550
Page 3

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/10/13 | AJR | L240 | Review and analyze Plaintiff's Response to Quicken's Motion for Summary Judgment | 0.4 | 114.00 |
| 02/10/13 | AJR | L240 | Prepare for hearing on Motion for Summary Judgment | 4.7 | 1,339.50 |
| 02/11/13 | AJR | L450 | Attend hearing on Motion for Summary Judgment | 3.4 | 969.00 |
| 02/11/13 | AJR | L240 | Email to client regarding hearing on Motion for Summary Judgment | 0.2 | 57.00 |
| 02/11/13 | AJR | L120 | Legal research regarding applicability of UCC Article 9 to transfer of note as raised by plaintiff at hearing on Motion for Summary Judgment | 1.9 | 541.50 |
| 02/11/13 | AJR | L120 | Analyze strategy for brief on plaintiff's bankruptcy and for submitting proposed order following hearing on Motion for Summary Judgment | 0.6 | 171.00 |
| 02/11/13 | MJW | L110 | Strategize regarding scheduled hearing in light of Plaintiff's bankruptcy filing | 0.5 | 137.50 |
| 02/13/13 | MJW | L110 | Analyze case law regarding applicability of bankruptcy stay to state court proceeding | 2.2 | 605.00 |
| 02/13/13 | MJW | L110 | Analyze case law regarding debtor's standing to pursue state law claims in bankruptcy | 1.8 | 495.00 |
| 02/13/13 | MJW | L110 | Draft proposed Motion for Summary Judgment Order | 2.6 | 715.00 |
| 02/13/13 | MJW | L110 | Draft brief regarding standing and applicability of bankruptcy stay | 4.3 | 1,182.50 |
| 02/14/13 | AJR | L240 | Revise proposed Order Granting Defendants' Motion for Summary Judgment and Brief in Support of Proceedings with Action Without Regard to Plaintiff's Bankruptcy Action and incorporate edits from counsel for MERS and counsel for Quicken to same | 3.4 | 969.00 |
| 02/14/13 | AJR | L240 | Email to client regarding proposed Order Granting Defendants' Motion for Summary Judgment and Brief in Support of Proceedings with Action Without Regard to Plaintiff's Bankruptcy Action | 0.1 | 28.50 |
| 02/14/13 | AJR | L240 | Email to counsel for MERS regarding hearing on Motion for Summary Judgment, proposed Order Granting Defendants' Motion for Summary Judgment, and Brief in Support of Proceedings with Action Without Regard to Plaintiff's Bankruptcy | 0.2 | 57.00 |

IN ACCOUNT WITH

**Troutman Sanders LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488924
File No. 040540.000313
Claim/Client File No. 725550
Page 4

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Action | | |
| 02/14/13 | AJR | L240 | Telephone conference with counsel for MERS regarding edits to Brief in Support of Proceedings with Action Without Regard to Plaintiff's Bankruptcy Action | 0.2 | 57.00 |
| 02/14/13 | MJW | L110 | Analyze UCC Article 9 provisions applicable to transferred notes and security deeds | 1.4 | 385.00 |
| 02/15/13 | AJR | L240 | Review and analyze Quicken's proposed order on Motion for Summary Judgment | 0.4 | 114.00 |
| 02/15/13 | AJR | L240 | Revise proposed order on Motion for Summary Judgment | 0.5 | 142.50 |
| 02/15/13 | AJR | L240 | Email to judge's staff attorney regarding proposed order on Motion for Summary Judgment | 0.1 | 28.50 |
| | | | Totals | 38.6 | 10,828.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 21.3 | 285.00 | 6,070.50 |
| MJW | Windham | Associate | 17.3 | 275.00 | 4,757.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/13**

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/13 | Court Reporter/Deposition Costs – VENDOR: Capell, Beth; INVOICE#: 02112013; DATE: 2/11/2013  -  Take down fee for 2/11/13 hearing | 15.00 |
| | Total: | 15.00 |

Total Fees & Costs:    $10,843.00

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488924 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

**RE:    (GA) Antoinette Sanders**

**Total Amount of This Invoice**                    $10,843.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488930 |
| File No. | 040540.000314 |
| Claim/Client File No. | 726148 |

**RE:    (WV)  Hood, Marcella Mae**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $292.00 |
| **Total Amount of This Invoice** | **$292.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488930
File No. 040540.000314
Claim/Client File No. 726148
Page 2

GMAC ResCap

(WV)  Hood, Marcella Mae

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/04/13 | JEM | L210 | Correspond with opposing counsel and client regarding pending motion and settlement | 0.4 | 146.00 |
| 02/13/13 | JEM | L210 | Correspond with Court and opposing counsel regarding hearing on pending motion | 0.4 | 146.00 |
| | | | Totals | 0.8 | 292.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.8 | 365.00 | 292.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488930 |
| File No. | 040540.000314 |
| Claim/Client File No. | 726148 |

RE:    (WV)  Hood, Marcella Mae

**Total Amount of This Invoice**          $292.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 04/16/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1488933 |
| | File No. 040540.000315 |
| | Claim/Client File No. 713629 |

**RE:    (GA) Owens, Terrence**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $771.00 |
| **Total Amount of This Invoice** | **$771.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488933
File No. 040540.000315
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Terrence

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/07/13 | MJW | L110 | Assess case strategy | 0.4 | 110.00 |
| 02/07/13 | MJW | L110 | Update case notes | 0.2 | 55.00 |
| 02/08/13 | AJR | L110 | Emails with dispossessory counsel regarding case status in light of eviction | 0.1 | 28.50 |
| 02/11/13 | MJW | L110 | Revise litigation assessment | 0.9 | 247.50 |
| 02/11/13 | MJW | L110 | Analyze loan file | 0.5 | 137.50 |
| 02/11/13 | MJW | L110 | Analyze foreclosure file | 0.7 | 192.50 |
| | | | Totals | 2.8 | 771.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 2.7 | 275.00 | 742.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488933 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

RE:     (GA) Owens, Terrence

**Total Amount of This Invoice**                    $771.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488935 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

**RE:    (WV) Belcher, James and Willa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $218.00 |
| **Total Amount of This Invoice** | **$218.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(WV) Belcher, James and Willa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | JEM | L190 | Revise Notice of Hearing and correspondence to opposing counsel | 0.4 | 146.00 |
| 02/14/13 | LKC | L120 | Update case status | 0.2 | 36.00 |
| 02/14/13 | LKC | L210 | Prepare Notice of Hearing regarding Motion to Stay Litigation | 0.1 | 18.00 |
| 02/14/13 | LKC | L210 | Prepare letter to Clerk regarding Notice of Hearing | 0.1 | 18.00 |
| | | | Totals | 0.8 | 218.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 0.4 | 180.00 | 72.00 |
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488935 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

**RE:** **(WV) Belcher, James and Willa**

**Total Amount of This Invoice**      $218.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1488936 |
| | File No. | 040540.000323 |
| | Claim/Client File No. | 728771 |

