Joseph T. Baio
Mary Eaton
Emma J. James
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Monarch Alternative Capital LP,*
*Stonehill Capital Management LLC, and Bayview Fund*
*Management LLC, each in its capacity as*
*investment advisor to certain funds, and for CQS ABS Master*
*Fund Limited and CQS ABS Alpha Master*
*Fund Limited.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Residential Capital, LLC, *et al.*, | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF FILING OF MONARCH ALTERNATIVE CAPITAL LP, STONEHILL CAPITAL MANAGEMENT LLC, CQS ABS ALPHA MASTER FUND LIMITED, CQS ABS MASTER FUND LIMITED, AND BAYVIEW FUND MANAGEMENT LLC'S MOTION IN LIMINE TO PRECLUDE THE TRUSTEES FROM OFFERING ANY EVIDENCE OF THEIR RELIANCE ON COUNSEL IN SUPPORT OF DEBTORS' 9019 MOTION (*IN LIMINE* MOTION FOUR)**

**PLEASE TAKE NOTICE** that, pursuant to the *Scheduling Order* [ECF No. ],

dated August , 2013, entered by the Bankruptcy Court in connection with the *Debtors' Motion*

*Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the*

*Debtors, FGIC, the FGIC Trustees, and Certain Individual Investors* [ECF No. 3929] (the "**9019**

**Motion**"), Monarch Alternative Capital LP, Stonehill Capital Management LLC, and Bayview

Fund Management LLC, each in its capacity as investment advisor to certain funds, and CQS

ABS Alpha Master Fund Limited and CQS ABS Master Fund Limited (collectively, the

"**Investors**") hereby file the Investors' *Motion in Limine to Preclude the Trustees from Offering*

*Any Evidence of Their Reliance on Counsel in Support of Debtors' 9019 Motion (In Limine*

*Motion Four)*.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Regarding*

*Exchange of Confidential Information* [ECF No. 4249] (the "**Confidentiality Order**"), dated

July 16, 2013, entered by the Bankruptcy Court in connection with the 9019 Motion, certain

portions of the Motion in Limine are hereby filed in redacted form and under seal. Unredacted

copies of the Motion in Limine will be provided to the Bankruptcy Court and served on parties to

the Confidentiality Order.

Dated: August 7, 2013
　　　　New York, New York

WILLKIE FARR & GALLAGHER LLP

By: /s/ Joseph T. Baio
　　　　Joseph T. Baio

Mary Eaton
Emma J. James
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for Monarch Alternative Capital LP,
Stonehill Capital Management LLC, and Bayview
Fund Management LLC, each in its capacity as
investment advisor to certain funds, and for CQS
ABS Master Fund Limited and CQS ABS Alpha
Master Fund Limited.*

Joseph T. Baio
Mary Eaton
Emma J. James
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Monarch Alternative Capital LP,*
*Stonehill Capital Management LLC, and Bayview Fund*
*Management LLC, each in its capacity as*
*investment advisor to certain funds, and for CQS ABS Master*
*Fund Limited and CQS ABS Alpha Master*
*Fund Limited.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Residential Capital, LLC, *et al.*, | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**MONARCH ALTERNATIVE CAPITAL LP, STONEHILL CAPITAL MANAGEMENT**
**LLC, CQS ABS ALPHA MASTER FUND LIMITED, CQS ABS MASTER FUND**
**LIMITED, AND BAYVIEW FUND MANAGEMENT LLC'S**
**MOTION *IN LIMINE* TO PRECLUDE THE TRUSTEES FROM OFFERING ANY**
**EVIDENCE OF THEIR RELIANCE ON COUNSEL IN SUPPORT OF DEBTORS' 9019**
**MOTION (*IN LIMINE* MOTION FOUR)**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

Monarch Alternative Capital LP, Stonehill Capital Management LLC, and

Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and

CQS ABS Alpha Master Fund Limited and CQS ABS Master Fund Limited (collectively, the

"**Investors**") hereby file this motion *in limine* to preclude the FGIC Trustees (the "**Trustees**")

from offering any evidence of their reliance on counsel in support of the Debtors' Motion

Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement (the "**Settlement**

**Agreement**" or "**Settlement**") Among the Debtors, FGIC, the FGIC Trustees and Certain

Institutional Investors (the "**9019 Motion**") and the findings (the "**Findings**" or the

"**Exculpatory Findings**") contained in the Proposed Order filed with that motion (the

"**Proposed Order**").

## PRELIMINARY STATEMENT

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

---

1    █████████████████████████████████

**BACKGROUND**



1. **The Trustees Invoked Privilege to Block Any Disclosure Of The Advice They Received With Respect To The FGIC Settlement Agreement.**















4.      **Debtors Also Rely on the Advice of Counsel While Refusing to Produce
Documents Counsel Considered In Forming His Opinion**

**ARGUMENT**

5.    **The Trustees Should Be Precluded From Offering Any Argument Or Evidence That They Relied On The Recommendation Of Counsel In Determining To Approve The FGIC Settlement Agreement.**





6.    **The Trustees Should Be Precluded From Offering Any Argument Or Evidence That They Acted In Good Faith In Determining To Approve The FGIC Settlement Agreement.**







**7.    For the Same Reasons, Debtors Should Be Precluded From Relying on Counsels' Expert Testimony**



## CONCLUSION

WHEREFORE, the Investors respectfully request that the Court enter an order (1) precluding the Trustees from introducing at the hearing of the 9019 Motion any argument or evidence of (i) Trustees' reliance on the recommendations of their counsel with respect to the FGIC Settlement Agreement, (ii) the Trustees' good faith belief that the FGIC Settlement Agreement was in the best interests of the Trusts or the Investors; (iii) any testimony from Mr. Lipps or (iv) any documents considered, relied up, or prepared by Mr. Lipps.

Dated: August 7, 2013
       New York, New York

                              WILLKIE FARR & GALLAGHER LLP


                              By: /s/ Joseph T. Baio
                                   Joseph T. Baio

                              Mary Eaton
                              Emma J. James
                              787 Seventh Avenue
                              New York, New York 10019
                              (212) 728-8000

                              *Attorneys for Monarch Alternative Capital LP,
                              Stonehill Capital Management LLC, and Bayview
                              Fund Management LLC, each in its capacity as
                              investment advisor to certain funds, and for CQS
                              ABS Master Fund Limited and CQS ABS Alpha
                              Master Fund Limited.*