**EXHIBIT B**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2012**

**Compensation by Matter**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 932-050 | Restructuring | 5.4 | $1,584.00 |
| 932-053 | Administrative | 18.6 | $5,208.00 |
| 932-054 | SEC Post-Petition | 37.0 | $8,146.00 |
| 932-057 | RMBS Trust Settlement[1] | 295.9 | $69,427.00 |
| 932-058 | Securities Claims | 122.7 | $35,974.00 |
| 932-059 | Monoline Claims[2] | 699.3 | $195,075.50 |
| 932-060 | ResCap Discovery Issues | 53.6 | $12,184.50 |
| 932-064 | Examiner[3] | 5,480.2 | $1,227,658.00 |
| 621-1122 | Michael A. Fox | 0.5 | $150.00 |
| 621-1124 | Nicholas Stincic | 6.6 | $1,980.00 |
| 621-1140 | Freddie Hoop | 0.1 | $30.00 |
| 621-1145 | James Walton, Jr. | 0.7 | $210.00 |
| 621-1155 | National Remediation Project[4] | 14.5 | $3,980.00 |
| 096-1009 | Deborah A. Charity | 6.9 | $1,700.00 |
| 096-1011 | Emily Bradac | 51.9 | $12,703.50 |
| 096-1012 | Eric C. Rogers | 4.0 | $910.00 |
| 096-1029 | Lamar Bridges[5] | 2.4 | $720.00 |
| 096-1030 | Larry J. King | 5.6 | $1,192.50 |

---

[1] These totals reflect the Debtors' request for a reduction of $168.00 associated with this matter in January. It is unknown how many hours were reduced, therefore the hours listed reflect the original total hours submitted.

[2] These totals reflect the Debtors' request for a reduction of $196.00 associated with this matter in January. It is unknown how many hours were reduced, therefore the hours listed reflect the original total hours submitted.

[3] These totals reflect the Applicants' voluntary reduction of 0.6 hours and $96.00 associated with this matter in January.

[4] These totals reflect the Debtors' request for a reduction of $30.00 associated with this matter in January. It is unknown how many hours were reduced, therefore the hours listed reflect the original total hours submitted.

[5] These totals reflect the Debtors' request for a reduction of 1.4 hours and $420.00 associated with this matter in February.

| 096-1041 | Patricia Joanne McNerney | 3.8 | $940.00 |
| --- | --- | --- | --- |
| 096-1044 | Ray E. Potter | 0.2 | $44.00 |
| 096-1045 | Raymond Thomas | 9.7 | $2,710.00 |
| 096-1048 | Ronald McGinn | 3.7 | $934.00 |
| 096-1058 | Timothy Bryant | 1.2 | $328.00 |
| 096-1061 | Cleveland Housing Renewal Project | 0.1 | $30.00 |
| 096-1062 | Jamie L. Gindele | 0.1 | $22.00 |
| 096-1097 | Richard M. Guiliano | 0.4 | $88.00 |
| 096-1112 | Thang Nguyen | 0.2 | $44.00 |
| 096-1116 | Jack H. Donnelly | 2.0 | $440.00 |
| 096-1127 | Rebecca L. Folden | 3.8 | $836.00 |
| 096-1145 | Niesreen Abdalla | 39.6 | $9,312.00 |
| 096-1149 | Rosie Hart | 0.4 | $80.00 |
| 096-1150 | Melissa D. Lallo | 27.0 | $5,765.00 |
| 096-1153 | Danna Rogers | 2.2 | $450.00 |
| 096-1157 | Stephanie J. Ramm | 0.4 | $100.00 |
| 096-1162 | Susan E. Noel | 1.4 | $324.00 |
| 096-1163 | Elizabeth Campbell | 0.3 | $70.00 |
| 096-1170 | H. Marc Chrysler | 0.4 | $80.00 |
| 096-1171 | Jon G. Paglio | 6.3 | $1,500.00 |
| 096-1172 | William J. Barrett | 0.7 | $180.00 |
| 096-1173 | Price Hill Will | 90.3 | $20,542.00 |
| 096-1175 | Melissa Fox | 3.1 | $706.00 |
| 096-1176 | Mark R. Bernard | 0.4 | $100.00 |
| 096-1181 | Louise R. Young-Berdalla | 2.1 | $462.00 |
| 096-1183 | Jamah Jackson | 26.6 | $7,820.00 |
| 096-1185 | Lisa M. Ramey | 3.7 | $822.00 |
| 096-1189 | Bernard Turzynski | 1.5 | $300.00 |
| 096-1190 | Richard J. Chang | 0.2 | $40.00 |
| 096-1191 | Evan D. Morgan | 0.5 | $100.00 |
| 096-1192 | Judith G. Bigelow | 9.1 | $1,860.00 |
| 096-1198 | Nancy M. Pannell | 2.1 | $550.00 |
| 096-1199 | Larry Crosser | 0.3 | $60.00 |

| | | | |
|---|---|---|---|
| 096-1201 | Robert D. Kehoe[6] | 0.1 | $20.00 |
| 096-1203 | Caley Coleff | 2.4 | $480.00 |
| 096-1207 | Orlinda Beatty | 0.6 | $120.00 |
| 096-1209 | Jesus Laboy | 0.1 | $20.00 |
| 096-1212 | Felix R. Aponte | 0.4 | $100.00 |
| 096-1213 | Robert L. Rhodes | 0.1 | $30.00 |
| 096-1215 | John V. Seel | 0.2 | $60.00 |
| 096-1216 | Robert H. Denny | 35.5 | $6,828.00 |
| 096-1220 | Robert C. Luft | 0.5 | $130.00 |
| 096-1221 | Richard E. Jackson | 0.2 | $40.00 |
| 096-1222 | John M. Wysocki | 0.2 | $40.00 |
| 096-1223 | Christopher C. Dubay | 0.1 | $20.00 |
| 096-1225 | Gene Bucnaventura McKinley | 0.3 | $70.00 |
| 096-1226 | Amy Jo Abner[7] | 0.1 | $20.00 |
| 096-1227 | Charles M. Lawler | 0.1 | $20.00 |
| 096-1228 | Robert J. Baker | 2.6 | $590.00 |
| 096-1229 | Mae Huggins | 2.8 | $620.00 |
| 096-1230 | Christine M. Falkosky | 0.3 | $66.00 |
| 096-1231 | Robert S. Dinkins | 7.1 | $1,570.00 |
| 096-1232 | Dale R. Earl | 4.2 | $1,140.00 |
| 096-1233 | John T. Walker | 3.7 | $830.00 |
| 096-1234 | Kellie J. Boyer | 5.3 | $1,140.00 |
| 096-1235 | Stanley Jackson | 27.2 | $5,570.00 |
| 096-1236 | Chester Fitzsimmons | 0.5 | $140.00 |
| 096-1237 | Charles Waller | 8.9 | $1,980.00 |
| 096-1238 | Mary Hentley | 6.6 | $1,690.00 |
| **Total Fees Incurred** | | **7,159.80[8]** | **$1,659,806.00** |

---

[6] These totals reflect the Debtors' request for a reduction of .10 hours and $30.00 associated with this matter in February.

[7] These totals reflect the Debtors' request for a reduction of 0.90 hours and $270.00 associated with this matter in March.

[8] It is unknown which attorneys had their hours reduced as part of the $394.00 fee reduction in January. Therefore the total hours shown do not reflect a reduction of hours for any attorneys with regard to the January invoices.