## EXHIBIT C

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey A. Lipps *(1981)* | Litigation-Ohio | $400.00 | 649.40 | $259,760.00 |
| David A. Wallace *(1985)* | Litigation-Ohio, Maryland | $300.00 | 130.10 | $39,030.00 |
| Jennifer A.L. Battle *(1999)* | Litigation-Ohio, New York, Pennsylvania | $300.00 | 452.30 | $135,690.00 |
| Angela M. Paul *(1997)* | Litigation-Ohio, Florida | $275.00 | 587.80 | $161,645.00 |
| Joel E. Sechler *(2003)* | Litigation-Ohio | $220.00 | 377.60 | $83,072.00 |
| **Associates and Of Counsel** | | | | |
| Michael N. Beekhuizen *(1995)* | Litigation-Ohio | $280.00 | 79.40 | $22,232.00 |
| David A. Beck *(2000)* | Litigation-Ohio | $280.00 | 741.70 | $207,676.00 |
| Heather L Buchanan *(2000)* | Litigation-Ohio, Pennsylvania | $240.00 | 325.50 | $78,120.00 |
| Segev Phillips *(2008)* | Litigation-Massachusetts, Ohio | $220.00 | 349.60 | $76,912.00 |
| A. Benjamin Winkler *(2005)* | Litigation-Ohio | $220.00 | 91.80 | $20,196.00 |
| Steven C. Moeller *(2006)* | Litigation-Illinois, New York (pending) | $220.00 | 149.70 | $33,682.50 |
| David J. Barthel *(2005)* | Litigation-Ohio | $210.00 | 302.90 | $63,609.00 |
| Anthony J. Molnar *(2006)* | Litigation-Ohio | $210.00 | 169.40 | $35,574.00 |
| Karen M. Cadieux *(2005)* | Litigation-Ohio | $200.00 | 122.30 | $24,460.00 |
| Michael J. Boyle *(2008)* | Litigation-Ohio, California | $180.00 | 127.70 | $22,986.00 |
| Lynanne W. Sabatino *(2011)* | Litigation-Ohio | $180.00 | 27.00 | $4,860.00 |
| Jeffrey R. Corcoran *(2011)* | Litigation-Ohio | $180.00 | 491.50 | $88,470.00 |
| Gretchen N. Marty *(2010)* | Litigation-Ohio | $175.00 | 646.30 | $113,102.50 |
| Mallory M. Mohler *(2012)* | Litigation-Ohio | $160.00 | 368.10 | $58,896.00 |
| Jacob D. Rhode *(2012)* | Litigation-Ohio | $160.00 | 304.30 | $48,688.00 |

| Amanda E. George *(2012)* | Litigation-Ohio | $160.00 | 171.90 | $27,504.00 |
|---|---|---|---|---|
| Tyler K. Ibom *(2010)* | Litigation-Ohio | $150.00 | 93.70 | $14,055.00 |
| **Professionals Totals** | | **Blended Rate** | | |
| | | **$239.68** | **6,760.00** | **$1,620,220.00** |
| **Paraprofessionals** | | | | |
| Veronica L. Sholl | Litigation | $100.00 | 317.10 | $31,710.00 |
| Robert B. Samson | Litigation | $100.00 | 82.70 | $8,270.00 |
| **Paraprofessionals Totals** | | **Blended Rate** | | |
| | | **$100.00** | **399.80** | **$39,980.00** |
| **Less Unknown January Fee Reductions** | | | | **-$394.00** |
| **Total Fees Incurred** | | **Blended Rate** | | |
| | | **$231.82** | **7,159.80**[1] | **$1,659,806.00** |

---

[1] It is unknown which attorneys had their hours reduced as part of the $394 fee reduction in January. Therefore the total hours shown do not reflect a reduction of hours for any attorneys with regard to the January invoices.