# EXHIBIT 1

**Time Detail**
**January 1, 2013 to Aril 30, 2013**

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dempsey  John B | 2-Jan-13 | 0.50 | $374.10 | Conference with Andre Rooks regarding status of KEIP / KERP project updates (0.5). |
| Dluhy  Bryan M | 2-Jan-13 | 0.50 | $174.00 | Prepare response to committee inquiry regarding annual incentive plan motion (0.5). |
| Dempsey  John B | 3-Jan-13 | 0.50 | $374.10 | Telephone conference with Jordan Wishnew and Anne Janiczek and client working group regarding committee inquiry concerning annual incentive plan motion (0.5). |
| Dluhy  Bryan M | 3-Jan-13 | 1.00 | $348.00 | Prepare additional information for response to committee annual incentive plan inquiry |
| Dempsey  John B | 4-Jan-13 | 0.50 | $374.10 | Telephone conference with Jordan Wishnew, Anne Janiczek and client working group regarding follow-up to committee requests concerning annual incentive plan motion |
| Dempsey  John B | 4-Jan-13 | 1.00 | $748.20 | Telephone conference with working group regarding updates to KEIP and KERP (1.0). |
| Dluhy  Bryan M | 4-Jan-13 | 2.00 | $696.00 | Prepare additional information for committee inquiries for annual incentive plan motion |
| Dempsey  John B | 7-Jan-13 | 1.00 | $748.20 | Telephone conference with Scott Lyman, Tim McDonagh and Harry Chiu regarding revising KEIP and KERP (1.0). |
| Dluhy  Bryan M | 7-Jan-13 | 2.00 | $696.00 | Telephone cconferences with client working grou pregarding winddown and KEIP and KERP analyses (2.0). |
| Dempsey  John B | 8-Jan-13 | 2.00 | $1,496.40 | Telephone conference with Scott Lyman, Tim McDonagh and Harry Chiu regarding KEIP and KERP updates (2.0). |
| Dluhy  Bryan M | 8-Jan-13 | 1.00 | $348.00 | Telephone conferences with client working group regarding KEIP, KERP and winddown issues (1.0). |
| Rooks  Andre | 8-Jan-13 | 8.00 | $4,640.00 | Research base salary and incentive program information for preparation of KEIP and KERP updates (6.0); prepare recommendations based upon same (2.0). |
| Dempsey  John B | 9-Jan-13 | 1.00 | $748.20 | Telephone conference with client working group regarding additional KEIP and KERP update issues (1.0). |
| Rooks  Andre | 9-Jan-13 | 9.50 | $5,510.00 | Research for preparation of LTI award model (5.0); prepare LTI award model analysis based upon same (4.5). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dempsey  John B | 10-Jan-13 | 1.50 | $1,122.30 | Review information for additional revisions to KEIP and KERP (1.0); telephone conference with Bryan Dluhy and client working group regarding same (0.5). |
| Dluhy  Bryan M | 10-Jan-13 | 0.50 | $174.00 | Telephone conference with John Dempsey and client working group regarding KEIP and KERP analyses (0.5). |
| Dempsey  John B | 11-Jan-13 | 1.00 | $748.20 | Review updated KERP and KEIP analyses (1.0). |
| Dempsey  John B | 12-Jan-13 | 1.00 | $748.20 | Review and prepare for meeting with client working group regarding KEIP and KERP proposed updates (1.0). |
| Dempsey  John B | 14-Jan-13 | 2.00 | $1,496.40 | Conference with client working group regarding KEIP and KERP updates (1.0); conference with Jordan Wishnew regarding |
| Dempsey  John B | 15-Jan-13 | 3.00 | $2,244.60 | Attend meeting in New York with client working group regarding updated KEIP and KERP (3.0). |
| Dempsey  John B | 16-Jan-13 | 1.00 | $748.20 | Telephone conference with Greylock Partners representatives regarding KEIP and KERP (1.0). |
| Dempsey  John B | 16-Jan-13 | 0.50 | $374.10 | Conference with Andre Rooks regarding incentive plan updates (0.5). |
| Dempsey  John B | 18-Jan-13 | 1.00 | $748.20 | Conference with Andre Rooks regarding additional updates for KERP (1.0). |
