**Hearing Date and Time: September 11, 2013 at 10:00 a.m.**
**Objection Deadline: August 28, 2013 at 4:00 p.m.**

**WOLF HALDENSTEIN ADLER FREEMAN &
    HERZ LLP**
Eric B. Levine
Daniel Tepper
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4794

*Counsel for the Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered<br><br>Objections Due: August 28, 2013 4 PM |

**SECOND INTERIM FEE APPLICATION OF WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP, CONFLICTS COUNSEL
TO THE EXAMINER, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JANUARY 1, 2013 THROUGH AND INCLUDING APRIL 30, 2013**

| | |
|---|---|
| Name of Applicant: | Wolf Haldenstein Adler Freeman & Herz LLP |
| Authorized to Provide Professional Services To: | The Examiner (as conflicts counsel) |
| Date of Retention: | December 27, 2012, *nunc pro tunc* to October 15, 2012 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2013 through April 30, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $77,787.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 1,623.06 |

This is a(n): ____ Monthly          x Interim          ____ Final Application

## PRIOR MONTHLY FEE STATEMENTS

| Date Served | Period Covered | Fees Requested | Expenses Requested | Fees Approved/Paid (80%) | Expenses Approved/Paid |
|---|---|---|---|---|---|
| 1/30/2013 | 10/15/2012 – 12/31/2012 | $9,529.50 | $47.50 | $7,623.60 | $47.50 |
| 3/4/2013 | 1/1/2013-1/31/2013 | $13,604.00 | $828.95 | $10,883.20 | $828.95 |
| 4/5/2013 | 2/1/2013-2/28/2013 | $9,960.50 | $189.35 | $7,968.40 | $189.35 |
| 5/3/2013 | 3/1/2013 - 3/31/2013 | $41,011.50 | $326.58 | $32,809.20 | $326.58 |
| 6/17/2013 | 4/1/2013 - 4/30/2013 | $13,211.00 | $278.18 | $10,568.80 | $278.18 |

Interim Fee Application/Payment Summary

| Interim Fee Application | Dates Covered by Interim Fee Period | Bankruptcy Court Approval Date | Amount Requested (fees/expenses) | Total Amount Approved/ Paid | Holdback Amount Due (10%) |
|---|---|---|---|---|---|
| No. 1 (Docket No. 3178) | October 15, 2012 - December 31, 2012 | April 23, 2013 (Docket No. 3556) | $9,577.00 | $ 8,624.05 | $952.95 |

Both a redacted and unredacted copy of the Monthly Fee Statement were provided to the U.S. Trustee. Wolf Haldenstein requested that the U.S. Trustee destroy the unredacted copy of the Monthly Fee Statement following the U.S. Trustee's review.

**WOLF HALDENSTEIN ADLER FREEMAN &**
**HERZ LLP**
Eric B. Levine
Daniel Tepper
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4794

*Counsel for the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**SECOND INTERIM FEE APPLICATION OF WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP, CONFLICTS COUNSEL
TO THE EXAMINER, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JANUARY 1, 2013 THROUGH AND INCLUDING APRIL 30, 2013**

Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), as conflicts counsel

to the Court-appointed Examiner (the "<u>Examiner</u>") in the Chapter 11 cases (the "<u>Chapter 11</u>

<u>Cases</u>") of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"),

hereby submits this Second Interim Fee Application (the "<u>Application</u>") for allowance of

compensation and reimbursement of expenses for the period from January 1, 2013 through and

including April 30, 2013 (the "<u>Application Period</u>"). This Application is submitted pursuant to

sections 330, 331 and 503(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), and

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and the Order

Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals, dated July 17, 2012 (the "Interim Compensation Order"). In support of the

Application, Wolf Haldenstein respectfully represents as follows:

## BACKGROUND

1.      The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on

May 14, 2012, and the Court authorized joint administration of the cases. The Debtors continue

to operate their businesses and manage their properties as debtors-in-possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On June 4, 2012, Berkshire Hathaway, Inc. filed a motion (the "Examiner

Motion") for the appointment of an examiner pursuant to 11 U.S.C. § 1104(c). On June 20, 2012,

the Court issued a Memorandum Opinion and Order granting the Examiner Motion (the

"Memorandum Decision"). On June 28, 2012, the Court entered the Order Directing the

Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (the

"Examiner Order").

3.      On July 3, 2012, the United States Trustee for the Southern District of New York

appointed Arthur J. Gonzalez as Examiner in the Chapter 11 Cases, subject to Court approval.

On that same date, the Court entered an order approving the appointment.

4.      By order of the Court August 9, 2012, Chadbourne & Parke LLP ("Chadbourne")

was appointed as counsel to the Examiner.

5.      On November 21, 2012, the Examiner, by Chadbourne, filed an application for an

order authorizing the Examiner to employ and retain Wolf Haldenstein as conflicts counsel. In

particular, that application sought to retain Wolf Haldenstein in connection with aspects of the

Examiner's investigation (the "Investigation") involving obtaining information from third parties

as to which Chadbourne potentially had a potential conflict of interest. At the time of the

2

application, the known third parties as to which Chadbourne had a conflict of interest were J.P.

Morgan Securities, LLC, Morgan Stanley & Co. LLC, Goldman Sachs & Co., Citibank and/or

their respective affiliates.

6.      By order entered December 27, 2012, Wolf Haldenstein's retention was approved,

nunc pro tunc to October 15, 2012.

7.      Wolf Haldenstein accordingly commenced and continued to provide its services,

including during the Application Period. As set forth above, Wolf Haldenstein filed regular

monthly fee statements and one prior interim fee application.

8.      On May 13, 2013, the Examiner filed his report under seal (Docket No. 3698). On

June 26, 2013, the Bankruptcy Court entered its Order Unsealing the Examiners' Report.

9.      On July 3, 2013, the Debtors filed the Joint Chapter 11 Plan Proposed by

Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors.

## JURISDICTION AND VENUE

10.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding

within the meaning of 28 U.S.C. § 157(b)(2).

## COMPLIANCE WITH GUIDELINES AND ORDER GOVERNING
## APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

11.      This Application has been prepared in accordance with the Amended Guidelines

for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy

Cases effective as of February 5, 2013 (the "Local Guidelines") and the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "UST Guidelines" and, together with

the Local Guidelines, the "Guidelines").

3

## SUMMARY OF APPLICATION

12.     Wolf Haldenstein seeks compensation for professional services rendered to the Examiner during the Application Period in the aggregate amount of $77,787.00 and reimbursement of actual and necessary expenses incurred in connection with the rendering of services during the Application Period in the aggregate amount of $1,623.06. During the Application Period, Wolf Haldenstein attorneys and paraprofessionals expended a total of 175.60 hours for which compensation is requested.

13.     Pursuant to the Guidelines, a schedule setting forth a description of the project categories utilized in this case, the number of hours expended by Wolf Haldenstein partners, associates and paraprofessionals by project category, and the aggregate fees associated with each project category is attached hereto as Exhibit A.

14.     A summary of the hours spent, the names of each professional and paraprofessional rendering services to the Examiner during the Application Period, the regular customary billing rates and the total value of time incurred by each of Wolf Haldenstein's professionals and paraprofessionals rendering services to the Examiner is attached hereto as Exhibit B.

15.     Wolf Haldenstein maintains computerized records of the time spent by all professionals and paraprofessionals rendering services to the Examiner during the Application Period. Redacted copies of these computerized records are attached hereto as Exhibit C. An unredacted copy is being provided to the U.S. Trustee for review by that office.

16.     A summary of the actual and necessary expenses incurred by Wolf Haldenstein is attached as Exhibit D, which provides itemized expense detail.

4

17.     Pursuant to the Guidelines, a certification regarding compliance with same is attached hereto as Exhibit E.

## SUMMARY OF SERVICES
## DURING THE APPLICATION PERIOD

18.     As set forth in the detailed computerized records attached hereto as Exhibit C, fees incurred by Wolf Haldenstein during the Application Period totaled $77,787.00.

19.     The services rendered by Wolf Haldenstein during the Application Period are grouped into specific project categories as set forth in Exhibit A, and the total compensation sought for each category is set forth in that exhibit. The attorneys and paraprofessionals who rendered services are identified on Exhibit B, along with the number of hours for each individual.

20.     The following is a summary of the activities performed by Wolf Haldenstein attorneys and paraprofessionals during the Application Period, organized by project category.

A.     **Project 1: Witness Subpoenas and Discovery**

Fees    69,039.00    Hours    159.40

21.     As noted above, Wolf Haldenstein's retention is primarily for the purpose of obtaining information from third parties as to which Chadbourne has a potential conflict of interest.

22.     During the Application Period, having previously prepared and then served subpoenas for the production of documents and information upon J.P. Morgan Securities, LLC, Morgan Stanley & Co. LLC, Goldman Sachs & Co. and Citibank, and/or their respective affiliates, Wolf Haldenstein met and conferred with counsel to the subpoenaed parties on an at least weekly basis, and often more frequently, about the scope, timing and format of their

5

production under the subpoenas. Wolf Haldenstein responded to questions from the subpoenaed parties about the scope, timing and format of production and took all necessary actions to ensure that documents and information were produced in a timely and complete manner. Wolf Haldenstein documented and kept the Examiner apprised of the subpoenaed parties' compliance with the subpoenas. Wolf Haldenstein further met and conferred with the subpoenaed parties about formulating, testing and revising search terms for electronically stored data.

23.     As discovery was produced, it was logged and forwarded to the Examiner for review and analysis. Wolf Haldenstein then analyzed the subpoenaed parties' privilege logs, communicated and negotiated with the subpoenaed parties' counsel about deficiencies to their privilege logs, and obtained additional information and/or revised privilege logs as requested by the Examiner.

24.     Wolf Haldenstein also prepared and served supplemental subpoenas on Deloitte LLP and PricewaterhouseCoopers LLP. Wolf Haldenstein thereafter met and conferred with counsel to Deloitte and PricewaterhouseCoopers about the scope, timing and format of their production under the subpoenas. Wolf Haldenstein responded to questions from Deloitte and PricewaterhouseCoopers about the scope, timing and format of production and took all necessary actions to ensure that documents and information were produced in a timely manner. Wolf Haldenstein documented and kept the Examiner apprised of the Deloitte and PricewaterhouseCoopers' compliance with the subpoenas. Wolf Haldenstein further met and conferred with the Deloitte and PricewaterhouseCoopers about formulating, testing and revising search terms for electronically stored data. As discovery was produced, it was logged and forwarded to the Examiner for review and analysis.

25.     Wolf Haldenstein also spent time preparing for and conducting the recorded interviews of witnesses from Goldman Sachs and Morgan Stanley on behalf of the Examiner about their firms' relationship with the debtor and its affiliates. In that connection, Wolf Haldenstein reviewed and analyzed selected documents produced by these parties; reviewed and analyzed the Examiner's background materials to become familiar with the factual and procedural background sufficient to conduct the interviews; met and conferred with the Examiner's attorneys to prepare for conducting the interviews; drafted and revised outlines of questions; and conducted the interviews of witnesses from Goldman Sachs and Morgan Stanley.

