# EXHIBIT A

RESIDENTIAL CAPITAL, LLC, et al.
Summary Sheet

| In re: RESIDENTIAL CAPITAL, LLC, et al., Debtors. | ) IN PROCEEDINGS UNDER ) CHAPTER 11 ) (Jointly Administered) ) ) Case No. 12-12020 (MG) ) ) | Fees Previously Requested | $ | 13,678,364 | Name of Applicant: |
|---|---|---|---|---|---|
| | | Fees Previously Paid | $ | 11,334,100 | Mesirow Financial Consulting, LLC |
| | | Expenses Previously Requested | $ | 98,530 | Role in the Case: |
| | | Expenses Previously Paid | $ | 96,735 | Financial Advisor to the Examiner |

**INTERIM FEE APPLICATION SUMMARY SHEET**

Current Application:
(January 1, 2013 through April 30, 2013)
Total Fees Requested        $   23,210,644
Total Expenses Requested    $      299,682

| PROFESSIONALS Name | Position | HOURS BILLED IN APPLICATION | RATE * | FEES BILLED IN APPLICATION |
|---|---|---|---|---|
| Tuliano, Ralph | Chief Executive Officer | 838.7 | $895 | $ 750,637 |
| Atkinson, James | Sr. Managing Director | 1,023.0 | 895 | 915,585 |
| duVair, Paul | Sr. Managing Director | 175.4 | 895 | 156,983 |
| Feltman, James | Sr. Managing Director | 798.3 | 895 | 714,479 |
| Lacativo, Bert | Sr. Managing Director | 301.6 | 895 | 269,932 |
| Knoll, Melissa | Sr. Managing Director | 953.4 | 895 | 853,293 |
| Williams, Jack | Sr. Managing Director | 786.1 | 895 | 703,560 |
| Winford, Kristin | Sr. Managing Director | 174.6 | 895 | 156,267 |
| Jones, Thomas | Managing Director | 102.8 | 855 | 87,894 |
| King, David | Managing Director | 721.6 | 855 | 616,968 |
| Martin, Timothy | Managing Director | 1,012.8 | 855 | 865,944 |
| Mathieu, Ken | Managing Director | 992.8 | 855 | 848,844 |
| McColgan, Kevin | Managing Director | 975.8 | 855 | 834,309 |
| Seabury, Susan | Managing Director | 487.2 | 855 | 416,556 |
| Steele, Mathew | Managing Director | 515.6 | 855 | 440,838 |
| Troia, Donna | Managing Director | 929.8 | 855 | 794,979 |
| Wei, Ben | Managing Director | 114.0 | 855 | 97,470 |
| Faulkner, Kevin | Sr. Vice President | 13.1 | 755 | 9,891 |
| Ortega, Adam | Sr. Vice President | 831.9 | 755 | 628,085 |
| Pachmayer, Bob | Sr. Vice President | 77.5 | 755 | 58,513 |
| Sartori, Elisa | Sr. Vice President | 642.1 | 755 | 484,786 |
| Tan, Ching Wei | Sr. Vice President | 991.2 | 755 | 748,356 |
| Vanderkamp, Anne | Sr. Vice President | 1,014.4 | 755 | 765,872 |
| Vidal, Adriana | Sr. Vice President | 137.5 | 755 | 103,812 |
| Sorondo, Jean-Louis | Sr. Vice President | 72.2 | 725 | 51,454 |
| Hughes, Ruth | Sr. Vice President | 895.8 | 695 / 725 | 630,657 |
| Lorch, Mark | Sr. Vice President | 965.7 | 695 / 725 | 680,246 |
| Weinberg, Jonathan | Sr. Vice President | 1,188.8 | 695 / 725 | 834,910 |
| Zembillas, Michael | Sr. Vice President | 526.6 | 695 / 725 | 369,725 |
| George, Shante | Sr. Vice President | 599.3 | 695 | 416,514 |
