## EXHIBIT B

RESIDENTIAL CAPITAL, LLC, et al.
Summary of Hours Incurred by Professional - January 1, 2013 through April 30, 2013

| Name | Position | January Hours | February Hours | March Hours | April Hours | Total Hours |
|---|---|---|---|---|---|---|
| Tuliano, Ralph | Chief Executive Officer | 202.3 | 198.8 | 155.5 | 282.1 | 838.7 |
| Atkinson, James | Sr. Managing Director | 292.2 | 253.4 | 222.5 | 254.9 | 1,023.0 |
| duVair, Paul | Sr. Managing Director | - | 5.3 | 10.0 | 160.1 | 175.4 |
| Feltman, James | Sr. Managing Director | 178.5 | 194.3 | 191.8 | 233.7 | 798.3 |
| Lacativo, Bert | Sr. Managing Director | 176.3 | 120.7 | 4.6 | - | 301.6 |
| Knoll, Melissa | Sr. Managing Director | 220.9 | 219.6 | 221.9 | 291.0 | 953.4 |
| Williams, Jack | Sr. Managing Director | 233.5 | 202.8 | 59.2 | 290.6 | 786.1 |
| Winford, Kristin | Sr. Managing Director | 86.9 | 44.4 | 8.3 | 35.0 | 174.6 |
| Jones, Thomas | Managing Director | 86.8 | - | - | 16.0 | 102.8 |
| King, David | Managing Director | 217.3 | 140.2 | 95.1 | 269.0 | 721.6 |
| Martin, Timothy | Managing Director | 285.0 | 250.8 | 202.5 | 274.5 | 1,012.8 |
| Mathieu, Ken | Managing Director | 198.5 | 213.3 | 296.4 | 284.6 | 992.8 |
| McColgan, Kevin | Managing Director | 259.9 | 210.4 | 228.4 | 277.1 | 975.8 |
| Seabury, Susan | Managing Director | 113.4 | 175.4 | 49.2 | 149.2 | 487.2 |
| Steele, Matthew | Managing Director | 122.2 | 88.7 | 95.1 | 209.6 | 515.6 |
| Troia, Donna | Managing Director | 212.5 | 239.3 | 221.2 | 256.8 | 929.8 |
| Wei, Ben | Managing Director | 93.0 | 18.0 | - | 3.0 | 114.0 |
| Faulkner, Kevin | Sr. Vice President | - | - | 13.1 | - | 13.1 |
| Ortega, Adam | Sr. Vice President | 223.2 | 219.3 | 207.5 | 181.9 | 831.9 |
| Pachmayer, Bob | Sr. Vice President | 17.6 | 20.8 | 22.2 | 16.9 | 77.5 |
| Sartori, Elisa | Sr. Vice President | 180.6 | 159.2 | 129.1 | 173.2 | 642.1 |
| Tan, Ching Wei | Sr. Vice President | 245.5 | 235.0 | 233.3 | 277.4 | 991.2 |
| Vanderkamp, Anne | Sr. Vice President | 233.4 | 247.8 | 260.9 | 272.3 | 1,014.4 |
| Vidal, Adriana | Sr. Vice President | 88.9 | 48.6 | - | - | 137.5 |
| Sorondo, Jean-Louis | Sr. Vice President | 4.5 | 12.4 | 12.8 | 42.5 | 72.2 |
| Hughes, Ruth | Sr. Vice President | 189.4 | 215.3 | 221.9 | 269.2 | 895.8 |
| Lorch, Mark | Sr. Vice President | 217.5 | 222.7 | 222.7 | 302.8 | 965.7 |
| Weinberg, Jonathan | Sr. Vice President | 328.1 | 232.1 | 338.8 | 289.8 | 1,188.8 |
| Zembillas, Michael | Sr. Vice President | 233.8 | 95.9 | 72.3 | 124.6 | 526.6 |
