EXHIBIT C-1

RESIDENTIAL CAPITAL, LLC, et al.
Summary of Hours Incurred by Category
January 1, 2013 through April 30, 2013

| Category | January Hours | February Hours | March Hours | April Hours | Total Hours |
|---|---|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 37.5 | 70.6 | 46.2 | 39.4 | 193.7 |
| Document Review and Analysis | 6,021.9 | 4,657.5 | 3,774.0 | 2,966.2 | 17,419.6 |
| Fee/Retention Applications | 129.1 | 192.1 | 264.3 | 121.3 | 706.8 |
| Report Drafting | 1,000.7 | 1,942.5 | 2,593.1 | 5,346.1 | 10,882.4 |
| Substantive Investigation Planning and Coordination | 731.7 | 718.5 | 666.9 | 1,037.6 | 3,154.7 |
| Travel Time | 181.8 | 165.8 | 214.6 | 109.6 | 671.8 |
| Witness Interviews and Discovery | 1,665.4 | 1,183.5 | 1,171.6 | 361.1 | 4,381.6 |
| **TOTAL HOURS** | 9,768.1 | 8,930.5 | 8,730.7 | 9,981.3 | 37,410.6 |

EXHIBIT C-1

RESIDENTIAL CAPITAL, LLC, et al.
Summary Fees Incurred by Category
January 1, 2013 through April 30, 2013

| Category | January Fees | February Fees | March Fees | April Fees | Total Fees |
|---|---|---|---|---|---|
| Case Administration/General Bankruptcy Matters | $ 23,945 | $ 43,926 | $ 28,273 | $ 22,648 | $ 118,792 |
| Document Review and Analysis | 3,646,403 | 2,664,961 | 2,051,792 | 1,769,401 | 10,132,557 |
| Fee/Retention Applications | 28,412 | 52,671 | 86,945 | 30,748 | 198,775 |
| Report Drafting | 733,053 | 1,276,250 | 1,557,608 | 3,445,472 | 7,012,382 |
| Substantive Investigation Planning and Coordination | 595,698 | 598,672 | 533,854 | 850,656 | 2,578,879 |
| Travel Time | 140,291 | 120,999 | 159,225 | 80,243 | 500,758 |
| Witness Interviews and Discovery | 1,001,412 | 819,693 | 836,002 | 261,775 | 2,918,881 |
| **Subtotal** | $ 6,169,213 | $ 5,577,171 | $ 5,253,698 | $ 6,460,942 | $ 23,461,023 |
| **Less 50% Reduction in Travel** | (70,146) | (60,500) | (79,613) | (40,122) | (250,379) |
| **TOTAL FEES *** | $ 6,099,067 | $ 5,516,672 | $ 5,174,085 | $ 6,420,820 | $ 23,210,644 |

* MFC is not seeking compensation for 272.8 hours and $160,893 in fees incurred during the Third Interim Fee Period but voluntarily excluded from this Application.

12-12020-mg    Doc 4562-3    Filed 08/07/13    Entered 08/07/13 19:00:17    Exhibit C
Pg 2 of 3

EXHIBIT C-2

RESIDENTIAL CAPITAL, LLC, et al.
Summary of Hours Incurred by Professional by Category - January 1, 2013 through April 30, 2013

