# EXHIBIT E

RESIDENTIAL CAPITAL, LLC, et al.
Summary of Expenses
January 1, 2013 through April 30, 2013

| Category | January Expenses | February Expenses | March Expenses | April Expenses | Total Expenses |
|---|---:|---:|---:|---:|---:|
| Air | $ 31,588 | $ 19,049 | $ 27,693 | $ 20,035 | $ 98,365 |
| Ground Transportation | 10,145 | 9,158 | 13,363 | 10,274 | 42,940 |
| Lodging | 33,305 | 35,268 | 36,779 | 27,230 | 132,582 |
| Meals | 5,647 | 5,132 | 6,276 | 7,115 | 24,170 |
| Other | 399 | 789 | 354 | 82 | 1,624 |
| **Total Expenses *** | $ 81,084 | $ 69,396 | $ 84,465 | $ 64,737 | $ 299,682 |

\* MFC is not seeking reimbursement for $25,960 in expenses incurred during the Third Interim Fee Period but voluntarily excluded from this Application.