# EXHIBIT B

## RESIDENTIAL CAPITAL, LLC, et al.
## SUMMARY OF HOURS
### January 1, 2013 through April 30, 2013

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Partner*** | | | | | |
| Howard Seife (1997) | Bankruptcy and Financial Restructuring | 1979 (NY) | $995 | 512.30 | $ 509,738.50 |
| Richard M. Leder (1988) | Tax | 1962 (NY) | 995 | 224.80 | 223,676.00 |
| David M. LeMay (2001) | Bankruptcy and Financial Restructuring | 1982 (NY) | 925 | 796.60 | 730,472.50 |
| Andrew Coronios (1987) | Corporate | 1978 (NY) | 875 | 56.20 | 49,175.00 |
| Thomas J. McCormack (1992) | Litigation | 1983 (NY) | 875 | 772.10 | 675,587.50 |
| N. Theodore Zink (1997) | Bankruptcy & Financial Restructuring | 1984 (MO) 1991 (IL) 1996 (NY) | 855 | 863.40 | 738,207.00 |
| William A. Greason (1996) | Corporate | 1988 (NY) | 845 | 228.30 | 192,913.50 |
| Vincent Dunn (1998) | Corporate | 1989 (NY) | 825 | 323.70 | 267,052.50 |
| Marjorie Glover (1999) | Employee Benefits | 1988(MA) 1989 (NY) | 825 | 687.20 | 566,940.00 |
| Robert A. Schwinger (1994) | Litigation | 1985 (NY) | 825 | 535.60 | 441,870.00 |
| Marian Baldwin Fuerst (2000) | Corporate | 1992 (NY) | 795 | 219.60 | 174,582.00 |
| John F. Finnegan (2008) | Litigation/ Insurance | 1983 (NY) | 755 | 587.30 | 433,332.25 |
| Joy L. Langford (2003) | Litigation/ Insurance | 1996 (DC) | 755 | 561.50 | 416,760.00 |
| Scott Berson (2004) | Corporate | 1996 (NY) | 745 | 227.40 | 169,413.00 |
| Douglas E. Deutsch (2009) | Bankruptcy and Financial Restructuring | 1997 (NY) | 745 | 21.10 | 15,719.50 |
| Seven Rivera (2009) | Bankruptcy and Financial Restructuring | 2001 (NY) | 745 | 672.10 | 500,714.50 |
| Andrew Rosenblatt (2009) | Bankruptcy and Financial Restructuring | 1998 (NY) | 745 | 491.30 | 366,018.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Robin Ball (2005) | Litigation | 1986 (AR) 1992 (CA) | 725 | 1,205.80 | 850,715.00 |
| David Gallai (2008) | Employee Benefits | 2000 (NY) | 705 | 29.10 | 20,515.50 |
| **Counsel:** | | | | | |
| Mark D. Ashley | Litigation | 1995 (NY) | 695 | 975.30 | 677,833.50 |
| Carey Child | Litigation/ Insurance | 1992 (VA) 1993 (DC) | 695 | 334.70 | 231,504.50 |
| Philip J. Goodman | Litigation | 1992 (PA) 1994 (DC) | 695 | 1,037.80 | 708,239.75 |
| Christy L. Rivera | Bankruptcy and Financial Restructuring | 2002 (NY) | 665 | 744.70 | 492,166.50 |
| Francisco Vazquez | Bankruptcy and Financial Restructuring | 1995 (NJ) 1996 (NY) | 665 | 884.90 | 588,458.50 |
| James Stenger | Corporate | 1978 (DC) | 645 | 732.60 | 467,947.50 |
| Don Mros | Litigation/ Insurance | 1984 (MO) 1988 (DC) | 635 | 123.70 | 78,549.50 |
| **Associate:** | | | | | |
| Marcelo Blackburn | Litigation | 2005 (NY) | 655 | 29.60 | 19,388.00 |
| Robert J. Gayda | Bankruptcy & Financial Restructuring | 2005 (NY) | 655 | 927.50 | 607,512.50 |
| Adam Price | Corporate | 2000 (NY) | 655 | 399.00 | 261,345.00 |
| Jean Migdal | Corporate | 1999 (NY/NJ) | 655 | 444.80 | 291,344.00 |
| Elizabeth M. Miller | Corporate | 1989 (CA) 1996 (DC) 1997 (NY) | 655 | 1,082.20 | 708,841.00 |
| Monika Szymanski | Litigation | 2004 (NJ) 2005 (NY) | 655 | 772.40 | 505,922.00 |
