# EXHIBIT D

**RESIDENTIAL CAPITAL, LLC, et al**

**SUMMARY OF EXPENSES INCURRED**

**March 1, 2013 through March 31, 2013**

**EXHIBIT D**

**RESIDENTIAL CAPITAL, LLC, et al**
**SUMMARY OF EXPENSES INCURRED**
**March 1, 2013 through March 31, 2013**

| DISBURSEMENT | | AMOUNT |
|---|---|---|
| Long Distance Travel Fees: | | |
| Airfare | $7,654.80 | |
| Ground Transportation | 3,137.99 | $ 17,267.61 |
| Lodging | 5,811.17 | |
| Meals | 663.65 | |
| Courier Related Expenses | | 136.45 |
| Federal Express | | 3,007.35 |
| Postage | | 142.27 |
| Business Meals/Catering [1] | | 5,243.77 |
| Late Night/Weekend Meals | | 3,729.66 |
| Carfare (Late Night/Weekends) | | 6,897.94 |
| Paralegal Overtime | | 10,532.42 |
| Lexis Legal Research | | 9,534.81 |
| Westlaw Legal Research | | 12,322.12 |
| Reproduction [2] | | 9,122.30 |
| Outside Copy Services (Perfect Imaging) | | 1,492.00 |
| Telephone Charges | | 270.63 |
| Court Reporter | | 48,745.05 |
| Outside Professional Services (Provest Holdings - Process Server) | | 1,213.00 |

| DISBURSEMENT | AMOUNT |
|---|---|
| Outside Professional Services (Merrill Communications - Document Production Costs) | 437.55 |
| Outside Professional Services (Cybersearch Corp. - Outsource Litigation Support Services) | 1,718.75 |
| Outside Professional Services (Update Legal - Contract Attorney Services) | 209,244.00 |
| Outside Professional Services (SmartSource Rentals) [3] | 2,422.47 |
| Managing Clerk Services (PACER) [4] | 1,061.89 |
| **TOTAL** | **$344,542.04** |

1.  See Exhibit D-1 for additional information on each catering event, as requested by the U.S. Trustee.

2.  Photocopies charged at $0.10/per page.

3.  Computer rental charges for contract attorneys.

4.  Due to the high volume of computerized records listing each PACER charge, Chadbourne has not attached said copies to this Application. The computerized records will be made available to any party in interest upon request to the undersigned counsel.



Client 21955 - GONZALEZ , ARTHUR J., EXAMINER



Client 21955 - GONZALEZ , ARTHUR J., EXAMINER

Client 21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

**Client:21955 - GONZALEZ , ARTHUR J., EXAMINER**

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Vendor=CULINART INC Balance=.00 Amount=1722.19 Check #346558 04/03/2013 | |
| 03/09/2013 04/30/2013 | | | MEALS | 1.00 1.00 | 72.12 72.12 | 72.12 72.12 | MEALS/CATERING SERVICES - 3/29/13 | 29452674 |
| | | | | | | | Vendor=CULINART INC Balance=.00 Amount=1722.19 Check #346558 04/03/2013 | |
| 03/29/2013 04/30/2013 | | | MEALS | 1.00 1.00 | 195.43 195.43 | 195.43 195.43 | MEALS/CATERING SERVICES - 3/29/13 | 04/03/2013 |
| | | | | | | | Vendor=CULINART INC Balance=.00 Amount=1722.19 Check #346558 04/03/2013 | |
| | | | | | | | BILLED TOTALS: WORK | |
| | | | | | | | BILLED TOTALS: BILL | |
| | | | | | | | GRAND TOTAL: WORK 5,369,19.33 Names | |
| | | | | | | | GRAND TOTAL: BILL 5,243.71 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/01/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 29.29 20.00 | 29.29 20.00 | MEALS Names of Diners: SAKKERS, DANA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 9340.12 Check #346934 04/05/2013 | 29442387 |
| 03/01/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 20.00 20.00 | 20.00 20.00 | MEALS - 2/27 - MEALS Names of Diners: HOWARD LA TE - JEAN Vendor=CHICBOURNE & PARKE LLP  Balance=.00 Amount= 729.25 9340.12 Check #346934 04/05/2013 | 29451617 |
| 03/01/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 30.99 20.00 | 30.99 20.00 | MEALS Names of Diners: OSTEP AND, MICHAEL R Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 9340.12 Check #346934 04/05/2013 | 29453952 |
| 03/02/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 30.93 20.00 | 30.93 20.00 | MEALS Names of Diners: KIRBY, ROBERT Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 9340.12 Check #346934 04/05/2013 | 29442902 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 31.35 20.00 | 31.35 20.00 | MEALS Names of Diners: APPEL, JOSHUA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474937 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 29.07 20.00 | 29.07 20.00 | MEALS Names of Diners: VOELKER, ANDREA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474938 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 26.97 20.00 | 26.97 20.00 | MEALS Names of Diners: KIRBY, ROBERT Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474939 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 26.39 20.00 | 26.39 20.00 | MEALS Names of Diners: COHEN, MICHAELA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474940 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 15.91 20.00 | 15.91 20.00 | MEALS Names of Diners: SZYNIANSKI, MONIKA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474933 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 23.67 20.00 | 23.67 20.00 | MEALS Names of Diners: RIVERA, SEVEN Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474924 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 24.24 20.00 | 24.24 20.00 | MEALS Names of Diners: HASSENGALE, JOEL YN Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474950 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 24.24 20.00 | 24.24 20.00 | MEALS Names of Diners: COHEN, CLAUDIA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474934 |
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 25.94 20.00 | 25.94 20.00 | MEALS Names of Diners: LIN, ANDAN Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474953 |

