**Hearing Date and Time: September 11, 2013 at 10:00 a.m.**
**Objection Deadline: August 28, 2013 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al.,[1] | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**THIRD INTERIM FEE APPLICATION OF ARTHUR J. GONZALEZ,**
**AS CHAPTER 11 EXAMINER, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD JANUARY 1, 2013 THROUGH AND INCLUDING APRIL 30, 2013**

| | |
|---|---|
| Name of Applicant: | Arthur J. Gonzalez, Examiner |
| Authorized to Provide Professional Services To: | As Chapter 11 Examiner |
| Date of Appointment: | July 3, 2012 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2013 through April 30, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $321,975.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $        .00 |

This is a(n):        ___ Monthly            _x_  Interim            ____ Final Application

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012.  Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

Prior Fee Statements:

| Date Served | Period Covered | Fees Requested | Expenses Requested | Fees Approved/ Paid (80%) | Expenses Approved/Paid |
|---|---|---|---|---|---|
| 9/28/2012 | 7/3/2012 - 8/31/2012 | $86,137.50 | .00 | $68,910.00 | .00 |
| 11/2/2012 | 9/1/2012 - 9/30/2012 | $24,525.00 | .00 | $19,620.00 | .00 |
| 11/30/2012 | 10/1/2012 - 10/31/2012 | $35,400.00 | .00 | $28,320.00 | .00 |
| 1/02/2013 | 11/1/2012 - 11/30/2012 | $20,250.00 | .00 | $16,200.00 | .00 |
| 1/31/2013 | 12/1/2012 - 12/31/2012 | $34,575.00 | .00 | $27,660.00 | .00 |
| 3/4/2013 | 1/1/2013- 1/31/2013 | $46,950.00 | .00 | $37,560.00 | .00 |
| 4/5/2013 | 2/1/2013 - 2/28/2013 | $44,475.00 | .00 | $35,580.00 | .00 |
| 5/3/2013 | 3/1/2013 - 3/31/2013 | $82,800.00 | .00 | $66,240.00 | .00 |
| 6/17/2013 | 4/1/2013 - 4/30/2013 | $147,750.00 | .00 | $118,200.00 | .00 |

Interim Fee Application/Payment Summary

| Interim Fee Period | Dates Covered by Interim Fee Period | Bankruptcy Court Approval Date | Amount Requested | Total Amount Approved/ Paid | Holdback Amount Due (10%) |
|---|---|---|---|---|---|
| 1 (Docket No. 1900) | July 3, 2012 - August 31, 2012 | December 28, 2012 (Docket No. 2530) | $86,137.50 | $77,523.75 | $8,613.75 |
| 2 (Docket No. 3204) | September 1, 2012 - December 31, 2012 | April 23, 2013 (Docket No. 3556) | $114,750.00 | $103,275.00 | $11,475.00 |

**Hearing Date and Time: September 11, 2013 at 10:00 a.m.**
**Objection Deadline: August 28, 2013 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**THIRD INTERIM FEE APPLICATION OF ARTHUR J. GONZALEZ,**
**AS CHAPTER 11 EXAMINER, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD JANUARY 1, 2013 THROUGH AND INCLUDING APRIL 30, 2013**

Arthur J. Gonzalez, as the Court-appointed Examiner (the "Examiner") in the Chapter 11

cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession

(collectively, the "Debtors"), hereby submits this Third Interim Fee Application (the

"Application") for Allowance of Compensation and Reimbursement of Expenses For the Period

January 1, 2013 Through April 30, 2013 (the "Application Period").  This Application is

submitted pursuant to sections 330, 331 and 503(b) of title 11 of the United States Code (the

"Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and the Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals, dated July 17, 2012 (the "Interim Compensation

Order").  In support of the Application, the Examiner respectfully represents as follows:

## BACKGROUND

1.      The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on

May 14, 2012, and the Court authorized joint administration of the cases.  The Debtors continue

to operate their businesses and manage their properties as debtors-in-possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On June 4, 2012, Berkshire Hathaway, Inc. filed a motion (the "Examiner

Motion") for the appointment of an examiner pursuant to 11 U.S.C. § 1104(c).  On June 20,

2012, the Court issued a Memorandum Opinion and Order granting the Examiner Motion (the

"Memorandum Decision").  On June 28, 2012, the Court entered the Order Directing the

Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (the

"Examiner Order").

3.      On July 3, 2012, the United States Trustee for the Southern District of New York

appointed Arthur J. Gonzalez as Examiner in the Chapter 11 Cases, subject to Court approval.

On that same date, the Court entered an order approving the appointment.

4.      On July 17, 2012, Arthur J. Gonzalez filed the Application of the Examiner for

Order Authorizing the Retention and Employment of Chadbourne & Parke LLP ("Chadbourne")

as Counsel to the Examiner *Nunc Pro Tunc* to July 11, 2012.  On August 9, 2012, the Court

entered an order approving Chadbourne's retention.

5.      Pursuant to the Examiner Order, and in accordance with the Memorandum

Decision, the Examiner was directed to conduct an investigation of a scope and timing to be set

by the Court after the Examiner had conferred with other parties in interest.  Examiner Order at

p. 2.  After the requisite consultations, the Court mandated that the Examiner conduct an

investigation covering the topics set forth in the Order Approving Scope of Investigation of Arthur J. Gonzalez, Examiner, dated July 27, 2012 (the "Scope Order").

6.      On May 13, 2013, the Examiner filed his report under seal [Docket No. 3698]. On June 26, 2013, the Bankruptcy Court entered its Order Unsealing the Examiners' Report.

