## <u>EXHIBIT 18</u>

# CONFIDENTIAL: FILED UNDER SEAL