**<u>EXHIBIT 34</u>**

# CONFIDENTIAL: FILED UNDER SEAL