# **<u>EXHIBIT 40</u>**

# CONFIDENTIAL: FILED UNDER SEAL