**Hearing Date and Time: September 11, 2013**
**Objection Deadline: August 21, 2013**

Coherent Economics, LLC
2800 Acacia Terrace
Buffalo Grove, IL  60089
Telephone: 847-913-8187
Alan S. Frankel

Consultant to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-----------------------------------------------------------x

**SUMMARY OF SECOND INTERIM APPLICATION OF COHERENT ECONOMICS, LLC AS CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

This is a(n):    ___monthly            _X_interim            ___final application.

| | |
|---|---|
| Name of Applicant: | Coherent Economics, LLC ("**Applicant**") |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors (the "**Committee**") |
| Date of Retention: | Order entered on September 13, 2012 retaining Applicant *nunc pro tunc* to August 11, 2012 |
| Period for which Compensation and Reimbursement is sought: | January 1, 2013 through April 30, 2013 (the "**Application Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $133,247.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $3,601.98[1] |

---

[1] Amount of expenses reflects a reduction $286.00 which represents the refund from United Airlines for an unused portion of a coach airfare.

## Summary of Monthly Statements for Application Period:

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 4/5/2013 | 1/1/13-1/31/13 | $51,215.00[2] | $3,701.19 | $40,972.00 | $3,701.19 | $10,243.00 |
| 4/8/2013 | 2/1/13-2/28/13 | $69,930.50 | $186.79 | $55,944.40 | $186.79 | $13,986.10 |
| 4/15/2013 | 3/1/13-3/31/13 | $3,748.00 | $0 | $2,998.40 | $0 | $749.60 |
| 5/6/13 | 4/1/13-4/30/13 | $8,353.50 | $0 | $6,682.80 | $0 | $1,670.70 |

## Summary of Professionals

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Frankel | Director | 95.6 | $775.00 | $74,090.00 |
| Roy Epstein | Senior Consultant | 82.1 | $690.00 | $56,649.00 |
| Laura McIntyre | Research Analyst | 11.4 | $220.00 | $2,508.00 |
| **Total** | | | | $133,247.00 |

## Summary of Matters

| Matter | Hours | Total Billed | Blended Rate |
|---|---|---|---|
| Economic Analysis | 175.1 | $128,945.00 | $736.41 |
| Fee Application | 11.4 | $2,508.00 | $220.00 |
| Non-work Travel | 2.6 | $1,794.00 | $690.00 |
| Total | 189.1 | $133,247.00 | $704.64 |

---

[2] This amount reflects a 50% reduction for non-working travel time.

3

Coherent Economics, LLC
2800 Acacia Terrace
Buffalo Grove, IL  60089
Telephone: 847-913-8187
Alan S. Frankel

Consultant to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
-------------------------------------------------------------x

**SECOND INTERIM APPLICATION OF COHERENT ECONOMICS, LLC AS
CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

For its second interim application for compensation and reimbursement of expenses (the

"**Application**") for the period January 1, 2013 through April 30, 2013 (the "**Application**

**Period**"), Coherent Economics, LLC ("**Applicant**"), consultant to the Official Committee of

Unsecured Creditors (the "**Committee**"), respectfully represents as follows:

## JURISDICTION, VENUE AND STATUTORY PREDICATES

1.        This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.        The statutory bases for the relief requested herein are sections 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**").  This Application has been prepared in accordance with the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, adopted by the Court on January 23, 2013 (the "**Local Guidelines**"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996 (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Guidelines**").  Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as <u>Exhibit A</u>.

## BACKGROUND

### A.        The Chapter 11 Cases

3.        On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

4.      On May 16, 2012, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed a nine member official committee of unsecured creditors (the "**Creditors' Committee**").

5.      On June 20, 2012, the Court directed that an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

**B.      Applicant's Retention and Interim Compensation**

6.      On July 17, 2012, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Docket No. 797].  Pursuant to the terms of the Interim Compensation Order, Applicant, among others, is authorized to file and submit monthly fee statements to the Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally Financial Inc., counsel for Barclays Bank PLC, and the United States Trustee (collectively, the "**Notice Parties**").

7.      On September 6, 2012, Applicant filed a Retention Application [Docket No. 1365] entitled: Statement of the Official Committee of Unsecured Creditors in Support of (I) Entry of an Order Authorizing the Employment and Retention of San Marino Business Partners LLC as Consultant to the Committee *nunc pro tunc* to August 11, 2012 and (II) Entry of an Order Authorizing the Employment and Retention of Coherent Economics LLC as Consultant to the Committee, *nunc pro tunc* to August 11, 2012 with the Court.

8.      On September 13, 2012, the Court entered the Order Approving Retention of Coherent Economics LLC as Consultant to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to August 11, 2012.

9.      On April 5, 2013, Applicant served its sixth monthly fee statement covering the period from January 1, 2013 through January 31, 2013 (the "**Sixth Fee Statement**") on the Notice Parties.  On April 8, 2013, Applicant served its seventh monthly fee statement covering the period from February 1, 2013 through February 28, 2013 (the "**Seventh Monthly Fee Statement**") on the Notice Parties.  On April 15, 2013, Applicant served its eighth monthly fee statement covering the period from March 1, 2013 through March 31, 2013 (the "**Eighth Monthly Fee Statement**") on the Notice Parties.  On May 6, 2013, Applicant served its ninth monthly fee statement covering the period from April 1, 2013 through April 30, 2013 (the "**Ninth Monthly Fee Statement**") on the Notice Parties.  Applicant did not receive any objections to the Monthly Fee Statements.

10.      From January 1, 2013 through April 30, 2013, Applicant requested $133,247.00 in total fees and $3,601.98[3] in total expenses.  The total payments received by Applicant as of the date hereof are equal to: (i) 80% of requested compensation from the Sixth, Seventh, Eighth, and Ninth Monthly Fee Statements and (ii) 100% of requested expenses from the Sixth and Seventh Monthly Fee Statements.

