**Hearing Date and Time:  September 11, 2013 at 10:00 a.m. (ET)**
**Objection deadline:  August 21, 2013 at 4:00 p.m. (ET)**

ANALYTIC FOCUS, LLC
Adrian M. Cowan
4939 DeZavala Road, Suite 105
San Antonio, Texas  78249
Telephone: (210) 641-2817
Facsimile: (210) 641-9892
*Consultant to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------ x | | |

**SECOND APPLICATION OF ANALYTIC FOCUS, LLC, CONSULTANT**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**
**FROM JANUARY 1, 2013 THROUGH APRIL 30, 2013**

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES**

| | |
|---|---|
| Name of Applicant: | Analytic Focus, LLC |
| Authorized to Provide Professional Services to: | Consultant to the Official Committee of Unsecured Creditors |
| Second Interim Fee Period: | January 1, 2013 to April 30, 2013 |
| Fees Requested: | $    14,135.00 |
| Expenses Requested: | $        138.93 |
| Total Amount Requested: | $    14,273.93 |

This is an/a    X Interim        __ Final Application

**SUMMARY OF FIRST APPLICATION OF**
**ANALYTIC FOCUS, LLC FOR SERVICES RENDERED**
**FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

| Name of Individual | Title | Hourly Billing Rate | Totals Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ira Holt | Banking & Underwriting | $425.00 | 15.10 | $6,417.50 |
| Clare Cobb | Senior Underwriter | $185.00 | 8.70 | $1,609.50 |
| Donna Williamson | Senior Underwriter | $185.00 | 10.20 | $1,887.00 |
| Wendy Edwards | Senior Underwriter | $185.00 | 7.70 | $1,424.50 |
| Allen Hudson | Underwriter | $125.00 | 2.30 | $287.50 |
| Chad Tillman | Underwriter | $125.00 | 0.50 | $62.50 |
| Corey Owen | Underwriter | $125.00 | 2.90 | $362.50 |
| Deborah Conard | Underwriter | $125.00 | 0.80 | $100.00 |
| Jennifer Stinson | Underwriter | $125.00 | 0.50 | $62.50 |
| Lisa Powell | Underwriter | $125.00 | 0.40 | $50.00 |
| Phillip Freeman | Underwriter | $125.00 | 3.80 | $475.00 |
| Rhonda Whitfield | Underwriter | $125.00 | 3.90 | $487.50 |
| Teresa Wilson | Underwriter | $125.00 | 2.30 | $287.50 |
| Therese Dodgen | Underwriter | $125.00 | 1.40 | $175.00 |
| Nelda Turner | Operations Assistant | $95.00 | 4.70 | $446.50 |
| **Professionals Totals** | | | | |
| **Total Fees Incurred** | | | **65.20** | **$14,135.00** |

Blended hourly rate for all professionals is $226.26.

Blended hourly rate for all timekeepers is $216.80.

| Date Served | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 02/21/2013 | 01/01/13-01/31/13 | $5,902.00 | $0.00 | $4,721.60 | $0.00 | $1,180.40 |
| 03/13/2013 | 02/01/13-02/28/13 | $8,233.00 | $138.93 | $6,586.40 | $138.93 | $1,646.60 |
| **TOTAL** | | $14,135.00 | $138.93 | $11,308.00 | $138.93 | $2,827.00 |

## TABLE OF CONTENTS

**Page**

JURISDICTION AND VENUE ............................................................................2

SUMMARY OF COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED ....2

BACKGROUND ...........................................................................................4

ANALYTIC FOCUS FEE STATEMENTS ..............................................................5

SUMMARY OF SERVICES RENDERED .............................................................6

STATEMENT OF ANALYTIC FOCUS ...............................................................7

ACTUAL AND NECESSARY DISBURSEMENTS OF ANALYTIC FOCUS .................8

RELIEF REQUESTED ...................................................................................8

NOTICE ....................................................................................................9

NO PRIOR REQUEST ..................................................................................10

Exhibit 1 – Certification of Adrian M. Cowan, PhD

Exhibit 2 – Summary of Professionals and Paraprofessional for the Second Interim Fee Period

Exhibit 3 – Summary of Expenses for the Second Interim Fee Period

Exhibit 4 - Detail of Expenses for the Second Interim Fee Period

Exhibit 5 – Summary of Time for the Second Interim Fee Period

Exhibit 6 – Detail of Time by Month for the Second Interim Fee Period

**Hearing Date and Time: September 11, 2013 at 10:00 a.m. (ET)**
**Objection deadline: August 21, 2013 at 4:00 p.m. (ET)**

ANALYTIC FOCUS, LLC
Adrian M. Cowan
4939 DeZavala Road, Suite 105
San Antonio, Texas  78249
Telephone: (210) 641-2817
Facsimile: (210) 641-9892
*Consultant to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

In re:                                              :    Chapter 11
                                                    :
Residential Capital, LLC, et al.,                   :    Case No. 12-12020 (MG)
                                                    :
                        Debtors.                    :    Jointly Administered
                                                    :

-------------------------------------------------------- X

**SECOND APPLICATION OF ANALYTIC FOCUS, LLC, CONSULTANT TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
FROM JANUARY 1, 2013 THROUGH APRIL 30, 2013**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Analytic Focus, LLC ("**Analytic Focus**"), Consultant to the Official Committee of

Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-

possession (collectively, the "**Debtors**") in the above-referenced Chapter 11 cases (the "**Chapter

11 Cases**"), hereby files its second application ("the **Application**") pursuant to section 330(a)

and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the

Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy

Rules**"), for the interim allowance of compensation for professional services performed by

Analytic Focus, LLC for the period commencing January 1, 2013 through and including April 30, 2013 (the "**Second Interim Fee Period**"), and for reimbursement of its actual and necessary expenses incurred during the Second Interim Fee Period.   In support of their Application, Analytic Focus respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3.      The statutory predicate for the relief requested herein is sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Rule 2016-1 of the Local Bankruptcy Rules.

