**Hearing Date and Time:** September 11, 2013
**Objection Deadline:** August 21, 2013

SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011
Telephone: 626-833-9978
Facsimile: 213-416-9945
Bradford Cornell

*Consultant to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No.12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**SECOND INTERIM APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC**
**AS CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

# Second Interim Application

| | |
|---|---|
| **Applicant:** | San Marino Business Partners LLC |
| **Authorized to Provide Professional Services to:** | Official Committee of Unsecured Creditors |
| **Date of Retention:** | August 11, 2012 |
| **Period for which Compensation and Reimbursement is sought:** | January 1, 2013 through April 30, 2013 |
| **Amount of Compensation Sought as Actual, Reasonable, and Necessary:** | $43,342.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary** | $73.32 |

Please see Invoice Summary on the following page

SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011

## SECOND INTERIM FEE APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC
### (For the Period from January 1, 2013 through April 30, 2013)

## Invoice: SMBP062-RC

**Date Submitted:** August 7, 2013

| Date Filed | Invoice No | Compensation Period | Requested Fees | 80% Fees Paid | Requested Expenses | Expenses Paid | 20% Fee Holdback |
|---|---|---|---|---|---|---|---|
| 3/14/2013 | SMBP057-RC | 1/1/2013 - 1/31/2013 | 10,040.00 | 8,032.00 | 0.00 | 0.00 | 2,008.00 |
| 3/28/2013 | SMBP058-RC | 2/1/2012 - 2/28/2012 | 22,442.50 | 17,954.00 | 0.00 | 0.00 | 4,488.50 |
| 5/11/2013 | SMBP059-RC | 3/1/2013 - 3/31/2013 | 9,372.50 | 7,498.00 | 73.32 | 73.32 | 1,874.50 |
| 6/25/2013 | SMBP060-RC | 4/1/2013 - 4/30/2013 | 487.50 | 390.00 | 0.00 | 0.00 | 97.50 |
| | | **TOTALS** | 42,342.50 | 33,874.00 | 73.32 | 73.32 | 8,468.50 |

**Amount Due:**        **$8,468.50**

## TIMEKEEPERS SUMMARY - SAN MARINO BUSINESS PARTNERS LLC

**(For the Period from January 1, 2013 through April 30, 2013)**

| Name of Timekeeper | Job Title | Hourly Rate | Hours Billed | Total | |
|---|---|---|---|---|---|
| Bradford Cornell | Managing Director, Expert | 975.00 | 28.90 | 28,177.50 | |
| Bradford Cornell | Managing Director, Expert | 487.50 | 0.00 | 0.00 | * |
| Ed Bergstrom | Controller | 400.00 | 35.10 | 14,040.00 | |
| Andrew Cornell | Vice President | 250.00 | 0.50 | 125.00 | |
| | **TOTALS FOR PERIOD** | | 64.50 | 42,342.50 | |
| | **BLENDED HOURLY RATE** | 656.47 | | | |

*Non-working travel rate*

## PROJECT CATEGORIES:

**(For the Period from January 1, 2013 through April 30, 2013)**

| Category | | Description | Hours Billed | Total |
|---|---|---|---|---|
| 1 | | RMBS Analysis | 28.60 | 28,010.00 |
| 2 | | Retention/Fee Applications | 35.90 | 14,332.50 |
| 3 | | Non-Working Travel | 0.00 | 0.00 |
| | | **TOTALS FOR PERIOD** | 64.50 | 42,342.50 |

SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011
Telephone: 626-833-9978
Facsimile: 213-416-9945
Bradford Cornell

*Consultant to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No.12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**SECOND INTERIM APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC**
**AS CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE PERIOD <u>JANUARY 1, 2013 THROUGH APRIL 30, 2013</u>**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

For its second interim application for compensation and reimbursement of expenses ("the

**Application"**) for the period January 1, 2013 through April 30, 2013 (the **"Application**

**Period"**), San Marino Business Partners LLC (**"Applicant"**), as consultant and expert witness

to the Official Committee of Unsecured Creditors  (the **"Committee"**) for evaluating for the

proposed settlement of the Debtors' RMBS liabilities,  respectfully represents as follows:

## JURISDICTION, VENUE AND STATUTORY PREDICATES

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of

this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and

1409.

