# UNITED STATES BANKRUPTCY COURT

## Southern District of New York (Manhattan)

In re  Residential Castital, LLC

Debtor

Case No.  12-12020

Chapter 11

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JP Morgan Chase Bank N.A.

**Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account:  1962

**Date of payment change:**
Must be at least 21 days after date of this notice       10/01/2013

**New total payment:**
Principal, Interest, and escrow, if any       $3,185.92

---

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes.    Attach a copy of the escrow account statement prepared  in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment:  $694.60          New escrow payment:  $694.60

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

Current interest rate: _____          New interest rate: _____

Current principal and interest payment: _____          New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____          New mortgage payment: _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.        ☐ I am the creditor's authorized agent.
                               (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ Andrew Fulenchek                                    Date   08/08/2013

   Unit Manager Home Equity BK

    (Approved by: Marlene  Slade)


Print:   Andrew Fulenchek                                 Title   Unit Manager Home Equity BK

                                                                   (Approved by: Marlene  Slade)

Company   JPMorgan Chase Bank, N.A.                       Specific Contact Information:

Address   Chase Records Center  Attn: Correspondence Mail     Phone: 866-243-5851

          Mail Code LA4-5555  700 Kansas Lane              Email: gm.bk.escalated@jpmchase.com

          Monroe, LA 71203

56571-99c5b8f1-bc98-4eca-8ac3-83d2c7538815

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York (Manhattan)

Chapter 11 No. 12-12020

In re:                                                      Judge: Judge Martin Glenn

Residential Capital, LLC

                              Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on August 08, 2013, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:                    Residential Capital, LLC
                           1177 Avenue of the Americas
                           New York, NY 10036


Debtor's Attorney:         Stefan W. Engelhardt
                           Morrison & Foerster LLP
                           1290 Avenue of the Americas
                           New York, NY 10104


Trustee:                   Wilmington Trust, National Association


_____
/s/ Bill Taylor

Authorized Agent



| Loan Summary | |
| --- | --- |
| Loan Number: | ▇▇▇▇ |
| Principal Balance: | $289,618.48 |
| Escrow Balance: | -$36,449.60 |
| Next Payment Due: | 09/01/2008 |

| Statement Date | |
| --- | --- |
| 07/09/2013 | |
| Property Address: | |
| 619 BLUEBIRD DR | |
| BOLINGBROOK, IL 60440 | |

Annual Escrow Account Disclosure Statement

Chase Customer Care: Toll Free 1-800-848-9136 English/Español

Hearing Impaired (TDD): 1-800-582-0542

Military Service Members (SCRA): 1-877-469-0110

PAUL M GHONDA
MBANGU B MPASSI
1716 CONEY ISLAND AVE STE 5R
C/O LITVIN LAW FIRM
BROOKLYN, NY 11230

| Prior Payment Breakdown | |
| --- | --- |
| Principal and Interest : | $2,491.32 |
| Escrow: | $694.60 |
| Total Payment: | $3,185.92 |

| New Payment Breakdown Effective | 10/01/2013 |
| --- | --- |
| Principal and Interest: | $2,491.32 |
| Escrow: | $694.60 |
| Total Payment: | $3,185.92 |

---

**ESCROW ACCOUNT HISTORY**

Keep this statement for your records. This history compares the escrow activity that was projected for the past period with your actual escrow activity. Because taxes and insurance premiums were projections, the actual amounts paid may be different.

