**MOSS & KALISH, PLLC**
David B. Gelfarb
122 East 42nd Street, Suite 2100
New York, New York 10168
Telephone:  212-867-4488
Facsimile:  212-983-5276
Email: gelfarb@mosskalish.com

*Attorneys for Federal Home Loan Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

---

### JOINDER OF FEDERAL HOME LOAN MORTGAGE CORPORATION TO FIVE MOTIONS *IN LIMINE*

Federal Home Loan Mortgage Corporation in conservatorship ("Freddie Mac"),[1] by and through its undersigned counsel, hereby joins (the "Joinder") the (i) *Motion In Limine to Preclude the Testimony of Jeffrey A. Lipps Regarding the Debtors' 9019 Motion (In Limine Motion One)* [ECF No. 4539], (ii) *Motion In Limine to Preclude the Testimony of S.P. Kothari Regarding the Debtors' 9019 Motion (In Limine Motion Two)* [ECF No. 4541], (iii) *Motion In Limine to Preclude the Testimony of Allen M. Pfeiffer Regarding the Debtors' 9019 Motion (Motion in Limine Three)* [ECF No. 4546], (iv) *Motion In Limine to Preclude the Trustees from Offering Any Evidence of Their Reliance on Counsel in Support of Debtors' 9019 Motion (In*

---

[1] On September 6, 2008, the Director of the Federal Housing Finance Agency (the "FHFA" or the "Conservator") placed Freddie Mac into conservatorship, pursuant to express authority granted under the Housing and Economic Recovery Act of 2008, to preserve and conserve Freddie Mac's assets and property.  As Conservator, FHFA immediately succeeded to "all rights, titles, powers and privileges" of Freddie Mac.  *See* 12 U.S.C. § 4617(b)(2)(A)(i).  This Joinder does not constitute submission to this Court's jurisdiction by the FHFA.

*Limine Motion Four)* [ECF No. 4548], and (v) *Motion In Limine to Preclude Evidence on the Debtors' 9019 Motion Concerning the Negotiations Leading Up to the FGIC Settlement Agreement and the Conclusory Statements Offered by the FGIC Trustees and Others About the Nature of Those Negotiations (In Limine Motion Five)* [ECF No. 4545] (items (i)-(v), *supra*, collectively, the "Willkie Motions *in Limine*").

## JOINDER

1. Freddie Mac is a major holder of various tranches of residential mortgage-backed securities held in nine ResCap securitization trusts. The payment of principal and interest on the securities held in the trusts is insured under approximately sixty insurance policies issued by Financial Guaranty Insurance Company.

2. Freddie Mac hereby joins with, and adopts the arguments advanced in, the Willkie Motions *in Limine* as if fully set forth herein.

Dated: August 8, 2013

                        Respectfully submitted,

                        **MOSS & KALISH, PLLC**

                        /s/ David B. Gelfarb
                        David B. Gelfarb
                        122 East 42nd Street, Suite 2100
                        New York, New York 10168
                        Telephone:  212-867-4488
                        Facsimile:  212-983-5276
                        Email: gelfarb@mosskalish.com

                        *Attorneys for Federal Home Loan Mortgage Corporation*

McKool 914068v1