**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

## AFFIDAVIT OF SERVICE

Helen M. Lamb, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On August 8, 2013, I caused to be served true and correct copies of the following documents upon the parties listed on the annexed service list by Federal Express:

   *Third Interim Fee Application of Arthur J. Gonzalez, as Chapter 11 Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2013 Through and Including April 30, 2013;*

   *Third Interim Fee Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2013 Through and Including April 30, 2013;*

CPAM: 5019193.3

*Third Interim Fee Application of Mesirow Financial Consulting, LLC, as Financial Advisor to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2013 Through and Including April 30, 2013;*

*Second Interim Fee Application of Wolf Haldenstein Adler Freeman & Herz LLP, as Conflicts Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2013 Through and Including April 30, 2013; and*

*First Interim Application of Leonard, Street and Deinard Professional Association, Special Minnesota Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 15, 2013 Through and Including April 30, 2013*

3.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                                    */s/ Helen M. Lamb*
                                                                       Helen M. Lamb

Sworn to before me this
8th day of August 2013

*/s/ Francisco Vazquez*
        Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

CPAM: 5019193.3

# SERVICE LIST

Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Kenneth H. Eckstein
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Kenneth S. Ziman
Jonathan H. Hofer
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036

Richard M. Cieri
Ray C. Schrock
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022

Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
Michael Driscoll
Office of the US Trustee
Southern District of New York
201 Varick Street, Suite 2006
New York, NY 10014

Eric J. Small
Office of the United States Trustee
355 Main Street – First Floor
Poughkeepsie, NY 12601

CPAM: 5019193.3