PERRY GOERNER pro se
12 WANTAGE SCHOOL RD.
SUSSEX, NJ 07461
973-875-6474

U.S. Bankruptcy Court Southern District of N.Y.
Attn: Court Clerk
One Bowling Green
New York, N.Y. 10004
Courtroom 501

RE: Case No.12- 12010 (MG) # 3515



To Whom it may Concern:

Enclosed you will find the following documents for review, 3 copies of the original, Answer to, and the Objection of the Reclassification containing 5 pages, Exhibit list of 2 pgs., and Exhibits totaling 180   pages. And an answer explanation of the exhibits and reasons totaling 8   Pages. All forgoing documents are sent by USPS Priority Mail, please contact me if you did not receive all of the documents explained in this letter, at the above address and phone #, please send a filed copy to my address above, enclosed is a paid USPS priority mail, self addressed envelope, with one of the copies in it.
The other 2 copies, one of which is for The Honorable Martin Glenn, in it's own envelope, as is the other copy.

Thank you for your anticipated cooperation.

Sincerely,

PERRY GOERNER pro se

CC: Honorable Martin Glenn,
Court Clerk For the Bankruptcy Court Southern District of New York  3 copies
Morrison & Foerster LLP, Attn: Gary S. Lee, Norman S. Rosenbaum, Jordan A. Wishnew Esq.
Kramer Levin Naftalis & Frankel LLP, Attn: Kenneth H. Eckstein, and Douglas H. Mannal Esq.
Ocwen Servicing LLC.
Residential CapitalLLC., C/o KCC
Sent By USPS Priority Mail  Dated : 07/30/2013
#'s