# CERTIFICATE OF NON-REFERRAL

Loan Number:   047-332935-7          Date:   MARCH 30TH, 2007

Borrower Name:   PERRY GOERNER

*EX. 20*

Property Address: 12 WANTAGE SCHOOL ROAD
                  SUSSEX, NJ 07461

You have applied to refinance one or more existing liens, or for a second lien, on your primary residence with
KENSINGTON FINANCIAL SVCS LLC
In conjunction with your application for a loan, please complete and sign this Certification.  A postage-paid
return envelope has been provided for your convenience.  **Receipt of this form is required before HOMECOMINGS
FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
can proceed with your loan application.**

The undersigned hereby certifies to
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
and any holder of the loan:

**1. The purpose of the loan is (check one or more):**

_____ Home Improvements        _____ Debt Consolidation        _____ Investment Opportunity

_____ Home Purchase            _____ Personal Expenses (College Tuition, Medical Expenses, etc.)

Other - Describe: _____

_____

**2. I/We contacted the Broker as a result of (check one or more):**

_____ Seeing or hearing the Broker's advertisements      _____ Visiting the Broker's website

_____ Obtaining loans from the Broker in the past        _____ Personal referral by friend or family member

_____ Referral by Home Improvement Contractor

_____ Other - Describe: _____

_____

By signing this Certification, I/We swear that the above statements are true.

_____          _____
Borrower PERRY GOERNER                    Date

_____          _____
Borrower                                  Date

_____          _____
Borrower                                  Date

_____          _____
Borrower                                  Date

**WHEN COMPLETED AND SIGNED, RETURN THIS FORM IN THE
ENCLOSED POSTAGE-PAID ENVELOPE**

MFCD6181 (09/2006) / 047-332935-7
CERTIFICATE OF NON-REFERRAL

# CERTIFICATE OF
# WIRE TRANSFER INFORMATION

RE: LOAN NUMBER: <u>047-332935-7</u> BORROWERS NAME: <u>PERRY GOERNER</u>

REPETITIVE WIRE CODE NUMBER:  (for Lender use only) _____

BENEFICIARY OF FUNDS:  _____

ORDER NUMBER:  <u>71034CPN</u> _____

ESCROW NUMBER: <u>71034CPN</u> _____

***ADDITIONAL INSTRUCTIONS:*** _____

FOR FURTHER CREDIT: _____

ADDRESS: _____

ACCOUNT NUMBER: _____

***BANK INFORMATION:***

BANK NAME: _____

ADDRESS: _____

ABA/ROUTING NUMBER: _____

SPECIAL INSTRUCTIONS: _____

I CERTIFY THE ABOVE INFORMATION IS CORRECT AND WE REQUEST YOU  FUND BY WIRE
TRANSFER AS DETAILED ABOVE.


BY: _____, ESCROW OFFICER/TITLE OFFICER
        (MUST BE SIGNED)


Note:    If attaching separate wire instructions to this sheet, please place on
        letterhead from your company or supply an authorized signature.


**\*\*\*WE WILL WIRE FUNDS ONLY TO TITLE COMPANIES AND NOT TO INDEPENDENT ESCROW AGENTS\*\*\***

047-332935-7

# CLOSED LOAN TRANSMITTAL

**Homecomings Financial**
**One Meridian Crossing, Ste. 100**
**Minneapolis MN 55423**
**888 368-3686**

Borrower:  PERRY GOERNER
Loan #:  047-332935-7

From:  CRESCENT LAKE SETTLEMENT
585 STEWART AVE. SUITE 505
GARDEN CITY, NY 11530

Your File Number:  71034CPN
Your Phone Number:  516-222-2017
Your Fax Number:  516-222-2315

Closed loan package is to be returned to HFN at the above address within 48 hours of disbursement.
**Do not use regular mail.** This transmittal form must be completed and must accompany the executed loan package when returned to HFN. Please stack the documents in the order below and include specifically the original and number of copies and/or certified copies specified below. Indicate all documents being returned with an "X" on the appropriate line below.

The following documents are to be signed and returned with the closed package:

| Sent | Returned | | |
|---|---|---|---|
| ( ) | ( ) | HUD-1 Settlement Statement | Original + 1 certified copy |
| ( X ) | ( ) | Real Estate Tax Certification | Original + 1 copy |
| ( X ) | ( ) | First Payment Letter | Original + 1 certified copy |
| ( X ) | ( ) | Note/Addendum to Note | Original + 1 certified copy |
| ( X ) | ( ) | Mortgage/Deed of Trust & Riders | 2 certified copies |
| ( ) | ( ) | Corporate Assignment of Mortgages | 2 certified copies (seal legible) |
| ( ) | ( ) | Master Insurance (Condo/PUD) | Original + 1 copy |
| ( ) | ( ) | Hazard/Windstorm Insurance/Paid Receipt | Original + 1 copy |
| ( ) | ( ) | Flood Insurance/Paid Receipt | Original + 1 copy |
| ( X ) | ( ) | Lender's Closing Instructions | Signed Original + 1 copy |
| ( ) | ( ) | Warranty Deed | 1 certified copy |
| ( X ) | ( ) | Truth in Lending | Original |
| ( X ) | ( ) | Affidavit of Occupancy | Original |
| ( X ) | ( ) | W-9's | Original |
| ( X ) | ( ) | Opportunity to Rescind | Original |
| ( X ) | ( ) | Document Agreement | Original |
| ( X ) | ( ) | Notice to Borrower (Flood) | Original + 1 copy |
| ( ) | ( ) | Escrow Waiver | Original + 1 copy |
| ( ) | ( ) | Anti-Coercion | Original |
| ( X ) | ( ) | Borrower(s) Authorization & Certification | Original |
| ( ) | ( ) | Power of Attorney | 2 Certified copies |
| ( ) | ( ) | Residential Loan Application (1003) | Original + 1 certified copy |
| ( X ) | ( ) | Same Name Affidavit(s)/Legal Signature Cert | Original + 1 copy |
| ( ) | ( ) | 1040's - Original Signature | Original copy signed |
| ( ) | ( ) | Survey/Affidavit | 2 Originals, sealed |
| ( ) | ( ) | Form 4506 | Original |
| ( ) | ( ) | Title Commitment | Original & Endorsement (must be signed) |
| ( X ) | ( ) | Disclosure(s) - Program & Servicing | Original |
| ( ) | ( ) | Appraisal Disclosure | Original |
| ( ) | ( ) | _____ | _____ |
| ( ) | ( ) | _____ | _____ |
| ( ) | ( ) | _____ | _____ |
| ( ) | ( ) | _____ | _____ |
| ( ) | ( ) | _____ | _____ |

MFCD8731 (09/2006)

047-332935-7

# Initial Escrow Account Disclosure Statement

Date:  03/30/2007        Loan Number:  047-332935-7        Case Number:

Servicer's Name and Address:
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
LIMITED LIABILITY COMPANY
9 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054

Toll Free Number:  973-829-1100

Borrowers: PERRY GOERNER        Property Address: 12 WANTAGE SCHOOL ROAD
                                                  SUSSEX, NJ 07461

Mailing Address:
12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Month (or Period) | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Initial Deposit: | | | | $    891.09 |
| 05/01/2007 | 555.09 | 0.00 | | 1446.18 |
| 06/01/2007 | 555.09 | 0.00 | | 2001.27 |
| 07/01/2007 | 555.09 | 0.00 | | 2556.36 |
| 08/01/2007 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1614.18 |
| 09/01/2007 | 555.09 | 672.00 | HAZ INS(672.00) | 1497.27 |
| 10/01/2007 | 555.09 | 0.00 | | 2052.36 |
| 11/01/2007 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1110.18 |
| 12/01/2007 | 555.09 | 0.00 | | 1665.27 |
| 01/01/2008 | 555.09 | 0.00 | | 2220.36 |
| 02/01/2008 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1278.18 |
| 03/01/2008 | 555.09 | 0.00 | | 1833.27 |
| 04/01/2008 | 555.09 | 0.00 | | 2388.36 |

**(PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.)**

Cushion selected by servicer:  $    1,110.18

[x] Your monthly mortgage payment for the coming year will be $  2810.06  of which $  2,254.97  will be for principal and interest and $  555.09  will go into your escrow account.

