CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A.L. Battle (admitted *pro hac vice*)
David A. Beck (admitted *pro hac vice*)

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 7, 2013, I electronically filed the Summary Of Third Interim Application Of Carpenter Lipps & Leland LLP As Special Litigation Counsel For The Debtors For Compensation And Reimbursement Of Expenses Incurred For The Period January 1, 2013 Through April 30, 2013 [Docket No. 4557] (the "**Application**") with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

       I further certify that copies of the **Application** have been sent via overnight delivery to the parties listed on attached Exhibit A, at the address stated.

Dated: August 8, 2013                               CARPENTER LIPPS & LELAND LLP

<u>/s/ David A. Beck</u>
Jeffrey A. Lipps (admitted *pro hac vice*)
lipps@carpenterlipps.com
Jennifer A.L. Battle (admitted *pro hac vice*)
battle@carpenterlipps.com
David A. Beck (admitted *pro hac vice*)
beck@carpenterlipps.com
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Phone:  (614) 365-4100
Fax:  (614) 365-9145

*Special Litigation Counsel to the Debtors and Debtors in Possession*

## **EXHIBIT A**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky,
Gary S. Lee and Lorenzo Marinuzzi

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
  Douglas H. Mannal

Office of the United States Trustee
355 Main Street – First Floor
Poughkeepsie, NY 12601
Attn:  Eric J. Small

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Brian S. Masumoto and Michael Driscoll

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Residential Capital LLC
1100 Virginia Drive
Ft. Washington, PA 19034
Attn:  Tammy Hamzehpour