ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
ANDREA M. WONG
Assistant Chief Counsel
VICENTE MATIAS MURRELL (MD Bar No. 9806240098)
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Fax: (202) 326-4112
e-mail: murrell.vicente@pbgc.gov and efile@pbgc.gov

Attorneys for Creditor
Pension Benefit Guaranty Corporation


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
In re:                                                   )    Case Nos. 12-12020 (MG)
                                                         )
RESIDENTIAL CAPITAL, LLC, et al.                         )    Chapter 11
                                                         )
                                                         )
                                                         )    (Jointly Administered)
                              Debtors.                   )
--------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2013, I electronically filed **Limited Objection of the Pension Benefit Guaranty Corporation to Plan Proponents' Motion For An Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V)**

1

**Approving Procedures for Notice of the Confirmation Hearing and For Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief** with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

    I further certify that I caused copies of the foregoing to be served on the parties listed on attached Exhibit A, via e-mail as indicated.

Dated: August 8, 2013
Washington, DC

/s/Vicente Matias Murrell
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
ANDREA WONG
Assistant Chief Counsel
VICENTE MATIAS MURRELL
(MD Bar No. 9806240098)
Attorney
PENSION BENEFIT GUARANTY
 CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005-4026
Tel: (202) 326-4020
Fax: (202) 326-4112

## **Exhibit A**

- hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com;
- bobbie.theivakumaran@citi.com;
- maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com;
- jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com;
- kdwbankruptcydepartment@kelleydrye.com;
- richard.cieri@kirkland.com;
- ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com;
- keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com;
- rescapinfo@kccllc.com;
- wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com;
- guzzi@milbank.com;
- Tammy.Hamzehpour@gmacrescap.com; Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com;
- lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com;
- enid.stuart@OAG.State.NY.US;
- joseph.cordaro@usdoj.gov;
- secbankruptcy@sec.gov;
- secbankruptcy@sec.gov; newyork@sec.gov; bankruptcynoticeschr@sec.gov;
- AskDOJ@usdoj.gov;
- joseph.cordaro@usdoj.gov;
- Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov