UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
RESIDENTIAL CAPITAL, LLC, *et al.*          :    Case No. 12-12020 (MG)
                                            :
        Debtors.                            :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

Georgia Faust, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in New York, New York.

2. On August 7, 2013, I caused to be served true and correct copies of the *Third Interim Application of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel to the Debtors and Debtors in Possession, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from January 1, 2013 Through and Including April 30, 2013* [Docket No. 4532] upon the parties listed on the appended Exhibit A by the delivery methods listed respective to each party served.

                                    /s/ *Georgia Faust*
                                        Georgia Faust

Sworn to before me this
8th day of August 2013

/s/ *John T. Weber*
    Notary Public

**JOHN T. WEBER**
**Notary Public, State of New York**
**No. 01WE6192846**
**Qualified in Westchester County**
**Certificate Filed in New York County**
**Commission Expires September 2, 2016**

## EXHIBIT A

**VIA HAND DELIVERY**
Morrison & Foerster LLP
1290 Ave of the Americas, #41
New York, NY 10104
Attention:  Larren M. Nashelsky, Esq.
                  Gary S. Lee, Esq.
                  Lorenzo Marinuzzi, Esq.

**VIA HAND DELIVERY**
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention:  Brian S. Masumoto, Esq.
                  Michael Driscoll, Esq.

**VIA HAND DELIVERY**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attention:  Kenneth H. Eckstein, Esq.
                  Douglas H. Mannal, Esq.

**VIA HAND DELIVERY**
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attention:  Richard M. Cieri, Esq.
                  Ray C. Schrock, Esq.

**VIA OVERNIGHT MAIL**
Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington, PA 19034
Attention:  Tammy Hamzehpour, Esq.

**VIA OVERNIGHT MAIL**
Office of the United States Trustee
355 Main Street
First Floor
Poughkeepsie, NY 12601
Attention:  Eric J. Small, Esq.

15710546