UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In re:                                      )    Case No. 12-12020 (MG)
                                            )
RESIDENTIAL CAPITAL, LLC, *et al.*,         )    Chapter 11
                                            )
                          Debtors.          )    Jointly Administered
                                            )

------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 3723, FILED BY LEBRATO LAW OFFICES/GARY LEBRATO

Lebrato Law Offices/Gary Lebrato, having filed Claim Number 3723 against Residential Capital, LLC (the "Claim"), hereby give notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedures.

Lebrato Law Offices/Gary Lebrato hereby withdraw the Claim, authorize SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: July 8, 2013                          GARY LEBRATO
       August                                _____
                                             (Sign Name)

SP/1358681.1/062429