MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – INSUFFICIENT DOCUMENTATION TAX CLAIMS) AGAINST LEWISVILLE INDEPENDENT SCHOOL DISTRICT (CLAIM NO. 1334)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors") withdraw, without prejudice, the *Debtors' Fifteenth Omnibus Objection to Claims (No Liability – Insufficient Documentation Tax Claims)* [Docket No. 4149] (the "Fifteenth Omnibus Claims Objection") against Lewisville Independent School District ("Lewisville").

**PLEASE TAKE FURTHER NOTICE THAT** the withdrawal of the Fifteenth Omnibus Claims Objection as to Lewisville does not constitute any admission or finding with respect to the allowance of Claim No. 1334 (the "Claim") filed by Lewisville, and the Debtors

ny-1103647

reserve all rights to object to the Claim on any other basis at a future point in time.

Dated: August 9, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1103647