IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **RESIDENTIAL CAPITAL, LLC, et al.** | ) Case No. 12-12020 (MG) |
| Debtor. | ) |
| | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE CITY OF NEWPORT NEWS'
RESPONSE TO THE MOTION ON THIRTEENTH OMNIBUS
OBJECTION TO CLAIMS (DOCUMENT NO. 4308)**

PLEASE TAKE NOTICE that the City of Newport News, Virginia, hereby withdraws its Response to the Motion on Thirteenth Omnibus Objection to Claims, docketed as Document number 4308.

PLEASE TAKE FURTHER NOTICE tha the City reserves any rights to pursue payment of post-petition taxes and fees owed by Debtor on property located at 528 Bellwod Road, Newport News, Virginia, as a administrative claim, with the understanding that Debtors reserve the right to object to such administrative claim.

Joseph M. DuRant
Virginia State Bar No. 25053 (admitted *pro hac vice*)
Office of the City Attorney
2400 Washington Ave.
Newport News, VA 23607
(757)926-8416
(757)926-8549 (fax)
jdurant@nngov.com

1

Dated:   August 9, 2013
       Newport News, Virginia

/s/ Joseph M. DuRant
Deputy City Attorney
Office of the City Attorney
2400 Washington Avenue
Newport News, VA 23607
Telephone: (757)926-8416
Facsimile: (757)926-8549

*Counsel for City of Newport New*

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this Objection was sent via ECF and regular U.S. first class mail to the following parties on August 9, 2013:

Gary S. Lee
Norman S. Rosenbaum
Jardan A. Wishnew
MORRISON & FOERSTER, LLP
1290 Avenue of the Americas
New York NY 10104


Office of the U.S. Trustee
33 Whitehall St
New York, NY 10004


/s/ Joseph M. DuRant
Deputy City Attorney