UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Michael Birnbaum, depose and say that I am employed by Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), attorneys for Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation.

On August 8, 2013, at my direction and under my supervision, employees of Kasowitz caused the following document to be served via first-class mail on the parties listed on **Exhibit A,** and via electronic mail on the parties listed on **Exhibit B**:

> Objection of the Federal Housing Finance Agency to Approval of Proposed Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 4587]

DATED:    August 9, 2013
                New York, New York

                                      /s/ Michael Birnbaum
                                      Michael Birnbaum

Sworn to before me this
_9_ day of August, 2013

/s/ Mary A. O'Connell
Notary Public

MARY A. O'CONNELL
Notary Public, State of New York
No. 01OC6023427
Qualified in Queens County
Commission Expires April 19, 20_15_

## EXHIBIT A

12-12020-mg    Doc 4607    Filed 08/09/13    Entered 08/09/13 16:23:37    Main Document

| | | |
|---|---|---|
| AIG Asset Management US LLC<br>Attn: Russell Lipman<br>80 Pine Street<br>New York, NY 10038 | Akerman Senterfitt LLP<br>Andrea S. Hartley<br>One Southeast Third Ave., 25th Fl.<br>Miami, FL 33131 | Akerman Senterfitt LLP<br>Susan F. Balaschak & Hadi Khatib<br>335 Madison Ave., Suite 2600<br>New York, NY 10017 |
| Akin Gump Strauss Hauer & Feld LLP<br>Daniel H. Golden & David M. Zensky & Abid Qureshi<br>& Philip C. Dublin & Rachel Ehrlich Albanese<br>One Bryant Park<br>New York, NY 10036 | Akin Gump Strauss Hauer<br>& Feld LLP<br>Fred S. Hodara & Robert A. Johnson & Christopher W. Carty<br>One Bryant Park<br>New York, NY 10036-6745 | Aldine Independent School District<br>Courtney F. Harris,<br>Pamela H. Walters<br>14910 Aldine Westfield Road<br>Houston, TX 77032 |
| Aldridge Connors LLP<br>Bankruptcy Department<br>Fifteen Piedmont Center<br>Atlanta, GA 30305 | Allen & Overy LLP<br>Ken Coleman & John Kibler<br>1221 Avenue of the Americas<br>New York, NY 10020 | Allstate Life Insurance Company<br>Attn: Peter A. McElvain<br>3075 Sanders Road, Suite G5A<br>Northbrook, IL 60062 |
| Ally Financial Inc.<br>Jeffrey Brown Corporate Treasurer<br>440 S Church Street<br>Charlotte, NC 28202 | Alston & Bird LLP<br>John C. Weitnauer, Esq.<br>One Atlantic Center<br>Atlanta, GA 30309-3424 | Alston & Bird LLP<br>Martin G. Bunin, Esq.<br>& William Hao, Esq.<br>90 Park Avenue<br>New York, NY 10016 |
| Alston & Bird LLP<br>William B. Macurda<br>Bank of America Plaza, Suite 4000<br>Charlotte, NC 28280-4000 | Assistant Attorney General<br>John Mark Stern Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Attorney General of the State of Michigan Bill Schuette<br>Juandisha M. Harris Assist Atty General<br>Cadillac Place Suite 10-200<br>Detroit, MI 48202 |
| Attorney General of the State of New York, Eric T. Schneiderman<br>Victoria L. Safran<br>Nassau Regional Office<br>Mineola, NY 11501 | Ballard Spahr LLP<br>Sarah Schindler-Williams, Esquire<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | Bank of New York Mellon<br>Sarah Stout & Jennifer J. Provenzano<br>525 William Penn Place<br>Pittsburgh, PA 15259-0001 |
| Barclays Bank PLC<br>Joe Tricamo & May Wong<br>1301 Sixth Avenue<br>New York, NY 10019 | Barnes & Thornburg LLP<br>David M. Powlen<br>1000 North West St., Suite 1500<br>Wilmington, DE 19801 | Barry B, Eskanos JD MPA &<br>Ami B. Eskanos<br>3122 Pine Tree Drive<br>Miami Beach, FL 33140 |
| Bernstein Litowitz Berger & Grossmann LLP<br>David R. Stickney & Jonathan D. Uslaner & Matthew P. Jubenville<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | Bernstein Litowitz Berger & Grossmann LLP<br>Jai K. Chandrasekhar<br>1285 Avenue of the Americas<br>New York, NY 10019 | Blank Rome LLP<br>Michael B. Schaedle<br>One Logan Square<br>Philadelphia, PA 19103 |
| Blank Rome LLP<br>Stanley B. Tarr & Alan M. Root<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 | BMMZ Holding LLC<br>c/o Ally Financial Inc,<br>Attn: Courtney Lowman<br>200 Renaissance Center<br>Detroit, MI 48265-2000 | Bracewell & Giuliani LLP<br>Ryan M. Philp<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Bracewell & Giuliani LLP<br>Stan Chelney<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Brian Kessler, et al<br>c/o Walters Bender Strohbehn<br>& Vaughan, P.C.<br>2500 City Center Square,<br>1100 Main, Suite 2500<br>Kansas City, MO 64105 | Brown Rudnick LLP<br>Sigmund S. Wissner Gross<br>7 Times Square<br>New York, NY 10036 |

| | | |
|---|---|---|
| Cadwalader Wickersham & Taft LLP<br>Gregory M. Petrick & Ingrid Bagby<br>One World Financial Center<br>New York, NY 10281 | Cadwalader Wickersham & Taft LLP<br>Mark C. Ellenberg, Esq.<br>700 Sixth Street NW<br>Washington, DC 20001 | Caley Dehkhoda & Quadri d/b/a<br>Wong Fleming<br>Dianna J. Caley<br>2340 130th Ave NE Suite D 150<br>Bellevue, WA 98005 |
| Carter Ledyard & Milburn LLP<br>Aaron R. Cahn & Leonardo Trivigno<br>2 Wall Street<br>New York, NY 10005 | Chadbourne & Parke LLP<br>Attn: Howard Seife & David M. LeMay & Robert J. Gayda & Marc B. Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 | Citibank NA<br>Attn: Bobbie Theivakumaran<br>390 Greenwich Street, 6th Fl.<br>New York, NY 10013 |
| Cleary Gottlieb Steen & Hamilton LLP<br>Sean A. O'Neal & Thomas J. Moloney<br>One Liberty Plaza<br>New York, NY 10006 | Clifford Chance US LLP<br>Jennifer C. DeMarco & Adam Lesman<br>31 West 52nd St<br>New YorkNY10019 | Cohen Milstein Sellers & Toll PLLC<br>Joel P. Laitman, Christopher Lometti, Michael B. Eisenkraft, Daniel B. Rehns & Kenneth M. Rehns<br>88 Pine St 14th Fl<br>New YorkNY10005 |
| Cohn Birnbaum & Shea PC<br>Scott D. Rosen<br>100 Pearl Street, 12th Fl<br>Hartford, CT 06103 | Cole Schotz Meisel Forman & Leonard PA<br>Michael D. Warner & Emily S. Chou<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102 | Commonwealth of Pennsylvania, Department of Labor and Industry<br>Joseph Kots<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 |
| Crowe & Dunlevy PC<br>William H. Hoch<br>20 N. Broadway Ave., Ste. 1800<br>Oklahoma City, OK 73102 | Curtis Mallet-Prevost Colt & Mosle LLP<br>Maryann Gallagher, Esq.<br>101 Park Avenue<br>New York, NY 10178-0061 | Curtis Mallet-Prevost Colt & Mosle LLP<br>Michael A. Cohen, Esq.<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Curtis Mallet-Prevost Colt & Mosle LLP<br>Steven J. Reisman, Esq.<br>101 Park Avenue<br>New York, NY 10178-0061 | David P. Stich, Esq.<br>521 Fifth Avenue, 17th Fl<br>New York, NY 10175 | Day Pitney LLP<br>Herbert K. Ryder<br>1 Jefferson Road<br>Parsippany, NJ 07054-2891 |
| Day Pitney LLP<br>James J. Tancredi<br>242 Trumbull Street<br>Hartford, CT 06103 | Day Pitney LLP<br>Joshua W. Cohen<br>1 Audubon Street<br>New Haven, CT 06510 | Dechert LLP<br>Glenn E. Siegel, Hector Gonzalez, Brian E. Greer & Mauricio A. Espana<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |
| Deutsche Bank<br>Rosa Mendez<br>Corporate Trust Department<br>Santa Ana, CA 92705-4934 | Deutsche Bank Trust Company Americas<br>Attn: Brendan Meyer<br>Harborside Financial Center<br>100 Plaza One MS: JCY03-0699<br>Jersey City, NJ 07311-3901 | Diem T. Nguyen<br>P.O. Box 12139<br>Westminster, CA 92685 |
| Duane Morris LLP<br>Gerald S. Catalanello, Esq. & James J. Vincequerra, Esq.<br>1540 Broadway<br>New York, NY 10036 | Fedelina Roybal-DeAguero<br>2008 Trust<br>42265 Little Lake Road<br>Medocino, CA 94560 | Fein Such & Crane LLP<br>Mark K. Broyles, Esq.<br>28 East Main Street, Suite 1800<br>Rochester, NY 14614 |
| Fein Such & Crane LLP<br>Tammy L. Terrell Benoza<br>747 Chestnut Ridge Road<br>Chestnut Ridge, NY 10977 | Fein Such & Crane LLP<br>Tammy L. Terrell Benoza<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054 | Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>Paul J. Pascuzzi<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814 |

