ALSTON & BIRD LLP
Michael E. Johnson
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, New York 10016
Tel.: (212) 210-9400
Fax: (212) 210-9444

*Counsel for Universal Master Servicing, LLC,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

IN RE:                                                    Chapter 11

                                                          Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, *et al*.,

                                                          Jointly Administered

                    Debtors.

-----------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 3573, 3586, 3588, 3592, 3596, 3597, 3600, 3602, 3606 AND 3614 WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy

Procedure, Universal Master Servicing, LLC, by and through its undersigned counsel, hereby

withdraws with prejudice Proofs of Claim Nos. 3573, 3586, 3588, 3592, 3596, 3597, 3600, 3602,

3606 and 3614 filed against Residential Capital, LLC, *et al.*, in the above-captioned matter, and

requests that the official claims registry maintained by Kurtzman Carson Consulting, LLC for the

above-referenced debtors and debtors in possession be updated accordingly.


[THE SIGNATURE BLOCK APPEARS ON THE NEXT PAGE.]

LEGAL02/34323418v1

- 2 -

Dated:  August 9, 2013                                 Respectfully submitted,

                                                                    ALSTON & BIRD LLP

                                                       By:  /s/ John C. Weitnauer
                                                             John C. Weitnauer (pro hac vice)
                                                             Michael E. Johnson
                                                             90 Park Avenue
                                                             New York, New York 10016
                                                             Tel.: (212) 210-9400
                                                             Fax: (212) 210-9444

                                                             *Counsel for Universal Master Servicing, LLC*

LEGAL02/34323418v1