UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
                                                   :
In re                                              :    Chapter 11
                                                   :
RESIDENTIAL CAPITAL, LLC, et al.,[1]               :    Case No. 12-12020 (MG)
                                                   :
                                                   :
                                                   :    (Jointly Administered)
            Debtors.                               :
----------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before August 8, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the parties on the service list attached hereto as **Exhibit A**:

- **Notice of Disclosure Statement Hearing**, dated July 9, 2013 [Docket No. 4189]

B. Additionally, on August 5, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the party on the service list attached hereto as **Exhibit B**:

[Space Intentionally Left Blank]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 at 10:00 a.m.** [Docket No. 4312]

Dated: August 9, 2013

*Jennifer Grageda*

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th of August, 2013, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| All American Home Mortgage Corp | | 1470 86th St # 2F | | Brooklyn | NY | 11228-3430 |
| Belinda S Jones and Legg Construction | | 7127 County Road 1082 | | Vinemont | AL | 35179-7273 |
| Brent L Winfree and | Theresa Mae Winfree | 31481 W 172nd St | | Gardner | KS | 66030-9185 |
| Carol McCullough | | 5000 K Ave Apt 5116 | | Plano | TX | 75074-3051 |
| Catherine Eranthe Att at Law | | 4040 Civic Center Dr Ste 200 | | San Rafael | CA | 94903-4187 |
| Cerberus Capital Management, L.P. | Stephen A. Feinberg | 875 3rd Ave Fl 11 | | New York | NY | 10022-7223 |
| Cerberus Capital Management, L.P. | | 875 3rd Ave Fl 11 | | New York | NY | 10022-7223 |
| Chiedza Goronga | | 4171 Midrose Trl | | Dallas | TX | 75287-2791 |
| Edward and Joyce Smith and Artie Air | | 7626 Clinton Hwy Lot 14 | | Powell | TN | 37849-5522 |
| Engleman, James S | | 840 W Ancona St | | Chicago | IL | 60642-6085 |
| GMAC Mortgage LLC v Manuel Zevallos Mortgage Electronic | Registration Systems Inc as Nominee for Mortgage Lenders at al | Martin Vasquez Attorney at Law | PO Box 356005 | Jamaica | NY | 11435-6005 |
| Hamm Christopher | Ganns Discount Siding Inc | 380 Southern Blvd | | Muscle Shoals | AL | 35661-4629 |
| Lake Elsinore Unified Sch Dist Cfd | Sherman and Feller | 330 Wildwood Ave | | Piedmont | CA | 94611-3849 |
| Latonya Y Corner | | 3822 Conrail Cir | | Horn Lake | MS | 38637-1345 |
| Leroy W. Ahrensdorf | Beverly A. Ahrensdorf | PO Box 7577 | | Naples | FL | 34101-7577 |
| Marc Gastineau | Gastineau Realty Group | 22202 N 48th St | | Phoenix | AZ | 85054-6171 |
| Martin S Vasquez Att at Law | | PO Box 356005 | | Jamaica | NY | 11435-6005 |
| Martin Vasquez Attorney at Law | GMAC Mrtg, LLC V Manuel Zevallos, Mrtg | Electronic Registration Sys Inc, as Nominee for Mrtg Lenders Network USA Inc, ne et al | PO Box 356005 | Jamaica | NY | 11435-6005 |
| Murrieta Valley Unified Schooo Dist | | 330 Wildwood Ave | | Piedmont | CA | 94611-3849 |
| Newloan Myle Carter and Myle | | 7610 Miller Glen Ln | | Houston | TX | 77072-3124 |
| Palemo, James | | 1669 Camelot Dr | | Trenton | MI | 48183 |
| Paul W Rosenbaum Att at Law | | 909 NE Loop 410 Ste 100 | | San Antonio | TX | 78209-1315 |
| Philip E Berlin | Carolyn Berlin | 308 Long Way S | | Brunswick | CA | 31523-7914 |
| Randall P. Wallace | Rhonda L. Wallace | 784 N Johnson Branch Rd | | Greenfield | IN | 46140-7216 |
| Richard A Wilson Att at Law | | 549 Beech Dr | | Kent | OH | 44240-3319 |
| Rodney F Tew Att at Law | | PO Box 5375 | | Douglasville | GA | 30154-0007 |
| Ryan Raber and Michelle Raber | and Aero Cleaning Inc | PSC 2 # 15053 | | Apo | AE | 09012-0151 |
| Samantha Rugh | | 872 Valley Ridge Rd | | Burleson | TX | 76028-4985 |
| Sharma, Kumar L | | 3010 34th St S | | Moorhead | MN | 56560-6937 |
| StewartPllc, Mary F | | 2 1/2 Beacon St Ste 285 | | Concord | NH | 03301-4447 |
| Sykes, Steven W | | 9 Hathaway Cir | | Los Lunas | NM | 87031-6707 |
| Tate, Ellen W | | 3210 Stones Throw Ln Apt 3 | | Durham | NC | 27713-2248 |
| Terry and Tina Walker | Citi Financial | 395 Tuskawilla Rd | | Winter Spgs | FL | 32708-3710 |
| Time Warner Cable | | PO Box 60074 | | City Industry | CA | 91716-0074 |
| Titanium Solutions | | 3516 Winslow Green Dr | | Charlotte | NC | 28210-3488 |
| Villa San Marcos HOA | C O Streamline Management | 2829 North Ave Ste 207 | | Grand Jct | CO | 81501-4953 |
| William Oakley Jr | | 10831 113th Ct NE Apt G305 | | Kirkland | WA | 98033-5054 |
| William Renner and Denese Renner | | 1112 Hemlock Ct | | Windsor | CO | 80550-4933 |
| Woodin, Donald | Kimberly Daves | 175 Metz Ln Apt 104 | | Durango | CO | 81301-7829 |

# Exhibit B

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Joaquin Arturo Revelo Att at Law | 1307 N St | Bakersfield | CA | 93301-5525 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020

1 of 1