UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
Residential Capital, LLC, <u>et</u> <u>al.</u>,    :    Case No. 12-12020 (MG)
                                                    :
        Debtors.                       :    Jointly Administered
                                                    :
------------------------------------------------------------ x

### ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXCEED PAGE LIMIT FOR THE STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (I) IN SUPPORT OF THE DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, FGIC, THE FGIC TRUSTEES AND CERTAIN INSTITUTIONAL INVESTORS AND (II) IN RESPONSE TO THE OBJECTIONS THERETO

Upon the request of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for entry of an order allowing the Committee's statement (i) in support of the Debtors' motion for approval of the settlement agreement among the Debtors, FGIC, the FGIC Trustees, and certain Institutional Investors and (ii) in response to the objections thereto (the "**Statement**") to exceed the ten (10) page limit (the "**Page Limit**") for all reply memoranda contained in the Court's order establishing certain notice, case management and administrative procedures [Docket No. 141] (the "**Case Management Order**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

    1.    The request is GRANTED as set forth herein.

- 2 -

2. The Statement may exceed the Page Limit set forth in the Case Management Order by up to five (5) additional pages.

Dated: August 12, 2013
      New York, New York

                              **/s/Martin Glenn**
                              MARTIN GLENN
                      United States Bankruptcy Judge