Lucious Hughes
P.O. Box 41255
Los Angeles, CA 90041
August 3, 2013

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York
10104

Attention Attorneys for the Debtors:
Gary S. Lee, Esq
Norman S. Rosenbaum, Esq
Jordan A. Wishnew, Esq

Your Honor:

This is my response to an Objection

Sincerely,

Lucious Hughes

(1)

I UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE # 12-12020 (MG)
CHAPTER 11

DEBTORS: RESIDENT CAPITAL, LLC, et al
(GMAC MORTGAGE; GREEN TREE)

HEARING ON TWENTIETH OMNIBUS OBJECTIONS TO CLAIMS
(BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

II MY NAME IS LUCIOUS HUGHES, AND THE BASIS FOR MY CLAIM IS AS FOLLOWS;
THE INSURANCE SETTLEMENT FROM MY INSURANCE COMPANY ALLSTATE FOR MY FIRE DAMAGED HOME WAS FOR $128,020.63. ALLSTATE SENT THIS AMOUNT BY CHECK TO GMAC MORTGAGE FOR ADMINISTRATION TO ME BY DEGREES, ACCORDING TO AMOUNT OF CONSTRUCTION COMPLETED BY MY CONTRACTOR, BETTER BUILDING CONSTRUCTION, INC. GMAC SENT TO ME A TOTAL OF $100 446.86 BEFORE THE BANKRUPTCY OF GMAC MORTGAGE AND RESIDENTIAL CAPITAL. THERE HAS BEEN NO PAYMENTS SENT TO ME SINCE THE BANKRUPTCY AND THE RE-STRUCTION OF RESIDENTIAL CAPITAL WITH GREEN TREE SUCCEEDING GMAC MORTGAGE. THEREFORE GREEN TREE AND RESIDENTIAL CAPITAL OWES

ME A BALANCE OF $27,573.77 (See ENCLOSED Letter To RESIDENTIAL CAPITAL DATED 7/30/2013 And FAX FROM GREETREE DAted 7-22-13

III MOST OF DOCUMENTATION WAS REFERENCED TO AND BY documentations RELATIVE To GMAC MORTGAGE BECAUSE OF MY difficulty in Getting INFORMATION OR documents FROM GREEN TREE, (AS EXPLAINED IN VII

IV THE DOCUMENT WHICH I will Rely MOST ON FOR OPPOSING THE OBJECTIVE IS THE ONLY DOCUMENT THAT I WAS ABLE TO OBTAIN FROM CLERKS HANDLING MY GREEN TREE CLAIM ACCOUNT WAS THE ENCLOSED FAX DATED 7-22-13.

V THE CORRECT Address FOR CORRESPONDING WITH ME IS P.O. BOX 41255
LOS ANGELES, CALI 90041

VI MY LEGAL REPRESENTATIVE IS MYSELF
Lucious Hughes
P.O. 41255
LOS ANGELES, CALI, 90041
PHONE 626-410-3317

VII My clAIM SHould Not BE DISALLOWED BECAUSE AFTE DAYS AND DAYS OF CONTACTING GREEN TREE THE WOULD NOT SEND ME ANY documentation OR COPIES OF MY ACCOUNTS THERE, Especially MY ACCOUNT REGARDING MY CLAIM.

(3)

I KNOW THIS AND THE Following statements ARE HARD TO BELIEVE. WHEN I CALLED GREEN TREE THEY

a) put ME ON HOLD AND Never Returned to THE phone
b) put ME ON HOLD AND HUNG up THE PHONE
c) TOLD ME MY CLAIM "WAS some WHERE ElSE" WHEN I CALLED THE CLAIM Dept AND TOLD ME THEY couldn AND WOULDN send ME documentation.

