**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

RECEIVED AUG 9 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## NOTICE OF OBJECTION TO DISCLOSURE STATEMENT, THE PLAN AND THIRD PARTY RELEASE

1. Michelle Lawson, et al., 226 East Gorgas Lane, Philadelphia, PA 19119, holder of claim number 5282, has filed an objection to the approval of the Disclosure Statement, the Third Party Release section in Article IX of the Disclosure Statement and Plan, and any of the other relief sought by the Plan Proponents in connection with approval of the Disclosure Statement.

2. Michelle Lawson, et al. is submitting an Objection to Discharge of a Particular Debt, namely claim number 5282.

3. The debt should not be discharged because the Debtor made false statements and used misleading information in the processing of the Secondary Mortgage Note issued to claimants.

4. Michelle Lawson, et al., holder of claim number 5282 in the amount of eighty-seven thousand two hundred eighteen dollars and ninety-six cents ($87,218.96), object in whole to the approval of the Disclosure Statement, the Third Party Release section in Article IX of the Disclosure Statement and Plan, or any of the other relief sought by the Plan Proponents in connection with approval of the Disclosure Statement.

Date: 8/6/13         Signature: *Michelle [signature]*

Name:    Michelle Lawson, et al.
Address: 226 East Gorgas Lane
         Philadelphia, PA 19119
Claim:   Claim Number 5282