Anne M. Nelson, *pro se*
71 Settlers Lane
Marlboro, MA 01752



### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC                                   Chapter 11
a/k/a RESIDENTIAL CAPITAL CORPORATION          Case No. 12-12020-mg
1177 Avenue of the Americas                            Joint Administration
New York, New York 10036
Debtor

---

### OBJECTION AND OPPOSITION TO DISCLOSURE STATEMENT AND RENEWAL OF
### OBJECTION AND OPPOSITION OF ANY ASSET TRANFERS

Claimant/Creditor, Anne M. Nelson, *pro se*, Notices all Parties that she Objects to and Opposes the Disclosure Statement AND Renews her previously filed Objections and Oppositions to any Debtor ResCap/GMAC asset transfers (**Doc 1605**), and presents the following in support:

      **1.** The Claimant/Creditor has already been denied her First, Fourth, Fifth, Ninth, and Fourteenth Amendments Rights when the United States Bankruptcy Court for the Southern District of New York (Bankruptcy Court) denied the Motion To Convert the Debtor ResCap/GMAC to Chapter 7 Bankruptcy (**Docketed 1472**), with a Memorandum in Support (**Docketed 1547**) which has an Opening Brief due in September 2013 at the United States Court of Appeals for the Second Circuit.

2. The Claimant/Creditor has already been denied her First, Fourth, Fifth, Ninth, and Fourteenth Amendments Rights as further explained in the evidence on record in this matter, the long list of Admissions of the Debtor ResCap/GMAC enumerated in the Claimant/Creditor/Appellant's Reply to Debtor ResCap/GMAC's Opposition **(Docketed 1731).**

3. The Claimant/Creditor/Appellant has already been denied her First, Fourth, Fifth, Ninth, and Fourteenth Amendments Rights when the Debtor ResCap/GMAC did commit Bankruptcy Fraud and did violate the Uniform the Fraudulent Transfer Act and did violate 18 USC 1961, *et seq* which the Debtor ResCap/GMAC admitted to within their Opposition – see Reply at **1731**.

4. Debtor ResCap/GMAC is trying to sell or transfer assets that it does not own. Debtor ResCap/GMAC has admitted it does not own the assets it is trying to sell or transfer, in violation of the law.

5. Debtor ResCap/GMAC has failed to list assets they sold or are trying to sell in the Schedules they filed under oath, in violation of the law.

6. Debtor ResCap/GMAC is attempting to expedite the sale or transfer of assets, in violation of the law.

7. Debtor ResCap/GMAC is attempting to expedite the sale or transfer of assets to keep any assets it might have out of the reach of Creditors, in violation of the law.

8. There can not be an accurate accounting of the Bankruptcy estate of Debtor ResCap/GMAC at this point because of the fraudulent actions of Debtor ResCap/GMAC.

THEREFORE, for the above stated reasons this Claimant/Creditor states her Objection and Opposition to the Disclosure Statement and she renews her Objection and Opposition to asset transfers from Debtor ResCap/GMAC AND this Court should stay all proceedings in the Bankruptcy matter during the pendency of the appeal as the outcome of the appeal may be in favor of the Claimant/Creditor/Appellant which would necessitate the reversal of all asset transfer from the Debtor ResCap/GMAC.

Dated August 6, 2013

Anne M. Nelson


### Affidavit in Support

I, Anne M. Nelson, state and depose the above information is true based upon personal observation, knowledge and belief under the pains and penalties of perjury dated this 6th day of August 2013.

Anne M. Nelson


### Certificate Of Service

I have served a copy of this upon; United States Trustee, Tracey Hope Davis, 33 Whitehall Street, 21st Floor, NY, NY 10004; Attorney Larren M. Nashelsky, MORRISON & FOERSTER, LLP, 1290 Avenue of the Americas, NY, NY, 10104 and Attorney Wendy Allison Nova, 210 Second Street NE, Minneapolis,  MN 55413. by email and/or by Regular Mail as well as those on the latest notice list.

Dated August 6, 2013

Anne M. Nelson