**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

**FGIC SETTLEMENT SUPPLEMENTAL SCHEDULING**
**AND TRIAL PROCEDURES ORDER # 2**

The Court has set a hearing on the Debtors motion to approve a settlement with FGIC and

others on August 16 and 19, 2013.  *See Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For*

*Approval Of The Settlement Agreement Among The Debtors, FGIC, The FGIC Trustees And*

*Certain Individual Investors*, [Docket No. 3929].

On July 8, 2013, the Court entered a scheduling order establishing the schedule for

discovery, pretrial submissions and the hearing in connection with the contested matter.  *See*

*Scheduling Order* [Docket No. 4168].  On July 26, 2013, the entered the *FGIC Settlement*

*Supplemental Scheduling and Trial Procedures Order* establishing further procedures with

respect to the scheduled hearing on August 16 and 19, 2013 [ECF Doc. # 4363].

This Order addresses several additional issues and scheduling with respect to the August

16 and 19 hearing.

1.   A dispute apparently exists between some of the parties concerning deposition

    designations, counter-designations and objections.  Counsel are directed to meet and

    confer promptly in an effort to resolve any remaining objections *before* a pretrial

    hearing scheduled for 4:00 p.m., August 14, 2013.

2.  <u>Counsel shall appear for a final pretrial hearing at 4:00 p.m., Wednesday, August 14,</u>

    <u>2013</u>.  During that hearing the Court intends to address the motions in limine that

    have been filed, as well as other pretrial matters.

3.  As previously advised, the August 16 and 19 hearing will be a "timed trial."  The

    Court expects to follow the following schedule.  The hearing on August 16 and 19

    will begin each day at 9:00 a.m, and conclude no later than 5:00 p.m.

4.  Counsel shall confer and agree on the order of witnesses for cross and re-direct

    examination to assure there are no gaps in the hearing and so that counsel can

    anticipate and prepare for witness examinations.

**IT IS SO ORDERED.**

Dated:    August 13, 2013
          New York, New York


                         ___*Martin Glenn*_____
                            MARTIN GLENN
                    United States Bankruptcy Judge

2