# Exhibit 1

12-12020-mg    Doc 4625-1    Filed 08/13/13    Entered 08/13/13 16:52:12    Exhibit 1
Pg 1 of 12

### I. Lewis Kruger

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Activities as CRO* <br> (Kruger Direct at ¶ 9-10, 14) | - 11:9-16 <br> - 18:20-20:17 <br> - 21:21-22:7 <br> - 22:20-28:18 <br> - 108:9-109:13 <br> - 110:21-113:2 <br> - 115:16-119:23 |
| *Arm's-length Negotiations* <br> (Kruger Direct at ¶ 5, 14, 57-59) | - 43:7-49:15 <br> - 72:13-24 <br> - 73:11-20 <br> - 89:19-90:21 <br> - 119:16-23 <br> - 191:11-193:21 |
| *Awareness of Negotiations* <br> (Kruger Direct at ¶ 25-26) | - 12:20-14:17 <br> - 15:24-20:17 <br> - 43:7-49:15 <br> - 72:18-24 <br> - 80:17-81:14 <br> - 83:24-84:6 <br> - 118:25-119:23 <br> - 121:11-122:2 <br> - 206:5-17 |

1

ny-1103932

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Basis of Lew Kruger's Decision*<br><br>(Kruger Direct at ¶ 10-11, 36-37, 39) | - 35:17-22<br>- 36:11-18<br>- 37:12-38:11<br>- 53:7-54:10<br>- 67:15-20<br>- 69:19-72:24<br>- 73:11-20<br>- 75:10-76:24<br>- 85:19-86:2<br>- 87:15-89:9<br>- 108:9-109:13<br>- 110:21-113:2<br>- 114:21-115:14<br>- 117:22-118:21<br>- 125:7-126:14<br>- 147:14-148:5<br>- 163:5-163:23<br>- 166:12-167:2<br>- 173:4-174:2<br>- 178:3-179:2<br>- 189:15-190:12<br>- 192:6-194:11 |

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Benefits of the Settlement Agreement* (Kruger Direct at ¶ 2-3,34, 36-38, 40, 43) | - 35:17-22<br>- 37:12-38:11<br>- 53:7-54:10<br>- 75:10-76:24<br>- 87:15-89:9<br>- 125:7-21<br>- 166:12-167:2<br>- 180:8-182:13<br>- 193:22-194:11 |
| *Creditors' Interests* (Kruger Direct at ¶ 51-53) | - 37:17-38<br>- 53:7-54:10<br>- 75:10-76:24<br>- 85:19-86:2<br>- 87:15-89:9<br>- Mr. Kruger was never asked specifically about his views regarding the Settlement Agreements' impact on creditors, although he opined on the subject repeatedly. |
| *Findings* (Kruger Direct at ¶ 41-42) | - 71:7-72:24 (regarding the PSA Motion)<br>- 72:25-73:6<br>- 74:4-74:8<br>- 76:15-24<br>- 87:15-90:21 |

3

ny-1103932

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Lew Kruger's Authority* <br><br> (Kruger Direct at ¶ 14-15, 35-36) | • 10:11-11:16 <br> • 33:12-18 <br> • 34:18-34:24 <br> • 35:10-16 <br> • 36:11-23 <br> • 38:15-39:17 <br> • 67:15-20 <br> • 105:18-25 <br> • 106:15-107:11 <br> • 128:24-129:9 <br> • 134:8-14 |
| *Litigation Risk* <br><br> (Kruger Direct at ¶ 44-50) | • 149:9-151:10 <br> • 152:19-153:12 <br> • 153:24-155:16 <br> • 172:9-20 <br> • 173:16-174:9 <br> • 180:8-184:2 <br> • 188:16-190:2 |
| *Releases for Directors and Officers* <br><br> (Kruger Direct at ¶ 55) | • Mr. Kruger was never asked about releases for directors and officers. |
| *Terms of the Settlement Agreement* <br><br> (Kruger Direct at ¶ 28, 31-32, 39) | • 37:12-38:11 <br> • 135:10-135:24 <br> • 141:1-142:24 <br> • 160:22-167:5 <br> • 169:14-170:2 <br> • 198:7-200:9 |

