**<u>Exhibit 4</u>**

Hearing Date:  August 16, 2013
Objection Deadline:  July 29, 2013 5:00 p.m. (ET)

**DECHERT LLP**
Glenn E. Siegel
Mauricio A. España
Rebecca S. Kahan
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and
The Bank of New York Mellon Trust Company,
N.A., as Trustee of Certain Mortgage Backed
Securities Trusts*

**SEWARD & KISSEL LLP**
Mark D. Kotwick
Brian P. Maloney
Arlene R. Alves
One Battery Park Plaza
New York, New York  10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

*Counsel to U.S. Bank National Association,
as Trustee of Certain Mortgage Backed
Securities Trusts*

**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, New York  10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of
Certain Mortgage Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 12-12020 (MG) |
| Residential Capital, LLC, *et al.,* | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |

## THE RMBS TRUSTEES' FACT WITNESS DISCLOSURE

Pursuant to Rule 26(a)(3)(i) of the Federal Rules of Civil Procedure, as

incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure, The Bank of New

York Mellon and The Bank of New York Mellon Trust Company, N.A. (collectively "BNY Mellon"), U.S. Bank National Association ("U.S. Bank") and Wells Fargo Bank, N.A. ("Wells Fargo"), solely in their respective capacities as trustee, indenture trustee, securities administrator and/or other similar capacities or as master servicer for certain mortgage backed securities trusts (collectively, the "Trustees"), by and through their undersigned counsel, hereby make the following fact witness disclosure.

The Trustees may call the following individuals as fact witnesses to testify at trial or any hearing concerning the *Debtors' Motion Pursuant to Fed. R. Bankr. P 9019 for Approval of Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and Certain Institutional Investors* [Docket No. 3929]:

Mamta K. Scott
Vice President
U.S. Bank National Association
c/o Mark D. Kotwick
Seward & Kissel LLP
One Battery Park Plaza
New York, New York  10004
Telephone:  (212) 574-1200

Mary L. Sohlberg
Vice President
Wells Fargo, N.A.
c/o Michael E. Johnson
Alston & Bird LLP
90 Park Avenue
New York, New York  10016
Telephone: (212) 210-9400

Robert H. Major
Vice President
The Bank of New York Mellon Trust
   Company, N.A.
c/o Glenn E. Siegel
Dechert LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500


Marc Abrams
c/o Mary Eaton
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York  10019
Telephone: (212) 728-8000


Duff & Phelps
c/o Howard S. Koh
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York  10017
Telephone: (212) 655-3500


Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036
Telephone: (212) 596-9000


       The Trustees reserve their right to amend, modify or supplement this disclosure,

or to call any other witness designated by any other party to this proceeding, as well as their right

to call other witnesses for solely for impeachment or rebuttal.  The Trustees also reserve their

right to designate expert witnesses.

Dated:  New York, New York
        July 2, 2013

**DECHERT LLP**
By: /s/ Glenn E. Siegel
Glenn E. Siegel
Mauricio A. España
Rebecca S. Kahan
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon
and The Bank of New York Mellon Trust
Company, N.A., as Trustee of Certain
Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
By: /s/ Michael E. Johnson
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee
of Certain Mortgage Backed Securities Trusts*

**SEWARD & KISSEL LLP**
By: /s/ Mark D. Kotwick
Mark D. Kotwick
Brian P. Maloney
Arlene R. Alves
One Battery Park Plaza
New York, New York  10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as
Trustee of Certain Mortgage Backed Securities
Trusts*

SK 03687 0119 1395535 v2