# **Exhibit 6**

12-12020-mg    Doc 4627-6    Filed 08/13/13    Entered 08/13/13 16:55:00    Exhibit 6
Pg 1 of 2

**Confidential: Filed Under Seal**