# **Exhibit 7**

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-922-3884
www.alston.com

Michael E. Johnson             Direct Dial: 212-210-9584            Email: michael.johnson@alston.com

July 17, 2013

VIA EMAIL AND HAND DELIVERY

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004

  Re: *In re Residential Capital, LLC, et al.* (Case No. 12-12020(MG));
    *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the*
    *Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and*
    *Certain Institutional Investors* (the "**FGIC Motion**") [Docket No. 3929]

Dear Judge Glenn:

  I write on behalf of all of the **FGIC Trustees**.[1] The FGIC Trustees write to inform the Court that they withdraw their letter application dated July 15, 2013 regarding a proposed deposition of Marc Abrams, Esq. of Willkie Farr & Gallagher LLP (the "Application"). Unless the Court would otherwise like to address the Application, the item appearing at the second bullet of the Case Management Order, dated July 17, 2013 [ECF No. 4256], can be removed from tomorrow's agenda. We appreciate the Court's attention to this matter.

                Respectfully submitted,

                Michael E. Johnson

cc: *Counsel for Monarch*
  *Counsel for the Debtors*
  *Counsel for FGIC*

---

[1] For purposes of this letter, the FGIC Trustees are The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., U.S. Bank National Association, and Wells Fargo Bank, N.A., each solely in their respective capacities as trustees or indenture trustees for the FGIC Insured Trusts. Capitalized terms not defined in this letter shall have the meanings ascribed to them in the FGIC Motion or the FGIC Settlement Agreement, as applicable.