# EXHIBIT 5



# MSF
MEISTER SEELIG & FEIN LLP

2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535
www.meisterseelig.com

Howard S. Koh
Partner
Direct (212) 655-3587
Fax (646) 539-3687
*hsk@msf-law.com*

July 8, 2013

**By Hand**

Mary Eaton, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099

### Re: *In re Residential Capital, LLC Case No. 12-12020(MG)*

Dear Ms. Eaton:

Enclosed is a CD containing Duff & Phelps's Supplemental Document Production, bearing Bate Stamp numbers Duff-MS 0066-3841. Due to an error in our production process, we have omitted Bate Stamp numbers Duff-MS 0057-65. We are producing these documents on an attorneys-eyes only basis pending the execution of a confidentiality order.

Very truly yours,

Howard S. Koh

NEW JERSEY
2G Auer Court
Williamsburg Commons
East Brunswick, NJ 08816
Telephone (732) 732-0073
Facsimile (732) 432-4282

CALIFORNIA
Chassman & Seelig LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone (310) 576-2238
Facsimile (310) 576-2551

MASSACHUSETTS
60 State Street
Suite 700
Boston, MA 02109
Telephone (617) 371-2979
Facsimile (617) 371-2981

CONNECTICUT
Canterbury Green
201 Broad Street, Suite 460
Stamford, CT 06901
Telephone (203) 883-1700
Facsimile (203) 358-4072