**DECHERT LLP**
Glenn E. Siegel
Mauricio A. España
Rebecca S. Kahan
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**SEWARD & KISSEL LLP**
Mark D. Kotwick
Brian P. Maloney
Ryan Suser
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No. 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC, *et al.*,** | ) |
| | ) **Chapter 11** |
| **Debtors.** | ) |
| | ) **Jointly Administered** |

**NOTICE OF FILING OF DECLARATION OF ALICE CHONG IN SUPPORT OF FGIC
TRUSTEES' RESPONSE TO MOTION *IN LIMINE* THREE (PFEIFFER TESTIMONY)**

      **PLEASE TAKE NOTICE** that The Bank of New York Mellon, The Bank of New

York Mellon Trust Company, N.A. (collectively, "**BNY Mellon**"), U.S. Bank National

Association ("**U.S. Bank**"), and Wells Fargo Bank, N.A. ("**Wells Fargo**"), solely in their

respective capacities as trustee or indenture trustee for certain mortgage backed securities trusts (collectively, the "**FGIC Trustees**") hereby file the *Declaration of Alice Chong in Support of FGIC Trustees' Response To Motion In Limine Three (Pfeiffer Testimony)* (the "**Chong Declaration**"), attached hereto as **Exhibit A**.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Regarding Exchange of Confidential Information* [ECF No. 4249] (the "**Confidentiality Order**"), dated July 16, 2013, certain portions of the Chong Declaration and the exhibit thereto are hereby filed in redacted form and under seal. Unredacted copies of the Chong Declaration and exhibit thereto will be provided to the Bankruptcy Court and served on parties to the Confidentiality Order.

      [*Remainder of page intentionally left blank*.]

- 2 -

Dated:  New York, New York
       August 13, 2013

**DECHERT LLP**
By: /s/ Glenn E. Siegel
Glenn E. Siegel
Mauricio A. España
Rebecca S. Kahan
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**SEWARD & KISSEL LLP**
By: /s/ Mark D. Kotwick
Mark D. Kotwick
Brian P. Maloney
Ryan Suser
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
By: /s/ William Hao
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |

**DECLARATION OF ALICE CHONG IN SUPPORT OF FGIC TRUSTEES' RESPONSE**
**TO MOTION IN LIMINE THREE (PFEIFFER TESTIMONY)**

I, Alice Chong, hereby declare under penalty of perjury:

1.    I am a Senior Associate with the firm of Duff & Phelps, LLC ("**Duff & Phelps**").

I submit this declaration in support of the *FGIC Trustees' Response to Motion in Limine Three*

*(Pfeiffer Testimony).*





[*remainder of page intentionally left blank*]



I declare under penalty of perjury that the foregoing is true and correct.

This 13th day of August 2013.

Alice Chong