| | |
|---|---|
| **DECHERT LLP** | **SEWARD & KISSEL LLP** |
| Glenn E. Siegel | Mark D. Kotwick |
| Mauricio A. España | Jeffrey M. Dine |
| Rebecca S. Kahan | Ryan Suser |
| 1095 Avenue of the Americas | One Battery Park Plaza |
| New York, New York 10036-6797 | New York, New York 10004 |
| Telephone: (212) 698-3500 | Telephone: (212) 574-1200 |
| Facsimile: (212) 698-3599 | Facsimile: (212) 480-8421 |
| *Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts* | *Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts* |

**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**DECLARATION OF JEFFREY M. DINE**
**IN SUPPORT OF FGIC TRUSTEES' OPPOSITION TO MOTION *IN LIMINE* TWO**

I, Jeffrey M. Dine, declare as follows:

1. I am an attorney with the firm Seward & Kissel LLP, attorneys for U.S. Bank National Association ("U.S. Bank"), as Trustee of Certain Mortgage-Backed Securities Trusts.

2. I respectfully submit this Declaration in support of the opposition (the "**Opposition**") of U.S. Bank, The Bank of New York Mellon, The Bank of New York Mellon

Trust Company, N.A., and Wells Fargo Bank, N.A. (collectively the "**FGIC Trustees**") to the motion *in limine* ("***In Limine* Motion Two**" or the "**Motion**") of Monarch Alternative Capital LP, Stonehill Capital Management LLC, and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and CQS ABS Alpha Master Fund Limited and CQS ABS Master Fund Limited (collectively the "**Objectors**"), to preclude the testimony of Dr. S.P. Kothari ("**Dr. Kothari**") regarding the *Debtors' Motion Pursuant to Fed. R. Bankr, P. 9019 For Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors* (the "**FGIC 9019 Motion**") [Docket No. 3929].

3. Attached as Exhibit 1 is a copy of excerpts of the Ibbotson Cost of Capital 2013 Yearbook, referred to in the Opposition.

4. Attached as Exhibit 2 is a copy of the Expert Report of S.P. Kothari, Ph.D., dated July 19, 2013, and Exhibit 1 thereto.

5. Attached as Exhibit 3 is a copy of excerpts of the transcript of the July 26, 2013 Deposition of S.P. Kothari, Ph.D., referred to in the Opposition.

6. Attached as Exhibit 4 is a true and correct excerpt of the Affidavit of Michael W. Miller in Further Support of Approval of First Amended Plan of Rehabilitation, dated December 12, 2012, referred to in the Opposition.

7. Attached as Exhibit 5 is a copy of excerpts of the transcript of the July 12, 2013 Oral Rule 30(B)(6) Deposition of CQS ABS Alpha Master Fund Limited and CQS ABS Master Fund Limited by and Through its Designee David Williams, referred to in the Opposition.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 13, 2013
      New York, New York

**SEWARD & KISSEL LLP**
By: /s/ Jeffrey M. Dine
      Jeffrey M. Dine

Mark D. Kotwick
Jeffrey M. Dine
Ryan Suser
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

SK 03687 0119 1406451