**<u>Exhibit C</u>**

**Order of Dismissal**

# U.S. Bankruptcy Court
## District of Massachusetts

In Re:                                    Case No: 09-31866 HJB
                                          Chapter 13
Thomas James La Casse

        Debtor


### Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 11/10/2009, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: December 8, 2009

_____
Bankruptcy Judge

c:   Debtor
     Debtor's counsel
     Trustee