# **Exhibit D**

## **Order for Relief from Stay**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                                              Chapter 7
Thomas James La Casse              Case No. 10-30088
                                                   Honorable Henry J. Boroff

Debtor
_____/

## ORDER RE: MOTION OF RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

Residential Funding Company, LLC fka Residential Funding Corporation, by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding Real Property known and numbered as 153 Valley Forge Road, Weston, CT, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Residential Funding Company, LLC fka Residential Funding Corporation for Relief From Stay is allowed and Residential Funding Company, LLC fka Residential Funding Corporation is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d)* so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Fairfield County Registry of Deeds at Book 432, on Page 496 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At _Springfield_ this _4th_ day of _November_, 2010.

_____
Honorable Henry J. Boroff
U.S. BANKRUPTCY JUDGE

* effective 12/1/10. The Debtor asserts no defenses against the movant under state or federal law.