# Exhibit E

**Motion to Reset Law Days and Reenter Judgment**

| | |
|---|---|
| **DOCKET NO. FST-CV-09-5011591-S** | : SUPERIOR COURT |
| | |
| **Residential Funding Company, LLC fka** | : JUDICIAL DISTRICT OF |
| **Residential Funding Corporation** | Stamford/Norwalk |
| V. | : AT Stamford |
| | |
| **Thomas LaCasse, ET AL.** | : November 22, 2010 |

## MOTION TO RESET LAW DAYS AND REENTER JUDGMENT

On January 19, 2010, the Defendant, Thomas James La Casse, filed a Chapter 7 Bankruptcy Petition, which pursuant to §49-15 (b) of the Connecticut General Statutes opened the Judgment of Strict Foreclosure which entered on August 31, 2009 vacating the law days. Since the title had not become absolute in any other encumbrancer, the other provisions remain the same.

On November 4, 2010, the United States Bankruptcy Court issued an Order of Relief allowing Plaintiff to proceed with the foreclosure (a copy of which is attached hereto). A copy of said order is attached hereto as Exhibit A.

Wherefore, the Plaintiff moves that the law days be reset and the judgment reentered with all other provisions remaining the same.

ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

**THIS LAW FIRM IS A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Plaintiff

By_____/\/_____
    Benjamin T. Staskiewicz
    Hunt Leibert Jacobson, P.C.
    Its Attorneys
    50 Weston Street
    Hartford, Ct. 06120
    (860) 808-0606
    Juris No. 101589

**ORDER**

The foregoing having been heard, it is hereby ORDERED:

    GRANTED / DENIED.

DATE:_____/_____/2006

BY THE COURT

_____
Judge of the Superior Court

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, by first class mail on November 22, 2010 to the following:

NO APPEARING PARTIES

_____
Benjamin T. Staskiewicz
Commissioner of the Superior Court

01625-80701

12-12020-mg Doc 4635-10 Filed 08/13/13 Entered 08/13/13 18:02:42 Exhibit E - Motion to Reset Law Days and Reenter Judgment Pg 5 of 6

Case 10-30088 Doc 182 Filed 11/04/10 Entered 11/04/10 15:21:04 Desc Main Document Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  
Thomas James La Casse

Chapter 7  
Case No. 10-30088  
Honorable Henry J. Boroff

Debtor

_____/

### ORDER RE: MOTION OF RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

Residential Funding Company, LLC fka Residential Funding Corporation, by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding Real Property known and numbered as 153 Valley Forge Road, Weston, CT, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Residential Funding Company, LLC fka Residential Funding Corporation for Relief From Stay is allowed and Residential Funding Company, LLC fka Residential Funding Corporation is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d)* so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Fairfield County Registry of Deeds at Book 432, on Page 496 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At _Springfield_ this _4th_ day of _November_, 2010.

_____  
Honorable Henry J. Boroff  
U.S. BANKRUPTCY JUDGE

* effective 12/4/10. The Debtor asserts no defenses against the movant under state or federal law.

Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
District of Connecticut

Case No.: 10–52162
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bernardo A. Gomez
13 Elmwood Avenue
Norwalk, CT 06854

Social Security / Individual Taxpayer ID No.:
xxx–xx–6603

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on .

Dated: 10/29/10

                          Deborah S. Hunt
                          Clerk, U.S. Bankruptcy Court

                          BY: Myrna G. Atwater
                          Deputy Clerk