## **Exhibit F**

**Wilson Affidavit**

12-12020-mg    Doc 4635-11    Filed 08/13/13    Entered 08/13/13 18:02:42    Exhibit F -
Wilson Affidavit    Pg 1 of 4

| DOCKET NO. FST-CV-09-5011591-S | : SUPERIOR COURT |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION V. | : JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| | : AT STAMFORD |
| THOMAS LACASSE, ET AL. | : NOVEMBER 09, 2011 |

### UPDATED CALCULATION OF DEBT

The Plaintiff hereby submits an updated calculation of the mortgage debt contained in its Affidavit of Debt attached hereto:

| | |
|---|---:|
| Total amount shown due on Original Affidavit Of Debt as of 09/27/2011 | 786,522.14 |
| Additional Interest from 09/27/2011 to 11/14/2011 48 days at $53.42 per diem | 2,564.16 |
| Less Property Inspections | (237.25) |
| Total due to 11/14/2011 | $788,849.05 |

The actual debt may include additional advances not included in this update.

Plaintiff

By _____
Andrew Barsom ,Esq.
Hunt Leibert Jacobson, P.C.
Its Attorneys
50 Weston Street
Hartford, CT 06120
(860) 808-0606
Juris No. 101589

THIS LAW FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET    ●    HARTFORD, CONNECTICUT 06120    ●    (860) 808-0606    ●    JURIS NO. 101589

| | |
|---|---|
| DOCKET NO. FST-CV-09-5011591-S | : SUPERIOR COURT |
| RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION | : JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| V. | : AT STAMFORD |
| THOMAS LACASSE, ET AL. | : |

## AFFIDAVIT OF DEBT

I, **Douglass Wilson**, being duly sworn, depose and say:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am an authorized signer as a **Authorized Officer** on behalf of GMAC Mortgage, LLC, the authorized loan servicing agent on behalf of the Plaintiff in this action.

3. As the authorized loan servicing agent for the Plaintiff, Residential Funding Company, LLC fka Residential Funding Corporation, GMAC Mortgage, LLC has the responsibility to accept mortgage payments from the Defendant(s), apply them to the mortgage debt and maintain records of the amount of the debt.

4. I am personally familiar with the books and records maintained on behalf of Residential Funding Company, LLC fka Residential Funding Corporation utilized to generate payoff statements to determine the amount of the debt owed herein, and have reviewed the account of Thomas LaCasse, the Defendant(s), in this matter. The books and records utilized to determine the amount of the debt are generated in the usual and ordinary course of business and the information contained therein is entered into the records within a reasonable time after the transaction reflected therein.

5. There is due and owing to the Plaintiff on the Note dated January 30, 2006 made by the makers thereof, in the original principal amount of 650,000.00, a sum computed as follows:

| | |
|---|---|
| Principal | $ 649,974.31 |
| Interest from 12/01/2008 to 09/27/2011 | 70,177.95 |
| Pre- acceleration Late Charges | 1,724.67 |
| Private Mortgage Insurance Premiums | — |

THIS LAW FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

| | |
|---|---|
| Real Estate Taxes Advanced | 37,516.46 |
| Hazard Insurance Premiums Advanced | 24,652.00 |
| Property Inspections | 237.25 |
| Other (<u>Itemized as follows:</u>) | |
|     Securing Property | 120.00 |
|     Trip Charges | 35.00 |
|     Property Preservation | 2,184.50 |
| TOTAL | $ 786,622.14 |
| Current Interest Rate as of the Date of the Affidavit | 3.000% |
| Current Per Diem as of the Date of the Affidavit | $ 53.42 |

5. I know of no setoffs or counterclaims to this account.

[Signature] 10/24/11
[Signature & Name of Officer] Douglass Wilson
GMAC Mortgage, LLC

Subscribed and sworn to before me this 24 day of Oct, 2011.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tamika Scott, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 27, 2014
Member, Pennsylvania Association of Notaries

Notary Public
My Commission expires: 11·27·2014

SEAL

Lacasse, Thomas