Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone:     212-326-3939
Facsimile:     212-755-7306

Erin N. Brady
JONES DAY
555 South Flower Street
Los Angeles, CA 90071
Telephone:     213-489-3939
Facsimile:     213-243-2539

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**JOINDER OF FINANCIAL GUARANTY INSURANCE COMPANY IN
SUPPORT OF PROPONENT REPLIES TO OBJECTOR MOTIONS IN LIMINE**

Financial Guaranty Insurance Company ("FGIC") hereby submits this joinder in support of all objections filed by the Debtors and the FGIC Trustees (the "Proponent Objections") to the following motions *in limine* (the "Objector Motions In Limine"), insofar as the Proponent Objections are not inconsistent with *FGIC's Omnibus Opposition to Motions in Limine Seeking Exclusion of Certain Testimony of John Dubel Concerning Negotiations Leading up to Settlement Agreement* (the "FGIC Omnibus Opposition") [Docket No. 4628]:

(1) *Motion in Limine of Federal Home Loan Mortgage Corporation to Preclude Certain Expert Testimony of Dr. Ron D'Vari in Connection with the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors* [Docket No. 4554];

(2) *Omnibus Motion in Limine of the Ad Hoc Group of Junior Secured Noteholders to Preclude Certain Aspects of the Testimony of Lewis Kruger and John Dubel and the Expert Testimony of Ron D'Vari and Jeffrey Lipps Proffered in Connection with the FGIC Settlement Motion* [Docket No. 4549];

(3) *Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude the Testimony of Jeffrey A. Lipps regarding the Debtors' 9019 Motion (In Limine Motion Number One)* [Docket No. 4539];

(4) *Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude the Testimony of S.P. Kothari regarding the Debtors' 9019 Motion (In Limine Motion Number Two)* [Docket No. 4541];

(5) *Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude the Testimony of Allen M. Pfeiffer regarding the Debtors' 9019 Motion (In Limine Motion Number Three)* [Docket No. 4546];

(6) *Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude the Trustees from Offering Any Evidence on their Reliance on Counsel in Support of Debtors' 9019 Motion (In Limine Motion Number Four)* [Docket No. 4548]; and

(7) *Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude Evidence on the Debtors' 9019 Motion Concerning the Negotiations Leading Up to the FGIC Settlement Agreement and the Conclusory Statements Offered by the FGIC Trustees and Others About the Nature of Those Negotiations (In Limine Motion Number Five*) [Docket No. 4545].

For its joinder to the Proponent Objections, FGIC respectfully represents as follows:

1. FGIC hereby joins in and supports the Proponent Objections. FGIC reserves the right to amend, supplement, alter, or modify this joinder, and FGIC reserves all rights to be heard before the United States Bankruptcy Court, Southern District of New York with respect to the Proponent Objections.

2. For the reasons set forth in the Proponent Objections, FGIC supports the opposition to the Objector Motions in Limine to the extent not inconsistent with the FGIC Omnibus Opposition and requests that any relief granted be applicable to FGIC.

Dated: August 13, 2013

/s/  Richard L. Wynne
Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY  10017.6702
Telephone:    212-326-3939
Facsimile:    212-755-7306

Erin N. Brady
JONES DAY
555 South Flower Street
Los Angeles, CA 90071
Telephone:    213-489-3939
Facsimile:    213-243-2539

*Attorneys for Creditor*
*Financial Guaranty Insurance Company*