JONES DAY
222 East 41st Street
New York, New York  10017
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )
In re:                                                  )   Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )   Chapter 11
                                                        )
       Debtors.                                         )   Jointly Administered
                                                        )
------------------------------------------------------- x

## CERTIFICATE OF SERVICE OF
## JOINDER OF FINANCIAL GUARANTY INSURANCE COMPANY IN SUPPORT OF PROPONENT REPLIES TO OBJECTOR MOTIONS IN LIMINE

The undersigned attorney hereby certifies that on August 13, 2013, a true and correct copy of the *Joinder Of Financial Guaranty Insurance Company In Support Of Proponent Replies To Objector Motions In Limine*  (docket no. 4636) was served on all parties on the Monthly Service List, as attached on the annexed Exhibit A.

Dated: August 13, 2013            */s/ Richard L. Wynne*
                                  Richard L. Wynne

LAI-3197709v1

**EMAIL as of August 1, 2013**

andrea.hartley@akerman.com, susan.balaschak@akerman.com, dgolden@akingump.com, dzensky@akingump.com, aqureshi@akingump.com, dublin@akingump.com, ralbanese@akingump.com, rajohnson@akingump.com, ccarty@akingump.com, bnkatty@aldine.k12.tx.us, ecfmail@aclawllp.com, ken.coleman@allenovery.com, john.kibler@allenovery.com, jeff.brown@gmacfs.com, william.b.solomon@ally.com, kit.weitnauer@alston.com, marty.bunin@alston.com, william.hao@alston.com, bill.macurda@alston.com, john.stern@texasattorneygeneral.gov, harrisj12@michigan.gov, Schindlerwilliamss@ballardspahr.com, Sarah.Stout@BNYMellon.com, Jennifer.Provenzano@BNYMellon.com, Mageshwaran.Ramasamy@BNYMellon.com, xrausloanops5@barclays.com, david.powlen@btlaw.com, bbeskanos@aol.com, davids@blbglaw.com, jonathanu@blbglaw.com, matthewj@blbglaw.com, jai@blbglaw.com, schaedle@blankrome.com, tarr@blankrome.com, root@blankrome.com, courtney.lowman@ally.com, jhaake@wbsvlaw.com, swissnergross@brownrudnick.com, gregory.petrick@cwt.com, ingrid.bagby@cwt.com, mark.ellenberg@cwt.com, dcaley@wongfleming.com, bankruptcy@clm.com, hseife@chadbourne.com, dlemay@chadbourne.com, rgayda@chadbourne.com, mroitman@chadbourne.com, bobbie.theivakumaran@citi.com, maofiling@cgsh.com, tmoloney@cgsh.com, soneal@cgsh.com, jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com, jlaitman@cohenmilstein.com, clometti@cohenmilstein.com, meisenkraft@cohenmilstein.com, drehns@cohenmilstein.com, krehns@cohenmilstein.com, srosen@cbshealaw.com, mwarner@coleschotz.com, echou@coleschotz.com, ra-li-ucts-bankrupt@state.pa.us, will.hoch@crowedunlevy.com, mgallagher@curtis.com, macohen@curtis.com, sreisman@curtis.com, hryder@daypitney.com, jjtancredi@daypitney.com, jwcohen@daypitney.com, glenn.siegel@dechert.com, hector.gonzalez@dechert.com, brian.greer@dechert.com, mauricio.espana@dechert.com, craig.druehl@dechert.com, rosa.mendez@db.com, Brendan.meyer@db.com, diem.home@gmail.com, gcatalanello@duanemorris.com, jvincequerra@duanemorris.com, broylesmk@rgcattys.com, tterrell@feinsuch.com, tterrell@feinsuch.com, ppascuzzi@ffwplaw.com, dearly@fdic.gov, floressaucedopllc@gmail.com, tlallier@foleymansfield.com, kenton_hambrick@freddiemac.com, deggert@freebornpeters.com, tfawkes@freebornpeters.com, israel.david@friedfrank.com, gary.kaplan@friedfrank.com, kgiannelli@gibbonslaw.com, jberkowitz@gibbonslaw.com, calbanese@gibbonslaw.com, kpatrick@gibbsbruns.com, shumphries@gibbsbruns.com, kpatrick@gibbsbruns.com, DFeldman@gibsondunn.com, JWeisser@gibsondunn.com, theodore.w.tozer@hud.gov, gjarvis@gelaw.com, mpmorris@gelaw.com, delman@gelaw.com, brian@gmcnjlaw.com, aamin@hinshawlaw.com, ayala.hassell@hp.com, rnorton@hunton.com, rrich2@hunton.com, floraoropeza@co.imperial.ca.us, bankruptcy2@ironmountain.com, pgallagher@nassaucountyny.gov, ceblack@jonesday.com, cball@jonesday.com, rlwynne@jonesday.com, lemiller@jonesday.com, ceblack@jonesday.com, aglenn@kasowitz.com, stein@kasowitz.com, dfliman@kasowitz.com, namamoo@kasowitz.com, kgcully@kgcully.com, kdwbankruptcydepartment@kelleydrye.com, eciolko@ktmc.com, dmoffa@ktmc.com, ecf@kaalaw.com, thadwilson@kslaw.com, ajowers@kslaw.com, pferdinands@kslaw.com, mstrauss@kmllp.com, bwalker@kmllp.com,

