WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Harrison L. Denman

-AND-

MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Gerard Uzzi
Dennis C. O'Donnell

Attorneys for the Ad Hoc Group
of Junior Secured Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                            ) SS.:
COUNTY OF NEW YORK  )

    CHARMAINE THOMAS, being duly sworn, deposes and says:

    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for the Ad Hoc Group of Junior Secured Noteholders of Residential Capital, LLC et al., in the above-captioned cases.

On the 8th of August 2013, I caused copies of the following documents:

Objection of Ad Hoc Group of Junior Secured Noteholders to Plan Proponents Motion for an Order, inter alia, Approving the Disclosure Statement and Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents Joint Chapter 11 Plan [DI 4590], and

Application (with Notice of Presentment) of Ad Hoc Group of Junior Secured Noteholders Pursuant to Section 107(b) of The Bankruptcy Code, Bankruptcy Rule 9018, and Case Management Order for Authority to File Objection to Motion to Approve Disclosure Statement Under Seal (Presentment Date: August 15, 2013 at 10:00 a.m.), Objection Deadline: August 14, 2013 at 4:00 p.m. [DI 4593],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by FedEx for next business day delivery, and to be delivered to the parties on Exhibit C attached hereto by hand delivery.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me this 13th of August 2013

/s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

**Exhibit A**

'lnashelsky@mofo.com'; 'glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'Ksadeghi@mofo.com'; 'andrea.hartley@akerman.com'; 'susan.balaschak@akerman.com'; 'dgolden@akingump.com'; 'dzensky@akingump.com'; 'aqureshi@akingump.com'; 'pdublin@akingump.com'; 'ralbanese@akingump.com'; 'rajohnson@akingump.com'; 'ccarty@akingump.com'; 'bnkatty@aldine.k12.tx.us'; 'ecfmail@aclawllp.com'; 'ken.coleman@allenovery.com'; 'john.kibler@allenovery.com'; 'jeff.brown@gmacfs.com'; 'william.b.solomon@ally.com'; 'kit.weitnauer@alston.com'; 'marty.bunin@alston.com'; 'william.hao@alston.com'; 'bill.macurda@alston.com'; 'john.stern@texasattorneygeneral.gov'; 'harrisj12@michigan.gov'; 'Schindlerwilliamss@ballardspahr.com'; 'Sarah.Stout@BNYMellon.com'; 'Jennifer.Provenzano@BNYMellon.com'; 'Mageshwaran.Ramasamy@BNYMellon.com'; 'xrausloanops5@barclays.com'; 'david.powlen@btlaw.com'; 'bbeskanos@aol.com'; 'davids@blbglaw.com'; 'jonathanu@blbglaw.com'; 'matthewj@blbglaw.com'; 'jai@blbglaw.com'; 'schaedle@blankrome.com'; 'tarr@blankrome.com'; 'root@blankrome.com'; 'courtney.lowman@ally.com'; 'ryan.philp@bgllp.com'; 'stan.chelney@bgllp.com'; 'jhaake@wbsvlaw.com'; 'swissnergross@brownrudnick.com'; 'gregory.petrick@cwt.com'; 'ingrid.bagby@cwt.com'; 'mark.ellenberg@cwt.com'; 'dcaley@wongfleming.com'; 'bankruptcy@clm.com'; 'hseife@chadbourne.com'; 'dlemay@chadbourne.com'; 'rgayda@chadbourne.com'; 'mroitman@chadbourne.com'; 'bobbie.theivakumaran@citi.com'; 'maofiling@cgsh.com'; 'tmoloney@cgsh.com'; 'soneal@cgsh.com'; 'jennifer.demarco@cliffordchance.com'; 'adam.lesman@cliffordchance.com'; 'jlaitman@cohenmilstein.com'; 'clometti@cohenmilstein.com'; 'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com'; 'krehns@cohenmilstein.com'; 'srosen@cbshealaw.com'; 'mwarner@coleschotz.com'; 'echou@coleschotz.com'; 'ra-li-ucts-bankrupt@state.pa.us'; 'will.hoch@crowedunlevy.com'; 'mgallagher@curtis.com'; 'macohen@curtis.com'; 'sreisman@curtis.com'; 'hryder@daypitney.com'; 'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com'; 'glenn.siegel@dechert.com'; 'hector.gonzalez@dechert.com'; 'brian.greer@dechert.com'; 'mauricio.espana@dechert.com'; 'craig.druehl@dechert.com'; 'rosa.mendez@db.com'; 'Brendan.meyer@db.com'; 'diem.home@gmail.com'; 'gcatalanello@duanemorris.com'; 'jvincequerra@duanemorris.com'; 'broylesmk@rgcattys.com'; 'tterrell@feinsuch.com'; 'tterrell@feinsuch.com'; 'ppascuzzi@ffwplaw.com'; 'dearly@fdic.gov'; 'floressaucedopllc@gmail.com'; 'tlallier@foleymansfield.com'; 'kenton_hambrick@freddiemac.com'; 'deggert@freebornpeters.com'; 'tfawkes@freebornpeters.com'; 'israel.david@friedfrank.com'; 'gary.kaplan@friedfrank.com'; 'kgiannelli@gibbonslaw.com'; 'jberkowitz@gibbonslaw.com'; 'calbanese@gibbonslaw.com'; 'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com'; 'kpatrick@gibbsbruns.com'; 'DFeldman@gibsondunn.com'; 'JWeisser@gibsondunn.com'; 'theodore.w.tozer@hud.gov'; 'gjarvis@gelaw.com'; 'mpmorris@gelaw.com'; 'delman@gelaw.com'; 'brian@gmcnjlaw.com'; 'aamin@hinshawlaw.com'; 'ayala.hassell@hp.com'; 'rnorton@hunton.com'; 'rrich2@hunton.com'; 'floraoropeza@co.imperial.ca.us'; 'bankruptcy2@ironmountain.com'; 'pgallagher@nassaucountyny.gov'; 'ceblack@jonesday.com'; 'cball@jonesday.com'; 'rlwynne@jonesday.com'; 'lemiller@jonesday.com'; 'ceblack@jonesday.com'; 'aglenn@kasowitz.com'; 'mstein@kasowitz.com'; 'dfliman@kasowitz.com'; 'namamoo@kasowitz.com'; 'kgcully@kgcully.com';

