**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| GMACM Mortgage Loan Trust 2004-AR1 |
|:---:|
| 36185NX21 |
| 36185NX39 |
| 36185NX47 |
| 36185NX54 |
| 36185NX62 |
| 36185NX70 |
| 36185NX88 |
| 36185NX96 |
| 36185NY20 |
| 36185NY38 |
| 36185NY46 |
| 36185NY53 |
| 36185NY61 |
| 36185NY79 |
| 36185NY87 |
| 36185NY95 |
| 36185NZ29 |
| 36185NZ37 |
| 36185NZ45 |
| 36185NZ52 |
| 36185NZ60 |

| GMACM Mortgage Loan Trust 2004-AR2 |
|:---:|
| 36185N3R9 |
| 36185N3S7 |
| 36185N3T5 |
| 36185N3U2 |
| 36185N3V0 |
| 36185N3W8 |
| 36185N3X6 |
| 36185N3Y4 |
| 36185N3Z1 |
| 36185N4A5 |
| 36185N4B3 |
| 36185N4C1 |
| 36185N4D9 |

| GMACM Mortgage Loan Trust 2004-GH1 |
|:---:|
| 36185HDW0 |
| 36185HDX8 |
| 36185HDY6 |
| 36185HDZ3 |
| 36185HEA7 |
| 36185HEB5 |
| 36185HEC3 |
| 36185HED1 |
| 36185HEE9 |
| N/C107490 |
| N/C107495 |
| N/C107496 |

| GMACM Mortgage Loan Trust 2004-J1 |
|:---:|
| 36185NT26 |
| 36185NT34 |
| 36185NT42 |
| 36185NT59 |
| 36185NT83 |
| 36185NT91 |
| 36185NU24 |
| 36185NU32 |
| 36185NU57 |
| 36185NU65 |
| 36185NU73 |
| 36185NU81 |
| 36185NU99 |
| 36185NV23 |
| 36185NV31 |
| 36185NV49 |
| 36185NV56 |
| 36185NV64 |
| 36185NV72 |
| 36185NV80 |
| 36185NV98 |
| 36185NW22 |
| 36185NW30 |
| 36185NW48 |
| 36185NW55 |
| 36185NW63 |
| 36185NW71 |
| 36185NW89 |
| 36185NW97 |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| GMACM Home Loan Trust 2004-HLTV1 |
|:---:|
| 36185HDT7 |
| 36185HDU4 |
| 36185HDV2 |

| GMACM Mortgage Loan Trust 2004-J2 |
|:---:|
| 36185N2A7 |
| 36185N2B5 |
| 36185N2C3 |
| 36185N2D1 |
| 36185N2E9 |
| 36185N2F6 |
| 36185N2G4 |
| 36185N2H2 |
| 36185N2J8 |
| 36185N2K5 |
| 36185N2L3 |
| 36185N2M1 |
| 36185N2N9 |
| 36185N2P4 |
| 36185N2Q2 |
| 36185N2R0 |
| 36185N2S8 |
| 36185N2T6 |
| 36185N2U3 |
| 36185NZ78 |

| GMACM Mortgage Loan Trust 2004-J3 |
|:---:|
| 36185N2V1 |
| 36185N2W9 |
| 36185N2Y5 |
| 36185N2Z2 |
| 36185N3A6 |
| 36185N3B4 |
| 36185N3C2 |
| 36185N3D0 |
| 36185N3E8 |
| 36185N3F5 |
| 36185N3G3 |
| 36185N3H1 |
| 36185N3J7 |
| 36185N3K4 |
| 36185N3L2 |
| 36185N3M0 |
| 36185N3N8 |
| 36185N3P3 |
| 36185N3Q1 |

| GMACM Mortgage Loan Trust 2004-J4 |
|:---:|
| 36185N4E7 |
| 36185N4F4 |
| 36185N4H0 |
| 36185N4J6 |
| 36185N4K3 |
| 36185N4L1 |
| 36185N4N7 |
| 36185N4P2 |
| 36185N4Q0 |
| 36185N4R8 |
| 36185N4S6 |
| 36185N4T4 |
| 36185N4U1 |
| 36185N4V9 |
| 36185N4W7 |
| 36185N4X5 |

| GMACM Mortgage Loan Trust 2004-J5 |
|:---:|
| 36185N4Y3 |
| 36185N4Z0 |
| 36185N5A4 |
| 36185N5B2 |
| 36185N5C0 |
| 36185N5D8 |
| 36185N5E6 |
| 36185N5F3 |
| 36185N5G1 |
| 36185N5H9 |
| 36185N5J5 |
| 36185N5K2 |
| 36185N5L0 |
| 36185N5M8 |
| 36185N5N6 |
| 36185N5P1 |
| 36185N5Q9 |
| 36185N5R7 |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| GMACM Mortgage Loan Trust 2004-J6 | GMACM Mortgage Loan Trust 2005-AR2 |
|---|---|
| 36185N5S5 | 36185N2R6 |
| 36185N5T3 | 36185N6M7 |
| 36185N5U0 | 36185N6N5 |
| 36185N5V8 | 36185N6P0 |
| 36185N5W6 | 36185N6Q8 |
| 36185N5X4 | 36185N6S4 |
| 36185N5Y2 | 36185N6T2 |
| 36185N5Z9 | 36185N6U9 |
| 36185N6A3 | 36185N6V7 |
| 36185N6B1 | 36185N6W5 |
| 36185N6C9 | 36185N6X3 |
| 36185N6D7 | |
| 36185N6E5 | **GMACM Mortgage Loan Trust 2006-AR2** |
| 36185N6F2 | 36185MET5 |
| 36185N6G0 | 36185MEU2 |
| 36185N6H8 | 36185MEV0 |
| 36185N6K1 | 36185MEW8 |
| 36185N6L9 | 36185MEX6 |
| | 36185MEZ1 |
| **GMACM Mortgage Loan Trust 2005-AR1** | 36185MFA5 |
| 76112BKK5 | 36185MFB3 |
| 76112BKL3 | 36185MFC1 |
| 76112BKM1 | 36185MFD9 |
| 76112BKN9 | 36185MFE7 |
| 76112BKP4 | 36185MFF4 |
| 76112BKQ2 | 36185MFG2 |
| 76112BKR0 | 36185MFH0 |
| 76112BKS8 | 36185MFJ6 |
| 76112BKT6 | 36185MFK3 |
| 76112BKU3 | 36185MFL1 |
| 76112BKV1 | |
| 76112BKW9 | **GMACM Home Loan Trust 2006-HLTV1** |
| 76112BKX7 | 36185HEF6 |
| 76112BKY5 | 36185HEG4 |
| | 36185HEH2 |
| | 36185HEJ8 |
| | 36185HEK5 |
| | N/C133485 |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

