UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| Residential Capital, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## OBJECTION TO DEBTORS DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, et al. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Comes now Mary McDonald, as Executrix of the Estate of Anthony McDonald and Mary McDonald, and files her objection to the Debtor's Disclosure Statement for the Joint Chapter 11 Plan Proposed By Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Doc. No. 4157] (the "Plan") filed July 4, 2013.

Mrs. McDonald objects to the Plan to the extent it prevents Mrs. McDonald from moving for liquidation of her claim in the U.S. Bankruptcy Court of the Middle District of Florida, before the honorable Judge Williamson. Mrs. McDonald she be allowed leave to file a motion for liquidation of her claim in the same action in which her claim lies.

Mrs. McDonald seeks recognition of this right in the instant action as necessary to preserve such.



Respectfully submitted,

**McIntyre, Panzarella, Thanasides,
Bringgold, & Todd, P.A.**
*Attorneys For Mary B. McDonald*
201 E. Kennedy Blvd., Suite 1000
Tampa, FL 33602
Telephone: 813-899-6059
Facsimile: 813-899-6069

/s/ *John R. Hightower, Jr.*