John R. Hightower, Jr.
Florida Bar No. 007478
hightower@mcintyrefirm.com
Richard J. McIntyre
Florida Bar No. 0962708
rich@mcintyrefirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8th day of August, 2013, the foregoing Objection to Debtors Disclosure Statement for the Joint Chapter 11 Plan Proposed By Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors was served via electronic mail or U. S. Mail, postage prepaid to:

lewis.kruger@gmacrescap.com; glee@mofo.com; lmarinuzzi@mofo.com; tgoren@mofo.com; keckstein@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com; Brian.Masumoto@usdoj.gov

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
One Bowling Green
New York, NY 10004-1408

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

/s/ John R. Hightower, Jr.
Attorney