MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
J. Alexander Lawrence
Kayvan B. Sadeghi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON AUGUST 14, 2013 AT 4:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

### I.    CONTESTED MATTERS

**Motions *In Limine***

1.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion *In Limine* to Preclude the Testimony of Jeffrey A. Lipps Regarding the Debtors' 9019 Motion (*In Limine* Motion One) [Docket No. 4539]

   **Related Documents**:

   a.    Declaration of Mary Eaton in Support of Investors' Motions *In Limine* [Docket No. 4567]

   b.    FGIC Settlement Supplemental Scheduling and Trial Procedures Order # 2 [Docket No. 4621]

         **c.**      Direct Testimony of Jeffrey A. Lipps [Docket No. 4433]

    **Responses**:

         **a.**      Joinder of Federal Home Loan Mortgage Corporation to Five Motions *In Limine* [Docket No. 4576]

         **b.**      Debtors' Omnibus Opposition to the Motions *In Limine* of the Parties Objecting to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4625]

    **Status**:    The hearing on this matter will be going forward.

**2.**    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion *In Limine* to Preclude the Testimony of S.P. Kothari Regarding the Debtors' 9019 Motion (*In Limine* Motion Two) [Docket No. 4541]

    **Related Documents**:

         **a.**      Declaration of Mary Eaton in Support of Investors' Motions *In Limine* [Docket No. 4567]

         **b.**      FGIC Settlement Supplemental Scheduling and Trial Procedures Order # 2 [Docket No. 4621]

         **c.**      Direct Testimony Declaration of S.P. Kothari, Ph.D. [Docket No. 4443]

    **Responses**:

         **a.**      Joinder of Federal Home Loan Mortgage Corporation to Five Motions *In Limine* [Docket No. 4576]

         **b.**      FGIC Trustee's Response to Motion *In Limine* of Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited and Bayview Fund Management LLC to Preclude the Testimony of S.P Kothari (*In Limine* Motion Two) [Docket No. 4634]

         **c.**      Joinder of Financial Guaranty Insurance Company in Support of Proponent Replies to Objector Motions *In Limine* [Docket No. 4636]

    **Status**:    The hearing on this matter will be going forward.

**3.**    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion *In Limine* to Preclude Evidence on the Debtors' 9019

    Motion Concerning the Negotiations Leading Up to the FGIC Settlement Agreement and the Conclusory Statements Offered by the FGIC Trustees and Others About the Nature of Those Negotiations (*In Limine* Motion Five) [Docket No. 4545]

    **Related Documents**:

| | |
|---|---|
| a. | Declaration of Mary Eaton in Support of Investors' Motions *In Limine* [Docket No. 4567] |
| b. | FGIC Settlement Supplemental Scheduling and Trial Procedures Order # 2 [Docket No. 4621] |

    **Responses**:

| | |
|---|---|
| a. | Joinder of Federal Home Loan Mortgage Corporation to Five Motions *In Limine* [Docket No. 4576] |
| b. | Response of the Official Committee of Unsecured Creditors to Those Portions of the Motions *In Limine* Filed by the Monarch Group and the JSNs that Seek to Exclude Evidence Concerning the General Nature and Characteristics of the Mediation Process Through Which the FGIC 9019 Settlement was Reached [Docket No. 4623] |
| c. | Debtors' Omnibus Opposition to the Motions *In Limine* of the Parties Objecting to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4625] |
| d. | Joinder of the Trustees to Oppositions to *In Limine* Motion Five [Docket No. 4626] |
| e. | Financial Guaranty Insurance Company's Omnibus Opposition to Motions *In Limine* Seeking Exclusion of Certain Testimony of John Dubel Concerning Negotiations Leading Up to Settlement Agreement [Docket No. 4628] |

    **Status**:    The hearing on this matter will be going forward.

4.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion *In Limine* to Preclude the Testimony of Allen M. Pfeiffer Regarding the Debtors' 9019 Motion (Motion *In Limine* Three) [Docket No. 4546]

    **Related Documents**:

| | |
|---|---|
| a. | Declaration of Mary Eaton in Support of Investors' Motions *In Limine* [Docket No. 4567] |

    **b.**    FGIC Settlement Supplemental Scheduling and Trial Procedures Order # 2 [Docket No. 4621]

    **c.**    Direct Testimony of Allen M. Pfeiffer [Docket No. 4454]

**Responses**:

    **a.**    Joinder of Federal Home Loan Mortgage Corporation to Five Motions *In Limine* [Docket No. 4576]

    **b.**    FGIC Trustees' Response to Motion *In Limine* Three (Pfeiffer Testimony) [Docket No. 4629]

        **(i)**    Declaration of William Hao in Support of FGIC Trustees' Response to Motion *In Limine* Three (Pfeiffer Testimony) [Docket No. 4631]

