Basic Life Resources, a Washington non-profit corporation
And
Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 425-314-1919
Email: Pamela@WhidbeyViewHomes.com
         360-678-2095/360-320-2411
Mailing Addresses:
P.O. Box 665
Coupeville, WA 98239

Objection Date: August 12, 2013
Hearing Date:   August 21, 2013
Disclosure Statement Hearing Date

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) Chapter 11 |
| | ) Jointly Administered |
| | ) |
| | ) JOINT RESPONSE AND OBJECTION |
| | ) TO APPROVAL OF DISCLOSURE |
| | ) STATEMENT |

To: Clerk of the Court
And to: Stated Email List, including "the Creditors' Committee", attachments by reference
And copy to: The Chambers of Hon. Martin Glenn with attachments

### MOVANTS' RESPONSE

<u>COMES NOW BASIC LIFE RESOURCES (hereafter "BLR") and PAMELA Z. HILL (hereafter "Hill"), who JOINTLY RESPOND AND OBJECT to approval of "Disclosure Statement" filed July 4, 2013, as follows:</u>

The document entitled "DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, *et al.* AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS" (herein "Disclosure Statement"), as can be clearly noted on its face, was entered on July 4, 2013. That date, July 4th, as can be confirmed at 5 U.S.C. 6103, and other like pertinent U.S. Code provisions is a declared Federal Holiday. This Document then, together with any filings associated therewith must be stricken and be required to be properly timely filed and entered.

Basic Life Resources/Hill Joint Response and Objection
Page 1


RECEIVED
AUG 1 3 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

The matters pending before this Court at the present time are not those of the nature of, as far as can be ascertained, any other creditor in this or any other bankruptcy proceeding of which either BLR or Hill are aware. They pertain to the actions (or non-action) of Morrison & Foerster, the Office of the Clerk of the Court, Pedro Garcia, and the Judge in this matter, Martin Glenn and perhaps others in the judicial process of this above-entitled action.

With particularity the basis and nature of objection and response of these above-named Parties, BLR and Hill is set forth in full in the Document attached entitled **Residential Capital, LLC, SD, NY, Bankruptcy #12-12020, Claim #2427, Basic Life Resources; Claim #2429, Hill;** together with all of its Exhibits entitled Supplemental Information for BLR, Basis of Claim for Hill and Tabs 1 through 11 and sub-Tabs, all as more particularly noted, sequentially hand page noted and indexed.

## Action Requested of this Court

The Court should strike the pending "Disclosure Statement" as improperly filed, and further grant the recognition of the monetary and other relief sought by the Movants herein for both Basic Life Resources and Pamela Z. Hill without further delay, in any event exempting both BLR and Hill from any present or prospective exclusionary relief sought or to be sought by a "Disclosure Statement Application as otherwise improperly or properly before the Court at the present instance.

Accordingly should the Court decide that the present Disclosure Statement filing and entry is proper, then it is submitted that the following language be incorporated into the Disclosure Statement, if and when it is approved by this Court:

No provision of this Disclosure Statement shall be applicable to the claims of Basic Life Resources, #2427, nor Pamela Z. Hill, #2429, and upon further consideration, *sua sponte*, the Court hereby now recognizes and approves their claims in the amounts submitted at Tab 11A and Tab 11B of the Documents submitted with their Joint Response and Objection.

Respectfully submitted: This 12th day of August, 2013.

_____
Michael M. Moore, Managing Director,
For Basic Life Resources, *pro se*

_____
Pamela Z. Hill, *pro se*

Basic Life Resources/Hill Joint Response and Objection
Page 2