UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In re:                                              Case No.: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.                    Chapter 11

_____x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Phillip Scott filed papers with the court for:

a) declaratory relief determining that the bankruptcy estate owns title to the note and mortgage secured against the premises located at 12 Inverness Road, Scarsdale, NY 10583, and

b) injunctive relief enjoining, retraining, and prohibiting post-petition prosecution of the mortgage foreclosure action in the Supreme Court of New York, County of Westchester, and

c) money judgment for costs, including attorneys fees.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief Phillip Scott requests herein, or if you want the court to consider your views on the relief requested, you or your attorney must file the response and/or objection **on or before 12:00 p.m. (Eastern time) on August 16, 2013**.

If you mail your response and/or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

1

You must also mail a copy to:

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 1004-1408

Chambers of Honorable Martin Glen
United States Bankruptcy Court of the Southern District Court of New York
One Bowling Green
New York, New York 10004

Office of the United States Trustee
Southern District of New York
Attention: Brian Masumoto and Briand Driscoll
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Chambers of Hon. Mary H. Smith
Supreme Court of the State of New York, County of Westchester
Westchester County Courthouse
111 Dr. Martin Luther King, Jr. Boulevard
White Plains, New York 10601

Anthony Centone, P.C.
State Court Appointed Foreclosure Referee
244 Westchester Avenue
White Plains, New York 10604

Rosicki, Rosicki, and Associates, P.C.
Attorney for Supreme Court Foreclosure Plaintiff, Bank of New York
26 Harvestor Avenue
Batavia, New York 14020

Steven S. Rand, Esq.
Zeichner, Ellman, & Krause
Attorney for Supreme Court Foreclosure Plaintiff, Bank of New York
575 Lexington Avenue
New York, New York 10022


Residential Capital LLC
Lewis Kruger, CRO c/o Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104


Morrison & Foerster LLP
Attention: Gary Lee, Lorenzo Marinuzzi, and Todd Goren
1290 Avenue of the Americas
New York, New York 10104


Kramer Levin Naftalis & Frankel LLP
Attention: Kenneth H. Eckstein, Douglas H. Mannal, and Stephan D. Zide
1177 Avenue of the Americas
New York, New York 10036


Ally Financial, Inc.
Attention: William B. Solomon and Timothy Devine
1177 Avenue of the Americas
New York, New York 10036


Kirkland & Ellis LLP
Attention: Richard M Cieri and Ray C. Schrock
601 Lexington Avenue
New York, New York 10022


Kim DSouza, Esq.
Attorney for Borrower, Phillip Scott
1131 Route #55, Suite #6
LaGrangeville, NY 12540

If you, or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:

LaGrangeville, NY
August 6, 2013

*Kim DSouza* (signature)

Kim DSouza, Esq.
Attorney for Borrower, Phillip Scott
1131 Route #55, Suite #6
LaGrangeville, NY 12540
(845) 570-9300

TO:

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 1004-1408

Chambers of Honorable Martin Glen
United States Bankruptcy Court of the Southern District Court of New York
One Bowling Green , New York, New York 10004

Office of the United States Trustee
Southern District of New York
Attention: Brian Masumoto and Briand Driscoll
U.S. Federal Office Building
201Varick Street, Suite 1006
New York, New York 10014

Chambers of Hon. Mary H. Smith
Supreme Court of the State of New York, County of Westchester
Westchester County Courthouse
111 Dr. Martin Luther King, Jr. Boulevard
White Plains, New York 10601

Anthony Centone, P.C.
State Court Appointed Foreclosure Referee
244 Westchester Avenue
White Plains, New York 10604


Rosicki, Rosicki, and Associates, P.C.
Attorney for Supreme Court Foreclosure Plaintiff, Bank of New York
26 Harvestor Avenue
Batavia, New York 14020


Steven S. Rand, Esq.
Zeichner, Ellman, & Krause
Attorney for Supreme Court Foreclosure Plaintiff, Bank of New York
575 Lexington Avenue
New York, New York 10022


Residential Capital LLC
Lewis Kruger, CRO c/o Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104


Morrison & Foerster LLP
Attention: Gary Lee, Lorenzo Marinuzzi, and Todd Goren
1290 Avenue of the Americas
New York, New York 10104


Kramer Levin Naftalis & Frankel LLP
Attention: Kenneth H. Eckstein, Douglas H. Mannal, and Stephan D. Zide
1177 Avenue of the Americas
New York, New York 10036


Ally Financial, Inc.
Attention: William B. Solomon and Timothy Devine
1177 Avenue of the Americas
New York, New York 10036

Kirkland & Ellis LLP
Attention: Richard M Cieri and Ray C. Schrock
601 Lexington Avenue
New York, New York 10022


Kim DSouza, Esq.
Attorney for Borrower, Phillip Scott
1131 Route #55, Suite #6
LaGrangeville, NY 12540