**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————x

In re:                                                    Case No.: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.          Chapter 11

————————————————————————x

### AFFIRMATION OF SERVICE

Kim DSouza, an attorney to practice law in the Bankruptcy Courts of the Southern District of New York, affirms, under penalty of perjury as follows:

On August 6, 2013, I served copies of the annexed **NOTICE OF MOTION**, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to each person at the address set forth after each name:

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 1004-1408

Chambers of Honorable Martin Glen
United States Bankruptcy Court of the Southern District Court of New York
One Bowling Green
New York, New York 10004

Office of the United States Trustee
Southern District of New York
Attention:  Brian Masumoto and Briand Driscoll
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014



1

Chambers of Hon. Mary H. Smith
Supreme Court of the State of New York, County of Westchester
Westchester County Courthouse
111 Dr. Martin Luther King, Jr. Boulevard
White Plains, New York 10601


Anthony Centone, P.C.
State Court Appointed Foreclosure Referee
244 Westchester Avenue
White Plains, New York 10604


Rosicki, Rosicki, and Associates, P.C.
Attorney for Supreme Court Foreclosure Plaintiff, Bank of New York
26 Harvestor Avenue
Batavia, New York 14020


Steven S. Rand, Esq.
Zeichner, Ellman, & Krause
Attorney for  Supreme Court Foreclosure Plaintiff, Bank of New York
575 Lexington Avenue
New York, New York 10022


Residential Capital LLC
Lewis Kruger, CRO  c/o Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104


Morrison & Foerster LLP
Attention:  Gary Lee, Lorenzo Marinuzzi, and Todd Goren
1290 Avenue of the Americas
New York, New York 10104


Kramer Levin Naftalis & Frankel LLP
Attention:  Kenneth H. Eckstein, Douglas H. Mannal, and Stephan D. Zide
1177 Avenue of the Americas
New York, New York 10036


2

Ally Financial, Inc.
Attention:  William B. Solomon and Timothy Devine
1177 Avenue of the Americas
New York, New York 10036


Kirkland & Ellis LLP
Attention:  Richard M Cieri and Ray C. Schrock
601 Lexington Avenue
New York, New York 10022


The undersigned represents the foregoing statement to be true under penalty of perjury.

Dated:

LaGrangeville, NY
August 6, 2013

Kim DSouza, Esq.
Attorney for Borrower, Phillip Scott
1131 Route #55, Suite #6
LaGrangeville, NY 12540
(845) 570-9300