**Basic Life Resources/Pamela Z. Hill**

P.O. Box 665

Coupeville, WA 98239

August 5, 2013

Honorable Martin Glenn, Judge
United States Bankruptcy Court, Southern District of New York
One Bowling Green, Room 504
New York, NY 10004-4551

Attn: Deanna Anderson, Courtroom Deputy

Re: Residential Capital, LLC; SD, NY; Bankruptcy #12-12020
Claim #2427, Basic Life Resources; Claim #2429, Hill

Dear Judge Glenn:

Enclosed is a complete copy of the submissions of BLR and Hill made to ResCap Claims now several weeks ago. These were timely sent by both email and USPS Express Mail. Delivery and receipt has been confirmed.

As of the date of this letter, despite emails to them following, no response whatsoever has been received from the Claims Center in Minnesota. You will note for reduction of paperwork, they here are combined into one; however the Basis cover documents (Introduction) and Tab 11 (11A and 11B) as denoted in the attached Index have here been combined into one duplicate

This mailing is done as an advance courtesy copy and to partially comply with the Court's requirements. A second set to complete that will follow in due course with the timely filing of our objections to the obviously improperly filed Document identified in the referenced action as Docket No. 4157.

In particular, we point out and request the Court observe that: (1) neither BLR nor Hill has ever been noted by filing of either Affidavit or Declaration of Service as having been served as required by your Rules [Tab 7 (f)] with its Objection [Tab 6]; (2) neither BLR nor Hill have been allowed to participate in ECF; and (3) neither BLR nor Hill has ever used PACER in such manner as to consent to electronic service or any otherwise electronic participation redacted or otherwise.



We respectfully request that you, *sua sponte,* and without need for further notice or hearing for Morrison & Foerster or any other otherwise necessary party, you reconsider your prior Rulings and, finding and confirming both the improper, non-timely filed document [Tab 4] submitted for your consideration and Morrison's failure to serve, thus grant our respective Petitions *nunc pro tunc.* The only change necessary being to take into consideration and acknowledge the present state of both of the claims found at Tab 11.

If that should be the case, then of course we will find no need to file our objection and other responses to Docket No. 4157 or taking any further action either within or without the referenced.

Respectfully,

Michael M. Moore
for Basic Life Resources, *pro se*

Pamela Z. Hill, individually, *pro se*

Encl: as stated