Hearing Date: September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)
Response Deadline: September 3, 2013 at 4:00 p.m. (Prevailing Eastern Time)

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:     (212) 468-8000<br>Facsimile:      (212) 468-7900<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Melissa A. Hager<br>Erica J. Richards<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* | PRINCE LOBEL & TYE LLP<br>100 Cambridge Street, Suite 2200<br>Boston, Massachusetts 02114<br>Telephone: 617-456-8000<br>Facsimile:  617-456-8100<br>Richard E. Briansky *(pro hac vice*<br>                              *admission pending)*<br><br>*Counsel to Homecomings Financial, LLC*<br>*and Residential Funding Company, LLC* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------
                                                                    )
   In re:                                                        )    Case No. 12-12020 (MG)
                                                                    )
   RESIDENTIAL CAPITAL, LLC, et al.,    )    Chapter 11
                                                                    )
                                                Debtors.   )    Jointly Administered
                                                                    )
------------------------------------------------------

**AMENDED NOTICE OF DEBTORS' OBJECTION TO PROOFS OF
CLAIM FILED BY THOMAS LACASSE AGAINST HOMECOMINGS
FINANCIAL, LLC (CLAIM NO. 3852) AND RESIDENTIAL FUNDING
COMPANY, LLC (CLAIM NOS. 3856 AND 3860) PURSUANT TO
BANKRUPTCY CODE SECTION 502(b) AND BANKRUPTCY RULE 3007**

**PLEASE TAKE NOTICE** that the undersigned have filed the *Debtors'*

*Objection to the Proofs of Claim filed by Thomas LaCasse against Homecomings*

*Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos.*

*3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007*

[Docket No. 4635] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Objection will take

place on **September 24, 2013 at 10:00 a.m. (Eastern Time)** before the Honorable

ny-1104372

Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **September 3, 2013 at 4:00 p.m. (Eastern Time)**, upon (a) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, Melissa A. Hager and Erica J. Richards), and Prince Lobel Tye LLP, 100 Cambridge Street, Suite 2200, Boston, MA 02114 (Attention: Richard E. Briansky); (b) Thomas LaCasse, 270 Park Drive, Longmeadow, MA 01106; (c) counsel to Thomas LaCasse, Laird J. Heal, Esq., 120 Chandler Street, #2R, Worcester, MA 01609; (d) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (e) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (f) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (g) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY

ny-1104372

10007 (Attention: Joseph N. Cordaro, Esq.); (h) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (i) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (j) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (k) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention:  Thomas Walper and Seth Goldman); (l) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (m) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the relief requested in the Objection, the Bankruptcy Court may deem any opposition waived, treat the Objection as conceded, and enter an order granting the relief requested in the Objection without further notice or hearing.

ny-1104372

Dated: August 14, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

-and-

PRINCE LOBEL TYE LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Telephone: 617-456-8000
Facsimile: 617-456-8100
Richard E. Briansky *(pro hac vice admission pending)*

*Counsel to Residential Funding Company, LLC*

ny-1104372