Dearest Honorable Judge Martin Glenn of the United States Bankruptcy Court Southern District of New York.

My name is Paul A. Corrado and as we all know about the collapse of the housing market and the unfair practices of the Lending banks in 2009 and 2010 have victimized the United States citizens by rushing to file as many foreclosures as possible has caused the American people to sustain losses of a lifetime of hard earned money for a place to live and own (The American Dream).

GMAC admitted that it had violated legal rules in its rush to file as many foreclosures as quickly as possible. Even with government bailout money this Institution is filing for a bankruptcy status.

This is much like today's consumers, with credit cards, high balances on loans and other financial commitments are filing for bankruptcy to erase their debt and walk away. Where is the justice in the bailout with GMAC and other banks? " Why haven't they held up their end of the bargain and pay back the government and tax payer's money?"

Please consider my plea for a resolution to this claim as my whole financial future and my families money was at stake. In the year of 2002, I purchased the home of my dreams, with money I had pulled out of my cash paid home in Winnetka, CA with money I inherited from my grandfather and father. I wanted to make a good investment in my homestead and future retirement by renting one and live in the other, I almost lost both homes through this experience, Wachovia did not do what GMAC did to me luckily I got a modification on the remaining home in Winnetka.

But I did not know about the loans then in 2002, there was no disclosure or explanation. I did not know what I was signing and getting myself into, the balances just grew and grew. I signed in front of the notary as I turned the multiple pages of the loan document. The bank approved the loan so easily without checking into my financial earning potential. But later, to obtain help during the loan crisis and afterwards to get the loan modification proved to be impossible. In fact, it was so hard I hired many law firms to help me; they took my money and did nothing. Hundreds of thousands of people walked away from their homes and lost everything because the banks did not want to do the modifications in the first place.

If the banks were fair and just, the loans would have been automatically modified in the first place. The payments were all interest payoff with no principle reduction. Instead loan modification companies sprung up everywhere offering homeowners legal help to guarantee a modification.

Millions of People like me depend on the honest judgments of great men like yourself in your position, to hold the justice in this country and for the American people. This will uphold their faith in this country and its laws that protect and serve.



RECEIVED
AUG - 8 2013
U.S. BANKRUPTCY COURT, SDNY

The Declaration of Independence is the founding document of the American political tradition. It articulates the fundamental ideas that form the American nation: All men are created free and equal and possess the same inherent, natural rights. Legitimate governments must therefore be based on the consent of the governed and must exist "to secure these rights."

We live in challenging economic and financial times, and the lack of financial education has brought our society on the brink of disintegration.

"The Government should create, issue, and circulate all the currency and credits needed to satisfy the spending power of the Government and the buying power of consumers. By the adoption of these principles, the taxpayers will be saved immense sums of interest. Money will cease to be master and become the servant of humanity." -*Abraham Lincoln*

Respectfully yours

Paul Anthony Corrado

*[signature: Paul A. Corrado]*