<u>United States Bankruptcy Court</u>

<u>Southern District of New York</u>

<u>Re: Residential Capital, LLC</u>

<u>Case No. 12-12020 (MG)</u>

<u>Chapter 11</u>

Paul Anthony Corrado

8018 Quartz Ave

Winnetka, Ca 91306

818-922-5507

In response to: DISCLOSURE STATEMENT HEARING

This statement is to verify my personal and financial hardships directly affected by the U.S. mortgage crisis and GMAC foreclosures affidavitsdocument mess.

**32616 Ridge Top Lane**

**Castaic, Ca 91384-3081**

GMAC Mortgage

Loan #042-681565-0

Account #7426815650

Closing Date 01/19/2006

Loan amount $ 461,000.00

Appraised value of home $675,000.00

The loan for the property closed and a declaration of homestead filed on January 19,2006 stating that the above property was my principal dwelling and that I actually reside in the property on the date the homestead declaration was recorded.

I purchased the home on 32616 Ridge Top Lane, Castaic, CA91384 which was to be my primary residence in 2002. I applied for the loan and worked with an agent that did not run any verification on my financial status and seemed unconcerned that I was unemployed and had disabled worker status at the time of the loan. I was surprised by the lack of information required to qualify for the loan and I now believe this loan used fraudulent information in order to be approved. I became increasingly concerned, realizing I was set up for failure to maintain the mortgage.

I was able to keep the mortgage payments up to date for the years of 2002-2009 by renting out a property I owned in Winnetka, CA to a rehabilitation center and the back unit to various renters located at the same address. I also rented two rooms on the Castaic property while I was in residence there. In addition I applied for equity line of credit loan in which I had to use the money to help supplement my income. I was applying for one loan to pay for another that had become increasingly hard to manage. I was at the time actively looking for gainful employment that would not put into jeopardy my physical health and would help me sustain a consistent income, but was unable to find a reliable job that gave me full time hours and was non taxing to my neck injury.

My fear of the loan increasing to a payment that I could not afford made me seek refinancing to a fixed amount. The rental status of my property became in jeopardy when the rehabilitation center decided to discontinue their residence at the Winnetka home. The state of the economy had forced the treatment center to lose financing to rent homes for their residence. I lost the $2000.00 in reliable monthly rental income.

I started to receive through the mail offerings for annual mortgage review in early 2008 -2009. Trying to better manage my mortgage I looked for solutions to modify my loan.

I, Paul Anthony Corrado received a foreclosure repayment agreement along with multiple telephone communications were conducted between the mortgage company GMAC and myself. GMAC had sent loan modification paperwork andUpon receipt of the agreement and phone conversations with GMAC Legal Staff, I started to make forbearance payments of $2593.13 via Money Gram to suspend foreclosure activity.

09/04/2009 Forbearance payment sent $2593.13

10/07/2009 Forbearance payment sent $2593.13

GMAC was aware of my intent to stay in the home and my interest in a loan modification.

On October 14, 2009 I hired the law firm services of My Finance 911, paying a deposit of $750.00, to secure a loan modification. The My Finance 911Law Firm team said that they began working with GMAC on my behalf to reach a modification agreement. I visited their office in early September 2009and upon counsel with the team ofBobby Berellez, Sierra Martin and Daren Cornell I was advised to stop forbearance payments to the mortgage company because she had spoken to GMAC representatives and was informed that they had an approved loan modification and had a new payment schedule pending with a new payment amount due, so I was not to send the $2593.13 November forbearance payment to GMAC. I was under the belief that the above agreement was legitimate and in fact was congratulated by the entire team of My Finance 911 for getting a loan modification.

The property went to foreclosure sale on November 17, 2009, without any notice or phone call. This allowed the law My Finances 911Law Firm to purchase my property at auction and Bobby Berellez told me it was his investor that bought my home from the bank.

GMAC failed to communicate with me in any form that my home was going to foreclosure sale within a few days. I believe I was made to believe that I was doing my due diligence in regards to my mortgage with GMAC. I had the finances available to continue payments on the loan at the time and any communication from GMAC that I needed to send money immediately would have been acted on in good faith. I believe I was taken advantage of and that GMAC had no intention of keeping the home owner in the home.

I consulted withParker and Stanbury law firm to send a "qualified written request" under Section 6 of the Real Estate Settlement Procedures Act to request consideration of rescinding the trustee sale and reinstating the loan so that I could be considered for loan modification.

The foreclosure was illegally performed and is currently in state court on a stay awaiting trial. I was a victim of a loan modification scam and was fraudulently induced into not paying according to a previous loan modification agreement.

As a result I had to leave the property with all my possessions in 3 days as per a notice posted on my door by the sheriff's department. I tried to fight for my home using several law offices and home modification companies and to no avail I could not get competent representation.

As a result I lost thousands of dollars fighting to keep my home. Because of the extreme urgency of the situation I had to take time off work to move all my possessions and as a result was fired from my job.

**Financial Recovery breakdown**

**Total financial loss on property**

| | |
|---|---|
| I invested Cash down payment | $90,000.00 |
| Interest payments on loan | $77,793.90 |
| Home improvement 2nd mortgage upgrades (from rental home 8018 Quartz Ave.) was put into the primary home (32616 N. Ridge Top Ln.) | $112,000.00 |
| Second mortgage on my rental home (8018 Quartz Ave) | |
| Interest payments -ongoing | ($187.09 monthly) |

| | |
|---|---|
| **Total financial loss on property** | **$279,793.90** |

**Total loss due to foreclosure**

From forced move out of property job loss at SEMCO instruments

| | |
|---|---|
| (4 months loss of wages) (SEMCO Instruments in Valencia, CA) | $8,000.00 |
| GMAC Paid to suspend foreclosure | $7,779.39 |
| Rental income loss (Castaic property) | $5,000.00 |
| Rental income loss(Rental property) (4 months of potential rent lost) | $11,600.00 |
| Attorney fees (estimated) | $22,800.00 |

| | |
|---|---|
| Court filing fees | $250.00 |
| Interests on credit cards (estimated) | $5,700.00 |
| Moving Expenses, Storage & Rental Bin | $6,750.00 |
| Property Damage & Loss (Due to emergency move out) | $3,450.00 |
| **Total loss due to foreclosure** | **$71,329.39** |
| **Emotional Stress and Suffering** | |
| **Loss of Property Appreciation** | **$141,656.10** |
| **Total Financial Recovery Seeking** | **$492,780.29** |