

OCWEN

*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEBANKSITE.COM

June 14, 2013

Paul A Corrado
PO Box 3733
Winnetka CA  91396

Re:    Account Number    7426815650
       Property Address   32616 Ridge Top Lane
                          Castaic Area CA  91384

Dear Paul A Corrado:

This letter is in response to correspondence addressed to GMAC Mortgage, LLC (GMACM) dated May 2, 2013 and received in our office June 3, 2013, regarding the credit status and debt disbute on the above referenced account. This loan foreclosed while serviced by GMACM. As a result of the Chapter 11 ResCap bankruptcy filing, certain assets of GMACM were sold to Ocwen Loan Servicing, effective February 16, 2013. Ocwen Loan Servicing's response is based upon the available account records acquired from GMACM.

According to those records, foreclosure sale was held November 17, 2009 on the mortgaged property.

Ocwen Loan Servicing provided to you on May 3, 2013 a copy of the loan document and payment history reported to the four major credit reporting agencies. We are unable to comply with your request to make changes to the credit file based on the previous and current information provided. Every effort is made to report true and accurate information to the bureaus.

As no new information has been submitted in your most recent correspondence, we trust we have addressed your concerns. Any specific concerns you may have regarding your credit status may be forwarded to our Customer Care Correspondence Department for review and a response will be provided.

If you have any further questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care/LH
Loan Servicing

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

06/11/13

PAUL A CORRADO

PO BOX 3733

WINNETKA        CA 91396

RE:    Account Number      7426815650
       Property Address    32616 RIDGE TOP LANE

                           CASTAIC AREA        CA 91384

Dear    PAUL A CORRADO

Thank you for contacting us about your account. We are working on your request received on 06/04/13. Upon completion of our review, a response will be sent. We apologize for any inconvenience this may cause.

If you have any other questions, we are here to help. Please call our office at 866-725-0782 (weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:21