UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re:                                                    )    Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et.al.,                         )    Chapter 11
                                                          )
                         Debtors.                         )    Jointly Administered
                                                          )
-----------------------------------------------------------

### RESPONSE TO TWENTY-FIRST OMNIBUS OBJECTION TO CLAIM NO. 1899, FILED OCTOBER 29, 2012

NOW COMES, Shanell Kathleen Harleston, Esq., on behalf of The Harleston Law Firm (hereinafter referred to as the "Creditors"), and files this RESPONSE TO TWENTY-FIRST OMNIBUS OBJECTION TO CLAIM NO. 1899, FILED OCTOBER 29, 2012 and says:

1. On May 14, 2012, the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code and **listed The Harleston Law Firm on their schedule of unpaid debts and did not list the debt as contingent, unliquidated, or disputed** (See *Debtor's Chapter 11 Bankruptcy Petition, filed May 14, 2012*).

2. On October 29, 2012, The Harleston Law Firm timely filed a proof of claim.

**WHEREFORE,** the claim should not be disallowed or expunged for the seasons set forth in this Objection.

Respectfully Submitted,

_____
Shanell Kathleen Harleston, Esq.
THE HARLESTON LAW FIRM
8865 Fawn Ridge Drive
Fort Myers, FL 33912
(443) 722-0377

## Certificate of Service

I, Shanell Kathleen Harleston, Esq., do hereby certify that a true and exact copy of the foregoing Response to Objection was timely filed, and served upon the following recipients via first class mail, postage prepaid on this 1st day of August 2013.

The Chambers of the Honorable Martin Glenn
One Bowling Green
Courtroom 501
New York, New York 10004

ATTN: Gary S. Lee, Esq, Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq.,
Attorneys for Debtors
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New Yor 10104

ATTN: Kenneth H. Eckstein, Esq. and Douglas H. Mannal, Esq. attorneys for the Official committee of Unsecured Creditors appointed in these cases.
Kramer Levin Naftalis & Frankel, LLP
1117 Avenue of the Americas
New York, NY 10036

Shanell Kathleen Harleston, Esq.