UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Residential Capital, LLC, et al., | : Case No. 12-12020 (MG) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

------------------------------------------------------------ x   Ref. Docket No. 4623

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2013, I caused to be served the "Response of the Official Committee of Unsecured Creditors to those Portions of the Motions *in limine* Filed by the Monarch Group and the JSNS that seek to Exclude Evidence Concerning the General Nature and Characteristics of the Mediation Process through which the FGIC 9019 Settlement was Reached," dated August 13, 2013 [Docket No. 4623], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
14th day of August, 2013

/s/ Carol Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

T:\Clients\RESCAP\Affidavits\FGIC Response 2017 4623_AFF_8-13-13_SS.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, ESQS 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  27**

# EXHIBIT B

askdoj@usdoj.gov
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
dmannal@kramerlevin.com
glee@mofo.com
jboelter@sidley.com
john.bellaver@ally.com
joseph.cordaro@usdoj.gov
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
marie.l.cerchero@irs.gov
nancy.lord@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
stephen.hessler@kirkland.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tracy.davis2@usdoj.gov
william.b.solomon@ally.com
jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
szide@kramerlevin.com
guzzi@milbank.com
tammy.hamzehpour@gmacrescap.com
diane.citron@ally.com
enid.stuart@oag.state.ny.us
bankruptcynoticeschr@sec.gov
hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
peter_mcgonigle@fanniemae.com

ksadeghi@mofo.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
rescapinfo@kccllc.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
jill.horner@gmacrescap.com
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com
eileen.oles@gmacrescap.com
lauren.delehey@gmacrescap.com
julie.busch@gmacrescap.com
patty.zellmann@ally.com

bwalker@kmllp.com
ericwinston@quinnemanuel.com
jmorganroth@morganrothlaw.com
abehlmann@lowenstein.com
accesslegalservices@gmail.com
adam.harris@srz.com
adam.parkin@tdsecurities.com
adoshi@magnozzikye.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
ajowers@kslaw.com
almeyers@sjgov.org
almoskowitz@winston.com
alves@sewkis.com
andrea.hartley@akerman.com
arosen@jacobslawpc.com
ayala.hassell@hp.com
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bateman@sewkis.com
bbeskanos@aol.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bnkatty@aldine.k12.tx.us
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
brian@gmcnjlaw.com
calbanese@gibbonslaw.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
cmomjian@attorneygeneral.gov
courtney.lowman@ally.com
cschreiber@winston.com
cshore@whitecase.com
cwood@rgrdlaw.com
das@sewkis.com
daveburnett@quinnemanuel.com
david.jason@usbank.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
dcaley@wongfleming.com
dearly@fdic.gov
deborah@ladyesq.net
deggert@freebornpeters.com
delman@gelaw.com
derek@talcottfranklin.com
dfeldman@gibsondunn.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgolden@akingump.com
dhall@siwpc.com
diane.sanders@lgbs.com
diem.home@gmail.com
dlibra@lapplibra.com
dmoffa@ktmc.com
dneier@winston.com
drehns@cohenmilstein.com
dsasser@siwpc.com
dskeens@wbsvlaw.com
dstichesq@gmail.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
ebcalvo@pbfcm.com
eboden@schnader.com
ecf@kaalaw.com
ecfmail@aclawllp.com
echou@coleschotz.com
eciolko@ktmc.com
floraoropeza@co.imperial.ca.us
floressaucedopllc@gmail.com
fsosnick@shearman.com
gary.holtzer@weil.com
gary.kaplan@friedfrank.com
gbush@zuckerman.com

gcatalanello@duanemorris.com
gelfarb@mosskalish.com
george.rayzis@usbank.com
ggraber@hodgsonruss.com
gjarvis@gelaw.com
glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
guzzi@whitecase.com
hadi.khatib@akerman.com
harrisj12@michigan.gov
hector.gonzalez@dechert.com
hkryder@daypitney.com
hooper@sewkis.com
houston_bankruptcy@lgbs.com
howard.godnick@srz.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ingrid.bagby@cwt.com
irina.palchuk@usbank.com
isilverbrand@whitecase.com
israel.david@friedfrank.com
jai@blbglaw.com
james.byrnes@usbank.com
james.heaney@lawdeb.com
jberkowitz@gibbonslaw.com
jboyle@khmarino.com
jcoffey@brownrudnick.com
jcorneau@klestadt.com
jdmarshall@brownrudnick.com
jeff.brown@gmacfs.com
jennifer.provenzano@bnymellon.com
jeremyandersen@quinnemanuel.com
jgarrity@morganlewis.com
jgelman@jacobslawpc.com
jglucksman@scarincihollenbeck.com
jhaake@wbsvlaw.com
jhardy2@wilkie.com
jjonas@brownrudnick.com
jjtancredi@daypitney.com
jkatz@katz-law.com
jlaitman@cohenmilstein.com
jlawlor@wmd-law.com

