**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
RESIDENTIAL CAPITAL, LLC, et al.,                             :    Case No. 12-12020 (MG)
                                                              :
                    Debtors.                                  :    Jointly Administered
                                                              :
-------------------------------------------------------------------------- x
                                                              :
    RESIDENTIAL CAPITAL, LLC; et al.,                         :
                                                              :
                    Plaintiffs,                               :
                                                              :
                    v.                                        :    Adv. Case No. 13-01343 (MG)
                                                              :
UMB BANK, N.A., IN ITS CAPACITY AS                            :
INDENTURE TRUSTEE FOR THE 9.625% JUNIOR                       :
SECURED GUARANTEED NOTES, et al.,                             :
                                                              :
                    Defendants.                               :    **Ref. Docket No. 40**
------------------------------------------------------------------        :
                                                              :
    OFFICIAL COMMITTEE OF UNSECURED                           :
    CREDITORS, on behalf of the estates of the Debtors,       :
                                                              :
                    Plaintiffs,                               :
                                                              :
                    v.                                        :    Adv. Pro. No. 13-01277 (MG)
                                                              :
UMB BANK, N.A., AS SUCCESSOR INDENTURE                        :
TRUSTEE UNDER THAT CERTAIN INDENTURE,                         :
dated as of June 6, 2008, e al.,                              :
                                                              :    **Ref. Docket No. 76**
                    Defendants.                               x
-------------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )


PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Reply Brief of the Debtors and Official Committee of Unsecured Creditors in Support of their Motion to Dismiss Certain of the Defendants' Counterclaims," dated August 13, 2013 [Docket No. 40 in Case No. 13-01343], and

   b. "Reply Brief of the Debtors and Official Committee of Unsecured Creditors in Support of their Motion to Dismiss Certain of the Defendants' Counterclaims," dated August 13, 2013 [Docket No. 76 in Case No. 13-01277],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, on August 13, 2013, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, on August 14, 2013.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          Pete Caris

Sworn to before me this
14th day of August, 2013

Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

-2-

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE,DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, ESQS 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  27**

**EXHIBIT B**

adam.lesman@cliffordchance.com
askdoj@usdoj.gov
bankruptcynoticeschr@sec.gov
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
diane.citron@ally.com
dlemay@chadbourne.com
dmannal@kramerlevin.com
dminoff@loeb.com
eileen.oles@gmacrescap.com
enid.stuart@oag.state.ny.us
glee@mofo.com
guzzi@milbank.com
hseife@chadbourne.com
jboelter@sidley.com
jennifer.demarco@cliffordchance.com
jill.horner@gmacrescap.com
john.bellaver@ally.com
joseph.cordaro@usdoj.gov
jtrachtman@kramerlevin.com
julie.busch@gmacrescap.com
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
ksadeghi@mofo.com
lauren.delehey@gmacrescap.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
maofiling@cgsh.com
marie.l.cerchero@irs.gov
mroitman@chadbourne.com
nancy.lord@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
patty.zellmann@ally.com
pbentley@kramerlevin.com
peter_mcgonigle@fanniemae.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com

rescapinfo@kccllc.com
rgayda@chadbourne.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
soneal@cgsh.com
stephen.hessler@kirkland.com
szide@kramerlevin.com
tammy.hamzehpour@gmacrescap.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tmoloney@cgsh.com
tracy.davis2@usdoj.gov
vrubinstein@loeb.com
wcurchack@loeb.com
william.b.solomon@ally.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com

