# **EXHIBIT 5**

Page 1

```
 1                      L. Kruger
 2           UNITED STATES BANKRUPTCY COURT
 3            SOUTHERN DISTRICT OF NEW YORK
 4
 5   ----------------------------x
 6   In Re:                                 Case No.
                                           12-12020(MG)
 7   RESIDENTIAL CAPITAL, LLC,
     et al.,                          (Jointly Administered)
 8                                       (Bankr. S.D.N.Y.)
              Debtors
 9
     ----------------------------x
10
11
12
13
14
15          DEPOSITION OF LEWIS KRUGER
16              New York, New York
17           Thursday, July 11, 2013
18
19
20
21
22
23   Reported by:
24   THOMAS A. FERNICOLA, RPR
25   JOB NO. 63547
```

1                       L. Kruger

2    own mind between discussions that were part of

3    the mediation process and discussions that were

4    not part of the mediation process?

5         A.    I think I had mediation conversations

6    and conversations with my counsel and advisors

7    and nothing else.

8         Q.    And they were all part of the

9    mediation process?

10        A.    I believe so.

11        Q.    And I may have asked you this

12   question before.  If I did, I apologize, but

13   even if I did, I don't think I quite got an

14   answer.

15              You used the phrase "mediation

16   process."  What does that phrase mean to you?

17        A.    It meant the process initiated by the

18   court who appointed Judge Peck as a mediator,

19   and meetings both with Judge Peck and without

20   Judge Peck as part of the process seeking a

21   global resolution of the issue.

22        Q.    So would it be fair to say anything

23   that you discussed that had any relation to a

24   potential resolution of a Chapter 11 cases fell

25   within the rubric of the mediation process?

1              L. Kruger

2       A.   I believe so.

3       Q.   You had no role in negotiating any of

4  the terms of the FGIC Settlement Agreement; is

5  that correct?

6       A.   That is correct.

7       Q.   What analysis, if any, did you

8  undertake on behalf of the debtors to determine

9  whether the FGIC Settlement Agreement was in

10 their best interest?

11      A.   Well, I was aware of the fact that

12 the FGIC Settlement Agreement was part of the

13 global settlement agreement reached by the

14 various parties who were parties to the

15 mediation process.

16           And I recognized in reaching the

17 conclusion that I reached on behalf of the

18 debtors, which is the respective that I have

19 with respect to these issues, that reducing the

20 claims that might be asserted against the

21 debtors both by FGIC and by the trusts was a

22 significant step forward on behalf of the

23 debtor's estates, and as part of the overall

24 global settlement it enabled us to both achieve

25 an Ally contribution of significance, enabled