## **EXHIBIT 18**

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,*  Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|--------------------------|
| 3/19/2013  6:16 PM | Siegel, Glenn* | Alves, Arlene ; Christensen, Dale; Cohen, Ronald; Garrity Jr., James L.; Goodchild,  John; Rosenthal,  John M. ; Weitnauer, Kit; Kotwick, Mark | Druehl, Craig* ; Espana, Mauricio*; Feig, Martin N.; Gonzalez, Hector*; Major, Robert H.; Mazzeo, Ralph* | Attorney Client; Common Interest; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 3/20/2013  11:21 AM | Feig, Martin N. | Facendola, Gerard F.; Lundberg, Loretta A. | | Attorney Client; Common Interest; Mediation Privilege; Work Product | Correspondence discussing attorney-client communication regarding settlement negotiations. | |
| 4/4/2013 04:35 PM | Siegel, Glenn* | Facendola, Gerard F.; Lundberg, Loretta A.; Major, Robert H.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege | Proposed agreement. | |
| 4/5/2013 09:16 AM | Facendola, Gerard F. | Siegel, Glenn* | Lundberg, Loretta A.; Major, Robert H.; Mani, Nandini** | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding settlement negotiations. | |
| 4/4/2013 04:35 PM (Attachment) | Siegel, Glenn* | Facendola, Gerard F.; Lundberg, Loretta A.; Major, Robert H.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege | Proposed agreement. | |
| 4/5/2013 11:24 AM | Siegel, Glenn* | Facendola, Gerard F.; Major, Robert H.; Mani, Nandini** | Espana, Mauricio*; Lundberg, Loretta A. | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 4/9/2013 04:51 PM | Siegel, Glenn* | Major, Robert H. | Druehl, Craig*; Espana, Mauricio* | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

Confidential
1 of 17
July 5, 2013

* Outside counsel
** Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|---------------------------|
| 4/10/2013 05:18 PM | Espana, Mauricio* | Hearn, Frank**; Major, Robert H. | Druehl, Craig*; Facendola, Gerard F.; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft FGIC NDA. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft NDA. | |
| 4/10/2013 05:45 PM | Facendola, Gerard F. | Espana, Mauricio*; Hearn, Frank**; Major, Robert H. | Druehl, Craig*; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft NDA. | |
| 4/10/2013 05:45 PM | Espana, Mauricio* | Hearn, Frank**; Major, Robert H. | Druehl, Craig*; Facendola, Gerard F.; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft NDA. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft NDA. | |
| 4/10/2013 05:52 PM | Espana, Mauricio* | Facendola, Gerard F.; Hearn, Frank**; Major, Robert H. | Druehl, Craig*; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft FGIC NDA. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft FGIC NDA. | |
| 4/11/2013 10:27 AM | Gadsden, James* | Hearn, Frank** | Craig P. Druehl*; Facendola, Gerard F.; Siegel, Glenn*; Major, Robert H.; Mani, Nandini**; Espana, Mauricio* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft FGIC NDA. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

Confidential
2 of 17
July 5, 2013

* Outside counsel
** Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|----|--------|-----------------|--------------------|--------------------------|
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft FGIC NDA. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft FGIC NDA. | |
| 4/11/2013 05:21 PM | Espana, Mauricio* | Gadsden, James*; Hearn, Frank** | Druehl, Craig*; Facendola, Gerard F.; Major, Robert H.; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft FGIC NDA. | |
| 4/11/2013 05:31 PM | Gadsden, James* | Espana, Mauricio*; Hearn, Frank** | Bernards, Bryce*; Druehl, Craig*; Facendola, Gerard F.; Major, Robert H.; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft FGIC NDA. | |
| 4/11/2013 05:46 PM | Espana, Mauricio* | Gadsden, James*; Hearn, Frank** | Bernards, Bryce*; Druehl, Craig*; Facendola, Gerard F.; Major, Robert H.; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft FGIC NDA. | |
| 4/11/2013 06:06 PM | Gadsden, James* | Espana, Mauricio* | Druehl, Craig*; Facendola, Gerard F.; Hearn, Frank**; Major, Robert H.; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft FGIC NDA. | |
| 4/11/2013 06:06 PM | Gadsden, James* | Espana, Mauricio* | Druehl, Craig*; Facendola, Gerard F.; Hearn, Frank**; Major, Robert H.; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding FGIC NDA. | |
| 4/12/2013 02:40 PM | Major, Robert H. | Hearn, Frank** | Facendola, Gerard F. | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft FGIC NDA. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft FGIC NDA. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

