# **EXHIBIT 20**

## In re Residential Capital, LLC, et al. (Case No. 12-12020 (MG))
## Wells Fargo Bank, N.A.'s First Privilege Log

| Document Type | From: | To: | CC: | Date: | Applicable Privilege(s) | Description | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|---|
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit* | May 10, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | WFB-MS000009 - WFB-MS000018 |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | | March 22, 2013 | A/C; WP; MP | Communication regarding Examiner confidentiality agreement; attaching same. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Johnson, Michael*; Bunin, Marty*; Lofano, Debra*; Hao, William* | April 4, 2013 | A/C; WP; MP | Communication regarding proposed Joint Plan Agreement; attaching same. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael* | April 5, 2013 | A/C; WP; MP | Communication regarding proposed Joint Plan Agreement; attaching draft letter regarding same. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael* | April 5, 2013 | A/C; WP; MP | Communication regarding proposed Joint Plan Agreement; attaching draft letter regarding same. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael* | April 5, 2013 | A/C; WP; MP | Communication regarding proposed Joint Plan Agreement; attaching draft letter regarding same. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael* | April 17, 2013 | A/C; WP; MP | Communication regarding proposed Joint Plan Agreement; attaching draft letter regarding same. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael* | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Sohlberg, Mary | Weitnauer, Kit* | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Sohlberg, Mary | Weitnauer, Kit* | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email with attachment(s). | Weitnauer, Kit* | Macurda, Bill*; Johnson, Michael*; Bunin, Marty*; Sohlberg, Mary | | April 19, 2013 | A/C; WP; MP | Communication regarding proposed FGIC settlement agreement; attaching draft of same. | |
| Email. | Johnson, Michael* | Weitnauer, Kit*; Macurda, Bill*; Bunin, Marty*; Sohlberg, Mary | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email with attachment(s). | Weitnauer, Kit* | John Rosenthal; Siegel, Glenn; Jim Garrity; Cohen, Ronald; Arlene Alves | Macurda, Bill*; Bunin, Marty*; Sohlberg, Mary | April 23, 2013 | A/C; WP; MP; CI | Communication regarding mediation and ResCap claims analysis; attaching communication regarding same. | |

* Outside Counsel; ** Inside Counsel
A/C = Attorney-Client Privilege; WP = Work Product Protection; MP= Mediation Privilege; CI = Common Interest Privilege
Wells Fargo reserves the right to supplement, amend or modify this log.

1

In re Residential Capital, LLC, et al. (Case No. 12-12020 (MG))
Wells Fargo Bank, N.A.'s First Privilege Log

| Document Type | From: | To: | CC: | Date: | Applicable Privilege(s) | Description | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|---|
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Macurda, Bill*; Weitnauer, Kit* | April 29, 2013 | A/C; WP; MP | Communication regarding FGIC non-disclosure agreement; attaching same. | |
| Email with attachment(s). | Weitnauer, Kit* | Macurda, Bill*; Bunin, Marty*; Johnson, Michael*; Sohlberg, Mary; | | May 3, 2013 | A/C; WP; MP | Communication regarding draft response to mediation proposals; attaching same. | |
| Email with attachment(s). | Macurda, Bill* | Weitnauer, Kit*; Bunin, Marty*; Johnson, Michael*; Sohlberg, Mary; | | May 3, 2013 | A/C; WP; MP | Communication regarding draft response to mediation proposals; attaching same. | |
| Email with attachment(s). | Weitnauer, Kit* | Macurda, Bill*; Bunin, Marty*; Johnson, Michael*; Sohlberg, Mary; | | May 3, 2013 | A/C; WP; MP | Communication regarding draft response to mediation proposals; attaching same. | |
| Email with attachment(s). | Weitnauer, Kit* | Siegel, Glenn; Arlene Alves; John Kibler; Parekh, Charles; Murphy, Brendan | Macurda, Bill*; Johnson, Michael*; Bunin, Marty*; Sohlberg, Mary | May 3, 2013 | A/C; WP; MP; CI | Communication regarding draft response to mediation proposals; attaching same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill*; Lofano, Debra*; Bunin, Marty* | May 3, 2013 | A/C; WP; MP | Communication regarding mediation and plan support agreement; attaching communication regarding same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 10, 2013 | A/C; WP; MP | Communication regarding FGIC non-disclosure agreement; attaching same. | |
| Email. | Sohlberg, Mary | Johnson, Michael* | | May 10, 2013 | A/C; MP | Communication regarding FGIC non-disclosure agreement. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 10, 2013 | A/C; MP | Communication regarding FGIC non-disclosure agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 10, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit* | May 10, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 10, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 13, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | | May 13, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching related claims analysis. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 14, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |

