# **EXHIBIT 21**

In re: Residential Capital, LLC et al. (12-12020)
Privilege Log of U.S. Bank National Association

| No. | Date | Document Type | From | To | Cc | Redacted / Withheld | Bates Number | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4/30/2013 | Email chain with attachments | M. Kotwick* | M. Scott | A. Alves* | Redacted | USB_MS 00048-51 | AC; WP; MP; CI | Forwarding draft confidentiality agreement and non-reliance letter. |
| 2 | 4/30/2013 | Email chain with attachment | M. Kotwick* | M. Scott | A. Alves* | Withheld | -- | AC; WP; MP | Forwarding draft settlement agreement. |
| 3 | 5/2/2013 | Email chain with attachment | M. Kotwick* | M. Scott | A. Alves*; A. Silverstein*; R. Cohen* | Redacted | USB_MS 00060-62 | MP | Forwarding signed confidentiality agreement. |
| 4 | 5/8/2013 | Email chain with attachment | A. Alves* | M. Scott; L. Moran; J. Byrnes | M. Kotwick*; A. Silverstein* | Redacted | USB_MS 00068-70 | AC; WP; MP; CI | Forwarding and discussing Duff & Phelps analysis. |
| 5 | 5/8/2013 | Email chain | M. Kotwick* | M. Scott; A. Alves* | J. Byrnes; L. Moran; A. Silverstein* | Withheld | -- | AC; WP; MP | Discussing Duff & Phelps analysis and settlement process. |
| 6 | 5/8/2013 | Email chain | A. Alves* | M. Scott; M. Kotwick* | J. Byrnes; L. Moran; A. Silverstein* | Withheld | -- | AC; WP; MP | Discussing Duff & Phelps analysis and settlement process. |
| 7 | 5/9/2013 | Email | A. Alves* | M. Scott | J. Byrnes; L. Moran | Withheld | -- | AC; WP; MP | Discussing settlement process and draft agreement. |

\* Outside Counsel
AC = Attorney-Client Communication; WP = Work Product Protection; MP = Mediation Privilege; CI = Common Interest Privilege
U.S. Bank reserves the right to supplement, amend or modify this log.

1

**Confidential**

In re: Residential Capital, LLC et al. (12-12020)
Privilege Log of U.S. Bank National Association

| No. | Date | Document Type | From | To | Cc | Redacted / Withheld | Bates Number | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 5/9/2013 | Email | A. Alves* | M. Scott | J. Byrnes; L. Moran | Withheld | -- | AC; WP; MP | Discussing Duff & Phelps analysis of proposed settlement. |
| 9 | 5/10/2013 | Email chain with attachment | M. Kotwick* | M. Scott | M. Kotwick*; A. Alves* | Redacted | USB_MS 00079-81 | MP | Forwarding signed non-reliance letter. |
| 10 | 5/10/2013 | Email chain | J. Byrnes | M. Scott | A. Alves*; L. Moran | Withheld | -- | AC; MP | Discussing Duff & Phelps analysis of proposed settlement. |
| 11 | 5/10/2013 | Email chain | A. Alves* | M. Scott | J. Byrnes; L. Moran | Withheld | -- | AC; WP; MP | Discussing Duff & Phelps analysis of proposed settlement. |
| 12 | 5/10/2013 | Email chain | A. Alves* | J. Byrnes; M. Scott | L. Moran | Withheld | -- | AC; WP; MP | Discussing Duff & Phelps analysis of proposed settlement. |
| 13 | 5/16/2013 | Email with attachment | A. Alves* | J. Byrnes; L. Moran; M. Scott | | Withheld | -- | AC; WP; MP | Due diligence on settlement proposal. |
| 14 | 5/16/2013 | Email chain | A. Alves* | M. Scott | J. Byrnes; L. Moran | Withheld | -- | AC; WP; MP | Due diligence on settlement proposal. |
| 15 | 5/16/2013 | Email with attachment | M. Kotwick* | M. Scott | A. Alves*; A. Silverstein*; R. Cohen* | Redacted | USB_MS 00084-87 | AC; WP; MP; CI | Discussing Duff & Phelps analysis of settlement proposal. |

* Outside Counsel
AC = Attorney-Client Communication; WP = Work Product Protection; MP = Mediation Privilege; CI = Common Interest Privilege
U.S. Bank reserves the right to supplement, amend or modify this log.

2

**Confidential**

In re: Residential Capital, LLC et al. (12-12020)
**Privilege Log of U.S. Bank National Association**

| No. | Date | Document Type | From | To | Cc | Redacted / Withheld | Bates Number | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 5/16/2013 | Email chain with attachment | M. Kotwick* | M. Scott | A. Alves*; A. Silverstein*; R. Cohen* | Withheld | -- | AC; WP; MP | Due diligence on settlement proposal. |
| 17 | 5/16/2013 | Email with attachment | A. Alves* | M. Scott | M. Kotwick*; A. Silverstein* | Withheld | -- | AC; WP; MP | Due diligence on settlement proposal. |
| 18 | 5/17/2013 | Email | T. Ashraf | M. Scott | L. Moran; M. Moeller | Withheld | -- | AC; MP | Due diligence on settlement proposal at direction of counsel. |
| 19 | 5/17/2013 | Email chain with attachment | T. Ashraf | M. Scott | L. Moran; M. Moeller | Withheld | -- | AC; MP | Due diligence on settlement proposal at direction of counsel. |
| 20 | 5/17/2013 | Email chain with attachment | M. Scott | A. Alves* | J. Byrnes; L. Moran; M. Scott | Withheld | -- | AC; MP | Due diligence on settlement proposal at direction of counsel. |
| 21 | 5/18/2013 | Email chain with attachments | M. Kotwick* | M. Scott | A. Alves*; A. Silverstein*; R. Cohen* | Withheld | -- | AC; MP | Discussing and forwarding draft settlement agreement. |
| 22 | 5/18/2013 | Email | M. Kotwick* | M. Scott | A. Alves*; A. Silverstein*; R. Cohen* | Withheld | -- | AC; WP; MP | Discussing draft settlement agreement. |
| 23 | 5/21/2013 | Email with attachment | L. Binder* | M. Scott | A. Alves* | Withheld | -- | AC; WP; MP | Discussing and forwarding draft notice to holders of settlement. |

\* Outside Counsel
AC = Attorney-Client Communication; WP = Work Product Protection; MP = Mediation Privilege; CI = Common Interest Privilege
U.S. Bank reserves the right to supplement, amend or modify this log.                3                                **Confidential**

**In re: Residential Capital, LLC et al. (12-12020)**
**Privilege Log of U.S. Bank National Association**

| No. | Date | Document Type | From | To | Cc | Redacted / Withheld | Bates Number | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 5/21/2013 | Email | M. Kotwick* | M. Scott | A. Alves* | Withheld | -- | AC; WP; MP | Discussing settlement proceedings. |
| 25 | 5/22/2013 | Email chain with attachments | M. Kotwick* | M. Scott | A. Alves*; A. Silverstein*; R. Cohen* | Withheld | -- | AC; WP; MP | Discussing and forwarding draft settlement agreement. |
| 26 | 5/22/2013 | Email with attachments | L. Binder* | M. Scott | A. Alves* | Withheld | -- | AC; WP; MP | Discussing draft notice to holders of settlement. |

\* Outside Counsel
AC = Attorney-Client Communication; WP = Work Product Protection; MP = Mediation Privilege; CI = Common Interest Privilege
U.S. Bank reserves the right to supplement, amend or modify this log.                4                                                **Confidential**