# **EXHIBIT 23**

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion – Supplemental Privilege Log – July 10, 2013

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV044 | 5/12/2013 | Morrison & Foerster; ResCap | | | | Draft board resolution prepared by or at the direction of counsel regarding the PSA and Plan Term Sheet | AC/WP |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege1