# **EXHIBIT 24**

*In re Residential Capital LLC, et al.*, 12-12020(MG) (Bankr. S.D.N.Y.)
FGIC 9019 Motion – Supplemental Privilege Log – July 15, 2013

| No. | Date | Author/From | Recipients | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| PRIV045 | 3/16/2013 | Gary Lee (MoFo) | Tom Marano (ResCap); Tammy Hamzehpour (ResCap); Jim Whitlinger (ResCap); William Thompson (ResCap); Patrick Fleming (ResCap); Pam West (ResCap); John Mack (ResCap); Jonathan Ilany (ResCap) | James Tanenbaum (MoFo); Lewis Kruger (ResCap); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Jim Moldovan (Morrison Cohen) | | Email from counsel regarding upcoming meetings | AC/WP |
| PRIV046 | 5/23/2013 | Gary Lee (MoFo) | Tammy Hamzehpour (ResCap); Jennifer Shank (ResCap); Thomas Marano (ResCap); Jill Horner (ResCap); Jonathan Ilany (ResCap); Ted Smith (ResCap); Teresa Brenner (ResCap); John Mack (ResCap); Pamela West (ResCap) | Lewis Kruger (ResCap); Joe Moldovan (Morrison Cohen); David Piedra (Morrison Cohen); Jim Tanenbaum (MoFo); Bill Thompson (ResCap); Nilene Evans (MoFo); Lorenzo Marinuzzi (MoFo); Larren Nashelsky (MoFo); Anthony Princi (MoFo); Darryl Rains (MoFo); Charles Kerr (MoFo); Joel Haims (MoFo); Jamie Levitt (MoFo); Todd Goren (MoFo) | | Email from counsel regarding the settlement agreements. | AC/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege1