## EXHIBIT 25

12-12020-mg   Doc 4681-25   Filed 08/15/13   Entered 08/15/13 01:22:14   Exhibit 25

*In re Residential Capital LLC, et al., 12-12020(MG) (Bankr. S.D.N.Y.)*

Pg 2 of 3

FGIC 9019 Motion – Redaction Log – July 16

| Bates No. | Date | Author/From | Recipients | CCs | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| RC_FGIC9019_00034884-RC_FGIC9019_00034886 | 5/13/2013 | Jennifer Shank (ResCap) | | | | Attorney client communication during the course of a meeting of the board of directors | AC/MC |
| RC_FGIC9019_00034892-RC_FGIC9019_00034893 | 5/21/2013 | Jennifer Shank (ResCap) | | | | Attorney client communication during the course of a meeting of the board of directors | AC/MC |
| RC_FGIC9019_00034836 | 5/22/2013 | Jennifer Shank (ResCap) | Thomas Strauss (Wilmington Trust); Garry Hills (Wilmington Trust); Mindy Waiser (Wilmington Trust); William Tyson (ResCap); Deanna Horst (ResCap); Dave Cunningham (ResCap); Tammy Hamzehpour (ResCap); Lewis Kruger (ResCap); Nilene Evans (MoFo); Lorenzo Marinuzzi (MoFo) | | | Email sent at the direction of counsel with attached board materials prepared by or at the direction of counsel | AC/WP |
| RC_FGIC9019_00034899-RC_FGIC9019_00034900 | 5/22/2013 | Jennifer Shank (ResCap) | | | | Attorney client communication during the course of a meeting of the board of directors | AC/MC |
| RC_FGIC9019_00034839 | 5/22/2013 | Jennifer Shank (ResCap) | Thomas Strauss (Wilmington Trust); Garry Hills (Wilmington Trust); Mindy Waiser (Wilmington Trust); William Tyson (ResCap); Deanna Horst (ResCap); Dave Cunningham (ResCap); Tammy Hamzehpour (ResCap); Lewis Kruger (ResCap); Nilene Evans (MoFo); Lorenzo Marinuzzi (MoFo) | | | Email sent at the direction of counsel with attached board materials prepared by or at the direction of counsel | AC/WP |
| RC_FGIC9019_00034890 | 6/14/2013 | Jennifer Shank (ResCap) | | | | Attorney client communication during the course of a meeting of the board of directors | AC/MC |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege

*In re Residential Capital LLC, et al., 12-12020(MG) (Bankr. S.D.N.Y.)*

FGIC 9019 Motion – Redaction Log – July 16

| Bates No. | Date | Author/From | Recipients | CCs | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| RC_FGIC9019_00034849-RC_FGIC9019_00034853 | 06/14/2013 | Jennifer Shank (ResCap) | Tom Marano (ResCap); Tammy Hamzehpour (ResCap); Jim Whitlinger (ResCap); William Thompson (ResCap); Patrick Fleming (ResCap); Pam West (ResCap); John Mack (ResCap); Jonathan Ilany (ResCap); Jill Horner (ResCap); Teresa Brenner (ResCap); Ted Smith (ResCap); Gary Lee (MoFo); James Tanenbaum (MoFo); Lewis Kruger (ResCap); Lorenzo Marinuzzi (MoFo); Todd Goren (MoFo); Jim Moldovan (Morrison Cohen); David Piedra (Morrison Cohen); Michael Connolly (Morrison Cohen); Jack Levy (Morrison Cohen); Robert Dakis (Morrison Cohen); Karn Chopra (Centerview); Marc Puntus (Centerview); Ryan Kielty (Centerview); Bill Nolan (FTI); Mark Renzi (FTI); Oliver Ireland (MoFo) | | | Email sent at the direction of counsel with attached board materials prepared by or at the direction of counsel regarding mediation | AC/WP/CI |

AC = Attorney-Client Communication; WP = Work Product Protection; MC = Mediation Confidentiality Order; CI = Common Interest Privilege