# EXHIBIT 28

| | |
|---|---|
| **From:** | Howard S. Koh [hsk@msf-law.com] |
| **Sent:** | Sunday, July 21, 2013 2:41 PM |
| **To:** | Eaton, Mary |
| **Cc:** | Johnson, Michael; James, Emma; Baio, Joseph; Michael R. Carney; Peter Goodman; Basil A. Umari; Kaufman, Philip S.; Howard F Sidman; rlwynne@jonesday.com; CKerr@mofo.com; Kahan, Rebecca; glenn.siegel@dechert.com; Mauricio.Espana@dechert.com; kotwick@sewkis.com; alves@sewkis.com; maloney@sewkis.com; Weitnauer, Kit; Hao, William; Jeff Schreiber |
| **Subject:** | RE: Duff & Phelps deposition |

Dear Ms. Eaton,

With the exception of the one confidential document addressed in Michael Johnson's email of approximately 11:18 a.m. today, both Duff & Phelps and counsel for the Trustees have confirmed to me that they have produced all documents provided to Duff & Phelps, or that Duff & Phelps considered in connection with preparing its report. No other documents have been withheld on any grounds, including privilege. All of the documents that Duff & Phelps produced were considered in preparing its report.

With respect to the length of the deposition, I understand that the Court limited fact witness depositions to 4 hours and that in connection with the 9019 motion in this case, expert witness depositions were also limited to 4 hours. As Duff & Phelp's witness, Allen Pfieffer, will be appearing in both a fact and expert capacity, a six hour limitation seems quite fair. Additionally, Mr. Pfieffer prefers to have his deposition completed by 3:30 PM on Wednesday. Also, I am traveling to Minneapolis on Wednesday evening and need sufficient time to get to the airport.

Accordingly, it is our intention to begin the deposition at your offices at 8:00 AM. This will allow us 90 minutes worth of time for breaks and still conclude the deposition by 3:30 PM. We will see you at 8:00 on the morning of July 24, 2013.

Howard S. Koh
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
hsk@msf-law.com
main: (212) 655-3500
direct: (212) 655-3587
fax: (646) 539-3687

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN LLP which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
*****************************************************************

IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

---

**From:** Eaton, Mary [mailto:meaton@willkie.com]
**Sent:** Friday, July 19, 2013 10:41 AM
**To:** Howard S. Koh
**Cc:** Baio, Joseph; James, Emma
**Subject:** RE: Duff & Phelps LLC - ResCap: Duff & Phelps 30(b)(6) deposition

Dear Howard,

This is to confirm that we will proceed with the deposition of Duff & Phelps on Wednesday, July 24.  We reserve all of our rights with respect to the Duff & Phelps deposition, including its length.

As the court indicated at the hearing on July 17, all information that was "provided to" Duff & Phelps or that Duff & Phelps "considered" in preparing their report should have been produced already.  None of it is privileged.  We do not believe that all such information has been produced, but if it is your position that it has, kindly confirm in writing that all such information has in fact been produced and that none of it has been withheld on the basis of any asserted privilege or protection or on any other grounds.  If all such information has not yet been produced, as we believe to be the case, please produce it immediately.

Regards,
Mary


Mary Eaton
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8626 (tel)
(212) 728-9626 (fax)

2