# EXHIBIT 29

## Biller, Arthur

| | |
|---|---|
| **From:** | Johnson, Michael [Michael.Johnson@alston.com] |
| **Sent:** | Sunday, July 21, 2013 11:18 AM |
| **To:** | Eaton, Mary |
| **Cc:** | James, Emma; Baio, Joseph; Kahan, Rebecca; Howard S. Koh; glenn.siegel@dechert.com; Espana, Mauricio (Mauricio.Espana@dechert.com); kotwick@sewkis.com; Alves, Arlene (alves@sewkis.com); Maloney, Brian (maloney@sewkis.com); Weitnauer, Kit; Hao, William; Michael R. Carney; Peter Goodman; Basil A. Umari; Kaufman, Philip S.; Howard F Sidman; 'rlwynne@jonesday.com' (rlwynne@jonesday.com); Kerr, Charles L. (CKerr@mofo.com); Lawrence, J. Alexander (ALawrence@mofo.com); Howard S. Koh (hsk@msf-law.com) |
| **Subject:** | RE: Duff & Phelps Materials |

Mary: given the time constraints, we would appreciate production of copies of the documents I requested yesterday, even if publicly available. Thanks.

As indicated previously, non-privileged documents considered by Duff in preparing its analysis for the Trustees were previously produced. There is a single document that FGIC disclosed to the Trustees as part of the mediation that Duff considered. We've asked FGIC for permission to produce the document, and FGIC has told us it's willing to allow the Trustees to do so if the parties enter into a stipulation (to be "so ordered" by the court) confirming that production of the document will not violate the court's mediation orders or constitute a violation of the mediation privilege. We'll circulate a draft stipulation shortly.

Michael E. Johnson
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
(212) 210-9584
michael.johnson@alston.com

---

**From:** Eaton, Mary [mailto:meaton@willkie.com]
**Sent:** Saturday, July 20, 2013 4:33 PM
**To:** Johnson, Michael
**Cc:** James, Emma; Baio, Joseph; Kahan, Rebecca; Howard S. Koh; glenn.siegel@dechert.com; Espana, Mauricio (Mauricio.Espana@dechert.com); kotwick@sewkis.com; Alves, Arlene (alves@sewkis.com); Maloney, Brian (maloney@sewkis.com); Weitnauer, Kit; Hao, William; Michael R. Carney; Peter Goodman; Basil A. Umari; Kaufman, Philip S.; Howard F Sidman; 'rlwynne@jonesday.com' (rlwynne@jonesday.com); Kerr, Charles L. (CKerr@mofo.com); Lawrence, J. Alexander (ALawrence@mofo.com)
**Subject:** Re: Duff & Phelps Materials

Michael,

In fact, I believe we have produced everything identified in our expert's disclosure but I will double check that in the am. As for your expert, your message is unclear. Are you saying that you have withheld documents that they considered or that concerned the report they gave in May on privilege or other grounds? We need an answer ASAP. Thank you.

Sincerely,
Mary

Sent from my iPhone

On Jul 20, 2013, at 3:17 PM, "Johnson, Michael" <Michael.Johnson@alston.com> wrote:

1

Mary:  yesterday we produced the materials considered by Dr. Kothari, including the spreadsheet you mention below.  As indicated last week, the materials considered by Duff in preparing the May analysis for the Trustees were already produced.  Discoverable, non-privileged communications concerning and drafts of the Duff analysis were produced prior to the close of fact discovery.

I don't believe you've produced all materials considered by your clients' expert.  By Monday, please produce any such documents, other than discovery/pleadings in this case and in the FGIC rehabilitation proceeding.  Thanks.

Michael E. Johnson
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
(212) 210-9584
michael.johnson@alston.com

---

**From:** Eaton, Mary [mailto:meaton@willkie.com]
**Sent:** Friday, July 19, 2013 8:24 PM
**To:** Eaton, Mary; Johnson, Michael; James, Emma; Baio, Joseph; 'Michael R. Carney'; 'Peter Goodman'; 'Basil A. Umari'; 'Kaufman, Philip S.'; 'Howard F Sidman'; ''rlwynne@jonesday.com' (rlwynne@jonesday.com)'; 'Kerr, Charles L. (CKerr@mofo.com)'; 'Lawrence, J. Alexander (ALawrence@mofo.com)'
**Cc:** 'Kahan, Rebecca'; 'Howard S. Koh'; 'glenn.siegel@dechert.com'; 'Espana, Mauricio (Mauricio.Espana@dechert.com)'; 'kotwick@sewkis.com'; 'Alves, Arlene (alves@sewkis.com)'; 'Maloney, Brian (maloney@sewkis.com)'; Weitnauer, Kit; Hao, William
**Subject:** RE: Duff & Phelps Materials

Counsel,

The expert declaration of S.P. Kothari relies upon a D&P spreadsheet with various tabs that we believe has not been produced.  Please produce it immediately, as well as all other documents concerning D&P's May 15, 2013 analysis, including drafts of the presentation, communications concerning same, and all documents reviewed or relied upon in preparing that analysis and presentation.  Thank you.

Sincerely,
Mary Eaton

---

**From:** Eaton, Mary
**Sent:** Friday, July 19, 2013 10:57 AM
**To:** 'Johnson, Michael'; James, Emma; Baio, Joseph; Michael R. Carney; Peter Goodman; Basil A. Umari; 'Kaufman, Philip S.'; Howard F Sidman; 'rlwynne@jonesday.com' (rlwynne@jonesday.com); Kerr, Charles L. (CKerr@mofo.com); Lawrence, J. Alexander (ALawrence@mofo.com)
**Cc:** Kahan, Rebecca; Howard S. Koh; glenn.siegel@dechert.com; Espana, Mauricio (Mauricio.Espana@dechert.com); kotwick@sewkis.com; Alves, Arlene (alves@sewkis.com); Maloney, Brian (maloney@sewkis.com); Weitnauer, Kit; Hao, William
**Subject:** Duff & Phelps Materials

All,

As the court indicated at the hearing on July 17, all information that was "provided to" Duff & Phelps or that Duff & Phelps "considered" in preparing their report should have been produced already.  None of it is privileged.  We do not believe that all such information has been produced, but if it is your position that it has, kindly (i) confirm in writing that all such information has in fact been produced and that none of it has been withheld on the basis of any asserted privilege or protection or on any other grounds and (ii) identify by Bates

number where in your productions the documents are to be found. If all such information has not yet been produced, please produce it immediately.

Regards,
Mary


Mary Eaton
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8626 (tel)
(212) 728-9626 (fax)

*************************************************************************

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
*************************************************************************


NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

*************************************************************************

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
*************************************************************************