# **EXHIBIT 31**

## Biller, Arthur

| | |
|---|---|
| **From:** | Lawrence, J. Alexander [ALawrence@mofo.com] |
| **Sent:** | Monday, July 22, 2013 1:35 PM |
| **To:** | James, Emma |
| **Cc:** | cshore@whitecase.com; vanessa.soderberg@whitecase.com; mcarney@McKoolSmith.com; Eaton, Mary; Abrams, Marc; Baio, Joseph; Shalhoub, Paul; Hardy, Jennifer; GUzzi@milbank.com; pgoodman@McKoolSmith.com; bumari@McKoolSmith.com; Scott, Kennon; lbradley@whitecase.com; GPapeika@milbank.com; DODonnell@milbank.com; Kerr, Charles L.; rlwynne@JonesDay.com; Rebecca.Kahan@dechert.com; keckstein@kramerlevin.com; kotwick@sewkis.com; munno@sewkis.com; glenn.siegel@dechert.com; pkaufman@kramerlevin.com; michael.martinez@mayerbrown.com; rmauceri@morganlewis.com; jgarrity@morganlewis.com; jgoodchild@morganlewis.com; jrosenthal@morganlewis.com; kit.weitnauer@alston.com; michael.johnson@alston.com; william.hao@alston.com; Mauricio.Espana@dechert.com; hfsidman@JonesDay.com; kmwaag@jonesday.com |
| **Subject:** | RE: In re Residential Capital LLC |

Emma,

Almost all of the documents referenced in Mr. Lipps' Declaration, other than publicly available court decisions, have been produced. The Trustee Proofs of Claims are attached as exhibits to the motion, but we are going to go ahead and send over bates labeled copies of those. I believe Mr. Lipps references some document demands that were exchanged. We will send those over as well.

Regards,

Alex.

---

**From:** James, Emma [mailto:EJames@willkie.com]
**Sent:** Sunday, July 21, 2013 11:15 PM
**To:** Lawrence, J. Alexander
**Cc:** cshore@whitecase.com; vanessa.soderberg@whitecase.com; mcarney@McKoolSmith.com; Eaton, Mary; Abrams, Marc; Baio, Joseph; Shalhoub, Paul; Hardy, Jennifer; GUzzi@milbank.com; pgoodman@McKoolSmith.com; bumari@McKoolSmith.com; Scott, Kennon; lbradley@whitecase.com; GPapeika@milbank.com; DODonnell@milbank.com; Kerr, Charles L.; rlwynne@JonesDay.com; Rebecca.Kahan@dechert.com; keckstein@kramerlevin.com; kotwick@sewkis.com; munno@sewkis.com; glenn.siegel@dechert.com; pkaufman@kramerlevin.com; michael.martinez@mayerbrown.com; rmauceri@morganlewis.com; jgarrity@morganlewis.com; jgoodchild@morganlewis.com; jrosenthal@morganlewis.com; kit.weitnauer@alston.com; michael.johnson@alston.com; william.hao@alston.com; Mauricio.Espana@dechert.com; hfsidman@JonesDay.com; kmwaag@jonesday.com
**Subject:** Re: In re Residential Capital LLC

Alex.:
Please produce all documents considered or relied upon by Mr. Lipps as soon as possible.

Regards,
Emma

Emma J. James
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, New York 10019
Phone: (212) 728-8689
Email: ejames@willkie.com

1

On Jul 21, 2013, at 6:44 PM, "Lawrence, J. Alexander" <ALawrence@mofo.com> wrote:

Objecting Parties,

Following up on my email below, please let us know by 11 pm tonight whether you want to depose Jeff Lipps.

Mr. Lipps lives and practices in Columbus, Ohio.  If he is going to be deposed on Tuesday, he will need to get on a plane tomorrow morning and fly to New York.

Unless someone wants to depose him, he would rather not travel to New York tomorrow morning.

Regards,

Alex.

**From:** Lawrence, J. Alexander
**Sent:** Friday, July 19, 2013 7:17 PM
**To:** 'cshore@whitecase.com'; 'vanessa.soderberg@whitecase.com'; 'mcarney@McKoolSmith.com'; 'meaton@willkie.com'; 'mabrams@willkie.com'; 'jbaio@willkie.com'; 'pshalhoub@willkie.com'; 'EJames@willkie.com'; 'JHardy2@willkie.com'; 'GUzzi@milbank.com'; 'pgoodman@McKoolSmith.com'; 'bumari@McKoolSmith.com'; 'KScott@willkie.com'; 'lbradley@whitecase.com'; 'GPapeika@milbank.com'; 'DODonnell@milbank.com'
**Cc:** Kerr, Charles L.; 'rlwynne@JonesDay.com'; 'Rebecca.Kahan@dechert.com'; 'keckstein@kramerlevin.com'; 'kotwick@sewkis.com'; 'munno@sewkis.com'; 'glenn.siegel@dechert.com'; 'pkaufman@kramerlevin.com'; 'michael.martinez@mayerbrown.com'; 'rmauceri@morganlewis.com'; 'jgarrity@morganlewis.com'; 'jgoodchild@morganlewis.com'; 'jrosenthal@morganlewis.com'; 'kit.weitnauer@alston.com'; 'michael.johnson@alston.com'; 'william.hao@alston.com'; 'Mauricio.Espana@dechert.com'; 'hfsidman@JonesDay.com'; 'kmwaag@jonesday.com'
**Subject:** In re Residential Capital LLC

All

The Debtors have previously designated Jeffrey Lipps and Ron D'Vari as expert witnesses.

The Debtors can make Mr. Lipps available at 10:00 am on Tuesday, July 23, 2013.  Please let us know by Sunday whether anyone plans to take Mr. Lipps' deposition.

Although we need to reconfirm that he is available on this date, the Debtors hope to be able to make Ron D'Vari available at 9:00 am on Thursday, July 25, 2013.  Please let us know by Monday whether anyone plans to take Mr. D'Vari's deposition.

Regards,

Alex.

2

------------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------


        ************************************************************************

IMPORTANT NOTICE:  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
************************************************************************


------------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

3

-------------------------------------------------------------------------