# **Exhibit 5**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468 8000
Facsimile:   (212) 468 7900
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

# THE DEBTORS' WITNESS DISCLOSURES

Pursuant to the Proposed Scheduling Order, dated June 28, 2013, governing the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval Of The Settlement Agreement Among The Debtors, FGIC, The FGIC Trustees And Certain Individual Investors*, [Docket No. 3929] (the "FGIC 9019 Motion"), Residential Capital, LLC, and each of its debtor affiliates (collectively, the "Debtors"), hereby identify the following witnesses from whom they intend to introduce direct testimony at the hearing in connection with the FGIC 9019 Motion:

ny-1097716

**Fact Witnesses**

1. Lewis Kruger
   Chief Restructuring Officer
   c/o Charles L. Kerr
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8000

**Expert Witnesses**

1. Ron D'Vari
   NewOak Capital LLC
   c/o Charles L. Kerr
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8000

2. Jeffrey A. Lipps
   Carpenter Lipps & Leland LLP
   c/o Charles L. Kerr
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8000

The foregoing list includes those witnesses from whom the Debtors intend to introduce direct testimony at the hearing in connection with the FGIC 9019 Motion. The Debtors reserve the right to call any witness designated by any other party to these proceedings in connection with the FGIC 9019 Motion. The Debtors further reserve the right to introduce deposition testimony from any witness who is deposed in these proceedings in connection with the FGIC 9019 Motion. The Debtors further reserve the right to designate additional expert witnesses.

Dated: New York, NY
       July 2, 2013

                Respectfully submitted,

                /s/ Gary S. Lee
                Gary S. Lee
                Charles L. Kerr
                J. Alexander Lawrence

                MORRISON & FOERSTER LLP
                1290 Avenue of the Americas
                New York, New York 10104
                Telephone: (212) 468-8000
                Facsimile: (212) 468-7900

                *Counsel for the Debtors*
                *and Debtors in Possession*