**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC. Et al., | Case No. 12-12020(MG) |
| Debtor(s) | |

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 8/12/13 Doc# 4613, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.