## Exhibit 1

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor and Case Number:** GMAC Mortgage, LLC, Case No. 12-12032

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Galina Valeeva  &  Evelina Okouneva

Name and address where notices should be sent:

24837 Portofino Drive, Lutz FL 33559

Telephone number: 516-754-2025    email: drlina03@yahoo.com

Name and address where payment should be sent (if different from above):

3204 Whitney Court, Bensalem PA 19020

Telephone number: 215-702-1393    email: drlina03@yahoo.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** 51-2009-CA-008312
*(If known)*

Filed on: 09.01.2009

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Mortgage Note
  (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ▮▮▮▮

**3a. Debtor may have scheduled account as:** ▮▮▮▮▮
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☑Real Estate ☐Motor Vehicle ☐Other
Describe:
Value of Property: $ 241,633.00  Annual Interest Rate 5,375 % ☐Fixed ☑Variable
  (when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ 241,633.00   Amount Unsecured: $ 3,752,874.00

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
  $ 3,994,507.00   (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evid~~ definition of *"redacted".)~~
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED
If the documents are not available, please explain:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
12120321211160000000096

**9. Signature:** (See instruction #9) Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.
  (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Galina Valeeva & Evelina Okouneva
Title: _____
Company: _____   (Signature)  *Gara Vee for Eveline Okouneva her power of Attorney infact*   (Date)
Address and telephone number (if different from notice address above):

Telephone number: _____   Email: _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*\* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

RECEIVED
NOV 1 6 2012
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

INVENTORY  LIST

1. PROOF OF CLAIM
2. FORM 1099 A    COPY B
3. POWER OF ATTORNEY
4. SPECIAL WARRANTY DEED
5. POSSESSORY LIEN
6. BASIC COURT INFORMATION SHEET
7. DOCUMENTS TO SETTLE THE ACCOUNT # 601307040 ( 18 PAGES )
8. NOTICE OF DEFAULT ( 6 PAGES )
9. NOTICE OF CONDITIONAL ACCEPTANCE

Date_____11. 9. 2012_____

By:_____

Galina Valeeva ® 2011

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
| --- | --- | --- | --- |

LENDER'S name, street address, city or town, province or state, country, ZIP or
foreign postal code, and telephone no.

*GALINA VALEEVA*
*3204 Whitney court*
*Bensalem PA [19020]*
*215-702-1393    516-754-2025*

OMB No. 1545-0877

**2019**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

| LENDER'S federal identification number | BORROWER'S identification number |
| --- | --- |

| **1** Date of lender's acquisition or knowledge of abandonment *7.20.2005* | **2** Balance of principal outstanding  $ *241,633.00* |
| --- | --- |

**Copy B**
**For Borrower**

BORROWER'S name

*GMAC Mortgage, LLC*

| **3** | **4** Fair market value of property  $ *241,633.00* |
| --- | --- |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Street address (including apt. no.)

*3451 Hammond Ave, PoBox 780*

City or town, province or state, country, and ZIP or foreign postal code

*WATERLOO, IA [50704]*

| **5** If checked, the borrower was personally liable for repayment of the debt · · · · · · · · ▶ ☐ |
| --- |
| **6** Description of property *ASSET TRANSFER*  *to satisfy the debt.* |

Account number (see instructions)

Form **1099-A**          (keep for your records)          www.irs.gov/form1099a          Department of the Treasury - Internal Revenue Service

# ACKNOWLEDGMENT

**Grant of Exclusive Power Of Attorney to Conduct All Tax, Business and Legal Affairs of Grantor**

# POWER OF ATTORNEY

1) I, GALINA ANATOLIY VALEEVA, DEBTOR and GRANTOR, at 24837 PORTOFINO DRIVE, LUTZ, ELORIDA, 33559, do hereby appoint, Galina Anatoliy Valeeva, Secured Party Creditor, and  Grantee, and attorney in fact, c/o 24837 Portofino Drive, Lutz, Florida, Republic; near [33559], Non-Domestic without the US, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive Power of Attorney in fact as authorized:

(A)    To take possession of, hold, and manage my real estate and all other property;

(B)    To receive money or property paid or delivered to me from any source;

(C)    To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and to place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D)    To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact,  Galina Anatoliy Valeeva, in exercising this exclusive power of attorney;

(E)    To retain any investments, invest, and to invest in stocks, bonds or other securities, or in real estate or other property;

(F)    To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G)    To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Galina Anatoliy Valeeva,  may consider prudent;

(H)    To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I)    To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J)    To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Galina Anatoliy Valeeva, may consider prudent.

2) The Secured Party Creditor, Galina Anatoliy Valeeva, named herein and on the Form UCC-1 recorded with the SECRETARY OF STATE of NEW JERSEY, is authorized by law to act for and in control of the DEBTOR, GALINA ANATOLIY VALEEVA, GALINA A VALEEVA, GALINA VALEEVA, or any derivative thereof. In addition, Galina Anatoliy Valeeva has the exclusive power of attorney to contract for all business and legal affairs of Galina Anatoliy Valeeva  16X-XX-12XX, DEBTOR.

3) The term "exclusive" shall be construed to mean that while this power of attorney is in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is Irrevocable during the lifetime of Galina Anatoliy Valeeva.

Executed and sealed by the voluntary act of my own hand, this _23_ day of _December_, 2011.

This instrument was prepared by Galina Anatoliy Valeeva.

Acceptance:

_Galina Anatoliy Valeeva_                    LS: _____
GALINA ANATOLIY VALEEVA, GRANTOR              Galina Anatoliy Valeeva, Grantee

I, the above named exclusive attorney in fact, do
accept the responsibility for the herein-named
DEBTOR-Grantor and will execute the herein
granted power of attorney with Due Diligence.

*************************************************************************************

# ACKNOWLEDGEMENT OF NOTARY

State of _FL_             )
County of _Pasco_         ) ss.
                          )

On the _23_ day of _December_, two thousand-eleven, before me, _Galina Valeeva_,
Notary, personally appeared Galina Anatoliy Valeeva, known to me (or proved to me on the basis of satisfactory
evidence of identification) to be the living woman whose name is subscribed upon this instrument and acknowledged
to me that she executed the same in her authorized capacity; and by her signature on this instrument, Galina Anatoliy
Valeeva has acted on behalf of the person who executed this instrument.

Witnessed by my hand and official seal,

_____

My Commission Expires: _7/8/14_

JIM DUNN
Notary Public - State of Florida
My Comm. Expires Jul 8, 2014
Commission # EE 7145

Prepared by and Return to:
Florida Affiliated Title Services, LLC
8905 Regents Park Drive, Suite 210
Tampa, Florida 33647
Our File Number: 05-311-FAT



2005156467

Rcpt: 908731    Rec: 18.50
DS: 1691.90    IT: 0.00
08/01/05    Dpty Clerk

JED PITTMAN, PASCO COUNTY CLERK
08/01/05  02:09pm  1  of  2
OR BK  **6505**  PG  **1015**

241,633    For official use by Clerk's office only

STATE OF Florida          )          **SPECIAL WARRANTY DEED**
COUNTY OF Pasco          )          (Corporate Seller)
                              )

THIS INDENTURE, made this July 20, 2005, between IH Suncoast Homes, Inc, a Florida corporation, whose mailing address is: 1532 Land O' Lakes Blvd. Suite C, Lutz, FL 33549, party of the first part, and Galina Valeeva, an unmarried woman and Evelina Okouneva, an unmarried woman, whose mailing address is: 24837 Portofino Drive, New Port Richey, Florida 34653, party/parties of the second part,

### W I T N E S S E T H :

First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

Lot 132, OAK GROVE PHASE 4B AND 5B, as per plat thereof, recorded in Plat Book 50, Pages 98-103, of the Public Records of Pasco County, Florida

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.

IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth on July 20, 2005.

Signed, sealed and delivered                    IH Suncoast Homes, Inc
in the presence of:

Colleen Drury                                    By: _____
_____                Print Name: Delton N. Cunningham
Witness signature                                Title: Vice President
Colleen Drury
_____                1532 Land O Lakes Blvd.
Print witness name
Nancy Kessel                                    Ste. C          (Corporate Seal)
_____
Witness signature  Nancy Kessel                  Lutz, FL  33549
_____
Print witness name

DEED - Special Warranty Deed - Corporate
Closers' Choice

OR BK **6505** PG **1016**
2 of 2

State of Florida

County of Hillsborough

THE FOREGOING INSTRUMENT was acknowledged before me this 20th day of July, 2005 by Delton N. Cunningham, Vice President of IH Suncoast Homes, Inc who is personally known to me.

