**Exhibit 4**



June 11, 2013

**Claim Number: 5677**

Dear Claimant:

You are receiving this letter because you or someone on your behalf filed a Proof of Claim form in the jointly-administered chapter 11 bankruptcy cases of Residential Capital, LLC ("ResCap"), GMAC Mortgage, LLC and other affiliated debtors and debtors in possession (collectively, the "Debtors") pending before the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020 (MG) (the "ResCap bankruptcy case"), and we need additional information from you regarding the claims you are asserting against the Debtors.

**The Information We Need From You Regarding Your Proof of Claim:**
We reviewed a copy of the Proof of Claim form and documents you filed in the ResCap bankruptcy case. A copy of your Proof of Claim form is enclosed for your reference. Although you stated "Mortgage Note" was the "Basis for Claim", we are unable to determine from the Proof of Claim form and the documents you submitted why you believe you are owed money or other relief from one or more of the Debtors. In order to evaluate your claim, we need additional details as to why you believe you are owed money or are entitled to other relief from one or more of the Debtors. Please also provide a specific itemization of how you calculated the amount of your claim and provide documentation supporting the calculations.

**You Must Respond to this Email by no Later Than July 11, 2013**:
In accordance with the Order of the Bankruptcy Court (Docket No. 3294, filed March 21, 2013), you **must** respond to this email by no later than July 11, 2013 with an explanation stating the legal and factual reasons why you believe you are owed money or are entitled to other relief from one or more of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases). You **must** also provide copies of any and all documentation that you believe supports the basis for your claim. Included with this letter is a form to assist you in responding to our request.

**Consequences of Failing to Respond**:
If you do not provide the basis for your claim and the supporting documentation by July 11, 2013, the Debtors may file a formal objection to your Proof of Claim on one or more bases including that you failed to provide sufficient information and documentation to support your claim, and your claim may be disallowed and permanently expunged. If your claim is disallowed and expunged, you will not receive any payment for your claim and any other requests you may have made for non-monetary relief in your Proof of Claim will be denied. Therefore, it is very important that you respond by the date stated above with the requested information and documentation supporting the basis for your claim.

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the loan number and property address that the loan relates to in the information and documentation that you send us, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

Residential Capital, LLC    P.O. Box 385220    Bloomington, MN  55438
Morrison & Foerster LLP    New York, New York 10104

**Questions**:

If you have any questions about this email, or need help in providing the requested information and document(s), you should contact an attorney. You may also contact the Special Counsel to the Official Committee of Unsecured Creditors[1] (contact information provided below):

**SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Telephone: 866-259-5217
Website: http://silvermanacampora.com
E-mail address: rescapborrower@silvermanacampora.com

**You must send the requested information and document(s) supporting your claim on or before the date provided in this letter to either;**

 **(i)** **Claims.Management@gmacrescap.com, or**
 **(ii)** **Residential Capital, LLC**
   **P.O. Box 385220**
   **Bloomington, Minnesota 55438**

**Please mark each document you send with the Claim Number referenced above.**

Sincerely,

Claims Management
Residential Capital, LLC

---

[1] Please be advised that SilvermanAcampora LLP does not represent you individually and, therefore, cannot provide you with legal advice.