MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Charles L. Kerr
J. Alexander Lawrence

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF FILING OF**
**AMENDED DIRECT TESTIMONY OF JEFFREY A. LIPPS**

**PLEASE TAKE NOTICE** that, pursuant to the *Amended Order Granting in Part and*

*Denying in Part Motion In Limine Regarding Direct Testimony of Jeffrey A. Lipps*, entered

August 15, 2013 [ECF No. 4687] (the "Lipps Direct Testimony Order"), the debtors and debtors

in possession in the above-captioned chapter 11 cases (the "Debtors") hereby file the attached

ny-1104757

*Amended Direct Testimony of Jeffrey A. Lipps*, attached hereto as **Exhibit 1**, redacted to exclude from evidence those paragraphs specified for exclusion in the Lipps Direct Testimony Order.

| | |
|---|---|
| New York, New York<br>Dated: August 15, 2013 | /s/ Gary S. Lee<br>Gary S. Lee<br>Anthony Princi<br>Charles L. Kerr<br>J. Alexander Lawrence<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |

ny-1104757