# Exhibit 1



# S.P. KOTHARI
Deputy Dean and Gordon Y Billard Professor in Management
MIT Sloan School of Management
E-mail: Kothari@MIT.edu
Web: http://web.mit.edu/kothari/www/
Phone: Direct (617) 253-0994
Executive Assistant: Margaret Lo (617) 253-7151
Fax: (617) 258-6617

**MIT Sloan Office Address**
Sloan School of Management
Massachusetts Institute of Technology
30 Memorial Drive, E60-382
Cambridge, MA  02142

**EMPLOYMENT**

| | |
|---|---|
| 2010 – Present | Deputy Dean and Gordon Y Billard Professor in Management, Sloan School of Management, Massachusetts Institute of Technology |
| 2008 – 2010 | Global Head of Equity Research, Barclays Global Investors, San Francisco |
| 2007 – 2008 | Deputy Dean and Gordon Y Billard Professor in Management, Sloan School of Management, Massachusetts Institute of Technology |
| 2006 – 2007 | Head of the Department of Economics, Finance, and Accounting, and Gordon Y Billard Professor in Management, Sloan School of Management, Massachusetts Institute of Technology |
| 2005 – 2006 | Thomas Henry Carroll-Ford Visiting Professor of Business Administration, Harvard Business School |
| 2003 – 2005 | Head of the Department of Economics, Finance, and Accounting, and Gordon Y Billard Professor in Management, Sloan School of Management, Massachusetts Institute of Technology |
| 1999 – 2003 | Gordon Y Billard Professor in Management and Head of the Accounting Group, Sloan School of Management, Massachusetts Institute of Technology |
| 1998 – 1999 | Professor and Accounting Area Coordinator, University of Rochester |
| 1997 – 1998 | Visiting Professor, Sloan School of Management, Massachusetts Institute of Technology |
| 1996 – 1997 | Professor and Accounting Area Coordinator, University of Rochester |
| 1991 – 1996 | Associate Professor & Accounting Area Coordinator, University of Rochester |
| 1988 – 1991 | Assistant Professor and Accounting Area Coordinator, University of Rochester |
| 1986 – 1988 | Assistant Professor, University of Rochester |

**Other appointments**

| | |
|---|---|
| 2001 – 2003 | Honorary Visiting Professor, Cranfield University |
| 2001, Winter | Visiting Professor, London Business School |
| 1997, Summer | Visiting Professor at the University of Technology in Sydney, Australia |
| 1996, Fall | Weinstein Distinguished Visiting Professor, Baruch CUNY, New York |
| 1994 – 1997 | Honorary Visiting Professor, City University Business School, London |
| 1979 – 1980 | Officer, DCM's Shriram Fertilizers and Chemicals, Mumbai |
| 1998 – 2004 | On the Board of Directors of Vicarious Visions http://www.vvisions.com/ |

**EDUCATION**

    Ph.D. Accounting, University of Iowa, 1986

    M.B.A. Accounting and Finance, Indian Institute of Management, Ahmedabad, India, 1982

    B.E. Chemical Engineering, Birla Institute of Technology and Science, Pilani, India, 1979

**RESEARCH**

1. Collins, D, W., Kothari, S., Rayburn J., 1987, Firm Size and the Information Content of Prices with Respect to Earnings, *Journal of Accounting and Economics* 9, 111-138.

2. Kothari, S., Lys, T., Smith, C., and Watts, R., 1988. Auditor Liability and Information Disclosure, *Journal of Accounting, Auditing and Finance* 3, 307-339.

3. Handa, P., Kothari, S., and Wasley, C., 1989, The Relation Between the Return Interval and Betas: Implications for the Size-Effect, *Journal of Financial Economics* 23, 79-100.

4. Kothari, S., Wasley, C., 1989, Measuring Security Price Performance in Size Clustered Samples, *The Accounting Review* 64, 228-249.

5. Collins, D., Kothari, S., 1989, An Analysis of the Cross-sectional and Intertemporal Determinants of Earnings Response Coefficients, *Journal of Accounting and Economics* 11, 143-181.

6. Ball, R., Kothari, S., 1989, Nonstationary Expected Returns: Implications for Tests of Market Efficiency and Serial Correlation in Returns, *Journal of Financial Economics* 25, 51-74.

