# Exhibit 3

Data as of March 31, 2013

# SIC 635
Number of Companies: 7
**Surety Insurance**

### Industry Description
Establishments primarily engaged in underwriting financial responsibility insurance.

### Sales (mil$)
| | |
|---|---:|
| Total | 12,063.08 |
| Average | 1,723.30 |

**Three Largest Companies**
| | |
|---|---:|
| Fidelity National Financial Inc. | 7,201.70 |
| MBIA Inc | 2,435.00 |
| MGIC Investment Corporation | 1,378.36 |

**Three Smallest Companies**
| | |
|---|---:|
| Triad Guaranty Inc. | 207.39 |
| Sino Assurance Inc. | 8.77 |
| ACMAT Corporation | 6.45 |

### Total Capital (mil$)
| | |
|---|---:|
| Total | 16,043.49 |
| Average | 2,291.93 |

**Three Largest Companies**
| | |
|---|---:|
| Fidelity National Financial Inc. | 7,111.36 |
| MBIA Inc | 5,239.58 |
| Radian Group, Inc. | 2,204.78 |

**Three Smallest Companies**
| | |
|---|---:|
| ACMAT Corporation | 36.77 |
| Sino Assurance Inc. | 3.61 |
| Triad Guaranty Inc. | 1.08 |

### Sales, Income & Market Capitalization (bil$)
| | Sales | Operating Income | Net Income | Equity Capital | Debt Capital |
|---|---:|---:|---:|---:|---:|
| Current Year | 12.06 | 0.96 | 0.36 | 8.01 | 5.83 |
| Last Year | 6.96 | -2.05 | -1.24 | 6.91 | 6.34 |
| 2 Years Ago | 8.52 | -1.39 | -1.61 | 7.95 | 18.09 |
| 3 Years Ago | 12.06 | -1.09 | -1.21 | 5.75 | 10.41 |
| 4 Years Ago | 7.21 | -6.44 | -4.42 | 6.11 | 13.77 |

### Distribution of Sales & Total Capital (mil$)
| | Distribution of Sales | | Total Capital | |
|---|---:|---:|---:|---:|
| | Latest | 5-Yr Avg | Latest | 5-Yr Avg |
| 90th Percentile | 4,341.68 | 3,142.72 | 5,576.23 | 6,766.45 |
| 75th Percentile | 1,906.68 | 1,414.54 | 3,287.40 | 3,192.39 |
| Median | 825.41 | 773.88 | 964.31 | 1,560.44 |
| 25th Percentile | 108.08 | 122.56 | 25.25 | 32.30 |
| 10th Percentile | 7.84 | 8.82 | 3.77 | 18.33 |

### Growth Over Last 5 Years (%)
| | Net Sales | Operating Income | Net Income |
|---|---:|---:|---:|
| Median | 0.71 | -9.94 | -2.14 |
| SIC Composite | 10.07 | NMF | NMF |
| Large Composite | - | - | - |
| Small Composite | - | - | - |

### Compound Annual Equity Return (%)
| | 5 Years | 10 Years |
|---|---:|---:|
| 75th Percentile | 10.85 | 6.79 |
| Median | -2.95 | -10.50 |
| 25th Percentile | -8.67 | -14.90 |
| SIC Composite | 1.73 | -5.32 |
| Large Composite | - | - |
| Small Composite | - | - |

### Annualized Statistics for Last 10 Yrs (%)
| | Average Return | Std Deviation |
|---|---:|---:|
| S&P 500 | 9.74 | 16.21 |
| SIC Composite | 18.06 | 44.73 |
| Large Composite | - | - |
| Small Composite | - | - |

### Cost of Equity Capital (%)
| | CAPM | CAPM + Size Prem | 3-Factor Fama-French | Discounted Cash Flow 1-Stage | Discounted Cash Flow 3-Stage |
|---|---:|---:|---:|---:|---:|
| Median | 13.77 | 16.36 | 25.84 | 15.65 | 10.44 |
| SIC Composite | 12.82 | 13.94 | 15.87 | 5.12 | NMF |
| Large Composite | - | - | - | - | - |
| Small Composite | - | - | - | - | - |

### Cost of Debt (%)
| | Debt | Preferred |
|---|---:|---:|
| Median | 5.67 | 0.00 |
| SIC Composite | 4.82 | 0.00 |
| Large Composite | - | - |
| Small Composite | - | - |

### Weighted Average Cost of Capital (%)
| | CAPM | CAPM + Size Prem | 3-Factor Fama-French | Discounted Cash Flow 1-Stage | Discounted Cash Flow 3-Stage |
|---|---:|---:|---:|---:|---:|
| Median | 10.81 | 12.02 | 18.77 | 13.51 | 9.19 |
| SIC Composite | 9.81 | 10.53 | 11.76 | 4.91 | NMF |
| Large Composite | - | - | - | - | - |
| Small Composite | - | - | - | - | - |

