**DECHERT LLP**
Glenn E. Siegel
Mauricio A. España
Rebecca S. Kahan
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**SEWARD & KISSEL LLP**
Mark D. Kotwick
Brian P. Maloney
Ryan Suser
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | |
| ) | Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, ) | |
| ) | Chapter 11 |
| **Debtors.** ) | |
| ) | Jointly Administered |

**NOTICE OF FILING OF UNREDACTED DECLARATION OF
WILLIAM HAO IN SUPPORT OF FGIC TRUSTEES'
<u>RESPONSE TO MOTION *IN LIMINE* THREE (PFEIFFER TESTIMONY)</u>**

**PLEASE TAKE NOTICE** that The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. (collectively, "<u>BNY Mellon</u>"), U.S. Bank National Association ("<u>U.S. Bank</u>"), and Wells Fargo Bank, N.A. ("<u>Wells Fargo</u>"), solely in their

respective capacities as trustee or indenture trustee for certain mortgage backed securities trusts (collectively, the "FGIC Trustees") hereby file the unredacted version of the *Declaration of William Hao in Support of FGIC Trustees' Response to Motion in Limine Three (Pfeiffer Testimony)* (the "**Declaration**"). The Declaration was previously filed in redacted form on August 13, 2013 (Docket No. 4631), pursuant to the Court's *Order Regarding Exchange of Confidential Information* (Docket No. 4249) (the "**Confidentiality Order**").

Dated: New York, New York
August 15, 2013

**DECHERT LLP**
By: /s/ Glenn E. Siegel
Glenn E. Siegel
Mauricio A. España
Rebecca S. Kahan
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
By: /s/ John C. Weitnauer
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**SEWARD & KISSEL LLP**
By: /s/ Mark D. Kotwick
Mark D. Kotwick
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) Chapter 11 |
| **Debtors.** | ) |
| | ) Jointly Administered |

**DECLARATION OF WILLIAM HAO IN SUPPORT OF FGIC TRUSTEES' RESPONSE TO MOTION *IN LIMINE* THREE (PFEIFFER TESTIMONY)**

I, William Hao, declare as follows:

1.  I am an associate with Alston & Bird LLP, which maintains offices located at 90 Park Avenue, New York, New York 10016, counsel to Wells Fargo Bank, N.A., in connection with the above-captioned Chapter 11 cases.

2.  I submit this Declaration in support of the FGIC Trustees'[1] Response to *CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion* In Limine *to Preclude the*

---

[1] The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. (collectively, "**BNY Mellon**"), U.S. Bank National Association ("**U.S. Bank**"), and Wells Fargo Bank, N.A. ("**Wells Fargo**"), solely in their respective capacities as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, custodian and/or other similar agencies or as master servicer for those certain forty-seven (47) mortgage backed securities trusts (the "**FGIC Insured Trusts**") that are the subject of *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval of the Settlement Agreement among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors* [Docket No. 3929] (the "**FGIC 9019 Motion**").

*Testimony of Allen M. Pfeiffer Regarding the Debtors' 9019 Motion (Motion* in Limine *Three)* [Docket No. 4546].

3. Attached hereto as Exhibit 1 is a true and correct copy of the hearing held in this matter on July 25, 2013.

4. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the deposition of Allen M. Pfeiffer on July 24, 2013.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Allen M. Pfeiffer, dated July 19, 2013.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Howard S. Koh to Peter Goodman, dated July 8, 2013.

7. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Howard S. Koh to Mary Eaton, dated July 8, 2013.

8. Attached hereto as Exhibit 6 is a true and correct copy of an email from Brian P. Maloney to Mary Eaton, and others, dated July 21, 2013.

9. Attached hereto as Exhibit 7 is a true and correct copy of an email chain from Michael Johnson to Mary Eaton, and others, dated July 22, 2013.

10. Attached hereto as Exhibit 8 is a true and correct copy of an email chain from Brian P. Maloney to Mary Eaton, and others, dated July 23, 2013.

11. Attached hereto as Exhibit 9 is a true and correct copy of an email chain from Michael Johnson to Mary Eaton, and others, dated August 1, 2013.

12. Attached hereto as Exhibit 10 is a true and correct copy of an email chain from Mary Eaton to Michael Johnson, and others, dated August 1, 2013.

- 3 -

13.     Attached hereto as Exhibit 11 is a true and correct copy of an email chain from Michael Johnson to Mary Eaton, and others, dated August 2, 2013.

14.     Attached hereto as Exhibit 12 is a true and correct copy of an email chain from Michael Johnson to Mary Eaton, and others, dated August 6, 2013.

15.     Attached hereto as Exhibit 13 is a true and correct copy of an email chain from Brian P. Maloney to Mary Eaton, and others, dated August 7, 2013.

[*remainder of page left intentionally blank*]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2013.

/s/ William Hao<br>William Hao