# EXHIBIT 5



**MEISTER SEELIG & FEIN LLP**

2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535
www.meisterseelig.com

Howard S. Koh
Partner
Direct (212) 655-3587
Fax (646) 539-3687
*hsk@msf-law.com*

July 8, 2013

**By Hand**

Mary Eaton, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099

*Re: In re Residential Capital, LLC Case No. 12-12020(MG)*

Dear Ms. Eaton:

Enclosed is a CD containing Duff & Phelps's Supplemental Document Production, bearing Bate Stamp numbers Duff-MS 0066-3841. Due to an error in our production process, we have omitted Bate Stamp numbers Duff-MS 0057-65. We are producing these documents on an attorneys-eyes only basis pending the execution of a confidentiality order.

Very truly yours,

Howard S. Koh

| NEW JERSEY | CALIFORNIA | MASSACHUSETTS | CONNECTICUT |
|---|---|---|---|
| 2G Auer Court | Chassman & Seelig LLP | 60 State Street | Canterbury Green |
| Williamsburg Commons | 120 Broadway, Suite 300 | Suite 700 | 201 Broad Street, Suite 460 |
| East Brunswick, NJ 08816 | Santa Monica, CA 90401 | Boston, MA 02109 | Stamford, CT 06901 |
| Telephone (732) 732-0073 | Telephone (310) 576-2238 | Telephone (617) 371-2979 | Telephone (203) 883-1700 |
| Facsimile (732) 432-4282 | Facsimile (310) 576-2551 | Facsimile (617) 371-2981 | Facsimile (203) 358-4072 |