# EXHIBIT A

Table 1,
Expert Report
of Allen Pfeiffer
(at p. 28)
"Recovery to Policyholders …
$217 to $340"
(in millions)
Workbook -
Settlement Proposal
Tab: POR Output
Tab: POR Detail
Tab: Plan of Rehab-All
Miller Affidavit
Tab: Tranche Waterfall High No CE
Tab: Tranche Waterfall Low No CE
Workbook -
Wrapped Deals Update
Tab: CF
Workbook -
Non-Settlement CF
Intex Outputs (Available by Subscription)
Hard Drive Files - 167 Databases, 362 Text Files, 92 Vision source files,102 Workbooks and 4 other
Tab: Summary
Tab: Tranche Summary Low
Tab: Tranche Summary High
Tab: Monthly CF
Workbook -
Non-Settlement Pool Policy

