**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Residential Capital, LLC, *et al.*, | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

Emma J. James, being duly sworn, deposes and says:

(I)     That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)    That on August 7, 2013, she caused the following documents to be served: (a) *Motion In Limine to Preclude the Testimony of Jeffrey A. Lipps Regarding the Debtors' 9019 Motion (In Limine Motion One)* [Docket No. 4539]; (b) *Motion In Limine to Preclude the Testimony of S.P. Kothari Regarding the Debtors' 9019 Motion (In Limine Motion Two)* [Docket No. 4541]; (c) *Motion In Limine to Preclude Evidence on the Debtors' 9019 Motion Concerning the Negotiations Leading Up to the FGIC Settlement Agreement and the Conclusory Statements Offered by the FGIC Trustees and Others About the Nature of Those Negotiations (In Limine Motion Five)* [Docket No. 4545]; (d) *Motion In Limine to Preclude the Testimony of Allen M. Pfeiffer Regarding the Debtors' 9019 Motion (Motion in Limine Three)* [Docket No. 4546]; and (e) *Motion In Limine to Preclude the Trustees from Offering Any Evidence of Their Reliance on Counsel in Support of Debtors' 9019 Motion (In Limine Motion Four)* [Docket No. 4548] via electronic mail to the parties on **<u>Exhibit A</u>**.

(III)    That on August 7, 2013, she also caused the following document to be served: *Declaration of Mary Eaton In Support of Investors' Motions In Limine* [Docket No. 4567] via electronic mail with access to a FTP link to the parties also on **Exhibit A**.

Emma J. James

Sworn to before me this
15th day of August 2013

Notary Public

CHARLES TRICOMI, JR.
Notary Public, State of New York
No. 01TR6194117
Qualified in New York County
Commission Expires Sept. 29, 2016

## EXHIBIT A

mothayer@jonesday.com; ALawrence@mofo.com; alves@sewkis.com;
Andrew.Devore@ropesgray.com; bgreen@jonesday.com; bumari@McKoolSmith.com;
christensen@sewkis.com; CKerr@mofo.com; craig.druehl@dechert.com;
cshore@whitecase.com; dsheeren@gibbsbruns.com; Gelfarb@mosskalish.com;
glenn.siegel@dechert.com; Hector.Gonzalez@dechert.com; hfsidman@JonesDay.com;
hooper@sewkis.com; james.moore@dechert.com; keckstein@KRAMERLEVIN.com;
keith.wofford@ropesgray.com; kit.weitnauer@alston.com; kmwaag@jonesday.com;
kotwick@sewkis.com; kpatrick@gibbsbruns.com; maloney@sewkis.com;
Mauricio.Espana@dechert.com; mcarney@McKoolSmith.com; Michael.Johnson@alston.com;
munno@sewkis.com; pgoodman@McKoolSmith.com; PKaufman@KRAMERLEVIN.com;
Rebecca.Kahan@dechert.com; rlwynne@jonesday.com; Rmadden@gibbsbruns.com;
Ross.Martin@ropesgray.com; RRinger@KRAMERLEVIN.com; scbennett@JonesDay.com;
suser@sewkis.com; vanessa.soderberg@whitecase.com; William.Hao@alston.com;
bartgreen@JonesDay.com