UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Residential Capital, LLC, *et al.*, | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Emma J. James, being duly sworn, deposes and says:

(I)   That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)  That on August 13, 2013, she caused the following documents to be served: (a) *Opposition to Financial Guaranty Insurance Company's Motion in Limine* [Docket No. 4624]; and (b) *Declaration of Mary Eaton In Support of Investors' Opposition to Financial Guaranty Insurance Company's Motion in Limine* [Docket No. 4627] via electronic mail to the parties on **Exhibit A**.

_____
Emma J. James

Sworn to before me this
15th day of August 2013

_____
Notary Public

CHARLES TRICOMI, JR.
Notary Public, State of New York
No. 01TR6194117
Qualified in New York County
Commission Expires Sept. 29, 2016

## EXHIBIT A

maloney@sewkis.com; Rebecca.Kahan@dechert.com; mcarney@McKoolSmith.com; pgoodman@McKoolSmith.com; kit.weitnauer@alston.com; Michael.Johnson@alston.com; ALawrence@mofo.com; ALevine@KRAMERLEVIN.com; CKerr@mofo.com; cshore@whitecase.com; DEggermann@KRAMERLEVIN.com; DZiegler@mofo.com; hfsidman@JonesDay.com; mothayer@jonesday.com; PKaufman@KRAMERLEVIN.com; RBaehr@mofo.com; rlwynne@jonesday.com; scbennett@JonesDay.com; vanessa.soderberg@whitecase.com; glenn.siegel@dechert.com; Mauricio.Espana@dechert.com; Gelfarb@mosskalish.com; William.Hao@alston.com; kotwick@sewkis.com; suser@sewkis.com