UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          )    ss.:
COUNTY OF NEW YORK  )

Arthur Biller, being duly sworn, deposes and says:

(I)     That he is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)    That on August 14, 2013, he caused the following document to be served: *Declaration of Charles R. Goldstein in Support of the Motion in Limine of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited* [Docket No. 4664] via electronic mail to the parties on **Exhibit A**.

Arthur Biller

Sworn to before me this
15th day of August 2013

Notary Public

CHARLES TRICOMI, JR.
Notary Public, State of New York
No. 01TR6194117
Qualified in New York County
Commission Expires Sept. 29, 2016

**EXHIBIT A**

maloney@sewkis.com; Rebecca.Kahan@dechert.com; mcarney@McKoolSmith.com; pgoodman@McKoolSmith.com; kit.weitnauer@alston.com; Michael.Johnson@alston.com; ALawrence@mofo.com; ALevine@KRAMERLEVIN.com; CKerr@mofo.com; cshore@whitecase.com; DEggermann@KRAMERLEVIN.com; DZiegler@mofo.com; hfsidman@JonesDay.com; mothayer@jonesday.com; PKaufman@KRAMERLEVIN.com; RBaehr@mofo.com; rlwynne@jonesday.com; scbennett@JonesDay.com; vanessa.soderberg@whitecase.com; glenn.siegel@dechert.com; Mauricio.Espana@dechert.com; Gelfarb@mosskalish.com; William.Hao@alston.com; kotwick@sewkis.com; suser@sewkis.com