MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

----------------------------------------------------------------

**NOTICE OF WITHDRAWAL OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY – INSUFFICIENT DOCUMENTATION TAX CLAIMS)
AGAINST (I) TENNESSEE DEPARTMENT OF REVENUE (CLAIM NO. 1043) AND
(II) NASSAU COUNTY TREASURER (CLAIM NO. 6780)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors") withdraw, without prejudice, the *Debtors' Fifteenth Omnibus Objection to Claims (No Liability – Insufficient Documentation Tax Claims)* [Docket No. 4149] (the "Fifteenth Omnibus Claims Objection") against (i) Tennessee Department of Revenue (Claim No. 1043) and (ii) Nassau County Treasurer (Claim No. 6780).

**PLEASE TAKE FURTHER NOTICE THAT** the withdrawal of the Fifteenth Omnibus Claims Objections as to the aforementioned claimants does not constitute any admission or finding with respect to the proofs of claim filed by the Tennessee Department of Revenue and

the Nassau County Treasurer, and the Debtors reserve all rights to object to these claims on any

basis at a future point in time.


Dated:  August 15, 2013                    Respectfully submitted,
        New York, New York


                                           /s/ Norman S. Rosenbaum
                                           Gary S. Lee
                                           Norman S. Rosenbaum
                                           Jordan A. Wishnew
                                           MORRISON & FOERSTER LLP
                                           1290 Avenue of the Americas
                                           New York, New York 10104
                                           Telephone: (212) 468-8000
                                           Facsimile: (212) 468-7900

                                           *Counsel for the Debtors and
                                           Debtors in Possession*

ny-1104769