1                    R. D'VARI

2        A.    No.  I think we have highlighted

3   our macro.  We have highlighted specific run,

4   which is, that's Exhibit 2, actually, that

5   use those ultimately, the information that is

6   provided in Exhibit 3, that goes into.  The

7   interest rate is obviously, if you run Intex

8   with these inputs, you should be able to get

9   similar answers.

10       Q.    So can you explain for me just

11  what a group vector set is?

12       A.    Each trust has multiple groups of

13  loans that are different.  And those

14  groups -- some trusts only have one group.

15  Some may have two.  Some may have three.  We

16  are identifying the number of groups

17  within -- I think it was the first, you know,

18  within the trust we have identified.  If you

19  want to take -- give me one second.

20       Q.    Sure.

21       A.    You will have in Schedule 1,

22  Exhibit 5, the number of collateral groups

23  are identified.  So, and you would identify

24  vectors for those groups and you apply them.

25       Q.    So I suppose in layman's terms,

1          R. D'VARI

2   each tranche is backed by its own certain
3   kind of collateral and you use different
4   assumptions to approximate the loss on each
5   type of collateral?
6        A.    If necessary.
7        Q.    Why would that be necessary
8   versus why wouldn't it be necessary?
9            MR. LAWRENCE:   Objection; vague.
10       A.    Why would they have -- the
11  different groups would have different
12  assumptions you mean?
13       Q.    Yes.
14       A.    Potentially, because they may
15  have different characteristics.  But there
16  are two ways to get to the final number.  One
17  is make the Group 1 and Group 2 match, and
18  then second thing is you are actually
19  measuring total pool performance because
20  that's the historical on progression you have
21  is the total pool.  So in -- the alternatives
22  do that.  You can actually apply Group 1 and
23  Group 2 as being the future forecast or you
24  can run them together or use identical
25  numbers.  But make sure that you are blending

Confidential

1      R. D'VARI
2      CPR, CDR, VDR is actually representative of
3      the total pool.  So different levels of
4      assumptions.
5          Q.   In paragraph 26 of your
6      Declaration on page 8, you mention -- you
7      mention the steps that you undertake to
8      calculate your forecasts represented in these
9      group vectors.  In Item 4, adjustment of
10     projections for macroeconomic factors.
11         A.   Correct.  You are under 25?
12         Q.   26.  26, subparagraph -- I guess
13     Item 4.
14         A.   Sure.
15         Q.   What macroeconomic factors are
16     considered or do you consider?
17         A.   I think those are provided in
18     Exhibit 1, which is a product of our credit
19     committee that produces effectively what we
20     believe the most important factors for RMBS.
21     We believe home price indices going forward
22     affects different pools in different ways in
23     different times and those are provided.  Then
24     there is also unemployment, because
25     ultimately, unemployment relates to

1                       R. D'VARI

2      you said 2010 to late 2011; is that correct?

3           A.      That is my current understanding.

4      But I haven't fully verified those dates.

5           Q.      That's your current

6      understanding?

7           A.      Yes.  Estimates, yes.

8           Q.      Can you tell me how many people

9      from your firm worked on that FGIC

10     engagement?

11              MR. GREEN:   You can answer the

12     question.

13          A.      Not the exact number but a pretty

14     reasonable number of people.

15          Q.      Were they any of the same people

16     that worked on your engagement for ResCap in

17     producing your Declaration that we are

18     talking about today?

19          A.      Not directly, actually.

20          Q.      What do you mean by "not

21     directly"?

22          A.      Some of those -- again, I can't

23     tell you the scope and -- the scope was not

24     necessarily, you know, something that we can

25     discuss.  So the folks that are working --

1                    R. D'VARI

2  had worked on this assignment specifically

3  and the names that I have highlighted

4  specifically did the work, have not been

5  affiliated or worked on the prior assignment.

6         Q.    So those three people that you

7  worked with in your Declaration?

8         A.    Sure.

9         Q.    Did not work on the FGIC

10 engagement?

11        A.    Correct. Also, I want to add one

12 more name. Matt Lewis, didn't work directly

13 for me on this assignment but he

14 participated.

15        Q.    That's a segue to my other

16 question.

17        A.    And he was also not involved.

18        Q.    Did anyone that worked on the

19 analysis in your Declaration work on the FGIC

20 engagement?

21        A.    The answer is no, to the extent

22 that I recall.

23        Q.    How many -- can you tell me how

24 many hours you spent or your firm spent,

25 rather, on the FGIC engagement?

