# Exhibit D

Confidential

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:                                    )
RESIDENTIAL CAPITAL, LLC,                 )
Et al.,                                   )
                                          )Civil Action No.
            Debtors,                      )12-12020 (MG)

CONFIDENTIAL DEPOSITION OF JOHN S. DUBEL

New York, New York

Wednesday, July 10, 2013

| | |
|---|---|
| 🟨 | AHG Designations |
| 🟩 | Debtor Designations |
| 🟦 | AHG Counter Designations |
| _____ | Unresolved Objections |

Reported by:

JOMANNA DeROSA, CSR

JOB NO. 63468

Confidential

Page 2

1

2           July 10, 2013

3             1:43 p.m.

4

5

6       Confidential Deposition of

7   JOHN S. DUBEL, held at the offices

8   of McKool Smith, One Bryant Park,

9   47th Floor, New York, New York,

10  before Jomanna DeRosa, a Certified

11  Shorthand Reporter and Notary Public

12  of the States of New York, New Jersey,

13  California and Arizona.

14

15

16

17

18

19

20

21

22

23

24

25

Page 138

1                J. DUBEL - CONFIDENTIAL
2          A.    I'm sorry.  Repeat the question.
3          Q.    Have you had occasion to value how
4    much more the non-ResCap Trusts will receive as a
5    result of the ResCap settlement?
6                MR. SIDMAN:  Object to the form.
7       Misstates his testimony.
8                MR. GOODMAN:  I didn't ask him
9       about his testimony.  I asked if he had
10      occasion.
11         A.    I've looked at that, yes.
12         Q.    And you've looked at it, and did
13   you come up with a number?
14               MR. SLACK:  Let me -- let me object
15      to only -- only to the extent that whatever
16      analysis he's thinking about was done in
17      furtherance of either the -- the settlement
18      or -- or the plan, then I would instruct you
19      not to answer on the basis of work -- work
20      product privilege and attorney-client and the
21      mediation privilege.
22               MR. SIDMAN:  Same objection.  Same
23      instruction.
24         Q.    Are you following your counsel's
25   instruction?