**GIBSON, DUNN & CRUTCHER LLP**
David M. Feldman (DF-8070)
Joshua P. Weisser (JW-0185)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Amherst Advisory & Management, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

-----------------------------------------------------------

**AFFIDAVIT OF SERVICE**

Duke Amponsah certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, Attorneys for Amherst Advisory & Management, LLC.

2. On August 8, 2013, I caused a true and correct copy of the following pleading to be served upon the parties listed in the service list attached hereto as **Exhibit A**, at the addresses set forth therein via First Class Mail and/or email.

   - *Limited Objection to Plan Proponents' Motion for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief* **[Docket No. 4591]**

- 1 -

3. I certify under penalty of perjury that the foregoing is true and correct.

_____
Duke Amponsah

Sworn to before me this
15th day of August, 2013

_____

NILHAN GEZGIN
Notary Public, State of New York
No. 01GE6229706
Qualified in Queens County
Certificate Filed in New York County
Commission Expires October 18, 20 14

- 2 -

# Exhibit A

| | |
|---|---|
| United States Bankruptcy Court<br>Clerk of the Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004-1408<br>BY COURIER | Chambers of the Honorable Martin Glenn,<br>United States Bankruptcy Court<br>One Bowling Green,<br>New York, New York 10004-1408<br>BY COURIER |
| Office of the United States Trustee<br>U.S. Federal Office Building,<br>201 Varick Street, Suite 1006<br>New York, New York 10014,<br>Attn:  Brian Masumoto<br>        Michael Driscoll<br>BY COURIER | Residential Capital LLC<br>Lewis Kruger, CRO<br>c/o Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>VIA FIRST CLASS MAIL |
| Morrison & Foerster LLP,<br>1290 Avenue of the Americas<br>New York, New York, 10104,<br>Attn:  Gary Lee<br>        Lorenzo Marinuzzi<br>        Todd Goren<br>VIA FIRST CLASS MAIL | Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn:  Kenneth H. Eckstein<br>        Douglas H. Mannal<br>        Stephen D. Zide<br>VIA FIRST CLASS MAIL |
| Ally Financial, Inc.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn:  William B. Solomon<br>        Timothy Devine<br>VIA FIRST CLASS MAIL | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn:  Richard M. Cieri<br>        Ray C. Schrock<br>VIA FIRST CLASS MAIL |
| VIA EMAIL:<br><br>Lewis.Kruger@gmacrescap.com<br>glee@mofo.com<br>lmarinuzzi@mofo.com<br>tgoren@mofo.com<br>keckstein@kramerlevin.com<br>dmannal@kramerlevin.com<br>szide@kramerlevin.com<br>richard.cieri@kirkland.com<br>ray.schrock@kirkland.com | |