KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
Residential Capital LLC, et al.,                             :   Case No. 12-12020 (MG)
                                                             :
                    Debtors.                                 :   Jointly Administered
                                                             :
------------------------------------------------------------ x

**SECOND SUPPLEMENTAL DECLARATION OF KENNETH H. ECKSTEIN IN SUPPORT OF APPLICATION PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 FOR AN ORDER TO RETAIN AND EMPLOY KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, *NUNC PRO TUNC*, TO MAY 16, 2012**

KENNETH H. ECKSTEIN makes this declaration under 28 U.S.C. § 1746, and states the following:

1. I am an attorney at law and in good standing to practice in the State of New York and before the United States District Court for each of the Southern and Eastern Districts of New York. I am a partner with the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") and I am duly authorized to make this second supplemental declaration ("**Second Supplemental Declaration**") on behalf of Kramer Levin.

2. I submit this Second Supplemental Declaration in support of the application (the "**Application**")[1] of the duly-appointed Official Committee of Unsecured Creditors ("the **Committee**") in the chapter 11 cases (the "**Chapter 11 Cases**") of the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order authorizing the retention of Kramer Levin as counsel to the Committee in compliance with sections 328 and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**") and to provide the disclosure required under Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**") to supplement the disclosure provided in my declaration in support of the Application dated June 27, 2012 (the "**Original Declaration**") [Docket No. 528] and my supplemental declaration in support of the Application dated August 24, 2012 (the "**Supplemental Declaration**") [Docket No. 1257]. Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires subsequent amendment or modification upon Kramer Levin's completion of further analysis or as additional information about parties-in-interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3. This Second Supplemental Declaration is made to supplement those disclosures already made in the Original Declaration and Supplemental Declaration with the disclosures set forth on Exhibit A, attached hereto.[2] Since the filing of the Original Declaration and the Supplemental Declaration, additional parties in interest have appeared in these cases,

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

[2] Unless specifically noted, fees collected from each of the parties identified herein did not comprise more than 1% of Kramer Levin's revenue for fiscal years 2011 and 2012, and year 2013 to date.

Kramer Levin has engaged in additional or differing representation of certain parties in interest in these cases, and/or Kramer Levin is otherwise supplementing its disclosures in the Original Declaration and the Supplemental Declaration. Kramer Levin believes that its representation of each of the interested parties has not and will not affect its representation of the Committee in these proceedings.

4. Based upon my review, it appears that Kramer Levin (i) does not hold or represent any interest that is adverse to the Debtors' estates, (ii) is a disinterested person who does not hold or represent any interest adverse to and has no connection (subject to the disclosures in the Original Declaration, the Supplemental Declaration, and this Second Supplemental Declaration) with the Debtors, their creditors, the U.S. Trustee or any party-in-interest herein in the matters upon which Kramer Levin is to be retained and (iii) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, subject to the disclosures in the Original Declaration, the Supplemental Declaration, and this Second Supplemental Declaration.

5. If any new, material, relevant facts or relationships are discovered, Kramer Levin will promptly file a further supplemental declaration.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 15, 2013

/s/ Kenneth H. Eckstein
———————————————
Kenneth H. Eckstein

**SUPPLEMENTAL SCHEDULE OF POTENTIAL PARTIES IN INTEREST THAT KRAMER LEVIN NAFTALIS & FRANKEL LLP CURRENTLY REPRESENTS AND/OR HAS FORMERLY REPRESENTED**

