OFFICE OF THE NASSAU COUNTY ATTORNEY
1 West Street
Mineola, NY  11510
Patrick Reynolds Gallagher, Esq.
Telephone: (516) 571-3010
Facsimile: (516) 571-4080
pgallagher@nassaucountyny.gov

*Counsel for the Nassau County Treasurer*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:

RESIDENTIAL CAPITAL, LLC, et al,

Debtor.
-----------------------------------------------------------------x

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

### NOTICE OF WITHDRAWAL OF THE OBJECTION OF THE NASSAU COUNTY TREASURER TO THE DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, et al. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that the Nassau County Treasurer (the "Treasurer"), a creditor in the above captioned bankruptcy case, withdraws, without prejudice, the *Objection of the Nassau County Treasurer to the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital LLC, et al. and the Official Committee of Unsecured Creditors* (the "Treasurer's Objection") [Docket No. 4387].

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Treasurer's objection does not constitute any admission or finding with respect to the proof of claim filed by the

1

Treasurer, and the Treasurer reserves all rights to object to the treatment of said claim on any basis at a future time.

<table>
<tr><td>Dated: Mineola, New York<br>August 16, 2013</td><td>Respectfully submitted,<br><br>JOHN CIAMPOLI<br>County Attorney of Nassau County<br><br><br>/s/ *Patrick Reynolds Gallagher*_____<br>Patrick Reynolds Gallagher<br>Deputy County Attorney<br>1 West Street<br>Mineola, New York 11501<br>(516) 571-3010<br>(516) 571-4080<br>pgallagher@nassaucountyny.gov<br><br>*Counsel for the Nassau County Treasurer*</td></tr>
</table>