# **Exhibit 2**

# Revised Confirmation Schedule

| Event | Proposed Date[1] |
|---|---|
| Voting Record Date | August 16, 2013 at 5:00 p.m. |
| Solicitation Deadline | August 29, 2013 |
| Deadline to Publish Confirmation Hearing Notice | August 29, 2013 |
| Supplemental Deadline to Serve Certain Borrowers with Confirmation Hearing Notice | September 6, 2013 |
| Deadline for Objections to Claims for Voting Purposes | September 20, 2013 |
| Deadline for Filing Motions Seeking Temporary Voting Allowance | September 30, 2013 at 4:00 p.m. |
| Deadline to File Plan Supplement | October 11, 2013 |
| Deadline for Objections/Responses to Motions Seeking Temporary Voting Allowance | October 14, 2013 at 12:00 p.m. |
| Deadline for Replies to Objections/Responses to Motions Seeking Temporary Voting Allowance | October 18, 2013 at 4:00 p.m. |
| Deadline for Objections/Responses to Confirmation of the Plan | October 21, 2013 at 4:00 p.m. |
| Voting Deadline | October 21, 2013 at 7:00 p.m. |
| Deadline for Entry of Order Granting Motions Seeking Temporary Voting Allowance | October 23, 2013 |
| Deadline to File Executory Contract Assumption Schedule | October 29, 2013 |
| Voting Certification Deadline | November 5, 2013 at 8:00 p.m. |
| Deadline for Replies to Objections/Responses to Confirmation of Plan/Confirmation Brief | November 12, 2013 |
| Commencement of Confirmation Hearing | November 19, 2013 at 10:00 a.m. |

---

[1] Unless otherwise specified, the proposed deadlines listed herein will be 11:59 p.m. on the date listed. All times noted are in the Eastern Time zone.