**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### ORDER DENYING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 3013 AND BANKRUPTCY CODE SECTION 362(A) FOR A DETERMINATION THAT (I) GMAC MORTGAGE'S FRB FORECLOSURE REVIEW OBLIGATION IS A GENERAL UNSECURED CLAIM AND (II) THE AUTOMATIC STAY PREVENTS ENFORCEMENT OF THE FRB FORECLOSURE REVIEW OBLIGATION

Upon consideration of the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**" and each, a "**Debtor**") for an order determining (i) that, for purposes of any proposed plan, GMAC Mortgage's obligation to conduct the FRB Foreclosure Review shall be classified as a general unsecured claim in an amount to be determined, and (ii) the automatic stay prevents the FRB and the FDIC from taking any action to enforce such claim against the Debtors; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having authorized the Debtors to enter into and perform under an amendment to the Debtors' consent order with the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Federal Reserve Board and the Federal Deposit Insurance Corporation, dated April 13, 2011 [Docket No. 4365], it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is DENIED as moot for the reasons stated on the record at the July 26, 2013 omnibus hearing in these Chapter 11 cases of the above-captioned Debtors.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 16, 2013
      New York, New York

                                                 _____/s/Martin Glenn_____
                                                   MARTIN GLENN
                                          United States Bankruptcy Judge

ny-1102578