UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           )
**In re:**                                                 )
                                                           )    **Case No. 12-12020 (MG)**
**RESIDENTIAL CAPITAL, LLC, et al.,**                      )
                                                           )    **Chapter 11**
       **Debtors.**                                        )
                                                           )    Jointly Administered
                                                           )
---------------------------------------------------------- x

## ORDER ADMITTING ERIN N. BRADY TO PRACTICE, *PRO HAC VICE*

Erin N. Brady, a member in good standing of the bars of the State of California, the United States District Courts for the Central and Northern Districts of California and the United States Court of Appeals for the Second and Ninth Circuits, having requested admission, *pro hac vice*, to represent Financial Guaranty Insurance Company, as interested party in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Erin N. Brady is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       **August 16, 2013**                          ___/s/Martin Glenn_____
                                                    UNITED STATES BANKRUPTCY JUDGE