**Rubin LLC**
**345 Seventh Avenue**
**New York, New York 10001**
**Tel:  212. 390.8054**
**Fax: 212.390.8064**
**E-mail:  prubin@rubinlawllc.com**
**Paul A. Rubin**

**Counsel for Canon U.S.A., Inc.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No.: 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE Canon U.S.A., Inc. hereby substitutes Rubin LLC for Herrick,

Feinstein LLP as its counsel in these cases.  Pursuant to Bankruptcy Rule 9010(b), Rubin LLC

requests that all notices given or required to be given in these cases, and any case consolidated

herewith, and all papers served or required to be served in this case, and any case consolidated

herewith, as provided for or referred to by Bankruptcy Rules 2002, 3017, 4004, 4007, or 9007,

Title 11, United States Code, and other applicable Bankruptcy Statutes and Rules, whether

conveyed by mail, delivery, telephone, email or otherwise, be sent to and addressed as follows:

Rubin LLC
345 Seventh Avenue
New York, New York 10001
Tel:  212. 390.8054
Fax: 212.390.8064
Attention:  Paul A. Rubin
E-mail:   prubin@rubinlawllc.com

PLEASE TAKE FURTHER NOTICE that this Notice of Substitution of Counsel and

Request for Notices is not and shall not be deemed or construed to be a waiver of rights: (a) to

have final orders and non-core matters entered only after de novo review by a District Judge; (b)

to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding

related to this case; (c) to have the District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal; or (d) to any other rights, claims, actions, defenses, set-

offs or recoupments.

Dated:  New York, New York
        August 15, 2013


RUBIN LLC                                HERRICK, FEINSTEIN LLP

By: */s/ Paul A. Rubin*                  By:  */s/ Andrew C. Gold*
Paul A. Rubin                            Andrew C. Gold
345 Seventh Avenue, 21st Floor           2 Park Avenue
New York, New York 10001                 New York, New York 10016
Telephone:  212.390.8054                 Telephone: (212) 592-1400
Facsimile:  212.390.8064                 Facsimile:  (212) 592-1500
Email: prubin@rubinlawllc.com            Email: agold@herrick.com

*Incoming Attorneys for Canon U.S.A.,    Outgoing Attorneys for Canon U.S.A., Inc.*
*Inc.*

2