| | |
|---|---|
| MORRISON & FOERSTER LLP<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>Jennifer L. Marines<br>Daniel J. Harris<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:   (212) 468-7900<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* | KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>Stephen D. Zide<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 715-3280<br>Facsimile:   (212) 715-8000<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF FILING OF REVISED DISCLOSURE STATEMENT FOR
DEBTORS' REVISED PLAN OF REORGANIZATION PURSUANT TO
<u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket 4153] (the "**Plan**") and on July 4, 2013 the Debtors filed the *Disclosure Statement for the Joint Plan Proposed by Residential Capital, LLC, <u>et al</u>. and the Official Committee of Unsecured Creditors* [Docket No. 4157] (the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Disclosure Statement and Plan to reflect events that have transpired since the filing of the Disclosure Statement, modify, add, or amend certain language in response to comments received from

- 1 -

ny-1105011

various parties in interest in the Debtors' chapter 11 cases, and correct various clerical and typographical errors. A copy of the revised Disclosure Statement (the "**Revised Disclosure Statement**") is attached hereto. A blackline version of the Revised Disclosure Statement will be filed separately.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Revised Disclosure Statement may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the adequacy of the Disclosure Statement and approve procedures for soliciting votes on the on the Revised Plan is scheduled for **August 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)**, before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501. This hearing may be continued by the Court or the Debtors without further notice other than by announcement of same in open court and/or by filing and service, as applicable, of a notice of adjournment.

Dated: August 16, 2013

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Daniel J. Harris
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

-and-

Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3280
Facsimile:  (212) 715-8000

*Counsel for the Official Committee of
Unsecured Creditors*

- 3 -

ny-1105011