# **Exhibit 3**





ResCap Organizational Structure





ResCap Organizational Structure





ResCap Organizational Structure





ResCap Organizational Structure

