**Exhibit 7**

# RECOVERY ANALYSIS

## RESIDENTIAL CAPITAL, LLC

1.  The Recovery Analysis[1] is based on the planned orderly wind-down of the assets remaining in the Estates as of April 30, 2013. The recovery from these assets, along with cash on hand as of April 30, 2013 and the proceeds from the settlement with Ally Financial, Inc. (the "Ally Contribution"), are then distributed to; i) holders of secured claims, ii) administrative and priority expenses, and iii) general unsecured claims.

2.  Estimates were made of the cash proceeds which might be realized from the orderly liquidation of the Debtors' assets. The liquidation is based on asset balances as of April 30, 2013 with certain proforma adjustments[2] used to estimate recoveries. Recoveries to creditors are presented on an undiscounted basis and are assumed to occur over the course of 7 years with over 85% of recoveries occurring over the first 3 years. There can be no assurance that the recoveries assigned to the assets will in fact be realized.

*Estimate of Costs*

3.  The Recovery Analysis assumes the wind-down of the Estates lasts for a period of approximately 3 years for the settlement of claims, although certain asset realization costs will continue through 7 years. During this time the Debtors will incur administrative expenses for operating expenses, restructuring professional fees, foreclosure file review costs, and other items. There can be no assurance that the administrative expenses will not exceed the estimates included in this analysis.

4.  THE DEBTORS' RECOVERY ANALYSIS IS AN ESTIMATE OF THE PROCEEDS THAT MAY BE GENERATED AS A RESULT OF THE ORDERLY LIQUIDATION OF THE ASSETS OF THE DEBTORS. Underlying the Recovery Analysis are a number of estimates and material assumptions that are inherently subject to significant economic, competitive, and operational uncertainties and contingencies beyond the control of the Debtors. In addition, various decisions upon which certain assumptions are based are subject to change. Therefore, there can be no assurance that the assumptions and estimates employed in determining the recovery values of the assets will result in an accurate estimate of the proceeds that will be realized. In addition, amounts of Claims against the Estates could vary significantly from the

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan and Disclosure Statement.

[2] The pro-forma adjustments were made to exclude certain assets that are either non-economic or securitized (i.e. assets with offsetting liabilities recorded on the balance sheet). The asset balances also exclude certain accounting adjustments related to pre-paid expenses and accounts receivable, as well as entries recorded to estimate true-up payments for the asset sale transactions with Ocwen and Walter.

estimate set forth herein. Therefore, the actual recovery received by creditors of the Debtors could vary materially from the estimates provided herein.

5.     THE RECOVERY ANALYSIS SET FORTH HEREIN WAS BASED ON THE VALUES OF THE DEBTORS' ASSETS AS OF APRIL 30, 2013 WITH CERTAIN PROFORMA ADJUSTMENTS.  TO THE EXTENT THAT OPERATIONS THROUGH SUCH DATE WERE DIFFERENT THAN ESTIMATED, THE ASSET VALUES MAY CHANGE. DELOITTE TOUCHE TOHMATSU LLP, THE INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM FOR RESCAP, HAS NOT EXAMINED, COMPILED OR OTHERWISE APPLIED PROCEDURES TO THESE VALUES AND, CONSEQUENTLY, DOES NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE VALUES IN THE RECOVERY ANALYSIS.

**ASSET RECOVERY ASSUMPTIONS**

*Cash and Cash Equivalents*

6.     Cash and cash equivalents include cash in the Debtors' domestic bank accounts and other cash equivalents.  The estimated recovery for this category of assets is 100%.

*Restricted Cash*

7.     Restricted cash primarily consists of cash held at Ally Bank, escrow funds for GNMA pooling agreements and other amounts held in escrow related to the Ocwen APA and Walter Assignment, and other parties.  Outstanding amounts are estimated to be fully recovered in the Recovery Analysis scenarios.

