# **Exhibit 8**

**Updated Liquidation Analysis**

**TO COME**