MORRISON & FOERSTER LLP
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Daniel J. Harris
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
1177 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 715-3280
Facsimile:    (212) 715-8000

*Counsel for the Debtors and*
*Debtors in Possession*

*Counsel for the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------ )<br><br>In re:                                                            )<br>                                                                  )<br>RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,         )<br>                                                                  )<br>                                        Debtors.      )<br>                                                                  )<br>------------------------------------------------------------------ ) | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF FILING OF BLACKLINE OF REVISED DISCLOSURE STATEMENT**
**FOR DEBTORS' REVISED PLAN OF REORGANIZATION PURSUANT TO**
**CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in

possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Joint Chapter 11*

*Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured*

*Creditors* [Docket 4153] (the "**Plan**") and on July 4, 2013 the Debtors filed the *Disclosure*

*Statement for the Joint Plan Proposed by Residential Capital, LLC, <u>et al</u>. and the Official*

*Committee of Unsecured Creditors* [Docket No. 4157] (the "**Disclosure Statement**").

**PLEASE TAKE NOTICE** that on August 15, 2013, the debtors and debtors in

possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Disclosure*

- 1 -

ny-1105022

*Statement for the Joint Plan Proposed by Residential Capital, LLC, et al. and the Official*

*Committee of Unsecured Creditors* [Docket No. 4733] (the "**Revised Disclosure Statement**").

      **PLEASE TAKE FURTHER NOTICE** that attached is a blackline version of the

Revised Disclosure Statement, reflecting changes made since the Disclosure Statement was filed

on July 4, 2013.  The blackline excludes all exhibits to the Revised Disclosure Statement except

the Plan (also without exhibits).

      **PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek court approval of

the Revised Disclosure Statement at the hearing currently scheduled for **August 21, 2013 at**

**10:00 a.m. (Prevailing Eastern Time)**, before the Honorable Martin Glenn, at the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House,

One Bowling Green, New York, New York 10004-1408, Room 501.


Dated: August 16, 2013

                                           Respectfully submitted,

                                           /s/ Gary S. Lee
                                         Gary S. Lee
                                         Lorenzo Marinuzzi
                                         Todd M. Goren
                                         Jennifer L. Marines
                                         Daniel J. Harris
                                         MORRISON & FOERSTER LLP
                                         1290 Avenue of the Americas
                                         New York, New York 10104
                                         Telephone: (212) 468-8000
                                         Facsimile:  (212) 468-7900

                                         *Counsel for the Debtors and*
                                         *Debtors in Possession*

                                         -and-

ny-1105022

Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3280
Facsimile:  (212) 715-8000

*Counsel for the Official Committee of
Unsecured Creditors*