UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
In re                                          :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1]           :    Case No. 12-12020 (MG)
:
:
:    (Jointly Administered)
            Debtors.                           :
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Reyanna Burbank, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

On or before August 15, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the parties on the service list attached hereto as **Exhibit A**:

- **Notice of Disclosure Statement Hearing**, dated July 9, 2013
  [Docket No. 4189]

Dated: August 16, 2013

                                                    _____
                                                    Reyanna Burbank

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th of August, 2013, by Reyanna Burbank, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

[Notary stamp: JENNIFER GRAGEDA, Commission # 2013634, Notary Public - California, Los Angeles County, My Comm. Expires Mar 21, 2017]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# **<u>Exhibit A</u>**

EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Anh V Trinh Att at Law | | 99 N 1st St Ste 200 | | San Jose | CA | 95113-1203 |
| Bill Pheif and Associates | | 7120 N Whitney Ave Ste 101 | | Fresno | CA | 93720-0153 |
| Frankel Jr, William A | | 401 W Fallbrook Ave Ste 104 | | Fresno | CA | 93711-5834 |
| GMAC Mortgage LLC v Manuel Zevallos | Judith D Capawana | 1325 Pacific Hwy Unit 2202 | | San Diego | CA | 92101-2592 |
| Hansrote and Hansrote | | PO Box 3464 | | Los Lunas | NM | 87031-3464 |
| Law Offices of Patrick Gordon | Attn Terry Chrietzberg | 4828 Loop Central Dr Ste 104 | | Houston | TX | 77081-2193 |
| Lenox Township Susque | Ustab N Chaudhuri Dba Sorrell Inc | 1011 Osage St | | Manhattan | KS | 66502-5438 |
| Litton Loan Servicing LP | The Gutter Guys | 1011 Osage St | | Manhattan | KS | 66502-5438 |
| Malone, Brian J | C O Thomas Trattner and Malone LLC | 1653 Merriman Rd Ste 203 | | Akron | OH | 44313-5287 |
| Marcia E Cox And | | 546 Pono Apple Rd | | Clarksville | TN | 37043-2222 |
| Marcia E Cox And | Attn Terri | 10 Bay Harbor Rd | | Jupiter | FL | 33469-2004 |
| Martin S Vasquez Att at Law | Mortgage Electronic Registration Systems Inc as | Nominee for Mortgage Lenders at al | Martin Vasquez Attorney at Law  PO Box 527778 | Flushing | NY | 11352-7778 |
| Mountain View SD Lenox | | PO Box 527778 | | Flushing | NY | 11352-7778 |
| Ovidio Oviedo Jr Att at Law | | 312 11th Ave Apt 32C | | New York | NY | 10001-1244 |
| Ross J Capawana | T C of Lenox Township | Christine Henke | 6660 State Route 92 | Kingsley | PA | 18826 |
| Sykes, Steven W | T C of Mountain View SD | Christine Henke | 6660 State Route 92 | Kingsley | PA | 18826 |