WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Harrison L. Denman

   -and-

MILBANK, TWEED, HADLEY & M$^{c}$CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Gerard Uzzi
Daniel Perry
Atara Miller

Attorneys for the Ad Hoc Group
of Junior Secured Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AD HOC GROUP OF JUNIOR SECURED NOTEHOLDERS**
**OF FILING OF INFORMATION PURSUANT TO**
**<u>CONFIDENTIALITY AGREEMENTS</u>**

      **PLEASE TAKE NOTICE** that on July 26, 2013, certain members of the ad hoc

group (the "<u>Ad Hoc Group</u>") of holders or managers of holders of 9.625% Junior Secured

Guaranteed Notes due 2015 (the "<u>Junior Secured Notes</u>") of Residential Capital, LLC (together

with its affiliated debtors in the above-captioned cases, the "<u>Debtors</u>") entered into

confidentiality agreements with the Debtors, each dated as of July 26, 2013 (such agreements,

the "Confidentiality Agreements").[1]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the

Confidentiality Agreements, the Ad Hoc Group is hereby filing a Public Disclosure attached

hereto as Exhibit A.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1]     Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Confidentiality Agreements.

Dated:  August 18, 2013
        New York, New York

**WHITE & CASE LLP**

J.  Christopher Shore
Harrison L. Denman
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
harrison.denman@whitecase.com

- and -

**MILBANK, TWEED, HADLEY & McCLOY LLP**

/s/ Gerard Uzzi
Gerard Uzzi
Daniel Perry
Atara Miller
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
guzzi@milbank.com
dperry@milbank.com
amiller@milbank.com

*Attorneys for the Ad Hoc Group*

**EXHIBIT A**

**<u>Public Disclosure</u>**

# Residential Capital, LLC | Statement of Limiting Conditions

The presentation contained herein (both historical and projected) is based upon information (the "Information") provided by Residential Capital, LLC (collectively, with its subsidiaries and affiliates, "ResCap" or the "Company") and its advisors.  As financial advisor to the trustee of ResCap's 9.625% Junior Secured Guaranteed Notes due 2015 (the "JSNs"), Houlihan Lokey has performed the attached analyses for the sole and exclusive benefit of the trustee and certain holders of the JSNs who participated in mediation meetings with the Debtors (the "Junior Secured Noteholders").  In performing its analyses, Houlihan Lokey relied on the truth, accuracy and completeness of the Information, including any representations of the Company's current management, counsel and advisors, without independent verification.  Houlihan Lokey expressly disclaims all responsibility and liability for any misrepresentations or omissions that may be contained herein based on the Information or otherwise.  This presentation is preliminary in nature and subject to material adjustments.  Houlihan Lokey, the Junior Secured Noteholders and any advisors to the Junior Secured Noteholders make no representations or warranties whatsoever as to the accuracy or completeness of the information contained herein or the correctness or reliability of any views, judgments, analyses or estimates performed or expressed by Houlihan Lokey and expressly disclaim any responsibility and/or liability associated therewith.  This presentation is being disclosed solely for the purpose of making public certain analyses prepared by Houlihan Lokey and provided to Junior Secured Noteholdes who participated in mediation meetings with the Company.  The analyses contained herein are preliminary and for illustrative purposes only and have been prepared solely in Houlihan Lokey's capacity as advisor to the trustee and were not prepared for and may not be used or relied upon by any other party for any purpose whatsoever.  These materials shall in no way be considered a solicitation to any party to participate in or support a particular course of action or transaction, including without limitation, any plan of reorganization for the Company, and does not purport to contain all of the information that may be required or relevant to a recipient's evaluation of any transaction; it being understood that recipients shall be responsible for conducting their own investigations and analyses.  Moreover, based on further due diligence and consultation with the Company, certain assumptions and information relied upon in developing this presentation may be materially modified, thus resulting in significant changes in the projections and estimates contained herein.  Houlihan Lokey, each Junior Secured Noteholder and each advisor to the Junior Secured Noteholders expressly disclaim any and all obligations to update, revise and/or otherwise communicate information contained herein, whether or not a forward looking statement, whether as a result of new information, incompleteness, error, future events or otherwise.

