| | |
|---|---|
| **MORRISON & FOERSTER LLP** | **CURTIS, MALLET-PREVOST,** |
| 1290 Avenue of the Americas | **COLT & MOSLE LLP** |
| New York, New York 10104 | 101 Park Avenue |
| Telephone: (212) 468-8000 | New York, New York 10178-0061 |
| Facsimile: (212) 468-7900 | Telephone: (212) 696-6000 |
| Gary S. Lee | Facsimile: (212) 697-1559 |
| Norman S. Rosenbaum | Steven J. Reisman |
| Jordan A. Wishnew | Michael A. Cohen |
| Erica J. Richards | Jonathan J. Walsh |
| | Maryann Gallagher |
| *Counsel for the Debtors* | |
| *and Debtors in Possession* | *Conflicts Counsel for the Debtors* |
| | *and Debtors in Possession* |
| **BALLARD SPAHR LLP** | **POLSINELLI SHUGART** |
| 1735 Market St., 51st Floor | 805 Third Avenue, Suite 2020 |
| Philadelphia, PA 19103 | New York, New York 10022 |
| Telephone: (215) 665-8500 | Telephone: (212) 684-0199 |
| Facsimile: (215) 864-8999 | Facsimile: (212) 759-8290 |
| Vincent J. Marriott (admitted *pro hac vice*) | Daniel J. Flanigan |
| Sarah Schindler-Williams | |
| | *Bankruptcy Counsel for* |
| *Counsel for PNC Bank, N.A.* | *Class Claimants* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF ADJOURNMENT OF PNC BANK, N.A. LIMITED OBJECTION

**PLEASE TAKE NOTICE** that the hearing on the limited objection of PNC Bank, N.A. [Docket No. 4661] (the "**PNC Objection**") to the *Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 for an Order (1) Granting Class Certification for Purposes of Settlement Only, (2) Appointing Class Representative and Class Counsel for*

15761409

*Purposes of Settlement Only, (3) Preliminarily Approving the Settlement Agreement Between Plaintiffs, on Their Own Behalf and on Behalf of the Class of Similarly Situated Persons, and the Debtors, (4) Approving the Form and Manner of Notice to the Class, (5) Scheduling a Fairness Hearing to Consider Approval of the Settlement Agreement on a Final Basis and Related Relief and (6) Approving the Settlement Agreement on a Final Basis and Granting Related Relief* [Docket No. 4451] (the "**Motion**") scheduled for August 21, 2013 at 10:00 a.m. (prevailing Eastern Time) has been adjourned by mutual agreement among the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), the prospective class representatives, and PNC Bank, N.A.

**PLEASE TAKE FURTHER NOTICE** that the PNC Objection will be heard in conjunction with a hearing to be scheduled by the Court on the approval of the Settlement Agreement (as defined in the Motion) on a final basis.

[*Remainder of page intentionally left blank.*]

2

15761409

**PLEASE TAKE FURTHER NOTICE** that the objections of PNC Bank, N.A. in the PNC Objection and the right of PNC Bank, N.A. to raise such objections at any final approval hearing on the Settlement Agreement and/or hearing on confirmation of the Debtors' proposed chapter 11 plan are reserved and preserved. The Parties (as such term is defined in the Motion) also reserve their rights with respect to their response to the PNC Objection.

Dated: August 19, 2013
      New York, New York

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/* Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors*
*and Debtors in Possession*

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: */s/* Steven J. Reisman
Steven J. Reisman
Michael A. Cohen
Jonathan J. Walsh
Maryann Gallagher
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Conflicts Counsel for the Debtors*
*and Debtors in Possession*

BALLARD SPAHR LLP

By: */s/* Vincent J. Marriott
Vincent J. Marriott (admitted *pro hac vice*)
Sarah Schindler-Williams
1735 Market St., 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

*Counsel for PNC Bank, N.A.*

POLSINELLI SHUGART

By: */s/* Daniel J. Flanigan
Daniel J. Flanigan
805 Third Avenue, Suite 2020
New York, New York 10022
Telephone: (212) 684-0199
Facsimile: (212) 759-8290

*Bankruptcy Counsel for*
*Class Claimants*