Basic Life Resources, a Washington non-profit corporation
And
Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 425-314-1919
Email: Pamela@WhidbeyViewHomes.com
    360-678-2095/360-320-2411
Mailing Addresses:
P.O. Box 665
Coupeville, WA 98239



Objection Date: August 12, 2013
Hearing Date:   August 21, 2013
Disclosure Statement Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    )
                                          )  Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, *et al.*,       )  Chapter 11
                                          )  Jointly Administered
                                          )
                                          )  JOINT RESPONSE AND OBJECTION
                                          )  TO APPROVAL OF DISCLOSURE
                                          )  STATEMENT

To:  Clerk of the Court
And to: Stated Email List, including "the Creditors' Committee", attachments by reference
And copy to: The Chambers of Hon. Martin Glenn with attachments *previously revised*

<u>MOVANTS' RESPONSE</u>

<u>COMES NOW BASIC LIFE RESOURCES (hereafter "BLR") and PAMELA Z. HILL (hereafter "Hill"), who JOINTLY RESPOND AND OBJECT to approval of "Disclosure Statement" filed July 4, 2013, as follows:</u>

The document entitled "DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, *et al.* AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS" (herein "Disclosure Statement"), as can be clearly noted on its face, was entered on July 4, 2013. That date, July 4th, as can be confirmed at 5 U.S.C. 6103, and other like pertinent U.S. Code provisions is a declared Federal Holiday. This Document then, together with any filings associated therewith must be stricken and be required to be properly timely filed and entered.

Basic Life Resources/Hill Joint Response and Objection
Page 1

The matters pending before this Court at the present time are not those of the nature of, as far as can be ascertained, any other creditor in this or any other bankruptcy proceeding of which either BLR or Hill are aware. They pertain to the actions (or non-action) of Morrison & Foerster, the Office of the Clerk of the Court, Pedro Garcia, and the Judge in this matter, Martin Glenn and perhaps others in the judicial process of this above-entitled action.

With particularity the basis and nature of objection and response of these above-named Parties, BLR and Hill is set forth in full in the Document attached entitled **Residential Capital, LLC, SD, NY, Bankruptcy #12-12020, Claim #2427, Basic Life Resources; Claim #2429, Hill;** together with all of its Exhibits entitled Supplemental Information for BLR, Basis of Claim for Hill and Tabs 1 through 11 and sub-Tabs, all as more particularly noted, sequentially hand page noted and indexed.

## Action Requested of this Court

The Court should strike the pending "Disclosure Statement" as improperly filed, and further grant the recognition of the monetary and other relief sought by the Movants herein for both Basic Life Resources and Pamela Z. Hill without further delay, in any event exempting both BLR and Hill from any present or prospective exclusionary relief sought or to be sought by a "Disclosure Statement Application as otherwise improperly or properly before the Court at the present instance.

Accordingly should the Court decide that the present Disclosure Statement filing and entry is proper, then it is submitted that the following language be incorporated into the Disclosure Statement, if and when it is approved by this Court:

No provision of this Disclosure Statement shall be applicable to the claims of Basic Life Resources ,#2427, nor Pamela Z. Hill, #2429, and upon further consideration, *sua sponte*, the Court hereby now recognizes and approves their claims in the amounts submitted at Tab 11A and Tab 11B of the Documents submitted with their Joint Response and Objection.

Respectfully submitted: This 12th day of August, 2013.

_____
Michael M. Moore, Managing Director,
For Basic Life Resources, *pro se*

_____
Pamela Z. Hill, *pro se*

Basic Life Resources/Hill Joint Response and Objection
Page 2

Residential Capital, LLC, SD, NY, Bankruptcy #12-12020
Claim #2427, Basic Life Resources; Claim #2429, Hill

INDEX

Introduction

SUPPLEMENTAL INFORMATION TO BE CONSIDERED FOR CLAIM # 2427 - Basic Life Resources  pp 1-5
BASIS OF CLAIM # 2429 – Pamela Z. Hill pp 6-10

Tabs

Tab 1: Proof of Claim (Official Form 10) one for BLR; one for Hill pp 11-16
    Tab 1 A:  Deed of Trust Hill/Keeva to Peoples Bank pp 17-19
    Tab 1 B:  GMAC Mortgage 6675 Wahl Rd., Freeland, WA 98249 p 20
    Tab 1 C:  Certificate of Incorporation to Basic Life Resources p 21
    Tab 1 D:  Letter of July 11, 2012 to Morrison & Foerster  p 22
    Tab 1 E:  Letter of August 3, 2012 to Morrison & Foerster  p 23

Tab 2:  Letter of December 21, 2012 to Clerk, w/ enclosed Joint Motion of BLR/Hill (w/ NOTICE) pp 24-32
    Tab 2 A: USPS Express Mail #EI 598338235 Mailing routing, delivery, receipt signature pp 33-34

Tab 3:  AFFIDAVIT OF SERVICE AND CERTIFICATES OF NO OBJECTION pp 35-48

Tab 4:  Copy of U.S. Trustee's copy of 12/21/2012 letter to Clerk w/ unsigned Joint Motion pp 49-57

Tab 5:  Order of Court entered 1/16/13, Doc. #2645 pp 58-59

Tab 6:  DEBTORS' OBJECTION 1/9/13, Doc. #2591 pp 60-63

Tab 7: Copy of Page 7, Order entered 5/23/12, Doc. #141 pp 64

Tab 8: Court Conference confirmation and Invoice, Conference ID# 5380397 p 65

Tab 9:  Correspondence with Clerk of the Court (27 pages) pp 66-92

Tab 10: Order Denying Motion for Reconsideration entered 1/25/13, Doc. #2714 pp 93-94

Tab 11
    Tab 11A: Letter of BLR to Morrison & Foerster of May 15, 2013 p 95
    Tab 11B: Letter of Hill to Morrison & Foerster of May 16, 2013 p 96`

*[Handwritten note at bottom: PAGES NUMBERED – NO TABS TO ALLOW FILING]*