8/14/2013

United States Bankruptcy Court
Southern District of New York
Honorable Martin Glenn
One Bowling Green
New York, NY 10004
Courtroom 501



Residential Capital, LLC, et al.,

Case No. 12-12020 (MG)

RE:    Proposed Claim to be Disallowed and Expunged

Claimant:    Ross P. Thayer

Legal Factual Basis for Objection:

Ross Thayer was employed by GMAC on 6/27/2013 with a written commissions guarantee for the first 6 months. The guarantee provides as follows:

"Additionally, you will be eligible for a guaranteed minimum 75 basis points on all new applications originated in the first 6 months of employment through 12/27/2011 that ultimately fund/close; provided that the closed loan meets all company required policies and generates a positive net revenue." See attached Offer Letter for complete terms.

All loans were originated, locked, and funded meeting all company underwriting eligibility standards and profitability requirements. See attached list of loans along with the Rate Lock Agreements and Deeds of Trusts, (only page 1 of the Rate Lock Agreements and Deeds of Trust are included in this package, remaining pages can be provided if necessary).

Please Reply to:
Ross Thayer
2780 Skypark Dr., #225
Torrance, CA 90505
310-704-2048


cc: Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esq., Norman Rosenbaum, Esq., Jordan A. Wishnew, Esq., attorneys for the Debtors

cc: Curtis, Mallet-Provost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061
Attn: Steven J Reisman, Esq., Theresa A. Foudy, Esq. and Maryann Gallagher, Esq., conflicts counsel for the Debtors;

cc:  Kramer Levin Naftalis &b Frankel LLP
1117 Avenue of the Americas
New York, NY 10036
Attn: Kennith H. Eckstein, Esq. and Douglas H. Mannal, Esq., attorneys for the Official Committee of Unsecured Creditors