6/6/2011
Ross Thayer
28304 Golden Meadow Dr
Rancho Palos Verdes, CA 90275

Dear Ross,

We are pleased to offer you a position as Mortgage Loan Officer at GMAC Mortgage. Upon acceptance of this offer, your start date will be 6/27/2011.

*For your first four pay periods, you are subject to the following terms and conditions with respect to your compensation:*
You will be eligible to receive a non-recoverable (no deficit carried forward) draw every pay period up to eight weeks in the amount of $7,500.00 per pay period which equates to $93.75 an hour, less all applicable taxes and other withholdings against commissions in the event you receive both recoverable and non-recoverable draws in the same month, any commissions earned will be applied to recoverable draws first and then non-recoverable draws until the draws are completely set off. If for any reason your employment should terminate, GMAC Mortgage shall pay you a pro-rated portion of the minimum draw through your last effective day of employment.

*For your next two pay periods, you are subject to the following terms and conditions with respect to your compensation:*
You will be eligible to receive a non-recoverable (no deficit carried forward) draw every pay period up to four weeks in the amount of $1,280.00 per pay period which equates to $16.00 an hour, less all applicable taxes and other withholdings against commissions in the event you receive both recoverable and non-recoverable draws in the same month, any commissions earned will be applied to recoverable draws first and then non-recoverable draws until the draws are completely set off. If for any reason your employment should terminate, GMAC Mortgage shall pay you a pro-rated portion of the minimum draw through your last effective day of employment.

### Non-Recoverable Draw Standards

| Pay Period (every two weeks) | Minimum Production Standard |
|---|---|
| 1 – 4 | Ramp-up period not held to standard |
| 5 & 6 | 75% |
| | |

**Closed Loan Volume** – Mortgage Loan Officers (MLO) are expected to close a minimum of 3 units or $500,000 in volume each month.

*After six pay periods, you are subject to the following terms and conditions with respect to your compensation:*
You will receive a recoverable minimum biweekly draw in the amount of $1,280.00 which equates to $16.00 an hour, less all applicable taxes and other withholdings, each bi weekly payday. The amount referenced above will be chargeable against commissions for which you become eligible. Any commissions earned in excess of the minimum draw will be paid in the last pay of the month. You will receive this minimum draw every two weeks. However, any deficit will be calculated into your future commissions, so you will not earn any commission in excess of the minimum draw until your deficit is fully recovered. If for any reason your employment should terminate, GMAC Mortgage shall pay you a pro-rated portion of the minimum draw through your last effective day of employment.



Additionally, you will be eligible for a guaranteed minimum 75 basis points on all new applications originated in the first 6 months of employment through 12/27/2011 that ultimately fund/close; provided that the closed loan meets all company required policies and generates a positive net revenue.

In addition, GMAC Mortgage will provide $1,000.00 of marketing dollars to be used towards the Marketing on Demand (MOD) website.

These terms and conditions will be in effect from the first day of employment until you receive notification otherwise.  GMAC Mortgage reserves the right to change, rescind or modify the terms and conditions of any portion of any compensation plan, in its discretion, with or without notice, at any time.

You are scheduled and required to attend and complete a one week New Loan Officer Orientation held in Fort Washington, PA. According to individual state licensing laws, you will be required to acquire and maintain all required licensing for your respective states.  Travel arrangements will be made for you, details of which will be forth coming.

You must at all times possess a valid motor vehicle driver's license and will be required to provide evidence thereof at the commencement of your employment and thereafter at any time requested. Should your license become suspended or revoked, termination of employment could result.

GMAC offers employees a comprehensive Total Rewards program that is designed to meet your needs both professionally and personally. It includes a pay-for-performance philosophy and benefits that are market-competitive. For more details on the Total Rewards you will receive as a new employee and the employee contribution required for some benefit plans, see the attached/enclosed information.

The Immigration Reform and Control Act (IRCA) of 1986 requires employers to verify the identity and the authorization of all employees to work in the United States. A list of all documents accepted by the Immigration and Naturalization Service will be provided. Should you accept this offer, you must bring one original document from List A OR one document from List B and one document from List C on your first day of employment. These documents will be reviewed and verified for your file and the originals returned to you. In addition to the documents required under IRCA, please present a copy of your Social Security card on your first day of employment so that we may ensure timely and accurate posting of your wages to your Social Security earnings record.

The Company conducts a mandatory pre-employment background investigation and drug screen on all candidates and employment is contingent upon a satisfactory result. The Company reserves the right to change or rescind the terms and conditions of your employment, including the terms of your compensation, in its discretion, at any time. Nothing in this letter or any other communication, either written or oral, is intended to constitute a contract of employment.

Federal law restricts how financial companies can use and disclose customer non-public personal information (NPPI). Customer NPPI is the property of the company with the customer relationship. If you accept this offer, we will require you to confirm that you will not bring with you customer NPPI of another company that you had access to in connection with your previous employment.

