UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
Residential Capital, LLC, et al.,                               : Case No. 12-12020 (MG)
                                                                :
                Debtors.                                    : Jointly Administered
                                                                :
----------------------------------------------------------------- x Ref. Docket No. 4737

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2013, I caused to be served the "Notice of Filing Exhibit D to the Disclosure Statement Approval Order," dated August 16, 2013 [Docket No. 4737], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
____ day of August, 2013

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\Rescap\Affidavits\NOF Exhibit DS_DI_4737_AFF_8-16-13_KH.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, ESQS 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count 27**

**EXHIBIT B**

**Email List**

accesslegalservices@gmail.com
adam.parkin@tdsecurities.com
aglenn@kasowitz.com
almoskowitz@winston.com
ayala.hassell@hp.com
bankruptcy@morrisoncohen.com
bateman@sewkis.com
bbressler@schnader.com
bdeutsch@schnader.com
bguiney@pbwt.com
bill.macurda@alston.com
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
courtney.lowman@ally.com
cschreiber@winston.com
das@sewkis.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dneier@winston.com
drehns@cohenmilstein.com
dskeens@wbsvlaw.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
ebcalvo@pbfcm.com
ecf@kaalaw.com
echou@coleschotz.com
eciolko@ktmc.com
rmaney@wilmingtontrust.com
fsosnick@shearman.com
glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
guzzi@whitecase.com
hector.gonzalez@dechert.com
ilevee@lowenstein.com
ingrid.bagby@cwt.com

jcorneau@klestadt.com
jeff.brown@gmacfs.com
jennifer.provenzano@bnymellon.com
jgarrity@morganlewis.com
jhaake@wbsvlaw.com
jlaitman@cohenmilstein.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jnagi@polsinelli.com
john.stern@texasattorneygeneral.gov
jwilliams@wilmingtontrust.com
jzajac@proskauer.com
kathryn.thorpe@tdsecurities.com
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
kenton_hambrick@freddiemac.com
kit.weitnauer@alston.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
lemiller@jonesday.com
mageshwaran.ramasamy@bnymellon.com
mamta.scott@usbank.com
mark.ellenberg@cwt.com
marty.bunin@alston.com
mauricio.espana@dechert.com
mcarney@mckoolsmith.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkraut@morganlewis.com
mrollin@rplaw.com
mstein@kasowitz.com
mvaughan@wbsvlaw.com
mwarner@coleschotz.com
namamoo@kasowitz.com
nichlaus.m.ross@wellsfargo.com
patrick.kerner@barclays.com
paul_mullings@freddiemac.com
pfleming@morganlewis.com
pmoak@mckoolsmith.com
rbarkasy@schnader.com
rlwynne@jonesday.com

| | |
|---|---|
| rosa.mendez@db.com | david.tillem@wilsonelser.com |
| ross.martin@ropesgray.com | tfawkes@freebornpeters.com |
| sarah.stout@bnymellon.com | deggert@freebornpeters.com |
| scottshelley@quinnemanuel.com | taconrad@sbwlawfirm.com |
| seth.goldman@mto.com | dstichesq@gmail.com |
| sfennessey@shearman.com | joel@shafeldlaw.com |
| sharon.squillario@wellsfargo.com | jberkowitz@gibbonslaw.com |
| sheehan@txschoollaw.com | kgiannelli@gibbonslaw.com |
| shumphries@gibbsbruns.com | kristi.garcia@wellsfargo.com |
| srutsky@proskauer.com | mkbroyles@feinsuchcrane.com |
| stevep@rgrdlaw.com | rrich2@hunton.com |
| susan.khokher@tdsecurities.com | derek@talcottfranklin.com |
| susheelkirpalani@quinnemanuel.com | bankruptcy@clm.com |
| tal@talcottfranklin.com | mdyer@aclawllp.com |
| tanveer.ashraf@usbank.com | victoria.safran@ag.ny.gov |
| theodore.w.tozer@hud.gov | romero@mromerolawfirm.com |
| thomas.walper@mto.com | jteitelbaum@tblawllp.com |
| tklestadt@klestadt.com | bankruptcy2@ironmountain.com |
| tlallier@foleymansfield.com | adoshi@magnozzikye.com |
| william.hao@alston.com | sdnyecf@dor.mo.gov |
| xrausloanops5@barclays.com | ggraber@hodgsonruss.com |
| pdefilippo@wmd-law.com | adam.harris@srz.com |
| sfitzgerald@wmd-law.com | howard.godnick@srz.com |
| jlawlor@wmd-law.com | marguerite.gardiner@srz.com |
| jglucksman@scarincihollenbeck.com | michael.cutini@srz.com |
| david.powlen@btlaw.com | dmoffa@ktmc.com |
| diane.sanders@lgbs.com | tziegler@ktmc.com |
| lberkoff@moritthock.com | harrisj12@michigan.gov |
| will.hoch@crowedunlevy.com | kay.brock@co.travis.tx.us |
| cwood@rgrdlaw.com | bnkatty@aldine.k12.tx.us |
| abehlmann@lowenstein.com | david.jason@usbank.com |
| davids@blbglaw.com | binder@sewkis.com |
| jonathanu@blbglaw.com | rbrown@robertbrownlaw.com |
| matthewj@blbglaw.com | choward@lockelord.com |
| jai@blbglaw.com | andrea.hartley@akerman.com |
| pferdinands@kslaw.com | susan.balaschak@akerman.com |
| ajowers@kslaw.com | hadi.khatib@akerman.com |
| thadwilson@kslaw.com | ronald.rowland@rms-iqor.com |
| gbush@zuckerman.com | houston_bankruptcy@lgbs.com |
| ncohen@zuckerman.com | jleibowitz@kandfllp.com |
| lneish@zuckerman.com | dcaley@wongfleming.com |
| cmomjian@attorneygeneral.gov | ken.coleman@allenovery.com |
| chris@myfaircredit.com | john.kibler@allenovery.com |

| | |
|---|---|
| lee.gordon@mvbalaw.com | mfriedman@meyner.com |
| bdk@schlamstone.com | pmahony@leopoldassociates.com |
| ppascuzzi@ffwplaw.com | cshore@whitecase.com |
| gary.holtzer@weil.com | isilverbrand@whitecase.com |
| mknitter@co.monroe.pa.us | macohen@curtis.com |
| ksheehan@flwlaw.com | mgallagher@curtis.com |
| mabrams@wilkie.com | sreisman@curtis.com |
| rchoi1@wilkie.com | tfoundy@curtis.com |
| jhardy2@wilkie.com | kelvin.vargas@db.com |
| rschug@nka.com | george.rayzis@usbank.com |
| tterrell@feinsuch.com | irina.palchuk@usbank.com |
| mark.flannagan@umb.com | dgolden@akingump.com |
| sleopold@leopoldassociates.com | ecfmail@aclawllp.com |
| jjtancredi@daypitney.com | bbeskanos@aol.com |
| jwcohen@daypitney.com | ra-li-ucts-bankrupt@state.pa.us |
| hkryder@daypitney.com | diem.home@gmail.com |
| tarr@blankrome.com | gcatalanello@duanemorris.com |
| root@blankrome.com | dearly@fdic.gov |
| mschaedle@blankrome.com | floressaucedopllc@gmail.com |
| njacobs@jacobslawpc.com | brian@gmcnjlaw.com |
| jgelman@jacobslawpc.com | floraoropeza@co.imperial.ca.us |
| arosen@jacobslawpc.com | mstrauss@kmllp.com |
| pdatta@hhstein.com | dlibra@lapplibra.com |
| james.heaney@lawdeb.com | susanp@taxcollector.com |
| christensen@sewkis.com | mmorganroth@morganrothlaw.com |
| patel@sewkis.com | almeyers@sjgov.org |
| deborah@ladyesq.net | paul_papas@mylegalhelpusa.com |
| schindlerwilliamss@ballardspahr.com | jmcmurtr@placer.ca.gov |
| james.byrnes@usbank.com | igoldstein@proskauer.com |
| laura.moran@usbank.com | jeremyandersen@quinnemanuel.com |
| alves@sewkis.com | dsasser@siwpc.com |
| kotwick@sewkis.com | dhall@siwpc.com |
| eboden@schnader.com | whazeltine@sha-llc.com |
| kmarino@khmarino.com | agbanknewyork@ag.tn.gov |
| jboyle@khmarino.com | jvincequerra@duanemorris.com |
| hooper@sewkis.com | mpmorris@gelaw.com |
| josselson@sewkis.com | bwalker@kmllp.com |
| richard@rsaxlaw.com | jmorganroth@morganrothlaw.com |
| jjonas@brownrudnick.com | daveburnett@quinnemanuel.com |
| jcoffey@brownrudnick.com | ericwinston@quinnemanuel.com |
| jdmarshall@brownrudnick.com | delman@gelaw.com |
| swissnergross@brownrudnick.com | srosen@cb-shea.com |
| jkatz@katz-law.com | calbanese@gibbonslaw.com |

themeyerslawfirm@gmail.com
gjarvis@gelaw.com
kgcully@kgcully.com
dfeldman@gibsondunn.com
jweisser@gibsondunn.com
israel.david@friedfrank.com
gary.kaplan@friedfrank.com
pdublin@akingump.com
ralbanese@akingump.com
gelfarb@mosskalish.com
tmm@mullaw.org
msweeney@msgrb.com
askdoj@usdoj.gov
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
dmannal@kramerlevin.com
glee@mofo.com
jboelter@sidley.com
john.bellaver@ally.com
joseph.cordaro@usdoj.gov
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
marie.l.cerchero@irs.gov
nancy.lord@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
stephen.hessler@kirkland.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tracy.davis2@usdoj.gov
william.b.solomon@ally.com
 jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
szide@kramerlevin.com

guzzi@milbank.com
tammy.hamzehpour@gmacrescap.com
diane.citron@ally.com
enid.stuart@oag.state.ny.us
bankruptcynoticeschr@sec.gov
hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
peter_mcgonigle@fanniemae.com
ksadeghi@mofo.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
rescapinfo@kccllc.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
jill.horner@gmacrescap.com
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com
eileen.oles@gmacrescap.com
lauren.delehey@gmacrescap.com
julie.busch@gmacrescap.com
patty.zellmann@ally.com