UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC

Case No.: 12-12020 MG

Chapter 11

Debtor

-----------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Vito Torchia, Jr. _____, request admission, *pro hac vice*, before the

Honorable Martin Glenn _____, to represent Hairston, et al. _____, a

creditors _____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of

New York, Florida, & and, if applicable, the bar of the U.S. District Court for the _____
                        California
District of _____ .

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Aug. 13, 2013

Newport Beach, CA ,

_____

*Mailing Address*:

Vito Torchia, Jr., Esq.

4000 MacArthur Blvd., Suite 1110

Newport Beach, CA 92660

*E-mail address*: torchiav@brookstonelaw. com

*Telephone number*: ( 800 ) 946-8655

*IN RE RESIDENTIAL CAPITAL, LLC, et al.*
**United States Bankruptcy Court**
*Southern District of New York, Case No.: 12-12020 (MG)*

## PROOF OF SERVICE

I am a resident of Orange County and citizen of the United States. I am over the age of 18 years and not a party to the within action; my business address is 4000 MacArthur Blvd., Suite 1110, Newport Beach, California 92660.

On August 20, 2013, I served **MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

PLEASE SEE ATTACHED SERVICE LIST

__ **(BY MAIL)** -The envelope was mailed with postage thereon fully prepaid. I am "readily" familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

___ **(BY OVERNIGHT COURIER SERVICE)** - I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

___ **(BY PERSONAL SERVICE)** - I delivered such envelope by hand to the address of the addressee listed above.

___ **(BY ELECTRONIC SERVICE)** – I emailed the documents to the people at the electronic notification addresses listed above.

___ **(BY FAX TRANSMISSION)** - I faxed the documents to the person at the fax number listed above . No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out is attached.

<u>XX</u> **(CM/ECF)** - I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF)

i

**PROOF OF SERVICE**

*IN RE RESIDENTIAL CAPITAL, LLC, et al.*
*United States Bankruptcy Court*
*Southern District of New York, Case No.: 12-12020 (MG)*

1 is generated automatically by the ECF system upon completion of an electronic
2 filing.

3 XX   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar
4       of this Court at whose discretion the service was made.

5       I declare under penalty of perjury under the laws of the United States and the
6 State of California that the foregoing is true and correct.

7       Executed on August 20, 2013 in Newport Beach, California.

8

9

10                                          *Francesca M. Canale*
11                                          Francesca M. Canale

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

## IN RE RESIDENTIAL CAPITAL, LLC, et al.
### United States Bankruptcy Court
### Southern District of New York, Case No.: 12-12020 (MG)
SERVICE LIST

| | |
|---|---|
| Gary S. Lee, Esq.<br>Norman S. Rosenbaum, Esq.<br>Jordan A. Wishnew, Esq.<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: glee@mofo.com | Lorraine S. McGowen<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 W. 52nd St.<br>New York, NY 10019<br>Telephone: (212) 506-5000<br>Facsimile: (212)506-5151<br>Email: lmcgowen@orrick.com |
| LOCKE LORD LLP<br>Regina J. McClendon, Esq.<br>44 Montgomery Street, Suite 2400<br>San Francisco, CA 94104<br>Telephone: (415) 318-8810<br>Facsimile: (415) 676-5816<br>Email: rmcclendon@lockelord.com | Steven J. Reisman, Esq.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 696-6065<br>Facsimile: (212) 697-1559<br>Email: sreisman@curtis.com |
| Yvette R. Freedman, Esq.<br>John Peter Lee, Esq.<br>830 LasVegas Boulevard South<br>Las Vegas, NV 89101<br>Telephone: (702) 382-4044<br>Facsimile: (702) 383-9950<br>Email: yvetterfreedman@gmail.com | Walter H. Curchack, Esq.<br>Debra Weinstein Minoff, Esq.<br>LOEB & LOEB LLP<br>345 Park Ave.<br>New York, NY 10154<br>Telephone: (212) 407-4000<br>Facsimile: (212) 407-4990<br>Email: wcurchack@loeb.com<br>dminoff@loeb.com |
| Seth Goldman, Esq.<br>MUNGER, TOLLES & OLSON, LLP<br>355 South Grand Ave., Suite 3500<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9554<br>Facsimile: (213) 683-4054 | Sean A. O'Neal, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2416 |

iii
**PROOF OF SERVICE**

***IN RE RESIDENTIAL CAPITAL, LLC, et al.***
***United States Bankruptcy Court***
***Southern District of New York, Case No.: 12-12020 (MG)***

| | |
|---|---|
| Email: seth.goldman@mto.com | Facsimile: (212) 225-3999 |
| | Email: soneal@cgsh.com |
| John Kibler, Esq.<br>ALLEN & OVERY<br>1221 Avenue of the Americas<br>New York, NY 10178<br>Telephone: (212) 756-1169<br>Facsimile: (212) 610-6399<br>Email: john.kibler@allenovery.com | OFFICE OF THE U.S. TRUSTEE<br>201 Varick St., Room 1006<br>New York, NY 10004<br>Telephone: (212) 510-0500 |
| Judith P. Kenney & Assoc., P.C.<br>16475 Dallas Parkway, Suite 330<br>Dallas, TX 75001<br>Telephone: (972) 713-6133<br>Facsimile: (972) 715-8000<br>Email: keckstein@kramerlevin.com | **Robert J. Feinstein**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>36th Floor<br>New York, NY 10017-2024<br>(212) 561-7700<br>Fax : (212) 561-7777<br>Email: rfeinstein@pszyj.com |
| **Ronald J. Friedman**<br>SilvermanAcampora LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY 11753<br>(516) 479-6300<br>Fax : (516) 479-6301<br>Email: filings@spallp.com | **Douglas Mannal**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9313<br>Fax : (212) 715-8000<br>Email: dmannal@kramerlevin.com |
| **Steven S. Sparling**<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-7736<br>Fax : (212) 715-8000<br>Email: ssparling@kramerlevin.com | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

iv

**PROOF OF SERVICE**