UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC        Case No.: <u>12-12020MG</u>

                                       Chapter <u>11</u>

                   Debtor

------------------------------------------------------------x

                                       Adversary Proceeding No.: _____

                   Plaintiff

              v.


                   Defendant

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Vito Torchia, Jr.            </u>, to be admitted, *pro hac vice*, to represent <u>Hairston, et al.            </u>, (the "Client") a <u>creditors            </u> in the above referenced [✓] case [ ] adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>New York, Florida &</u> CALIFORNIA and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

**ORDERED**, that <u>Vito Torchia, Jr.            </u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

<u>New York        </u>, New York        /s/ _____

                                       UNITED STATES BANKRUPTCY JUDGE

*IN RE RESIDENTIAL CAPITAL, LLC, et al.*
**United States Bankruptcy Court**
*Southern District of New York, Case No.: 12-12020 (MG)*

## PROOF OF SERVICE

I am a resident of Orange County and citizen of the United States. I am over the age of 18 years and not a party to the within action; my business address is 4000 MacArthur Blvd., Suite 1110, Newport Beach, California 92660.

On August 20, 2013, I served **ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

PLEASE SEE ATTACHED SERVICE LIST

___ **(BY MAIL)** -The envelope was mailed with postage thereon fully prepaid. I am "readily" familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

___ **(BY OVERNIGHT COURIER SERVICE)** - I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

___ **(BY PERSONAL SERVICE)** - I delivered such envelope by hand to the address of the addressee listed above.

___ **(BY ELECTRONIC SERVICE)** – I emailed the documents to the people at the electronic notification addresses listed above.

___ **(BY FAX TRANSMISSION)** - I faxed the documents to the person at the fax number listed above . No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out is attached.

XX **(CM/ECF)** - I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF)

i

**PROOF OF SERVICE**

**IN RE RESIDENTIAL CAPITAL, LLC, et al.**
**United States Bankruptcy Court**
**Southern District of New York, Case No.: 12-12020 (MG)**

is generated automatically by the ECF system upon completion of an electronic filing.

XX    **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 20, 2013 in Newport Beach, California.

_____
Francesca M. Canale

ii

**PROOF OF SERVICE**

**IN RE RESIDENTIAL CAPITAL, LLC, et al.**
**United States Bankruptcy Court**
**Southern District of New York, Case No.: 12-12020 (MG)**
SERVICE LIST

| | |
|---|---|
| Gary S. Lee, Esq.<br>Norman S. Rosenbaum, Esq.<br>Jordan A. Wishnew, Esq.<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: glee@mofo.com | Lorraine S. McGowen<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 W. 52nd St.<br>New York, NY 10019<br>Telephone: (212) 506-5000<br>Facsimile: (212)506-5151<br>Email: lmcgowen@orrick.com |
| LOCKE LORD LLP<br>Regina J. McClendon, Esq.<br>44 Montgomery Street, Suite 2400<br>San Francisco, CA 94104<br>Telephone: (415) 318-8810<br>Facsimile: (415) 676-5816<br>Email: rmcclendon@lockelord.com | Steven J. Reisman, Esq.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 696-6065<br>Facsimile: (212) 697-1559<br>Email: sreisman@curtis.com |
| Yvette R. Freedman, Esq.<br>John Peter Lee, Esq.<br>830 LasVegas Boulevard South<br>Las Vegas, NV 89101<br>Telephone: (702) 382-4044<br>Facsimile: (702) 383-9950<br>Email: yvetterfreedman@gmail.com | Walter H. Curchack, Esq.<br>Debra Weinstein Minoff, Esq.<br>LOEB & LOEB LLP<br>345 Park Ave.<br>New York, NY 10154<br>Telephone: (212) 407-4000<br>Facsimile: (212) 407-4990<br>Email: wcurchack@loeb.com<br>dminoff@loeb.com |
| Seth Goldman, Esq.<br>MUNGER, TOLLES & OLSON, LLP<br>355 South Grand Ave., Suite 3500<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9554<br>Facsimile: (213) 683-4054 | Sean A. O'Neal, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2416 |

iii
**PROOF OF SERVICE**

*IN RE RESIDENTIAL CAPITAL, LLC, et al.*
**United States Bankruptcy Court**
*Southern District of New York, Case No.: 12-12020 (MG)*

| | |
|---|---|
| Email: seth.goldman@mto.com | Facsimile: (212) 225-3999 |
| | Email: soneal@cgsh.com |
| John Kibler, Esq.<br>ALLEN & OVERY<br>1221 Avenue of the Americas<br>New York, NY 10178<br>Telephone: (212) 756-1169<br>Facsimile: (212) 610-6399<br>Email: john.kibler@allenovery.com | OFFICE OF THE U.S. TRUSTEE<br>201 Varick St., Room 1006<br>New York, NY 10004<br>Telephone: (212) 510-0500 |
| Judith P. Kenney & Assoc., P.C.<br>16475 Dallas Parkway, Suite 330<br>Dallas, TX 75001<br>Telephone: (972) 713-6133<br>Facsimile: (972) 715-8000<br>Email: keckstein@kramerlevin.com | **Robert J. Feinstein**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>36th Floor<br>New York, NY 10017-2024<br>(212) 561-7700<br>Fax : (212) 561-7777<br>Email: rfeinstein@pszyj.com |
| **Ronald J. Friedman**<br>SilvermanAcampora LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY 11753<br>(516) 479-6300<br>Fax : (516) 479-6301<br>Email: filings@spallp.com | **Douglas Mannal**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9313<br>Fax : (212) 715-8000<br>Email: dmannal@kramerlevin.com |
| **Steven S. Sparling**<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-7736<br>Fax : (212) 715-8000<br>Email: ssparling@kramerlevin.com | |

**PROOF OF SERVICE**