Vito Torchia, Jr. (SBN 244687)
Sasan Behnood (SBN 250626)
Deron Colby (SBN 196686)
**BROOKSTONE LAW, PC**
4000 MacArthur Blvd., Suite 1110
Newport Beach, California 92660
Telephone: (800) 946-8655
Facsimile: (866) 257-6172
E-mail: HairstonvAlly@BrookstoneLaw.com

Attorneys for Creditors HAIRSTON, et al.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | CH. 11 |
| Debtors. | **HAIRSTON, ET AL. CREDITORS' OPPOSITION TO DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY CERTAIN PLAINTIFFS IN CALIFORNIA LITIGATION** |
| | DATE: August 28, 2013<br>TIME: 10:00 a.m.<br>ROOM.: 501 |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION AND FACTUAL BACKGROUND

On May 9, 2012, Claimants[1] filed a Civil Complaint in California State Court against Debtors herein (among others), prior to their filing bankruptcy, in the litigation styled as *Hairston v. Ally et. al.* (Los Angeles Superior Court Case No. BC484385, subsequently removed to federal court in the Central District of California as Case No. CV12-05016). Shortly thereafter, Debtors filed the instant Bankruptcy Proceedings. Prior to the claims bar date, Plaintiffs in the *Hairston v. Ally* Complaint ("Claimants" herein) timely filed their Proofs of Claim as to each and every Plaintiff/Claimant. On July 10, 2013, Debtors Objected to Claimants' Proofs of Claims by incorporating the *Hairston v. Ally* Complaint by reference, and attacking the sufficiency of its pleadings, in a largely motion-to-dismiss style filing/objection (the "Objections"). On August 9, 2013, Claimants filed with this Court (1) amended Proofs of Claim together with (2) an Amended Complaint in Support of their claims (the "Amended Complaint") for each and every one of the sixty (60) Claimants.

As held by the authority cited below, Debtors' pending Objections to the pre-amendment Proofs of Claim are rendered moot by reason of such amendments.

//
//

---

[1] The Claimants are as follows:

Carolyn Hairston, Christine Petersen, William Mimiaga, Robin Gaston, Patrick Gaston, Mary Serrano, Sarah Sebagh, Rick Albritton, Deborah Albritton, Veronica Grey, Brenda Mella, Joselito Mella, Michael Man, Judy Lim, David Cruz, Yesenia Cruz, Gregory Buck, Cristina Palbicke, Khalil Subat, Manija Subat, Genevie Cabang, Julio Gonzalez, Lisa Simonyi, Rick Ewald, Regina Faison, Alex Ibarra, Maria Elena Del Cid, Julio Del Cid, Mesbel Mohamoud, Michael Moultrie, Willie Gilmore, Phyllis Mccrea, Cecilia Chaube, Magdalena Avila, Gricelda Ruano, Elisa Jordan, Lois Terrell Sullivan, Gloria Portillo, Florastene Holden, Marco Badilla, Manuela Badilla, Ignacio Rodriguez, Rosa Rodriguez, Salvador Barajas, Maria Barajas, Brian Foote, Olan Ross, Evelyn Ross, Gary Johnson, Joellyn Johnson, Rodelina Santos, Jun O. Santos, Michael Brown, Claudinette Brown, Martin Kassowitz, Shirley Kaplan, Henry Completo, Irma Laredo, Marcia Willoughby, and Victor Pazos.

## II. ARGUMENT

### A. Claimants Have Amended Their Proofs of Claim Thereby Mooting Debtors' Objections to the Original Proofs of Claims

Where a claimant amends its proof of claim, as here, pending objections to the original proofs of claim are mooted by operation of law. (*In re Richter* (Bankr. D. Colo. 2012) 478 B.R. 30, 44 reconsideration denied, (Bankr. D. Colo. 2012) 481 B.R. 680 ["the Court agrees with the Trustee that the Debtor's Verified Motion to Disallow Proof of Claim 9–1 is mooted by the filing of Amended Proof of Claim No. 9–2 . . . . The law demands this result because Portfolio Recovery amended its claim before its original claim was disallowed"]; *In re Sanchez Rodriguez* (Bankr. D.P.R., Apr. 11, 2006, 02-05947 SEK) 2006 WL 3898313[same]; *In re Buzek* (Bankr. N.D. Ohio 1990) 116 B.R. 82, 84 [same].

Debtors' pending Objections are also mooted for a second and independent reason. Though labeled as an objection in form, Debtors' Objections are, in substance, a **motion to dismiss,** incorporating by reference and then attacking the sufficiency of the pleadings in the *Hairston v. Ally Complaint* – and, accordingly, should be treated as such. A motion to dismiss a complaint is mooted by subsequent amendment of that complaint. (*Aqua Finance, Inc. v. Harvest King, Inc.* (W.D. Wis., Mar. 12, 2007) 2007 WL 5404939 *1["the filing of an amended complaint renders moot any pending motion to dismiss"]; *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir.2002) ["If anything, Pure Country's motion to amend the complaint rendered moot Sigma Chi's motion to dismiss the original complaint."]; *Lim v. Central DuPage Hosp.*, 972 F.2d 758, 762 (7th Cir.1992) [noting without comment trial judge's denial of pending motion to dismiss as moot in light of amended complaint]; *Standard Chlorine of Delaware, Inc. v. Sinibaldi*, 821 F.Supp. 232, 239-40 (D.Del.1992) [holding that the plaintiff's filing of an amended complaint rendered the defendants' motion to dismiss the original complaint moot]. Claimants here have amended their Proofs of Claim and the underlying Complaint, which forms the centerpiece of Debtors' Objections, and have filed such amendments with this Court. (See Amended Proofs of Claim, and Amended Complaint in Support of Proofs of Claim). No compelling reason exists to merit disparate treatment of a debtor's objections that amount in substance to a motion to dismiss.

2

HAIRSTON, ET AL. CREDITORS' OPPOSITION TO DEBTORS' OBJECTION TO PROOFS OF CLAIM

1      For both of the aforementioned reasons, and guided by the jurisprudence of the authority cited
2  above, Debtors' objections to Claimants' pre-amendment Proofs of Claim are properly treated as moot.
3      Should this Court disagree and find that the Debtors' Objections remain extant despite
4  Claimants' amendment of their Proofs of Claims and the underlying Complaint in support thereof,
5  Claimants respectfully reserve their rights to oppose the substance of Debtors' Objections and do not, by
6  the filing of this Opposition, intend to waive any such arguments.

DATED: August 9, 2013                        Respectfully submitted,

                                                **BROOKSTONE LAW, PC**

                                                By: _____
                                                      Vito Torchia, Attorneys for Creditors
                                                        HAIRSTON, et al.

*IN RE RESIDENTIAL CAPITAL, LLC, et al.*
**United States Bankruptcy Court**
*Southern District of New York, Case No.: 12-12020 (MG)*

## PROOF OF SERVICE

I am a resident of Orange County and citizen of the United States. I am over the age of 18 years and not a party to the within action; my business address is 4000 MacArthur Blvd., Suite 1110, Newport Beach, California 92660.

On August 20, 2013, I served **HAIRSTON, ET AL. CREDITORS' OPPOSITION TO DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY CERTAIN PLAINTIFFS IN CALIFORNIA LITIGATION**, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

PLEASE SEE ATTACHED SERVICE LIST

\_\_    **(BY MAIL)** -The envelope was mailed with postage thereon fully prepaid. I am "readily" familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

\_\_    **(BY OVERNIGHT COURIER SERVICE)** - I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

\_\_    **(BY PERSONAL SERVICE)** - I delivered such envelope by hand to the address of the addressee listed above.

\_\_    **(BY ELECTRONIC SERVICE)** – I emailed the documents to the people at the electronic notification addresses listed above.

\_\_    **(BY FAX TRANSMISSION)** - I faxed the documents to the person at the fax number listed above . No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out is attached.

XX    **(CM/ECF)** - I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF)

i
**PROOF OF SERVICE**

12-12020-mg    Doc 4758    Filed 08/20/13    Entered 08/20/13 14:30:34    Main Document
Pg 6 of 8

*IN RE RESIDENTIAL CAPITAL, LLC, et al.*
**United States Bankruptcy Court**
*Southern District of New York, Case No.: 12-12020 (MG)*

is generated automatically by the ECF system upon completion of an electronic filing.

XX    **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 20 2013 in Newport Beach, California.

_____
Francesca M. Canale

ii
**PROOF OF SERVICE**

*IN RE RESIDENTIAL CAPITAL, LLC, et al.*
**United States Bankruptcy Court**
**Southern District of New York, Case No.: 12-12020 (MG)**
SERVICE LIST

| | |
|---|---|
| Gary S. Lee, Esq.<br>Norman S. Rosenbaum, Esq.<br>Jordan A. Wishnew, Esq.<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: glee@mofo.com | Lorraine S. McGowen<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 W. 52nd St.<br>New York, NY 10019<br>Telephone: (212) 506-5000<br>Facsimile: (212)506-5151<br>Email: lmcgowen@orrick.com |
| LOCKE LORD LLP<br>Regina J. McClendon, Esq.<br>44 Montgomery Street, Suite 2400<br>San Francisco, CA 94104<br>Telephone: (415) 318-8810<br>Facsimile: (415) 676-5816<br>Email: rmcclendon@lockelord.com | Steven J. Reisman, Esq.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 696-6065<br>Facsimile: (212) 697-1559<br>Email: sreisman@curtis.com |
| Yvette R. Freedman, Esq.<br>John Peter Lee, Esq.<br>830 LasVegas Boulevard South<br>Las Vegas, NV 89101<br>Telephone: (702) 382-4044<br>Facsimile: (702) 383-9950<br>Email: yvetterfreedman@gmail.com | Walter H. Curchack, Esq.<br>Debra Weinstein Minoff, Esq.<br>LOEB & LOEB LLP<br>345 Park Ave.<br>New York, NY 10154<br>Telephone: (212) 407-4000<br>Facsimile: (212) 407-4990<br>Email: wcurchack@loeb.com<br>dminoff@loeb.com |
| Seth Goldman, Esq.<br>MUNGER, TOLLES & OLSON, LLP<br>355 South Grand Ave., Suite 3500<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9554<br>Facsimile: (213) 683-4054 | Sean A. O'Neal, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2416 |

**PROOF OF SERVICE**

**IN RE RESIDENTIAL CAPITAL, LLC, et al.**
**United States Bankruptcy Court**
**Southern District of New York, Case No.: 12-12020 (MG)**

| | |
|---|---|
| Email: seth.goldman@mto.com | Facsimile: (212) 225-3999 |
| | Email: soneal@cgsh.com |
| John Kibler, Esq.<br>ALLEN & OVERY<br>1221 Avenue of the Americas<br>New York, NY 10178<br>Telephone: (212) 756-1169<br>Facsimile: (212) 610-6399<br>Email: john.kibler@allenovery.com | OFFICE OF THE U.S. TRUSTEE<br>201 Varick St., Room 1006<br>New York, NY 10004<br>Telephone: (212) 510-0500 |
| Judith P. Kenney & Assoc., P.C.<br>16475 Dallas Parkway, Suite 330<br>Dallas, TX 75001<br>Telephone: (972) 713-6133<br>Facsimile: (972) 715-8000<br>Email: keckstein@kramerlevin.com | **Robert J. Feinstein**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>36th Floor<br>New York, NY 10017-2024<br>(212) 561-7700<br>Fax : (212) 561-7777<br>Email: rfeinstein@pszyj.com |
| **Ronald J. Friedman**<br>SilvermanAcampora LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY 11753<br>(516) 479-6300<br>Fax : (516) 479-6301<br>Email: filings@spallp.com | **Douglas Mannal**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9313<br>Fax : (212) 715-8000<br>Email: dmannal@kramerlevin.com |
| **Steven S. Sparling**<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-7736<br>Fax : (212) 715-8000<br>Email: ssparling@kramerlevin.com | |

**PROOF OF SERVICE**