UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC           Case No.: 12-12020MG

                         Chapter 11

               Debtor

------------------------------------------------------------x

                         Adversary Proceeding No.: _____

             Plaintiff

        v.

            Defendant

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Vito Torchia, Jr. , to be admitted, *pro hac vice*, to represent Hairston, et al. , (the "Client") a creditors in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, Florida & California and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

**ORDERED**, that Vito Torchia, Jr. , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 20, 2013
New York , New York          /s/ Martin Glenn
                                         UNITED STATES BANKRUPTCY JUDGE