MORRISON & FOERSTER LLP
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Samantha Martin
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000

Alexandra Steinberg Barrage
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1888
Telephone: (202) 887-1500

*Counsel for the Debtors and
Debtors in Possession*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
Rachael L. Ringer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Counsel for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, <u>et al</u>., <br><br> Debtors. | Case No. 12-12020 (MG) <br><br> Chapter 11 <br><br> Jointly Administered |

**NOTICE OF FILING OF REVISED JOINT CHAPTER 11 PLAN
PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND
<u>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket 4153] (the "**Plan**") and on July 4, 2013 the Debtors filed the *Disclosure Statement for the Joint Plan Proposed by Residential Capital, LLC, <u>et al</u>. and the Official Committee of Unsecured Creditors* [Docket No. 4157] (the "**Disclosure Statement**").

- 1 -

**PLEASE TAKE FURTHER NOTICE** that on August 16, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Revised Disclosure Statement for Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4733] (the "**Initial Revised Disclosure Statement**"), which includes the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* as Exhibit 1 to the Initial Revised Disclosure Statement ("**Initial Revised Plan**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Disclosure Statement and Plan to reflect events that have transpired since the filing of the Initial Revised Disclosure Statement, to modify, add, or amend certain language in response to comments received from various parties in interest in the Debtors' chapter 11 cases, and correct various clerical and typographical errors.  A copy of the revised Disclosure Statement (the "**Revised Disclosure Statement**"), which includes the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* as Exhibit 1 to the Revised Disclosure Statement ("**Revised Plan**") is attached hereto, including all Exhibits. Blackline versions of the Revised Disclosure Statement and Revised Plan will be filed separately.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Revised Disclosure Statement may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the adequacy of the Revised Disclosure Statement and approve procedures for soliciting votes on the on the Revised Plan is scheduled for **August 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)**, before the

ny-1105503 v1

Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.  This hearing may be continued by the Court or the Debtors without further notice <u>other</u> <u>than</u> by announcement of same in open court and/or by filing and service, as applicable, of a notice of adjournment.

ny-1105503 v1

|  |  |
|---|---|
| Dated: August 20, 2013 | Respectfully submitted, |
|  | /s/ Lorenzo Marinuzzi |
|  | Gary S. Lee |
|  | Lorenzo Marinuzzi |
|  | Todd M. Goren |
|  | Jennifer L. Marines |
|  | Samantha Martin |
|  | MORRISON & FOERSTER LLP |
|  | 1290 Avenue of the Americas |
|  | New York, New York 10104 |
|  | Telephone: (212) 468-8000 |
|  | Facsimile: (212) 468-7900 |
|  | -and- |
|  | Kenneth H. Eckstein |
|  | Doughlas H. Mannal |
|  | Stephen D. Zide |
|  | Rachael L. Ringer |
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|  | 1177 Avenue of the Americas |
|  | New York, New York 10036 |
|  | Telephone: (212) 715-3280 |
|  | Facsimile: (212) 715-8000 |
|  | *Counsel for the Official Committee of Unsecured Creditors* |