## Exhibit 3





ResCap Organizational Structure

ResCap Organizational Structure





ResCap Organizational Structure





Legend:

F  Filer

Parent of Residential Capital, LLC

Origination and Servicing Business

Legacy Portfolio and Other Business

ResCap Organizational Structure





ResCap Organizational Structure



Legend: