**Exhibit 4**

| ($ in millions) | Debtor Group | | | Private Securities Claims Trust | Total |
|---|---|---|---|---|---|
| | ResCap | GMACM | RFC | | |
| **STEP 1 – UNIT DISTRIBUTION (PRE-ADJUSTMENT)** | | | | | |
| **Initial Unit Allocation** | **30,413,337** | **27,045,339** | **32,995,746** | **9,545,578** | **100,000,000** |
| **Percentage** | **30.41%** | **27.05%** | **33.00%** | **9.55%** | **100.00%** |
| **STEP 2 – TOTAL ALLOCATED UNITS (PRE-ADJUSTMENT)** | | | | | |
| **Estimated / Allowed Unsecured Claims** | | | | | |
| MBIA | $719.0 | $1,450.0 | $1,450.0 | | |
| FGIC | 337.5 | 181.5 | 415.0 | | |
| Estimated Other Monolines | - | 307.5 | 80.8 | | |
| Senior Unsecured Notes Claims | 1,003.3 | - | - | | |
| RMBS Trust Claims | - | 209.8 | 7,091.2 | | |
| Estimated General Unsecured Claim | 0.9 | 63.7 | 27.5 | | |
| Private Securities Claims | - | - | - | | |
| **Estimated / Allowed Unsecured Claims** | **$2,060.7** | **$2,212.5** | **$9,064.5** | | |
| **Initial Unit Allocation (Pre-Adjustment)** | | | | | |
| MBIA | 10,611,312 | 17,724,832 | 5,278,164 | - | 33,614,307 |
| FGIC | 4,980,970 | 2,218,660 | 1,510,647 | - | 8,710,277 |
| Estimated Other Monolines | - | 3,758,887 | 293,941 | - | 4,052,828 |
| Senior Unsecured Notes Claims | 14,807,535 | - | - | - | 14,807,535 |
| RMBS Trust Claims | - | 2,564,600 | 25,812,769 | - | 28,377,369 |
| Estimated General Unsecured Claim | 13,520 | 778,361 | 100,225 | - | 892,106 |
| Private Securities Claims | - | - | - | 9,545,578 | 9,545,578 |
| **Initial Unit Allocation** | **30,413,337** | **27,045,339** | **32,995,746** | **9,545,578** | **100,000,000** |
| **STEP 3 – CALCULATION OF ESTIMATED RECOVERY FROM CLAIM VARIANCE** | | | | | |

■ The below example assumes $60.0 million of incremental claims, with $20.0 million at each Debtor Group

| | ResCap | GMACM | RFC | | Total |
|---|---|---|---|---|---|
| **Incremental Claim** | **$20.0** | **$20.0** | **$20.0** | | **$60.0** |
| Estimated / Allowed Unsecured Claims | $2,060.7 | $2,212.5 | $9,064.5 | | $13,337.7 |
| + Incremental Claim | 20.0 | 20.0 | 20.0 | | 60.0 |
| **= Adjusted Unsecured Claims** | **$2,080.7** | **$2,232.5** | **$9,084.5** | | **$13,397.7** |
| Assets - $ | $748.8 | $665.9 | $812.4 | | $2,227.0 |
| / Adjusted Unsecured Claims | 2,080.7 | 2,232.5 | 9,084.5 | | 13,397.7 |
| **= Incremental Claims Recovery %** | **35.99%** | **29.83%** | **8.94%** | | **16.62%** |
| Incremental Claim | $20.0 | $20.0 | $20.0 | | $60.0 |
| x Incremental Claim Recovery % (Pre- Iteration) | 35.99% | 29.83% | 8.94% | | 24.92% |
| **= Incremental Claim Recovery $** | **$7.2** | **$6.0** | **$1.8** | | **$15.0** |
| **Incremental Claim Units** | **292,331** | **242,290** | **72,642** | | **607,264** |
| **Incremental Claim %** | **0.29%** | **0.24%** | **0.07%** | | **0.61%** |
| **Incremental Claim Adjustment Factor** | | | | | **99.39%** |

1

| ($ in millions) | Debtor Group | | | Private Securities Claims Trust | Total |
|---|---|---|---|---|---|
| | ResCap | GMACM | RFC | | |

## STEP 4 - ADJUSTED UNIT ALLOCATION

- Estimated / Allowed Unsecured Creditors will receive Units equal to Initial Unit Allocation multiplied by the Incremental Claims Adjustment Factor in Step 3 (99.39% in this example)

| | ResCap | GMACM | RFC | Private Securities Claims Trust | Total |
|---|---|---|---|---|---|
| MBIA | 10,546,873 | 17,617,195 | 5,246,111 | - | 33,410,180 |
| FGIC | 4,950,723 | 2,205,187 | 1,501,473 | - | 8,657,383 |
| Estimated Other Monolines | - | 3,736,060 | 292,156 | - | 4,028,217 |
| Senior Unsecured Notes Claims | 14,717,614 | - | - | - | 14,717,614 |
| RMBS Trust Claims | - | 2,549,026 | 25,656,018 | - | 28,205,044 |
| Estimated General Unsecured Claim | 13,438 | 773,634 | 99,616 | - | 886,689 |
| Private Securities Claims | - | - | - | 9,487,611 | 9,487,611 |
| Incremental Claim Units | 292,331 | 242,290 | 72,642 | - | 607,264 |
| **Total Adjusted Unit Allocation** | **30,520,979** | **27,123,393** | **32,868,017** | **9,487,611** | **100,000,000** |

## STEP 5 – ADDITIONAL ALLOCATION OF UNITS FOR CLAIMS RESERVE

- Units shall be further adjusted through an iterative mathematical process such that all holders of Estimated / Allowed Unsecured Claims against a Debtor Group receive Units in the same ratio of number of Units to Allowed amount of Claim

## STEP 6 – FINAL UNIT ALLOCATION

**Final Unit Allocation**

| | ResCap | GMACM | RFC | Private Securities Claims Trust | Total |
|---|---|---|---|---|---|
| MBIA | 10,546,718 | 17,616,937 | 5,246,034 | - | 33,409,689 |
| FGIC | 4,950,650 | 2,205,154 | 1,501,451 | - | 8,657,256 |
| Estimated Other Monolines | - | 3,736,006 | 292,152 | - | 4,028,157 |
| Senior Unsecured Notes Claims | 14,717,398 | - | - | - | 14,717,398 |
| RMBS Trust Claims | - | 2,548,988 | 25,655,641 | - | 28,204,629 |
| Estimated General Unsecured Claim | 13,438 | 773,623 | 99,615 | - | 886,676 |
| Private Securities Claims | - | - | - | 9,487,472 | 9,487,472 |
| Incremental Claim Units | 293,372 | 242,992 | 72,359 | - | 608,723 |
| **Final Unit Allocation** | **30,521,576** | **27,123,700** | **32,867,252** | **9,487,472** | **100,000,000** |

**Recovery %**

| | ResCap | GMACM | RFC | | |
|---|---|---|---|---|---|
| MBIA | 36.11479% | 29.91294% | 8.90758% | | |
| FGIC | 36.11479% | 29.91294% | 8.90758% | | |
| Estimated Other Monolines | - | 29.91294% | 8.90758% | | |
| Senior Unsecured Notes Claims | 36.11479% | - | - | | |
| RMBS Trust Claims | - | 29.91294% | 8.90758% | | |
| Estimated General Unsecured Claim | 36.11479% | 29.91294% | 8.90758% | | |
| Private Securities Claims | - | - | - | | |
| Incremental Claim Units | 36.11479% | 29.91294% | 8.90758% | | |
| **Recovery %** | **36.11479%** | **29.91294%** | **8.90758%** | | |