**Exhibit 5**

## In re Residential Capital, LLC

## List of Consenting Claimants that Have Executed the Global Plan Support Agreement

AIG Asset Management (U.S.), LLC, as investment manager for certain affiliated funds and accounts
Allstate Investments, LLC and Allstate Investment Management Company, as financial advisors to the Allstate holder Investors, as their interests may appear
Ally Financial Inc. on behalf of itself and the subsidiaries and affiliates (excluding the Debtors and their direct and indirect subsidiaries)
BankWest, Inc.
Blue Heron Funding V
Caterpillar Insurance Co. Ltd.
Caterpillar Life Insurance Company
Caterpillar Product Services Corporation
Cedar Hill Mortg. Opportunity Master Fund, L.P.
Citizens Bank & Trust Co.
Commerce Bancshares, Inc.
Commerce Street Investments
Commonwealth Advisors, Inc.
Deutsche Bank National Trust Company, as Trustee
Deutsche Bank Trust Company Americas, as Trustee
DNB National Bank
DoubleLine Capital LP
Ellington Management Group, L.L.C.
Everest International Reinsurance, Ltd.
Everest Reinsurance (Bermuda), Ltd.
Farmers and Merchants Trust Co.
Financial Guaranty Insurance Company
First Bank
First Farmers State Bank
First National Bank & Trust Co. of Rochelle, IL
First National Bank of Wynne
First National Banking Co.

ny-1095065

Gemstone CDO I
Gemstone CDO II
Gemstone CDO V
Gemstone CDO VII
HBK Master Fund L.P.
Heartland Bank
HSBC Bank USA, N.A., as RMBS Trustee
Kerndt Brothers Savings Bank
Kessler Putative Class
Kleros Preferred Funding V plc
Knights of Columbus
Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee in respect of certain of the RMBS trusts
Lea County State Bank
LL Funds LLC
Manichaean Capital, LLC
Massachusetts Mutual Life Insurance Company
MBIA Insurance Corporation
Mutual Savings Association FSA
Northwestern Bank, N.A.
Park Place Investments, LLC
Paulson & Co., Inc., on behalf of funds and accounts managed by it
Peoples Independent Bank
Perkins State Bank
Phoenix Light SF Limited
Pinnacle Bank of South Carolina
Pru Alpha Fixed Income Opportunity Master Fund I, L.P.
Pruco Life Insurance Company
Pruco Life Insurance Company of New Jersey
Prudential Annuities Life Assurance Corporation
Prudential Investment Portfolios 2
Prudential Retirement Insurance & Annuities Company
Prudential Total Return Bond Fund, Inc.
Prudential Trust Company

ny-1095065

Radian Asset Assurance Inc.
Randolph Bank and Trust
Residential Capital, LLC, for itself and its Debtor subsidiaries
Rocky Mountain Bank & Trust
Royal Park Investments SA/NV
SBLI USA Mutual Life Insurance Company
Silver Elms CDO II Limited
Silver Elms CDO plc
South Carolina Medical Malpractice Liability JUA
Steering Committee Group of RMBS Holders
Summit Credit Union
The Bank of New York Mellon Trust Company, N.A., as Trustee
The Bank of New York Mellon, as Trustee
The Gibralter Life Insurance Company, Ltd.
The Official Committee of Unsecured Creditors
The Prudential Insurance Company of America
The Prudential Series Fund
Thomaston Savings Bank
U.S. Bank National Association, solely in its capacity as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, master servicer, custodian and/or similar agency capacities in respect of certain of the RMBS trusts
Union Investment Luxembourg S.A
United Educators Insurance - Reciprocal Risk Retention Group
Vertical Capital, LLC
Wells Fargo Bank, N.A., solely in its capacities as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, master servicer, custodian and/or similar agency capacities in respect of certain of the RMBS Trusts
Wells River Savings Bank
Wilmington Trust, National Association, not individually, but solely in its capacity as Indenture Trustee for the Senior Unsecured Notes

ny-1095065