MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------ ) | |
| In re:                                              ) | Case No. 12-12020 (MG) |
|                                                     ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,             ) | Chapter 11 |
|                                                     ) | |
| Debtors.                     ) | Jointly Administered |
| ------------------------------------------------------ ) | |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON AUGUST 21, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.        UNCONTESTED MATTERS**

**1.**        Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 for an Order (1) Granting Class Certification for Purposes of Settlement Only, (2) Appointing Class Representative and Class Counsel for Purposes of Settlement Only, (3) Preliminarily Approving the Settlement Agreement Between Plaintiffs, On Their Own Behalf and On Behalf of the Class of Similarly Situated Persons, and the Debtors, (4) Approving the Form and Manner of Notice to the Class, (5) Scheduling a Fairness Hearing to Consider Approval of the Settlement Agreement on a Final Basis and Related Relief and (6) Approving the Settlement Agreement on a Final Basis and Granting Related Relief [Docket No. 4451]

---

[1] Amended items appear in **bold**.

**Related Documents**:

**a.**    Order Authorizing Debtors to File Under Seal Exhibit D to the Settlement Agreement Filed in Connection with the Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 for an Order (1) Granting Class Certification for Purposes of Settlement Only, (2) Appointing Class Representative and Class Counsel for Purposes of Settlement Only, (3) Preliminarily Approving the Settlement Agreement Between Plaintiffs, On Their Own Behalf and On Behalf of the Class of Similarly Situated Persons, and the Debtors, (4) Approving the Form and Manner of Notice to the Class, (5) Scheduling a Fairness Hearing to Consider Approval of the Settlement Agreement on a Final Basis and Related Relief and (6) Approving the Settlement Agreement on a Final Basis and Granting Related Relief [Docket No. 4540]

**b.**    Notice of Adjournment of PNC Bank, N.A. Limited Objection [Docket No. 4745]

**Responses**:

**a.**    Limited Objection of PNC Bank, N.A. to the Named Plaintiffs' and Debtors' Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 for an Order (1) Granting Class Certification for Purposes of Settlement Only, (2) Appointing Class Representative and Class Counsel for Purposes of Settlement Only, (3) Preliminarily Approving the Settlement Agreement Between Plaintiffs, On Their Own Behalf and On Behalf of the Class of Similarly Situated Persons, and the Debtors, (4) Approving the Form and Manner of Notice to the Class, (5) Scheduling a Fairness Hearing to Consider Approval of the Settlement Agreement on a Final Basis and Related Relief and (6) Approving the Settlement Agreement on a Final Basis and Granting Related Relief [Docket No. 4661]

**Status**:    A preliminary hearing on this matter will be going forward.

**2.**    Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 4555]

**Related Documents**:

**a.**    Declaration of Lewis Kruger in Support of Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 4556]

**Responses**:    None.

**Status**:    The hearing on this matter will be going forward.

II.      **CONTESTED MATTERS**

1.       Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and
         Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate
         PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the
         Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and
         (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]

         **Related Documents**

         a.       Notice of Filing Supplemental Exhibits to Debtors' Motion for Entry of an
                  Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I)
                  Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for
                  Foreclosure Review Services in Furtherance of the Debtors' Compliance
                  Obligations Under Federal Reserve Board Consent Order and (II)
                  Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1527]

         b.       Notice of Adjournment of Hearing [Docket No. 1556]

         c.       Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule
                  6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers,
                  LLP for Foreclosure Review Services in Furtherance of the Debtors'
                  Compliance Under Federal Reserve Board Consent Order and (II)
                  Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1799]

         d.       Second Interim Order Under Bankruptcy Code Section 363 and
                  Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate
                  PricewatehouseCoopers LLP, for Foreclosure Review Services in
                  Furtherance of the Debtors' Compliance Obligations Under Federal
                  Reserve Board Consent Order and (II) Reaffirming Relief Granted in the
                  GA Servicing Order [Docket No. 2622]

         e.       Third Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
                  Rule 6004 (I) Authorizing the Debtors to Compensate
                  PricewaterhouseCoopers, LLP for Compensation for Foreclosure Review
                  Services in Furtherance of the Debtors' Compliance Obligations Under
                  Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
                  in the GA Servicing Order [Docket No. 3062]

         f.       Fourth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
                  Rule 6004 (I) Authorizing the Debtors to Compensation
                  PricewaterhouseCoopers, LLP for Foreclosure Review Services in
                  Furtherance of the Debtors' Compliance Obligations Under Federal
                  Reserve Review Board Consent Order and (II) Reaffirming Relief Granted
                  in the GA Servicing Order [Docket No. 3290]

         g.       Fifth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
                  Rule 6004 (I) Authorizing the Debtors to Compensation

PricewaterhouseCoopers, LLP for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal
Reserve Review Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order [Docket No. 3425]

h.　　Sixth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
Rule 6004 (I) Authorizing the Debtors to Compensation
PricewaterhouseCoopers, LLP for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal
Reserve Review Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order [Docket No. 3543]

i.　　Seventh Interim Order Under Bankruptcy Code Section 363 and
Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation
PricewaterhouseCoopers, LLP for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal
Reserve Review Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order [Docket No. 3703]

j.　　Eighth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
Rule 6004 (I) Authorizing the Debtors to Compensation
PricewaterhouseCoopers, LLP for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal
Reserve Review Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order [Docket No. 3961]

k.　　Ninth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
Rule 6004 (I) Authorizing the Debtors to Compensation
PricewaterhouseCoopers, LLP for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal
Reserve Review Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order [Docket No. 4195]

l.　　Tenth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
Rule 6004 (I) Authorizing the Debtors to Compensation
PricewaterhouseCoopers, LLP for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal
Reserve Review Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order [Docket No. 4377]

**Responses**:

a.　　Limited Objection of Wilmington Trust, National Association to Debtors'
Motion for Entry of an Order (I) Authorizing Debtors to Compensate
PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II)
Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1465]

**b.**     Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

**c.**     Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

**d.**     Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

**a.**     Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:     The final hearing on this motion will not be going forward. The Debtors intend to submit to the Court an eleventh interim order authorizing continued interim approval.

**2.**     Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426]

**Related Documents**:

**a.**     Notice of Adjournment of Hearing [Docket No. 1556]

**b.**     Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy

Issues to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 1797]

c.    Second Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 2621]

d.    Third Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3061]

e.    Fourth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3291]

f.    Fifth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3423]

g.    Sixth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3545]

h.    Seventh Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3705]

i.    Eighth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3959]

j.    Ninth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4196]

k.    Tenth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4378]

**Responses**:

a.  Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

b.  Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

c.  Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a.  Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:  The final hearing on this motion will not be going forward.  The Debtors intend to submit to the Court an eleventh interim order authorizing continued interim approval.

3.  Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427]

**Related Documents**:

a.  Notice of Adjournment of Hearing [Docket No. 1556]

**b.**     Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 1798]

**c.**     Second Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tun*c to the Petition Date [Docket No. 2620]

**d.**     Third Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3063]

**e.**     Fourth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3292]

**f.**     Fifth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3424]

**g.**     Sixth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3544]

**h.**     Seventh Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3704]

**i.**     Eighth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3960]

**j.**     Ninth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc* Pro *Tunc* to the Petition Date [Docket No. 4194]

**k.**     Tenth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors Nunc Pro *Tunc* to the Petition Date [Docket No. 4376]

**<u>Responses</u>**:

**a.**     Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted

           in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

    **b.**    Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

    **c.**    Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

    **a.**    Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

    **Status**:    The final hearing on this motion will not be going forward.  The Debtors intend to submit to the Court an eleventh interim order authorizing continued interim approval.

**4.**    Plan Proponents' Motion for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 4152]

**Related Documents**:

    **a.**    Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 4153]

    **b.**    Disclosure Statement for the Joint Chapter 11 Plan of Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 4157]

    **c.**    Notice of Disclosure Statement Hearing [Docket No. 4189]

       **(i)**     Affidavit of Publication for Notice of Disclosure Statement Hearing [Docket No. 4271]

       **(ii)**    Affidavit of Service for Notice of Disclosure Statement Hearing [Docket No. 4285]

       **(iii)**   Supplemental Affidavit of Service for Notice of Disclosure Statement Hearing [Docket No. 4302]

**d.**     Notice of Filing of Revised Disclosure Statement for Debtors' Revised Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 4733]

**e.**     Notice of Filing of Blackline of Revised Disclosure Statement for Debtors' Revised Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 4736]

**f.**     Notice of Filing Exhibit D to the Disclosure Statement Approval Order [Docket No. 4737]

**g.**     Notice of Filing of Revised Order (I) Approving Disclosure Statement, (II) Establishing Procedures For Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 4739]

**h.**     **Notice of Filing of Revised Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al*. and the Official Committee of Unsecured Creditors [Docket No. 4770]**

**i.**     **Notice of Filing of Further Revised Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 4771]**

**j.**     **Notice of Filing of Blacklines of Revised Disclosure Statement and Revised Joint Chapter 11 Plan [Docket No. 4772]**

**k.**     **Notice of Filing of Revised Exhibit 1 to Plan Proponents' Omnibus Reply to Objections to Motion for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint**

**Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 4773]**

<u>**Responses**</u>:

a.      Objection of Nassau County Treasurer to the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital and the Official Committee of Unsecured Creditors [Docket No. 4387]

         **(i)**      Notice of Withdrawal of the Objection of the Nassau County Treasurer to the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC and the Official Committee of Unsecured Creditors [Docket No. 4720]

b.      First Objection of Wendy Alison Nora to Consolidated Debtors' Disclosure Statement (All Rights Reserved) [Docket No. 4388]

c.      Limited Objection of County of San Bernardino, California to Debtors' Disclosure Statement Dated July 4, 2013 [Docket No. 4462]

         **(i)**      Declaration of Christine Arebalo in Support of the Limited Objection of County of San Bernardino, California to Debtors' Disclosure Statement Dated July 4, 2013 [Docket No. 4463]

d.      Motion to Vacate/Objection of Sidney T. Lewis and Yvonne D. Lewis to Disclosure Statement (4157) and Plan (4153)[Docket No. 4505]

e.      Objection of National Credit Union Administration Board to Disclosure Statement [Docket No. 4509]

         **(i)**      **NCUAB's Consent to Approval of Disclosure Statement (As Amended) and Reservation of Rights [Docket No. 4762]**

f.      Reservation of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation with Respect to Disclosure Statement for the Debtors' Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and The Official Committee of Unsecured Creditors [Docket No. 4535]

g.      Objection and Reservation of Rights of Plaintiffs in *Rothstein, et al. v. GMAC Mortgage, LLC, et al.*, No. 12-CV-3412-AJN (S.D.N.Y.) to Disclosure Statement for the Debtors' Joint Chapter 11 Plan Proposed by

Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors [Docket No. 4578]

**h.** Federal Home Loan Mortgage Corporation's Objection to the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and The Official Committee of Unsecured Creditors [Docket No. 4580]

**i.** Objection of Impac Companies to Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 4584]

**j.** Limited Objection of the Pension Benefit Guaranty Corporation to Plan Proponents' Motion for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 4585]

**k.** Objection of the Federal Housing Finance Agency to Approval of Proposed Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 4587]

**l.** Objection and Opposition to Disclosure Statement and Renewal of Objection and Opposition of Any Asset Transfers [Docket No. 4588]

**m.** RESPA Plaintiffs' Statement Regarding the Disclosure Statement and Reservation of Rights [Docket No. 4589]

**n.** Objection of Ad Hoc Group of Junior Secured Noteholders to Plan Proponents' Motion for an Order, Inter Alia, Approving the Disclosure Statement and Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan [Docket No. 4590]

  **(i)** Application (with Notice of Presentment) of Ad Hoc Group of Junior Secured Noteholders Pursuant to Section 107(b) of The Bankruptcy Code, Bankruptcy Rule 9018, and Case Management Order for Authority to File Objection to Motion to Approve Disclosure Statement Under Seal [Docket No. 4593]

  **(ii)** Notice of Ad Hoc Group of Junior Secured Noteholders of Filing of Unredacted Copy of Objection to Motion to Approve Disclosure Statement [Docket No. 4742]

o.    Limited Objection [of Amherst Advisory & Management, LLC] to Plan Proponents' Motion for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 4591]

p.    UMB Bank, N.A.'s (I) Joinder in Objection of Ad Hoc Group of Junior Secured Noteholders to Plan Proponents' Motion for an Order, Inter Alia, Approving the Disclosure Statement and Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan; and (II) Limited Objection and Reservation of Rights with Respect to Motion to Approve Disclosure Statement [Docket No. 4592]

q.    Reservation of Rights of Assured Guaranty Municipal Corp. with Respect to Motion Seeking, Inter Alia, Approval of Disclosure Statement for Joint Chapter 11 Plan [Docket No. 4594]

r.    Objection of the United States Trustee to Plan Proponents' Disclosure Statement [Docket No. 4596]

s.    Reservation of Rights of AIG Asset Management (U.S.), LLC, Allstate Insurance Company, Massachusetts Mutual Life Insurance Company, and The Prudential Insurance Company of America With Respect to Judgment Reduction Provisions in Plan and Disclosure Statement [Docket No. 4602]

t.    Statement of New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund, and Boilermaker Blacksmith National Pension Trust, for Themselves and on Behalf of the Certified Class, With Respect to Approval of the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al., and the Official Committee of Unsecured Creditors [Docket No. 4604]

u.    Statement of Union Central Life Insurance Company, Ameritas Life Insurance Corp., and Acacia Life Insurance Company With Respect to Approval of the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al., and the Official Committee of Unsecured Creditors [Docket No. 4605]

v.    Statement of Cambridge Place Investment Management Inc. With Respect to Approval of the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al., and the Official Committee of Unsecured Creditors [Docket No. 4606]

**w.**        [Michelle Lawson's] Notice of Objection to Disclosure Statement, The Plan and Third Party Release [Docket No. 4618]

**x.**        [Anne M. Nelson's] Objection and Opposition to Disclosure Statement and Renewal of Objection and Opposition of Any Asset Transfers [Docket No. 4619]

**y.**        [Mary McDonald's] Objection to Debtors' Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and The Official Committee of Unsecured Creditors [Docket No. 4650]

**z.**        Joint Response of Basic Life Resources and Pamela Z. Hill to Debtors' Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and Official Committee of Unsecured Creditors [Docket Nos. 4654, **4753**]

**aa.**       Response of Paul A. Corrado to Debtors' Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and Official Committee of Unsecured Creditors [Docket No. 4660]

**Replies**:

**a.**        Reply of AIG Asset Management (U.S.), LLC, Allstate Insurance Company, Massachusetts Mutual Life Insurance Company and The Prudential Insurance Company of America to Objection of National Credit Union Administration Board to Disclosure Statement [Docket No. 4721]

**b.**        Ally Financial, Inc.'s Reply in Support of the Plan Proponents' Motion for an Order Approving the Disclosure Statement [Docket No. 4722]

**c.**        Plan Proponents' Omnibus Reply to Objections to Motion for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 4723]

**d.**        Reply of Wilmington Trust, N.A., Solely in Its Capacity as Indenture Trustee, to the Objection of the United States Trustee to Plan Proponents' Disclosure Statement [Docket No. 4724]

**Status**:   The hearing on this matter will be going forward.

Dated:  August 21, 2013
      New York, New York

/s/ Lorenzo Marinuzzi
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*