Basic Life Resources, a Washington non-profit corporation
and
Pamela Z. Hill, a single woman
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 425-314-1919
       Pamela@WhidbeyViewHomes.com
       360-331-4233
Mailing Addresses:
P.O. Box 665
Coupeville, WA 98239

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                              )
                                    )    Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,   )    Chapter 11
                                    )    Jointly Administered
            Debtors.                )
                                    )    DECLARATION OF EMAIL
                                    )        SERVICE AND
                                    )        NON-RESPONSE

To:   The Clerk of the Court
✓And: Chambers of Hon. Judge Glenn

I, Michael M. Moore, do hereby declare that, per Paragraphs 6 and 7 of the Notice of Disclosure Statement Filing:

Before 12:00 p.m. (Eastern Time), August 15, 2013, email service as follows:

                                    quote:

"To all named addressees above:

"By this reference consider each and every one of you served by email with the Pleadings and their appended and attached documents as entitled and indexed therein.

"http://www.kccllc.net/rescap/document/1212020130814000000000015


Declaration of Email Service
Page 1



RECEIVED
AUG 2 0 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

"If you have any objections, issues or are unable to view in entirety, you are required to promptly respond by reply email. This has been filed by the Clerk of the Bankruptcy Court as Docket #4654, filed 8/14/2013 as you can note thereon.

"Pamela Z. Hill, *pro se*

"Basic Life Resources, by Michael M. Moore, *pro se*"

end quote

This immediately above quoted email service was made to each of the following:

lewis.kruger@gmacrescap.com, glee@mofo.com, lmarinuzzi@mofo.com, tgoren@mofo.com, keckstein@kramerlevin.com, dmannal@kramerlevin.com, szide@kramerlevin.com, richard.cieri@kirkland.com, ray.schrock@kirkland.com, linda.riffkin@usdoj.gov, brian.masumoto@usdoj.gov, tracy.davis2@usdoj.gov

As of the date of this Declaration, August 17, 2013, at 3:00 p.m. (Eastern Time), no response whatsoever has been received from any of the above-named addressees.

I also declare that no response whatsoever in any manner or form has been served or in any way received by either Basic Life Resources or to the best of my information, Pamela Z. Hill, with regard to the Document filed by the Court on August 8, 2013, being File Number 4658.

I declare under penalty of perjury that the information provided in this Declaration is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 17, 2013

_____
Michael M. Moore

Read, confirmed non-receipt and so declared likewise under penalty of perjury.

_____
Pamela Z. Hill

Declaration of Email Service
Page 2