**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ )
                                                                      )
In re:                                                            )        Case No. 12-12020 (MG)
                                                                      )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,        )        Chapter 11
                                                                      )
                                          Debtors.          )        Jointly Administered
                                                                      )
----------------------------------------------------------------- )

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**<u>MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)</u>**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "<u>Procedures</u>

<u>Order</u>"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"<u>Bankruptcy Code</u>") establishing procedures (the "<u>Stay Relief Procedures</u>") for requesting relief

from the automatic stay to complete or commence the foreclosure of a senior mortgage and

security interest on lands and premises with respect to which the Debtors hold or service a

subordinate mortgage and security interest; and Selene Finance, LP ("<u>Movant</u>") as Servicer for

DLJ Mortgage Capital, Inc. having requested (the "<u>Request</u>") relief from the automatic stay in

accordance with the Stay Relief Procedures in connection with the property of Michael W.

Summerfield and Cynthia D. Summerfield with an address of 2041 Grey Ridge, Maryville, TN

37801 (the "<u>Mortgaged Property</u>") and due and proper notice of the Request having been made

on all necessary parties; and the above-captioned Debtors (the "<u>Debtors</u>") having consented to

the relief sought in the Request on the terms and conditions contained in this stipulation and

order ("<u>Stipulation and Order</u>"),

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this Stipulation and Order, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.     The Request is granted as set forth herein.

2.     To the extent applicable, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow Movant to complete or commence the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3.     Movant shall provide due notice to the Debtors and Green Tree Servicing LLC[2] in connection with any action to be taken with respect to the Mortgaged Property, including, but not limited to, proceeding with a sale of the Mortgaged Property, in accordance with and to the extent required by applicable state law.

4.     To the extent proceeds from any sale of the Mortgaged Property exceed the valid amounts due and owing to all entities holding valid and enforceable liens on the Mortgaged Property that are senior to the lien which the applicable land records indicate is held or serviced by the Debtors, such proceeds shall be turned over within thirty (30) days after such sale is completed to Green Tree Servicing LLC via wire transfer.

5.     By entering into this Stipulation and Order, Movant hereby represents that it is an agent for and has the authority to seek relief from the automatic stay on behalf of DLJ Mortgage Capital, Inc.

---

[2] Notices should be served on Green Tree Servicing LLC via email at: Foreclosure_Team@gt-cs.com or via mail addressed to: Green Tree Servicing LLC, Mailstop: R214, 1400 Turbine Drive, Rapid City, SD 57703.

6.      This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

7.      This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

8.      Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived.  Movant is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC | SELENE FINANCE, LP AS SERVICER FOR DLJ MORTGAGE CAPITAL, INC. |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By:  /s/  Ted Eric May<br>Ted Eric May<br>**SHELDON MAY & ASSOCIATES, P .C.**<br>255 Merrick Road<br>Rockville Centre, New York 11570<br>Telephone:  (516) 763-3200<br>Facsimile:  (516) 763-3243<br><br>*Counsel for Selene Finance, LP as Servicer*<br>*for DLJ Mortgage Capital, Inc.* |

**APPROVED AND SO ORDERED**

Dated: August 21, 2013
         New York, New York

            /s/Martin Glenn
            MARTIN GLENN
         United States Bankruptcy Judge

3