CERTIFICATE OF SERVICE

We, the Creditors, Sidney T. Lewis and Yvonne D. Lewis, certify that the "Notice/Motion for Sanctions under R. 9011" were served by hand delivery **on Aug. 21, 2013** on the following parties:

    The Clerk of the Bankruptcy Court,
    One Bowling Green,
    New York, New York 10004-1408;

    The Office of the United States Trustees, Southern District of New York,
    Attn: Brian Masumoto and Michael Driscoll
    U.S. Federal Office Building,
    201 Varick Street, Suite 1006,
    New York, New York 10014.

And by email to: lewis.kruger@gmacrescap.com, glee@mofo.com, lmarinuzzi@mofo.com, and tgoren@mofo.com; and email to: keckstein@kramerlevin.com, dmannal@kramerlevin.com, and szide@kramerlevin.com; And by email to: richard.cieri@kirkland.com and ray.schrock@kirkland.com;.

Dated: 08-21-13  _[signature]_       Dated: 08-21-13  _[signature]_
Sidney T. Lewis, pro se      Yvonne D. Lewis, pro se