Adjourned Hearing Date: September 24, 2013 at 10:00 a.m. (ET)
Adjourned Objection Deadline: September 17, 2013 at 4:00 p.m. (ET)

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin (ME0570)
Ira M. Levee (IL9958)
   and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for Plaintiffs*

*[Additional Counsel on signature page]*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | Re: Doc. No. 3480 |

**NOTICE OF ADJOURNMENT OF PLAINTIFFS' MOTION
FOR ORDER CERTIFYING CLASS FOR PURPOSES
OF THE CLASS CLAIMS PURSUANT TO FEDERAL
<u>RULES OF BANKRUPTCY PROCEDURE 7023 AND 9014(c)</u>**

**PLEASE TAKE NOTICE** that the hearing (the "<u>Hearing</u>") on *Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c)* (Doc. No. 3480) (the "<u>Motion</u>"), previously scheduled for August 29, 2013, **has been adjourned to September 24, 2013, at 10:00 a.m. (ET)**, before the Honorable Martin Glenn, U.S.B.J., Courtroom 501, at the United States Bankruptcy Court for

26963/2
08/22/2013 24822496.1

the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the adjournment of the Hearing shall not prejudice and shall not be used as a basis to oppose the relief requested in the Motion or any related relief or otherwise by any party in interest or other entity.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures (the "Case Management Procedures") approved by the Bankruptcy Court [Doc. No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **September 17, 2013 at 4:00 p.m. (ET)**, upon counsel for Plaintiffs, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ 07068 (Attn: Michael S. Etkin (metkin@lowenstein.com) and Ira M. Levee (ilevee@lowenstein.com)), and upon such other parties as required under the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded and unopposed, and enter an order granting the relief requested in the Motion without further notice or hearing.

Dated:  August 22, 2013                                      LOWENSTEIN SANDLER LLP

                                                             /s/ Ira M. Levee
                                                             Michael S. Etkin (ME0570)
                                                             Ira M. Levee (IL9958)
                                                             1251 Avenue of the Americas, 17th Floor
                                                             New York, New York  10020
                                                             (212) 262-6700 (Telephone)
                                                             (212) 262-7402 (Facsimile)

-2-

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for the Plaintiffs*

COHEN MILSTEIN SELLERS &
TOLL PLLC
Joel P. Laitman (JL8177)
Christopher Lometti (CL9124)
Michael B. Eisenkraft (ME6974)
88 Pine Street
New York, New York 10022
(212) 838-7797 (Telephone)
(212) 838-7745 (Facsimile)

*Lead Counsel for Plaintiffs*