| | |
|---|---|
| **DECHERT LLP**<br>Glenn E. Siegel<br>Mauricio A. España<br>Rebecca S. Kahan<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts* | **SEWARD & KISSEL LLP**<br>Mark D. Kotwick<br>Brian P. Maloney<br>Ryan Suser<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Facsimile: (212) 480-8421<br><br>*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts* |
| **ALSTON & BIRD LLP**<br>John C. Weitnauer (*pro hac vice*)<br>Michael E. Johnson<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 210-9400<br>Facsimile: (212) 210-9444<br><br>*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts* | **JONES DAY**<br>Richard L. Wynne<br>Howard F. Sidman<br>222 East 41st Street<br>New York, NY 10017.6702<br>Telephone:  212-326-3939<br>Facsimile:  212-755-7306<br><br>*Attorneys for Creditor*<br>*Financial Guaranty Insurance Company* |
| **MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Gary S. Lee<br>Charles L. Kerr<br>J. Alexander Lawrence<br>Kayvan B. Sadeghi<br>James A. Newton<br><br>*Counsel for the Debtors and Debtors in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.,* | ) |
| | ) Chapter 11 |
| Debtors. | ) Jointly Administered |


EXHIBIT 175

1

# DESIGNATIONS FROM DEPOSITION OF MICHAEL J. THOYER
## AS THE RULE 30(B)(6) DESIGNEE OF STONEHILL CAPITAL MANAGEMENT LLC

Pursuant to Rule 32 of the Federal Rules of Civil Procedure, as made applicable by Rule 7032 of the Federal Rules of Bankruptcy Procedure, listed in the table below to be used at the evidentiary hearing on *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval of the Settlement* (the "**FGIC 9019**") [Docket No. 3929] are: (i) the FGIC Trustees',[1] Financial Guaranty Insurance Company's ("FGIC") and the Debtors' designations of the deposition of Michael J. Thoyer as the Rule 30(b)(6) designee of Stonehill Capital Management LLC; and (ii) the objections and counter-designations of Stonehill Capital Management, LLC.

| No. | Start | End | Objections | Counter Start | Counter End |
| --- | --- | --- | --- | --- | --- |
| 1. | 10:5 | 10:9 | | | |
| 2. | 24:16 | 25:14 | Relevance. Vague. | | |
| 3. | 26:12 | 27:5 | | 27:6 | 27:22 |
| 4. | 30:7 | 32:13 | Relevance. Vague. 30:14 – should read "their" not "our" | Errata: 30:14 | Errata: 30:14 |
| 5. | 34:13 | 34:23 | Vague. | 34:24 | 35:8 |
| 6. | 70:20 | 71:5 | Foundation. Assumes facts not in evidence. Vague. | | |

---

[1] The term "FGIC Trustees" has been defined, at different times in the Chapter 11 Cases, in slightly different ways. As used herein, the term "FGIC Trustees" shall include The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., U.S. Bank National Association and Wells Fargo Bank, N.A. in their capacities as trustee, indenture trustee, separate trustee, securities administrator, co-administrator, paying agent, grantor trustee, custodian and/or other similar agencies or as master servicer for the forty-seven trusts that are the subject of the FGIG 9019.

2

Dated: New York, New York
August 21, 2013

**DECHERT LLP**
By: /s/ Glenn E. Siegel
Glenn E. Siegel
Mauricio A. España
Rebecca Kahan
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**SEWARD & KISSEL LLP**
By: /s/ Mark D. Kotwick
Mark D. Kotwick
Brian P. Maloney
Ryan Suser
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
By: /s/ Michael E. Johnson
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**JONES DAY**
By: /s/ Richard L. Wynne
Richard L. Wynne
Howard F. Sidman
222 East 41st Street
New York, NY 10017.6702
Telephone:   212-326-3939
Facsimile:   212-755-7306

*Attorneys for Creditor
Financial Guaranty Insurance Company*

**MORRISON & FOERSTER LLP**
By: /s/ J. Alexander Lawrence
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence
Kayvan B. Sadeghi
James A. Newton

*Counsel for the Debtors and Debtors in Possession*
15011239.1

3