Joseph T. Baio
Mary Eaton
Emma J. James
WILLKIE FARR & GALLGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Monarch Alternative Capital LP, Stonehill Capital Management LLC, and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and for CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited.*

Peter S. Goodman
Michael R. Carney
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212)-402-9400
Facsimile: (212) 354-8113

*Counsel for Federal Home Loan Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### THE OBJECTORS' DESIGNATIONS OF TRUSTEES' DEPOSITION TESTIMONY

Pursuant to Rule 32 of the Federal Rules of Civil Procedure and Rule 7032 of the Federal Rules of Bankruptcy Procedure, the Investors[1] and Freddie Mac[2] (together, the "Objectors"), by and through their undersigned counsel, submit the following designations of the FGIC Trustees'

---

[1] "Investors" means Monarch Alternative Capital LP, Stonehill Capital Management LLC and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited.

[2] "Freddie Mac" means Federal Home Loan Mortgage Corporation in conservatorship.

deposition testimony (including objections[3] and counter-designations thereto by the FGIC Trustees, and the Objectors' objections to the FGIC Trustees' counter-designations) to be used in deciding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Dkt. No. 3929].

**MARY SOHLBERG**

| # | Designating Party | Designation | Wells Fargo's Objections | Counter-Designation | Objections to Counter |
|---|---|---|---|---|---|
| 1. | Investors | 7:11-17 | | | |
| 2. | Investors | 30:16-20, 30:22-31:6, 31:09 | | | |
| 3. | Investors | 31:24-32:03, 32:06 | | | |
| 4. | Investors | 34:02-04, 34:07-12, 34:15-17, 24:19-24 | | | |
| 5. | Investors | 37:18-20, 37:24-38:09, 38:13-17, 38:20-24, 39:4 | Objection to form; calls for a legal conclusion. | 43:10-12, 43:19-23 | |
| 6. | Investors | 47:24-48:05, 48:07-22, | | 51:8-10, 51:13, 51:15-18, | Improper counter-designation[4] |

---

[3] In addition to the individual objections to Investors' and Freddie Mac's designations listed below, the FGIC Trustees objected on the grounds that Investors' and Freddie Mac's designations were untimely pursuant to the FGIC Settlement Supplemental Scheduling and Trial Procedures Order, entered by the Court on July 26, 2013 [ECF No. 4363].

[4] "Improper counter-designation" means that the designation is improper pursuant to Fed. R. Civ. P. 32 and Fed. R. Evid. 106.

| # | Designating Party | Designation | Wells Fargo's Objections | Counter-Designation | Objections to Counter |
|---|---|---|---|---|---|
|  |  | 48:25-49:05, 49:08-10 |  | 51:20-52:4 |  |
| 7. | Investors | 49:23-25, 50:4 |  |  |  |
| 8. | Investors | 56:03-05, 56:08-18 |  |  |  |
| 9. | Investors | 60:04-10 |  | 60:11-14, 60:16-19, 60:21-23, 60:25 | Improper counter-designation |
| 10. | Investors | 66:12-15 |  | 66:16-20 | Improper counter-designation |
| 11. | Investors | 97:09-11 |  | 100:21-25, 101:3-11 | Improper counter-designation |
| 12. | Investors | 110:11-15, 110:17-111:12, 111:15 |  |  |  |
| 13. | Investors | 112:22-23, 113:04-09, 113:14-23, 113:25-114:05 |  | 114:20-24, 115:2-6 | Improper counter-designation |
| 14. | Investors | 126:16-20 |  |  |  |
| 15. | Investors | 127:04-07, 127:09-15, 127:17 |  |  |  |
| 16. | Investors | 135:02-08, 135:10 |  |  |  |
| 17. | Investors | 136:25-137:03, 137:05-10, 137:12-13 |  |  |  |

| # | Designating Party | Designation | Wells Fargo's Objections | Counter-Designation | Objections to Counter |
|---|---|---|---|---|---|
| 18. | Investors | 138:03-05, 138:13 | | 138:15-18, 138:20-139:6, 142:24-143:12, 143:15-144:24 | Improper counter-designation |
| 19. | Investors | 146:12-147:04 | | | |
| 20. | Investors | 147:14-148:05, 148:08-09 | | | |
| 21. | Investors | 150:10-13, 150:15-25, 151:4 | | 151:6-11, 151:14-19 | Improper counter-designation; Nonresponsive |
| 22. | Investors | 154:23-155:06 | | | |

### ROBERT MAJOR

| # | Designating Party | Designation | BNY's Objections | Counter-Designation | Investors' Objections to Counter |
|---|---|---|---|---|---|
| 1. | Investors | 8:12-9:4 | | | |
| 2. | Investors | 14:3-14:12 | | 19:24-21:7 | |
| 3. | Objectors | 14:13-25 | | 19:24-21:7 | |
| 4. | Investors | 15:2-22 | | 19:24-21:7 | |
| 5. | Freddie Mac | 17:5-18 | | 16:19-17:4; 17:19-18:5 | |
| 6. | Freddie Mac | 18:15-19:13 | 18:19-20 – Objection to form, mischaracterizes the witness' | | |

- 4 -

| # | Designating Party | Designation | BNY's Objections | Counter-Designation | Investors' Objections to Counter |
|---|---|---|---|---|---|
|  |  |  | testimony |  |  |
| 7. | Freddie Mac | 24:5-19 | 24:13-14 – Objection, asked and answered | 24:20-25:9 26:3-8 90:22-91:18; 93:18-94:6 94:20-23 |  |
| 8. | Objectors | 25:21-26:2 |  | 24:20-25:9; 26:3-8; 90:22-91:18; 93:18-94:6; 94:20-23 | Hearsay |
| 9. | Freddie Mac | 26:3-26:8 |  | 24:20-25:9; 26:3-8; 90:22-91:18; 93:18-94:6; 94:20-23 |  |
| 10 | Objectors | 26:9-26:12 |  | 24:20-25:9; 26:3-8; 90:22-91:18; 93:18-94:6; 94:20-23 | Hearsay |
| 11 | Freddie Mac | 26:13-15 |  | 24:20-25:9; 26:3-8; 90:22-91:18; 93:18-94:6; 94:20-23 |  |
| 12 | Investors | 29:12-30:10 |  | 26:18-29:11; 223:19-224:10 | 223:19-224:10: Leading; Improper counter-designation |
| 13 | Investors | 30:19-25 |  | 31:2-19 |  |
| 14 | Investors | 33:24-34:19 |  | 34:20-21 | Vague |

| # | Designating Party | Designation | BNY's Objections | Counter-Designation | Investors' Objections to Counter |
|---|---|---|---|---|---|
| 15 | Investors | 48:20-49:24 | | 32:16-33:23 | |
| 16 | Freddie Mac | 53:15-25 | 53:20-21 – Objection to form | | |
| 17 | Investors | 58:19-60:6 | | 32:16-33:23 | Improper counter-designation |
| 18 | Investors | 62:8-12, 62:14-23, 62:25-63:13, 63:16 | 62:11-12 – Objection to Form<br><br>62:20-23 – Objection to Form<br><br>63:11-13 – Objection to Form;<br><br>Vague and Ambiguous | 32:16-33:23 | Improper counter-designation |
| 19 | Investors | 74:9-10, 74:14-17 | 74:9-10 – Objection, Mischaracterizes the Witness' Testimony; Asked and Answered | 74:21-25 | |
| 20 | Investors | 75:14-25 | | 74:21-25 | |
| 21 | Freddie Mac | 77:12-78:21 | | 76:11-77:11; 79:10-14 | |
| 22 | Objectors | 78:22-24 | | 76:11-77:24, 78:5-21, 79:10-14 | |
| 23 | Investors | 78:25-79:6 | | 76:11-77:24, 78:5-21, 79:10-14 | |
| 24 | Investors | 80:10-12 | | | |

| # | Designating Party | Designation | BNY's Objections | Counter-Designation | Investors' Objections to Counter |
|---|---|---|---|---|---|
| 25 | Freddie Mac | 85:12-20 | | | |
| 26 | Freddie Mac | 89:10-20 | 89:14-17 – Objection to form, asked and answered | 32:16-33:23; 87:4-10 | |
| 27 | Objectors | 94:20-23 | | 24:20-25:9; 26:3-8; 90:22-91:18; 93:18-94:6 | 24:20-25:9: Improper counter-designation<br><br>26:3-8: Improper counter-designation |
| 28 | Freddie Mac | 95:5-15 | 95:2-7 – Objection to form | 24:20-25:9; 26:3-8; 90:22-91:18; 93:18-94:6; 94:20-23 | |
| 29 | Freddie Mac | 97:2-17 | | | |
| 30 | Objectors | 100:21-101:8 | | 32:16-33:23 | |
| 31 | Investors | 105:6-9 | | 96:3-14;<br><br>125:10-127:25 | |
| 32 | Freddie Mac | 145:16-146:11 | | | |
| 33 | Freddie Mac | 147:18-20 | | | |
| 34 | Investors | 162:3-12 | Objection to Form | | |
| 35 | Freddie Mac | 166:2-11 | 166:2-4 – Objection to form to the extent that the question calls for a legal conclusion | | |
| 36 | Freddie Mac | 173:16- | | 174:15-175:8 | |

| # | Designating Party | Designation | BNY's Objections | Counter-Designation | Investors' Objections to Counter |
|---|---|---|---|---|---|
|  |  | 174:14 |  |  |  |
| 37 | Freddie Mac | 181:5-18 |  |  |  |
| 38 | Freddie Mac | 183:14-184:25 | 183:14-16 – Objection to form |  |  |
| 39 | Freddie Mac | 186:2-13 |  | 186:14-187:17; 188:4-13 |  |
| 40 | Freddie Mac | 187:19-24 | 187:19-21 – Objection to form | 188:2; 186:14-17; 188:4-13 |  |
| 41 | Freddie Mac | 189:2-7 | Incomplete designation; Relevance |  |  |
| 42 | Freddie Mac | 191:3-9 |  |  |  |
| 43 | Freddie Mac | 193:22-24, 194:2-3, 194:5-12 | 192:55-24 – Objection to form<br><br>194:3 – Objection to form, calls for speculation | 195:6-13 |  |
| 44 | Freddie Mac | 204:22-205:10 | 205:2-3 – Objection to form, mischaracterizes the witness' testimony |  |  |

- 8 -

**MAMTA SCOTT**

| # | Designating Party | Designation | US Bank's Objections | Counter-Designation | Objections to Counter |
|---|---|---|---|---|---|
| 1. | Investors | 7:16-19 | | | |
| 2. | Freddie Mac | 16:25-17:6 | | | |
| 3. | Freddie Mac | 17:15-18 | | | |
| 4. | Freddie Mac | 19:6-11 | | 18:8 – 18:17<br>23:8 – 24:8 | |
| 5. | Freddie Mac | 26:6-15 | | | |
| 6. | Freddie Mac | 27:4-15 | | | |
| 7. | Freddie Mac | 29:15-20 | | | |
| 8. | Freddie Mac | 32:18-24 | | 33:2 – 16 | |
| 9. | Objectors | 34:15-23 | | 35:9 – 19 | |
| 10 | Investors | 34:24-35:2, 35:4-8 | 35:3 – Objection to form | 35:3, 35:9-19 | |
| 11 | Freddie Mac | 37:18-21 | | | |
| 12 | Freddie Mac | 43:11-19 | 43:18 – Objection to form | 58:24-59:15 | |
| 13 | Freddie Mac | 44:19-22 | | 46:5-8<br>47:12-15 | |
| 14 | Freddie Mac | 45:2-4, 45:11-18 | | 45:5 – 13<br>46:5-8<br>47:12-15 | |
| 15 | Freddie Mac | 47:16-23 | | 45:5 – 13<br>47:24 – 48:16 | |
| 16 | Investors | 56:10-19 | | | |
| 17 | Investors | 57:9-13 | | | |
| 18 | Investors | 63:15-23, 63:25-64:6 | 63:24 – Objection to form | 63:24 | |

| # | Designating Party | Designation | US Bank's Objections | Counter-Designation | Objections to Counter |
|---|---|---|---|---|---|
| 19 | Investors | 66:10-66:18 | | | |
| 20 | Investors | 76:8-11 | | | |
| 21 | Objectors | 76:12-18 | | | |
| 22 | Investors | 76:19-21, 77:2-5 | | | |
| 23 | Freddie Mac | 77:3-5 | | | |
| 24 | Freddie Mac | 79:17-80:4 | | | |
| 25 | Freddie Mac | 81:4-18 | | | |
| 26 | Freddie Mac | 81:23-82:13 | 82:2 – Objection to form | 85:4-15 119:13-120:9 | |
| 27 | Freddie Mac | 85:4-15 | | 119:13-120:9 | |
| 28 | Freddie Mac | 87:13-15 | | 46:5-8 87:20-25 | |
| 29 | Freddie Mac | 88:2-4; 88:7-11 | 88:9 – Objection to form | 46:5-8 87:20-25 | |
| 30 | Freddie Mac | 91:7-9 | | | |
| 31 | Freddie Mac | 92:21-25; 93:2-11 | | | |
| 32 | Freddie Mac | 94:4-9 | | | |
| 33 | Freddie Mac | 95:3-6; 95:9-14 | 95:7-8, 12 – Objections to form, outside scope of 30(b)(6) | 95:7-8 | |
| 34 | Freddie Mac | 95:21-96:2 | 95:25 – Objection to form, outside scope of 30(b)(6) | | |
| 35 | Freddie Mac | 96:10-20 | 96:7-8 – Objection to | 96:3-18 | |

| # | Designating Party | Designation | US Bank's Objections | Counter-Designation | Objections to Counter |
|---|---|---|---|---|---|
| | | | form, outside scope of 30(b)(6) | | |
| 36 | Freddie Mac | 97:4-23 | 97:7-8, 15-16, 21-22 – Objections to form, outside scope of 30(b)(6) | | |
| 37 | Freddie Mac | 99:15-20 | 99:18-19 – Objection to form, outside scope of 30(b)(6) | | |
| 38 | Freddie Mac | 101:8-102:11 | 101:20-21; 102:4-5, 9-10 – Objections to form, outside scope of 30(b)(6) | | |
| 39 | Freddie Mac | 103:5-8 | | | |
| 40 | Freddie Mac | 106:2-9 | | | |
| 41 | Freddie Mac | 110:3-7 | | | |
| 42 | Freddie Mac | 110:20-22 | | | |
| 43 | Freddie Mac | 111:12-15 | | | |
| 44 | Freddie Mac | 114:10-17 | | | |
| 45 | Freddie Mac | 115:9-20 | | | |
| 46 | Freddie Mac | 115:22-116:11 | | | |
| 47 | Freddie Mac | 118:16-21 | 118:18-19 – Objection to form, outside scope of | 118:22 – 119:12 | |

| # | Designating Party | Designation | US Bank's Objections | Counter-Designation | Objections to Counter |
|---|---|---|---|---|---|
| | | | 30(b)(6) | | |
| 48 | Freddie Mac | 120:10-20 | 120:14 – Objection to form | 119:13 – 120:9 | |
| 49 | Freddie Mac | 121:20-122:5 | | | |
| 50 | Freddie Mac | 123:7-124:13 | 123:25 – Objection to form | 135:3 – 136:9<br>136:22 – 137:3 | |
| 51 | Freddie Mac | 125:16-20 | | | |
| 52 | Freddie Mac | 126:18-127:9 | 127:3 – Objection to form | | |
| 53 | Freddie Mac | 127:21-25 | 127:24 – Objection to form | | |
| 54 | Freddie Mac | 128:2-13; 128:16-23 | 128:5, 10 – Objection to form | | |
| 55 | Freddie Mac | 129:19-130:16 | | 39:20 – 40:3<br>130:17-21 | |
| 56 | Freddie Mac | 132:6-13 | 132:11 – Objection; asked and answered | | |
| 57 | Freddie Mac | 133:7-25 | 133:19, 24 – Objection to form | | |
| 58 | Freddie Mac | 134:17-135:2 | | 135:3 – 136:9 | |
| 59 | Freddie Mac | 136:16-21 | 136:20 – Objection to form | 135:3 – 136:9<br>136:22 – 137:3 | |

Dated: August 22, 2013
      New York, New York

Respectfully submitted,

| | |
|---|---|
| By: /s/ Mary Eaton | By: /s/ Michael R. Carney |
|     Mary Eaton |     Michael R. Carney |
| WILLKIE FARR & GALLGHER LLP | MCKOOL SMITH, P.C. |
| Joseph T. Baio | Peter S. Goodman |
| Emma J. James | Michael R. Carney |
| 787 Seventh Avenue | One Bryant Park, 47th Floor |
| New York, New York 10019 | New York, NY 10036 |
| (212) 728-8000 | Telephone: (212)-402-9400 |
| | Facsimile: (212) 354-8113 |
| *Attorneys for Monarch Alternative Capital LP, Stonehill Capital Management LLC, and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and for CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited.* | *Counsel for Federal Home Loan Mortgage Corporation* |

10121324