| | |
|---|---|
| WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>J. Christopher Shore<br>Harrison L. Denman<br><br>and<br><br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Gerard Uzzi<br><br>*Attorneys for the Ad Hoc Group of Junior Secured Noteholders* | WILLKIE FARR & GALLGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Joseph T. Baio<br>Mary Eaton<br>Emma J. James<br><br>*Attorneys for Monarch Alternative Capital LP, Stonehill Capital Management LLC, and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and for CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited.* |
| MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Charles L Kerr<br>J. Alexander Lawrence<br><br>*Counsel for the Debtors and Debtors in Possession* | MCKOOL SMITH, P.C.<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>Telephone: (212)-402-9400<br>Facsimile: (212) 354-8113<br>Peter S. Goodman<br>Michael R. Carney<br><br>*Counsel for Federal Home Loan Mortgage Corporation* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

In connection with the Debtors' Motion Pursuant to Federal Rules of Bankruptcy Procedure 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 3929], the Ad Hoc Group of Junior Secured Noteholders, Federal Home Loan Mortgage Corporation and Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC (together, the "Objectors") and the Debtors, by and through their undersigned counsel, hereby submit the following consolidated deposition designations.

**CONSOLIDATED DESIGNATIONS OF LEWIS KRUGER'S DEPOSITION TESTIMONY**

**LEWIS KRUGER** – transcript of July 11, 2013 deposition at:

Page 11, Line 19 through Page 13, Line 3

Page 13, Line 21 through Page 14, Line 17

Page 15, Line 25 through Page 18, Line 3

Page 18, Line 20 through Page 20, Line 17

Page 35, Line 10 through Page 39, Line 17

2

Page 41, Line 9 through Page 45, Line 10

Page 45, Line 12 through Page 46, Line 4

Page 47, Line 3 through Page 51, Line 9

Page 51, Line 25 through Page 52, Line 10

Page 53, Line 3 through Page 54, Line 10

Page 57, Line 17 through Page 58, Line 2

Page 72, Line 25 through Page 74, Line 8

Page 77, Lines 20 through 23

Page 84, Lines 4 through 6

Page 99, Line 25 through Page 100, Line 25

Page 101, Line 2 through Page 103, Line 18

Page 104, Lines 10 through 17

Page 105, Lines 11 through 14

Page 105, Line 18 through Page 107, Line 24

Page 108, Line 9 through Page 109, Line 13

Page 109, Lines 15 through 25

Page 110, Line 9 through Page 115, Line 14

Page 118, Lines 11 through 21

Page 125, Line 7 through Page 127, Line 8

Page 127, Lines 11 through 20

Page 134, Line 21 through Page 135, Line 7

Page 144, Lines 6 through 16

Page 152, Line 2 through Page 153, Line 12

NEWYORK 8956097

Page 160, Lines 2 through 20

Page 169, Lines 7 through 13

Page 181, Line 19 through Page 182, Line 13

Page 183, Line 6 through Page 184, Line 2

Page 187, Lines 2 through 8

Page 189, Line 15 through Page 192, Line 18

Page 200, Lines 4 through 9

Page 201, Line 21 through Page 202, Line 4

Page 204, Line 22 through Page 205, Line 19

Page 205, Lines 23 through 25

Page 206 Lines 2 through 4

Page 207, Lines 12 through 18

Page 207, Line 23 through Page 208, Line 2

Page 208, Line 5

Page 208, Lines 7 through 22

NEWYORK 8956097

12-12020-mg    Doc 4803    Filed 08/22/13    Entered 08/22/13 12:21:08    Main Document
Pg 5 of 5

Dated: August 22, 2013
         New York, New York

Respectfully submitted,

| | |
|---|---|
| By: /s/ *J. Christopher Shore* | By: /s/ *Mary Eaton* |
|         J. Christopher Shore |         Mary Eaton |
| | |
| WHITE & CASE LLP | WILLKIE FARR & GALLGHER LLP |
| 1155 Avenue of the Americas | 787 Seventh Avenue |
| New York, New York 10036-2787 | New York, New York 10019 |
| J. Christopher Shore | (212) 728-8000 |
| Harrison L. Denman | Joseph T. Baio |
| | Emma J. James |
|    and | |
| | *Attorneys for Monarch Alternative Capital LP, Stonehill Capital Management LLC, and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and for CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited.* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | |
| 1 Chase Manhattan Plaza | |
| New York, New York 10005 | |
| Gerard Uzzi | |
| | |
| *Attorneys for the Ad Hoc Group of Junior Secured Noteholders* | |
| | |
| By: /s/ *Michael R. Carney* | By: /s/ *Charles L. Kerr* |
|         Michael R. Carney |         Charles L Kerr |
| | |
| MCKOOL SMITH, P.C. | MORRISON & FOERSTER LLP |
| One Bryant Park, 47th Floor | 1290 Avenue of the Americas |
| New York, NY 10036 | New York, New York 10104 |
| Telephone: (212)-402-9400 | Telephone: (212) 468-8000 |
| Facsimile: (212) 354-8113 | Facsimile: (212) 468-7900 |
| Peter S. Goodman | Charles L. Kerr |
| Michael R. Carney | J. Alexander Lawrence |
| | |
| *Counsel for Federal Home Loan Mortgage Corporation* | *Counsel for the Debtors and Debtors in Possession* |

5

NEWYORK 8956097