**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————————
|  | ) |  |
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
| ———————————————————————— | ) |  |

### AMENDED NOTICE OF REJECTION OF
### EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### [ORIGINAL REJECTION NOTICE, DOCKET NO. 4222]

**PLEASE TAKE NOTICE** that, on January 3, 2013, the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>") entered an order (the "<u>Procedures Order</u>") authorizing the Debtors to implement expedited procedures for the rejection of one or more executory contracts and unexpired leases in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>").

**PLEASE TAKE FURTHER NOTICE** that, on July 12, 2013, the Debtors filed the *Notice of Rejection of Executory Contracts and Unexpired Leases* [Docket No. 4222] (the "<u>Original Rejection Notice</u>").

**PLEASE TAKE FURTHER NOTICE** that, following discussions with certain contract counterparties, the Debtors have determined to amend the Original Rejection Notice. No further action is required to effectuate this *Amended Notice of Rejection of Executory Contracts and Unexpired Leases* (the "<u>Amended Rejection Notice</u>").

**PLEASE TAKE FURTHER NOTICE** that, the Amended Rejection Notice is annexed hereto as <u>Exhibit 1</u>, and a blackline reflecting revisions to the Original Rejection Notice is annexed hereto as <u>Exhibit 2</u>.

| | |
|---|---|
| New York, New York | /s/ Lorenzo Marinuzzi |
| Dated: August 22, 2013 | Gary S. Lee |
| | Lorenzo Marinuzzi |
| | Samantha Martin |
| | MORRISON & FOERSTER LLP |
| | 1290 Avenue of the Americas |
| | New York, New York 10104 |
| | Telephone: (212) 468-8000 |
| | Facsimile: (212) 468-7900 |
| | |
| | *Counsel to the Debtors* |
| | *and Debtors in Possession* |

**Exhibit 1**

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | GMAC Mortgage, LLC | Achieve Global Inc. | 170 West Election Road Suite 201 Draper, UT 84020 | Contract for third party facilitators to provide training, dated December 9, 2004 | July 12, 2013 |
| 2 | GMAC Mortgage, LLC | Aegis PeopleSupport, Inc. | 8801 Hunters Lake Drive #517 Tampa, FL 33647 | Statement of Work for support in receiving and processing outbound voice calls, dated December 6, 2007 | July 12, 2013 |
| 3 | GMAC Mortgage, LLC | Aegis PeopleSupport, Inc. | 624 S Grande Avenue Suite 2940 Los Angeles, CA 90017 | Amendment No. 2 to Statement of Work No.3, dated February 11, 2011 | July 12, 2013 |
| 4 | GMAC Mortgage, LLC | Allonhill | 1515 Arapahoe St Tower 3 Suite 400 Denver, CO 80202 | Agreement to perform mortgage due diligence and credit risk management | July 12, 2013 |
| 5 | GMAC-RFC | American General Indemnity Co | 3600 Rte 66 Neptune, NJ 07753-2605 Attn: Curt B. Vondrasek | Expense Reimbursement Agreement | July 12, 2013 |
| 6 | GMAC-RFC | American General Indemnity Co | 3600 Rte 66 Neptune, NJ 07753-2605 Attn: Curt B. Vondrasek | Amendment to Expense Reimbursement Agreement | July 12, 2013 |
| 7 | GMAC-RFC | American General Indemnity Co | 3600 Rte 66 Neptune, NJ 07753-2605 Attn: Curt B. Vondrasek | Amendment to Expense Reimbursement Agreement | July 12, 2013 |
| 8 | Residential Funding Company, LLC | Analysts International | 3601 West 76th Street Suite 601 Edina, MN 55435 | Work Order | July 12, 2013 |
| 9 | GMAC-RFC | Analysts International | 3601 West 76th Street Suite 601 Edina, MN 55435 | Amendment to Master Service Agreement Work Order | July 12, 2013 |

[1] This chart identifies each debtor only by its current name. To the extent a contract was executed by Residential Capital Corporation, GMAC Mortgage Corporation, or Residential Funding Corporation, the Debtor will be identified here as Residential Capital, LLC, GMAC Mortgage, LLC, or Residential Funding Company, LLC, respectively. In addition, references in the chart to "GMAC-RFC" may refer to either of Residential Funding Company, LLC or GMAC Mortgage, LLC, as the case may be.

[2] For the avoidance of doubt, rejection of an addendum, amendment or a statement of work constitutes rejection of the entire agreement.

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 10 | GMAC Mortgage, LLC | Assurant Specialty Property | 11222 Quail Roost Dr Miami, FL 33157 (305) 259-4452 | Telecommunications Program Services Agreement | July 12, 2013 |
| 11 | Residential Funding Company, LLC | Blue Pumpkin Software | Blue Pumpkin Software, Inc. 884 Hermosa Court, Sunnyvale, CA 94085 | Software License Agreement | July 12, 2013 |
| 12 | Residential Funding Company, LLC | Blue Pumpkin Software | Blue Pumpkin Software, Inc. 884 Hermosa Court, Sunnyvale, CA 94085 | Professional Services Agreement | July 12, 2013 |
| 13 | GMAC-RFC | Borland Software Corporation | PO Box 39000 San Francisco, CA 94139 | Purchase Order for licenses | July 12, 2013 |
| 14 | Residential Funding Company, LLC | Borland Software Corporation | PO Box 39000 San Francisco, CA 94139 | Master Service Level Agreement regarding initial license and implementation | July 12, 2013 |
| 15 | Residential Funding Company, LLC | Borland Software Corporation | PO Box 39000 San Francisco, CA 94139 | Purchase Order for licenses | July 12, 2013 |
| 16 | Residential Funding Company, LLC | Business Objects Americas | 3030 Orchard Parkway San Jose, CA 95134 Attn: Glenn Goelz | Software License and Related Services Agreement | July 12, 2013 |
| 17 | GMAC Mortgage, LLC | EYP Mission Critical Facilities, Inc. | EYP Mission Critical Facilities, Inc. 11845 West Olympic Blvd #850W Los Angeles, CA 90064 | Data Center Engineering Studies | July 12, 2013 |
| 18 | GMAC Mortgage, LLC | FIS (formerly Compliance Coach Inc.) | 4370 La Jolla Village Drive San Diego, CA 92122 vwentzel@compliancecoach.com | Individual Compliance Training | July 12, 2013 |
| 19 | GMAC Mortgage, LLC | Frontier Communications | 180 S. Clinton Avenue 6th Floor Attn: Brenda Siragusa Rochester, NY 14604 brenda.siragusa@frontier.com | DSI Voice services for retail branch | July 12, 2013 |
| 20 | Residential Funding Company, LLC | ILOG, Inc. | 1195 West Fremont Avenue Sunnyvale, CA 94087-3832 | Master License Agreement | July 12, 2013 |
| 21 | GMAC Mortgage, LLC | Intellisync Corporation | 2550 N. First Street Suite 500 San Jose, CA 95131 | Enterprise Software License & Support Services Agreement | July 12, 2013 |
| 22 | Residential Funding Company, LLC | Logisolve LLC | 12866 Hwy 55 Minneapolis, MN 55441 | Vendor Agreement or Statement of Work relating to closing, funding, and title | July 12, 2013 |

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 23 | Residential Funding Company, LLC | Logisolve LLC | 12866 Hwy 55 Minneapolis, MN 55441 | Amendment to Master Service Agreement relating to closing, funding, and title | July 12, 2013 |
| 24 | Residential Funding Company, LLC | Logisolve LLC | 12866 Hwy 55 Minneapolis, MN 55441 | Amendment to Master Service Agreement relating to closing, funding, and title | July 12, 2013 |
| 25 | Residential Funding Company, LLC | Logisolve LLC | 12866 Hwy 55 Minneapolis, MN 55441 | Work Order relating to closing, funding, and title | July 12, 2013 |
| 26 | Residential Funding Company, LLC | Mercury Interactive Corp | 379 N Whisman Rd Mountain View, CA 94043-3969 | Professional Services Statement of Work | July 12, 2013 |
| 27 | GMAC Mortgage, LLC | Moodlerooms | 1101 East 33 Street Baltimore, MD 21218 | Contract relating to mortgage operations | July 12, 2013 |
| 28 | GMAC Mortgage, LLC | MRC Computer Corporation | 3010 Westchester Ave Purchase, NY 10577 (914) 253-8840 | Software License Transfer Agreement | July 12, 2013 |
| 29 | GMAC Mortgage, LLC | MRN cubed, LLC | 1681 Gentle Way Prosper, TX 75078 | Statement of Work for Consumer Lending Underwriting | July 12, 2013 |
| 30 | GMAC Mortgage, LLC | MRN cubed, LLC | 1681 Gentle Way Prosper, TX 75078 | Amendment 1 to Master Service Agreement | July 12, 2013 |
| 31 | GMAC Mortgage, LLC | MRN cubed, LLC | 1681 Gentle Way Prosper, TX 75078 | Master Service Agreement regarding the performance of certain loan reviews | July 12, 2013 |
| 32 | GMAC Mortgage, LLC | MRN cubed, LLC | 1681 Gentle Way Prosper, TX 75078 | Agreement regarding third party assistance for the underwriting review process | July 12, 2013 |
| 33 | Residential Funding Company, LLC | MUZAK LLC | 3318 Lakemont Blvd Fort Mill, SC 29708 | Music Services Agreement | July 12, 2013 |
| 34 | GMAC Mortgage, LLC | Network General Corporation | 4200 Bohannon Drive Menlo Park, CA 94025  178 E. Tasman Drive San Jose, CA 95134 | Master Purchase and End User License Agreement | July 12, 2013 |
| 35 | Residential Capital, LLC | Novell Inc. | 850 Asbury Drive Buffalo Grove, IL 60089 | Contract for application development | July 12, 2013 |
| 36 | GMAC Mortgage, LLC | Novell Inc. | 850 Asbury Drive Buffalo Grove, IL 60089 | Enterprise License Agreement | July 12, 2013 |

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 37 | GMAC Mortgage, LLC | N-Tech Systems, Inc. | PO Box 1854 New Haven CT, 6508 | Amendment to Master Service Agreement | July 12, 2013 |
| 38 | GMAC Mortgage, LLC | N-Tech Systems, Inc. | PO Box 1854 New Haven CT, 6508 | Technical Support Agreement | July 12, 2013 |
| 39 | GMAC Mortgage, LLC | Office Depot, Inc. | 2200 Old Germantown Road Delray Beach FL 33445 Attn:  William Maher | Purchase Agreement | July 12, 2013 |
| 40 | Residential Funding Company, LLC | Ontos Inc. | 200 Brickstone Square Andover, MA 01810 | Master Agreement | July 12, 2013 |
| 41 | GMAC Mortgage, LLC | Penncro Associates, Inc. | 95 James Way Suite 113 Attn: Jennifer Ditness, V.P. Administration Southampton, PA 18966 (215) 322-2438 | Statement of Work for skip tracing | July 12, 2013 |
| 42 | Residential Funding Company, LLC | Professional Alternatives LLC | 15600 Wayzata Blvd., Suite 300 Attn: Faith Williamson, Dir. Staffing Services Wayzata, MN 55391 (952) 404-2602 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 43 | Residential Funding Company, LLC | Professional Alternatives LLC | 15600 Wayzata Blvd., Suite 300 Attn: Faith Williamson, Dir. Staffing Services Wayzata, MN 55391 (952) 404-2602 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 44 | GMAC-RFC | Quandis, Inc. | 23282 Mill Creel Road, Suite 200 Attn: Eric Patrick, CTO Laguna Hills, CA 92653 | First Amendment to Second Amended and Restated Warehousing Credit and Security Agreement | July 12, 2013 |
| 45 | Residential Capital , LLC | Rsa Security Inc | 1040 Avenue of the Americas New York, NY  10087 | Master Software License Agreement | July 12, 2013 |
| 46 | Residential Funding Company, LLC | Spectrum Funding Corp | 7084 South 2300 East Suite 210 Attn: Tad Starr, CFO Salt Lake City, UT 84121 Fax: 801-453-9921 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 47 | Residential Funding Company, LLC | Spectrum Funding Corp | 7084 South 2300 East Suite 210 Attn: Tad Starr, CFO Salt Lake City, UT 84121 Fax:  801-453-9921 | Vendor Agreement or Statement of Work | July 12, 2013 |

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 48 | GMAC Mortgage, LLC | Sun Insurance Services, Inc. | Jim Brandt, President 520 North Orlando Ave., Suite 45 Winter Park, FL 32789 | Third Party Marketing Agreement | July 12, 2013 |
| 49 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Professional Services | July 12, 2013 |
| 50 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Bisaver Agreement | July 12, 2013 |
| 51 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Software License Agreement | July 12, 2013 |
| 52 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Addendum #2 regarding modification of eligible loans | July 12, 2013 |
| 53 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Updated BiSaver Software Agreement | July 12, 2013 |
| 54 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Telecommunications - Circuits & Lines | July 12, 2013 |
| 55 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Addendum #4 regarding extension and payment terms | July 12, 2013 |

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 56 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #5 to Bisaver Agreement, dated 9/27/2001, regarding fee issues | July 12, 2013 |
| 57 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #5 to Bisaver Agreement, dated 2/05/2001, regarding terms of GMACM internet/ecommerce sales of BiSaver | July 12, 2013 |
| 58 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #6 regarding start up fees | July 12, 2013 |
| 59 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #7 regarding fees relating to solicitations | July 12, 2013 |
| 60 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #8 regarding borrower fee terms | July 12, 2013 |
| 61 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #10 to Bisaver Agreement, dated as of 2/10/2005, regarding payment terms relating to Equity Rewards Credit Cards | July 12, 2013 |
| 62 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #10 to Bisaver Agreement, regarding fee terms | July 12, 2013 |

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 63 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum to add Homecomings Financial, LLC as a party to the agreement between GMACM and DMC. | July 12, 2013 |
| 64 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Confidentiality Agreement | July 12, 2013 |
| 65 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Assignment and Assumption, Consent and Amendment, assigning Douglas Michaels interest/responsibilities to Lipsky and Associates, Inc. | July 12, 2013 |
| 66 | GMAC-RFC | TIP Technology Investment Partners, LLC | 40950 Woodward Ave, Suite 201 Attn: Christine L. Baker, Assistant Secretary Bloomfield Hills MI 48304-5128 | Lease Financing for copiers | July 12, 2013 |
| 67 | GMAC Mortgage, LLC | TransUnion Settlement Solutions, Inc | 1801 Rockland Road Suite 200 Wilmington, Delaware 19803 Attn: Richard F. Lynch Attn: Dale Ibis, Vice President

Copy to: 555 West Adams Chicago, IL 60661 Attn: Vice President and General Counsel | Amendment #1 to OFAC support services in accordance with US Patriot Act, dated November 21, 2002 | July 12, 2013 |
| 68 | Ditech, LLC | TransUnion Settlement Solutions, Inc. | 1801 Rockland Road Suite 200 Wilmington, Delaware 19803 Attn: Richard F. Lynch Attn: Dale Ibis, Vice President

Copy to: 555 West Adams Chicago, IL 60661 Attn: Vice President and General Counsel | Settlement and Verification Services, dated May 7, 2001 | July 12, 2013 |

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 69 | GMAC Mortgage, LLC | United Guaranty Services, Inc. | 230 North Elm Street Greensboro, NC 27401 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 70 | Residential Capital, LLC | Verizon Select Services, Inc. | 6415-6455 Business Center Drive Highlands Ranch, CO 80130 Attn:  Customer Service Attn: Suleiman Hessami, VP Pricing/Contract Management notice@verizonbusiness.com

Copy to: Verizon Business Services Legal Department 1 International Drive Rye Brook, NY 10573 Attn:  Associate General Counsel, Premier Accounts | Amendment 6 to Business Services Agreement, dated April 14, 2010 | July 12, 2013 |
| 71 | Residential Capital, LLC | Verizon Select Services, Inc. | 6415-6455 Business Center Drive Highlands Ranch, CO 80130 Attn:  Customer Service Attn: Suleiman Hessami, VP Pricing/Contract Management notice@verizonbusiness.com

Copy to: Verizon Business Services Legal Department 1 International Drive Rye Brook, NY 10573 Attn:  Associate General Counsel, Premier Accounts | Business Services Agreement, dated May 4, 2007 | July 12, 2013 |
| 72 | GMAC Mortgage, LLC | Verizon Select Services, Inc. | 6415-6455 Business Center Drive Highlands Ranch, CO 80130 Attn:  Customer Service Attn: Suleiman Hessami, VP Pricing/Contract Management notice@verizonbusiness.com

Copy to: Verizon Business Services Legal Department 1 International Drive Rye Brook, NY 10573 Attn:  Associate General Counsel, Premier Accounts | Amendment to the Business Services Agreement, dated June 28, 2007 | July 12, 2013 |

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 73 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Schedule of Custody Fees for GMAC/RFC | July 12, 2013 |
| 74 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Amended Fee Agreement, dated May 1, 2003 | July 12, 2013 |
| 75 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Amendment of the Custody Agreement, dated December 1 2003 | July 12, 2013 |
| 76 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Fee Schedule, dated March 24, 1999 | July 12, 2013 |
| 77 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Fee Schedule, dated November 1, 1999 | July 12, 2013 |
| 78 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Custody Agreement, dated June 1, 1997 | July 12, 2013 |

| | Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 79 | Residential Funding Company, LLC | Wells Fargo Financial Retail Credit, Inc. | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Reciprocal Non-Disclosure, dated January 11, 2002 | July 12, 2013 |
| 80 | GMAC Mortgage, LLC | XEROX Commercial Solutions, Inc. | ACS Commercial Solutions, Inc. 2828 N. Haskell Ave. Dallas, Texas 75204 Attn:  CSG Legal Department Attn: Kevin M. Kelley, Managing Director | Statement of Work for Change Order, dated December 1, 2011 | July 12, 2013 |
| 81 | Residential Funding Company, LLC | Xsite/LPS | 601 California Street San Francisco CA  94108 Kevin.Williams2@lpsvcs.com | Vendor Agreement or Statement of Work | July 12, 2013 |

**Exhibit 2**
**(Blackline)**

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | GMAC Mortgage, LLC | Achieve Global Inc. | 170 West Election Road Suite 201 Draper, UT 84020 | Contract for third party facilitators to provide training, dated December 9, 2004 | July 12, 2013 |
| 2 | GMAC Mortgage, LLC | Aegis PeopleSupport, Inc. | 8801 Hunters Lake Drive #517 Tampa, FL 33647 | Statement of Work for support in receiving and processing outbound voice calls, dated December 6, 2007 | July 12, 2013 |
| 3 | GMAC Mortgage, LLC | Aegis PeopleSupport, Inc. | 624 S Grande Avenue Suite 2940 Los Angeles, CA 90017 | Amendment No. 2 to Statement of Work No.3, dated February 11, 2011 | July 12, 2013 |
| 4 | GMAC Mortgage, LLC | Allonhill | 1515 Arapahoe St Tower 3 Suite 400 Denver, CO 80202 | Agreement to perform mortgage due diligence and credit risk management | July 12, 2013 |
| 5 | GMAC-RFC | American General Indemnity Co | 3600 Rte 66 Neptune, NJ 07753-2605 Attn: Curt B. Vondrasek | Expense Reimbursement Agreement | July 12, 2013 |
| 6 | GMAC-RFC | American General Indemnity Co | 3600 Rte 66 Neptune, NJ 07753-2605 Attn: Curt B. Vondrasek | Amendment to Expense Reimbursement Agreement | July 12, 2013 |
| 7 | GMAC-RFC | American General Indemnity Co | 3600 Rte 66 Neptune, NJ 07753-2605 Attn: Curt B. Vondrasek | Amendment to Expense Reimbursement Agreement | July 12, 2013 |
| 8 | Residential Funding Company, LLC | Analysts International | 3601 West 76th Street Suite 601 Edina, MN 55435 | Work Order | July 12, 2013 |
| 9 | GMAC-RFC | Analysts International | 3601 West 76th Street Suite 601 Edina, MN 55435 | Amendment to Master Service Agreement Work Order | July 12, 2013 |

---

[3] This chart identifies each debtor only by its current name. To the extent a contract was executed by Residential Capital Corporation, GMAC Mortgage Corporation, or Residential Funding Corporation, the Debtor will be identified here as Residential Capital, LLC, GMAC Mortgage, LLC, or Residential Funding Company, LLC, respectively. In addition, references in the chart to "GMAC-RFC" may refer to either of Residential Funding Company, LLC or GMAC Mortgage, LLC, as the case may be.

[4] For the avoidance of doubt, rejection of an addendum, amendment or a statement of work constitutes rejection of the entire agreement.

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 10 | GMAC Mortgage, LLC | Assurant Specialty Property | 11222 Quail Roost Dr Miami, FL  33157 (305) 259-4452 | Telecommunications Program Services Agreement | July 12, 2013 |
| 11 | Residential Funding Company, LLC | Blue Pumpkin Software | Blue Pumpkin Software, Inc. 884 Hermosa Court, Sunnyvale, CA 94085 | Software License Agreement | July 12, 2013 |
| 12 | Residential Funding Company, LLC | Blue Pumpkin Software | Blue Pumpkin Software, Inc. 884 Hermosa Court, Sunnyvale, CA 94085 | Professional Services Agreement | July 12, 2013 |
| 13 | GMAC-RFC | Borland Software Corporation | PO Box 39000 San Francisco, CA 94139 | Purchase Order for licenses | July 12, 2013 |
| 14 | Residential Funding Company, LLC | Borland Software Corporation | PO Box 39000 San Francisco, CA 94139 | Master Service Level Agreement regarding initial license and implementation | July 12, 2013 |
| 15 | Residential Funding Company, LLC | Borland Software Corporation | PO Box 39000 San Francisco, CA 94139 | Purchase Order for licenses | July 12, 2013 |
| 16 | Residential Funding Company, LLC | Business Objects Americas | 3030 Orchard Parkway San Jose, CA 95134 Attn:  Glenn Goelz | Software License and Related Services Agreement | July 12, 2013 |
| 17 | GMAC Mortgage, LLC | EYP Mission Critical Facilities, Inc. | EYP Mission Critical Facilities, Inc. 11845 West Olympic Blvd #850W Los Angeles, CA 90064 | Data Center Engineering Studies | July 12, 2013 |
| 18 | GMAC Mortgage, LLC | FIS (formerly Compliance Coach Inc.) | 4370 La Jolla Village Drive San Diego, CA  92122 vwentzel@compliancecoach.com | Individual Compliance Training | July 12, 2013 |
| 19 | GMAC Mortgage, LLC | Frontier Communications | 180 S. Clinton Avenue 6th Floor Attn: Brenda Siragusa Rochester, NY 14604 brenda.siragusa@frontier.com | DSI Voice services for retail branch | July 12, 2013 |
| ~~20~~ | ~~Residential Capital, LLC~~ | ~~HP Enterprise Services LLC~~ | ~~500 Renaissance Center Detroit, MI  48232-5640 (623) 825-3804 Robin.Rye@hp.com~~ | ~~Software   License Fees and Maintenance, dated May 1, 2011~~ | ~~July 12, 2013~~ |
| ~~20~~ 21 | Residential Funding Company, LLC | ILOG, Inc. | 1195 West Fremont Avenue Sunnyvale, CA  94087-3832 | Master License Agreement | July 12, 2013 |
| ~~21~~ 22 | GMAC Mortgage, LLC | Intellisync Corporation | 2550 N. First Street Suite 500 San Jose, CA  95131 | Enterprise Software License & Support Services Agreement | July 12, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| ~~21~~ 22 | Residential Funding Company, LLC | Logisolve LLC | 12866 Hwy 55 Minneapolis, MN 55441 | Vendor Agreement or Statement of Work relating to closing, funding, and title | July 12, 2013 |
| ~~24~~ 23 | Residential Funding Company, LLC | Logisolve LLC | 12866 Hwy 55 Minneapolis, MN 55441 | Amendment to Master Service Agreement relating to closing, funding, and title | July 12, 2013 |
| ~~25~~ 24 | Residential Funding Company, LLC | Logisolve LLC | 12866 Hwy 55 Minneapolis, MN 55441 | Amendment to Master Service Agreement relating to closing, funding, and title | July 12, 2013 |
| ~~26~~ 25 | Residential Funding Company, LLC | Logisolve LLC | 12866 Hwy 55 Minneapolis, MN 55441 | Work Order relating to closing, funding, and title | July 12, 2013 |
| ~~27~~ 26 | Residential Funding Company, LLC | Mercury Interactive Corp | 379 N Whisman Rd Mountain View, CA 94043-3969 | Professional Services Statement of Work | July 12, 2013 |
| ~~28~~ 27 | GMAC Mortgage, LLC | Moodlerooms | 1101 East 33 Street Baltimore, MD 21218 | Contract relating to mortgage operations | July 12, 2013 |
| ~~29~~ 28 | GMAC Mortgage, LLC | MRC Computer Corporation | 3010 Westchester Ave Purchase, NY 10577 (914) 253-8840 | Software License Transfer Agreement | July 12, 2013 |
| ~~30~~ 29 | GMAC Mortgage, LLC | MRN cubed, LLC | 1681 Gentle Way Prosper, TX 75078 | Statement of Work for Consumer Lending Underwriting | July 12, 2013 |
| ~~31~~ 30 | GMAC Mortgage, LLC | MRN cubed, LLC | 1681 Gentle Way Prosper, TX 75078 | Amendment 1 to Master Service Agreement | July 12, 2013 |
| ~~31~~ 31 | GMAC Mortgage, LLC | MRN cubed, LLC | 1681 Gentle Way Prosper, TX 75078 | Master Service Agreement regarding the performance of certain loan reviews | July 12, 2013 |
| ~~33~~ 32 | GMAC Mortgage, LLC | MRN cubed, LLC | 1681 Gentle Way Prosper, TX 75078 | Agreement regarding third party assistance for the underwriting review process | July 12, 2013 |
| ~~33~~ 34 | Residential Funding Company, LLC | MUZAK LLC | 3318 Lakemont Blvd Fort Mill, SC 29708 | Music Services Agreement | July 12, 2013 |
| ~~35~~ 34 | GMAC Mortgage, LLC | Network General Corporation | 4200 Bohannon Drive Menlo Park, CA 94025  178 E. Tasman Drive San Jose, CA 95134 | Master Purchase and End User License Agreement | July 12, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 35 36 | Residential Capital, LLC | Novell Inc. | 850 Asbury Drive Buffalo Grove, IL 60089 | Contract for application development | July 12, 2013 |
| 37 36 | GMAC Mortgage, LLC | Novell Inc. | 850 Asbury Drive Buffalo Grove, IL 60089 | Enterprise License Agreement | July 12, 2013 |
| 38 37 | GMAC Mortgage, LLC | N-Tech Systems, Inc. | PO Box 1854 New Haven CT, 6508 | Amendment to Master Service Agreement | July 12, 2013 |
| 38 39 | GMAC Mortgage, LLC | N-Tech Systems, Inc. | PO Box 1854 New Haven CT, 6508 | Technical Support Agreement | July 12, 2013 |
| 40 39 | GMAC Mortgage, LLC | Office Depot, Inc. | 2200 Old Germantown Road Delray Beach FL 33445 Attn: William Maher | Purchase Agreement | July 12, 2013 |
| 40 41 | Residential Funding Company, LLC | Ontos Inc. | 200 Brickstone Square Andover, MA 01810 | Master Agreement | July 12, 2013 |
| 42 41 | GMAC Mortgage, LLC | Penncro Associates, Inc. | 95 James Way Suite 113 Attn: Jennifer Ditness, V.P. Administration Southampton, PA 18966 (215) 322-2438 | Statement of Work for skip tracing | July 12, 2013 |
| 42 43 | Residential Funding Company, LLC | Professional Alternatives LLC | 15600 Wayzata Blvd., Suite 300 Attn: Faith Williamson, Dir. Staffing Services Wayzata, MN 55391 (952) 404-2602 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 44 43 | Residential Funding Company, LLC | Professional Alternatives LLC | 15600 Wayzata Blvd., Suite 300 Attn: Faith Williamson, Dir. Staffing Services Wayzata, MN 55391 (952) 404-2602 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 44 45 | GMAC-RFC | Quandis, Inc. | 23282 Mill Creel Road, Suite 200 Attn: Eric Patrick, CTO Laguna Hills, CA 92653 | First Amendment to Second Amended and Restated Warehousing Credit and Security Agreement | July 12, 2013 |
| 46 45 | Residential Capital , LLC | Rsa Security Inc | 1040 Avenue of the Americas New York, NY  10087 | Master Software License Agreement | July 12, 2013 |

ny-1103993

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 46 47 | Residential Funding Company, LLC | Spectrum Funding Corp | 7084 South 2300 East Suite 210 Attn: Tad Starr, CFO Salt Lake City, UT 84121 Fax: 801-453-9921 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 48 47 | Residential Funding Company, LLC | Spectrum Funding Corp | 7084 South 2300 East Suite 210 Attn: Tad Starr, CFO Salt Lake City, UT 84121 Fax: 801-453-9921 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 48 49 | GMAC Mortgage, LLC | Sun Insurance Services, Inc. | Jim Brandt, President 520 North Orlando Ave., Suite 45 Winter Park, FL 32789 | Third Party Marketing Agreement | July 12, 2013 |
| 50 49 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Professional Services | July 12, 2013 |
| 50 51 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Bisaver Agreement | July 12, 2013 |
| 52 51 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Software License Agreement | July 12, 2013 |
| 52 53 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #2 regarding modification of eligible loans | July 12, 2013 |
| 54 53 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Updated BiSaver Software Agreement | July 12, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 54 55 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Telecommunications - Circuits & Lines | July 12, 2013 |
| 56 55 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Addendum #4 regarding extension and payment terms | July 12, 2013 |
| 56 57 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Addendum #5 to Bisaver Agreement, dated 9/27/2001, regarding fee issues | July 12, 2013 |
| 58 57 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Addendum #5 to Bisaver Agreement, dated 2/05/2001, regarding terms of GMACM internet/ecommerce sales of BiSaver | July 12, 2013 |
| 58 59 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Addendum #6 regarding start up fees | July 12, 2013 |
| 60 59 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Addendum #7 regarding fees relating to solicitations | July 12, 2013 |
| 60 61 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax:  703-922-0845 | Addendum #8 regarding borrower fee terms | July 12, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| ~~62~~ 61 | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #10 to Bisaver Agreement, dated as of 2/10/2005, regarding payment terms relating to Equity Rewards Credit Cards | July 12, 2013 |
| ~~62~~ ~~63~~ | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum #10 to Bisaver Agreement, regarding fee terms | July 12, 2013 |
| ~~64~~ ~~63~~ | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Addendum to add Homecomings Financial, LLC as a party to the agreement between GMACM and DMC. | July 12, 2013 |
| ~~64~~ ~~65~~ | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Confidentiality Agreement | July 12, 2013 |
| ~~66~~ ~~65~~ | GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | 6564 Loisdale Court, Suite 500 Attn: Diane L. Rothman, Executive V.P. Springfield, VA 22150 Fax: 703-922-0845 | Assignment and Assumption, Consent and Amendment, assigning Douglas Michaels interest/responsibilities to Lipsky and Associates, Inc. | July 12, 2013 |
| ~~66~~ ~~67~~ | GMAC-RFC | TIP Technology Investment Partners, LLC | 40950 Woodward Ave, Suite 201 Attn: Christine L. Baker, Assistant Secretary Bloomfield Hills MI 48304-5128 | Lease Financing for copiers | July 12, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| 66 67 | GMAC Mortgage, LLC | TransUnion Settlement Solutions, Inc | 1801 Rockland Road Suite 200 Wilmington, Delaware 19803 Attn: Richard F. Lynch Attn: Dale Ibis, Vice President<br><br>Copy to: 555 West Adams Chicago, IL 60661 Attn: Vice President and General Counsel | Amendment #1 to OFAC support services in accordance with US Patriot Act, dated November 21, 2002 | July 12, 2013 |
| 68 69 | Ditech, LLC | TransUnion Settlement Solutions, Inc. | 1801 Rockland Road Suite 200 Wilmington, Delaware 19803 Attn: Richard F. Lynch Attn: Dale Ibis, Vice President<br><br>Copy to: 555 West Adams Chicago, IL 60661 Attn: Vice President and General Counsel | Settlement and Verification Services, dated May 7, 2001 | July 12, 2013 |
| 70 69 | GMAC Mortgage, LLC | United Guaranty Services, Inc. | 230 North Elm Street Greensboro, NC 27401 | Vendor Agreement or Statement of Work | July 12, 2013 |
| 70 71 | Residential Capital, LLC | Verizon Select Services, Inc. | 6415-6455 Business Center Drive Highlands Ranch, CO 80130 Attn:  Customer Service Attn: Suleiman Hessami, VP Pricing/Contract Management notice@verizonbusiness.com<br><br>Copy to: Verizon Business Services Legal Department 1 International Drive Rye Brook, NY 10573 Attn:  Associate General Counsel, Premier Accounts | Amendment 6 to Business Services Agreement, dated April 14, 2010 | July 12, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| ~~72~~ 71 | Residential Capital, LLC | Verizon Select Services, Inc. | 6415-6455 Business Center Drive Highlands Ranch, CO 80130 Attn: Customer Service Attn: Suleiman Hessami, VP Pricing/Contract Management notice@verizonbusiness.com Copy to: Verizon Business Services Legal Department 1 International Drive Rye Brook, NY 10573 Attn: Associate General Counsel, Premier Accounts | Business Services Agreement, dated May 4, 2007 | July 12, 2013 |
| ~~73~~ 72 | GMAC Mortgage, LLC | Verizon Select Services, Inc. | 6415-6455 Business Center Drive Highlands Ranch, CO 80130 Attn: Customer Service Attn: Suleiman Hessami, VP Pricing/Contract Management notice@verizonbusiness.com Copy to: Verizon Business Services Legal Department 1 International Drive Rye Brook, NY 10573 Attn: Associate General Counsel, Premier Accounts | Amendment to the Business Services Agreement, dated June 28, 2007 | July 12, 2013 |
| ~~74~~ 73 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Schedule of Custody Fees for GMAC/RFC | July 12, 2013 |
| ~~75~~ 74 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Amended Fee Agreement, dated May 1, 2003 | July 12, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Effective Date of Rejection |
|---|---|---|---|---|---|
| ~~76~~ 75 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Amendment of the Custody Agreement, dated December 1 2003 | July 12, 2013 |
| ~~76~~ 77 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Fee Schedule, dated March 24, 1999 | July 12, 2013 |
| ~~78~~ 77 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Fee Schedule, dated November 1, 1999 | July 12, 2013 |
| ~~78~~ 79 | Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Custody Agreement, dated June 1, 1997 | July 12, 2013 |
| ~~80~~ 79 | Residential Funding Company, LLC | Wells Fargo Financial Retail Credit, Inc. | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Reciprocal Non-Disclosure, dated January 11, 2002 | July 12, 2013 |
| ~~80~~ 81 | GMAC Mortgage, LLC | XEROX Commercial Solutions, Inc. | ACS Commercial Solutions, Inc. 2828 N. Haskell Ave. Dallas, Texas 75204 Attn:  CSG Legal Department Attn: Kevin M. Kelley, Managing Director | Statement of Work for Change Order, dated December 1, 2011 | July 12, 2013 |
| ~~82~~ 81 | Residential Funding Company, LLC | Xsite/LPS | 601 California Street San Francisco CA  94108 Kevin.Williams2@lpsvcs.com | Vendor Agreement or Statement of Work | July 12, 2013 |