Hearing Date:  September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------- )
                                                                            )
 In re:                                                                     )   Case No. 12-12020 (MG)
                                                                            )
 RESIDENTIAL CAPITAL, LLC, et al.,                                          )   Chapter 11
                                                                            )
                              Debtors.                                      )   Jointly Administered
--------------------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF
LEAD PLAINTIFFS AND THE PUTATIVE CLASS TO APPLY
BANKRUPTCY RULE 7023 AND TO CERTIFY CLASS CLAIMS TO
<u>SEPTEMBER 24, 2013 AT 10:00 A.M.</u>**

**PLEASE TAKE NOTICE** that the *Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims* [Docket No. 2044], previously scheduled to be heard on August 28, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned, on the consent of the parties, to **September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1105961

Dated: August 22, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*