| | |
|---|---|
| MORRISON & FOERSTER LLP<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>Jennifer L. Marines<br>Samantha Martin<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000 | KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>Stephen D. Zide<br>Rachael L. Ringer<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100 |
| Alexandra Steinberg Barrage<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006-1888<br>Telephone: (202) 887-1500 | *Counsel for the Official Committee of Unsecured Creditors* |
| *Counsel for the Debtors and Debtors in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF FILING OF THE SOLICITATION VERSION OF THE DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") and the official committee of unsecured creditors (the "**Creditors' Committee**" and together with the Debtors, the "**Plan Proponents**") filed the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket 4153] (the "**Plan**") and on July 4, 2013 the Plan Proponents filed the *Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential*

- 1 -

ny-1106009

*Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4157] (the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that on August 16, 2013, the Plan Proponents filed the *Notice of Revised Disclosure Statement for the Plan Proponents' Revised Joint Chapter 11 Plan* [Docket No. 4733], which included the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that on August 20, 2013, the Plan Proponents filed the *Notice of Revised Disclosure Statement for the Plan Proponents' Revised Joint Chapter 11 Plan* [Docket No. 4771] (the "**Revised Disclosure Statement**"), which included the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* as Exhibit 1 (the "**Revised Plan**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is the solicitation version of the *Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* (the "**Solicitation Version of Disclosure Statement**"), which includes the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* as Exhibit 1 (the "**Solicitation Version of Plan**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit B is a blackline of the Solicitation Version of Disclosure Statement against the Revised Disclosure Statement, reflecting changes made since the Revised Disclosure Statement was filed on August 20, 2013. The blackline includes only changed pages.

- 2 -

ny-1106009

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit C</u> is a blackline of the Solicitation Version of Plan against the Revised Plan, reflecting changes made since the Revised Plan was filed on August 20, 2013.  The blackline includes only changed pages.

Dated:  August 23, 2013

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Samantha Martin
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

-and-

Kenneth H. Eckstein
Doughlas H. Mannal
Stephen D. Zide
Rachael L. Ringer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3280
Facsimile:  (212) 715-8000

*Counsel for the Official Committee of Unsecured Creditors*

- 3 -

ny-1106009