Hearing Date: September 24, 2013 at 10:00 a.m.
Objection Deadline: September 3, 2013 at 4:00 p.m.

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                         :    Chapter 11
                                               :
RESIDENTIAL CAPITAL, LLC, et al.,[1]           :    Case No. 12-12020 (MG)
                                               :
                    Debtors.                   :    Jointly Administered
------------------------------------------------------------ x

**NOTICE OF HEARING TO CONSIDER EXAMINER'S MOTION FOR
ENTRY OF ORDER GRANTING DISCHARGE FROM DUTIES, IMMUNITY
FROM DISCOVERY, APPROVAL OF DISPOSITION OF INVESTIGATIVE
MATERIALS, AND EXCULPATION IN CONNECTION WITH DUTIES**

PLEASE TAKE NOTICE that a hearing on the attached Motion for Entry of

Order Granting Discharge from Duties, Immunity from Discovery, Approval of Disposition of

Investigative Materials, and Exculpation in Connection with Duties (the "Motion") will be held

on **September 24, 2013 at 10:00 a.m. (ET)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be held before the Honorable

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on May 23, 2012 [Doc. No. 141] (the "Case Management Order"), and served on the undersigned counsel and on the Special Service List, as the term is defined in the Case Management Order, so as to be received no later than **September 3, 2013 at 4:00 p.m. (ET)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is received by the Objection Deadline, the relief requested in the Motion shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York
       August 23, 2013

                              **CHADBOURNE & PARKE LLP**

                   By: */s/ Howard Seife*
                        Howard Seife
                        David M. LeMay
                        30 Rockefeller Plaza
                        New York, New York 10112
                        Telephone:  (212) 408-5100
                        Facsimile:  (212) 541-5369

                        *Counsel to the Examiner*