# **EXHIBIT 8**

Entered on Docket
November 02, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: November 02, 2010**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 09-30452DM |
| FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL, | ) |
| | ) Chapter 7 |
| | ) |
| Debtors. | ) |
| _____ | ) |

ORDER AUTHORIZING ABANDONMENT OF PROPERTY

Debtors filed a motion to compel the trustee to abandon certain properties listed below on October 12, 2010. The court set the motion for hearing on November 12, 2010, at 10:00 A.M.

On October 29, 2010, the trustee filed her response, indicating that based upon her business judgment and her assessment that administration of the subject assets would not benefit the estate, she did not oppose Debtors' motion.

No purpose would be served by having a hearing on an unopposed motion and the court agrees with the trustee as to the lack of benefit to the estate in retaining the subject assets. Accordingly, the scheduled hearing on November 12, 2010, is dropped from calendar, and the following assets are ABANDONED to Debtors:

Real Property:

833 Clearfield Dr., Millbrae, California 94030
1061 Sycamore Dr., Millbrae, California 94030

```
 1          418 Persia Ave., San Francisco, California 94112
            3 Fairmont Dr., Daly City, California 94015
 2          75 Tobin Clark Dr., Hillsborough, California 94010
            1881 Earl Ave., San Bruno, California 94066
 3          801 Foothill Dr., San Mateo, California 94402

 4          Pending Lawsuits:

 5          Aniel v. Aurora Loan Services, LLC, et al.,
            Case Number 10-1042JSW
 6
            Aniel v. Litton Loan Services, et al.,
 7          Case Number 10-0951SBA

 8          Aniel v. EMC Mortgage Corporation, et al.,
            Case Number: CIV 499323
 9
                            **END OF ORDER**
10
```

|     |                        |
| --- | ---------------------- |
| 1   | COURT SERVICE LIST     |
| 2   | Fermin Solis Aniel     |
|     | Erlinda Abibas Aniel   |
| 3   | 75 Tobin Clark Dr.     |
|     | Hillsborough, CA 94010 |

-3-