# **EXHIBIT 9**

Entered on Docket
June 21, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: June 20, 2012**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 09-30452DM |
| FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL, | ) |
| | ) |
| Debtors. | ) Chapter 7 |
| _____ ) | |

ORDER DENYING DEBTORS' REQUESTED CERTIFICATIONS
REGARDING EFFECT OF DISCHARGE ON SECURED DEBTS

On June 18, 2012, Debtors submitted several "Certification[s] of Debtors' Discharge" for the court's signature. These Certifications purport to treat the debts secured by deeds of trust on Debtors' residence and other properties discharged and to determine those deeds of trust as void. To the extent the submitted certifications constitute motions for such relief, they are denied.

Although their personal liability for any deficiency remaining after any foreclosure sale of the properties has been discharged (assuming it even existed in the first place under California law), the deed of trust liens are unaffected by the discharge. Such secured debts "pass through" the bankruptcy. While Debtors did receive a discharge on December 2, 2010, that discharge does not eliminate debts secured by property. Dewsnup

-1-

v. Timm, 502 U.S. 410, 418-19 (1992); Johnson v. Home State Bank, 501 U.S. 78, 84 (1991) (liens on a debtor's property are unaffected by a chapter 7 discharge).

Johnson is the seminal case establishing the status of a creditor's lien on a debtor's property after a chapter 7 discharge. The Supreme Court held that a discharge in a chapter 7 extinguishes the debtor's *in personam* liability for the debt, but "a creditor's right to foreclose on the mortgage survives or passes through the bankruptcy." Johnson, 501 U.S. at 83 (citations omitted). According to the Supreme Court, even after a debtor's personal obligations have been extinguished, the mortgage holder still retains a "right to payment" in the form of its right to the proceeds from the sale of the debtor's property. The surviving mortgage interest corresponds to an "enforceable obligation" of a discharged debtor.

For the foregoing reasons, Debtors' request that the court enter certifications that their secured debts have been discharged and that the deeds of trust on their residence and other properties are void is DENIED.

*** END OF ORDER ***

1
2                            COURT SERVICE LIST

3  Fermin Solis Aniel
   75 Tobin Clark Drive
4  Hillsborough, CA 94010

5  Erlinda Abibas Aniel
   75 Tobin Clark Drive
6  Hillsborough, Ca 94010

7  BAC Home Loans Servicing, LP fka Countrywide Home
   7105 Corporate Drive
8  PTX-B-35
   Plano, TX 75024

9
   Litton Loan Servicing, L.P.
10 Bankruptcy Department
   4828 Loop Central Drive
11 Houston, TX 77081-2226

12 National City Bank
   P.O. Box 94982
13 Cleveland, OH 44101

14 Aurora Loan Services, LLC
   c/o McCarthy Holthus, LLP
15 1770 Fourth Avenue
   San Diego, CA 92101
16
   OneWest Bank, FSB
17 7700 W. Palmer, Bldg. D
   Austin, Texas 78729
18
   American Home Mortgage Servicing Inc.
19 4875 Belfort Road Suite 130
   Jacksonville, Florida 32256
20
   GMAC Mortgage, LLC
21 4375 Jutland Drive, Suite 200
   P.O. Box 17933
22 San Diego, CA 92177-0933

23 HSBC Bank USA, National Association
   c/o Pite Duncan, LLP
24 4375 Jutland Drive, Suite 200
   P.O. Box 17933
25 San Diego, CA 92177-0933

26

27

28