# **EXHIBIT 12**



- Query
- Reports
- Utilities
- Logout

**4:12-cv-04201-SBA** Aniel et al v. GMAC Mortgage, LLC et al
Saundra Brown Armstrong, presiding
Date filed: 08/09/2012
Date of last filing: 07/10/2013

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* *Entered:* | 08/09/2012 08/13/2012 | Complaint |
| | *Docket Text:* COMPLAINT with jury demand against Executive Trustee Services, LLC, GMAC Mortgage, LLC ( Filing fee $ 350, receipt number 3411077376.). Filed byErlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # (1) Civil Cover Sheet)(vlk, COURT STAFF) (Filed on 8/9/2012) | | |
| 2 | *Filed:* *Entered:* | 08/09/2012 08/13/2012 | ADR Scheduling Order |
| | *Docket Text:* ADR SCHEDULING ORDER: Case Management Statement due by 10/31/2012. Case Management Conference set for 11/7/2012 01:30 PM. (Attachments: # (1) Standing Order) (vlk, COURT STAFF) (Filed on 8/9/2012) | | |
| 3 | *Filed & Entered:* | 08/13/2012 | Notice of Lis Pendens |
| | *Docket Text:* NOTICE of Lis Pendens by Marc Jason Aniel (Aniel, Marc) (Filed on 8/13/2012) | | |
| 4 | *Filed:* *Entered:* | 08/13/2012 08/14/2012 | Summons Issued |
| | *Docket Text:* Summons Issued as to Executive Trustee Services, LLC. (vlk, COURT STAFF) (Filed on 8/13/2012) | | |
| 5 | *Filed:* *Entered:* | 08/13/2012 08/14/2012 | Summons Issued |
| | *Docket Text:* Summons Issued as to GMAC Mortgage, LLC. (vlk, COURT STAFF) (Filed on 8/13/2012) | | |
| 6 | *Filed & Entered:* | 08/14/2012 | Order |
| | *Docket Text:* ORDER Referring Case to the ADR Unit for Assessment Telephone Conference . Signed by Magistrate Judge Donna M. Ryu on 8/14/2012. (dmrlc2, COURT STAFF) (Filed on 8/14/2012) Modified on 8/15/2012 (vlk, COURT STAFF). | | |
| | *Filed & Entered:* *Terminated:* | 08/15/2012 09/26/2012 | Ex Parte Application |
| | *Docket Text:* Emergency Ex Parte MOTION for Temporary Restraining Order and Order to | | |

| | | | |
|---|---|---|---|
| 7 | Show Cause re [1] *Complaint,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # (1) Declaration Marc Jason Aniel, # (2) Declaration Erlinda Abibas Aniel, # (3) Exhibit "A-G", # (4) Proposed Order, # (5) Proof of Service)(Aniel, Marc) (Filed on 8/15/2012) Modified on 8/16/2012 (jlm, COURT STAFF). | | |
| 8 | *Filed & Entered:* | 08/15/2012 | Order Reassigning Case |
| 8 | *Docket Text:* ORDER REASSIGNING CASE. Signed by Magistrate Judge Donna M. Ryu on 8/15/2012. (dmrlc2, COURT STAFF) (Filed on 8/15/2012) | | |
| 9 | *Filed & Entered:* | 08/15/2012 | Order Reassigning Case |
| 9 | *Docket Text:* ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Saundra Brown Armstrong for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by the Executive Committee on August 15, 2012. (cjl, COURT STAFF) (Filed on 8/15/2012) | | |
| 10 | *Filed & Entered:* | 08/15/2012 | Certificate of Service |
| 10 | *Docket Text:* CERTIFICATE OF SERVICE by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel re [4] Summons Issued, [5] Summons Issued (Attachments: # (1) Certificate/Proof of Service POS of Summons on Defendants)(Aniel, Marc) (Filed on 8/15/2012) | | |
| 11 | *Filed & Entered:* | 08/22/2012 | Notice (Other) |
| 11 | *Docket Text:* NOTICE of Trustee's Sale Date Changed re [7] *Emergency Ex Parte Motion for Temporary Restraining Order and Order to Show Cause,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel (Aniel, Marc) (Filed on 8/22/2012) Modified on 8/23/2012 (jlm, COURT STAFF). | | |
| 12 | *Filed & Entered:* | 08/23/2012 | Order |
| 12 | *Docket Text:* ORDER: That a hearing is scheduled re [7] Emergency Ex Parte Motion for Temporary Restraining Order and Order to Show Cause. Responses due by 9/11/2012. Replies due by 9/18/2012. Motion Hearing set for 9/25/2012 01:00 PM before Hon. Saundra Brown Armstrong. Signed by Judge Saundra Brown Armstrong, on 8/23/12. (lrc, COURT STAFF) (Filed on 8/23/2012) Modified on 8/24/2012 (jlm, COURT STAFF). | | |
| 13 | *Filed & Entered:* | 08/23/2012 | Certificate of Service |
| 13 | *Docket Text:* NOTICE of Proof of Service re [12] *Order,* filed by McKesson Corporation, Judy Beatty, Charles Chillemi, Melvina Demps, Sunny Fronda, Windle Knight, Jerdie Martin, Connie Schulz, Harold Zealley (Attachments: # (1) Certificate/Proof of Service)(Aniel, Marc) (Filed on 8/23/2012) Modified on 8/24/2012 (jlm, COURT STAFF). | | |
| 14 | *Filed & Entered:* | 08/28/2012 | Stipulation |
| 14 | *Docket Text:* STIPULATION to Extend Time to Respond to Complaint re [1] *Complaint,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC, Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Abbott, Thomas) (Filed on 8/28/2012) Modified on 8/29/2012 (jlm, COURT STAFF). | | |
| 15 | *Filed & Entered:* | 08/28/2012 | Notice (Other) |
| 15 | *Docket Text:* NOTICE of Bankruptcy and Suggestion of Automatic Stay, filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC (Attachments: # (1) Exhibit A to Notice of Bankruptcy and Suggestion of Automatic Stay)(Abbott, Thomas) (Filed on 8/28/2012) Modified on 8/29/2012 (jlm, COURT STAFF). | | |
| 16 | *Filed & Entered:* | 09/04/2012 | ADR Clerks Notice Setting ADR Phone Conference |
| 16 | *Docket Text:* ADR Clerk Notice Setting ADR Phone Conference on 9/7/12 at 11:30 a.m. Pacific. | | |

|  | | | |
|---|---|---|---|
|  | Please note that you must be logged into an ECF account of counsel of record in order to view this document. (sgd, COURT STAFF) (Filed on 9/4/2012) | | |
|  | *Filed & Entered:* | 09/06/2012 | ADR Remark |
|  | *Docket Text:* ADR Remark: The ADR Phone Conference scheduled for 9/7/12 has been rescheduled to 9/13/12 at 11:30 a.m. Pacific. Please note that the call-in information remains the same. (sgd, COURT STAFF) (Filed on 9/6/2012) | | |
|  | *Filed & Entered:* | 09/11/2012 | Opposition/Response to Motion |
| 17 | *Docket Text:* Memorandun in Opposition re [7] *Emergency Ex Parte Motion for Temporary Restraining Order and Order to Show Cause,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on 9/11/2012) Modified on 9/12/2012 (jlm, COURT STAFF). | | |
|  | *Filed & Entered:* | 09/11/2012 | Declaration in Opposition |
| 18 | *Docket Text:* DECLARATION of Russell Calhoun in Support re [17] *Memorandum in Opposition,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Attachments: # (1) Exhibit A to Declaration of Calhoun, # (2) Exhibit B to Declaration of Calhoun, # (3) Exhibit C to Declaration of Calhoun, # (4) Exhibit D to Declaration of Calhoun, # (5) Exhibit E to Declaration of Calhoun, # (6) Exhibit F to Declaration of Calhoun, # (7) Exhibit G to Declaration of Calhoun, # (8) Exhibit H to Declaration of Calhoun, # (9) Exhibit I to Declaration of Calhoun, # (10) Exhibit J to Declaration of Calhoun)(Related document(s)[17]) (Abbott, Thomas) (Filed on 9/11/2012) Modified on 9/12/2012 (jlm, COURT STAFF). | | |
|  | *Filed & Entered:* | 09/13/2012 | ADR Phone Conference held |
|  | *Docket Text:* ADR Remark: ADR Phone Conference held by RWS on 9/13/12. (sgd, COURT STAFF) (Filed on 9/13/2012) | | |
|  | *Filed & Entered:* | 09/13/2012 | ADR Remark |
|  | *Docket Text:* ADR Remark: A further ADR Phone Conference has been scheduled for 9/26/12 at 3:00 p.m. Pacific. The call-in information remains the same. (sgd, COURT STAFF) (Filed on 9/13/2012) | | |
|  | *Filed & Entered:* | 09/18/2012 | Reply to Opposition/Response |
| 19 | *Docket Text:* Reply to Opposition re [7] *Emergency Ex Parte Motion for Temporary Restraining Order and Order to Show Cause,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # (1) Exhibit)(Aniel, Marc) (Filed on 9/18/2012) Modified on 9/19/2012 (jlm, COURT STAFF). Modified on 9/26/2012 (jlm, COURT STAFF). | | |
|  | *Filed & Entered:* | 09/26/2012 | ADR Phone Conference held |
|  | *Docket Text:* ADR Remark: ADR Phone Conference held by RWS on 9/26/12. A further ADR Phone Conference has been scheduled for 10/3/12 at 9:30 a.m. Pacific. The call-in information remains the same. (sgd, COURT STAFF) (Filed on 9/26/2012) | | |
|  | *Filed & Entered:* | 09/26/2012 | Order on Ex Parte Application |
| 20 | *Docket Text:* ORDER by Judge Saundra Brown Armstrong DENYING [7] Ex Parte Motion for Temporary Restraining Order. Signed by Judge Saundra Brown Armstrong, on 09/26/12 (lrc, COURT STAFF) (Filed on 9/26/2012) Modified on 9/27/2012 (jlm, COURT STAFF). | | |
|  | *Filed & Entered:* | 10/03/2012 | ADR Phone Conference held |
|  | *Docket Text:* ADR Remark: ADR Phone Conference held by RWS on 10/3/12. (sgd, COURT STAFF) (Filed on 10/3/2012) | | |
|  | *Filed & Entered:* | 10/04/2012 | Motion for Reconsideration |

| | | | |
|---|---|---|---|
| 21 | *Terminated:* | 10/30/2012 | |
| | *Docket Text:* MOTION for Reconsideration [20] *Order on Ex Parte Motion for Preliminary Injunction,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # (1) Exhibit A-D)(Aniel, Marc) (Filed on 10/4/2012) Modified on 10/5/2012 (jlm, COURT STAFF). | | |
| 22 | *Filed & Entered:* | 10/15/2012 | Answer to Complaint |
| | *Docket Text:* ANSWER to Complaint byExecutive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on 10/15/2012) | | |
| 23 | *Filed & Entered:* | 10/18/2012 | Order |
| | *Docket Text:* ORDER re [21] MOTION for Reconsideration re [19] Reply to Opposition/Response, [20] Order on Ex Parte Application, [17] Opposition/Response to Motion, [18] Declaration in Opposition,, *Leave for Reconsideration* filed by Marc Jason Aniel, Erlinda Abibas Aniel, Fermin Solis Aniel, Set/Reset Deadlines as to [21] MOTION for Reconsideration re [19] Reply to Opposition/Response, [20] Order on Ex Parte Application, [17] Opposition/Response to Motion, [18] Declaration in Opposition,, *Leave for Reconsideration*. Responses due by 10/25/2012.. Signed by Judge ARMSTRONG on 10/18/12. (lrc, COURT STAFF) (Filed on 10/18/2012) | | |
| 24 | *Filed & Entered:* | 10/25/2012 | Opposition/Response to Motion |
| | *Docket Text:* RESPONSE (re [21] MOTION for Reconsideration filed byExecutive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on 10/25/2012) Modified on 10/26/2012 (cpS, COURT STAFF). | | |
| 25 | *Filed & Entered:* | 10/30/2012 | Order on Motion for Reconsideration |
| | *Docket Text:* AMENDED ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER on Ex Parte Application (lrc, COURT STAFF) (Filed on 10/30/2012) Modified on 10/30/2012 (lrc, COURT STAFF). | | |
| 26 | *Filed & Entered:* | 11/02/2012 | Order |
| | *Docket Text:* ORDER DENYING [21] MOTION for Reconsideration re [19] Reply to Opposition/Response, [20] Order on Ex Parte Application, [17] Opposition/Response to Motion, [18] Declaration in Opposition,, *Leave for Reconsideration* filed by Marc Jason Aniel, Erlinda Abibas Aniel, Fermin Solis Aniel. Signed by Judge ARMSTRONG on 11/2/12. (lrc, COURT STAFF) (Filed on 11/2/2012) | | |
| 27 | *Filed & Entered:* | 03/04/2013 | Suggestion of Bankruptcy |
| | *Docket Text:* SUGGESTION OF BANKRUPTCY Upon the Record as to Marc Jason Aniel by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # (1) Exhibit Notice of Bankruptcy)(Aniel, Marc) (Filed on 3/4/2013) | | |
| 28 | *Filed & Entered:*<br>*Terminated:* | 03/04/2013<br>06/07/2013 | Motion for Preliminary Injunction |
| | *Docket Text:* MOTION for Preliminary Injunction filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. Motion Hearing set for 4/30/2013 01:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Saundra Brown Armstrong. Responses due by 3/18/2013. Replies due by 3/25/2013. (Attachments: # (1) Exhibit A-D, # (2) Exhibit E-J, # (3) Proposed Order, # (4) Certificate/Proof of Service)(Aniel, Marc) (Filed on 3/4/2013) | | |
| 29 | *Filed & Entered:* | 03/11/2013 | Opposition/Response to Motion |
| | *Docket Text:* Memorandum in Opposition re [28] *Motion for Preliminary Injunction,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on | | |

| | | | |
|---|---|---|---|
| | | | 3/11/2013) Modified on 3/12/2013 (jlm, COURT STAFF). |
| 30 | *Filed & Entered:* | 03/25/2013 | Reply to Opposition/Response |
| | *Docket Text:* Reply to Opposition re [28] *Motion for Preliminary Injunction,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # (1) Exhibit)(Aniel, Marc) (Filed on 3/25/2013) Modified on 3/26/2013 (jlm, COURT STAFF). | | |
| 31 | *Filed & Entered:* | 06/07/2013 | Order on Motion for Preliminary Injunction |
| | *Docket Text:* **ATTACHMENT INCOMPLETE. SEE DKT. NO. 32 ORDER by Judge ARMSTRONG denying [28] Motion for Preliminary Injunction (lrc, COURT STAFF) (Filed on 6/7/2013) Modified on 6/7/2013 (fs, COURT STAFF).** | | |
| 32 | *Filed & Entered:* | 06/07/2013 | Order |
| | *Docket Text:* **ORDER denying [28] Motion for Preliminary Injunction. Signed by Judge Saundra Brown Armstrong on 6/7/13. (fs, COURT STAFF) (Filed on 6/7/2013)** | | |
| 33 | *Filed & Entered:* | 06/18/2013 | Case Management Scheduling Order |
| | *Docket Text:* **CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 7/18/2013 02:45 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 6/18/13. (lrc, COURT STAFF) (Filed on 6/18/2013)** | | |
| 34 | *Filed & Entered:* | 07/08/2013 | Suggestion of Bankruptcy |
| | *Docket Text:* NOTICE OF BANKRUPTYCY/SUGGESTION OF BANKRUPTCY Upon the Record as to Marc Jason Aniel, filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # (1) Exhibit)(Aniel, Marc) (Filed on 7/8/2013) Modified on 7/9/2013 (jlm, COURT STAFF). | | |
| 35 | *Filed & Entered:* | 07/09/2013 | Stipulation |
| | *Docket Text:* STIPULATION WITH PROPOSED ORDER to Continue re [33] *Case Management Scheduling Order,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel, Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Attachments: # (1) Proposed Order)(Aniel, Marc) (Filed on 7/9/2013) Modified on 7/10/2013 (jlm, COURT STAFF). | | |
| 36 | *Filed & Entered:* | 07/10/2013 | Case Management Scheduling Order |
| | *Docket Text:* **CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 9/19/2013 02:45 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 7/9/13. (lrc, COURT STAFF) (Filed on 7/10/2013)** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/26/2013 09:54:38 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 21981-0000083-14078 |
| **Description:** | History/Documents | **Search Criteria:** | 4:12-cv-04201-SBA |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |