# **EXHIBIT 13**

**12-33117** Marc Jason Aniel
Case type: bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Dennis Montali
**Date filed:** 11/01/2012 **Date of last filing:** 08/03/2013

# History

| Doc. No. | Dates | Description |
|---|---|---|
| | *Filed & Entered:*    11/01/2012 | Meeting (AutoAssign Chapter 11) |
| | *Docket Text:* First Meeting of Creditors with 341(a) meeting to be held on 12/04/2012 at 09:00 AM at San Francisco U.S. Trustee Office. Last Day to Determine Dischargeability of Certain Debts due by 02/04/2013. Proof of Claim due by 03/04/2013. (admin, ) | |
| 1 | *Filed & Entered:*    11/01/2012 | Voluntary Petition (Chapter 11) |
| | *Docket Text:* Chapter 11 Voluntary Petition, Fee Amount $1046, Filed by Marc Jason Aniel. Order Meeting of Creditors due by 11/8/2012. Incomplete Filings due by 11/15/2012. Section 521 Filings due by 12/17/2012. (Hall, Sydney) NOTE: Section 521 not applicable. INCOMPLETE FILING: Refer to Notice of Failure to Provide Debtor's List of Creditors. Modified on 11/2/2012 (rw). | |
| 2 | *Filed & Entered:*    11/01/2012 | Statement of Social Security Number |
| | *Docket Text:* Statement of Social Security Number. Filed by Debtor Marc Jason Aniel (Hall, Sydney) ERROR: PDF shows attorney's phone number on the date line. Modified on 11/2/2012 (rw). | |
| | *Filed & Entered:*    11/02/2012 | Error |
| | *Docket Text:* **ERROR** Incorrect asset status selected on voluntary petition page 1. Selection made under Nature of Business; Nature of Debts is primarily consumer debts. Docket 2 shows attorney's phone number on the date line. (RE: related document(s)1 Voluntary Petition (Chapter 11), 2 Statement of Social Security Number). (rw) | |
| | *Filed & Entered:*    11/02/2012 | Receipt |
| | *Docket Text:* Receipt of filing fee for Voluntary Petition (Chapter 11)(12-33117) [misc,volp11] (1046.00). Receipt number 18150934, amount $1046.00 (U.S. Treasury) | |
| 3 | *Filed & Entered:*    11/02/2012 | Notice of Failure to Provide SSN |
| | *Docket Text:* Notice of Failure to Provide Debtor's List of Creditors. Matrix due by 11/9/2012. (rw) | |
| 4 | *Filed & Entered:*    11/02/2012 | Certificate of Credit Counseling |
| | *Docket Text:* Certificate of Credit Counseling Filed by Debtor Marc Jason Aniel (Hall, Sydney) | |
| 5 | *Filed & Entered:*    11/02/2012 | Notice of Appearance and Request for Notice |
| | *Docket Text:* Notice of Appearance and Request for Notice by Minnie Loo. Filed by U.S. Trustee Office of the U.S. Trustee / SF (Loo, Minnie) | |
| 6 | *Filed & Entered:*    11/02/2012 | Amended Voluntary Petition |
| | *Docket Text:* Amended Voluntary Petition. Filed by Debtor Marc Jason Aniel (Hall, Sydney) ERROR: The word Amended was not included in PDF. Modified on 11/7/2012 (rw). | |
| 8 | *Filed:*    11/02/2012<br>*Entered:*    11/05/2012 | Order To Set Hearing |

| | | | |
|---|---|---|---|
| | *Docket Text:* Chapter 11 Status Conference Order (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Marc Jason Aniel). **Hearing scheduled for 1/7/2013 at 09:30 AM at San Francisco Courtroom 23 - Carlson.** (rw) | | |
| 7 | *Filed & Entered:* | 11/04/2012 | BNC Certificate of Mailing - Notice of Failure to Provide Debtor's Social Security Number |
| | *Docket Text:* BNC Certificate of Mailing - Notice of Failure to Provide Debtor's Social Security Number (RE: related document(s) 3 Notice of Failure to Provide SSN). Notice Date 11/04/2012. (Admin.) | | |
| | *Filed & Entered:* | 11/07/2012 | Error |
| | *Docket Text:* **ERROR** The word Amended was not included in PDF. Incorrect asset status selected on voluntary petition page 1. Selection made under Nature of Business; Nature of Debts is primarily consumer debts. (RE: related document(s)6 Amended Voluntary Petition). (rw) | | |
| 9 | *Filed & Entered:* | 11/07/2012 | BNC Certificate of Mailing |
| | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 8 Order To Set Hearing). Notice Date 11/07/2012. (Admin.) | | |
| 10 | *Filed & Entered:* | 11/08/2012 | Creditor Matrix |
| | *Docket Text:* Creditor Matrix Filed by Debtor Marc Jason Aniel (Hall, Sydney) ERROR: PDF shows List of Creditors Holding 20 Largest Unsecured Claims. Incorrect event code selected. Modified on 11/9/2012 (rw). | | |
| 11 | *Filed & Entered:* | 11/08/2012 | Amended Voluntary Petition |
| | *Docket Text:* Second Amended Amended Voluntary Petition. Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 12 | *Filed & Entered:* | 11/10/2012 | Creditor Matrix |
| | *Docket Text:* Amended Creditor Matrix Filed by Debtor Marc Jason Aniel (Hall, Sydney) NOTE: This is not an amendment. No creditor matrix previously filed. Modified on 11/14/2012 (rw). | | |
| 13 | *Filed & Entered:* | 11/13/2012 | Order to File Missing Documents |
| | *Docket Text:* Order To File Required Documents and Notice Regarding Dismissal Non-Compliance (Documents) due by 11/27/2012 (rw) | | |
| 14 | *Filed & Entered:* | 11/13/2012 | Generate 341 Notices |
| | *Docket Text:* Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (rw) | | |
| 15 | *Filed & Entered:* | 11/13/2012 | Order for Payment of State and Federal Taxes |
| | *Docket Text:* Order for Payment of State and Federal Taxes (rw) | | |
| 16 | *Filed & Entered:* | 11/13/2012 | Unsecured Creditors Committee Acc/Rej Form |
| | *Docket Text:* Unsecured Creditors Committee Acceptance or Rejection Form (rw) | | |
| 17 | *Filed & Entered:* | 11/14/2012 | Summary of Schedules |
| | *Docket Text:* Summary of Schedules (RE: related document(s)1 Voluntary Petition (Chapter 11), 13 Order to File Missing Documents). Filed by Debtor Marc Jason Aniel (Hall, Sydney) INCLUDES: Statistical Summary of Certain Liabilities. Modified on 11/16/2012 (rw). | | |
| 18 | *Filed & Entered:* | 11/14/2012 | Schedule A |
| | *Docket Text:* Schedule A Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 19 | *Filed & Entered:* | 11/14/2012 | Schedule B |

|    |                    |            |                                                                 |
|----|--------------------|------------|-----------------------------------------------------------------|
|    | *Docket Text:* Schedule B Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 20 | *Filed & Entered:* | 11/14/2012 | Schedule C                                                      |
|    | *Docket Text:* Schedule C Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 21 | *Filed & Entered:* | 11/14/2012 | Schedule D                                                      |
|    | *Docket Text:* Schedule D Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 22 | *Filed & Entered:* | 11/14/2012 | Schedule E                                                      |
|    | *Docket Text:* Schedule E Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 23 | *Filed & Entered:* | 11/14/2012 | Schedule F                                                      |
|    | *Docket Text:* Schedule F Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 24 | *Filed & Entered:* | 11/14/2012 | Schedule G                                                      |
|    | *Docket Text:* Schedule G Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 25 | *Filed & Entered:* | 11/14/2012 | Schedule H                                                      |
|    | *Docket Text:* Schedule H Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 26 | *Filed & Entered:* | 11/14/2012 | Schedule I                                                      |
|    | *Docket Text:* Schedule I Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 27 | *Filed & Entered:* | 11/14/2012 | Schedule J                                                      |
|    | *Docket Text:* Schedule J Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 28 | *Filed & Entered:* | 11/14/2012 | Declaration                                                     |
|    | *Docket Text:* Declaration of Marc Jason Aniel *Concerning Debtor's Schedules* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 29 | *Filed & Entered:* | 11/14/2012 | Statement of Financial Affairs                                  |
|    | *Docket Text:* Statement of Financial Affairs Filed by Debtor Marc Jason Aniel (Hall, Sydney) ERROR: Missing signature page. Modified on 11/16/2012 (rw). | | |
| 30 | *Filed & Entered:* | 11/14/2012 | Chapter 11 Statement of Current Monthly Income                  |
|    | *Docket Text:* Chapter 11 Statement of Current Monthly Income (Form 22B) Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 31 | *Filed & Entered:* | 11/14/2012 | Payment Advices                                                 |
|    | *Docket Text:* Payment Advices Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 32 | *Filed & Entered:* | 11/15/2012 | BNC Certificate of Mailing - Meeting of Creditors               |
|    | *Docket Text:* BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 14 Generate 341 Notices). Notice Date 11/15/2012. (Admin.) | | |
| 33 | *Filed & Entered:* | 11/15/2012 | BNC Certificate of Mailing - Pmt of State and Fed Taxes         |
|    | *Docket Text:* BNC Certificate of Mailing - Payment of State and Fed Taxes. (RE: related document(s) 15 Order for Payment of State and Federal Taxes). Notice Date 11/15/2012. (Admin.) | | |
| 34 | *Filed & Entered:* | 11/15/2012 | BNC Certificate of Mailing                                      |
|    | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 13 Order to File Missing Documents). Notice Date 11/15/2012. (Admin.) | | |
| 35 | *Filed & Entered:* | 11/15/2012 | BNC Certificate of Mailing - UnsCr Comm Acc/Rej Form            |
|    | *Docket Text:* BNC Certificate of Mailing - Unsecured Creditors' Comm Acc/Rej Form. (RE: | | |

|    |                                |                            |                                                    |
|----|--------------------------------|----------------------------|----------------------------------------------------|
|    | related document(s) 16 Unsecured Creditors Committee Acc/Rej Form). Notice Date 11/15/2012. (Admin.) |||
|    | *Filed & Entered:*             | 11/16/2012                 | Error                                              |
|    | *Docket Text:* **ERROR** Missing signature page. (RE: related document(s)29 Statement of Financial Affairs). (rw) |||
| 36 | *Filed & Entered:*             | 11/16/2012                 | Notice of Related Cases in a Bankruptcy Case       |
|    | *Docket Text:* Notice of Related Bankruptcy Case: Fermind Solis Aniel and Erlinda Abibas Aniel, 09-30452 DM; Aniel, et al. v GMAC Mortgage, LLC et al., C12-04201 SBA; Aniel, C12-03794 JSW . Filed by Debtor Marc Jason Aniel (Attachments: # (1) Certificate of Service) (Hall, Sydney) |||
| 37 | *Filed & Entered:*             | 11/19/2012                 | Statement of Financial Affairs                     |
|    | *Docket Text:* Amended Statement of Financial Affairs Filed by Debtor Marc Jason Aniel (Hall, Sydney) |||
| 38 | *Filed:* <br> *Entered:*       | 11/20/2012 <br> 11/21/2012 | Order                                              |
|    | *Docket Text:* Order Transferring Bankruptcy Case (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Marc Jason Aniel). The above-captioned case is transferred to Judge Dennis Montali. (rw) |||
| 39 | *Filed & Entered:*             | 11/21/2012                 | Case Reassignment                                  |
|    | *Docket Text:* Judge Dennis Montali added to case. Involvement of Judge Thomas E. Carlson Terminated. (rw) |||
| 40 | *Filed & Entered:*             | 11/23/2012                 | BNC Certificate of Mailing - Reassignment of Case  |
|    | *Docket Text:* BNC Certificate of Mailing - Reassignment of Case. (RE: related document(s) 39 Case Reassignment). Notice Date 11/23/2012. (Admin.) |||
| 41 | *Filed & Entered:*             | 11/26/2012                 | Disclosure of Compensation of Attorney for Debtor  |
|    | *Docket Text:* Disclosure of Compensation of Attorney for Debtor Filed by Debtor Marc Jason Aniel (Hall, Sydney) |||
| 42 | *Filed & Entered:*             | 11/26/2012                 | Application to Employ                              |
|    | *Docket Text:* Application to Employ Sydney Jay Hall as Attorney for Debtor Filed by Debtor Marc Jason Aniel (Hall, Sydney) |||
| 43 | *Filed & Entered:*             | 11/26/2012                 | Declaration                                        |
|    | *Docket Text:* Declaration of Sydney Jay Hall in support of (RE: related document(s)42 Application to Employ). Filed by Debtor Marc Jason Aniel (Hall, Sydney) |||
| 44 | *Filed & Entered:*             | 11/26/2012                 | Certificate of Service                             |
|    | *Docket Text:* Certificate of Service (RE: related document(s)41 Disclosure of Compensation of Attorney for Debtor, 42 Application to Employ, 43 Declaration). Filed by Debtor Marc Jason Aniel (Hall, Sydney) |||
| 45 | *Filed:* <br> *Entered:*       | 11/26/2012 <br> 11/27/2012 | Order-Proc Dscl Stmt and Cnf Hrg                   |
|    | *Docket Text:* Order Establishing Procedures for Disclosure Statement Hearing and Confirmation Hearing. (nw) |||
|    | *Filed & Entered:*             | 11/29/2012                 | Receipt                                            |

|  |  |  |  |
|---|---|---|---|
|  | *Docket Text:* Receipt of filing fee for Motion for Relief From Stay(12-33117) [motion,mrlfsty] ( 176.00). Receipt number 18401145, amount $ 176.00 (U.S. Treasury) | | |
| 46 | *Filed & Entered:* | 11/29/2012 | Opposition Brief/Memorandum |
|  | *Docket Text:* Brief/Memorandum in Opposition to *Application for Order Authorizing Employment of Counsel*. (RE: related document(s)42 Application to Employ). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Attachments: # (1) Certificate of Service) (Loo, Minnie) | | |
| 47 | *Filed & Entered:*<br>*Terminated:* | 11/29/2012<br>05/23/2013 | Motion for Relief From Stay |
|  | *Docket Text:* Motion for Relief from Stay *(REAL PROPERTY - 75 Tobin Clark Drive, Hillsborough, CA 94010)* RS #ANB-1358, Fee Amount $176, Filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION (Attachments: # (1) RS Cover Sheet # (2) Declaration of Peter Knapp in support of GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation's Motion for Relief from the Automatic Stay# (3) Exhibit A - Flex Pay Fixed / Adjustable Rate Note# (4) Exhibit B - Deed of Trust# (5) Exhibit C - Assignment of Deed of Trust# (6) Exhibit D - Assignment of Deed of Trust# (7) Exhibit E - Docket Report #09-30452 (Debtor: Fermin Solis Aniel and Joint Debtor: Erlinda Abibas Aniel)# (8) Exhibit F - Notice of Default and Election to Sell Under Deed of Trust# (9) Exhibit G - Notice of Trustee's Sale# (10) Exhibit H - Amended Order Denying Ex-Parte Application for Temporary Restraining Order - USDC - Case #C 12-04201 SBA# (11) Exhibit I - Payoff Statement# (12) Exhibit J - Debtor's Schedule A - Real Property# (13) Certificate of Service) (Barasch, Adam) | | |
| 48 | *Filed & Entered:* | 11/29/2012 | Notice of Hearing |
|  | *Docket Text:* Notice of Hearing (RE: related document(s)47 Motion for Relief from Stay ). **Hearing scheduled for 12/13/2012 at 09:30 AM at San Francisco Courtroom 22 - Montali.** *Filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION (Barasch, Adam)* | | |
| 49 | *Filed & Entered:* | 12/03/2012 | Disclosure of Compensation of Attorney for Debtor |
|  | *Docket Text:* Amended Disclosure of Compensation of Attorney for Debtor Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 50 | *Filed & Entered:* | 12/03/2012 | Application to Employ |
|  | *Docket Text:* Amended Application to Employ Sydney Jay Hall as Attorney for Debtor Filed by Debtor Marc Jason Aniel (Attachments: # (1) Exhibit) (Hall, Sydney) | | |
| 51 | *Filed & Entered:* | 12/03/2012 | Declaration |
|  | *Docket Text:* Amended Declaration of Sydney Jay Hall in support of (RE: related document(s)50 Application to Employ). Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 52 | *Filed & Entered:* | 12/03/2012 | Certificate of Service |
|  | *Docket Text:* Certificate of Service *Amended* (RE: related document(s)49 Disclosure of Compensation of Attorney for Debtor, 50 Application to Employ, 51 Declaration). Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
|  | *Filed & Entered:* | 12/04/2012 | Meeting of Creditors Continued |
|  | *Docket Text:* Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued . 341(a) meeting to be held on 12/11/2012 at 02:30 PM San Francisco U.S. Trustee Office (Loo, Minnie) | | |
| 53 | *Filed & Entered:* | 12/06/2012 | Notice of Status Conference Chp 11 |
|  | *Docket Text:* Notice of Status Conference in Chapter 11 Case. **Status Conference scheduled for** | | |

|  | | | |
|---|---|---|---|
|  | **1/24/2013 at 02:30 PM at San Francisco Courtroom 22 - Montali.** Status Conference Statement due by 1/10/2013 (dc) | | |
| 54 | *Filed & Entered:* | 12/06/2012 | Amended Voluntary Petition |
|  | *Docket Text:* Third Amended Voluntary Petition. Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 55 | *Filed & Entered:* | 12/06/2012 | Summary of Schedules |
|  | *Docket Text:* Amended Summary of Schedules Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 56 | *Filed & Entered:* | 12/06/2012 | Schedule A |
|  | *Docket Text:* Schedule A *Amended Schedule A* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 57 | *Filed & Entered:* | 12/06/2012 | Schedule B |
|  | *Docket Text:* Schedule B *Amended Schedule B* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 58 | *Filed & Entered:* | 12/06/2012 | Schedule D |
|  | *Docket Text:* Schedule D *Amended Schedule D* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 59 | *Filed & Entered:* | 12/06/2012 | Schedule F |
|  | *Docket Text:* Schedule F *Amended Schedule F* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 60 | *Filed & Entered:* | 12/06/2012 | Schedule H |
|  | *Docket Text:* Schedule H *Amended Schedule H* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 61 | *Filed & Entered:* | 12/06/2012 | Schedule J |
|  | *Docket Text:* Schedule J *Amended Schedule J* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 62 | *Filed & Entered:* | 12/06/2012 | Declaration |
|  | *Docket Text:* Declaration of Marc Jason Aniel *Concerning Debtor's Amended Schedules* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 63 | *Filed & Entered:* | 12/06/2012 | Statement of Financial Affairs |
|  | *Docket Text:* Second Amended Statement of Financial Affairs Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 64 | *Filed & Entered:* | 12/08/2012 | BNC Certificate of Mailing - Notice of Status Conference in Ch 11 |
|  | *Docket Text:* BNC Certificate of Mailing - Notice of Status Conference in Ch 11. (RE: related document(s) 53 Notice of Status Conference Chp 11). Notice Date 12/08/2012. (Admin.) | | |
| 65 | *Filed & Entered:* <br> *Terminated:* | 12/10/2012 <br> 01/23/2013 | Application to Employ |
|  | *Docket Text:* Application to Employ Green Banker as Real Estate Broker Filed by Debtor Marc Jason Aniel (Attachments: # (1) Exhibit # (2) Certificate of Service) (Hall, Sydney) | | |
| 66 | *Filed & Entered:* | 12/10/2012 | Opposition Brief/Memorandum |
|  | *Docket Text:* Brief/Memorandum in Opposition to *GMAC Motion for Relief from Stay* (RE: related document(s)47 Motion for Relief From Stay). Filed by Debtor Marc Jason Aniel (Attachments: # (1) Declaration by Marc Jason Aniel in Support# (2) Exhibit A# (3) Certificate of Service) (Hall, Sydney) | | |
|  | *Filed & Entered:* | 12/11/2012 | Meeting of Creditors Held |
|  | *Docket Text:* Meeting of Creditors Held. . (Loo, Minnie) | | |
| 67 | *Filed & Entered:* | 12/11/2012 | Schedule B |

|  | *Docket Text:* Schedule B *Second Amended* Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
|---|---|---|---|
|  | *Filed & Entered:* | 12/13/2012 | Hearing Continued/Rescheduled |
|  | *Docket Text:* Hearing Continued. Moving party to file a supplemental declaration by 12/21/12. Debtor to file a declaration by the listing agent re sale by 12/26/12. If debtor makes a payment in the amount of $7,500 by 12/26/12, the 12/27/12 hearing will be continued to 1/10/13 at 10:00 AM and the listing agent's declaration will be due by 1/9/13. (related document(s): [47] Motion for Relief From Stay filed by GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION) **Hearing scheduled for 12/27/2012 at 10:00 AM at San Francisco Courtroom 22 - Montali.** (lp ) | | |
|  | *Filed & Entered:* | 12/13/2012 | Error |
|  | *Docket Text:* **ERROR** The word 'Amended' was omitted from documents. (RE: related document(s)51 Declaration, 52 Certificate of Service). (akb) | | |
|  | *Filed & Entered:* | 12/19/2012 | Corrective Entry |
|  | *Docket Text:* **CORRECTIVE ENTRY** Clerk added debtors alias to case per PDF. (RE: related document(s)54 Amended Voluntary Petition). (akb) | | |
| 68 | *Filed & Entered:* | 12/19/2012 | Operating Report |
|  | *Docket Text:* Operating Report for Filing Period 11/01/12-11/30/12 Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 69 | *Filed & Entered:* | 12/20/2012 | Declaration |
|  | *Docket Text:* Declaration of Stanley Lo in Support of *Debtor's Opposition to Motion for Relief from Stay* (RE: related document(s)47 Motion for Relief From Stay, 48 Notice of Hearing, Receipt, 66 Opposition Brief/Memorandum, Hearing Continued/Rescheduled). Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 70 | *Filed & Entered:*<br>*Terminated:* | 12/21/2012<br>12/24/2012 | Stipulation for Miscellaneous Relief |
|  | *Docket Text:* Stipulation, to Continue Hearing on Motion for Relief from Stay Filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION (RE: related document(s) Hearing Continued/Rescheduled). (Attachments: # (1) Certificate of Service) (Barasch, Adam) | | |
| 72 | *Filed:*<br>*Entered:* | 12/24/2012<br>12/26/2012 | Order on Stipulation |
|  | *Docket Text:* Order Approving Stipulation to Continue Hearing on GMAC Mortgage, LLC's Motion for Relief from the Automatic Stay (RE: related document(s)47 Motion for Relief From Stay filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION, 70 Stipulation for Miscellaneous Relief filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION). **Hearing scheduled for 1/10/2013 at 09:30 AM San Francisco Courtroom 22 - Montali for 47, .** (nw)NOTE: deadline for GMAC Mortgage, LLC to file a supplemental declaration is extended to January 10, 2013; and deadline for Debtor, Marc Jason Aniel to make a payment of $7,500.00 to Movants counsel be extended from December 26, 2012 to January 3, 2013 Modified on 12/26/2012 (nw). | | |
| 72 | *Filed:*<br>*Entered:* | 12/24/2012<br>12/26/2012 | Order to Continued Hearing |
|  | *Docket Text:* Order Approving Stipulation to Continue Hearing on GMAC Mortgage, LLC's Motion for Relief from the Automatic Stay (RE: related document(s)47 Motion for Relief From Stay filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE | | |

|   |   |   |   |
|---|---|---|---|
|   | CORPORATION, 70 Stipulation for Miscellaneous Relief filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION). **Hearing scheduled for 1/10/2013 at 09:30 AM San Francisco Courtroom 22 - Montali for** 47**,** . (nw)NOTE: deadline for GMAC Mortgage, LLC to file a supplemental declaration is extended to January 10, 2013; and deadline for Debtor, Marc Jason Aniel to make a payment of $7,500.00 to Movants counsel be extended from December 26, 2012 to January 3, 2013 Modified on 12/26/2012 (nw). |||
| 71 | *Filed & Entered:* | 12/26/2012 | Request for Notice |
|   | *Docket Text:* Request for Notice Filed by Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC. (Gezel, Ed) |||
|   | *Filed & Entered:* | 12/31/2012 | Receipt Number and Filing Fee |
|   | *Docket Text:* Receipt of Amendment Filing Fee. Amount 30.00 from Law Offices Of Sydney Jay Hall. Receipt Number 30057453. (admin) |||
|   | *Filed & Entered:* | 01/03/2013 | Hearing Continued/Rescheduled |
|   | *Docket Text:* Hearing scheduled for 1/10/13 at 9:30 am is continued to 1/17/13 at 9:30am per stipulation filed on 12/21/12. (related document(s): [47] Motion for Relief From Stay filed by GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION) **Hearing scheduled for 01/17/2013 at 09:30 AM at San Francisco Courtroom 22 - Montali.** (lp ) |||
|   | *Filed & Entered:* | 01/03/2013 | Receipt |
|   | *Docket Text:* Receipt of filing fee for Motion for Relief From Stay(12-33117) [motion,mrlfsty] ( 176.00). Receipt number 18720077, amount $ 176.00 (U.S. Treasury) |||
| 73 | *Filed & Entered:* | 01/03/2013 | Declaration |
|   | *Docket Text:* Declaration of Marc Jason Aniel in Support of *Debtor's Opposition to Motion for Relief from Stay* (RE: related document(s)47 Motion for Relief From Stay, 48 Notice of Hearing, 66 Opposition Brief/Memorandum, Hearing Continued/Rescheduled, 70 Stipulation for Miscellaneous Relief, 72 Order on Stipulation, Order to Continued Hearing). Filed by Debtor Marc Jason Aniel (Attachments: # (1) Certificate of Service) (Hall, Sydney) Additional attachment(s) added on 1/9/2013 (ac). |||
| 74 | *Filed & Entered:* | 01/03/2013 | Motion for Relief From Stay |
|   | *Docket Text:* Motion for Relief from Stay *2006 Mercedes-Benz R350, VIN# 4JGCB65E36A028078* RS #RPM-59, Fee Amount $176, Filed by Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC (Attachments: # (1) RS Cover Sheet # (2) Memorandum of Points and Authorities # (3) Declaration # (4) Exhibit # (5) Exhibit A# (6) Exhibit B and C# (7) Certificate of Service) (Mroczynski, Randall) |||
| 75 | *Filed & Entered:* | 01/03/2013 | Notice of Hearing |
|   | *Docket Text:* Notice of Hearing (RE: related document(s)74 Motion for Relief from Stay *2006 Mercedes-Benz R350, VIN# 4JGCB65E36A028078* RS #RPM-59, Fee Amount $176, Filed by Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC). **Hearing scheduled for 1/24/2013 at 09:30 AM at San Francisco Courtroom 22 - Montali.** Filed by Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC (Mroczynski, Randall) |||
|   | *Filed & Entered:* | 01/09/2013 | Corrective Entry |
|   | *Docket Text:* **\*\*CORRECTIVE ENTRY\*\*** Clerk redacted debtor's private information. (RE: related document(s)73 Declaration). (ac) |||
| 76 | *Filed & Entered:* | 01/09/2013 | Status Conference Statement |
|   |   |||

| | | | |
|---|---|---|---|
| | *Docket Text:* Status Conference Statement (RE: related document(s)53 Notice of Status Conference Chp 11). Filed by Debtor Marc Jason Aniel (Attachments: # (1) Certificate of Service) (Hall, Sydney) | | |
| 77 | *Filed & Entered:* | 01/10/2013 | Declaration |
| | *Docket Text:* Supplemental Declaration of Peter Knapp in support of *Motion for Relief from the Automatic Stay RS #ANB-1358* (RE: related document(s)47 Motion for Relief From Stay). Filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION (Attachments: # (1) Certificate of Service) (Barasch, Adam) | | |
| | *Filed & Entered:* | 01/14/2013 | Hearing Continued/Rescheduled |
| | *Docket Text:* Hearing on 1/24/13 at 9:30am is rescheduled to 2:30pm on that same day. Continued (related document(s): [74] Motion for Relief From Stay filed by Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC) **Hearing scheduled for 01/24/2013 at 02:30 PM at San Francisco Courtroom 22 - Montali.** (lp ) | | |
| 78 | *Filed & Entered:* | 01/16/2013 | Operating Report |
| | *Docket Text:* Operating Report for Filing Period 11/30/12-12/31/12 Filed by Debtor Marc Jason Aniel (Hall, Sydney) ERROR: Incorrect case number listed on pg.1 Modified on 1/18/2013 (nw). | | |
| | *Filed:*<br>*Entered:* | 01/17/2013<br>01/18/2013 | Hearing Continued/Rescheduled |
| | *Docket Text:* Hearing Continued. Debtor's counsel to upload an order employing broker by 1/25/13 with a service of the proposed order on Mr. Barasch. Debtor to tender an adequate protection payment in the amount of $7,500.00 to GMAC by 2/11/13. If the payment is not made and the order is not uploaded, counsel for GMAC my file a declaration of default and upload an order granting relief from stay. The broker is directed to file a status report regarding open houses held and status of sales. Mr. Barasch may upload an interim adequate protection order with service on debtor's counsel. (related document(s): [47] Motion for Relief From Stay filed by GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION) **Hearing scheduled for 02/28/2013 at 10:00 AM at San Francisco Courtroom 22 - Montali.** (lp ) | | |
| 79 | *Filed & Entered:* | 01/18/2013 | Exhibit |
| | *Docket Text:* Exhibit *regarding proposed order* (RE: related document(s)65 Application to Employ). Filed by Debtor Marc Jason Aniel (Hall, Sydney) | | |
| 80 | *Filed & Entered:* | 01/18/2013 | Certificate of Service |
| | *Docket Text:* Certificate of Service *regarding proposed order* (RE: related document(s)65 Application to Employ, Hearing Continued/Rescheduled, 79 Exhibit). Filed by Debtor Marc Jason Aniel (Attachments: # (1) Proposed Order# (2) Exhibit) (Hall, Sydney) | | |
| 81 | *Filed & Entered:* | 01/22/2013 | Certificate of Service |
| | *Docket Text:* Certificate of Service *of proposed interim order RS #ANB-1358* (RE: related document(s)47 Motion for Relief From Stay). Filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION (Barasch, Adam) | | |
| 83 | *Filed & Entered:* | 01/23/2013 | Stipulation for Adequate Protection |
| | *Docket Text:* Stipulation for Adequate Protection Filed by Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC (RE: related document(s)74 Motion for Relief From Stay filed by Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC). (Attachments: # (1) Certificate of Service) (Mroczynski, Randall) | | |
| 85 | *Filed:*<br>*Entered:* | 01/23/2013<br>01/25/2013 | Order on Application to Employ |

| | | | |
|---|---|---|---|
| | *Docket Text:* Order authorizing retention and employment by debtor-in-possession of real estate broker (Stanley Lo) (Related Doc # 65) (ac) | | |
| | *Filed:* *Entered:* | 01/24/2013 01/25/2013 | Hearing Continued/Rescheduled |
| | *Docket Text:* Hearing Continued (Debtor to submit stipulation to substitute himself as counsel for debtor in pro se and file status conference statement on 3/22/13).(related document(s): [53] Notice of Status Conference Chp 11) **Hearing scheduled for 04/04/2013 at 02:00 PM at San Francisco Courtroom 22 - Montali.** (gh ) | | |
| 84 | *Filed & Entered:* | 01/24/2013 | audio |
| | *Docket Text:* PDF with attached Audio File. Court Date & Time [ 1/24/2013 3:11:13 PM ]. File Size [ 3532 KB ]. Run Time [ 00:14:43 ]. ( ). (admin). | | |
| 86 | *Filed:* *Entered:* | 01/24/2013 01/25/2013 | Order |
| | *Docket Text:* Order Approving Stipulation for adequate protection. (RE: related document(s)83 Stipulation for Adequate Protection filed by Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC). (ac) | | |
| 87 | *Filed:* *Entered:* | 01/24/2013 01/25/2013 | Order |
| | *Docket Text:* Interim Order On GMAC Mortgage, LLC's Motion For relief from the automatic stay. (RE: related document(s)47 Motion for Relief From Stay filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION). (ac) | | |
| 88 | *Filed & Entered:* | 01/27/2013 | BNC Certificate of Mailing |
| | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 86 Order). Notice Date 01/27/2013. (Admin.) | | |
| 89 | *Filed & Entered:* | 01/27/2013 | BNC Certificate of Mailing |
| | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 87 Order). Notice Date 01/27/2013. (Admin.) | | |
| 90 | *Filed & Entered:* *Terminated:* | 01/30/2013 01/30/2013 | Stipulation for Miscellaneous Relief |
| | *Docket Text:* Stipulation, to withdraw Attorney of Record Filed by Debtor Marc Jason Aniel. (Attachments: # (1) Certificate of Service) (Hall, Sydney) | | |
| 91 | *Filed:* *Entered:* | 01/30/2013 02/04/2013 | Order on Stipulation |
| | *Docket Text:* Order Approving Stipulation to Withdraw as Counsel(RE: related document(s)90 Stipulation for Miscellaneous Relief filed by Debtor Marc Jason Aniel). (nw) | | |
| 92 | *Filed & Entered:* | 02/14/2013 | Complaint |
| | *Docket Text:* Adversary case 13-03017. 21 (Validity, priority or extent of lien or other interest in property), 91 (Declaratory judgment), 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)),14 (Recovery of money/property - other) Complaint by Marc Jason Aniel against GMAC. Fee Amount $293. (Attachments: # (1) Exhibit A# (2) Exhibit B-E# (3) Exhibit F-J) (Aniel, Marc) | | |
| 93 | *Filed & Entered:* | 02/19/2013 | Declaration |
| | *Docket Text:* Declaration of Stanley Lo *Status Report* (RE: related document(s) Hearing Continued/Rescheduled, 85 Order on Application to Employ, 87 Order). Filed by Debtor Marc | | |

| | | | |
|---|---|---|---|
| | Jason Aniel (Attachments: # (1) Certificate of Service) (Aniel, Marc) | | |
| 94 | *Filed & Entered:* | 02/19/2013 | Operating Report |
| | *Docket Text:* Operating Report for Filing Period 01/05/13-02/05/13 Filed by Debtor Marc Jason Aniel (Aniel, Marc) ERROR: Monthly Operating Report document does not show filing period of 1/5/2013-2/5/2013. Modified on 2/22/2013 (ac). | | |
| | *Filed & Entered:* | 02/22/2013 | Error |
| | *Docket Text:* **ERROR** Monthly Operating Report document does not show filing period of 1/5/2013-2/5/2013. (RE: related document(s)94 Operating Report). (ac) | | |
| 95 | *Filed & Entered:* | 02/22/2013 | Operating Report |
| | *Docket Text:* Amended Operating Report for Filing Period 02/05/13 Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 96 | *Filed & Entered:* | 02/22/2013 | Opposition Brief/Memorandum |
| | *Docket Text:* Amended Brief/Memorandum in Opposition to (RE: related document(s)47 Motion for Relief From Stay, 66 Opposition Brief/Memorandum, Hearing Continued/Rescheduled, 70 Stipulation for Miscellaneous Relief, 72 Order on Stipulation, Order to Continued Hearing, 73 Declaration, Hearing Continued/Rescheduled, 77 Declaration, Hearing Continued/Rescheduled, 87 Order). Filed by Debtor Marc Jason Aniel (Attachments: # (1) Exhibit) (Aniel, Marc) | | |
| 97 | *Filed & Entered:* | 02/22/2013 | Exhibit |
| | *Docket Text:* Exhibit *A-C, correct copy to Amended Opposition Brief/Memorandum* (RE: related document(s)96 Opposition Brief/Memorandum). Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 98 | *Filed & Entered:* | 02/22/2013 | Exhibit |
| | *Docket Text:* Exhibit *D-E correct copy to Amended Opposition Brief/Memorandum* (RE: related document(s)96 Opposition Brief/Memorandum, 97 Exhibit). Filed by Debtor Marc Jason Aniel (Aniel, Marc) Additional attachment(s) added on 2/27/2013 (ac). | | |
| | *Filed & Entered:* | 02/27/2013 | Corrective Entry |
| | *Docket Text:* **CORRECTIVE ENTRY** Clerk redacted debtor's private information. (RE: related document(s)98 Exhibit). (ac) | | |
| | *Filed & Entered:* | 02/28/2013 | Hearing Continued/Rescheduled |
| | *Docket Text:* Hearing Continued. Debtor is ordered to tender an adequate protection payment in the amount of $7,500 by 3/11/13, otherwise counsel for moving party may file a declaration of default and upload an order granting relief from stay. Mr. Barasch may upload APO. The broker, Mr. Lo, to file a status report regarding sale and marketing efforts by 3/26/13 (with chambers copies delivered). The status conference in adversary proceeding 13-03017 is rescheduled from 4/5/13 at 1:30 PM to 4/4/13 at 2:00 PM. (related document(s): [47] Motion for Relief From Stay filed by GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION) **Hearing scheduled for 04/04/2013 at 02:00 PM at San Francisco Courtroom 22 - Montali.** (lp ) | | |
| 99 | *Filed & Entered:* | 02/28/2013 | audio |
| | *Docket Text:* PDF with attached Audio File. Court Date & Time [ 2/28/2013 10:41:37 AM ]. File Size [ 8448 KB ]. Run Time [ 00:35:12 ]. ( ). (admin). | | |
| 100 | *Filed & Entered:* | 03/01/2013 | Certificate of Service |
| | *Docket Text:* Certificate of Service *Proposed Second Interim Order* Filed by Creditor Ocwen Loan Servicing, LLC Successor To GMAC Mortgage, LLC's fka GMAC Mortgage Corporation (Barasch, Adam) Modified on 3/11/2013 (dc). | | |
| | | | |

| | | | |
|---|---|---|---|
| 101 | *Filed:* *Entered:* | 03/05/2013 03/06/2013 | Order |
| | *Docket Text:* Second Interim Order On Ocwen Loan Servicing, LLC Successor To GMAC Mortgage, LLC's Motion For Relief From The Automatic Stay (RE: related document(s)47 Motion for Relief From Stay filed by Creditor GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION). (akb) | | |
| 102 | *Filed & Entered:* | 03/07/2013 | Notice |
| | *Docket Text:* Notice Regarding *Change of Movant* (RE: related document(s)47 Motion for Relief from Stay ). Filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC (Barasch, Adam) | | |
| 103 | *Filed & Entered:* | 03/08/2013 | Objection to Claim |
| | *Docket Text:* Objection to Claim *Claim #5* Filed by Debtor Marc Jason Aniel. (Attachments: # (1) Notice# (2) Exhibit # (3) Proof of Claim) (Aniel, Marc) | | |
| 104 | *Filed & Entered:* | 03/08/2013 | BNC Certificate of Mailing |
| | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 101 Order). Notice Date 03/08/2013. (Admin.) | | |
| 105 | *Filed & Entered:* | 03/18/2013 | Operating Report |
| | *Docket Text:* Operating Report for Filing Period ending in 03/05/13 Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 106 | *Filed & Entered:* | 03/19/2013 | Declaration |
| | *Docket Text:* Declaration of Stanley Lo in support of *Debtor's Opposition to Motion for Relief from Stay; Status Report* (RE: related document(s)47 Motion for Relief From Stay, 65 Application to Employ, 66 Opposition Brief/Memorandum, 69 Declaration, 93 Declaration, Hearing Continued/Rescheduled, 101 Order). Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 107 | *Filed & Entered:* | 03/22/2013 | Case Management Conference Statement |
| | *Docket Text:* Case Management Conference Statement *Updated* (RE: related document(s) Hearing Continued/Rescheduled). Filed by Debtor Marc Jason Aniel (Aniel, Marc) ERROR: PDF reads Chapter 11 Status Conference Statement. Incorrect event code selected. Modified on 3/27/2013 (rw). | | |
| 108 | *Filed & Entered:* | 03/22/2013 | Exhibit |
| | *Docket Text:* Exhibit (RE: related document(s)107 Case Management Conference Statement). Filed by Debtor Marc Jason Aniel (Aniel, Marc) ERROR: PDF does not include cover sheet to show case name and case number. Modified on 3/27/2013 (rw). | | |
| 109 | *Filed & Entered:* | 03/25/2013 | Motion for Sale of Property |
| | *Docket Text:* Motion for Sale of Property *Transfer title of ownership in Vehicle* Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| | *Filed & Entered:* | 03/27/2013 | Error |
| | *Docket Text:* **ERROR** Incorrect event code selected for Docket 107. Correct event code is: Bankruptcy => Miscellaneous => Status Conference Statement. Docket 108 does not include cover sheet to show case name and case number. (RE: related document(s)107 Case Management Conference Statement, 108 Exhibit). (rw) | | |
| | *Filed & Entered:* | 04/04/2013 | Hearing Continued/Rescheduled |
| | *Docket Text:* Hearing Continued. Debtor to file a status conference statement and Mr. Lo to file a | | |

CANB Live Database          Page 13 of 19
12-12020-mg    Doc 4816-13    Filed 08/23/13    Entered 08/23/13 14:22:27    Exhibit 13
Pg 14 of 20

|  |  |  |  |
|---|---|---|---|
|  | \[continued\] report/declaration by 5/30/13. A status conference regarding the objection to claim filed by HSBC will be held on 4/19/13 at 10:00 a.m. (related document(s): [53] Notice of Status Conference Chp 11) **Hearing scheduled for 06/06/2013 at 11:00 AM at San Francisco Courtroom 22 - Montali.** (lp ) | | |
|  | *Filed & Entered:* | 04/04/2013 | Hearing Set |
|  | *Docket Text:* Hearing Set On status conference re Objection to Claim filed by HSBC at a hearing held on 4/4/13. (RE: related document(s)103 Objection to Claim). **Status Conference scheduled for 4/19/2013 at 10:00 AM at San Francisco Courtroom 22 - Montali.** (lp) | | |
|  | *Filed & Entered:* | 04/04/2013 | Hearing Continued/Rescheduled |
|  | *Docket Text:* Hearing Continued. Debtor to tender an adequate protection payment in the amount of $7,500 by 4/12/13 and another payment of the same amount on 5/10/13. If either payment is not made, counsel for moving party may file a declaration regarding the default and upload an order granting relief from stay. Mr. Barasch to upload an Adequate Protection Order. (related document(s): [47] Motion for Relief From Stay filed by GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION) **Hearing scheduled for 06/06/2013 at 11:00 AM at San Francisco Courtroom 22 - Montali.** (lp ) | | |
| 110 | *Filed & Entered:* | 04/04/2013 | audio |
|  | *Docket Text:* PDF with attached Audio File. Court Date & Time [ 4/4/2013 2:07:15 PM ]. File Size [ 6128 KB ]. Run Time [ 00:25:32 ]. ( ). (admin). | | |
| 111 | *Filed & Entered:* | 04/08/2013 | Objection to Claim |
|  | *Docket Text:* Amended Objection to Claim #5 Filed by Debtor Marc Jason Aniel. (Attachments: # (1) Proof of Claim # (2) Exhibit) (Aniel, Marc) | | |
| 112 | *Filed & Entered:* | 04/09/2013 | Certificate of Service |
|  | *Docket Text:* Certificate of Service *of proposed order* (RE: related document(s)47 Motion for Relief From Stay). Filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC (Barasch, Adam) | | |
| 113 | *Filed:* <br> *Entered:* | 04/11/2013 <br> 04/12/2013 | Order |
|  | *Docket Text:* Third Interim Order On Ocwen Loan Servicing, LLC Successor to GMAC Mortgage, LLC's motion for relief from the automatic stay. (RE: related document(s)47 Motion for Relief From Stay). The hearing on Movant's Motion For Relief from the automatic stay and the chapter 11 status conference are continued to June 6, 2013 at 11:00am. (ac) | | |
| 114 | *Filed & Entered:* | 04/14/2013 | BNC Certificate of Mailing |
|  | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 113 Order). Notice Date 04/14/2013. (Admin.) | | |
| 115 | *Filed & Entered:* | 04/18/2013 | Operating Report |
|  | *Docket Text:* Operating Report for Filing Period 03/05/13-04/04/13 Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
|  | *Filed & Entered:* | 04/19/2013 | Hearing Held (Bk) |
|  | *Docket Text:* Hearing Held. Matter is taken off calendar. (related document(s): Hearing Set) (lp ) | | |
|  | *Filed & Entered:* | 05/09/2013 | Close Adversary Case |
|  | *Docket Text:* Adversary Case Closed 3:13-ap-3017. (ac) | | |
| 116 | *Filed & Entered:* | 05/16/2013 | Declaration |

| | | | |
|---|---|---|---|
| | *Docket Text:* Declaration of of Non-Cure of Adam N. Barasch in in Support of Order Terminating the Automatic Stay of (RE: related document(s)47 Motion for Relief From Stay). Filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC (Attachments: # 1 Certificate of Service) (Barasch, Adam) | | |
| 117 | *Filed & Entered:* | 05/17/2013 | Operating Report |
| | *Docket Text:* Operating Report for Filing Period 04/03/13-05/03/13 Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 118 | *Filed & Entered:*<br>*Terminated:* | 05/17/2013<br>06/15/2013 | Motion to Convert Case to Chapter 7 |
| | *Docket Text:* Motion to Convert Case to Chapter 7 *under 11 U.S.C. 1112(b)*. Fee Waived Filed by U.S. Trustee Office of the U.S. Trustee / SF (Loo, Minnie) | | |
| 119 | *Filed & Entered:* | 05/17/2013 | Memo of Points & Authorities |
| | *Docket Text:* Memorandum of Points and Authorities in Support of *U.S. Trustee's Motion to Convert Case to Chapter 7 under 11 U.S.C. 1112(b)*. (RE: related document(s)118 Motion to Convert Case to Chapter 7). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Loo, Minnie) | | |
| 120 | *Filed & Entered:* | 05/17/2013 | Notice of Hearing |
| | *Docket Text:* Notice of Hearing *on U.S. Trustee's Motion to Convert Case to Chapter 7 under 11 U.S.C. 1112(b)*. (RE: related document(s)118 Motion to Convert Case to Chapter 7 *under 11 U.S.C. 1112(b)*. Fee Waived Filed by U.S. Trustee Office of the U.S. Trustee / SF). **Hearing scheduled for 6/14/2013 at 10:00 AM at San Francisco Courtroom 22 - Montali.** Filed by U.S. Trustee Office of the U.S. Trustee / SF (Loo, Minnie) | | |
| 121 | *Filed & Entered:* | 05/17/2013 | Certificate of Service |
| | *Docket Text:* Certificate of Service (RE: related document(s)118 Motion to Convert Case to Chapter 7, 119 Memo of Points & Authorities, 120 Notice of Hearing). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Loo, Minnie) | | |
| 122 | *Filed:*<br>*Entered:* | 05/23/2013<br>05/24/2013 | Order on Motion for Relief From Stay |
| | *Docket Text:* Order Granting Ocwen Loan Servicing, LLC Successor To GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation Relief From The Automatic Stay (Related Doc # 47) (rw) | | |
| 123 | *Filed & Entered:* | 05/26/2013 | BNC Certificate of Mailing |
| | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 122 Order on Motion for Relief From Stay). Notice Date 05/26/2013. (Admin.) | | |
| 124 | *Filed & Entered:* | 05/28/2013 | Certificate of Service |
| | *Docket Text:* Certificate of Service *[proposed]amended order for relief from stay* (RE: related document(s)47 Motion for Relief From Stay). Filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC (Barasch, Adam) | | |
| 125 | *Filed & Entered:*<br>*Terminated:* | 05/28/2013<br>06/18/2013 | Motion to Reconsider |
| | *Docket Text:* Motion to Reconsider *And Emergency Motion for Stay Pending Appeal* (RE: related document(s)47 Motion for Relief From Stay, 48 Notice of Hearing, 66 Opposition Brief/Memorandum filed by Debtor Marc Jason Aniel, Hearing Continued/Rescheduled, 70 Stipulation for Miscellaneous Relief, 72 Order on Stipulation, Order to Continued Hearing, 73 Declaration filed by Debtor Marc Jason Aniel, 77 Declaration, Hearing Continued/Rescheduled, 87 Order, 96 Opposition Brief/Memorandum filed by Debtor Marc Jason Aniel, 97 Exhibit filed | | |

| | | | |
|---|---|---|---|
| | by Debtor Marc Jason Aniel, 98 Exhibit filed by Debtor Marc Jason Aniel, Hearing Continued/Rescheduled, 100 Certificate of Service, 101 Order, 102 Notice filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC, Hearing Continued/Rescheduled, 113 Order, 116 Declaration filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC, 122 Order on Motion for Relief From Stay, 123 BNC Certificate of Mailing, 124 Certificate of Service filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC). Filed by Debtor Marc Jason Aniel (Attachments: # 1 Memorandum of Points and Authorities # 2 Exhibit) (Aniel, Marc) | | |
| 126 | *Filed & Entered:* | 05/28/2013 | Notice of Hearing |
| | *Docket Text:* Notice of Hearing (RE: related document(s)125 Motion to Reconsider *And Emergency Motion for Stay Pending Appeal* (RE: related document(s)47 Motion for Relief From Stay, 48 Notice of Hearing, 66 Opposition Brief/Memorandum filed by Debtor Marc Jason Aniel, Hearing Continued/Rescheduled, 70 Stipulation for Miscellaneous Relief, 72 Order on Stipulation, Order to Continued Hearing, 73 Declaration filed by Debtor Marc Jason Aniel, 77 Declaration, Hearing Continued/Rescheduled, 87 Order, 96 Opposition Brief/Memorandum filed by Debtor Marc Jason Aniel, 97 Exhibit filed by Debtor Marc Jason Aniel, 98 Exhibit filed by Debtor Marc Jason Aniel, Hearing Continued/Rescheduled, 100 Certificate of Service, 101 Order, 102 Notice filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC, Hearing Continued/Rescheduled, 113 Order, 116 Declaration filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC, 122 Order on Motion for Relief From Stay, 123 BNC Certificate of Mailing, 124 Certificate of Service filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC). Filed by Debtor Marc Jason Aniel (Attachments: # 1 Memorandum of Points and Authorities # 2 Exhibit)). **Hearing scheduled for 6/14/2013 at 10:00 AM at San Francisco Courtroom 22 - Montali.** Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 127 | *Filed:*<br>*Entered:* | 05/28/2013<br>05/29/2013 | Order |
| | *Docket Text:* Amended Order Granting Ocwen Loan Servicing, LLC Successor To GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation Relief From The Automatic Stay (RE: related document(s)116 Declaration filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC). (Attachments: # 1 Exhibit A) (akb) | | |
| 128 | *Filed & Entered:* | 05/30/2013 | Status Conference Statement |
| | *Docket Text:* Status Conference Statement Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 129 | *Filed & Entered:* | 05/31/2013 | Opposition Brief/Memorandum |
| | *Docket Text:* Brief/Memorandum in Opposition to (RE: related document(s)120 Notice of Hearing). Filed by Debtor Marc Jason Aniel (Attachments: # 1 Exhibit) (Aniel, Marc) | | |
| 130 | *Filed & Entered:* | 05/31/2013 | BNC Certificate of Mailing |
| | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 127 Order). Notice Date 05/31/2013. (Admin.) | | |
| | *Filed & Entered:* | 06/03/2013 | Hearing Continued/Rescheduled |
| | *Docket Text:* Hearing on 6/6/13 at 11:00 a.m. is rescheduled to 6/14/13 at 10:00 a.m. (related document(s): [53] Notice of Status Conference Chp 11) **Hearing scheduled for 06/14/2013 at 10:00 AM at San Francisco Courtroom 22 - Montali.** (lp ) | | |
| 131 | *Filed & Entered:* | 06/07/2013 | Reply |
| | *Docket Text:* Reply to *U.S. Trustee's Reply in Support of Motion under 11 U.S.C. 1112(b) to Convert Case to Chapter 7* (RE: related document(s)129 Opposition Brief/Memorandum). Filed | | |

| | | | |
| --- | --- | --- | --- |
| | by U.S. Trustee Office of the U.S. Trustee / SF (Attachments: # 1 Exhibit 1 # 2 Certificate of Service) (Loo, Minnie) | | |
| 132 | *Filed & Entered:* | 06/07/2013 | Opposition Brief/Memorandum |
| | *Docket Text:* Brief/Memorandum in Opposition to *Debtor's Motion for Reconsideration and/or Stay Pending Appeal to the Order Granting Motion for Relief from Stay* (RE: related document(s) 125 Motion to Reconsider). Filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC (Attachments: # 1 Certificate of Service) (Barasch, Adam) | | |
| | *Filed & Entered:* | 06/14/2013 | Hearing Held (Bk) |
| | *Docket Text:* Hearing Held. Motion for Reconsideration and Motion for Stay Pending Appeal is denied for the reasons stated on the record. Mr. Barasch to upload an order. (related document(s): [125] Motion to Reconsider filed by Marc Jason Aniel) (lp ) | | |
| | *Filed & Entered:* | 06/14/2013 | Hearing Held (Bk) |
| | *Docket Text:* Hearing Held. Motion granted. Barry Milgrom appointed Chapter 7 trustee; Ms. Loo to upload an order. (related document(s): [118] Motion to Convert Case to Chapter 7 filed by Office of the U.S. Trustee / SF) (lp ) | | |
| | *Filed & Entered:* | 06/14/2013 | Hearing Dropped |
| | *Docket Text:* Hearing Dropped as moot. (related document(s): [53] Notice of Status Conference Chp 11) (lp ) | | |
| 133 | *Filed & Entered:* | 06/14/2013 | Certificate of Service |
| | *Docket Text:* Certificate of Service *regarding Proposed Order Converting Case to Chapter 7*. (RE: related document(s)118 Motion to Convert Case to Chapter 7). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Attachments: # 1 Proposed Order) (Loo, Minnie) | | |
| 134 | *Filed & Entered:* | 06/14/2013 | audio |
| | *Docket Text:* PDF with attached Audio File. Court Date & Time [ 6/14/2013 10:40:53 AM ]. File Size [ 4692 KB ]. Run Time [ 00:19:33 ]. ( ). (admin). | | |
| 135 | *Filed:* *Entered:* | 06/15/2013 06/17/2013 | Order on Motion to Convert Case to Chapter 7 |
| | *Docket Text:* Order Converting Case To Chapter 7 (Related Doc # 118) Order Meeting of Creditors due by 7/1/2013. (rw) | | |
| | *Filed & Entered:* | 06/17/2013 | Meeting of Creditors Chapter 7 Asset |
| | *Docket Text:* Meeting of Creditors 341(a) meeting to be held on 7/24/2013 at 10:00 AM San Francisco U.S. Trustee Office Financial Management Certificate due by 7/30/2013 Last day to oppose discharge or dischargeability is 9/23/2013 Proofs of Claims due by 10/22/2013 (rw) | | |
| 136 | *Filed & Entered:* | 06/17/2013 | Certificate of Service |
| | *Docket Text:* Certificate of Service *of proposed order* (RE: related document(s)125 Motion to Reconsider). Filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC (Barasch, Adam) | | |
| 137 | *Filed & Entered:* | 06/17/2013 | Generate 341 Notices |
| | *Docket Text:* Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (rw) | | |
| 138 | *Filed:* *Entered:* | 06/18/2013 06/19/2013 | Order on Motion to Reconsider |
| | *Docket Text:* Order Denying Motion For Reconsideration And/Or Stay Pending Appeal To The | | |

|   | Order Granting Motion For Relief From Stay. (Related Doc # 125) (ac) | | |
|---|---|---|---|
|   | *Filed & Entered:* | 06/19/2013 | Receipt |
|   | *Docket Text:* Receipt of filing fee for Notice of Appeal(12-33117) [appeal,ntcapl] ( 298.00). Receipt number 20202507, amount $ 298.00 (re: Doc# 139 Notice of Appeal) (U.S. Treasury) | | |
| 139 | *Filed & Entered:* | 06/19/2013 | Notice of Appeal |
|   | *Docket Text:* Notice of Appeal to BAP , Fee Amount $ 298. (RE: related document(s)72 Order on Stipulation, Order to Continued Hearing, 86 Order, 87 Order, 101 Order, 113 Order, 122 Order on Motion for Relief From Stay, 127 Order, 138 Order on Motion to Reconsider). Appellant Designation due by 07/3/2013. Transmission to BAP due by 06/24/2013. Filed by Debtor Marc Jason Aniel (Aniel, Marc). INCLUDES: Certificate of Service. Modified on 6/20/2013 (akb). | | |
| 140 | *Filed & Entered:* | 06/19/2013 | BNC Certificate of Mailing - Meeting of Creditors |
|   | *Docket Text:* BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 137 Generate 341 Notices). Notice Date 06/19/2013. (Admin.) | | |
| 141 | *Filed & Entered:* | 06/19/2013 | BNC Certificate of Mailing |
|   | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 135 Order on Motion to Convert Case to Chapter 7). Notice Date 06/19/2013. (Admin.) | | |
| 142 | *Filed & Entered:* | 06/21/2013 | Notice of Referral of Appeal to BAP |
|   | *Docket Text:* Notice of Referral of Appeal to Bankruptcy Appellant Panel (RE: related document(s)139 Notice of Appeal). (ac) | | |
| 143 | *Filed & Entered:* | 06/21/2013 | Court Certificate of Mailing |
|   | *Docket Text:* Courts Certificate of Mailing. Number of notices mailed: 4 (RE: related document(s)139 Notice of Appeal, 142 Notice of Referral of Appeal to BAP). (ac) | | |
| 144 | *Filed & Entered:* | 06/21/2013 | Transmittal of Appeal to BAP |
|   | *Docket Text:* Transmission of Notice of Appeal to BAP (RE: related document(s)139 Notice of Appeal). (ac) | | |
| 145 | *Filed & Entered:* | 06/21/2013 | BNC Certificate of Mailing |
|   | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 138 Order on Motion to Reconsider). Notice Date 06/21/2013. (Admin.) | | |
| 146 | *Filed & Entered:* | 07/01/2013 | Notice of Docketing Record on Appeal |
|   | *Docket Text:* Notice of Docketing Record on Appeal to BAP. Case Number: NC-13-1292 (RE: related document(s) 139 Notice of Appeal). (dc) | | |
| 147 | *Filed & Entered:* | 07/03/2013 | Appellant Designation |
|   | *Docket Text:* Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)139 Notice of Appeal filed by Debtor Marc Jason Aniel). Appellee designation due by 07/17/2013. Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 148 | *Filed & Entered:* | 07/11/2013 | Appellee Designation |
|   | *Docket Text:* Appellee Designation of Contents for Inclusion in Record of Appeal *and Notice of Ordering of Transcript* (RE: related document(s)139 Notice of Appeal filed by Debtor Marc Jason Aniel). Filed by Creditor Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC (Kornberg, Bernard) | | |
| 149 | *Filed & Entered:* | 07/15/2013 | Statement |
|   | *Docket Text:* Statement of Employment Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |

| | | | |
|---|---|---|---|
| 150 | *Filed & Entered:* | 07/15/2013 | Statement |
| | *Docket Text:* Corrected Statement of Employment (RE: related document(s)149 Statement). Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |
| 151 | *Filed & Entered:* | 07/16/2013 | Document |
| | *Docket Text:* Transmittal to BAP, Case No. NC-13-1292. (RE: related document(s)147 Appellant Designation, 148 Appellee Designation). (ac) | | |
| 152 | *Filed & Entered:* | 07/23/2013 | Transcript Re: Appeal |
| | *Docket Text:* Transcript regarding Hearing Held 4-4-13 RE: 1. Status Conference; 2. Motion for Relief from Stay (Real Property - 75 Tobin Clark Drive, Hillsborough, CA 94010) Filed by GMAC Mortgage, LLC fka GMAC Mortgage Corporation. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *Jo McCall (480)361-3790*. Notice of Intent to Request Redaction Deadline Due By 7/30/2013. Redaction Request Due By 08/13/2013. Redacted Transcript Submission Due By 08/23/2013. Transcript access will be restricted through 10/21/2013. (McCall, Jo) | | |
| 153 | *Filed & Entered:* | 07/23/2013 | Transcript Re: Appeal |
| | *Docket Text:* Transcript regarding Hearing Held 6-14-13 RE: U.S. Trustee's Motion to Convert Case to Chapter 7 under 11 U.S.C. 1112(b); Emergency Motion for Reconsideration and/or Stay Pending Appeal to the Order Granting Motion for Relief from Stay. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *Jo McCall (480)361-3790*. Notice of Intent to Request Redaction Deadline Due By 7/30/2013. Redaction Request Due By 08/13/2013. Redacted Transcript Submission Due By 08/23/2013. Transcript access will be restricted through 10/21/2013. (McCall, Jo) | | |
| | *Filed & Entered:* | 07/26/2013 | Chapter 7 Trustee's Report of No Distribution |
| | *Docket Text:* Chapter 7 Trustee's Report of No Distribution: I, Barry Milgrom, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 450500.00, Assets Exempt: $ 90880.00, Claims Scheduled: $ 2654927.43, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 2654927.43. Meeting of Creditors Held. (Milgrom, Barry) | | |
| 154 | *Filed & Entered:* | 07/31/2013 | Notice of Deficiency Financial Management Course |
| | *Docket Text:* Notice of Deficiency of Financial Management Course Certificate Due Before Discharge (admin) | | |
| 155 | *Filed & Entered:* | 08/01/2013 | Financial Management Course |
| | *Docket Text:* Financial Management Course Certificate. Filed by Debtor Marc Jason Aniel (Aniel, Marc) | | |

| 156 | *Filed & Entered:* | 08/03/2013 | BNC Certificate of Mailing |
| --- | --- | --- | --- |
| | *Docket Text:* BNC Certificate of Mailing (RE: related document(s) 154 Notice of Deficiency Financial Management Course). Notice Date 08/03/2013. (Admin.) | | |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 08/12/2013 09:52:02 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 21981-0000083-14078 |
| **Description:** | History/Documents | **Search Criteria:** | 12-33117 Type: History Docket Text: DisplayDktText |
| **Billable Pages:** | 18 | **Cost:** | 1.80 |