## EXHIBIT 15

Entered on Docket
May 24, 2013

GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 23, 2013

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  ADAM N. BARASCH (SBN 158220)
   THOMAS N. ABBOTT (SBN 245568)
2  JOHN B. SULLIVAN (SBN 96742)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439
   anb@severson.com
6
   Attorneys for Movant
7  Ocwen Loan Servicing, LLC successor to GMAC
   Mortgage LLC f/k/a GMAC Mortgage
8  Corporation

9

10                UNITED STATES BANKRUPTCY COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  In re                                    Case No. 12-33117

14  MARC JASON ANIEL,                        Chapter 11

15        Debtor.                            R.S. No.: ANB-1358

16  OCWEN LOAN SERVICING ,LLC
    SUCCESSOR TO GMAC MORTGAGE, LLC
17  f/k/a GMAC MORTGAGE CORPORATION,         Date:    April 4, 2013
          Movant,                            Time:    10:00 AM
18                                           Judge:   Hon. Dennis Montali
    vs.                                      Crtrm.:  235 Pine Street
19                                                    Courtroom 22
    MARC JASON ANIEL,                                 San Francisco, CA 94104
20
          Respondent.
21

22   **ORDER GRANTING OCWEN LOAN SERVICING ,LLC SUCCESSOR TO GMAC
     MORTGAGE, LLC f/k/a GMAC MORTGAGE CORPORATIONRELIEF FROM THE
23                          AUTOMATIC STAY**

24        Ocwen Loan Servicing, LLC successor to GMAC Mortgage LLC f/k/a GMAC Mortgage

25  Corporation ("Movant") filed a Declaration Re No-Cure pursuant to the terms of a prior Order of

    this Court.
26
          Upon consideration of Movant's declaration and the pleadings and files in this case, and
27
    finding that service of the declaration was proper:
28

19000.1358/2698537.1

1      IT IS HEREBY ORDERED that Movant's Motion for Relief From the Automatic Stay as

2   to the interests of the above captioned Debtor(s), Debtor's estate, and the above captioned Debtor

3   in 75 Tobin Clark Drive, Hillsborough, CA 94010 ("real property") is granted and Movant, its

4   agents, assigns, employees, and successors in interest shall have immediate relief from the

5   Automatic Stay to take any actions to repossess and/or dispose of the Vehicle in accordance with

6   applicable non-bankruptcy law.

7      IT IS FURTHER ORDERED that the fourteen (14) day waiting period of Bankruptcy Rule

8   4001(a)(3) is expressly waived.

9

10                  \*\*\* END OF ORDER \*\*\*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**COURT SERVICE LIST**</u>

2    <u>Debtor</u>
Marc Jason Aniel
3    75 Tobin Clark Drive
Hillsborough, CA 94010
4

5    ORDER ELECTRONICALLY MAILED TO ECF REGISTERED PARTICIPANTS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19000.1358/2698537.1