# **EXHIBIT 18**

```
                                    Entered on Docket
                                    April 23, 2013
                                    GLORIA L. FRANKLIN, CLERK
                                    U.S BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```



```
Signed and Filed: April 22, 2013

_____
DENNIS MONTALI
U.S. Bankruptcy Judge
```

| | |
|---|---|
| 1 | ADAM N. BARASCH (SBN 158220) |
| | THOMAS N. ABBOTT (SBN 245568) |
| 2 | JOHN B. SULLIVAN (SBN 96742) |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| | anb@severson.com |
| 6 | |
| | Attorneys for Movant |
| 7 | OCWEN LOAN SERVICING, LLC successor to |
| | GMAC MORTGAGE LLC f/k/a GMAC |
| 8 | MORTGAGE CORPORATION |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC JASON ANIEL, | Case No. 12-33117-DM |
| Debtor. | Chapter 11 |
| MARC JASON ANIEL, | Adv. No. 13-03017 |
| Plaintiff, | **ORDER ON OCWEN LOAN SERVICING, LLC successor to GMAC MORTGAGE LLC f/k/a GMAC MORTGAGE CORPORATION MOTION TO DISMISS COMPLAINT** |
| vs. | |
| GMAC MORTGAGE, LLC f/k/a GMAC MORTGAGE CORPORATION, | |
| Defendant. | DATE: April 19, 2013 |
| | TIME: 09:30 AM |
| | COURTROOM: 22 |
| | 235 Pine Street |
| | San Francisco, CA 94104 |
| | JUDGE: Hon. Dennis Montali |
| | Complaint Filed: February 14, 2013 |

Ocwen Loan Servicing, LLC successor to GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation's ("Defendant") Motion to Dismss the Complaint filed by plaintiff Marcc Jason Aniel ("Plaintiff") came on regularly for hearing on the above captioned date and time before the Honorable Dennis Montali. All appearances were per court record.

1 | Upon consideration of Defendant's motion, the pleadings and files in this case,
2 | after hearing argument, and for good cause appearing:
3 |    IT IS HEREBY ORDERED that the Court will abstain from all causes of action in this
4 | matter pursuant to 28 U.S.C. § 1334(c) for the reasons stated on the record.

*** END OF ORDER ***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | <u>Debtor</u> |
| 3 | Marc Jason Aniel<br>75 Tobin Clark Drive |
| 4 | Hillsborough, CA 94010 |
| 5 | ORDER ELECTRONICALLY MAILED TO ECF REGISTERED PARTICIPANTS |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |