# **EXHIBIT 19**

# General Docket
## U. S. Bankruptcy Appellate Panel for the Ninth Circuit

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 13-1292<br>Marc Aniel v. Ocwen Loan Servicing, LLC<br>**Appeal From:** California Northern - San Francisco<br>**Fee Status:** fee paid | **Docketed:** 06/24/2013 |

**Case Type Information:**
  1) Bankruptcy
  2) Chapter 7 Non-Business
  3) null

**Originating Court Information:**
  **District:** 0971-3 : 12-33117
  **Trial Judge:** Dennis Montali, U.S. Bankruptcy Judge
  **Date Filed:** 11/01/2012

| Date Order/Judgment:<br>06/18/2013 | Date NOA Filed:<br>06/19/2013 | Date Rec'd BAP:<br>06/19/2013 |
|---|---|---|

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

---

In re: MARC JASON ANIEL
       Debtor

------------------------------

| | |
|---|---|
| MARC JASON ANIEL<br>      Appellant | Marc Jason Aniel<br>Direct: 650-814-9478<br>[NTC Pro Se]<br>75 Tobin Clark Dr.<br>Hillsborough, CA 94010 |
| v. | |
| OCWEN LOAN SERVICING, LLC, Successor to GMAC Mortgage, LLC, FKA GMAC Mort, GMAC Mortgage Corporation<br>      Appellee | Adam N. Barasch, Esquire, Attorney<br>Direct: 415-677-5533<br>[COR LD NTC Retained]<br>SEVERSON & WERSON<br>Suite 2600<br>One Embarcadero Center<br>San Francisco, CA 94111-0000<br><br>Bernard Kornberg, Attorney<br>Direct: 415-677-5548<br>[COR LD NTC Retained]<br>SEVERSON & WERSON<br>Suite 2600<br>One Embarcadero Center<br>San Francisco, CA 94111-0000 |

---

In re:  MARC JASON ANIEL

    Debtor

-----------------------------

MARC JASON ANIEL

    Appellant

v.

OCWEN LOAN SERVICING, LLC, Successor to GMAC Mortgage, LLC, FKA GMAC Mort, GMAC Mortgage Corporation

    Appellee

| Date | Doc # | Description |
|---|---|---|
| 06/24/2013 | 1 (10 pg, 147.2 KB) | Received NOTICE OF APPEAL filed in Bankruptcy Court on 06/19/2013, Order on appeal, Notice of Referral, and Transmittal Form. (FB) |
| 06/27/2013 | 2 (6 pg, 116.37 KB) | Sent BRIEFING ORDER & NOTICE to appellant Marc Jason Aniel. Copies to all parties. Sent Bankruptcy Record Request Form to Bankruptcy Court. Appellant Marc Jason Aniel's opening brief due 08/12/2013. (FB) |
| 07/03/2013 | 3 (1 pg, 52.06 KB) | Received STATUS REPORT from Bankruptcy Court. (FB) |
| 07/11/2013 | 4 (3 pg, 115.45 KB) | Filed (ECF) notice of appearance of Bernard J. Kornberg for Appellee, Ocwen Loan Servicing, LLC, Successor to GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation; served on 07/11/2013 US mail - Appellant Aniel; email - Attorney for Appellee: Barasch. (BK) |
| 07/11/2013 | 5 | ATTORNEY ADDED: Bernard Kornberg for Appellee Ocwen Loan Servicing, LLC. (FB) |
| 07/19/2013 | 6 (6 pg, 151.94 KB) | Received from Bankruptcy Court copy of APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES filed in Bk. Ct. 07/03/2013. (FB) |
| 07/19/2013 | 7 (3 pg, 75.67 KB) | Received from Bankruptcy Court copy of APPELLEE'S DESIGNATION OF RECORD filed in Bk. Ct. 07/11/2013. (FB) |
| 08/05/2013 | 8 (4 pg, 104.27 KB) | Filed (ECF) Party Marc Jason Aniel's motion extending time to file appellant's opening brief until 09/19/2013; 08/05/2013 served by: email - Appellant Aniel; Attorney for Appellees: Barasch, Kornberg; US mail - Attorney for Appellee: Kornberg. (MJA) |
| 08/06/2013 | 9 (1 pg, 26.46 KB) | CLERK'S ORDER (Deputy Clerk: fb) - Motion to extend time to file appellant's opening brief filed by Marc Jason Aniel is GRANTED. Appellant Marc Jason Aniel's opening brief due 09/19/2013. (FB) |
| 08/06/2013 | 10 (1 pg, 24.68 KB) | Sent NOTICE OF POSSIBLE MOOTNESS to all parties. Response due: 08/20/2013. (FB) |
| 08/19/2013 | 11 (5 pg, 100.07 KB) | Filed (ECF) Party Marc Jason Aniel's response order (notice of possible mootness).; served on 08/19/2013 email - Appellant Aniel; Attorney for Appellees: Barasch, Kornberg. (MJA) |
| 08/20/2013 | 12 (2 pg, 129.29 KB) | Filed (ECF) Attorney Bernard Kornberg for Appellee Ocwen Loan Servicing, LLC's response notice ( notice of possible mootness).; served on 08/20/2013 email - Appellant Aniel; Attorney for Appellees: Barasch, Kornberg. (BK) |

Clear All

◉ **Documents and Docket Summary**
◯ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0     **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| BAP for the Ninth Circuit - 08/23/2013 09:49:44 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 21981-0000083-14078 |
| **Description:** | Docket Report (full) | **Search Criteria:** | 13-1292 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |