MORRISON & FOERSTER LLP
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Samantha Martin
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000

Alexandra Steinberg Barrage
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1888
Telephone: (202) 887-1500

*Counsel for the Debtors and
Debtors in Possession*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
Rachael L. Ringer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Counsel for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————— )
In re:                                                    )        Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,      )        Chapter 11
                                                              )
                                        Debtors.         )        Jointly Administered
————————————————————————— )

## NOTICE OF FILING OF CORRECTED SOLICITATION VERSION OF THE DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in

the above-captioned cases (collectively, the "**Debtors**") and the official committee of unsecured

creditors (the "**Creditors' Committee**" and together with the Debtors, the "**Plan Proponents**")

filed the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official*

*Committee of Unsecured Creditors* [Docket 4153] (the "**Plan**") and on July 4, 2013 the Plan

Proponents filed the *Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential*

ny-1106009

*Capital, LLC,* <u>*et al.*</u> *and the Official Committee of Unsecured Creditors* [Docket No. 4157] (the "**Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that on August 16, 2013, the Plan Proponents filed the *Notice of Revised Disclosure Statement for the Plan Proponents' Revised Joint Chapter 11 Plan* [Docket No. 4733], which included the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* as <u>Exhibit 1</u>.

PLEASE TAKE FURTHER NOTICE that on August 20, 2013, the Plan Proponents filed the *Notice of Revised Disclosure Statement for the Plan Proponents' Revised Joint Chapter 11 Plan* [Docket No. 4771] (the "**Revised Disclosure Statement**"), which included the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* as <u>Exhibit 1</u> (the "**Revised Plan**").

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit A</u> is the solicitation version of the *Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC,* <u>*et al.*</u> *and the Official Committee of Unsecured Creditors* (the "**Solicitation Version of Disclosure Statement**"), which includes the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* as <u>Exhibit 1</u> (the "**Solicitation Version of Plan**").

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit B</u> is a blackline of the Solicitation Version of Disclosure Statement against the Revised Disclosure Statement, reflecting changes made since the Revised Disclosure Statement was filed on August 20, 2013. The blackline includes only changed pages.

- 2 -

ny-1106009

      **PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit C</u> is a blackline

of the Solicitation Version of Plan against the Revised Plan, reflecting changes made since the

Revised Plan was filed on August 20, 2013.  The blackline includes only changed pages.


Dated:  August 23, 2013

                                              Respectfully submitted,

                                              /s/ Gary S. Lee
                                              Gary S. Lee
                                              Lorenzo Marinuzzi
                                              Todd M. Goren
                                              Jennifer L. Marines
                                              Samantha Martin
                                              MORRISON & FOERSTER LLP
                                              1290 Avenue of the Americas
                                              New York, New York 10104
                                              Telephone: (212) 468-8000
                                              Facsimile:  (212) 468-7900

                                              *Counsel for the Debtors and*
                                              *Debtors in Possession*

                                              -and-

                                              Kenneth H. Eckstein
                                              Doughlas H. Mannal
                                              Stephen D. Zide
                                              Rachael L. Ringer
                                              KRAMER LEVIN NAFTALIS &
                                              FRANKEL LLP
                                              1177 Avenue of the Americas
                                              New York, New York 10036
                                              Telephone: (212) 715-3280
                                              Facsimile:  (212) 715-8000

                                              *Counsel for the Official Committee of*
                                              *Unsecured Creditors*

- 3 -