UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
RESIDENTIAL CAPITAL, LLC, et al.,[1] :    Case No. 12-12020 (MG)
                                    :
                                    :
                                    :    (Jointly Administered)
            Debtors.                :
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Reyanna Burbank, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

On or before August 21, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the parties on the service list attached hereto as **Exhibit A**:

- **Notice of Disclosure Statement Hearing**, dated July 9, 2013
  [Docket No. 4189]

Dated: August 23, 2013

/s/ Reyanna B.
Reyanna Burbank

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd of August, 2013, by Reyanna Burbank, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# **Exhibit A**

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Forest Meadows HOA | C O Diversified Property Mngmnt | 4325 N Nevada Ave Ste A | Colorado Spgs | CO | 80907-4301 |
| Golden, Timothy P & Golden, Darla J | | 4674 Onondaga Trl | Saint Charles | MO | 63304-7369 |
| Law Offices of David S Waltzer PC | | 1 Central Ave Ste 307 | Tarrytown | NY | 10591-3301 |
| US Title Corp | | 301 NE 51st St Ste 1240 | Boca Raton | FL | 33431-4931 |