# EXHIBIT B

# [LIST OF SEVEN CONTRACTS]

| Debtor[1] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[2] |
|---|---|---|---|
| Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Schedule of Custody Fees for GMAC/RFC |
| Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Amended Fee Agreement, dated May 1, 2003 |
| Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Amendment of the Custody Agreement, dated December 1 2003 |
| Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Fee Schedule, dated March 24, 1999 |
| Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Fee Schedule, dated November 1, 1999 |
| Residential Funding Company, LLC | Wells Fargo Bank N A | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Custody Agreement, dated June 1, 1997 |
| Residential Funding Company, LLC | Wells Fargo Financial Retail Credit, Inc. | Wells Fargo Bank Minnesota, N.A. Mortgage Document Custody Attn: H.A. Nelson, Assistant VP One Meridian Crossings Richfield, MN 55423 | Reciprocal Non-Disclosure, dated January 11, 2002 |