**ALSTON & BIRD LLP**

John C. Weitnauer (*pro hac vice*)
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Custodian for Certain Mortgage Backed Securities Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                         )  ss.:
COUNTY OF NEW YORK  )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On August 26, 2013, I caused a true and correct copy of the Reservation of Rights and Assertion of Rejection Damages by Wells Fargo Bank, N.A., in its Capacity

LEGAL02/34353304v1

- 2 -

as Custodian, to be served upon the parties listed on the attached Service List in Exhibit

A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
26th day of August, 2013.

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires August 9, 2017

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10104<br>ATTN: LORENZO MARINUZZI,<br>　　　SAMANTHA MARTIN<br>　　　MELISSA CRESPO | OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY  10014<br>ATTN: BRIAN S. MASUMOTO |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br>ATTN: KENNETH H. ECKSTEIN<br>　　　DOUGLAS H. MANNAL | KIRKLAND & ELLIS<br>601 LEXINGTON AVENUE<br>NEW YORK, NEW YORK 10022<br>ATTN: RAY C. SCHROCK<br>　　　STEPHEN E. HESSLER,<br>　　　CRAIG A. BRUENS |