UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

In re:                                                          Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.,                               Chapter 11

        Debtors.                                          Jointly Administered

-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that MFY Legal Services, Inc., attorneys for Masayo Richardson, hereby withdraws its appearance in regards to the above Chapter 11 case and requests to be removed from the CM/ECF noticing list and any other services.

DATED:    August 23, 2013
             New York, NY

                                                      By: /s/ Carolyn E. Coffey
                                                      Carolyn E. Coffey, of counsel to
                                                      Jeanette Zelhof, Esq.
                                                      299 Broadway, 4th Floor
                                                      New York, NY 10007
                                                      Telephone: (212) 417-3700
                                                      Fax: (212) 417-3891

                                                      *Attorneys for Masayo Richardson*

1