UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK

RECEIVED
AUG 26 2013
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| Residential Capital, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, et al. AND THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

**NOTICE IS HEREBY GIVEN** of the withdrawal of objection by claimant Mary McDonald, as Representative of the Estate of Anthony McDonald and individually, to Debtor's Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors (the "Disclosure").

Brian Powers of Silverman Acampora, LLP, initiated telephonic communication with undersigned counsel and advised that Mrs. McDonald need not object to the Disclosure to preserve her right to seek liquidation of her claim in the Middle District of Florida. As such, Mrs. McDonald withdraws her objection without waiver of such rights.

Dated: August 21, 2013.

Respectfully submitted,

**McIntyre, Panzarella, Thanasides,
Bringgold, & Todd, P.A.**
*Attorneys For Mary B. McDonald*
201 E. Kennedy Blvd., Suite 1000
Tampa, FL 33602
Telephone: 813-899-6059
Facsimile: 813-899-6069

*/s/ John R. Hightower, Jr.*
John R. Hightower, Jr.
Florida Bar No. 007478