hightower@mcintyrefirm.com  
Richard J. McIntyre  
Florida Bar No. 0962708  
rich@mcintyrefirm.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of August, 2013, the foregoing Notice of Withdrawal of Objection to Debtors Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors was served via electronic mail or U. S. Mail, postage prepaid to:

lewis.kruger@gmacrescap.com; glee@mofo.com; lmarinuzzi@mofo.com; tgoren@mofo.com; keckstein@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com; Brian.Masumoto@usdoj.gov

United States Bankruptcy Court  
Southern District of New York  
Attn: Clerk of Court  
One Bowling Green  
New York, NY 10004-1408

United States Trustee  
Office of the United States Trustee  
U.S. Federal Office Building  
201 Varick Street, Room 1006  
New York, NY 10004

/s/ <i>John R. Hightower, Jr.</i>  
Attorney