Form **4506T-EZ** | **Short Form Request for Individual Tax Return Transcript** | OMB No. 1545-2154

(Rev. January 2010)

Department of the Treasury
Internal Revenue Service

► **Request may not be processed if the form is incomplete or illegible.**

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b First social security number on tax return** |
|---|---|
| **George Davis** | |

| **2a** If a joint return, enter spouse's name shown on tax return. | **2b Second social security number if joint tax return** |
|---|---|

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

**4** Previous address shown on the last return filed if different from line 3

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name | Telephone number |
|---|---|
| Credit Lenders SVC Agency, 9000 Commerce Pkwy, Ste. A, Mt. Laurel, NJ 08054 | |

Address (including apt., room, or suite no.), city, state, and ZIP code

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

_____   _____   _____   _____   _____

**Caution.** If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** husband or wife must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of signature date.*

| | Telephone number of taxpayer on line 1a or 2a |
|---|---|

**Sign Here**

► Signature (see instructions)        Date **3/7/12**

► Spouse's signature        Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.        Cat. No. 54185S        Form **4506T-EZ** (Rev. 01-2010)

Sign here ↑

REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) U909     COMPLETE ALL THREE PAGES OF THIS FORM

### ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

| | |
|---|---|
| _____ | 03/02/2012 |
| Borrower Signature | Date |
| | |
| _____ | _____ |
| Co-Borrower Signature | Date |

*Sign here*

NOTICE TO BORROWERS

...ny documents and information you submit to your servicer in connection with the Making ...statement of material fact made in the completion of these documents including but not ... hardship circumstances, and/or income, expenses, or assets will subject you to potential ... perjury, false statements, mail fraud, and wire fraud. The information contained in these ...tial misrepresentation will be referred to the appropriate law ...ling this document you certify, represent and agree that: ...provided to Lender in connection with the Making Home ...egarding my eligibility for the program, are true and correct."

...epresentations affiliated with the Troubled Asset Relief Program, ...please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA), page 2 | COMPLETE ALL THREE PAGES OF THIS FORM

## INCOME/EXPENSES FOR HOUSEHOLD[1]

Number of People in Household: 2

| Monthly Household Income | | Monthly Household Expenses/Debt | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $ 0.00 | First Mortgage Payment | $ 2,248.31 | Checking Account(s) | $ 35.00 |
| Overtime | $ | Second Mortgage Payment | $ 0.00 | Checking Account(s) | $ |
| Child Support / Alimony / Separation[2] | $ 0.00 | Insurance | $ 385.67 | Savings/ Money Market | $ 0.00 |
| Social Security/SSDI | $ 2,069.70 | Property Taxes | $ 333.00 | CDs | $ 0.00 |
| Other monthly income from pensions, annuities or retirement plans | $ 0.00 | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ 0.00 | Stocks / Bonds | $ 0.00 |
| Tips, commissions, bonus and self-employed income | $ 0.00 | Alimony, child support payments | $ 0.00 | Other Cash on Hand | $ 0.00 |
| Rents Received | $ 0.00 | Net Rental Expenses | $ 0.00 | Other Real Estate (estimated value) | $ 0.00 |
| Unemployment Income | $ 0.00 | HOA/Condo Fees/Property Maintenance | $ 0.00 | Other _____ | $ 0.00 |
| Food Stamps/Welfare | $ 0.00 | Car Payments | $ 550.00 | Other _____ | $ 0.00 |
| Other (investment income, royalties, interest, dividends etc.) | $ 0.00 | Other _____ | $ 5,165.20 | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| Total (Gross Income) | $ 2,069.70 | Total Debt/Expenses | $ 8,682.18 | Total Assets | $ 35.00 |

## INCOME MUST BE DOCUMENTED

[1]Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using the back of this form if necessary.

[2]You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | I do not wish to furnish this information | CO-BORROWER | ✓ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino <br> ✓ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino <br> ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native <br> ☐ Asian <br> ☐ Black or African American <br> ☐ Native Hawaiian or Other Pacific Islander <br> ✓ White | Race: | ☐ American Indian or Alaska Native <br> ☐ Asian <br> ☐ Black or African American <br> ☐ Native Hawaiian or Other Pacific Islander <br> ☐ White |
| Sex: | ☐ Female <br> ✓ Male | Sex: | ☐ Female <br> ☐ Male |

## To be completed by interviewer

Name/Address of Interviewer's Employer

| This request was taken by: | Interviewer's Name (print or type) & ID Number | Novadebt |
|---|---|---|
| ☐ Face-to-face interview | Georgene DeAndrea | 225 Willowbrook Road |
| ☐ Mail | Interviewer's Signature          Date | |
| ☐ Telephone | | |
| X Internet | Interviewer's Phone Number (include area code) <br> (866) 472-4557 | Freehold                    NJ 07728 |



**THE NEW JERSEY HOME KEEPER PROGRAM**

www.nj    keeper.com

## HOUSING COUNSELING AGENCY

## AUTHORIZATION FOR RELEASE OF INFORMATION

**Housing Counseling Agency:** Novadebt

**Agency Address:** 225 Willowbrook Road          Freehold          ,NJ 07728

### CONSENT

I/we authorize that the Housing Counseling Agency (hereinafter "Housing Counseling Agency") named above and its representatives to speak with the New Jersey Housing and Mortgage Finance Agency and my/our lender and whomever has servicing responsibilities for my/our loan and to provide to such parties documentation on my/our behalf regarding my/our loan application for assistance from the New Jersey Housing and Mortgage Finance Agency.

I/we also authorize the lender and/or servicer handling my/our loan to discuss my/our loan with Housing Counseling Agency, including notification of loan modification status or future default or delinquency.

Housing Counseling Agency agrees to maintain the confidentiality of homeowner(s) information; however, I/we also authorize Housing Counseling Agency and/or lender and/or servicer handling my/our loan to submit my/our personal information to the entities funding this program or their agents for the exclusive purposes of program evaluation and monitoring.

I/we further authorize Housing Counseling Agency and/or lender and/or servicer handling my/our loan to access my/our credit report file(s) for debt/expense verification in conjunction with my/our foreclosure counseling or qualification for assistance through the New Jersey Housing and Mortgage Finance Agency.

### SIGNATURES OF HOMEOWNER, CO-OWNER(S), SPOUSE OR CIVIL UNION PARTNER:

|  | George Davis |  | 03/02/2012 |
|---|---|---|---|
| **HOMEOWNER SIGNATURE** | **HOMEOWNER NAME (print)** | **SOCIAL SECURITY #** | **Date** |
|  |  |  |  |
| **CO-OWNER SIGNATURE** | **CO-OWNER NAME (print)** | **SOCIAL SECURITY #** | **Date** |
|  |  |  |  |
| **CO-OWNER SIGNATURE** | **CO-OWNER NAME (print)** | **SOCIAL SECURITY #** | **Date** |
|  | Alicia Davis |  |  |
| **SPOUSE OR CIVIL UNION PARTNER**<br>**(if not a co-owner)** | **NAME (print)** | **SOCIAL SECURITY #** | **Date** |

here



THE NEW JERSEY
HOME
KEEPER
PROGRAM
www.nj___keeper.com

# NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY

## PRIVACY POLICY

The New Jersey Housing and Mortgage Finance Agency is committed to assuring the privacy of individuals and/or families who have contacted us for assistance. We realize that the concerns you bring to us are highly personal in nature. We assure you that all information shared both orally and in writing will be managed within legal and ethical considerations. Your "nonpublic personal information," such as your total debt information, income, living expenses and personal information concerning your financial circumstances, will be provided to creditors, program monitors, and others only with your authorization and signature on the Authorization for Release of Information. We may also use anonymous aggregated case file information for the purpose of evaluating our services, gathering valuable research information and designing future programs.

**Types of information that we gather about you**

- Information that we receive from you orally, on applications or other forms, such as your name, address, social security number, assets and income;

- Information about your transactions with us, your creditors, or others, such as your account balance, payment history, parties to transactions and credit card usage; and

- Information we receive from a credit reporting agency, such as your credit history.

**Release of your information to third parties**

- We may disclose some or all of the information that we collect, as described above, to your creditors or third parties where we have determined that it would be helpful to you, would aid us in counseling you, or is a requirement of the federal assistance funding this program.

- We may also discuss any nonpublic information about you or former customers to anyone as required by law (e.g. if we are compelled by legal process).

- Within the organization, we restrict access to nonpublic personal information about you to those employees who need to know that information to provide services to you. We maintain physical, electronic and procedural safeguards that comply with federal and state regulations to guard your nonpublic personal information.

**SIGNATURES OF HOMEOWNER, CO-OWNER(S), SPOUSE OR CIVIL UNION PARTNER:**

| | | |
|---|---|---|
| _(signature)_ | George Davis | 03/02/2012 |
| **HOMEOWNER SIGNATURE** | **HOMEOWNER NAME (print)** | **Date** |
| | | |
| **CO-OWNER SIGNATURE** | **CO-OWNER NAME (print)** | **Date** |
| | | |
| **CO-OWNER SIGNATURE** | **CO-OWNER NAME (print)** | **Date** |
| | Alicia Davis | 03/02/2012 |
| **SPOUSE OR CIVIL UNION PARTNER** (if not a co-owner) | **NAME (print)** | **Date** |

_here  sp_



## HARDSHIP AFFIDAVIT
### New Jersey Housing and Mortgage Finance Agency

Homeowner's Name (first, middle, last): _____ George Davis _____

Date of Birth: _____ 8/5/1941 _____

PROPERTY STREET ADDRESS: 52 Poor Farm Road _____

PROPERTY CITY: Pennington _____ STATE: NJ  ZIP: 08534 _____

Co-Owner Name: _____

Date of Birth: _____

Co-Owner Name: _____

Date of Birth: _____

Spouse or Civil Union Partner (if not co-owner): _____

Date of Birth: _____

**This is to attest that one of the following hardships explains the reason I/we have applied for mortgage loan assistance from the New Jersey Housing and Mortgage Finance Agency:**

Household income has been reduced or lost.  For example:  unemployment, underemployment, reduced job hours, reduced pay or a decline in self-employed business earnings.  Details are provided under "Hardship Explanation."    Check the applicable answer:    ☒ Yes    ☐ No

OR

There are other reasons I/we cannot make our mortgage payments.  Details are provided below under "Hardship Explanation."    Check the applicable answer:    ☐ Yes    ☐ No

**Acknowledgements:**

1.    Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to apply for mortgage loan assistance and/or to modify the terms of my/our mortgage loan.

2.    I/we understand and acknowledge that the New Jersey Housing and Mortgage Finance Agency and/or its agents may investigate the accuracy of my/our statements, may require

me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal or state law.

3. I/we certify that I/we have not been convicted within the last ten (10) years of any of the following in connection with a mortgage or real estate transaction: (a) felony larceny, theft, fraud or forgery; (b) money laundering; or (c) tax evasion. This information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203).

4. I/we understand New Jersey Housing and Mortgage Finance Agency and/or its agents will pull a current credit report on all applicants for assistance.

5. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any facts in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, I may not qualify for assistance from the New Jersey Housing and Mortgage Finance Agency.

6. I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.

7. I/we certify that I/we am/are willing to provide all requested documents and to respond to all communication in a timely manner. I/we understand that time is of the essence.

8. I/we understand that the New Jersey Housing and Mortgage Finance Agency and/or its agents will use this information to evaluate my/our eligibility for assistance, but the New Jersey Housing and Mortgage Finance Agency and its agents are not obligated to offer me/us assistance based solely on the representations in this affidavit.

9. I/we authorize and consent to the New Jersey Housing and Mortgage Finance Agency and/or its agents disclosing to the U.S. Department of Treasury or other government agency, Fannie Mae and/or Freddie Mac information provided by me/us or retained by the New Jersey Housing and Mortgage Finance Agency and/or its agents in connection with my/our mortgage loan assistance application/file.

10. In making this certification, I/we certify under penalty of perjury that all of the information in this document is truthful and that I/we understand that the loan servicer, the New Jersey Housing and Mortgage Finance Agency, the State of New Jersey, the U.S. Department of Treasury, or their agents, may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm the information I have provided in my application and to confirm the statements I/we have attested to in this affidavit. I/we also understand that knowingly submitting false information may violate Federal law..

| | | |
|---|---|---|
| | George Davis | 03/02/2012 |
| HOMEOWNER SIGNATURE | HOMEOWNER NAME (print) | Date |
| | | |
| CO-OWNER SIGNATURE | CO-OWNER NAME (print) | Date |
| | | |
| CO-OWNER SIGNATURE | CO-OWNER NAME (print) | Date |
| | Alicia Davis | 03/02/2012 |
| SPOUSE OR CIVIL UNION PARTNER (if not a co-owner) | NAME (print) | Date |

Sign here →

.ANATION (previously prepared Hardship Letter)

**HARDSHIP EXPLANATION:**

To whom it may concern,

I am writing this letter to explain my unfortunate set of circumstances that have caused us to seek your help with our mortgage. We have done everything in our power to make ends meet but unfortunately we have fallen short and would like you to consider working with us to modify our loan. Our number one goal is to keep our home and we would really appreciate the opportunity to do that.

The main reason that caused us to seek your help isour overall income has decreased as a direct result of a recent loss of employment-related income and we are having difficulty affording the current payment.

We sincerely seek your assistance in reducing our payment, relieving our past due balance, a reduction in principal balance, or defer some payments in order to maintain good standing with you again.  We greatly appreciate any help you may be able to provide.

Sincerely,

| | | |
|---|---|---|
| _(signature)_ | George Davis | 03/02/2012 |
| **HOMEOWNER SIGNATURE** | **HOMEOWNER NAME (print)** | **Date** |
| | | |
| **CO-OWNER SIGNATURE** | **CO-OWNER NAME (print)** | **Date** |
| | | |
| **CO-OWNER SIGNATURE** | **CO-OWNER NAME (print)** | **Date** |
| | Alicia Davis | 03/02/2012 |
| **SPOUSE OR CIVIL UNION PARTNER** | **NAME (print)** | **Date** |
| **(if not a co-owner)** | | |

Sign here ↗



**A Garden State Consumer Credit Counseling Organization**

## DISCLOSURE STATEMENT OF HOUSING COUNSELING SERVICES
## AND FINANCIAL RELATIONSHIPS

Novadebt, a Garden State Consumer Credit Counseling Organization, is a 501 (c) (3) nonprofit, financial management service agency. Nationally, we provide a wide range of services including six core services which include Budget Counseling, Financial Education, Debt Management Program, Personal Financial Program, Bankruptcy Pre-petition Counseling (including Pre-discharge Education) and Housing Counseling including Pre-purchase/Homebuyer Education, Default/Foreclosure Prevention and Reverse Mortgage counseling.

Novadebt staff is departmentalized according to the type of counseling provided. As such, counselors who provide housing counseling do not provide Debt Management counseling nor do they provide Bankruptcy counseling and education.

Our housing counseling services are paid for by donations and fees from various sources, including mortgage lenders, servicers, government agencies and other non-profit organizations. We are a neutral third party providing housing counseling services and have built alliances with other organizations in order to provide extended resources to those whom we counsel. They include:

- Homeownership Preservation Foundation
- NeighborWorks America
- Freddie Mac, Fannie Mae, and other Mortgage Investors
- Mortgage Servicers
- U.S. Department of Housing and Urban Development
- New Jersey Department of Banking and Insurance
- New Jersey Housing and Mortgage Finance Agency
- Texas Foreclosure Prevention Task Force
- Texas State Affordable Housing Corporation
- Rural Community Assistance Corporation
- California Housing Finance Agency

Novadebt's primary focus is to ensure the consistent delivery of high quality services to our clients. The above noted alliances aid us in this effort. You are not obligated to receive any other services offered by our organization or our partners.

Your signature below represents your acknowledgment of receipt and acceptance of Novadebt's Disclosure Statement.

Name: _____

Date: _____          Sign here 9

a Email

225 Willowbrook Road
Freehold, New Jersey 07728
                          HOU-HC

3ILLS
9-6284
debt.org

GMAC Mortgage, LLC ("GMACM") Account Number: 601741467
Green Tree Servicing LLC ("Green Tree") New Account Number: 622569895

Dear George Davis:

**Welcome to Green Tree.** The servicing of your mortgage loan – that is, the right to collect loan payments from you - is being transferred from GMACM to Green Tree effective February 1, 2013. The servicing transfer does not affect any terms or condition of your current mortgage loan, other than the terms directly related to the servicing of your loan. You can mail your payments directly to Green Tree at the following address: **Green Tree Servicing LLC, PO Box 94710, Palatine, IL 60094 - 4710.**

Green Tree will begin posting payments to your account on or about February 14, 2013. If your payment was received by Green Tree or GMACM prior to the posting date, we will apply your payment as of the day that it was received and no late fee will be assessed to your account.*

You should be receiving your first statement from Green Tree by mail the week of February 18, 2013. If you have any questions about the transfer of your mortgage loan servicing to Green Tree, we encourage you to visit:

## www.gtservicing.com/welcome

There you can register to securely access your account online, make a payment, establish a recurring electronic mortgage loan payment and obtain answers to frequently asked questions.

We are pleased to have you as a new customer. The following pages include more detailed information about our services, including details about payoff requests, and insurance loss payee information. Please keep this documentation for future reference. Should you ever need additional account information, please visit our website at GTServicing.com, or contact customer service toll-free at 1-800-643-0202, or write to Green Tree Customer Service, PO Box 6172, Rapid City, SD 57709-6172.

At Green Tree, we build relationships that work and we look forward to providing you with quality service for years to come.

Respectfully,


Green Tree
New Servicer Effective 2-1-2013


This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.


* Please note: If you participate in Automatic Clearing House payments (also known as Auto Pay), this program will continue without interruption. If you were previously using GMACM website to schedule your on-line payments this program will cancel as of February 1, 2013. You can easily make an electronic payment or reestablish a recurring automatic loan payment on our website: GTServicing.com.

---

relationships that work

,reen tree

**-Please make checks payable to Green Tree-**
ACCOUNT NUMBER 622569895
Receipt of a personal check is authorization to collect payment electronically.

TOTAL ENCLOSED $ [   ] , [   ] . [   ]
Enter total amount of payment enclosed

orge Davis
Poor Farm Road
nington NJ 08534-3801

GREEN TREE
PO BOX 94710
PALATINE IL 60094-4710

Copy of Check
received to
Green Tree, was
returned David W.
said all or nothing.

1077

**CHARLES F. HARRIS**
**ATTORNEY TRUST ACCOUNT**
41 LEXINGTON DRIVE
PENNINGTON, NJ  08534

55-2-212

DATE 2/21/2013

PAY TO THE ORDER OF  Green Tree                                    $ 2,248.31

Two thousand Two Hundred Forty Eight + 31/100                    DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR  Acct no : 622569895 (Davis)

⑆0000 1077⑆ ⑈0 84 2000 25⑈ 20000 180 9744 3⑆

Sincerely,

Green Tree
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST

This communication is from a debt collector.  It is an attempt to collect a debt, and any information obtained will be used for that purpose.



Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

+ 0440982 000004981 096C51 - 0925864
GEORGE DAVIS
52 POOR FARM RD
PENNINGTON NJ 08534-3801



Green Tree Servicing LLC
PO BOX 6172
Rapid City, SD 57709-6172

relationships that work

# green tree

+ 0416211 000013905 096005 0061331 SP0C
GEORGE DAVIS
52 POOR FARM RD
PENNINGTON NJ 08534-3801

2/10/2013

Re: Green Tree Servicing LLC* ("Green Tree")
   Account Number:        622569895
   Property Address:       52 POOR FARM RD
                          PENNINGTON NJ  08534

Dear George Davis:

Green Tree would like to notify you of your assigned account representative, effective 2/10/2013. If you have any questions concerning your account, please contact your account representative Emily C. at 800-643-0202, extension 66163.

You may also view your account information at www.gtservicing.com. If you have any questions regarding this letter, please call or write to the above-referenced phone number and address.

We look forward to continuing to serve you.

Sincerely,

Green Tree

* Green Tree Servicing LLC and related entities, including, for certain accounts, in Pennsylvania, Green Tree Consumer Discount Company.

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

*GMAC*

*New mortgage Company that would not talk to us wants all the money and only will take with a lawyer.*

Single Point of Contact Notification Letter, 07/12/2011                    LTR-025

SC0025-00D



| | |
|---|---|
| Principal Balance: | |
| Current Interest Rate: | 6.875% |
| Monthly Payment Amount[1]: | $2,248.31 |
| Principal Payment Amount: | $532.25 |
| Interest Payment Amount: | $1,716.06 |
| Escrow Balance: | $.00 |
| Escrow Payment Amount: | $.00 |
| Payment Due: | 11/01/2010 |

Interest Calculation method is Scheduled Interest Calculation. [1]Please refer to your billing statement for any future possible changes to this payment amount.

Your new servicer will be Green Tree. The business address for your new servicer is: PO Box 6172, Rapid City, SD 57709-6172. To ensure timely posting of your payments, please send payments to the address indicated below.

If you have any questions relating to the transfer of servicing to your new servicer, call Customer Service toll free at 1-800-643-0202 between 7:00 a.m. and 8:00 p.m. CST, Monday through Friday or between 7:00 a.m. and 1:00 p.m. CST, on Saturday.

The date that your present servicer will stop accepting payments from you is January 31, 2013. The date that your new servicer will start accepting payments from you is February 1, 2013. **SEND ALL PAYMENTS DUE ON OR AFTER FEBRUARY 1, 2013 TO YOUR NEW SERVICER:**

<div align="center">

**Green Tree Servicing LLC**
**PO Box 94710**
**Palatine, IL 60094 - 4710**

</div>

The transfer of servicing will affect the terms of or the continued availability of any other mortage life or disability insurance or other types of optional insurance products or optional products. You will need to contact the company directly for continued coverage or enrollment.

---

### NOTICE ABOUT YOUR RIGHTS

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act ("RESPA") (12 U.S.C. §2605):

During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your present servicer before its due date may not be treated by your new servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. §2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan to your new servicer, it must be sent to this address: Green Tree, PO Box 6176, Rapid City, SD 57709-6176.

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60 Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

---

As your future servicer, we at Green Tree look forward to serving you.

**Defaulted Account Notice: If your account was in default at the time servicing rights were transferred to Green Tree, please note that this is an attempt to collect a debt and any information obtained may be used for that purpose.**

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

Green Tree Servicing LLC
PO BOX 6172
Rapid City, SD 57709-6172

relationships that work

# green tree

+ 0420650 000000268 096005 0061331 SP0C
GEORGE DAVIS
52 POOR FARM RD
PENNINGTON NJ 08534-3801

3/13/2013

Re: Green Tree Servicing LLC* ("Green Tree")
   Account Number:    622569895
   Property Address:    52 POOR FARM RD
                PENNINGTON NJ 08534

Dear George Davis:

Green Tree would like to notify you of your assigned account representative, effective 3/13/2013. If you have any questions concerning your account, please contact your account representative David W. at 800-643-0202, extension 66164.

You may also view your account information at www.gtservicing.com. If you have any questions regarding this letter, please call or write to the above-referenced phone number and address.

We look forward to continuing to serve you.

Sincerely,

*Note: Called spoke to David W.*
*Re said pay all or nothing and wanted*

Green Tree   *to speak to our lawyer only.*

* Green Tree Servicing LLC and related entities, including, for certain accounts, in Pennsylvania, Green Tree Consumer Discount Company.

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

Single Point of Contact Notification Letter, 07/12/2011        LTR-025

i-00D

# Phelan Hallinan & Schmieg, PC

400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Fax: 856-813-5508
Nicole.Duffy@fedphe.com

Representing Lenders in
Pennsylvania and New Jersey

January 9, 2012                    **Reinstatement Quote**

GEORGE DAVIS
52 POOR FARM ROAD
PENNINGTON, NEW JERSEY 08534-3801

Re:    Phelan Hallinan & Schmieg, P.C. File No.: GMAC-9550
       Loan Number: 0601741467
       Mortgagor: GEORGE DAVIS
       Property: 52 POOR FARM ROAD PENNINGTON NEW JERSEY 08534-3801

Dear Mortgagor:

This letter is in response to your request for a reinstatement amount. As of January 9, 2012 the reinstatement amount owed is $48,615.06. However, the amount that you owe, including but not limited to legal fees and costs and/or escrow advances, may increase between the date of this letter and the date that you reinstate your loan. This is because additional steps may occur in the foreclosure process and additional amounts may become due. If you have previously received a discharge in a Chapter 7 bankruptcy, this correspondence is not, and should not be construed to be, an attempt to collect a debt from you personally, but is only being provided for informational purposes pursuant to a request made by you or your agent to better benefit you.

It is our understanding that you intend to reinstate the loan at a future date. If you pay by 1/23/12, we estimate that the reinstatement amount will be as follows:

| | |
|---|---:|
| Monthly Payments Due (including payment due on 1/1/12) | $ 46,079.45 |
| Late Charges | $ 2,360.61 |
| Escrow Balance | $ 0.00 |
| Property Inspections/BPO | $ 175.00 |
| Legal Fees and Costs through January 9, 2012 | $ 0.00 |
| Unapplied Credit | $ 0.00 |
| Total Estimated Reinstatement Amount Due as of 1/23/12 | $ 48,615.06 |

Please note that this estimated reinstatement quote expires on 1/23/12.

If you want to reinstate your loan after 1/23/12, you must contact us for a new reinstatement amount. **Please be advised that the reinstatement amount is subject to final verification.**

**If you are moving or no longer live at the property, please provide us with a forwarding address should further correspondence become necessary.**

There may be other options available to help you avoid foreclosure. You may contact your servicer or lender to discuss these options.

**We will not accept personal checks.** Please make your attorney trust check, title company check, certified check, bank order or money order payable to **Phelan Hallinan & Schmieg, P.C. and mail or deliver the check directly to Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054, attention Reinstatement and Payoffs, so that we receive it no later then 5:00 PM on 1/23/12.**
**\*\*\*If you intend to deliver payment in person, please call to schedule an appointment\*\*\***

Very truly yours,
Phelan Hallinan & Schmieg, PC
Nicole Duffy

PLEASE BE ADVISED THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Green Tree Servicing LLC
PO BOX 6172
Rapid City, SD 57709-6172

relationships that work
# green tree

+ 0434664 000000160 096005 0061331 SPOC
**GEORGE DAVIS**
**52 POOR FARM RD**
**PENNINGTON NJ 08534-3801**

6/22/2013

Re:  Green Tree Servicing LLC*  ("Green Tree")
    Account Number:           622569895
    Property Address:        52 POOR FARM RD
                           PENNINGTON NJ  08534

Dear George Davis:

Green Tree would like to notify you of your assigned account representative, effective  6/22/2013.  If you have any questions concerning your account, please contact your account representative Christina J. at 800-643-0202, extension 66137.

You may also view your account information at www.gtservicing.com.  If you have any questions regarding this letter, please call or write to the above-referenced phone number and address.

We look forward to continuing to serve you.

Sincerely,

Green Tree



* Green Tree Servicing LLC and related entities, including, for certain accounts, in Pennsylvania, Green Tree Consumer Discount Company.

This communication is from a debt collector.  It is an attempt to collect a debt, and any information obtained will be used for that purpose.

Single Point of Contact Notification Letter, 07/12/2011            LTR-025

SC0025-00D

Green Tree Servicing LLC
PO BOX 6172
Rapid City, SD 57709-6172

relationships that work

# green tree

+ 0435862 000002865 096005 0061331 SPOC
GEORGE DAVIS
52 POOR FARM RD
PENNINGTON NJ 08534-3801

7/03/2013

Re:  Green Tree Servicing LLC*  ("Green Tree")
    Account Number:     622569895
    Property Address:     52 POOR FARM RD
                         PENNINGTON NJ  08534



Dear George Davis:

Green Tree would like to notify you of your assigned account representative, effective  7/03/2013.  If you have any questions concerning your account, please contact your account representative Sierra J. at 800-643-0202, extension 66141.

You may also view your account information at www.gtservicing.com.  If you have any questions regarding this letter, please call or write to the above-referenced phone number and address.

We look forward to continuing to serve you.

Sincerely,


Green Tree


* Green Tree Servicing LLC and related entities, including, for certain accounts, in Pennsylvania, Green Tree Consumer Discount Company.


This communication is from a debt collector.  It is an attempt to collect a debt, and any information obtained will be used for that purpose.

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/01/10            Notice of Intention to Foreclose
                        125083-018432

GEORGE DAVIS
52 POOR FARM ROAD

PENNINGTON            NJ 08534



RE:   Account Number   0601741467
      Property Address  52 POOR FARM ROAD

                       PENNINGTON NJ 08534

Dear GEORGE DAVIS

As you are aware, GMAC Mortgage, LLC                holds a
mortgage on:
52 POOR FARM ROAD

PENNINGTON NJ 08534
in the original amount of $    375000.00.

Your mortgage payments are past due for 12/01/09 through 02/01/10
payments, which puts you in default of your loan agreement.  As
of 02/01/10, you owe the following:

    Payments ....................... $      6744.93
    Accrued late charges ........... $       337.23
    All other fees accrued to date ... $     150.00
    Suspense ....................... $         0.00
    Total Due ...................... $      7232.16

You may cure your default by paying the aforesaid amount plus
any additional monthly payments and late charges which fall due
during this period, by bank check or certified funds so it is
received on or before 03/01/10 at
GMAC Mortgage, LLC
PO Box 780

Waterloo            IA 50704-0780.


                                    (continued on back)

relationships that work

# green tree

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Date of Notice: August 08, 2013

GEORGE DAVIS
52 POOR FARM RD
PENNINGTON NJ 08534-3801

*Received August 17, 2013*

Re: Green Tree Servicing LLC ("Green Tree")
    Account Number:    622569895
    Property Address:    52 POOR FARM RD
                       PENNINGTON, NJ  08534



Dear GEORGE DAVIS:

Green Tree has not received a response from you regarding your opportunities for loss mitigation assistance. Our goal is to ensure that you have every opportunity to retain your home.  However, in order for us to get started, we need additional information from you.

As of the date of this letter, we have undertaken the following loss mitigation efforts prior to foreclosure:

    Home Affordable Modification Program

If your situation was caused by circumstances beyond your control which created a financial hardship, there may be alternatives available to you.  Please contact us immediately to determine your eligibility for one of the following programs:

- Home Affordable Modification
- Forbearance
- Green Tree Account Workout
- Short Sale
- Deed-in-Lieu of Foreclosure.

The modification may involve some or all of the following changes to your mortgage account:

- Bringing your account current
- Reducing the interest rate on your account
- Extending the term of the account, and/or
- Delaying your repayment of a portion of the mortgage principal until the end of the account term.

You should have already received in the mail a form outlining the necessary documentation required to start the loss mitigation assistance process.  Please gather all financial information related to your monthly income and expenses, and mail or fax the completed package and proof of income to:

                Green Tree Servicing LLC
          Attention: Loss Mitigation,T214
              7360 S. Kyrene Road
                 Tempe, AZ 85283
             Fax: (480) 383-0539

If you need an additional form required to complete the package, or if you have any other questions, please contact us at 1-800-643-0202, Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST.

Sincerely,

Green Tree
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.



Green Tree Servicing LLC
P.O. Box 6172
Rapid City. SD 57709-6172

+ 0440982 000004981 096C51 - 0925864
GEORGE DAVIS
52 POOR FARM RD
PENNINGTON NJ 08534-3801



UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF DISCLOSURE STATEMENT HEARING

**TO:    ALL KNOWN CREDITORS OF THE DEBTORS AND OTHER PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    On July 3, 2013, Residential Capital, LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors therefor (the "**Committee**," and with the Debtors, the "**Plan Proponents**") filed the *Disclosure Statement for the Debtors' Joint Chapter 11 Plan Proposed By Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* (as may be amended, modified or supplemented, the "**Disclosure Statement**") [Docket No. 4157] with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Plan Proponents submitted the Disclosure Statement pursuant to section 1125 of the Bankruptcy Code for use in the solicitation of votes on the *Joint Chapter 11 Plan of Reorganization Proposed By Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* (as may be amended, modified or supplemented, including the Plan Supplement and all other exhibits and schedules, the "**Plan**") [Docket No. 4153], a copy of which was filed with the Bankruptcy Court on July 3, 2013. The Plan Proponents expect to file an amended Plan and Disclosure Statement prior to the Disclosure Statement Hearing (as defined below) and reserve the right to amend, supplement, or modify such documents further. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan or Disclosure Statement, as the context so requires.

2.    A hearing currently is scheduled before the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, for **10:00 a.m. (ET) on August 21, 2013** (the "**Disclosure Statement Hearing**") at the Bankruptcy Court, One Bowling Green, New York, NY 10004 to consider the entry of an order approving, among other things, (a) the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (b) procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan; (c) the form of ballots, notices, and certain other documents to be distributed in connection with the solicitation of the Plan; (d) the deadlines contained in the solicitation and confirmation procedures; and (e) the procedures for notice of the confirmation hearing and filing objections to confirmation of the Plan. The specific courtroom where the Disclosure Statement Hearing will take place will be disclosed prior to the Disclosure Statement Hearing and will be posted on the Debtors' bankruptcy website at www.kccllc.net/rescap and on the Bankruptcy Court's docket.

> **PLEASE BE ADVISED THAT THE DISCLOSURE STATEMENT HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE PLAN PROPONENTS WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT.**

3.    Copies of the Disclosure Statement and Plan may be obtained (i) from Kurtzman Carson Consultants, LLC (a) at www.kccllc.net/rescap, by clicking on the "Court Documents" link, (b) upon request by mail to ResCap Balloting Center, c/o, KCC, 2335 Alaska Ave., El Segundo, California, 90245, or (c) upon request by calling the Debtors' restructuring hotline at (888) 251-2914 or (ii) for a fee via PACER at www.nysb.uscourts.gov (a PACER login and password are required to access documents on the Court's website and can be obtained through the PACER Service

Center at www.pacer.psc.uscourts.gov). Copies of the Disclosure Statement and Plan may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004.

    4.   **INJUNCTIONS, RELEASES, AND EXCULPATION**. The Plan contains certain injunction, release, and exculpation provisions, including **third party releases**, that are subject to approval by the Bankruptcy Court and may be found at Article IX of the Plan and Article V of the Disclosure Statement.

> ARTICLE IX OF THE PLAN CONTAINS RELEASE, EXCULPATION,
> AND INJUNCTION PROVISIONS, AND **ARTICLE IX CONTAINS A THIRD
> PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY
> BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

    5.   **THIRD PARTY RELEASES**. Article IX of the Plan provides for the following Third Party Release:

    **ON AND AS OF THE EFFECTIVE DATE OF THE PLAN, THE HOLDERS OF CLAIMS AND EQUITY INTERESTS SHALL BE DEEMED TO PROVIDE A FULL AND COMPLETE DISCHARGE AND RELEASE TO THE ALLY RELEASED PARTIES AND THEIR RESPECTIVE PROPERTY FROM ANY AND ALL CAUSES OF ACTION WHATSOEVER, WHETHER KNOWN OR UNKNOWN, ASSERTED OR UNASSERTED, DERIVATIVE OR DIRECT, FORESEEN OR UNFORESEEN, EXISTING OR HEREINAFTER ARISING, IN LAW, EQUITY, OR OTHERWISE, WHETHER FOR TORT, FRAUD, CONTRACT, VIOLATIONS OF FEDERAL OR STATE SECURITIES LAWS, VEIL PIERCING OR ALTER-EGO THEORIES OR LIABILITY, OR OTHERWISE, ARISING FROM OR RELATED IN ANY WAY TO THE DEBTORS, INCLUDING THOSE IN ANY WAY RELATED TO RMBS ISSUED AND/OR SOLD BY THE DEBTORS OR THEIR AFFILIATES AND/OR THE CHAPTER 11 CASES OR THE PLAN, AND ANY OBLIGATIONS UNDER THE DOJ/AG SETTLEMENT, THE CONSENT ORDER, AND THE ORDER OF ASSESSMENT.**

    **ENTRY OF THE CONFIRMATION ORDER SHALL CONSTITUTE THE BANKRUPTCY COURT'S APPROVAL, UNDER SECTION 1123 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, OF THE THIRD PARTY RELEASE, AND FURTHER, SHALL CONSTITUTE THE BANKRUPTCY COURT'S FINDING THAT THIS THIRD PARTY RELEASE IS: (1) IN EXCHANGE FOR THE GOOD, VALUABLE AND SUBSTANTIAL CONSIDERATION PROVIDED BY THE ALLY RELEASED PARTIES; (2) IN THE BEST INTERESTS OF THE DEBTORS, THE ESTATES, THE LIQUIDATING TRUST AND ALL HOLDERS OF CLAIMS AND EQUITY INTERESTS; (3) FAIR, EQUITABLE AND REASONABLE; (4) GIVEN AND MADE AFTER DUE NOTICE AND OPPORTUNITY FOR A HEARING; (5) JUSTIFIED BY TRULY UNUSUAL CIRCUMSTANCES; (6) AN ESSENTIAL COMPONENT AND CRITICAL TO THE SUCCESS OF THE PLAN; (7) RESULTED IN DISTRIBUTIONS TO THE CREDITORS THAT WOULD OTHERWISE HAVE BEEN UNAVAILABLE; (8) THE RESULT OF AN IDENTITY OF INTEREST BETWEEN THE DEBTORS AND THE ALLY RELEASED PARTIES REGARDING THE PLAN; AND (9) A BAR TO ANY PARTY ASSERTING A CLAIM OR CAUSE OF ACTION RELEASED PURSUANT TO THIS THIRD PARTY RELEASE AGAINST ANY OF THE ALLY RELEASED PARTIES.**

    **NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, THE THIRD PARTY RELEASE SHALL NOT APPLY TO ANY CLAIMS HELD BY (I) THE FDIC, IN ITS CAPACITY AS A RECEIVER, AGAINST ALLY, AND (II) THE FHFA AGAINST ALLY.**

    **FOR THE AVOIDANCE OF DOUBT, THE THIRD PARTY RELEASE SHALL NOT EXTEND TO ANY RIGHTS, DEFENSES, OR COUNTERCLAIMS UNDER ANY DIRECTORS &**

ny-1097773

9.    Upon approval of the Disclosure Statement by the Bankruptcy Court, holders of Claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

---

**If you have any questions related to this notice,
please call the Debtors' bankruptcy hotline at (888) 251-2914.**

**Please note that KCC is not authorized to provide, and will not provide, legal advice.**

---

**ATTENTION BORROWERS:**

**SilvermanAcampora LLP has been approved as special borrower counsel to the Official Committee of Unsecured Creditors and is available to answer any questions you may have as a borrower whose loan was originated, sold, consolidated, purchased, and/or serviced by Residential Capital LLC or any of its subsidiaries.**

**Please call 866-269-5217 if you have questions regarding any notice you received from Residential Capital, LLC or any of its subsidiaries.**

---

Dated: New York, New York
July 9, 2013

MORRISON & FOERSTER LLP
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Daniel J. Harris
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 336-4323
Facsimile:    (212) 468-7900

*Counsel for Debtors and Debtors in
Possession*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
1177 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 715-3280
Facsimile:    (212) 715-8000

*Counsel for the Official Committee
of Unsecured Creditors*

- 4 -

OFFICERS OR ERRORS & OMISSIONS INSURANCE POLICIES SOLD BY ANY OF THE CONSENTING CLAIMANTS OR THEIR AFFILIATES AND COVERING EITHER THE DEBTORS OR ANY OF THE ALLY RELEASED PARTIES. NOR DOES THE THIRD PARTY RELEASE EXTEND TO (I) ANY INDEMNITY RIGHTS HELD BY DEBTORS' REPRESENTATIVES AGAINST CLAIMS NOT RELEASED BY THIS THIRD PARTY RELEASE, (II) ANY INDEMNITY RIGHTS AGAINST NON-ALLY RELEASED PARTIES ARISING OUT OF THE KESSLER CLASS ACTION, OR (III) ANY OTHER INDEMNITY RIGHT ARISING OUT OF ANY OTHER CLAIMS OF BORROWERS; SPECIFICALLY, THESE RELEASES DO NOT EXTEND TO ANY INDEMNITY RIGHTS RFC MAY HAVE AGAINST ANY SUCCESSORS IN INTEREST TO CBNV AND GNBT, INCLUDING, BUT NOT LIMITED TO, THOSE INDEMNITY RIGHTS EXTENDING OUT OF THE CLIENT CONTRACTS BETWEEN RFC, ON THE ONE HAND, AND EITHER CBNV OR GNBT, ON THE OTHER HAND, WHICH INCORPORATE BY REFERENCE THE INDEMNITY PROVISIONS OF RFC'S ALTERNET SELLER GUIDE.

6.    Responses and objections, if any, to the approval of the Disclosure Statement or any of the other relief sought by the Plan Proponents in connection with approval of the Disclosure Statement, **must** (i) be in writing, (ii) state the name and address of the objecting or responding party and the amount and nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be incorporated into the Disclosure Statement to resolve any such objection or response, (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, (v) be filed electronically with the Bankruptcy Court in accordance with the Case Management Procedures, dated May 23, 2012 [Docket No. 141] (available at www.kccllc.net/rescap), and (vi) served in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) so as to be actually received **on or before 4:00 p.m. (Eastern Time) on August 8, 2013** on the following parties: (a) the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408; (b) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (c) the Debtors, (i) if by mail or courier to: Residential Capital LLC, Lewis Kruger, CRO, c/o Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104; with copies to: Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York, 10104, Attn: Gary Lee, Lorenzo Marinuzzi, and Todd Goren; (ii) if by email to: Lewis.Kruger@gmacrescap.com, glee@mofo.com, lmarinuzzi@mofo.com, and tgoren@mofo.com; (d) the Creditors' Committee, (i) if by mail or courier to: Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036, Attn: Kenneth H. Eckstein, Douglas H. Mannal and Stephen D. Zide; (ii) if by email to: keckstein@kramerlevin.com, dmannal@kramerlevin.com, and szide@kramerlevin.com; (e) Ally, (i) if by mail or courier to: Ally Financial, Inc., 1177 Avenue of the Americas, New York, NY 10036; Attn: William B. Solomon and Timothy Devine; with copies to: Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Richard M. Cieri and Ray C. Schrock; (ii) if by email to: richard.cieri@kirkland.com and ray.schrock@kirkland.com; and (f) the Office of the United States Trustee, Southern District of New York, by mail or courier to: U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Brian Masumoto and Michael Driscoll.

7.    Replies to responses or objections, if any, to the approval of the Disclosure Statement must be filed **on or before 12:00 p.m. (Eastern Time) on August 16, 2013**.

8.    IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.

ny-1097773



Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 59441    11079852                    042600

George Davis
52 Poor Farm Road
Pennington NJ 08534

FIRST CLASS
U.S. POSTAGE
PAID
PERMIT # 1482
SAN DIEGO, CA

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

11079852
George Davis
52 Poor Farm Road
Pennington, NJ  08534

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

*MR Michael TuNick*
*1-215-917-0384*
*Bridgit C-ONe*
*877-614-7452*
*Michael 215-710-8129*

06/10/11

GEORGE DAVIS

52 POOR FARM ROAD

PENNINGTON        NJ 08534

RE:    Account Number        0601741467
       Property Address      52 POOR FARM ROAD

                             PENNINGTON        NJ 08534

Dear    GEORGE DAVIS

Thank you for contacting us about your account. We have received your authorization
allowing GMAC Mortgage, LLC to provide account information to Michael TuNick. A copy
of this request is now in your account file.

As a precaution, all authorized individuals will be asked to confirm the last four digits of your
Social Security number when requesting information about your account.

If you have any questions, we are here to help. Please call our office at 800-766-4622
(weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:18

# GMAC Mortgage



PO Box 780
Waterloo, IA 50704-0780

7192 5948 0010 4386 9994

FIRST CLASS
US POSTAGE
AND FEES PAID
NEWCOURSE

August 27, 2012

00075

GEORGE DAVIS
52 POOR FARM ROAD
PENNINGTON NJ  08534

*Second Notice!*
*You were previously provided information*
*regarding the financial analysis forms on*
*August 10, 2012.*
*Please be advised you have until*
*September 09, 2012*
*to return all required documentation.*

| | | |
|---|---|---|
| Re: | Loan Number: | 0601741467 |
| | Property Address: | 52 POOR FARM ROAD |
| | | PENNINGTON NJ 08534 |

Dear GEORGE DAVIS:

Help may be available if you are having difficulty making your mortgage loan payments.  You may be eligible for the new Home Affordable Modification program, which is part of the initiative announced by President Obama to help homeowners.  Even if you do not qualify for this specific program, we will evaluate your situation to determine if you might qualify for assistance through other programs we offer.

**As your mortgage loan servicer, we will work with you in an effort to make your mortgage payment affordable.  You will not pay any fees to take advantage of this opportunity to modify your mortgage loan payment and keep your home.  Now is the time to act.  We are ready to help you.**

**Here's how it works**: We will first determine if you are eligible based on your situation.  If you are eligible, we will look at your monthly income and housing costs, including any past due payments, and then determine an affordable mortgage payment.  We will not refer the account to foreclosure or conduct a foreclosure sale if already referred while your loan is being reviewed for the Making Home Affordable program unless required by your investor.  The review will not begin until all required documentation has been received.

At first, we will provide you with a new, affordable monthly payment on your mortgage loan for a trial period.  If you make all of those payments successfully and fulfill all trial period conditions, we will permanently modify your mortgage loan.

The modification may involve some or all of the following changes to your mortgage loan:
1) Bringing your account current;
2) Reducing the interest rate on your loan;
3) Extending the term of the loan, and/or delaying your repayment of a portion of the mortgage principal until the end of the loan term.

*In addition to the Making Home Affordable program, we may have other options available to assist you if you do not qualify under the government program.*

We were turned down

NC058                                                                                                                    Page 1

# GMAC Mortgage

PO Box 780
Waterloo, IA 50704-0780

December 06, 2011

3417

GEORGE DAVIS
52 POOR FARM ROAD
PENNINGTON, NJ  08534

Re:    Account Number:  0601741467
       Property Address:  52 POOR FARM ROAD
                       PENNINGTON, NJ  08534

Dear GEORGE DAVIS:

Communication with our customers is extremely important to the success of our business.   As your Relationship Manager I want to update you with my new contact information as my phone number has recently changed.

As we work together to find the right solution to your financial hardship, I encourage you to call me with your questions at 1-877-928-4622; select option 5 followed by my new 7 digit extension listed below.

For an immediate transfer to me, please enter your account number when prompted and you will be routed directly to me. As an alternative you can also enter my extension when prompted and you will be transferred to me.  If I am not available, one of my team members is ready to assist you by either answering your questions or setting up an appointment for us to talk.  For your convenience, our offices are open Monday through Friday between 8 AM and 9 PM Central Standard Time.

I look forward to our continued partnership as I am dedicated to work with you every step of the way!

<div style="border:1px solid black; text-align:center;">

## GMAC Mortgage

**Frank Patrick**

**1-877-928-4622 extension 874-8246**

</div>

Sincerely,

*Frank Patrick*
Frank Patrick
Relationship Manager

Note: This is an attempt to collect a debt and any information obtained will be used for that purpose.

Notice Regarding Bankruptcy: If you have filed for bankruptcy and your case is still active or if you have received an order of discharge, please be advised that this is not an attempt to collect a pre-petition or discharged debt.  Any action taken by us is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally.  If you have surrendered your property during your bankruptcy case, please disregard this notice.

Note: If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 plan and disregard this notice.



# GMAC Mortgage



PO Box 780
Waterloo, IA 50704-0780

7192 5948 0010 4386 9994

FIRST CLASS
US POSTAGE
AND FEES PAID
NEWCOURSE

August 27, 2012

00075

GEORGE DAVIS
52 POOR FARM ROAD
PENNINGTON NJ  08534

### Second Notice!
*You were previously provided information
regarding the financial analysis forms on
August 10, 2012.
Please be advised you have until
September 09, 2012
to return all required documentation.*

Re:   Loan Number:          0601741467
      Property Address:      52 POOR FARM ROAD
                            PENNINGTON NJ 08534

Dear GEORGE DAVIS:

Help may be available if you are having difficulty making your mortgage loan payments.  You may be eligible for the new Home Affordable Modification program, which is part of the initiative announced by President Obama to help homeowners.  Even if you do not qualify for this specific program, we will evaluate your situation to determine if you might qualify for assistance through other programs we offer.

**As your mortgage loan servicer, we will work with you in an effort to make your mortgage payment affordable.  You will not pay any fees to take advantage of this opportunity to modify your mortgage loan payment and keep your home.  Now is the time to act.  We are ready to help you.**

**Here's how it works:** We will first determine if you are eligible based on your situation.  If you are eligible, we will look at your monthly income and housing costs, including any past due payments, and then determine an affordable mortgage payment.  We will not refer the account to foreclosure or conduct a foreclosure sale if already referred while your loan is being reviewed for the Making Home Affordable program unless required by your investor.  The review will not begin until all required documentation has been received.

At first, we will provide you with a new, affordable monthly payment on your mortgage loan for a trial period.  If you make all of those payments successfully and fulfill all trial period conditions, we will permanently modify your mortgage loan.

The modification may involve some or all of the following changes to your mortgage loan:
1) Bringing your account current;
2) Reducing the interest rate on your loan;
3) Extending the term of the loan, and/or delaying your repayment of a portion of the mortgage principal until the end of the loan term.

*In addition to the Making Home Affordable program, we may have other options available to assist you if you do not qualify under the government program.*

We were turned down



**STEP 1**   GATHER THE INFO WE NEED TO HELP

To take advantage of this opportunity and the Home Affordable Modification program, complete the original financial analysis forms and fax or mail it to us with the required documentation to the fax number or address below.  If you are scheduled for foreclosure sale **all** documentation **must** be received at least 7 business days prior to sale (For properties located in the state of Florida the complete package needs to be received 30 days prior to sale).

Loss Mitigation
233 Gibraltar RD
Suite 600
Horsham PA 19044
Fax: 866-709-4744
Website: www.gmacmortgage.com

If you do not qualify for a loan modification under this program, or do not want to stay in your home, we will work with you to explore other options available to help you keep your home or ease your transition to a new home.  A brief description of these options follows.

REPAYMENT PLAN:  If you have experienced a temporary loss of income or increase in expenses and now have sufficient income to make increased payments, we may be able to work out a repayment plan, which would allow repayment of the arrearage in monthly installments, made in addition to the regular monthly payment, until the delinquency is resolved.

LOAN MODIFICATION: A loan modification capitalizes delinquent payments into the unpaid principal balance.  This may be completed if you are unable to make temporary increased monthly payments, yet can still afford your mortgage payments.

SHORT SALE: The investor may accept less than a full payoff when the value of your property has declined.  You must list the property at fair market value and forward any offers, along with estimated closing costs, to our company.  The acceptance of the offer is subject to investor approval.  You may be required to contribute to reduce the total loss.

DEED IN LIEU OF FORECLOSURE: A deed in lieu voluntarily gives back the Deed to the lender to satisfy the debt and avoid foreclosure.  You must have tried to sell the property for 90 days at fair market value.

The collection activity will not stop and the monthly mortgage payments are still due while we evaluate your financial situation.  Not all options may be available to you and we cannot guarantee you will qualify for any of the loss mitigation options.

**STEP 2**   CONTACT US

We want to make modifying your mortgage loan as easy as possible.  However, you must take the first step by completing the financial analysis forms so we can analyze the options available to you.  If you no longer have the original financial analysis forms, please contact us at the following number or download and print the forms from our website.  If you have any questions call us at 1-800-766-4622 Monday-Friday from 8:00 a.m. to 9:00 p.m., Central Standard Time.

**IMPORTANT NOTICE**

## Beware of Foreclosure Rescue Scams.  Help is free!

- There is never a fee to get assistance or information about the Making Home Affordable program from your lender or a HUD-approved housing counselor.

  ○ For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house.  Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Customer Care
Loan Servicing

Notice:  This is an attempt to collect on a debt and any information obtained will be used for that purpose. If you have filed for bankruptcy, or if you have been discharged of your personal liability for repayment of this debt, please note that this letter is being provided for informational purposes only and any rights that we may choose to pursue will be exercised against the property only and not against you personally.