146. Defendants breached the implied covenant of good faith and fair dealing as alleged above.

147. As a proximate result of the aforementioned acts and omissions by defendants, plaintiff has suffered loss of monies in a sum to be proven at the time of trial. It has also become reasonably necessary for plaintiffs to retain counsel to recover amounts due under the contract.

148. The aforementioned acts were performed by defendants maliciously, fraudulently and oppressively entitling plaintiffs to punitive damages in an amount appropriate to punish the defendants.

LAW OFFICES OF BERGKVIST, BERGKVIST & CARTER, LLP

**TWELFTH CAUSE OF ACTION**

**VIOLATION OF TRUTH AND LENDING ACT, 15 U.S.C. § 1601 ET SEQ., AND FEDERAL RESERVE REGULATION Z 12 C.F.R. § 226 ET SEQ.**

**(Against All Defendants)**

149. Plaintiff repeats and realleges the allegations of paragraphs 1 through 148, above, as though fully set forth herein at length.

150. This consumer credit transaction is subject to the plaintiff's right of rescission as described by 15 U.S.C. §1635 and Regulation Z §226.23 (12 C.F.R. §226.23).

151. Defendants failed to provide TIL disclosures that reflect the terms of the legal obligation between the parties (as required by 15 U.S.C. §1638(14) and Regulation Z §226.17(c)(1).

152. In the course of this consumer credit transaction, defendants violated 15 U.S.C. §1635(a) and Regulation Z §226.17(c)(1) by failing to deliver to plaintiff two copies of a Notice of the Right to Rescind which correctly identified the transaction and contained the appropriate "material disclosures" required to reflect the true and correct terms of the legal obligation of the parties.

153. In the course of this consumer credit transaction, defendant creditor failed to deliver all "material disclosures" required by the Act and Regulation Z, including the following:

a) A true and correct TIL disclosure showing the true and correct terms and legal obligation of the parties.

154. In the course of this consumer credit transaction, defendants failed to respond properly to the plaintiffs' consumer rescission notice as required by 15 U.S.C. §1635 and Regulation Z §226.15 and §226.23(d) by failing to rescind its security interest in the plaintiff's home.

155. Around March 17, 2008, the plaintiff rescinded the transaction by sending to each defendant creditor and/or assignee a Notice of Rescission by facsimile.

156. A true and correct copy of the Notice of Rescission is attached hereto as Exhibit "L" and by this referenced is incorporated herein.

157. Defendant creditors and assignees received copies of the plaintiff's Notice of Rescission on or about March 17, 2008.



LAW OFFICES OF BERGKVIST, BERGKVIST & CARTER, LLP

158. Defendants have failed to take any action necessary or appropriate to reflect the termination of any security interest created under the transaction, including the security interest described in paragraph 10 as required by 15 U.S.C. §1635(b) and Regulation Z §226.23(d)(2).

159. As a result of the aforesaid violations of the Act and Regulation Z, pursuant to 15 U.S.C. §1635(a), §1640(a), and §1641(c), defendants are liable to plaintiffs for:

a. Rescission of this transaction.

b. Termination of any security interest in plaintiffs' property created under the transaction.

c. Return of any money or property given by the plaintiffs to anyone, including the defendant, in connection with this transaction.

d. Statutory damages of $2,000 for defendants' failure to respond properly to plaintiffs' rescission notice.

e. The forfeiture of return of loan proceeds

f. Actual damages in an amount to be determined at trial.

g. Reasonable attorneys fees.

h. Any and all other remedies that may become applicable during discovery related to this complaint.

**THIRTEENTH CAUSE OF ACTION**

**CONVERSION**

**(Against All Defendants)**



LAW OFFICES OF BERGKVIST, BERGKVIST & CARTER, LLP

160. Plaintiff repeats and realleges the allegations of paragraphs 1 through 159, above, as though fully set forth herein at length.

161. Plaintiff had a right to immediate possession of the entire $65,605.36; however, defendants failed and continue to fail to give plaintiff possession of $40,476.92 of those funds.

162. Defendants have converted said $40,476.92 in funds with no right whatsoever;

163. Plaintiff has been damaged by defendants' wrongful conversion of funds in an amount to be proven at trial.

**WHEREFORE**, plaintiff prays for judgment as against Defendants, and each of them, as follows:

**ON THE FIRST CAUSE OF ACTION:**

1. For damages according to proof;
2. For consequential damages according to proof;

**ON THE SECOND CAUSE OF ACTION:**

3. For damages according to proof;
4. For consequential damages according to proof;
5. For punitive and exemplary damages in an amount appropriate to punish the Defendants and deter other from engaging in similar conduct.

**ON THE THIRD CAUSE OF ACTION:**

6. For actual damages according to proof;
7. For consequential damages according to proof;

LAW OFFICES OF BERGKVIST, BERGKVIST & CARTER, LLP

8. For punitive and exemplary damages in an amount to be determined at trial;

ON THE FOURTH CAUSE OF ACTION:

9. For actual damages according to proof;

10. For consequential damages according to proof;

11. For punitive and exemplary damages in an amount to be determined at trial;

ON THE FIFTH CAUSE OF ACTION:

12. That the court declare that (1) the Trust Deed (Exhibit G) is void and that it be surrendered to the clerk of the court for cancellation and destruction and (2) that defendants be ordered to pay plaintiffs the following sums:

a. The consideration paid by plaintiffs with interest thereon at 10% per annum from the date of filing this complaint;

b. Exemplary damages;

c. For reasonable attorney fees;

ON THE SIXTH CAUSE OF ACTION:

13. For a judicial declaration setting aside and canceling the non-judicial foreclosure sale deed;

14. For a declaration that Plaintiff Robert Sweeting is the true owner of the subject property;

15. For exemplary damages;

ON THE SEVENTH CAUSE OF ACTION

16. For special damages according to proof;

17. For punitive damages;

LAW OFFICES OF BERGKVIST, BERGKVIST & CARTER, LLP

**ON THE EIGHTH CAUSE OF ACTION**

18. That plaintiff, is the owner of the subject property and that no defendant has any interest in the subject property adverse to plaintiff.

**ON THE NINTH CAUSE OF ACTION**

19. For compensatory damages;

20. For punitive damages;

21. For attorney's fees;

**ON THE TENTH CAUSE OF ACTION**

22. For Restitution Damages;

23. For Statutory Damages;

24. For costs of suit incurred herein, including reasonable attorney's fees;

**ON THE ELEVENTH CAUSE OF ACTION**

25. For General Damages

**ON THE TWELFTH CAUSE OF ACTION**

26. Rescission of this transaction.

27. Termination of any security interest in plaintiffs' property created under the transaction.

28. Return of any money or property given by the plaintiffs to anyone, including the defendant, in connection with this transaction.

29. Statutory damages of $2,000 for defendants' failure to respond properly to plaintiffs' rescission notice.

30. The forfeiture of return of loan proceeds

LAW OFFICES OF BERGKVIST, BERGKVIST & CARTER, LLP

31. Actual damages in an amount to be determined at trial.

32. Reasonable attorneys fees.

33. Any and all other remedies that may become applicable during discovery related to this complaint.

**ON THE THIRTEENTH CAUSE OF ACTION**

34. Compensatory;

35. Punitive;

**ON ALL CAUSES OF ACTION:**

36. For costs of suit incurred herein; and

37. For such other and further relief as the court deems just and proper.

Respectfully submitted,
BERGKVIST, BERGKVIST & CARTER, LLP

DATED: March 24, 2008

By: ____________________
RICHARD J. COWLES, ESQ.
Attorney for Plaintiff

LAW OFFICES OF
BERGKVIST, BERGKVIST & CARTER, LLP

**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing **VERIFIED FIRST AMENDED COMPLAINT** and know its contents.

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters, which are stated on information and belief or those matters that were provided by my attorneys or other agents, and as to those matters, I believe them to be true.

Executed on [illegible], at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

ROBERT SWEETING

Fremont Investment & Loan
1065 N. Pacificenter Drive
Anaheim, CA 92806

11/22/2006

ROBERT SWEETING
16077 CRETE LANE
Huntington Beach, CA 92649

Dear ROBERT SWEETING

Your loan application with INTERNATIONAL MORTGAGE COMPANY ESCROW was recently submitted to us for consideration. We are pleased that your broker has chosen us for your lending needs.

An important aspect of the mortgage financing process is the disclosure of information to you concerning your mortgage transaction. Enclosed are the federal and/or state required disclosures related to your mortgage application.

The information on the Good Faith Estimate of Settlement Services reflects estimates of charges you may incur at settlement of your loan; actual charges may be more or less and will be reflected on the Settlement Statement you receive at closing. The Federal Truth in Lending Disclosures Statement shows the annual percentage rate, finance charge, payment schedule and other required information. The annual percentage rate (APR), which is a measure of the cost of credit expressed as a yearly rate, is different from your interest rate since it takes into account other charges associated with your loan request including loan fees. The initial disclosure is based on an initial interest rate of 9.800 %. The payment schedule is based on the requested loan amount of $ 773,500.00 . All figures are estimates and subject to change. You will receive a final disclosure statement when you sign your loan documents.

The enclosed documentation does not constitute a commitment. Your loan application is being evaluated and we will notify your broker when the evaluation is complete.

From loan application to loan closing, we are dedicated to providing you the highest level of service. We are not satisfied with merely meeting basic requirements. Fremont Investment & Loan's standard of quality is to exceed your expectations. In order that we may process your application more quickly, we ask that you consult with your loan broker INTERNATIONAL MORTGAGE COMPANY ESCROW at (818) 956-4600 with questions regarding loan status or the information we have provided.



EXHIBIT A



Lender: Fremont Investment & Loan

Address: 2727 East Imperial Highway
Brea, CA 92821

Date: 11/22/2006
Application: 30000000857459

Applicant(s): ROBERT SWEETING

Property Address: 16077 CREYE LANE
Huntington Beach, CA 92649

## [X] GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. Interest, late charges and prepayment penalties, if any, shall be governed by Federal and California law. If your loan is prepaid within the next 3 years, it may be subject to a prepayment penalty. If your loan is prepaid, the loan fees or other similar charges will not be subject to any refund.

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

5795,000

| Ref. HUD-1 Statement | Item | | PAID | DUE |
|---|---|---|---|---|
| | Amount paid on your account: | | | |
| 1000's | Hazard Insurance Premium Reserves | mo @ $ | $ | |
| 1000's | Flood Insurance Premium Reserves | mo @ $ | $ | |
| 1000's | Tax & Assessment Reserves | mo @ $ | $ | |
| 1000's | City Tax Reserves | mo @ $ | $ | |
| 1000's | | mo @ $ | $ | |
| 1000's | | mo @ $ | $ | |
| 1000's | | mo @ $ | $ | |
| | Amount paid to others on your behalf: | | | |
| 800's | Appraisal Fees to Appraiser | | | 475.00 |
| 800's | Credit Reporting Fees | | | |
| 900's | Hazard Insurance Premiums to Insurance Agency | | | 2,901.00 |
| 900's | Flood Insurance Premiums to Insurance Agency | | | 0.00 |
| | Notary Fee to: | | | |
| 1100's | Title Insurance Premiums to: Title Company | | | 845.00 |
| 1200's | Filing Fees to Public Officials/ Recording Fees | | | 60.00 |
| | Loan Proceeds to: Title Company | | $ | 746,040.78 |
| | AMOUNT FINANCED | | $ | 744,100.78 |
| | Prepaid Finance Charge | | $ | 29,399.22 |

| Ref. | Itemization of Prepaid Finance Charge: | LENDER | BROKER | OTHER | POC |
|---|---|---|---|---|---|
| 800's | Lender Orig. Fee | 1,018.00 | | | |
| 800's | Loan Discount ( N/A %) | | | | |
| 900's | Prepaid Interest ( 4 Days ) @ $ 207.68 per day | 830.72 | | | |
| 800's | Tax Service Fee - LandAmerica Tax and Flood Services | 48.00 | | | |
| 800's | Flood Cert Fee - LandAmerica Tax and Flood Services | 7.50 | | | |
| 800's | Processing Fee | | 925.00 | | |
| 800's | Broker Fee | | 24,155.00 | | |
| 1100's | Esc./Closing Agent Fee | | | 2,415.00 | |
| | Prepaid Finance Charge | 1,904.22 | 26,080.00 | 2,415.00 | 0.00 |
| | Total Prepaid Finance Charge $ | 29,399.22 | | | |

**LOAN AMOUNT:**
$ 773,500.00

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). If you are purchasing a home, additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender.

[X] All Disclosures are estimates

[X] Broker Yield Spread Premium: 0-3 % of Loan Amount

**THIS SECTION TO BE COMPLETED BY LENDER ONLY IF PARTICULAR PROVIDER OF SERVICE IS REQUIRED.**
Use of the particular provider is required and the estimate is based on charges of the provider.

| ITEM | NAME & ADDRESS OF PROVIDER | TELEPHONE NO. | NATURE OF RELATIONSHIP |
|---|---|---|---|
| Tax Service Contract and Flood Zone Certification | LandAmerica Tax and Flood Services 1123 PARKVIEW DR. COVINA, CA 91724 | (800) 537-3821 | Lender has repeatedly used or required borrowers to use the services of this provider. |

Neither you nor the creditor previously has become obligated to make or accept this loan, nor is any such obligation made by the delivery or signing of this disclosure. The undersigned acknowledges receipt of the booklet "Settlement Costs," and if applicable the "Consumer Handbook on Adjustable Rate Mortgages", and a copy of this disclosure.

Lender: Fremont Investment & Loan

Address: 2727 East Imperial Highway
Brea, CA 92821

Date: 11/22/2005
Application: 30000000857459

Applicant(s): ROBERT SWEETING

Property Address: 16077 CRETE LANE
Huntington Beach, CA 92649

## [X] GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

**The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. Interest, late charges and prepayment penalties, if any, shall be governed by Federal and California law. If your loan is prepaid within the next 3 years, it may be subject to a prepayment penalty. If your loan is prepaid, the loan fees or other similar charges will not be subject to any refund.**

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

Applicant ROBERT SWEETING

Applicant

Applicant

Applicant

Applicant

Applicant

Applicant

Applicant



ITGFAITH 01/20/06

FREMONT INVESTMENT & LOAN



11/30/2006 13:54 FAX 818 956 3193 IMC @001

626 6053212



INTERNATIONAL MORTGAGE COMPANY INC.

**ESCROW DIVISION**

450 North Brand Blvd., Suite 130 • Glendale, CA 91203
Tel: (818) 956-4600 • Facsimile: (818) 956-4031
California Department of Real Estate - Real Estate Broker
DRE# 01388848

**BORROWER'S ESTIMATED CLOSING COSTS**

| | | | |
|---|---|---|---|
| PROPERTY: | 18077 Crato Lane<br>Huntington Beach, CA 92649 | DATE: | November 30, 2006 |
| | | CLOSING DATE: | December 22, 2006 |
| BORROWER: | Robert Sweeting | ESCROW NO.: | 004679 |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| New 1st Trust Deed | | 773,600.00 |
| **PAYOFF CHARGES - HomEq Servicing** | | |
| [Total Payoff $661,316.48] | | |
| Principal Balance | 640,164.69 | |
| Interest on Principal Balance at 8.2000% from 09/01/2006 to 12/01/2006 | 17,575.62 | |
| Escrow Overdraft | 519.25 | |
| Recording Fee | 24.00 | |
| NSF | 87.48 | |
| Other Fee | 12.52 | |
| Late Charges | 2,003.78 | |
| Suspense Balance | 12.52 | |
| Upside Other Fee | 495.00 | |
| Advances | 423.72 | |
| **LOAN INFORMATION - Freemont Investments and loans** | | |
| [Charges $29,429.21] | | |
| Loan Origination Fee to International Mortgage Company, Inc. | 24,156.00 | |
| Appraisal Fee to International Mortgage Company, Inc. | 475.00 | |
| Processing Fee to International Mortgage Company, Inc. | 925.00 | |
| Tax Service Fee to Landamerica | 49.00 | |
| Flood Cert Fee to Landamerica | 7.50 | |
| Interest at $224.5300/day from 12/15/2006 to 01/01/2007 to Freemont Investments and loans | 3,816.71 | |
| **OTHER DEBITS/CREDITS** | | |
| International Mortgage Company Escrow Division for: Notary Fee | 350.00 | |
| International Mortgage Company for: Messenger Fee | 25.00 | |
| Funds for Estimation (refundable) | 500.00 | |
| Verizon California 6160 | 873.00 | |
| Amex #)258272990 | 2,329.00 | |
| Ladco Leasing #2416871 | 945.00 | |
| HSBC HV #64895651 | 906.00 | |
| Judgement #S for | 1,160.00 | |
| HSBC #54889750 | 1,245.00 | |
| **TITLE/TAXES/RECORDING CHARGES** | | |
| ALTA Loan Policy Fee to Chicago Title Company | 1,650.00 | |
| Messenger Fee to Chicago Title Company | 30.00 | |
| Recording Trust Deed | 100.00 | |
| Recording Reconveyance | 50.00 | |
| 1 1/2 Half Taxes 2006-2007 | 1,322.02 | |
| **ESCROW CHARGES** | | |
| Escrow Fee | 1,895.00 | |
| Processing Demands | 210.00 | |
| Wire Fee | 30.00 | |
| Audit Review | 25.00 | |
| Sub Escrow Fee | 195.00 | |
| Refund | 69,192.29 | |
| TOTAL | $ 773,600.00 | $ 773,600.00 |

DELETE

EXHIBIT B



INTERNATIONAL MORTGAGE COMPANY INC.

**ESCROW DIVISION**
450 North Brand Blvd., Suite 130 • Glendale, CA 91203
Tel: (818) 956-4600 • Facsimile: (818) 956-4631
California Department of Real Estate - Real Estate Broker
DRE# 01368848

## BORROWER'S ESTIMATED CLOSING COSTS

**PROPERTY:** 16077 Crete Lane, Huntington Beach, CA 92649
**DATE:** December 5, 2006
**CLOSING DATE:** December 22, 2006
**BORROWER:** Robert Sweeling
**ESCROW NO.:** 004679

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| New 1st Trust Deed | | 773,500.00 |
| **PAYOFF CHARGES - HomEq Servicing** | | |
| **[Total Payoff $661,318.48]** | | |
| Principal Balance | 640,164.69 | |
| Interest on Principal Balance at 8.2000% from 09/01/2006 to 12/01/2006 | 17,575.52 | |
| Escrow Overdraft | 519.26 | |
| Recording Fee | 24.00 | |
| NSF | 87.48 | |
| Other Fee | 12.52 | |
| Late Charges | 2,003.78 | |
| Suspense Balance | 12.52 | |
| Upaida Other Fee | 495.00 | |
| Advances | 423.72 | |
| **LOAN INFORMATION - Freemont Investments and loans** | | |
| **[Charges $29,429.21]** | | |
| Loan Origination Fee to International Mortgage Company, Inc. | 24,156.00 | |
| Appraisal Fee to International Mortgage Company, Inc. | 475.00 | |
| Processing Fee to International Mortgage Company, Inc. | 925.00 | |
| Tax Service Fee to Landamerica | 48.00 | |
| Flood Cert Fee to Landamerica | 7.50 | |
| Interest at $224.6300/day from 12/15/2006 to 01/01/2007 to Freemont Investments and loans | 3,818.71 | |
| **OTHER DEBITS/CREDITS** | | |
| International Mortgage Company Escrow Division for: Notary Fee | 350.00 | |
| International Mortgage Company for: Messenger Fee | 25.00 | |
| Funds for Estimation (refundable) | 500.00 | |
| Verizon California #160 | 673.00 | |
| Amex #0256272990 | 2,329.00 | |
| Ladco Leasing #2416671 | ~~945.00~~ Remove | |
| HSBC NV #54895551 | 906.00 | |
| Judgement #6 for | 1,160.00 | |
| HSBC #54689750 | 1,245.00 | |
| Las Fuentes HOA for | 3,586.93 2000.00 ONLY | |
| **TITLE/TAXES/RECORDING CHARGES** | | |
| ALTA Loan Policy Fee to Chicago Title Company | 1,850.00 | |

EXHIBIT C

**PROPERTY:** 16077 [redacted] Lane
Huntin[redacted]ach, CA 92649

**BORROWER:** Robert Sweeting

**DATE:** December 6, 2006

**CLOSING DA[redacted]** December 22, 2006
**ESCROW NO.:** 004679

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| New 1st Trust Deed | | 773,500.00 |
| **PAYOFF CHARGES - HomEq Servicing** | | |
| **[Total Payoff $661,318.48]** | | |
| Principal Balance | 640,164.69 | |
| Interest on Principal Balance at 8.2000% from 09/01/2006 to 12/01/2006 | 17,575.52 | |
| Escrow Overdraft | 519.25 | |
| Recording Fee | 24.00 | |
| NSF | 87.48 | |
| Other Fee | 12.52 | |
| Late Charges | 2,003.78 | |
| Suspense Balance | 12.52 | |
| Upaida Other Fee | 495.00 | |
| Advances | 423.72 | |
| **LOAN INFORMATION - Freemont Investments and loans** | | |
| **[Charges $29,429.21]** | | |
| Loan Origination Fee to International Mortgage Company, Inc. | 24,155.00 | |
| Appraisal Fee to International Mortgage Company, Inc. | 475.00 | |
| Processing Fee to International Mortgage Company, Inc. | 925.00 | |
| Tax Service Fee to Landamerica | 48.00 | |
| Flood Cert Fee to Landamerica | 7.50 | |
| Interest at $224.6300/day from 12/15/2006 to 01/01/2007 to Freemont' Investments and loans | 3,818.71 | |
| **OTHER DEBITS/CREDITS** | | |
| International Mortgage Company Escrow Division for: Notary Fee | 350.00 | |
| International Mortgage Company for: Messenger Fee | 25.00 | |
| Funds for Estimation (refundable) | 500.00 | |
| Verizon California #160 | 573.00 | |
| Amex #0256272990 | 2,329.00 | |
| Ladco Leasing #2418671 | ~~945.00~~ REMOVE | |
| HSBC NV #54895551 | 906.00 | |
| Judgement #8 for | 1,180.00 | |
| HSBC #54869750 | 1,245.00 | |
| Las Fuentes HOA for | 3,586.93 2000.00 ONLY | |
| **TITLE/TAXES/RECORDING CHARGES** | | |
| ALTA Loan Policy Fee to Chicago Title Company | 1,650.00 | |
| Messenger Fee to Chicago Title Company | 30.00 | |
| Recording Trust Deed | 100.00 | |
| Recording Reconveyance | 50.00 | |
| 1 1/2 Half Taxes 2006-2007 | 1,322.02 | |
| **ESCROW CHARGES** | | |
| Escrow Fee | 1,695.00 | |
| Processing Demands | 210.00 | |
| Wire Fee | 30.00 | |
| Audit Review | 25.00 | |
| Sub Escrow Fee | 195.00 | |
| Refund | 65,605.36 | |
| TOTAL | $ 773,500.00 | $ 773,500.00 |

RS

Fax Server [illegible]/2007 2:27:40 PM PAGE 2/[illegible] Fax Server

TO:Robert Sweeting COMPANY:

Loan # [illegible]

# Uniform Residential Loan Application

[illegible]

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

Mortgage Applied for: ☐ VA ☐ FHA ☒ Conventional ☐ USDA/Rural Housing Service ☐ Other:

Agency Case Number

Lender Case No. [illegible]

Amount $[illegible] | Interest Rate [illegible] % | No. of Months [illegible] | Amortization Type: ☐ Fixed Rate ☐ GPM ☐ Other (explain): ☒ ARM (type): [illegible]

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & zip code): [illegible] Huntington Beach, CA [illegible]

No. of Units: 1

Legal Description of Subject Property (attach description if necessary): LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

Year Built: [illegible]

Purpose of Loan: ☐ Purchase ☒ Refinance ☐ Construction ☐ Construction-Permanent ☐ Other (explain):

Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
| --- | --- | --- | --- | --- | --- |
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
| --- | --- | --- | --- | --- |
| [illegible] | $ [illegible] | $ [illegible] | Cash Out [illegible] | Cost: $ [illegible] |

Title will be held in what Name(s): [illegible]

Manner in which Title will be held: [illegible]

Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER'S INFORMATION

**Borrower**

Borrower's Name (include Jr. or Sr. if applicable): [illegible]

Social Security Number: [illegible] | Home Phone (incl. area code): [illegible] | DOB (MM/DD/YYYY): [illegible] | Yrs. School: [illegible]

☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 0 ages

Present Address (street, city, state, zip code): ☒ Own ☐ Rent [illegible] No. Yrs.
[illegible]
Huntington Beach, CA [illegible]

Mailing Address, if different from Present Address

**Co-Borrower**

Co-Borrower's Name (include Jr. or Sr. if applicable)

Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School

☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. ages

Present Address (street, city, state, zip code) ☐ Own ☐ Rent ____ No. Yrs.

Mailing Address, if different from Present Address

If residing at present address for less than two years, complete the following:

Former Address (street, city, state, zip code) ☐ Own ☐ Rent ____ No. Yrs. | Former Address (street, city, state, zip code) ☐ Own ☐ Rent ____ No. Yrs.

## IV. EMPLOYMENT INFORMATION

**Borrower**

Name & Address of Employer: ☒ Self Employed
[illegible]
[illegible]
Long Beach, CA [illegible]

Yrs. on this job: [illegible]

Yrs. employed in this line of work/profession: [illegible]

Position/Title/Type of Business: OWNER

Business Phone (incl. area code): [illegible]

**Co-Borrower**

Name and Address of Employer ☐ Self Employed | Yrs. on this job | Yrs. employed in this line of work/profession

Position/Title/Type of Business | Business Phone (incl. area code)

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) / Monthly Income | Name & Address of Employer | ☐ Self Employed | Dates (from - to) / Monthly Income |
| --- | --- | --- | --- | --- | --- |
| | | $ | | | $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |
| Name & Address of Employer | ☐ Self Employed | Dates (from - to) / Monthly Income | Name & Address of Employer | ☐ Self Employed | Dates (from - to) / Monthly Income |
| | | $ | | | $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

INITIALS: B - [signature] C - ____

PRINTED DATE: [illegible]

Freddie Mac Form 65/Rev. 07/05
GP3 Form [illegible]

Fannie Mae Form 1003/Rev. 07/05

EXHIBIT [illegible]