11/30/2006 19:54 FAX 818    3193    IMC    @001

626 6053242



**INTERNATIONAL MORTGAGE COMPANY INC.**
ESCROW DIVISION
450 North Brand Blvd., Suite 130 • Glendale, CA 91203
Tel: (818) 956-4600 • Facsimile: (818) 956-4631
California Department of Real Estate - Real Estate Broker
DRE# 01366648

### BORROWER'S ESTIMATED CLOSING COSTS

PROPERTY: 16077 Crete Lane
Huntington Beach, CA 92649

DATE: November 30, 2006

BORROWER: Robert Sweeting

CLOSING DATE: December 22, 2006
ESCROW NO.: 004679

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| New 1st Trust Deed | | 773,500.00 |
| **PAYOFF CHARGES – HomEq Servicing** | | |
| [Total Payoff $661,315.43] | | |
| Principal Balance | 640,164.69 | |
| Interest on Principal Balance at 8.2000% from 09/01/2006 to 12/01/2006 | 17,576.52 | |
| Escrow Overdraft | 519.26 | |
| Recording Fee | 24.00 | |
| NSF | 87.45 | |
| Other Fee | 12.52 | |
| Late Charges | 2,003.78 | |
| Suspense Balance | 12.52 | |
| Upside Other Fee | 495.00 | |
| Advances | 423.72 | |
| **LOAN INFORMATION – Freemont Investments and loans** | | |
| [Charges $29,429.21] | | |
| Loan Origination Fee to International Mortgage Company, Inc. | 24,155.00 | |
| Appraisal Fee to International Mortgage Company, Inc. | 475.00 | |
| Processing Fee to International Mortgage Company, Inc. | 525.00 | |
| Tax Service Fee to Landamerica | 48.00 | |
| Flood Cert Fee to Landamerica | 7.50 | |
| Interest at $234.6300/day from 12/15/2006 to 01/01/2007 to Freemont Investments and loans | 3,818.71 | |
| **OTHER DEBITS/CREDITS** | | |
| International Mortgage Company Escrow Division for: Notary Fee | 350.00 | |
| International Mortgage Company for: Messenger Fee | 25.00 | |
| Funds for Estimation (refundable) | 500.00 | |
| Verizon California #180 | 573.00 | |
| Amex #1256272990 | 2,326.00 DELETE |
| Ladco Leasing #24108671 | 945.00 | |
| HSBC NV #54895651 | 906.00 | |
| Judgement #8 for | 1,180.00 | |
| HSBC #54889760 | 1,245.00 | |
| **TITLE/TAXES/RECORDING CHARGES** | | |
| ALTA Loan Policy Fee to Chicago Title Company | 1,650.00 | |
| Messenger Fee to Chicago Title Company | 90.00 | |
| Recording Trust Deed | 100.00 | |
| Recording Reconveyance | 50.00 | |
| 1 1/2 Half Taxes 2006-2007 | 1,322.02 | |
| **ESCROW CHARGES** | | |
| Escrow Fee | 1,895.00 | |
| Processing Demands | 210.00 | |
| Wire Fee | 30.00 | |
| Audit Review | 25.00 | |
| Sub Escrow Fee | 195.00 | |
| Refund | 69,152.28 | |
| TOTAL | $ 773,500.00 | $ 773,500.00 |

**EXHIBIT B**

# EXHIBIT C



# IMC INTERNATIONAL MORTGAGE COMPANY INC.

### ESCROW DIVISION
450 North Brand Blvd., Suite 130 • Glendale, CA 91203
Tel: (818) 956-4600 • Facsimile: (818) 956-4631
California Department of Real Estate - Real Estate Broker
DRE# 01388848

## BORROWER'S ESTIMATED CLOSING COSTS

| | | | |
|---|---|---|---|
| PROPERTY: | 16077 Crete Lane<br>Huntington Beach, CA 92649 | DATE: | December 5, 2006 |
| BORROWER: | Robert Sweeting | CLOSING DATE:<br>ESCROW NO.: | December 22, 2006<br>004679 |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| New 1st Trust Deed | | 773,500.00 |
| **PAYOFF CHARGES – HomEq Servicing** | | |
| [Total Payoff $661,318.48] | | |
| Principal Balance | 640,164.69 | |
| Interest on Principal Balance at 8.2000% from 09/01/2006 to 12/01/2006 | 17,575.52 | |
| Escrow Overdraft | 519.25 | |
| Recording Fee | 24.00 | |
| NSF | 87.46 | |
| Other Fee | 12.52 | |
| Late Charges | 2,003.76 | |
| Suspense Balance | 12.52 | |
| Upaida Other Fee | 495.00 | |
| Advances | 423.72 | |
| **LOAN INFORMATION – Freemont Investments and loans** | | |
| [Charges $29,429.21] | | |
| Loan Origination Fee to International Mortgage Company, Inc. | 24,155.00 | |
| Appraisal Fee to International Mortgage Company, Inc. | 475.00 | |
| Processing Fee to International Mortgage Company, Inc. | 925.00 | |
| Tax Service Fee to Landamerica | 48.00 | |
| Flood Cert Fee to Landamerica | 7.50 | |
| Interest at $224.6300/day from 12/15/2006 to 01/01/2007 to Freemont Investments and loans | 3,818.71 | |
| **OTHER DEBITS/CREDITS** | | |
| International Mortgage Company Escrow Division for: Notary Fee | 350.00 | |
| International Mortgage Company for: Messenger Fee | 25.00 | |
| Funds for Estimation (refundable) | 500.00 | |
| Verizon California #160 | 573.00 | |
| Amex #0256272990 | 2,329.00 | |
| Ladco Leasing #2416671 | 945.00 REWIRE | |
| HSBC NV #54895551 | 906.00 | |
| Judgement #6 for | 1,160.00 | |
| HSBC #54869750 | 1,245.00 | |
| Las Fuentes HOA for | 3,588.93   2,000.00 ONLY | |
| **TITLE/TAXES/RECORDING CHARGES** | | |
| ALTA Loan Policy Fee to Chicago Title Company | 1,850.00 | |

EXHIBIT C

Huntington [...], CA 92649

BORROWER: Robert Swee...g

CLOSING DATE: December 22, 2006
ESCROW NO.: 004679

|  | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** |  |  |
| New 1st Trust Deed |  | 773,500.00 |
|  |  |  |
| **PAYOFF CHARGES - HomEq Servicing** |  |  |
| (Total Payoff $661,318.48) |  |  |
| Principal Balance | 640,164.69 |  |
| Interest on Principal Balance at 8.2000% from 09/01/2006 to 12/01/2006 | 17,575.52 |  |
| Escrow Overdraft | 519.25 |  |
| Recording Fee | 24.00 |  |
| NSF | 87.48 |  |
| Other Fee | 12.52 |  |
| Late Charges | 2,003.76 |  |
| Suspense Balance | 12.52 |  |
| Upaida Other Fee | 495.00 |  |
| Advances | 423.72 |  |
|  |  |  |
| **LOAN INFORMATION - Freemont Investments and loans** |  |  |
| (Charges $29,429.21) |  |  |
| Loan Origination Fee to International Mortgage Company, Inc. | 24,155.00 |  |
| Appraisal Fee to International Mortgage Company, Inc. | 475.00 |  |
| Processing Fee to International Mortgage Company, Inc. | 925.00 |  |
| Tax Service Fee to Landamerica | 48.00 |  |
| Flood Cert Fee to Landamerica | 7.50 |  |
| Interest at $224.6300/day from 12/15/2006 to 01/01/2007 to Freemont Investments and loans | 3,818.71 |  |
|  |  |  |
| **OTHER DEBITS/CREDITS** |  |  |
| International Mortgage Company Escrow Division for: Notary Fee | 350.00 |  |
| International Mortgage Company for: Messenger Fee | 25.00 |  |
| ~~Funds for Estimation (refundable)~~ | ~~500.00~~ |  |
| Verizon California #160 | 573.00 |  |
| Amex #0256272990 | 2,329.00 |  |
| Ladco Leasing #2418671 | ~~945.00~~ REMOVE |  |
| HSBC NV #54895551 | 906.00 |  |
| Judgement #8 for | 1,180.00 |  |
| HSBC #54689750 | 1,245.00 |  |
| Las Fuentes HOA for | 3,586.93   2000.00 ONLY |  |
|  |  |  |
| **TITLE/TAXES/RECORDING CHARGES** |  |  |
| ALTA Loan Policy Fee to Chicago Title Company | 1,650.00 |  |
| Messenger Fee to Chicago Title Company | 30.00 |  |
| Recording Trust Deed | 100.00 |  |
| Recording Reconveyance | 50.00 |  |
| 1 1/2 Half Taxes 2006-2007 | 1,322.02 |  |
|  |  |  |
| **ESCROW CHARGES** |  |  |
| Escrow Fee | 1,895.00 |  |
| Processing Demands | 210.00 |  |
| Wire Fee | 30.00 |  |
| Audit Review | 25.00 |  |
| Sub Escrow Fee | 195.00 |  |
|  |  |  |
| Refund |  | 65,605.36 ← |
|  |  |  |
| **TOTAL** | $ 773,500.00 | $ 773,500.00 |

RS

# EXHIBIT D

# Uniform Residential Loan Application

Loan #: 500000000857459

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☒ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to applicable law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below).

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

Mortgage Applied for: ☐ VA  ☒ Conventional  ☐ Other  
☐ FHA  ☐ USDA/Rural Housing Service

Agency Case Number:  
Lender Case No.: 500000000857459

Amount: $272,500.00  
Interest Rate: 10.35%  
No. of Months: 360  
Amortization Type: ☐ Fixed Rate  ☐ Other (explain): ___  ☐ GPM  ☒ ARM (type): 2-28 XT

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & zip code):  
16077 CRETE LANE  
HUNTINGTON BEACH, CA 92649  
No. of Units: 1

Legal Description of Subject Property (attach description if necessary):  
LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART THEREOF  
Year Built: 1978

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain): ___  ☒ Refinance  ☐ Construction-Permanent  
Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.  
Year Lot Acquired: ___  Original Cost: $___  Amount Existing Liens: $___  (a) Present Value of Lot: $___  (b) Cost of Improvements: $___  Total (a + b): $___

Complete this line if this is a refinance loan.  
Year Acquired: 1986  Original Cost: $ 105,000.00  Amount Existing Liens: $ 610,459.00  Purpose of Refinance: Cash Out Debt Con  
Describe Improvements: ☐ made  ☐ to be made  Cost: $ 0.00

Title will be held in what Name(s): ROBERT SWEETING  
Manner in which Title will be held: A Single Man  
Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain):

## III. BORROWER'S INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name | ROBERT SWEETING | |
| Social Security Number | 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 | |
| Home Phone | | |
| DOB | 5/14/1951 | |
| Yrs. School | 16 | |

Borrower: ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated  
Dependents (not listed by Co-Borrower): no. 0  ages ___

Co-Borrower: ☐ Married  ☐ Unmarried  ☐ Separated  
Dependents (not listed by Borrower): no. ___  ages ___

Present Address (street, city, state, zip code): ☒ Own ☐ Rent  19 No. Yrs.  
16077 CRETE LANE  
HUNTINGTON BEACH, CA 92649

Mailing Address, if different from Present Address:

If residing at present address for less than two years, complete the following:  
Former Address (street, city, state, zip code): ☐ Own ☐ Rent ___ No. Yrs.

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | BOKER BRAKE SERVICE  1706 PARAMOUNT AVENUE  Long Beach, CA 90815 | |
| Self Employed | ☒ | ☐ |
| Yrs. on this job | | |
| Yrs. employed in this line of work/profession | | |
| Position/Title/Type of Business | OWNER | |
| Business Phone (incl. area code) | (562) 435-4113 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
| Monthly Income | $ | |
| Position/Title/Type of Business | | Business Phone (incl. area code) |

INITIALS RS  C. ___  
PRINTED DATE: 12/8/2006  
Freddie Mac Form 65/Rev. 07/05  
GFB Form 0002/MY(10)  
Fannie Mae Form 1003/Rev. 07/05

Loan # 300030000857459

## VI. ASSETS AND LIABILITIES (con't)

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 16077 CRETE LANE Huntington Beach, CA 92649-0000 | | $ 967,000.00 | $ 660,164.00 | $ 0.00 | $ 3,187.00 | $ 623.00 | $ 0.00 |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ 967,000.00 | $ 660,164.00 | $ 0.00 | $ 3,187.00 | $ 623.00 | $ 0.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 0.00 |
| b. Alterations, improvements, repairs | 0.00 |
| c. Land (if acquired separately) | 0.00 |
| d. Refinance (incl. debts to be paid off) | 661,250.38 |
| e. Estimated prepaid items | 6,539.61 |
| f. Estimated closing costs | 39,476.05 |
| g. PMI, MIP, Funding Fee | 0.00 |
| h. Discount (if Borrower will pay) | 0.00 |
| i. Total costs (add items a through h) | 707,616.61 |
| j. Subordinate financing | 0.00 |
| k. Borrower's closing costs paid by Seller | 0.00 |
| l. Other Credits (explain) | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 773,500.00 |
| n. PMI, MIP, Funding Fee financed | 0.00 |
| o. Loan amount (add m & n) | 773,500.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | (65,893.39) |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

|  | Borrower | | Co-Borrower | |
|---|---|---|---|---|
|  | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan... | ☐ | ☒ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt... | ☐ | ☒ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☐ | ☐ |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

[acknowledgment text]

X /s/ Robert [Signature]    Date 12/8/06    X _____ Date _____

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

[text]

**BORROWER** ☐ I do not wish to furnish this information  **CO-BORROWER** ☒ I do not wish to furnish this information

Ethnicity: ☐ Hispanic or Latino  ☒ Not Hispanic or Latino  Ethnicity: ☐ Hispanic or Latino  ☐ Not Hispanic or Latino

Race: ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☒ White

Race: ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White

Sex: ☐ Female  ☒ Male    Sex: ☐ Female  ☐ Male

To be Completed by Interviewer
This application was taken by:
☐ Face-to-face interview
☒ Mail
☐ Telephone
☐ Internet

Interviewer's Name: [signature]
Interviewer's Signature: [signature]  Date: ____
Interviewer's Phone Number: 818-956-4400

Name and Address of Interviewer's Employer:
INTERNATIONAL MORTGAGE COMPANY, ESCROW
400 N. BRAND BLVD #160
GLENDALE, CA 91203

Application Date: 11/22/2006

Freddie Mac Form 65/Rev. 07/05                                Fannie Mae Form 1003/Rev. 07/05

# EXHIBIT E



## IMC INTERNATIONAL MORTGAGE COMPANY INC.

### ESCROW DIVISION
450 North Brand Blvd., Suite 130 • Glendale, CA 91203
Tel: (818) 956-4600 • Facsimile: (818) 956-4631
California Department of Real Estate - Real Estate Broker
DRE# 01388848

Sandra Jaquez
Escrow Manager

Date: December 20, 2006
Escrow No.: 004679

AMENDED ESCROW INSTRUCTIONS

Property Address:    16077 Crete Lane  Huntington Beach, CA  92649

THE ABOVE NUMBERED ESCROW IS HEREBY AMENDED AND/OR SUPPLEMENTED AS FOLLOWS:

1.    I Robert Sweeting authorize International Mortgage Company Escrow Division Inc. to hold proceeds in the amount of $6,934.37 for the First Payment of my Mortgage this payment will be due on 02/01/07 and it need to be mailed to Fremont Investment & Loan, P.O. Box 19030, San Bernardino, CA. 92423-9030 with Loan NO: 30000000857459.

ALL OTHER TERMS AND CONDITIONS TO REMAIN THE SAME.

_____
Robert Sweeting

850 4620

**EXHIBIT E**

**EXHIBIT F**



# INTERNATIONAL MORTGAGE COMPANY INC.

## ESCROW DIVISION

450 North Brand Blvd., Suite 130 • Glendale, CA 91203
Tel: (818) 956-4600 • Facsimile: (818) 956-4631
California Department of Real Estate - Real Estate Broker
DRE# 01368848

Mr. Robert Sweeting
16077 Crete Lane
Huntington Beach, CA. 92649

Date: December 20, 2006
Escrow No. 004679
Re: 16077 Crete Lane
     Huntington Beach, CA 92649

Dear Mr. Sweeting:

The above referenced escrow closed on December 20, 2006. In connection therewith, we are enclosing the following documents:

Wire in the amount of $25,128.44
Closing/Settlement Statement. PLEASE RETAIN FOR INCOME TAX PURPOSES.
Insurance Policy/Certificate
Check in the amount of $573.00 for Verizon Account
Check in the amount of $2,329.00 for AMEX
Check in the amount of $906.00 for HSBC
Check in the amount of $1,245.00 for HSBC

Your escrow will be held by our office for a period of five years from the close of escrow. It has been a pleasure to have handled your escrow, and we trust we may be of service to you in the future.

Sincerely,
International Mortgage Company, Inc. Escrow Division

Sandra Jaquez
Escrow Manager

**EXHIBIT F**

Documents provided    IndyTree LLC via its proprietary imaging and delivery system. Copyright 2003

# CHICAGO TITLE

Recording Requested By:

Return To:

Fremont Investment & Loan
P.O. BOX 34078
FULLERTON, CA 92834-34078

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

75.00

2006000850787 08:00am 12/20/06
103 92 D11 24
0.00 0.00 0.00 0.00 69.00 0.00 0.00 0.00

Prepared By:
Barbara Licon

30000000857459

—————————————— [Space Above This Line For Recording Data] ——————————————

6011096 A33    DEED OF TRUST

MIN 1001944-3000857459-5

17 08.741-33

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated December 08, 2006 together with all Riders to this document.
(B) "Borrower" is ROBERT SWEETING, an unmarried man

Borrower's address is 16077 CRETE LANE  Huntington Beach, CA  92649
. Borrower is the trustor under this Security Instrument.

(C) "Lender" is Fremont Investment & Loan

Lender is a  CORPORATION
organized and existing under the laws of CALIFORNIA

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS    Form 3005 1/01

-6A(CA) (0207)
Page 1 of 16    Initials: RS

VMP MORTGAGE FORMS - (800)521-7291

**EXHIBIT G**

):Robert Sweeting    COMPANY:

01/04/2007 11:04 FAX     INK INC. ESCROW DIVISION

**A. SETTLEMENT STATEMENT** U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — FINAL

OMB No. 2502-0265

B. Type of Loan
1. FHA 2. FmHA 3. DConv. Unins. 4. VA 5. DConv. Ins.
6. File Number: 004679
7. Loan Number
8. Mortgage Insurance Number

C. Note: THIS NOTE IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "P.O.C." WERE PAID OUTSIDE OF THE CLOSING. THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

D. Name and Address of Borrower: Robert Sweeting

E. Name and Address of Seller:

F. Name and Address of Lender: Fremont Investment and Loan, 175 N. Pacific Center Drive, Anaheim, CA 92806

G. PROPERTY LOCATION: 16777 Cole Lane, Huntington Beach, CA 92649

H. Settlement Agent: International Mortgage Company, Inc. Escrow Division
Place of Settlement: 400 North Brand Blvd., Suite 135, Glendale, CA 91203
Settlement Date: December 29, 2006

J. SUMMARY OF BORROWER'S TRANSACTION / K. SUMMARY OF SELLER'S TRANSACTION

101. Contract Sales Price
102. Personal Property
103. Sett. Chgs. to Borrower (line 1400) — $3,018.15
104. Handle Escrow — $62,712.00
105. The Jack Loy Firm — 1,400.00     ← JUDICIAL

120. Gross Amount Due From Borrower — 706,623.15

201. Deposits of Earnest Money
202. New 1st Trust Deed — 773,900.00

220. Total Paid By/For Borrower — 773,900.00

301. Gross Amount due from Borrower (line 120) — 706,623.15
302. Less amounts paid by/for Borrower (line 220) — 773,900.00
303. CASH TO BORROWER — 67,908.85

$ 67,908, CASH BACK



**EXHIBIT H**

TO: Robert Sweeting   COMPANY: ✓

01/04/2007 11:05 FAX        INC INC. ESCROW DIVISION            ☒001

| L. SETTLEMENT STATEMENT | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 701. | | |
| 702. | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| 801. Loan Origination Fee to International Mortgage Company, Inc. | 38,000.00 | |
| 802. Loan Discount Fee to Paramount Investments Pvt Mae | 1,610.00 | |
| 803. Appraisal Fee to International Mortgage Company, Inc. | 475.00 | |
| 804. Credit report | | |
| 805. Lender's Inspection fee | | |
| 806. Mortgage Insurance application fee | | |
| 807. Brokerage Fee POC $7,725.00 to International Mortgage Company, Inc. | | |
| 808. Processing Fee to International Mortgage Company, Inc. | 695.00 | |
| 809. Administration Fee to International Mortgage Company, Inc. | 350.00 | |
| 810. Tax Service Fee to Landmark | 66.00 | |
| 811. Admin Survey Fee to Peak 10 | 387.00 | |
| 901. Interest at $210.9306/day from 12/15/2006 to 01/01/2007 to Paramount Investments Pvt Mae | 7,881.80 | |
| 902. Mortgage Insurance | | |
| 903. International Mortgage Company Escrow Division for Notary Fee | 360.00 | |
| 904. Arman 603500772550 | 2,500.00 | |
| 905. | | |
| 1001. Hazard Insurance | | |
| 1002. Mortgage Insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Reserves | | |
| 1009. | | |
| 1101. Escrow Fee to International Mortgage Company, Inc. Escrow Division | 1,000.00 | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary fees | | |
| 1107. Attorney's fees | | |
| 1108. Title insurance to Chicago Title Company | 1,643.00 | |  ← CHICAGO TITLE
| 1109. Lender's coverage $1,000.00 | | |
| 1110. Owner's coverage $ | | |
| 1111. Messenger Fee UPS to Chicago Title Company | 0.33 | |
| 1112. Loan Tie-In Fee to International Mortgage Company, Inc. Escrow Division | 350.00 | |
| 1113. Notary Income Spot Floss ID | 400.00 | |
| 1201. Recording fees: Deed $; Mortgage $85.00; Releases $ to Chicago Title Company | 85.00 | |
| 1202. City/County tax stamps | | |
| 1203. State tax stamps | | |
| 1204. | | |
| 1205. Hold TI 01/02/07 to Chicago Title Company | 3,000.00 | |  ← CHICAGO TITLE
| 1301. Survey | | |
| 1302. International Mortgage Company for Messenger Fee | 85.00 | |
| 1303. Verizon California 97.90 | 97.00 | |
| 1304. Ladera Leasing 406105711 | 915.00 | |
| 1305. HSBC AV 4004660001 | 275.00 | |
| 1306. HSBC 504061730 | 1,746.00 | |
| 1307. Los Flores HOA for | 3,060.00 | |
| | 65,010.33 | |



# FUNDS TRANSFER ACTIVITY ADVICE

ACCOUNT NO. 692001803

DATE December 21, 2006

PAGE 1

POWER BRAKE SERVICE CO
1701 FASHION AVE
LONG BEACH    CA 908131317

Direct any inquiries to your account officer or branch of account.

| TRANSACTION DESCRIPTION | DEBIT | CREDIT |
|---|---|---|
| | | $25,128.44 |

```
1-TRN-061221-003869------1221-1LF049C000113122113030FT01-
G: INTERNATIONAL MORTGAGE CO INC GLENDALE OFFICE
   450 N BRAND BLVD #150 GLENDALE CA  91203
OM: PACIFIC WESTERN BANK          ABA/122238200
FACCT: 692001803
F: ROBERT SWEETING
I: ESCROW # 004679
```

## SUMMARY

|  | NUMBER | AMOUNT |
|---|---|---|
| DEBITS | 0 | $.00 |
| CREDITS | 1 | $25,128.44 |
| TOTAL | 1 | |

ABBREVIATION CODES:
FWO -FED WIRE OUT
FWI -FED WIRE IN
SWO -SWIFT WIRE OUT
SWI -SWIFT WIRE IN
TXO -TELEX WIRE OUT
TXI -TELEX WIRE IN
IBT -INTERNAL TRANSFER

MEMBER FDIC