**RE:    (GA) Roberts, Lenworth L. & Frances A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $2,727.50 |
| Costs and Expenses Through 02/28/13 | $34.13 |
| **Total Amount of This Invoice** | **$2,761.63** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | MJW | L110 | Draft Motion for Summary Judgment | 2.4 | 660.00 |
| 02/04/13 | AJR | L120 | Analyze case strategy and possible stay of case as to MERS | 0.2 | 57.00 |
| 02/04/13 | JEM | L120 | Revise status update to client including Motion to Stay arguments | 0.6 | 219.00 |
| 02/05/13 | AJR | L120 | Analyze case strategy and possible stay of case as to MERS | 0.2 | 57.00 |
| 02/06/13 | MJW | C200 | Analyze case law on applicability of bankruptcy stay to MERS | 0.9 | 247.50 |
| 02/06/13 | MJW | L120 | Summarize case law concerning applicability of bankruptcy stay to MERS | 0.5 | 137.50 |
| 02/06/13 | MJW | L120 | Develop dismissal strategy | 0.6 | 165.00 |
| 02/07/13 | MJW | L110 | Analyze case law regarding state court jurisdiction to determine applicability of bankruptcy stay | 1.0 | 275.00 |
| 02/07/13 | MJW | L110 | Telephone conversation with GMAC bankruptcy counsel regarding imposing stay as to MERS | 0.2 | 55.00 |
| 02/11/13 | AJR | L240 | Emails with foreclosure counsel regarding revisions to affidavit in support of Motion for Summary Judgment | 0.1 | 28.50 |
| 02/11/13 | MJW | L110 | Analyze foreclosure counsel's proposed edits to Affidavit in support of Motion for Summary Judgment | 0.6 | 165.00 |
| 02/13/13 | AJR | L240 | Emails with foreclosure counsel regarding suggested revisions to affidavit in support of Motion for Summary Judgment | 0.1 | 28.50 |
| 02/15/13 | MJW | L110 | Analyze discovery response | 0.5 | 137.50 |
| 02/15/13 | MJW | L110 | Develop exposure analysis | 0.8 | 220.00 |
| 02/15/13 | MJW | L110 | Review corporate assignments | 0.4 | 110.00 |
| 02/15/13 | MJW | L110 | Edit Motion for Summary Judgment | 0.6 | 165.00 |

Totals        9.7        2,727.50

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488936
File No. 040540.000323
Claim/Client File No. 728771
Page 3

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |
| MJW | Windham | Associate | 8.5 | 275.00 | 2,337.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/13**

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/13 | Personal Car Mileage – VENDOR: Reyes, Alexandria; INVOICE#: 021413REYES; DATE: 2/14/2013  -  01/28- Travel to and from Gwinnett County Superior Court for Pre Trial Status Calendar- Mileage to and from court | 34.13 |
| | Total: | 34.13 |
| | Total Fees & Costs: | $2,761.63 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488936 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

RE:     (GA) Roberts, Lenworth L. & Frances A.

**Total Amount of This Invoice**          $2,761.63

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488937 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:    advs. Irvin, Valerie**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $3,679.00 |
| **Total Amount of This Invoice** | **$3,679.00** |

IN ACCOUNT WITH

**Troutman Sanders LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488937
File No. 040540.000326
Claim/Client File No. 729296
Page 2

GMAC ResCap

advs. Irvin, Valerie

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/05/13 | KLR | L190 | Review documents received from Plaintiff | 0.3 | 52.50 |
| 02/05/13 | EGO | L190 | Telephone call with Peter Knapp regarding preparation for hearing on Motion for Relief from Stay | 0.5 | 132.50 |
| 02/05/13 | EGO | L190 | Prepare correspondence to Peter Knapp regarding background and preparation for hearing on Motion for Relief from Stay | 0.8 | 212.00 |
| 02/06/13 | LKC | L330 | Telephone conference with Court Reporter regarding status of Rule 2004 Examination transcript | 0.2 | 36.00 |
| 02/06/13 | EGO | L190 | Analyze Debtor's Motion to Continue Hearing on Motion for Relief from Stay | 0.2 | 53.00 |
| 02/06/13 | EGO | L190 | Telephone conversations with Judge's Chambers regarding Debtor's Motion to Continue Hearing on Motion for Relief from Stay | 0.3 | 79.50 |
| 02/06/13 | EGO | L190 | Draft Opposition to Debtor's Motion to Continue Hearing on Motion for Relief from Stay | 0.7 | 185.50 |
| 02/07/13 | EGO | L190 | Telephone conversation with Judge's chambers regarding Debtor's Motion to Continue Hearing | 0.2 | 53.00 |
| 02/07/13 | EGO | L190 | Prepare status update to Jennifer Scoliard concerning continuance of hearing on Motion for Relief from Stay | 0.2 | 53.00 |
| 02/07/13 | EGO | L190 | Prepare correspondence to Peter Knapp concerning continuance of hearing on Motion for Relief from Stay and available dates for rescheduled hearing | 0.2 | 53.00 |
| 02/07/13 | EGO | L190 | Draft Brief in Opposition to Motion to Continue hearing on Motion for Relief From Stay | 0.8 | 212.00 |
| 02/08/13 | LKC | L310 | Prepare objections to Requests for Admissions, Interrogatories, and Requests for Production propounded by Valerie Irvin | 0.5 | 90.00 |
| 02/08/13 | LKC | L210 | Prepare and file Objection to Debtor's Motion to Continue Final Hearing on Amended Motion for Relief from Stay | 0.3 | 54.00 |
| 02/11/13 | LKC | L310 | Prepare letter to counsel regarding Objections to discovery | 0.2 | 36.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488937
File No. 040540.000326
Claim/Client File No. 729296
Page 3

GMAC ResCap

advs. Irvin, Valerie

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/11/13 | EGO | L190 | Draft Objections to Debtor's Requests for Admissions | 1.1 | 291.50 |
| 02/11/13 | EGO | L190 | Draft Objections to Debtor's Second Set of Interrogatories | 0.8 | 212.00 |
| 02/11/13 | EGO | L190 | Draft Objections to Debtor's Second Set of Requests for Production of Documents | 1.2 | 318.00 |
| 02/12/13 | LKC | L330 | Telephone conferences with court reporter following up on status of Rule 2004 Exam transcript | 0.1 | 18.00 |
| 02/12/13 | EGO | L190 | Prepare correspondence to Jennifer Scoliard regarding status and strategy | 0.3 | 79.50 |
| 02/12/13 | EGO | L190 | Prepare correspondence to Anne Braucher of MERS regarding status | 0.2 | 53.00 |
| 02/12/13 | EGO | L190 | Analyze transcript from Rule 2004 Examination | 1.2 | 318.00 |
| 02/13/13 | EGO | L190 | Prepare for hearing | 1.5 | 397.50 |
| 02/14/13 | EGO | L190 | Attend hearing in Bankruptcy Court | 2.3 | 609.50 |
| 02/15/13 | JCL | L190 | Prepare status report to client | 0.2 | 80.00 |

|  |  |  | Totals | 14.3 | 3,679.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| LKC | Collins | Paralegal | 1.3 | 180.00 | 234.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| EGO | Ostroff | Associate | 12.5 | 265.00 | 3,312.50 |
| KLR | Russell | Paralegal | 0.3 | 175.00 | 52.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488937 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:    advs. Irvin, Valerie**

**Total Amount of This Invoice**                    $3,679.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/16/13 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1488938 |
| | File No. | 040540.000327 |
| | Claim/Client File No. | 730108 |

**RE:    (GA) advs. Berkemeier, Wende M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $221.00 |
| **Total Amount of This Invoice** | **$221.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488938
File No. 040540.000327
Claim/Client File No. 730108
Page 2

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/07/13 | AJR | L240 | Emails with client regarding plaintiffs' failure to respond to Motion for Summary Judgment | 0.1 | 28.50 |
| 02/07/13 | MJW | L110 | Monitor case status | 0.2 | 55.00 |
| 02/07/13 | MJW | L110 | Review property status | 0.3 | 82.50 |
| 02/07/13 | MJW | L110 | Update case notes | 0.2 | 55.00 |
| | | | Totals | 0.8 | 221.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 0.7 | 275.00 | 192.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488938 |
| File No. | 040540.000327 |
| Claim/Client File No. | 730108 |

RE:     (GA) advs. Berkemeier, Wende M.

**Total Amount of This Invoice**                    $221.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488939 |
| 190-FTW-L95 | File No. | 040540.000336 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731602 |

**RE:    (TN) Rzezutko, Rodney T. and Sandra**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $636.50 |
| **Total Amount of This Invoice** | **$636.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488939
File No. 040540.000336
Claim/Client File No. 731602
Page 2

GMACM-ResCap Estate

(TN) Rzezutko, Rodney T. and Sandra

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/04/13 | AJR | L190 | Emails with client regarding strategy for appraisal | 0.2 | 57.00 |
| 02/04/13 | AJR | L190 | Emails with opposing counsel regarding strategy for appraisal and scheduling same | 0.2 | 57.00 |
| 02/14/13 | MJW | L110 | Update exposure analysis for litigation assessment | 1.2 | 330.00 |
| 02/14/13 | MJW | L110 | Review foreclosure file | 0.7 | 192.50 |
| | | | Totals | 2.3 | 636.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |
| MJW | Windham | Associate | 1.9 | 275.00 | 522.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMACM-ResCap Estate
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488939 |
| File No. | 040540.000336 |
| Claim/Client File No. | 731602 |

RE:    **(TN) Rzezutko, Rodney T. and Sandra**

**Total Amount of This Invoice**        $636.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488940 |
| 190-FTW-L95 | File No. | 040540.000335 |
| Fort Washington, PA 19034 | Claim/Client File No. | 732107 |

**RE:    (GA) advs. Dunn, James O., Jr.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $109.50 |
| **Total Amount of This Invoice** | **$109.50** |

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488940
File No. 040540.000335
Claim/Client File No. 732107
Page 2

GMACM-ResCap Estate

(GA) advs. Dunn, James O., Jr.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/04/13 | JEM | L160 | Correspond with opposing counsel regarding settlement offer | 0.3 | 109.50 |
| | | | Totals | 0.3 | 109.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMACM-ResCap Estate
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488940 |
| File No. | 040540.000335 |
| Claim/Client File No. | 732107 |

**RE:** **(GA) advs. Dunn, James O., Jr.**

**Total Amount of This Invoice**                    $109.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMACM-ResCap Estate | Invoice Date 04/16/13 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial 757-687-7765 |
| Suite 350 | Invoice No. 1488941 |
| Minneapolis, MN 55437 | File No. 040540.000340 |
| | Claim/Client File No. 732961 |

**RE:    (VA) advs. Page, Donald C. & Kristine A.**

Fees for Professional Services Rendered Through 02/28/13                $23.00

**Total Amount of This Invoice**        **$23.00**

IN ACCOUNT WITH

Invoice Date 04/16/13
Invoice Number 1488941
File No. 040540.000340
Claim/Client File No. 732961
Page 2

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

GMACM-ResCap Estate

(VA) advs. Page, Donald C. & Kristine A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | ESF | L210 | Correspondence to client regarding Nonsuit Order | 0.1 | 23.00 |
| | | | Totals | 0.1 | 23.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 0.1 | 230.00 | 23.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia

ACH/ABA #061000227

WIRE/ABA #121000248

To Credit Troutman Sanders LLP

Operating Account #2052700305792

Reference Attorney: J C Lynch

Reference Client: 040540

From International Locations please add Swift
Address/Code: WFBI US 6S

GMACM-ResCap Estate
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488941 |
| File No. | 040540.000340 |
| Claim/Client File No. | 732961 |

RE:     (VA) advs. Page, Donald C. & Kristine A.

**Total Amount of This Invoice**          $23.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMACM-ResCap Estate | Invoice Date 04/16/13 |
| Attn: Kathy Priore | Submitted by J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial 757-687-7765 |
| Suite 350 | Invoice No. 1488942 |
| Minneapolis, MN 55437 | File No. 040540.000343 |
| | Claim/Client File No. 733241 |

**RE:    (WV) advs. Misty L. & Jeffrey A. Keefer**
        **0640106442**

Fees for Professional Services Rendered Through 02/28/13     $365.00

**Total Amount of This Invoice**     **$365.00**

Invoice Date 04/16/13
Invoice Number 1488942
File No. 040540.000343
Claim/Client File No. 733241
Page 2

GMACM-ResCap Estate

(WV) advs. Misty L. & Jeffrey A. Keefer

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/28/13 | JEM | L160 | Negotiate settlement modification with opposing counsel and client | 0.4 | 146.00 |
| 02/12/13 | JEM | L160 | Negotiate settlement with opposing counsel | 0.3 | 109.50 |
| 02/12/13 | JEM | L190 | Prepare status update with recommendation to client | 0.3 | 109.50 |
| | | | Totals | 1.0 | 365.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.0 | 365.00 | 365.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMACM-ResCap Estate
Attn: Kathy Priore
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488942 |
| File No. | 040540.000343 |
| Claim/Client File No. | 733241 |

RE:     **(WV) advs. Misty L. & Jeffrey A. Keefer**
        **0640106442**

**Total Amount of This Invoice**          $365.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMACM-ResCap Estate
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488943 |
| File No. | 040540.000342 |
| Claim/Client File No. | 733245 |

**RE:    (GA) advs. Skelly, Catherine A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $459.00 |
| **Total Amount of This Invoice** | **$459.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488943
File No. 040540.000342
Claim/Client File No. 733245
Page 2

GMACM-ResCap Estate

(GA) advs. Skelly, Catherine A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | AJR | L190 | Update calendar and case tasks | 0.1 | 28.50 |
| 02/01/13 | AJR | L390 | Draft good faith discovery letter to opposing counsel | 0.4 | 114.00 |
| 02/01/13 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 02/05/13 | AJR | L190 | Emails with client regarding case status and strategy | 0.1 | 28.50 |
| 02/05/13 | ABP | L120 | Develop discovery and settlement strategies | 0.3 | 87.00 |
| 02/14/13 | AJR | L390 | Draft good faith discovery letter to opposing counsel | 0.3 | 85.50 |
| 02/14/13 | AJR | L190 | Update case tasks and calendar deadlines | 0.1 | 28.50 |
| | | | Totals | 1.6 | 459.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 1.0 | 285.00 | 285.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMACM-ResCap Estate
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488943 |
| File No. | 040540.000342 |
| Claim/Client File No. | 733245 |

**RE:**    **(GA) advs. Skelly, Catherine A.**

**Total Amount of This Invoice**                    $459.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Katie Dutill | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488951 |
| File No. | 040540.000345 |
| Claim/Client File No. | 733561 |
| Policy No. | 3210488675 |

**RE:    (GA) Butler, Kenneth & Andrea**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $573.00 |
| **Total Amount of This Invoice** | **$573.00** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 04/16/13
Invoice Number 1488951
File No. 040540.000345
Claim/Client File No. 733561
Page 2

GMAC ResCap

(GA) Butler, Kenneth & Andrea

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/04/13 | AJR | L210 | Review and analyze Plaintiffs' Brief in Support of Continuance of Litigation | 0.2 | 57.00 |
| 02/06/13 | AJR | L120 | Analyze case strategy in light of plaintiffs' new pleadings | 0.2 | 57.00 |
| 02/07/13 | AJR | L120 | Analyze case strategy in light of Plaintiffs' Brief in Support of Continuation of Litigation, Motion to Withdraw Motion for Involuntary Dismissal, Motion for Leave to File Amended Complaint, and other pleadings | 0.6 | 171.00 |
| 02/07/13 | AJR | L120 | Email to client regarding case strategy in light of Plaintiffs' Brief in Support of Continuation of Litigation, Motion to Withdraw Motion for Involuntary Dismissal, Motion for Leave to File Amended Complaint, and other pleadings | 0.1 | 28.50 |
| 02/07/13 | AJR | L120 | Email to counsel for MERS regarding case strategy in light of Plaintiffs' Brief in Support of Continuation of Litigation, Motion to Withdraw Motion for Involuntary Dismissal, Motion for Leave to File Amended Complaint, and other pleadings | 0.1 | 28.50 |
| 02/07/13 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Plaintiff's Motion to Continue Litigation | 0.1 | 29.00 |
| 02/07/13 | ABP | L210 | Review Plaintiff's Motion to Continue Litigation | 0.1 | 29.00 |
| 02/07/13 | ABP | L120 | Develop strategies in response to Plaintiff's Motion to Continue Litigation | 0.1 | 29.00 |
| 02/15/13 | AJR | L120 | Analyze strategy for responding to plaintiffs' Brief in Support of Continuance of Litigation and Motion for Leave to Amend Complaint | 0.2 | 57.00 |
| 02/15/13 | ABP | L190 | Review correspondence exchanged with client Katie Dutill regarding plaintiffs' Motion to Withdraw Dismissal of case | 0.1 | 29.00 |
| 02/15/13 | ABP | L190 | Develop strategies in response to plaintiffs' Motion to Withdraw Dismissal | 0.2 | 58.00 |
| | | | Totals | 2.0 | 573.00 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488951
File No. 040540.000345
Claim/Client File No. 733561
Page 3

GMAC ResCap

(GA) Butler, Kenneth & Andrea

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 1.4 | 285.00 | 399.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488951 |
| File No. | 040540.000345 |
| Claim/Client File No. | 733561 |
| Policy No. | 3210488675 |

RE:    (GA) Butler, Kenneth & Andrea

**Total Amount of This Invoice**          $573.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488952 |
| File No. | 040540.000346 |
| Claim/Client File No. | 733571 |

**RE:    advs. Munive, Roberto Carlos**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $138.00 |
| **Total Amount of This Invoice** | **$138.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488952
File No. 040540.000346
Claim/Client File No. 733571
Page 2

GMAC ResCap

advs. Munive, Roberto Carlos

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/15/13 | ESF | L160 | Analyze correspondence from opposing counsel regarding settlement options | 0.3 | 69.00 |
| 02/15/13 | ESF | L160 | Correspondence to opposing counsel regarding settlement | 0.3 | 69.00 |
| | | | | Totals 0.6 | 138.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 0.6 | 230.00 | 138.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488952 |
| File No. | 040540.000346 |
| Claim/Client File No. | 733571 |

**RE:    advs. Munive, Roberto Carlos**

**Total Amount of This Invoice**            $138.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488953 |
| 190-FTW-L95 | File No. | 040540.000347 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734339 |

**RE:    (GA) O'Dell, Fay R., Estate of**
       **0541423505 - GA**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $770.00 |
| **Total Amount of This Invoice** | **$770.00** |

IN ACCOUNT WITH

**T**ROUTMAN **S**ANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488953
File No. 040540.000347
Claim/Client File No. 734339
Page 2

GMACM-ResCap Estate

(GA) O'Dell, Fay R., Estate of

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/07/13 | MJW | Monitor case status | 0.2 | 55.00 |
| 02/07/13 | MJW | Refine litigation strategies | 0.2 | 55.00 |
| 02/07/13 | MJW | Update case notes | 0.2 | 55.00 |
| 02/11/13 | MJW | Revise litigation assessment | 1.0 | 275.00 |
| 02/11/13 | MJW | Analyze loan file | 0.5 | 137.50 |
| 02/11/13 | MJW | Analyze foreclosure file | 0.7 | 192.50 |
| | | Totals | 2.8 | 770.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 2.8 | 275.00 | 770.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMACM-ResCap Estate
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488953 |
| File No. | 040540.000347 |
| Claim/Client File No. | 734339 |

RE:     **(GA) O'Dell, Fay R., Estate of**
        **0541423505 - GA**

**Total Amount of This Invoice**                $770.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488954 |
| 190-FTW-L95 | File No. | 040540.000350 |
| Fort Washington, PA 19034 | Claim/Client File No. | 734869 |

**RE:    (GA) advs. Brantley, Lillian F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $315.00 |
| Costs and Expenses Through 02/28/13 | $362.20 |
| **Total Amount of This Invoice** | **$677.20** |

IN ACCOUNT WITH

## Troutman Sanders LLP
### ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488954
File No. 040540.000350
Claim/Client File No. 734869
Page 2

GMACM-ResCap Estate

(GA) advs. Brantley, Lillian F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 02/04/13 | AJR | L120 | Analyze strategy for proceeding with foreclosure sale per client's request | 0.1 | 28.50 |
| 02/04/13 | AJR | L120 | Email to client regarding strategy for proceeding with foreclosure sale | 0.1 | 28.50 |
| 02/04/13 | AJR | L210 | Review and analyze Order extending deadline for plaintiff to respond to Defendant's Motion to Dismiss | 0.1 | 28.50 |
| 02/04/13 | AJR | L190 | Update case assessment and case tasks | 0.1 | 28.50 |
| 02/14/13 | AJR | L240 | Review and analyze Plaintiff's Response to Defendant's Motion to Dismiss | 0.2 | 57.00 |
| 02/14/13 | AJR | L240 | Analyze strategy for filing Reply Brief in Support of Defendant's Motion to Dismiss | 0.1 | 28.50 |
| 02/14/13 | AJR | L240 | Email to client regarding Plaintiff's Response to Defendant's Motion to Dismiss | 0.1 | 28.50 |
| | | | Totals | 1.1 | 315.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488954
File No. 040540.000350
Claim/Client File No. 734869
Page 3

GMACM-ResCap Estate

(GA) advs. Brantley, Lillian F.

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/13**

| Date | Description | Amount |
|------|-------------|--------|
| 02/11/13 | Filing Fees – VENDOR: American Express INVOICE#: 1312013 DATE: 1/31/2013 Date:02/11/2013 Merchant:CARD ACQUIRING SERVICE FM MemberRefNo:None Description:Filing Fee | 350.00 |
| 02/15/13 | Professional Services – VENDOR: Pacer Service Center INVOICE#: 1312013 DATE: 1/31/2013 Professional Services | 12.20 |
| | Total: | 362.20 |
| | Total Fees & Costs: | $677.20 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMACM-ResCap Estate
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488954 |
| File No. | 040540.000350 |
| Claim/Client File No. | 734869 |

**RE:    (GA) advs. Brantley, Lillian F.**

**Total Amount of This Invoice**                    $677.20

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488955 |
| 190-FTW-L95 | File No. | 040540.000356 |
| Fort Washington, PA 19034 | Claim/Client File No. | 720750 |

**RE:    (GA) advs. Sampson, Rodney D.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $2,460.00 |
| **Total Amount of This Invoice** | **$2,460.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488955
File No. 040540.000356
Claim/Client File No. 720750
Page 2

GMACM-ResCap Estate

(GA) advs. Sampson, Rodney D.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | MJW | L110 | Draft Motion to Dismiss | 1.3 | 357.50 |
| 02/06/13 | MJW | C200 | Analyze applicability of bankruptcy stay to MERS and MERSCORP | 0.8 | 220.00 |
| 02/06/13 | MJW | L120 | Summarize case law regarding applicability of bankruptcy stay to MERS and MERSCORP | 0.7 | 192.50 |
| 02/06/13 | MJW | L120 | Develop dismissal strategy | 0.5 | 137.50 |
| 02/07/13 | AJR | L120 | Analyze strategy for Motion to Dismiss | 0.3 | 85.50 |
| 02/07/13 | HC | L120 | Assist in analysis of motion to stay and motion to cancel lis pendens | 0.3 | 87.00 |
| 02/07/13 | MJW | L110 | Telephone conversation with GMAC bankruptcy counsel regarding imposing stay as to MERS and MERSCORP | 0.2 | 55.00 |
| 02/07/13 | MJW | L110 | Revise Motion To Dismiss in light of potential bankruptcy stay | 1.6 | 440.00 |
| 02/08/13 | MJW | L110 | Prepare Motion to Dismiss exhibits | 0.6 | 165.00 |
| 02/10/13 | AJR | L120 | Analyze strategy for Motion to Dismiss | 0.3 | 85.50 |
| 02/11/13 | AJR | L120 | Analyze strategy for filing Motion to Dismiss based on lack of proof of service filed in court | 0.2 | 57.00 |
| 02/15/13 | MJW | L110 | Review discovery responses in prior case | 0.8 | 220.00 |
| 02/15/13 | MJW | L110 | Edit Motion to Dismiss | 0.8 | 220.00 |
| 02/15/13 | MJW | L110 | Edit Answer | 0.5 | 137.50 |
| | | | Totals | 8.9 | 2,460.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| HC | Cheshire | Paralegal | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |
| MJW | Windham | Associate | 7.8 | 275.00 | 2,145.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMACM-ResCap Estate
Attn: Joe Nguyen
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488955 |
| File No. | 040540.000356 |
| Claim/Client File No. | 720750 |

**RE:    (GA) advs. Sampson, Rodney D.**

**Total Amount of This Invoice**          $2,460.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Joe Nguyen | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488956 |
| 190-FTW-L95 | File No. | 040540.000357 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735411 |

**RE:    (GA) advs. Barber, Jacqueline**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $4,978.00 |
| Costs and Expenses Through 02/28/13 | $167.10 |
| **Total Amount of This Invoice** | **$5,145.10** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488956
File No. 040540.000357
Claim/Client File No. 735411
Page 2

GMACM-ResCap Estate

(GA) advs. Barber, Jacqueline

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/04/13 | JEM | L210 | Revise arguments for Motion to Dismiss Amended Complaint | 0.4 | 146.00 |
| 02/05/13 | AJR | L190 | Update case tasks and calendar deadlines | 0.1 | 28.50 |
| 02/06/13 | AJR | L120 | Review and analyze correspondence with client and dispossessory counsel regarding settlement negotiations and continued calls from Occupy ATL | 0.2 | 57.00 |
| 02/06/13 | ABP | L120 | Correspondence with client Joe Nguyen regarding receipt of harassing calls from Occupy Atlanta Movement | 0.2 | 58.00 |
| 02/06/13 | ABP | L110 | Review correspondence exchanged with eviction counsel Josh Huckaby regarding status of eviction proceedings and settlement negotiations | 0.2 | 58.00 |
| 02/07/13 | ABP | L120 | Develop strategies in response to Plaintiff's Amended Complaint and strategies regarding arguments to include in Motion to Dismiss Amended Complaint | 0.3 | 87.00 |
| 02/10/13 | AJR | L240 | Draft Motion to Dismiss Amended Complaint | 1.5 | 427.50 |
| 02/12/13 | AJR | L120 | Legal research regarding issues concerning blank endorsements under UCC Article 3, including whether endorsement to trustee must name beneficiary of trust | 1.2 | 342.00 |
| 02/12/13 | AJR | L240 | Draft Motion to Dismiss Amended Complaint | 4.4 | 1,254.00 |
| 02/12/13 | ABP | L210 | Analyze Amended Complaint filed by plaintiff | 0.7 | 203.00 |
| 02/12/13 | ABP | L190 | Develop defensive strategies in response to plaintiff's amended claims | 0.3 | 87.00 |
| 02/13/13 | AJR | L240 | Draft Motion to Dismiss Amended Complaint | 5.3 | 1,510.50 |
| 02/13/13 | AJR | L240 | Email to and telephone conference with client regarding draft of Motion to Dismiss Amended Complaint | 0.2 | 57.00 |
| 02/13/13 | ABP | L120 | Refine strategies in response to Plaintiff's Amended Complaint | 0.2 | 58.00 |
| 02/13/13 | ABP | L210 | Revise Motion to Dismiss Plaintiff's Amended Complaint and Memorandum in Support | 0.8 | 232.00 |
| 02/13/13 | ABP | L120 | Review correspondence exchanged with client Joe Nguyen regarding proposed Motion to Dismiss | 0.1 | 29.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488956
File No. 040540.000357
Claim/Client File No. 735411
Page 3

GMACM-ResCap Estate

(GA) advs. Barber, Jacqueline

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Plaintiff's Amended Complaint | | |
| 02/14/13 | AJR | L240 | Revise Motion to Dismiss Amended Complaint and prepare same for filing | 0.6 | 171.00 |
| 02/14/13 | AJR | L190 | Update case tasks and calendar deadlines | 0.1 | 28.50 |
| 02/14/13 | AJR | L120 | Review and analyze correspondence with dispossessory counsel responding settlement status | 0.1 | 28.50 |
| 02/14/13 | AJR | L120 | Email to client regarding stamped filed copy of Motion to Dismiss Amended Complaint and deadline for plaintiff to respond to same | 0.1 | 28.50 |
| 02/14/13 | ABP | L160 | Exchange correspondence with client Joe Nguyen regarding filed Motion to Dismiss, plaintiff's Amended Complaint, and status of settlement negotiations | 0.2 | 58.00 |
| 02/14/13 | ABP | L160 | Correspond with eviction counsel regarding status of settlement negotiations | 0.1 | 29.00 |
| | | | Totals | 17.3 | 4,978.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| ABP | Pittman | Associate | 3.1 | 290.00 | 899.00 |
| AJR | Reyes | Associate | 13.8 | 285.00 | 3,933.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488956
File No. 040540.000357
Claim/Client File No. 735411
Page 4

GMACM-ResCap Estate

(GA) advs. Barber, Jacqueline

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/13**

| Date | Description | Amount |
|------|-------------|--------|
| 02/11/13 | Filing Fees – VENDOR: American Express INVOICE#: 1312013 DATE: 1/31/2013 Date:02/11/2013 Merchant:CARD ACQUIRING SERVICE FM MemberRefNo:None Description:Filing Fee | 150.00 |
| 02/15/13 | Professional Services – VENDOR: Pacer Service Center INVOICE#: 1312013 DATE: 1/31/2013 Professional Services | 17.10 |
| | Total: | 167.10 |

Total Fees & Costs:    $5,145.10

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMACM-ResCap Estate | |
| Attn: Joe Nguyen | |
| Residential Capital, Legal Staff | |
| 1100 Virginia Drive | |
| 190-FTW-L95 | |
| Fort Washington, PA 19034 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488956 |
| File No. | 040540.000357 |
| Claim/Client File No. | 735411 |

**RE:    (GA) advs. Barber, Jacqueline**

**Total Amount of This Invoice**               $5,145.10

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488957 |
| 190-FTW-L95 | File No. | 040540.000360 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735663 |

**RE:    (GA) advs. Laborde, Sheldon**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $1,403.00 |
| Costs and Expenses Through 02/28/13 | $350.00 |
| **Total Amount of This Invoice** | **$1,753.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 04/16/13
Invoice Number 1488957
File No. 040540.000360
Claim/Client File No. 735663
Page 2

GMACM-ResCap Estate

(GA) advs. Laborde, Sheldon

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/04/13 | AJR | L120 | Emails with client to advise that sale out of REO may proceed if GMAC held original note as of date of foreclosure sale | 0.1 | 28.50 |
| 02/04/13 | AJR | L120 | Analyze strategy for whether sale of property out of REO may proceed | 0.3 | 85.50 |
| 02/04/13 | AJR | L190 | Update case chart | 0.1 | 28.50 |
| 02/04/13 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding proposed REO sale | 0.2 | 58.00 |
| 02/04/13 | ABP | L120 | Develop strategies regarding whether REO sale may proceed | 0.2 | 58.00 |
| 02/08/13 | AJR | L120 | Analyze issues surrounding whether client was "secured creditor" at time of foreclose sale at client's request | 0.8 | 228.00 |
| 02/08/13 | AJR | L120 | Email to client regarding issues surrounding whether client was "secured creditor" at time of foreclose sale | 0.2 | 57.00 |
| 02/08/13 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding identity of holder of Note and proposed REO sale | 0.2 | 58.00 |
| 02/08/13 | ABP | L120 | Develop strategies regarding whether proposed REO sale may proceed | 0.2 | 58.00 |
| 02/08/13 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 02/10/13 | AJR | L120 | Email to client regarding issues surrounding whether client was "secured creditor" at time of foreclose sale and advise whether to proceed with sale out of REO | 0.4 | 114.00 |
| 02/11/13 | AJR | L120 | Analyze case law regarding whether a party can have constructive possession of a negotiable instrument under UCC and Georgia law | 0.6 | 171.00 |
| 02/11/13 | AJR | L120 | Email to client regarding research on whether a party can have constructive possession of a negotiable instrument under UCC and Georgia law | 0.1 | 28.50 |
| 02/11/13 | ABP | L190 | Review correspondence exchanged with client Katie Dutill regarding constructive holder of Note | 0.1 | 29.00 |
| 02/11/13 | ABP | L190 | Develop litigation and defensive strategies | 0.2 | 58.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488957
File No. 040540.000360
Claim/Client File No. 735663
Page 3

GMACM-ResCap Estate

(GA) advs. Laborde, Sheldon

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/14/13 | AJR | L120 | Analyze case strategy and whether property should be taken off the market following correspondence from opposing counsel regarding same | 0.3 | 85.50 |
| 02/14/13 | AJR | L120 | Email to opposing counsel declining to give assurance that property would be taken off market | 0.2 | 57.00 |
| 02/14/13 | AJR | L190 | Email to client regarding opposing counsel's request for assurance that property would be taken off market and declining to give same | 0.1 | 28.50 |
| 02/15/13 | AJR | L190 | Emails with opposing counsel regarding plaintiff's request that property be taken off the market | 0.2 | 57.00 |
| 02/15/13 | AJR | L160 | Emails with client regarding settlement strategy and regarding correspondence with opposing counsel | 0.2 | 57.00 |
| | | | Totals | 4.9 | 1,403.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.3 | 290.00 | 377.00 |
| AJR | Reyes | Associate | 3.6 | 285.00 | 1,026.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/13**

| Date | Description | Amount |
|------|-------------|--------|
| 02/11/13 | Filing Fees – VENDOR: American Express INVOICE#: 1312013 DATE: 1/31/2013  Date:02/11/2013 Merchant:CARD ACQUIRING SERVICE FM MemberRefNo:None Description:Filing Fee | 350.00 |
| | Total: | 350.00 |
| | Total Fees & Costs: | $1,753.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMACM-ResCap Estate
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488957 |
| File No. | 040540.000360 |
| Claim/Client File No. | 735663 |

**RE:**   **(GA) advs. Laborde, Sheldon**

**Total Amount of This Invoice**            $1,753.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Christine A. Buen, Paralegal | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1488969 |
| Minneapolis, MN 55437 | File No. | 040540.000362 |
| | Claim/Client File No. | 735558 |

**RE:    (VA) advs. Wilson, Edith M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $579.00 |
| Costs and Expenses Through 02/28/13 | $27.00 |
| **Total Amount of This Invoice** | **$606.00** |

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488969
File No. 040540.000362
Claim/Client File No. 735558
Page 2

GMACM-ResCap Estate

(VA) advs. Wilson, Edith M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 02/04/13 | ABP | L120 | Exchange correspondence with client Amy Hartshorn regarding reinstatement amount for Plaintiff's loan | 0.1 | 29.00 |
| 02/04/13 | ABP | L120 | Review reinstatement calculation for Plaintiff's loan received from client | 0.1 | 29.00 |
| 02/04/13 | ABP | L120 | Revise litigation strategies | 0.2 | 58.00 |
| 02/08/13 | ABP | L120 | Review correspondence exchanged with opposing counsel regarding reinstatement calculation | 0.2 | 58.00 |
| 02/11/13 | ESF | L210 | Phone conference with clerk regarding Proposed Dismissal Order | 0.2 | 46.00 |
| 02/11/13 | ESF | L210 | Prepare Proposed Dismissal Order | 0.2 | 46.00 |
| 02/11/13 | ESF | L210 | Correspondence to clerk regarding Proposed Dismissal Order | 0.1 | 23.00 |
| 02/11/13 | JEM | L210 | (move to Greentree Epperson)  Correspond with Court regarding entry of Order Granting Motion to Dismiss with Prejudice | 0.2 | 73.00 |
| 02/11/13 | JEM | L190 | (move to Greentree Epperson)  Prepare client update | 0.2 | 73.00 |
| 02/15/13 | ESF | L310 | Analyze Plaintiff's First Set of Discovery Requests | 0.5 | 115.00 |
| | | | Totals | 2.1 | 579.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 1.0 | 230.00 | 230.00 |
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| ABP | Pittman | Associate | 0.7 | 290.00 | 203.00 |

Invoice Date 04/16/13
Invoice Number 1488969
File No. 040540.000362
Claim/Client File No. 735558
Page 3

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMACM-ResCap Estate

(VA) advs. Wilson, Edith M.

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/13**

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/13 | Outside Courier Services – VENDOR: Downtown Direct; INVOICE#: 12698; DATE: 1/13/2013  -  Courier service on 1/08/2013 for V. Flynn | 27.00 |
| | Total: | 27.00 |
| | Total Fees & Costs: | $606.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMACM-ResCap Estate | |
| Attn: Christine A. Buen, Paralegal | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488969 |
| File No. | 040540.000362 |
| Claim/Client File No. | 735558 |

**RE:** (VA) advs. Wilson, Edith M.

**Total Amount of This Invoice** $606.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488970 |
| 190-FTW-L95 | File No. | 040540.000364 |
| Fort Washington, PA 19034 | Claim/Client File No. | 735870 |

**RE:    (GA) advs. Williams, Charlotte**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $2,878.00 |
| **Total Amount of This Invoice** | **$2,878.00** |

IN ACCOUNT WITH

Invoice Date 04/16/13
Invoice Number 1488970
File No. 040540.000364
Claim/Client File No. 735870
Page 2

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

GMACM-ResCap Estate

(GA) advs. Williams, Charlotte

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 02/01/13 | MJW | L110 | Review Motion to Compel | 0.5 | 137.50 |
| 02/01/13 | MJW | L110 | Strategize regarding response | 0.6 | 165.00 |
| 02/05/13 | AJR | L120 | Analyze discovery deadlines and rules in light of plaintiffs' Motion to Compel | 0.2 | 57.00 |
| 02/05/13 | AJR | L120 | Emails with dispossessory counsel for Fannie Mae regarding status of wrongful foreclosure action being no bar to proceeding with lockout | 0.2 | 57.00 |
| 02/05/13 | AJR | L120 | Emails with client regarding plaintiffs' Motion to Compel and regarding lockout date in dispossessory action | 0.1 | 28.50 |
| 02/05/13 | AJR | L120 | Analyze strategy for responding to Plaintiffs' Motion to Compel and for possibly filing Motion for Protective Order in light of same | 0.3 | 85.50 |
| 02/06/13 | AJR | L240 | Revise Motion to Dismiss | 1.9 | 541.50 |
| 02/06/13 | AJR | L210 | Revise Answer | 0.6 | 171.00 |
| 02/06/13 | AJR | L190 | Telephone conference with court clerk to ask if proof of service has been filed in light of Plaintiff's Motion for Default Judgment | 0.1 | 28.50 |
| 02/07/13 | AJR | L240 | Revise Motion to Dismiss and Answer and incorporate Fannie Mae's revisions into same | 1.8 | 513.00 |
| 02/07/13 | AJR | L240 | Emails with client and counsel for Fannie Mae regarding drafts of Motion to Dismiss and Answer | 0.2 | 57.00 |
| 02/07/13 | AJR | L210 | Review and analyze plaintiff's Motion for Default Judgment and analyze strategy for responding to same | 0.5 | 142.50 |
| 02/07/13 | MJW | L110 | Monitor case status | 0.3 | 82.50 |
| 02/07/13 | MJW | L110 | Update case notes | 0.1 | 27.50 |
| 02/12/13 | AJR | L210 | Revise Response to Plaintiff's Motion for Default Judgment | 1.0 | 285.00 |
| 02/12/13 | AJR | L210 | Prepare and file Response to Plaintiff's Motion for Default Judgment, Motion to Dismiss, and Answer | 0.3 | 85.50 |
| 02/13/13 | AJR | L190 | Update case tasks and strategy | 0.1 | 28.50 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488970
File No. 040540.000364
Claim/Client File No. 735870
Page 3

GMACM-ResCap Estate

(GA) advs. Williams, Charlotte

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/14/13 | MJW | L110 | Update litigation assessment regarding exposure | 0.6 | 165.00 |
| 02/14/13 | MJW | L110 | Update case chart | 0.2 | 55.00 |
| 02/14/13 | MJW | L110 | Review discovery response | 0.6 | 165.00 |
| | | | Totals | 10.2 | 2,878.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 7.3 | 285.00 | 2,080.50 |
| MJW | Windham | Associate | 2.9 | 275.00 | 797.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMACM-ResCap Estate
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488970 |
| File No. | 040540.000364 |
| Claim/Client File No. | 735870 |

**RE:    (GA) advs. Williams, Charlotte**

**Total Amount of This Invoice**                    $2,878.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488971 |
| 190-FTW-L95 | File No. | 040540.000365 |
| Fort Washington, PA 19034 | Claim/Client File No. | 736142 |

RE:    **(GA) advs. Bailey, Linda M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $3,894.00 |
| **Total Amount of This Invoice** | **$3,894.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488971
File No. 040540.000365
Claim/Client File No. 736142
Page 2

GMACM-ResCap Estate

(GA) advs. Bailey, Linda M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | AJR | L120 | Analyze case and settlement strategy in light of borrower's cash for keys request and strategy for filing motion for relief from stay in bankruptcy action | 0.9 | 256.50 |
| 02/01/13 | MRB | L110 | Review bankruptcy docket and develop strategies regarding loan modification and possible settlement agreement and release | 0.8 | 220.00 |
| 02/01/13 | AJR | L120 | Emails with client regarding borrower's cash for keys request and strategy for filing motion for relief from stay in bankruptcy action | 0.2 | 57.00 |
| 02/01/13 | MJW | L110 | Telephone conference with Plaintiff regarding settlement | 0.3 | 82.50 |
| 02/01/13 | MJW | L110 | Summarize settlement offer | 0.3 | 82.50 |
| 02/01/13 | MJW | L110 | Strategize regarding settlement offer | 0.6 | 165.00 |
| 02/04/13 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 02/04/13 | AJR | L160 | Email to client regarding strategy for cash for keys agreement with plaintiff | 0.1 | 28.50 |
| 02/04/13 | AJR | L160 | Analyze settlement strategy in light of borrower's bankruptcy | 0.6 | 171.00 |
| 02/06/13 | MJW | C400 | Telephone conference with pro se Plaintiff concerning settlement | 0.3 | 82.50 |
| 02/06/13 | MJW | L160 | Prepare for telephone conference with plaintiff regarding settlement | 0.2 | 55.00 |
| 02/06/13 | MJW | L120 | Strategize regarding waiver of potential claim for automatic stay violation | 0.9 | 247.50 |
| 02/06/13 | MJW | P400 | Prepare proposed settlement agreement | 1.1 | 302.50 |
| 02/07/13 | AJR | L160 | Revise Settlement Agreement | 0.7 | 199.50 |
| 02/07/13 | MRB | L110 | Analyze case law in support of proposed settlement agreement | 0.6 | 165.00 |
| 02/07/13 | MJW | L110 | Telephone conversation with Plaintiff regarding settlement | 0.4 | 110.00 |
| 02/07/13 | MJW | L110 | Revise settlement agreement in light of telephone conversation with Plaintiff | 0.4 | 110.00 |
| 02/08/13 | AJR | L160 | Revise Settlement Agreement | 1.0 | 285.00 |
| 02/08/13 | AJR | L160 | Email to client regarding settlement strategy | 0.1 | 28.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488971
File No. 040540.000365
Claim/Client File No. 736142
Page 3

GMACM-ResCap Estate

(GA) advs. Bailey, Linda M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/08/13 | AJR | L160 | Draft correspondence to plaintiff regarding Settlement Agreement and vacating property in light of same | 0.3 | 85.50 |
| 02/08/13 | MJW | L110 | Telephone conversation with Plaintiff regarding settlement | 0.4 | 110.00 |
| 02/08/13 | MJW | L110 | Revise settlement agreement in light of telephone conversation with Plaintiff | 0.6 | 165.00 |
| 02/08/13 | MJW | L110 | Develop settlement strategy | 0.6 | 165.00 |
| 02/08/13 | MJW | L110 | Draft Notice of Dismissal | 0.6 | 165.00 |
| 02/11/13 | MJW | L110 | Telephone conversation with Plaintiff regarding settlement | 0.4 | 110.00 |
| 02/11/13 | MJW | L110 | Revise settlement agreement in light of telephone conversation with Plaintiff | 0.4 | 110.00 |
| 02/11/13 | MJW | L110 | Develop settlement strategy | 0.4 | 110.00 |
| 02/12/13 | AJR | L120 | Analyze case law regarding exceptions to automatic bankruptcy stay | 0.2 | 57.00 |
| 02/12/13 | AJR | L160 | Emails with client regarding status of Settlement Agreement | 0.2 | 57.00 |
| 02/12/13 | MJW | L110 | Telephone conversation with Plaintiff regarding settlement | 0.3 | 82.50 |

|  | Totals | 14.0 | 3,894.00 |
|--|--------|------|----------|

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 1.4 | 275.00 | 385.00 |
| AJR | Reyes | Associate | 4.4 | 285.00 | 1,254.00 |
| MJW | Windham | Associate | 8.2 | 275.00 | 2,255.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMACM-ResCap Estate
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488971 |
| File No. | 040540.000365 |
| Claim/Client File No. | 736142 |

**RE:     (GA) advs. Bailey, Linda M.**

**Total Amount of This Invoice**        $3,894.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMACM-ResCap Estate | Invoice Date | 04/16/13 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1488972 |
| 190-FTW-L95 | File No. | 040540.000366 |
| Fort Washington, PA 19034 | Claim/Client File No. | 736410 |

**RE:    (GA) advs. Arrington, Nell M - Estate of**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/13 | $1,476.50 |
| **Total Amount of This Invoice** | **$1,476.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 04/16/13
Invoice Number 1488972
File No. 040540.000366
Claim/Client File No. 736410
Page 2

GMACM-ResCap Estate

(GA) advs. Arrington, Nell M - Estate of

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 02/01/13 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 02/04/13 | ABP | L120 | Develop removal strategies | 0.3 | 87.00 |
| 02/05/13 | ABP | L120 | Develop removal strategies | 0.3 | 87.00 |
| 02/07/13 | ABP | L120 | Develop litigation and removal strategies | 0.4 | 116.00 |
| 02/07/13 | AJR | L120 | Analyze case strategy | 0.3 | 85.50 |
| 02/09/13 | ABP | L110 | Review Fact Package received from client | 0.6 | 174.00 |
| 02/12/13 | ABP | L190 | Prepare to remove case to federal court | 0.1 | 29.00 |
| 02/12/13 | ABP | L190 | Develop removal strategies | 0.1 | 29.00 |
| 02/12/13 | ABP | L190 | Develop strategies in defense of plaintiff's claims | 0.2 | 58.00 |
| 02/12/13 | AJR | L190 | Develop defensive strategies in response to complaint | 0.2 | 57.00 |
| 02/13/13 | ABP | L120 | Develop defensive and removal strategies | 0.3 | 87.00 |
| 02/14/13 | ABP | L190 | Analyze fact package received from client | 0.4 | 116.00 |
| 02/14/13 | ABP | L190 | Review borrower correspondence | 0.4 | 116.00 |
| 02/14/13 | ABP | L190 | Review loan servicing history, payment history, and loan servicing notes | 0.6 | 174.00 |
| 02/15/13 | ABP | L210 | Prepare Notice of Removal | 0.5 | 145.00 |
| 02/15/13 | ABP | L190 | Develop removal strategies | 0.1 | 29.00 |
| | | | Totals | 5.1 | 1,476.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 02/28/13

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 4.6 | 290.00 | 1,334.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMACM-ResCap Estate
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 04/16/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1488972 |
| File No. | 040540.000366 |
| Claim/Client File No. | 736410 |

RE:    (GA) advs. Arrington, Nell M - Estate of

**Total Amount of This Invoice**        $1,476.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 04/18/13 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1493052 |
| | File No. | 040540.000110 |
| | Claim/Client File No. | 693591 |

**RE:    (GA) Wheeler, Michael**

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/13 | $521.00 |
| Costs and Expenses Through 03/31/13 | $44.00 |
| **Total Amount of This Invoice** | **$565.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 04/18/13
Invoice Number 1493052
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 03/13/13 | ABP | L190 | Develop litigation and trial strategies | 0.6 | 174.00 |
| 03/13/13 | ABP | L190 | Develop strategies for proceeding with trial in light of partial lifting of automatic bankruptcy stay | 0.6 | 174.00 |
| 03/13/13 | AJR | L190 | Develop litigation strategies | 0.2 | 57.00 |
| 03/21/13 | ABP | L190 | Update case assessment and status for client | 0.4 | 116.00 |
| | | | Totals | 1.8 | 521.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/13**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.6 | 290.00 | 464.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/13**

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/13 | Filing Fees – PAYEE: Cardmember Service; REQUEST#: 409514; DATE: 3/22/2013.-- Court Conference Fee ( Courtcall) | 44.00 |
| | Total: | 44.00 |
| | Total Fees & Costs: | $565.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 04/18/13 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1493052 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

**RE:    (GA) Wheeler, Michael**

**Total Amount of This Invoice**                    $565.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**