| Rooks  Andre | 18-Jan-13 | 2.00 | $1,160.00 | Conference with John Dempsey regarding KERP updates (1.0); revise information for KERP based upon same (1.0). |
| Mayer  Julie J | 21-Jan-13 | 7.00 | $527.80 | Research for incentive plan updates (7.0). |
| Dempsey  John B | 22-Jan-13 | 1.00 | $748.20 | Conference with Bryan Dluhy regarding status of update to KERP and KEIP and open items for same (1.0). |
| Dluhy  Bryan M | 22-Jan-13 | 1.50 | $522.00 | Conference with John Dempsey regarding KERP and KEIP updates (1.0); analyze CRO compensation issues in connection with same (0.5). |
| Mehta  Sahil | 22-Jan-13 | 3.00 | $817.80 | Research regarding CRO compensation issues (3.0). |
| Dempsey  John B | 23-Jan-13 | 1.00 | $748.20 | Review CRO compensation issues analysis (0.5); telephone conference with Bryan Dluhy regarding same (0.25); telephone conference with Jordan Wishnew regarding |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dluhy Bryan M | 23-Jan-13 | 4.00 | $1,392.00 | Telephone conference with John Dempsey regarding CRO compensation issues and analysis (0.25); review and revise analysis and deck based upon same (3.0); telephone conference with client working group regarding wind down and KEIP and KERP issues (0.5); telephone conference with Sahil Mehta regarding additional analysis based upon same (0.25). |
| Mehta Sahil | 23-Jan-13 | 2.50 | $681.50 | Additional research and analysis for CRO compensation issues (2.25); telephone conference with Bryan Dluhy regarding same (0.25). |
| Dempsey John B | 24-Jan-13 | 1.00 | $748.20 | Telephone conference with client working group regarding status of KEIP and KERP updates and open issues for same (1.0). |
| Dluhy Bryan M | 24-Jan-13 | 4.00 | $1,392.00 | Review and revise analysis and deck for KEIP and KERP (3.5); telephone conference with client working group regarding same |
| Dempsey John B | 25-Jan-13 | 5.00 | $3,741.00 | Conference with Tammy Mamzehpour regarding updated KEIP and KERP structure (1.0); conference with client working group regarding same (1.5); telephone conference with Jordan Wishnew regarding same (0.5); telephone conference with George Crowley regarding estate employee agreement (1.0). |
| Dluhy Bryan M | 25-Jan-13 | 4.00 | $1,392.00 | Additional revisions to analysis and deck regarding KEIP and KERP based upon discussions and comments from client working group (4.0). |
| Rooks Andre | 28-Jan-13 | 1.50 | $870.00 | Review and revise analysis of estate KERP (1.5). |
| Dluhy Bryan M | 29-Jan-13 | 1.00 | $348.00 | Telephone conferences with client working group regarding compensation analysis for executives (0.5); revise analysis based upon same (0.5). |
| Mehta Sahil | 29-Jan-13 | 2.50 | $681.50 | Research wind down plan metrics and characteristics for plans (2.5). |
| Dempsey John B | 30-Jan-13 | 1.00 | $748.20 | Telephone conference with Bryan Dluhy and Jordan Wishnew regarding compensation analysis for executives (0.5); review summary and analysis for same (0.5). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dluhy  Bryan M | 30-Jan-13 | 3.50 | $1,218.00 | Continue revising KEIP and KERP analysis (3.0); telephone conference with client working group regarding same (0.5). |
| Mehta  Sahil | 30-Jan-13 | 2.00 | $545.20 | Research regarding plan metrics and characteristics (2.0). |
| Dempsey  John B | 31-Jan-13 | 2.50 | $1,870.50 | Review analysis of pay levels for CFO and head of capital markets ().5); telephone conference with client working group regarding same (0.5); telephone conference with client working group regarding estate employment agreement issues (1.0); internal working group conference regarding same |
| Dluhy  Bryan M | 31-Jan-13 | 4.00 | $1,392.00 | Conference with John Dempsey regarding open plan issues (0.5); additional research and analysis for KEIP and KERP based upons ame (3.5). |
| Mehta  Sahil | 31-Jan-13 | 1.50 | $408.90 | Additional research of metrics and characteristics issues for KEIP and KERP (1.5). |
| Rooks  Andre | 31-Jan-13 | 2.00 | $1,160.00 | Review analysis for KEIP and KERP (2.0). |
| Dempsey  John B | 1-Feb-13 | 1.50 | $1,122.30 | Conference with Jordan Wishnew and Tim McDonagh regarding regarding KEIP and KERP updates (0.5); update KEIP and KERP information based upon same (1.0). |
| Mehta  Sahil | 1-Feb-13 | 4.00 | $1,090.40 | Research wind down plan metrics and characteristics for plans (4.0). |
| Dempsey  John B | 2-Feb-13 | 0.50 | $374.10 | Review and KEIP/KERP analysis (0.5). |
| Dempsey  John B | 3-Feb-13 | 1.00 | $748.20 | Internal working group conference regarding status of KEIP/KERP Report (1.0). |
| Dluhy  Bryan M | 3-Feb-13 | 7.50 | $2,610.00 | Revisions to KEIP and KERP deck (5.5); internal working group conference regarding same (1.0); telephone cconferences with client working group regarding winddown and KEIP and KERP analysis (1.0). |
| Mehta  Sahil | 3-Feb-13 | 7.00 | $1,908.20 | Additional wind down plan research (7.0). |
| Dluhy  Bryan M | 4-Feb-13 | 2.00 | $696.00 | Revise KEIP and KERP deck based upon additional research (2.0). |
| Mehta  Sahil | 4-Feb-13 | 5.00 | $1,363.00 | Additional wind down plan research in connection with KEIP and KERP preparation (5.0). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dluhy  Bryan M | 5-Feb-13 | 7.00 | $2,436.00 | Review and revise KEIP and KERP deck based upon additional research and comments (4.0); review additional research and analysis for same (1.5); internal working group conferences regarding same (0.50); telephone conferences with working group regarding same (1.0). |
| Mehta  Sahil | 5-Feb-13 | 2.00 | $545.20 | Additional wind down plan research (1.5); intenral working group conferences regarding same (0.5). |
| Dempsey  John B | 6-Feb-13 | 1.00 | $748.20 | Telephone conferences with client working group and Bryan Dluhy regarding open issues for KEIP and KERP report (1.0). |
| Dluhy  Bryan M | 6-Feb-13 | 4.00 | $1,392.00 | Revisions to KEIP and KERP deck (3.0); telephone conferences with John Dempsey and client working group regarding same (1.0). |
| Dempsey  John B | 7-Feb-13 | 0.50 | $374.10 | Conference with Ann Corrin and Bryan Dluhy regarding open issues for KEIP and KERP (0.5). |
| Dempsey  John B | 10-Feb-13 | 1.00 | $748.20 | Review updated KEIP and KERP deck with client working group (1.0). |
| Dluhy  Bryan M | 10-Feb-13 | 2.50 | $870.00 | Revise compensation analysis (1.0); revise KEIP/KERP analysis (1.5). |
| Dluhy  Bryan M | 11-Feb-13 | 3.00 | $1,044.00 | Revise compensation analysis (1.5); review and revise draft KEIP/KERP analysis (1.5). |
| Dempsey  John B | 12-Feb-13 | 3.50 | $2,618.70 | Telephone conference with Jordan Wishnew regarding preparation for committee call regarding compensation analysis and plans (1.0); review and revise draft KEIP and KERP report information (2.0); conference with Bryan Dluhy regarding same (0.5). |
| Dluhy  Bryan M | 12-Feb-13 | 1.50 | $522.00 | Revise KEIP and KERP analysis (1.0); conference with John Dempsey regarding same (0.5). |
| Dempsey  John B | 13-Feb-13 | 2.00 | $1,496.40 | Review and revise KEIP and KERP deck (2.0) |
| Dluhy  Bryan M | 13-Feb-13 | 1.00 | $348.00 | Revise compensation analysis and information market data information for client working group (1.0). |
| Dluhy  Bryan M | 14-Feb-13 | 0.50 | $174.00 | Review and revise KEIP and KERP analysis information (0.5). |
| Dempsey  John B | 15-Feb-13 | 0.50 | $374.10 | Revise presentation on wind down and KEIP and KERP (0.5). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dluhy  Bryan M | 17-Feb-13 | 0.50 | $174.00 | Draft Dempsey KEIP/KERP declaration (0.5). |
| Dluhy  Bryan M | 18-Feb-13 | 4.50 | $1,566.00 | Continue drafting Dempsey KEIP/KERP declaration (4.5). |
| Mayer  Julie J | 18-Feb-13 | 7.00 | $560.28 | Research for compensation plan issues (7.0). |
| Dluhy  Bryan M | 19-Feb-13 | 3.00 | $1,044.00 | Revise draft KEIP/KERP declaration based upon comments of John Dempsey and client working group (3.0). |
| Dluhy  Bryan M | 20-Feb-13 | 4.00 | $1,392.00 | Review and revise draft KEIP and KERP materials, including Dempsey declaration, based upon comments of client working group (4.0). |
| Dempsey  John B | 21-Feb-13 | 3.00 | $2,244.60 | Review and prepare for KEIP and KERP plan presentation (3.0). |
| Dluhy  Bryan M | 21-Feb-13 | 2.50 | $870.00 | Continue revising draft Dempsey declaration and materials for KEIP and KERP (2.5). |
| Dempsey  John B | 22-Feb-13 | 6.00 | $4,489.20 | Review and prepare for KEIP and KERP presentation (3.0); present same at conference with working group in New York |
| Dempsey  John B | 25-Feb-13 | 0.50 | $374.10 | Telephone conference with Jordan Wishnew and Tim McDonagh regarding compensation analysis issues (0.5). |
| Dluhy  Bryan M | 25-Feb-13 | 2.00 | $696.00 | Research and analysis for preparing responses to CFO compensation inquiries in connection with wind down plan proposals (2.0). |
| Dluhy  Bryan M | 27-Feb-13 | 0.50 | $174.00 | Additional analysis for preparing responses |
| Dluhy  Bryan M | 28-Feb-13 | 3.50 | $1,218.00 | Prepare responses to CFO compensation inquiries in connection with wind down plan proposals (3.5). |
| Mehta  Sahil | 28-Feb-13 | 0.50 | $136.30 | Review and revise draft responses for CFO compensation inquiries (0.5). |
| Dempsey  John B | 1-Mar-13 | 0.50 | $374.10 | Prepare for telephone conference with committee regarding plans (0.5). |
| Dempsey  John B | 4-Mar-13 | 2.50 | $1,870.50 | Review CapMark case study draft (1.0); telephone conference with with Jordan Wishnew regarding same (0.5); conference |
| Dluhy  Bryan M | 4-Mar-13 | 3.00 | $1,044.00 | Analysis of independent director compensation for committee (2.0); review case study on Capmark for committee (0.5); CRO success fee analysis (0.5). |
| Mehta  Sahil | 4-Mar-13 | 3.00 | $817.80 | Research board of directors and CRO compensation issues (3.0). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dempsey  John B | 5-Mar-13 | 2.50 | $1,870.50 | Review and prepare for committee telephone conference regarding KEIP and KERP issues (1.0); attend same (1.0); telephone conference with Jordan Wishnew and Tammy Hamzehpour regarding director compensation (0.5). |
| Dluhy  Bryan M | 5-Mar-13 | 4.50 | $1,566.00 | Analysis of independent director compensation based upon committee requests (2.0); review and analyze case study for same (1.0); CRO success fee analysis (1.5). |
| Mehta  Sahil | 5-Mar-13 | 4.00 | $1,090.40 | Research directors and CRO compensation |
| Dempsey  John B | 7-Mar-13 | 2.50 | $1,870.50 | Telephone conference with Jordan Wishnew and Tammy Hamzehpour regarding director compensation issues (0.5); review and revise director compensation analysis (2.0). |
| Dluhy  Bryan M | 7-Mar-13 | 2.00 | $696.00 | Analysis of independent director compensation (2.0). |
| Dempsey  John B | 8-Mar-13 | 1.00 | $748.20 | Review of CRO compensation, comparable and requirements (0.5); telephone conference with Lorenzo Marinuzzi and Devon Eggert regarding fee application issues (0.5). |
| Dluhy  Bryan M | 8-Mar-13 | 1.50 | $522.00 | Review and analyze independent director and compensation and CRO success fee issues (1.5). |
| Mehta  Sahil | 8-Mar-13 | 1.00 | $272.60 | Additional research on directors and CRO compensation issues (1.0). |
| Dempsey  John B | 11-Mar-13 | 1.50 | $1,122.30 | Review and revise draft declaration in support of KEIP nad KERP (1.0); conference with Andre Rooks regarding same (0.5). |
| Dluhy  Bryan M | 11-Mar-13 | 6.00 | $2,088.00 | Revisions to KEIP/KERP deck (3.0); revisions to Dempsey KEIP/KERP declaration (2.0); additional CRO success fee analysis in connectino with same (1.0). |
| Knopf  Elyse | 11-Mar-13 | 1.50 | $408.90 | Review analysis of CRO compensation issues (1.50). |
| Mehta  Sahil | 11-Mar-13 | 2.00 | $545.20 | Revise CRO compensation deck (2.0). |
| Dempsey  John B | 12-Mar-13 | 0.50 | $374.10 | Additional revision sto draft declaration regarding estate KEIP/KERP (0.5). |
| Dluhy  Bryan M | 12-Mar-13 | 3.00 | $1,044.00 | Analyze CRO success bonus issues (1.0); review and revise KEIP/KERP report (1.5); additional revisions to Dempsey KEIP/KERP declaration based upon same (0.5). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Knopf  Elyse | 12-Mar-13 | 1.25 | $340.76 | Additional research for CRO compensation issues (1.25). |
| Mehta  Sahil | 12-Mar-13 | 2.00 | $545.20 | Review and revise CRO compensation deck for updated report (2.0). |
| Dempsey  John B | 13-Mar-13 | 0.50 | $374.10 | Review and edit draft declaration regarding estate KEIP/KERP (0.5). |
| Dluhy  Bryan M | 13-Mar-13 | 2.50 | $870.00 | CRO success bonus analysis (1.0); revisions to estate KEIP/KERP materials (0.5); revisions to Dempsey KEIP/KERP declaration (1.0). |
| Knopf  Elyse | 13-Mar-13 | 1.50 | $408.90 | Additional research for CRO compensation proposals (1.50). |
| Mehta  Sahil | 13-Mar-13 | 1.00 | $272.60 | Revise CRO compensation deck (1.0). |
| Dluhy  Bryan M | 14-Mar-13 | 3.50 | $1,218.00 | Analyze CRO success bonus issues (1.5); review and revise draft report (1.5); revise declaration in support of same (0.5). |
| Mehta  Sahil | 14-Mar-13 | 1.00 | $272.60 | Continue revising CRO compensation deck for updated report (1.0). |
| Dempsey  John B | 15-Mar-13 | 1.00 | $748.20 | Review CRO compensation analysis (1.0). |
| Dluhy  Bryan M | 15-Mar-13 | 4.00 | $1,392.00 | Revise CRO success bonus analysis based upon John Dempsey comments (2.5); revise report based upon same (1.0); revise declaration in support based upon same (0.5). |
| Mehta  Sahil | 15-Mar-13 | 0.50 | $136.30 | Review and revise updated bonus analysis (0.5). |
| Dluhy  Bryan M | 16-Mar-13 | 1.50 | $522.00 | Additional revisions to report and declaration based upon updated analyses (1.5). |
| Dempsey  John B | 18-Mar-13 | 1.00 | $748.20 | Conference with Bryan Dluhy and Sahil Mehta regarding updated CRO compensation analysis (0.5); telephone conference with Meryl Rothchild regarding same (0.5). |
| Dluhy  Bryan M | 18-Mar-13 | 2.00 | $696.00 | Additional revisions to Dempsey KEIP/KERP declaration (1.5); conference with John |
| Mayer  Julie J | 18-Mar-13 | 5.75 | $433.55 | Research for compensation plan issues (5.75). |
| Dempsey  John B | 19-Mar-13 | 1.00 | $748.20 | Conference with client working group and Bryan Dluhy regarding open issues for report (1.0). |
| Dluhy  Bryan M | 19-Mar-13 | 4.00 | $1,392.00 | Additional revisions to draft report and Dempsey declaration in support of same (3.0); conference with John Dempsey and client working group regarding same (1.0). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dempsey John B | 20-Mar-13 | 1.00 | $748.20 | Conference with Bryan Dluhy, Sahil Mehta and Elyse Knopf regarding CRO analysis debrief (0.5); telephone conference with Meryl Rothschild re CRO success bonus issues (0.5). |
| Dluhy Bryan M | 20-Mar-13 | 3.50 | $1,218.00 | Review and additional revisions to CRO compensation analysis (2.5); revise report and Dempsey declaration based upon same (1.0). |
| Knopf Elyse | 20-Mar-13 | 0.50 | $136.30 | Review and revise draft CRO compensation analysis (0.5). |
| Dempsey John B | 21-Mar-13 | 1.00 | $748.20 | Review declaration for compensation plans (1.0). |
| Dempsey John B | 21-Mar-13 | 0.50 | $374.10 | Discuss potential court hearing regarding estate KEIP/KERP (0.5) |
| Knopf Elyse | 21-Mar-13 | 1.25 | $340.76 | Review CRO compensation analysis (1.25). |
| Mehta Sahil | 21-Mar-13 | 3.00 | $817.80 | Research for CRO compensation issues (3.0). |
| Dluhy Bryan M | 22-Mar-13 | 0.50 | $174.00 | Update CRO compensation analysis (0.5). |
| Knopf Elyse | 22-Mar-13 | 0.75 | $204.46 | Additional research for CRO compensation issues (0.75). |
| Mehta Sahil | 22-Mar-13 | 1.50 | $408.90 | Prepare deck for compensation committee (1.5). |
| Dluhy Bryan M | 25-Mar-13 | 1.50 | $522.00 | Review and analyze updated CRO compensation deck (1.5). |
| Mehta Sahil | 25-Mar-13 | 3.00 | $817.80 | Research on CRO success bonus fin other bankruptcy cases (2.0); research on termination provisions (1.0). |
| Dempsey John B | 26-Mar-13 | 1.50 | $1,122.30 | Review of open items for director and CRO compensation research and analysis (1.25); conference with Bryan Dluhy regarding same (0.25). |
| Dluhy Bryan M | 26-Mar-13 | 2.00 | $696.00 | Research on CRO success bonus (1.25); review Sahil Mehta research for same (0.5); conference with John Dempsey regarding same (0.25). |
| Mehta Sahil | 26-Mar-13 | 2.50 | $681.50 | CRO research relating to companies in bankruptcy (1.5); research termination provisions in connection with same (1.0). |
| Dempsey John B | 27-Mar-13 | 0.50 | $374.10 | Telephone conference with Meryl Rothchild regarding CRO success fee analysis (0.5). |
| Dluhy Bryan M | 27-Mar-13 | 0.50 | $174.00 | Review additional research on CRO compensation issues (0.5). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dempsey  John B | 28-Mar-13 | 1.00 | $748.20 | Telephone conference regarding compensation issues with Ally working group and client working group (0.5); telephone conference with Lorenzo Marinuzzi, Tammy Hamzehpour and Meryl Rothchild regarding same (0.5). |
| Dluhy  Bryan M | 28-Mar-13 | 2.50 | $870.00 | Review analysis of Sahil Mehta regarding CRO compensation issues (0.5); draft and revise deck based upon same (2.0). |
| Mehta  Sahil | 28-Mar-13 | 0.75 | $204.46 | Additional research and analysis for CRO bonus issues (0.75). |
| Dluhy  Bryan M | 29-Mar-13 | 1.00 | $348.00 | Additional revisions to draft deck in connection with CRO compensation analysis (1.0). |
| Mehta  Sahil | 29-Mar-13 | 1.00 | $272.60 | Continue researching CRO bonus issues in other bankruptcy cases (1.0). |
| Dluhy  Bryan M | 1-Apr-13 | 0.50 | $179.80 | Research bankruptcy comparables for response to US Trustee issues (0.5). |
| Dluhy  Bryan M | 4-Apr-13 | 2.00 | $719.20 | Additional research regarding CRO compensation for responding to US Trustee inquiries (2.0). |
| Mehta  Sahil | 4-Apr-13 | 0.75 | $217.50 | Research wind down metric issues (0.75). |
| Dempsey  John B | 9-Apr-13 | 0.50 | $374.10 | Telephone conference with Devon Eggert regarding fee application timing and issues (0.25); review fee application information in connection with same (0.25). |
| Dempsey  John B | 10-Apr-13 | 1.00 | $748.20 | Prepare for hearing on approval of KEIP (1.0). |
| Dempsey  John B | 11-Apr-13 | 5.50 | $4,115.10 | Attend hearing on fee application and approval of KEIP (2.5); review and prepare for KEIP hearing (2.0); conference with Anne Janiczek, George Crowley, Donna Coulton regarding benchmark compensation data (1.0). |
| Mayer  Julie J | 15-Apr-13 | 7.00 | $527.80 | Research for compensation plan issues (7.0). |
| | **TOTALS:** | **320.50** | **$135,661.17** | |