26.     Wolf Haldenstein also prepared for and attended one court hearing to report about the status of the subpoenas and the subpoenaed parties' compliance therewith and participated in weekly status conference calls with the Examiner and his other counsel.

**B.      Fee/Retention Applications**

Fees         8,748.00     Hours        16.20

27.     During the Application Period, Wolf Haldenstein prepared monthly fee statements for filing with the court as well as its first interim fee application. Wolf Haldenstein also attended one court hearing on its first interim fee application.

## ACTUAL AND NECESSARY EXPENSES

28.     As set forth in <u>Exhibit D</u> hereto, Wolf Haldenstein has incurred $47.50 in actual, necessary expenses in providing professional services to the Examiner during the Application Period. Only a single item of expense was charged, for one messenger service.

29.     These disbursements are not included in Wolf Haldenstein's overhead for the purpose of setting billing rates. In seeking reimbursement for outside professional services, Wolf Haldenstein requests reimbursement for the actual costs incurred. Wolf Haldenstein has made

every effort to minimize its disbursements in these cases. The actual expenses incurred in

providing professional services were absolutely necessary, reasonable, and justified under the

circumstances to serve the needs of the Examiner.

### DETERMINATION OF WOLF HALDENSTEIN'S REQUESTED FEE

30.   In seeking compensation in these Chapter 11 Cases, Wolf Haldenstein has utilized

its 2012 hourly rate structure in accordance with the Guidelines. For purposes of this

Application, Wolf Haldenstein has calculated its request for compensation by multiplying: (a)

the hours of time spent on services rendered on behalf of the Examiner, by (b) the 2012 hourly

rate assigned to each attorney or paraprofessional rendering such services. The compensation

sought herein is requested without prejudice to Wolf Haldenstein's right to seek such additional

and reasonable compensation for any additional services rendered in these Chapter 11 Cases at

the conclusion thereof upon the filing of an appropriate application therefor.

31.   Wolf Haldenstein's fees during the Application Period are also reasonable under

the prevailing legal standard and should be allowed. The amount of these fees is not unusual

given the complexity and size of these Chapter 11 Cases. Wolf Haldenstein's fees are

commensurate with fees that other attorneys of comparable experience and expertise have

charged and been awarded in similar chapter 11 cases. Accordingly, Wolf Haldenstein's fees are

reasonable pursuant to section 330 of the Bankruptcy Code.

32.   Section 330(a)(1)(B) of the Bankruptcy Code permits for reimbursement for

actual, necessary expenses. Wolf Haldenstein's legal services and expenses incurred during the

Application Period constitute only those necessary expenses that were incurred for the benefit of

the Debtors' estates. Wolf Haldenstein has properly requested reimbursement of only actual,

necessary and appropriate legal expenses.

8

33.    Except as permitted by rule 2016 of the Federal Rules of Bankruptcy Procedure, no agreement or undertaking exists between Wolf Haldenstein and/or any third person for the sharing or division of compensation. All of the services for which compensation is requested in this Application were rendered at the request of and solely on behalf of the Examiner.

34.    Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, Wolf Haldenstein submits that the compensation requested is for actual and necessary services and expenses, and is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

## NOTICE AND NO PRIOR APPLICATION

35.    Pursuant to the Interim Compensation Order, notice of this Application has been served upon the following parties (collectively, as further defined in the Interim Compensation Order, the "Notice Parties"): (i) counsel for the Debtors; (ii) the Office of the United States Trustee for the Southern District of New York; (iii) counsel for the Official Committee of Unsecured Creditors; (iv) counsel for Ally Financial Inc.; and (v) counsel for Barclays Bank PLC. In light of the nature of the relief requested herein, Wolf Haldenstein submits that no further or other notice is required.

36.    No previous application for relief sought herein has been made to this or any other court.

37.    As set forth in the attached certification, the Examiner has had the opportunity to review, and has approved, the amounts requested in the Application.

**WHEREFORE**, Wolf Haldenstein respectfully requests that this Court issue and enter

an order (i) authorizing compensation in the amount of $77,787.00 for professional services

rendered and reimbursement of actual and necessary expenses incurred in connection therewith

in the amount of $1,623.06, for a total fee and expense request for the Application Period of

$79,410.06; (ii) authorizing and directing the Debtors to remit payment to Wolf Haldenstein as

set forth herein, less all amounts previously paid on account of such fees and expenses; and

(ii) granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
      August 6, 2013

WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP

By:    /s/
          Eric B. Levine
          A Member of the Firm
Conflicts Counsel for the Examiner
270 Madison Avenue
New York, NY 10016
(212) 545-4600

/724633.3

### Exhibit  A
**Residential Capital, LLC et al.**
**Summary of Services By Project Category**
**January 1, 2013   through   April 30, 2013**

| Project Category | Hours | Fees Requested |
|---|---|---|
| Witness Subpoenas and Discovery | 159.40 | 69,039.00 |
| Fee and Retention Applications | 16.20 | 8,748.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | 175.60 | 77,787.00 |

| Name | Department | Year of Admission | 2012 Hourly Rate | Total Hours | Total |
|---|---|---|---|---|---|
| | | **Exhibit B** | | | |
| **Partner** | | | | | |
| Eric B Levine (since 1986) | Corporate and Commercial Litigation | 1978 (NY) | $ 540.00 | $ 22,788.00 | 42.2 |
| Charles J. Hecht (since 2010) | Corporate and Commercial Litigation | 1965 (NY) | $ 795.00 | $ 1,272.00 | 1.6 |
| **Associate** | | | | | |
| Dan Tepper   (since 2010) | Corporate and Commercial Litigation | 2002 (NY)   2001 (MA inactive) | $ 415.00 | $ 51,377.00 | 123.8 |
| **Paralegals** | | | | | |
| Joseph Weiss | Litigation | n/a | $ 295.00 | $ 295.00 | 1.0 |
| James Cirigliano | Litigation | n/a | $ 305.00 | $ 1,830.00 | 6.0 |
| David Weinstein | Litigation | n/a | $ 225.00 | $ 225.00 | 1.0 |
| **Totals** | | | | $ 77,787.00 | 175.6 |
| Blended Rate | $        442.98 | | | | |

Date: 03/04/2013

**Tabs3 Detail Work-In-Process Report**

Wolf Haldenstein Adler Freeman & Herz LLP

Page: 1

Client: **19127.001M  ResCap Examiner**                          RESCAP                    Contact:

**REDACTED**

**Witness Subpoenas and Discovery**

| | | |
|---|---|---|
| Primary Timekeeper: | 7  EBL | Category:        1  Commercial Litigation |
| Secondary Timekeeper: | 7  EBL | Draft Template:       EBL          Rate Code: 1 |
| Originating Timekeeper: | 7  EBL | Final Template:        EBL          Date Opened:      12/06/2012 |
| Previous Balance: | 0.00 | |

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | | | | | |
| 01/04/2013 | 7  EBL | 1 | | | | | | 499 | 12 | 540.00 | | 0.60 | 0.60 | | 324.00 | | Telephone call with MacGregor (attorney for JPMorgan) re documents regarding (.2); analysis re same (.2); email to her re same and various discovery issues (.2) |
| 01/07/2013 | 7  EBL | 1 | | | | | | 499 | 13 | 540.00 | | 1.30 | 1.30 | | 702.00 | | Telephone call with Schwinger and McCormick re status and strategy (.5); telephone call with Susanna Buregal and Jane O'Brien (attorneys for Citi re Citi's responses (.3); email MacGregor (attorney for JPMorgan) re its responses (.3); email Schwinger re status and strategy (.2) |
| 01/08/2013 | 7  EBL | 1 | | | | | | 499 | 14 | 540.00 | | 1.70 | 1.70 | | 918.00 | | Telephone call with Schwinger re status and strategy (.2); drafted and sent emails re meet and confer procedure to counsel for JPMorgan and Morgan Stanley (.5); prepared subpoena for affiliate of JPMorgan and arranged service (1.0) |
| 01/09/2013 | 7  EBL | 1 | | | | | | 499 | 15 | 540.00 | | 0.50 | 0.50 | | 270.00 | | Prepared for meet and confer with JPMorgan counsel |
| 01/10/2013 | 7  EBL | 1 | | | | | | 499 | 16 | 540.00 | | 2.00 | 2.00 | | 1,080.00 | | Prepared for meet and confer with JPMorgan counsel (1.0); conducted meet and confer with JPMorgan counsel (.7); drafted memo to file; telephone call with Schwinger re status and strategy (.3) |
| 01/11/2013 | 7  EBL | 1 | | | | | | 499 | 17 | 540.00 | | 0.20 | 0.20 | | 108.00 | | Continued attention to responses to subpoenas |
| 01/15/2013 | 7  EBL | 1 | | | | | | 499 | 18 | 540.00 | | 1.30 | 1.30 | | 702.00 | | Prepared for "meet and confer" conversation with Goldstein and Fatale re Goldman responses (.5); telephone call with Goldstein and Fatale re same (.5); file memo re same (.3) |
| 01/15/2013 | 7  EBL | 1 | | | | | | 499 | 19 | 540.00 | | 1.30 | 1.30 | | 702.00 | | Prepared for "meet and confer" conversation with Rhys and DeHaan re Morgan Stanley responses (.5); telephone call with Rhys and DeHaan re same (.5); file memo re same (.3) |
| 01/15/2013 | 7  EBL | 1 | | | | | | 499 | 20 | 540.00 | | 0.50 | 0.50 | | 270.00 | | Telephone call with Bueregel and O'Brien re Citi subpoena (.3); file memo re same (.2) |
| 01/15/2013 | 7  EBL | 1 | | | | | | 499 | 21 | 540.00 | | 0.80 | 0.80 | | 432.00 | | Email MacGregor re continuation of discussions re JPM responses to subpoena (.2); telephone call with MacGregor, further on meet and confer (.3); memo to file re same (.3) |
| 01/17/2013 | 7  EBL | 1 | | | | | | 499 | 22 | 540.00 | | 0.10 | 0.10 | | 54.00 | | Telephone call with Schwinger re status as to |

RS

Date: 03/04/2013

Client: **19127.001M ResCap Examiner** *(Continued)*

**REDACTED**

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Description |
|------|------|-----|-----|-----|-----|-----|-----|-------|-------|------|-------|--------------|---------------|--------------------|--------|-------------|
| | | | | | | | | | | | | | | | | each bank |
| 01/18/2013 | 7 | EBL | 1 | | | | | 499 | 23 | 540.00 | | 0.60 | 0.60 | | 324.00 | Email Goldstein re Goldman subpoena response (.2); email Davies re Morgan Stanley subpoena response (.2); email MacGregor re JPM subpoena response (.2) |
| 01/22/2013 | 7 | EBL | 1 | | | | | 499 | 24 | 540.00 | | 2.30 | 2.30 | | 1,242.00 | Telephone call with A.R. Davies re Morgan Stanley for continuation of "meet and confer" on document production (.3); drafted file memo re        (.3); telephone call with A. MacGregor re JP Morgan for continuation of "meet and confer" on document production (.3); drafted file memo re same (.3); email Goldstein re Goldman Sachs subpoena (.1); reviewed initial production and response of Citi and sent same to Schwinger with comments by email (1.0) |
| 01/24/2013 | 7 | EBL | 1 | | | | | 499 | 25 | 540.00 | | 1.00 | 1.00 | | 540.00 | Meet and confer conference with Buergel and O'Brien re Citi (.3); assignment to D. Tepper re assisting on subpoenas and meet/confers (.7) |
| 01/29/2013 | 7 | EBL | 1 | | | | | 499 | 26 | 540.00 | | 0.10 | 0.10 | | 54.00 | Report from D. Tepper on status |
| 01/30/2013 | 7 | EBL | 1 | | | | | 499 | 34 | 540.00 | | 0.20 | 0.20 | | 108.00 | Conferences with D. Tepper re status of various subpoenas |
| Billable Total: | | | 7 Eric B. Levine | | | | | | | | | 14.50 | 14.50 | | 7,830.00 | |
| 01/24/2013 | 131 | DT | 1 | | | | | 10 | 27 | 415.00 | | 2.70 | 2.70 | | 1,120.50 | Conference with EBL and counsel to Citi re: meet & confer, production issues (.4); Reviewed file re: Goldman and prepared for telephone meet & confer (1.3); Telephone meet & confer with Fried Frank re: Goldman (.4); Drafted memo to file re: meet & confer with Fried Frank re: Goldman, followup with EBL re: same (.6). |
| 01/25/2013 | 131 | DT | 1 | | | | | 10 | 28 | 415.00 | | 2.30 | 2.30 | | 954.50 | Reviewed e-mails (.2); analyzed file re: Morgan Stanley (.7); Meet & confer (2x) with Andrew Rhys-Davies re: Morgan Stanley and scope of subpoena (.5); meet & confer with Fried Frank re: Goldman (.2); calls with Robert Schwinger re: same (.2); memos re: Morgan Stanley and Goldman (.4); conference with EBL re:        (.1) |
| 01/28/2013 | 131 | DT | 1 | | | | | 10 | 29 | 415.00 | | 1.10 | 1.10 | | 456.50 | Analyzed e-mails from Bob Schwinger re: Goldman and Morgan Stanley (.3); Reviewed memo file re: status of subpoenas (.2); E-mail with Fried Frank re:        (.1); E-mail to Allen & Overy re:        (.4). Conference with EBL re: outstanding issues (.1). |
| 01/29/2013 | 131 | DT | 1 | | | | | 10 | 30 | 415.00 | | 0.60 | 0.60 | | 249.00 | Call with Fried Frank re: Goldman securitization issues, followup re: same (.3); |

RS

Monday 03/04/2013 10:21 am

Date: 03/04/2013

Tabs3 Detail Work-In-Process Report

Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner** *(Continued)*

REDACTED

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | e-mail with Allen & Overy re: Merrill Lynch issues (.2); e-mails with Robert Schwinger re:          (.1) |
| 01/30/2013 | 131 | DT | | 1 | | | | 10 | 31 | 415.00 | | 2.70 | 2.70 | | 1,120.50 | | Analyzed e-mail re: Citi e-mail search protocol, followup with Robert Schwinger re:          (.2); call with Paul Weiss re: Citi production status (.2); call with Kelley Drye re: JPMorgan production status (.2); conference with Robert Schwinger re: Goldman issues, drafted          (1.3); e-mail with Allen & Overy re: Morgan Stanley Project Duvall issues, e-mail with Robert Schwinger re:      , conference with Robert Schwinger re:          (.3); revisions to Fried Frank letter re Goldman          (.5) |
| 01/31/2013 | 131 | DT | | 1 | | | | 10 | 32 | 415.00 | | 1.00 | 1.00 | | 415.00 | | Analyzed Robert Schwinger e-mail re:          llowup with EBL re: same (.2); followup re: JP Morgan production, calls with counsel re:          (.3); E-mail with Robert Schwinger re:          e-mail to Allen & Overy re: changes to e-mail search parameters (.3); E-mail with Paul Weiss re: Citi search parameters (.1); analyzed Robert Schwinger e-mail re:          (.1) |
| Billable Total: | | | 131 Daniel Tepper | | | | | | | | | 10.40 | 10.40 | | 4,316.00 | | |
| **Total Billable Fees** | | | | | | | | | | | | **24.90** | **24.90** | | **12,146.00** | | |
| **Expenses** | | | | | | | | | | | | | | | | | |
| 01/10/2013 | 7 | EBL | A | | | | | 607 | 2 | | | | | | 527.00 | | DLS -#13882 |
| 01/10/2013 | 7 | EBL | A | | | | | 607 | 3 | | | | | | 284.00 | | DLS -#13883 |
| Billable Total: | | | Tcode 607 DLS | | | | | | | | | | | | 811.00 | | |
| 01/24/2013 | 7 | EBL | D | | | | | 611 | 4 | 0.250 | 2.00 | | | | 0.50 | | Reproduction/Duplication |
| 01/24/2013 | 7 | EBL | D | | | | | 611 | 5 | 0.250 | 12.00 | | | | 3.00 | | Reproduction/Duplication |
| 01/24/2013 | 7 | EBL | D | | | | | 611 | 6 | 0.250 | 44.00 | | | | 11.00 | | Reproduction/Duplication |
| 01/24/2013 | 7 | EBL | D | | | | | 611 | 7 | 0.250 | 8.00 | | | | 2.00 | | Reproduction/Duplication |
| 01/24/2013 | 7 | EBL | D | | | | | 611 | 8 | 0.250 | 4.00 | | | | 1.00 | | Reproduction/Duplication |
| 01/30/2013 | 7 | EBL | D | | | | | 611 | 10 | 0.250 | 1.00 | | | | 0.25 | | Reproduction/Duplication |
| Billable Total: | | | Tcode 611 Reproduction/Duplication | | | | | | | | | | | | 17.75 | | |
| 01/30/2013 | 7 | EBL | D | | | | | 613 | 9 | | | | | | 0.20 | | Telephone |
| Billable Total: | | | Tcode 613 Telephone | | | | | | | | | | | | 0.20 | | |
| **Total Billable Expenses** | | | | | | | | | | | | | | | **828.95** | | |

RS

Date: 03/04/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner**  *(Continued)*

**REDACTED**

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|------|------|-----|-----|-----|-----|-----|-----|-------|-------|------|-------|--------------|---------------|--------------------|--------|---------------------|-------------|
| **Payments** | | | | | | | | | | | | | | | | | |
| 02/26/2013 | | | | | | | | 502 | 1 | | | | | | -47.50 | | COST -  PAYMENT RECEIVED - THANK YOU  {WT/Res Cap Corp Cash Concentratio } |
| 02/26/2013 | | | | | | | | 501 | 2 | | | | | | -2,709.60 | | FEE -  PAYMENT RECEIVED - THANK YOU  {WT/Res Cap Corp Cash Concentratio } |
| **Total Billable Payments** | | | | | | | | | | | | | | | -2,757.10 | | |

**R E C A P**

| | | | | |
|---|---|---|---|---|
| Fees: | 12,146.00 | | | |
| Expenses: | 828.95 | Previous Balance: | 0.00 | |
| Advances: | 0.00 | Payments/Credits: | -2,757.10 | |
| **Total WIP:** | 12,974.95 | **Balance Due:** | -2,757.10 | **Total:**  **10,217.85** |
| Other WIP: | Hours:  20.97 | Fees:  9,608.05 | Exps:  260.30 | Advs:  0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|------|-------|-------|--------|---------|------|
| | -2,757.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Date: 03/04/2013

# Tabs3 Detail Work-In-Process Report
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.002M  ResCap Examiner**  RESCAP  Contact:

**REDACTED**

**Fee/Retention Applications**

| | | |
|---|---|---|
| Primary Timekeeper: | 7 EBL | Category:      1 Commercial Litigation |
| Secondary Timekeeper: | 7 EBL | Draft Template:      EBL      Rate Code: 1 |
| Originating Timekeeper: | 7 EBL | Final Template:      EBL      Date Opened:      01/31/2013 |
| Previous Balance: | 0.00 | |

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | | | | | |
| 01/30/2013 | 7 EBL | 1 | | | | | | 499 | 8 | 540.00 | | 1.50 | 1.50 | | 810.00 | | Drafting of monthly fee statement |
| 01/31/2013 | 7 EBL | 1 | | | | | | 499 | 9 | 540.00 | | 1.20 | 1.20 | | 648.00 | | Revisions to monthly fee statement (1.0); telephone call with Lamb re monthly fee statement (.2) |
| | | | | | | | | | | | | | | | | | |
| Billable Total: | | 7 Eric B. Levine | | | | | | | | | | 2.70 | 2.70 | | 1,458.00 | | |
| **Total Billable Fees** | | | | | | | | | | | | 2.70 | 2.70 | | 1,458.00 | | |
| **Payments** | | | | | | | | | | | | | | | | | |
| 02/26/2013 | | | | | | | | 501 | 1 | | | | | | -4,914.00 | | FEE -  PAYMENT RECEIVED - THANK YOU {WT/Res Cap Corp Cash Concentratio ] |
| **Total Billable Payments** | | | | | | | | | | | | | | | -4,914.00 | | |

**R E C A P**

| | | | | |
|---|---|---|---|---|
| Fees: | 1,458.00 | | | |
| Expenses: | 0.00 | Previous Balance: | 0.00 | |
| Advances: | 0.00 | Payments/Credits: | -4,914.00 | |
| **Total WIP:** | 1,458.00 | **Balance Due:** | -4,914.00 | **Total:**      **-3,456.00** |
| Other WIP: | Hours:      9.10 | Fees:      4,914.00 | Exps:      0.00 | Advs:      0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | -4,914.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Date: 04/02/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Page: 1

**REDACTED**

Client: **19127.001M ResCap Examiner**                    RESCAP                    Contact:
**Witness Subpoenas and Discovery**

| | | |
|---|---|---|
| Primary Timekeeper: | 7 EBL | Category: |
| Secondary Timekeeper: | 7 EBL | Draft Template: |
| Originating Timekeeper: | 7 EBL | Final Template: |
| Previous Balance: | 11,614.55 | |

Category: 1 Commercial Litigation
Draft Template: EBL        Rate Code: 1
Final Template: EBL        Date Opened:    12/06/2012

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | | | | | |
| 02/05/2013 | 7 EBL | 1 | | | | | | 499 | 35 | 540.00 | | 0.30 | 0.30 | | 162.00 | | Conference with DT re status and strategy (.1); emails with Schwinger re schedule for interviews (.2) |
| 02/12/2013 | 7 EBL | 1 | | | | | | 499 | 41 | 540.00 | | 0.50 | 0.50 | | 270.00 | | Telephone call with Tepper and Goodman and Finnegan of Chadbourne re status and protocol for interviews |
| Billable Total: | | 7 Eric B. Levine | | | | | | | | | | 0.80 | 0.80 | | 432.00 | | |
| 02/01/2013 | 131 DT | 1 | | | | | | 10 | 33 | 415.00 | | 1.70 | 1.70 | | 705.50 | | E-mail and followup call with Andrew Rhys-Davies re Morgan Stanley (.3); call with Jane O'Brien re: Citi production timeline (.2); e-mail with Al Fatale re: Goldman production, followup re: same (.3); e-mails with Robert Schwinger re: update and status (.3); call with Alison MacGregor re: JPMorgan production issues, e-mail to Robert Schwinger re: same (.4); e-mails with Nafees Nuruddin re: JPMorgan production issues (.2) |
| 02/04/2013 | 131 DT | 1 | | | | | | 10 | 36 | 415.00 | | 1.20 | 1.20 | | 498.00 | | Followup re: initial Goldman production (.2); meet & confer with Goldman's counsel re: securitization documents and e-mail production (.3), memo to file re: meet & confer with Goldman's counsel re ⬛⬛⬛⬛ ( 3); Call with Robert Schwinger re: Goldman (.2); e-mail with Andrew Rhys-Davies re: Morgan Stanley expanded search parameters, followup with Robert Schwinger re: same (.2) |
| 02/05/2013 | 131 DT | 1 | | | | | | 10 | 37 | 415.00 | | 1.40 | 1.40 | | 581.00 | | Analyzed e-mail from Robert Schwinger re: ⬛⬛⬛ (.2), e-mail to Andrew Rhys-Davies re: Morgan Stanley production, followup re: same (.2); calls with Andrew Rhys-Davies re: Dan Ammann e-mails, e-mail to Robert Schwinger re: same (.3): e-mails about ⬛ (.1); e-mail with Jane O'Brien re: Citi custodians (.2); Conference with Robert Schwinger re. ⬛⬛⬛⬛ and drafted e-mail to Fried Frank re ⬛⬛ (.4) |
| 02/06/2013 | 131 DT | 1 | | | | | | 10 | 38 | 415.00 | | 1.00 | 1.00 | | 415.00 | | Preparation for meet & confer with Fried Frank re: Goldman (.4); meet & confer with Fried Frank re: Goldman and followup re: same (.5); followup with Allen & Overy re: Morgan Stanley project lists (.1) |

GR

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner** *(Continued)*

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|------|------|-----|-----|-----|-----|-----|-----|-------|-------|------|-------|--------------|---------------|--------------------|--------|---------------------|-------------|
| 02/07/2013 | 131 DT | 1 | | | | | | 10 | 39 | 415.00 | | 0.50 | 0.50 | | 207.50 | | Call with Robert Schwinger re: ʼ (.1); e-mail with Citi, JP Morgan, Goldman and Morgan Stanley re: production deadlines (.2).  E-mail with Goldman re: custodians, e-mail issues (.2) |
| 02/08/2013 | 131 DT | 1 | | | | | | 10 | 40 | 415.00 | | 0.40 | 0.40 | | 166.00 | | E-mail with Kelley Drye re: JPMorgan production, followup with Robert Schwinger re: same (.2); e-mail with Fried Frank re: Goldman production (.2) |
| 02/09/2013 | 131 DT | 1 | | | | | | 10 | 42 | 415.00 | | 0.40 | 0.40 | | 166.00 | | E-mails with Robert Schwinger re: status of production, reviewed emails re: same |
| 02/11/2013 | 131 DT | 1 | | | | | | 10 | 43 | 415.00 | | 1.20 | 1.20 | | 498.00 | | E-mails with Phil Goodman and John Finnegan re: interviews (.2); e-mail with Fried Frank re: Goldman production (.1); e-mails with Fried Frank and Allen & Overy re: interviews, analyzed           (.8); e-mail with Kelley Drye re: JP Morgan production (.1) |
| 02/12/2013 | 131 DT | 1 | | | | | | 10 | 44 | 415.00 | | 1.20 | 1.20 | | 498.00 | | Reviewed ʼ            (.2); conference call with EBL, John Finnegan and Philip Goodman (.6); call and e-mail with Goldman counsel re: initial production (.2); reviewed letter from JP Morgan counsel re: production, followup re: same (.1); e-mails with Robert Schwinger re: Goldman production (.1) |
| 02/13/2013 | 131 DT | 1 | | | | | | 10 | 45 | 415.00 | | 0.80 | 0.80 | | 332.00 | | Call with Andrew Rhys-Davies re: production (.1); call with Jane O'Brien re: production (.1); analyzed            (.4); e-mail with Alison MacGregor re: JPM'S technical issues (.2) |
| 02/14/2013 | 131 DT | 1 | | | | | | 10 | 46 | 415.00 | | 0.60 | 0.60 | | 249.00 | | E-mail with Alison MacGregor re: JPM production (.1); Call with Robert Schwinger re:            , (.2); Call with Andrew Rhys-Davies re: interviews, outstanding production (.2); call with Jane O'Brien re: status of Citi production (.1) |
| 02/15/2013 | 131 DT | 1 | | | | | | 10 | 47 | 415.00 | | 0.50 | 0.50 | | 207.50 | | E-mail with Fried Frank re: Goldman production (.1); conference call with Fried Frank counsel re: Goldman custodians and interviews (.2); e-mails with Robert Schwinger re: same (.2). |
| 02/19/2013 | 131 DT | 1 | | | | | | 10 | 48 | 415.00 | | 1.00 | 1.00 | | 415.00 | | E-mails with Robert Schwinger re:            followup re: same (.4); call with counsel to JP Morgan re: production issues, followup with Robert Schwinger re: same (.4); e-mail to Goldman re: interview, call with Robert Schwinger re: same (.2).  1.0 |
| 02/20/2013 | 131 DT | 1 | | | | | | 10 | 49 | 415.00 | | 0.20 | 0.20 | | 83.00 | | E-mail to Morgan Stanley re: interviews (.1); followup with Kelley Drye re: JP Morgan |

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M ResCap Examiner** *(Continued)*

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|------|------|---------|-----------------|-------|-------|------|-------|--------------|---------------|--------------------|--------|--------------------|------------|
| | | | | | | | | | | | | | production  (.1) - .2 |
| 02/21/2013 | 131 DT | 1 | | 10 | 50 | 415.00 | | 0.60 | 0.60 | | 249.00 | | Call with Robert Schwinger re: , followup re: same (.3); call with Alison Macgregor re: e-mail and production issues (.2); e-mail with Andrew Rhys-Davies re: Morgan Stanley interview (.1) |
| 02/22/2013 | 131 DT | 1 | | 10 | 51 | 415.00 | | 0.60 | 0.60 | | 249.00 | | Call with JP Morgan re: email searches, e-mail with Robert Schwinger re: same (.3); followup re: JP Morgan production (.1); Conference call with Phil Goodman re: (.2) |
| 02/25/2013 | 131 DT | 1 | | 10 | 52 | 415.00 | | 2.20 | 2.20 | | 913.00 | | Meeting with Phil Goodman and John Finnegan re: conference with EBL re: same (1.8); e-mail with Alison MacGregor re: JPMorgan ESI issues (.2); followup with Robert Schwinger re: same (.1); followup re: JPMorgan supplemental production (.1) |
| 02/26/2013 | 131 DT | 1 | | 10 | 53 | 415.00 | | 1.60 | 1.60 | | 664.00 | | Call with Andrew Rhys Davies re: Morgan Stanley production, Jonathan Pruzan interview, e-mail re: same (.3); call with Jane O'Brien re: Citi production (.1); call with Nafees Nuruddin re: JPMorgan production (.1); calls with Stephanie Goldstein and Al Fatale re: Goldman production, Russ Hutchinson interview (.1); drafted memo to file re: (1.0) |
| 02/27/2013 | 131 DT | 1 | | 10 | 54 | 415.00 | | 0.10 | 0.10 | | 41.50 | | Followup re: Goldman supplemental production |
| 02/28/2013 | 131 DT | 1 | | 10 | 55 | 415.00 | | 1.20 | 1.20 | | 498.00 | | Prepared and served subpoenas on Deloitte and PwC, calls and followup with Carey Child re: same (1.0); followup with Allen & Overy re: Morgan Stanley production (.2) |
| Billable Total: | | 131 Daniel Tepper | | | | | | 18.40 | 18.40 | | 7,636.00 | | |
| 02/28/2013 | 201 JW | 1 | | 499 | 58 | 295.00 | | 1.00 | 1.00 | | 295.00 | | Researched addresses for service of subpoenas |
| Billable Total: | | 201 Joseph Weiss | | | | | | 1.00 | 1.00 | | 295.00 | | |
| 02/28/2013 | 205 JAC | 1 | | 499 | 60 | 305.00 | | 4.50 | 4.50 | | 1,372.50 | | Subpoenas for EBL and DT: research office locations (.5); draft and redraft subpoenas (3.0); put together pdf docs- combine subpoenas with schedules with orders (.5); para staffing for service of subpoenas on the three entities - Deloitte , D & T and PwC; note service information (.5) |
| Billable Total: | | 205 James A.Cirigliano | | | | | | 4.50 | 4.50 | | 1,372.50 | | |

Client: **19127.001M  ResCap Examiner** *(Continued)*

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/27/2013 | 313 DIW | 1 | | | | | | 499 | 57 | 225.00 | | 1.00 | 1.00 | | 225.00 | | Serving papers and affidavit of service. |
| Billable Total: | | 313 David I.Weinstein | | | | | | | | | | 1.00 | 1.00 | | 225.00 | | |

**Total Billable Fees**          25.70    25.70      9,960.50

**Expenses**

| Date | Tmkr | Cat | Src | Tcode | Ref # | Rate | Units | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/2013 | 7 EBL | | A | 606 | 28 | | | 40.00 | Witness Fee -Deliotte LLP #14611 |
| 02/28/2013 | 7 EBL | | A | 606 | 29 | | | 40.00 | Witness Fee -PricewaterhouseCoopers LLP #14612 |
| 02/28/2013 | 7 EBL | | A | 606 | 30 | | | 40.00 | Witness Fee - Deloitte & Touche LLP # 14619 |
| Billable Total: | | Tcode 606 Witness Fee | | | | | | 120.00 | |
| 02/22/2013 | 7 EBL | | D | 611 | 12 | 0.100 | 12.00 | 1.20 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 15 | 0.100 | 14.00 | 1.40 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 16 | 0.100 | 1.00 | 0.10 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 17 | 0.100 | 7.00 | 0.70 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 18 | 0.100 | 5.00 | 0.50 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 19 | 0.100 | 4.00 | 0.40 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 20 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 21 | 0.100 | 6.00 | 0.60 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 22 | 0.100 | 67.00 | 6.70 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 23 | 0.100 | 11.00 | 1.10 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 24 | 0.100 | 3.00 | 0.30 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 25 | 0.100 | 4.00 | 0.40 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 26 | 0.100 | 1.00 | 0.10 | Reproduction/Duplication |
| 02/27/2013 | 7 EBL | | D | 611 | 27 | 0.100 | 1.00 | 0.10 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 34 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 35 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 36 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 37 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 38 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 39 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 40 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 41 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 42 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 43 | 0.100 | 2.00 | 0.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 44 | 0.100 | 16.00 | 1.60 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 45 | 0.100 | 16.00 | 1.60 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 46 | 0.100 | 16.00 | 1.60 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 47 | 0.100 | 1.00 | 0.10 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 48 | 0.100 | 1.00 | 0.10 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 49 | 0.100 | 1.00 | 0.10 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 50 | 0.100 | 1.00 | 0.10 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 51 | 0.100 | 62.00 | 6.20 | Reproduction/Duplication |
| 02/28/2013 | 7 EBL | | D | 611 | 52 | 0.100 | 6.00 | 0.60 | Reproduction/Duplication |
| Billable Total: | | Tcode 611 Reproduction/Duplication | | | | | | 27.80 | |
| 02/28/2013 | 7 EBL | | D | 703 | 31 | 0.100 | 27.00 | 2.70 | Scanning |

Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner**  *(Continued)*

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|------|------|---------|-----------------|-------|-------|------|-------|--------------|---------------|--------------------|--------|--------------------|-------------|
| 02/28/2013 | 7 EBL | D | | 703 | 32 | 0.100 | 2.00 | | | | 0.20 | | Scanning |
| 02/28/2013 | 7 EBL | D | | 703 | 33 | 0.100 | 2.00 | | | | 0.20 | | Scanning |
| Billable Total: | | Tcode 703 Scanning | | | | | | | | | 3.10 | | |
| | | | | | | | | | | | | | |
| 02/20/2013 | 7 EBL | | | 710 | 11 | | | | | | 38.45 | | NYC Messenger #14479 |
| Billable Total: | | Tcode 710 NYC Messenger | | | | | | | | | 38.45 | | |
| | | | | | | | | | | | | | |
| **Total Billable Expenses** | | | | | | | | | | | 189.35 | | |

|  | **R E C A P** |  |  |  |  |
|--|---------------|--|--|--|--|
| Fees: | 9,960.50 | | | | |
| Expenses: | 189.35 | Previous Balance: | 11,614.55 | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | |
| **Total WIP:** | 10,149.85 | **Balance Due:** | 11,614.55 | **Total:** | 21,764.40 |
| Other WIP: Hours: | 38.90 | Fees: 17,226.50 | Exps: 326.58 | Advs: | 0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|------|-------|-------|--------|---------|------|
| | 11,614.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Date: 04/29/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner**                                    RESCAP                    Contact:    **REDACTED**
**Witness Subpoenas and Discovery**

| | |
|---|---|
| Primary Timekeeper: | 7 EBL |
| Secondary Timekeeper: | 7 EBL |
| Originating Timekeeper: | 7 EBL |
| Previous Balance: | 10,149.85 |

| | |
|---|---|
| Category: | 1 Commercial Litigation |
| Draft Template: | EBL |
| Final Template: | EBL |

| | |
|---|---|
| Rate Code: 1 | |
| Date Opened: | 12/06/2012 |

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | | | | | |
| 03/11/2013 | 7 EBL | 1 | | | | | | 499 | 114 | 540.00 | | 0.30 | 0.30 | | 162.00 | | Conference with DT re status of each subpoena and prep for hearing |
| 03/14/2013 | 7 EBL | 1 | | | | | | 499 | 128 | 540.00 | | 1.00 | 1.00 | | 540.00 | | Prepared for hearing on disclosure issues |
| 03/15/2013 | 7 EBL | 1 | | | | | | 499 | 129 | 540.00 | | 2.00 | 2.00 | | 1,080.00 | | Appeared in court on application re claw-back motion to report re subpoenas |
| 03/25/2013 | 7 EBL | 1 | | | | | | 499 | 132 | 540.00 | | 0.20 | 0.20 | | 108.00 | | Conference with Tepper re upcoming interviews |
| 03/29/2013 | 7 EBL | 1 | | | | | | 499 | 133 | 540.00 | | 0.30 | 0.30 | | 162.00 | | Conference with DT re report on interviews (.2); conference with DT re status of each bank (.1) |
| Billable Total: | | 7 Eric B. Levine | | | | | | | | | | 3.80 | 3.80 | | 2,052.00 | | |
| 03/26/2013 | 21 CJH | 1 | | | | | | 10 | 130 | 795.00 | | 0.80 | 0.80 | | 636.00 | | Review (.6) and follow-up conference with Dan Tepper (.20) |
| 03/27/2013 | 21 CJH | 1 | | | | | | 10 | 131 | 795.00 | | 0.80 | 0.80 | | 636.00 | | Continuation of review of outline (.6) and brief follow-up conference with Dan Tepper on upcoming interview with Hutchison (.2) |
| Billable Total: | | 21 Charles J.Hecht | | | | | | | | | | 1.60 | 1.60 | | 1,272.00 | | |
| 03/01/2013 | 131 DT | 1 | | | | | | 10 | 111 | 415.00 | | 1.30 | 1.30 | | 539.50 | | Call with Cary Child re: subpoenas, followup with service list (.4); call with Andrew Rhys Davies re: MS interviews, followup re: same (.2); call with Alison MacGregor re: JPMorgan e-mails (.4), e-mail to Robert Schwinger re: same (.1); calls and followup with Goldman counsel re: Russ Hutchinson interviews (.2) |
| 03/04/2013 | 131 DT | 1 | | | | | | 10 | 112 | 415.00 | | 3.20 | 3.20 | | 1,328.00 | | Followup re: Deloitte subpoena with Deloitte and Carey Child (.2); followup re: PwC subpoena, call with Ted Senger re: same (.3); subpoena service e-mail (.2); followup with Phil Goodman and Marc Reston re: interviews (.3); followup with MS re: production (.1); followup with Citi re: production (.2); followup with Goldman re: Russ Hutchinson production and interviews (.3); reviewed                    in preparation for interviews (1.6). |
| 03/05/2013 | 131 DT | 1 | | | | | | 10 | 113 | 415.00 | | 2.30 | 2.30 | | 954.50 | | Followup with subpoena to Deloitte with Melissa Balmer (.2); followup re: scheduling of interviews with Goldman and MS counsel (.2); e-mails re: interviews and 3/15 conference (.2). Analyzed                    , for interviews (1.7) |

GR

Date: 04/29/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner**  *(Continued)*

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2013 | 131 DT | 1 | | 10 | 115 | 415.00 | | 0.40 | 0.40 | | 166.00 | | Followup with Fried Frank re: Russ Hutchinson interview (.2); followup with Allen & Overy re: Jonathan Pruzan interview (.1); e-mails with Phil Goodman re: interviews (.1) |
| 03/07/2013 | 131 DT | 1 | | 10 | 116 | 415.00 | | 1.70 | 1.70 | | 705.50 | | Analyzed _____ to prepare for interviews (1.6); e-mail to Carey Child re: missing PwC responses (.1) |
| 03/08/2013 | 131 DT | 1 | | 10 | 117 | 415.00 | | 0.20 | 0.20 | | 83.00 | | Emails with Phil Goodman re: interviews (.1); followup to letter from PwC re: Subpoena (.1) |
| 03/11/2013 | 131 DT | 1 | | 10 | 118 | 415.00 | | 0.40 | 0.40 | | 166.00 | | Letter from Al Fatale re: privileged documents, followup re: same (.2); conference with EBL re: 3/15 status hearing (.1); e-mail to Fried Frank re: clawback issue (.1) |
| 03/12/2013 | 131 DT | 1 | | 10 | 119 | 415.00 | | 0.90 | 0.90 | | 373.50 | | E-mails and call with Robert Schwinger re: _____ (.2); misc. e-mail (.1); call and e-mail with Melissa Balmer re: Deloitte production (.3); e-mail with Ted Senger re: PwC production (.1); call with Allen & Overy re MS issues (.1); misc. calls (.1) |
| 03/13/2013 | 131 DT | 1 | | 10 | 120 | 415.00 | | 2.20 | 2.20 | | 913.00 | | Conference call with Examiner and team in advance of 3/15 status conference and preparation for same (1.2); followup re: Goldman clawback (.2); followup with Red Senger re: PWC. Memo to EBL re: status (.8) |
| 03/14/2013 | 131 DT | 1 | | 10 | 121 | 415.00 | | 0.90 | 0.90 | | 373.50 | | Conference with EBL re hearing prep and call with Thomas McCormick re: same (.6); e-mails re: Deloitte and status (.3) |
| 03/15/2013 | 131 DT | 1 | | 10 | 122 | 415.00 | | 0.20 | 0.20 | | 83.00 | | E-mail with Moran Stanley re: document production, followup re: same (.1); conference with EBL re: AM hearing (.1) |
| 03/18/2013 | 131 DT | 1 | | 10 | 123 | 415.00 | | 3.80 | 3.80 | | 1,577.00 | | Followup with Chadbourne by e-mail re: issues (.2); followup with MS re: production (.1); Analyzed _____ for interview preparation (3.5) |
| 03/19/2013 | 131 DT | 1 | | 10 | 124 | 415.00 | | 2.80 | 2.80 | | 1,162.00 | | Call with Carey Child re: Deloitte and PwC issues, e-mail with Deloitte and PwC re same, followup re: same (.4); conference call with Phil Goodman and John Finnegan re: interviews (.3); followup with Goldman re: supplemental production (.1); document analysis for interview preparation (2.0) |
| 03/20/2013 | 131 DT | 1 | | 10 | 125 | 415.00 | | 2.00 | 2.00 | | 830.00 | | Weekly conference call with Examiner and team (.6); followup re: Goldman production (.1); followup re: Citi production (.1); e-mails (.2); analyzed Examiner materials for interview prep (1.0) |
| 03/21/2013 | 131 DT | 1 | | 10 | 126 | 415.00 | | 4.50 | 4.50 | | 1,867.50 | | Followup with MS and Goldman re: interview binders (.3); followup with Phil Goodman re: |

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M ResCap Examiner** *(Continued)*

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | same (.2); e-mails (.3); analyzed |
| 03/22/2013 | 131 | DT | 1 | | | | | 10 | 127 | 415.00 | | 6.70 | 6.70 | | 2,780.50 | | Reviewed interview materials (4.5); conference with John Finnegan and Phil Goodman at Chadbourne and followup re: same (2.0); e-mails with MS and GS re: interviews (.1); call with Stephanie Goldstein re: same ( .1) |
| 03/23/2013 | 131 | DT | 1 | | | | | 10 | 134 | 415.00 | | 5.60 | 5.60 | | 2,324.00 | | Reviewed  for interview prep |
| 03/24/2013 | 131 | DT | 1 | | | | | 10 | 135 | 415.00 | | 4.70 | 4.70 | | 1,950.50 | | Reviewed documents for interview prep |
| 03/25/2013 | 131 | DT | 1 | | | | | 10 | 136 | 415.00 | | 9.90 | 9.90 | | 4,108.50 | | Call with Andrew Rhys-Davies re: MS interview, followup re: same (.3); Call with Stephanie Goldstein and Al Fatale re: Goldman interview, followup re: same (.3); Analyzed  and prepared deposition outline (9.2); e-mail re: Deloitte production, followup re: same (.1) |
| 03/26/2013 | 131 | DT | 1 | | | | | 10 | 137 | 415.00 | | 8.50 | 8.50 | | 3,527.50 | | Revisions to Goldman interview outline and followup re: same (.3); e-mails with Ted Senger re: PwC production, privilege issues, followup re: same (.2); e-mails with Jamie Levitt at Morrison & Foerster re: privilege issues, followup re: same (.2); drafted interview outline for Jon Pruzan (Morgan Stanley) interview (7.8) |
| 03/27/2013 | 131 | DT | 1 | | | | | 10 | 138 | 415.00 | | 9.10 | 9.10 | | 3,776.50 | | Followup with Carey Child re: auditor privilege logs (.2); interview of Russ Hutchinson at Chadbourne, preparation for same and followup re: same (6.0); preparation for interview of Jonathan Pruzan at Chadbourne (2.9) |
| 03/28/2013 | 131 | DT | 1 | | | | | 10 | 139 | 415.00 | | 6.00 | 6.00 | | 2,490.00 | | Preparation for and took interview of Jonathan Pruzan at Chadbourne, followup re: same (5.0) |
| 03/29/2013 | 131 | DT | 1 | | | | | 10 | 140 | 415.00 | | 0.70 | 0.70 | | 290.50 | | Calls to Jamie Levitt, Melissa Balmer and Dan Donovan re Deloitte privilege logs (.2); E-mails with Ted Senger and Cary Child and Mesirow re: PwC privilege logs (.4); call with Andrew Rhys-Davies re: followup to Pruzan interview, followup re: same (.1) |
| Billable Total: | | 131 Daniel Tepper | | | | | | | | | | 78.00 | 78.00 | | 32,370.00 | | |
| 03/04/2013 | 205 | JAC | 1 | | | | | | 499 | 141 | 305.00 | | 1.50 | 1.50 | | 457.50 | | Have DIW & LC sign proofs of service for subpoenas (.2) ; organize docs re. subpoenas (1.30) |
| Billable Total: | | 205 James A.Cirigliano | | | | | | | | | | 1.50 | 1.50 | | 457.50 | | |
| **Total Billable Fees** | | | | | | | | | | | | 84.90 | 84.90 | | 36,151.50 | | |

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M ResCap Examiner**  *(Continued)*

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | | | | | | | |
| 03/01/2013 | 7 EBL | D | | 611 | 151 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/01/2013 | 7 EBL | D | | 611 | 152 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/01/2013 | 7 EBL | D | | 611 | 153 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/01/2013 | 7 EBL | D | | 611 | 154 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/01/2013 | 7 EBL | D | | 611 | 155 | 0.100 | 14.00 | | | | 1.40 | | Reproduction/Duplication |
| 03/01/2013 | 7 EBL | D | | 611 | 156 | 0.100 | 14.00 | | | | 1.40 | | Reproduction/Duplication |
| 03/01/2013 | 7 EBL | D | | 611 | 157 | 0.100 | 23.00 | | | | 2.30 | | Reproduction/Duplication |
| 03/04/2013 | 7 EBL | D | | 611 | 158 | 0.100 | 12.00 | | | | 1.20 | | Reproduction/Duplication |
| 03/04/2013 | 7 EBL | D | | 611 | 160 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/04/2013 | 7 EBL | D | | 611 | 161 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/04/2013 | 7 EBL | D | | 611 | 162 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/04/2013 | 7 EBL | D | | 611 | 163 | 0.100 | 4.00 | | | | 0.40 | | Reproduction/Duplication |
| 03/12/2013 | 7 EBL | D | | 611 | 165 | 0.100 | 7.00 | | | | 0.70 | | Reproduction/Duplication |
| 03/12/2013 | 7 EBL | D | | 611 | 166 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/12/2013 | 7 EBL | D | | 611 | 167 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/13/2013 | 7 EBL | D | | 611 | 171 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 03/14/2013 | 7 EBL | D | | 611 | 172 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 173 | 0.100 | 18.00 | | | | 1.80 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 174 | 0.100 | 28.00 | | | | 2.80 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 176 | 0.100 | 8.00 | | | | 0.80 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 177 | 0.100 | 28.00 | | | | 2.80 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 178 | 0.100 | 4.00 | | | | 0.40 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 179 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 180 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 181 | 0.100 | 6.00 | | | | 0.60 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 182 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 183 | 0.100 | 28.00 | | | | 2.80 | | Reproduction/Duplication |
| 03/19/2013 | 7 EBL | D | | 611 | 184 | 0.100 | 6.00 | | | | 0.60 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 186 | 0.100 | 6.00 | | | | 0.60 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 187 | 0.100 | 5.00 | | | | 0.50 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 189 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 190 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 191 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 192 | 0.100 | 72.00 | | | | 7.20 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 193 | 0.100 | 71.00 | | | | 7.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 194 | 0.100 | 52.00 | | | | 5.20 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 195 | 0.100 | 71.00 | | | | 7.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 196 | 0.100 | 111.00 | | | | 11.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 197 | 0.100 | 109.00 | | | | 10.90 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 198 | 0.100 | 71.00 | | | | 7.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 199 | 0.100 | 20.00 | | | | 2.00 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 200 | 0.100 | 125.00 | | | | 12.50 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 201 | 0.100 | 16.00 | | | | 1.60 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 202 | 0.100 | 81.00 | | | | 8.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 203 | 0.100 | 14.00 | | | | 1.40 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 204 | 0.100 | 118.00 | | | | 11.80 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 205 | 0.100 | 3.00 | | | | 0.30 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 206 | 0.100 | 118.00 | | | | 11.80 | | Reproduction/Duplication |

Date: 04/29/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Page: 5

Client: **19127.001M ResCap Examiner** *(Continued)*

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21/2013 | 7 EBL | D | | 611 | 207 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 208 | 0.100 | 51.00 | | | | 5.10 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 209 | 0.100 | 28.00 | | | | 2.80 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 210 | 0.100 | 20.00 | | | | 2.00 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 211 | 0.100 | 6.00 | | | | 0.60 | | Reproduction/Duplication |
| 03/21/2013 | 7 EBL | D | | 611 | 212 | 0.100 | 61.00 | | | | 6.10 | | Reproduction/Duplication |
| 03/22/2013 | 7 EBL | D | | 611 | 214 | 0.100 | 3.00 | | | | 0.30 | | Reproduction/Duplication |
| 03/22/2013 | 7 EBL | D | | 611 | 215 | 0.100 | 11.00 | | | | 1.10 | | Reproduction/Duplication |
| 03/22/2013 | 7 EBL | D | | 611 | 216 | 0.100 | 137.00 | | | | 13.70 | | Reproduction/Duplication |
| 03/22/2013 | 7 EBL | D | | 611 | 217 | 0.100 | 61.00 | | | | 6.10 | | Reproduction/Duplication |
| 03/22/2013 | 7 EBL | D | | 611 | 218 | 0.100 | 108.00 | | | | 10.80 | | Reproduction/Duplication |
| 03/22/2013 | 7 EBL | D | | 611 | 219 | 0.100 | 18.00 | | | | 1.80 | | Reproduction/Duplication |
| 03/25/2013 | 7 EBL | D | | 611 | 220 | 0.100 | 37.00 | | | | 3.70 | | Reproduction/Duplication |
| 03/26/2013 | 7 EBL | D | | 611 | 222 | 0.100 | 17.00 | | | | 1.70 | | Reproduction/Duplication |
| 03/26/2013 | 7 EBL | D | | 611 | 223 | 0.100 | 37.00 | | | | 3.70 | | Reproduction/Duplication |
| 03/26/2013 | 7 EBL | D | | 611 | 224 | 0.100 | 44.00 | | | | 4.40 | | Reproduction/Duplication |
| 03/27/2013 | 7 EBL | D | | 611 | 226 | 0.100 | 37.00 | | | | 3.70 | | Reproduction/Duplication |
| 03/29/2013 | 7 EBL | D | | 611 | 229 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| Billable Total: | | Tcode 611 Reproduction/Duplication | | | | | | | | | 197.00 | | |
| 03/19/2013 | 7 EBL | D | | 613 | 175 | | | | | | 0.39 | | Telephone |
| 03/29/2013 | 7 EBL | D | | 613 | 227 | | | | | | 0.20 | | Telephone |
| 03/29/2013 | 7 EBL | D | | 613 | 228 | | | | | | 0.39 | | Telephone |
| Billable Total: | | Tcode 613 Telephone | | | | | | | | | 0.98 | | |
| 03/04/2013 | 7 EBL | D | | 703 | 159 | 0.100 | 1.00 | | | | 0.10 | | Scanning |
| 03/13/2013 | 7 EBL | D | | 703 | 168 | 0.100 | 2.00 | | | | 0.20 | | Scanning |
| 03/13/2013 | 7 EBL | D | | 703 | 169 | 0.100 | 2.00 | | | | 0.20 | | Scanning |
| 03/13/2013 | 7 EBL | D | | 703 | 170 | 0.100 | 2.00 | | | | 0.20 | | Scanning |
| 03/20/2013 | 7 EBL | D | | 703 | 185 | 0.100 | 1.00 | | | | 0.10 | | Scanning |
| 03/21/2013 | 7 EBL | D | | 703 | 188 | 0.100 | 1.00 | | | | 0.10 | | Scanning |
| 03/26/2013 | 7 EBL | D | | 703 | 221 | 0.100 | 1.00 | | | | 0.10 | | Scanning |
| 03/27/2013 | 7 EBL | D | | 703 | 225 | 0.100 | 1.00 | | | | 0.10 | | Scanning |
| Billable Total: | | Tcode 703 Scanning | | | | | | | | | 1.10 | | |
| 03/08/2013 | 7 EBL | | | 710 | 164 | | | | | | 51.00 | | NYC Messenger #14740 |
| 03/25/2013 | 7 EBL | | | 710 | 213 | | | | | | 76.50 | | NYC Messenger # 14940 |
| Billable Total: | | Tcode 710 NYC Messenger | | | | | | | | | 127.50 | | |
| **Total Billable Expenses** | | | | | | | | | | | 326.58 | | |

*Monday 04/29/2013  1:43 pm*

Date: 04/29/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Page: 6

Client: **19127.001M  ResCap Examiner**  *(Continued)*

**R E C A P**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fees: | 36,151.50 | | | | | |
| Expenses: | 326.58 | Previous Balance: | 10,149.85 | | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | | |
| **Total WIP:** | 36,478.08 | **Balance Due:** | 10,149.85 | | **Total:** | 46,627.93 |
| Other WIP: | Hours: | 22.70 | Fees: | 10,283.00 | Exps: | 278.18 | Advs: | 0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 10,149.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Date: 04/29/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Page: 7

Client: **19127.002M  ResCap Examiner**                                    RESCAP                    Contact:
**Fee/Retention Applications**

| | | |
|---|---|---|
| Primary Timekeeper: | 7 EBL | Category: | 1 Commercial Litigation |
| Secondary Timekeeper: | 7 EBL | Draft Template: | EBL | Rate Code: 1 |
| Originating Timekeeper: | 7 EBL | Final Template: | EBL | Date Opened: | 01/31/2013 |
| Previous Balance: | 0.00 | | |

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | |
| 03/01/2013 | 7 EBL | 1 | | 499 | 21 | 540.00 | | 1.50 | 1.50 | | 810.00 | | Prep of second monthly statement for fees |
| 03/04/2013 | 7 EBL | 1 | | 499 | 22 | 540.00 | | 1.00 | 1.00 | | 540.00 | | Final on monthly statement |
| 03/05/2013 | 7 EBL | 1 | | 499 | 23 | 540.00 | | 2.50 | 2.50 | | 1,350.00 | | Prepared fee application |
| 03/06/2013 | 7 EBL | 1 | | 499 | 24 | 540.00 | | 1.00 | 1.00 | | 540.00 | | Revised and finalized first fee application |
| 03/25/2013 | 7 EBL | 1 | | 499 | 25 | 540.00 | | 1.50 | 1.50 | | 810.00 | | Draft February 2013 monthly fee statement |
| 03/29/2013 | 7 EBL | 1 | | 499 | 26 | 540.00 | | 1.50 | 1.50 | | 810.00 | | Draft monthly statement for February |
| Billable Total: | | 7 Eric B. Levine | | | | | | 9.00 | 9.00 | | 4,860.00 | | |
| **Total Billable Fees** | | | | | | | | 9.00 | 9.00 | | 4,860.00 | | |

**R E C A P**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fees: | | 4,860.00 | | | | |
| Expenses: | | 0.00 | Previous Balance: | | 0.00 | |
| Advances: | | 0.00 | Payments/Credits: | | 0.00 | |
| **Total WIP:** | | 4,860.00 | **Balance Due:** | | 0.00 | **Total:** | 4,860.00 |
| Other WIP: | Hours: | 2.50 | Fees: | 1,350.00 | Exps: | 0.00 | Advs: | 0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GR

Date: 06/04/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner**                    RESCAP                    Contact: **REDACTED**
**Witness Subpoenas and Discovery**

| Primary Timekeeper: | 7 EBL | Category: | 1 Commercial Litigation |
| Secondary Timekeeper: | 7 EBL | Draft Template: | EBL | Rate Code: 1 |
| Originating Timekeeper: | 7 EBL | Final Template: | EBL | Date Opened: | 12/06/2012 |
| Previous Balance: | 48,533.83 | | | | |

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | | | | | |
| 04/01/2013 | 7 EBL | 1 | | | | | | 499 | 101 | 540.00 | | 0.50 | 0.50 | | 270.00 | | Reviewed and revised email               of |
| 04/02/2013 | 7 EBL | 1 | | | | | | 499 | 102 | 540.00 | | 1.50 | 1.50 | | 810.00 | | Prepared for (.5) and participated (1.0) in weekly telephone conversation among counsel |
| 04/03/2013 | 7 EBL | 1 | | | | | | 499 | 103 | 540.00 | | 1.00 | 1.00 | | 540.00 | | Prepared for and participated in telephone conference with Examiner, counsel and Mesirov |
| 04/16/2013 | 7 EBL | 1 | | | | | | 499 | 108 | 540.00 | | 0.20 | 0.20 | | 108.00 | | Conference with DT re interview of PwC |
| 04/17/2013 | 7 EBL | 1 | | | | | | 499 | 144 | 540.00 | | 1.70 | 1.70 | | 918.00 | | Prepared for (.2) and attended (1.5) telephonic interview of PwC re Examiner's Report |
| 04/18/2013 | 7 EBL | 1 | | | | | | 499 | 145 | 540.00 | | 2.00 | 2.00 | | 1,080.00 | | Attended by phone telephonic interview |
| Billable Total: | | 7 Eric B. Levine | | | | | | | | | | 6.90 | 6.90 | | 3,726.00 | | |
| 04/01/2013 | 131 DT | 1 | | | | | | 10 | 96 | 415.00 | | 6.50 | 6.50 | | 2,697.50 | | Followup re: Morrison Foerster privilege logs with Carey Child and Jamie Levitt (.3); followup re               with Carey Child and Ted Senger (.3); calls with Carey Child and Tom McCormick re: outstanding issues research re:                  followup re: same (.8); research re: possible motion to                              , drafted memo re: same, revised memo, conference with EBL re: same (3.7); analyzed Morrison Foerster and Kirkland privilege logs and annotated same re: potentially objectionable privilege claims (.4); call with Dan Donovan at Kirkland re: privilege log issues (.1); followup with Allen & Overy re: destruction of interview prep binders and Bates nos. re: signed GMAC engagement letter (.2); analyzed adequacy of Kirkland privilege logs per Carey Child (.3); analyzed               and followup with Marc Reston at Chadbourne re: same (.4) |
| 04/02/2013 | 131 DT | 1 | | | | | | 10 | 97 | 415.00 | | 1.70 | 1.70 | | 705.50 | | Call with Carey Child re: issues (.2); conference call re: same (.8); conference with EBL re: same (.1); followup with Kirkland re: privilege log detail (.2); e-mail with Carey Child re: outstanding issues (.2); |

GR

Tuesday 06/04/2013 12:15 pm

Date: 06/04/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M ResCap Examiner** *(Continued)*

| Date | Tmkr | Cat | Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | e-mail with PwC re: audit response letter issues (.2) |
| 04/03/2013 | 131 DT | 1 | | | 10 | 98 | 415.00 | | 2.10 | 2.10 | | 871.50 | | Conference call with Examiner, Chadbourne and Meserow re status (.8); e-mail with JP Morgan, Robert Schwinger, Carey Child and Tim Martin re: supplemental search terms for JP Morgan e-mails (.5); Calls and e-mails with Melissa Balmer re: Deloitte interview, followup with Carey Child and Tim Martin re: same (.4); e-mails with Ted Senger re: PwC interview, followup with Carey Child re: same (.2); followup re MoFo privilege log (.2). |
| 04/04/2013 | 131 DT | 1 | | | 10 | 99 | 415.00 | | 0.70 | 0.70 | | 290.50 | | Calls with Carey Child and Tim Martin re auditor interviews, followup re: same (.2); call with Melissa Balmer re: Deloitte interviews, followup re: same (.2); e-mail with Ted Senger re: PwC interview, followup re: same (.2); e-mail to Morrison Foerster re: privilege log problems and calls with Carey Child re: same. (.3) |
| 04/05/2013 | 131 DT | 1 | | | 10 | 100 | 415.00 | | 1.30 | 1.30 | | 539.50 | | Followup re: PwC production, e-mail re: same, call with Carey Child re: same (.3); E-mails with Melissa Balmer, Carey Child and Mesirow re: Deloitte interview, followup re: same (.4); E-mails with Ted Senger, Carey Child and Mesirow re: PwC interview, followup re: same (.3); followup re: Kirkland privilege log (.3). |
| 04/09/2013 | 131 DT | 1 | | | 10 | 104 | 415.00 | | 0.50 | 0.50 | | 207.50 | | Conference call with Chadbourne (.1); followup with Deloitte re: interview (.2); followup with PwC re: interview (.1); followup with Morrison Foerster re: Deloitte privilege log (.1) |
| 04/10/2013 | 131 DT | 1 | | | 10 | 105 | 415.00 | | 1.30 | 1.30 | | 539.50 | | Status conference call with Examiner (.8); followup re: MoFo privilege log (.2); followup re: PwC deposition (.1); followup re: JPMorgan production of e-mails. |
| 04/11/2013 | 131 DT | 1 | | | 10 | 106 | 415.00 | | 0.10 | 0.10 | | 41.50 | | Conference with Carey Child re: interview issues |
| 04/12/2013 | 131 DT | 1 | | | 10 | 107 | 415.00 | | 0.50 | 0.50 | | 207.50 | | Call with Tim Martin re: interviews (.1); call and e-mails with Deloitte re: interview documents (.2); e-mails with PwC re: interview documents (.2 |
| 04/15/2013 | 131 DT | 1 | | | 10 | 109 | 415.00 | | 0.90 | 0.90 | | 373.50 | | Followup re: interviews with PwC (.3) and Deloitte (.3), call with Melissa Balmer (.2) and Tim Martin (.1) re: same |
| 04/16/2013 | 131 DT | 1 | | | 10 | 110 | 415.00 | | 0.20 | 0.20 | | 83.00 | | Conference with EBL re: PwC interview |
| 04/18/2013 | 131 DT | 1 | | | 10 | 146 | 415.00 | | 0.20 | 0.20 | | 83.00 | | Calls and e-mails with David Sorgen re: Deloitte interview (.1) |
| 04/19/2013 | 131 DT | 1 | | | 10 | 147 | 415.00 | | 0.10 | 0.10 | | 41.50 | | Analyzed e-mail from Sunitha re: updates. |

GR

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner** *(Continued)*

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|------|------|---------|------------------|-------|-------|------|-------|--------------|---------------|--------------------|--------|---------------------|-------------|
| 04/22/2013 | 131 DT | 1 | | 10 | 148 | 415.00 | | 0.30 | 0.30 | | 124.50 | | Call with Kelley Drye re: JP Morgan ESI issues, followup with Bob Schwinger re: same |
| 04/25/2013 | 131 DT | 1 | | 10 | 149 | 415.00 | | 0.20 | 0.20 | | 83.00 | | Followup with Kelley Drye and Robert Schwinger re: JP Morgan issues |
| 04/26/2013 | 131 DT | 1 | | 10 | 150 | 415.00 | | 0.20 | 0.20 | | 83.00 | | Followup with Kelley Drye re: ceasing e-mail search |
| 04/29/2013 | 131 DT | 1 | | 10 | 151 | 415.00 | | 0.20 | 0.20 | | 83.00 | | E-mail with Melissa Balmer re: interview followup, followup with Tim Martin re: same |
| Billable Total: | | 131 Daniel Tepper | | | | | | 17.00 | 17.00 | | 7,055.00 | | |
| **Total Billable Fees** | | | | | | | | 23.90 | 23.90 | | 10,781.00 | | |

**Expenses**

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|------|------|---------|------------------|-------|-------|------|-------|--------------|---------------|--------------------|--------|---------------------|-------------|
| 04/11/2013 | 7 EBL | | | 603 | 147 | | | | | | 172.08 | | Carfare MinuteMen #15226 |
| Billable Total: | | Tcode 603 Carfare | | | | | | | | | 172.08 | | |
| 04/03/2013 | 7 EBL | D | | 611 | 134 | 0.100 | 48.00 | | | | 4.80 | | Reproduction/Duplication |
| 04/03/2013 | 7 EBL | D | | 611 | 135 | 0.100 | 48.00 | | | | 4.80 | | Reproduction/Duplication |
| 04/03/2013 | 7 EBL | D | | 611 | 136 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 04/03/2013 | 7 EBL | D | | 611 | 137 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 04/04/2013 | 7 EBL | D | | 611 | 138 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 04/04/2013 | 7 EBL | D | | 611 | 139 | 0.100 | 4.00 | | | | 0.40 | | Reproduction/Duplication |
| 04/04/2013 | 7 EBL | D | | 611 | 140 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 04/04/2013 | 7 EBL | D | | 611 | 141 | 0.100 | 2.00 | | | | 0.20 | | Reproduction/Duplication |
| 04/04/2013 | 7 EBL | D | | 611 | 142 | 0.100 | 3.00 | | | | 0.30 | | Reproduction/Duplication |
| 04/04/2013 | 7 EBL | D | | 611 | 143 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 04/04/2013 | 7 EBL | D | | 611 | 144 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| 04/04/2013 | 7 EBL | D | | 611 | 145 | 0.100 | 1.00 | | | | 0.10 | | Reproduction/Duplication |
| Billable Total: | | Tcode 611 Reproduction/Duplication | | | | | | | | | 11.40 | | |
| 04/15/2013 | 7 EBL | D | | 613 | 149 | | | | | | 0.20 | | Telephone |
| 04/15/2013 | 7 EBL | D | | 613 | 150 | | | | | | 0.20 | | Telephone |
| Billable Total: | | Tcode 613 Telephone | | | | | | | | | 0.40 | | |
| 04/01/2013 | 7 EBL | D | | 703 | 133 | 0.100 | 7.00 | | | | 0.70 | | Scanning |
| 04/05/2013 | 7 EBL | D | | 703 | 146 | 0.100 | 1.00 | | | | 0.10 | | Scanning |
| Billable Total: | | Tcode 703 Scanning | | | | | | | | | 0.80 | | |
| 04/11/2013 | 7 EBL | | | 710 | 148 | | | | | | 76.50 | | NYC Messenger #15224 |
| 04/29/2013 | 7 EBL | | | 710 | 230 | | | | | | 17.00 | | NYC Messenger #15444 |
| Billable Total: | | Tcode 710 NYC Messenger | | | | | | | | | 93.50 | | |
| **Total Billable Expenses** | | | | | | | | | | | 278.18 | | |

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Client: **19127.001M  ResCap Examiner**  *(Continued)*

| | | R E C A P | | | |
|---|---|---|---|---|---|
| Fees: | 10,781.00 | | | | |
| Expenses: | 278.18 | Previous Balance: | 48,533.83 | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | |
| **Total WIP:** | 11,059.18 | **Balance Due:** | 48,533.83 | **Total:** | **59,593.01** |
| Other WIP: Hours: | 0.10 | Fees: 41.50 | Exps: 200.58 | Advs: | 0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 36,478.08 | 10,149.85 | 1,905.90 | 0.00 | 0.00 |

Date: 06/04/2013

**Tabs3 Detail Work-In-Process Report**
Wolf Haldenstein Adler Freeman & Herz LLP

Page: 5

Client: **19127.002M  ResCap Examiner**                                    RESCAP                    Contact:
**Fee/Retention Applications**

| | | | | |
|---|---|---|---|---|
| Primary Timekeeper: | 7 EBL | Category: | 1 Commercial Litigation | |
| Secondary Timekeeper: | 7 EBL | Draft Template: | EBL | Rate Code: 1 |
| Originating Timekeeper: | 7 EBL | Final Template: | EBL | Date Opened:    01/31/2013 |
| Previous Balance: | 4,860.00 | | | |

| Date | Tmkr | Cat Src | H T B R<br>P X C C | Tcode | Ref # | Rate | Units | Hours<br>Worked | Hours<br>to Bill | Write-Up/<br>Down Hrs | Amount | Write-Up/<br>Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | |
| 04/02/2013 | 7 EBL | 1 | | 499 | 18 | 540.00 | | 1.00 | 1.00 | | 540.00 | | Revised February monthly statement |
| 04/03/2013 | 7 EBL | 1 | | 499 | 19 | 540.00 | | 0.50 | 0.50 | | 270.00 | | Prepared estimates for Chadbourne revised budget; email to Seife re same |
| 04/11/2013 | 7 EBL | 1 | | 499 | 20 | 540.00 | | 1.00 | 1.00 | | 540.00 | | Appeared in court on fee application |
| 04/29/2013 | 7 EBL | 1 | | 499 | 27 | 540.00 | | 2.00 | 2.00 | | 1,080.00 | | Draft March fee statement |
| Billable Total: | | 7 Eric B. Levine | | | | | | 4.50 | 4.50 | | 2,430.00 | | |
| | | | | | | | | | | | | | |
| **Total Billable Fees** | | | | | | | | 4.50 | 4.50 | | 2,430.00 | | |

**R E C A P**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fees: | 2,430.00 | | | | | |
| Expenses: | 0.00 | Previous Balance: | 4,860.00 | | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | | |
| **Total WIP:** | 2,430.00 | **Balance Due:** | 4,860.00 | **Total:** | 7,290.00 | |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 4,860.00 | 0.00 | 0.00 | 0.00 | 0.00 |

GR

Tuesday 06/04/2013 12:15 pm

| Exhibit  D | |
|---|---|
| Residential Capital, LLC et al | |
| Summary of Expenses Incurred | |
| January 1, 2013 through 4/40/13 | |
| | |
| Disbursement | Amount |
| Messenger Service | 1070.45 |
| Copying and Printing | 253.95 |
| Telephone | 1.58 |
| Scanning | 5 |
| Transportation | 172.08 |
| Witness Fees | 120 |
| | |
| | |
| | |
| | |
| Total | 1,623.06 |

# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATION UNDER GUIDELINES FOR FEES
AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT FIRST
INTERIM FEE APPLICATION OF WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP, CONFLICTS COUNSEL TO THE EXAMINER, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH AND
INCLUDING APRIL 30, 2013**

Eric B. Levine, on behalf of Wolf Haldenstein Adler Freeman & Herz LLP,

conflicts counsel to the Court-appointed Examiner in the Chapter 11 cases of the above-

captioned debtors and debtors in possession (collectively, the Debtors), hereby certifies, pursuant

to the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of

New York Bankruptcy Cases effective as of February 5, 2013  (the "<u>Local Guidelines</u>") and the

United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the

"<u>UST Guidelines</u>" and, together with the Local Guidelines, the "<u>Guidelines</u>"), that:

1.      I am partner with Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), counsel for Arthur J. Gonzalez, the Court-appointed examiner (the "<u>Examiner</u>") in the Debtors' Chapter 11 cases, and am the professional designated by the applicant, Wolf Haldenstein, for compliance with these Guidelines.

2.      This certification is made in respect of the second interim fee application of Wolf Haldenstein for an allowance of compensation and reimbursement of expenses for the period from January 1, 2013  through and including April 30, 2013 (the "<u>Application</u>") in accordance with the Guidelines.

3.      In respect of the Guidelines, I certify that:

  (a)     I have read the Application;

  (b)     to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

  (c)     the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Wolf Haldenstein and generally accepted by Wolf Haldenstein's clients; and

  (d)     in providing a reimbursable service, Wolf Haldenstein does not make a profit on that service, whether the service is performed by Wolf Haldenstein in-house or through a third party.

4.      I certify that Wolf Haldenstein has complied with the Guidelines that the Examiner has reviewed and approved the Application.

5.      I certify that Wolf Haldenstein has provided to counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors and the Office of the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>") with, on a monthly basis, a statement of Wolf Haldenstein's fees and disbursements accrued during the previous month.

6.      In respect of the Guidelines, I certify that the Debtors, counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors and the U.S. Trustee, are each being provided with a copy of the Application at least fourteen (14) days before the hearing on the Application.

7.      To the best of my knowledge, information and belief, with respect to the disbursements for which reimbursement is sought: (i) Wolf Haldenstein does not make a profit on such disbursement; (ii) Wolf Haldenstein does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital layout; and (iii) Wolf Haldenstein requests reimbursement only for the amount billed to Wolf Haldenstein by the third-party vendor and paid by it to such vendor.

8.      With respect to photocopying and facsimile transmission expenses, Wolf Haldenstein's charges do not exceed the maximum rate set by the Guidelines (there is no charge for incoming facsimile transmissions). These charges are intended to cover Wolf Haldenstein's direct operating costs for photocopying and facsimile facilities, which costs are not incorporated into Wolf Haldenstein's hourly billing rates. Only clients who actually use photocopying, facsimile, and other such office services are separately charged for the same. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying, facsimile, and document production facilities and services.

9.      In addition, same day and overnight delivery of documents and other materials are sometimes required as a result of deadlines necessitating the use of such express services. These disbursements are not included in Wolf Haldenstein's overhead for the purpose of setting billing rates.

3

10.    In seeking reimbursement for all services billed by a third party such as outside professional services, Wolf Haldenstein bills its clients at the actual costs incurred.

11.    In providing reimbursable services, Wolf Haldenstein bills at rates which are in accordance with the practices customarily employed by Wolf Haldenstein and generally accepted by its clients. In providing these services, Wolf Haldenstein bills out the charges at rates which are determined by Wolf Haldenstein in good faith to be sufficient only to cover its costs and does not provide a profit from these services.

12.    Wolf Haldenstein has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Examiner.

13.    By this certification Wolf Haldenstein does not waive or release any rights or entitlements it has under the order of this Court entered December 27, 2012, approving, under section 327(a) of title 11, United States Code, Wolf Haldenstein's retention by the Examiner pursuant to Wolf Haldenstein's normal billing rates and customary reimbursement and disbursement practices.

Dated:    New York, New York
          August 5, 2013

                                   _____/s/_____
                                        Eric B. Levine

/711768

4