| Korycki, Mary | Sr. Vice President | 553.3 | 695 | 384,544 |
| Bourgeois, Jared | VP / Sr. VP | 842.5 | 655 / 695 | 562,318 |
| Ozgozukara, Omer | VP / Sr. VP | 1,077.9 | 655 / 695 | 717,397 |
| Rychalsky, David | VP / Sr. VP | 730.4 | 655 / 695 | 483,608 |
| McConnell, Jennifer | Vice President | 387.6 | 655 | 253,878 |
| Eidson, Bert | Vice President | 70.5 | 625 | 44,063 |
| Markin, Eric | Vice President | 52.4 | 625 | 32,750 |
| Fish, Rachel | Vice President | 551.3 | 595 / 625 | 336,229 |
| Parkins, Zachary | Vice President | 649.7 | 595 / 625 | 388,975 |
| Reinke, Allison | Vice President | 737.0 | 595 / 625 | 445,394 |
| Yamauchi, Ryan | Vice President | 568.7 | 595 / 625 | 339,388 |
| Boyer, Michael | Sr. Assoc / VP | 521.1 | 555 / 595 | 294,531 |
| Croley, Brandon | Sr. Associate | 850.0 | 495 / 525 | 427,029 |
| Jones, Teag | Sr. Associate | 567.5 | 495 / 525 | 282,575 |
| Meegan, Sara | Sr. Associate | 832.9 | 495 / 525 | 420,098 |
| Ruegg, Daniel | Sr. Associate | 736.6 | 495 / 525 | 371,091 |
| Saitta, Joseph | Associate | 959.5 | 355 / 425 | 355,960 |
| Crisman, Daniel | Associate | 663.3 | 355 | 235,472 |
| Nyhus, Erik | Associate | 6.0 | 355 | 2,130 |
| Blake, Eric | Associate | 647.9 | 315 / 355 | 214,869 |
| Han, Elijah | Associate | 481.8 | 315 / 355 | 153,547 |
| Merced, Justin | Associate | 1,099.4 | 315 / 355 | 357,559 |
| Duncan, Oneika | Analyst / Sr. Analyst | 931.3 | 210 / 250 | 203,465 |
| Christiansen, Jordan | Analyst | 206.5 | 210 | 43,365 |
| Gould, Erica | Analyst | 154.9 | 210 | 32,529 |
| Jacob, Shery | Analyst | 553.6 | 210 | 116,256 |
| Karki, Vera | Analyst | 1,002.6 | 210 | 210,546 |
| Strong, Takara | Analyst | 710.8 | 210 | 149,268 |
| Voronovitskaia, Alla | Analyst | 727.9 | 210 | 152,859 |
| Amiot, Alison | Paraprofessional | 21.7 | 210 | 4,557 |
| Cummings, Colleen | Paraprofessional | 93.8 | 210 | 19,698 |
| Velasco, Jin | Paraprofessional | 560.6 | 210 | 117,726 |
| **SUBTOTAL** | | **37,410.6** | | **$ 23,461,023** |
| Less 50% Reduction in Travel | | | | (250,379) |
| **TOTAL PROFESSIONAL HOURS AND FEES \*\*** | | **37,410.6** | | **$ 23,210,644** |
| TOTAL EXPENSES | | | | 299,682 |
| **TOTAL FEES AND EXPENSES** | | | | **$ 23,510,325** |
| Total Blended Hourly Rate Including/Excluding Paraprofessionals and Analysts \*\* | | | $621 / $684 | |

\* The hourly rates of certain individuals increased as a result of promotions that went into effect at the beginning of MFC's fiscal year on April 1, 2013. Any such increases were consistent with the 2012 rate structure as agreed with the Examiner.

\*\* MFC is not seeking compensation for 278.2 hours and $162,953 in fees or reimbursement for $25,960 in expenses incurred during the Third Interim Fee Period but voluntarily excluded from this Application. MFC's average hourly rate including the voluntarily reduced hours is $616.