| George, Shante | Sr. Vice President | 259.6 | 237.8 | 101.9 | - | 599.3 |
| Korycki, Mary | Sr. Vice President | 259.8 | 143.4 | 150.1 | - | 553.3 |
| Bourgeois, Jared | VP / Sr. VP | 177.2 | 183.4 | 219.9 | 262.0 | 842.5 |
| Ozgozukara, Omer | VP / Sr. VP | 226.2 | 262.3 | 305.1 | 284.3 | 1,077.9 |
| Rychalsky, David | VP / Sr. VP | 180.3 | 215.6 | 204.6 | 129.9 | 730.4 |
| McConnell, Jennifer | Vice President | - | 24.5 | 139.2 | 223.9 | 387.6 |
| Yamauchi, Ryan | Vice President | 182.5 | 179.9 | 172.6 | 33.7 | 568.7 |
| Eidson, Bert | Vice President | 25.8 | 18.3 | 18.9 | 7.5 | 70.5 |
| Markin, Eric | Vice President | 24.6 | 12.1 | 15.7 | - | 52.4 |
| Fish, Rachel | Vice President | 81.5 | 64.5 | 131.8 | 273.5 | 551.3 |
| Parkins, Zachary | Vice President | 216.8 | 204.8 | 148.0 | 80.1 | 649.7 |
| Reinke, Allison | Vice President | 47.7 | 228.8 | 231.2 | 229.3 | 737.0 |
| Boyer, Michael | Sr. Assoc / VP | 112.0 | 120.2 | 155.9 | 133.0 | 521.1 |
| Croley, Brandon | Sr. Associate | 219.5 | 204.1 | 217.1 | 209.3 | 850.0 |
| Jones, Teag | Sr. Associate | 228.5 | 168.0 | 115.6 | 55.4 | 567.5 |
| Meegan, Sara | Sr. Associate | 256.3 | 143.2 | 173.0 | 260.4 | 832.9 |
| Ruegg, Daniel | Sr. Associate | 103.1 | 133.4 | 284.3 | 215.8 | 736.6 |
| Saitta, Joseph | Associate | 255.6 | 230.9 | 253.9 | 219.1 | 959.5 |
| Crisman, Daniel | Associate | 172.7 | 163.7 | 64.6 | 262.3 | 663.3 |
| Nyhus, Erik | Associate | - | - | 6.0 | - | 6.0 |
| Blake, Eric | Associate | 164.9 | 71.1 | 142.4 | 269.5 | 647.9 |
| Han, Elijah | Associate | 123.8 | 233.2 | 80.3 | 44.5 | 481.8 |
| Merced, Justin | Associate | 307.9 | 257.9 | 252.4 | 281.2 | 1,099.4 |
| Duncan, Oneika | Analyst / Sr. Analyst | 199.6 | 256.4 | 278.0 | 197.3 | 931.3 |
| Christiansen, Jordan | Analyst | 151.1 | 55.4 | - | - | 206.5 |
| Gould, Erica | Analyst | 154.9 | - | - | - | 154.9 |
| Jacob, Shery | Analyst | 97.1 | 144.3 | 142.5 | 169.7 | 553.6 |
| Karki, Vera | Analyst | 104.3 | 137.4 | 361.6 | 399.3 | 1,002.6 |
| Strong, Takara | Analyst | 188.0 | 168.0 | 166.0 | 188.8 | 710.8 |
| Voronovitskaia, Alla | Analyst | 171.2 | 187.0 | 177.6 | 192.1 | 727.9 |
| Amiot, Alison | Paraprofessional | - | 9.7 | 12.0 | - | 21.7 |
| Cummings, Colleen | Paraprofessional | 12.7 | 28.8 | 39.9 | 12.4 | 93.8 |
| Velasco, Jin | Paraprofessional | 121.2 | 157.9 | 172.3 | 109.2 | 560.6 |
| **TOTAL HOURS** | | **9,768.1** | **8,930.5** | **8,730.7** | **9,981.3** | **37,410.6** |

EXHIBIT B

RESIDENTIAL CAPITAL, LLC, et al.
Summary Fees Incurred by Professional - January 1, 2013 through April 30, 2013

| Category | Fees | January Fees | February Fees | March Fees | April Fees | Total Fees |
|---|---|---:|---:|---:|---:|---:|
| Tuliano, Ralph | Chief Executive Officer | $ 181,059 | $ 177,926 | $ 139,173 | $ 252,480 | $ 750,637 |
| Atkinson, James | Sr. Managing Director | 261,519 | 226,793 | 199,138 | 228,136 | 915,585 |
| duVair, Paul | Sr. Managing Director | - | 4,744 | 8,950 | 143,290 | 156,983 |
| Feltman, James | Sr. Managing Director | 159,758 | 173,899 | 171,661 | 209,162 | 714,479 |
| Lacativo, Bert | Sr. Managing Director | 157,789 | 108,027 | 4,117 | - | 269,932 |
| Knoll, Melissa | Sr. Managing Director | 197,706 | 196,542 | 198,601 | 260,445 | 853,293 |
| Williams, Jack | Sr. Managing Director | 208,983 | 181,506 | 52,984 | 260,087 | 703,560 |
| Winford, Kristin | Sr. Managing Director | 77,776 | 39,738 | 7,429 | 31,325 | 156,267 |
| Jones, Thomas | Managing Director | 74,214 | - | - | 13,680 | 87,894 |
| King, David | Managing Director | 185,792 | 119,871 | 81,311 | 229,995 | 616,968 |
| Martin, Timothy | Managing Director | 243,675 | 214,434 | 173,138 | 234,698 | 865,944 |
| Mathieu, Ken | Managing Director | 169,718 | 182,372 | 253,422 | 243,333 | 848,844 |
| McColgan, Kevin | Managing Director | 222,215 | 179,892 | 195,282 | 236,921 | 834,309 |
| Seabury, Susan | Managing Director | 96,957 | 149,967 | 42,066 | 127,566 | 416,556 |
| Steele, Matthew | Managing Director | 104,481 | 75,839 | 81,311 | 179,208 | 440,838 |
| Troia, Donna | Managing Director | 181,688 | 204,602 | 189,126 | 219,564 | 794,979 |
| Wei, Ben | Managing Director | 79,515 | 15,390 | - | 2,565 | 97,470 |
| Faulkner, Kevin | Sr. Vice President | - | - | 9,891 | - | 9,891 |
| Ortega, Adam | Sr. Vice President | 168,516 | 165,572 | 156,663 | 137,335 | 628,085 |
| Pachmayer, Bob | Sr. Vice President | 13,288 | 15,704 | 16,761 | 12,760 | 58,513 |
| Sartori, Elisa | Sr. Vice President | 136,353 | 120,196 | 97,471 | 130,766 | 484,786 |
| Tan, Ching Wei | Sr. Vice President | 185,353 | 177,425 | 176,142 | 209,437 | 748,356 |
| Vanderkamp, Anne | Sr. Vice President | 176,217 | 187,089 | 196,980 | 205,587 | 765,872 |
| Vidal, Adriana | Sr. Vice President | 67,119 | 36,693 | - | - | 103,812 |
| Sorondo, Jean-Louis | Sr. Vice President | 3,128 | 8,618 | 8,896 | 30,813 | 51,454 |
| Hughes, Ruth | Sr. Vice President | 131,633 | 149,634 | 154,221 | 195,170 | 630,657 |
| Lorch, Mark | Sr. Vice President | 151,163 | 154,777 | 154,777 | 219,530 | 680,246 |
| Weinberg, Jonathan | Sr. Vice President | 228,030 | 161,310 | 235,466 | 210,105 | 834,910 |
| Zembillas, Michael | Sr. Vice President | 162,491 | 66,651 | 50,249 | 90,335 | 369,725 |
| George, Shante | Sr. Vice President | 180,422 | 165,271 | 70,821 | - | 416,514 |
| Korycki, Mary | Sr. Vice President | 180,561 | 99,663 | 104,320 | - | 384,544 |
| Bourgeois, Jared | VP / Sr. VP | 116,066 | 120,127 | 144,035 | 182,090 | 562,318 |
| Ozgozukara, Omer | VP / Sr. VP | 148,161 | 171,807 | 199,841 | 197,589 | 717,397 |
| Rychalsky, David | VP / Sr. VP | 118,097 | 141,218 | 134,013 | 90,281 | 483,608 |
| McConnell, Jennifer | Vice President | - | 16,048 | 91,176 | 146,655 | 253,878 |
| Eidson, Bert | Vice President | 16,125 | 11,438 | 11,813 | 4,688 | 44,063 |
| Markin, Eric | Vice President | 15,375 | 7,563 | 9,813 | - | 32,750 |
| Fish, Rachel | Vice President | 48,493 | 38,378 | 78,421 | 170,938 | 336,229 |
| Parkins, Zachary | Vice President | 128,996 | 121,856 | 88,060 | 50,063 | 388,975 |
| Reinke, Allison | Vice President | 28,382 | 136,136 | 137,564 | 143,313 | 445,394 |
| Yamauchi, Ryan | Vice President | 108,588 | 107,041 | 102,697 | 21,063 | 339,388 |
| Boyer, Michael | Sr. Assoc / VP | 62,160 | 66,711 | 86,525 | 79,135 | 294,531 |
| Croley, Brandon | Sr. Associate | 108,653 | 101,030 | 107,465 | 109,883 | 427,029 |
| Jones, Teag | Sr. Associate | 113,108 | 83,160 | 57,222 | 29,085 | 282,575 |
| Meegan, Sara | Sr. Associate | 126,869 | 70,884 | 85,635 | 136,710 | 420,098 |
| Ruegg, Daniel | Sr. Associate | 51,035 | 66,033 | 140,729 | 113,295 | 371,091 |
| Saitta, Joseph | Associate | 90,738 | 81,970 | 90,135 | 93,118 | 355,960 |
| Crisman, Daniel | Associate | 61,309 | 58,114 | 22,933 | 93,117 | 235,472 |
| Nyhus, Erik | Associate | - | - | 2,130 | - | 2,130 |
| Blake, Eric | Associate | 51,944 | 22,397 | 44,856 | 95,673 | 214,869 |
| Han, Elijah | Associate | 38,997 | 73,458 | 25,295 | 15,798 | 153,547 |
| Merced, Justin | Associate | 96,989 | 81,239 | 79,506 | 99,826 | 357,559 |
| Duncan, Oneika | Analyst / Sr. Analyst | 41,916 | 53,844 | 58,380 | 49,325 | 203,465 |
| Christiansen, Jordan | Analyst | 31,731 | 11,634 | - | - | 43,365 |
| Gould, Erica | Analyst | 32,529 | - | - | - | 32,529 |
| Jacob, Shery | Analyst | 20,391 | 30,303 | 29,925 | 35,637 | 116,256 |
| Karki, Vera | Analyst | 21,903 | 28,854 | 75,936 | 83,853 | 210,546 |
| Strong, Takara | Analyst | 39,480 | 35,280 | 34,860 | 39,648 | 149,268 |
| Voronovitskaia, Alla | Analyst | 35,952 | 39,270 | 37,296 | 40,341 | 152,859 |
| Amiot, Alison | Paraprofessional | - | 2,037 | 2,520 | - | 4,557 |
| Cummings, Colleen | Paraprofessional | 2,667 | 6,048 | 8,379 | 2,604 | 19,698 |
| Velasco, Jin | Paraprofessional | 25,452 | 33,159 | 36,183 | 22,932 | 117,726 |
| **Subtotal** | | $ 6,169,213 | $ 5,577,171 | $ 5,253,697 | $ 6,460,942 | $ 23,461,023 |
| Less 50% Reduction in Travel | | (70,146) | (60,500) | (79,613) | (40,122) | (250,379) |
| **TOTAL FEES *** | | $ 6,099,067 | $ 5,516,672 | $ 5,174,085 | $ 6,420,820 | $ 23,210,644 |

* MFC is not seeking compensation for 278.2 hours and $162,953 in fees incurred during the Third Interim Fee Period but voluntarily excluded from this Application.