| Name | Position | Case Administration/ General Bankruptcy Matters | Document Review and Analysis | Fee/Retention Applications | Report Drafting | Substantive Investigation Planning and Coordination | Travel Time | Witness Interviews and Discovery | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| Tuliano, Ralph | Chief Executive Officer | 1.7 | 192.7 | 5.0 | 265.7 | 343.7 | - | 29.9 | 838.7 |
| Atkinson, James | Sr. Managing Director | - | 351.5 | - | 318.3 | 250.8 | - | 102.4 | 1,023.0 |
| duVair, Paul | Sr. Managing Director | - | 12.0 | - | 150.6 | 12.8 | - | - | 175.4 |
| Feltman, James | Sr. Managing Director | 0.3 | 161.6 | - | 151.9 | 333.6 | 2.0 | 148.9 | 798.3 |
| Lacativo, Bert | Sr. Managing Director | - | 166.1 | - | 11.4 | 46.6 | 15.6 | 61.9 | 301.6 |
| Knoll, Melissa | Sr. Managing Director | 23.1 | 45.4 | 68.5 | 231.0 | 362.7 | 75.9 | 146.8 | 953.4 |
| Williams, Jack | Sr. Managing Director | - | 456.6 | - | 206.4 | 82.2 | - | 40.9 | 786.1 |
| Winford, Kristin | Sr. Managing Director | - | 55.5 | - | 43.2 | 53.7 | - | 22.2 | 174.6 |
| Jones, Thomas | Managing Director | - | 84.3 | - | 16.0 | 2.5 | - | - | 102.8 |
| King, David | Managing Director | - | 329.8 | - | 294.2 | 61.3 | 4.0 | 32.3 | 721.6 |
| Martin, Timothy | Managing Director | - | 399.5 | - | 147.5 | 155.2 | 70.0 | 240.6 | 1,012.8 |
| Mathieu, Ken | Managing Director | - | 219.9 | - | 272.0 | 241.7 | 78.0 | 181.2 | 992.8 |
| McColgan, Kevin | Managing Director | - | 332.2 | - | 406.2 | 33.9 | 5.5 | 198.0 | 975.8 |
| Seabury, Susan | Managing Director | - | 185.0 | - | 263.8 | 33.6 | - | 4.8 | 487.2 |
| Steele, Mathew | Managing Director | - | 191.1 | - | 252.2 | 61.0 | - | 11.3 | 515.6 |
| Troia, Donna | Managing Director | - | 290.9 | - | 372.8 | 101.9 | 6.0 | 158.2 | 929.8 |
| Wei, Ben | Managing Director | - | 74.5 | - | 9.7 | 8.8 | 16.0 | 5.0 | 114.0 |
| Faulkner, Kevin | Sr. Vice President | 2.0 | - | - | - | - | 7.3 | 3.8 | 13.1 |
| Ortega, Adam | Sr. Vice President | - | 652.3 | - | 109.9 | 36.7 | 8.0 | 25.0 | 831.9 |
| Pachmayer, Bob | Sr. Vice President | 77.5 | - | - | - | - | - | - | 77.5 |
| Sartori, Elisa | Sr. Vice President | - | 335.2 | - | 117.7 | 36.0 | 22.0 | 131.2 | 642.1 |
| Tan, Ching Wei | Sr. Vice President | - | 604.3 | - | 311.5 | 27.6 | - | 47.8 | 991.2 |
| Vanderkamp, Anne | Sr. Vice President | 1.2 | 224.7 | - | 195.0 | 107.0 | 28.8 | 457.7 | 1,014.4 |
| Vidal, Adriana | Sr. Vice President | - | 49.4 | - | 36.3 | 9.0 | 13.0 | 29.8 | 137.5 |
| Sorondo, Jean-Louis | Sr. Vice President | 4.5 | 61.6 | - | - | 3.3 | - | 2.8 | 72.2 |
| Hughes, Ruth | Sr. Vice President | - | 295.9 | - | 325.3 | 131.5 | 92.3 | 50.8 | 895.8 |
| Lorch, Mark | Sr. Vice President | - | 388.0 | - | 502.4 | 30.2 | - | 45.1 | 965.7 |
| Weinberg, Jonathan | Sr. Vice President | - | 485.0 | - | 281.4 | 149.9 | 32.0 | 240.5 | 1,188.8 |
| Zembillas, Michael | Sr. Vice President | - | 208.6 | - | 205.6 | 32.4 | 36.5 | 43.5 | 526.6 |
| George, Shante | Sr. Vice President | 1.3 | 472.5 | - | 4.1 | 9.3 | - | 112.1 | 599.3 |
| Korycki, Mary | Sr. Vice President | - | 99.7 | - | 138.9 | 3.0 | - | 311.7 | 553.3 |
| Bourgeois, Jared | VP / Sr. VP | - | 318.2 | - | 408.6 | 64.0 | - | 51.7 | 842.5 |
| Ozgozukara, Omer | VP / Sr. VP | - | 470.3 | - | 516.4 | 38.1 | - | 53.1 | 1,077.9 |
| Rychalsky, David | VP / Sr. VP | - | 459.5 | - | 67.1 | 88.0 | 48.0 | 67.8 | 730.4 |
| McConnell, Jennifer | Vice President | - | 144.5 | - | 169.5 | 20.6 | 8.0 | 45.0 | 387.6 |
| Eidson, Bert | Vice President | - | 65.2 | - | - | 3.3 | - | 2.0 | 70.5 |
| Markin, Eric | Vice President | - | 37.0 | - | 6.8 | 1.8 | - | 6.8 | 52.4 |
| Fish, Rachel | Vice President | - | 84.8 | - | 424.5 | 21.5 | - | 20.5 | 551.3 |
| Parkins, Zachary | Vice President | - | 485.9 | - | 69.7 | 23.6 | 27.0 | 43.5 | 649.7 |
| Reinke, Allison | Vice President | - | 304.0 | - | 303.9 | 25.0 | - | 104.1 | 737.0 |
| Yamauchi, Ryan | Vice President | - | 313.7 | - | 204.8 | 2.7 | - | 47.5 | 568.7 |
| Boyer, Michael | Sr. Assoc / VP | - | 280.1 | - | 160.0 | 20.7 | - | 60.3 | 521.1 |
| Croley, Brandon | Sr. Associate | - | 636.7 | - | 12.6 | - | - | 200.7 | 850.0 |
| Jones, Teag | Sr. Associate | - | 376.0 | - | 47.5 | 19.8 | 53.9 | 70.3 | 567.5 |
| Meegan, Sara | Sr. Associate | - | 564.6 | - | 246.1 | 16.2 | 6.0 | - | 832.9 |
| Ruegg, Daniel | Sr. Associate | 47.7 | 398.2 | - | 264.3 | 10.4 | 16.0 | - | 736.6 |
| Saitta, Joseph | Associate | - | 516.2 | - | 349.9 | 9.0 | - | 84.4 | 959.5 |
| Crisman, Daniel | Associate | - | 553.2 | - | 94.5 | 2.1 | - | 13.5 | 663.3 |
| Nyhus, Erik | Associate | - | 3.6 | - | 2.4 | - | - | - | 6.0 |
| Blake, Eric | Associate | - | 546.1 | - | 100.4 | 1.4 | - | - | 647.9 |
| Han, Elijah | Associate | - | 244.9 | - | 220.9 | 1.2 | - | 14.8 | 481.8 |
| Merced, Justin | Associate | 1.6 | 615.9 | - | 363.4 | - | - | 118.5 | 1,099.4 |
| Duncan, Oneika | Analyst / Sr. Analyst | 6.0 | 827.8 | - | 17.2 | - | - | 80.3 | 931.3 |
| Christiansen, Jordan | Analyst | - | 81.3 | - | - | 2.2 | - | 123.0 | 206.5 |
| Gould, Erica | Analyst | - | 3.9 | - | - | 0.6 | - | 150.4 | 154.9 |
| Jacob, Shery | Analyst | - | 376.7 | - | 176.9 | - | - | - | 553.6 |
| Karki, Vera | Analyst | - | 148.6 | - | 835.9 | 18.1 | - | - | 1,002.6 |
| Strong, Takara | Analyst | - | 616.0 | - | 46.1 | 0.6 | - | 48.1 | 710.8 |
| Voronovitskaia, Alla | Analyst | - | 517.5 | - | 132.0 | 1.3 | - | 77.1 | 727.9 |
| Amiot, Alison | Paraprofessional | - | 3.4 | 8.6 | - | - | - | 9.7 | 21.7 |
| Cummings, Colleen | Paraprofessional | 8.1 | - | 83.4 | - | - | - | 2.3 | 93.8 |
| Velasco, Jin | Paraprofessional | 18.7 | - | 541.3 | - | 0.6 | - | - | 560.6 |
| **TOTAL HOURS** | | 193.7 | 17,419.6 | 706.8 | 10,882.4 | 3,154.7 | 671.8 | 4,381.6 | 37,410.6 |

EXHIBIT C-2

RESIDENTIAL CAPITAL, LLC, et al.

Summary Fees Incurred by Professional by Category - January 1, 2013 through April 30, 2013

| Name | Position | Case Administration/ General Bankruptcy Matters | Document Review and Analysis | Fee/Retention Applications | Report Drafting | Substantive Investigation Planning and Coordination | Travel Time | Witness Interviews and Discovery | TOTAL FEES |
|---|---|---|---|---|---|---|---|---|---|
| Tuliano, Ralph | Chief Executive Officer | $ 1,522 | $ 172,467 | $ 4,475 | $ 237,802 | $ 307,612 | $ - | $ 26,761 | $ 750,637 |
| Atkinson, James | Sr. Managing Director | - | 314,593 | - | 284,879 | 224,466 | - | 91,648 | 915,585 |
| duVair, Paul | Sr. Managing Director | - | 10,740 | - | 134,787 | 11,456 | - | - | 156,983 |
| Feltman, James | Sr. Managing Director | 269 | 144,632 | - | 135,951 | 298,572 | 1,790 | 133,266 | 714,479 |
| Lacativo, Bert | Sr. Managing Director | - | 148,660 | - | 10,203 | 41,707 | 13,962 | 55,401 | 269,932 |
| Knoll, Melissa | Sr. Managing Director | 20,675 | 40,633 | 61,308 | 206,745 | 324,617 | 67,931 | 131,386 | 853,293 |
| Williams, Jack | Sr. Managing Director | - | 408,657 | - | 184,728 | 73,569 | - | 36,606 | 703,560 |
| Winford, Kristin | Sr. Managing Director | - | 49,673 | - | 38,664 | 48,062 | - | 19,869 | 156,267 |
| Jones, Thomas | Managing Director | - | 72,077 | - | 13,680 | 2,138 | - | - | 87,894 |
| King, David | Managing Director | - | 281,979 | - | 251,541 | 52,412 | 3,420 | 27,617 | 616,968 |
| Martin, Timothy | Managing Director | - | 341,573 | - | 126,113 | 132,696 | 59,850 | 205,713 | 865,944 |
| Mathieu, Ken | Managing Director | - | 188,015 | - | 232,560 | 206,654 | 66,690 | 154,926 | 848,844 |
| McColgan, Kevin | Managing Director | - | 284,031 | - | 347,301 | 28,985 | 4,703 | 169,290 | 834,309 |
| Seabury, Susan | Managing Director | - | 158,175 | - | 225,549 | 28,728 | - | 4,104 | 416,556 |
| Steele, Mathew | Managing Director | - | 163,391 | - | 215,631 | 52,155 | - | 9,662 | 440,838 |
| Troia, Donna | Managing Director | - | 248,720 | - | 318,744 | 87,125 | 5,130 | 135,261 | 794,979 |
| Wei, Ben | Managing Director | - | 63,698 | - | 8,294 | 7,524 | 13,680 | 4,275 | 97,470 |
| Faulkner, Kevin | Sr. Vice President | 1,510 | - | - | - | - | 5,512 | 2,869 | 9,891 |
| Ortega, Adam | Sr. Vice President | - | 492,487 | - | 82,975 | 27,709 | 6,040 | 18,875 | 628,085 |
| Pachmayer, Bob | Sr. Vice President | 58,513 | - | - | - | - | - | - | 58,513 |
| Sartori, Elisa | Sr. Vice President | - | 253,076 | - | 88,864 | 27,180 | 16,610 | 99,056 | 484,786 |
| Tan, Ching Wei | Sr. Vice President | - | 456,247 | - | 235,183 | 20,838 | - | 36,089 | 748,356 |
| Vanderkamp, Anne | Sr. Vice President | 906 | 169,649 | - | 147,225 | 80,785 | 21,744 | 345,564 | 765,872 |
| Vidal, Adriana | Sr. Vice President | - | 37,297 | - | 27,407 | 6,795 | 9,815 | 22,499 | 103,813 |
| Sorondo, Jean-Louis | Sr. Vice President | 3,128 | 44,006 | - | - | 2,375 | - | 1,946 | 51,454 |
| Hughes, Ruth | Sr. Vice President | - | 206,515 | - | 230,650 | 93,277 | 64,848 | 35,369 | 630,657 |
| Lorch, Mark | Sr. Vice President | - | 272,084 | - | 355,399 | 21,418 | - | 31,345 | 680,246 |
| Weinberg, Jonathan | Sr. Vice President | - | 339,775 | - | 199,656 | 105,783 | 22,240 | 167,457 | 834,910 |
| Zembillas, Michael | Sr. Vice President | - | 147,068 | - | 144,080 | 22,824 | 25,473 | 30,281 | 369,725 |
| George, Shante | Sr. Vice President | 904 | 328,388 | - | 2,850 | 6,464 | - | 77,910 | 416,514 |
| Korycki, Mary | Sr. Vice President | - | 69,292 | - | 96,536 | 2,085 | - | 216,632 | 384,544 |
| Bourgeois, Jared | VP / Sr. VP | - | 212,085 | - | 273,005 | 43,324 | - | 33,904 | 562,318 |
| Ozgozukara, Omer | VP / Sr. VP | - | 308,299 | - | 349,038 | 25,280 | - | 34,781 | 717,397 |
| Rychalsky, David | VP / Sr. VP | - | 303,045 | - | 45,195 | 58,688 | 31,760 | 44,921 | 483,608 |
| McConnell, Jennifer | Vice President | - | 94,648 | - | 111,023 | 13,493 | 5,240 | 29,475 | 253,878 |
| Eidson, Bert | Vice President | - | 40,750 | - | - | 2,063 | - | 1,250 | 44,063 |
| Markin, Eric | Vice President | - | 23,125 | - | 4,250 | 1,125 | - | 4,250 | 32,750 |
| Fish, Rachel | Vice President | - | 50,456 | - | 260,477 | 13,099 | - | 12,198 | 336,229 |
| Parkins, Zachary | Vice President | - | 289,852 | - | 42,723 | 14,042 | 16,155 | 26,204 | 388,975 |
| Reinke, Allison | Vice President | - | 183,589 | - | 184,448 | 15,190 | - | 62,168 | 445,394 |
| Yamauchi, Ryan | Vice President | - | 187,135 | - | 122,384 | 1,607 | - | 28,263 | 339,388 |
| Boyer, Michael | Sr. Assoc / VP | - | 157,264 | - | 92,208 | 11,593 | - | 33,467 | 294,531 |
| Croley, Brandon | Sr. Associate | - | 321,068 | - | 6,615 | - | - | 99,347 | 427,029 |
| Jones, Teag | Sr. Associate | - | 187,140 | - | 23,687 | 9,801 | 26,858 | 35,090 | 282,575 |
| Meegan, Sara | Sr. Associate | - | 281,202 | - | 127,445 | 8,301 | 3,150 | - | 420,098 |
| Ruegg, Daniel | Sr. Associate | 23,768 | 197,643 | - | 136,358 | 5,163 | 8,160 | - | 371,091 |
| Saitta, Joseph | Associate | - | 187,808 | - | 133,378 | 3,629 | - | 31,145 | 355,960 |
| Crisman, Daniel | Associate | - | 196,386 | - | 33,548 | 746 | - | 4,793 | 235,472 |
| Nyhus, Erik | Associate | - | 1,278 | - | 852 | - | - | - | 2,130 |
| Blake, Eric | Associate | - | 180,314 | - | 34,114 | 441 | - | - | 214,869 |
| Han, Elijah | Associate | - | 78,004 | - | 70,216 | 378 | - | 4,950 | 153,547 |
| Merced, Justin | Associate | 568 | 196,121 | - | 123,043 | - | - | 37,828 | 357,559 |
| Duncan, Oneika | Analyst / Sr. Analyst | 1,404 | 180,806 | - | 4,300 | - | - | 16,955 | 203,465 |
| Christiansen, Jordan | Analyst | - | 17,073 | - | - | 462 | - | 25,830 | 43,365 |
| Gould, Erica | Analyst | - | 819 | - | - | 126 | - | 31,584 | 32,529 |
| Jacob, Shery | Analyst | - | 79,107 | - | 37,149 | - | - | - | 116,256 |
| Karki, Vera | Analyst | - | 31,206 | - | 175,539 | 3,801 | - | - | 210,546 |
| Strong, Takara | Analyst | - | 129,360 | - | 9,681 | 126 | - | 10,101 | 149,268 |
| Voronovitskaia, Alla | Analyst | - | 108,675 | - | 27,720 | 273 | - | 16,191 | 152,859 |
| Amiot, Alison | Paraprofessional | - | 714 | 1,806 | - | - | - | 2,037 | 4,557 |
| Cummings, Colleen | Paraprofessional | 1,701 | - | 17,514 | - | - | - | 483 | 19,698 |
| Velasco, Jin | Paraprofessional | 3,927 | - | 113,673 | - | 126 | - | - | 117,726 |
| **Fees** | | $ 118,792 | $ 10,132,557 | $ 198,776 | $ 7,012,382 | $ 2,578,879 | $ 500,758 | $ 2,918,881 | $ 23,461,023 |
| **Less 50% Reduction in Travel** | | | | | | | | | (250,379) |
| **TOTAL FEES *** | | | | | | | | | $ 23,210,644 |

* MFC is not seeking compensation for 278.2 hours and $162,953 in fees incurred during the Third Interim Fee Period but voluntarily excluded from this Application.