| Susan St. Denis | Litigation | 1990 (CA) | 645 | 56.90 | 36,700.50 |
| Aaron M. Bartell | Corporate | 2007 (NY) 2008 (DC) | 625 | 444.70 | 277,937.50 |
| Christopher Bugel | Corporate | 2004 (MD) 2006 (DC) | 625 | 806.60 | 504,125.00 |
| Noelle Francis | Litigation | 2008 (DC) 2008 (NY) | 595 | 283.80 | 168,861.00 |
| Robert M. Kirby | Litigation | 2008 (NY) | 595 | 896.80 | 529,966.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| LeeAnn O'Neill | Litigation/Insurance | 2008 (NY/DC) | 595 | 369.30 | 219,733.50 |
| Megan Towers | Bankruptcy & Financial Restructuring | 2008 (NY) | 595 | 833.80 | 496,111.00 |
| Lara Aryani | Corporate | 2009 (NY) | 565 | 40.50 | 22,882.50 |
| Blake Betheil | Tax | 2009 (NY) | 565 | 582.10 | 328,886.50 |
| Bonnie Dye | Bankruptcy & Financial Restructuring | 2009 (NY) | 565 | 750.80 | 421,066.25 |
| Kate McSweeny | Litigation/Insurance | 2004 (VA) 2006 (DC) | 565 | 757.10 | 427,761.50 |
| Michael Pusateri | Litigation | 2009 (NY) 2012 (DC) | 565 | 41.80 | 23,617.00 |
| Rachel Santangelo | Employee Benefits | 2009 (NY) | 565 | 378.60 | 213,909.00 |
| Adrienne Sebring | Corporate | 2009 (NY) | 565 | 301.20 | 170,178.00 |
| Samantha Miller | Litigation | 2002 (VA) | 535 | 487.80 | 260,973.00 |
| Nicolas Ferre | Corporate | 2010 (NY) | 505 | 60.00 | 30,300.00 |
| Lata Nott | Litigation | 2011 (NY) | 505 | 115.50 | 58,327.50 |
| Aarta Alkarimi | Litigation | 2002 (NY) | 495 | 156.40 | 77,418.00 |
| Marwan Azzi | Corporate | 2010 (NY) | 495 | 117.30 | 58,063.50 |
| Lucia Benabentos | Corporate | 2012 (NY) | 495 | 24.00 | 11,880.00 |
| Nonna Crane | Corporate | 2003 (NY) | 495 | 164.80 | 81,576.00 |
| Eric Daucher | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 510.60 | 252,747.00 |
| Amanda Forsythe | Corporate | 2010 (NY) | 495 | 26.90 | 13,315.50 |
| S. Jean Kim | Litigation | 1999 (NY) 2006 (CA) | 495 | 117.80 | 58,311.00 |
| Marc Roitman | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 979.00 | 482,154.75 |
| Andrea Voelker | Litigation | 2010 (NY) | 495 | 502.40 | 248,688.00 |
| David John Frenkil | Corporate | 2011 (DC) | 465 | 65.00 | 30,225.00 |
| Pooja Asnani | Litigation | 2011 (NY) | 435 | 633.40 | 274,528.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Michael Distefano | Bankruptcy & Financial Restructuring | 2011 (NY) | 435 | 991.10 | 431,128.50 |
| Zaid Mohiuddin | Corporate | 2012 (NY) | 435 | 212.80 | 92,568.00 |
| Nicolas Stebinger | Litigation | 2011 (NY) | 435 | 9.00 | 3,915.00 |
| Philip Kaminski | Corporate | 2012 (NY) | 395 | 372.50 | 147,137.50 |
| Jordan Manekin | Corporate | 2011 (NY) | 395 | 112.20 | 44,319.00 |
| Lindsay MacLeod | Corporate | 2012 (NY) | 395 | 17.10 | 6,754.50 |
| Marc Reston | Corporate | 1979 (NY) | 395 | 724.30 | 286,098.50 |
| Joshua Apfel | Bankruptcy & Financial Restructuring | 2013 (NY) | 395 | 886.90 | 350,325.50 |
| Noah Brick | Corporate | 2012-JD | 395 | 833.90 | 329,390.50 |
| Claudia Cohen | Litigation | 2012-JD | 395 | 662.50 | 261,687.50 |
| Michaela Cohen | Bankruptcy & Financial Restructuring | 2013 (NY) | 395 | 885.80 | 349,891.00 |
| Ginger Collier | Corporate | 2013 (NY) | 395 | 252.70 | 99,816.50 |
| Gabrielle DiBernardi | Corporate | 2012-JD | 395 | 155.10 | 61,264.50 |
| Patrick Dorime | Corporate | 2013 (NY) | 395 | 277.50 | 109,612.50 |
| Margaret Grazzini | Tax | 2013 (NY) | 395 | 603.30 | 235,518.75 |
| Zachary Levin | Corporate | 2013 (NY) | 395 | 519.30 | 202,200.50 |
| Jiadai Lin | Litigation | 2013 (NY) | 395 | 834.00 | 329,430.00 |
| Joslyn Massengale | Corporate | 2013 (NY) | 395 | 201.50 | 77,973.00 |
| Stephanie Palmer | Corporate | 2013 (NY) | 395 | 145.60 | 57,512.00 |
| John Pappas | Corporate | 2013 (NY) | 395 | 708.10 | 279,699.50 |
| Diana Sanders | Litigation | 2012-JD | 395 | 782.70 | 309,166.50 |
| Jake Seligman | Corporate | 2013 (NY) | 395 | 145.90 | 57,630.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Paraprofessional:** | | | | | |
| Lori Moloney | Litigation | n/a | 330 | 284.90 | 94,017.00 |
| David Bava | Bankruptcy & Financial Restructuring | n/a | 295 | 189.50 | 55,902.50 |
| Helen M. Lamb | Bankruptcy and Financial Restructuring | n/a | 295 | 96.10 | 28,349.50 |
| Michele Chasse | Litigation | n/a | 290 | 22.10 | 6,409.00 |
| Thomas Scott | Corporate | n/a | 285 | 232.90 | 66,376.50 |
| Mary T. Barbetta | Litigation | n/a | 280 | 13.80 | 3,864.00 |
| Sandra Buzaglo | Corporate | n/a | 280 | 60.80 | 17,024.00 |
| Sarah Chan | Corporate | n/a | 280 | 462.40 | 129,472.00 |
| Diane Larmon-Dixon | Corporate | n/a | 280 | 17.00 | 4,760.00 |
| Mariana Fradman | Corporate | n/a | 280 | 193.30 | 54,124.00 |
| Gregory Rodriguez | Corporate | n/a | 280 | 17.40 | 4,872.00 |
| Jay Aubrey | Corporate | n/a | 270 | 73.80 | 20,664.00 |
| Patrick Dezil | Litigation | n/a | 270 | 23.00 | 6,210.00 |
| Jamie Moses | Corporate | n/a | 265 | 106.30 | 28,169.50 |
| Gregory Goodwin | Litigation | n/a | 260 | 448.20 | 116,532.00 |
| Matilde Pena | Corporate | n/a | 250 | 39.90 | 9,975.00 |
| Laura Ferrazzano | Corporate | n/a | 245 | 21.10 | 5,169.50 |
| Jason Lopez | Litigation | n/a | 235 | 222.40 | 52,264.00 |
| Eric Ruiz | Litigation | n/a | 225 | 38.60 | 8,685.00 |
| Isida Tushe | Corporate | n/a | 180 | 853.30 | 153,594.00 |
| Natasha McGlynn | Corporate | n/a | 120 | 160.30 | 19,236.00 |
| | | | | | |
| **TOTAL:** | | | | **41,920.40** | **$23,771,407.75** |

BLENDED RATE:    $596.10 (excludes paraprofessionals)

\* Includes year elected Partner at firm or joined firm as Partner.

# EXHIBIT C

## RESIDENTIAL CAPITAL, LLC, et al
## SUMMARY OF SERVICES BY PROJECT CATEGORY
## January 1, 2013 through April 30, 2013

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 002 | 423.40 | $ 197,975.00 |
| Report Drafting and Legal Research | 003 | 20,049.50 | 11,770,297.00 |
| Document Review and Analysis | 005 | 8,337.90 | 4,653,770.50 |
| Witness Interviews and Discovery | 006 | 10,360.60 | 5,370,712.00 |
| Substantive Investigation Planning and Coordination | 007 | 2,266.00 | 1,589,330.50 |
| Fee/Retention Applications | 010 | 219.70 | 102,873.50 |
| Non-Working Travel* | 011 | 263.30 | 86,449.25 |
| **TOTAL** | | **41,920.40** | **$23,771,407.75** |

\* Non-working travel billed at 50% of normal hourly rates.