**Client:21955 - GONZALEZ , ARTHUR J., EXAMINER**

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/04/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 29.40 20.00 | 29.40 20.00 | MEALS Names of Diners: SAKKERS, DANA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474936 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 25.42 20.00 | 25.42 20.00 | MEALS Names of Diners: OSTEP AND, MICHAEL Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474957 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 29.40 20.00 | 29.40 20.00 | MEALS Names of Diners: SAKKERS, DANA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474956 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 23.79 20.00 | 23.79 20.00 | MEALS Names of Diners: INVERA, CHRISTY Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474959 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 25.39 20.00 | 25.39 20.00 | MEALS Names of Diners: HASSENGALE, JOEL YN Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 29.63 20.00 | 29.63 20.00 | MEALS Names of Diners: LIN, ANDAN Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474934 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 19.25 20.00 | 19.25 20.00 | MEALS Names of Diners: COHEN, CLAUDIA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474954 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 18.41 20.00 | 18.41 20.00 | MEALS Names of Diners: SZYNIANSKI, MONIKA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474947 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 30.58 20.00 | 30.58 20.00 | MEALS Names of Diners: LIN, ANDAN Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 18.41 20.00 | 18.41 20.00 | MEALS Names of Diners: VAZQUEZ, FRANCISCO Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474943 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 25.00 20.00 | 25.00 20.00 | MEALS Names of Diners: SULOVAN FLOREST, MARIAM Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474946 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 31.57 20.00 | 31.57 20.00 | MEALS Names of Diners: APPEL, JOSHUA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474945 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 20.00 20.00 | 20.00 20.00 | MEALS Names of Diners: KIRBY, ROBERT Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= | |

**Client:21955 - GONZALEZ , ARTHUR J., EXAMINER**

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4736.41 Check #346911 04/11/2013 | |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 26.59 20.00 | 26.59 20.00 | MEALS Names of Diners: COHEN, MICHAELA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474935 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 20.70 20.00 | 20.70 20.00 | MEALS Names of Diners: LEVIN, ZACHARY Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474942 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 31.37 20.00 | 31.37 20.00 | MEALS Names of Diners: APPEL, JOSHUA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474941 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 22.56 20.00 | 22.56 20.00 | MEALS Names of Diners: FOR P, GOODMAN ON Vendor=SEAMLESSWEB RESTAURANT Amount= 338.74 Check #5025 03/08/2013 | 29459311 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 19.80 20.00 | 19.80 20.00 | MEALS WORKING LATE MEAL FOR P, GOODMAN ON Vendor=SEAMAN RESTAURANT Amount= 338.74 Check #5025 03/08/2013 | 29459842 |
| 03/09/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 19.80 20.00 | 19.80 20.00 | MEALS - WORKING LATE MEAL FOR P, GOODMAN ON Vendor=SEAMAN RESTAURANT Amount= 338.74 Check #5025 03/08/2013 | 29459320 |
| 03/09/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 10.00 20.00 | 10.00 20.00 | MEALS 5 - Vendor: 30.4 - MEALS WHILE WORKING Vendor=CHICBOURNE & PARKE LLP Balance=.00 Amount=450.75 Check #346915 03/11/2013 | |
| 03/09/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 20.00 20.00 | 20.00 20.00 | MEALS 5 - 2/21 - MEAL - LATE NIGHT WORKING - MARC Vendor=ROTMAN Vendor=CHICBOURNE & PARKE LLP Balance=.00 Amount=450.75 Check #346915 03/11/2013 | 29459347 |
| 03/09/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 25.50 20.00 | 25.50 20.00 | MEALS Names of Diners: RIVERA, SEVEN Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474925 |
| 03/09/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 20.00 20.00 | 20.00 20.00 | MEALS Names of Diners: OSTEP AND, MICHAEL Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | |
| 03/09/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 26.18 20.00 | 26.18 20.00 | MEALS Names of Diners: COHEN, MICHAELA Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474935 |
| 03/05/2013 04/30/2013 | | | MEALH | 1.00 1.00 | 25.00 20.00 | 25.00 20.00 | MEALS Names of Diners: KIRBY, ROBERT Vendor=SEAMLESSWEB PROFESSIONAL Balance=.00 Amount= 4736.41 Check #346911 04/11/2013 | 29474926 |

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J. EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

EXHIBIT D-1

RESCAP CATERING SUMMARY
Third Interim Fee Period
March 1 - March 31, 2013

| Date | Amount | Service | No. of Attendees | Type of Meeting |
|---|---|---|---|---|
| 3/4/13 | $80.28 | Breakfast | 10 | Interview |
| 3/4/13 | $195.43 | Lunch | 10 | Interview |
| 3/4/13 | $195.43 | Lunch | 10 | Interview |
| 3/7/13 | $72.12 | Breakfast | 10 | Interview |
| 3/7/13 | $195.43 | Lunch | 10 | Interview |
| 3/7/13 | $135.71 | Coffee/Water/Soda & Cookies, Brownies & Snacks | 10 | Interview |
| 3/7/13 | $64.23 | Breakfast | 8 | Interview |
| 3/7/13 | $156.34 | Lunch | 8 | Interview |
| 3/14/13 | $75.34 | Coffee/Water/Soda & Cookies, Brownies & Fruit | 8 | Interview |
| 3/15/13 | $72.12 | Breakfast | 10 | Interview |
| 3/15/13 | $195.43 | Lunch | 10 | Interview |
| 3/15/13 | $195.43 | Lunch | 10 | Interview |
| 3/15/13 | $120.63 | Coffee/Water/Soda & Cookies, Brownies & Fruit | 8 | Interview |
| 3/15/13 | $161.01 | Lunch | 10 | Interview |
| 3/18/13 | $57.70 | Breakfast | 8 | Interview |
| 3/18/13 | $156.34 | Lunch | 8 | Interview |
| 3/18/13 | $57.70 | Breakfast | 8 | Interview |
| 3/18/13 | $156.34 | Lunch | 8 | Interview |
| 3/18/13 | $90.47 | Coffee/Water/Soda & Cookies, Brownies & Fruit | 6 | Interview |
| 3/20/13 | $75.34 | Coffee/Water/Soda & Snacks | 6 | Report Structuring Team Meeting |
| 3/21/13 | $117.04 | Lunch | 10 | C&P and Mesirow Discussion re |
| 3/22/13 | $234.51 | Lunch | 12 | C&P and Mesirow Discussion re |
| 3/22/13 | $86.55 | Breakfast | 6 | Interview |
| 3/22/13 | $117.25 | Lunch | 6 | Interview |
| 3/25/13 | $234.51 | Lunch | 12 | C&P and Mesirow Discussion re |
| 3/27/13 | $90.47 | Coffee/Water/Soda & Cookies, Brownies & Fruit | 6 | Interview |
| 3/27/13 | $96.35 | Coffee/Tea/Water/Soda Snacks | 15 | Report Structuring Team meeting |
| 3/28/13 | $115.40 | Breakfast | 12 | Interview |
| 3/28/13 | $195.40 | Lunch | 10 | Interview |
| 3/29/13 | $72.12 | Breakfast | 10 | Interview |
| 3/29/13 | $195.43 | Lunch | 10 | Interview |
| 3/29/13 | $360.64 | Breakfast | 25 | WTC presentation to Examiner with C&P and Mesirow |
| 3/29/13 | $819.28 | Lunch | 35 | WTC presentation to Examiner with C&P and Mesirow |
| TOTAL | $5,243.77 | | | |

Client:21955 - GONZALEZ , ARTHUR J., EXAMINER

GRAND TOTAL: BILL ...