7.      On July 3, 2013, the Debtors filed the Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

## COMPLIANCE WITH GUIDELINES AND ORDER GOVERNING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

9.      This Application has been prepared in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases effective as of February 5, 2013 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "UST Guidelines" and, together with the Local Guidelines, the "Guidelines").  Pursuant to the Guidelines, a certification regarding compliance with same is attached hereto as Exhibit A.

## SUMMARY OF APPLICATION

10.     The Examiner seeks compensation for services rendered as Examiner during the Application Period in the aggregate amount of $321,975.00.  During the Application Period, the Examiner expended a total of 429.30 hours for which compensation is requested.

3

11.     A summary of the hours spent by the Examiner, his regular customary billing rate and the total value of time incurred rendering services during the Application Period is attached hereto as <u>Exhibit B</u>.

12.     Pursuant to the Guidelines, a schedule setting forth a description of the project categories used in this case, the number of hours expended by the Examiner by project category, and the aggregate fees associated with each project category is attached hereto as <u>Exhibit C</u>.

13.     The Examiner maintains computerized records of the time spent rendering services during the Application Period.   Redacted copies of these computerized records are attached hereto as <u>Exhibit D</u>.

**SUMMARY OF SERVICES**
**<u>DURING THE APPLICATION PERIOD</u>**

14.     As set forth in the detailed computerized records attached hereto as <u>Exhibit D</u>, fees incurred by the Examiner during the Application Period total $321,975.00.  The services rendered by the Examiner during the Application Period are grouped into specific project categories as set forth in <u>Exhibit C</u>.  The following is a summary of the activities performed by the Examiner during the Application Period

- Participation in weekly general planning sessions with Chadbourne and Mesirow to discuss all areas of the investigation and coordinate future steps in the investigation and report drafting.

- Attend various meetings with the Examiner's professionals and with interested parties to discuss a variety of different topics related to the investigation.  Meetings included those with representatives of the Debtors, the Committee, Ally Financial and the Unsecured Noteholders.

- Review and analysis of submissions and related responses prepared by various parties regarding potential third party claims.

4

- Review and analysis of witness interview transcripts and related summary analyses prepared by Chadbourne.  Prepare for and attend interview of Jim Young (Chief Financial Executive of Ally Bank).

- Attend various Chambers conferences and conference calls with the court to address discovery-related issues and timing of the Examiner's report.

- Review and comment on third and fourth supplements to the Examiner's work plan, filed February 28, 2013 and April 5, 2013, respectively.

- Review and revisions of all sections of Examiner's draft report.  Attend various meetings and conferences with Chadbourne and Mesirow to discuss conclusions, causes of action and various report issues.

- Discussions with Chadbourne regarding retention of special counsel to represent the Examiner with aspects of the investigation concerning matters of Minnesota law that were relevant to the investigation.  Review retention application of Leonard, Street and Deinard as Minnesota counsel.

- Review and comment on Examiner's monthly fee statements.  Review and comment on Examiner's and Examiner's professionals second interim fee applications.  Review U.S. Trustee's objections to Examiner's professionals second interim fee applications.  Attend hearing on second interim fee applications.

- Review of pleadings filed in the Chapter 11 cases and related analyses prepared by Chadbourne to keep apprised of case developments.

## DETERMINATION OF THE EXAMINER'S REQUESTED FEE

15.   The compensation sought herein is requested without prejudice to the Examiner's entitlement to seek such additional and reasonable compensation for any additional services rendered in these Chapter 11 Cases at the conclusion thereof upon the filing of an appropriate application.

16.   The Examiner's fees during the Application Period are reasonable under the prevailing legal standard and should be allowed.  The amount of these fees is not unusual given the complexity and size of these Chapter 11 Cases.  The Examiner's fees are commensurate with

fees that other Examiners of comparable experience and expertise have charged and been

awarded in similar chapter 11 cases.  Accordingly, the Examiner's fees are reasonable pursuant to

section 330 of the Bankruptcy Code.[2]

17.  Section 330(a)(1)(B) of the Bankruptcy Code permits reimbursement for actual,

necessary expenses.  The Examiner does not seek reimbursement for expenses during the

Application Period.

18.  Except as permitted by rule 2016 of the Federal Rules of Bankruptcy Procedure,

no agreement or undertaking exists between the Examiner and/or any third person for the sharing

or division of compensation.  All of the services for which compensation is requested in this

Application were rendered by the Examiner solely in furtherance of his duties and functions as

the Examiner.

19.  Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy

Code, the Examiner submits that the compensation requested is for actual and necessary services

and expenses, and is reasonable, based upon the nature, extent and value of such services, the

time spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

---

[2] Section 330(a)(1) of the Bankruptcy Code allows the payment of:

(A)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)   reimbursement for actual, necessary expenses.

11 U.S.C. §330(a)(1).  Reasonableness of compensation is driven by the "market-driven approach" which considers the nature, extent and value of services provided by the professional and the cost of comparable services in non-bankruptcy contexts.  See Zolfo Cooper & Co. v. Sunbeam-Oster Co., 50 F.3d 253, 258 (3d Cir. 1995); In re Busy Beaver Bldg. Ctr., Inc., 19 F.3d 833, 849 (3d Cir. 1994).  Thus, the "baseline rule is for firms to receive their customary rates." Zolfo Cooper, 50 F.3d at 259.

## NOTICE AND NO PRIOR APPLICATION

20.  Pursuant to the Interim Compensation Order, notice of this Application has been served upon the following parties (collectively, as further defined in the Interim Compensation Order, the "Notice Parties"):  (i) counsel for the Debtors; (ii) the Office of the United States Trustee for the Southern District of New York; (iii) counsel for the Official Committee of Unsecured Creditors; (iv) counsel for Ally Financial Inc.; and (v) counsel for Barclays Bank PLC.   In light of the nature of the relief requested herein, the Examiner submits that no further or other notice is required.

21.  No previous application for relief sought herein has been made to this or any other court.

WHEREFORE, the Examiner respectfully requests that this Court issue and enter an order (i) authorizing compensation in the amount of $321,975.00 for services rendered during the Application Period; (ii) authorizing and directing the Debtors to remit payment to the Examiner as set forth herein, less all amounts previously paid on account of such fees; and (ii) granting such other and further relief as this Court deems just and proper.

Dated:  New York, New York
         August 7, 2013

By: */s/ Arthur J. Gonzalez*
     Arthur J. Gonzalez
     *The Examiner*

7

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,[1] | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF THIRD
INTERIM FEE APPLICATION OF ARTHUR J. GONZALEZ, AS CHAPTER 11
EXAMINER, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2013
THROUGH AND INCLUDING APRIL 30, 2013**

Arthur J. Gonzalez, as the Court-appointed Examiner in the Chapter 11 cases of

the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby

certifies, pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases effective as of February 5, 2013 (the "<u>Local

Guidelines</u>") and the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996 (the "<u>UST Guidelines</u>" and, together with the Local Guidelines, the

"<u>Guidelines</u>"), that:

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

1.      I am the Court-appointed examiner (the "Examiner") in the Debtors'
Chapter 11 cases.

2.      This certification is made in respect of the Third Interim Application of
Arthur J. Gonzalez, as Chapter 11 Examiner, for Allowance of Compensation and
Reimbursement of Expenses for the Period January 1, 2013 Through and Including April 30,
2013 (the "Application") in accordance with the Guidelines.

3.      In respect of the Guidelines, I certify that:

(a)     I have read the Application;

(b)     to the best of my knowledge, information and belief formed after
        reasonable inquiry, the fees sought fall within the Guidelines;

(c)     the fees sought are billed at a rate and in accordance with practices
        customarily employed by me; and

(d)     I have no disbursements for which I seek reimbursement during the
        application period.

4.      I certify that I have provided to counsel to the Debtors, counsel to the
Official Committee of Unsecured Creditors and the Office of the United States Trustee for the
Southern District of New York (the "U.S. Trustee") with, on a monthly basis, a statement of my
fees and disbursements accrued during the previous month.

5.      In respect of the Guidelines, I certify that the Debtors, counsel to the

Debtors, counsel to the Official Committee of Unsecured Creditors and the U.S. Trustee, are

each being provided with a copy of the Application at least fourteen (14) days before the hearing

on the Application.

Dated:      New York, New York
            August 7, 2013


                              /s/ Arthur J. Gonzalez
                              Arthur J. Gonzalez

# EXHIBIT B

**RESIDENTIAL CAPITAL, LLC, <u>et al</u>.**

**SUMMARY OF HOURS**

**January 1, 2013 through April 30, 2013**

| NAME | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|
| | | | | |
| Arthur J. Gonzalez, Examiner | 1983 | $750 | 429.30 | $321,975.00 |
| | | | | |

## EXHIBIT C

**RESIDENTIAL CAPITAL, LLC, <u>et al</u>**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**<u>January 1, 2013 through April 30, 2013</u>**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 002 | 15.10 | $ 11,325.00 |
| Investigation Planning and Review | 003 | 75.90 | 56,925.00 |
| Witness Interviews and Discovery | 004 | 32.40 | 24,300.00 |
| Report Drafting and Legal Research | 005 | 301.30 | 225,975.00 |
| Fee/Retention Applications | 006 | 4.60 | 3,450.00 |
| **Total** | | **429.30** | **$321,975.00** |

# **EXHIBIT D**

**RESIDENTIAL CAPITAL, LLC, et al**

**DAILY TIME RECORDS**

**January 1, 2013 through January 31, 2013**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          January 31, 2013

Page     1

For Services Through January 31, 2013

Our Matter #21955.002
          CASE ADMINISTRATION/GENERAL BANKRUPTCY MATTERS

| 01/16/13 | A. GONZALEZ | Review summary of FGIC objection to Debtors' 9019 motion (1.1); review summary of MBIA objection to 9019 motion (.8); review summary of Committee objection to 9019 motion (1.2); review Debtors' response to objection to 9019 motion (1.8); review of Committee objection to 9019 motion (2.1). | 7.00 hrs. |
| 01/21/13 | A. GONZALEZ | Review of Debtors' response to objection to 9019 motion. | 1.40 hrs. |
| 01/22/13 | A. GONZALEZ | Review of MBIA objection to Debtors' 9019 motion. | 0.80 hrs. |
| 01/24/13 | A. GONZALEZ | Email exchanges with C&P regarding scheduling matters. | 2.00 hrs. |

          Total Fees for Professional Services.............     $8,400.00

TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| A. GONZALEZ | | 750.00 | 11.20 | 8400.00 |
| | TOTALS | | 11.20 | 8400.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          January 31, 2013

Page      1

For Services Through January 31, 2013

Our Matter #21955.003
INVESTIGATION PLANNING AND REVIEW

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/02/13 | A. GONZALEZ | Preparation for status call (.3); conference call with C&P and Mesirow regarding status of investigation (.7). | 1.00 hrs. |
| 01/09/13 | A. GONZALEZ | Preparation for status call (.6); conference call with C&P and Mesirow regarding status of investigation (.8). | 1.40 hrs. |
| 01/16/13 | A. GONZALEZ | Preparation for status call (.4); conference call with C&P and Mesirow regarding update and status of investigation (.7). | 1.10 hrs. |
| 01/22/13 | A. GONZALEZ | Review presentation materials regarding Committee presentation for 1/23 (2.4); review agenda for 1/23 status conference (.2). | 2.60 hrs. |
| 01/23/13 | A. GONZALEZ | Review materials and questions for meeting with Committee counsel (1.3); participate in meeting with Committee counsel (4.4); follow-up call with C&P and Mesirow regarding Committee presentation and investigation update (.6); discussion with H.Seife regarding same (.3). | 6.60 hrs. |
| 01/28/13 | A. GONZALEZ | Review Ally presentation materials. | 2.30 hrs. |
| 01/29/13 | A. GONZALEZ | Continue review of Ally presentation materials (1.7); attend meeting at Kirkland (Ally counsel) (5.2); follow-up conference call with C&P and Mesirow (1.5). | 8.40 hrs. |

Total Fees for Professional Services.............    $17,550.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          January 31, 2013
                                                       Page    2

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 23.40 | 17550.00 |
| TOTALS | | 23.40 | 17550.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          January 31, 2013

                                                        Page    1

                                For Services Through January 31, 2013

Our Matter #21955.004
              WITNESS INTERVIEWS AND DISCOVERY

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/03/13 | A. GONZALEZ | Review summary of ███████ interview, | 1.50 hrs. |
| 01/04/13 | A. GONZALEZ | Review of summary of ███████ interview (1.1); review summary of ███████ interview (.4). | 1.50 hrs. |
| 01/16/13 | A. GONZALEZ | Review summary of interview of ███████ (.9); review summary of interview of ███████ (.7); review summary of testimony of ███████ (.6). | 2.20 hrs. |
| 01/21/13 | A. GONZALEZ | Review summary of interview of ███████ | 1.70 hrs. |

          Total Fees for Professional Services.............. $5,175.00


                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 6.90 | 5175.00 |
| TOTALS | | 6.90 | 5175.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        January 31, 2013

Page    1

For Services Through January 31, 2013

Our Matter #21955.005
           REPORT DRAFTING AND LEGAL RESEARCH

| | | | |
|---|---|---|---|
| 01/03/13 | A. GONZALEZ | Review early submissions regarding ▮▮▮▮▮▮▮ | 0.90 hrs. |
| 01/04/13 | A. GONZALEZ | Review of ▮▮▮▮▮ related issues and recent developments. | 2.10 hrs. |
| 01/10/13 | A. GONZALEZ | Review of C&P 12/21/12 presentation regarding ▮▮▮▮ ▮▮▮▮ (.6); review chronology of ▮▮▮▮ (.9); review ▮▮▮ analysis ▮▮▮ (.4); review ▮▮▮ issues, ▮▮▮ (1.2); continue review of ▮▮▮ ▮▮▮ narrative (.4); review overview of ▮▮▮ (.7). | 4.20 hrs. |
| 01/15/13 | A. GONZALEZ | Review of Debtors' response to Steering Committee third-party claims submission. | 2.30 hrs. |
| 01/21/13 | A. GONZALEZ | Review of Ally's submission paper regarding ▮▮▮▮ (2.3); review Debtors' omnibus reply to third party submissions (2.7). | 5.00 hrs. |
| 01/23/13 | A. GONZALEZ | Review draft of Report outline (.7); mark-up draft of outline (2.3). | 3.00 hrs. |
| 01/24/13 | A. GONZALEZ | Continue mark-up of Report outline. | 3.40 hrs. |

Total Fees for Professional Services.............  $15,675.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER           January 31, 2013
                                                        Page    2

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 20.90 | 15675.00 |
| TOTALS | | 20.90 | 15675.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          January 31, 2013

                                                       Page    1

                           For Services Through January 31, 2013

Our Matter #21955.006
          FEE/RETENTION APPLICATIONS

01/16/13   A. GONZALEZ        Review supplemental disclosure of        0.20 hrs.
                              C&P.


     Total Fees for Professional Services.............   $150.00


                    TIMEKEEPER SUMMARY

   Timekeeper's Name            Rate    Hours        Amount

   A. GONZALEZ                 750.00    .20         150.00
                        TOTALS           .20         150.00

# **EXHIBIT D**

**RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>**

**DAILY TIME RECORDS**

**<u>February 1, 2013 through February 28, 2013</u>**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER               February 28, 2013

                                                            Page    1


                              For Services Through February 28, 2013
Our Matter #21955.002
               CASE ADMINISTRATION/GENERAL BANKRUPTCY MATTERS


| 02/19/13 | A. GONZALEZ | Review JSN objection to RMBS settlement (.6); review Assured Guaranty's objection to RMBS settlement (.5); reviewed summary of exclusivity motion (.3); reviewed Committee motion regarding Debtors' reliance on advice of counsel in connection with RMBS settlement (.9). | 2.30 hrs. |
| 02/27/13 | A. GONZALEZ | Review statement of Wilmington Trust regarding exclusivity (.3); review Committee statement on exclusivity and attached exhibits (.8). | 1.10 hrs. |

**Total Fees for Professional Services**.............   **$2,550.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 3.40 | 2550.00 |
| TOTALS | | 3.40 | 2550.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          February 28, 2013

                                                       Page    1


                                   For Services Through February 28, 2013

Our Matter #21955.003
          INVESTIGATION PLANNING AND REVIEW


02/06/13   A. GONZALEZ     Continue review of Kramer Levin        1.90 hrs.
                           presentation of Jan. 23.

02/07/13   A. GONZALEZ     Preparation for Chambers              1.50 hrs.
                           conference (.5); attend Chambers
                           conference (.7); follow-up
                           discussion with H.Seife and
                           D.LeMay (.3).

02/08/13   A. GONZALEZ     Email exchange with H.Seife and       0.40 hrs.
                           D.LeMay on update to work plan.

02/11/13   A. GONZALEZ     Email with H.Seife regarding          0.20 hrs.
                           Debtors' motion to appoint CRO
                           (.1); emails with M.Towers to
                           schedule conference for Feb. 14
                           regarding ███████████ issues
                           (.1).

02/12/13   A. GONZALEZ     Call with H.Seife regarding CRO       0.30 hrs.
                           nominee (.2); review agenda for
                           Feb. 13 status conference with C&P
                           and Mesirow (.1).

02/13/13   A. GONZALEZ     Preparation for status conference     1.20 hrs.
                           with C&P and Mesirow (.6);
                           conference call with C&P and
                           Mesirow regarding investigation
                           status (.6).

02/19/13   A. GONZALEZ     Meeting with C&P and Mesirow on       2.10 hrs.
                           ██████████ issues (.7); continued
                           meeting to discuss clawback issue
                           (.4); continued meeting to discuss
                           ████████████ regarding scope
                           of report (.3); call with H.Seife
                           regarding case developments and
                           scheduling Chambers conference
                           (.5); review agenda for Feb. 20
                           status call (.2).

02/20/13   A. GONZALEZ     Conference call with C&P and          0.90 hrs.
                           Mesirow regarding investigation
                           status (.7); emails with H.Seife
                           as to opinion regarding ██████████
                           ███████████ (.2).

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

| 02/25/13 | A. GONZALEZ | Call with H.Seife regarding investigation and ████ with respect to Feb. 28 Chambers conference. | 0.40 hrs. |
|---|---|---|---|
| 02/26/13 | A. GONZALEZ | Call with H.Seife to continue discussion on ████ issues to be discussed in Feb. 28 Chambers conference (.4); review ████ ████ and basis for ████ thereto (1.7). | 2.10 hrs. |
| 02/27/13 | A. GONZALEZ | Prepare for Feb. 28 Chambers conference regarding ████ and discovery issues (2.1); conference call with C&P and Mesirow regarding investigation status (.8). | 2.90 hrs. |
| 02/28/13 | A. GONZALEZ | Discussion with H.Seife and T.McCormack in advance of Chambers conference (.6); participate in Chambers conference (.8); follow-up discussion with H.Seife regarding same (.4). | 1.80 hrs. |

**Total Fees for Professional Services.............** **$11,775.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 15.70 | 11775.00 |
| TOTALS | | 15.70 | 11775.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER           February 28, 2013

                                                        Page    1


                            For Services Through February 28, 2013
  Our Matter #21955.004
              WITNESS INTERVIEWS AND DISCOVERY


02/08/13   A. GONZALEZ        Review email regarding document       0.50 hrs.
                              clawback issue (.2); call with
                              H.Seife regarding outstanding
                              discovery issues (.3).

02/11/13   A. GONZALEZ        Review summary of interview of        1.60 hrs.
                              ███████████ (1.2); emails with
                              H.Seife regarding clawback issues
                              (.4).

02/12/13   A. GONZALEZ        Review summary of interview of        2.00 hrs.
                              ███████████ (.9); review summary
                              of interview of ████
                              ███████████ (1.1).

02/18/13   A. GONZALEZ        Review of summary of interview of     1.20 hrs.
                              ███████████████

02/26/13   A. GONZALEZ        Call with H.Seife regarding           0.30 hrs.
                              discovery issues resolution and
                              clawbacks (.3).


        Total Fees for Professional Services.............  $4,200.00



                        TIMEKEEPER SUMMARY

  Timekeeper's Name              Rate     Hours        Amount

  A. GONZALEZ                   750.00     5.60        4200.00
                        TOTALS             5.60        4200.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          February 28, 2013

                                                        Page    1

                              For Services Through February 28, 2013
Our Matter #21955.005
              REPORT DRAFTING AND LEGAL RESEARCH


| 02/01/13 | A. GONZALEZ | Preparation for meeting with C&P and Mesirow regarding report preparation and outline (2.3); participate in meeting with C&P and Mesirow regarding report preparation as to outline and issues to be further developed (3.1); participate in ███ presentation at same meeting (1.4); follow-up conference call with C&P and Mesirow regarding report issues (1.1). | 7.90 hrs. |
|---|---|---|---|
| 02/02/13 | A. GONZALEZ | Review and prepare comments on ███ transaction narratives. | 12.70 hrs. |
| 02/10/13 | A. GONZALEZ | Review C&P ████ analysis (2.4); review ███ issues, including ████ (1.6). | 4.00 hrs. |
| 02/14/13 | A. GONZALEZ | Review draft outine of Report and modify same (3.8); review glossary (.6). | 4.40 hrs. |
| 02/15/13 | A. GONZALEZ | Review narratives regarding ████ (.7); review narratives regarding ████ (3.2); continue review of narratives on ████ (1.7). | 5.60 hrs. |


          Total Fees for Professional Services.............   $25,950.00



                    TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| A. GONZALEZ | | 750.00 | 34.60 | 25950.00 |
| | TOTALS | | 34.60 | 25950.00 |

# EXHIBIT D

**RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>**

**DAILY TIME RECORDS**

**<u>March 1, 2013 through March 31, 2013</u>**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          March 31, 2013

Page     1

For Services Through March 31, 2013

Our Matter #21955.003
        INVESTIGATION PLANNING AND REVIEW

| 03/05/13 | A. GONZALEZ | Call with H.Seife regarding report of issues before Court today regarding exclusivity, mediation, and other issues (.6). | 0.60 hrs. |
|---|---|---|---|
| 03/06/13 | A. GONZALEZ | Conference call with C&P and Mesirow regarding investigation and report status. | 0.80 hrs. |
| 03/13/13 | A. GONZALEZ | Conference call with C&P and Mesirow regarding investigation and report status. | 0.80 hrs. |
| 03/19/13 | A. GONZALEZ | Review agenda for March 20 status call with C&P and Mesirow. | 0.20 hrs. |
| 03/20/13 | A. GONZALEZ | Conference call with C&P and Mesirow regarding investigation and report status. | 0.80 hrs. |
| 03/27/13 | A. GONZALEZ | Conference call with C&P and Mesirow regarding investigation and report status. | 0.70 hrs. |
| 03/29/13 | A. GONZALEZ | Prepare for meeting with Wilmington Trust (1.7); participate in meeting with Wilmington Trust regarding ███████████ (2.9); follow-up conference with H.Seife (.3). | 4.90 hrs. |

**Total Fees for Professional Services.............  $6,600.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| A. GONZALEZ | | 750.00 | 8.80 | 6600.00 |
| | TOTALS | | 8.80 | 6600.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          March 31, 2013

                                                       Page    1


                              For Services Through March 31, 2013

Our Matter #21955.004
           WITNESS INTERVIEWS AND DISCOVERY


| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/01/13 | A. GONZALEZ | Call with H.Seife regarding fee related issues and discovery matters based on yesterday's conference (.6); review and revise clawback motion and proposed order (.8); review of ███████ interview summary (2.1). | 3.50 hrs. |
| 03/04/13 | A. GONZALEZ | Emails with H.Seife regarding clawback motion. | 0.30 hrs. |
| 03/13/13 | A. GONZALEZ | Review objection to Examiner motion filed by Goldin Associates. | 0.40 hrs. |
| 03/15/13 | A. GONZALEZ | Review ███████ interview memo. | 0.50 hrs. |


     **Total Fees for Professional Services.............  $3,525.00**


                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| A. GONZALEZ | 750.00 | 4.70 | 3525.00 |
| TOTALS | | 4.70 | 3525.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                    March 31, 2013

                                                                 Page    1


                                        For Services Through March 31, 2013
Our Matter #21955.005
              REPORT DRAFTING AND LEGAL RESEARCH


| 03/01/13 | A. GONZALEZ | Review research on ██████████████████████ | 1.80 hrs. |
| 03/04/13 | A. GONZALEZ | Review of ████████ issue and its elements. | 2.80 hrs. |
| 03/08/13 | A. GONZALEZ | Review submission from ████████ regarding third party claims. | 3.90 hrs. |
| 03/09/13 | A. GONZALEZ | Review draft report, Volume 1, and make edit comments. | 6.10 hrs. |
| 03/10/13 | A. GONZALEZ | Further review of draft report, Volume 1, and make edit comments. | 9.30 hrs. |
| 03/11/13 | A. GONZALEZ | Review ████████ submission regarding third party claims (1.3); review further response by ████████ regarding third party claims (1.7). | 3.00 hrs. |
| 03/12/13 | A. GONZALEZ | Review draft sections of report and make edit comments. | 4.80 hrs. |
| 03/13/13 | A. GONZALEZ | Prepare email to T.Zink regarding edit comments to report and explanation thereof (1.2); continue to review and comment on draft report (3.6). | 4.80 hrs. |
| 03/14/13 | A. GONZALEZ | Review summary of report sections in Volume 1. | 1.30 hrs. |
| 03/15/13 | A. GONZALEZ | Review summary of ████████ third party claims response. | 0.60 hrs. |
| 03/16/13 | A. GONZALEZ | Review ████████ submission paper regarding ████████████████ | 3.40 hrs. |
| 03/18/13 | A. GONZALEZ | Review reply in further support of ████████ third party claims submission (2.7); review of draft report, Volume 4 (3.4); emails with T.Zink regarding same (.2). | 6.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                    March 31, 2013
                                                                  Page    2

| | | | |
|---|---|---|---|
| 03/19/13 | A. GONZALEZ | Continue review of ███████ submission regarding ███████ ███████ | 3.70 hrs. |
| 03/20/13 | A. GONZALEZ | Review of summary on ███████ ███████ | 1.80 hrs. |
| 03/21/13 | A. GONZALEZ | Email to T.Zink regarding edits to report (.3); continue review of draft report, Volume 4 (3.2). | 3.50 hrs. |
| 03/22/13 | A. GONZALEZ | Review Section 4 of draft report. | 6.80 hrs. |
| 03/24/13 | A. GONZALEZ | Review Volume 5 of draft report. | 3.20 hrs. |
| 03/25/13 | A. GONZALEZ | Emails to T.Zink regarding comments on draft report (.4); call with H.Seife regarding draft report (.3); continue review of Volume 5 of draft report (3.2). | 3.90 hrs. |
| 03/26/13 | A. GONZALEZ | Review ███████ third party release brief (.6); continue review of ███████ brief on third party claims (1.9); review draft report, Volume 6 (7.1). | 9.60 hrs. |
| 03/29/13 | A. GONZALEZ | Review draft report, Volume 7. | 3.60 hrs. |
| 03/30/13 | A. GONZALEZ | Continue review of Volume 7 of draft report (2.2); review Volume 9 of draft report (3.9). | 6.10 hrs. |
| 03/31/13 | A. GONZALEZ | Continue review of Volume 9 of draft report. | 4.60 hrs. |

**Total Fees for Professional Services..............** $71,175.00

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 94.90 | 71175.00 |
| TOTALS | | 94.90 | 71175.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                March 31, 2013

Page    1

For Services Through March 31, 2013

Our Matter #21955.006
             FEE/RETENTION APPLICATIONS


| 03/04/13 | A. GONZALEZ | Review of fees for C&P and Mesirow post-October 2012. | 0.60 hrs. |
| 03/13/13 | A. GONZALEZ | Review second interim fee applications. | 1.10 hrs. |
| 03/26/13 | A. GONZALEZ | Call with H.Seife regarding objection to fees. | 0.30 hrs. |


**Total Fees for Professional Services..............   $1,500.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 2.00 | 1500.00 |
| TOTALS | | 2.00 | 1500.00 |

# **EXHIBIT D**

**RESIDENTIAL CAPITAL, LLC, <u>et al</u>**

**DAILY TIME RECORDS**

**<u>April 1, 2013 through April 30, 2013</u>**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                April 30, 2013
                                                             Invoice ******
                                                             Page    1


                              For Services Through April 30, 2013
    Our Matter #21955.002
                CASE ADMINISTRATION/GENERAL BANKRUPTCY MATTERS


04/23/13   A. GONZALEZ        Review motion to extend              0.50 hrs.
                              exclusivity.


          **Total Fees for Professional Services**.............   **$375.00**


          **Total Reimbursable Cost**.........................     **$.00**


**TOTAL DUE FOR THIS MATTER**....................................   **$375.00**



                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | .50 | 375.00 |
| TOTALS | | .50 | 375.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

April 30, 2013
Invoice ******
Page   1

For Services Through April 30, 2013

Our Matter #21955.003
                    INVESTIGATION PLANNING AND REVIEW

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/13 | A. GONZALEZ | Emails with H.Seife regarding April 5 chambers conference. | 0.10 hrs. |
| 04/03/13 | A. GONZALEZ | Conference call with C&P and Mesirow regarding investigation and report status. | 0.80 hrs. |
| 04/04/13 | A. GONZALEZ | Review draft of supplemental work plan (.4); emails with H.Seife regarding same (.2). | 0.60 hrs. |
| 04/05/13 | A. GONZALEZ | Attend court conference on discovery issues (1.6); follow-up conference with H.Seife and T.McCormack (.4). | 2.00 hrs. |
| 04/10/13 | A. GONZALEZ | Conference call with C&P and Mesirow regarding investigation and report status. | 0.60 hrs. |
| 04/11/13 | A. GONZALEZ | Attend presentation by Kirkland at C&P (3.4); follow-up conference with C&P and Mesirow regarding presentation and ███████ ██████ (1.3). | 4.70 hrs. |
| 04/12/13 | A. GONZALEZ | Meeting at C&P with H.Seife, D.LeMay and R.Ball regarding evaluation of causes of action regarding ██████████████████ ████████████████████████ | 5.20 hrs. |
| 04/15/13 | A. GONZALEZ | Prepare for conference call with Judge Glenn (.4); participate in conference call with Judge Glenn (.5); follow-up conference with H.Seife and D.LeMay (.3). | 1.20 hrs. |
| 04/16/13 | A. GONZALEZ | Preparation for meeting regarding report editing and ████████████ (1.7); participate in meeting at C&P wth H.Seife, D.LeMay, S.Rivera, C.Rivera and M.Roitman regarding report editing and review of executive summary and various sections of report (2.8); conference with H.Seife regarding retention of MN attorneys and ████ | 4.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

| | | | |
|---|---|---|---|
| | | ███████████ document request (.3). | |
| 04/17/13 | A. GONZALEZ | Conference call with C&P and Mesirow regarding investigation and report status. | 0.70 hrs. |
| 04/24/13 | A. GONZALEZ | Prepare for weekly call with C&P and Mesirow (.3); participate in conference call with C&P and Mesirow regarding investigation and report status (.7); review of email exchange with H.Seife and T.McCormack regarding Judge Glenn order regarding clawback relief sought (.3) | 1.30 hrs. |
| 04/28/13 | A. GONZALEZ | Meeting with H.Seife, R.Ball, T.Zink, T.McCormack and S.Rivera regarding ████████████ ███████████████ (2.4). | 2.40 hrs. |
| 04/30/13 | A. GONZALEZ | Meeting with C&P and Mesirow regarding report conclusions on ██████████████████ issues and █████████████ | 3.60 hrs. |

Total Fees for Professional Services.............  $21,000.00


Total Reimbursable Cost..........................     $.00

TOTAL DUE FOR THIS MATTER...................................  $21,000.00


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 28.00 | 21000.00 |
| TOTALS | | 28.00 | 21000.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

April 30, 2013
Invoice ******
Page   1

For Services Through April 30, 2013

Our Matter #21955.004
WITNESS INTERVIEWS AND DISCOVERY

| | | | |
|---|---|---|---|
| 04/01/13 | A. GONZALEZ | Review ▮▮▮▮▮ interview transcript. | 4.40 hrs. |
| 04/02/13 | A. GONZALEZ | Complete review of ▮▮▮▮▮ interview transcript. | 3.20 hrs. |
| 04/22/13 | A. GONZALEZ | Prepare for ▮▮▮ interview (.9); attend ▮▮▮ interview (4.2); review of interview (.2). | 5.30 hrs. |
| 04/23/13 | A. GONZALEZ | Review ▮▮▮▮▮ interview transcript. | 2.30 hrs. |

Total Fees for Professional Services............. $11,400.00

Total Reimbursable Cost......................... $.00

TOTAL DUE FOR THIS MATTER...................................... $11,400.00

TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| A. GONZALEZ | | 750.00 | 15.20 | 11400.00 |
| | TOTALS | | 15.20 | 11400.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                    April 30, 2013
                                                                 Invoice ******
                                                                 Page   1


                                    For Services Through April 30, 2013

   Our Matter #21955.005
              REPORT DRAFTING AND LEGAL RESEARCH


04/01/13   A. GONZALEZ        Review pages from Report volumes          3.40 hrs.
                              ████████ to be sent for editing.

04/04/13   A. GONZALEZ        Review draft sections ███████            6.10 hrs.
                              ██████████████ and
                              ███████ (4.9); review
                              glossary (1.2).

04/05/13   A. GONZALEZ        Review recent ████████████               6.90 hrs.
                              regarding ████████████████
                              ██████████████████ (.6);
                              continue review of draft report
                              sections ██████████████████
                              narratives and ███████████████
                              (6.3).

04/06/13   A. GONZALEZ        Review ████████████ section              4.90 hrs.
                              (2.3); review report section ██
                              (2.6); review of tabs ███████████
                              of Volume ████████████████████
                              ██████████████████████ (4.8).

04/07/13   A. GONZALEZ        Review of sections ██████████            7.30 hrs.
                              ████████████████████████████

04/08/13   A. GONZALEZ        Review of section ███████████            9.80 hrs.
                              ████████████████

04/09/13   A. GONZALEZ        Review of section ████████ of report    10.20 hrs.
                              ████████████████████

04/12/13   A. GONZALEZ        Review of ███████████████████            4.70 hrs.
                              section of report.

04/13/13   A. GONZALEZ        Continue review and editing of           3.40 hrs.
                              ████████████████ section of
                              report.

04/14/13   A. GONZALEZ        Review and editing of draft              8.80 hrs.
                              executive summary.

04/15/13   A. GONZALEZ        Continue review and editing of           7.80 hrs.
                              ██████████████ sections (4.4);
                              re-examine ██████████
                              and ████████████████ (.5);
                              review Appendix regarding
                              █████████████ (2.9).

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

| | | | |
|---|---|---|---|
| 04/16/13 | A. GONZALEZ | Review, re-edit and re-write blacklined version of ████████ ██████████ section. | 4.70 hrs. |
| 04/17/13 | A. GONZALEZ | Email to T.Zink regarding certain changes to ████████████ section (.4); continue review of 4/15 update regarding ████████ █████████████ section (1.3); review and editing of revised sections █████████████ of Volume ████████████████████ (4.4). | 6.10 hrs. |
| 04/18/13 | A. GONZALEZ | Continue to review and edit Volume ████████████████ | 8.30 hrs. |
| 04/19/13 | A. GONZALEZ | Continue to review and edit sections ██████████████████████ | 3.70 hrs. |
| 04/20/13 | A. GONZALEZ | Review and edit Volume ████ section ████████. | 2.20 hrs. |
| 04/21/13 | A. GONZALEZ | Final review of Volume ██ sections ████████████ of Report ████████████████████ | 5.60 hrs. |
| 04/22/13 | A. GONZALEZ | Prepare edits to report for submission. | 1.70 hrs. |
| 04/23/13 | A. GONZALEZ | Review and edit final draft of section ████████████ (2.2); review and edit section ████████████ (1.7); conference with H.Seife, A.Rosenblatt and M.Ashley regarding ██████████ analysis (1.1). | 5.00 hrs. |
| 04/24/13 | A. GONZALEZ | Emails to T.Zink regarding edits to Section ███ of report (.4); conference call with H.Seife, M.Ashley and A.Rosenblatt regarding ██████████conclusions (.6); review typeset version of section ████████████ (2.4). | 3.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

April 30, 2013
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 04/25/13 | A. GONZALEZ | Email to T.Zink regarding edits and comments thereto to section ████ of report (.8); review of typeset version of section ████ ████ (.7); conference with T.Zink and C.Rivera regarding ████████ and revisions to report (.5); review and edit section ████████████ (5.2). | 7.20 hrs. |
| 04/26/13 | A. GONZALEZ | Review and edit section ████ ████████ (2.9); email exchange with H.Seife regarding review of ████████ (.2); review and edit section on ████ ████████ (4.5). | 7.60 hrs. |
| 04/27/13 | A. GONZALEZ | Continue review and edit of ████████ section of report. | 2.20 hrs. |
| 04/28/13 | A. GONZALEZ | Review and edit section ████ (3.4); review and edit section ████████ ████ (.7); review and edit section ████ (1.1); review and edit ████████ (4.1). | 9.30 hrs. |
| 04/29/13 | A. GONZALEZ | Continued review of ████████ section of report. | 5.80 hrs. |
| 04/30/13 | A. GONZALEZ | Review and edit section ████ ████████ (3.4); review new submission by ████ on ████ ████████ (1.2); telephone conference with H.Seife regarding notice of filing of report (.2). | 4.80 hrs. |

Total Fees for Professional Services............. $113,175.00


            Total Reimbursable Cost..........................     $.00

TOTAL DUE FOR THIS MATTER.................................... $113,175.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| A. GONZALEZ | | 750.00 | 150.90 | 113175.00 |
| | TOTALS | | 150.90 | 113175.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                      April 30, 2013
                                                                   Invoice ******
                                                                   Page    1


                                    For Services Through April 30, 2013
   Our Matter #21955.006
              FEE/RETENTION APPLICATIONS


04/02/13   A. GONZALEZ        Review February fee statement for        0.80 hrs.
                              submission.

04/11/13   A. GONZALEZ        Attend hearing on second interim         1.10 hrs.
                              fee applications (1.1).

04/25/13   A. GONZALEZ        Review retention application of          0.30 hrs.
                              Leonard Street (Minnesota firm).

04/26/13   A. GONZALEZ        Conference with D.LeMay regarding        0.20 hrs.
                              Leonard Street retention issues.


        **Total Fees for Professional Services**.............    $1,800.00


        **Total Reimbursable Cost**.........................       $.00

**TOTAL DUE FOR THIS MATTER**...................................    $1,800.00


                          TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate     Hours          Amount

   A. GONZALEZ                   750.00     2.40          1800.00
                        TOTALS              2.40          1800.00