11.      Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Committee.  These records are maintained in the ordinary course of the Applicant's practice.  For the convenience of this Court and all parties in interest, attached hereto as Exhibit B is a billing summary for the Application Period, setting forth the name of each public relations professional and project assistant who rendered services during the Application Period, the aggregate time expended by each public relations professional and project assistant, the hourly billing rate for each public relations professional and project

---

[3] Amount of expenses reflects a reduction $286.00 which represents the refund from United Airlines for an unused portion of a coach airfare.

assistant at Applicant's current billing rates, and the individual amounts requested for each

professional.  The compensation requested by Applicant is based on the customary compensation

charged by comparably skilled practitioners in other similar cases under the Bankruptcy Code.

12.    Applicant also maintains computerized records of all expenses incurred in

connection with the performance of professional services.  A summary of the amounts and

categories of expenses for which reimbursement is sought is attached hereto as Exhibit C.

Expenses submitted by the Applicant in compliance with Local and UST Guidelines, i.e., all

airfare is billed at the coach rate and meals are capped at $20.

13.    Copies of Applicant's computerized records of fees and expenses in the format

specified by the Guidelines have been served on the Notice Parties with each of the Monthly Fee

Statements and are attached hereto as Exhibit D.

14.    There is no agreement or understanding between Applicant and any other person

for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

15.    The Monthly Fee Statements submitted by Applicant are subject to a 20%

holdback (as is customary in this District) imposed by the Court on the allowance of fees.

Applicant respectfully requests, in connection with the relief requested herein, that the Court

allow this holdback amount on an interim basis pursuant to sections 330 and 331 of the

Bankruptcy Code and authorize the Debtors to satisfy such amounts.

## DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED

16.    Applicant was retained by the Committee to assist the Committee with the

evaluation of the proposed $8.7 billion settlement of the Debtors' RMBS liabilities.  Specifically,

the majority of time spent by the Applicant was spent on Economic Analysis which includes:

    a.  Estimation of the Debtors' put-back liabilities and the proposed RMBS
       Settlement;

8

    b.   Reviewing the Debtors' expert reports in response to the Committee's objection, and preparing responses to those reports;

    c.   Assisting SMBP with the development of an expert report with respect to the RMBS Settlement and testimony for the trial on the Debtors' motion seeking approval of the RMBS Settlement;

    d.   Preparing for and attending expert depositions;

    e.   Providing such other consulting or advisory services as may be needed.

The Applicant spent 175.1 hours and $128,945.00 in fees on Economic Analysis.

17.    The Applicant spent 11.4 hours, representing 6% of the total time, and incurred $2,508.00 in fees, representing 2% of the total fees, in preparing the first interim fee application including compiling timekeeper and expenses summaries and monthly statements. The Applicant spent 5.2 hours, representing 3% of the total time, and incurred $3,588.00 in fees, representing 3% of the total fees, on non-working travel which was billed at 50%, or 2.6 hours and $1,794.00 in fees.

18.    The foregoing descriptions of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 Cases. The time records attached hereto as <u>Exhibit D</u> present more completely the work performed by Applicant in each billing category during the Application Period.

## <u>CONCLUSION</u>

19.    Applicant believes that the services rendered during the Application Period on behalf of the Committee were reasonable and necessary within the meaning of Bankruptcy Code section 330. Further, the expenses requested were actual and necessary to the performance of Applicant's services.

20.    Applicant therefore requests an order (i) approving interim compensation in the amount of $133,247.00 and interim reimbursement of expenses in the amount of $3,601.98, (ii)

directing payment of all compensation held back in connection with the Monthly Fee Statements,

and (iii) granting such other and further relief as may be just and proper.

Dated: August 7, 2013

Alan S. Frankel
Director, Coherent Economics, LLC

Exhibit A: Certification Regarding Compliance with the Local Guidelines

COHERENT ECONOMICS, LLC
Alan S. Frankel
2800 Acacia Terrace
Buffalo Grove, IL 60089
Telephone: (847) 913-8187
Facsimile:
*Consultant to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
In re:                                    :   Chapter 11
                                          :
Residential Capital, LLC, et al.,         :   Case No. 12-12020 (MG)
                                          :
                          Debtors.        :   Jointly Administered
--------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS**
**FOR PROFESSIONALS IN RESPECT OF SECOND APPLICATION OF**
**COHERENT ECONOMICS, LLC**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Alan S. Frankel, hereby certify that:

I am the director of Coherent Economics, LLC ("**Coherent**"), consultant to the Official

Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-

possession (collectively, the "**Debtors**") in the above-referenced chapter 11 cases (the "**Chapter 11**

**Cases**"). Coherent submits this second application for interim compensation in accordance with the

Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases adopted by the Court on January 23, 2013 (the "**Local Guidelines**"), the United

States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the

Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals [Docket No. 797] entered in these Chapter 11 Cases (the "**Interim Compensation Order**"

and together with the Local Guidelines and UST Guidelines, the "**Guidelines**").

KL2 2788175.1

This certification is made in respect of Coherent's application, dated August 7, 2013 (the "**Application**"), for interim allowance of compensation for professional services and reimbursement of expenses for the period commencing January 1, 2013 through and including April 30, 2013 (the "**Third Interim Period**") in accordance with the Guidelines.

In respect of Section B.1 of the Local Guidelines, I certify that:

a. I have read the Application;

b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines and the UST Guidelines;

c. the fees and disbursements sought are billed at rates in accordance with the practices customarily employed by Coherent and generally accepted by Coherent's clients; and

d. in providing a reimbursable service, Coherent does not make a profit on that service, whether the service is performed by Coherent in-house or through a third party; and

e. all airfare for which reimbursement is being sought is for a coach class airfare.

In respect of section B.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that Coherent has complied with the provision requiring it to provide the appropriate notice parties, on a monthly basis, with a statement of Coherent's fees and disbursements accrued during the previous month.

In respect of Section B.3 of the Local Guidelines, I certify that counsel for the Debtors, the chairs of the Committee, and the United States Trustee for the Southern District of New York are each being provided with a copy of this Application.

Dated:    August 7, 2013

_____
Alan S. Frankel

Exhibit B: Billing Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Frankel | Director | 95.6 | $775.00 | $74,090.00 |
| Roy Epstein | Sr Consultant | 82.1 | $690.00 | $56,649.00 |
| Laura McIntyre | Research Analyst | 11.4 | $220.00 | $2,508.00 |
| **Total** | | | | $133,247.00 |

Exhibit C: Expenses Summary

| | |
|---|---|
| Airfare | $2,119.10[1] |
| Hotel | $996.21 |
| Airport Parking | $99.00 |
| Meals | $40.00 |
| Taxis to/from airport | $160.88 |
| Publications | $186.79 |
| **Total** | **$3,601.98** |

---

[1] The total for airfare has been reduced by $286.00 to account for originally not including an airline refund for an unused portion of a coach class round trip ticket.

Exhibit D Time Detail

**Coherent Economics, LLC**

# Invoice

**Project:** ResCap Economic Analysis

**Invoice #:** 224
**Invoice Date:** 4/1/2013

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Roy Epstein | 1/9/2013 | Responded to emailed requests from P. Bentley to analyze the proposed revised allocation formula for RMBS settlement. | 0.70 | 690.00 | 483.00 |
| Roy Epstein | 1/10/2013 | Responded to email inquiry from P. Bentley re:possible use of loan amount as metric for proposed allocation formula. | 0.90 | 690.00 | 621.00 |
| Roy Epstein | 1/11/2013 | Analyzed ResCap trust putback data referenced in Greene expert report. | 0.70 | 690.00 | 483.00 |
| Roy Epstein | 1/16/2013 | Analyzed Sillman reunderwriting results (1.0); reviewed Lipps Declaration and Sillman Reply Declaration filed in reply to objections (2.4). | 3.40 | 690.00 | 2,346.00 |
| Roy Epstein | 1/17/2013 | Analyzed Sillman reunderwriting methodology and results. | 1.90 | 690.00 | 1,311.00 |
| Roy Epstein | 1/18/2013 | Conference call with P. Bentley, B. Cornell, C. Morrow re: analysis of Sillman reunderwriting results (0.9); analyzed Sillman reunderwriting data in Sillman expert report (2.3). | 3.20 | 690.00 | 2,208.00 |
| Alan Frankel | 1/21/2013 | Drafted suggested questions for Greene deposition for counsel. | 1.30 | 775.00 | 1,007.50 |
| Alan Frankel | 1/23/2013 | Continued drafting suggested questions for Greene deposition. | 4.80 | 775.00 | 3,720.00 |
| Alan Frankel | 1/24/2013 | Completed list for P. Bentley of suggested questions for Greene deposition. | 6.30 | 775.00 | 4,882.50 |
| Alan Frankel | 1/25/2013 | Call with P. Bentley re: differences between expert reunderwriting reports (0.5); call with R. Epstein re: economic analysis of damages using alternative reunderwriting results (0.6). | 1.10 | 775.00 | 852.50 |
| Roy Epstein | 1/25/2013 | Call with A. Frankel re:economic analysis of damages using alternative reunderwriting results (0.6); analyzed Sillman data included in Sillman expert report (2.7); reviewed Greene articles for relevant prior research (1.9). | 5.20 | 690.00 | 3,588.00 |
| Alan Frankel | 1/28/2013 | Conference call with P. Bentley, R. Epstein re: preparation for Greene deposition (2.2); call with R. Epstein re: economic analysis of damages under alternative defect assumptions (0.5). | 2.70 | 775.00 | 2,092.50 |
| Roy Epstein | 1/28/2013 | Call with A. Frankel re:  economic analysis of damages under alternative defect assumptions (0.5); analyzed Greene report in preparation for Greene deposition (5.4); call with A. Frankel and P. Bentley re: Greene deposition preparation (2.2). | 8.10 | 690.00 | 5,589.00 |
| Alan Frankel | 1/29/2013 | Met with P. Bentley to prepare for Greene deposition. | 6.20 | 775.00 | 4,805.00 |
| Roy Epstein | 1/29/2013 | Met with P. Bentley to prepare for Greene deposition (6.4); reviewed damages tables in Greene expert report (1.9). | 8.30 | 690.00 | 5,727.00 |
| Alan Frankel | 1/30/2013 | Attended Greene deposition. | 4.60 | 775.00 | 3,565.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Coherent Economics, LLC**

# Invoice

Invoice #:  224
Invoice Date:  4/1/2013

**Project:**  ResCap Economic Analysis

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Roy Epstein | 1/30/2013 | Assist with preparing exhibits for Greene deposition (2.6); attended Greene deposition (4.6). | 7.20 | 690.00 | 4,968.00 |
| Alan Frankel | 1/31/2013 | Conference call with B. Cornell, R. Epstein, P. Bentley re: allocation methodologies and Greene deposition. | 0.80 | 775.00 | 620.00 |
| Roy Epstein | 1/31/2013 | Conference call with P. Bentley, B. Cornell, A. Frankel re: allocation methodologies and Greene deposition. | 0.80 | 690.00 | 552.00 |
| | | Subtotal | | | 49,421.00 |
| | | | | | |
| Expenses | | | | | |
| | 1/12/2013 | A. Frankel: coach airfare 1-28-13 ORD-LGA | | 891.80 | 891.80 |
| | 1/13/2013 | A. Frankel: hotel for 1/27-29/13 trip to NYC (two nights) | | 821.74 | 821.74 |
| | 1/30/2013 | A. Frankel: O'Hare parking - NYC ResCap trip | | 99.00 | 99.00 |
| | 1/30/2013 | A. Frankel: return coach airfare from NYC | | 673.90 | 673.90 |
| | 1/31/2013 | A. Frankel meal in NYC for Green deposition | | 20.00 | 20.00 |
| | 2/1/2013 | R. Epstein coach airfare to NYC | | 839.40 | 839.40 |
| | 2/1/2013 | R. Epstein Airporter Taxi in NYC for Green deposition | | 13.00 | 13.00 |
| | 2/1/2013 | R. Epstein: hotel in NYC for Green deposition (one night) | | 174.47 | 174.47 |
| | 2/1/2013 | R. Epstein: airport taxi in NYC for Green deposition | | 47.90 | 47.90 |
| | 2/1/2013 | R. Epstein: Boston taxi from airport for trip to NYC for Green deposition | | 51.00 | 51.00 |
| | 2/1/2013 | R. Epstein: meal in NYC for Green deposition | | 20.00 | 20.00 |
| | 2/1/2013 | R. Epstein: Boston airport taxi to airport for trip to NYC for Green deposition | | 48.98 | 48.98 |
| | | Total Reimbursable Expenses | | | 3,701.19 |

| | |
|---|---|
| **Total** | $53,122.19 |
| **Payments/Credits** | -$43,237.99 |
| **Balance Due** | $9,884.20 |

Exhibit D, Invoice Detail

**Coherent Economics, LLC**

# Invoice

| | |
|---|---|
| **Invoice #:** | 225 |
| **Invoice Date:** | 4/8/2013 |

**Project:**  ResCap Economic Analysis

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Roy Epstein | 2/7/2013 | Reviewed allocation methodology for proposed RMBS settlement (1); reviewed legal decision in Assured Guaranty case re: same (0.7) | 1.70 | 690.00 | 1,173.00 |
| Roy Epstein | 2/8/2013 | Call with P. Bentley, C. Morrow, I. Holt re: Analytic Focus reunderwriting project. | 1.60 | 690.00 | 1,104.00 |
| Alan Frankel | 2/11/2013 | Conference call with P. Bentley, R. Epstein re: possible expert submissions (1.9); drafted proposed testimony for RMBS trial (4.5). | 6.40 | 775.00 | 4,960.00 |
| Roy Epstein | 2/11/2013 | Call with P. Bentley, A. Frankel re: possible expert submissions. | 1.90 | 690.00 | 1,311.00 |
| Alan Frankel | 2/12/2013 | Conference call with I. Holt, P. Bentley, R. Epstein re: Analytic Focus underwriting analysis (0.6); analyzed Sillman and Morrow reports and deposition explanations of those reports (2.8); call with R. Epstein re: economic analysis of losses based on underwriting results (0.6). | 4.00 | 775.00 | 3,100.00 |
| Roy Epstein | 2/12/2013 | Call with P. Bentley, A. Frankel, I. Holt re: underwriting analysis (0.6); call with A. Frankel re: economic analysis of losses based on underwriting results (0.6); analyzed RMBS data underlying Sillman report (1.4). | 2.60 | 690.00 | 1,794.00 |
| Alan Frankel | 2/13/2013 | Assisted expert Professor Cornell in drafting proposed testimony for RMBS trial. | 3.30 | 775.00 | 2,557.50 |
| Alan Frankel | 2/14/2013 | Edited proposed Cornell testimony for RMBS trial. | 7.30 | 775.00 | 5,657.50 |
| Roy Epstein | 2/14/2013 | Analysis of alternative loan default models in Cornell and Sillman reports. | 0.90 | 690.00 | 621.00 |
| Alan Frankel | 2/15/2013 | Continued editing proposed Cornell testimony for RMBS trial. | 8.40 | 775.00 | 6,510.00 |
| Alan Frankel | 2/16/2013 | Further edits to proposed Cornell testimony for RMBS trial. | 3.80 | 775.00 | 2,945.00 |
| Alan Frankel | 2/17/2013 | Review and further edits to proposed Cornell testimony for RMBS trial. | 6.30 | 775.00 | 4,882.50 |
| Roy Epstein | 2/17/2013 | Reviewed and edited proposed Cornell testimony for RMBS trial. | 2.80 | 690.00 | 1,932.00 |
| Alan Frankel | 2/18/2013 | Conference call with P. Bentley, B. Cornell, R. Epstein re: direct testimony for RMBS trial. | 1.10 | 775.00 | 852.50 |
| Roy Epstein | 2/18/2013 | Call with P. Bentley, A. Frankel, B. Cornell re: direct testimony for RMBS trial (1.1); analyzed RMBS data for additional damages scenarios (2); preparation of tables for Cornell expert report (2.1). | 5.20 | 690.00 | 3,588.00 |
| Alan Frankel | 2/19/2013 | Conference call with B. Cornell, R. Epstein re: Cornell testimony for RMBS trial. | 0.70 | 775.00 | 542.50 |
| Roy Epstein | 2/19/2013 | Call with A. Frankel, B. Cornell re: Cornell testimony for RMBS trial (0.7); continued analyzing RMBS data for additional damages scenarios (1); preparation of backup and exhibit support for Cornell expert report (1.2). | 2.90 | 690.00 | 2,001.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Exhibit 1 Time Detail

**Coherent Economics, LLC**

# Invoice

**Project:** ResCap Economic Analysis

**Invoice #:** 225
**Invoice Date:** 4/8/2013

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Roy Epstein | 2/20/2013 | Call with B. Cornell re: Cornell testimony for RMBS trial (0.5); analyzed RMBS data for statute of limitations analysis (3); continued preparation of tables and backup for Cornell expert report (5.2). | 8.70 | 690.00 | 6,003.00 |
| Alan Frankel | 2/21/2013 | Reviewed law and economics literature on contract damages (2.2); edited draft Cornell testimony for RMBS trial (3.1); conference call with B. Cornell, P. Bentley, R. Epstein re: same (0.7); call with R. Epstein re: for RMBS trial (0.4). | 6.40 | 775.00 | 4,960.00 |
| Roy Epstein | 2/21/2013 | Call with P. Bentley, A. Frankel, B. Cornell re: Cornell direct testimony for RMBS trial (0.7); call with A. Frankel re: same (0.4). | 1.10 | 690.00 | 759.00 |
| Alan Frankel | 2/22/2013 | Drafted numerous suggested revisions to Cornell testimony for RMBS trial. | 7.70 | 775.00 | 5,967.50 |
| Roy Epstein | 2/22/2013 | Drafted suggested revisions to Cornell testimony for RMBS trial. | 1.30 | 690.00 | 897.00 |
| Alan Frankel | 2/24/2013 | Continued editing draft Cornell testimony for RMBS trial. | 4.30 | 775.00 | 3,332.50 |
| Alan Frankel | 2/26/2013 | Call with P. Bentley re: litigation risk (0.4); reviewed debtor RMBS Reply brief (Iridium factors) (0.9); continued editing draft Cornell testimony for RMBS trial (1.5). | 2.80 | 775.00 | 2,170.00 |
| Alan Frankel | 2/28/2013 | Conference call with P. Bentley, B. Cornell re: Cornell testimony for RMBS trial. | 0.40 | 775.00 | 310.00 |
| | | Professional Fees Subtotal | | | 69,930.50 |
| | 2/15/2013 | Purchased copy of textbook for use in cross examination, Econometric Analysis, written by Trustees' expert William H. Greene. | | 186.79 | 186.79 |
| | | Reimbursable Expenses Subtotal | | | 186.79 |

| **Total** | $70,117.29 |
|-----------|-----------|
| **Payments/Credits** | -$56,131.19 |
| **Balance Due** | $13,986.10 |

Exhibit C Time Detail

**Coherent Economics, LLC**

# Invoice

**Project:** ResCap Non-working travel

**Invoice #:** 228
**Invoice Date:** 4/7/2013

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Roy Epstein | 1/29/2013 | Travel to NY to meet with counsel to prepare for Greene deposition. | 2.60 | 690.00 | 1,794.00 |
| Roy Epstein | 1/30/2013 | Return travel from NY from Greene deposition. | 2.60 | 690.00 | 1,794.00 |
| | | | | | 3,588.00 |
| Discount 50 | | For non-work related travel, invoices are voluntarily discounted 50%. | | -50.00% | -1,794.00 |

| | |
|---|---|
| **Total** | $1,794.00 |
| **Payments/Credits** | -$1,435.20 |
| **Balance Due** | $358.80 |

**Coherent Economics, LLC**

# Invoice

| | |
|---|---|
| **Invoice #:** | 231 |
| **Invoice Date:** | 4/15/2013 |

**Project:** ResCap Economic Analysis

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Alan Frankel | 3/13/2013 | Reviewed draft Cornell testimony in preparation for RMBS trial (0.6); discussed same with P. Bentley (0.3). | 0.90 | 775.00 | 697.50 |
| Alan Frankel | 3/14/2013 | Reviewed Alix Partners draft solvency analysis. | 0.70 | 775.00 | 542.50 |

| | |
|---|---|
| **Total** | $1,240.00 |
| **Payments/Credits** | -$992.00 |
| **Balance Due** | $248.00 |

**Coherent Economics, LLC**

# Invoice

**Project:** Fee Application

**Invoice #:** 230
**Invoice Date:** 4/15/2013

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Laura McIntyre | 3/1/2013 | Drafted Fee Application for 8/12-12/12. | 1.00 | 220.00 | 220.00 |
| Laura McIntyre | 3/4/2013 | Continued editing Fee Application for 8/12-12/12. | 1.80 | 220.00 | 396.00 |
| Laura McIntyre | 3/5/2013 | Continued editing Fee Application for 8/12-12/12. | 1.30 | 220.00 | 286.00 |
| Laura McIntyre | 3/6/2013 | Continued editing Fee Application for 8/12-12/12. | 1.20 | 220.00 | 264.00 |
| Laura McIntyre | 3/7/2013 | Continued editing Fee Application for 8/12-12/12. | 0.60 | 220.00 | 132.00 |
| Laura McIntyre | 3/11/2013 | Continued editing Fee Application for 8/12-12/12. | 2.20 | 220.00 | 484.00 |
| Laura McIntyre | 3/12/2013 | Continued editing Fee Application for 8/12-12/12. | 1.30 | 220.00 | 286.00 |
| Laura McIntyre | 3/13/2013 | Continued editing Fee Application for 8/12-12/12. | 1.80 | 220.00 | 396.00 |
| Laura McIntyre | 3/14/2013 | Finalized Fee Application for 8/12-12/12. | 0.20 | 220.00 | 44.00 |

| | |
|---|---|
| **Total** | $2,508.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,508.00 |

**Coherent Economics, LLC**

# Invoice

**Project:** ResCap Economic Analysis

**Invoice #:** 235
**Invoice Date:** 5/5/2013

**Detail of Services:**

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Alan Frankel | 4/3/2013 | Developed spreadsheet model to assist P. Bentley in evaluating litigation risk. | 3.30 | 775.00 | 2,557.50 |
| Roy Epstein | 4/4/2013 | Call with P. Bentley, D. Blabey re: RMBS economic analysis (0.6); develop spreadsheet model to analyze litigation risk (2.3). | 2.90 | 690.00 | 2,001.00 |
| Roy Epstein | 4/5/2013 | Verify data used in statute of limitations model of litigation risk analysis. | 3.10 | 690.00 | 2,139.00 |
| Roy Epstein | 4/8/2013 | Finalize litigation risk spreadsheet model. | 0.80 | 690.00 | 552.00 |
| Roy Epstein | 4/9/2013 | Call with A. Gibler re: economic analysis (0.2); generate deals and dates for SOL analysis (1.4). | 1.60 | 690.00 | 1,104.00 |

| | |
|---|---|
| **Total** | $8,353.50 |
| **Payments/Credits** | -$6,682.80 |
| **Balance Due** | $1,670.70 |

## Laura McIntyre

| | |
|---|---|
| **From:** | Alan Frankel |
| **Sent:** | Tuesday, March 19, 2013 4:22 PM |
| **To:** | Laura McIntyre |
| **Subject:** | FW: eTicket Itinerary and Receipt for Confirmation J3W8BM |

**From:** United Airlines, Inc. [mailto:unitedairlines@united.com]
**Sent:** Monday, January 21, 2013 5:38 PM
**To:** Alan Frankel
**Subject:** eTicket Itinerary and Receipt for Confirmation J3W8BM



Confirmation:

# J3W8BM

Check-In >

Issue Date: January 12, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| FRANKEL/ALANSMR | 0162351999436 | UA-DFE5XXXX Premier Gold / *G | 2D/--- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 28JAN13 | UA3508 | P | CHICAGO, IL<br>(ORD - O'HARE) **12:08 PM** | NEW YORK, NY<br>(LGA - LAGUARDIA) **3:16 PM** | ERJ 170 | |

Flight operated by SHUTTLE AMERICA AIRLINES doing business as UNITED EXPRESS.
If this is an originating flight on your itinerary, please check in at the UNITED AIRLINES TERM 1 ticket counter.

| Thu, 31JAN13 | UA3494 | Z | NEW YORK, NY<br>(LGA - LAGUARDIA) **7:00 PM** | CHICAGO, IL<br>(ORD - O'HARE) **8:41 PM** | ERJ 170 | |

Flight operated by SHUTTLE AMERICA AIRLINES doing business as UNITED EXPRESS.

**FARE INFORMATION**

**Fare Breakdown**                                          **Form of Payment:**
Airfare:                                      809.30USD     VISA
U.S. Federal Transportation Tax:               60.70        Last Four Digits 2874
U.S. Flight Segment Tax:                        7.80
September 11th Security Fee:                     5.00
U.S. Passenger Facility Charge:                 9.00
Per Person Total:                             891.80USD

**eTicket Total:**                            **891.80USD**

The airfare you paid on this itinerary totals: 809.30 USD

**The taxes, fees, and surcharges paid total: 82.50 USD**

Fare Rules:       Additional charges may apply for changes in addition to any fare rules listed.

                  /-REFUNDABLE-/

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1/28/2013 Chicago, IL (ORD - O'Hare) to New York, NY (LGA - LaGuardia) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 1/30/2013 New York, NY (LGA - LaGuardia) to Chicago, IL (ORD - O'Hare) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

MileagePlus® Premier® Gold membership must be valid at time of check-in to qualify for waiver of service charges for first, second and third checked bags within specified size and weight limits.

## Additional Baggage Information

**Carry-on baggage information**

United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for

more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

## IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.

- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel:  (1) the ticket may not be refundable but may be exchangeable for a fare with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.

- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3300 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

### Thank you for choosing United Airlines

united.com

Legal Notices. Privacy Policy
Copyright © 2013 United Air Lines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.



AA.com Home

## Request A Refund

Start — Ticket Lookup — Refund Eligibility — Contact Information — Review and Submit Request — Finish

### Ticket Data

CANCEL   BACK   CONTINUE

If you would like to request a refund on the displayed ticket, click "CONTINUE".

Ticket Number    0012318545296

Our records indicate a Preferred Seat was purchased for this trip. You will have the option to check refund eligibility for your Preferred Seat purchase after completing this request or you can Click Here to check it now.

*— not billed; Paid separately*

### Refund Status

No refund requests have yet been made for this ticket.

### Ticket Type

Ticket Type     AUTOMATED TKT/BOARD PASS
Electronic     NO

### Passenger Data

Passenger Name     FRANKEL, ALAN

### Sale Data

Issue Date     1/30/2013
Sale Date     1/30/2013
Sale Amount     673.90 USD

Form of Payment     Number                Expiration Date

Credit Card     XXXXXXXXXXXX2874        N/A

### Itinerary

| Coupon | Flight | Departing | Arriving | Refundable? | Code | Fee | Status | Exchanges |
|--------|--------|-----------|----------|-------------|------|-----|--------|-----------|
| 001 | 0353 | NYC/LAGUARDIA 1/30/2013 18:20:00 | CHICAGO/O'HARE | NO | HA00EJP5/WAU | NONE | USED | |

### Travel Agency Data

Travel Agency Name     WEB
Travel Agency Number     4510739
Address     DALLAS,

CANCEL   BACK   CONTINUE

Airline Tickets | AA Careers | Copyright | Legal | PRIVACY POLICY | Customer Service Plan | Browser Compatibility | Site Map

      

MileagePlus

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| | | $0.00 | |

Account number: 4246 3151 5328 2874

$ _____    .

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4246315153282874000066000066624600000000000000003

87617 BEX Z 23313 C
ALAN S FRANKEL
COHERENT ECONOMICS
2800 ACACIA TER
BUFFALO GROVE IL 60089-6670

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

5000160 28    15951532 28 748

**BUSINESS CARD STATEMENT**

Manage your account online:
www.chase.com/businesscards

Customer Service
1-888-287-9219

Additional contact
information on back →

### ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: _____2874 | |
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | +$9.04 |
| Interest Charged | $0.00 |
| New Balance | |
| Opening/Closing Date | 01/03/13 - 02/02/13 |
| Total Credit Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | |
| Payment Due Date | 02/24/13 |
| Minimum Payment Due | |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

### MILEAGEPLUS MILES EARNED

| | |
|---|---|
| 2x miles earned from United purchases | 3,907 |
| Miles earned on all purchases | 5,914 |
| Miles earned this statement period | 9,821 |
| Total miles transferred to United | 9,821 |
| Year to date miles earned on credit card | 24,107 |

Thank you for choosing the United MileagePlus Visa! Please visit www.united.com/chase to see all of your redemption options!
1-800-421-4655 (MileagePlus)
1-800-241-6522 (Reservations)

Your United MileagePlus Visa allows you to earn unlimited miles for your everyday spend! You earn 2 miles for every $1 you spend at United Airlines and 1 mile for every $1 you spend on all other purchases.

### ACCOUNT ACTIVITY



| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/08 | | |
| 01/22 | | |
| 01/22 | UNITED    0162351999436 713-324-5000 TX | -286.00 |
| | 012813 1 V    ORD    LGA | |
| | 2 S    LGA    ORD | |
| 01/27 | | |
| 01/27 | | |
| | 020513 1 G    ORD    MSP | |
| | 2 K    MSP    ORD | |
| 01/30 | | |
| 01/02 | | |
| 01/03 | | |
| 01/04 | | |
| 01/07 | | |
| 01/08 | | |
| 01/09 | | |
| 01/09 | | |

**This Statement is a Facsimile - Not an original**

Statement Date:   01/03/13 - 02/02/13
Account Number:
Page 2 of 3
OVER

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/10 | | |
| 01/10 | | |
| 01/11 | | |
| 01/12 | | |
| 01/12 | UNITED    0162351999436 713-324-5000 TX | 891.80 |
| | 012813 1 V         ORD      LGA | |
| | 2 Q         LGA      ORD | |
| 01/13 | | |
| 01/14 | | |
| 01/14 | | |
| 01/16 | | |
| 01/18 | FOREIGN TRANSACTION | |
| 01/18 | | |
| 01/20 | FOREIGN TRANSACTION | |
| 01/21 | | |
| 01/22 | MICROSOFT STORE | |
| 01/22 | | |
| 01/22 | | |
| 01/23 | | |
| 01/23 | | |
| 01/23 | | |
| 01/23 | | |
| 01/24 | UNITED | |
| | Q         MDF      ORD | |
| 01/25 | | |
| 01/24 | RESIDENCE HOTEL | |
| 01/26 | | |
| 01/26 | | |
| 01/26 | | |
| 01/28 | | |
| 01/29 | | |
| 01/28 | | |
| 01/30 | O'HARE -- A,B,C LOT CHICAGO IL | 99.00 |
| 01/30 | | |
| | 013013 1 X         XXA      XXX | |
| 01/31 | SOFITEL HOTELS NY NEW YORK NY | 41.89 |
| 01/30 | | |
| 01/30 | AMERICAN AI 0012318545296 DALLAS TX | 673.90 |
| | 013013 1 H         LGA      ORD | |
| 01/31 | | |

ALAN S FRANKEL
TRANSACTIONS THIS CYCLE (CARD 2874)
INCLUDING PAYMENTS RECEIVED

| 01/03 | Payment Thank You-Mobile | |
| 01/07 | Payment Thank You - Web | |

COHERENT ECONOMICS
TRANSACTIONS THIS CYCLE (CARD 2882)

| 01/02 | | |
| 01/08 | | |
| 01/11 | | |
| 01/11 | | |
| 01/25 | | |

LAURA MCINTYRE
TRANSACTIONS THIS CYCLE (CARD 0174)

| 01/08 | | |
| 01/10 | | |
| 01/14 | | |

KIM FRANKEL
TRANSACTIONS THIS CYCLE (CARD 5322)

**This Statement is a Facsimile - Not an original**

X 0000002  RIS33335 C 1          000  N  Z  02  13/02/02        Page 2 of 3        05058  MA DA  87617    0321000001000876 1702

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 02/23/13 | | $0.00 | $25.00 |

Account number:

$

**Make your check payable to:**
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4246315157654490000025000018179100000000000000

39677 BEX 9 03213 C
ROY EPSTEIN
ROY J EPSTEIN PHD
34 CUSHING AVE
BELMONT MA 02478-2709

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

5000 160 28

*ink* from CHASE

Manage your account online:
www.chase.com/ink

Customer Service
1-800-945-2028

Additional contact
information on back →

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | |
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | |
| Opening/Closing Date | 01/02/13 - 02/01/13 |
| Total Credit Line | |
| Available Credit | |
| Cash Access Line | $4,800 |
| Available for Cash | $4,800 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | |
| Payment Due Date | 02/23/13 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## INK CASH℠ POINT SUMMARY

| | | |
|---|---|---|
| Previous point balance | 3,438 | It's easy to redeem your points for cash back or gift cards from popular merchants. Please visit www.chase.com to see the options and to book travel. |
| + 2pt per $1 rstmt, gas stn, ofc sply, hm imp st | 306 | |
| + 1 point per $1 earned on all purchases | 1,818 | |
| = Total points available for redemption | 5,562 | |

3,438 points due to expire on January 2015 statement

Your Ink Cash card earns 1 point per $1 spent on every purchase.  You earn an additional 2 points per $1 spent at restaurants, gas stations, office supply stores and home improvement stores - up to $2,000 each statement period which equates to 4,000 additional points.  Points expire 24 months after they first appear on your statement.

## ACCOUNT ACTIVITY



| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/22 | Payment Thank You - Web | |
| 01/02 | | |
| 01/05 | | |
| 01/03 | | |
| 01/08 | | |
| 01/08 | | |
| 01/14 | | |
| 01/13 | | |
| | 011313 1 X        XAA      XAO | |
| 01/21 | | |
| 01/21 | | |
| 01/21 | | |
| 01/22 | | |
| 01/23 | | |
| 01/26 | USAIRWAYS  0372300225036 800-428-4322 AZ | 639.80 |
| | 012913 1 N        BOS      LGA | |
| | 2 N        LGA      BOS | |
| 01/28 | | |
| 01/28 | | |
| 01/29 | NYC AIRPORTER 2123097000 NY | 13.00 |

Statement Date: 01/02/13 - 02/01/13
Account Number: 
Page 2 of 2

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/29 | PERFECT PINT, INC NY NY | 27.86 |
| 01/30 | GRACE HOTEL NEW YORK NY | 174.47 |
| 01/30 | NYC-TAXI NEW YORK NY | 47.90 |
| 01/29 | EXPRESS ZONE WATERTOWN MA | 51.00 |
| | ROY EPSTEIN | |
| | TRANSACTIONS THIS CYCLE (CARD 4490) | |
| | INCLUDING PAYMENTS RECEIVED | |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $0.00 |
| Total interest charged in 2013 | $0.00 |

Year-to-date totals reflect all charges minus any refunds
applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 9.99% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 9.99% (v) | -0- | -0- |

(v) = Variable Rate                                                                31 Days in Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice,
How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

GREAT BUSINESS OFFERS FROM EXPEDIA, AVIS, GOOGLE, & MORE,
EXCLUSIVELY FOR INK FROM CHASE BUSINESS CARD CUSTOMERS.
LEARN MORE AT WWW.INKFROMCHASE.COM/INKINSIDER.

12-12020-mg    Doc 4570    Filed 08/07/13    Entered 08/07/13 21:56:18    Main Document
Exhibit 30 Receipts
Pg 30 of 33

# Hotels.com

Hotels.com Confirmation Number: **111474136582-1**

Booked: Online - Saturday, January 12, 2013 5:37:10 PM CST

## Your Receipt

| | | |
|---|---|---|
| Billing Name: | Alan Frankel | Company details: |
| Billing Address: | 60089 | Coherent Economics |
| | US | |

## Booking Details

| | | | |
|---|---|---|---|
| Guest Name: | Alan Frankel | Room Type: | Superior Room 1 Queen bed |
| Check-in: | Monday, January 28, 2013 | Hotel Details: | Hotel Sofitel New York |
| Check-out: | Wednesday, January 30, 2013 | | 45 W 44th St New York US |
| Number of Nights: | 2 | | +12123548844 |
| Number of Rooms: | 1 | | |

| Charges: | USD $ |
|---|---|
| Monday, January 28, 2013: | $355.00 |
| Tuesday, January 29, 2013: | $355.00 |
| Discount applied: | $0.00 |
| Sub-total: | $710.00 |
| Tax recovery charges: | $111.74 |
| VAT: | $0.00 |
| Service fees: | $0.00 |
| *Total Price:* | *$821.74* |
| Amount paid: | $821.74 |
| Amount still due to Hotels.com: | $0.00 |

Payment Method:                                                                    Visa

Credit Card Number:                                                    XXXXXXXXXXXX2874

*Cancellation Policy*
***Free cancellation until 01/25/13***
- *If you change or cancel your booking after 12:00 PM, 01/25/13 ((GMT-05:00)*
  *Eastern Time (US & Canada)) you will be charged for 1 night (including tax)*

*We will not be able to refund any payment for no-shows or early check-out.*

Hotels.com has charged you for the full payment of this booking.

Any additional charges and fees incurred during your stay will be charged to your hotel's local currency and may be subject to a foreign exchange fee.

This receipt was printed on: Tuesday, March 19, 2013 4:36:17 PM CDT
Invoice number: 1363728977393-111474136582
This is not a VAT invoice.
Retain this copy for statement verification.
Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

When you book a hotel located in the EU, Hotels.com, LP does not issue VAT invoices because it does not charge VAT on your bookings. This is due to the operation of a special EU VAT scheme for tour operators and travel agents which applies to Hotels.com, LP (a limited partnership established in the United States). Your booking confirmation does however act as a payment proof. The "tax" charges referred to on your booking confirmation therefore do not relate to VAT charged to you by Hotels.com, LP, but to any transaction taxes incurred by Hotels.com, LP (e.g. sales and use, hotel occupancy tax, excise tax, value added tax, etc) that Hotels.com, LP pays directly to the hotel in relation to your booking.
Please see the website for Terms and Conditions:
http://www.hotels.com/customer_care/terms_conditions.html?pos=HCOM_US&locale=en_US
Hotels.com, LP 10440 N. Central Expressway, Suite 400, Dallas, Texas 75231 USA



**Sofitel New York**
45 West 44th Street New York NY 10036
Telephone 212-354-8844 Facsimile 212-354-2480

**Mr. ALAN FRANKEL**
**2800 ACACIA TERRACE,**
**Buffalo Grove,  IL 60089**
**USA**

Arrival       01/28/13
Departure   01/30/13

Room:  2123
Cashier:20

Page:   1
Time:08:55:23
Conf #:

1132811
Hotel Sofitel, New York, 01/30/13
Invoice NO. 658391

| Date | Description | DEBIT | CREDIT |
|------|-------------|-------|--------|
| 01/29 | Gaby (B) Food #2123 : CHECK #2206 | 28.00 | |
| 01/29 | Gaby Gratuity #2123 : CHECK #2206 | 11.20 | |
| 01/29 | Food State Sales Tax #2123 : CHECK #2206 | 2.49 | |
| 01/30 | Visa XXXXXXXXXXXX | | 41.69 |

**Balance:** $0

Signature:_____

Exhibit 33 Receipts

# THANK YOU
## O'Hare International Airport
## Parking Facility - Lot A
## PO Box 66179, Chicago, IL, 60666-0179
## Tel; (773) 686-7532

### DAILY TICKET

| | |
|---|---|
| Transaction-Id: | 61534-28884 |
| In: | 1/28/2013 9:14 AM |
| Out: | 1/30/2013 9:12 PM |
| Duration: | 2 11:58 |
| Lane: | 34 |
| Vehicle LPN: | P242816 |
| ID: | warg |
| Parking Fees | $ 99.00 |
| Validations: | $ 0.00 |
| **Total:** | **$ 99.00** |
| CREDIT CARD | $ 99.00 |
| Balance Due | $ 0.00 |
| VISA | XXXXXXXXXXXX2874 |
| Auth | 03590G |

## Includes All Applicable Taxes