## SUMMARY OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

4.      This Application has been prepared in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on January 23, 2013 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 797] entered in these Chapter 11 Cases (the "**Interim Compensation Order**,") and together with the Local Guidelines and the UST Guidelines, (the "**Guidelines**").   Pursuant to the Guidelines, a certification of Adrian M. Cowan, PhD regarding compliance with the Guidelines is attached hereto as **Exhibit 1**.

- 2 -

5.    Analytic Focus seeks interim allowance of fees for professional services rendered during the Second Interim Fee Period in the aggregate amount of $14,135.00 (the "**Second Interim Fee**") and reimbursement of expenses incurred in connection with rendition of those services in the aggregate amount of $138.93 (the "**Second Interim Expenses**").

6.    During the Second Interim Period, Analytic Focus professionals and a paraprofessional expended a total of 65.20 hours for which compensation is requested.

7.    There is no agreement or understanding between Analytic Focus and any other person for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

8.    The fees charged by Analytic Focus in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures set forth in the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Analytic Focus, LLC as Consultant to the Committee, *Nunc Pro Tunc* to August 28, 2012 (the "**Application**") [Docket No. 1418].   These fees were agreed to in accordance with the engagement letter ("**Engagement Letter**") between Analytic Focus and the Committee dated September 6, 2012, which was attached to the Application.

9.    The rates Analytic Focus charges for the services rendered by its professionals and paraprofessionals in these Chapter 11 Cases are reasonable relative to the rates charged by Analytic Focus to non-bankruptcy clients and to the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy and bankruptcy cases in a competitive national market.

10.    Pursuant to the UST Guidelines, annexed hereto as **Exhibit 2** is a schedule setting forth a schedule of all Analytic Focus professionals and the paraprofessional who

- 3 -

performed services in these Chapter 11 Cases during the Second Interim Fee Period, the capacities in which such individuals are employed by Analytic Focus, the hourly billing rates charged by Analytic Focus for services performed by such individuals, and the aggregate number of hours expended and fees billed.

11.    Annexed hereto as **Exhibit 3** is a schedule specifying the expenses for which Analytic Focus is seeking reimbursement and the total amount for these expenses.  In addition, attached hereto as **Exhibit 4** is a copy of all of the expenses incurred during the Second Interim Fee Period.

12.    Pursuant to Section II.D of the UST Guidelines, annexed hereto as **Exhibit 5** is a summary of Analytic Focus's time billed during the Second Interim Fee Period.

13.    Annexed hereto as **Exhibit 6** is Analytic Focus's time detail by month for the Second Interim Fee Period.

## BACKGROUND

14.    On May 14, 2012 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

15.    On May 16, 2012, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed the Committee.  The United States Trustee selected the following nine parties to serve as members of the Committee: (i) Wilmington Trust, N.A.; (ii) Deutsche Bank Trust Company Americas; (iii) The Bank of New York Mellon Trust Company, N.A.; (iv) MBIA Insurance Corporation; (v) Rowena L. Drennen; (vi) AIG Asset Management (U.S.), LLC; (vii) U.S. Bank National Association; (viii) Allstate Life Insurance Company; and (ix) Financial Guaranty Insurance Corporation.

- 4 -

16.     On September 11, 2012, Analytic Focus filed the Application [Docket No. 1418].  On September 27, 2012, the Court entered the Order Approving Retention of Analytic Focus, LLC as Consultant to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 28, 2012 (the "**Retention Order**").

## ANALYTIC FOCUS FEE STATEMENTS

17.     Analytic Focus maintains computerized records of the time spent by all Analytic Focus professionals and paraprofessionals in connection with the representation of the Committee.  Analytic Focus submitted monthly fee statements (the "**Monthly Fee Statements**") to the Notice Parties (as that term is defined in the Interim Compensation Order) in the format specified by the UST Guidelines, allowing each of the Notice Parties an opportunity to review and object to the Monthly Fee Statements.[1]  During the Second Interim Fee Period, Analytic Focus provided the Notice Parties with the following Monthly Fee Statements:

- For January 1, 2013 through January 31, 2013 – fees of $5,902.00 and expenses of $0 (the "**January Statement Period**");

- For February 1, 2013 through February 28, 2013 – fees of $8,233.00 and expenses of $138.93 (the "**February Statement Period**");

- For March 1, 2013 through March 31, 2013 - there were no fees or expenses incurred during this time period.

- For April 1, 2013 through April 30, 2013 - there were no fees or expenses incurred during this time period.

18.     In total, Analytic Focus submitted Statements during the Second Interim Fee Period for fees of $14,135.00 and expenses of $138.93.

19.     In accordance with the Interim Compensation Order, Analytic Focus sought payment for 80% of fees and 100% of expenses incurred pursuant to each Statement. With respect to the January Statement Period, Analytic Focus received a payment of $4,721.60

---

[1] To date, Analytic Focus has not received any objections to its Monthly Fee Statements.

representing 80% of fees requested ($5,902.00) and 100% of expenses requested ($0). With respect to the February Statement Period, Analytic Focus received a payment of $6,725.33, representing 80% of fees requested ($8,233.00) and 100% of expenses requested ($138.93).

20.    In total, therefore, pursuant to this Application, Analytic Focus respectfully requests that the Court enter an order awarding Analytic Focus on an interim basis fees in an aggregate amount of $14,135.00, and the reimbursement of actual and necessary expenses Analytic Focus incurred during the Second Interim Fee Period in the aggregate amount of $138.93. Analytic Focus is requesting payment of the balance of its unpaid fees.

21.    To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Second Interim Fee Period but were not processed prior to the preparation of this Application, Analytic Focus reserves the right to request compensation for such services and reimbursement of such expenses in a future fee application.

## SUMMARY OF SERVICES RENDERED

22.    The services rendered by Analytic Focus during the Second Interim Fee Period are summarized below. The following summary is not a detailed description of the work performed, as the day-to-day services and the time expended in performing such services are fully set forth in **Exhibit 6**. Rather, in compliance with the UST Guidelines, the following summary highlights certain areas in which services were rendered to the Committee and identifies some of the issues to which Analytic Focus devoted significant time and effort during the Second Interim Fee Period.

A.    **Litigation Consulting**
(Fees: $14,135.00/Hours Billed: 65.20)

23.    All services performed by Analytic Focus fell within one matter category defined as litigation consulting. Analytic Focus utilized professionals and a paraprofessional to

perform quality control including identifying missing documents and loan files in support of the rebuttal of Sillman report for C. Morrow. Due to the nature of this project and the timeframe within which it was to be completed, Analytic Focus utilized numerous professionals to assist with reviewing and identifying such missing documents and loan files. During this time and in furtherance of these services, professionals with Analytic Focus also created and revised reports in regards to the missing documents and loan files and held conference calls with Committee counsel and the Committee's other experts (including professionals from San Marino Business Partners, Coherent Economics, and Moelis), in regards to C. Morrow's rebuttal of the Sillman report.

## STATEMENT OF ANALYTIC FOCUS

24.    The foregoing services performed by Analytic Focus were appropriate and necessary to the effective administration of these cases. They were in the best interests of creditors, the Debtors' estate and other parties-in-interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved. The services were performed in an appropriately expeditious and efficient manner.

25.    The services were performed by professional and a paraprofessional of Analytic Focus. Analytic Focus enjoys a national reputation for its expertise in providing expert witness and consulting services to law firms throughout the United States in the areas of statistics, database management, management consulting, economic and statistical research.

26.    The services performed by Analytic Focus as Consultant to the Official Committee of Unsecured Creditors during the Second Interim Fee Period required an aggregate expenditure of 65.20 recorded hours by Analytic Focus professionals and a paraprofessional. Of the aggregate time expended, 60.50 recorded hours were expended by professionals of Analytic

Focus and 4.70 recorded hours were expended by a paraprofessional.

27.    Analytic Focus's hourly billing rates for professionals and the paraprofessional working on these Chapter 11 Cases ranged from $95 to $425. Allowance of compensation in the amount requested will result in a blended hourly billing rate for professionals of approximately $226.26, and a total blended hourly billing rate (including the paraprofessional) of $216.80. Such fees are reasonable relative to the customary compensation received by Analytic Focus from non-bankruptcy clients and by comparably skilled practitioners in comparable bankruptcy cases in a competitive national market.[2]

### ACTUAL AND NECESSARY DISBURSEMENTS OF ANALYTIC FOCUS

28.    As set forth in **Exhibit 3** hereto, Analytic Focus has $138.93 as expenses incurred in providing shipping services during the Second Interim Fee Period. Analytic Focus incurred no other expenses during that time.

29.    Analytic Focus has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Committee.

### RELIEF REQUESTED

30.    Pursuant to the Interim Compensation Order, Analytic Focus is hereby requesting payment of 100% of its fees earned of $14,135.00, and 100% of its expenses incurred of $138.93, for a total of $14,273.93. Analytic Focus respectfully submits that the amount of compensation requested during the Second Interim Fee Period is reasonable considering the nature, extent and value of the professional services performed during the Chapter 11 Cases. The fees sought in this Application reflect an aggregate of 65.20 hours expended by Analytic

---

[2] As noted above, attached hereto as **Exhibit 2** is a schedule listing the hourly rate and the aggregate hours charged by Analytic Focus professionals and the paraprofessional who performed services during the First Interim Fee Period.

Focus professionals and a paraprofessional performing necessary services. Work was carefully assigned to appropriate professionals or the paraprofessional according to the experience and level of expertise required for each particular task and without unnecessary duplication. As discussed above, the rates charged by Analytic Focus for these services are reasonable relative to rates charged by Analytic Focus to non-bankruptcy clients and other professionals of comparable skill and competence. Analytic Focus has undertaken efforts to minimize costs to the Debtors' estates while ensuring that the Committee receives the highest quality representation.

31.     The services for which Analytic Focus seeks compensation in this Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the Committee and the Debtors' estates. The services rendered by Analytic Focus were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.

## NOTICE

32.     Pursuant to the Interim Compensation Order, notice of this Application has been given to the Notice Parties and the Committee submits that no other or further notice need be provided.

- 9 -

Pg 15 of 33

## **NO PRIOR REQUEST**

33.     No prior request for the relief sought in this Application has been made to this or any other court.

**WHEREFORE,** Analytic Focus respectfully requests that the Court enter an order (i) awarding Analytic Focus the interim allowance of (a) fees for the Second Interim Fee Period in the amount of $14,135.00, and (b) reimbursement for actual and necessary expenses Analytic Focus incurred during the Second Interim Fee Period in the amount of $138.93; (ii) authorizing and directing the Debtors to pay Analytic Focus all unpaid fees and expenses for the Second Interim Period; and (iii) granting such other relief as is just and proper.

Dated:  San Antonio, Texas
        August 7, 2013

                                    ANALYTIC FOCUS, LLC

                                      By: _____
                                      Adrian M. Cowan, PhD
                                      4939 DeZavala Road, Suite 105
                                      San Antonio, Texas  78249
                                      Telephone: (210) 641-2817
                                      Facsimile: (210) 641-9892

                                      *Consultant to the Official Committee*
                                      *of Unsecured Creditors*

## EXHIBIT 1

**Certification of Adrian M. Cowan, PhD**

ANALYTIC FOCUS LLC
Adrian M. Cowan
4939 DeZavala Road, Suite 105
San Antonio, Texas  78249
Telephone: (210) 641-2817
Facsimile: (210) 641-9892
*Consultant to the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | :  Chapter 11 |
| | : |
| Residential Capital, LLC, et al., | :  Case No. 12-12020 (MG) |
| | : |
| Debtors. | :  Jointly Administered |

------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS**
**FOR PROFESSIONALS IN RESPECT OF SECOND APPLICATION OF**
**ANALYTIC FOCUS LLC**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Adrian M. Cowan, hereby certify that:

1.      I am the operations member of Analytic Focus LLC ("**Analytic Focus**"),

consultant to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-

captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-

referenced chapter 11 cases (the "**Chapter 11 Cases**"). Analytic Focus submits this second

application for interim compensation in accordance with the Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by

the Court on January 23, 2013 (the "**Local Guidelines**"), the United States Trustee Guidelines

for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11

U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket

No. 797] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and together

with the Local Guidelines and UST Guidelines, the "**Guidelines**").

2.      This certification is made in respect of Analytic Focus's application, dated August 8, 2012 (the "**Application**"), for interim allowance of compensation for professional services and reimbursement of expenses for the period commencing January 1, 2013 through and including April 30, 2013 (the "**Second Interim Fee Period**") in accordance with the Guidelines.

3.      I am the professional designated by Analytic Focus with the responsibility for Analytic Focus's compliance in these cases with the Guidelines. I have read the Application and, to the best of my knowledge, information and belief formed after reasonable inquiry: (i) the fees and disbursements sought in the Application substantially comply with the Guidelines; (ii) the fees and disbursements sought are billed at or below the rates and in accordance with practices customarily employed by Analytic Focus and generally accepted by its clients; and (iii) in providing a reimbursable service, Analytic Focus does not make a profit on that service, whether the service is performed by Analytic Focus in-house or through a third-party.

4.      In respect of section A.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that Analytic Focus has complied with the provision requiring it to provide the appropriate notice parties, on a monthly basis, with a statement of Analytic Focus's fees and disbursements accrued during the previous month.

5.      A copy of the Application has been provided to the Debtors, the United States Trustee for the Southern District of New York and the Committee.

Dated:    San Antonio, Texas
          August 7, 2013

                                    Adrian M. Cowan, PhD

## EXHIBIT 2

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONAL

| Name of Individual | Title | Hourly Billing Rate | Totals Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ira Holt | Banking & Underwriting | $425.00 | 15.10 | $6,417.50 |
| Clare Cobb | Senior Underwriter | $185.00 | 8.70 | $1,609.50 |
| Donna Williamson | Senior Underwriter | $185.00 | 10.20 | $1,887.00 |
| Wendy Edwards | Senior Underwriter | $185.00 | 7.70 | $1,424.50 |
| Allen Hudson | Underwriter | $125.00 | 2.30 | $287.50 |
| Chad Tillman | Underwriter | $125.00 | 0.50 | $62.50 |
| Corey Owen | Underwriter | $125.00 | 2.90 | $362.50 |
| Deborah Conard | Underwriter | $125.00 | 0.80 | $100.00 |
| Jennifer Stinson | Underwriter | $125.00 | 0.50 | $62.50 |
| Lisa Powell | Underwriter | $125.00 | 0.40 | $50.00 |
| Phillip Freeman | Underwriter | $125.00 | 3.80 | $475.00 |
| Rhonda Whitfield | Underwriter | $125.00 | 3.90 | $487.50 |
| Teresa Wilson | Underwriter | $125.00 | 2.30 | $287.50 |
| Therese Dodgen | Underwriter | $125.00 | 1.40 | $175.00 |
| Nelda Turner | Operations Assistant | $95.00 | 4.70 | $446.50 |
| **Professionals Totals** | | | | |
| **Total Fees Incurred** | | | **65.20** | **$14,135.00** |

## EXHIBIT 3

### SUMMARY OF EXPENSES

| Expense Category | Amount |
|---|---|
| Shipping Charges – UPS | $138.93 |
| **Total** | **$138.93** |

## EXHIBIT 4

**DETAIL OF EXPENSES**

 **Shipment Receipt**

**Transaction Date:** 22 Feb 2013                    **Tracking Number:**        1Z6092E30291145386

┌─────────────────────────────────────────────────────────────────────────────────┐
| **1**  Address Information |
└─────────────────────────────────────────────────────────────────────────────────┘

| **Ship To:** | **Ship From:** | **Return Address:** |
|---|---|---|
| Kirkland & Ellis | Analytic Focus LLC | Analytic Focus LLC |
| Richard M. Cieri, Esq. | Chuck Cowan | Chuck Cowan |
| 601 Lexington Avenue | 4939 De Zavala Rd | 4939 De Zavala Rd |
| NEW YORK NY 100226026 | Ste 105 | Ste 105 |
| Telephone:210-641-2817 | San Antonio TX 78249 | SAN ANTONIO TX 78249 |
| | Telephone:210-641-2817 | Telephone:210-641-2817 |

┌─────────────────────────────────────────────────────────────────────────────────┐
| **2**  Package Information |
└─────────────────────────────────────────────────────────────────────────────────┘

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  1.0 lbs | UPS Letter | | Reference#1 - Kramer Levin statement |

┌─────────────────────────────────────────────────────────────────────────────────┐
| **3**  UPS Shipping Service and Shipping Options |
└─────────────────────────────────────────────────────────────────────────────────┘

| **Service:** | UPS 2nd Day Air | |
|---|---|---|
| **Guaranteed By:** | End of Day Tuesday, Feb 26, 2013 | |
| **Shipping Fees Subtotal:** | 21.99 USD | |
| Transportation | 19.90 USD | |
| Fuel Surcharge | 2.09 USD | |

Additional Shipping Options
Quantum View Notify E-mail Notifications:                                    No Charge
    1 l.garcia@analyticfocus.com:    Ship, Delivery

┌─────────────────────────────────────────────────────────────────────────────────┐
| **4**  Payment Information |
└─────────────────────────────────────────────────────────────────────────────────┘

| Bill Shipping Charges to: | Shipper's Account 6092E3 |
|---|---|
| **Daily rates were applied to this shipment** | |
| Total Charged: | 21.99 USD |

**Note: Your invoice may vary from the displayed reference rates.**
* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.
**Responsibility for Loss or Damage**
UPS's liability for loss or damage to each domestic package or international shipment is limited to $100. Unless a greater value is recorded in the declared value field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage above $100, the shipper must declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service at www.ups.com for UPS's liability limits, maximum declared values, and other terms of service. UPS does not accept for transportation and shippers are prohibited from shipping packages with a value of more than $50,000. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff/Terms and Conditions of Service (available at www.ups.com).



**Shipment Receipt**

**Transaction Date:** 22 Feb 2013                     **Tracking Number:**          1Z6092E30294336361

---

### 1 | Address Information

| | | |
|---|---|---|
| **Ship To:** | **Ship From:** | **Return Address:** |
| Kramer Levin Naftalis & Frankel LLP | Analytic Focus LLC | Analytic Focus LLC |
| Kenneth Eckstein, Esq. | Chuck Cowan | Chuck Cowan |
| 1177 Avenue of the Americas | 4939 De Zavala Rd | 4939 De Zavala Rd |
| NEW YORK NY 100362714 | Ste 105 | Ste 105 |
| Telephone:210-641-2817 | San Antonio TX 78249 | SAN ANTONIO TX 78249 |
| | Telephone:210-641-2817 | Telephone:210-641-2817 |

---

### 2 | Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | 1.0 lbs | UPS Letter | | Reference#1 - Kramer Levin statement |

---

### 3 | UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS 2nd Day Air |
| Guaranteed By: | End of Day Tuesday, Feb 26, 2013 |
| Shipping Fees Subtotal: | 21.99 USD |
|     Transportation | 19.90 USD |
|     Fuel Surcharge | 2.09 USD |

Additional Shipping Options

| | |
|---|---|
| Quantum View Notify E-mail Notifications: | No Charge |
|   1 l.garcia@analyticfocus.com:   Ship, Delivery | |

---

### 4 | Payment Information

| | |
|---|---|
| Bill Shipping Charges to: | American Express xxxxxxxxxxxx2002 |
| Associated shipper's account: | Shipper's Account 6092E3 |

**Daily rates were applied to this shipment**
**Total Charged:**                                                                          21.99 USD

---

**Note: Your invoice may vary from the displayed reference rates.**
\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.
**Responsibility for Loss or Damage**
UPS's liability for loss or damage to each domestic package or international shipment is limited to $100. Unless a greater value is recorded in the declared value field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage above $100, the shipper must declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service at www.ups.com for UPS's liability limits, maximum declared values, and other terms of service. UPS does not accept for transportation and shippers are prohibited from shipping packages with a value of more than $50,000. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff/Terms and Conditions of Service (available at www.ups.com).

 **Shipment Receipt**

**Transaction Date:** 22 Feb 2013                    **Tracking Number:**        1Z6092E30294568558

---

**1** Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Morrison & Foerster LLP | Analytic Focus LLC | Analytic Focus LLC |
| Larren M. Nashelsky, Esq | Chuck Cowan | Chuck Cowan |
| 1290 Avenue of the Americas | 4939 De Zavala Rd | 4939 De Zavala Rd |
| NEW YORK NY 101040001 | Ste 105 | Ste 105 |
| Telephone:210-641-2817 | San Antonio TX 78249 | SAN ANTONIO TX 78249 |
| | Telephone:210-641-2817 | Telephone:210-641-2817 |

---

**2** Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | 1.0 lbs | UPS Letter | | Reference#1 - Kramer Levin statement |

---

**3** UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS 2nd Day Air |
| Guaranteed By: | End of Day Tuesday, Feb 26, 2013 |
| Shipping Fees Subtotal: | **21.99 USD** |
| Transportation | 19.90 USD |
| Fuel Surcharge | 2.09 USD |

Additional Shipping Options
Quantum View Notify E-mail Notifications:                    No Charge
1 l.garcia@analyticfocus.com:   Ship, Delivery

---

**4** Pickup Information

Pickup Address
Analytic Focus LLC
Chuck Cowan
4939 De Zavala Rd
Ste 105
San Antonio TX 78249
Telephone:210-641-2817
**Earliest Pickup Time:**
2/22/2013 12:00 P.M.
**Latest Pickup Time:**
2/22/2013 4:00 P.M.
**Pickup Request Number:**
2921O2R99J1

| | |
|---|---|
| **Schedule a Pickup** | 6.50 USD |
| Fuel Surcharge | 0.49 USD |
| **Total Pickup Charges** | **6.99 USD** |

---

**5** Payment Information

| | |
|---|---|
| **Bill Shipping and Pickup Charges:** | American Express xxxxxxxxxxxx2002 |
| **Associated shipper's account:** | Shipper's Account 6092E3 |

| | |
|---|---|
| Subtotal Pickup Charges: | 6.99 USD |
| Subtotal Shipping Charges: | 21.99 USD |
| **Daily rates were applied to this shipment** | |
| **Total Charged:** | **28.98 USD** |

---

**Note: Your invoice may vary from the displayed reference rates.**
\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services
and 1-800-782-7892 for international services.
**Responsibility for Loss or Damage**
UPS's liability for loss or damage to each domestic package or international shipment is limited to $100. Unless a greater value is recorded in the declared value
field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a
reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage above $100, the shipper must
declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service at www.ups.com for UPS's liability limits, maximum

 **Shipment Receipt**

**Transaction Date:** 22 Feb 2013                    **Tracking Number:**        1Z6092E30294433970

### 1 | Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Office of the United States Trustee | Analytic Focus LLC | Analytic Focus LLC |
| Tracy Hope Davis, Esq | Chuck Cowan | Chuck Cowan |
| For the Southern District of NY | 4939 De Zavala Rd | 4939 De Zavala Rd |
| 33 Whitehall Street, 22nd Floor | Ste 105 | Ste 105 |
| NEW YORK NY 100042133 | San Antonio TX 78249 | SAN ANTONIO TX 78249 |
| Telephone:210-641-2817 | Telephone:210-641-2817 | Telephone:210-641-2817 |

### 2 | Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | 1.0 lbs | UPS Letter | | Reference#1 - Kramer Levin statement |

### 3 | UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS 2nd Day Air |
| Guaranteed By: | End of Day Tuesday, Feb 26, 2013 |
| Shipping Fees Subtotal: | **21.99 USD** |
| Transportation | 19.90 USD |
| Fuel Surcharge | 2.09 USD |

Additional Shipping Options
Quantum View Notify E-mail Notifications:                        No Charge
1 l.garcia@analyticfocus.com:   Ship, Delivery

### 4 | Payment Information

| Bill Shipping Charges to: | American Express xxxxxxxxxxxx2002 |
|---|---|
| Associated shipper's account: | Shipper's Account 6092E3 |

**Daily rates were applied to this shipment**
Total Charged:                                                              21.99 USD

**Note: Your invoice may vary from the displayed reference rates.**
* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.
**Responsibility for Loss or Damage**
UPS's liability for loss or damage to each domestic package or international shipment is limited to $100. Unless a greater value is recorded in the declared value field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage above $100, the shipper must declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service at www.ups.com for UPS's liability limits, maximum declared values, and other terms of service. UPS does not accept for transportation and shippers are prohibited from shipping packages with a value of more than $50,000. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff/Terms and Conditions of Service (available at www.ups.com).

UPS Internet Shipping: Shipment Receipt                                                                 Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 22 Feb 2013                          **Tracking Number:**        1Z6092E30290745604

**1  Address Information**

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Residential Capital LLC | Analytic Focus LLC | Analytic Focus LLC |
| Tammy Hamzehpour Esq. | Chuck Cowan | Chuck Cowan |
| 1100 Virginia Dr. | 4939 De Zavala Rd | 4939 De Zavala Rd |
| FORT WASHINGTON PA 190343204 | Ste 105 | Ste 105 |
| Telephone:210-641-2817 | San Antonio TX 78249 | SAN ANTONIO TX 78249 |
|  | Telephone:210-641-2817 | Telephone:210-641-2817 |

**2  Package Information**

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  1.0 lbs | UPS Letter |  | Reference#1 - Kramer Levin statement |

**3  UPS Shipping Service and Shipping Options**

| | |
|---|---|
| **Service:** | UPS 2nd Day Air |
| **Guaranteed By:** | End of Day Tuesday, Feb 26, 2013 |
| **Shipping Fees Subtotal:** | **21.99 USD** |
| Transportation | 19.90 USD |
| Fuel Surcharge | 2.09 USD |

Additional Shipping Options

Quantum View Notify E-mail Notifications:                          No Charge
        l.garcia@analyticfocus.com:    Ship, Delivery

**4  Payment Information**

| | |
|---|---|
| **Bill Shipping Charges to:** | American Express xxxxxxxxxxx2002 |
| **Associated shipper's account:** | Shipper's Account 6092E3 |

**Daily rates were applied to this shipment**
**Total Charged:**                                                                                      21.99 USD

**Note: Your invoice may vary from the displayed reference rates.**
* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.
**Responsibility for Loss or Damage**
UPS's liability for loss or damage to each domestic package or international shipment is limited to $100. Unless a greater value is recorded in the declared value field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage above $100, the shipper must declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service at www.ups.com for UPS's liability limits, maximum declared values, and other terms of service. UPS does not accept for transportation and shippers are prohibited from shipping packages with a value of more than $50,000. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff/Terms and Conditions of Service (available at www.ups.com).

UPS Internet Shipping: Shipment Receipt                                                                      Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 22 Feb 2013                    **Tracking Number:**        1Z6092E30290474595

---

### 1  Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Skadden,Arps,Slate,Meagher & Flom | Analytic Focus LLC | Analytic Focus LLC |
| Kenneth S. Ziman, Esq. | Chuck Cowan | Chuck Cowan |
| 4 Times Square | 4939 De Zavala Rd | 4939 De Zavala Rd |
| NEW YORK NY 100366515 | Ste 105 | Ste 105 |
| Telephone:210-641-2817 | San Antonio TX 78249 | SAN ANTONIO TX 78249 |
|  | Telephone:210-641-2817 | Telephone:210-641-2817 |

---

### 2  Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | 1.0 lbs | UPS Letter | | Reference#1 - Kramer Levin statement |

---

### 3  UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS 2nd Day Air |
| Guaranteed By: | End of Day Tuesday, Feb 26, 2013 |
| Shipping Fees Subtotal: | **21.99 USD** |
|    Transportation | 19.90 USD |
|    Fuel Surcharge | 2.09 USD |

Additional Shipping Options
Quantum View Notify E-mail Notifications:                    No Charge
  1 l.garcia@analyticfocus.com:   Ship, Delivery

---

### 4  Payment Information

| | |
|---|---|
| Bill Shipping Charges to: | American Express xxxxxxxxxxxx2002 |
| Associated shipper's account: | Shipper's Account 6092E3 |

**Daily rates were applied to this shipment**
Total Charged:                                                                            21.99 USD

---

**Note: Your invoice may vary from the displayed reference rates.**
* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.
**Responsibility for Loss or Damage**
UPS's liability for loss or damage to each domestic package or international shipment is limited to $100. Unless a greater value is recorded in the declared value field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage above $100, the shipper must declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service at www.ups.com for UPS's liability limits, maximum declared values, and other terms of service. UPS does not accept for transportation and shippers are prohibited from shipping packages with a value of more than $50,000. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff/Terms and Conditions of Service (available at www.ups.com).

**EXHIBIT 5**

**SUMMARY OF TIME**

| Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|
| Litigation Consulting-re-underwriting project | 65.20 | $14,135.00 |
| **Total Fees Incurred** | **65.20** | **$14,135.00** |

**EXHIBIT 6**

**DETAIL OF TIME BY MONTH**

| Employee | Date | Detailed Description | Hours | Rate | Amount |
|----------|------|---------------------|-------|------|--------|
| Ira Holt | 1/18/2013 | Review reply briefs filed by Kathy Patrick Group, AFI, and the debtors re: proposed RMBS settlement | 1.50 | $ 425.00 | $ 637.50 |
| Ira Holt | 1/21/2013 | Researching missing documents and loan files for C. Morrow in rebuttal of Sillman report | 1.00 | $ 425.00 | $ 425.00 |
| Ira Holt | 1/28/2013 | Assist with analysis of missing documents and loan files for rebuttal of Sillman report for C. Morrow | 1.30 | $ 425.00 | $ 552.50 |
| Ira Holt | 1/29/2013 | Conference call with A. Frankel of Coherent, P. Bentley of Kramer Levin Naftalis & Frankel LLC, R. Epstein and C. Morrow re: RMBS issues | 2.70 | $ 425.00 | $ 1,147.50 |
| | | | 6.50 | | $ 2,762.50 |
| | | | | | |
| Clare Cobb | 1/25/2013 | Assist with analysis of missing documents and loan files for rebuttal of Sillman report for C. Morrow | 0.90 | $ 185.00 | $ 166.50 |
| Clare Cobb | 1/31/2013 | Review of allocated portion (56 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 2.60 | $ 185.00 | $ 481.00 |
| | | | 3.50 | | $ 647.50 |
| | | | | | |
| Donna Williamson | 1/22/2013 | Assist with analysis of missing documents and loan files for rebuttal of Sillman report for C. Morrow | 1.50 | $ 185.00 | $ 277.50 |
| Donna Williamson | 1/23/2013 | Assist with analysis of missing documents and loan files for rebuttal of Sillman report for C. Morrow | 1.20 | $ 185.00 | $ 222.00 |
| Donna Williamson | 1/28/2013 | Review of allocated portion (65 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.90 | $ 185.00 | $ 166.50 |
| | | | 3.60 | | $ 666.00 |
| | | | | | |
| Wendy Edwards | 1/31/2013 | Review of allocated portion (57 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 1.30 | $ 185.00 | $ 240.50 |
| Wendy Edwards | 1/31/2013 | Continue analyzing review of allocated portion (57 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 1.30 | $ 185.00 | $ 240.50 |
| | | | 2.60 | | $ 481.00 |
| | | | | | |
| Allen Hudson | 1/31/2013 | Review of allocated portion (23 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 2.30 | $ 125.00 | $ 287.50 |
| | | | 2.30 | | $ 287.50 |
| | | | | | |
| Chad Tillman | 1/31/2013 | Review of allocated portion (35 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.50 | $ 125.00 | $ 62.50 |
| | | | 0.50 | | $ 62.50 |
| | | | | | |
| Corey Owen | 1/31/2013 | Review of allocated portion (40 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 2.40 | $ 125.00 | $ 300.00 |
| | | | 2.40 | | $ 300.00 |

| Name | Date | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| Deborah Conard | 1/31/2013 | Review of allocated portion (27 of 436 loan population) to identify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.80 | $ | 125.00 | $ | 100.00 |
| | | | 0.80 | | | $ | 100.00 |
| Jennifer Stinson | 1/31/2013 | Review of allocated portion (24 of 436 loan population) to identify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.50 | $ | 125.00 | $ | 62.50 |
| | | | 0.50 | | | $ | 62.50 |
| Phillip Freeman | 1/31/2013 | Review of allocated portion (33 of 436 loan population) to identify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.70 | $ | 125.00 | $ | 87.50 |
| | | | 0.70 | | | $ | 87.50 |
| Rhonda Whitfield | 1/31/2013 | Review of allocated portion (32 of 436 loan population) to identify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.70 | $ | 125.00 | $ | 87.50 |
| | | | 0.70 | | | $ | 87.50 |
| Teresa Wilson | 1/25/2013 | Assist with analysis of missing documents and loan files for rebuttal of Sillman report for C. Morrow | 0.20 | $ | 125.00 | $ | 25.00 |
| Teresa Wilson | 1/31/2013 | Review of allocated portion (25 of 436 loan population) to identify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 1.90 | $ | 125.00 | $ | 237.50 |
| | | | 2.10 | | | $ | 262.50 |
| Nelda Turner | 1/29/2013 | Creating loan assignments for senior underwriters and underwriters using token IDs regarding C. Morrow's rebuttal of Sillman report | 0.50 | $ | 95.00 | $ | 47.50 |
| Nelda Turner | 1/31/2013 | Sending spreadsheet to senior underwriters and underwriters to update missing doucments and loan files regarding C. Morrow's rebuttal of Sillman report | 0.50 | $ | 95.00 | $ | 47.50 |
| | | | 1.00 | | | $ | 95.00 |
| | | Totals | 27.20 | | | $ | 5,902.00 |

| Employee | Date | Detailed Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ira Holt | 2/7/2013 | Creating report based on missing documents and loan files in preparation for rebuttal for C. Morrow report and analysis | 1.60 | $ 425.00 | $ 680.00 |
| Ira Holt | 2/8/2013 | Conference call with A. Frankel of Coherent, P. Bentley of Kramer Levin Naftalis & Frankel LLC, R. Epstein and C. Morrow re: RMBS issues and RMBS trial | 1.70 | $ 425.00 | $ 722.50 |
| Ira Holt | 2/11/2013 | Revisions to draft report based on missing documents and loan files in regards to rebuttal for C. Morrow report analysis | 1.50 | $ 425.00 | $ 637.50 |
| Ira Holt | 2/12/2013 | Conference call with A. Frankel of Coherent, P. Bentley of Kramer Levin Naftalis & Frankel LLC, R. Epstein and C. Morrow re: RMBS issues and RMBS trial | 3.80 | $ 425.00 | $ 1,615.00 |
| | | | 8.60 | | $ 3,655.00 |
| Clare Cobb | 2/1/2013 | Review of allocated portion (56 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 4.20 | $ 185.00 | $ 777.00 |
| Clare Cobb | 2/1/2013 | Continue analyzing review of allocated portion (56 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 1.00 | $ 185.00 | $ 185.00 |
| | | | 5.20 | | $ 962.00 |
| Donna Williamson | 2/1/2013 | Review of allocated portion (65 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 3.20 | $ 185.00 | $ 592.00 |
| Donna Williamson | 2/4/2013 | Review of allocated portion (65 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.10 | $ 185.00 | $ 18.50 |
| Donna Williamson | 2/4/2013 | Continue analyzing review of allocated portion (65 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.10 | $ 185.00 | $ 18.50 |
| Donna Williamson | 2/12/2013 | Review of allocated portion (65 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.40 | $ 185.00 | $ 74.00 |
| Donna Williamson | 2/12/2013 | Continue analyzing review of allocated portion (65 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 2.70 | $ 185.00 | $ 499.50 |
| Donna Williamson | 2/19/2013 | Review of allocated portion (65 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.10 | $ 185.00 | $ 18.50 |
| | | | 6.60 | | $ 1,221.00 |
| Wendy Edwards | 2/1/2013 | Review of allocated portion (57 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 2.20 | $ 185.00 | $ 407.00 |
| Wendy Edwards | 2/1/2013 | Continue analyzing review of allocated portion (57 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 2.00 | $ 185.00 | $ 370.00 |
| Wendy Edwards | 2/4/2013 | Review of allocated portion (57 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.20 | $ 185.00 | $ 37.00 |
| Wendy Edwards | 2/4/2013 | Continue analyzing review of allocated portion (57 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.70 | $ 185.00 | $ 129.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 5.10 | | | $ | 943.50 |
| Corey Owen | 2/1/2013 | Review of allocated portion (40 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.50 | $ | 125.00 | $ | 62.50 |
| | | | 0.50 | | | $ | 62.50 |
| Lisa Powell | 2/1/2013 | Review of allocated portion (11 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.40 | $ | 125.00 | $ | 50.00 |
| | | | 0.40 | | | $ | 50.00 |
| Phillip Freeman | 2/1/2013 | Review of allocated portion (33 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 1.10 | $ | 125.00 | $ | 137.50 |
| Phillip Freeman | 2/1/2013 | Continue analyzing review of allocated portion (33 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.30 | $ | 125.00 | $ | 37.50 |
| Phillip Freeman | 2/12/2013 | Review of allocated portion (33 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.20 | $ | 125.00 | $ | 25.00 |
| Phillip Freeman | 2/12/2013 | Continue analyzing review of allocated portion (33 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 1.50 | $ | 125.00 | $ | 187.50 |
| | | | 3.10 | | | $ | 387.50 |
| Rhonda Whitfield | 2/1/2013 | Review of allocated portion (32 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 3.20 | $ | 125.00 | $ | 400.00 |
| | | | 3.20 | | | $ | 400.00 |
| Teresa Wilson | 2/4/2013 | Review of allocated portion (25 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 0.20 | $ | 125.00 | $ | 25.00 |
| | | | 0.20 | | | $ | 25.00 |
| Therese Dodgen | 2/1/2013 | Review of allocated portion (8 of 436 loan population) to indentify missing documents and loan files regarding C. Morrow's rebuttal of Sillman report | 1.40 | $ | 125.00 | $ | 175.00 |
| | | | 1.40 | | | $ | 175.00 |
| Nelda Turner | 2/1/2013 | Creating master spreadsheet with responses from senior underwriters and underwriters on missing documents and loan files for I. Holt's report and analysis | 0.80 | $ | 95.00 | $ | 76.00 |
| Nelda Turner | 2/4/2013 | Updating final spreadsheet with responses from senior underwriters and underwriters on missing documents and loan files for I. Holt's report and analysis | 2.90 | $ | 95.00 | $ | 275.50 |
| | | | 3.70 | | | $ | 351.50 |
| | | Totals | 38.00 | | | $ | 8,233.00 |