2.      The statutory bases for the relief requested herein are sections 330, 331, and 1103

of Title 11 of the United States Code (the **"Bankruptcy Code"**), Rule 2016 of the Federal Rules

of Bankruptcy Procedure (the **"Bankruptcy Rules"),** and Rule 2016-1 of the Local rules for the

United States Bankruptcy Court for the Southern District of New York (the **"Local Rules"**).

This Application has been prepared in accordance with the Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases, adopted

by the Court on January 23, 2013 (the **"Local Guidelines"**), the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330 effective January 30, 1996 (the **"UST Guidelines"** and, together with the

Local Guidelines, the **"Guidelines"**).  Pursuant to the Guidelines, a certification regarding

compliance with the Guidelines is attached hereto as Exhibit 1.


## BACKGROUND

**A.**      **The Chapter 11 Cases**

3.      On May 14, 2012 (the **"Petition Date"**), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code

sections 1107(a) and 1108. These cases are being jointly administered pursuant to Bankruptcy

Rule 1015(b). No trustee has been appointed in these Chapter 11 cases.

4.    On May 16, 2012, the United States Trustee for the Southern District of New

York (the **"U.S. Trustee"**) appointed a nine member official committee of unsecured creditors

(the "Creditors' Committee.)

5.    On June 20, 2012, the Court directed than an examiner be appointed, and on July

3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].


**B.**    **Applicant's Retention and Interim Compensation**

6.    On July 17, 2012, the Court entered the Order *Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals* (the **"Interim**

**Compensation Order"**) [Docket No. 797]. Pursuant to the terms of the Interim Compensation

Order, Applicant, among others, is authorized to file and submit monthly fee applications to the

Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally Financial Inc.,

counsel for Barclays Bank PLC, and the United States Trustee (collectively, the **"Notice**

**Parties"**).

7.    On August 27, 2012, the Committee applied for entry of an order authorizing it to

retain  San Marino Business Partners LLC ("SMBP") as consultant and possible expert witness

for the Committee.

8.    On September 13, 2012, the Court entered the *"Order Approving Retention of San*

*Marino Business Partners LLC as Consultant to the Official Committee of Unsecured Creditors,*

*NUNC PRO TUNC to August 11, 2012* [Docket No. 1433].

**C.     Statements submitted under the Second Interim Fee Application Period from January 1, 2013 through April 30, 2013**

9.     On March 14, 2013, Applicant served its monthly fee statement covering the period from January 1, 2013 through January 31, 2013 (the **"January Monthly Fee Statement"**) on the Notice Parties.  On March 28, 2013, Applicant served its seventh monthly fee statement covering the period from February 1, 2013 through February 28, 2013 (the **"February Monthly Fee Statement"**) on the Notice Parties.  On May 11, 2013, Applicant served its monthly fee statement covering the period from March 1, 2013 through March 31, 2013 (the **"March Monthly Fee Statement"**) on the Notice Parties.  On June 25, 2013, Applicant served its monthly fee statement covering the period from April 1, 2013  through April 30, 2013 (the **"April Monthly Fee Statement"**) on the Notice Parties.

10.     The total payments received as of the date hereof are equal to: (i) 80% of requested compensation (Fees) from the January, February, March, and April Monthly Fee Statements and (ii) 100% of requested expenses from the Monthly Fee Statements.  Specifically, to date, Applicant has received payments totaling $33,947.32, representing $33,874.00 in fees and $73.32 in expenses.

11.     Applicant maintains computerized records of the time expended in the performance of its professional services required by Committee. These records are maintained in the ordinary course of the Applicant's practice.

12.     Applicant also maintains computerized records, along with original receipts, of all expenses incurred in connection with its performance of professional services required by the Committee.

13.     For the convenience of this Court, the following documents are attached within Exhibit 2:

      a.     Second Interim Fee Application Invoice Number SMBP062-RC

      a.     Project Categories  for Aggregating Employee Hours

b.   Employee Codes/Full Names

c.   Copies of Applicant's computerized records of fees and expenses in the
format specified by the Guidelines which have been served on the Notice
Parties with each of the four Monthly Fee Statements

14.   There is no agreement or understanding between Applicant and any other person
or entity for the sharing of compensation to be received for services rendered in the Chapter 11
cases.

15.   The Monthly Fee Applications submitted by Applicant are subject to a 20%
holdback imposed by the Court on the allowance of fees.  The aggregate amount of Applicant's
holdback during the Application Period is $8,468.50.  Applicant respectfully requests, in
connection with the relief requested herein, that the Court allow this holdback amount on an
interim basis pursuant to § 330 and § 331 of the Bankruptcy Code and authorize the Debtors to
pay such amounts.

**D.   Description of Services and Expenses and Relief Requested**

16.   In general, Applicant has represented the Official Committee of Unsecured
Creditors in connection with the issue of assessing the fairness of a proposed $8.7 billion RMBS
settlement agreement in the Chapter 11 cases.  More specifically, the Applicant has performed
the following tasks:

**1.   RMBS Analysis:**
(Fee: $28,010.00/Hours Billed: 28.60;  Expenses: $73.32)

17.   In connection with the Applicant's analysis of the proposed RMBS Settlement,
the Applicant performed the following services, among others:

(a)   Reviewed legal filings related to the case and the RMBS Settlement.

(b)   Reviewed expert reports and replies related to the proposed RMBS
Settlement.

(c)    Met extensively with counsel for the unsecured creditors committee both on the phone and in person.

(d)    Worked with Coherent Economics to develop an economic model to assess the damages associated with alleged breaches of representations of and warranties.

(e)    Reviewed economic literature related to the financial crisis and its impact on the mortgage market.

(f)    Traveled to New York to make a presentation to the Committee on my initial damage analysis.

(g)    Prepared critiques of opposing expert reports and discussed them with counsel for the committee.

(h)    With support for Coherent Economics,  prepared a detailed expert damage report that included a statistical analysis of loan reunderwriting.

(i)    Prepared direct testimony in preparation for the trial on the motion seeking approval of the RMBS Settlement that summarized and extended my expert report.

**2.    Retention/Fee Application:**
(Fee: $14,332.50/Hours Billed: 35.90)

18.    During the Application Period, Applicant spent time preparing fee applications, monthly statements, as well as the First Interim Fee Application to be provided to the Notice Parties (as defined in the Interim Compensation Order.   Please note that although Applicant spent 15.10 hours and incurred $6,040.00 in fees in April 2013 preparing a complete response to the fee objections raised by the Trustee to SMBP LLC's First Interim Fee Application, none of these hours were billed to the Court.

19.    The descriptions above of services rendered by Applicant are not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 cases.  The time records, aggregated by month and by Project Category within each month, present more completely the work performed by the Applicant during the Application Period.

20.    As requested by the Court, Applicant has billed all flights at less than or equal to the coach rate.    Expenses for each meal were capped at $20.00.

## CONCLUSION

22.    Applicant believes that the services rendered during the Application Period on behalf of the Committee were reasonable and necessary within the meaning of §330 of the Bankruptcy Code.  Further, the fees and expenses that have been submitted by the Applicant were actual and necessary to the performance of Applicant's services.

23.    Applicant therefore requests and order (i) approving interim compensation of fees in the amount of $42,342.50 and interim reimbursement of expenses in the amount of $73.32, (ii) directing payment of all compensation held back ($8,468.50) in connection with the Monthly Fee Statements, and (iii) granting such other and further relief as may be just and proper.


Respectfully submitted,



Bradford Cornell
SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011
Telephone: 626-833-9978
Facsimile: 213-416-9945


August 7, 2013
Date

# EXHIBIT 1

*Consultant to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No.12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors | ) | Jointly Administered |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR
PROFESSIONAL SERVICES RELATING TO THE SECOND INTERIM
APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC AS CONSULTANT TO
THE OFFICAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
<u>FROM JANUARY 1, 2013 THROUGH APRIL 30, 2013</u>**

I, Bradford Cornell, hereby certify that:

      1.     I am the Sole Member and Managing Director of the applicant firm, San Marino

Business Partners (the **"Firm"**), which serves as a Consultant to the Official Committee of

Unsecured Credits in evaluating the Proposed Settlement of the Debtors' RMBS Liabilities.  In

my role as consultant, I also serve as an expert witness.

      2.     This certification is made in respect to the Firm's compliance with the Amended

Guidelines for Fees and Disbursements for Professionals in Southern District Bankruptcy Cases,

Administrative Order M-389, adopted by the Court on December 21, 2010 (the **"Local**

**Guidelines"**),  the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Files Under 11 U.S.C. § 330, adopted on

January 1996 (the **"UST Guidelines"**) and the Order to Establish Procedures for Interim

Monthly Compensation and Reimbursement of Expenses of Professional (the "Interim

1 | P a g e

Compensation Order") [Docket 172], and collectively with the Local Guidelines and UST

Guidelines, in connections with the Firm's application, dated August 7, 2013 (the "Application"),

for interim compensation and reimbursement of expenses for the period commencing January 1,

2013 through April 30, 2013, in accordance with the Guidelines.

3.    In accordance with Section B.1 of the Local Guidelines, I certify that:

(a)    I have read and reviewed the Application;

(b)    to the best of my knowledge, the fees and expenses fall within the
Guidelines and are billed at rates in accordance with the Firm's customary
practices and generally accepted by the Firm's clients;

(c)    the Firm did not make a profit on any of the reimbursable expenses,
whether performed by the Firm in-house or by or through a third party.

4.    In respect to Section A.2 of the Local Guidelines and with the requirements of the

Interim Compensation Order, I certify that the Firm has complied with the provisions requiring it

to provide the Unites States Trustee for the Southern District of New York and the Debtors and

their attorneys and has provided them with monthly statements of the Firm's fees and expenses

for of the four months (January 2013 ; February 2013; March 2013; and April 2013) of the

Second Interim Fee Application period.

5.    Further, in respect A. 3 of the Local Guidelines, I certify that each of the Debtors,

their attorneys, and the United States Trustee for the Southern District of New York is being

provided a copy, of this Application.

Respectfully submitted,


Dated:  Pasadena, California
        August 7, 2013

                                    SAN MARINO BUSINESS PARTNERS LLC

                                    By: _____
                                        Bradford Cornell
                                        607 Foxwood Road
                                        La Cañada, CA  91011
                                        Telephone: 626-833-9978
                                        Facsimile: 213-416-9945

,

# EXHIBIT 2

# SAN MARINO BUSINESS PARTNERS LLC

Second Interim Fee Application
(January 1, 2013 through April 30, 2013)

## JANUARY 2013 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: JANUARY 2013 - INVOICE: SMPB057-RC**

### CATEGORY 1: RMBS Expert Analysis

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Mon, Jan 7 | BC | Review transcript from Cornell deposition (1.20), Note edits to same (0.20) | 1.40 | 975 | 1,365.00 |
| Wed, Jan 16 | BC | Review new Sillman report and related replies in support of RMBS settlement (3.00), Correspondence w/Coherent (A. Frankel and R. Epstein) and P. Bentley re: Sillman report (0.20) | 3.20 | 975 | 3,120.00 |
| Wed, Jan 16 | AC | Organize RMBS documents and prepare binders re: RMBS analysis (0.50) | 0.50 | 250 | 125.00 |
| Thu, Jan 17 | BC | Correspondence w/ A. Frankel and R. Epstein and P. Bentley re: Cornell and Sillman expert reports (0.20) | 0.20 | 975 | 195.00 |
| Fri, Jan 18 | BC | Conf. call w/ P. Bentley and A. Frankel/R. Epstein re: recent bankruptcy pleadings re: RMBS Settlement (0.70) | 0.70 | 975 | 682.50 |
| Thu, Jan 31 | BC | Execute deposition correction sheet (0.20), Conf. call w/ P. Bentley, R. Epstein and A. Frankel re: response to other expert depositions (0.90), Rev. Greene deposition transcript (1.30) | 2.40 | 975 | 2,340.00 |
| | | **TOTALS** | **8.40** | | **7,827.50** |

### CATEGORY 2: Retention/Fee Applications

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Tue, Jan 15 | EB | Meet with B. Cornell re: billing issues (0.30) | 0.30 | 400 | 120.00 |
| Tue, Jan 15 | BC | Meet w/ E. Bergstrom re: billing status (0.30) | 0.30 | 975 | 292.50 |
| Fri, Jan 18 | EB | Correspondence with R. Ringer re: 1st Interim Fee Application (0.20); Prepare draft of Dec 2012 Invoice for R. Ringer review (2.6) | 2.80 | 400 | 1,120.00 |
| Mon, Jan 28 | EB | Review Project Category Groupings from R. Ringer (0.20), Revise December 2012 Invoice (0.90), email to R. Ringer re: same (0.20) | 1.30 | 400 | 520.00 |
| Tue, Jan 29 | EB | Call with R. Ringer about billing issues and First Interim Fee application | 0.40 | 400 | 160.00 |
| | | **TOTALS** | **5.10** | | **2,212.50** |
| | | **GRAND TOTAL JANUARY 2013** | **13.50** | | **10,040.00** |

BC: Brad Cornell; AC: Andrew Cornell; EB: Ed Bergstrom

# SAN MARINO BUSINESS PARTNERS LLC

### Second Interim Fee Application
### (January 1, 2013 through April 30, 2013)

## FEBRUARY 2013 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: FEBRUARY 2013 - INVOICE: SMP8058-RC**

**CATEGORY 1: RMBS Expert Analysis**

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Wed, Feb 6 | BC | Review Official Committee objection to proposed RMBS settlement (1.20) | 1.20 | 975 | 1,170.00 |
| Thu, Feb 7 | BC | Review Assured Decision by Judge Rakoff for analysis of RMBS settlement issues (1.00) | 1.00 | 975 | 975.00 |
| Fri, Feb 8 | BC | Conf. call w/ P. Bentley, R. Epstein, A. Frankel and others re: loan reunderwriting issues (1.00) | 1.00 | 975 | 975.00 |
| Mon, Feb 11 | BC | Call w/ A. Frankel re: loan reunderwriting issues (0.40) | 0.40 | 975 | 390.00 |
| Thu, Feb 14 | BC | Correspondence w. A. Frankel and C. Morrow re: rebuttal expert reports for RMBS trial (0.10) | 0.10 | 975 | 97.50 |
| Fri, Feb 15 | BC | Correspondence w. Alan Frankel and Chip Morrow re: rebuttal expert reports for RMBS trial (0.20) | 0.20 | 975 | 195.00 |
| Sat, Feb 16 | BC | Analyze direct testimony, in opposition to RMBS settlement for RMBS trial (2.00) | 2.00 | 975 | 1,950.00 |
| Sun, Feb 17 | BC | Draft portions of supplemental expert report re: proposed  supplemental report (0.60) | 0.60 | 975 | 585.00 |
| Mon, Feb 18 | BC | Conference call w/ P. Bentley, R. Epstein, A. Frank re: supplemental report and direct testimony (0.90), Analyze direct testimony, in opposition to RMBS settlement for RMBS trial (2.00) | 2.90 | 975 | 2,827.50 |
| Tue, Feb 19 | BC | Prepare for and attend conference call w/ A. Frankel and R. Epstein re direct testimony and expert report (0.90), Review supplemental Silman declaration (0.20), Correspondence w/ P. Bentley re: same (0.10) | 1.20 | 975 | 1,170.00 |
| Wed, Feb 20 | BC | Call with R. Epstein re: damages analysis (0.50), Work on but-for-damages model, isolating losses but-for: the failure of defendants alleged representations from the but-for damages from the financial crisis (1.00), Review new Sillman document production (0.50) | 2.00 | 975 | 1,950.00 |
| Thu, Feb 21 | BC | Analyze direct testimony in opposition to RMBS settlement, for RMBS trial (1.00), Conv. w/ R. Epstein, A. Frankel and P. Bentley re direct testimony (0.80), Correspondence w/A. Frankel re: same (0.10) | 1.90 | 975 | 1,852.50 |
| Mon, Feb 25 | BC | Analyze direct testimony in opposition to RMBS settlement, for RMBS trial (0.50), Conv. w/ A. Frankel re direct (0.10), Correspondence w/ A. Frankel re direct | 0.70 | 975 | 682.50 |
| Wed, Feb 27 | BC | Review new materials from P. Bentley re: allocation of potential settlement funds (0.30), Correspondence w/ A. Frankel re: testimony (0.10), Conversation w./ Phil Bentley re: hearing date and testimony (0.20), Review and comment on latest draft of direct testimony (0.60) | 1.20 | 975 | 1,170.00 |
| Thu, Feb 28 | BC | Prepare for call (and attend conference call w/ A. Frankel and B. Bentley re: direct testimony (0.70), Continue with review and comment on direct testimony for RMBS trial (1.00) | 1.70 | 975 | 1,657.50 |
| **TOTAL CATEGORY 1:** | | | **18.10** | | **17,647.50** |

1

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: FEBRUARY 2013 - INVOICE: SMPB058-RC**

### CATEGORY 2: Retention/Fee Applications

| Date | | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2013 | BC | Meet w/ Ed Bergstrom re: billing issues and project grouping (0.20) | 0.20 | 975 | 195.00 |
| 2/1/2013 | EB | Meet with B. Cornell re: Project Grouping and invoicing for ResCap (.20); Revise December Invoice and add breakdown by Project Grouping (1.90), Finalize Dec. 2012 invoices and send, via certified mail (0.80) | 2.70 | 400 | 1,080.00 |
| 2/20/2013 | EB | Prepare and categorize August through November 2012 billing for inclusion in the First Interim Fee Application (3.80) | 3.80 | 400 | 1,520.00 |
| 2/27/2013 | EB | Draft First Interim Fee Application (2.0) | 2.00 | 400 | 800.00 |
| 2/28/2013 | EB | Continue with Draft of First Interim Fee Application (3.0) | 3.00 | 400 | 1,200.00 |
| | | **TOTAL CATEGORY 2:** | **11.70** | | **4,795.00** |
| | | | | | |
| | | **BC: Brad Cornell; AC: Andrew Cornell; EB: Ed Bergstrom** | | | |
| | | **GRAND TOTAL FEBRUARY 2013:** | **29.80** | | **22,442.50** |

2

# SAN MARINO BUSINESS PARTNERS LLC

## Second Interim Fee Application
### (January 1, 2013 through April 30, 2013)

## MARCH 2013 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: MARCH 2013 - INVOICE: SMPB059-RC**

**CATEGORY 1: RMBS Expert Analysis**

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 3/4/2013 | BC | Review 2nd circuit decision related to mortgages for RBMS settlement analysis (0.80) | 0.80 | 975 | 780.00 |
| 3/22/2013 | BC | Review new report from C. Morrow re: reunderwriting analysis for RMBS litigation (0.80) | 0.80 | 975 | 780.00 |
| | | **TOTAL CATEGORY 1:** | **1.60** | | **1,560.00** |

**CATEGORY 2: Retention/Fee Applications**

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 3/1/2013 | EB | Draft First Interim Fee Application (FIFA) (1.50); Draft Jan 2013 Invoice for R. Ringer review (1.00) | 2.50 | 400 | 1,000.00 |
| 3/2/2013 | EB | Email draft of FIFA for R. Ringer review and comments (0.80) | 0.80 | 400 | 320.00 |
| 3/8/2013 | EB | Calls with R. Ringer re: Interim Fee Application (.50); Follow up email to R. Ringer re: Fee Application (.40) | 0.90 | 400 | 360.00 |
| 3/10/2013 | EB | Per R. Ringer, incorporate revisions to FIFA application (1.10), certification (0.90), and supporting documents (0.70) | 2.70 | 400 | 1,080.00 |
| 3/11/2013 | EB | Revise and re-organize all timesheets by timekeeper and project category (0.70); Revise FIFA (1.70); Scan and email FIFA to R. Ringer (0.50). | 2.90 | 400 | 1,160.00 |
| 3/12/2013 | EB | Email to R. Ringer re: documents for FIFA (0.30). | 0.30 | 400 | 120.00 |
| 3/13/2013 | EB | Call with R. Ringer re: additional FIFA edits (.40); Incorporate edits and finalize FIFA (2.00); Meet with B. Cornell re: changes to and final signoff on FIFA (0.30); Scan and email executed FIFA to R. Ringer (0.50) | 3.20 | 400 | 1,280.00 |
| 3/13/2013 | BC | Meet w/ E. Bergstrom re: final FIFA signoff (0.30) | 0.30 | 975 | 292.50 |
| 3/14/2013 | EB | Finalize and Jan. 2013 invoice (1.00); Prepare and send  via certified mail  to 6 parties (0.60); scan and email Jan 2013 invoice to E. Richards at MoFo (0.30) | 1.90 | 400 | 760.00 |
| 3/21/2013 | EB | Prepare draft of Feb. 2013 Fee Statement for review by R. Ringer (1.20) | 1.20 | 400 | 480.00 |
| 3/26/2013 | EB | Incorporate R. Ringer edits into Feb 2013 invoice (.20) | 0.20 | 400 | 80.00 |
| 3/28/2013 | EB | Finalize Feb 2013 Invoice (1.40): prepare certified mailing to 6 parties (0.60); scan and email Feb invoice to E. Richards at MoFo (0.20) | 2.20 | 400 | 880.00 |
| | | **TOTAL CATEGORY 2:** | **19.10** | | **7,812.50** |
| | | **GRAND TOTAL MARCH 2013:** | **20.70** | | **9,372.50** |

**BC:** Brad Cornell; **AC:** Andrew Cornell; **EB:** Ed Bergstrom

1

# SAN MARINO BUSINESS PARTNERS LLC

## Second Interim Fee Application
### (January 1, 2013 through April 30, 2013)

## APRIL 2013 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: APRIL 2013 - INVOICE: SMPB060-RC**

**CATEGORY 1: RMBS Expert Analysis**

| Date | Name | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 4/17/2013 | BC | Conversation with A. Frankel re: possible edits to B. Cornell RMBS direct testimony (.30), discussion with P. Bentley re: hearing preparation for RMBS trial (.20) | 0.50 | 975 | 487.50 |
| | | **TOTAL CATEGORY 1:** | 0.50 | | 487.50 |
| | | | | | |
| | | **GRAND TOTAL APRIL 2013:** | 0.50 | | 487.50 |

**BC:** Brad Cornell; **AC:** Andrew Cornell; **EB:** Ed Bergstrom

1

# SAN MARINO BUSINESS PARTNERS LLC

## SUMMARY OF EXPENSES
### (January 1, 2013 through April 30, 2013)

Two Certified mailings of the Monthly Fee Statements to each of the 6 parties on the ResCap distribution list (12 *certified/return receipt requested* letters) @ $6.11 each

Total expenses:  **$73.32**  (12 x $6.11)

USPS Receipts attached

```
NEW YORK NY 10104                    $0.46
Zone-8 First-Class
Letter
1.00 oz.
Expected Delivery: Mon 04/01/13
Return Rcpt (Green Card)             $2.55
@@ Certified                        $3.10
Label #:    7012292000246702259

     Issue PVI:                     $6.11


Total:                             $36.66

Paid by:
Debit Card                         $36.66
    Account #:       XXXXXXXXXXXX7460
    Approval #:      185203
    Transaction #:   709
 23 903600658
    Receipt#:        001823

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
****************************************
****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
****************************************
****************************************


Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
****************************************


Bill#: 1000203204259
Clerk: 11

    All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
****************************************
****************************************
         HELP US SERVE YOU BETTER

    Go to: https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

        YOUR OPINION COUNTS
****************************************
****************************************


               Customer Copy
```

```
              CATALINA STATION
             PASADENA, California
                  911069998
             0581020606 -0098
 03/28/2013      (800)275-8777      04:50:55 PM
------------------------------------------------
                   Sales Receipt
 Product          Sale  Unit         Final
 Description      Qty   Price        Price

 FORT WASHINGTON PA                   $0.46
 19034 Zone-8
 First-Class Letter
 1.00 oz.
 Expected Delivery: Mon 04/01/13
 Return Rcpt (Green Card)             $2.55
 @@ Certified                        $3.10
 Label #:    7012292000246702242

     Issue PVI:                       $6.11
 NEW YORK NY 10036                    $0.46
 Zone-8 First-Class
 Letter
 1.00 oz.
 Expected Delivery: Mon 04/01/13
 Return Rcpt (Green Card)             $2.55
 @@ Certified                        $3.10
 Label #:    7011350000261802987

     Issue PVI:                       $6.11

 NEW YORK NY 10022                    $0.46
 Zone-8 First-Class
 Letter
 1.00 oz.
 Expected Delivery: Mon 04/01/13
 Return Rcpt (Green Card)             $2.55
 @@ Certified                        $3.10
 Label #:    7011350000261802994

     Issue PVI:                       $6.11

 NEW YORK NY 10036                    $0.46
 Zone-8 First-Class
 Letter
 0.90 oz.
 Expected Delivery: Mon 04/01/13
 Return Rcpt (Green Card)             $2.55
 @@ Certified                        $3.10
 Label #:    7011350000261803052

     Issue PVI:                       $6.11
 NEW YORK NY 10004                    $0.46
 Zone-8 First-Class
 Letter
 0.90 oz.
 Expected Delivery: Mon 04/01/13
 Return Rcpt (Green Card)             $2.55
 @@ Certified                        $3.10
 Label #:    7011350000261803083

     Issue PVI:                       $6.11
```

```
              CATALINA STATION
              PASADENA, California
                911069998
              0581020606 -0098
05/13/2013      (800)275-8777    04:46:16 PM

                Sales Receipt
Product          Sale Unit      Final
Description      Qty  Price     Price

FORT WASHINGTON PA              $0.46
19034 Zone-8
First-Class Letter
 0.80 oz.
Expected Delivery: Thu 05/16/13
Return Rcpt (Green Card)        $2.55
@@ Certified                    $3.10
Label #:      70113500000261815024

  Issue PVI:                    $6.11

NEW YORK NY 10104               $0.46
Zone-8 First-Class
Letter
 0.80 oz.
Expected Delivery: Thu 05/16/13
Return Rcpt (Green Card)        $2.55
@@ Certified                    $3.10
Label #:      70113500000261815031

  Issue PVI:                    $6.11

NEW YORK NY 10036               $0.46
Zone-8 First-Class
Letter
 0.80 oz.
Expected Delivery: Thu 05/16/13
Return Rcpt (Green Card)        $2.55
@@ Certified                    $3.10
Label #:      70113500000261815079

  Issue PVI:                    $6.11

NEW YORK NY 10004               $0.46
Zone-8 First-Class
Letter
 0.80 oz.
Expected Delivery: Thu 05/16/13
Return Rcpt (Green Card)        $2.55
@@ Certified                    $3.10
Label #:      70113500000261815048

  Issue PVI:                    $6.11

NEW YORK NY 10022               $0.46
Zone-8 First-Class
Letter
 0.90 oz.
Expected Delivery: Thu 05/16/13
Return Rcpt (Green Card)        $2.55
@@ Certified                    $3.10
Label #:      70113500000261815062

  Issue PVI:                    $6.11

NEW YORK NY 10036               $0.46
Zone-8 First-Class
Letter
 0.80 oz.
Expected Delivery: Thu 05/16/13
Return Rcpt (Green Card)        $2.55
@@ Certified                    $3.10
Label #:      70113500000261815055

  Issue PVI:                    $6.11

(Forever)        1   $9.20      $9.20
Four Flags
Double Sided
Bklt/20

Total:                         $45.86

Paid by:
Debit Card                     $45.86
  Account #:   XXXXXXXXXXX7460
  Approval #:  174266
  Transaction #: 558
23 903600658
  Receipt#:    002726

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.

Bill#: 1000203242739
Clerk: 10

  All sales final on stamps and postage
  Refunds for guaranteed services only
       Thank you for your business

       HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

       YOUR OPINION COUNTS

                        Customer Copy
```