Comparing Projections to Actual Payments

| | | Prior Year Projections | | | | | Actual Escrow Activity | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Disb. Type | Month | Loan Next Due Date | Payment To Escrow | Payment From Escrow | Escrow Balance | Payment To Escrow | Payment From Escrow | Escrow Balance |
| Starting Balance: | 07/01/2013 | | | | -$36,381.78 | | | |
| | | | | | -$36,381.78 | | | -$36,381.78 |
| | 06/01/2012 | 06/01/2012 | $694.60 | | -$35,687.18 | | | -$36,381.78 |
| FHA/PMI | 06/01/2012 | | | $67.82 | -$35,755.00 | | | -$36,381.78 |
| | 07/01/2012 | 07/01/2012 | $694.60 | | -$35,060.40 | | | -$36,381.78 |
| FHA/PMI | 07/01/2012 | | | $67.82 | -$35,128.22 | | | -$36,381.78 |
| | 08/01/2012 | 08/01/2012 | $694.60 | | -$34,433.62 | | | -$36,381.78 |
| FHA/PMI | 08/01/2012 | | | $67.82 | -$34,501.44 | | | -$36,381.78 |
| | 09/01/2012 | 09/01/2012 | $694.60 | | -$33,806.84 | | | -$36,381.78 |
| FHA/PMI | 09/01/2012 | | | $67.82 | -$33,874.66 | | | -$36,381.78 |
| | 10/01/2012 | 10/01/2012 | $694.60 | | -$33,180.06 | | | -$36,381.78 |
| FHA/PMI | 10/01/2012 | | | $67.82 | -$33,247.88 | | | -$36,381.78 |
| | 11/01/2012 | 11/01/2012 | $694.60 | | -$32,553.28 | | | -$36,381.78 |
| FHA/PMI | 11/01/2012 | | | $67.82 | -$32,621.10 | | | -$36,381.78 |
| | 12/01/2012 | 12/01/2012 | $694.60 | | -$31,926.50 | | | -$36,381.78 |
| FHA/PMI | 12/01/2012 | | | $67.82 | -$31,994.32 | | | -$36,381.78 |
| | 01/01/2013 | 01/01/2013 | $694.60 | | -$31,299.72 | | | -$36,381.78 |
| FHA/PMI | 01/01/2013 | | | $67.82 | -$31,367.54 | | | -$36,381.78 |
| | 02/01/2013 | 02/01/2013 | $694.60 | | -$30,672.94 | | | -$36,381.78 |
| FHA/PMI | 02/01/2013 | | | $67.82 | -$30,740.76 | | | -$36,381.78 |
| | 03/01/2013 | 03/01/2013 | $694.60 | | -$30,046.16 | | | -$36,381.78 |
| FHA/PMI | 03/01/2013 | | | $67.82 | -$30,113.98 | | | -$36,381.78 |
| | 04/01/2013 | 04/01/2013 | $694.60 | | -$29,419.38 | | | -$36,381.78 |
| FHA/PMI | 04/01/2013 | | | $67.82 | -$29,487.20 | | | -$36,381.78 |
| | 05/01/2013 | 05/01/2013 | $694.60 | | -$28,792.60 | | | -$36,381.78 |
| FHA/PMI | 05/01/2013 | | | $67.82 | -$28,860.42 | | | -$36,381.78 |
| FHA/PMI | 07/02/2013 | | | | -$28,860.42 | | $67.82 | -$36,449.60 |
| COUNTY TAX | 08/01/2013 | | | | -$28,860.42 | | $3,136.18 ** | -$39,585.78 |
| FHA/PMI | 08/02/2013 | | | | -$28,860.42 | | $67.82 ** | -$39,653.60 |
| FHA/PMI | 09/02/2013 | | | | -$28,860.42 | | $67.82 ** | -$39,721.42 |
| | 09/01/2008 | 09/01/2008 | | | -$28,860.42 | $0.02 * | | -$39,721.40 |
| | 10/01/2008 | 10/01/2008 | | | -$28,860.42 | $0.02 * | | -$39,721.38 |
| | 11/01/2008 | 11/01/2008 | | | -$28,860.42 | $0.02 * | | -$39,721.36 |
| | 12/01/2008 | 12/01/2008 | | | -$28,860.42 | $0.02 * | | -$39,721.34 |
| | 01/01/2009 | 01/01/2009 | | | -$28,860.42 | $0.02 * | | -$39,721.32 |
| | 02/01/2009 | 02/01/2009 | | | -$28,860.42 | $0.02 * | | -$39,721.30 |
| | 03/01/2009 | 03/01/2009 | | | -$28,860.42 | $0.02 * | | -$39,721.28 |
| | 04/01/2009 | 04/01/2009 | | | -$28,860.42 | $0.02 * | | -$39,721.26 |
| | 05/01/2009 | 05/01/2009 | | | -$28,860.42 | $0.02 * | | -$39,721.24 |
| | 06/01/2009 | 06/01/2009 | | | -$28,860.42 | $0.02 * | | -$39,721.22 |
| | 07/01/2009 | 07/01/2009 | | | -$28,860.42 | $0.02 * | | -$39,721.20 |
| | 08/01/2009 | 08/01/2009 | | | -$28,860.42 | $0.02 * | | -$39,721.18 |

| | | | Prior Year Projections | | | | Actual Escrow Activity | | |
| | | | | | | | | | |
| Disb. Type | Month | Loan Next Due Date | Payment To Escrow | Payment From Escrow | Escrow Balance | | Payment To Escrow | Payment From Escrow | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|
| | 09/01/2009 | 09/01/2009 | | | -$28,860.42 | | $0.02 * | | -$39,721.16 |
| | 10/01/2009 | 10/01/2009 | | | -$28,860.42 | | $0.02 * | | -$39,721.14 |
| | 11/01/2009 | 11/01/2009 | | | -$28,860.42 | | $0.02 * | | -$39,721.12 |
| | 12/01/2009 | 12/01/2009 | | | -$28,860.42 | | $0.02 * | | -$39,721.10 |
| | 01/01/2010 | 01/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,721.08 |
| | 02/01/2010 | 02/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,721.06 |
| | 03/01/2010 | 03/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,721.04 |
| | 04/01/2010 | 04/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,721.02 |
| | 05/01/2010 | 05/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,721.00 |
| | 06/01/2010 | 06/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,720.98 |
| | 07/01/2010 | 07/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,720.96 |
| | 08/01/2010 | 08/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,720.94 |
| | 09/01/2010 | 09/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,720.92 |
| | 10/01/2010 | 10/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,720.90 |
| | 11/01/2010 | 11/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,720.88 |
| | 12/01/2010 | 12/01/2010 | | | -$28,860.42 | | $0.02 * | | -$39,720.86 |
| | 01/01/2011 | 01/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.84 |
| | 02/01/2011 | 02/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.82 |
| | 03/01/2011 | 03/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.80 |
| | 04/01/2011 | 04/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.78 |
| | 05/01/2011 | 05/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.76 |
| | 06/01/2011 | 06/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.74 |
| | 07/01/2011 | 07/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.72 |
| | 08/01/2011 | 08/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.70 |
| | 09/01/2011 | 09/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.68 |
| | 10/01/2011 | 10/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.66 |
| | 11/01/2011 | 11/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.64 |
| | 12/01/2011 | 12/01/2011 | | | -$28,860.42 | | $0.02 * | | -$39,720.62 |
| | 01/01/2012 | 01/01/2012 | | | -$28,860.42 | | $0.02 * | | -$39,720.60 |
| | 02/01/2012 | 02/01/2012 | | | -$28,860.42 | | $0.02 * | | -$39,720.58 |
| | 03/01/2012 | 03/01/2012 | | | -$28,860.42 | | $0.02 * | | -$39,720.56 |
| | 04/01/2012 | 04/01/2012 | | | -$28,860.42 | | $0.02 * | | -$39,720.54 |
| | 05/01/2012 | 05/01/2012 | | | -$28,860.42 | | $0.02 * | | -$39,720.52 |
| | 06/01/2012 | 06/01/2012 | | | -$28,860.42 | | $694.60 * | | -$39,025.92 |
| | 07/01/2012 | 07/01/2012 | | | -$28,860.42 | | $694.60 * | | -$38,331.32 |
| | 08/01/2012 | 08/01/2012 | | | -$28,860.42 | | $694.60 * | | -$37,636.72 |
| | 09/01/2012 | 09/01/2012 | | | -$28,860.42 | | $694.60 * | | -$36,942.12 |
| | 10/01/2012 | 10/01/2012 | | | -$28,860.42 | | $694.60 * | | -$36,247.52 |
| | 11/01/2012 | 11/01/2012 | | | -$28,860.42 | | $694.60 * | | -$35,552.92 |
| | 12/01/2012 | 12/01/2012 | | | -$28,860.42 | | $694.60 * | | -$34,858.32 |
| | 01/01/2013 | 01/01/2013 | | | -$28,860.42 | | $694.60 * | | -$34,163.72 |
| | 02/01/2013 | 02/01/2013 | | | -$28,860.42 | | $694.60 * | | -$33,469.12 |
| | 03/01/2013 | 03/01/2013 | | | -$28,860.42 | | $694.60 * | | -$32,774.52 |
| | 04/01/2013 | 04/01/2013 | | | -$28,860.42 | | $694.60 * | | -$32,079.92 |
| | 05/01/2013 | 05/01/2013 | | | -$28,860.42 | | $694.60 * | | -$31,385.32 |
| | 06/01/2013 | 06/01/2013 | | | -$28,860.42 | | $694.60 * | | -$30,690.72 |
| | 07/01/2013 | 07/01/2013 | | | -$28,860.42 | | $694.60 * | | -$29,996.12 |
| | 08/01/2013 | 08/01/2013 | | | -$28,860.42 | | $694.60 * | | -$29,301.52 |
| | 09/01/2013 | 09/01/2013 | | | -$28,860.42 | | $694.60 * | | -$28,606.92 |
| Total | | | $8,335.20 | $813.84 | | | $11,114.50 | $3,339.64 | |

\* Anticipated monthly escrow amount
\*\* Anticipated escrow disbursement

GENERAL ESCROW INFORMATION

This section lists the items that are to be paid from the escrow account, the new projection amount that is expected required escrow (usually 1/12 of the annual bill to paid in the coming 12 months), and the monthly required escrow amount.

| Description | Due Date | Amount |
|---|---|---|
| MIP PMT | 10/01/2013 | $813.84 |
| HOMEOWNER IN | 02/01/2014 | $1,249.00 |
| COUNTY TAX | 05/01/2014 | $3,136.18 |
| COUNTY TAX | 08/01/2014 | $3,136.18 |

REQUIRED RESERVE

Section 10 of the Real Estate Settlement Procedures Act (RESPA) authorizes lenders to collect and maintain up to one-sixth of your total disbursements in your escrow account at all times. The required reserve is used to cover increased tax and insurance disbursements. We do not cushion for mortgage insurance or optional products.

| | |
|---|---|
| Total Monthly Required Escrow | $694.60 |
| Total Required Reserve | $1,253.56 |

PROJECTIONS FOR COMING YEAR

This is an estimate of activity projected for your escrow account during the coming year. The Target Balance is the beginning balance necessary to bring your escrow account at its lowest point during the next 12 months to zero plus the allowed required reserve.

**Indicates the Lowest Projected Balance in your account during the next 12 months. Some escrow accounts may be billed for periods longer than one year. The account balance may not reach its Lowest Projected Balance this year because one of the escrow items may be on a three-year cycle.

| Escrow Line Item Description | Payment Date | Per Payment Escrow Deposit | Disbursement Amount | Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
| Starting Bal | | | | -$28,606.92 | $1,880.34 |
| PAYMENT | 10/01/2013 | $694.60 | | -$27,912.32 | $2,574.94 |
| MIP PMT | 10/01/2013 | | $67.82 | -$27,980.14 | $2,507.12 |
| PAYMENT | 11/01/2013 | $694.60 | | -$27,285.54 | $3,201.72 |
| MIP PMT | 11/01/2013 | | $67.82 | -$27,353.36 | $3,133.90 |
| PAYMENT | 12/01/2013 | $694.60 | | -$26,658.76 | $3,828.50 |
| MIP PMT | 12/01/2013 | | $67.82 | -$26,726.58 | $3,760.68 |
| PAYMENT | 01/01/2014 | $694.60 | | -$26,031.98 | $4,455.28 |
| MIP PMT | 01/01/2014 | | $67.82 | -$26,099.80 | $4,387.46 |
| PAYMENT | 02/01/2014 | $694.60 | | -$25,405.20 | $5,082.06 |
| MIP PMT | 02/01/2014 | | $67.82 | -$25,473.02 | $5,014.24 |
| HOMEOWNER IN | 02/01/2014 | | $1,249.00 | -$26,722.02 | $3,765.24 |
| PAYMENT | 03/01/2014 | $694.60 | | -$26,027.42 | $4,459.84 |
| MIP PMT | 03/01/2014 | | $67.82 | -$26,095.24 | $4,392.02 |
| PAYMENT | 04/01/2014 | $694.60 | | -$25,400.64 | $5,086.62 |
| MIP PMT | 04/01/2014 | | $67.82 | -$25,468.46 | $5,018.80 |
| PAYMENT | 05/01/2014 | $694.60 | | -$24,773.86 | $5,713.40 |
| MIP PMT | 05/01/2014 | | $67.82 | -$24,841.68 | $5,645.58 |
| COUNTY TAX | 05/01/2014 | | $3,136.18 | -$27,977.86 | $2,509.40 |
| PAYMENT | 06/01/2014 | $694.60 | | -$27,283.26 | $3,204.00 |
| MIP PMT | 06/01/2014 | | $67.82 | -$27,351.08 | $3,136.18 |
| PAYMENT | 07/01/2014 | $694.60 | | -$26,656.48 | $3,830.78 |
| MIP PMT | 07/01/2014 | | $67.82 | -$26,724.30 | $3,762.96 |
| PAYMENT | 08/01/2014 | $694.60 | | -$26,029.70 | $4,457.56 |
| MIP PMT | 08/01/2014 | | $67.82 | -$26,097.52 | $4,389.74 |
| COUNTY TAX | 08/01/2014 | | $3,136.18 | -$29,233.70 ** | $1,253.56 |
| PAYMENT | 09/01/2014 | $694.60 | | -$28,539.10 | $1,948.16 |
| MIP PMT | 09/01/2014 | | $67.82 | -$28,606.92 | $1,880.34 |
| TOTAL | | $8,335.20 | $8,335.20 | | |

COMPUTATION OF YOUR ESCROW ACCOUNT

Escrow Surplus: Anticipated Escrow Balance is -$28,606.92. Target Balance according to this analysis is $1,880.34. The Anticipated Escrow Balance is greater than the Target Balance. For this reason, your account has a surplus in the amount of $6,520.40.

| | | |
|---|---|---|
| Anticipated Escrow Balance | -$28,606.92 | The Anticipated Escrow Balance is subtracted from the Target Escrow Balance to determine the escrow shortage or surplus. |
| Minus the Target Balance | $1,880.34 | |
| Increased By Outstanding POC Escrow Shortage/Advance Amount | $37,007.66 | |
| Escrow Surplus | $6,520.40 | |

Due to status of your account, we will retain your surplus.

**This statement is not a request for payment. It is for informational purposes only.**

Your new monthly mortgage payment for the coming year will be $3,185.92 of which $2,491.32 will be for principal and interest and $694.60 will go into your escrow account. The terms of your loan may result in changes to the monthly principal and payments during the year.

Important Message

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your payments are being made through a bankruptcy trustee, please provide this information statement to the trustee. This amount does not reflect any actual shortage that might have been included in any pre-petition arrearage bankruptcy claim.