[ ] Your first mortgage payment for the coming year will be $  of which $  will be for principal and interest and $  will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

Lender: HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
9 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054
Phone: 973-829-1100
To: CRESCENT LAKE SETTLEMENT
585 STEWART AVE, SUITE 505
GARDEN CITY, NY 11530
Phone: 516-222-2017 Fax: 516-222-2315
Attn: MICHAEL
Re: Borrowers(s): PERRY GOERNER

Disbursment Date: MARCH 30, 2007
Closing Date: APRIL 4, 2007
Lock Expiration Date: APRIL 16, 2007
Loan No.: 047-332935-7
App. No.:
Order No.: 71034CPN
Escrow/File No.: 71034CPN
Funder Name: April Mounce-Cortez
Phone No.: 973 829-1100
Fax No.: (973) 829-1900
APN #1: BLOCK: 43 LOT: 7.18
APN #2:
Broker Name: KENSINGTON FINANCIAL SVCS
LLC
Broker Phone: 201-818-6767

Property Address: 12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

## SPECIFIC CLOSING INSTRUCTIONS

**The HUD-1 must be faxed to** April Mounce-Cortez

at                                    prior to scheduled closing for review and approval.

**Refer to Page 2 for listing of documents to be faxed prior to disbursement.**

### LOAN TERMS:

Loan Amount: $ 322,500.00
Sales Price: $ N/A                     Refinance with Cash Out
Interest Rate: 7.5000%
Monthly P&I: $ 2,254.97                Property Type: SFR
First Payment Date: MAY 1, 2007       Last Payment Date: APRIL 1, 2037

### FEES AND COSTS (List Fees on line of HUD-1 as indicated below):

| ITEM | TOTAL | POC |
|------|-------|-----|
| * Fee is not deducted from the wire amount. At closing, collect from the borrower and disburse directly to broker. | | |
| **Fee is not deducted from the wire amount; this fee will be paid by the lender to a third party vendor outside of closing. | | |
| Broker Fee from HF to Broker: | | |
| *(show as POC on HUD-1; use exact language; amount will be included in wire amount)* | $ 3,695.85 | |
| 801 ORIGINATION FEE TO LENDER:          % | | |
| 802 DISCOUNT FEE TO LENDER:          % | | |
| 817 BUYDOWN: | | |
| * 808 BROKER  0.8750% ORIG  /0 % DISCOUNT | 2,821.88 | |
| * 803 APPRAISAL FEE TO BROKER | 275.00 | 275.00 |
| 804 CREDIT REPORT FEE TO BROKER | | |
| 805 LENDER INSPECTION FEE | | |
| 810 COMMITMENT FEE TO HF | 665.00 | |
| * 811 BROKER APPLICATION FEE TO BROKER | 450.00 | |
| 812 | | |
| 813 | | |
| 814 | | |
| 815 | | |
| 816 | | |
| 902 | | |
| ** Flood Cert fee paid to First American Flood Data Services to be shown as POC | 6.00 | |
| ** Tax Service fee paid to First American Real Estate Tax Vendor to be shown as POC | 60.00 | |

### PER DIEM INTEREST:

From: 04/04/2007 To: 04/01/2007
-3     days at $ 66.2671 per day        901 Subtotal of Per Diem Interest:   $ -198.80

### IMPOUNDS/ESCROWS:

Impound/Escrows will be net-funded from the loan proceeds.

| | | | | | |
|---|---|---|---|---|---|
| 1001 Hazard Insurance | 9 | month(s) at | 56.00 | per month = $ | 504.00 |
| 1002 Mortgage Insurance | | month(s) at | | per month = $ | |
| 1003 City Taxes | | month(s) at | | per month = $ | |
| 1004 County Taxes | 2 | month(s) at | 499.09 | per month = $ | 998.18 |
| 1005 Annual Assessment | | month(s) at | | per month = $ | |
| 1006 Flood Insurance | | month(s) at | | per month = $ | |
| 1007 | | month(s) at | | per month = $ | |
| 1008 | | month(s) at | | per month = $ | |
| | | 1009 Aggregate Escrow Adjustment = $ | | | -611.09 |

Impound Subtotal:         $ 891.09

Net Wire Amount                        $ 324,838.56

The borrower(s) are only to be charged fees at closing which are disclosed (in break out form) on the HUD-1
Settlement Statement.

IF YOU ARE MADE AWARE THAT THIS LOAN WILL NOT BE CLOSING, IMMEDIATELY NOTIFY
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
FOR THE CANCELLATION OF FUNDS.

## PAYOFF CONDITIONS:

It is a condition to the funding of this loan that the following payoffs be made through this closing.  Indicate payoffs
on the HUD-1 Settlement Statement or provide other satisfactory evidence of payoff:

M120    -    The following debts are to be paid through escrow:
                ASC $178,394.14 WACHOVIA $46,310.08

## ADDITIONAL CONDITIONS TO BE SATISFIED PRIOR TO DISBURSEMENT OF LOAN PROCEEDS:

CLS1    -    NO COURIER OR WIRE FEES ON HUD.
            YSP CANNOT APPEAR ON HUD. MUST BE SHOWN AS BROKER FEE FROM HF TO BROKER.
            TAXES TO BE PAID AT CLOSING OR AS POC ON HUD. (2nd QTR. 05-01-2007)
CLS2    -    PLEASE PUT FAX, COURIER,WIRE, COPY, E-DOC, E-MAIL, AND FAX FEES AS
            "MISC. OFFICE FEES".
CLS3    -    FAX PRE-LIM HUD PRIOR TO CLOSING WITH COVERSHEET.
            *** CRITICAL DOCS MUST BE FAXED AFTER CLOSING. ***
CLS4    -    JUDGEMENTS AND LIENS MUST BE FAXED AFTER CLOSING.
CLSA    -    CLOSING AGENT - Please ensure legal description and any riders are attached to
            and recorded with Security Instrument and returned with certified copies.
Q300    -    Initial 1003 signed and dated. Effective with all applications dated on or
            after January 1, 2006, brokers are required to use FNMA 1003 with a revision
            date of July 2005.  All previous 1003 forms are obsolete.
Q301    -    Final typed 1003-Broker to provide at closing-Borrower to sign all pages. Loan
            amt & int rate must match final approval & rate lock. Effective 01/01/06 1003
            revised 07/05 required.  Borrowers to sign top of page 1 if joint credit.
Q726    -    Closing Agent to separate FACTA disclosures and distribute to the appropriate
            borrower(s).

## LOAN DOCUMENTS:

Deliver one (1) copy of all loan documents to the borrower(s); deliver one (1) copy of the Federal Truth-in-Lending
Disclosure Statement to each borrower.  The following documents must be faxed to April Mounce-Cortez
                                                            at (973) 829-1900   for review prior
to disbursement:

( X ) Note                                          ( X ) Rescission Notice / Notice of Right to Cancel
( X ) DOT/Mortgage (1st, signature/notary pgs. & riders)   ( X ) Hazard Insurance Policy/Binder showing correct mortgagee
( X ) HUD-1                                                      address
( X ) Final TIL Disclosure (signed)                 ( ) Note Allonge to HFN
(   )                                               ( ) Assignment
(   )                                               ( )
(   )
(   )
(   )

                        FUNDING NUMBER: _____

For table-funded loans, the funding number assigned by HOMECOMINGS FINANCIAL, LLC (F/K/A
HOMECOMINGS FINANCIAL NETWORK, INC.)          must be written above.  These instructions must be
returned in the closing package.  Failure to comply with these instructions may result in funds being withdrawn, even
after disbursement.

## HAZARD INSURANCE:

1.    The Borrower(s) must provide satisfactory evidence of hazard insurance coverage and flood insurance coverage if the
    Property is located in a special flood hazard area.  Policies which exclude (in whole or in part) for loss caused by
    windstorm, hail, explosions, riots, civil disturbances, aircraft, vehicles and smoke damage, will only be acceptable
    when accompanied by a separate policy or endorsement which provides adequate coverage.

2.    Dwelling coverage requirements - refer to Insurance Requirements form included with documents.

3.    Loss payee/mortgagee clause to read:
        Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.)
        its successors and/or assigns
        P.O. Box 100585
        Florence, SC 29501-0585

# HUD-1 SETTLEMENT STATEMENT

The final HUD-1 Settlement Statement must be completed at settlement and must accurately reflect all receipts and disbursements indicated in these closing instructions and any amended closing instructions subsequent hereto. If any changes to fees occur, documents may need to be re-drawn and re-signed. Any changes to HFN-approved HUD-1 require written re-approval from HFN.

Closing Agent Fee Disclosed  $ 1,900.00         .  If this amount is higher, you must contact:
April Mounce-Cortez
at 973 829-1100 prior to disbursement for corrected disclosures.

## CLOSED LOAN TRANSMITTAL:

All original documents, with the exception of those to be recorded (Security Instrument, Riders, Assignment(s), Grant Deed, Quit Claim Deed, Power of Attorney, etc.) must be express mailed or hand-delivered within 48 hours of disbursement to:

       HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
       One Meridian Crossing, Ste. 100
       Minneapolis  MN  55423
       ATTN: Post-Closing Department Mail Code 03-06-40
Please return certified copies of those documents that are to be recorded.

All recorded documents and the final Title Policy must be forwarded within 30 days of disbursement to:

       HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
       One Meridian Crossing, Ste. 100
       Minneapolis  MN  55423
       ATTN: Final Docs Department Mail Code 03-06-35
       An original Certified County Copy (document certified by the county recorder) may be sent as an alternative to the original if the county takes longer than 30 days to return recorded documents.

If recorded documents are to be returned with the closing package, please place recorded documents in a separate envelope and firmly attach to the top of the closing package.

We are actively engaged in the secondary marketing of our loans. Failure to forward the loan closing documents and to meet other requirements herein within 48 hours of disbursement, or as otherwise specifically set forth herein, may result in damage to us. Your willingness to undertake settlement constitutes your agreement to compensate us for all costs and damages, including recording fees and attorney's fees we may suffer as a result of your failure to comply fully with the requirements herein in a timely manner.

You are authorized to proceed with the loan closing ONLY when you have in your possession all items specified in the Specific Loan Closing Instructions and you are in a position to deliver all documents specified in these instructions EXCEPT the original mortgage/deed of trust, riders and assignment(s) attached thereunto and the final title policy to this office within 48 hours of disbursement. If any documents are altered or you are unable to comply with these instructions in any way, or; if you become aware that any of the representations made by this borrower(s) are untrue, you must immediately notify HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) and may not close this loan without their expressed written consent.

## TITLE INSURANCE REQUIREMENTS:

You are authorized to use funds for the account of the Borrowers and to record all instruments when you comply with the following:

1. THIS LOAN MUST RECORD IN FIRST      LIEN POSITION PRIOR TO THE LOAN APPROVAL EXPIRATION DATE NOTED ABOVE.  PROVIDE DUPLICATE ORIGINALS OF THE ALTA TITLE POLICY

2. Vesting to read:
       PERRY GOERNER

3. ALTA Title Insurance Policy must insure: Mortgage Electronic Registration Systems, Inc.  MERS is a separate corporation that is acting solely as a nominee for Lender, its successors and assigns.  (Policy to reflect Lender's name as shown in the security instrument.)

4. ALTA/CLTA/TLTA Title Policy required on all first mortgages, all second mortgages greater than $100,000 and all second mortgages recording in first lien position.  A limited coverage policy is acceptable on second mortgage loans recorded in second position provided the loan amount is $100,000 or less.  All Title Policies must contain the following endorsements (or their equivalents):
   - ° ALTA 8.1/LTAA 3R/PA 900/T-36 Environmental
   - ° ALTA 9.0/CLTA 100/PA 100 and PA 300/CLTA100.29/T-19, Restrictions, Encroachments, Minerals
   - ° ALTA 4/CLTA 100.13, 115 and 116.2/TIRSA 4/PA 800/NM 50/T-28, Condominium, if property is a condo
   - ° ALTA 5/CLTA 100.13 and 115.2/TIRSA 5.1/PA 801/NM 50/T-17, Planned Unit Development, if property is a PUD
   - ° ALTA 7/T-31, Manufactured Housing Unit, if property is a manufactured home
   - ° ALTA 6 or 6.1/CLTA 111.5/PA 710/T-33, Variable Rate Mortgage, if loan is an ARM
   - ° ALTA 6.2/CLTA 111.8/TIRSA 6.2/PA 710-6.2/T-33.1, Variable Rate Mortgage - Negative Amortization, if loan has a negative amortization feature
   - ° CLTA 116 if property state is California
   - ° CLTA 111.9 if property state is California and loan has a balloon feature
   - ° NM 11 if property state is New Mexico and property is single family residence
   - ° NM 50 if property state is New Mexico and property is a multi-unit

Special note for single-family residences in New York: If in addition to Standard FNM Form 11 Multipurpose Endorsement, delete exceptions B-2 (easements), B-3 (encroachments), and B-7 (unpatented mining claims). B-2 and B-3 can be deleted by providing a survey that shows boundary lines and property improvements.

Notice to Closing Agent: All non-standard endorsements that apply to this loan transaction must also be added to the final title insurance policy.

5. ALTA/CLTA/TLTA Title Policy must be free from liens, encumbrances, easements, encroachments and other title matters with the exception of the following:

(i)   The lien of our loan in the amount of $322,500.00 , or in the amount of the maximum negative amortization allowable on the lien (110% for negative amortization loans in New York State, or 115% for negative amortization loans in any other state), on the property described herein showing the Instrument or Document Number and the date of recording of the Security Instrument;

All judgments and liens must be paid off, subordinated or insured over.  Homecomings Financial will not question title on the grounds that title is subject to the following exceptions:

° Customary public utility subsurface easements, the location of which are fixed and can be verified, providing that the exercise of rights of easement will not interfere with the use and enjoyment of any present improvements on the Mortgaged Premises or proposed improvements upon which the appraisal or Loan is based.

° Above-Surface public utility easements that extend along one or more property lines for distribution purposes or along the rear property line for drainage, as long as they do not extend more than 12 feet from the property lines and do not interfere with any of the buildings or improvements or with the use of the Mortgaged Premises itself.

° Any encroachment on an easement for public utilities by a garage or any other improvement, except those improvements that are attached to, or are a portion of the main dwelling structure, provided this encroachment does not interfere with the use of the easement or exercise of rights or repair and maintenance.

° Cost, minimum dwelling size, use, building materials or setback restrictions as long as their violation will not result in the forfeiture or reversion of the title or lien of any kind for damages, or have an adverse affect on the fair market Value of the Mortgaged Premises.

° Mutual easement agreements that establish joint driveways or party walls constructed on the Mortgaged Premises and on an adjoining property, as long as all future owners have unlimited and unrestricted use of them.

° Encroachments of one foot or less on adjoining property by eaves or other overhanging projections or by driveways, as long as there is at least a ten foot clearance between the buildings on the Mortgaged Premises and the property affected by the encroachments.

° Encroachments on the Mortgaged Premises by improvements on adjoining property where these encroachments extend one foot or less over the property line of the Mortgaged Premises, have a total area of 50 square feet or less, do not touch any buildings and do not interfere with the use of any improvements on the Mortgaged Premises or the use of the Mortgaged Premises not occupied by improvements.

° Encroachments on adjoining properties by hedges or removable fences.

° Outstanding oil, water or mineral rights customarily waived by other lenders are acceptable, as long as they will not result in damage to the Mortgaged Premises or impair its use for residential purposes.

° Liens for real estate or ad valorem taxes and assessments not yet due and payable.

## SECONDARY FINANCING:
Secondary financing in the amount of $        0.00   has been approved.

# GENERAL CLOSING INSTRUCTIONS

Do not close or fund this loan unless ALL conditions in these closing instructions and any supplemental closing instructions have been satisfied.  The total consideration of this transaction except for our loan proceeds and approved secondary financing must pass to you in the form of cash.  Do not close or fund this loan if you have knowledge of a concurrent or subsequent transaction which would transfer the subject property.

You must follow these instructions exactly.  These closing instructions can only be modified with our advance written approval.  You shall be deemed to have accepted and to be bound by these closing instructions if you fail to notify us in writing to the contrary within 48 hours of your receipt hereof or if you disburse any funds to or for the account of the Borrower(s).

## EXECUTION OF DOCUMENTS:
1.   Each Borrower must sign all documents exactly as his or her name appears on the blank line provided for his or her signature.  All signatures must be witnessed if required or customary.  All signature acknowledgements must be executed by a person authorized to take acknowledgements in the state of closing.

2.   Any correction or change to loan documents must be approved in writing by us in advance.  No whiteout permitted.  Approved deletions should be made by marking a single line through the language being deleted.  All additions and deletions must be initialed by all borrowers.

3.   All Powers of Attorney must be specific and must be provided to and approved by us in advance.  If approved, the Power of Attorney must be recorded in the same county(ies) in which the Security Instrument is recorded, a certified copy provided to us.

## RESCISSION:
1.   If the transaction is subject to rescission, provide each Borrower and each person having any ownership interest in the security property (borrowing and non-borrowing parties) with two (2) copies each of the completed Notice of Right to

Cancel and one (1) copy each of the Truth-in-Lending Disclosure Statement must be executed by all borrowers and the Notice of Right to Cancel must be properly completed (including all dates) and each Borrower and person given a Notice of Right to Cancel must execute an acknowledgement of receipt prior to copies being distributed. Your failure to properly *complete and provide the Notice of Right to Cancel and Truth-in-Lending* forms to each person entitled to receive the forms will delay this closing.

2.  No Borrower or other person having an ownership interest in the Security Property may modify or waive his or her right to rescind without our prior written consent. There are no exceptions to this policy.

3.  If any Borrower or other person having an ownership interest in the Security Property indicates that he or she wishes to cancel this transaction, contact us immediately for further instructions.

### SURVEYS:

1.  A valid survey dated within 90 days of closing is required in areas where surveys are customary.

2.  The survey must contain all relevant and customary information and certifications and the legal description lot size and street must agree with the appraisal and closing documents.

### ADDITIONAL INFORMATION:

If for any reason this loan does not close within 24 hours of your receipt of funds, immediately return all documents to Lender and wire all funds only to:

      HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
    9 Sylvan Way, Suite 310
    Parsippany, NJ 07054

Closing agent to notify the lender in writing prior to closing the loan if title to the subject property has changed hands within the past 180 days. Closing agent to notify lender if the agent has knowledge of previous, concurrent, or subsequent transactions involving the borrower(s) or subject property.

**If you have any questions regarding any of these instructions, please contact:**
April Mounce-Cortez
at 973 829-1100 , Ext.

### ACKNOWLEDGED:

_____     _____
Settlement Agent                          Date

## NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

**Lender**
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
9 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054
973-829-1100

**Consumer Reporting Agency Contact Information**

| **Equifax** | **Trans Union** | **Experian** |
|---|---|---|
| P.O. Box 740241 | P.O. Box 1000 | P.O. Box 2002 |
| Atlanta, GA 30374-0241 | Chester, PA 19022 | Allen, TX 75013 |
| (800) 685-1111 | (800) 888-4213 | (888) 397-3742 |

PERRY GOENER
12 WANTAGE SCHOOL ROAD
WANTAGE TWP, NJ 07461

Fold Line

## Your Credit Score Information Summary

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
| 667 | Equifax | 02/27/2007 | Beacon 5.0 | 300-850 |

### Key Factors Affecting Score

(38) Serious delinquency, and public record or collection filed

(18) Number of accounts with delinquency

(41) Too many inquiries last 12 months

(6 ) Too many consumer finance company accounts

( )

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
| 682 | Experian | 02/27/2007 | FICO II | 360-840 |

### Key Factors Affecting Score

(38) Serious delinquency, and public record or collection filed

(18) Number of accounts with delinquency

(10) Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high

(20) Time since derogatory public record or collection is too short

(* ) Number of Inquiries Adversely Affected the Score

Fold Line

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
| 693 | TransUnion | 02/27/2007 | FICO Classic 98 | 336-843 |

### Key Factors Affecting Score

(38) Serious delinquency, and public record or collection filed

(18) Number of accounts with delinquency

(10) Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high

(2 ) Level of delinquency on accounts

(* ) Number of Inquiries Adversely Affected the Score

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
|  |  |  |  |  |

### Key Factors Affecting Score

( )

( )

( )

( )

( )

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
|  |  |  |  |  |

### Key Factors Affecting Score

( )

( )

( )

( )

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
|  |  |  |  |  |

### Key Factors Affecting Score

( )

( )

( )

( )

# FIRST PAYMENT NOTICE

MARCH 30, 2007
**Date**

047-332935-7
**Loan Number**

Dear Borrower:

We wish to take this opportunity to welcome you as a customer of HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) and to provide you with the following information regarding your loan.

In accordance with the terms of the Note and Mortgage, your first monthly payment is due and payable on or before MAY 1, 2007. All succeeding payments are due and payable on the first day of the month.

Your initial monthly payment will be as follows:

| | |
|---|---|
| Monthly Principal and Interest: | $ 2,254.97 |
| Monthly Property Tax Deposit: | $ 499.09 |
| Monthly Hazard Insurance Deposit: | $ 56.00 |
| Monthly Annual Assessment Amount: | $ |
| Monthly Flood Insurance Deposit: | $ |
| Monthly Mortgage Insurance Deposit: | $ |
| | $ |
| | $ |
| | $ |
| **Total Initial Monthly Payment:** | $ 2810.06 |

You will be provided with monthly payment coupons for your convenience. However, if your initial payment coupon has not arrived by the time you need to make your payment, please detach and mail the coupon below along with your check to the address indicated. Our mailing address for all correspondence is:

Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.)
P.O. Box 890036
Dallas, TX 75389
800-206-2901

**Please include your loan number on all correspondence.**

Please provide us with the following information in order for us to assure timely receipt of your monthly mortgage billing statements and to correspond with you on any other matters of importance. Please sign below and return to the mailing address provided above.

*Mailing Address/P.O. Box _____
(* indicate mailing address after loan settlement)

City, State & Zip Code _____

Present Telephone Number (include area code) _____

If I/We the Borrower(s) desire the mailing address to be different than the address of the Property indicated on the Deed of Trust, Borrower(s) must provide the correct mailing address. I/We certify the above mailing information to be true and correct and further agree to notify the holder of service of the note immediately of any change of address by certified mail, return receipt requested, to the above referenced address. No other knowledge, whether actual or constructive by the holder of the Note or any of its agents or employees, will be sufficient to put the holder of the Note on notice of any change of Borrower(s) mailing address and/or telephone number.

_____    _____
PERRY GOERNER                -Borrower                                   -Borrower

_____    _____
                             -Borrower                                   -Borrower

---

### FIRST PAYMENT COUPON

NAME: PERRY GOERNER                                LOAN NUMBER: 047-332935-7
AMOUNT: $2,810.06                                  DATE DUE: MAY 1, 2007

A late charge will be assessed if payment is received at this designated location after the 15th calendar day following the due date indicated above.

Send payment to:                                   Using overnight mail service, send payment to:
Homecomings Financial, LLC (f/k/a Homeco          Homecomings Financial, LLC (f/k/a Homecomings
Financial Network, Inc.)                           Financial Network, Inc.)
P.O. Box 78426                                     1820 E Sky Harbor Circle South
Phoenix, AZ 85062-8426                             Phoenix, AZ 85034-9700

---

First Payment Notice

MFCD8677 (08/2006)
047-332935-7

# INSURANCE REQUIREMENTS

Borrower: PERRY GOERNER
Borrower:
Borrower:
Property Address:    12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

Borrower:
Borrower:
Borrower:

## COVERAGE

Insurance coverage must equal the lesser of:
° 100% of the Insurable Value of the improvements as established by the property insurer; OR
° The unpaid principal amount of the first mortgage and, if applicable, the second mortgage loan amount as long as it equals the minimum amount (80% of the Insurable Value of the improvements as established by the property insurer) required to compensate for damage or loss computed on a replacement cost basis.

Policies that exclude coverage (in whole or in part) for loss caused by windstorm, hurricane, hail damage, or any other peril that is normally included under a standard extended coverage endorsement will only be acceptable when accompanied by a separate policy or endorsement which provides adequate coverage.

Unless state law requires a higher deductible, hazard and wind loss deductibles up to 5% of the face amount of the insurance policy are acceptable for all property types.

## LENDER ENDORSEMENT

Policy must contain extended coverage (special form HO-3 or HO-5) and 438BFUNS or 438BFU endorsement to:

Homecomings Financial, LLC (f/k/a Homecomings
Financial Network, Inc.), its successors and/or assigns
P.O. Box 100585
Florence, SC 29501-0585

## FINANCIAL RATING OF INSURANCE COMPANY

The policy must be underwritten by an insurer that holds a Best Insurance Guide rating of Class B III, A II or better; however, a higher rating may be required depending on the loan type. The insurer must be licensed or authorized by law to conduct business in the jurisdiction where the mortgaged premises is located.

## PREPAID PREMIUM

Insurance premium must be prepaid for one year on all purchase transactions. On refinance transactions the policy must have a remaining term of at least 3 months. When the refinance loan is escrowed for insurance, HFN will collect sufficient funds at closing to enable us to pay the renewal premium when due.

## CONDO/PUD

Copy of Master policy required on all condominium and applicable PUD projects.

# Special Requirements -- Closing Agent Must Complete

_____ **Hazard Insurance** (Check if applicable)

Name of Agent:    _____

Address:    _____

Telephone Number:    _____

_____ **Flood Insurance** (Check if applicable)

Name of Agent:    _____

Address:    _____

Telephone Number:    _____

_____ **Windstorm Insurance** (Check if applicable)

Name of Agent:    _____

Address:    _____

Telephone Number:    _____

MFCD8786 (10/2006) / 047-332935-7

**New Jersey Department of Community Affairs**
**Division of Local Government Services**

Exhibit 30   Pg 14 of 25   **INITIAL TAX AUTHORIZATION NOTICE**

| TRANSACTION TYPE: | ☐ Owner Authorization | ☐ Mortgage Purchase |
|---|---|---|

1. Property Information:
   Municipality:  SUSSEX                     County:  SUSSEX
   Block:              Lot:           Qualification:              Acct. #:

   Property Location:  12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

   Owner Name:  PERRY GOERNER

   Owner Mailing Address:  12 WANTAGE SCHOOL ROAD
                           SUSSEX, NJ 07461

2. Mortgage Information

   Name:  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
   Address:  9 SYLVAN WAY, SUITE 100
             PARSIPPANY, NJ 07054
   Contact:
   Phone #:        973-829-1100
   Bank Code #:
   Loan Number:    047-332935-7

3. Servicing Organization Information

   Name:
   Address:
   Contact:
   Phone #:
   Bank Code #:
   Loan Number:

4. **Send Duplicate Tax Bill?**    Yes ☐        Fee Enclosed $ _____

## TAX BILL INSTRUCTIONS

### 5. OWNER AUTHORIZATION
(Do not use for mortgage purchase)

This form is to serve as authorization to indicate on the municipality's tax collection records that all current and future tax bills on the property described above are to be forwarded to the mortgagee or its designee noted herein unless otherwise indicated. This authorization is assignable in the event the mortgagee or servicing organization sells, assigns or transfers the servicing of the mortgage loan to another mortgagee or servicing organization, pursuant to P.L. 1990, c. 69 and N.J.A.C. 5:33-4.1 et seq.

Owner's Signature: _____
Type Name:  PERRY GOERNER
                                        Date: _____
Owner's Signature: _____
Type Name: _____
                                        Date: _____

#### 7. Foreclosure notice request
(pursuant to N.J.S.A. 54:5-104.48)

This form is to serve as notice that the undersigned mortgagee requests notice of foreclosure in the event of In Rem tax foreclosure proceedings on the above listed property.

                                        Date: _____
Signature of mortgagee representative
Typed Name and Title: _____

### 6. Selection of Alternate Tax Bill Recipient
(Tax bill will be sent to the mortgagee unless this section is completed)

Until further written notice from the undersigned, the mortgagee hereby authorizes the tax collector to send all current and future tax bills for the property described above to the following organization:

Servicing Organization (# 3 above):  ☒
Tax Processor:  ☐ (fill in the following)

Name:
Address:
Contact:
Phone #:
Bank Code #:
Loan Number:

Mortgagee's Authorization:
Signature:
Name:
Title:

#### 8. Acknowledgment by Collector:
Date: _____
Tax Collector: _____
Municipality: _____

9. This form prepared on (date)  MARCH 30TH, 2007        , by (name).    MOUNCE-CORTEZ

for (company),  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
                                        , at (phone)  973-829-1100

**Distribution:  Original, Tax Collector; copy 1, servicing organization; copy 2, owner; copy 3, mortgagee.**



-983(NJ) (9808)
VMP MORTGAGE FORMS - (800)521-7291
ME-1-10/92
Page 1 of 4
MFCD8925 (08/2006) / 047-332935-7

**New Jersey Department of Community Affairs**
**Division of Local Government Services**

Exhibit 30   Pg 15 of 25 **INITIAL TAX AUTHORIZATION NOTICE**

**TRANSACTION TYPE:**    ☐ Owner Authorization              ☐ Mortgage Purchase

1. Property Information:
   Municipality:   SUSSEX                     County:      SUSSEX
   Block:               Lot:             Qualification:                Acct. #:

   Property Location:   12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

   Owner Name:    PERRY GOERNER

   Owner Mailing Address:  12 WANTAGE SCHOOL ROAD
                           SUSSEX, NJ 07461

2. Mortgagee Information                      3. Servicing Organization Information

Name: HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL        Name:
         NETWORK, INC.)
Address:   9 SYLVAN WAY, SUITE 100                      Address:
           PARSIPPANY, NJ 07054
Contact:                                               Contact:
Phone #:        973-829-1100                           Phone #:
Bank Code #:                                           Bank Code #:
Loan Number:    047-332935-7                           Loan Number:

4. Send Duplicate Tax Bill?      Yes ☐     Fee Enclosed $ _____
   **TAX BILL INSTRUCTIONS** ─────

| 5. OWNER AUTHORIZATION | 6. Selection of Alternate Tax Bill Recipient |
|---|---|
| **(Do not use for mortgage purchase)** | (Tax bill will be sent to the mortgagee unless this section is completed) |

**5. OWNER AUTHORIZATION**
**(Do not use for mortgage purchase)**

   This form is to serve as authorization to indicate on the municipality's tax collection records that all current and future tax bills on the property described above are to be forwarded to the mortgagee or its designee noted herein unless otherwise indicated. This authorization is assignable in the event the mortgagee or servicing organization sells, assigns or transfers the servicing of the mortgage loan to another mortgagee or servicing organization, pursuant to P.L. 1990, c. 69 and N.J.A.C. 5:33-4.1 et seq.

Owner's Signature: _____
Type Name:    PERRY GOERNER
_____    Date: _____
Owner's Signature: _____
Type Name: _____
_____    Date: _____

**7. Foreclosure notice request**
**(pursuant to N.J.S.A. 54:5-104.48)**

   This form is to serve as notice that the undersigned mortgagee requests notice of foreclosure in the event of In Rem tax foreclosure proceedings on the above listed property.

_____    Date: _____
Signature of mortgage representative
Typed Name and Title: _____

**6. Selection of Alternate Tax Bill Recipient**
(Tax bill will be sent to the mortgagee unless this section is completed)

Until further written notice from the undersigned, the mortgagee hereby authorizes the tax collector to send all current and future tax bills for the property described above to the following organization:

*Servicing Organization* (# 3 above):  ☒
*Tax Processor*:  ☐ (fill in the following)

Name:

Address:

Contact:
Phone #:
Bank Code #:
Loan Number:

Mortgagee's Authorization:
Signature:
Name:
Title:

**8. Acknowledgment by Collector:**
Date:

Tax Collector:

Municipality:

9. This form prepared on (date)   MARCH 30TH, 2007           , by (name),      MOUNCE-CORTEZ
for (company), HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
                                        , at (phone)   973-829-1100

Copy 1, Servicing Organization

**New Jersey Department of Community Affairs**
**Division of Local Government Services**

## INITIAL TAX AUTHORIZATION NOTICE

**TRANSACTION TYPE:**  ☐ Owner Authorization   ☐ Mortgage Purchase

1. Property Information:
   Municipality:  SUSSEX                      County:   SUSSEX
   Block:          Lot:         Qualification:              Acct. #:

   Property Location:  12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

   Owner Name:  PERRY GOERNER

   Owner Mailing Address:  12 WANTAGE SCHOOL ROAD
                           SUSSEX, NJ 07461

2. Mortgagee Information

   Name:  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL
          NETWORK, INC.)
   Address:  9 SYLVAN WAY, SUITE 100
             PARSIPPANY, NJ 07054
   Contact:
   Phone #:          973-829-1100
   Bank Code #:
   Loan Number:      047-332935-7

3. Servicing Organization Information

   Name:

   Address:

   Contact:
   Phone #:
   Bank Code #:
   Loan Number:

4. Send Duplicate Tax Bill?      Yes ☐      Fee Enclosed $ _____

## TAX BILL INSTRUCTIONS

### 5. OWNER AUTHORIZATION
(Do not use for mortgage purchase)

This form is to serve as authorization to indicate on the municipality's tax collection records that all current and future tax bills on the property described above are to be forwarded to the mortgagee or its designee noted herein unless otherwise indicated. This authorization is assignable in the event the mortgagee or servicing organization sells, assigns or transfers the servicing of the mortgage loan to another mortgagee or servicing organization, pursuant to P.L. 1990, c. 69 and N.J.A.C. 5:33-4.1 et seq.

Owner's Signature: _____
Type Name:  PERRY GOERNER
_____              Date: _____
Owner's Signature: _____
Type Name: _____
_____              Date: _____

#### 7. Foreclosure notice request
(pursuant to N.J.S.A. 54:5-104.48)

This form is to serve as notice that the undersigned mortgagee requests notice of foreclosure in the event of In Rem tax foreclosure proceedings on the above listed property.

_____              Date: _____
Signature of mortgagee representative
Typed Name and Title: _____

### 6. Selection of Alternate Tax Bill Recipient
(Tax bill will be sent to the mortgagee unless this section is completed)

Until further written notice from the undersigned, the mortgagee hereby authorizes the tax collector to send all current and future tax bills for the property described above to the following organization:

*Servicing Organization* (# 3 above):  ☒
*Tax Processor:*  ☐ (fill in the following)

Name:

Address:

Contact:
Phone #:
Bank Code #:
Loan Number:

Mortgagee's Authorization:
Signature:
Name:
Title:

#### 8. Acknowledgment by Collector:
Date: _____

Tax Collector: _____

Municipality: _____

9. This form prepared on (date)  MARCH 30TH, 2007          , by (name),    MOUNCE-CORTEZ
for (company), HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
                                        , at (phone)  973-829-1100

New Jersey Department of Community Affairs
Division of Local Government Services

**INITIAL TAX AUTHORIZATION NOTICE**

**TRANSACTION TYPE:**  ☐ Owner Authorization        ☐ Mortgage Purchase

1. Property Information:
   Municipality:  SUSSEX                    County:    SUSSEX
   Block:              Lot:           Qualification:              Acct. #:

   Property Location:  12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

   Owner Name:  PERRY GOERNER

   Owner Mailing Address:  12 WANTAGE SCHOOL ROAD
                           SUSSEX, NJ 07461

2. Mortgagee Information

   Name:  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL
          NETWORK, INC.)
   Address:  9 SYLVAN WAY, SUITE 100
             PARSIPPANY, NJ 07054
   Contact:
   Phone #:          973-829-1100
   Bank Code #:
   Loan Number:      047-332935-7

3. Servicing Organization Information

   Name:
   Address:
   Contact:
   Phone #:
   Bank Code #:
   Loan Number:

4. Send Duplicate Tax Bill?      Yes ☐    Fee Enclosed $ _____

**TAX BILL INSTRUCTIONS**

**5. OWNER AUTHORIZATION**
(Do not use for mortgage purchase)

This form is to serve as authorization to indicate on the municipality's tax collection records that all current and future tax bills on the property described above are to be forwarded to the mortgagee or its designee noted herein unless otherwise indicated. This authorization is assignable in the event the mortgagee or servicing organization sells, assigns or transfers the servicing of the mortgage loan to another mortgagee or servicing organization, pursuant to P.L. 1990, c. 69 and N.J.A.C. 5:33-4.1 et seq.

Owner's Signature: _____
Type Name:  PERRY GOERNER
_____ Date: _____
Owner's Signature: _____
Type Name: _____
_____ Date: _____

**7. Foreclosure notice request**
(pursuant to N.J.S.A. 54:5-104.48)

This form is to serve as notice that the undersigned mortgagee requests notice of foreclosure in the event of In Rem tax foreclosure proceedings on the above listed property.

_____ Date: _____
Signature of mortgagee representative
Typed Name and Title: _____

**6. Selection of Alternate Tax Bill Recipient**
(Tax bill will be sent to the mortgagee unless this section is completed)

Until further written notice from the undersigned, the mortgagee hereby authorizes the tax collector to send all current and future tax bills for the property described above to the following organization:

*Servicing Organization* (# 3 above):  ☒
*Tax Processor*:  ☐ (fill in the following)

Name:

Address:

Contact:
Phone #:
Bank Code #:
Loan Number:

Mortgagee's Authorization:
Signature:
Name:
Title:

**8. Acknowledgment by Collector:**
Date: _____

Tax Collector: _____

Municipality: _____

9. This form prepared on (date)  MARCH 30TH, 2007          , by (name),    MOUNCE-CORTEZ

for (company),  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
                                            , at (phone)  973-829-1100

Copy 3, Mortgagee

-983(NJ) (9608)                           Page 4 of 4                        ME-1-10/92

MFCD8925 (08/2006) / 047-332935-7

## ** IMPORTANT **

## ALL CLOSING AGENTS

### CLOSED PACKAGES
### MUST BE RETURNED
### BY EXPRESS MAIL OR COURIER
### WITHIN *48* HOURS
### OF DISBURSEMENT
### OR A PENALTY WILL
### BE ASSESSED

**RETURN TO:**
**Homecomings Financial**

**One Meridian Crossing, Suite 100 / 03-06-40**
**Minneapolis, MN  55423**
**ATTN: POST CLOSING**

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission paid at Settlement | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | % | | |
| 802. Loan Discount | % | | |
| 803. Appraisal Fee | to Kensington Financial Services, LLC    (P.O.C.) 275.00 Buyer | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee | to Kensington Financial Services, LLC | | |
| 807. Commitment Fee | to Homecomings Financial Network, LLC    450.00 | | |
| 808. Broker Fee | to Kensington Financial Services, LLC    LR    665.00 | | |
| 809. Flood Cert Fee | to First American Flood Date Service    2,821.88 | | |
| 810. Tax Service Fee | to First American Tax Vendor    (P.O.C.) 6.00 Buyer | | |
| 811. Broker Fee from HF to Broker | to Kensington Financial Services, LLC    (P.O.C.) 60.00 Buyer | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | $3,695.85 POC by Lender | | |
| 901. Interest From 04/04/2007 to 04/01/2007 @$ /day | | | |
| 902. Mortgage Insurance Premium for Days | | -198.80 | |
| 903. Hazard Insurance Premium for to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance 9 mo. @ $ 56.00 /mo | | | |
| 1002. Mortgage Insurance mo. @ $ /mo    LR | | 504.00 | |
| 1003. City Property Tax mo. @ $ /mo | | | |
| 1004. County Property Tax 2 mo. @ $ 499.09 /mo | | | |
| 1005. Annual Assessments mo. @ $ /mo    LR | | 998.18 | |
| 1009. Aggregate Analysis Adjustment to Homecomings Financial Network, LLC    LR | | -611.09 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | to Crescent Lake Settlement Services LLC | | |
| 1102. Abstract or title search | | 376.00 | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document Preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's fees | | | |
| (includes above items No: | | | |
| 1108. Title Insurance | to Fidelity National Title Insurance Company | | |
| (includes above items No: | )    1,347.00 | | |
| 1109. Lender's Policy 322,500.00 - 1,002.00 | | | |
| 1110. Owner's Policy | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $ ; Mortgage $ 225.00 ; Release $ 75.00 | | | |
| 1202. Realty Transfer Fee Deed $ ; Mortgage $ | | 300.00 | |
| 1203. Deed $ ; Mortgage $ ; Release $ | | | |
| 1204. Deed $ ; Mortgage $ | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. 2nd Quarter | to Wanatage Township    1,497.27 | | |
| 1400. TOTAL SETTLEMENT CHARGES | (enter on lines 103, Section J and 502, Section K)    8,148.44 | | |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Party Customer

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____    DATE: _____

A. **Settlement Statement**

B. Type of Loan

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | 07-1034 | | |

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265 (expires 9/30/2006)

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 03/30/2007 at 16:30 CPN

| D. NAME OF BORROWER: | Perry Goerner |
|---|---|
| ADDRESS: | 12 Wantage School Road, Sussex |
| E. NAME OF SELLER: | N/A |
| ADDRESS: | |
| F. NAME OF LENDER: | Homecomings Financial Network, LLC |
| ADDRESS: | 9 Sylvan Way, Suite 310, Parsippany, NJ 07054 |
| G. PROPERTY ADDRESS: | 12 Wantage School Road, Sussex, NJ 07461 |
| | Borough of Sussex |
| H. SETTLEMENT AGENT: | Crescent Lake Settlement Services LLC, Telephone: 516-222-2017 Fax: 516-222-2315 |
| PLACE OF SETTLEMENT: | 585 Stewart Avenue, Suite 505, Garden City, NY 11530 |
| I. SETTLEMENT DATE: | |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | | | 401. Contract sales price | |
| 102. Personal Property | | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 8,148.44 | | 403. | |
| 104. Payoff of First Mortgage Loan | 178,394.14 | | 404. | |
| Washington Mutual | | | | |
| 105. Payoff of Second Mortgage Loan | 46,310.08 | | 405. | |
| Adjustments for items paid by seller in advance | | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | | 406. City/town taxes | |
| 107. County taxes | | | 407. County taxes | |
| 108. Assessments | | | 408. Assessments | |
| 109. | | | 409. | |
| 110. | | | 410. | |
| 111. | | | 411. | |
| 112. | | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 232,852.66 | | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 322,500.00 | | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | | 503. Existing loan(s) taken subject to | |
| 204. | | | 504. | |
| 205. | | | 505. | |
| 206. | | | 506. | |
| 207. | | | 507. | |
| 208. | | | 508. | |
| 209. | | | 509. | |
| Adjustments for items unpaid by seller | | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | | 510. City/town taxes | |
| 211. County taxes | | | 511. County taxes | |
| 212. Assessments | | | 512. Assessments | |
| 213. | | | 513. | |
| 214. | | | 514. | |
| 215. | | | 515. | |
| 216. | | | 516. | |
| 217. | | | 517. | |
| 218. | | | 518. | |
| 219. | | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 322,500.00 | | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 232,852.66 | | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 322,500.00 | | 602. Less reduction amount due seller (line 520) | |
| **303. CASH TO BORROWER** | 89,647.34 | | **603. CASH TO SELLER** | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____ ) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____
SELLER(S) SIGNATURE(S): _____
SELLER(S) NEW MAILING ADDRESS: _____
SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

Filed 07/31/13   Entered 08/08/13 13:33:43   Exhibit I.
Exhibit I   Page 21 of 25

File Number: 075-034

Title Express Settlement System  Printed 03/30/2007 at 16:30 CEN

PAGE 2

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission paid at Settlement | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | % | | |
| 802. Loan Discount | % | | |
| 803. Appraisal Fee | to Kensington Financial Services, LLC | | |
| 804. Credit Report | (P.O.C.) 275.00 Buyer | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee | to Kensington Financial Services, LLC | | |
| 807. Commitment Fee | to Homecomings Financial Network, LLC | 450.00 | |
| 808. Broker Fee | to Kensington Financial Services, LLC  LR | 665.00 | |
| 809. Flood Cert Fee | to First American Flood Data Service | 2,821.88 | |
| 810. Tax Service Fee | to First American Tax Vendor  (P.O.C.) 6.00 Buyer | | |
| 811. Broker Fee from HF to Broker | to Kensington Financial Services, LLC  (P.O.C.) 60.00 Buyer | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | $3,695.65 POC by Lender | | |
| 901. Interest From  04/04/2007 to 04/01/2007 | | | |
| 902. Mortgage Insurance Premium for | @$  /day  Days | -198.80 | |
| 903. Hazard Insurance Premium for | to | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | 9 mo.@$  56.00 /mo | 504.00 | |
| 1003. City Property Tax | mo.@$  /mo  LR | | |
| 1004. County Property Tax | mo.@$  /mo | | |
| 1005. Annual Assessments | 2 mo.@$  499.09 /mo | 998.18 | |
| 1009. Aggregate Analysis Adjustment  to Homecomings Financial Network | mo.@$  /mo  LR | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | to Crescent Lake Settlement Services LLC  LR | -611.09 | 0.00 |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | 375.00 | |
| 1104. Title insurance binder | | | |
| 1105. Document Preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's fees | | | |
| (includes above items No: | ) | | |
| 1108. Title Insurance | to Fidelity National Title Insurance Company | | |
| (includes above items No: | ) | | |
| 1109. Lender's Policy | | 1,347.00 | |
| 1110. Owner's Policy | 322,500.00 - 1,002.00 | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees  Deed $  ; Mortgage $ 225.00  ; Release $ 75.00 | | | |
| 1202. Realty Transfer Fee  Deed $  ; Mortgage $ | | 300.00 | |
| 1203. Deed $  ; Mortgage $  ; Release $ | | | |
| 1204. | Deed $  ; Mortgage $ | | |
| 1205. | Deed $  ; Mortgage $ | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. 2nd Quarter | to Wanatage Township | | |
| 1400. TOTAL SETTLEMENT CHARGES  (enter on lines 103, Section J and 502, Section K) | | 1,497.27 | |
| | | 8,148.44 | |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Perry Gooditor

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE
UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION
CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18:
U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT _____  DATE: _____

# Initial Escrow Account Disclosure Statement

Date: 03/30/2007      Loan Number: 047-332935-7      Case Number:

Servicer's Name and Address:
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
LIMITED LIABILITY COMPANY
3 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054

Toll Free Number: 973-829-1100

Borrowers: PERRY GOERNER

Property Address:
12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

Mailing Address:
12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Month (or Period) | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Initial Deposit: | | | | 891.09 |
| 05/01/2007 | 555.09 | 0.00 | | 1446.18 |
| 06/01/2007 | 555.09 | 0.00 | | 2001.27 |
| 07/01/2007 | 555.09 | 0.00 | | 2556.36 |
| 08/01/2007 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1614.18 |
| 09/01/2007 | 555.09 | 672.00 | HAZ INS(672.00) | 1497.27 |
| 10/01/2007 | 555.09 | 0.00 | | 2052.36 |
| 11/01/2007 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1110.18 |
| 12/01/2007 | 555.09 | 0.00 | | 1665.27 |
| 01/01/2008 | 555.09 | 0.00 | | 2220.36 |
| 02/01/2008 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1278.18 |
| 03/01/2008 | 555.09 | 1497.27 | | 1833.27 |
| 04/01/2008 | 555.09 | 0.00 | | 2388.36 |

**(PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.)**

Cushion selected by servicer: $ ___1,110.18___

[x] Your monthly mortgage payment for the coming year will be $ 2810.06 of which $ 2,254.97 will be for principal and interest and $ 555.09 will go into your escrow account.

[ ] Your first mortgage payment for the coming year will be $ of which $ will be for principal and interest and $ will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

VMP-503R (9502)          VMP MORTGAGE FORMS - (800)521-7291          2/95

MFCD6059 (08/2006) / 047-332935-7



# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

Borrower:

PERRY GOERNER
12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

Creditor:

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
9 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054

Loan Number: 047-332935-7

Date:  03/30/2007

| ANNUAL PERCENTAGE RATE<br><br>The cost of your credit as a yearly rate | FINANCE CHARGE<br><br>The dollar amount the credit will cost you. | Amount Financed<br><br>The amount of credit provided to you or on your behalf. | Total of payments<br><br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.6811% | $494,922.92 | $316,861.92 | $811,784.84 |

Your payment schedule will be:

| No. of Pmts | Amt. of Pmts | Monthly Pmts Begin | No. of Pmts | Amt. of Pmts | Monthly Pmts Begin | No. of Pmts | Amt. of Pmts | Monthly Pmts Begin |
|---|---|---|---|---|---|---|---|---|
| 359 | 2254.97 | 05/01/2007 | | | | | | |
| 1 | 2250.61 | 04/01/2037 | | | | | | |

INSURANCE: The following insurance is required to obtain credit:   * Property
You may obtain the insurance from anyone that is acceptable to creditor.

SECURITY:  You are giving a security interest in real property you already own.
Property Address: 12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

LATE CHARGE:  If a payment is more than 15 days late, you will be charged 5 % of the
overdue payment of principal and interest.

PREPAYMENT:  If you pay off your loan early,   * You will not have to pay a penalty.
* You will not be entitled to a refund of part of the finance charge.

ASSUMPTION:  Someone buying your property cannot assume the remainder of your loan on the
original terms.

See your contract documents for any additional information about nonpayment, default, any
required repayment in full before the scheduled date, and prepayment refunds and penalties.

_____
PERRY GOERNER                    DATE

**NOTICE OF RIGHT TO CANCEL**

LENDER: HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
9 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054

DATE: 03/30/2007
LOAN NO.: 047-332935-7
TYPE: ADV 30YR NA

BORROWERS:    PERRY GOERNER

ADDRESS:    12 WANTAGE SCHOOL ROAD
CITY/STATE/ZIP:    SUSSEX, NJ 07461
PROPERTY:

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1)    The date of the transaction, which is  MARCH 30TH, 2007              ; or
(2)    The date you received your Truth in Lending disclosures; or
(3)    The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home-or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing at:

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
9 Sylvan Way, Suite 310
Parsippany, NJ 07054
FAX: (973) 829-1900

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of  APRIL 3RD, 2007
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____        _____
SIGNATURE                                                    DATE

---

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____        _____        _____        _____
PERRY GOERNER                          Date                                                                  Date

_____        _____        _____        _____
                                                 Date                                                                  Date

_____        _____        _____        _____
                                                 Date                                                                  Date

_____        _____        _____        _____
                                                 Date                                                                  Date

_____        _____        _____        _____
                                                 Date                                                                  Date

_____        _____        _____        _____
                                                 Date                                                                  Date

MFCD8714 (09/2006)

047-332935-7

Date:          MARCH 30TH, 2007

Loan Number:   047-332935-7

Borrower:      PERRY GOERNER


Property Address:  12 WANTAGE SCHOOL ROAD
                   SUSSEX, NJ 07461

# TAX CERTIFICATE

**INSTRUCTIONS TO CLOSING AGENT OR ATTORNEY:**
**Please verify all information on this form and make any necessary corrections below.** Obtain and pay any bills
which are past due, currently due, or, if available, which will be due within the next 60 days following the date of loan
closing.

Verify the appropriate sections for each type of tax that HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)          will receive as a separate tax statement.

Enter the name and address of the taxing authority. If a combination of taxes are on the same statement, please show
which taxes are combined (e.g. City and School).

| NAME & ADDRESS OF TAXING AUTHORITY | LAST DUE DATE PAID | AMOUNT LAST PAID | NEXT DUE DATE (PAYABLE WITHOUT PENALTY) | AMOUNT NEXT DUE (ESTIMATE IF NECESSARY) |
|---|---|---|---|---|
| COUNTY | 05/02/2007 | 1,497.27 | 08/01/2007 | 1,497.27 |
| CITY | | | | |
| TOWN | | | | |
| SCHOOL | | | | |
| SPECIAL ASSESSMENT | | | | |
| OTHER | | | | |

Tax I.D. Number:  APN #1:  BLOCK: 43 LOT: 7.18                County: SUSSEX
                  APN #2:
Legal Description:
    Legal description attached hereto and made a part hereof


I have reviewed the above information and have made any necessary corrections.


_____        _____
Closing Agent/Attorney                  Date


MFCD6081 (08/2006)                                        047-332935-7