| | | |
|---|---|---|
| FIDC<br>Dennis J. Early<br>Counsel - Legal Division<br>3501 Fairfax Drive, Room VS-D-7076<br>Arlington, VA 22226-3500 | Financial Guaranty Insurance Company<br>Attn: John Dubel<br>125 Park Avenue<br>New York, NY 10017 | Flores & Saucedo PLLC<br>Christina Flores<br>5517 McPherson, Suite 14<br>Laredo, TX 78041 |
| Foley & Mansfield PLLP<br>Thomas J. Lallier<br>250 Marquette Avenue, Suite 1200<br>Minneapolis, MN 55401 | Zuckerman Spaeder LLP<br>Graeme W. Bush & Nelson C. Cohen & Laura E. Neish<br>1800 M Street, N.W., Suite 1000<br>Washington, DC 20036 | Freeborn & Peters LLP<br>Devon J. Eggert, Esq.<br>311 S Wacker Drive, Suite 3000<br>Chicago, IL 60606-6677 |
| Freeborn & Peters LLP<br>Thomas R. Fawkes, Esq.<br>311 S Wacker Drive, Suite 3000<br>Chicago, IL 60606-6677 | Fried Frank Harris Shriver & Jacobson<br>William G. McGuinness & Israel David & Gary L. Kaplan<br>1 New York Plaza<br>New York, NY 10004 | Gibbons PC<br>Attn: Karen A. Giannelli, Esq.<br>One Gateway Center, 9th Fl<br>Newark, NJ 07102-5310 |
| Gibbons PC<br>Jeffrey S. Berkowitz & Christopher A. Albanese<br>One Pennsylvania Plaza, 37th Fl<br>New York, NY 10119-3701 | Gibbs & Bruns LLP<br>Kathy D. Patrick, Esq. & Scott A. Humphries, Esq.<br>1100 Louisiana, Suite 5300<br>Houston, TX 77002 | Gibbs & Bruns, L.L.P.<br>Kathy D. Patrick<br>1100 Louisiana<br>Houston, TX 77002 |
| Gibson Dunn Crutcher<br>David M. Feldman & Joshua Weisser<br>200 Park Avenue<br>New York, NY 10166-0193 | Ginnie Mae<br>Ted Tozer<br>550 12 St. SW<br>Washington, DC 20024 | Grant & Eisenhofer PA<br>Georffrey C. Jarvis Matthew P. Morris & Deborah A. Elman<br>485 Lexington Ave., 29th Fl<br>New York, NY 10017 |
| Guttleman Muhlstock Chewcaskie<br>Brian Chewcaskie<br>2200 Fletcher Ave, No. 16<br>Fort Lee, NJ 07024 | Hinshaw & Culbertson<br>Ali Ryan Amin<br>780 Third Ave., 4th Fl<br>New York, NY 10017 | HP Enterprise Services LLC<br>Ayala Hassell, Esq.<br>5400 Legacy Drive<br>Plano, TX 75024 |
| Hunton & Williams LLP<br>Richard P. Norton & Robert A. Rich<br>200 Park Avenue, 53rd Fl<br>New York, NY 10166 | IBM Corporation<br>Attn: Shawn Konig<br>1360 Rene Levesque W, Suite 400<br>Montreal, QC H3G 2W6<br>Canada | Imperial County Tax Collector<br>940 W Main Street, Suite 106<br>El Centro, CA 92243 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plaza, Rm 1150<br>Baltimore, MD 21201 |
| Iron Mountain Information Management Inc<br>Joseph Corrigan<br>745 Atlantic Avenue<br>Boston, MA 02111 | John Ciampoli County Attorney of Nassau County<br>Patrick R. Gallagher<br>1 West Street<br>Mineola, NY 11501 | Jones Day<br>Carl E. Black<br>901 Lakeside Avenue<br>Cleveland, OH 44114 |
| Jones Day<br>Corinne Ball, Richard L. Wynne & Lance E. Miller<br>222 East 41st Street<br>New York, NY 10017 | Zuckerman Spaeder LLP<br>Graeme W. Bush & Nelson C. Cohen & Laura E. Neish<br>1185 Avenue of the Americas, 31st Fl.<br>New York, NY 10036 | Kathleen G. Cully PLLC<br>Kathleen G. Cully<br>180 Cabrini Blvd., No 128<br>New York, NY 10033-1167 |

| | | |
|---|---|---|
| Kelley Drye & Warren LLP<br>James S. Carr & Eric R. Wilson<br>101 Park Avenue<br>New York, NY 10178 | Kessler Topaz Meltzer & Check LLP<br>Edward W. Ciolko Donna Siegel Moffa<br>280 King of Prussia Rd<br>Radnor, PA 19087 | Kilpatrick & Associates PC<br>Richardo I. Kilpatrick<br>903 North Opdyke Road, Suite C<br>Auburn Hills, MI, 48326 |
| King & Spalding LLP<br>W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson<br>1180 Peachtree Street N.E.<br>Atlanta, GA 30309 | KIRBY McINERNEY LLP<br>Mark A. Strauss & J Brandon Walker<br>825 Third Ave., 16th Fl<br>New York, NY 10022 | Kirkland & Ellis<br>Judson Brown<br>655 Fifteenth Street NW<br>Washington, DC 20005-5793 |
| Kirkland & Ellis<br>Richard M. Cieri<br>601 Lexington Ave<br>New York, NY 10022 | Kirkland & Ellis LLP<br>Attn: Ray C. Schrock & Stephen E. Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 | Klestadt & Winters LLP<br>Attn: Tracy L. Klestadt & Joseph C. Corneau<br>570 Seventh Ave., 17th Fl<br>New York, NY 10018 |
| Kozeny, McCubbin & Katz, LLP<br>Jordan S. Katz<br>395 N Service Road<br>Melville, NY 11747 | Kramer Levin Naftallis & Frankel LLP<br>Kenneth H. Eckstein, Thomas Moers Mayer & Douglas H. Mannal & Jeffrey Trachtman<br>1177 Avenue of the Americas<br>New York, NY 10036 | Kriss & Feuerstein LLP<br>Jason S. Leibowitz<br>360 Lexington Ave., Ste 1200<br>New York, NY 10017 |
| Kurtzman Carson Consultants<br>P. Joe Morrow<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Lapp Libra Thomson Stoebner & Pusch<br>David A. Libra, Esq.<br>120 South Sixth St., Suite 2500<br>Minneapolis, MN 55402 | Law Debenture Trust Company of NY<br>James D. Heaney Managing Director<br>400 Madison Ave<br>New York, NY 10017 |
| Law Offices of Christopher Green<br>Christopher E. Green<br>Two Union Square, Suite 4285<br>Seattle, WA 98101 | Law Offices of Richard Sax<br>Richard Sax<br>448 Sebastopol Ave<br>Santa Rosa, CA 95401 | Law Offices of Robert E. Luna PC<br>Andrea Sheehan<br>4411 N Central Expressway<br>Dallas, TX 75205 |
| Leopold & Associates PLLC<br>Saul Leopold & Phillip Mahony<br>80 Business Park Dr., Ste 110<br>Armonk, NY 10504 | Linebarger Goggan Blair & Sampson LLP<br>Diana W. Sanders<br>P.O. Box 17428<br>Austin, TX 78760 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St., Ste 1600<br>Dallas, TX 75201 |
| Linebarger Goggan Blair & Sampson LLP<br>John P. Dillman, Esq.<br>P. O. Box 3064<br>Houston. TX 77253-3064 | Locke Lord LLP<br>Casey B. Howard<br>3 World Financial Center<br>New York, NY 10281-2101 | Loeb & Loeb LLP<br>Walter H. Curchack, Vadim J. Rubinstein & Debra W. Minoff<br>345 Park Ave<br>New York, NY 10154 |
| Lowenstein Sandler PC<br>Andrew Behlmann<br>1251 Avenue of the Americas,18th Fl<br>New York, NY 10020 | Lowenstein Sandler PC<br>Andrew Behlmann<br>65 Livingston Ave<br>Roseland, NJ 07068 | Lowenstein Sandler PC<br>Michael S. Etkin & Ira M. Levee<br>1251 Avenue of the Americas, 18th Fl<br>New York, NY 10020 |
| Lowenstein Sandler PC<br>Michael S. Etkin & Ira M. Levee<br>65 Livingston Avenue<br>Roseland, NJ 07068 | M&TCC<br>1 M&T Plaza, 7th Floor<br>Buffalo, NY 14203 | Magnozzi & Kye LLP<br>Amish R. Doshi, Esq.<br>23 Green Street, Suite 302<br>Huntington, NY 11743 |

| | | |
|---|---|---|
| Manatee County Tax Collector<br>Susan D. Profant & Ken Burton Jr<br>4333 US 301 North<br>Ellenton, FL 34222 | Marino Tortorella & Boyle PC<br>Kevin H. Marino & John A. Boyle<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488 | MBIA Insurance Corporation<br>Attn: Mitchell Sonkin<br>113 King St<br>Armonk, NY 10504 |
| Mccreary, Veselka, Bragg & Allen, P.C.<br>Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680 | McKool Smith<br>Attn: Paul D. Moak<br>600 Travis St., Suite 7000<br>Houston, TX 77002 | McKool Smith PC<br>Michael R. Carney<br>One Bryant Park, 47th Fl<br>New York, NY 10036 |
| McKool Smith PC<br>Paul D. Moak<br>600 Travis St., Suite 7000<br>Houston, TX 77002 | Menter Rudin & Trivelpiece PC<br>Kevin M. Newman<br>308 Maltibe St., Ste 200<br>Syracuse, NY 13204-1439 | Meyner and Landis LLP<br>Meredith I. Friedman<br>1 Gateway Center, Ste 2500<br>Newark, NJ 07102 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Missouri Department of Revenue<br>Attn: Steven A. Ginther, Esq.<br>Bankruptcy Unit<br>Jefferson City, MO 65105-0475 | Morgan Lewis & Bockius LLP<br>James L. Garrity, Jr.<br>101 Park Avenue<br>New York, NY 10178-0600 |
| Morgan Lewis & Bockius LLP<br>Michael S. Kraut<br>101 Park Avenue<br>New York, NY 10178-0600 | Morgan Lewis & Bockius LLP<br>Patrick D. Fleming<br>101 Park Ave<br>New York, NY 10178-0600 | Morganroth & Morganroth PLLC<br>Mayer Morganroth &<br>Jeffrey B. Morganroth<br>344 N Old Woodward Ave., Ste 200<br>Birmingham., MI 48009 |
| Moritt Hock & Hamroff LLP<br>Leslie Ann Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530 | Morrison & Foerster LLP<br>Attn: Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | Morrison & Foerster LLP<br>Larren M. Nashelsky, Gary S. Lee & Lorenzo<br>Marinuzzi & Kayvan B. Sadeghi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Ave<br>New York, NY 10022 | Moss & Kalish PLLC<br>David B. Gelfarb<br>122 E 42nd St., Ste 2100<br>New York, NY 10168 | Munger Tolles & Olson LLP<br>Seth Goldman<br>355 S Grand Ave<br>Los Angeles, CA 90071 |
| Munger Tolles & Olson LLP<br>Thomas B. Walper<br>355 S Grand Ave<br>Los Angeles, CA 90071 | Office of Attorney General<br>Carol E. Momjian<br>Senior Deputy Attorney General<br>Philadelphia, PA 19107-3603 | Office of Shabbir A. Khan<br>Phonxay Keokham<br>44 N San Joaquin St., Ste 150<br>Stockton, CA 95201 |
| Office of the NY State Attorney General<br>Nancy Lord & Enid M. Stuart<br>The Capitol<br>Albany, NY 12224-0341 | Office of the US Attorney for the Southern District of NY<br>United States Attorney Preet Bharara<br>One Street Andrews Plaza<br>New York, NY 10007 | Patterson Belknap Webb & Tyler LLP<br>David W. Dykhouse & Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| Paul N Papas II<br>Mylegalhelpusa.com<br>4727 E Bell Road ,Ste 45-350<br>Phoenix, AZ 85032 | Perdue Brandon Fielder Collins &<br>Mott LLP<br>c/o Elizabeth Banda Calvo<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Pillsbury Winthrop Shaw Pittman LLP<br>Brandon Johnson<br>P.O. Box 2824<br>San Francisco, CA 94126 |

| | | |
|---|---|---|
| Placer County Office of the Treasurer-Tax Collector<br>Jenny McMurtry Deputy Tax Collector<br>2976 Richardson Drive<br>Auburn, CA 95603 | Polsinelli Shughart PC<br>Daniel J. Flanigan & Jason A. Nagi<br>805 Third Avenue, Suite 2020<br>New York, NY 10022 | Proskauer Rose LLP<br>Irena M. Goldstein<br>Eleven Times Square<br>New York, NY 10036 |
| Proskauer Rose LLP<br>Scott K. Rutsky & Jared D. Zajac<br>Eleven Times Square<br>New York, NY 10036 | Quinn Emanuel Urquhart & Sullivan LLP<br>Daniel L. Brockett & David D. Burnett<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Quinn Emanuel Urquhart & Sullivan LLP<br>Eric D. Winston & Jeremy D. Anderson<br>865 S Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| Quinn Emanuel Urquhart & Sullivan LLP<br>Susheel Kirpalani & Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Reilly Pozner LLP<br>Michael A. Rollin<br>1900 16th Street, Suite 1700<br>Denver, CO 80202 | Robbins Gellar Rudman & Dowd LLP<br>Christopher M. Wood<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |
| Robbins Gellar Rudman & Dowd LLP<br>Steven W. Pepich<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | Robert E Brown PC<br>44 Wall Street, 12th Floor<br>New York, NY 10005 | Romero Law Firm<br>Martha E. Romero<br>BMR Professional Building<br>Whittier, CA 90601 |
| Ropes & Gray LLP<br>D. Ross Martin, Esq. &<br>Keith H. Wofford, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Ropes & Gray LLP<br>D. Ross Martin<br>Prudential Tower<br>Boston, MA 02199 | Rowen L. Drenne as Representative for the Plaintiffs<br>Brian Kessler et al.<br>3725 N Indiana<br>Kansas City, MO 64117 |
| Samuel I. White PC<br>D. Carol Sasser, Esq.<br>5040 Corporate Woods Dr., Ste 120<br>Virginia Beach, VA 23462 | Samuel I. White PC<br>Donna J. Hall, Esq.<br>5040 Corporate Woods Dr., Ste 120<br>Virginia Beach, VA 23462 | Scarinci & Hollenbeck LLC<br>Joel R. Glucksman, Esq.<br>1100 Valley Brook Avenue<br>Lyndhurst, NJ 07071-0790 |
| Schlam Stone & Dolan LLP<br>Bennette D. Kramer<br>26 Broadway, 19th Floor<br>New York, NY 10004 | Schnader Harrison Segal & Lewis LLP<br>Barry Bressler & Richard A. Barkasy<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286 | Schnader Harrison Segal & Lewis LLP<br>Eric A. Boden<br>140 Broadway, Suite 3100<br>New York, NY 10005-1101 |
| Schulte Roth & Zabel LLP<br>Adam C. Harris<br>919 Third Avenue<br>New York, NY 10022 | Schulte Roth & Zabel LLP<br>Howard O. Godnick<br>919 Third Avenue<br>New York, NY 10022 | Schulte Roth & Zabel LLP<br>Marguerite Gardiner<br>919 Third Avenue<br>New York, NY 10022 |
| Schulte Roth & Zabel LLP<br>Michael G. Cutini<br>919 Third Avenue<br>New York, NY 10022 | Secretary of State<br>123 William Street<br>New York, NY 10038-3804 | Secretary of State, Division of Corporations<br>99 Washington Avenue, Suite 600<br>One Commerce Plaza<br>Albany, NY 12231-0001 |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street NE<br>Washington, DC 20549 | Securities & Exchange Commission NY Regional Office<br>George S. Canellos, Regional Director<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Seward & Kissell LLP<br>Greg S. Bateman & Dale C. Christensen, Jr. & Sagar Patel & Thomas Ross Hopper<br>One Battery Park Plaza<br>New York, NY 10004 |

| | | |
|---|---|---|
| Seward & Kissell LLP<br>Ronald L. Cohen, Kalyan Das, Mark D. Kotwick,<br>Arlene R. Alves & Laurie R. Binder<br>One Battery Park Plaza<br>New York, NY 10004 | Shafferman & Feldman LLP<br>Joel M. Shafferman, Esq.<br>286 Madison Avenue, Suite 502<br>New York, NY 10017 | Shapiro Blasi Wasserman & Gora PA<br>Thomas A. Conrad, Esq.<br>7000 Glades Road, Suite 400<br>Boca Raton, FL 33434 |
| Shearman & Sterling LLP<br>Fredric Sosnick & Susan A. Fennessey<br>599 Lexington Avenue<br>New York, NY 10022 | Stein Wiener & Roth LLP<br>Attn: Pranali Datta<br>1 Old Country Road, Suite 113<br>Carle Place, NY 11514 | Stinson Morrison Hecker LLP<br>Andrew W. Muller<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106 |
| Sullivan Hazeltine Allinson LLC<br>William A. Hazeltine, Esq.<br>901 N Market Street, Suite 1300<br>Wilmington, DE 19801 | Sweeney Gallo Reich & Bolz<br>Melanie A. Sweeney<br>95-25 Queens Boulevard, 11th Floor<br>Rego Park, NY 11374 | Talcott Franklin P.C.<br>Attn: Talcott J. Franklin<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202 |
| Talcott Franklin P.C.<br>Derek S. Witte<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202 | TCF National Bank<br>Janella J. Miller, Senior Vice President & Senior Counsel<br>200 Lake Street<br>Wayzata, MN 55391 | Teitelbaum & Baskin LLP<br>Jay Teitelbaum, Esq.<br>1 Barker Avenue, 3rd Floor<br>White Plains, NY 10601 |
| Tennessee Depatment of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>Nashville, TN 37202-0207 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay Street 4W<br>New York, NY 10286 | The Bank of New York Mellon<br>Attn: Robert H. Major, VP<br>6525 West Campus Oval<br>New Albany, OH 43054 |
| The Canada Trust Company<br>Susan Khokher<br>79 Wellington Street, West, 8th Floor<br>P.O. Box 1<br>Toronto, Dominion Centre<br>Toronto, ON M5K1A2 CANADA | The Law Office of<br>Thomas M. Mullaney<br>Attn: Thomas M. Mullaney<br>489 Fifth Avenue, 19th Floor<br>New York, NY 10017 | The Meyers Law Firm<br>Glenn R. Meyers<br>1123 Broadway, Suite 301<br>New York, NY 10010 |
| Travis County Attorney<br>Kay D. Brock<br>Assistant Travis County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 | U.S. Bank National Association<br>Attn: Mamta K. Scott & David A. Jason<br>190 S. LaSalle Street<br>Chicago, IL 60603 | U.S. Bank National Association<br>Michelle Moeller<br>60 Livingston Avenue<br>St. Paul, MN 55107 |
| U.S. Bank National Association<br>Tanveer Ashraf, Corp.Trust Services<br>West Side Flats, EP-Mn-WS3D<br>St. Paul, MN 55107 | U.S. Department of Justice<br>Attn: Glenn D. Gillette<br>Civil Division<br>Washington, DC 20005 | U.S. Department of Justice<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| UMB Bank N.A.<br>Mark B. Flannagan<br>1010 Grand Blvd., 4th Floor<br>Kansas City, MO 64106 | US Attorney's Office for the Southern District of New York Civil Division<br>Attn: Joseph Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | US Bank Global Corporate Trust Services<br>James H. Byrnes<br>1 Federal Street, 3rd Floor<br>Boston, MA 02110 |
| US Bank NA Corporate Trust Services Division<br>Laura L. Moran<br>1 Federal Street, 3rd Floor<br>Boston, MA 02110 | US Trustee for the Southern District of N.Y.<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Walters Bender Stohbehn & Vaughan PC<br>J. Michael Vaughan & David M. Skeens<br>2500 City Center Square<br>Kansas City, MO 64105 |

| | | |
|---|---|---|
| Weil Gotschal & Manges LLP<br>Gary T. Holtzer<br>767 Fifth Avenue<br>New York, NY 10153 | Wells Fargo Bank N.A.<br>Attn: Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust<br>P.O. Box 98<br>Columbia, MD 21046 | Wells Fargo Bank, N.A.<br>Kelly Rentz<br>9062 Old Annapolis Road<br>Corporate Trust Services<br>Columbia, MD 21045 |
| Wells Fargo Law Department<br>Kristi Garcia, Esq., Senior Counsel<br>4101 Weiseman Boulevard<br>MAC T7405-010<br>San Antonio, TX 78251 | Wendy Alison Nora<br>210 Second Street NE<br>Minneapolis, MN 55413 | White & Case LLP<br>J Christopher Shore &<br>Ian J. Silverbrand<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| Willkie Farr & Gallagher LLP<br>Marc Abrams & Richard Choi & Jennifer J. Hardy<br>787 Seventh Avenue<br>New York, NY 10019 | Wilmington Trust<br>Roseline Maney<br>1100 N. Market Street<br>Wilmington, DE 19801 | Wilmington Trust NA<br>Julie J. Becker, Vice President<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402-1544 |
| Wilson Elser Moskowitz Edelman & Dicker LLP<br>Attn: David L. Tillem<br>3 Gannett Drive<br>White Plains, NY 10604-3407 | Winston & Strawn LLP<br>Attn: David Neier<br>200 Park Avenue<br>New YorkNY10166 | Winston & Strawn LLP<br>David Neier & Carey D. Schreiber<br>200 Park Avenue<br>New YorkNY10166-4193 |
| Wollmuth Maher & Deutsch LLP<br>Attn: James N. Lawlor<br>One Gateway Center, 9th Floor<br>Newark, New Jersey 07102 | Wollmuth Maher & Deutsch LLP<br>Attn: Paul R. DeFilippo &<br>Steven S. Fitzgerald<br>500 Fifth Avenue, 12th Fl.<br>New York, NY 10110 | |

## EXHIBIT B

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E. Neish
1800 M Street, N.W., Suite 1000
Washington, DC 20036
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com

Akerman Senterfitt LLP
Andrea S. Hartley
One Southeast Third Ave., 25th Fl.
Miami, FL 33131
andrea.hartley@akerman.com

Akerman Senterfitt LLP
Susan F. Balaschak & Hadi Khatib
335 Madison Ave., Suite 2600
New York, NY 10017
susan.balaschak@akerman.com

Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden & David M. Zensky & Abid Qureshi & Philip C. Dublin & Rachel Ehrlich Albanese
One Bryant Park
New York, NY 10036
dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com; ralbanese@akingump.com

Akin Gump Strauss Hauer & Feld LLP
Fred S. Hodara & Robert A. Johnson & Christopher W. Carty
One Bryant Park
New York, NY 10036-6745
rajohnson@akingump.com; ccarty@akingump.com

Aldine Independent School District
Courtney F. Harris,
Pamela H. Walters
14910 Aldine Westfield Road
Houston, TX 77032
bnkatty@aldine.k12.tx.us

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
Atlanta, GA 30305
ecfmail@aclawllp.com

Allen & Overy LLP
Ken Coleman & John Kibler
1221 Avenue of the Americas
New York, NY 10020
ken.coleman@allenovery.com; john.kibler@allenovery.com

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E. Neish
1185 Avenue of the Americas, 31st Fl.
New York, NY 10036
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com

Ally Financial Inc.
Jeffrey Brown Corporate Treasurer
440 S Church Street
Charlotte, NC 28202
jeff.brown@gmacfs.com;
william.b.solomon@ally.com

Alston & Bird LLP
John C. Weitnauer, Esq.
One Atlantic Center
Atlanta, GA 30309-3424
kit.weitnauer@alston.com

Alston & Bird LLP
Martin G. Bunin, Esq.
& William Hao, Esq.
90 Park Avenue
New York, NY 10016
marty.bunin@alston.com; william.hao@alston.com

Alston & Bird LLP
William B. Macurda
Bank of America Plaza, Suite 4000
Charlotte, NC 28280-4000
bill.macurda@alston.com

Assistant Attorney General
John Mark Stern Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
john.stern@texasattorneygeneral.gov

Attorney General of the State of Michigan Bill Schuette
Juandisha M. Harris Assist Atty General
Cadillac Place Suite 10-200
Detroit, MI 48202
harrisj12@michigan.gov

Wollmuth Maher & Deutsch LLP
Attn: Paul R. DeFilippo &
Steven S. Fitzgerald
500 Fifth Avenue, 12th Fl.
New York, NY 10110
pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com

Ballard Spahr LLP
Sarah Schindler-Williams, Esquire
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Schindlerwilliamss@ballardspahr.com

Bank of New York Mellon
Sarah Stout & Jennifer J Provenzano
525 William Penn Place
Pittsburgh, PA 15259-0001
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com

Barclays Bank PLC
Joe Tricamo & May Wong
1301 Sixth Avenue
New York, NY 10019
xrausloanops5@barclays.com

Barnes & Thornburg LLP
David M. Powlen
1000 North West St., Suite 1500
Wilmington, DE 19801
david.powlen@btlaw.com

Barry B, Eskanos JD MPA &
Ami B. Eskanos
3122 Pine Tree Drive
Miami Beach, FL 33140
bbeskanos@aol.com

Bernstein Litowitz Berger & Grossmann LLP
David R. Stickney & Jonathan D. Uslaner & Matthew P. Jubenville
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com

Bernstein Litowitz Berger & Grossmann LLP
Jai K. Chandrasekhar
1285 Avenue of the Americas
New York, NY 10019
jai@blbglaw.com

Blank Rome LLP
Michael B. Schaedle
One Logan Square
Philadelphia, PA 19103
schaedle@blankrome.com

Blank Rome LLP
Stanley B. Tarr & Alan M. Root
1201 N. Market Street, Suite 800
Wilmington, DE 19801
tarr@blankrome.com; root@blankrome.com

BMMZ Holding LLC
c/o Ally Financial Inc,
Attn: Courtney Lowman
200 Renaissance Center
Detroit, MI 48265-2000
courtney.lowman@ally.com

Bracewell & Giuliani LLP
Ryan M. Philp
1251 Avenue of the Americas
New York, NY 10020-1104
ryan.philp@bgllp.com

Bracewell & Giuliani LLP
Stan Chelney
1251 Avenue of the Americas
New York, NY 10020-1104
stan.chelney@bgllp.com

Brian Kessler, et al
c/o Walters Bender Strohbehn
& Vaughan, P.C.
2500 City Center Square,
1100 Main, Suite 2500
Kansas City, MO 64105
jhaake@wbsvlaw.com

Brown Rudnick LLP
Sigmund S. Wissner Gross
7 Times Square
New York, NY 10036
swissnergross@brownrudnick.com

Cadwalader Wickersham & Taft LLP
Gregory M. Petrick & Ingrid Bagby
One World Financial Center
New York, NY 10281
gregory.petrick@cwt.com; ingrid.bagby@cwt.com

Cadwalader Wickersham & Taft LLP
Mark C. Ellenberg, Esq.
700 Sixth Street NW
Washington, DC 20001
mark.ellenberg@cwt.com

Caley Dehkhoda & Quadri d/b/a
Wong Fleming
Dianna J. Caley
2340 130th Ave NE Suite D 150
Bellevue, WA 98005
dcaley@wongfleming.com

Carter Ledyard & Milburn LLP
Aaron R Cahn & Leonardo Trivigno
2 Wall Street
New York, NY 10005
bankruptcy@clm.com

Chadbourne & Parke LLP
Attn: Howard Seife & David M. LeMay & Robert J Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com;dlemay@chadbourne.com;
rgayda@chadbourne.com; mroitman@chadbourne.com

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich Street, 6th Fl.
New York, NY 10013
bobbie.theivakumaran@citi.com

Cleary Gottlieb Steen & Hamilton LLP
Sean A. O'Neal & Thomas J. Moloney
One Liberty Plaza
New York, NY 10006
maofiling@cgsh.com; tmoloney@cgsh.com;
soneal@cgsh.com

Clifford Chance US LLP
Jennifer C DeMarco & Adam Lesman
31 West 52nd St
New York NY 10019
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com

Cohen Milstein Sellers & Toll PLLC
Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns
88 Pine St 14th Fl
New York NY 10005
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;
krehns@cohenmilstein.com

Cohn Birnbaum & Shea PC
Scott D. Rosen
100 Pearl Street, 12th Fl
Hartford, CT 06103
srosen@cbshealaw.com

Cole Schotz Meisel Forman
& Leonard PA
Michael D. Warner & Emily S. Chou
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
mwarner@coleschotz.com;echou@coleschotz.com

Commonwealth of Pennsylvania, Department of Labor and Industry
Joseph Kots
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1152
ra-li-ucts-bankrupt@state.pa.us

Crowe & Dunlevy PC
William H. Hoch
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK 73102
will.hoch@crowedunlevy.com

Curtis Mallet-Prevost Colt & Mosle LLP
Maryann Gallagher, Esq.
101 Park Avenue
New York, NY 10178-0061
mgallagher@curtis.com

Curtis Mallet-Prevost Colt & Mosle LLP
Michael A Cohen, Esq.
101 Park Avenue
New York, NY 10178-0061
macohen@curtis.com

Curtis Mallet-Prevost Colt & Mosle LLP
Steven J Reisman, Esq.
101 Park Avenue
New York, NY 10178-0061
sreisman@curtis.com

Wollmuth Maher & Deutsch LLP
Attn: James N. Lawlor
One Gateway Center, 9th Floor
Newark, New Jersey 07102
jlawlor@wmd-law.com

Day Pitney LLP
Herbert K. Ryder
1 Jefferson Road
Parsippany, NJ 07054-2891
hryder@daypitney.com

Day Pitney LLP
James J. Tancredi
242 Trumbull Street
Hartford, CT 06103
jjtancredi@daypitney.com

Day Pitney LLP
Joshua W. Cohen
1 Audubon Street
New Haven, CT 06510
jwcohen@daypitney.com

Dechert LLP
Glenn E. Siegel, Hector Gonzalez, Brian E. Greer & Mauricio A. Espana
1095 Avenue of the Americas
New York, NY 10036-6797
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;
brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com

Deutsche Bank
Rosa Mendez
Corporate Trust Department
Santa Ana, CA 92705-4934
rosa.mendez@db.com

Deutsche Bank Trust Company Americas
Attn: Brendan Meyer
Harborside Financial Center
100 Plaza One MS: JCY03-0699
Jersey City, NJ 07311-3901
Brendan.meyer@db.com

Diem T. Nguyen
P.O. Box 12139
Westminster, CA 92685
diem.home@gmail.com

Duane Morris LLP
Gerald S. Catalanello, Esq. & James J. Vincequerra, Esq.
1540 Broadway
New York, NY 10036
gcatalanello@duanemorris.com;
jvincequerra@duanemorris.com

Winston & Strawn LLP
David Neier & Carey D. Schreiber
200 Park Avenue
New York NY 10166-4193
dneier@winston.com; cschreiber@winston.com

Fein Such & Crane LLP
Mark K. Broyles, Esq.
28 East Main Street, Suite 1800
Rochester, NY 14614
broylesmk@rgcattys.com

Fein Such & Crane LLP
Tammy L. Terrell Benoza
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
tterrell@feinsuch.com

Fein Such & Crane LLP
Tammy L. Terrell Benoza
7 Century Drive, Suite 201
Parsippany, NJ 07054
tterrell@feinsuch.com

Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Paul J. Pascuzzi
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
ppascuzzi@ffwplaw.com

FIDC
Dennis J. Early
Counsel - Legal Division
3501 Fairfax Drive, Room VS-D-7076
Arlington, VA 22226-3500
dearly@fdic.gov

Winston & Strawn LLP
Attn: David Neier
200 Park Avenue
New York NY 10166
dneier@winston.com

Flores & Saucedo PLLC
Christina Flores
5517 McPherson, Suite 14
Laredo, TX 78041
floressaucedopllc@gmail.com

Foley & Mansfield PLLP
Thomas J. Lallier
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
tlallier@foleymansfield.com

US Attorney's Office for the Southern District of New York Civil Division
Attn: Joseph Cordaro
86 Chambers Street, 3rd Floor
New York, NY 10007
joseph.cordaro@usdoj.gov

Freeborn & Peters LLP
Devon J. Eggert, Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL 60606-6677
deggert@freebornpeters.com

Freeborn & Peters LLP
Thomas R. Fawkes, Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL 60606-6677
tfawkes@freebornpeters.com

Fried Frank Harris Shriver & Jacobson
William G McGuinness & Israel David & Gary L. Kaplan
1 New York Plaza
New York, NY 10004
israel.david@friedfrank.com;
gary.kaplan@friedfrank.com

Gibbons PC
Attn: Karen A. Giannelli, Esq.
One Gateway Center, 9th Fl
Newark, NJ 07102-5310
kgiannelli@gibbonslaw.com

Gibbons PC
Jeffrey S. Berkowitz & Christopher A. Albanese
One Pennsylvania Plaza, 37th Fl
New York, NY 10119-3701
jberkowitz@gibbonslaw.com;
calbanese@gibbonslaw.com

Gibbs & Bruns LLP
Kathy D. Patrick, Esq & Scott A. Humphries, Esq.
1100 Louisiana, Suite 5300
Houston, TX 77002
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com

Gibbs & Bruns, L.L.P.
Kathy D. Patrick
1100 Louisiana
Houston, TX 77002
kpatrick@gibbsbruns.com

Gibson Dunn Crutcher
David M. Feldman & Joshua Weisser
200 Park Avenue
New York, NY 10166-0193
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com

Ginnie Mae
Ted Tozer
550 12 St. SW
Washington, DC 20024
theodore.w.tozer@hud.gov

Grant & Eisenhofer PA
Georffrey C. Jarvis Matthew P. Morris & Deborah A Elman
485 Lexington Ave., 29th Fl
New York, NY 10017
gjarvis@gelaw.com; mpmorris@gelaw.com;
delman@gelaw.com

Guttleman Muhlstock Chewcaskie
Brian Chewcaskie
2200 Fletcher Ave, No. 16
Fort Lee, NJ 07024
brian@gmcnjlaw.com

Hinshaw & Culbertson
Ali Ryan Amin
780 Third Ave., 4th Fl
New York, NY 10017
aamin@hinshawlaw.com

HP Enterprise Services LLC
Ayala Hassell, Esq.
5400 Legacy Drive
Plano, TX 75024
ayala.hassell@hp.com

Hunton & Williams LLP
Richard P. Norton & Robert A. Rich
200 Park Avenue, 53rd Fl
New York, NY 10166
rnorton@hunton.com; rrich2@hunton.com

Wilson Elser Moskowitz Edelman & Dicker LLP
Attn: David L. Tillem
3 Gannett Drive
White Plains, NY 10604-3407
david.tillem@wilsonelser.com

Imperial County Tax Collector
940 W Main Street, Suite 106
El Centro, CA 92243
floraoropeza@co.imperial.ca.us

| | | |
|---|---|---|
| Wilmington Trust<br>Roseline Maney<br>1100 N. Market Street<br>Wilmington, DE 19801<br>rmaney@wilmingtontrust.com | Willkie Farr & Gallagher LLP<br>Marc Abrams & Richard Choi & Jennifer J. Hardy<br>787 Seventh Avenue<br>New York, NY 10019<br>mabrams@willkie.com; rchoi1@willkie.com;<br>jhardy2@willkie.com | White & Case LLP<br>J Christopher Shore &<br>Ian J. Silverbrand<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>cshore@whitecase.com; isilverbrand@whitecase.com;<br>dthatch@whitecase.com; hdenman@whitecase.com |
| Iron Mountain Information Management Inc<br>Joseph Corrigan<br>745 Atlantic Avenue<br>Boston, MA 02111<br>bankruptcy2@ironmountain.com | John Ciampoli County Attorney of Nassau County<br>Patrick R. Gallagher<br>1 West Street<br>Mineola, NY 11501<br>pgallagher@nassaucountyny.gov | Jones Day<br>Carl E. Black<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>ceblack@jonesday.com |
| Jones Day<br>Corinne Ball, Richard L. Wynne & Lance E. Miller<br>222 East 41st Street<br>New York, NY 10017<br>cball@jonesday.com; rlwynne@jonesday.com;<br>lemiller@jonesday.com; ceblack@jonesday.com | Wendy Alison Nora<br>210 Second Street NE<br>Minneapolis, MN 55413<br>accesslegalservices@gmail.com | Kathleen G. Cully PLLC<br>Kathleen G. Cully<br>180 Cabrini Blvd., No 128<br>New York, NY 10033-1167<br>kgcully@kgcully.com |
| Kelley Drye & Warren LLP<br>James S. Carr & Eric R. Wilson<br>101 Park Avenue<br>New York, NY 10178<br>kdwbankruptcydepartment@kelleydrye.com | Kessler Topaz Meltzer & Check LLP<br>Edward W. Ciolko Donna Siegel Moffa<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>eciolko@ktmc.com; dmoffa@ktmc.com | Kilpatrick & Associates PC<br>Richardo I. Kilpatrick<br>903 North Opdyke Road, Suite C<br>Auburn Hills, MI, 48326<br>ecf@kaalaw.com |
| King & Spalding LLP<br>W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson<br>1180 Peachtree Street N.E.<br>Atlanta, GA 30309<br>thadwilson@kslaw.com; ajowers@kslaw.com;<br>pferdinands@kslaw.com | KIRBY McINERNEY LLP<br>Mark A. Strauss & J. Brandon Walker<br>825 Third Ave., 16th Fl<br>New York, NY 10022<br>mstrauss@kmllp.com; bwalker@kmllp.com | Kirkland & Ellis<br>Judson Brown<br>655 Fifteenth Street NW<br>Washington, DC 20005-5793<br>judson.brown@kirkland.com |
| Kirkland & Ellis<br>Richard M. Cieri<br>601 Lexington Ave<br>New York, NY 10022<br>richard.cieri@kirkland.com | Kirkland & Ellis LLP<br>Attn: Ray C. Schrock &<br>Stephen E. Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611<br>ray.schrock@kirkland.com;<br>stephen.hessler@kirkland.com;<br>projectrodeo@kirkland.com;<br>William.b.Solomon@ally.com;<br>Timothy.Devine@ally.com; john.bellaver@ally.com | Klestadt & Winters LLP<br>Attn: Tracy L. Klestadt &<br>Joseph C. Corneau<br>570 Seventh Ave., 17th Fl<br>New York, NY 10018<br>tklestadt@klestadt.com;jcorneau@klestadt.com |
| Kozeny, McCubbin & Katz, LLP<br>Jordan S. Katz<br>395 N Service Road<br>Melville, NY 11747<br>sdny@kmk-law.net | Kramer Levin Naftallis & Frankel LLP<br>Kenneth H. Eckstein, Thomas Moers Mayer &<br>Douglas H. Mannal &<br>Jeffrey Trachtman<br>1177 Avenue of the Americas<br>New York, NY 10036<br>keckstein@kramerlevin.com;<br>tmayer@kramerlevin.com;dmannal@kramerlevin.com;<br>jtrachtman@kramerlevin.com;<br>pbentley@kramerlevin.com;<br>dmannal@kramerlevin.com; szide@kramerlevin.com | Kriss & Feuerstein LLP<br>Jason S. Leibowitz<br>360 Lexington Ave., Ste 1200<br>New York, NY 10017<br>jleibowitz@kandfllp.com |
| Kurtzman Carson Consultants<br>P. Joe Morrow<br>2335 Alaska Ave<br>El Segundo, CA 90245<br>rescapinfo@kccllc.com | Lapp Libra Thomson Stoebner & Pusch<br>David A. Libra, Esq.<br>120 South Sixth St., Suite 2500<br>Minneapolis, MN 55402<br>dlibra@lapplibra.com | Law Debenture Trust Company of NY<br>James D. Heaney Managing Director<br>400 Madison Ave<br>New York, NY 10017<br>james.heaney@lawdeb.com |

| | | |
|---|---|---|
| Wells Fargo Law Department<br>Kristi Garcia, Esq., Senior Counsel<br>4101 Weiseman Boulevard<br>MAC T7405-010<br>San Antonio, TX 78251<br>kristi.garcia@wellsfargo.com | Law Offices of Richard Sax<br>Richard Sax<br>448 Sebastopol Ave<br>Santa Rosa, CA 95401<br>richard@rsaxlaw.com | Law Offices of Robert E. Luna PC<br>Andrea Sheehan<br>4411 N Central Expressway<br>Dallas, TX 75205<br>sheehan@txschoollaw.com |
| Leopold & Associates PLLC<br>Saul Leopold & Phillip Mahony<br>80 Business Park Dr., Ste 110<br>Armonk, NY 10504<br>Dcaponnetto@leopoldassociates.com;<br>pmahony@leopoldassociates.com | Linebarger Goggan Blair & Sampson LLP<br>Diana W. Sanders<br>P.O. Box 17428<br>Austin, TX 78760<br>austin.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St., Ste 1600<br>Dallas, TX 75201<br>dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP<br>John P. Dillman, Esq.<br>P. O. Box 3064<br>Houston. TX 77253-3064<br>houston_bankruptcy@lgbs.com | Locke Lord LLP<br>Casey B. Howard<br>3 World Financial Center<br>New York, NY 10281-2101<br>choward@lockelord.com | Loeb & Loeb LLP<br>Walter H. Curchack, Vadim J. Rubinstein & Debra W. Minoff<br>345 Park Ave<br>New York, NY 10154<br>wcurchack@loeb.com; vrubinstein@loeb.com;<br>dminoff@loeb.com |
| Lowenstein Sandler PC<br>Andrew Behlmann<br>1251 Avenue of the Americas, 18th Fl<br>New York, NY 10020<br>abehlmann@lowenstein.com | Lowenstein Sandler PC<br>Andrew Behlmann<br>65 Livingston Ave<br>Roseland, NJ 07068<br>abehlmann@lowenstein.com | Lowenstein Sandler PC<br>Michael S. Etkin & Ira M. Levee<br>1251 Avenue of the Americas, 18th Fl<br>New York, NY 10020<br>metkin@lowenstein.com; ilevee@lowenstein.com |
| Lowenstein Sandler PC<br>Michael S. Etkin & Ira M. Levee<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>metkin@lowenstein.com; ilevee@lowenstein.com | Wells Fargo Bank, N.A.<br>Kelly Rentz<br>9062 Old Annapolis Road<br>Corporate Trust Services<br>Columbia, MD 21045<br>kelly.j.rentz@wellsfargo.com;<br>Sharon.Squillario@wellsfargo.com;<br>mary.l.sohlberg@wellsfargo.com | Magnozzi & Kye LLP<br>Amish R. Doshi, Esq.<br>23 Green Street, Suite 302<br>Huntington, NY 11743<br>adoshi@magnozzikye.com |
| Manatee County Tax Collector<br>Susan D. Profant & Ken Burton Jr.<br>4333 US 301 North<br>Ellenton, FL 34222<br>susanp@taxcollector.com | Marino Tortorella & Boyle PC<br>Kevin H. Marino & John A. Boyle<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>kmarino@khmarino.com; jboyle@khmarino.com | Weil Gotschal & Manges LLP<br>Gary T. Holtzer<br>767 Fifth Avenue<br>New York, NY 10153<br>gary.holtzer@weil.com |
| Mccreary, Veselka, Bragg & Allen, P.C.<br>Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680<br>lgordon@mvbalaw.com | McKool Smith<br>Attn: Paul D. Moak<br>600 Travis St., Suite 7000<br>Houston, TX 77002<br>pmoak@McKoolSmith.com | McKool Smith PC<br>Michael R. Carney<br>One Bryant Park, 47th Fl<br>New York, NY 10036<br>mcarney@mckoolsmith.com |
| McKool Smith PC<br>Paul D. Moak<br>600 Travis St., Suite 7000<br>Houston, TX 77002<br>pmoak@McKoolSmith.com | Menter Rudin & Trivelpiece PC<br>Kevin M. Newman<br>308 Maltibe St., Ste 200<br>Syracuse, NY 13204-1439<br>knewman@menterlaw.com | Meyner and Landis LLP<br>Meredith I. Friedman<br>1 Gateway Center, Ste 2500<br>Newark, NJ 07102<br>mfriedman@meyner.com |
| Milbank, Tweed, Hadley & McCloy LLP<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>guzzi@milbank.com | Missouri Department of Revenue<br>Attn: Steven A. Ginther, Esq.<br>Bankruptcy Unit<br>Jefferson City, MO 65105-0475<br>sdnyecf@dor.mo.gov | Morgan Lewis & Bockius LLP<br>James L. Garrity Jr.<br>101 Park Avenue<br>New York, NY 10178-0600<br>jgarrity@morganlewis.com |

| | | |
|---|---|---|
| Morgan Lewis & Bockius LLP<br>Michael S. Kraut<br>101 Park Avenue<br>New York, NY 10178-0600<br>mkraut@morganlewis.com | Morgan Lewis & Bockius LLP<br>Patrick D. Fleming<br>101 Park Ave<br>New York, NY 10178-0600<br>pfleming@morganlewis.com | Morganroth & Morganroth PLLC<br>Mayer Morganroth &<br>Jeffrey B. Morganroth<br>344 N Old Woodward Ave., Ste 200<br>Birmingham., MI 48009<br>mmorganroth@morganrothlaw.com;<br>jmorganroth@morganrothlaw.com |
| Moritt Hock & Hamroff LLP<br>Leslie Ann Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530<br>lberkoff@moritthock.com | Morrison & Foerster LLP<br>Attn: Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tammy.Hamzehpour@gmacrescap.com;<br>Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com;<br>Deanna.horst@gmacrescap.com;<br>William.thompson@gmacrescap.com;<br>William.tyson@gmacrescap.com;<br>Eileen.oles@gmacrescap.com;<br>Lauren.delehey@gmacrescap.com;<br>Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com | Morrison & Foerster LLP<br>Larren M. Nashelsky, Gary S. Lee & Lorenzo<br>Marinuzzi & Kayvan B. Sadeghi<br>1290 Avenue of the Americas<br>New York, NY 10104<br>lnashelsky@mofo.com; glee@mofo.com;<br>lmarinuzzi@mofo.com; Ksadeghi@mofo.com |
| Morrison Cohen LLP<br>Joseph T. Moldovan, Esq<br>909 Third Ave<br>New York, NY 10022<br>jmoldovan@morrisoncohen.com;<br>bankruptcy@morrisoncohen.com;<br>rdakis@morrisoncohen.com | Moss & Kalish PLLC<br>David B. Gelfarb<br>122 E 42nd St., Ste 2100<br>New York, NY 10168<br>gelfarb@mosskalish.com | Munger Tolles & Olson LLP<br>Seth Goldman<br>355 S Grand Ave<br>Los Angeles, CA 90071<br>seth.goldman@mto.com |
| Munger Tolles & Olson LLP<br>Thomas B. Walper<br>355 S Grand Ave<br>Los Angeles, CA 90071<br>Thomas.walper@mto.com | Office of Attorney General<br>Carol E. Momjian<br>Senior Deputy Attorney General<br>Philadelphia, PA 19107-3603<br>cmomjian@attorneygeneral.gov | Office of Shabbir A. Khan<br>Phonxay Keokham<br>44 N San Joaquin St., Ste 150<br>Stockton, CA 95201<br>almeyers@sjgov.org |
| Office of the NY State Attorney General<br>Nancy Lord & Enid M. Stuart<br>The Capitol<br>Albany, NY 12224-0341<br>enid.stuart@OAG.State.NY.US | Office of the US Attorney for the Southern District of NY<br>United States Attorney Preet Bharara<br>One Street Andrews Plaza<br>New York, NY 10007<br>joseph.cordaro@usdoj.gov | Patterson Belknap Webb & Tyler LLP<br>David W. Dykhouse & Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Paul N Papas II<br>Mylegalhelpusa.com<br>4727 E Bell Road ,Ste 45-350<br>Phoenix, AZ 85032<br>Paul_Papas@mylegalhelpusa.com | Perdue Brandon Fielder Collins &<br>Mott LLP<br>c/o Elizabeth Banda Calvo<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>ebcalvo@pbfcm.com | Pillsbury Winthrop Shaw Pittman LLP<br>Brandon Johnson<br>P.O. Box 2824<br>San Francisco, CA 94126<br>brandon.johnson@pillsburylaw.com |
| Placer County Office of the Treasurer-Tax Collector<br>Jenny McMurtry Deputy Tax Collector<br>2976 Richardson Drive<br>Auburn, CA 95603<br>jmcmurtr@placer.ca.gov | Polsinelli Shughart PC<br>Daniel J. Flanigan & Jason A. Nagi<br>805 Third Avenue, Suite 2020<br>New York, NY 10022<br>dflanigan@polsinelli.com; jnagi@polsinelli.com | Proskauer Rose LLP<br>Irena M. Goldstein<br>Eleven Times Square<br>New York, NY 10036<br>igoldstein@proskauer.com |
| Proskauer Rose LLP<br>Scott K. Rutsky & Jared D. Zajac<br>Eleven Times Square<br>New York, NY 10036<br>srutsky@proskauer.com; jzajac@proskauer.com | Quinn Emanuel Urquhart & Sullivan LLP<br>Daniel L. Brockett & David D. Burnett<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>danbrockett@quinnemanuel.com;<br>daveburnett@quinnemanuel.com;<br>jeremyandersen@quinnemanuel.com | Quinn Emanuel Urquhart & Sullivan LLP<br>Eric D. Winston & Jeremy D. Anderson<br>865 S Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>jeremyandersen@quinnemanuel.com;<br>ericwinston@quinnemanuel.com |
| Quinn Emanuel Urquhart & Sullivan LLP<br>Susheel Kirpalani & Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com;<br>scottshelley@quinnemanuel.com | Reilly Pozner LLP<br>Michael A. Rollin<br>1900 16th Street, Suite 1700<br>Denver, CO 80202<br>mrollin@rplaw.com | Robbins Gellar Rudman & Dowd LLP<br>Christopher M. Wood<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>cwood@rgrdlaw.com |

| | | |
|---|---|---|
| Robbins Gellar Rudman & Dowd LLP<br>Steven W. Pepich<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>stevep@rgrdlaw.com | Robert E Brown PC<br>44 Wall Street, 12th Floor<br>New York, NY 10005<br>rbrown@robertbrownlaw.com | Romero Law Firm<br>Martha E. Romero<br>BMR Professional Building<br>Whittier, CA 90601<br>romero@mromerolawfirm.com |
| Ropes & Gray LLP<br>D. Ross Martin, Esq &<br>Keith H. Wofford, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Ross.martin@ropesgray.com;<br>keith.wofford@ropesgray.com | Ropes & Gray LLP<br>D. Ross Martin<br>Prudential Tower<br>Boston, MA 02199<br>Ross.martin@ropesgray.com | Walters Bender Stohbehn & Vaughan PC<br>J. Michael Vaughan & David M. Skeens<br>2500 City Center Square<br>Kansas City, MO 64105<br>mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com |
| Samuel I. White PC<br>D. Carol Sasser, Esq<br>5040 Corporate Woods Dr., Ste 120<br>Virginia Beach, VA 23462<br>dsasser@siwpc.com | Samuel I. White PC<br>Donna J. Hall, Esq.<br>5040 Corporate Woods Dr., Ste 120<br>Virginia Beach, VA 23462<br>dhall@siwpc.com | Scarinci & Hollenbeck LLC<br>Joel R Glucksman, Esq.<br>1100 Valley Brook Avenue<br>Lyndhurst, NJ 07071-0790<br>jglucksman@scarincihollenbeck.com |
| Schlam Stone & Dolan LLP<br>Bennette D. Kramer<br>26 Broadway, 19th Floor<br>New York, NY 10004<br>bdk@schlamstone.com | Schnader Harrison Segal & Lewis LLP<br>Barry Bressler & Richard A. Barkasy<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>bbressler@schnader.com; rbarkasy@schnader.com | Schnader Harrison Segal & Lewis LLP<br>Eric A. Boden<br>140 Broadway, Suite 3100<br>New York, NY 10005-1101<br>eboden@schnader.com |
| Schulte Roth & Zabel LLP<br>Adam C. Harris<br>919 Third Avenue<br>New York, NY 10022<br>adam.harris@srz.com | Schulte Roth & Zabel LLP<br>Howard O. Godnick<br>919 Third Avenue<br>New York, NY 10022<br>howard.godnick@srz.com | Schulte Roth & Zabel LLP<br>Marguerite Gardiner<br>919 Third Avenue<br>New York, NY 10022<br>marguerite.gardiner@srz.com |
| Schulte Roth & Zabel LLP<br>Michael G. Cutini<br>919 Third Avenue<br>New York, NY 10022<br>michael.cutini@srz.com | US Trustee for the Southern District of N.Y.<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov | US Bank NA Corporate Trust Services Division<br>Laura L. Moran<br>1 Federal Street, 3rd Floor<br>Boston, MA 02110<br>laura.moran@usbank.com |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov | Securities & Exchange Commission NY Regional Office<br>George S. Canellos Regional Director<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>secbankruptcy@sec.gov; newyork@sec.gov; bankruptcynoticeschr@sec.gov | Seward & Kissell LLP<br>Greg S. Bateman & Dale C. Christensen, Jr. & Sagar Patel & Thomas Ross Hopper<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com |
| Seward & Kissell LLP<br>Ronald L. Cohen, Kalyan Das, Mark D. Kotwick, Arlene R. Alves & Laurie R. Binder<br>One Battery Park Plaza<br>New York, NY 10004<br>cohen@sewkis.com;das@sewkis.com;<br>binder@sewkis.com; kotwick@sewkis.com;<br>alves@sewkis.com | Shafferman & Feldman LLP<br>Joel M. Shafferman, Esq.<br>286 Madison Avenue, Suite 502<br>New York, NY 10017<br>joel@shafeldlaw.com | Shapiro Blasi Wasserman & Gora PA<br>Thomas A. Conrad, Esq.<br>7000 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>taconrad@sbwlawfirm.com |
| Shearman & Sterling LLP<br>Fredric Sosnick & Susan A. Fennessey<br>599 Lexington Avenue<br>New York, NY 10022<br>fsosnick@shearman.com; sfennessey@shearman.com | Stein Wiener & Roth LLP<br>Attn: Pranali Datta<br>1 Old Country Road, Suite 113<br>Carle Place, NY 11514<br>pdatta@hhstein.com | Stinson Morrison Hecker LLP<br>Andrew W. Muller<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106<br>amuller@stinson.com |

| | | |
|---|---|---|
| Sullivan Hazeltine Allinson LLC<br>William A. Hazeltine, Esq.<br>901 N Market Street, Suite 1300<br>Wilmington, DE 19801<br>whazeltine@sha-llc.com | Sweeney Gallo Reich & Bolz<br>Melanie A. Sweeney<br>95-25 Queens Boulevard, 11th Floor<br>Rego Park, NY 11374<br>msweeney@msgrb.com | Talcott Franklin P.C.<br>Attn: Talcott J. Franklin<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202<br>tal@talcottfranklin.com |
| Talcott Franklin P.C.<br>Derek S. Witte<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202<br>derek@talcottfranklin.com | TCF National Bank<br>Janella J. Miller, Senior Vice President & Senior Counsel<br>200 Lake Street<br>Wayzata, MN 55391<br>jmiller@tcfbank.com | Teitelbaum & Baskin LLP<br>Jay Teitelbaum, Esq.<br>1 Barker Avenue, 3rd Floor<br>White Plains, NY 10601<br>jteitelbaum@tblawllp.com |
| Tennessee Depatment of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>Nashville, TN 37202-0207<br>AGBankNewYork@ag.tn.gov | US Bank Global Corporate Trust Services<br>James H. Byrnes<br>1 Federal Street, 3rd Floor<br>Boston, MA 02110<br>james.byrnes@usbank.com | The Bank of New York Mellon<br>Attn: Robert H. Major, VP<br>6525 West Campus Oval<br>New Albany, OH 43054<br>robert.major@bnymellon.com |
| The Canada Trust Company<br>Susan Khokher<br>79 Wellington Street, West, 8th Floor<br>P.O. Box 1<br>Toronto, Dominion Centre<br>Toronto, ON M5K1A2<br>Canada<br>Adam.Parkin@tdsecurities.com;<br>Christopher.stevens@tdsecurities.com | The Law Office of<br>Thomas M. Mullaney<br>Attn: Thomas M. Mullaney<br>489 Fifth Avenue, 19th Floor<br>New York, NY 10017<br>tmm@mullaw.org | The Meyers Law Firm<br>Glenn R. Meyers<br>1123 Broadway, Suite 301<br>New York, NY 10010<br>themeyerslawfirm@gmail.com |
| Travis County Attorney<br>Kay D. Brock<br>Assistant Travis County Attorney<br>P.O. Box 1748<br>Austin, TX 78767<br>kay.brock@co.travis.tx.us | U.S. Bank National Association<br>Attn: Mamta K. Scott & David A. Jason<br>190 S. LaSalle Street<br>Chicago, IL 60603<br>mamta.scott@usbank.com | U.S. Bank National Association<br>Michelle Moeller<br>60 Livingston Avenue<br>St. Paul, MN 55107<br>michelle.moeller@usbank.com |
| U.S. Bank National Association<br>Tanveer Ashraf, Corp.Trust Services<br>West Side Flats, EP-Mn-WS3D<br>St. Paul, MN 55107<br>tanveer.ashraf@usbank.com | U.S. Department of Justice<br>Attn: Glenn D. Gillette<br>Civil Division<br>Washington, DC 20005<br>Glenn.Gillett@usdoj.gov | U.S. Department of Justice<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington,DC 20530-0001<br>AskDOJ@usdoj.gov |
| UMB Bank N.A.<br>Mark B. Flannagan<br>1010 Grand Blvd., 4th Floor<br>Kansas City, MO 64106<br>Mark.Flannagan@umb.com | | |