THey Repeated THE ABOVE Actions Repeatedly WHEN I CALLED.
I CALLED THE Federal protection agency AND Made A COMPLAINT. (I HAVE documentation) With THE NAME OF ONE CLERK WHO Refused To send ME documentATION)
AFTER MANY dAYS OF THIS TREATMENT, I FINAlly WAS Able To CONTACT ONE PERSON WHO FAXED ME SOME documentation.
THIS WAS THE ONLY PERSON WHO CO-OPERATED WITH ME AND THAT FAX dated 7-22-13 AND IS ENCLOSED WITH THIS Letter.
I ALSO E-MAILED BOTH GREENTREE AND GMAC Mortgage BOTH ACCOUNTS # OF THE CLAIM ACCOUNTS

SINCERELY,
Luciano Hughes

LUCIOUS HUGHES
P.O. BOX 41255
LOS ANGELES, CA. 90041
JULY 30, 2013

RESIDENTIAL CAPITAL, LLC
P.O. BOX 385220
BLOOMINGTON, MINNESOTA 55438

RE: (1) ADDENUM TO PROOF OF CLAIM FORM, CLAIM #2544 of 11-5-12
(2) ADDENUM TO E-MAIL DOCUMENTATION OF MY CLAIM of 6-21-13

DEAR SIR:

ENCLOSED IS FURTHER DOCUMENTATION OF $27,573.77 IN FUNDS OWED TO ME BY GMAC MORTGAGE AND YOUR LOAN SERVICING COMPANY, GREEN TREE.

PLEASE FIND ENCLOSED THE FOLLOWING PHOTO COPIES FROM GREEN TREE IN FAX FORM, DATED 7-22-13.

* ON pg 2 CHECK #12193607 SENT TO ME AND CASHED FOR $42,076.68
→ ON pg 3 CHECK #12205812 SENT TO ME, RETURNED TO GMAC, NOT CASHED, ERROR
REPLACED THIS CHECK → ON pg 4 CHECK # 12291810, SENT TO ME AND CASHED FOR $28,647.98
ON pg 5 CHECK # 12353189, SENT TO ME AND CASHED FOR $1583.31
ON pg 6 CHECK # 12390718, SENT TO ME AND CASHED FOR $26499.56
ON pg 7 CHECK # 12390716 SENT TO ME AND CASHED FOR $ 1639.33

THE SUM OF CHECKS ON pgs 2,4,5,6,7, = 100,446.86

ON pg 8 CHECK # 130683313 IS THE SETTLEMENT CHECK $128,020.63 SENT BY ALLSTATE INS. CO. TO GMAC MORTGAGE FOR DISBURSEMENT

(2)

THE FAXED CHECKS SHOW THAT GMAC MORTGAGE PAID TO ME $100,446.33 BEFORE BEING INTERRUPTED BY THE RE-ORGANIZATION BY RESIDENTIAL CAPITAL LLC AND GREEN TREE. THE ORIGINAL SETTLEMENT CHECK FROM ALLSTATE INSURANCE WAS $128,020.63. SINCE THERE HAS BEEN NO OTHER DISBURSEMENTS FROM THE SETTLEMENT FUNDS BY GMAC MORTGAGE NOR GREENTREE, THE BALANCE IS OWED TO ME.

128,020.63
100,446.86
27,573.77 IS OWED TO ME WHICH IS EXACTLY THE AMOUNT OF MY CLAIM.

THIS ENTIRE "EXERCISE" OF "PROOF OF CLAIM" WAS UNNECESSARY MY CLAIM INVOLVES MORTGAGE LOANS AND MORTGAGE LOANS LIKE MINE ARE SECURED LOANS, AND NOT SUBJECT TO PROOF OF CLAIM,

THE OTHER REASONS THAT THIS EXERCISE WAS UNNECESSARY BECAUSE ALL THE PROOFS ARE IN YOUR POSSESSION ALREADY. THEY ARE ALL IN THE GREEN TREE FILES WHICH WAS TURNED OVER TO THEM BY GMAC MORTGAGE

ENCLOSED IN THIS LETTER IS A REFERENCE TO A "FINAL DRAW", DOC-"A" WHICH IS A COPY OF A E-MAIL WHICH I SENT TO YOU ON 6-21-13, ALONG WITH OTHER DOCUMENTS INCLUDING DOC-"B" WHICH IS ALSO A REFERENCE TO DOC-"A"

SINCERELY,

(3/2)

Lucious Hughes

relationships that work
green tree

**Claims Department**
P.O. Box 6158
Rapid City, SD 57709-6158

**To:** LUCIOUS HUGHES

**Fax Number:** 818-884-1850

**Phone Number:**

**Re:** CLAIM CKS

**From:** KATHLEENA

**Fax Number** 1-800-215-2780

**Phone Number:** 800-643-0202

**Date:** 7/22/2013

**Number of pages (including cover sheet):** 8

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Comments:**

AS YOU REQUESTED.

HAVE A GREAT DAY

:-)

**The information contained in this facsimile transmission is privileged and confidential, and for the sole use of the intended recipient. If the reader of this message is not the intended recipient, or the employee or agent responsible of this delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the accompanying communication is strictly prohibited. If you have received this communication in error, immediately notify us by telephone at the contact number above.**

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 06 08 11 | LUCIOUS HUGHES | 00000000000000 | | 12193607 | 42,076.68 |
| | | | | REQUESTED BY | |

| I.D.# DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | NOT USED - OPEN | |
| | | 0020302243969 | |
| | | INITIAL BALANCE OVERAGE DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

Balance on account 27,573.77

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW.

CHECK DATE 06 08 11

**GMAC Mortgage**

CHECK NO. 12193607

JPMorgan Chase Bank, N.A. Chicago, Illinois

70-2322 / 719

AMOUNT $42,076.68

**FORTY TWO THOUSAND SEVENTY SIX DOLLARS AND 68 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE CA 91202

VOID AFTER 60 DAYS

⑈12193607⑈ ⑆071923226⑆ 000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 06 27 11 | LUCIOUS HUGHES & | 00500017864000 | | 12205812 | 28,647.98 |
| | | | | REQUESTED BY | |

| I.D.# DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | NOT USED - OPEN * | |
| | | 0020302243969 | |
| | | INITIAL DRAW | |
| | | FIRE | |

#C12205812

THIS CHECK WAS Not CASHED, But WAS Sent BACK TO GMAC AND WAS REPLACED By CHECK #122918 FOR THE SAME AMOUNT $28,647.98

ON PAGE 4

Part # 156297-435 RIT2 07/13

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

CHECK DATE
06 27 11

**GMAC Mortgage**

CHECK NO. 12205812

JPMorgan Chase Bank, N.A. Chicago, Illinois

70-2322 / 719

AMOUNT $28,647.98

**TWENTY EIGHT THOUSAND SIX HUNDRED FORTY SEVEN DOLLARS AND 98 CENTS**

PAY TO THE ORDER OF

UNAUTHORIZED, FRAUDULENT ORGANIZATION

LUCIOUS HUGHES &
CORNERSTONE BUILDERS & RESTORATION
1584 OAK GROVE PLACE
LOS ANGELES CA 90041

GMAC MORTGAGE DISBURSEMENTS

VOID AFTER 80 DAYS

⑈12205812⑈ ⑆071923226⑆ 000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 11 02 11 | LUCIOUS HUGHES | 00000000000000 | | 12291810 REQUESTED BY | 28,647.98 |

| I.D.# DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | NOT USED - OPEN | |
| | | 0020302243969 | |
| | | INITIAL DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

**GMAC Mortgage**

CHECK DATE 11 02 11

CHECK NO. 12291810

JPMorgan Chase Bank, N.A. Chicago, Illinois

70 2322 / 719

AMOUNT $28,647.98

**TWENTY EIGHT THOUSAND SIX HUNDRED FORTY SEVEN DOLLARS AND 98 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE CA 91202

VOID AFTER 60 DAYS

⑈12291810⑈ ⑆071923226⑆ 000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 02 03 12 | LUCIOUS HUGHES | 00000003000800 | | 12353189 REQUESTED BY | 1,583.31 |

| I.D.# DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | NOT USED - OPEN | |
| | | 0020302243969 | |
| | | INTERIM DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE

| CHECK DATE |
|---|
| 02 03 12 |

**GMAC Mortgage**

| CHECK NO |
|---|
| 12353189 |

JPMorgan Chase Bank, N.A. Chicago, Illinois

| AMOUNT |
|---|
| $1,583.31 |

**ONE THOUSAND FIVE HUNDRED EIGHTY THREE DOLLARS AND 31 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE CA 91202

VOID AFTER 60 DAYS

⑈12353189⑈ ⑆071923226⑆ 000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 04 05 12 | LUCIOUS HUGHES | 00000000000000 | | 12390718 REQUESTED BY | 26,499.56 |

| I.D.# DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | 0020302243969 | |
| | | INTERIM DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

CHECK DATE 04 05 12

**GMAC Mortgage**

CHECK NO. 12390718

JPMorgan Chase Bank, N.A. Chicago, Illinois

70-2322 719

AMOUNT $26,499.56

0302243969 138309

**TWENTY SIX THOUSAND FOUR HUNDRED NINETY NINE DOLLARS AND 56 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE CA 91202

VOID AFTER 60 DAYS

⑈12390718⑈ ⑆071923226⑆ 000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 04 05 12 | LUCIOUS HUGHES | 0000000000000 | | 12390716 | 1,639.33 |
| | | | REQUESTED BY | | |

| I.D.# DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | 0020302243969 | |
| | | SUPPLEMENTAL BALANCE OVERAGE DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

CHECK DATE 04 05 12

**GMAC Mortgage**

CHECK NO. 12390716

JPMorgan Chase Bank, N.A. Chicago, Illinois

AMOUNT $1,639.33

138309 0302243969

**ONE THOUSAND SIX HUNDRED THIRTY NINE DOLLARS AND 33 CENTS**

PAY TO THE ORDER OF

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE CA 91202

GMAC MORTGAGE DISBURSEMENTS

VOID AFTER 60 DAYS

⑈12390716⑈ ⑆071923226⑆ 000944300⑈

| POLICY NUMBER | CLAIM NUMBER | |
|---|---|---|
| 037213171 | 0194746731 | |
| TAX ID | DESK LOC | EMPLOYEE ID |
| | NKW | DPPB |
| Bank of America NA Atlanta, Dekalb Cty, Georgia | | Bank of America Customer Connection |

64-1278
611

IN PAYMENT OF FIRE LOSS ON 3/7/2011.

PAY: ONE HUNDRED TWENTY EIGHT THOUSAND TWENTY DOLLARS AND SIXTY THREE CENTS

128,020.63

Allstate

| INVOICE NUMBER | MCO | DATE ISSUED |
|---|---|---|
| | 8230 | 05/16/2011 |

130683313

TO THE ORDER OF
CROSS CHECK PUBLIC ADJUSTERS AND LUCIOUS HUGHES AND GMAC MORTGAGE LLC ITS SUCCESSORS
540 EL DORADO ST STE 201
PASADENA CA 91101-2508

| COMPANY NAME |
|---|
| ALLSTATE INSURANCE COMPANY |

Catherine S. Bruno
Samuel H. Pilch

AUTHORIZED SIGNATURES

LOAN# 0302243469
TRACKING # 138309

VOID IF NOT PRESENTED WITHIN THREE HUNDRED SIXTY-FIVE DAYS OF DATE OF ISSUE

⑈130683313⑈ ⑆061112788⑆ 329 911 9562⑈

Claim #2544 Date Filed: 11/6/2012

B 10 Modified (Official Form 10) (12/11)

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** — **PROOF OF CLAIM**

Name of Debtor and Case Number: RESIDENTIAL CAPITAL, LLC, et AL - 12-12020 (MG) (GMAC MORTGAGE, LLC - 12-12032 MG

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): LUCIOUS HUGHES

Name and address where notices should be sent:
LUCIOUS HUGHES
P.O. BOX 41255
LOS ANGELES, CALI 90041

Telephone number: 626-410 3317 email:

Name and address where payment should be sent (if different from above):
LUCIOUS HUGHES
22317 STRATHERN St.
CANOGA PARK, CALI 91304
Telephone number: 626-410 3317 email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: ________ (*If known*)

Filed on: ________

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 27,573.77 DEBTOR IS HOLDING MONEY FROM ALLSTATE INS. FOR FIRE-DAMAGED REPAIRS
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** BALANCE FROM $128,000 SENT TO DEBTOR FROM ALLSTATE INSURANCE CO FOR REPAIRS AT 1524 OAK GROVE PL CALI 90041
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 8309 1234

**3a. Debtor may have scheduled account as:** Alison Teamen (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** ________ (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐Real Estate ☐Motor Vehicle ☐Other
**Describe:**
**Value of Property:** $________ **Annual Interest Rate**________% ☐Fixed ☐Variable
**(when case was filed)**
**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $________ **Basis for perfection:** ________

**Amount of Secured Claim:** $________ **Amount Unsecured:** $________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ 27,573.77

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$________ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: LUCIOUS HUGHES
Title: HOME OWNER
Company: [redacted]
(Signature) Lucious Hughes 11-5-12 (Date)
Address and telephone number (if different from notice address above):

Telephone number: Email:

RECEIVED
NOV 06 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.