4

## II. John Dubel

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Mediation Process* <br> (Dubel Direct at ¶¶ 4, 10, 12-16, 18) | • 89:6-90:10 <br> • 94:18-25 <br> • 142:25-156:6 <br> • 161:2-162:6 |
| *Participation of Institutional Investors* <br> (Dubel Direct at ¶ 6) | • 143:14-144:6 <br> • 152:21-155:15 |
| *The Mediation Order* <br> (Dubel Direct at ¶ 9) | • Mr. Dubel was not questioned regarding the Mediation Order. |
| *Participation of Trustees* <br> (Dubel Direct at ¶¶ 6, 11) | • 146:11-150:22 <br> • 152:21-155:15 |

### III. Mamta Scott

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *The FGIC Settlement Agreement, and the Trustees' Process and Consideration Thereof* (Scott Direct at ¶¶ 7-9, 12, 23-24) | • 24:9 – 30:9<br>• 38:7 – 41:9<br>• 42:4 – 43:15<br>• 43:20 – 50:20<br>• 81:8 – 85:25<br>• 86:25 – 88:11<br>• 102:12 – 104:11<br>• 117:20 – 118:10<br>• 124:14 – 125:20 |
| *The Plan Mediation Process* (Scott Direct at ¶¶ 17-18) | • 17:20 – 24:8<br>• 134:13 – 135:2 |
| *Participation of the Institutional Investors* (Scott Direct at ¶ 19) | • 27:4 – 29:14<br>• 56.10 – 56:23<br>• 136:4 – 136:9<br>• 136:16 – 137:3 |
| *Notice to Investors* (Scott Direct at ¶¶ 20-21) | • 135:3 – 137:3 |

## IV.  Mary Sohlberg

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Presence of Trustees, Counsel and Duff & Phelps During Mediation Sessions* | • 65:23 – 72:8<br>• 94:15 – 97:7 |
| *Communications and analysis relating to the ongoing mediations negotiations*<br>(Sohlberg Direct at ¶¶ 14-16) | • 66:12 – 67:25<br>• 68:20 – 70:2<br>• 71:16 – 71:18<br>• 72:9 – 72:13<br>• 76:21 – 77:12<br>• 79:17 – 80:5<br>• 85:14 – 87:18<br>• 94:23 – 95:25<br>• 96:11 – 97:7 |
| *Testimony Regarding the Duff & Phelps Analysis*<br>(Sohlberg Direct at ¶ 21) | • 114:20 – 115:18<br>• 116:21 – 147:4<br>• 155:7 – 158:14<br>• 168:24 – 171:2 |
| *Consideration of Global Settlement Agreement*<br>(Sohlberg Direct at ¶¶ 31-33) | • 53:24 – 55:13<br>• 98:19 – 99:16<br>• 109:16 – 110:9 |
| *Testimony Regarding the Trustees' Process of Determining Whether to Enter into the Settlement Agreement*<br>(Sohlberg Direct at ¶ 12) | • 51:15 – 53:15<br>• 57:13 – 58:11<br>• 61:20 – 62:9<br>• 90:11 – 90:20<br>• 157:17 – 160:7 |
| *Involvement of the Institutional Investors in the Ongoing Mediation*<br>(Sohlberg Direct at ¶ 16) | • 60:4 – 60:10<br>• 110:11 – 113:4 |

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *FGIC Trustees Demanded that Notice Be Given to All Certificateholders In the FGIC Insured Trusts Before Approval of Settlement Agreement* <br><br> (Sohlberg Direct at ¶¶ 18, 19) | • 52:6 – 53:15 <br> • 61:20 – 62:9 <br> • 81:17 – 82:12 <br> • 87:25 – 88:21 <br> • 90:3 – 90:9 <br> • 91:20 – 92:7 <br> • 92:17 – 93:3 <br> • 156:24 – 158:15 <br> • 159:4 – 159:10 |
| *Wells Fargo Benefitted from Views of other FGIC Trustees* <br><br> (Sohlberg Direct at ¶ 17) | • Not addressed during the deposition. |
| *Consideration of the Settlement Proposal* <br><br> (Sohlberg Direct at ¶ 27) | • 51:15 – 59:10 <br> • 60:12 – 60:19 <br> • 61:20 – 62:9 <br> • 78:21 – 79:16 <br> • 113:19 – 115:18 <br> • 126:2 – 126:15 <br> • 126:21 – 144:14 <br> • 146:20 – 147:4 <br> • 157:17 – 158:15 <br> • 162:23 – 163:9 |
| *Information Reviewed and Considered by Duff & Phelps* <br><br> (Sohlberg Direct at ¶ 22) | • 167:17 – 171:2 |
| *Negotiations were at Arm's-Length* <br><br> (Sohlberg Direct at ¶ 15) | • Not addressed during the deposition. |

8

ny-1103932

## V. Robert Major

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Presence of Trustees, Counsel and Duff & Phelps During Mediation Sessions* <br> (Major Direct at ¶ 8) | • 16:19-18:5 <br> • 70:12-71:6 |
| *Communications and analyses relating to the ongoing mediations negotiations* <br> (Major Direct at ¶¶ 20-22) | • 38:3-38:15 <br> • 65:14-66:4 <br> • 67:13-68:18 <br> • 153:15-153:21 <br> • 154:22-155:9 <br> • 193:22-195:13 <br> • 195:24-196:11 |
| *Testimony Regarding the Duff & Phelps Analyses* <br> (Major Direct at ¶ 9) | • 21:13-22:2 <br> • 22:24-23:5 <br> • 24:5-25:9 <br> • 51:13-53:5 <br> • 53:15-54:8 <br> • 55:20-60:7 <br> • 62:8-65:12 <br> • 68:22-80:12 <br> • 81:23-90:16 <br> • 90:22-96:25 <br> • 98:3-20 <br> • 100:6-101:8 <br> • 101:18-102:16 <br> • 101:21-103:16 <br> • 105:10-106:5 <br> • 108:24-133:15 <br> • 157:5-158:4 <br> • 162:14-164:13 |

9

ny-1103932

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Consideration of Global Settlement Agreement* (Major Direct at ¶ 10) | - No questions were asked regarding this topic. |
| *Testimony Regarding the Trustees' Process of Determining Whether to Enter into The Settlement Agreement* (Major Direct at ¶ 15) | - 14:13-16:18<br>- 18:15-19:4<br>- 19:24-21:7<br>- 29:12-30:10<br>- 31:2-33:23<br>- 60:7-61:14<br>- 136:21-138:14<br>- 141:24-145:7<br>- 145:16-146:8<br>- 150:18-25<br>- 165:2-25<br>- 205:11-207:20<br>- 209:17-23<br>- 214:24-215:5 |
| *Involvement of the Institutional Investors in the Ongoing Mediation* (Major Direct at ¶ 22) | - 145:16-146:8 |
| *FGIC Trustees Demanded that Notice Be Given to All Certificateholders In the FGIC Insured Trusts Before Court Approval of Settlement Agreement* (Major Direct at ¶¶ 23-24) | - 20:20-21:7<br>- 197:17-24 |
| *BNY Mellon Benefitted from the Views of the other FGIC Trustees* (Major Direct at ¶ 26) | - No questions were asked regarding this topic. |

10

ny-1103932

| Topic / Testimony Sought To Be Excluded | Deposition Testimony |
|---|---|
| *Consideration of the Settlement Proposal* (Major Direct at ¶¶ 8, 27) | • 27:14-28:2<br>• 33:24-34:21<br>• 35:8-37:10<br>• 38:3-39:18<br>• 45:8-48:6<br>• 80:13-81:23<br>• 103:22-104:4<br>• 140:18-141:8<br>• 189:8-195:13 |
| *Information Reviewed and Considered by Duff & Phelps* (Major Direct at ¶ 29) | • 52:14-53:5<br>• 53:15-25<br>• 55:5-18<br>• 76:11-77:24<br>• 83:14-84:5<br>• 87:4-10<br>• 106:24-108:23<br>• 119:20-119:24<br>• 120:4-7<br>• 122:13-24 |
| *Negotiations were at Arm's-Length* (Major Direct at ¶ 21) | • 155:14-156:5 |

11

ny-1103932