judson.brown@kirkland.com, richard.cieri@kirkland.com, ray.schrock@kirkland.com, richard.cieri@kirkland.com, stephen.hessler@kirkland.com, projectrodeo@kirkland.com, William.b.Solomon@ally.com, Timothy.Devine@ally.com, john.bellaver@ally.com, tklestadt@klestadt.com, jcorneau@klestadt.com, sdny@kmk-law.net, keckstein@kramerlevin.com, tmayer@kramerlevin.com, dmannal@kramerlevin.com, jtrachtman@kramerlevin.com, pbentley@kramerlevin.com, dmannal@kramerlevin.com, szide@kramerlevin.com, jleibowitz@kandfllp.com, rescapinfo@kccllc.com, dlibra@lapplibra.com, james.heaney@lawdeb.com, richard@rsaxlaw.com, sheehan@txschoollaw.com, Dcaponnetto@leopoldassociates.com, pmahony@leopoldassociates.com, austin.bankruptcy@publicans.com, dallas.bankruptcy@publicans.com, houston_bankruptcy@lgbs.com, choward@lockelord.com, wcurchack@loeb.com, vrubinstein@loeb.com, dminoff@loeb.com, abehlmann@lowenstein.com, abehlmann@lowenstein.com, metkin@lowenstein.com, ilevee@lowenstein.com, metkin@lowenstein.com, ilevee@lowenstein.com, adoshi@magnozzikye.com, susanp@taxcollector.com, kmarino@khmarino.com, jboyle@khmarino.com, lgordon@mvbalaw.com, pmoak@McKoolSmith.com, mcarney@mckoolsmith.com, pmoak@McKoolSmith.com, knewman@menterlaw.com, mfriedman@meyner.com, guzzi@milbank.com, sdnyecf@dor.mo.gov, jgarrity@morganlewis.com, mkraut@morganlewis.com, pfleming@morganlewis.com, mmorganroth@morganrothlaw.com, jmorganroth@morganrothlaw.com, lberkoff@moritthock.com, Tammy.Hamzehpour@gmacrescap.com, Jill.horner@gmacrescap.com, Colette.wahl@gmacrescap.com, Deanna.horst@gmacrescap.com, William.thompson@gmacrescap.com, William.tyson@gmacrescap.com, Eileen.oles@gmacrescap.com, Lauren.delehey@gmacrescap.com, Julie.busch@gmacrescap.com, Patty.Zellmann@ally.com, lnashelsky@mofo.com, glee@mofo.com, lmarinuzzi@mofo.com, Ksadeghi@mofo.com, jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com, rdakis@morrisoncohen.com, gelfarb@mosskalish.com, seth.goldman@mto.com, Thomas.walper@mto.com, cmomjian@attorneygeneral.gov, almeyers@sjgov.org, enid.stuart@OAG.State.NY.US, joseph.cordaro@usdoj.gov, dwdykhouse@pbwt.com, bguiney@pbwt.com, Paul_Papas@mylegalhelpusa.com, ebcalvo@pbfcm.com, brandon.johnson@pillsburylaw.com, jmcmurtr@placer.ca.gov, dflanigan@polsinelli.com, jnagi@polsinelli.com, igoldstein@proskauer.com, srutsky@proskauer.com, jzajac@proskauer.com, danbrockett@quinnemanuel.com, daveburnett@quinnemanuel.com, jeremyandersen@quinnemanuel.com, jeremyandersen@quinnemanuel.com, ericwinston@quinnemanuel.com, susheelkirpalani@quinnemanuel.com, scottshelley@quinnemanuel.com, mrollin@rplaw.com, cwood@rgrdlaw.com, stevep@rgrdlaw.com, rbrown@robertbrownlaw.com, romero@mromerolawfirm.com, Ross.martin@ropesgray.com, keith.wofford@ropesgray.com, Ross.martin@ropesgray.com, dsasser@siwpc.com, dhall@siwpc.com, jglucksman@scarincihollenbeck.com, bdk@schlamstone.com, bbressler@schnader.com, rbarkasy@schnader.com, eboden@schnader.com, adam.harris@srz.com, howard.godnick@srz.com, marguerite.gardiner@srz.com, michael.cutini@srz.com, secbankruptcy@sec.gov, secbankruptcy@sec.gov, newyork@sec.gov, bankruptcynoticeschr@sec.gov, bateman@sewkis.com, christensen@sewkis.com,

NYI-4536367v1

patel@sewkis.com, hooper@sewkis.com, josselson@sewkis.com, cohen@sewkis.com, das@sewkis.com, binder@sewkis.com, kotwick@sewkis.com, alves@sewkis.com, joel@shafeldlaw.com, taconrad@sbwlawfirm.com, fsosnick@shearman.com, sfennessey@shearman.com, pdatta@hhstein.com, amuller@stinson.com, whazeltine@sha-llc.com, tal@talcottfranklin.com, derek@talcottfranklin.com, jmiller@tcfbank.com, jteitelbaum@tblawllp.com, AGBankNewYork@ag.tn.gov, robert.major@bnymellon.com, Adam.Parkin@tdsecurities.com, Christopher.stevens@tdsecurities.com, themeyerslawfirm@gmail.com, kay.brock@co.travis.tx.us, mamta.scott@usbank.com, michelle.moeller@usbank.com, tanveer.ashraf@usbank.com, Glenn.Gillett@usdoj.gov, AskDOJ@usdoj.gov, Mark.Flannagan@umb.com, joseph.cordaro@usdoj.gov, james.byrnes@usbank.com, laura.moran@usbank.com, Tracy.Davis2@usdoj.gov, Linda.Riffkin@usdoj.gov, Brian.Masumoto@usdoj.gov, mvaughan@wbsvlaw.com, dskeens@wbsvlaw.com, gary.holtzer@weil.com, kelly.j.rentz@wellsfargo.com, Sharon.Squillario@wellsfargo.com, mary.l.sohlberg@wellsfargo.com, kristi.garcia@wellsfargo.com, accesslegalservices@gmail.com, cshore@whitecase.com, isilverbrand@whitecase.com, dthatch@whitecase.com, mabrams@willkie.com, rchoi1@willkie.com, jhardy2@willkie.com, rmaney@wilmingtontrust.com, david.tillem@wilsonelser.com, dneier@winston.com, dneier@winston.com, cschreiber@winston.com, jlawlor@wmd-law.com, pdefilippo@wmd-law.com, sfitzgerald@wmd-law.com, gbush@zuckerman.com, ncohen@zuckerman.com, lneish@zuckerman.com, gbush@zuckerman.com, ncohen@zuckerman.com, lneish@zuckerman.com, tmm@mullaw.org, msweeney@msgrb.com, ryan.philp@bgllp.com, stan.chelney@bgllp.com

NYI-4536367v1

Via First Class Mail as of August 1, 2013

| | |
|---|---|
| AIG Asset Management US LLC<br>Attn Russell Lipman<br>80 Pine St<br>New York, NY 10038 | Attorney General of the State of New York<br>Eric T Schneiderman<br>Victoria L Safran<br>Nassau Regional Office<br>200 Old Country Rd Ste 240<br>Mineola, NY 11501 |
| David P Stich Esq<br>521 Fifth Ave 17th Fl<br>New York, NY 10175 | Fedelina Roybal-DeAguero 2008 Trust<br>42265 Little Lake Rd<br>Medocino, CA 94560 |
| Financial Guaranty Insurance Company<br>Attn John Dubel<br>125 Park Ave<br>New York, NY 10017 | IBM Corporation<br>Attn Shawn Konig<br>1360 Rene Levesque W Ste 400<br>Montreal, QC H3G 2W6<br>Canada |

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

M&TCC
1 M&T Plaza, 7th Floor
Buffalo, NY 14203

MBIA Insurance Corporation
Attn Mitchell Sonkin
113 King St
Armonk, NY 10504

Rowen L Drenne as Representative for the
Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Secretary of State
123 William St
New York, NY 10038-3804

Secretary of State, Division of Corporations
99 Washington Ave Ste 600
One Commerce Plz
Albany, NY 12231-0001

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

Wells Fargo Bank NA
Attn Corporate Trust Services - GMACM Home
Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Allstate Life Insurance Company
Attn: Peter A. McElvain
3075 Sanders Road, Suite G5A
Northbrook, IL 60062