'kdwbankruptcydepartment@kelleydrye.com'; 'eciolko@ktmc.com'; 'dmoffa@ktmc.com';
'ecf@kaalaw.com'; 'thadwilson@kslaw.com'; 'ajowers@kslaw.com'; 'pferdinands@kslaw.com';
'mstrauss@kmllp.com'; 'bwalker@kmllp.com'; 'judson.brown@kirkland.com';
'richard.cieri@kirkland.com'; 'ray.schrock@kirkland.com'; 'richard.cieri@kirkland.com';
'stephen.hessler@kirkland.com'; 'projectrodeo@kirkland.com'; 'William.b.Solomon@ally.com';
'Timothy.Devine@ally.com'; 'john.bellaver@ally.com'; 'tklestadt@klestadt.com';
'jcorneau@klestadt.com'; 'sdny@kmk-law.net'; 'keckstein@kramerlevin.com';
'tmayer@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'jtrachtman@kramerlevin.com';
'pbentley@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'szide@kramerlevin.com';
'jleibowitz@kandfllp.com'; 'rescapinfo@kccllc.com'; 'dlibra@lapplibra.com';
'james.heaney@lawdeb.com'; 'richard@rsaxlaw.com'; 'sheehan@txschoollaw.com';
'Dcaponnetto@leopoldassociates.com'; 'pmahony@leopoldassociates.com';
'austin.bankruptcy@publicans.com'; 'dallas.bankruptcy@publicans.com';
'houston_bankruptcy@lgbs.com'; 'choward@lockelord.com'; 'wcurchack@loeb.com';
'vrubinstein@loeb.com'; 'dminoff@loeb.com'; 'abehlmann@lowenstein.com';
'abehlmann@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com';
'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'adoshi@magnozzikye.com';
'susanp@taxcollector.com'; 'kmarino@khmarino.com'; 'jboyle@khmarino.com';
'lgordon@mvbalaw.com'; 'pmoak@McKoolSmith.com'; 'mcarney@mckoolsmith.com';
'pmoak@McKoolSmith.com'; 'knewman@menterlaw.com'; 'mfriedman@meyner.com';
'sdnyecf@dor.mo.gov'; 'jgarrity@morganlewis.com'; 'mkraut@morganlewis.com';
'pfleming@morganlewis.com'; 'mmorganroth@morganrothlaw.com';
'jmorganroth@morganrothlaw.com'; 'lberkoff@moritthock.com';
'Tammy.Hamzehpour@gmacrescap.com'; 'Jill.horner@gmacrescap.com';
'Colette.wahl@gmacrescap.com'; 'Deanna.horst@gmacrescap.com';
'William.thompson@gmacrescap.com'; 'William.tyson@gmacrescap.com';
'Eileen.oles@gmacrescap.com'; 'Lauren.delehey@gmacrescap.com';
'Julie.busch@gmacrescap.com'; 'Patty.Zellmann@ally.com'; 'jmoldovan@morrisoncohen.com';
'bankruptcy@morrisoncohen.com'; 'rdakis@morrisoncohen.com'; 'gelfarb@mosskalish.com';
'seth.goldman@mto.com'; 'Thomas.walper@mto.com'; 'cmomjian@attorneygeneral.gov';
'almeyers@sjgov.org'; 'enid.stuart@OAG.State.NY.US'; 'joseph.cordaro@usdoj.gov';
'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com'; 'Paul_Papas@mylegalhelpusa.com';
'ebcalvo@pbfcm.com'; 'brandon.johnson@pillsburylaw.com'; 'jmcmurtr@placer.ca.gov';
'dflanigan@polsinelli.com'; 'jnagi@polsinelli.com'; 'igoldstein@proskauer.com';
'srutsky@proskauer.com'; 'jzajac@proskauer.com'; 'danbrockett@quinnemanuel.com';
'daveburnett@quinnemanuel.com'; 'jeremyandersen@quinnemanuel.com';
'jeremyandersen@quinnemanuel.com'; 'ericwinston@quinnemanuel.com';
'susheelkirpalani@quinnemanuel.com'; 'scottshelley@quinnemanuel.com'; 'mrollin@rplaw.com';
'cwood@rgrdlaw.com'; 'stevep@rgrdlaw.com'; 'rbrown@robertbrownlaw.com';
'romero@mromerolawfirm.com'; 'Ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com';
'Ross.martin@ropesgray.com'; 'dsasser@siwpc.com'; 'dhall@siwpc.com';
'jglucksman@scarincihollenbeck.com'; 'bdk@schlamstone.com'; 'bbressler@schnader.com';
'rbarkasy@schnader.com'; 'eboden@schnader.com'; 'adam.harris@srz.com';
'howard.godnick@srz.com'; 'marguerite.gardiner@srz.com'; 'michael.cutini@srz.com';
'secbankruptcy@sec.gov'; 'secbankruptcy@sec.gov'; 'newyork@sec.gov';
'bankruptcynoticeschr@sec.gov'; 'bateman@sewkis.com'; 'christensen@sewkis.com';

'patel@sewkis.com'; 'hooper@sewkis.com'; 'josselson@sewkis.com'; 'cohen@sewkis.com'; 'das@sewkis.com'; 'binder@sewkis.com'; 'kotwick@sewkis.com'; 'alves@sewkis.com'; 'joel@shafeldlaw.com'; 'taconrad@sbwlawfirm.com'; 'fsosnick@shearman.com'; 'sfennessey@shearman.com'; 'pdatta@hhstein.com'; 'amuller@stinson.com'; 'whazeltine@sha-llc.com'; 'msweeney@msgrb.com'; 'tal@talcottfranklin.com'; 'derek@talcottfranklin.com'; 'jmiller@tcfbank.com'; 'jteitelbaum@tblawllp.com'; 'AGBankNewYork@ag.tn.gov'; 'robert.major@bnymellon.com'; 'Adam.Parkin@tdsecurities.com'; 'Christopher.stevens@tdsecurities.com'; 'tmm@mullaw.org'; 'themeyerslawfirm@gmail.com'; 'kay.brock@co.travis.tx.us'; 'mamta.scott@usbank.com'; 'michelle.moeller@usbank.com'; 'tanveer.ashraf@usbank.com'; 'Glenn.Gillett@usdoj.gov'; 'AskDOJ@usdoj.gov'; 'Mark.Flannagan@umb.com'; 'joseph.cordaro@usdoj.gov'; 'james.byrnes@usbank.com'; 'laura.moran@usbank.com'; 'Tracy.Davis2@usdoj.gov'; 'Linda.Riffkin@usdoj.gov'; 'Brian.Masumoto@usdoj.gov'; 'mvaughan@wbsvlaw.com'; 'dskeens@wbsvlaw.com'; 'gary.holtzer@weil.com'; 'kelly.j.rentz@wellsfargo.com'; 'Sharon.Squillario@wellsfargo.com'; 'mary.l.sohlberg@wellsfargo.com'; 'kristi.garcia@wellsfargo.com'; 'accesslegalservices@gmail.com'; 'cshore@whitecase.com'; 'isilverbrand@whitecase.com'; 'dthatch@whitecase.com'; 'hdenman@whitecase.com'; 'mabrams@willkie.com'; 'rchoi1@willkie.com'; 'jhardy2@willkie.com'; 'rmaney@wilmingtontrust.com'; 'david.tillem@wilsonelser.com'; 'dneier@winston.com'; 'dneier@winston.com'; 'cschreiber@winston.com'; 'jlawlor@wmd-law.com'; 'pdefilippo@wmd-law.com'; 'sfitzgerald@wmd-law.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'Nancy.Lord@OAG.State.NY.US'; 'Neal.Mann@OAG.State.NY.US'; 'john_s_forlines@fanniemae.com'; 'kevin.vargas@db.com'; 'george.rayzis@usbank.com'; 'irinia.palchuk@usbank.com'; 'jhofer@skadden.com'; 'kziman@skadden.com'; 'lnyhan@sidley.com'; 'jboelter@sidley.com'; 'bmyrick@sidley.com';

## **Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
Attn: Tracy Hope Davis, Esq.
    Brian Masumoto, Esq.
    Linda Riffkin, Esq.

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.
    Neal Mann, Esq.

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
    Gary S. Lee, Esq.
    Lorenzo Marinuzzi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
    Doug Mannal

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
       Richard M. Cieri

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas (**service attempted but returned**)

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
      Eric R. Wilson

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer
      Ken Ziman

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan
      Jessica CK Boelt

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional

**Exhibit C**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004


US Trustee for the Southern District of NY
Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014
    Attn: Tracy Hope Davis, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.