### GMACM Home Equity Loan Trust 2006-HE1
361856ER4
N/C133479

### GMACM Home Equity Loan Trust 2006-HE2
38011AAB0
38011AAC8
38011AAD6

### GMACM Home Equity Loan Trust 2006-HE3
38012TAA0
38012TAB8
38012TAC6
38012TAD4
38012TAE2
N/A142614

### GMACM Home Equity Loan Trust 2006-HE5
38012EAA3
38012EAB1
38012EAC9

### GMACM Home Equity Loan Trust 2007-HE2
36186LAA1
36186LAB9
36186LAC7
36186LAD5
36186LAE3
36186LAF0
36186LAG8
N/C160336
N/C160337

### GMACM Home Equity Loan Trust 2007-HE3
36186MAA9
36186MAB7
36186MAC5
36186MAD3
36186MAE1
36186MAF8
N/C165704
N/C165705
N/C165706

### RAMP Series 2004-KR1
7609852E0
7609852F7
760985X89
760985X97
760985Y88
760985Y96
N/A94270
N/A94271
N/A95493

### RAMP Series 2004-KR2
76112BCV0
76112BCW8
76112BCX6
76112BDB3
76112BDC1
76112BDD9
76112BDJ6
76112BDK3
N/C104555
N/C104556
N/C104557

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| RAMP Series 2004-RS1 |
| :---: |
| 760985M73 |
| 760985M81 |
| 760985M99 |
| 760985N49 |
| 760985N56 |
| 760985N64 |
| 760985N72 |
| 760985N80 |
| 760985N98 |
| 760985P21 |
| 760985P62 |
| 760985P70 |
| N/A82146 |
| N/A82147 |
| N/A82148 |
| N/A82149 |

| RAMP Series 2004-RS10 |
| :---: |
| 76112BDS6 |
| 76112BDT4 |
| 76112BDU1 |
| 76112BDV9 |
| 76112BDW7 |
| 76112BEC0 |
| 76112BED8 |
| 76112BEE6 |
| 76112BEF3 |
| 76112BEG1 |
| 76112BEH9 |
| 76112BEJ5 |
| N/C106148 |
| N/C106149 |
| N/C106150 |
| N/C106151 |

| RAMP Series 2004-RS11 |
| :---: |
| 76112BFH8 |
| 76112BFJ4 |
| 76112BFK1 |
| 76112BFL9 |
| 76112BFM7 |
| 76112BFN5 |
| N/C107783 |
| N/C107784 |

| RAMP Series 2004-RS12 |
| :---: |
| 76112BFS4 |
| 76112BFT2 |
| 76112BFU9 |
| 76112BFV7 |
| 76112BFW5 |
| 76112BFX3 |
| 76112BFY1 |
| 76112BGD6 |
| 76112BGE4 |
| 76112BGF1 |
| 76112BGG9 |
| 76112BGH7 |
| 76112BGJ3 |
| N/C108738 |
| N/C108739 |
| N/C108740 |
| N/C108741 |
| N/C108742 |
| N/C108743 |

| RAMP Series 2004-RS2 |
| :---: |
| 760985Q38 |
| 760985Q46 |
| 760985Q53 |
| 760985Q61 |
| 760985Q79 |
| 760985Q87 |
| 760985R37 |
| 760985R45 |
| 760985R52 |
| 760985R94 |
| 760985S28 |
| N/A92036 |
| N/A92037 |
| N/A92038 |
| N/A92039 |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| RAMP Series 2004-RS3 |
|---|
| 7609852C4 |
| 760985V32 |
| 760985V40 |
| 760985V65 |
| 760985V73 |
| 760985V81 |
| 760985V99 |
| N/A94284 |
| N/A94285 |

| RAMP Series 2004-RS4 |
|---|
| 7609852X8 |
| 7609852Y6 |
| 7609853E9 |
| 7609853F6 |
| 7609853G4 |
| 7609853H2 |
| 7609853J8 |
| 7609853K5 |
| 7609853L3 |
| 7609853N9 |
| 7609853P4 |
| N/A95998 |
| N/A95999 |
| N/A96000 |
| N/A96001 |

| RAMP Series 2004-RS5 |
|---|
| 7609853W9 |
| 7609853Z2 |
| 7609854A6 |
| 7609854B4 |
| 7609854D0 |
| 7609854F5 |
| 7609854G3 |
| 7609854H1 |
| 7609854J7 |
| 7609854K4 |
| 7609854L2 |
| 7609854M0 |
| 7609854N8 |
| N/A97460 |
| N/A97461 |
| N/A97462 |
| N/A97463 |

| RAMP Series 2004-RS6 |
|---|
| 7609854X6 |
| 7609855A5 |
| 7609855B3 |
| 7609855C1 |
| 7609855D9 |
| 7609855E7 |
| 7609855F4 |
| 7609855G2 |
| 7609855H0 |
| 7609855L1 |
| 7609855M9 |
| 7609855N7 |
| 7609855P2 |
| 7609855Q0 |
| 7609856P1 |
| 7609856Q9 |
| N/C98807 |
| N/C98808 |
| N/C98809 |
| N/C98810 |

| RAMP Series 2004-RS7 |
|---|
| 7609857C9 |
| 7609857D7 |
| 7609857E5 |
| 7609857F2 |
| 7609857G0 |
| 7609857J4 |
| 7609857K1 |
| 7609857L9 |
| 7609857M7 |
| N/C100700 |
| N/C100701 |
| N/C100702 |
| N/C100703 |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| RAMP Series 2004-RS8 | RAMP Series 2004-RZ1 |
|---|---|
| 76112BAD2 | 7609852B6 |
| 76112BAE0 | 760985T84 |
| 76112BAF7 | 760985T92 |
| 76112BAG5 | 760985U25 |
| 76112BAH3 | 760985U33 |
| 76112BAJ9 | 760985U41 |
| 76112BAM2 | 760985U58 |
| 76112BAN0 | 760985U66 |
| 76112BAP5 | 760985U74 |
| 76112BAQ3 | N/A94504 |
| 76112BAT7 | N/A94505 |
| 76112BAU4 | N/A94506 |
| N/C103114 | |
| N/C103115 | **RAMP Series 2004-RZ2** |
| N/C103116 | 7609854S7 |
| N/C103117 | 7609854T5 |
| | 7609854U2 |
| **RAMP Series 2004-RS9** | 7609854V0 |
| 76112BCF5 | 7609854W8 |
| 76112BCG3 | 7609856S5 |
| 76112BCH1 | 7609856T3 |
| 76112BCM0 | N/C98823 |
| 76112BCN8 | N/C98824 |
| 76112BCP3 | N/C98825 |
| 76112BCQ1 | N/C98918 |
| 76112BCR9 | N/C98919 |
| 76112BDE7 | |
| N/C104627 | |
| N/C104628 | |
| N/C104629 | |
| N/C104630 | |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| RAMP Series 2004-RZ3 | RAMP Series 2005-RS1 |
|---|---|
| 76112BAY6 | 76112BHV5 |
| 76112BAZ3 | 76112BHW3 |
| 76112BBA7 | 76112BHX1 |
| 76112BBB5 | 76112BHY9 |
| 76112BBC3 | 76112BHZ6 |
| 76112BBD1 | 76112BJA9 |
| 76112BBE9 | 76112BJB7 |
| 76112BBJ8 | 76112BJC5 |
| 76112BBK5 | 76112BJG6 |
| 76112BBL3 | 76112BJH4 |
| 76112BBM1 | 76112BJJ0 |
| 76112BBN9 | 76112BJK7 |
| 76112BDG2 | 76112BJL5 |
| 76112BDH0 | 76112BJM3 |
| N/C104592 | 76112BJN1 |
| N/C104593 | N/C110290 |
| N/C104594 | N/C110291 |
| N/C104595 | N/C110292 |
| N/C104596 | N/C110293 |

| RAMP Series 2004-RZ4 | RAMP Series 2005-RS2 |
|---|---|
| 76112BHF0 | 76112BJW1 |
| 76112BHG8 | 76112BKB5 |
| 76112BHH6 | 76112BKC3 |
| 76112BHJ2 | 76112BKD1 |
| 76112BHK9 | 76112BKE9 |
| 76112BHL7 | 76112BKF6 |
| 76112BHM5 | 76112BKG4 |
| 76112BHN3 | 76112BKZ2 |
| 76112BHP8 | N/C111831 |
| 76112BHQ6 | N/C111832 |
| N/A109040 | |
| N/A109040 | |
| N/C109041 | |
| N/C109041 | |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| RAMP Series 2005-RS3 |
|---|
| 76112BLD0 |
| 76112BLE8 |
| 76112BLF5 |
| 76112BLG3 |
| 76112BLH1 |
| 76112BLJ7 |
| 76112BLK4 |
| 76112BLL2 |
| 76112BLM0 |
| 76112BLN8 |
| 76112BLP3 |
| 76112BLQ1 |
| 76112BLR9 |
| 76112BND8 |
| N/A114662 |
| N/C113171 |
| N/C113172 |
| N/C113646 |
| N/C113647 |
| N/C113648 |

| RAMP Series 2005-RS4 |
|---|
| 76112BPA2 |
| 76112BPB0 |
| 76112BPC8 |
| 76112BPD6 |
| 76112BPE4 |
| 76112BPF1 |
| 76112BPG9 |
| 76112BPH7 |
| 76112BPJ3 |
| N/C115787 |
| N/C115788 |
| N/C115789 |
| N/C115790 |
| N/C115791 |

| RAMP Series 2005-RS5 |
|---|
| 76112BPU8 |
| 76112BPV6 |
| 76112BPW4 |
| 76112BPX2 |
| 76112BPY0 |
| 76112BPZ7 |
| 76112BQA1 |
| 76112BQB9 |
| 76112BQC7 |
| 76112BQK9 |
| N/C117186 |
| N/C117187 |
| N/C117188 |
| N/C117189 |
| N/C117190 |

| RAMP Series 2005-RS6 |
|---|
| 76112BTP5 |
| 76112BTQ3 |
| 76112BTR1 |
| 76112BTS9 |
| 76112BTT7 |
| 76112BTU4 |
| 76112BTV2 |
| 76112BTW0 |
| 76112BTX8 |
| 76112BTY6 |
| 76112BTZ3 |
| 76112BVL1 |
| N/C119140 |
| N/C119141 |
| N/C119142 |
| N/C119143 |
| N/C119144 |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| RAMP Series 2005-RS7 | RAMP Series 2005-RZ1 |
|:---:|:---:|
| 76112BWV8 | 76112BLX6 |
| 76112BWW6 | 76112BLY4 |
| 76112BWX4 | 76112BLZ1 |
| 76112BWY2 | 76112BMA5 |
| 76112BWZ9 | 76112BMB3 |
| 76112BXA3 | 76112BMC1 |
| 76112BXB1 | 76112BMD9 |
| 76112BXC9 | 76112BME7 |
| 76112BXD7 | 76112BMF4 |
| 76112BXG0 | 76112BMG2 |
| N/A120701 | 76112BMH0 |
| N/C120702 | 76112BMJ6 |
|  | 76112BMK3 |
|  | 76112BNE6 |
|  | N/C113078 |
|  | N/C113080 |

| RAMP Series 2005-RS8 | RAMP Series 2005-RZ2 |
|:---:|:---:|
| 76112BZF0 | 76112BWD8 |
| 76112BZG8 | 76112BWE6 |
| 76112BZJ2 | 76112BWF3 |
| 76112BZK9 | 76112BWG1 |
| 76112BZL7 | 76112BWH9 |
| 76112BZM5 | 76112BWJ5 |
| 76112BZN3 | 76112BWK2 |
| 76112BZP8 | 76112BWL0 |
| 76112BZU7 | 76112BWM8 |
| 76112BZV5 | 76112BXJ4 |
| N/C125141 | 76112BXK1 |
| N/C125142 | 76112BXL9 |

| RAMP Series 2005-RS9 |
|:---:|
| 76112BL73 |
| 76112BL81 |
| 76112BL99 |
| 76112BM23 |
| N/A128298 |
| N/A128299 |

**The Bank of New York Mellon & The Bank of New York Mellon Trust Company, N.A.**

## Exhibit A

| RAMP Series 2005-RZ3 | RAMP Series 2006-RS2 |
|---|---|
| 76112BA26 | 76112B2C3 |
| 76112BA34 | 76112B2D1 |
| 76112BA42 | 76112B2E9 |
| 76112BA59 | 76112B2F6 |
| 76112BA67 | 76112B2G4 |
| 76112BA75 | 76112B2H2 |
| 76112BA83 | 76112B2S8 |
| 76112BA91 | 76112B3A6 |
| 76112BB41 | N/A132344 |
| 76112BB58 | N/A132345 |
| 76112BB66 | |
| 76112BB74 | **RAMP Series 2006-RS3** |
| 76112BZY9 | 75156VAB1 |
| 76112BZZ6 | 75156VAC9 |
| | 75156VAD7 |
| **RAMP Series 2005-RZ4** | 75156VAP0 |
| 76112BM72 | N/A135924 |
| 76112BM80 | N/A135925 |
| 76112BM98 | |
| 76112BN22 | **RAMP Series 2006-RS4** |
| 76112BN30 | 75156WAC7 |
| 76112BN48 | 75156WAD5 |
| 76112BN55 | 75156WAE3 |
| 76112BN63 | 75156WAF0 |
| 76112BP20 | 75156WAG8 |
| 76112BP38 | 75156WAH6 |
| 76112BP46 | 75156WAP8 |
| 76112BP53 | N/A138738 |
| | N/A138739 |
| **RAMP Series 2006-RS1** | |
| 76112BT75 | **RAMP Series 2006-RS5** |
| 76112BT83 | 75156YAA7 |
| 76112BT91 | 75156YAC3 |
| 76112BU24 | 75156YAD1 |
| 76112BU32 | 75156YAE9 |
| 76112BY46 | 75156YAF6 |
| N/A130656 | 75156YAG4 |
| N/A130657 | 75156YAP4 |
| N/A130658 | N/A142028 |
| | N/A142029 |

| Ladue Associates, Inc. |
|---|
| Passive Asset Transactions, LLC |
| PATI A, LLC |
| PATI B, LLC |
| PATI Real Estate Holdings, LLC |
| RAHI A, LLC |
| RAHI B, LLC |
| RAHI Real Estate Holdings, LLC |
| RCSFJV2004, LLC |
| Residential Accredit Loans, Inc. |
| Residential Asset Mortgage Products, Inc. |
| Residential Asset Securities Corporation |
| Residential Capital, LLC |
| Residential Consumer Services of Alabama, LLC |
| Residential Consumer Services of Ohio, LLC |
| Residential Consumer Services of Texas, LLC |
| Residential Consumer Services, LLC |
| Residential Funding Company, LLC |
| Residential Funding Mortgage Exchange, LLC |
| Residential Funding Mortgage Securities I, Inc. |
| Residential Funding Mortgage Securities II, Inc. |
| Residential Funding Real Estate Holdings, LLC |
| Residential Mortgage Real Estate Holdings, LLC |
| RFC – GSAP Servicer Advance, LLC |
| RFC Asset Holdings II, LLC |
| RFC Asset Management, LLC |



EXHIBIT

D

| RFC Borrower LLC |
| RFC Construction Funding, LLC |
| RFC REO LLC |
| RFC SFJV-2002, LLC |



**EXHIBIT**

**D**

At a(n) I.A.S. Part __2__ of the Supreme Court held in
the County of WESTCHESTER, at the County
Courthouse thereof, City of White Plains, New York, on
the __16th__ day of __March__, 20__09__

PRESENT: HON. MARY H. SMITH
JUSTICE OF THE SUPREME COURT

—————————————————————————X
THE BANK OF NEW YORK TRUST COMPANY, N.A.
9350 Waxie Way
San Diego, CA. 92123

                                    Plaintiff,

vs.

BARBARA CAMPBELL, MARLENE GAETHERS
LANGLEY, PHILIP SCOTT, LEASBCOMM CORP.,
SEGUNDO J. CAGUANA D/B/A ALL STATE HOME
IMPROVEMENT INC.,

                      Defendant(s).
—————————————————————————X

**JUDGMENT OF FORECLOSURE
AND SALE**

**RECEIVED**
MAR 1 2 2009
CHIEF CLERK
WESTCHESTER SUPREME
AND COUNTY COURTS

INDEX NO.: 16483/08

MORTGAGED PREMISES:
12 INVERNESS ROAD
SCARSDALE, NY 10583

SBL #:
4-4965-72

**FILED**
MAR 25 2009
TIMOTHY C. IDONI
COUNTY CLERK
COUNTY OF WESTCHESTER

On the Summons, Complaint and Notice of Pendency of Action duly filed in this action

of July, 2008, and all proceedings thereon, and on reading and filing the Affirmation of Regularity of Steven J.

Baum, P.C., by Ryan P. Hanna, Esq., dated the 20th day of November, 2008, and the Affirmation for Execution

for Judgment of Foreclosure and Sale, by Suzanne E. Panara, Esq., dated the 5th day of March, 2009, showing

that each of the Defendants herein have been duly served with the Summons and Complaint in this action, or have

voluntarily appeared by their respective attorneys, and stating that more than the legally required number of days

had elapsed since said Defendants were so served and/or appeared; and that none of the Defendants had served

any answer to said Complaint, nor had their time to do so been extended or, if they had served an answer, it was

dismissed by summary judgment or stipulation of the parties, and upon the attached affidavit of mailing reflecting

compliance with CPLR 3215(g)(3)(iii); and that the Complaint herein and due Notice of Pendency of this action

containing all the particulars required to be stated therein was duly filed in the Office of the Clerk of the County

of WESTCHESTER on the 29th day of July, 2008, and an Order of Reference having been duly executed wherein

a Referee was appointed to compute the amount due to the Plaintiff upon the bond/note and mortgage set forth in

the Complaint and said Referee having examined and reported whether the mortgaged premises can be sold in

parcels,

1



EXHIBIT
E

AND, on reading and filing the report of ANTHONY J. CENTONE ESQ., the Referee named in said
Order of Reference, by which Report, bearing date the 19th day of February, 2009, it appears that the sum of
$881,774.84 was due thereon at the date of said Report and that the mortgaged premises cannot be sold in parcels.

NOW, upon proof of due notice of this application upon all parties who had not waived the same,

ON MOTION of Steven J. Baum, P.C., attorney for the Plaintiff, it is

That the defendant(s) filed a Chapter 13 Bankruptcy on the 28th day of April, 2008, filed in the
SOUTHERN District of New York, Case Number 08-22589.   Attached hereto is a true copy of the Order of
Dismissal allowing this foreclosure to proceed.

ORDERED, ADJUDGED AND DECREED, that the said Report of the said Referee be, and the same is
hereby in all respects ratified and confirmed; and it is further

ORDERED, ADJUDGED AND DECREED, that the mortgaged premises, and if not sold sooner, any and
all personal property in which the Plaintiff has a security interest, as described in the Complaint in this action or
such part of the real property thereof as may be sufficient to discharge the mortgage debt, the expense of the sale
and the costs of this action as provided by the Real Property Actions and Proceedings Law be sold at public
auction at the Lobby of County Courthouse, 111 Dr. Martin Luther King Jr Blvd in the City of White Plains in the
County of WESTCHESTER, State of New York, by and under the direction of ANTHONY J. CENTONE ESQ.,
who is hereby appointed Referee for that purpose; that the said Referee give public notice of the time and place of
such sale according to law and the practice of this Court, in an official publication, to wit:  The Journal News; or
in any publication in compliance with RPAPL § 231; and it is further

ORDERED, ADJUDGED AND DECREED, that the premises be sold in "as is" condition defined as the
condition the premises are in as of the date of sale and continuing through the date of closing, and that said sale
shall be subject to:

(a)     Rights of the public and others in and to any part of the mortgaged premises that lies within the
bounds of any street, alley, or highway; restrictions and easements of record;

(b)     Any state of facts that an accurate, currently dated survey might disclose;

(c)     Rights of tenants, occupants or squatters, if any.  It shall be the responsibility of the Purchaser to
evict or remove any parties in possession of premises being foreclosed. There shall be no pro-rata

2



EXHIBIT

E

adjustment in favor of the purchaser for any rents that are paid for a period after the date of the foreclosure sale.

(d)    The right of redemption of the United States of America, if any;

ORDERED, ADJUDGED AND DECREED, that the Plaintiff or any other parties to this action may become the purchaser or purchasers at such sale; that in case the Plaintiff shall become the purchaser at the said sale, it shall not be required to make any deposit thereon; and it is further

ORDERED, ADJUDGED AND DECREED, that the Referee conducting the sale shall pay out of the proceeds of sale all taxes, assessments and water rates which are liens upon the property at time of sale. Purchaser shall be responsible for interest due on any real property tax liens accruing after the first day of the month following the foreclosure sale; and it is further

ORDERED, ADJUDGED AND DECREED, that the Referee then take the remaining proceeds of sale *any licensed and insured Westchester County banks* and deposit them in his own name as Referee in ~~his IOLA account or other separate account,~~ and in addition to executing a deed to the purchaser(s) of the premises sold, shall thereafter make the following payments and his checks drawn for that purpose:

FIRST:  The statutory fees of said Referee, ANTHONY J. CENTONE ESQ., for conducting the sale ~~not~~ *in the sum of* ~~to exceed~~ $500.00.

SECOND:  The expenses of the sale including posting and advertising.

THIRD:  Said Referee shall also pay to the Plaintiff or its attorney the following:

Costs and Disbursements. ~~$3,584.82~~ *3,584.82* adjudged to the Plaintiff for costs and disbursements in this action to be taxed by the clerk and inserted herein, with interest at the legal rate thereon from the date of entry hereof.

Additional Allowances. $0.00, is hereby awarded to the Plaintiff in addition to costs with interest at the legal rate thereon from the date hereof;

Amount Due per Referee's Report. $881,774.84, said amount so reported due as aforesaid together with the interest at the contract rate thereon from the date computed to in said Report until the date of entry of this judgment, with interest at the statutory rate thereon until the date of transfer of the Referee's deed, or so much of the purchase money as will the same, and that he take a receipt for said payment and file it with his report of sale.

3


EXHIBIT
E

Attorney Fees. $1,250.00 is hereby awarded to the Plaintiff as reasonable legal fees herein, with legal interest from the date of entry of the judgment,

Plaintiff, may, after entry of this judgment, add to the amount due any and all advances made by the Plaintiff for inspection fees, maintenance charges, taxes, insurance premiums or other advances necessary to preserve the property, whether or not said advances were made prior to or after entry of judgment, so long as said charges were not included in the Referee's Report, and the Referee be provided with receipts for said expenditures, all together with interest thereon pursuant to the note and mortgage.

<u>FOURTH:</u>   That in case the Plaintiff be the purchaser of said mortgaged premises at said sale, said Referee shall not require the Plaintiff to pay in cash the entire amount bid at said sale, but shall execute and deliver to the Plaintiff a Deed of the premises sold upon the payment to said Referee of the amounts specified above in items marked "First" and "Second"; That the balance of the amount bid, after deducting the amounts paid by the Plaintiff, for Referee's fees, and advertising expenses, shall be allowed to the Plaintiff and applied by said Referee upon the amounts due to the Plaintiff as specified above in item marked "Third"; that if after applying the balance of the amount bid, there shall be a surplus over and above said amounts due to the Plaintiff, the Plaintiff shall pay the same to said Referee, who shall deposit the funds in accordance with paragraph "FIFTH" below.

<u>FIFTH:</u>   That said Referee deposit the surplus money, if any, with the WESTCHESTER County Commissioner of Finance within five days after the same shall be received and be ascertainable to the credit of this action, to be withdrawn only on the written order of the Court, that the said Referee make his Report of such sale under oath showing the disposition of the proceeds of the sale and file it with the Clerk of the County of WESTCHESTER within thirty days after completing the sale and executing the proper conveyance to the purchaser and that if the proceeds of such sale be insufficient to pay the amount reported due the Plaintiff with interest and costs as aforesaid, the Plaintiff may recover of the Defendant(s) BARBARA CAMPBELL, PHILIP SCOTT, MARLENE GAETHERS LANGLEY the whole deficiency or so much thereof as the Court may determine to be just and equitable of the mortgage debt remaining unsatisfied after the sale of the mortgaged premises and the application of the proceeds thereof, provided a motion for a deficiency judgment shall be made as prescribed by Section 1371 of the Real Property Actions and Proceeding Law within the time limited therein, and the amount thereof is determined and awarded by an order of this Court as provided for in said action; and it

4



EXHIBIT

E

is further

ORDERED, ADJUDGED AND DECREED, that the purchaser or purchasers at such sale be let into possession on producing the Referee's Deed and it is further

*upon personal service of     CPLR 308)*

ORDERED, ADJUDGED AND DECREED, that each and all of the Defendants in this action and all persons claiming under them, or any or either of them, after the filing of such Notice of Pendency of this action, be and they hereby are, barred and foreclosed of all right, claim, lien, title, interest and equity of redemption in the said mortgaged premises and each and every part thereof; and it is further

ORDERED, ADJUDGED AND DECREED, that the liens of the Plaintiff other than the mortgage or mortgages that are the subject matter of this action also be foreclosed herein as though the Plaintiff was named as a party Defendant, specifically reserving to the Plaintiff its right to share in any surplus monies as a result of such position as a lien creditor; and it is further

ORDERED, ADJUDGED AND DECREED, that the Referee appointed herein is subject to the requirements of Rule 36.2 (c) of the Chief Judge, and if the Referee is disqualified from receiving appointment pursuant to provisions of that Rule, the Referee shall notify the Appointing Judge forthwith.

That a description of the said mortgaged premises hereinbefore mentioned, is annexed hereto as Schedule A - Legal Description.

Dated: _____
White Plains, New York

ENTER,

_____
HON. MARY H. SMITH
JUSTICE OF THE SUPREME COURT

CaseGen: 118743

5

EXHIBIT

E

# NOTICE OF SALE
## SUPREME COURT: WESTCHESTER COUNTY

The Bank of New York Trust Company, N.A.; Plaintiff(s)

vs. BARBARA CAMPBELL; Marlene Gaethers-Langley; Philip Scott; et al; Defendant(s)

ROSICKI, ROSICKI & ASSOCIATES, P.C., 2 Summit Court, Suite 301, Fishkill, NY 12524 (845)897-1600

Pursuant to judgment of foreclosure and sale granted herein on or about March16, 2009, I will sell at Public Auction to the highest bidder at 111 Dr. Martin Luther King Jr. Boulevard, White Plains, NY 10601.

On May 6, 2013 at 10:00 AM

Premises known as 12 INVERNESS RD, SCARSDALE, NY 10583

Section: 4 Block: 4965 Lot: 72

ALL that certain plot, piece or parcel of land, with buildings and improvements thereon erected, situate, lying and being in the City of Yonkers, County of Westchester and State of New York and shown on a map entitled, "Map Number One, Beech Hill, Property of Beech Hill Estates, Inc. City of Yonkers and Town of Greenburgh, Westchester County, New York" dated 6/30/28 and made by Norman P. Gerhard, Inc., Civil Engineer and Surveyor and filed in the Office of the County Clerk, Division of Land Records, formerly Register's Office of Westchester County on 8/9/28 as map No. 3339 and designated thereon by Lot No. 45.

As more particularly described in the judgment of foreclosure and sale.

Sold subject to all of the terms and conditions contained in said judgment and terms of sale.

Approximate amount of judgment $881,774.84 plus interest and costs.

INDEX NO.  016483/2008

Anthony Centone, Esq., REFEREE



EXHIBIT

F

# LinkedIn



## Gina Gerwig

Investor Delivery at High Tech Lending

Anaheim, California
Financial Services

**Previous**

1. **International City Mortgage,**
2. **IMPAC,**
3. IMPAC COMPANIES/Excel Mortgage Servicing

**Education**

1. US Army

11 connections
Send InMail

EXHIBIT

G

Texas, Arizona, Florida, and Colorado. In 2006 189 VA automatic files were guaranteed and 144 FHA DE files were insured for a total of 333 insured case submissions. Trailing Documents delivered after investor purchase is monitored by reports developed to show aged title policies and security instruments. Close contact with agencies and reconciliation of these reports ensures documents are received. Purchasing clearing monitoring to support FLS investors on conditions and suspense's for timely purchases and wires.

## Collateral Management Supervisor

### FINANCE AMERICA, LLC

May 2004 – December 2005 (1 year 8 months)

Supervised staff of 17 Collateral Auditors for delivery to Deutsche Bank, OCWEN Servicing and HomEq Servicing. A monthly collateral delivery varies between 4500 to 5500 monthly in Wet to Dry fundings from $850 million to $1 Billion. Manage collateral processors in six areas for delivery and storage: Branch Receiving Team, Shipping Processors, Copy Center, Reconciliation Group, Restack Group and Canceled/Denied for delivery to corporate file room, custodian and storage. Branch and corporate support for funding and collateral confirmation on State Specific requirements. Report monitoring and development to include Not Shipped Report which identified files not received in Collateral Management with follow up to Branches and funders. Investor loan sale exceptions for purchase, team delegation, investor interfacing and delivery.

### Warehouse Shipping Supervisor/Assistant Secretary

### AMERIQUEST MORTGAGE COMPANY

January 2001 – January 2004 (3 years 1 month)



EXHIBIT

G

## ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

STEVEN S. RAND
(212) 826-5307
srand@zeklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

August 27, 2012

Kim DSouza, Esq.
Law Office of Kim DSouza
2 Bordi Lane
Highland, New York  12528

### Barbara Campbell, et al. v.
### The Bank of New York Trust Company, N.A. et al.

Dear Mr. DSouza:

In response to your letter dated August 21, 2012, please note that Bank of New York Trust Company, N.A. commenced the foreclosure action in its capacity as Trustee for the Trust (known as Residential Asset Mortgage Products Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RZ3.)

Accordingly, there is no need to add another potential claimant to the action and we see no need for any motion practice on this issue.

Please respond and confirm that our understanding is correct.

Very truly yours,

Steven S. Rand

SSR:mzg

cc:    Theodora D. Vasilatos, Esq. (by email)



**EXHIBIT**

**H**

C



# MERS
## OnLine
www.mersinc.org

## Process Loans, Not Paperwork™
www.mersinc
1000001

## MIN SUMMARY



**Summary**

1000523-0041793415-4

12 INVERNESS RD
SCARSDALE, NY 10583-3503

. Active (Registered)
Reinstated or Modified (option 1) as iRegistration
iRegistration
First Lien

| | | | |
|---|---|---|---|
| Reg Date | 06/22/2005 | | |
| County | Westchester | QR | N |
| Primary Borrower | CAMPBELL, BARBARA | SSN | |
| Co-Borrower | SCOTT, PHILLIP | | |
| Pool Number | RAMP2005RZ3ARM | Investor Loan Number | 9860648 |
| Note Amount | $725,000.00 | Note Date | 06/16/2005 |
| Servicer | 1000440 - Residential Funding Company, LLC | | |
| Custodian | 1000573 - Wells Fargo Mortgage Document Custody | | |
| Investor | 1000545 - RFC Trustee 03 | | |
| Subservicer | 1000375 - GMAC Mortgage, LLC | | |
| Interim Funder | N/A | | |
| Originating Organization | N/A | | |
| Property Preservation Co. | 1007776 - First American Default Information Services LLC - PPC | | |

**Pending Batches**

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|
| No Pending Batches! | | | | |

https://www.mersonline.org/mers/security/validatelogon.jsp

5/11/2010



EXHIBIT

I

**MERS OnLine**

https://www.mersonline.org/mers/security/validatelogon.jsp

| **MERS OnLine** | | **Process Loans, Not Paperwork™** | www.mersonline.org 1(888)91 |
|---|---|---|---|

Page 1 of 1

### MILESTONES for 100023-0641793415-4

| Description | Date | Ordering Organization / Shared | Milestone Information |
|---|---|---|---|
| Foreclosure Status Update | 02/12/2010 | 100023 GMAC Mortgage, LLC Batch | MIN Status: Active (Registered) Foreclosure Status: Reinstated or Assigned (option 1), not assigned back to MERS Quality Reviewer: N |
| MIN Information Update | 02/11/2010 | 100023 Residential Funding Company, LLC Batch | MIN Status: Active (Registered) New Subservicer: 100023 GMAC Mortgage, LLC Old Subservicer: 100479 GMAC Mortgage, LLC Quality Reviewer: N |
| Reinstated (Not (opt 1), not assigned back to MERS Received 02/10/2010 | | 100023 Residential Funding Company, LLC Batch | MIN Status: Active (Registered) |
| Foreclosure Status Update | 04/12/2006 | 100023 Homecomings Financial, LLC Day of Reason | MIN Status: Active (Registered) Foreclosure Status: Foreclosure Pending (option 1), in scope of day on user Quality Reviewer: N |
| Transfer of Beneficial Rights Update | 04/12/2006 | 100023 Homecomings Financial, LLC Date of Reason | |
| Foreclosure Status Update | 04/04/2006 | 100674 HomeComings Financial, LLC Batch | MIN Status: Active (Registered) Foreclosure Status: Foreclosure Pending (option 2a), retired on MERS Quality Reviewer: Y |
| Transfer Beneficial Rights - Option 1 | 11.01.2005 | 100674 RFC Trustee 83 Batch | MIN Status: Active (Registered) New Investor: 100674 RFC Trustee 83 Old Investor: 100023 Residential Funding Company, LLC Transfer Date: 11.01.2005 |
| Transfer Beneficial Rights - Option 2 | 09/07/2005 | 100023 Residential Funding Company, LLC Batch | MIN Status: Active (Registered) New Investor: 100023 Residential Funding Company, LLC Old Investor: 100479 GMAC Mortgage, LLC Batch Number: 2069123 Transfer Date: 09.07.2005 |
| Transfer of Free Servicing Rights | 08/25/2005 | Navy Employees - MOT | MIN Status: Active (Registered) New Servicer: 100479 GMAC Mortgage, LLC Old Servicer: 100479 GMAC Mortgage, LLC Batch Number: 2069123 Transfer Date: 09.07.2005 |
| Transfer of Free Servicing Rights | 08/25/2005 | 100023 Ocwen Loan Servicing, LLC Byron Penske | MIN Status: Active (Registered) New Servicer: 100023 Residential Funding Company, LLC Old Servicer: 100674 HomeComings Financial, LLC New Subservicer: 100479 HomeComings Financial, LLC Batch Number: Sub Client: 08/16/2005 Transfer Date: 08.16.2005 |
| Transfer Beneficial Rights - Option 2 | 08.24.2005 | 100023 Ocwen Loan Servicing, LLC Rob Capps | MIN Status: Active (Registered) New Investor: 100023 GMAC Mortgage, LLC Old Investor: 100023 Residential Funding Company, LLC Batch Number: 2062017 Transfer Date: 08.18.2005 |
| Registration | 06/22/2005 | 100023 Pioneer American, LLC Batch | MIN Status: Active (Registered) Servicer: 100023 Ocwen Loan Servicing, LLC |

5/11/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA CAMPBELL, MARLENE GATHERS,
and PHILLIP SCOTT,

                                        Plaintiffs,

            - against -

THE BANK OF NEW YORK TRUST CO.,
JPMORGAN CHASE BANK, and GMAC
BANK,

                                        Defendants.

---

Civ No.: 11-CV-01588 (CS)

## NOTICE OF BANKRUPTCY

## AND EFFECT OF AUTOMATIC STAY

Defendant and debtor, GMAC Mortgage, LLC (the "Debtor"), by and through

their undersigned counsel, in accordance and consistent with section 362(a) of the United States

Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), respectfully submit this

Notice of Bankruptcy and Effect of Automatic Stay, and sates as follows:

1.      On May 14, 2012 (the "Petition Date"), the Debtor and certain of their affiliates

filed voluntary petitions (the "Petitions") under Chapter 11 of Title 11 of the Bankruptcy Code

in the United States Bankruptcy Court for the Southern District of New York, One Bowling

Green, New York, NY 10004-1408 (the "Bankruptcy Code"). The Debtor's cases are jointly

administered under the Chapter 11 Case for the debtor Residential Capital, LLC, et al., is

indexed as case number 12-12020.

2.      The "automatic stay" is codified in section 362 of the Bankruptcy Code. Section

362(a), *inter alia*, operates as an automatic stay of: (i) the commencement or continuation of a

"judicial, administrative, or other action or proceeding" against the Debtor (11 U.S.C. §



EXHIBIT

J

362(a)(1)); **(ii)** acts to "obtain possession of property" of the Debtor's estate (11 U.S.C. §
362(a)(3)); and **(iii)** acts to "collect, assess, or recover a claim" against the Debtor arising prior to
the Petition Date (11 U.S.C. § 362(a)(6)).

3.      The above-captioned action constitutes a "judicial, administrative, or other action
or proceeding" against the Debtor, an act to obtain possession of the Debtor's property, and/or an
act to collect or recover on a claim against the Debtor.

4.      Accordingly, the above-captioned lawsuit should be stayed pursuant to 11 U.S.C.
§ 362(a).

5.      Any action taken by the Plaintiff against the Debtor without obtaining relief from
the automatic stay from the Bankruptcy Court may be void *ab initio* and may result in finding of
contempt against Plaintiff by the Bankruptcy Court. The Debtor reserves and retains all of its
statutory rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling
entered in violation of the Automatic Stay.

Dated: August 14, 2012          ZEICHNER ELLMAN & KRAUSE LLP
       New York, New York       *Attorneys for GMAC Mortgage, LLC*

                                By: /s/ Theodora D. Vasilatos
                                    Steven S. Rand, Esq.
                                    Theodora D. Vasilatos, Esq.
                                    575 Lexington Avenue
                                    New York, New York 10022
                                    (212) 223-0400

#677004v1/TDV/10029.051                    2                    

**STATE OF NEW YORK, COUNTY OF**                           **Index No.**                **Year**

**LAW OFFICE OF KIM DSOUZA**

*Attorney(s) for*

*Office and Post Office Address, Telephone*

**KIM DSOUZA**
1131 Route 55, Suite #6
LaGrangeville, NY 12540

**To**

**Signature (Rule 130-1.1-a)**

Print name beneath

Service of a copy of the within is hereby admitted.

**Dated:**

**Attorney(s) for**

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                      of which the within is a true copy
will be presented for settlement to the HON.        one of the judges of the
within named Court, at
on                              at              M.

Dated,

Yours, etc.

**LAW OFFICE OF KIM DSOUZA**

# NOTICE OF SALE
## SUPREME COURT: WESTCHESTER COUNTY

The Bank of New York Trust Company, N.A.; Plaintiff(s)

vs. BARBARA CAMPBELL; Marlene Gaethers-Langley; Philip Scott; et al; Defendant(s)

ATTORNEY(S) FOR PLAINTIFF(S): ROSICKI, ROSICKI & ASSOCIATES, P.C., 2 Summit Court, Suite 301, Fishkill, NY 12524 (845) 897-1600

Pursuant to judgment of foreclosure and sale granted herein on or about March16, 2009, I will sell at Public Auction to the highest bidder at the Lobby of County Courthouse, 111 Dr. Martin Luther King Jr. Boulevard, White Plains, NY 10601.

On August 8, 2013 at 10:00 AM

Premises known as 12 INVERNESS RD, SCARSDALE, NY 10583

Section: 4 Block: 4965 Lot: 72

ALL that certain plot, piece or parcel of land, with buildings and improvements thereon erected, situate, lying and being in the City of Yonkers, County of Westchester and State of New York and shown on a map entitled, "Map Number One, Beech Hill, Property of Beech Hill Estates, Inc. City of Yonkers and Town of Greenburgh, Westchester County, New York" dated 6/30/28 and made by Norman P. Gerhard, Inc., Civil Engineer and Surveyor and filed in the Office of the County Clerk, Division of Land Records, formerly Register's Office of Westchester County on 8/9/28 as map No. 3339 and designated thereon by Lot No. 45.

As more particularly described in the judgment of foreclosure and sale.

Sold subject to all of the terms and conditions contained in said judgment and terms of sale.

Approximate amount of judgment $881,774.84 plus interest and costs.

INDEX NO.  016483/2008

Anthony J. Centone, Esq., REFEREE

**KIM DSOUZA**
*Attorney for Defendant Phillip Scott*
1131 St. Rt. 55, Suite #6
LaGrangeville, New York 12540
(845) 570-9300

August 5, 2013

Chambers of Hon. Mary H. Smith
Supreme Court of the State of New York
Westchester County Courthouse
111 Dr. Martin Luther King Jr. Boulevard
White Plains, New York 10601

RE: The Bank of New York Trust Company, N.A. v. Phillip Scott, Index No.: 08/16483

Dear Hon. Judge Smith,

I represent the Defendant, Phillip Scott, in the above referenced matter.

Enclosed please find a copy of the e-track entry for the above case showing submission of a motion without opposition.

Please note that I did not receive the motion papers. I requested copies from opposing counsel, and the court, and both refused to provide same.

Please note that I object to entry of any relief on the motion until I have had opportunity to read it and respond.

Although I cannot easily address the merits of a response to a motion to which I do not have access, I likely will raise the issue that the Bankruptcy Court retains jurisdiction.

Kim DSouza, Esq.
1131 St. Rt. 55, Suite #6
LaGrangeville, NY 12540
845-570-9300

TO:

Anthony Centone, P.C.,
Court Appointed Foreclosure Referee

244 Westchester Avenue
White Plains, New York 10604


Timothy Menasco, Esq.
Rosicki, Rosicki, and Associates, P.C.
26 Harvestor Avenue
Batavia, New York 14020


Steven S. Rand, Esq.
Zeichner, Ellman, & Krause
575 Lexington Avenue
New York, New York 10022



*WebCivil Supreme – Appearance Detail*

Court:    **Westchester Civil Supreme**

Index Number: **016483/2008**

Case Name:    **BANK OF NEW YORK vs. CAMPBELL, BARBARA**

Case Type:    **Foreclosure**

Track:    **Standard**

**Appearance Information:**

| Appearance Date | Appearance Time | On For | Appearance Outcome | Justice / Part | Comments | Motion Seq |
|---|---|---|---|---|---|---|
| 07/26/2013 | | Post Judgment | Pd - Fully Submitted No Opp | MARY H. SMITH MARY H. SMITH - MTN | AFFID OF SERV FWD PART | 005 |