        **(ii)**    Declaration of Alice Chong in Support of FGIC Trustees' Response to Motion *In Limine* Three (Pfeiffer Testimony) [Docket No. 4633]

    **c.**    Joinder of Financial Guaranty Insurance Company in Support of Proponent Replies to Objector Motions *In Limine* [Docket No. 4636]

**Status**:    The hearing on this matter will be going forward.

**5.**    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion *In Limine* to Preclude the Trustees from Offering Any Evidence of Their Reliance on Counsel in Support of Debtors' 9019 Motion (*In Limine* Motion Four) [Docket No. 4548]

**Related Documents**:

    **a.**    Declaration of Mary Eaton in Support of Investors' Motions *In Limine* [Docket No. 4567]

    **b.**    FGIC Settlement Supplemental Scheduling and Trial Procedures Order # 2 [Docket No. 4621]

**Responses**:

    **a.**    Joinder of Federal Home Loan Mortgage Corporation to Five Motions *In Limine* [Docket No. 4576]

    **b.**    Debtors' Omnibus Opposition to the Motions *In Limine* of the Parties Objecting to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for

    Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4625]

  **c.** The Trustees Response to the Objectors Motion *In Limine* to Preclude the Trustees from Offering Any Evidence of Their Reliance on Counsel in Support of Debtors 9019 Motion (*In Limine* Motion Four) [Docket No. 4630]

  **d.** Joinder of Financial Guaranty Insurance Company in Support of Proponent Replies to Objector Motions *In Limine* [Docket No. 4636]

 **Status**: The hearing on this matter will be going forward.

**6.** Omnibus Motion *In Limine* of the Ad Hoc Group of Junior Secured Noteholders to Preclude Certain Aspects of the Testimony of Lewis Kruger and John Dubel and the Expert Testimony of Ron D'Vari and Jeffrey Lipps Proffered In Connection with the FGIC Settlement [Docket No. 4549]

 **Related Documents**:

  **a.** FGIC Settlement Supplemental Scheduling and Trial Procedures Order # 2 [Docket No. 4621]

 **Responses**:

  **a.** Response of the Official Committee of Unsecured Creditors to Those Portions of the Motions *In Limine* Filed by the Monarch Group and the JSNs that Seek to Exclude Evidence Concerning the General Nature and Characteristics of the Mediation Process Through Which the FGIC 9019 Settlement was Reached [Docket No. 4623]

  **b.** Debtors' Omnibus Opposition to the Motions *In Limine* of the Parties Objecting to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4625]

  **c.** Financial Guaranty Insurance Company's Omnibus Opposition to Motions *In Limine* Seeking Exclusion of Certain Testimony of John Dubel Concerning Negotiations Leading Up to Settlement Agreement [Docket No. 4628]

  **d.** Joinder of Financial Guaranty Insurance Company in Support of Proponent Replies to Objector Motions *In Limine* [Docket No. 4636]

 **Status**: The hearing on this matter will be going forward.

**7.** Financial Guaranty Insurance Company's Motion *In Limine* [Docket No. 4550]

**Related Documents**:

a.     FGIC Settlement Supplemental Scheduling and Trial Procedures Order # 2 [Docket No. 4621]

**Responses**:

a.     Objection of Federal Home Loan Mortgage Corporation to Financial Guaranty Insurance Company's Motion *In Limine* [Docket No. 4622]

b.     Monarch Alternative Capital, LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Opposition to Financial Guaranty Insurance Company's Motion *In Limine* [Docket No. 4624]

       (i)     Declaration of Mary Eaton In Support of Investors' Opposition to Financial Guaranty Insurance Company's Motion *In Limine* [Docket No. 4627]

**Status**:     The hearing on this matter will be going forward.

8.     Motion *In Limine* of Federal Home Loan Mortgage Corporation to Preclude certain Expert Testimony of Dr. Ron D'Vari in Connection with the Debtors' Motion Pursuant to Fed R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, The FGIC Trustees and Certain Institutional Investors [Docket No. 4554]

**Related Documents**:

a.     FGIC Settlement Supplemental Scheduling and Trial Procedures Order # 2 [Docket No. 4621]

**Responses**:

a.     Debtors' Omnibus Opposition to the Motions *In Limine* of the Parties Objecting to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4625]

b.     Joinder of Financial Guaranty Insurance Company in Support of Proponent Replies to Objector Motions *In Limine* [Docket No. 4636]

**Status**:   The hearing on this matter will be going forward.

Dated: August 14, 2013  
       New York, New York

/s/ Gary S. Lee  
Gary S. Lee  
J. Alexander Lawrence  
Kayvan B. Sadeghi  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*