jleibowitz@kandfllp.com
jmcmurtr@placer.ca.gov
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jnagi@polsinelli.com
joel@shafeldlaw.com
john.kibler@allenovery.com
john.stern@texasattorneygeneral.gov
jonathanu@blbglaw.com
josselson@sewkis.com
jteitelbaum@tblawllp.com
jvincequerra@duanemorris.com
jwcohen@daypitney.com
jweisser@gibsondunn.com
jwilliams@wilmingtontrust.com
jzajac@proskauer.com
kathryn.thorpe@tdsecurities.com
kay.brock@co.travis.tx.us
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
kelvin.vargas@db.com
ken.coleman@allenovery.com
kenton_hambrick@freddiemac.com
kgcully@kgcully.com
kgiannelli@gibbonslaw.com
kit.weitnauer@alston.com
kmarino@khmarino.com
kotwick@sewkis.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
kristi.garcia@wellsfargo.com
ksheehan@flwlaw.com
laura.moran@usbank.com
lberkoff@moritthock.com
lee.gordon@mvbalaw.com
lemiller@jonesday.com
lneish@zuckerman.com
mabrams@wilkie.com
macohen@curtis.com
mageshwaran.ramasamy@bnymellon.com
mamta.scott@usbank.com
marguerite.gardiner@srz.com
mark.ellenberg@cwt.com

| | |
|---|---|
| mark.flannagan@umb.com | rbarkasy@schnader.com |
| marty.bunin@alston.com | rbrown@robertbrownlaw.com |
| matthewj@blbglaw.com | rchoi1@wilkie.com |
| mauricio.espana@dechert.com | richard@rsaxlaw.com |
| mcarney@mckoolsmith.com | rlwynne@jonesday.com |
| mdyer@aclawllp.com | rmaney@wilmingtontrust.com |
| meisenkraft@cohenmilstein.com | romero@mromerolawfirm.com |
| metkin@lowenstein.com | ronald.rowland@rms-iqor.com |
| mfriedman@meyner.com | root@blankrome.com |
| mgallagher@curtis.com | rosa.mendez@db.com |
| michael.cutini@srz.com | ross.martin@ropesgray.com |
| michael.spataro@bnymellon.com | rrich2@hunton.com |
| michelle.moeller@usbank.com | rschug@nka.com |
| mkbroyles@feinsuchcrane.com | sarah.stout@bnymellon.com |
| mknitter@co.monroe.pa.us | schindlerwilliamss@ballardspahr.com |
| mkraut@morganlewis.com | scottshelley@quinnemanuel.com |
| mmorganroth@morganrothlaw.com | sdnyecf@dor.mo.gov |
| mpmorris@gelaw.com | seth.goldman@mto.com |
| mrollin@rplaw.com | sfennessey@shearman.com |
| mschaedle@blankrome.com | sfitzgerald@wmd-law.com |
| mstein@kasowitz.com | sharon.squillario@wellsfargo.com |
| mstrauss@kmllp.com | sheehan@txschoollaw.com |
| msweeney@msgrb.com | shumphries@gibbsbruns.com |
| mvaughan@wbsvlaw.com | sleopold@leopoldassociates.com |
| mwarner@coleschotz.com | sreisman@curtis.com |
| namamoo@kasowitz.com | srosen@cb-shea.com |
| ncohen@zuckerman.com | srutsky@proskauer.com |
| nichlaus.m.ross@wellsfargo.com | stevep@rgrdlaw.com |
| njacobs@jacobslawpc.com | susan.balaschak@akerman.com |
| patel@sewkis.com | susan.khokher@tdsecurities.com |
| patrick.kerner@barclays.com | susanp@taxcollector.com |
| paul_mullings@freddiemac.com | susheelkirpalani@quinnemanuel.com |
| paul_papas@mylegalhelpusa.com | swissnergross@brownrudnick.com |
| pdatta@hhstein.com | taconrad@sbwlawfirm.com |
| pdefilippo@wmd-law.com | tal@talcottfranklin.com |
| pdublin@akingump.com | tanveer.ashraf@usbank.com |
| pferdinands@kslaw.com | tarr@blankrome.com |
| pfleming@morganlewis.com | tfawkes@freebornpeters.com |
| pmahony@leopoldassociates.com | tfoundy@curtis.com |
| pmoak@mckoolsmith.com | thadwilson@kslaw.com |
| ppascuzzi@ffwplaw.com | themeyerslawfirm@gmail.com |
| ralbanese@akingump.com | theodore.w.tozer@hud.gov |
| ra-li-ucts-bankrupt@state.pa.us | thomas.walper@mto.com |

tklestadt@klestadt.com
tlallier@foleymansfield.com
tmm@mullaw.org
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
whazeltine@sha-llc.com
will.hoch@crowedunlevy.com
william.hao@alston.com
xrausloanops5@barclays.com