abehlmann@lowenstein.com

accesslegalservices@gmail.com

adam.harris@srz.com

adam.parkin@tdsecurities.com

adoshi@magnozzikye.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

ajowers@kslaw.com

almeyers@sjgov.org

almoskowitz@winston.com

alves@sewkis.com

andrea.hartley@akerman.com

arosen@jacobslawpc.com

ayala.hassell@hp.com

bankruptcy@clm.com

bankruptcy@morrisoncohen.com

bankruptcy2@ironmountain.com

bateman@sewkis.com

bbeskanos@aol.com

bbressler@schnader.com

bdeutsch@schnader.com

bdk@schlamstone.com

bguiney@pbwt.com

bill.macurda@alston.com

binder@sewkis.com

bnkatty@aldine.k12.tx.us

brandon.johnson@pillsburylaw.com

brian.greer@dechert.com

brian@gmcnjlaw.com

bwalker@kmllp.com

calbanese@gibbonslaw.com

catherine_lasher@fanniemae.com

cball@jonesday.com

ceblack@jonesday.com

choward@lockelord.com

chris@myfaircredit.com

christensen@sewkis.com

christopher.stevens@tdsecurities.com

clometti@cohenmilstein.com

cmomjian@attorneygeneral.gov

courtney.lowman@ally.com

cschreiber@winston.com

cshore@whitecase.com

cwood@rgrdlaw.com

das@sewkis.com

daveburnett@quinnemanuel.com

david.jason@usbank.com

david.powlen@btlaw.com

david.tillem@wilsonelser.com

davids@blbglaw.com

dcaley@wongfleming.com

dearly@fdic.gov

deborah@ladyesq.net

deggert@freebornpeters.com

delman@gelaw.com

derek@talcottfranklin.com

dfeldman@gibsondunn.com

dflanigan@polsinelli.com

dfliman@kasowitz.com

dgolden@akingump.com

dhall@siwpc.com

diane.sanders@lgbs.com

diem.home@gmail.com

dlibra@lapplibra.com

dmoffa@ktmc.com

dneier@winston.com

drehns@cohenmilstein.com

dsasser@siwpc.com

dskeens@wbsvlaw.com

dstichesq@gmail.com

dwdykhouse@pbwt.com

dwollmuth@wmd-law.com

ebcalvo@pbfcm.com

eboden@schnader.com

ecf@kaalaw.com

ecfmail@aclawllp.com

echou@coleschotz.com

eciolko@ktmc.com

ericwinston@quinnemanuel.com

floraoropeza@co.imperial.ca.us

floressaucedopllc@gmail.com

fsosnick@shearman.com

gary.holtzer@weil.com

gary.kaplan@friedfrank.com

gbush@zuckerman.com

gcatalanello@duanemorris.com

gelfarb@mosskalish.com
george.rayzis@usbank.com
ggraber@hodgsonruss.com
gjarvis@gelaw.com
glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
guzzi@whitecase.com
hadi.khatib@akerman.com
harrisj12@michigan.gov
hector.gonzalez@dechert.com
hkryder@daypitney.com
hooper@sewkis.com
houston_bankruptcy@lgbs.com
howard.godnick@srz.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ingrid.bagby@cwt.com
irina.palchuk@usbank.com
isilverbrand@whitecase.com
israel.david@friedfrank.com
jai@blbglaw.com
james.byrnes@usbank.com
james.heaney@lawdeb.com
jberkowitz@gibbonslaw.com
jboyle@khmarino.com
jcoffey@brownrudnick.com
jcorneau@klestadt.com
jdmarshall@brownrudnick.com
jeff.brown@gmacfs.com
jennifer.provenzano@bnymellon.com
jeremyandersen@quinnemanuel.com
jgarrity@morganlewis.com
jgelman@jacobslawpc.com
jglucksman@scarincihollenbeck.com
jhaake@wbsvlaw.com
jhardy2@wilkie.com
jjonas@brownrudnick.com
jjtancredi@daypitney.com
jkatz@katz-law.com
jlaitman@cohenmilstein.com
jlawlor@wmd-law.com
jleibowitz@kandfllp.com

jmcmurtr@placer.ca.gov
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jmorganroth@morganrothlaw.com
jnagi@polsinelli.com
joel@shafeldlaw.com
john.kibler@allenovery.com
john.stern@texasattorneygeneral.gov
jonathanu@blbglaw.com
josselson@sewkis.com
jteitelbaum@tblawllp.com
jvincequerra@duanemorris.com
jwcohen@daypitney.com
jweisser@gibsondunn.com
jwilliams@wilmingtontrust.com
jzajac@proskauer.com
kathryn.thorpe@tdsecurities.com
kay.brock@co.travis.tx.us
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
kelvin.vargas@db.com
ken.coleman@allenovery.com
kenton_hambrick@freddiemac.com
kgcully@kgcully.com
kgiannelli@gibbonslaw.com
kit.weitnauer@alston.com
kmarino@khmarino.com
kotwick@sewkis.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
kristi.garcia@wellsfargo.com
ksheehan@flwlaw.com
laura.moran@usbank.com
lberkoff@moritthock.com
lee.gordon@mvbalaw.com
lemiller@jonesday.com
lneish@zuckerman.com
mabrams@wilkie.com
macohen@curtis.com
mageshwaran.ramasamy@bnymellon.com
mamta.scott@usbank.com
marguerite.gardiner@srz.com
mark.ellenberg@cwt.com

mark.flannagan@umb.com
marty.bunin@alston.com
matthewj@blbglaw.com
mauricio.espana@dechert.com
mcarney@mckoolsmith.com
mdyer@aclawllp.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
mfriedman@meyner.com
mgallagher@curtis.com
michael.cutini@srz.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkbroyles@feinsuchcrane.com
mknitter@co.monroe.pa.us
mkraut@morganlewis.com
mmorganroth@morganrothlaw.com
mpmorris@gelaw.com
mrollin@rplaw.com
mschaedle@blankrome.com
mstein@kasowitz.com
mstrauss@kmllp.com
msweeney@msgrb.com
mvaughan@wbsvlaw.com
mwarner@coleschotz.com
namamoo@kasowitz.com
ncohen@zuckerman.com
nichlaus.m.ross@wellsfargo.com
njacobs@jacobslawpc.com
patel@sewkis.com
patrick.kerner@barclays.com
paul_mullings@freddiemac.com
paul_papas@mylegalhelpusa.com
pdatta@hhstein.com
pdefilippo@wmd-law.com
pdublin@akingump.com
pferdinands@kslaw.com
pfleming@morganlewis.com
pmahony@leopoldassociates.com
pmoak@mckoolsmith.com
ppascuzzi@ffwplaw.com
ralbanese@akingump.com
ra-li-ucts-bankrupt@state.pa.us

rbarkasy@schnader.com
rbrown@robertbrownlaw.com
rchoi1@wilkie.com
richard@rsaxlaw.com
rlwynne@jonesday.com
rmaney@wilmingtontrust.com
romero@mromerolawfirm.com
ronald.rowland@rms-iqor.com
root@blankrome.com
rosa.mendez@db.com
ross.martin@ropesgray.com
rrich2@hunton.com
rschug@nka.com
sarah.stout@bnymellon.com
schindlerwilliamss@ballardspahr.com
scottsshelley@quinnemanuel.com
sdnyecf@dor.mo.gov
seth.goldman@mto.com
sfennessey@shearman.com
sfitzgerald@wmd-law.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
sleopold@leopoldassociates.com
sreisman@curtis.com
srosen@cb-shea.com
srutsky@proskauer.com
stevep@rgrdlaw.com
susan.balaschak@akerman.com
susan.khokher@tdsecurities.com
susanp@taxcollector.com
susheelkirpalani@quinnemanuel.com
swissnergross@brownrudnick.com
taconrad@sbwlawfirm.com
tal@talcottfranklin.com
tanveer.ashraf@usbank.com
tarr@blankrome.com
tfawkes@freebornpeters.com
tfoundy@curtis.com
thadwilson@kslaw.com
themeyerslawfirm@gmail.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com

tklestadt@klestadt.com
tlallier@foleymansfield.com
tmm@mullaw.org
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
whazeltine@sha-llc.com
will.hoch@crowedunlevy.com
william.hao@alston.com
xrausloanops5@barclays.com