* Outside counsel
** Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|----|--------|----------------|--------------------|---------------------------|
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft FGIC NDA. | |
| 4/12/2013 02:52 PM | Hearn, Frank* | Major, Robert H. | Facendola, Gerard F. | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft FGIC NDA. | |
| 4/12/2013 06:13 PM | Espana, Mauricio* | Facendola, Gerard F.; Major, Robert H. | Hearn, Frank**; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft FGIC NDA and Lazard non-reliance letter. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft FGIC NDA. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Lazard non-reliance letter. | |
| 4/12/2013 08:23 PM | Hearn, Frank* | Facendola, Gerard F.; Major, Robert H. | Mani, Nandini** | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft FGIC NDA and Lazard non-reliance letter. | |
| 4/12/2013 09:11PM | Facendola, Gerard F. | Hearn, Frank**; Major, Robert H. | Mani, Nandini** | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft FGIC NDA and Lazard non-reliance letter. | |
| 4/15/2013 10:54 AM | Major, Robert H. | Espana, Mauricio*; Facendola, Gerard F. | Hearn, Frank**; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding FGIC NDA. | |
| 4/15/2013 11:03 AM | Espana, Mauricio* | Facendola, Gerard F.; Major, Robert H. | Hearn, Frank**; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft FGIC NDA. | |
| 4/16/2013  3:11 PM | Espana, Mauricio* | Facendola, Gerard F.; Major, Robert H. | Hearn, Frank**; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding Lazard non-reliance letter. | BNYM-MS 000107 - BNYM-MS 000110 |
| Attachment | | | | | Signature page. | BNYM-MS 000111 |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel
\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|--------------------------|
| 4/16/2013 3:11 PM | Facendola, Gerard F. | Espana, Mauricio*; Major, Robert H. | Hearn, Frank**; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding Lazard non-reliance letter. | |
| 4/16/2013 3:11 PM (Attachment) | Espana, Mauricio* | Facendola, Gerard F.; Major, Robert H. | Hearn, Frank**; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding Lazard non-reliance letter. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Lazard non-reliance letter. | |
| 4/16/2013 4:35 PM | Espana, Mauricio* | Facendola, Gerard F.; Major, Robert H. | Hearn, Frank**; Mani, Nandini**; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding Lazard non-reliance letter. | |
| 4/16/2013 7:46 PM | Druehl, Craig* | Major, Robert H.; Mani, Nandini** | Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft letter to Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft letter. | |
| 4/16/2013 8:06 PM | Major, Robert H. | Facendola, Gerard F. | | Attorney Client; Mediation Privilege; Work Product | Correspondence regarding attorney-client communication regarding draft letter to Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft letter. | |
| 4/17/2013 01:42 PM | Siegel, Glenn* | Druehl, Craig* | Major, Robert H.; Mani, Nandini** | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft letter to Mediation Party. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel
\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,*  Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|---------------------------|
| 4/17/2013 02:09 PM | Mani, Nandini** | Druehl, Craig*; Siegel, Glenn* | Major, Robert H. | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft letter to Mediation Party. | |
| 4/17/2013 02:11 PM | Siegel, Glenn* | Druehl, Craig*; Mani, Nandini** | Major, Robert H. | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft letter to Mediation Party. | |
| 4/17/2013 02:15 PM | Major, Robert H. | Druehl, Craig*; Mani, Nandini**; Siegel, Glenn* | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft letter to Mediation Party. | |
| 4/17/2013 02:19 PM | Siegel, Glenn* | Druehl, Craig*; Major, Robert H.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft letter to Mediation Party. | |
| 4/19/2013 05:08 PM | Mani, Nandini** | Lundberg, Loretta A.; Major, Robert H. | | Attorney Client; Mediation Privilege | Attorney-client communication regarding letter from Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege | Letter from Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege | Attachment to letter from Mediation Party. | |
| 5/3/2013 02:14 PM | Siegel, Glenn* | Druehl, Craig*; Espana, Mauricio*; Major, Robert H.; Mani, Nandini**; Moore, James* | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding settlement negotiations. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft document related to settlement negotiations. | |
| 5/3/2013  8:47 PM | Major, Robert H. | Mani, Nandini**; Lundberg, Loretta A.; Facendola, Gerard F. | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding settlement negotiations. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel
\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|---------------------------|
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft letter to Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft settlement related document. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft settlement related document. | |
| 5/6/2013 04:29 PM | Major, Robert H. | Siegel, Glenn* | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft letter to Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft letter. | |
| 5/6/2013 6:24 PM | Siegel, Glenn* | Mani, Nandini** | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft letter to Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft letter. | |
| 5/6/2012 10:21 PM | Major, Robert H. | Siegel, Glenn* | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft letter to Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft letter. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft letter. | |

The Bank of New York Mellon and The Bank of New York Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

* Outside counsel

** Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|
| 5/6/2013 10:38 PM | Siegel, Glenn* | Alves, Arlene R. ; Garrity, Jr. James L.; Kotwick, Mark D. | Druehl, Craig*; Major, Robert H. | Attorney Client; Mediation Privilege; Common-Interest Privilege; Work Product | Attorney-client communication regarding draft letter to Mediation Party. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Common-Interest Privilege; Work Product | Draft letter. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Common-Interest Privilege; Work Product | Draft letter. | |
| 5/8/2013 08:48 AM | Major, Robert H. | Mani, Nandini**; Siegel, Glenn* | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding settlement negotiations and drafts of Plan Support Agreement and Term Sheet. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Plan Support Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Term Sheet. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Plan Support Agreement. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel
\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|
| 5/8/2013 11:44 AM | Siegel, Glenn* | Major, Robert H. | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding analysis by Duff & Phelps. | BNYM-MS 000079 - BNYM-MS 000080 |
| (Attachment) | | | | | Draft of Duff & Phelps report. | BNYM-MS 000081- BNYM-MS 000088 |
| 5/10/2013 12:28 PM | Mani, Nandini** | Facendola, Gerard F.; Lundberg, Loretta A.; Major, Robert H. | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/10/2013 12:49 PM | Mani, Nandini** | Alhadeff, Marla** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/12/2013 08:13 PM | Mani, Nandini** | Siegel, Glenn* | | Attorney Client; Mediation Privilege | Attorney-client communication regarding drafts of Plan Support Agreement and Term Sheet. | |
| 5/12/2013 08:14 PM | Siegel, Glenn* | Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding drafts of Plan Support Agreement and Term Sheet. | |
| 5/12/2013 08:15 PM | Siegel, Glenn* | Mani, Nandini** | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding drafts of Plan Support Agreement and Term Sheet. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Plan Support Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Term Sheet. | |
| 5/13/2013 07:28 AM | Siegel, Glenn* | Mani, Nandini** | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding drafts of Plan Support Agreement and Term Sheet. | |

The Bank of New York Mellon and The Bank of New York Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel

\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|----------------------------|
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Term Sheet. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Term Sheet. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Plan Support Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Plan Support Agreement. | |
| 5/13/2013 07:28 AM | Siegel, Glenn* | Mani, Nandini** | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft Term Sheet. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Term Sheet. | |
| 5/13/2013 3:30 PM | Siegel, Glenn* | Lundberg, Loretta A.; Major, Robert H.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/13/2013 8:40 PM | Major, Robert H. | Lundberg, Loretta A.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/13/2013 8:46 PM | Lundberg, Loretta A. | Major, Robert H.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/13/2013 8:48 PM | Major, Robert H. | Lundberg, Loretta A.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel
\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|---------------------------|
| 5/14/2013 08:46 AM | Mani, Nandini** | Alhadeff, Marla** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/14/2013 08:51 AM | Major, Robert H. | Facendola, Gerard F.; Lundberg, Loretta A.; Mani, Nandini** | | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding settlement related documents. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft settlement related document. | |
| 5/15/2013 12:31 PM | Major, Robert H. | Lundberg, Loretta A.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/15/2013 12:33 PM | Mani, Nandini** | Lundberg, Loretta A.; Major, Robert H. | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/15/2013 12:34 PM | Major, Robert H. | Lundberg, Loretta A.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/17/2013 09:54 AM | Moore, James* | Major, Robert H. | Espana, Mauricio*; Mazzeo, Ralph*; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

* Outside counsel
** Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|---------------------------|
| 5/21/2013 02:02 PM | Moore, James* | Facendola, Gerard F.; Major, Robert H. | Balluku, Negisa*; Druehl, Craig*; Espana, Mauricio*; Kahan, Rebecca*; Lundberg, Loretta A.; Mani, Nandini**; Mazzeo, Ralph*; Mispagel, Jeffrey*; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft notice of settlement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft notice. | |
| 5/21/2013 02:36 PM | Moore, James* | Major, Robert H. | Balluku, Negisa*; Druehl, Craig*; Espana, Mauricio*; Kahan, Rebecca*; Mazzeo, Ralph*; Mispagel, Jeffrey*; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft notice of settlement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft exhibit to Notice. | |
| 5/21/2013 02:40 PM | Lundberg, Loretta A. | Facendola, Gerard F.; Major, Robert H.; Moore, James* | Balluku, Negisa*; Druehl, Craig*; Espana, Mauricio*; Kahan, Rebecca*; Mani, Nandini**; Mazzeo, Ralph*; Mispagel, Jeffrey*; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft notice of settlement. | |
| 5/21/2013 03:36 PM | Moore, James* | Facendola, Gerard F.; Lundberg, Loretta A.; Major, Robert H. | Balluku, Negisa*; Druehl, Craig*; Espana, Mauricio*; Kahan, Rebecca*; Mani, Nandini**; Mazzeo, Ralph*; Mispagel, Jeffrey*; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft notice of settlement. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel
\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|---------------------------|
| 5/21/2013 04:10 PM | Major, Robert H. | Moore, James* | Balluku, Negisa*; Druehl, Craig*; Espana, Mauricio*; Kahan, Rebecca*; Mazzeo, Ralph*; Mispagel, Jeffrey*; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft notice of settlement. | |
| 5/21/2013 04:17 PM | Major, Robert H. | Espana, Mauricio*; Moore, James* | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft notice of settlement. | |
| 5/21/2013 04:22 PM | Espana, Mauricio* | Major, Robert H.; Moore, James* | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft notice of settlement. | |
| 5/21/2013 05:32 PM | Facendola, Gerard F. | Major, Robert H. | | Attorney Client; Mediation Privilege; Work Product | Communication regarding attorney-client communication regarding draft notice of settlement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Notice. | |
| 5/21/2013 05:33 PM | Facendola, Gerard F. | Lundberg, Loretta A. | Major, Robert H. | Attorney Client; Mediation Privilege | Communication regarding attorney-client communication regarding draft notice of settlement. | |
| (Attachment) | Lundberg, Loretta A. | Facendola, Gerard F.; Major, Robert H.; Moore, James* | Balluku, Negisa*; Druehl, Craig*; Espana, Mauricio*; Kahan, Rebecca*; Mani, Nandini**; Mazzeo, Ralph*; Mispagel, Jeffrey*; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft notice of settlement. | |

The Bank of New York Mellon and The Bank of New York Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel

\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|---------------------------|
| 5/21/2013 05:39 PM | Facendola, Gerard F. | Major, Robert H. | | Attorney Client; Mediation Privilege | Communication regarding attorney-client communication regarding draft notice of settlement. | |
| (Attachment) | Major, Robert H. | Facendola, Gerard F. | | Attorney Client; Mediation Privilege | Communication regarding attorney-client communication regarding draft notice of settlement. | |
| 5/21/2013 08:09 PM | Moore, James* | Major, Robert H. | Espana, Mauricio*; Mazzeo, Ralph*; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-Client communication regarding draft Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |
| 5/22/2013 8:13 AM | Major, Robert H. | Provenzano, Jennifer J. | | Attorney Client; Mediation Privilege; Work Product | Communication at the direction of counsel regarding information sought in connection with Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel
\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|
| 5/22/2013 8:23 AM | Major, Robert H. | Moore, James* | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/22/2013 8:45 AM | Provenzano, Jennifer | Major, Robert H. | | Attorney Client; Mediation Privilege; Work Product | Communication at the direction of counsel regarding information sought in connection with Settlement Agreement. | |
| 5/22/2013 9:55 AM | Provenzano, Jennifer | Major, Robert H. | | Attorney Client; Mediation Privilege | Communication at the direction of counsel regarding information sought in connection with Settlement Agreement. | |
| 5/22/2013 10:17 AM | Moore, James* | Major, Robert H. | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/22/2013 3:39 PM | Siegel, Glenn* | Major, Robert H.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/22/2013 4:03 PM | Major, Robert H. | Facendola, Gerard F.; Lundberg, Loretta A.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/22/2013 7:51 PM | Siegel, Glenn* | Facendola, Gerard F.; Major, Robert H.; Mani, Nandini** | Lundberg, Loretta A. | Attorney Client; Mediation Privilege | Attorney-client communication regarding settlement negotiations. | |
| 5/22/2013 7:56 PM | Moore, James* | Facendola, Gerard F.; Major, Robert H.; Mani, Nandini** | Lundberg, Loretta A.; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co, N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel

\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,  Case No. 12-12020*

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |
| 5/22/2013 8:42 PM | Facendola, Gerard F. | Siegel, Glenn*; Major, Robert H.; Mani, Nandini** | Lundberg, Loretta A. | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/22/2013 8:46 PM | Lundberg, Loretta A. | Facendola, Gerard F.; Siegel, Glenn*; Major, Robert H.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/22/2013 10:07 PM | Moore, James* | Facendola, Gerard F.; Major, Robert H.; Mani, Nandini** | Espana, Mauricio*; Lundberg, Loretta A.; Mazzeo, Ralph*; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |
| 5/23/2013 7:07 AM | Major, Robert H. | Facendola, Gerard F. | | Attorney Client; Mediation Privilege | Communication incorporating advice from counsel regarding Settlement | |
| 5/23/2013 7:27 AM | Lundberg, Loretta A. | Facendola, Gerard F.; Major, Robert H.; Mani, Nandini**; Moore, James* | Espana, Mauricio*; Mazzeo, Ralph*; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/23/2013 7:31 AM | Moore, James* | Facendola, Gerard F.; Lundberg, Loretta A.; Major, Robert H.; Mani, Nandini** | Espana, Mauricio*; Mazzeo, Ralph*; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding portions of Settlement Agreement. | |
| (Attachment) | | | | Attorney Client; Mediation Privilege; Work Product | Draft Settlement Agreement. | |

The Bank of New York Mellon and The Bank of New York
Mellon Trust Co., N.A. reserve the right to supplement and/or amend this privilege log

\* Outside counsel
\*\* Inside counsel

**The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A.'s First Privilege Log**

*In re: Residential Capital, LLC et al.,* Case No. 12-12020

| Date | Author | To | Copies | Privilege Basis | Privilege Comments | Bates-Range (If Produced) |
|------|--------|-----|--------|-----------------|--------------------|--------------------------|
| 5/23/2013 7:46 AM | Lundberg, Loretta A. | Facendola, Gerard F.; Major, Robert H.; Mani, Nandini**; Moore, James* | Espana, Mauricio*; Mazzeo, Ralph*; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/23/2013 7:59 AM | Moore, James* | Facendola, Gerard F.; Lundberg, Loretta A.; Major, Robert H.; Mani, Nandini** | Espana, Mauricio*; Mazzeo, Ralph*; Siegel, Glenn* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/23/2013 8:12 AM | Siegel, Glenn* | Moore, James* | Espana, Mauricio*; Facendola, Gerard F.; Lundberg, Loretta A.; Major, Robert H.; Mani, Nandini**; Mazzeo, Ralph* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/23/2013 8:17 AM | Lundberg, Loretta A. | Siegel, Glenn*; Moore, James* | Facendola, Gerard F.; Major, Robert H.; Mani, Nandini**; Espana, Mauricio*; Mazzeo, Ralph* | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/23/2013 8:19 AM | Siegel, Glenn* | Lundberg, Loretta A. | Espana, Mauricio*; Facendola, Gerard F.; Major, Robert H.; Mani, Nandini**; Mazzeo, Ralph*; Moore, James* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/23/2013 8:52 AM | Major, Robert H. | Facendola, Gerard F.; Lundberg, Loretta A.; Mani, Nandini**; Moore, James* | Espana, Mauricio*; Mazzeo, Ralph*; Siegel, Glenn* | Attorney Client; Mediation Privilege; Work Product | Attorney-client communication regarding draft Settlement Agreement attaching executed signature page. | BNYM-MS 000102 - BNYM-MS 000104 |
| (Attachment) | | | | | Executed signature page. | BNYM-MS 000103 |
| 5/23/2013 08:55 AM | Major, Robert H. | Facendola, Gerard F.; Lundberg, Loretta A.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |
| 5/23/2013 09:00 AM | Lundberg, Loretta A. | Facendola, Gerard F.; Major, Robert H.; Mani, Nandini** | | Attorney Client; Mediation Privilege | Attorney-client communication regarding draft Settlement Agreement. | |

The Bank of New York Mellon and The Bank of New York Mellon Trust Co., N.A. reserve the right to supplement and/or amend this privilege log

* Outside counsel
** Inside counsel