* Outside Counsel; ** Inside Counsel
A/C = Attorney-Client Privilege; WP = Work Product Protection; MP= Mediation Privilege; CI = Common Interest Privilege
Wells Fargo reserves the right to supplement, amend or modify this log.

2

## In re Residential Capital, LLC, et al. (Case No. 12-12020 (MG))
## Wells Fargo Bank, N.A.'s First Privilege Log

| Document Type | From: | To: | CC: | Date: | Applicable Privilege(s) | Description | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|---|
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 16, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 16, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary; Johnson, Michael*; Macurda, Bill*; Bunin, Marty* | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 22, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same and signature page. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement and draft supplemental plan term sheet. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael*; Lofano, Debra* | May 23, 2013 | A/C; WP; MP | Communication regarding draft supplemental plan term sheet; attaching draft of same. | |
| Email. | Johnson, Michael* | Weitnauer, Kit* | Sohlberg, Mary; Macurda, Bill*; Bunin, Marty*; Lofano, Debra* | May 23, 2013 | A/C; MP | Communication regarding draft supplemental plan term sheet. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill*; Lofano, Debra*; Bunin, Marty* | May 23, 2013 | A/C; WP; MP | Communication regarding draft supplemental plan term sheet; attaching draft of same. | |
| Email. | Sohlberg, Mary | Johnson, Michael*; Macurda, Bill*; Lofano, Debra*; Bunin, Marty*; Weitnauer, Kit* | | May 23, 2013 | A/C; MP | Communication regarding draft supplemental plan term sheet. | |
| Email with attachment(s). | Macurda, Bill* | Sohlberg, Mary | Weitnauer, Kit*; Johnson, Michael*; Lofano, Debra* | May 23, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email. | Johnson, Michael* | Parekh, Charles; Sohlberg, Mary | | May 13, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email with attachment(s). | Macurda, Bill* | Sohlberg, Mary | Weitnauer, Kit*; Johnson, Michael*Lofano, Debra* | May 23, 2013 | A/C; WP; MP | Communication regarding FGIC settlement agreement; attaching execution version of same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill*; Lofano, Debra*; Bunin, Marty* | May 23, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement and draft supplemental plan term sheet; attaching drafts of same. | |

* Outside Counsel; ** Inside Counsel
A/C = Attorney-Client Privilege; WP = Work Product Protection; MP= Mediation Privilege; CI = Common Interest Privilege
Wells Fargo reserves the right to supplement, amend or modify this log.

3

## In re Residential Capital, LLC, et al. (Case No. 12-12020 (MG))
## Wells Fargo Bank, N.A.'s First Privilege Log

| Document Type | From: | To: | CC: | Date: | Applicable Privilege(s) | Description | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|---|
| Email. | Johnson, Michael* | Weitnauer, Kit* | Sohlberg, Mary; Macurda, Bill*; Bunin, Marty*; Lofano, Debra* | May 23, 2013 | A/C; MP | Communication regarding draft supplemental plan term sheet. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael*; Lofano, Debra* | May 23, 2013 | A/C; WP; MP | Communication regarding draft supplemental plan term sheet; attaching draft of same. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement and draft supplemental plan term sheet. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 22, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same and signature page. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary; Johnson, Michael*; Macurda, Bill*; Bunin, Marty* | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email. | Sohlberg, Mary | Johnson, Michael*; Weitnauer, Kit*; Macurda, Bill*; Bunin, Marty* | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 16, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 16, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 14, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |
| Email. | Sohlberg, Mary | Parekh, Charles | | May 13, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email. | Parekh, Charles | Sohlberg, Mary | | May 13, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 10, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 10, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |

\* Outside Counsel; \*\* Inside Counsel
A/C = Attorney-Client Privilege; WP = Work Product Protection; MP= Mediation Privilege; CI = Common Interest Privilege
Wells Fargo reserves the right to supplement, amend or modify this log.

4

In re Residential Capital, LLC, et al. (Case No. 12-12020 (MG))
Wells Fargo Bank, N.A.'s First Privilege Log

| Document Type | From: | To: | CC: | Date: | Applicable Privilege(s) | Description | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|---|
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 10, 2013 | A/C; MP | Communication regarding FGIC non-disclosure agreement. | |
| Email. | Sohlberg, Mary | Johnson, Michael* | | May 10, 2013 | A/C; MP | Communication regarding FGIC non-disclosure agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 10, 2013 | A/C; WP; MP | Communication regarding FGIC non-disclosure agreement; attaching draft of same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | April 29, 2013 | A/C; WP; MP | Communication regarding FGIC non-disclosure agreement; attaching draft of same. | |
| Email. | Johnson, Michael* | Weitnauer, Kit*; Macurda, Bill*; Bunin, Marty*; Sohlberg, Mary; | | April 19, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email with attachment(s). | Weitnauer, Kit* | Macurda, Bill*; Johnson, Michael*; Bunin, Marty*; Sohlberg, Mary; | | April 19, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Sohlberg, Mary | Weitnauer, Kit* | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Sohlberg, Mary | Weitnauer, Kit* | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael* | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email with attachment(s). | Macurda, Bill* | Sohlberg, Mary | Weitnauer, Kit*; Johnson, Michael*; Lofano, Debra* | May 23, 2013 | A/C; WP; MP | Communication regarding FGIC settlement agreement; attaching execution version of same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill*; Lofano, Debra*; Bunin, Marty* | May 23, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement and draft supplemental plan term sheet; attaching drafts of same. | |
| Email. | Johnson, Michael* | Weitnauer, Kit* | Sohlberg, Mary; Macurda, Bill*; Bunin, Marty*; Lofano, Debra* | May 23, 2013 | A/C; MP | Communication regarding draft supplemental plan term sheet. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael*; Lofano, Debra* | May 23, 2013 | A/C; WP; MP | Communication regarding draft supplemental plan term sheet; attaching draft of same. | |

* Outside Counsel; ** Inside Counsel
A/C = Attorney-Client Privilege; WP = Work Product Protection; MP= Mediation Privilege; CI = Common Interest Privilege
Wells Fargo reserves the right to supplement, amend or modify this log.                                                   5

In re Residential Capital, LLC, et al. (Case No. 12-12020 (MG))
Wells Fargo Bank, N.A.'s First Privilege Log

| Document Type | From: | To: | CC: | Date: | Applicable Privilege(s) | Description | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|---|
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement and draft supplemental plan term sheet. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 22, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same and signature page. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary; Johnson, Michael*; Macurda, Bill*; Bunin, Marty*; | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email. | Sohlberg, Mary | Johnson, Michael*; Weitnauer, Kit*; Macurda, Bill*; Bunin, Marty*; | | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 22, 2013 | A/C; MP | Communication regarding draft FGIC settlement agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 16, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 16, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 14, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |
| Email. | Sohlberg, Mary | Parekh, Charles | | May 13, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 13, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 10, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 10, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 10, 2013 | A/C; MP | Communication regarding FGIC non-disclosure agreement. | |
| Email. | Sohlberg, Mary | Johnson, Michael* | | May 10, 2013 | A/C; MP | Communication regarding FGIC non-disclosure agreement. | |

\* Outside Counsel; \*\* Inside Counsel
A/C = Attorney-Client Privilege; WP = Work Product Protection; MP= Mediation Privilege; CI = Common Interest Privilege
Wells Fargo reserves the right to supplement, amend or modify this log.

6

## In re Residential Capital, LLC, et al. (Case No. 12-12020 (MG))
## Wells Fargo Bank, N.A.'s First Privilege Log

| Document Type | From: | To: | CC: | Date: | Applicable Privilege(s) | Description | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|---|
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 10, 2013 | A/C; WP; MP | Communication regarding FGIC non-disclosure agreement; attaching same. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Bunin, Marty*; Johnson, Michael* | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | May 22, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Macurda, Bill*; Weitnauer, Kit* | May 16, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Macurda, Bill*; Weitnauer, Kit* | May 14, 2013 | A/C; WP; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation; attaching draft Duff & Phelps report. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 10, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email with attachment(s). | Weitnauer, Kit* | Macurda, Bill*; Johnson, Michael*; Bunin, Marty*; Sohlberg, Mary | | April 19, 2013 | A/C; WP; MP | Communication regarding draft FGIC settlement agreement; attaching draft of same. | |
| Email. | Weitnauer, Kit* | Sohlberg, Mary | | April 19, 2013 | A/C; MP | Communication regarding proposed Joint Plan Agreement. | |
| Email. | Sohlberg, Mary | Lofano, Debra* | | May 24, 2013 | A/C; MP | Communication regarding draft notice regarding FGIC settlement agreement and PSA. | |
| Email. | Sohlberg, Mary | Lofano, Debra* | | May 24, 2013 | A/C; MP | Communication regarding draft notice regarding FGIC settlement agreement and PSA. | |
| Email with attachment(s). | Lofano, Debra* | Sohlberg, Mary | | May 24, 2013 | A/C; WP; MP | Communication regarding draft notice regarding FGIC settlement agreement and PSA; attaching draft of same. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 10, 2013 | A/C; MP | Communication regarding FGIC non-disclosure agreement. | |
| Email. | Sohlberg, Mary | Johnson, Michael* | | May 10, 2013 | A/C; MP | Communication regarding FGIC non-disclosure agreement. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Bunin, Marty*; Macurda, Bill* | May 10, 2013 | A/C; WP; MP | Communication regarding FGIC non-disclosure agreement; attaching draft of same. | |
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | April 29, 2013 | A/C; WP; MP | Communication regarding FGIC non-disclosure agreement; attaching draft of same. | |

\* Outside Counsel; ** Inside Counsel
A/C = Attorney-Client Privilege; WP = Work Product Protection; MP= Mediation Privilege; CI = Common Interest Privilege
Wells Fargo reserves the right to supplement, amend or modify this log.

7

# In re Residential Capital, LLC, et al. (Case No. 12-12020 (MG))
## Wells Fargo Bank, N.A.'s First Privilege Log

**CONFIDENTIAL**

| Document Type | From: | To: | CC: | Date: | Applicable Privilege(s) | Description | Bates-Range (If Produced) |
|---|---|---|---|---|---|---|---|
| Email with attachment(s). | Johnson, Michael* | Sohlberg, Mary | Weitnauer, Kit*; Macurda, Bill* | May 22, 2013 | A/C; WP; MP | Communication regarding FGIC settlement agreement; attaching draft of same and signature page. | |
| Email with attachment(s). | Weitnauer, Kit* | Sohlberg, Mary | Macurda, Bill*; Johnson, Michael*; Bunin, Marty*; Lofano, Debra* | May 23, 2013 | A/C; WP; MP | Communication regarding draft supplemental plan term sheet; attaching draft of same. | |
| Email. | Park, James D.** | Sohlberg, Mary | | May 20, 2013 | A/C; MP | Communication regarding FGIC settlement agreement. | |
| Email with attachment(s). | Sohlberg, Mary | Park, James. D.** | | May 20, 2013 | A/C; WP; MP | Communication regarding FGIC settlement agreement; attaching draft of same. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 13, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |
| Email. | Johnson, Michael* | Sohlberg, Mary | | May 10, 2013 | A/C; MP | Communication regarding Duff & Phelps analysis of FGIC settlement proposal and commutation. | |

\* Outside Counsel; ** Inside Counsel
A/C = Attorney-Client Privilege; WP = Work Product Protection; MP= Mediation Privilege; CI = Common Interest Privilege
Wells Fargo reserves the right to supplement, amend or modify this log.

8