_____

Notary Public

_____

Print Notary Name

My Commission Expires: _____

Notary Seal

NANCY E KESSEL
Comm# DD0370997
Expires 1/18/2009
Bonded thru (800)432-4254
Florida Notary Assn., Inc

DEED - Special Warranty Deed - Corporate
Closers' Choice

```
2011196646
```

Rcpt:1405063    Rec: 18.50
DS: 0.00        IT: 0.00
12/19/11 D. Bonilla, Dpty Clerk

PAULA S.O'NEIL,Ph.D.PASCO CLERK & COMPTROLLER
12/19/11 04:16pm  1 of 2
OR BK 8635 PG 3685

_____SPACE ABOVE THIS LINE FOR RECORDER USE_____

RECORDING REQUEST BY AND          )
WHEN RECORDED MIAL TO:            )
                                  )
NAME: Galina Valeeva
        Evelina Okouneva          )
                                  )
STREET: 24837 Portofino Drive    )
ADDRESS                           )
                                  )
CITY:   Lutz                    )
STATE: Florida                  )
ZIP:    [33559]                 )

## POSSESSORY LIEN
### (Claim of Lien)

The undersigned, Galina Valeeva, referred to in this Claim of lien as the Secured Party Claimant, claims a Possessory Lien for dishonoring right to contract and loss of purchase agreement on property that is described below, due to infringement of contract: 24837 Portofino Drive, Lutz FL [33559], and described as follows: Lot 132, OAK GROVE PHASE 4B AND 5B, as per plat thereof, recorded in Plat Book 50, Pages 98-103, of the Public Records of Pasco County, Florida, recorded with the Department of Licensing, Secretary of State complete with all the necessary factual evidence, filed in the public.

GMAC Mortgage, LLC has committed a tort against Galina Valeeva and Evelina Okoineva by denying their right to original contract, fraud, predatory lending, dishonor in commerce. Their denial has caused irreparable harm and financial distress to Galina Valeeva and Evelina Okouneva Of which this claim of lien arises.

After deducting all just credits and offsets the sum of $241,633.00 together with interest thereon at the rate of seven percent (10%) per anum from 07.20.2005 this amount is due to Secured Party Claimant for the loss of purchase of the property and the rights and benefits enjoined thereof pursuant to the dishonoring of right to contract for sale perpetrated upon Secured Party Claimant.

The name of the entity (Debtor) whom the Secured Party Claimant recognizes as the party obligated is GMAC Mortgage, LLC.

OR BK **8635** PG **3686**
2 of 2

The names of the reputed owner's property in question are GMAC Mortgage, LLC.

Name of Secured Party Claimant: Galina Valeeva

BY: _____

## VERIFICATION

I, the undersigned, declare I am a friend to Galina Valeeva, the Secured Party Claimant named in the foregoing claim of possessory Lien; I am authorized to make this verification for the claimant; I have read the foregoing claim of possessory lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalties of perjury under the laws of the State of Florida that the foregoing is true and correct.

_12/13/11_
(Date of Signature)

_____
(Signature of the individual who verifies that the contents of the Claim of Possessory Lien are true)

## NOTARY

I, _Linda Smith_, a notary public residing in Pasco county, Florida state, do say that on the ____ day of ____ 2011 CE, that a woman known to me as Galina Valeeva appeared before me in her true character and did affix her autograph to the above POSSESSORY LIEN of her own free will and choice.

_____
Notary Public
Seal

_12/13/11_
date

```
           LINDA J. SMITH
     Notary Public - State of Florida
     My Comm. Expires Mar 5, 2015
         Commission # EE 70359
     Bonded Through National Notary Assn.
```

*Paula S. O'Neil, Ph.D.*
Clerk & Comptroller Pasco County, Florida

# Search by Case Number

🖨 PRINTABLE VERSION

**Basic Case Information**

| | |
|---|---|
| Case Name | GMAC MORTGAGE VS G VALEEVA |
| Case # | 51-2009-CA-008312-XXXX-ES |
| Current Judge | SECTION J1 |
| Case Type | FORECLOSURE/REAL PROPERTY-CA |
| Case Status | OPEN |
| Filing Date | 9/1/2009 |
| Status Date | 9/1/2009 |

**Parties to this Case**

| Party Type | Party Number | Party Name | Party Details |
|---|---|---|---|
| DEFENDANT | 5 | ANY AND ALL UNKNOWN PARTIES | addr-atty-alias |
| DEFENDANT | 8 | DOE JANE | addr-atty-alias |
| DEFENDANT | 7 | DOE JOHN | addr-atty-alias |
| PLAINTIFF | 1 | GMAC MORTGAGE LLC | addr-atty-alias |
| DEFENDANT | 6 | OAK GROVE PUD HOMEOWNERS ASSOCIATION INCORPORATED | addr-atty-alias |
| DEFENDANT | 3 | OKOUNEVA EVELINA | addr-atty-alias |
| DEFENDANT | 4 | OKOUNEVA EVELINA UNKNOWN SPOUSE OF | addr-atty-alias |
| DEFENDANT | 1 | VALEEVA GALINA | addr-atty-alias |
| DEFENDANT | 2 | VALEEVA GALINA UNKNOWN SPOUSE OF | addr-atty-alias |

**Register of Actions**

| Event Date | Party | No. | Seq | Event | Comment |
|---|---|---|---|---|---|
| 9/13/2012 | | | 1 | NOTICE: | OF CONDITIONAL ACCEPTANCE |
| 8/20/2012 | | | 2 | AFF TO REASONABLE ATTY FEE | |
| 8/20/2012 | PL | 1 | 1 | MTN FOR SUMMARY JDMT | RENEWED INCLUDING A HEARING TO TAX ATTYS FEES AND COSTS |
| 7/13/2012 | DF | 1 | 1 | RESPONSE - CIVIL | AND DEF 3 IN OPPOSITION TO COUNTER DEF UNVERIFIED MOTION TO STRIKE MEMORANDUM OF LAW IN SUPPORT OF COUNTER PLF MOTION FOR SUMMARY JUDGMENT WITH ATTACHMENT |
| 7/9/2012 | DF | 1 | 1 | NOTICE: | AND DEF 3 REQUEST TO PROVIDE ADDITIONAL TIME TO ANSWER TO PLF MOTION TO STRIKE GRANTED 20 DAYS TO RESPOND JUDGE TEPPER 070912 |
| 6/14/2012 | PL | 1 | 1 | MTN TO STRIKE | WITH ATTACHMENT |
| 4/27/2012 | | | 1 | AFFIDAVIT: | OF NOTARY PRESENTMENT |
| 3/20/2012 | DF | 1 | 3 | CERTIFICATE: | AND NOTICE OF NON RESPONSE |
| 3/20/2012 | DF | 1 | 2 | NOTICE: | OF FAULT WITH OPPORTUNITY TO CURE |
| 3/20/2012 | DF | 1 | 1 | NOTICE: | AND DEF 3 OF DEFAULT |
| 1/18/2012 | DF | 1 | 1 | MTN TO WITHDRAW ATTY OF RECORD | AND NOTICE OF DISCHARGE |
| 1/3/2012 | | | 1 | NTC OF CANCELLATION | OF HEARING SET ON 011012 AT 920AM |
| 12/15/2011 | PL | 1 | 1 | WITHDRAWAL | NOTICE OF AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND ASSIGNMENT OF MORTGAGE |
| 12/8/2011 | | | 1 | NTC OF TELEPHONIC HEARING | PRESIDING JUDGE 011012 AT 920AM |
| 10/31/2011 | DF | 1 | 1 | INVENTORY | LIST OF THE DOCUMENTS TO FILE |
| 10/10/2011 | PL | 1 | 1 | NTC OF CANCELLATION | OF HEARING SET ON 101011 AT 1030AM |
| 10/4/2011 | | | 1 | FORM A-PLAINTIFF CERTIFICATE | |
| 9/26/2011 | DF | 1 | 1 | NTC OF APPEARANCE - CIVIL | OF DF1 OBO DF1 AND DF3 |
| 9/19/2011 | | | 2 | AFFIDAVIT: | OF NOTICE OF CONDITIONAL ACCEPTANCE |
| 9/19/2011 | DF | 1 | 1 | NTC OF APPEARANCE - CIVIL | AND DEF 3 |
| 9/2/2011 | | | 1 | NTC OF HEARING | JUDGE TEPPER 101011 AT 1030AM |
| 7/22/2011 | PL | 1 | 1 | CERTIFICATE OF SVC: | OF RESPONSES TO DISCOVERY REQUESTS |
| 6/28/2011 | PL | 1 | 1 | NTC OF APPEARANCE - CIVIL | AMENDED CO-COUNSEL AS TO SERVICE LIST |
| 5/3/2011 | PL | 1 | 1 | CERTIFICATE OF SVC: | SUPPLEMENTAL RESPONSES TO DEF 1 FIRST REQUEST FOR PRODUCTIO TO PLF 042711 |
| 4/1/2011 | PL | 1 | 1 | RESP TO REQUEST PRODUCTION | RESPONSE TO DF REQUESST |

# AFFIDAVIT OF NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

State of _____Florida_____ )

County of _____Pasco_____ ) ss.

On this __20th__ day of __Jan__, 20_12_, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Galina Anatoliy Valeva appeared before me with the following documents listed below. I, the undersigned Notary, personally verified that these documents were placed in an envelope and sealed by me.

They were sent by United States Post Office :

1) Registered Mail receipt number **RE 556 866 041 US** to TIMOTHY F. GEITHNER SECRETARY OF US TREASURY, 1500 PENNSYLVANIA AVE N.W. WASHINGTON, DC [20220]

2) Certified Mail receipt number **7010 0290 0003 1888 9127** to IRS DEPARTMENT OF HASIENDA, c/o JUAN CARLOS PUIG MORALES POST OFFICE BOX 9024140 SAN JUAN, PUERTO RICO [00902-4140]

| Recording Number | Number of Pages |
|---|---|
| | 29 |

1.) AFFIDAVIT OF NOTARY PRESENTMENT Copy (Original on File)
2.) INVENTORY OF PAY INSTRUMENTS ( Order to settle the Account # ▮▮▮▮ )
3.) NOTICE
4.) PRESENTMENT AFV ( GMAC Mortgage, LLC Billing Statement)
5.) CHARGE BACK ORDER (UCC3-104)
6.) IRS FORMS 1040-V
7.) IRS FORMS 1040-ES
8.) INTERNATIONAL PROMISSORY NOTE #GAVIPN00001
9.) FIDUCIARY TRUSTEE INSTRUCTIONS
10.) VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE (#1)
11.) VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE (#2)
12.) IBOE No: GAV25841040201
13.) IBOE No: GAV258410402012
14.) UCC-1 FINANCING STATEMENT # 201105175926
15.) UCC-3 FINANCING STATEMENT # 201105263906
16.) UCC-3 FINANCING STATEMENT # 201105774552
17.) UCC-3 FINANCING STATEMENT # 201105831033
18.) FORM W8
19.) LAWFUL ORDER FOR MONEY (#1)
20.) LAWFUL ORDER FOR MONEY (#2)
21.) MEMORANDUM OF LAW

WITNESS my hand and official seal.

_____Linda J. Smith_____    __1/20/12__    (Seal)
NOTARY PUBLIC              DATE

LINDA J. SMITH
Notary Public - State of Florida
My Comm. Expires Mar 5, 2015
Commission # EE 70359
Bonded Through National Notary Assn.

My commission expires: ___3 / 15___, 20 _15_

## ORDER TO SETTLE THE ACCOUNT # ███████
### House Joint Resolution 192-Exempt Transaction

**Inventory of Pay Instruments Enclosed:**
Registered Tracking Number for the Pay Instruments: **RE556866041US**

1. AFFIDAVIT OF NOTARY PRESENTMENT
2. INVENTORY OF PAY INSTRUMENTS (Order to settle the Account # ███████)
3. NOTICE
4. GMAC Mortgage, LLC BILLING STATEMENT ACCEPTED FOR VALUE
5. CHARGE BACK ORDER ( UCC3-104)
6. IRS FORMS 1040-V
7. IRS FORMS 1040-ES
8. INTERNATIONAL PROMISSORY NOTE # GAVIPN00001
9. FIDUCIARY TRUSTEE INSTRUCTIONS
10. VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE (#1)
11. VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE (#2)
12. INTERNATIONAL BILL OF EXCHANGE Invoice No: GAV25841040201
13. INTERNATIONAL BILL OF EXCHANGE Invoice No: GAV258410402012
14. FORM UCC-1 # 201105175926
15. FORM UCC-3 # 201105263906 with IBOE No: GAV25841040201 REGISTERED ON
16. FORM UCC-3 # 201105774552 with IBOE No: GAV258410402012 REGISTERED ON
17. FORM UCC-3 # 201105831033 with IPN No: GAVIPN00001 REGISTERED ON
18. FORM W-8
19. LAWFUL ORDER FOR MONEY(#1)
20. LAWFUL ORDER FOR MONEY(#2)
21. MEMORANDUM OF LAW

## IMPORTANT NOTICE:
A dishonor of enclosed pay instruments will be certified in accordance with Uniform Commercial Code
§ 3-502, § 3-503, and § 3-505. In the event there are issues with the enclosed instruments, **please return ALL
ORIGINAL items enclosed with a reason of your dishonor within 14 days**; otherwise, the Undersigned
expects a prompt adjustment to the Accounts. In the event further assistance / information is required, the
Undersign has provided a mailing address below.
Thank you very much !

By:    GALINA VALEEVA
    Galina Valeeva ® 2011
    Authorizing Agent and Sender
    Exemption ID: 161741211
        c/o Galina Valeeva ® 2011
        24837 Portofino Dr, Lutz, FL 33559

State of New Jersey UCC Contract (private)Trust Account # 50005406
State of Florida UCC Contract Trust Account # 201105175918
State of Florida UCC Contract Trust Account # 201105175926
State of Maryland UCC Contract Trust Account # 000000181433136
Post Registered Treasury ( Private ) Depository Account: RE251487503US
United States Treasury Routing / Account 0310-0004-0 / 45518087

**Disclaimer: It is strictly prohibited to use any of the enclosed instruments for anything other than for a proper
Settlement / Adjustment of above referenced accounts.**

Form GAV01182012

# GMAC Mortgage Account Statement

# GMAC Mortgage

## CUSTOMER INFORMATION

**Name:** Galina Valeeva
Evelina Okouneva

**Account Number:**
**Home Phone #:** (516)754-2025

**PROPERTY ADDRESS**
24837 PORTOFINO DRIVE
LUTZ          FL 33559

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

03/23/07  00:29    0005177 20081116 HK2Z2102 GUREG  1 OZ DOM HK2Z2102007 148316  GU

#8WNHJPY
#KW07247J13610#

GALINA  VALEEVA
EVELINA  OKOUNEVA
3204 WHITNEY COURT
BENSALEM PA 19020-1933

For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | |
| Current Statement Date | November 17, 2008 |
| Maturity Date | August 01, 2035 |
| Interest Rate | 6.00000 |
| Current Principal Balance* | $204,812.42 |
| Current Escrow Balance | $1,352.22 |
| Interest Paid Year-to-Date | $9,456.68 |
| Taxes Paid Year-to-Date | $2,706.30 |

**For Customer Care inquiries call:** 1-800-766-4622
**For Insurance inquiries call:** 1-800-256-9962
**For Payment Arrangements call:** 1-800-850-4622

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $1,281.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $572.17 |
| Amount Past Due | $1,853.35 |
| Outstanding Late Charges | $128.10 |
| Other | $72.79- |
| Total Amount Due | $3,762.01 |
| Account Due Date | November 01, 2008 |




## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 10/01/08 | 11/17/08 | $1,853.35 | $255.84 | $1,025.34 | $572.17 | | | $1,853.35- |
| Receipt | 09/01/08 | 11/17/08 | $644.96 | | | | | | $644.96 |
| Prin Curtailment Rever | 09/01/08 | 11/17/08 | $644.96- | $644.96- | | | | | |
| Receipt | 09/01/08 | 11/13/08 | $1,281.18 | | | | | | $1,281.18 |
| County Tax Paid | 09/01/08 | 11/07/08 | $2,706.30 | | | $2,706.30 | | | |
| Mortgage Ins Paid | 09/01/08 | 10/24/08 | $135.91 | | | $135.91 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

This is a reminder that we have not received your current payment and a late charge has been assessed to your account. Please contact us at 800-850-4622 to make payment arrangements.

At this time you have an outstanding late charge balance of $128.10.
Please remit this amount with your payment for a total amount due of $3,762.01.

### See Reverse Side For Important Information

Registered Mail Account Number: RE251487503US

DATE: 11.01.2011

## CHARGEBACK ORDER (UCC 3-104)
### IN ACCORDANCE WITH HJR-192 AND PUBLIC LAW 73-10
### INSTRUCTIONS NOT SUBJECT TO NEGOTIABILITY

RE: CHARGEBACK ORDER

Dear Timothy F. Geithner, SECRETARY IN CHARGE:

Enclosed are documents from the Undersigned's Commercial Agreements, which are recorded in the Public Record. On any presentments to the DEPARTMENT OF THE TREASURY or INTERNAL REVENUE SERVICE with receipts and other evidence have been accepted for value all related endorsements front and back are to include those in accordance with UCC-3-419. The total amount of this chargeback enclosed is $250,958.00 TWO HUNDRED FIFTY THOUSAND NINE HUNDRED FIFTY EIGHT U.S. DOLLARS and NO CENTS.

Please chargeback the undersigned's account number, ▬▬▬▬, for the same value, including interest, penalties, and fees necessary for securing, registration, and discharge of the public liability. As you know, this is a public debt obligation of the United States. This is an order to adjust the account, discharge the debt, and zero the account for all presentments that have been Accepted for Value and endorsed with a valid signature. These presentments will be delivered to you or to your Accounts Management office by United States mail by the Secured Party Creditor undersigned below.

This Registered and Posted Account, # ▬▬▬▬, part of the undersigned's tax estimate, is directed for use (priority) for the Republic (Article IV, Section IV of the original Constitution for the united States Constitution) in accord with public policy HJR-192, (discharge of the public debt). TIMOTHY F.GEITHNER, SECRETARY IN CHARGE, and/or your Deputy-in-charge are to take the undersigned's acceptance (BA), this Article Seven receipt, in exchange for the tax exemption priority. This chargeback order, in accordance with HJR-192, Public Law 73-10, is hereby presented for the receiver to the Federal Window for settlement by Electronic Funds Transfer (EFT) of any presentments tendered to you by the Undersigned Secured Party Creditor, which must be completed within the three (3) day Truth-in-Lending time (Regulation Z).

With This POSTED transaction, the CHARGEBACK charges documented by the enclosed forms for use by the Republic is complete. The International United States Post Office Return Receipt Notice is accepted as acknowledgement from the Secretary of the Treasury without dishonor.

Sincerely,

_Galina Vella_ ℗ 2011

Galina Valeeva, Secured Party
Private Contract Trust # 161741211
24837 Portofino Drive
Lutz, FL [33559]
Pre-Paid Account
Priority — Exempt from Levy
*Void where prohibited by law*

DTC Routing # ▬▬▬▬
DTC Account # ▬▬▬▬

CC: *Internal Revenue Service*
DEPARTMENT DE HACIENDA
c/o JUAN CARLOS PUIG MORALES
D/B/A TRUSTEE, INTERNAL REVENUE SERVICE
Post Office Box 9024140
SAN JUAN, PUERTO RICO  [00902-4140]

Form CB11012011

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2011 Estimated Tax**

Payment
Voucher **4**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to "**United States Treasury.**" Write your social security number and "2011 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Calendar year—Due Jan. 17, 2012

| Amount of estimated tax you are paying by check or money order. | Dollars | Cents |
|---|---|---|
| | | |

| | Your first name and initial | Your last name | Your social security number |
|---|---|---|---|
| Print or type | GALINA A | VALEEVA | ▇▇▇▇ |

If joint payment, complete for spouse

| | Spouse's first name and initial | Spouse's last name | Spouse's social security number |
|---|---|---|---|
| | *Daughter's* EVELINA R | *Daughter's* OKOUNEVA | *Daughter's* ▇▇▇▇ |

Address (number, street, and apt. no.)
24837 PORTOFINO DRIVE

City, state, and ZIP code. (If a foreign address, enter city, province or state, postal code, and country.)
LUTZ FL [ 33559 ]

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 8.**

Form 1040-ES (2011)                                                          -9-

---

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2011 Estimated Tax**

Payment **4**

---

Form **1040-V**
Department of the Treasury
Internal Revenue Service (99)

**Payment Voucher**

OMB No. 1545-0074

**2011**

▶ **Do not staple or attach this voucher to your payment or return.**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| ▇▇▇▇ | ▇▇▇▇ | | 250,958 | 00 |

| | 4 Your first name and initial | Last name |
|---|---|---|
| Print or type | GALINA A | VALEEVA |
| | If a joint return, spouse's first name and initial *Daughter's* EVELINA R | Last name OKOUNEVA |

| Home address (number and street) 24837 Portofino Dr | Apt. no. | City, town or post office, state, and ZIP code (If a foreign address, also complete spaces below.) LUTZ FL [ 33559 ] |
|---|---|---|
| Foreign country name | | Foreign province/county | Foreign postal code |

For Paperwork Reduction Act Notice, see your tax return instructions.                    Cat. No. 20975C

---

Form **1040-V**
Department of the Treasury
Internal Revenue Service (99)

**Payment Voucher**

OMB No. 1545-0074

**2011**

▶ **Do not staple or attach this voucher to your payment or return.**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| ▇▇▇▇ | ▇▇▇▇ | | 1,000,000 | 00 |

| | 4 Your first name and initial | Last name |
|---|---|---|
| Print or type | GALINA A | VALEEVA |
| | If a joint return, spouse's first name and initial *Daughter's* EVELINA R | Last name OKOUNEVA |

| Home address (number and street) 24837 Portofino Drive | Apt. no. | City, town or post office, state, and ZIP code (If a foreign address, also complete spaces below.) LUTZ FL [ 33559 ] |
|---|---|---|
| Foreign country name | | Foreign province/county | Foreign postal code |

For Paperwork Reduction Act Notice, see your tax return instructions.                    Cat. No. 20975C

Exempt Priority Pre-Paid Account
# 0310-0004-0 / 45518087
Maker: Galina Valeeva
24837 PORTOFINO DRIVE
LUTZ, FL 33559

USPS REGISTERED TRACKING NO. RE 161485903US

Note No. GAVIPN00001

**INTERNATIONAL PROMISSORY NOTE**
**(UNCITRAL CONVENTION)**
PURSUANT TO AND IN ACCORDANCE WITH FINAL ARTICLES OF
THE UNCITRAL CONVENTION IN EFFECT ON THE DATE HEREOF
ARTICLES 1-7, ARTICLES 11, 12, 13, 46(3), 47(1) (4-c), 53

Date: December 12, 2011

**CREDIT UPON SIGHT TO PAYEE:** US TREASURY
No Later than 15 days after receipt.     POST OFFICE BOX 9024140
SAN JUAN, PUERTO RICO [00902-4140]

**** $ USD 1,000,000.00

**The Sum Certain: **** ONE MILLION 00/100 **** DOLLARS (USD)**
CREDIT UNCONDITIONALLY
Bonded Negotiable Instrument – Void Where Prohibited by Law

INTERNATIONAL PROMISSORY NOTE (UNCITRAL CONVENTION)
Pre-Paid Prefund-Stock

Remit At Par via Fedwire
UCC Contract Trust Account # 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
Exemption # 161741211
PRIVATE ISSUE

**Presented for Acceptance on Demand**
**(An obligation of the United States)**

Memo: GMAC Mortgage, LLC  Loan No: ▮▮▮▮

Autograph: Galina Valeeva

By, Galina Valeeva "As good as Aval"
Authorized Representative, Without Recourse

BE IT KNOWN that this instrument is NOT a check DO NOT run it through MICR Reader. Pass on to the CHIEF FINANCIAL OFFICER or principal who can perform a BANKER'S ACCEPTANCE of the instrument which is being presented for performance/acceptance. Negotiate this discharge item through the back office for settlement via the pass through account at that Treasury window under public policy for discharge of debt in accordance with HJR 192 June 5, 1933, 73rd Congressional Congress 1ST Secession and amended policies  Charge exempt account number  161741211

| DATE | ACCOUNT NO. | AMOUNT | PREVIOUS BALANCE | CURRENT BALANCE |
|---|---|---|---|---|
| December 12,2011 | ▮▮▮▮ | $1,000,000.00 | $1,000,000.00 | --$0.00-- |

**MEMORANDUM**

Fiduciary Collector, Post the uncollected funds into the asset column of this account and charge the offer and acceptance for settlement; Prepaid and exempt when entered into the post-closing balance.

This statement constitutes Maker's order to pay this instrument upon presentment and endorsement.

As an operation of law, Payee tacitly consents and agrees that, there is accord and satisfaction by use of this instrument to satisfy Payee's claim and Maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with the law as codified at UCC 3-310(b), 3-311, 3-603, and Public Policy at House Joint Resolution 192 of June 5, 1933

Maker does not waive timelines, However, If Payee needs additional time, Payee must present Maker with a written request for additional time within a reasonable time, setting forth the reason Payee request on extension of time, with good cause shown, The acceptability of any such request received by Maker from Payee is conditional upon approval by Maker.

In the event this Instrument is not presented for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown, Payee tacitly consent and agrees that Maker has satisfaction/discharged the debt claim re the alleged account.

Payee tacitly consents and agrees that Payee has a duty to prevent this debt claim/monetary obligation from damaging Maker in any way, and the Payee confesses judgment and Maker reserves the right to initiate a counterclaim against Payee, and file a claim against the bond of any responsible party, including Payee and all principals, agents, and assignees of Payee, whose acts/omissions results in tort damages against Maker.

*For questions regarding this note, contact the Maker by written correspondence.*

Certified Mail # 7010 0290 0003 1888 9127

## FIDUCIARY TRUSTEE INSTRUCTIONS

Galina Anatoliy Valeeva as Secured Party Creditor for GALINA ANATOLIY
VALEEVA hereby has been appointed to fulfill the position of Fiduciary Trustee of
this UCC Master Bond ████████ and backed by UCC Liens filed in the
State of NEW JERSEY lien filing, recording # 50005406 filed in the State of NEW
JERSEY UCC of Credit, UCC-1 Filing No. 201105175926 filed in the State of
FLORIDA. The duties and responsibilities of the Fiduciary Trustee shall be to
present this UCC-1 of Credit Due on Account to Settle and Close GMAC
Mortgage, LLC Account No. ████████ to The Treasury to adjust all records of
accounting to show irrevocably that said Account is fully Satisfied, to issue the
appropriate IRS Forms, and to be in compliance with all revenue requirements, in
this matter timely, for GALINA ANATOLIY VALEEVA by and through
Authorized Secured Party Credit, Galina Anatoliy Valeeva and to do all other acts
requisite to fully, faithfully, and specially execute said appointment.

All documents associated with this assignment have been forwarded to notice:

1) PAYEE:  ATTENTION: PAY OFF GMAC MORTGAGE, LLC/ ACCOUNTING
   DEPARTMENT

   34 HAMMOND AVENUE

   WATERLOO, IA 50704

   CERTIFIED MAIL # 7010 0290 0003 1888 9134

2) OFFICE OF CHIEF COUNSEL (MAR220)

   MARITIME ADMINISTRATION

   1200 NEW JERSEY AVENUE, S.E.

   WASHINGTON, DC  20590

   (For Recording of Instrument) CERTIFIED MAIL #  7010 0290 0003 1888 9141

"without prejudice" UCC 1-308

By: _____ ℮2011

Galina Anatoliy Valeeva
Principal/Secured Party/Creditor
UCC Filing 50005406
NEW JERSEY SECRETARY OF STATE

Invoice Number:  GAV25841040201                    Date:  10.31.2011

<u>Accepted for Value, Certified and Good</u>

NON-NEGOTIABLE DISCHARGE                ARTICLE # RE556866041US

To:  Timothy F. Geithner and/or Office Holder          NON-STANDARD
d/b/a  Secretary of the United States                NON-TRANSFERABLE
Treasury of the United States Government
c/o Internal Revenue Service
Department of the United States Treasury
1500 Pennsylvania Avenue N.W.
Washington, District of Columbia            FL UCC Contract Trust
[Postal Zone 20220]                     Account Number: ██████████

## VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE

Attention:  Timothy F. Geithner and/or Office Holder, Respondent:

I, <u>Galina Valeeva</u> ® 2011, the undersigned affiant, hereinafter, Undersigned, does herewith
solemnly certify and affirm on the Undersigned's unlimited commercial liability that:

1.  The Undersigned is competent to state the matters set forth herewith.
2.  The Undersigned has personal knowledge of the facts herein.
3.  That ALL the facts stated herein are true, correct, complete, and certain.
    Admission as Evidence, and if testifying, the Undersigned shall state:

## PLAIN STATEMENT OF FACTS

4.  This constitutes an Actual and Constructive NOTICE that the Undersigned, <u>Galina</u>
    <u>Valeeva</u> ® 2011, herewith Accepts For Value the attached Documents/Instruments with
    all related bona fide endorsements, front and back, in accord with the rules of SEC and
    the Uniform Commercial Code (UCC) 1-103, 1-507, 1-308, 3-419, 3-402, and House
    Joint Resolution (HJR) 192 of June 5, 1933, and UCC 1-104, 10-104.
5.  Respondent is herewith Authorized to Discharge to Account # ████████ , of the
    Undersigned's, for the appropriate registration fees and command the memory of Account
    # ████████ to charge the same to the Debtor's Order, or to Respondent's Order.
6.  This Total Amount of this Acceptance For Value in this enclosed filing is $250,958.00,
    Two Hundred Fifty Thousand and Nine Hundred Fifty Eight and no cents in U.S.
    Dollars.  Discharge the Public Debt dollar for dollar.
7.  Turnaround Rules of the Securities and Exchange Commission allow 20 business days to
    provide the account Transcript in response to a request.  Please send Notice to the
    Undersigned of the Adjustment of this Account as requested herein within 20 business

days of Respondent's receipt and execution of this Verified Actual and Constructive Notice, verifying confirmation from the Respondent that the Undersigned's Account has been adjusted as herein requested.

8. In the event the Respondent requires further information and/or assistance from the Undersigned, the Undersigned has provided a mailing address below.

## **VERIFICATION**

9. The Undersigned Affiant, Galina Valeeva ® 2011, does herewith certify and Affirm on the Undersigned's unlimited commercial liability, that the Undersigned Issues the ACTUAL AND CONSTRUCTIVE NOTICE WITH THE SINCERE INTENT THAT THE Undersigned is competent to state the matters set forth herein, that the contents are true, correct, complete, and certain to the best of the Undersigned's belief, knowledge, and understanding, and in accordance with the Undersigned's deeply held spiritual beliefs.

* NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL *
* NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT *

INVOICE NUMBER: **GAV25841040201**   ARTICLE # **RE556866041US**

Signed: _____
Authorized Agent/Representative

Employer Identification # ▬▬▬▬▬          c/o  Galina Valeeva® 2011
UCC Contract (Private) Trust Account # ▬▬▬▬▬          24837 Portofino Drive
Post Registered Deposit Account Number:          Lutz, FL 33559
▬▬▬▬▬▬

Commonwealth Of Florida)
                                        ) SS:
County of _____Pasco_____)

MELISSA HARRIS CANTELE
Notary Public - State of Florida
My Comm. Expires Nov 30, 2012
Commission # DD 841579

On this, the 31st day of October, 20 11, before me a notary public ,the

undersigned officer,, personally appeared Galina Valeeva, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_____
                                        Notary Public

Invoice Number: GAV258410402012                           Date: 10.31.2011

<u>Accepted for Value, Certified and Good</u>

NON-NEGOTIABLE DISCHARGE                     ARTICLE # RE556866041US

To: Timothy F. Geithner and/or Office Holder      NON-STANDARD
d/b/a  Secretary of the United States             NON-TRANSFERABLE
Treasury of the United States Government
c/o Internal Revenue Service
Department of the United States Treasury
1500 Pennsylvania Avenue N.W.
Washington, District of Columbia                  FL UCC Contract Trust
[Postal Zone 20220]                               Account Number: ███████████

## VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE

Attention: Timothy F. Geithner and/or Office Holder, Respondent:

I, <u>Galina Valeeva</u> ® 2011, the undersigned affiant, hereinafter, Undersigned, does herewith
solemnly certify and affirm on the Undersigned's unlimited commercial liability that:

1. The Undersigned is competent to state the matters set forth herewith.
2. The Undersigned has personal knowledge of the facts herein.
3. That ALL the facts stated herein are true, correct, complete, and certain.
   Admission as Evidence, and if testifying, the Undersigned shall state:

## PLAIN STATEMENT OF FACTS

4. This constitutes an Actual and Constructive NOTICE that the Undersigned, <u>Galina
   Valeeva</u> ® 2011, herewith Accepts For Value the attached Documents/Instruments with
   all related bona fide endorsements, front and back, in accord with the rules of SEC and
   the Uniform Commercial Code (UCC) 1-103, 1-507, 1-308, 3-419, 3-402, and House
   Joint Resolution (HJR) 192 of June 5, 1933, and UCC 1-104, 10-104.
5. Respondent is herewith Authorized to Discharge to Account # ███████████, of the
   Undersigned's, for the appropriate registration fees and command the memory of Account
   # ███████████ to charge the same to the Debtor's Order, or to Respondent's Order.
6. This Total Amount of this Acceptance For Value in this enclosed filing is $1,000,000.00,
   One Million  and no cents in U.S. Dollars.  Discharge the Public Debt dollar for dollar.
7. Turnaround Rules of the Securities and Exchange Commission allow 20 business days to
   provide the account Transcript in response to a request.  Please send Notice to the
   Undersigned of the Adjustment of this Account as requested herein within 20 business
   days of Respondent's receipt and execution of this Verified Actual and Constructive

Notice, verifying confirmation from the Respondent that the Undersigned's Account has
been adjusted as herein requested.

8.  In the event the Respondent requires further information and/or assistance from the
Undersigned, the Undersigned has provided a mailing address below.

## **VERIFICATION**

9.  The Undersigned Affiant, Galina Valeeva ® 2011, does herewith certify and Affirm on the
Undersigned's unlimited commercial liability, that the Undersigned Issues the ACTUAL
AND CONSTRUCTIVE NOTICE WITH THE SINCERE INTENT THAT THE
Undersigned is competent to state the matters set forth herein, that the contents are true,
correct, complete, and certain to the best of the Undersigned's belief, knowledge, and
understanding, and in accordance with the Undersigned's deeply held spiritual beliefs.

> \* NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL  \*
> \* NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT  \*

INVOICE NUMBER:  **GAV258410402012**          ARTICLE # **RE556866041US**

Signed: _____
        Authorized Agent/Representative

Employer Identification # ▮▮▮▮▮               c/o  Galina Valeeva® 2011
UCC Contract (Private) Trust Account # ▮▮▮▮▮▮▮   24837 Portofino Drive
Post Registered Deposit Account Number:          Lutz, FL 33559
▮▮▮▮▮▮▮▮

*Commonwealth Of Florida*)

                        ) SS:
*County of* ____Pasco_____)

> MELISSA HARRIS CANTELE
> Notary Public - State of Florida
> My Comm. Expires Nov 30, 2012
> Commission # DD 841579

*On this, the* 31st *day of* October *, 20* 11 *, before me a notary public ,the*

*undersigned officer,, personally appeared* Galina Valeeva *, known to me (or*
*satisfactorily proven) to be the person whose name is subscribed to the within instrument, and*
*acknowledged that she executed the same for the purposes therein contained.*

*In witness hereof, I hereunto set my hand and official seal.*

_____
                        *Notary Public*

Form # VACN103111              Page 2 of 2

Invoice Number: GAV25841040201
Date: 09.01.2011

<u>Accepted for Value, Certified and Good</u>

To: Timothy F. Geithner and / or Office Holder          STANDARD
d/b/a Secretary of the United States
Treasury of the United States Government                NEGOTIABLE
c/o Internal Revenue Service
Department of the United States Treasury                TRANSFERABLE
1500 Pennsylvania Avenue, N.W.
Washington, District of Columbia
[Postal Zone 20220]

## <u>INTERNATIONAL BILL OF EXCHANGE</u>

In re:  DISCHARGE OF ACCOUNT IN ACCORDANCE WITH HOUSE JOINT RESOLUTION
192 of June 5, 1933:  Federal Reserve Act of 1913 as amended March 9, 1933;  Title 12 United States
Code Annotated;  and the Uniform Commercial Code, Sections 1-103, 1-104, 1-105,
1-308, 3-419, 3-402, and 10-104.

Florida State UCC Contract (private) Trust Account Number:
The Undersigned's personal I.D. Account Number:
Posted Registered Treasury Deposit Account Number:



Attn: Timothy F. Geithner and /or Office Holder, Respondent,

1. Enclosed are documents, i.e. copies, from the Undersigned's examination of the Commercial
   Agreements of the Undersigned's that are listed on the enclosed accounting, with receipts and
   other evidence that the Undersigned has accepted for Value (Banker's Acceptance), including all
   related endorsements, front and back, to include all endorsements in accord the UCC 3-419,
   Certified and Good and Sworn on the Undersigned's Commercial Liability, from the
   Undersigned's Pre-Paid Account.  The total Amount of this discharge is for $250,958.00
   Two  Hundred Fifty Thousand and Nine Hundred Fifty Eight and no cents in United States
   Dollars.

2. Please DISCHARGE, or cause to be Discharged, to Account Number [■■■■■■] for the same
   value, and charge said Account for the fees necessary for securing and registration, for the
   Priority Exchange for the Tax Exemption to Discharge the Public (DEBT) Liability, of the
   Undersigned's personal possessions (Property).  Command the memory of the Account Number
   [■■■■■■] to charge the same to the Debtor's Order or to the Respondent's Order.

Form BOE09012011                         1 of 2

3. This Posted Registered Deposit Account # ▮▮▮▮▮▮▮▮ fund, that is part of the Undersigned's tax estimate, is directed for the priority use of the Republic, Article Four, Section Four, Constitution of the United States of America, in accordance with Public Policy, HJR-192, discharge of public debt.

4. Timothy F. Geithner and/or Office Holder, Secretary-in-Charge, or the Treasury Department's Deputy Secretary-in-Charge, is directed to take the Undersigned's Banker's Acceptance of this Article Seven receipt, in exchange for the tax exemption priority. This INTERNATIONAL BILL OF EXCHANGE is in Accord with HJR-192, and is presented for the receiver at the Federal Window for Immediate Settlement, within the 72-hour period, re: Truth in Lending Act, time for settlement of retail sales.

5. With this Posted Transaction, the Discharge documented by the enclosed forms, for use of/by the Republic, is complete.

6. Please adjust the Undersigned's Account forthwith, in conjunction and Coordination with all appropriate or involved agencies. Please send Notice to the Undersigned of this Adjustment as requested within thirty (30) days.

7. Should Respondent require more information or assistance from the Undersigned, please contact the Undersigned at the mailing address below.


ACCEPTED FOR VALUE, CERTIFIED AND GOOD


ATTACHED INVOICE NUMBER: GAV25841040201,  ARTICLE No. RE556866041US
* NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL *
* NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT *
Pre-paid:  preferred stock;  priority exchange;  exempt from levy


<u>GALINA VALEEVA</u>        TIN: ▮▮▮▮▮▮        c/o Galina Valeeva
UCC 1-103, 1-105, 1-308, 3-419                  3204 Whitney Court
                                                Bensalem, PA 19010
<u>Galina Valeeva</u>        EIN: ▮▮▮▮▮▮
UCC 1-103, 1-105, 1-308, 3-402


Authorized Agent / Representative:

_Galina Vale_

UCC 1-103, 1-105, 1-308, 3-402

Invoice Number: GAV258410402012
Date: 11.11.2011

<u>Accepted for Value, Certified and Good</u>

Pay to the order of: United States Treasury
cc: Timothy F. Geithner and / or Office Holder
d/b/a Secretary of the United States
Treasury of the United States Government
c/o Internal Revenue Service
Department of the United States Treasury
1500 Pennsylvania Avenue, N.W.
Washington, District of Columbia
[Postal Zone 20220]

STANDARD

NEGOTIABLE

TRANSFERABLE

## <u>INTERNATIONAL BILL OF EXCHANGE</u>

In re:  DISCHARGE OF ACCOUNT IN ACCORDANCE WITH HOUSE JOINT RESOLUTION
192 of June 5, 1933:  Federal Reserve Act of 1913 as amended March 9, 1933;  Title 12 United States
Code Annotated;  and the Uniform Commercial Code, Sections 1-103, 1-104, 1-105,
1-308, 3-419, 3-402, and 10-104.

Florida State UCC Contract (private) Trust Account Number:
The Undersigned's personal I.D. Account Number:
Posted Registered Treasury Deposit Account Number:



Attn: Timothy F. Geithner and /or Office Holder, Respondent,

1.  Enclosed are documents, i.e. copies, from the Undersigned's examination of the Commercial
    Agreements of the Undersigned's that are listed on the enclosed accounting, with receipts and
    other evidence that the Undersigned has accepted for Value (Banker's Acceptance), including all
    related endorsements, front and back, to include all endorsements in accord the UCC 3-419,
    Certified and Good and Sworn on the Undersigned's Commercial Liability, from the
    Undersigned's Pre-Paid Account.  The total Amount of this discharge is for $1,000,000.00
    One Million and no cents in United States Dollars for satisfaction of GMAC Mortgage, LLC
    Account No. ▮▮▮▮▮

2.  Please DISCHARGE, or cause to be Discharged, to Account Number ▮▮▮▮▮ for the same
    value, and charge said Account for the fees necessary for securing and registration, for the
    Priority Exchange for the Tax Exemption to Discharge the Public (DEBT) Liability, of the
    Undersigned's personal possessions (Property).  Command the memory of the Account Number
    ▮▮▮▮▮ to charge the same to the Debtor's Order or to the Respondent's Order.

Form BOE11112011                          1 of 2

3. This Posted Registered Deposit Account # ███████████ fund, that is part of the Undersigned's tax estimate, is directed for the priority use of the Republic, Article Four, Section Four, Constitution of the United States of America, in accordance with Public Policy, HJR-192, discharge of public debt.

4. Timothy F. Geithner and/or Office Holder, Secretary-in-Charge, or the Treasury Department's Deputy Secretary-in-Charge, is directed to take the Undersigned's Banker's Acceptance of this Article Seven receipt, in exchange for the tax exemption priority. This INTERNATIONAL BILL OF EXCHANGE is in Accord with HJR-192, and is presented for the receiver at the Federal Window for Immediate Settlement, within the 72-hour period, re: Truth in Lending Act, time for settlement of retail sales.

5. With this Posted Transaction, the Discharge documented by the enclosed forms, for use of/by the Republic, is complete.

6. Please adjust the Undersigned's Account forthwith, in conjunction and Coordination with all appropriate or involved agencies. Please send Notice to the Undersigned of this Adjustment as requested within thirty (30) days.

7. Should Respondent require more information or assistance from the Undersigned, please contact the Undersigned at the mailing address below.

## ACCEPTED FOR VALUE, CERTIFIED AND GOOD

ATTACHED INVOICE NUMBER: GAV258410402012,  ARTICLE No. RE556866041US
* NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL *
* NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT *
Pre-paid:  preferred stock;  priority exchange;  exempt from levy

<u>GALINA VALEEVA</u>      TIN: ███████
UCC 1-103, 1-105, 1-308, 3-419

<u>Galina Valeeva</u>        EIN: ███████
UCC 1-103, 1-105, 1-308, 3-402

c/o Galina Valeeva
3204 Whitney Court
Bensalem, PA 19010

Authorized Agent / Representative:

*Gari Vela* (signature)

UCC 1-103, 1-105, 1-308, 3-402

Form BOE11112011

2 of 2

− THIS IS NOT A SIGHT DRAFT OF THE BANKRUPTCY ACT IN ANY WAY SHAPE OR FORM −

Lawful Order For Money

House Joint Resolution 192 — Exempted Transaction
Public Policy — Principal Debtor is a Transmitting Utility
(Banker's) Acceptance For Value — Certified and Good
\* NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT  \*
\* NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL  \*

PAYABLE THROUGH:

GALINA  VALEEVA, ▮▮▮▮▮▮▮              Date: 10.08.2011
c/o  United States Treasury
1500 Pennsylvania Avenue, N.W.
Washington, District of Columbia, [ postal Zone 20220 ]

Charge to the Drawee's Account the Value of the SUM CERTAIN AMOUNT OF: $250,958.00

Two Hundred Fifty Thousand and Nine Hundred Fifty Eight and no cents-------U.S. Dollars
and Authorize the Same SUM CERTAIN AMOUNT to be Paid to the Order of:

UNITED  STATES  TREASURY              1500 PENNSYLVANIA  AVENUE    N.W.
(Payee)                               (Mailing Address)
For Satisfaction of GMAC MORTGAGE, LLC      WASHINGTON    DC      20220
 Account #▮▮▮▮▮▮▮                      City)      (State)    (Zip)

INVOICE NUMBER:   GAV25841040201       Galina Valeeva, AR
(Accepted For Value, Certified and Good)    (Drawer/Maker/Principal   UCC § 3-419)

Account Numbers:
SOCIAL SECURITY ACCOUNT #..........................

UNITED STATES PASSPORT ACCOUNTS/BONDS #.........
ORIGINAL ORGANIZATIONAL I.D. ACCOUNT/BOND No.
DRIVER'S  LICENSE

Florida UCC Contract (Private) Trust Account/Bond #
New Jersey UCC Contract (Private) Trust Account/Bond #.
POST REGISTERED DEPOSIT ACCOUNT #..........................

ALL OF THE ABOVE ACCOUNTS/BONDS/CONTRACTS/CERTIFICATES OF INDEBTEDNESS
ARE ACCEPTED FOR VALUE, CERTIFIED AND GOOD, AND ARE EXEMPT FROM LEVY
AND ARE TRANSFERRED AND ASSIGNED TO THE
UNITED STATES TREASURY PURSUANT TO        Authorizing Agent/Representative:
HOUSE JOINT RESOLUTION 192 AND IN
ACCORDANCE WITH THE UCC AND TITLE 12
USC 95a(2) and TITLE 15 USC §§ 1601-1667e;
AND TITLE 12 CFR §§ 226.1 et seq.         UCC § 1-103, 1-105, 1-308, 3-402

− THIS IS NOT A SIGHT DRAFT OF THE BANKRUPTCY ACT IN ANY WAY SHAPE OR FORM −

Lawful Order For Money

House Joint Resolution 192 — Exempted Transaction
Public Policy — Principal Debtor is a Transmitting Utility
(Banker's) Acceptance For Value — Certified and Good
* NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT *
* NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL *

PAYABLE THROUGH:

GALINA  VALEEVA, ██████████                     Date: 10.31.2011
c/o  United States Treasury
1500 Pennsylvania Avenue, N.W.
Washington, District of Columbia, [ postal Zone 20220 ]

Charge to the Drawee's Account the Value of the SUM CERTAIN AMOUNT OF:  $1,000,000.00

One Million and no cents-------U.S. Dollars
and Authorize the Same SUM CERTAIN AMOUNT to be Paid to the Order of:

UNITED  STATES  TREASURY              IRS, DEPARTMENT DE HASIENDA  PO Box 9024140
        (Payee)                               (Mailing Address)
For Satisfaction of GMAC Mortgage, LLC      SAN JUAN, PUERTO  RICO [00902-4140]
Account # ██████████                        City)      (State)      (Zip)

INVOICE NUMBER:   GAV258410402012          Galina Valeeva, AR
(Accepted For Value, Certified and Good)   (Drawer/Maker/Principal   UCC § 3-419)

Account Numbers:
SOCIAL SECURITY ACCOUNT #..........................      ████████████████████

UNITED STATES PASSPORT ACCOUNTS/BONDS #.........
ORIGINAL ORGANIZATIONAL I.D. ACCOUNT/BOND No.
DRIVER'S  LICENSE

Florida UCC Contract (Private) Trust Account/Bond #
New Jersey UCC Contract (Private) Trust Account/Bond #.
POST REGISTERED DEPOSIT ACCOUNT #..........................

ALL OF THE ABOVE ACCOUNTS/BONDS/CONTRACTS/CERTIFICATES OF INDEBTEDNESS
ARE ACCEPTED FOR VALUE, CERTIFIED AND GOOD, AND ARE EXEMPT FROM LEVY
AND ARE TRANSFERRED AND ASSIGNED TO THE
UNITED STATES TREASURY PURSUANT TO          Authorizing Agent/Representative:
HOUSE JOINT RESOLUTION 192 AND IN
ACCORDANCE WITH THE UCC AND TITLE 12
USC 95a(2) and TITLE 15 USC §§ 1601-1667e;
AND TITLE 12 CFR §§ 226.1 et seq.           UCC § 1-103, 1-105, 1-308, 3-402

IN THE CIRCUIT COURT OF THE 6TH JUDICIAL
CIRCUIT, IN AND FOR PASCO COUNTY
FLORIDA GENERAL JURISDICTION DIVISION

CASE NO: 51-2009-CA-008312ES

Galina Valeeva
24837 Portofino Drive
Lutz, Fl 33559

INVENTORY LIST of the documents to file:

1. NOTICE OF DEFAULT ( 2 Pages) Signed and Notarized
2. NOTICE OF FAULT WITH OPPORTUNITY TO CURE
3. CERTIFICATE AND NOTICE OF NON-RESPONSE

Without Recourse,
All Rights Reserved Without Prejudice,
Respectfully Submitted

By: _Galina Valeeva ® 2011_____

Galina Valeeva ® 2011

Date 3 16. 2012

## IN THE CIRCUIT COURT OF TH 6TH JUDICIAL CIRCUIT, IN AND FOR
## PASCO COUNTY GENERAL JURISDICTION DIVISION
## CASE NO: 51-2009-CA-008312ES

*VIA CERTIFIED MAIL: Article #: 7010 1870 0001 6377 0394*
*Article # 7010 1870 0001 6377 0400*
*Article # 7010 1870 0001 6377 0417*

March 16, 2012

Galina Valeeva
Evelina Okouneva
24837 Portofino Drive
Lutz, FL [33559]

GMAC MORTGAGE, LLC                    NATHAN GRYGLEWICZ, ESQ
c/o CEO                               ALBERTELLI LAW
34 Hammond Avenue,                    PO BOX 23028
Waterloo, IA [50704]                  Tampa, FL [33623]

CC: JUDGE LYNN TAPPER
    38053 Live Oak Avenue
    Dade City, FL [33523]

Re: GMAC MORTGAGE, LLC Loan/Account Number: ███████

## NOTICE OF DEFAULT

Gentlemen:

We, Galina Valeeva and Evelina Okouneva, c/o 24837 Portofino Drive, Lutz City, Florida State [33559], hereby certify that we have first hand knowledge of the AFFIDAVIT OF NOTICE OF CONDITIONAL ACCEPTANCE PENDING PROOF OF CLAIM AND VERIFICATION AND VALIDATION OF ALLEGED DEBT with **GOOD FAITH STATEMENT OF ACCOUNT** dated September 16, 2011, sent to GMAC MORTGAGE, LLC by Galina Valeeva via notary presentment on September 16, 2011. According to that document a response was due no later than October 4th, 2011, and we have received no response as of this date.

Per **the attached** NOTICE OF FAULT WITH OPPORTUNITY TO CURE to you dated October 08, 2011, and not having heard from you in the three (3) days grace period, and CERTIFICATE AND NOTICE OF NON-RESPONSE dated October 31, 2011 **YOU ARE IN DISHONOR AND HAVE CAUSED A COMMERCIAL FINANCIAL DAMAGE/INJURY**.

Pursuant to UCC 3-603(b), **the alleged debt is now DISCHARGED** and you are ordered to immediately and forthwith provide Galina Valeeva and Evelina Okouneva with a duly executed SATISFACTION OF MORTGAGE AND RELEASE OF LIEN for their property.

Thank you for your kind and prompt attention to this matter.

I am not an attorney licensed to practice law in the STATE OF FLORIDA and I have not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and I have no interest in any issue

referenced therein. I am NOT a party to this action and I am ONLY acting in an authorized capacity as liaison to communications between the parties. Void where prohibited by law.

Without Recourse,
All Rights Reserved Without Prejudice,

By: _Melissa Cantele_

Notary Public (UCC 3-402 (b)(1))
Seal

MELISSA HARRIS CANTELE
Notary Public - State of Florida
My Comm. Expires Nov 30, 2012
Commission # DD 841579

Without Recourse,
All Rights Reserved Without Prejudice,

By: _Gale V     ® 2011_

Galina Valeeva, Grantor and Beneficiary

By: _Evelina Okouneva_

Evelina Okouneva, Grantor and Beneficiary

By Galina Valeeva, her Power of Attorney in fact _for Evelina Okouneve_

_Gale V     POA_
_® 2011_

*VIA CERTIFIED MAIL: Article #:* **7010 0290 0003 1888 5457**
**#: *7010 0290 0003 1888 5464***


Galina Valeeva                                                    October 08, 2011
24837 Portofino Drive
Lutz, FL 33559


GMAC MORTGAGE, LLC
 Attn: c/o CEO
34 HAMMOND AVENUE
WATERLOO, IA 50704

NATHAN GRYGLEWICZ, ESQ
ALBERTELLI LAW
PO BOX 23028
TAMPA, FL 33623

Re: GMAC MORTGAGE, LLC Loan/Account Number: ██████████

## NOTICE OF FAULT WITH OPPORTUNITY TO CURE

Gentlemen:

I, Galina Valeeva, 24837 Portofino Drive, Lutz, Florida State [33559], hereby notify that I have firsthand knowledge
of the **GOOD FAITH STATEMENT OF ACCOUNT** dated September 16, 2011, that I sent to GMAC
MORTGAGE, LLC via certified mail on September _16_, 2011 (see **attached copy** of United States Postal Service
Domestic Receipt: #7011 1570 0002 4745 3580). According to that document, another copy of which is enclosed
herewith, you have received it on September 19, 2011, and a response was due no later than October 3, 2011, and I
have received no response from you to date.

You are in dishonor and are causing harm and damage by interfering in commercial affairs.

You are now in **FAULT** of said **GOOD FAITH STATEMENT OF ACCOUNT**

**OPPORTUNITY TO CURE**: You have three (3) days from your receipt of this certified communication,
exclusive of the day of receipt, to cure the FAULT by complying with the previous instructions in the **GOOD
FAITH STATEMENT OF ACCOUNT**

Failure to cure will constitute, as an operation of law, the FINAL admission by GMAC MORTGAGE, LLC and its
Co-Party and Officers through TACIT PROCURATION to the statements, claims and answers to the inquires
provided. Said statements, claims and answers to inquires shall be deemed RES JUDICATA, STARE DECISIS and
COLLATERAL ESTOPPEL binding on GMAC MORTGAGE, LLC Officers and its co-party(ies), successors and
assigns.


Conduct yourselves accordingly.                          Without Recourse,
                                                          All Rights Reserved Without Prejudice,
                                                          Respectfully submitted,

                                                          By: _Galina Valeeva_
                                                          Galina Valeeva ® 2011

Enclosure: 1 Tender of Payment

## IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT, IN AND FOR PASCO COUNTY
## FLORIDA GENERAL JURISDICTION DIVISION CASE NO: 51-2009-CA-008312ES

### CERTIFICATE AND NOTICE OF NON-RESPONSE

STATE OF FLORIDA          )
                          ) ss:    Commercial Oath and Verification
COUNTY OF   PASCO         )

NOTARY PUBLIC, under his Commercial Oath with unlimited liability, proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of his private firsthand knowledge and belief under penalty of perjury and International Commercial Law.

Be it known to all interested parties that there has not been any timely response to the AFFIDAVIT OF NOTICE OF CONDITIONAL ACCEPTANCE PENDING PROOF OF CLAIM AND VERIFICATION AND VALIDATION OF ALLEGED DEBT and to the GOOD FAITH STATEMENT OF ACCOUNT dated September 16, 2011, by Respondent.

Declarant:      Galina Valeeva
                24837 Portofino Drive
                Lutz, Florida [33559]

Respondent:     GMAC MORTGAGE, LLC          NATHAN GRYGLEWICZ, ESQ
                c/o CEO                      ALBERTELLI LAW
                34 HAMMOND AVENUE,           PO BOX 23028
                WATERLOO, IA 50704           TAMPA, FL 33623

Such response by Respondent was to have been made to: Galina Valeeva 24837 Portofino Drive, Lutz FL 33559 no later than October 4, 2011 . The evidence shows that Respondent named in this administrative remedy was duly served by Certified Mail on and before September 19, 2011 The NOTICE OF FAULT WITH OPPORTUNITY TO CURE commenced on October 8, 2011 . The 3 days to cure concluded on October 14, 2011 with 3 days allowed for mailing. U.S. MAIL or any other private carrier evidences no response to any of the above notices. The Respondent is now in DEFAULT, without recourse, and is found in agreement and harmony with the Declarant in this administrative remedy due process.

SUBSCRIBED AND AFFIRMED

_____
Galina Valeeva ® 2011

The above-named Affiant, personally known to me, appeared before me a Notary, Sworn and under Oath This 31st day of October , 20 11 .

_____
Notary Public                                    Seal

MELISSA HARRIS CANTELE
Notary Public - State of Florida
My Comm. Expires Nov 30, 2012
Commission # DD 841579

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*honorable Judge Lynn Tapper*

*38053 Live Oak Avenue*

*Dade City, FL [33523]*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    *3-15-12*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7010 1870 0001 6377 0417

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*GMAC Mortgage, LLC*

*34 Hammond Ave*

*Waterloo, IA [50704]*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X **Greg Caya**
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
*MAR 1 6 2012*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7010 1870 0001 6377 0394

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Nathan Gryzlewicz, ESQ*

*PO Box 23028*

*Tampa, FL [33623]*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
*MIKE Smith*    *3/15/12*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7010 1870 0001 6377 0400

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# IN THE CIRCUIT COURT OF TH 6TH JUDICIAL CIRCUIT, IN AND FOR PASCO COUNTY GENERAL JURISDICTION DIVISION
## CASE NO: 51-2009-CA-008312ES

September 7 , 2012,

Galina Valeeva
Evelina Okouneva
24837 Portofino Drive
Lutz, FL [33559]

ASHLEY MICHELLE ELMORE DREW, ESQ.
ALBERTELLI LAW
P.O. Box [23028]
Tampa, FL 33623

JUDGE LYNN TAPPER
38053 Live Oak Avenue
Dade City, FL [33523]

　　CC: GMAC MORTGAGE, LLC
3451 Hammond Avenue
P.O. Box 780
Waterloo, IA [50704]

BRADLEY ARANT BOULT COMMINGS LLP
ATTORNEYS FOR DEFENDANT GMAC MORTGAGE, LLC
Ann T. Taylor, Esq
One Federal Place
1819 Fifth Avenue North
Birmingham, AL [35203-2104]
Facsimile: (205)521-8800

Christian W. Hancock
BRADLEY ARANT BOULT COMMINGS LLP
Bank of America Corporate Center
100 N. Tyron Street, Suite 2690
Charlotte, NC [28202]
Facsimile: (704)332-8858

Re: GMAC MORTGAGE, LLC Loan/Account Number: ███████

# NOTICE OF CONDITIONAL ACCEPTANCE

We, Galina Valeeva and Evelina Okouneva, c/o 24837 Portofino Drive, Lutz City, Florida State [33559],

hereby being unrepresented, ask Honorable Judge LYNN TAPER to clarify the issues:

1) who is a real party of interest in the CASE NO.: 2009-CA-008312-ES for us to be able to

communicate and resolve this matter with the right party.

GMAC Mortgage LLC is only the servicer without any rights to go forward with foreclosure

proceedings as already recorded in this Honorable Court.

We, Galina Valeeva and Evelina Okouneva conditionally accept these proceedings on proof

of claim:

1. that Galina Valeeva and Evelina Okouneva are not the paramount security interest holders in all

    property and collateral both registered and unregistered belonging to Galina Valeeva and Evelina

    Okouneva.

2. that "Plaintiff constitutes a valid lien on the property " on 24837 Portofino Drive, Lutz FL 33559

    Properly registered and certified with the Secretary of the State of the State of Florida and

    Recorded in Pasco County, FL  and in the Circuit Court of the 6th Judicial Circuit in and for

    Pasco County, Florida Civil Division.

3. We, Galina Valeeva and Evelina Okouneva conditionally accept Albertelli Law and Ashley

    Michelle Elmore Drew, Esq. FLORIDA BAR NO. 87236  offer of **PLAINTIFF'S RENEWED**

    **MOTION   FOR   SUMMARY   JUDGMENT   INCLUDING   HEARING   TO   TAX**

    **ATTORNEYS'   FEESAND COSTS** on PRESENTMENT OF AN ORIGINAL UNALTERED

    WET INK NOTE  FOR IMMEDIATE INSPECTION BY ACCOMODATION PARTIES.

    The different variations of the copy of the note fabricated before that we as a paramount security

    interest holders have in the court records and in our possession as well will be considered as

    felony .

4. that GMAC Mortgage, LLC did not receive the TENDER OF PAYMENT, and that UCC 3-603

    TENDER OF PAYMENT does not state that the payment tendered and not returned to the

    Creditor means that the charge got set off, discharged.

5. that TENDER OF PAYMENT had not been tendered, and GMAC Mortgage, LLC

    a) did not have an appointed time to settle this matter or

b) did not have time return the Original Instruments.

GMAC Mortgage, LLC will be held liable for the entire DEFAULT. Damages might be attached

and continue to accrue until this issue is resolved.

Therefore let the record show that we, Galina Valeeva and Evelina Okouneva conditionally

accept court proceedings and continue these public proceedings pending completion of the

ongoing private administrative process to bring the remedy and resolve this matter.

Without Recourse,
All Rights Reserved Without Prejudice,

By: _____

Galina Valeeva, Grantor and Beneficiary

By: _____

Evelina Okouneva, Grantor and Beneficiary

By Galina Valeeva, for Evelina Okouneva,

her Power of Attorney in fact

## Certificate of Service

I certify that a copy thereof has been furnished to all parties listed above by fax and regular mail on
September 8, 2012.

Done this 8 day of September, 2012

Galina Valeeva

3204 Whitney Court

Bensalem, PA 19020

Respectfully submitted.