7. Ball, R., Kothari, S., 1991, Security Returns Around Earnings Announcements, *The Accounting Review* 66, 718-738.

8. Kothari, S., Sloan, R., 1992, Information in Prices About Future Earnings: Implications for Earnings Response Coefficients, *Journal of Accounting and Economics* 15, 143-171.

9. Kothari, S., Shanken, J., 1992, Stock Return Variation and Expected Dividends: A Time-Series and Cross-Sectional Analysis, *Journal of Financial Economics* 31, 177-210.

10. Kothari, S., 1992, Price-Earnings Regressions in the Presence of Prices Leading Earnings: Earnings Level versus Change Specification and Alternative Deflators, *Journal of Accounting & Economics* 15, 173-202.

11. Ball, R., Kothari, S., and Watts, R., 1993, The Economics Determinants of the Relation Between Earnings Changes and Stock Returns, *The Accounting Review* 68, 622-638.

12. Handa, P., Kothari, S., Wasley, C., 1993 Sensitivity of Multivariate Tests of the CAPM to the Return Measurement Interval, *Journal of Finance* 48, 1543-1551.

13. Collins, D., Kothari, S., Shanken, J., and Sloan, R., 1994, Lack of Timeliness and Noise as Explanations for Low Contemporaneous Return-Earnings Association, *Journal of Accounting & Economics* 18, 289-324.

14. Ball, R., Kothari, S., Wasley, C., 1995, Can We Implement Research on Stock Trading Rules? *Journal of Portfolio Management* 21, 54-63.

15. Ball, R., Kothari, S., Shanken, J., 1995, Problems in Measuring Portfolio Performance: An Application to Contrarian Investment Strategies, *Journal of Financial Economics* 38, 79-107.

16. Kothari, S., Shanken, J., Sloan, R., 1995, Another Look at the Cross-Section of Expected Stock Returns, *Journal of Finance* 50, 185-224.

17. Kothari, S., Zimmerman, J., 1995, Price and Return Models, *Journal of Accounting and Economics* 20, 155-192.

18. Guay, W., Kothari, S., Watts, R., 1996, A Market-based Evaluation of Discretionary-Accrual Models, *Journal of Accounting Research Supplement* 34, 83-115.

19. Kothari, S., Warner, J., 1997, Measuring Long-Horizon Security Price Performance, *Journal of Financial Economics* 43, 301-339.

20. Kothari, S., Shanken, J., 1997, Book-to-Market, Dividend Yield, and Expected Market Returns: a Time-Series Analysis, *Journal of Financial Economics* 44, 169-203.

21. Dechow, P., Kothari, S., Watts, R., 1998, The Relation Between Earnings and Cash Flows, *Journal of Accounting & Economics* 25, 133-168.

22. Ball, R., Kothari, S., Robin, A., 2000, The Effect of International Institutional Factors on Properties of Accounting Earnings, *Journal of Accounting & Economics* 29, 1-51.

23. Kothari, S., Warner, J., 2001, Evaluating Mutual Fund Performance, *Journal of Finance* 56, 1985-2010.

24. Hentschel, L., Kothari, S., 2001, Are Corporations Reducing or Taking Risks with Derivatives? *Journal of Financial and Quantitative Analysis* 36, 93-118.

25. Kothari, S., 2001, Capital Markets Research in Accounting, *Journal of Accounting & Economics* 31, 105-231.

26. Kothari, S., Laguerre, T., Leone, A., 2002, Capitalization versus Expensing: Evidence on the Uncertainty of Future Earnings from Capital Expenditures versus R&D Outlays, *Review of Accounting Studies* 7, 355-382.

27. Core, J., Guay, W., Kothari, S., 2002, The Economic Dilution of Employee Stock Options: Diluted EPS for Valuation and Financial Reporting, *The Accounting Review* 77, 627-652.

28. Guay, W., Kothari, S., 2003, How Much Do Firms Hedge with Derivatives? *Journal of Financial Economics* 70, 423-461.

29. Guay, W., Kothari, S., Sloan, R., 2003, Accounting for Employee Stock Options, *American Economic Review* 93, 405-409.

30. Kothari, S., Shanken, J., 2004, Asset Allocation with Inflation-Protected Bonds, *Financial Analysts Journal* 60, 54-70.

31. Chan, W., Kothari, S., Frankel, R., 2004, Testing Behavioral Finance Theories Using Trends and Consistency in Financial Performance, *Journal of Accounting & Economics* 38, 3-50.

32. Kothari, S., Sabino, J., Zach, T., 2005, Implications of Survival and Data Trimming for Tests of Market Efficiency, *Journal of Accounting & Economics* 39, 129-161.

33. Kothari, S., Leone, A., Wasley, C., 2005, Performance Matched Discretionary Accrual Measures, *Journal of Accounting & Economics* 39, 163-197.

34. Barclay, M., Gode, D., Kothari, S., 2005, Matching Delivered Performance, *Journal of Contemporary Accounting & Economics* 1, 1-25.

35. Frankel, R., Kothari, S., Weber, J., 2006, Determinants of the Informativeness of Analyst Research, *Journal of Accounting & Economics* 41, 29-54.

36. Kothari, S., Lewellen, J., Warner, J., 2006, Stock Returns, Aggregate Earnings Surprises, and Behavioral Finance, *Journal of Financial Economics* 79, 537-568.

37. Kolasinski, A., Kothari, S., 2008, Investment Banking and Analyst Objectivity: Evidence from Analysts Affiliated with M&A Advisors, *Journal of Financial and Quantitative Analysis* 43, 817-842.

38. Jin, L., Kothari, S., 2008, Effect of Personal Taxes on Managers' Decision to Sell Unrestricted Equity, *Journal of Accounting & Economics* 46, 23-46.

39. Kothari, S., Li, X., Short, J., 2009, The Effect of Disclosures by Management, Analysts, and Financial Press on the Equity Cost of Capital: A Study Using Content Analysis, *The Accounting Review* 84, 1639-1670.

40. Kothari, S., Shu, S., Wysocki, P., 2009, Do managers withhold bad news? *Journal of Accounting Research* 47, 241-276.

41. Kothari, S., Ramanna, K., Skinner, D., 2010, Implications for GAAP from an Analysis of Positive Research in Accounting, *Journal of Accounting & Economics* 50, 246-286.

42. DeFranco, G., Kothari, S., Verdi, R., 2011, The Value of Earnings Comparability, *Journal of Accounting Research* 49, 895-931.

43. Guay, W., Kothari, S., Shu, S., 2011, Properties of Implied Cost of Capital Using Analysts' Forecasts, *Australian Journal of Management* 36, 125-149.

44. Ball, R., Kothari, S., Nikolaev, V., 2013, On Estimating Conditional Conservatism, *The Accounting Review* 88, 755-787.

45. Guay, W., Kothari, S., Loktionov, Y., 2008, Accounting for Derivatives in Emerging Market Economies, working paper, MIT Sloan School of Management.

46. Ball, R., Kothari, S., Nikolaev, V., 2012, Econometrics of the Basu Asymmetric Timeliness Coefficient and Accounting Conservatism, working paper, MIT Sloan School of Management.

47. Kothari, S., Loutskina, E., Nikolaev, V., 2008, Agency Theory of Overvalued Equity as an Explanation for the Accrual Anomaly, working paper, MIT Sloan School of Management.

48. Kothari, S., Lewellen, J., Warner, J., 2013, Aggregate Investment, Profits, and Stock Returns, working paper, MIT Sloan School of Management.

49. Jayaraman, S., Kothari, S., 2013, The Effect of Corporate Transparency on Bank Risk-Taking and Banking System Fragility, working paper, MIT Sloan School of Management.

50. Kothari, S., Shivakumar, L., Urcan, O., 2013, Aggregate Earnings Surprises and Inflation Forecasts, working paper, MIT Sloan School of Management.

51. Kothari, S., Mizik, N., Roychowdhury, S., 2013, Managing for the Moment: The Role of Real Activity versus Accrual Earnings Management in SEO Valuation, working paper, MIT Sloan School of Management.

**DISCUSSIONS and RESEARCH IN PROFESSIONAL JOURNALS, BOOKS, AND MONOGRAPHS**

1. Kothari, S., Shanken, J., 1993. Fundamentals Largely Explain Stock Price Volatility. *Journal of Applied Corporate Finance* 6, 81-87.

2. Kothari, S., Shanken, J., 1993. Growth Rates, Not Levels. *Journal of Applied Corporate Finance* 6, 111-112.

3. Kothari, S., Shanken, J., 1995. In Defense of Beta. *Journal of Applied Corporate Finance* 8, 53-58.

4. Kothari, S., Shanken, J., 1999. Beta and Book-to-Market: Is the Glass Half Full or Half Empty, in: D. B. Keim and W.T. Ziemba, eds.: *Security Market Imperfections in Worldwide Equity Markets* (Cambridge, U.K.: Cambridge University Press).

5. Kothari, S., 2000, Discussion of "The Relation Between Analysts' Forecasts of Long-Term Earnings Growth and Stock Price Performance Following Equity Offerings," *Contemporary Accounting Research* 17, 33-39.

6. Kothari, S., 2000, Role of Financial Reporting in Reducing Financial Risks in the Market, in Eric Rosengren and John Jordan, eds.: Building an Infrastructure for Financial Stability (Federal Reserve Bank of Boston, pp. 89-102).

7. Kothari, S., Shanken, J., 2002. Anomalies and Efficient Portfolio Formation. Association of Investment Management Research, Charlottesville, VA.

8. Kothari, S., Shanken, J., 2003, Time-Series Coefficient Variation in Value-Relevance Regressions: A Discussion of Core, Guay, and Van Buskirk and New Evidence, *Journal of Accounting & Economics* 34, 69-87.

9. Kothari, S., Warner, J., 2007, Econometrics of Event Studies, in Espen Eckbo, Ed., Handbook of Empirical Corporate Finance (Elsevier/North-Holland).

10. Kothari, S., Lester, R., 2012, The Role of Accounting in the Financial Crisis: Lessons for the Future, *Accounting Horizons* 26, 335-351.

11. Kothari, S., Swamy, G., Danilov, K., 2012, Generating Superior Performance in Private Equity: A New Investment Methodology, *Journal of Investment Management* 11, 28-41.

**BOOKS**

*Financial Statement Analysis*, Edited by Ray Ball and S.P. Kothari, McGraw-Hill, 1994.

*Contemporary Accounting Research: Synthesis and Critique*, Edited by S.P. Kothari, Thomas Z. Lys, Douglas J. Skinner, Ross L. Watts, and Jerold L. Zimmerman, North-Holland Publishing, 2002.

**CONSULTING ACTIVITIES**

September 2000: Report and Testimony for the United States International Trade Commission Investigation Nos. AA1921-197 (Review), etc., involving Certain Carbon Steel Products from Australia, etc., on behalf of domestic producers.

October 2001: Report and Testimony for the United States International Trade Commission Steel Global Safeguards 201 Investigation on behalf of domestic producers.

September 2002: Department of Justice in United States of America, Plaintiff, vs. Philip Morris Incorporated, et al, Defendants. Case No. 99-CV-02496 (GK).

April 2003: Acacia Mutual Life Insurance Company, et al, Plaintiffs, vs. BAA plc, et al, Defendants. Case No. C-2002-79742OT.

September 2004: Report, In re: WorldCom, Inc. Securities Litigation, United States District Court, Southern District New York, Master File No. 02 Civ. 3288 (DLC).

November 2004: Fyffes, Plc., and DCC Plc., S&L Investments Limited, James Flavin and Lotus Green Limited, The High Court, Dublin, Ireland, 2002 No. 1183P. Trial testimony in May 2005.

2005: Report on behalf of PBL and ORS against Seven Network Limited and C7 PTY Limited, Australia, Federal Court Proceedings N1223 of 2002.

2006: Report on behalf of UBS Paine Webber and UBS Warburg against Lampkin et al., in Civil Action H-02-0851 in the U.S. District Court, Houston Division.

2006: Report on behalf of Ernst & Young against Cendant Corporation Securities Litigation, in Civil Action 98-CV-1664 (WHW) in the U.S. District Court of New Jersey.

2007: Report on behalf of Ernst & Young against Cendant Corporation Securities Litigation, in Civil Action 98-CV-1664 (WHW) in the U.S. District Court of New Jersey.

2012: Report on behalf of Micron Technology, Inc. and Micron Semiconductor Products, Inc. against Oracle America, Inc., in Civil Action 10-cv-04340 in the U.S. Northern District of California, Oakland Division.

**PROFESSIONAL ACTIVITIES**

**Editor**, *Journal of Accounting and Economics,* 1997-Present.
Associate Editor, *Journal of Contemporary Accounting & Economics*, 2005-Present.
Associate Editor, *Asia-Pacific Journal of Accounting & Economics,* 2000-2004.
Associate Editor, *Journal of Accounting & Economics,* 1990-1996.
Editorial Board Member, *The Accounting Review,* 1989-1992.

Referee for: *The Journal of Finance, Journal of Financial Economics, Journal of Accounting Research, The Accounting Review, Journal of Financial and Quantitative Analysis, Contemporary Accounting Research, Journal of Business, The Review of Financial Studies, Review of Economics and Statistics, British Accounting Review.*

**Keynote Speaker** at the British Accounting Association Annual Meetings, April 1995.

**Keynote Speaker** at the Accounting Association of Australia and New Zealand Annual Meetings, July 1996.

Speaker at the HKUST Summer Symposium on Accounting Research, June 2001.

Distinguished Faculty Speaker at the British Accounting Association Doctoral Consortium, April 1995.

Distinguished Faculty Speaker at the Accounting Association of Australia and New Zealand Doctoral Consortium, July 1996.

Doctoral Consortium speaker at the *Asia-Pacific Journal of Accounting & Economics* Conference in Shanghai, January 2003, and *AAA Financial Accounting Reporting Section* Doctoral Consortium in Orlando, January 2003.

AAA Doctoral Consortium speaker at Lake Tahoe, June 2004.

**Keynote Speaker** at the Accounting Research Consortium, University of Technology, Sydney, Australia, January-February 2012.

**Keynote speaker** at Hong Kong University of Science & Technology Accounting Research Symposium, July 2012.

## INVITED PRESENTATIONS AT SCHOOLS AND CONFERENCES

1986    SUNY at Buffalo, University of Michigan, University of Rochester, University of Chicago, Wharton School, Northwestern University, Washington University at St. Louis, University of Texas at Austin, and Carnegie Mellon University.

1987    University of Michigan, Massachusetts Institute of Technology, SUNY at Buffalo, International Conference on Forecasting at Boston, and AAA Meetings.

1988    University of Chicago, Cornell University, University of Washington at Seattle, SUNY at Buffalo, and Michigan State University.

1989    Columbia University Research Conference, Duke University, University of Iowa, Stanford University, University of California at Berkeley, University of Minnesota, New York University, and University of Pennsylvania at College Park.

1990    Harvard University, Northwestern University, Ohio State University, University of Arizona, University of Southern California, Temple University, Washington University at St. Louis, AAA meetings at Toronto, European Finance Association meetings, and Contemporary Accounting Research Conference.

1991    Arizona State University, Indiana University, and University of Michigan.

1992    Cornell University, Vanderbilt University, University of Wisconsin at Madison, University of Illinois, University of Nebraska, Stanford University Summer Camp, AAA Meetings at Washington D.C., Duke University, Michigan State University, Wharton School at the University of Pennsylvania, SUNY at Buffalo, University of Missouri at Columbia, and JAAF-Peat Marwick Conference.

1993    Baruch CUNY at New York, Pennsylvania State University, City University Business School at London, Institute for Quantitative Investment Research at Cambridge, Accounting and Finance Conference at St. Louis, International Seminar on Futures and Options in Mumbai, India, University of Iowa, and Iowa State University.

1994    University of Manchester, University of Glasgow, Carnegie Mellon University, Harvard Business School, London Business School, and Baruch CUNY.

1995    City University Business School at London, Western Finance Association Meeting at Aspen, Colorado, AAA Meetings at Orlando, SUNY at Buffalo, Syracuse University, and Rice University.

1996    Northwestern University, City University Business School, KOC University at Istanbul, University of New South Wales at Sydney, JAR Conference at Chicago, Michigan, ISDA Conference, Washington DC, Arizona, AAA meetings at Chicago, Boston College, and University of Maryland.

1997     University of Southern California, Tulane University, Ibbotson Associates Cost of Capital Conference at Chicago, London School of Economics, City University Business School at London, National Association of Pension Funds at London, University of Technology at Sydney, Harvard University, University of Rochester, Washington University at St. Louis, Cornell University, and Columbia University.

1998     Stanford University, Morningstar Inc. at Chicago, New Faculty Consortium at St. Charles, University of Notre Dame, University of Alberta, University of Technology at Sydney, University of Iowa, University of California at Berkeley, *Contemporary Accounting Research* Conference at Vancouver, and University of California at Los Angeles.

1999     AAA-KPMG International Accounting Conference at Montvale, NJ, University of British Columbia, University of Tilburg in Holland, INSEAD in France, University of Colorado at Denver, University of Michigan, University of Oklahoma, Financial Economics and Accounting Conference at the University of Texas at Austin, and Boston Area Research Colloquium at Boston University.

2000     Australian Graduate School of Management, University of Technology at Sydney, University of Sydney, Syracuse University, Boston Federal Reserve Annual Research Conference, Stanford University, Harvard University, AAA-BAA conference at Cambridge University, European Financial Association Conference in London, University of Chicago, American Accounting Association meetings in Philadelphia, and MIT Sloan School of Management.

2001     Cranfield University, Yale University, University of Rochester, HKUST, University of Technology at Sydney, University of Chicago, Pennsylvania State University, University of Texas at Dallas, MIT, and Duke University.

2002     Georgetown University, London Business School Donor Seminar, University of Pittsburgh, London Business School Symposium, Cornell University, Oklahoma State University, University of Rochester, New York University, Arizona State University, and Wharton School at the University of Pennsylvania.

2003     FARS Conference, APJAE Conference in Shanghai, University of Southern California, and University of Technology at Sydney.

2004     APJAE Conference in Kuala Lumpur, Emory University, AAA Doctoral Consortium, Harvard University, Fed-JFE Conference at Ohio State University, the U.S. Securities & Exchange Commission, Case Western Reserve University, University of Maryland, and Financial Economics and Accounting Conference at USC.

2005     Journal of Accounting, Auditing, and Finance Conference at NYU, Harvard University, Carnegie Mellon University, Samsung School of Business, S. Korea, and University of Texas at Dallas.

2006     Stanford University, Southern Methodist University, University of Georgia, Rutgers University, University of Chicago, Ohio State University, University of Minnesota, Michigan State University, Indian Institute of Technology, Bombay, BSI Gamma Foundation, Switzerland, and Cornell University.

2007     Indian Institute of Management, Calcutta, Brigham Young University, University of California, Riverside, University of Edinburgh, University of Southern California, University of Texas at Austin, Tuck at Dartmouth College, University of California, Los Angeles, Washington University in St. Louis, University of Massachusetts at Amherst, BARC Seminar at Boston University, Association of Finance Professionals, Boston, and London Business School.

2008     Lancaster University and University of Manchester.

*9*

| | |
|---|---|
| 2009 | Temple University, London Business School, University of Rochester, Stanford University, American Accounting Association meetings in New York, Georgetown University, JAE Conference at MIT, and BITS Pilani. |
| 2010 | University of Chicago, University of Texas at San Antonio, and Sabanci University, Istanbul. |
| 2011 | Canadian Accounting Association, London School of Economics, Fudan University, and Xi'an Jiaotong University. |
| 2012 | Harvard Business School, Tsinghua University, Sun Yat-Sen University, and HKUST. |

**TEACHING**

Corporate Financial Accounting, MBA core course
Financial Statement Analysis, MBA elective course
Empirical Accounting Research, PhD seminar
Positive Accounting Theories, MBA elective course
Cases in Finance, MBA elective course
Introduction to Financial Accounting, Undergraduate course
Corporate Financial Accounting: Simon School's Executive MBA programs in Holland and Switzerland

Intensive doctoral research courses in Accounting and Finance to faculty and students in:
Finland (1991, 1992), University of Alberta, Canada (1991), European Institute for Advanced Studies in Management, Brussels (1993), Baruch College, City University of New York, NY (1996), University of Technology at Sydney, Australia (1997, 1998, 2000, 2001, 2003), London Business School (2001).

**DISSERTATIONS**

On the Ph.D. dissertation committees of (initial placement in parentheses):

**As Chairperson**
  Christopher Noe (Harvard Business School)
  Glen Hansen (Pennsylvania State University)
  Wayne Guay (Wharton University of Pennsylvania)
  Peter Wysocki (University of Michigan)
  Yong Chul Shin (Tulane University)
  Ying Li (Baruch College, CUNY)
  Wesley Chan (Alpha Simplex)
  Xu Li (University of Texas at Dallas)
  Yanfeng Xue (University of Texas at Austin)
  Jieying Zhang (University of Southern California)
  Volkan Muslu (University of Texas at Dallas)
  Adam Kolasinski (University of Washington)
  Valeri Nikolaev (University of Chicago)
  George Papadakis (Boston University)
  Amit Koshal (Industry)
  Jeri Seidman (University of Texas at Austin)
  Konstantin Rozanov (London Business School)
  Yuri Loktionov (University of Southern California)
  Mihir Mehta (Temple University)

**As Committee member**
  Gita Rao (Illinois)
  Richard Sloan (Wharton)
  Tony Greig (Purdue)
  Anwer Ahmed (Florida)
  Patty Dechow (Wharton)
  Sudipta Basu (CUNY, Baruch)
  Michele Daley (Rice)
  Paul Irvine (Emory)
  Roger Edelen (Wharton)
  Mingyi Hung (University of Southern California)
  Mary Ellen Carter (Columbia)
  Eric Wolff (Carnegie Mellon University)
  Susan Shu (Boston College)
  Elizabeth Keating (Northwestern University)
  Laurence van Lent (University of Tilburg)
  Gans Narayanamoorthy (Yale University)
  Kevin Chan (HKUST, Hong Kong)
  Karthik Ramanna (Harvard University)

**COMMITTEE / ADMINISTRATION**

  Co-Chair of International Initiatives Committee, Chair of Space Committee, Chair of Load Committee, and Member of various standing committees, MIT Sloan School of Management, 2011-Present.
  Policy Committee and Personnel Committee, MIT Sloan School of Management, 1999-Present.
  Head of the Department of Economics, Finance, and Accounting, MIT Sloan School of Management, 2003-2005, 2006-2007.
  Head of the Accounting group, MIT Sloan School of Management, 1999-2003.
  Sloan Fellows Program Committee, MIT Sloan School of Management, 2001-2005.
  Sloan Research Productivity Committee, MIT Sloan School of Management, 2001-2002.
  Sloan Fellows/MOT Program Restructuring Committee, MIT Sloan School of Management, 2002.

Management Programs Committee, MIT Sloan School of Management, 2000-2001.
Promotion and Tenure Committee, University of Rochester, 1996 -1999.
Accounting Area Coordinator, University of Rochester, 1988-1999.
Ph.D. committee, University of Rochester, 1989-1995.
MBA committee, University of Rochester, 1989-1994.
University of Rochester Senate, 1994-1996.
Committee on Teaching Excellence, University of Rochester, 1995-1996.

**FINANCIAL PRESS WRITINGS**

Opinion-page editorials in *The Hindu Business Line,* Madras, New Delhi, and other cities in India from January 1994 to August 1994.  Wrote about 20 articles.

Opinion-page editorials in *The Economic Times,* Mumbai, New Delhi, Madras, and other cities in India.  (Circulation 500,000)  Wrote about 35 articles from August 1994 to September 1996.  A listing of selected articles follows:

Badla: Let it compete to survive, April 12, 1995.
Lessons from MS Shoes scandal, April 23, 1995.
An ethical reason to privatize, May 5, 1995.
Needed, a free foodgrain market, June 9, 1995.
Economics of investment in power, June 23, 1995.
What explains the stock market fall?, July 31, 1995.
Value lies in future as well, August 7, 1995, with Clifford W. Smith, Jr.
A hundred states within, August 31, 1995.
A bourse for forward trading, September 15, 1995.
Making the public FDI friendly, October 7, 1995.
Rational expectations from Indian policy makers, October 17, 1995.
RBI intervention: A bad idea, November 4, 1995, with Clifford W. Smith, Jr.
Telecom: The ring is missing, December 1, 1995.
Switch institutions, not shares, January 1, 1996.
Change campaign finance laws, February 12, 1996.
Lift all restrictions on rupee, February 24, 1996.
Need to privatise telecom industries, March 19, 1996.
A minimum utility tax, August 5, 1996.
Derivatives & regulatory roadblocks, August 19, 1996, with Clifford W. Smith, Jr.
The Importance of Being Open, September 1, 1996, with Clifford W. Smith, Jr.