### Betas
| | Raw Levered | Adjusted Levered | Adjusted Unlevered |
|---|---:|---:|---:|
| Median | 2.34 | 1.63 | 1.27 |
| SIC Composite | 1.56 | 1.49 | 0.97 |
| Large Composite | - | - | - |
| Small Composite | - | - | - |

### Growth Rates
| | Analyst Estimates |
|---|---:|
| Median | 15.65 |
| SIC Composite | 3.68 |
| Large Composite | - |
| Small Composite | - |

### Leverage Ratios (%)
| | Debt/Total Capital Latest | 5-Yr Avg | Debt/MV Equity Latest | 5-Yr Avg |
|---|---:|---:|---:|---:|
| Median | 30.76 | 32.56 | 44.43 | 48.28 |
| SIC Composite | 36.34 | 45.70 | 57.08 | 84.15 |
| Large Composite | - | - | - | - |
| Small Composite | - | - | - | - |

### Profitability Ratios (%)
| | Operating Margin Latest | 5-Yr Avg | Net Margin Latest | 5-Yr Avg |
|---|---:|---:|---:|---:|
| Median | -0.84 | -39.10 | -2.08 | -5.38 |
| SIC Composite | 10.51 | -18.91 | 2.95 | -5.52 |
| Large Composite | - | - | - | - |
| Small Composite | - | - | - | - |

### Efficiency Ratio (%)
| | Asset Turnover Latest | 5-Yr Avg |
|---|---:|---:|
| Median | 21.55 | 18.76 |
| SIC Composite | 25.73 | 17.07 |
| Large Composite | - | - |
| Small Composite | - | - |

### Liquidity Ratio (%)
| | Current Ratio Latest | 5-Yr Avg |
|---|---:|---:|
| Median | 1.40 | 1.52 |
| SIC Composite | 1.40 | 1.52 |
| Large Composite | - | - |
| Small Composite | - | - |

### Return Ratios (%)
| | Return on Inv. Capital Latest | 5-Yr Avg | Return on Assets Latest | 5-Yr Avg | Return on Equity Latest | 5-Yr Avg | Dividend Yield Latest | 5-Yr Avg |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Median | 2.50 | 1.05 | NMF | NMF | 2.85 | 1.25 | 0.00 | 4.27 |
| SIC Composite | 2.60 | NMF | 0.76 | NMF | 4.39 | NMF | 1.39 | 2.44 |
| Large Composite | - | - | - | - | - | - | - | - |
| Small Composite | - | - | - | - | - | - | - | - |

### Equity Valuation (Multiples)
| | Price/Sales Latest | 5-Yr Avg | Price/Oper Income Latest | 5-Yr Avg | Price/Earnings Latest | 5-Yr Avg | Price/Cash Flow Latest | 5-Yr Avg | Market/Book Latest | 5-Yr Avg |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Median | 0.80 | 0.66 | 6.84 | 9.75 | 9.51 | 13.96 | 2.60 | 7.23 | 0.93 | 0.82 |
| SIC Composite | 0.85 | 0.74 | 10.62 | NMF | 28.75 | NMF | NMF | NMF | 1.30 | 0.87 |
| Large Composite | - | - | - | - | - | - | - | - | - | - |
| Small Composite | - | - | - | - | - | - | - | - | - | - |

### Enterprise Valuation (Multiples)
| | EV/Sales Latest | 5-Yr Avg | EV/EBITDA Latest | 5-Yr Avg |
|---|---:|---:|---:|---:|
| Median | 0.90 | 1.20 | 0.45 | 0.06 |
| SIC Composite | 1.10 | 1.60 | 7.15 | NMF |
| Large Composite | - | - | - | - |
| Small Composite | - | - | - | - |

©2012 Morningstar. All Rights Reserved. Morningstar has used the utmost care in compiling the data presented herein, but cannot guarantee the accuracy, completeness, or timeliness of the information.

MORNINGSTAR®

**Company List**

ACMAT Corporation ACMT
Fidelity National Financial Inc. FNF
MBIA Inc MBI
MGIC Investment Corporation MTG
Radian Group, Inc. RDN
Sino Assurance Inc. SNAS
Triad Guaranty Inc. TGIC

©2012 Morningstar. All Rights Reserved. Morningstar has used the utmost care in compiling the data presented herein, but cannot guarantee the accuracy, completeness, or timeliness of the information.

MORNINGSTAR®