1              R. D'VARI
2  how much time you personally spent working on
3  the FGIC matter?
4       A.   Actually, I think on that one the
5  hours would have been, in my view, very
6  contained.
7       Q.   What do you mean by "contained"?
8       A.   Small.  I wasn't running the
9  analysis.  But I was supervising.
10      Q.   When you say "small," do you
11 mean --
12      A.   Small that means it is not
13 eight hours a day, you know, six months,
14 12 months.  That's what it means.
15      Q.   Two hours a day?  I'm trying to
16 get an idea.
17      A.   It is not a pattern that I
18 actually, you know, recall or paid
19 attention to.
20      Q.   So you couldn't tell me sitting
21 here today how much time you spent on it?
22      A.   No.  We can review things but not
23 at this moment.
24      Q.   Now, I would like to ask you, did
25 you consider the work you did in the FGIC

Confidential

Page 133

1                    R. D'VARI
2    engagement in connection with the analysis
3    you did in the Declaration we have been
4    talking about today?
5         A.    As I said, no.
6         Q.    So you are telling me that
7    nothing you learned from your work at FGIC,
8    where you analyzed -- you say you analyzed
9    the same bonds and the same trust and same
10   time tranches, are you telling me that
11   nothing you learned from your work at FGIC
12   was used by you at all in the analysis you
13   contained -- contained in your Declaration?
14            MR. LAWRENCE:  Objection.  Asked
15      and answered.
16            You can answer.
17        A.    If every timeframe post crisis to
18   now, you have a totally different set of
19   circumstances.  The 2013 June 1 versus the
20   market conditions as of, what you referred to
21   as FGIC exercise, 2011 and '10 are
22   dramatically different.  So are the prices of
23   securities.  So is the value of the stocks in
24   the marketplace.  So are the home prices.  So
25   the -- that's why we actually update our

1                    R. D'VARI

2    analysis, the macro.  We are now in a

3    different position.  Weeks was in a different

4    position.  Asia was in a different position.

5    These are all factors that go into -- the

6    specific of the trust obviously is documented

7    and they're at Intex.  That's not something

8    that we need to.  What's common is really

9    what already Intex and everybody has.  What

10   is not common is how environment is changed

11   from one point to another.  So if you have a

12   situation where you are dealing with

13   essentially a different environment, you

14   often -- you know, you will come up with

15   different answers.  You have had markets that

16   have actually gone up by 60%.  So therefore,

17   the, everything is really at the point of the

18   analysis.  This is what the market you are

19   looking at.

20       Q.    But you still used the NewOak

21   RMBS Analysis Methodology in the FGIC

22   engagement as well as this engagement,

23   correct?

24       A.    The methodology --

25             MR. GREEN:  Objection.

1                   R. D'VARI

2          Objection.  That's asking for

3          confidential information about a

4          previous engagement.

5               MR. CARNEY:  You are instructing

6          him not to answer?

7               MR. GREEN:  To the extent it is

8          revealing confidential information

9          about the previous engagement, yes.

10          A.    I can comment on our methodology

11   in general in context of anything else.  Our

12   methodology is independent and it is not

13   client dependent.

14          Q.    But would you have used that

15   methodology in the FGIC engagement and in

16   this engagement?

17          A.    Again, I am not making comment

18   about any specific assignment.  I am saying I

19   am giving you -- our methodology is our

20   methodology and it is really, ultimately

21   comes down to the scenarios that you are

22   running, scenarios you are running for each

23   case may be different depending on the type

24   of questions you are trying to answer.

25          Q.    So you are telling me that

1                    R. D'VARI
2    basically when you were doing this analysis,
3    you essentially shut your brain down from
4    even thinking about FGIC?
5              MR. LAWRENCE:  Objection.  Asked
6         and answered.  And it is becoming
7         harassing actually.
8              MR. GREEN:  Objection to the
9         form.
10        Q.   You didn't look at any of your
11   notes from the FGIC engagement when you were
12   doing this analysis?
13        A.   Again, you are asking -- at this
14   point, we did not -- what we relied on is
15   already provided here, which is, again, is a
16   time varying evolving process.  The specifics
17   of the actual individual trusts are provided
18   by Intex, and they are updated over time.  So
19   that's not something that I need to go back
20   to anything.  I just need to go back to
21   Intex.  Intex has that information that's
22   available to everyone.  And so do you.
23             So as far as the methodology
24   works, you need to look at on the forecast
25   basis, which I talked to, on a forecast basis

1                    R. D'VARI

2    you have an input, which is dependent on the
3    market condition as of the date of the
4    analysis and every day in the market you have
5    a -- not every day, but as time evolves, the
6    assumptions evolve.  So what I am saying is
7    that the analysis as of any other date in the
8    last five, six years, would not directly be
9    relevant because you already have captured
10   the history between that point to now.  What
11   you need to concern yourself with is what is
12   going to happen from this point onward, which
13   really depends on the market conditions of to
14   date onward.  So that's the way the analysis
15   works.
16              So therefore, not only there's no
17   need for me to look back at what I did
18   sometime in the past is actually not a
19   general practice.  Unless I was asked to
20   review 2011 or 2010, there is no need for me
21   to look at what happens because there -- it's
22   a night and day.
23        Q.    So you used nothing from the FGIC
24   engagement to do your analysis in this case?
25              MR. LAWRENCE:  Objection.  Asked