| **Interested Party** | **Relationship to Debtors** | **Description of Relationship** |
|---|---|---|
| Altisource Portfolio Solutions S.A. | Contract Counterparty | Kramer Levin represents or has represented the interested party or related affiliates in matters wholly unrelated to the Chapter 11 Cases. |
| ASM Capital, L.P. | Claim Transferee | Kramer Levin represents or has represented the interested party or related affiliates in matters wholly unrelated to the Chapter 11 Cases. |
| Aurelius Capital Management, LP | Ad Hoc Group of Junior Secured Noteholders | Kramer Levin represents or has represented the interested party or related affiliates in certain bankruptcy and litigation matters wholly unrelated to the Chapter 11 Cases and Aurelius was formerly an Investment Client. Fees collected from Aurelius comprised approximately 2.55% of Kramer Levin's revenues for fiscal year 2011, and less than 1% of Kramer Levin's revenues for fiscal year 2012 and year 2013 to date. |
| Dish Network | Utility | Kramer Levin currently represents or has represented the interested party or related affiliates in matters wholly unrelated to the Chapter 11 Cases. |
| FTI Consulting, Inc. | Consultants & Professional | In matters wholly unrelated to the Chapter 11 Cases, Kramer Levin currently represents FTI in its capacity as trustee for the Dewey & LeBoeuf Secured Lender Trust. |
| IKB Deutsche Industriebank AG IKB International S.A. (in Liquidation) | Parties to Litigation | Kramer Levin represents or has represented related affiliates of the interested party in matters wholly unrelated to the Chapter 11 Cases. |
| Law Debenture Trust Company of New York | RMBS Trustee | Kramer Levin currently represents or has represented related affiliates of the interested party in matters wholly unrelated to the Chapter 11 Cases. |
| Lloyd's TSB Bank | N/A | Kramer Levin represents Lloyd's TSB Bank and certain of its affiliates in a transaction involving GMAC Continental Corporation and GMAC Nederland N.V., companies involved in the automobile finance business in Belgium and The Netherlands that is wholly unrelated to the Chapter 11 Cases. |
| Monarch Alternative Capital LP | Investment Advisor to Funds Holding RMBS | Kramer Levin currently represents the interested party in matters wholly unrelated to the Chapter 11 Cases. |
| NewOak Capital Advisors LLC | Consultants & Professional | Kramer Levin currently represents NewOak in matters wholly unrelated to the Chapter 11 Cases. In addition, a relative of a Kramer Levin partner is the President of NewOak. |
| PennyMac Loan Services, LLC | Secured Creditor | Kramer Levin represents an equity holder in the parent company of the interested party in matters wholly unrelated to the Chapter 11 Cases. Fees collected from the equity holder in the parent company of the interested party comprised less than 1% of Kramer Levin's revenues for fiscal year 2011 and year 2013 to date, and approximately 1.27% of Kramer Levin's revenues for fiscal year 2012. |
| Stonehill Capital Management LLC | Investment Advisor to Funds Holding RMBS | Kramer Levin currently represents the interested party or related affiliates in matters wholly unrelated to the Chapter 11 Cases. |

| **Interested Party** | **Relationship to Debtors** | **Description of Relationship** |
|---|---|---|
| Triaxx Prime CDO 2007-1, Ltd. <br> Triaxx Prime CDO 2006-2, Ltd. <br> Triaxx Prime CDO 2006-1, Ltd. | RMBS Certificateholders | Kramer Levin represents Aram Phoenix Investments Ltd., the collateral manager of the interested parties, in matters wholly unrelated to the Chapter 11 Cases. |
| U.S. Bank N.A. | Committee Member <br> Depositing Bank <br> Trustee Counterparty to Servicing Agreements | In the Original Declaration, Kramer Levin disclosed that it represents U.S. Bank in bankruptcy matters wholly unrelated to these Chapter 11 Cases. Kramer Levin also currently represents U.S. Bank or related affiliates in corporate matters wholly unrelated to the Chapter 11 Cases. |
| USAA Federal Savings Bank | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters wholly unrelated to the Chapter 11 Cases. |
| York Capital Management <br> Venor Capital Management LP <br> Marathon Asset Management, L.P. <br> Intermarket Corporation <br> Hudson Bay Capital <br> Halcyon Loan Trading Fund LLC <br> Davidson Kempner Capital Management LLC | Ad Hoc Group of Junior Secured Noteholders | Kramer Levin currently represents or has previously represented the interested parties or related affiliates in matters wholly unrelated to the Chapter 11 Cases. In addition, an affiliate of Davidson Kempner Capital Management LLC is a lender to a client of Kramer Levin in matters wholly unrelated to the Chapter 11 Cases. |