*FHA/VA Mortgage Assets*

8.     Federal Housing Administration and Department of Veterans Affairs ("FHA/VA") mortgage assets consist of mortgage loans, servicer advances, and accrued interest.  These assets constitute the bulk of the Estates' remaining assets. The FHA/VA recovery calculation assumes two primary resolution strategies, including: 1) recoveries through delivery of modified loans into GNMA securitizations, and 2) recovery of loan principal, interest and advances through FHA/VA insurance claims. The timing of claim recoveries is driven by the individual loan status and is dependent on foreclosure status, presence of documentation deficiencies and geography. Geography has become particularly important, as some judicial foreclosure states have an average foreclosure timeline of 4 years.

9.     FHA/VA loans are assumed to have a blended net recovery rate of approximately 93% of book value in the Recovery Analysis.

*Non FHA/VA Mortgage Assets*

10.     The Estates' Non FHA/VA mortgage assets consist primarily of mortgage loans, servicer advances and accrued interest on loans removed from Fannie Mae ("FNMA") and Freddie Mac ("FHLMC") securitizations, loans rejected from the Berkshire Hathaway asset purchase agreement and other loans deemed to be non-marketable. These assets are not guaranteed by any government agency.

11.     The Recovery Analysis assumes approximately 15% of the loan portfolio will be resolved through foreclosure or real estate owned ("REO") sales. The analysis further assumes a bulk sale of the remaining portfolio by the end of 2013. The Estates are currently preparing to market this portfolio. The blended recovery rate is assumed to be approximately 73% in the Recovery Analysis.

*MSRs and Associated Servicer Advances*

12.     Mortgage servicing rights ("MSRs") and the associated servicer advances consist of assets excluded from the asset purchase agreements with Ocwen and Walter, due to various counterparty objections. The Estates are currently negotiating with the counterparties to resolve the objections and intends to sell these MSRs and servicer advances once settlements have been achieved. The blended recovery rate is assumed to be 103% of book value in the Recovery Analysis.

*Other Debtors' Assets*

13.     Other Debtors' Assets consist primarily of securitized Home Equity Lines of Credit ("HELOCs"), REO properties, trading securities and derivative assets.

14.     The securitized HELOCs are comprised of current paying home equity lines which are projected to run off over the next 15 months.

15.     REO properties are assumed to be sold in the ordinary course.

16.     The GMAC 2010-01 securitization asset is assumed to continue paying off at historical rates over the first 2 years of the Estates. After the first 2 years, the securitization will be unwound through a cleanup call and the resulting whole loans will be sold at prices consistent with on-balance sheet FHA/VA loans.

17.     Derivative collateral is expected to be collected upon the completion of the delivery of modified loans into GNMA securitizations.

18.     The Other Debtors' Assets are expected to recover at a blended average rate of approximately 61% of book value in the Recovery Analysis.

*Non-Debtors' Assets*

19.     Non-Debtors' Assets are comprised primarily of equity interests in the Debtors' foreign affiliates. These affiliates are working to liquidate assets and to resolve claims and litigation. The Debtors assume in the Recovery Analysis that they will be able to recover $24 million from non-Debtor affiliates.

*Other Recoveries*

20.     Additional incremental recoveries are expected to materialize from client recoveries and broker fees from the wind-down of the originations pipeline, however, these fees are expected to be offset by incremental costs for the Berkshire loan repurchase true-up[3]. In total, incremental recoveries are estimated to generate approximately $0 net recovery.

*Ally Contribution*

21.     The Ally Contribution is assumed to result in an additional contribution to the Estates of $2.1 billion in the Recovery Analysis. The Ally Contribution is comprised of $1.95 billion in cash to be paid on the Effective Date and $150 million on account of certain insurance claims. The Recovery Analysis assumes that $783 million of the AFI Contribution will be allocated to ResCap Debtors, $462 million will be allocated to GMACM Debtors, $462 million will be allocated to RFC Debtors and $393 million will be allocated to the Private Securities Claims Trust, Borrowers Claims Trust, and NJ Carpenters Claims Trust based on the plan term sheet.

**ADMINISTRATIVE EXPENSES**

22.     Administrative expenses include payments for operating expenses, asset management costs, interest expense, professional fees, foreclosure file review related expenses, and post-petition accounts payable and accrued expenses.  Post-petition intercompany claims, which are subject to administrative priority status, are reflected in the April 30, 2013 cash balances by legal entity. The assumed total administrative expenses in the Recovery Analysis are $1.086 billion.

*Operating Expenses and Compensation and Benefits*

23.     Operating expenses consist of a number of costs necessary to administer the Estates after April 30, 13. These costs are primarily related to compensation and benefits, document storage and destruction costs, transition service agreement expenses, ordinary course professional fees and other operating expenses and are assumed to be $379 million in the Recovery Analysis.

24.     The estimation for compensation and benefits assumes an initial headcount of 257 as of April 30, 2013 which winds down over the forecast period. By the expected Confirmation Date of October 31, 2013, headcount is anticipated to decline to approximately 135.  Compensation and benefits includes severance, retention, and incentive payments.

25.     Document storage and destruction costs include expenses relating to the physical retention and destruction of documents. The Recovery Analysis assumes that all document destruction occurs at the end of the three years.

26.     Transition service agreement ("TSA") costs reflect the current TSA agreements between the Estates and Ocwen, AFI, and Walter. The Recovery Analysis reflects all extensions, modifications, and terminations as currently known and the most recent pricing available.

---

[3] Excludes any adjustments related to Walter and Ocwen sale true-ups.

27.     Ordinary course (non-reorganization) professional fees are projected based on the analysis of historical costs of closed cases, discounted for a reduction in litigation costs due to the AFI Contribution.

28.     Other operating expenses consist primarily of overhead costs necessary to run the Estates. This category includes costs related to facilities, insurance, information technology, and taxes[4], as well as other miscellaneous expenses.

*Direct Asset Management Costs*

29.     Direct asset management costs primarily consist of servicing and subservicing fees to Ocwen and custodial fees.

30.     Servicing and subservicing costs are a function of the delinquency status of the individual loans being serviced. Servicing and subservicing costs reflect fees for the full asset disposition period (i.e. 7 years). The Recovery Analysis includes $47 million of direct asset management costs.

*Interest Expense*

31.     Interest expense consists of post-petition interest payments made on the senior secured AFI Revolver and AFI LOC facilities. As of the date of the Disclosure Statement, both the AFI Revolver and the AFI LOC have been paid in full and no additional interest expense is assumed in the forecast. Total interest included in the Recovery Analysis is $8 million.

*Foreclosure File Review and Remediation Expenses*

32.     Foreclosure file review and remediation costs consist of (i) expenses related to the Debtors' pending final settlement with the Board of Governors of the Federal Reserve of the independent foreclosure review ("IFR") under the Consent Order, as well as (ii) expenses related to ongoing compliance with the DOJ/AG Settlement entered into by the Debtors with the Department of Justice and 49 state attorneys general. These include costs related to the pending IFR settlement, third party professional fee expenses, costs and related to the SCRA file review component of the DOJ/AG Settlement, and a pro-rata share of the ongoing fees and expenses of the Office of Mortgage Settlement Oversight during the DOJ/AG Settlement enforcement period. The $230 million IFR settlement was agreed in June 2013 and bankruptcy court approval will be sought during July 2013. Total foreclosure review and remediation costs are assumed to be $328 million in the Recovery Analysis.

*Restructuring Professional Fee Expenses*

33.     Restructuring Professional Fee Expenses include those fees paid to professionals engaged by the Debtors, the Unsecured Creditors Committee ("UCC"), the Junior Secured Noteholders, the Residential Mortgage Backed Securities ("RMBS") trustees, the Examiner, the US Trustee,

---

[4] The Estates have retained advisors for tax matters. The tax estimate is presented based upon preliminary guidance the Estates have received from their tax advisors. It should be noted that the tax analysis has not been completed, and accordingly the guidance may change and those changes may be material.

and the Chief Restructuring Office ("CRO"). Where applicable, forecasted fees are based on third party vendor forecast submissions. Restructuring professional expenses are assumed to be approximately $310 million in the Recovery Analysis.

**Claims**

*Ally Secured Claims*

34.    Secured claims are given priority under the Bankruptcy Code and are entitled to payment prior to any payment on unsecured claims. Secured claims from secured facilities include the claims related to the Ally Revolver and the Ally LOC facilities.

*Junior Secured Notes*

35.    The JSNs' claim of $2.223 billion ($2.121 billion of principal plus $102 million of pre-petition interest) is assumed to be satisfied in full in the Recovery Analysis by the residual value of AFI Revolver collateral and pledged equity after the satisfaction of the AFI Revolver.

36.    The allocation of the JSN recoveries among the Debtors is listed below. The Plan also contemplates that the JSN claims will be paid in full on the Effective Date.

| ResCap Debtors | 9% |
|---|---|
| GMACM Debtors | 60% |
| RFC Debtors | 31% |

*General Unsecured Claims*

37.    General Unsecured Claims include:

  (1)    RMBS Trust Claims;

  (2)    Monoline Claims;

  (3)    Other General Unsecured Claims;

  (4)    Borrower Claims; and

  (5)    Senior Unsecured Notes

38.    The treatment of many of these claims in the Recovery Analysis is assumed to be subject to the settlement terms agreed upon by the Consenting Claimants.

39.    Per the terms of the settlement, the Monoline Claims held by MBIA Inc. ("MBIA") are assumed to be fully and finally allowed as non-subordinated unsecured claims of $719 million against the ResCap Debtors, $1.450 billion against the GMACM Debtors, and $1.450 billion against the RFC Debtors. Pursuant to the FGIC Settlement Agreement, as one element of, and in consideration for, an overall negotiated settlement of numerous disputed Claims and issues embodied in the Plan, as of the Effective Date, the Allowed amounts of the General Unsecured

Claims held by FGIC shall be: $337.5 million against the ResCap Debtors, $181.5 million against the GMACM Debtors, and $415.0 million against the RFC Debtors. On account of such Allowed General Unsecured Claims, FGIC shall receive its Pro Rata Share of the GMACM Debtors Unit Distribution, RFC Debtors Unit Distribution and ResCap Debtors Unit Distribution, as applicable. The Monoline Claims held by all other Monolines are assumed to be treated under the Plan as unsecured claims of the ResCap Debtors, the RFC Debtors or the GMACM Debtors, as applicable, or as otherwise approved by the Plan Proponents and the Consenting Claimants.

40.    Per the terms of the settlement, the plan incorporates a settlement that provides for the allowance, priority, and allocation of the RMBS Trust Claims through approval of the Debtors' prior agreement with the Institutional Investors, which covered 392 RMBS Trusts. The RMBS Settlement shall provide that all RMBS Trust Claims of the Original Settling Trusts and the Additional Settling Trusts shall be fully and finally allowed as non-subordinated unsecured claims in the aggregate amount of $7.051 billion for the Original Settling Trusts and in the aggregate amount of $250 million for the Additional Settling Trusts. The $7.301 billion of claims is allocated $210 million to the GMACM Debtors and $7.091 billion to the RFC Debtors; provided, however, the allowance and allocation of such claims shall not affect the distributions to be made in accordance with the RMBS Trust Allocation Protocol.

41.    Senior Unsecured Claims of $1.003 billion is assumed to be asserted against Residential Capital LLC and is assumed to recover pari passu with the general unsecured creditors at Residential Capital LLC.

42.    Other General Unsecured Claims are comprised of trade claims, lease rejections, and other unsecured claims and are assumed to be $92 million.

43.    Borrower Claims will be addressed through the establishment of a Borrower Claims Trust for the benefit of the holders of Borrower Claims at each of the Debtors and shall be funded in an amount of $57.6 million, subject to the Adjustments as defined in the Supplemental Term Sheet.

*Additional Securities Claims*

44.    Per the terms of the settlement, the recoveries for Securities Claims have been fixed. These include the NJ Carpenters Claims totaling $100 million and Private Securities Claims totaling $226 million, plus a pro-rata share of incremental recoveries beyond amounts contemplated in the Term Sheet.

**Residential Capital, LLC and Subsidiaries**
**Recovery Analysis**
**($ Millions)**

### Book Value

| | | ResCap Debtors | GMACM Debtors | RFC Debtors | Total |
|---|---|---|---|---|---|
| 1 | Restricted Cash | $ 27.9 | $ 39.2 | $ - | $ 67.1 |
| 2 | FHA/VA Mortgage Assets | - | 945.3 | - | 945.3 |
| 3 | Non FHA/VA Mortgage Assets | - | 39.4 | 7.3 | 46.7 |
| 4 | MSRs and Associated Servicer Advances | - | 189.2 | 21.8 | 211.0 |
| 5 | Other Debtors' Assets | 0.1 | 85.3 | 9.7 | 95.1 |
| 6 | Non-Debtor Assets (5) | - | - | - | - |
| 7 | Other Recoveries | - | - | - | - |
| 8 | **Total** | **$ 28.0** | **$ 1,298.3** | **$ 38.9** | **$ 1,365.2** |

### Recoveries ($)

| | | ResCap Debtors | GMACM Debtors | RFC Debtors | Total |
|---|---|---|---|---|---|
| 9 | Restricted Cash | $ 27.9 | $ 39.2 | $ - | $ 67.1 |
| 10 | FHA/VA Mortgage Assets | - | 878.3 | - | 878.3 |
| 11 | Non FHA/VA Mortgage Assets | - | 27.6 | 6.4 | 34.0 |
| 12 | MSRs and Associated Servicer Advances | - | 189.5 | 28.4 | 217.9 |
| 13 | Other Debtors' Assets | - | 50.9 | 6.6 | 57.5 |
| 14 | Non-Debtor Assets | - | - | 24.2 | 24.2 |
| 15 | Other Recoveries | - | 5.5 | (6.8) | (1.3) |
| 16 | **Total** | **$ 27.9** | **$ 1,191.0** | **$ 58.8** | **$ 1,277.6** |

### Recoveries (%)

| | | ResCap Debtors | GMACM Debtors | RFC Debtors | Total |
|---|---|---|---|---|---|
| 17 | Restricted Cash | 100.0% | 100.0% | n/a | 100.0% |
| 18 | FHA/VA Mortgage Assets | n/a | 92.9% | n/a | 92.9% |
| 19 | Non FHA/VA Mortgage Assets | n/a | 70.1% | 87.1% | 72.8% |
| 20 | MSRs and Associated Servicer Advances | n/a | 100.2% | 130.3% | 103.3% |
| 21 | Other Debtors' Assets | 0.0% | 59.7% | 67.9% | 60.4% |
| 22 | Non-Debtor Assets | n/a | n/a | n/a | n/a |
| 23 | Other Recoveries | n/a | n/a | n/a | n/a |

---

[5] Book values for the recoveries of the non-debtor assets are not shown as these assets for Debtors' represent equity claims.

**Residential Capital, GMACM and RFC**
**Recovery Analysis**
**($ Millions)**

|    |                                     | ResCap Debtors | GMACM Debtors | RFC Debtors | Settlement Payment | Total |
|----|-------------------------------------|---------------:|--------------:|------------:|-------------------:|------:|
|    | **Distributable Value**             |                |               |             |                    |       |
| 1  | Cash                                | $ 143.5        | $ 2,037.8     | $ 1,496.9   | $ -                | $ 3,678.3 |
| 2  | Remaining Assets                    | 27.9           | 1,191.0       | 58.8        | -                  | 1,277.6 |
| 3  | AFI Contribution                    | 782.7          | 462.3         | 462.3       | -                  | 1,707.4 |
| 4  | Trust Contribution                  | -              | -             | -           | 392.6              | 392.6 |
| 5  | **Total Distributable Value**       | **$ 954.1**    | **$ 3,691.1** | **$ 2,018.0** | **$ 392.6**      | **$ 7,055.9** |
|    | **Paydown of Sec. Debt and JSN**    |                |               |             |                    |       |
| 6  | Ally Revolver and Ally Line of Credit | $ -          | $ (854.4)     | $ (272.7)   | $ -                | $ (1,127.1) |
| 7  | Total JSN Paydown                   | (205.3)        | (1,334.5)     | (683.1)     | -                  | (2,223.0) |
| 8  | **Total Paydown**                   | **$ (205.3)**  | **$ (2,188.9)** | **$ (955.8)** | **$ -**          | **$ (3,350.1)** |
|    | **Priority/Wind-Down**              |                |               |             |                    |       |
| 9  | Priority/Wind-Down                  | $ -            | $ (836.3)     | $ (249.8)   | $ -                | $ (1,086.2) |
|    | **Value Available to GUC**          |                |               |             |                    |       |
| 10 | Total Value Available to GUC        | $ 748.8        | $ 665.9       | $ 812.4     | $ 392.6            | $ 2,619.6 |
|    | **GUC Claims**                      |                |               |             |                    |       |
| 11 | Monolines                           | $ 1,056.5      | $ 1,939.0     | $ 1,945.8   | $ -                | $ 4,941.3 |
| 12 | RMBS Trusts                         | -              | 209.8         | 7,091.2     | -                  | 7,301.0 |
| 13 | Senior Unsecured Notes              | 1,003.3        | -             | -           | -                  | 1,003.3 |
| 14 | Other GUCs                          | 0.9            | 63.7          | 27.5        | -                  | 92.1  |
| 15 | Securities Claimants                | -              | -             | -           | -                  | -     |
| 16 | Borrower Claimants                  | -              | -             | -           | -                  | -     |
| 17 | **Total GUC Claims**                | **$ 2,060.7**  | **$ 2,212.5** | **$ 9,064.5** | **$ -**          | **$ 13,337.7** |
|    | **GUC Recoveries ($)**              |                |               |             |                    |       |
| 18 | Monolines                           | $ 383.9        | $ 583.6       | $ 174.4     | $ -                | $ 1,141.8 |
| 19 | RMBS Trusts                         | -              | 63.1          | 635.5       | -                  | 698.7 |
| 20 | Senior Unsecured Notes              | 364.6          | -             | -           | -                  | 364.6 |
| 21 | Other GUCs                          | 0.3            | 19.2          | 2.5         | -                  | 22.0  |
| 22 | Securities Claimants                | -              | -             | -           | 335.0              | 335.0 |
| 23 | Borrower Claimants                  | -              | -             | -           | 57.6               | 57.6  |
| 24 | **Total GUC Recoveries ($)**        | **$ 748.8**    | **$ 665.9**   | **$ 812.4** | **$ 392.6**        | **$ 2,619.6** |
|    | **GUC Recoveries (%)**              |                |               |             |                    |       |
| 25 | Monolines                           | 36.3%          | 30.1%         | 9.0%        | n/a                | 23.1% |
| 26 | RMBS Trusts                         | n/a            | 30.1%         | 9.0%        | n/a                | 9.6%  |
| 27 | Senior Unsecured Notes              | 36.3%          | n/a           | n/a         | n/a                | 36.3% |
| 28 | Other GUCs                          | 36.3%          | 30.1%         | 9.0%        | n/a                | 23.8% |
| 29 | Securities Claimants                | n/a            | n/a           | n/a         | n/a                | n/a   |
| 30 | Borrower Claimants                  | n/a            | n/a           | n/a         | n/a                | n/a   |
| 31 | **Total GUC Recoveries (%)**        | **36.3%**      | **30.1%**     | **9.0%**    | **n/a**            | **19.6%** |