Certain statements in these materials are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995.  Generally, forward looking-statements are not based on historical facts but instead represent only current beliefs and assumptions regarding future events.  All forward-looking statements are, by their nature, subject to risks, uncertainties and other factors that could cause actual results, performance or achievements to differ materially from those expressed or implied in such forward-looking statements.  Recipients are cautioned not to place any reliance on these forward-looking statements.  Forward-looking statements are not guarantees of performance or results and are preliminary and speculative in nature.  These forward-looking statements are based on information received from the Company and its advisors and are subject to various risks and uncertainties that may be outside of their control.  Any analyses contained herein are only with respect to the date hereof, it being understood that such analyses may differ materially day to day.  The information contained herein does not constitute financial advice to any party.

By your receipt of these materials, you agree to be bound by the terms of this Statement of Limiting Conditions.

Dated:  August 18, 2013

# Intercompany Claims & Estimated Recoveries

**Residential Capital, LLC**

*All information contained herein is subject to the accompanying Statement of Limiting Conditions as if incorporated in full herein by this reference*

■ Assuming intercompany claims are allowed, they provide secured recovery to the JSNs in two ways:

- **Direct**: receivables owed to the JSNs' Issuer/Guarantor entities fall under the all-asset blanket lien and are direct collateral

- **Indirect**: receivables owed to entities whose equity is pledged to the JSNs increase the value of those equity pledges; since these entities typically have de minimis other liabilities, value distributed from intercompany receivables flows to equity

■ The recoveries shown herein assume a $2.1 billion Ally contribution distributed per the proposed POR

■ JSNs collateral is assumed to include $1.69 billion of Debtor-stipulated secured recovery, $180 million of cash collateral projected to be used post-April 30 that has not been authorized, $665 million of adequate protection for the pre-April 30 period recovered pro-rata from available assets at HoldCo, GMACM and RFC, and $491 million of net going-concern value allocation

- Intercompany recoveries could be substantially higher/lower depending on the resolution of these and other contested issues

■ A summary of the liquidated intercompany claims responsible for direct/indirect secured recovery to the JSNs are shown below:

| Intercompany Claims Recovery Value[1] – Based on April 30, 2013 Assets ($ in millions) | | | | | |
|---|---|---|---|---|---|
| **Receiving Entity** | **Paying Entity** | **Net Claim [2]** | **Recovery %** | **Value** | **JSNs Collateral** |
| Residential Capital, LLC | GMAC Residential Holding Company, LLC | $ 3,334 | 0% | $ 0 | Direct |
| Residential Funding Company, LLC | Residential Capital, LLC | 1,955 | 18% | 350 | Direct |
| Homecomings Financial, LLC | Residential Funding Company, LLC | 1,252 | 7% | 82 | Direct |
| Passive Asset Transactions, LLC | GMAC Mortgage, LLC | 697 | 0% | - | Indirect |
| Executive Trustee Services, LLC | GMAC Mortgage, LLC | 265 | 0% | - | Indirect |
| Residential Funding Company, LLC | RFC Asset Holdings II, LLC | 232 | 10% | 24 | Direct |
| Residential Funding Company, LLC | GMAC Mortgage, LLC | 140 | 0% | - | Direct |
| *Remaining Receivables* | | 329 | 2% | 6 | Direct |
| **Total** | | $ 8,204 | | $ 462 | |

| JSNs' Recovery Source | Value |
|---|---|
| Direct Collateral | $ 462 |
| Indirect Collateral | 0 |
| Total | $ 462 |
| Net Impact to JSNs' Recovery[3] | $ 432 |

(1) Summary of liquidated intercompany claims responsible for direct or indirect (through equity pledges) secured recovery value to the JSNs
(2) Any receivables and payables between the same two entities are assumed to be netted for illustrative purposes
(3) Represents the potential net increase to JSNs' secured recovery in this specific recovery scenario; net incremental secured recovery to the JSNs is approximately $30 million less than the gross amount of intercompany recovery shown, as value otherwise recovered by the JSNs on account of certain equity pledges at lower-tier subsidiaries is transferred to recovery from intercompany claims