Employment with the Company is at will which means that employment can be terminated with or without cause, and with or without notice at any time, by either the Company or by you. Ross, we are excited about you joining us and look forward to welcoming you to the Company. To confirm your acceptance of this offer, please sign and date under the appropriate signature line and return the original of this letter to me.

***PLEASE READ THE FOLLOWING SECTION CAREFULLY AND CONTACT YOUR RECRUITER WITH ANY QUESTIONS:***

I accept the employment offer as set forth in this letter and confirm that (1) I am not a party to or bound by any written or verbal agreement with a former employer(s) that restricts me from being employed by the Company (non-compete) or prevents me from soliciting for employment or hiring at the Company any employee of my former employer(s) (non-solicitation) and (2) I will not use customer NPPI of another company in connection with my (employment by) (activities on behalf of) the Company.

**If you have any agreement with your former employer that limits your ability to commence employment (non-compete) or solicit employees or former employees of your former employer(s) (non-solicitation), please contact your recruiter to discuss the agreement. Please do not Accept or Decline offer until the details of the agreement have been discussed with the recruiter. Accepting the offer without discussing the current agreement can render the employment offer null and void or result in employment termination if discovered post-hire.**

Please feel free to contact me if you have any questions concerning this offer of employment.

Richard Thomas
Area Sales Manager
GMAC Mortgage

Your signature below authorizes the Company, as permitted by State law, to deduct from your earnings any monies you owe the Company, including but not limited to debts resulting from overpayment of wages to you, your failure to return or your damage to Company property, your failure to pay the balance on a Company-issued credit card, unauthorized expenses charged to the Company by you and any losses sustained by the Company as a result of any misappropriation, fraud or violation of Company policy by you.

Acceptance of this offer confirms your agreement with the terms of the Acceptable Use Policy attached. You will need to provide an electronic signature on the "Accept Offer" or "Decline Offer" to inform us of your decision. Please verify that your recruiter has received your response.

Chris & Tomoko Ho
2801 Sepulveda Bl., #107
Torrance, CA 90505
Originated 8/23/2011
Closed 9/26/2011

Tony & Georgina Mueller
28814 Cedarbluff Dr.
Rancho Palos Verdes, CA 90275
Originated 9/1/2011
Closed 9/27/2011

Jeffry & Diane Grossman
871 Hartzwell St
Pacific Palisades, CA 90272
Originated 8/16/2011
Closed 9/27/2011

Erwin Mauricio
22123 Figueroa St, #127
Carson, CA 90745
Originated 8/29/2011
Closed 9/28/2011

Tom & Alex DeCarlo
45597 Via Puebla
Temecula, CA 92592
Originated 8/22/2011
Closed 9/29/2011

Michael Green
582 W 39th St
San Pedro, CA 90731
Originated 8/29/2011
Closed 10/3/2011

James Peterka
3249 Crownview Dr.
Rancho Palos Verdes, CA 90275
Originated 8/26/2011
Closed 10/5/2011

Alan Boyd
637 Whitney Ct
Vacaville, CA 95687
Originated 9/3/2011
Closed 10/19/2011

Phil & Tammy Culshaw
115 Dover Pl
Laguna Niguel, CA 92677
Originated 9/12/2011
Closed 10/20/2011

Jason Briggs, Primary Residence
Originated 4828 Macafee Rd
Torrance, CA 90505
Originated 8/11/2011
Closed 10/24/2011

Jason Briggs, Rental Property
2610 W 235th St, #17
Torrance, CA 90505
Originated 8/11/2011
Closed 10/24/2011

David Orlando
5514 Sunnyview St
Torrance, CA 90505
Originated 9/7/2011
Closed 10/26/2011

Branch :P02,User :P015                                                    Station ID :RSZV

Recording Requested By:
**Ally Bank**

*WHEN RECORDED, RETURN TO:*
*FIRST AMERICAN MORTGAGE SERVICES*
*1100 SUPERIOR AVENUE, SUITE 200*
*CLEVELAND, OHIO 44114*
*NATIONAL RECORDING*

*CLOSED*
*8/24/13*

Prepared By:
**Michael Krasnay**

---

————————————————[Space Above This Line For Recording Data]————————————————

7104387            **DEED OF TRUST**   44128961

MIN 100037506878036152

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated **09/21/2011**
together with all Riders to this document.
**(B) "Borrower"** is **CHRISTOPHER MARK HO AND TOMOKO SATO HO, HUSBAND AND WIFE AS COMMUNITY PROPERTY WITH RIGHT TO SURVIVORSHIP**

Borrower's address is **2801 Sepulveda Blvd Unit 107, Torrance, CA 90505-2865**
. Borrower is the trustor under this Security Instrument.

**(C) "Lender"** is
**Ally Bank**
Lender is a **Bank Chartered**
organized and existing under the laws of **Utah**

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT WITH MERS**        Form 3005  1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)

Page 1 of 15                        Initials CH  TH

---

LOS ANGELES, CA  Document:TD 2011.1346120                                  Page:2 of 20

Printed on:8/15/2013 1:31 PM

### INTEREST RATE LOCK AGREEMENT
*Please Read Carefully*

**Borrower Name:**    CHRISTOPHER M. HO

TOMOKO S. HO

**Loan Agent Name:**    Ross Thayer

**Loan Agent Phone:**

**Loan Agent Fax:**    (866) 502-6563

**Loan Agent Address:**    GMAC Mortgage, LLC

21515 Hawthorne Blvd. Ste. 200
Torrance, CA 90503-6512

**Property Address:**    2801 Sepulveda Blvd, Unit 107
Torrance, CA 90505-2865

**Loan Number:**    000687803615

**Loan Agent Email:**    Ross.Thayer@gmacm.com

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date:  August 23, 2011

My interest rate and points are locked-in under the following terms:

| Interest Rate*: | 3.750 % | Lock Expiration Date: | 10/07/2011 |
|---|---|---|---|
| Total Points: | 0.000 % | Interest Rate Lock Date: | 08/23/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT:** $ 284,000.00    **LOAN TERM:**   180   (months)

**LOAN PROGRAM:** 15 Year Fixed

**LOAN TYPE:** Conventional    **DOCUMENTATION:** Standard/Full Documentation

**PROPERTY:** Condominium    **PURPOSE:** Refinance    **OCCUPANCY:** Primary Residence

**ESCROW/IMPOUND ACCOUNT:** Loan ☐ is / ☒ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:**   49.00  %  **COMBINED LOAN TO VALUE:**   69.00 %  **DEBT TO INCOME:**   31.35  %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Lock Agreement (MultiState)

000687803615

2460R2 (03/2011)    **Page 1 of 8**    08/23/2011 02:09pm



*Defc*

Recording Requested By:
Ally Bank

Return To:
Ally Bank

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000,
St. Paul, MN 55117

Prepared By:
Valorian Harrell

*7583-07-023* ——————[Space Above This Line For Recording Data]——————

# DEED OF TRUST

MIN 100037506878082115

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated 09/20/2011
together with all Riders to this document.
**(B) "Borrower"** is Anthony J. Mueller and Georgina M. Mueller, as trustee of the Anthony J. Mueller and Georgina M. Mueller Family Trust September 30, 2010.

Borrower's address is 400 Richmond St Unit 4, El Segundo, CA  90245-3769
                                        . Borrower is the trustor under this Security Instrument.

**(C) "Lender"** is
Ally Bank
Lender is a Bank Chartered
organized and existing under the laws of Utah

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3005  1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)
Page 1 of 15                     Initials: *GMGM*

*260711653 2-10*
*108*

## INTEREST RATE LOCK AGREEMENT
### *Please Read Carefully*

Borrower Name:   ANTHONY JAMES MUELLER

                 GEORGINA MARGAROT MUELLER

Property Address:  28814 Cedarbluff Dr
                  Rancho Palos Verdes, CA  90275-3118

Loan Number:    000687808211

Loan Agent Name:  Ross Thayer

Loan Agent Phone:

Loan Agent Fax:   (866) 502-6563

Loan Agent Address: GMAC Mortgage, LLC
                     21515 Hawthorne Blvd. Ste. 200
                     Torrance, CA 90503-6512

Loan Agent Email:  Ross.Thayer@gmacm.com

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date:  September 01, 2011

My interest rate and points are locked-in under the following terms:

| Interest Rate*: | 4.375 % | Lock Expiration Date: | 10/03/2011 |
|---|---|---|---|
| Total Points: | 0.000 % | Interest Rate Lock Date: | 09/01/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT: $** 729,750.00    **LOAN TERM:** 360  (months)

**LOAN PROGRAM:** Fixed Rate Mortgage

**LOAN TYPE:** Conventional             **DOCUMENTATION:** High-Balance Loan Limit

**PROPERTY:** One Family    **PURPOSE:** Purchase    **OCCUPANCY:** Primary Residence

**ESCROW/IMPOUND ACCOUNT:** Loan ☐ is / ☒ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:** 79.00 % **COMBINED LOAN TO VALUE:** 79.00% **DEBT TO INCOME:** 28.24 %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Lock Agreement (MultiState)

2460R2 (03/2011)

**Page 1 of 8**

000687808211
09/01/2011 01:01pm

Branch :ETQ,User :T007

Station ID :FM9Z

*Progressive*

Recording Requested By:
**Ally Bank**

Return To:
**Ally Bank**

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000,
St. Paul, MN 55117

Prepared By:
**Evan Jeck**



DATE CLOSED

09/28/2011

*20111312802*

OR 1185595

—[Space Above This Line For Recording Data]—

# DEED OF TRUST

MIN **100037506877982604**

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated **09/22/2011**
together with all Riders to this document.
(B) **"Borrower"** is

**JEFFRY A. GROSSMAN, TRUSTEE OF THE JEFFRY A. GROSSMAN TRUST DATED JUNE 13, 2006, AS TO AN UNDIVIDED 20% INTEREST AND DIANE BOURESTON GROSSMAN, TRUSTEE OF THE DIANE BOURESTON LIVING TRUST, DATED APRIL 16, 1999, AS AMENDED, AS TO AN UNDIVIDED 80% INTEREST**

Borrower's address is **871 Hartzell Street, Pacific Palisades, CA 90272-3817**
. Borrower is the trustor under this Security Instrument.

(C) **"Lender"** is
**Ally Bank**
Lender is a **Bank Chartered**
organized and existing under the laws of **Utah**

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS      Form 3005  1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)
Page 1 of 15                Initials:

# INTEREST RATE LOCK AGREEMENT
### *Please Read Carefully*

| | | | |
|---|---|---|---|
| **Borrower Name:** | Jeffry A. Grossman | **Loan Agent Name:** | Ross Thayer |
| | **DIANE M. BOURESTON GROSSMAN** | **Loan Agent Phone:** | |
| | | **Loan Agent Fax:** | (866) 502-6563 |
| | | **Loan Agent Address:** | GMAC Mortgage, LLC |
| **Property Address:** | 871 Hartzell St | | 21515 Hawthorne Blvd. Ste. 200 |
| | Pacific Palisades, CA 90272-3817 | | Torrance, CA 90503-6512 |
| **Loan Number:** | 000687798260 | **Loan Agent Email:** | Ross.Thayer@gmacm.com |

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date: August 16, 2011

My interest rate and points are locked-in under the following terms:

| | | | |
|---|---|---|---|
| **Interest Rate*:** | 4.250 % | **Lock Expiration Date:** | 09/30/2011 |
| **Total Points:** | 0.000 % | **Interest Rate Lock Date:** | 08/16/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT:** $ 702,000.00    **LOAN TERM:** 360 (months)

**LOAN PROGRAM:** Fixed Rate Mortgage

**LOAN TYPE:** Conventional    **DOCUMENTATION:** High-Balance Loan Limit

**PROPERTY:** One Family    **PURPOSE:** Refinance    **OCCUPANCY:** Primary Residence

**ESCROW/IMPOUND ACCOUNT:** Loan ☐ is / ☒ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:** 57.00 % **COMBINED LOAN TO VALUE:** 57.00 % **DEBT TO INCOME:** 26.77 %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

\* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Lock Agreement (MultiState)

2460R2 (03/2011)    **Page 1 of 8**

000687798260
08/16/2011 05:15pm

# LSI TITLE COMPANY

Recording Requested By:
**Ally Bank**

Return To:
**Ally Bank**

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000,
St. Paul, MN 55117

*CLOSED*
*9/28/2011*

Prepared By:
Michael Krasnay

*110209866*
*APN 7341·001 063*  [Space Above This Line For Recording Data]

# DEED OF TRUST

MIN 100037506877956673

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16

(A) "Security Instrument" means this document, which is dated 09/28/2011
together with all Riders to this document
(B) "Borrower" is ERWIN MAURICIO and  JOSELLE  MAURICIO, Husband and Wife as
joint tenants

Borrower's address is 22311 Figueroa Street, Carson, CA  90745-4410
. Borrower is the trustor under this Security Instrument.

(C) "Lender" is
Ally Bank
Lender is a Bank Chartered
organized and existing under the laws of  Utah

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS       Form 3005  1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)
Page 1 of 15                    Initials *EM  JM*

# INTEREST RATE LOCK AGREEMENT
### *Please Read Carefully*

| | |
|---|---|
| Borrower Name: **ERWIN I. MAURICIO** | Loan Agent Name: Ross Thayer |
| **JOSELLE MAURICIO** | Loan Agent Phone: |
| | Loan Agent Fax: (866) 502-6563 |
| | Loan Agent Address: GMAC Mortgage, LLC |
| Property Address: 22123 Figueroa St, 127 | 21515 Hawthorne Blvd. Ste. 200 |
| Carson, CA  90745-4466 | Torrance, CA 90503-6512 |
| Loan Number: 000687795667 | Loan Agent Email: Ross.Thayer@gmacm.com |

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date:  August 23, 2011

My interest rate and points are locked-in under the following terms:

| | | | |
|---|---|---|---|
| **Interest Rate*:** | 4.875 % | **Lock Expiration Date:** | 09/21/2011 |
| **Total Points:** | 1.025 % | **Interest Rate Lock Date:** | 08/22/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT:** $ 220,875.00       **LOAN TERM:** 360   (months)

**LOAN PROGRAM:** Fixed Rate Mortgage

**LOAN TYPE:** Conventional                **DOCUMENTATION:** Homepath

**PROPERTY:** Condominium       **PURPOSE:** Purchase       **OCCUPANCY:** Primary Residence

**ESCROW/IMPOUND ACCOUNT:** Loan ☒ is / ☐ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:** 95.00 %  **COMBINED LOAN TO VALUE:** 95.00 %  **DEBT TO INCOME:** 43.21 %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

\* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Lock Agreement (MultiState)



**Lawyers Title**

Recording Requested By: *lll*
**Ally Bank**

Return To:
**Ally Bank**

c/o Indecomm, 2925 Country
Drive Mail Stop ED- GM 3000,
St. Paul, MN 55117

Prepared By:
**Michael Krasnay**

DOC # 2011-0435543
10/03/2011 08:01A Fee:267.00
Page 1 of 42
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

111093434

APN-962- 143.029

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| 1 |   |   | 42   | 42   | 1   |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |     |     | CTY | UNI | 042  |

[Space Above This Line For Recording Data]

# DEED OF TRUST

MIN 100037506877999319

267

T
042

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) "Security Instrument" means this document, which is dated 09/23/2011
together with all Riders to this document.
(B) "Borrower" is Thomas DeCarlo and Alexandra DeCarlo, Trustees of the
DeCarlo Family Trust Dated October 19, 2006

Borrower's address is 26301 Delos Drive, Torrance, CA 90505-7211
. Borrower is the trustor under this Security Instrument.

(C) "Lender" is
**Ally Bank**
Lender is a **Bank Chartered**
organized and existing under the laws of **Utah**

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3005  1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)
Page 1 of 15                    Initials: T.D. (A)



## INTEREST RATE LOCK AGREEMENT
*Please Read Carefully*

| | |
|---|---|
| Borrower Name: | THOMAS DECARLO |
| | ALEXANDRA DECARLO |

Loan Agent Name: Ross Thayer

Loan Agent Phone:

Loan Agent Fax: (866) 502-6563

Loan Agent Address: GMAC Mortgage, LLC
21515 Hawthorne Blvd. Ste. 200
Torrance, CA 90503-6512

Property Address: 45597 Via Puebla
Temecula, CA 92592-5886

Loan Agent Email: Ross.Thayer@gmacm.com

Loan Number: 000687799931

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date: August 23, 2011

My interest rate and points are locked-in under the following terms:

| Interest Rate*: | 4.500 % | Lock Expiration Date: | 09/22/2011 |
|---|---|---|---|
| Total Points: | 0.000 % | Interest Rate Lock Date: | 08/23/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT: $** 255,000.00 **LOAN TERM:** 360 (months)

**LOAN PROGRAM:** Fixed Rate Mortgage

**LOAN TYPE:** Conventional        **DOCUMENTATION:** Standard/Full Documentation

**PROPERTY:** One Family    **PURPOSE:** Purchase    **OCCUPANCY:** Second Home

**ESCROW/IMPOUND ACCOUNT:** Loan ☐ is / ☒ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:** 74.00 % **COMBINED LOAN TO VALUE:** 74.00 % **DEBT TO INCOME:** 48.19 %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

\* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Lock Agreement (MultiState)

2460R2 (03/2011)

**Page 1 of 8**

000687799931
08/23/2011 03:05pm

Branch :ETQ,User :T026

Station ID :XNXB

2

LSI Title Company (CA)

Recording Requested By:
Ally Bank

Return To:
Ally Bank

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000
St. Paul, MN 55117

Prepared By:
Roxann Frazier
Ally Bank
1100 Virginia Drive
Fort Washington, PA  19034

110220753
APN: 7467-019-025
State of California

—[Space Above This Line For Recording Data]—

## DEED OF TRUST

FHA Case No.
1975569439703

MIN 100037506877983156

THIS DEED OF TRUST ("Security Instrument") is made on **September 30, 2011**
The Trustor is **MICHAEL W. GREEN** and **MICHELLE M. GREEN, HUSBAND AND WIFE AS JOINT TENANTS.**

, whose address is

**582 W 39th St, San Pedro, CA  90731-6907**
("Borrower"). The trustee is **Executive Trustee Services, Inc.**

("Trustee"). The beneficiary is Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for Lender, as hereinafter defined, and Lender's successors and assigns). MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS. **Ally Bank**

("Lender") is organized and existing under the laws of **Utah**                            , and
has an address of **1100 Virginia Drive, Fort Washington, PA  19034**
. Borrower owes Lender the principal sum of
**Three Hundred Eighty Eight Thousand Six Hundred Thirty Two and 00/100**
Dollars (U.S. $**388,632.00**                ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on **October 1, 2041**
. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the

1004NCA                                    000687798315                    09/29/2011 10:41am
FHA California Deed of Trust with MERS - 4/96
Wolters Kluwer Financial Services
VMP®-4N(CA) (0711)                    Amended 11/07
Page 1 of 8                    Initials:

Recording Requested By:
**Ally Bank**

*WHEN RECORDED, RETURN TO:*
*FIRST AMERICAN MORTGAGE SERVICES*
*1100 SUPERIOR AVENUE, SUITE 200*
*CLEVELAND, OHIO 44114*
*NATIONAL RECORDING*

CLOSED
10/5/13

Prepared By:
**LeeAnn Schiller**

---

[Space Above This Line For Recording Data]

7105673                    **DEED OF TRUST** 4414 8114 (16)

MIN 100037506878037622

**DEFINITIONS**
Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) "Security Instrument" means this document, which is dated 09/30/2011
together with all Riders to this document.
(B) "Borrower" is ANNA G. DEL RIO, A MARRIED WOMAN AND JAMES JEROME PETERKA
III, FAMILY TRUST JAMES JEROME PETERKA III SEP. 14, 2004

Borrower's address is 3249 Crownview Dr, Rancho Palos Verdes, CA  90275-6415
. Borrower is the trustor under this Security Instrument.

(C) "Lender" is
**Ally Bank**
Lender is a Bank Chartered
organized and existing under the laws of  Utah

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS      Form 3005  1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)
Page 1 of 15                        Initials: ___  ADR



## INTEREST RATE LOCK AGREEMENT
### *Please Read Carefully*

| | | | |
|---|---|---|---|
| **Borrower Name:** | JAMES J. PETERKA III | **Loan Agent Name:** | Ross Thayer |
| | ANNA G. DEL RIO | | |
| | | **Loan Agent Phone:** | |
| | | **Loan Agent Fax:** | (866) 502-6563 |
| | | **Loan Agent Address:** | GMAC Mortgage, LLC |
| **Property Address:** | 3249 Crownview Dr | | 21515 Hawthorne Blvd. Ste. 200 |
| | Rancho Palos Verdes, CA 90275-6415 | | Torrance, CA 90503-6512 |
| **Loan Number:** | 000687803762 | **Loan Agent Email:** | Ross.Thayer@gmacm.com |

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date: September 01, 2011

My interest rate and points are locked-in under the following terms:

| | | | |
|---|---|---|---|
| **Interest Rate*:** | 4.375 % | **Lock Expiration Date:** | 10/03/2011 |
| **Total Points:** | 0.000 % | **Interest Rate Lock Date:** | 09/01/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT: $** 667,000.00 _____ **LOAN TERM:** _360_ (months)

**LOAN PROGRAM:** Fixed Rate Mortgage _____

**LOAN TYPE:** Conventional _____    **DOCUMENTATION:** High-Balance Loan Limit _____

**PROPERTY:** One Family _____    **PURPOSE:** Refinance _____    **OCCUPANCY:** Primary Residence _____

**ESCROW/IMPOUND ACCOUNT:** Loan ☐ is / ☒ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:** _48.00_ % **COMBINED LOAN TO VALUE:** _65.00_ % **DEBT TO INCOME:** _29.28_ %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Lock Agreement (MultiState)

*DATE CLOSED*

**First American Title**

Recording Requested By:
Ally Bank

Return To:
Ally Bank

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000,
St. Paul, MN 55117

Prepared By:
Michael Krasnay

Recorded in Official Records, Solano County

**Marc C. Tonnesen**
Assessor/Recorder

03 First American Title Co

Doc#: **201100094009**



| | | |
|---|---|---|
| Titles: | **1** | Pages: 19 |

| Fees | 70.00 |
|---|---|
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $70.00 |

10/21/2011
8:00 AM
AR21
XX

*3671911 T.D.*

─────[Space Above This Line For Recording Data]─────

# DEED OF TRUST

MIN 100037506878011882

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated **10/14/2011**
together with all Riders to this document.
(B) "Borrower" is **Alan Boyd and Joyce Lynn Boyd, Husband and Wife**

**AS JOINT TENANTS**

Borrower's address is **555 Mountain View Road, Lakeport, CA  95453**
. Borrower is the trustor under this Security Instrument.

(C) "Lender" is
**Ally Bank**
Lender is a **Bank Chartered**
organized and existing under the laws of **Utah**

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005  1/01

Wolters Kluwer Financial Services
VMP®-6A(CA) (0711)
Page 1 of 15        Initials:



Branch :ETQ,User :T007                                         Station ID :FM9Z

**RECORDED AT THE REQUEST OF CHICAGO TITLE COMPANY**

Recording Requested By:
**Ally Bank**

Return To:
**Ally Bank**

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000
St. Paul, MN 55117

Prepared By:
DeShawn Myers
Ally Bank
1100 Virginia Drive
Fort Washington, PA  19034

*DATE CLOSED*

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

45.00

2011000525256 08:00am 10/21/11
93 401 D11 13
0.00 0.00 0.00 0.00 36.00 0.00 0.00 0.00 0.00

11862052

State of California   3/3-13

[Space Above This Line For Recording Data]

# DEED OF TRUST

FHA Case No.
0486721811734

MIN 100037506878038935

THIS DEED OF TRUST ("Security Instrument") is made on **October 19, 2011**
The Trustor is **Philip Culshaw and  Tammy Culshaw, Husband and Wife as Joint Tenants**

, whose address is

**115 Dover Pl, Laguna Niguel, CA  92677-4727**
("Borrower"). The trustee is **Executive Trustee Services, Inc.**

("Trustee"). The beneficiary is Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for
Lender, as hereinafter defined, and Lender's successors and assigns). MERS is organized and existing under the laws
of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888)
679-MERS. **Ally Bank**

("Lender") is organized and existing under the laws of **Utah**                                        , and
has an address of **1100 Virginia Drive, Fort Washington, PA  19034**
. Borrower owes Lender the principal sum of
**Three Hundred Twenty Six Thousand Five Hundred Seven and 00/100**
Dollars (U.S. $**326,507.00**                ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which
provides for monthly payments, with the full debt, if not paid earlier, due and payable on **November 1, 2041**
. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the

1004NCA                          000687803893                    10/19/2011 01:00pm
FHA California Deed of Trust with MERS - 4/96
Wolters Kluwer Financial Services
VMP®-4N(CA) (0711)           Amended 11/07
Page 1 of 8                  Initials:

## INTEREST RATE LOCK AGREEMENT
### *Please Read Carefully*

| | | | |
|---|---|---|---|
| Borrower Name: | Philip Culshaw | Loan Agent Name: | Ross Thayer |
| | Tammy Culshaw | | |
| | | Loan Agent Phone: | |
| | | Loan Agent Fax: | (866) 502-6563 |
| | | Loan Agent Address: | GMAC Mortgage, LLC |
| Property Address: | 115 Dover Pl | | 21515 Hawthorne Blvd. Ste. 200 |
| | Laguna Niguel, CA  92677-4727 | | Torrance, CA 90503-6512 |
| Loan Number: | 000687803893 | Loan Agent Email: | Ross.Thayer@gmacm.com |

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date:  September 20, 2011

My interest rate and points are locked-in under the following terms:

| | | | |
|---|---|---|---|
| **Interest Rate*:** | 3.990 % | **Lock Expiration Date:** | 10/20/2011 |
| **Total Points:** | 0.000 % | **Interest Rate Lock Date:** | 09/20/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT:** $ 336,254.00        **LOAN TERM:**   360    (months)

**LOAN PROGRAM:**  FHA Fixed Rate 30 Year

**LOAN TYPE:**  FHA                                              **DOCUMENTATION:**  Standard/Full Documentation

**PROPERTY:**  Condominium        **PURPOSE:** Purchase        **OCCUPANCY:** Primary Residence

**ESCROW/IMPOUND ACCOUNT:**  Loan ☒ is / ☐ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:**   96.50 % **COMBINED LOAN TO VALUE:**  96.50 %  **DEBT TO INCOME:**  48.70 %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Rate Lock Agreement (MultiState)

## PROGRESSIVE TITLE CO.

Recording Requested By:
**Ally Bank**

Return To:
**Ally Bank**

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000,
St. Paul, MN 55117

Prepared By:
Evan Jeck

DATE CLOSED
10/25/2011
*20111439397*

----------- [Space Above This Line For Recording Data] -----------

## DEED OF TRUST

MIN **100037506877980822**

7377-003-090

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated **10/18/2011**
together with all Riders to this document.
(B) **"Borrower"** is JASON E. BRIGGS and MICHELLE K. BRIGGS, Trustees of The
2010 Jason E. Briggs and Michelle K. Briggs Revocable Trust Dated April
1, 2010

Borrower's address is **4828 Macafee Rd, Torrance, CA 90505-4327**
. Borrower is the trustor under this Security Instrument.

(C) **"Lender"** is
**Ally Bank**
Lender is a **Bank Chartered**
organized and existing under the laws of **Utah**

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005 1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)
Page 1 of 19                    Initials: MKB

PR 1110968

## INTEREST RATE LOCK AGREEMENT
### *Please Read Carefully*

| | | | |
|---|---|---|---|
| Borrower Name: | JASON E. BRIGGS | Loan Agent Name: | Ross Thayer |
| | MICHELLE BRIGGS | | |
| | | Loan Agent Phone: | |
| | | Loan Agent Fax: | (866) 502-6563 |
| | | Loan Agent Address: | GMAC Mortgage, LLC |
| Property Address: | 4828 Macafee Rd | | 21515 Hawthorne Blvd. Ste. 200 |
| | Torrance, CA  90505-4327 | | Torrance, CA 90503-6512 |
| Loan Number: | 000687795768 | Loan Agent Email: | Ross.Thayer@gmacm.com |

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date: August 11, 2011

My interest rate and points are locked-in under the following terms:

| Interest Rate*: | 3.625 % | Lock Expiration Date: | 09/26/2011 |
|---|---|---|---|
| Total Points: | 0.000 % | Interest Rate Lock Date: | 08/11/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT:** $ 350,500.00       **LOAN TERM:**     180     (months)

**LOAN PROGRAM:** 15 Year Fixed

**LOAN TYPE:** Conventional                        **DOCUMENTATION:** Standard/Full Documentation

**PROPERTY:** One Family           **PURPOSE:** Refinance           **OCCUPANCY:** Primary Residence

**ESCROW/IMPOUND ACCOUNT:** Loan ☐ is / ☒ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:**     54.00 % **COMBINED LOAN TO VALUE:**     54.00 %  **DEBT TO INCOME:**     43.78 %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

\* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Lock Agreement (MultiState)

# PROGRESSIVE TITLE

Recording Requested By:
**Ally Bank**

Return To:
**Ally Bank**

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000,
St. Paul, MN 55117

Prepared By:
Evan Jeck



DATE CLOSED
10/25/2011
*20111439394*

---------[Space Above This Line For Recording Data]---------
## DEED OF TRUST
MIN 100037506877957689

### DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) "Security Instrument" means this document, which is dated 10/18/2011
together with all Riders to this document.
(B) "Borrower" is JASON E. BRIGGS and  MICHELLE K.   BRIGGS, Trustees of The
2010 Jason E. Briggs and Michelle K. Briggs Revocable Trust dated April
1, 2010

Borrower's address is 4828 Macafee Rd, Torrance, CA  90505-4327
. Borrower is the trustor under this Security Instrument.
(C) "Lender" is
**Ally Bank**
Lender is a **Bank Chartered**
organized and existing under the laws of **Utah**

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3005  1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)
Page 1 of 15            Initials: 

PR1110243

LOS ANGELES, CA  Document:TD 2011.1439394

Printed on:8/15/2013 2:18 PM

18

## INTEREST RATE LOCK AGREEMENT
### *Please Read Carefully*

| | |
|---|---|
| Borrower Name:   JASON E. BRIGGS | Loan Agent Name:   Ross Thayer |
| MICHELLE BRIGGS | |

Loan Agent Phone:

Loan Agent Fax:   (866) 502-6563

Loan Agent Address: GMAC Mortgage, LLC
21515 Hawthorne Blvd. Ste. 200
Torrance, CA 90503-6512

Property Address:   2610 W 235th St, 17
Torrance, CA  90505-4205

Loan Agent Email:   Ross.Thayer@gmacm.com

Loan Number:   000687798082

Ally Bank Hereinafter referred to as "Lender".

Interest Rate Lock Agreement Date: October 12, 2011

My interest rate and points are locked-in under the following terms:

| Interest Rate*: | 3.990 % | Lock Expiration Date: | 10/14/2011 |
|---|---|---|---|
| Total Points: | 0.600 % | Interest Rate Lock Date: | 08/16/2011 |
| *Each point is equal to 1.0% of the Loan Amount.* | | | |

My locked-in interest rate and points are based upon specific loan characteristics including, but not limited to, those outlined below. Any changes to these loan characteristics that impact my lock-in interest rate, total points, fees, and/or loan eligibility may result in this Interest Rate Lock Agreement ("Agreement") becoming null and void at the option of Lender.

**LOAN AMOUNT:** $ 235,000.00   **LOAN TERM:**   180   (months)

**LOAN PROGRAM:** 15 Year Fixed

**LOAN TYPE:** Conventional   **DOCUMENTATION:** Standard/Full Documentation

**PROPERTY:** Condominium   **PURPOSE:** Refinance   **OCCUPANCY:** Investor

**ESCROW/IMPOUND ACCOUNT:** Loan ☐ is / ☒ is not subject to a required escrow (impound) account.

**LOAN TO VALUE:**   53.00 %  **COMBINED LOAN TO VALUE:**   53.00 %  **DEBT TO INCOME:**  49.72 %

If my Lock-in Expiration Date needs to be extended, I must contact the Lender prior to the Lock-in Expiration Date to request an extension ("Extension"). Lender will communicate to me the Extension options and the associated costs and will determine if the Extension request will be granted. It is the Lender's policy not to set or extend the Lock-in Expiration Date more than ninety (90) calendar days past the Lock-in Date.

If I have the right to rescind my loan, my loan must close at least four (4) business days prior to the Lock-in Expiration Date. If my loan does not close and disburse by the Lock-in Expiration Date (as extended by any Extension), this Agreement shall terminate on the Lock-in Expiration Date (as extended by any Extension). If this Agreement terminates or expires before my loan closes and disburses, I agree that the interest rate, points and fees in connection with my loan shall be as set forth in the table in Section D, below.

* If I am applying for an adjustable rate mortgage loan, the Interest Rate is for the initial term only and is subject to change in accordance with the terms of the adjustable rate mortgage loan documents.

Interest Rate Lock Agreement (MultiState)

2460R2 (03/2011)                **Page 1 of 8**                000687798082
10/12/2011 06:12am

Recording Requested By:
**Ally Bank**



CLOSED
10/26/2011

*WHEN RECORDED, RETURN TO:*
*FIRST AMERICAN MORTGAGE SERVICES*
*1100 SUPERIOR AVENUE, SUITE 200*
*CLEVELAND, OHIO 44114*
*NATIONAL RECORDING*

Prepared By:
**Valorien Harrell**

7109713

[Space Above This Line For Recording Data]

# DEED OF TRUST

MIN **100037506878077644**

## DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated **10/21/2011**
together with all Riders to this document.
(B) **"Borrower"** is DAVID P. ORLANDO AND MARIANTI ORLANDO, TRUSTEES OF THE
ORLANDO FAMILY TRUST DATED OCTOBER 28, 2005

Borrower's address is **5514 Sunnyview St, Torrance, CA    90505-3215**
. Borrower is the trustor under this Security Instrument.

(C) **"Lender"** is
**Ally Bank**
Lender is a **Bank Chartered**
organized and existing under the laws of **Utah**

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005  1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (0711)
Page 1 of 18        Initials: