**EXHIBIT I**

Residential Real Estate Servicing
3110 Guasti Road Suite 500
Ontario, CA 91764
Tel 800 776 7511
Fax 714 685 7051



July 30, 2007

ROBERT SWEETING
16077 CRETE LANE
HUNTINGTON BEACH, CA 92649

Regarding:
Property Address: ROBERT SWEETING
16077 CRETE LANE
HUNTINGTON BEACH, CA 92649

Our Loan #: 3000857459
Policy Number:

Dear Customer,

Please be advised that as of July 30, 2007, Fremont Investment & Loan has assigned, sold, or transferred their **First mortgage loan** on the above referenced property to GMAC Mortgage, LLC.

Please issue a loss payable endorsement as follows:

GMAC Mortgage, LLC.
Its successors and/or assigns
P.O. Box 4025
Coraopolis, PA 15108-6942
800-766-4622

Should you have any questions, please feel free to contact your new Loan Service Center at (800) 766-4622

Sincerely,
Fremont Investment & Loan

Serving
Our Customers
Since 1937
Member FDIC

**EXHIBIT I**

**EXHIBIT J**

RECORDING REQUESTED BY.

FIRST AMERICAN TITLE INSURANCE

WHEN RECORDED MAIL TO:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

THE FOLLOWING COPY OF 'NOTICE', THE ORIGINAL OF WHICH WAS FILED FOR RECORD ON 10/25/2007 IN THE OFFICE OF THE RECORDER OF Orange COUNTY, CALIFORNIA IS SENT TO YOU INASMUCH AS AN EXAMINATION IN OF THE TITLE TO SAID TRUST PROPERTY SHOWS YOU MAY HAVE AN INTEREST THE TRUSTEE'S SALE PROCEEDINGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

TS No.: GM-120181-C
Loan No.: 0833009962

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $50,235.26 as of 10/23/2007, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
C/O EXECUTIVE TRUSTEE SERVICES, LLC
5455 SAN FERNANDO MISSION BLVD., SUITE 208
MISSION HILLS, CALIFORNIA 91345
818) 260-1600

*ELIZA 11/13/*

[Page 1 of 2]

**EXHIBIT J**

TS NO.: GM-120181-C
LOAN NO.: 0833009952

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That EXECUTIVE TRUSTEE SERVICES, LLC is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 12/8/2006, executed by ROBERT SWEETING, AN UNMARRIED MAN, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as beneficiary, recorded 12/20/2006, as Instrument No. 2006000850787, in Book , Page , of Official Records in the Office of the Recorder of Orange County, California describing land therein as:

AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

including ONE NOTE FOR THE ORIGINAL sum of $773,500.00 ; that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Installment of Principal and Interest plus Impounds and/or advances which became due on 4/1/2007 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: 10/23/2007

EXECUTIVE TRUSTEE SERVICES, LLC AS AGENT FOR BENEFICIARY

BY: _____
Myron Ravelo
TRUSTEE SALE OFFICER

Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

(818) 260-1600

Date: 11/2/2007

T.S. Number: GM-120181-C
Loan Number: 0833009962

## DEBT VALIDATION NOTICE

1. The enclosed document relates to a debt owed to the current creditor:

   MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

   You may send us a written request for the name and address of the original creditor, if different from the current creditor, and we will obtain and mail the information to you.

2. As of 10/23/2007 the total delinquency owed was $50,235.26, but this amount will increase until the delinquency has been fully cured.

3. As of 11/2/2007, the amount required to pay the entire debt in full was $825,047.32, but this amount will increase daily until the debt has been fully paid.

4. You may dispute the validity of this debt, or any portion thereof, within thirty (30) days after receiving this notice. Otherwise, we will assume that the debt is valid.

5. If you notify us in writing that you dispute all or any portion of this debt within thirty (30) days after receiving this notice, we will obtain and mail to you verification of the debt, or a copy of any judgement against you.

---

> WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION
> WE OBTAIN WILL BE USED FOR THAT PURPOSE

**EXHIBIT K**

RECORDING REQUESTED BY
Executive Trustee Services, LLC

AND WHEN RECORDED MAIL TO:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

T.S. No. GM-120161-C
Loan No. 0833009982

SPACE ABOVE THIS LINE FOR RECORDER'S Use

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 12/8/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR: ROBERT SWEETING, AN UNMARRIED MAN
Recorded 12/20/2006 as Instrument No. 2006000850787 in Book , page of Official Records in the office of the Recorder of Orange County, California,
Date of Sale: 3/26/2008 at 2:00 PM

| Place of Sale: | At the North front entrance to the County Courthouse, 700 Civic Center Drive West, Santa Ana, California |
|---|---|
| Property Address is purported to be: | 16077 CRETE LANE HUNTINGTON BEACH, CA 92649 |

APN #: 178-741-30

The total amount secured by said instrument, as of the time of initial publication of this notice is $860,629.72, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

| Date: 2/26/2008 | EXECUTIVE TRUSTEE SERVICES, LLC 2255 North Ontario Street, Suite 400 Burbank, California 91504-3120 Sale Line: 714-259-7850 |
|---|---|
| | Beatriz Osorio, TRUSTEE SALE OFFICER |



# EXHIBIT "B"

```
00/00/0000        08:37        FIRST LEGAL SUPPORT        714 541 8182
```

Stuart B. Wolfe, Esq. (SBN 156471)
Samantha N. Lamm, Esq. (SBN 203094)
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
GMAC MORTGAGE, LLC

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 03 2009

ALAN CARLSON, Clerk of the Court
BY K PALACIOS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE, CENTRAL JUSTICE CENTER - UNLIMITED

**BY FAX**

ROBERT SWEETING,

    Plaintiff,

v.

JASON KISHABA, an individual; SANDRA JAQUEZ, and individual, PETER SAUERACKER, an individual, INTERNATIONAL MORTGAGE, INC.; CAITLIN CHEN, an individual; FREMONT INVESTMENT AND LOAN, INC.; GMAC MORTGAGE LLC.; all persons unknown, claiming any legal or equitable right, title, estate, lien or interested in the property described in the complaint adverse to plaintiff's title, or any cloud on plaintiff's title thereto and DOES 1 through 25, inclusive,

    Defendants.

Case No.: 30-2008-00104237

Assigned for all purposes to:
Judge: Hon. Randell L. Wilkinson
Dept. C-25

[~~PROPOSED~~] JUDGMENT BY THE COURT PURSUANT TO CCP § 437c

Trial Date:           November 2, 2009
Discovery Cut-off:    October 5, 2009
Motion Cut-off:       October 5, 2009

Action Filed: March 20, 2008

    On October 29, 2009, this Court granted Defendants GMAC MORTGAGE, LLC's motion for summary judgment and ordered entry of judgment in favor of GMAC MORTGAGE, LLC and against Plaintiff ROBERT SWEETING.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that GMAC MORTGAGE, LLC's motion for summary judgment is granted. The Court orders that GMAC MORTGAGE, LLC have judgment entered in its favor and against Plaintiff ROBERT SWEETING who shall take nothing by way of his Complaint. The Court further orders that GMAC MORTGAGE, LLC be

1

PROPOSED ORDER RE MOTION FOR SUMMARY JUDGMENT

00/00/0000    08:37    FIRST LEGAL SUPPORT    714 541 8182

1 | entitled to recover its costs and attorney's fees in the sum of _____.

2 | IT IS SO ORDERED.

4 | DATED: **DEC 0 3 2009**          By: **RANDELL L. WILKINSON**
5 |                                       Hon. Randell L. Wilkinson
  |                                       Judge of the Superior Court

8 | H:\Matters\GMAC Mortgage Corporation (1353)\089 (Sweeting)\Pleadings\MSJ\Prop Order.doc

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

```
00/00/0000      08:37        FIRST LEGAL SUPPORT          714 541 8182
```

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614-5979.

On November 10, 2009, I served the document(s) described as **[PROPOSED] JUDGMENT BY THE COURT PURSUANT TO CCP § 437c** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ BY MAIL: as follows:

☒   STATE - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ BY EXPRESS MAIL as follows: I caused such envelope to be deposited in the U.S. Mail at Irvine, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☐ BY CERTIFIED MAIL as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☐ BY OVERNIGHT COURIER SERVICE as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ BY FACSIMILE as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ STATE     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 10, 2009, at Irvine, California.

*/s/ Rebecca Nichols*
Rebecca Nichols

H:\Matters\GMAC Mortgage Corporation (1353)\089 (Sweesing)\PROOF OF SERVICE.doc

# SERVICE LIST
Orange County Superior Court – Case No. 30-2008-104237
**Robert Sweeting v. Jason Kishaba et al.**
W&W File No. 1353-089
[Revised: October 15, 2009]

| | |
|---|---|
| Robert Sweeting, In Pro Per<br>16077 Crete Lane<br>Huntington Beach, CA 92649 | T: (562) 394-8218<br>F: (714) 846-8522 |
| Michael Gilligan, Esq.<br>Jacky P. Wang, Esq.<br>FIDELITY NATIONAL TITLE INSURANCE<br>17911 Von Karman Ave # 300<br>Irvine, CA 92614-6253 | Attorneys for Chicago Title Company<br>T: (949) 622-4343<br>F: (949) 622-5793<br>mgilligan@fnf.com |
| Timothy M. Ryan, Esq.<br>Ross Scarberry, Esq.<br>THE RYAN FIRM<br>1100 N. Tustin Ave., Suite 200<br>Anaheim, CA 92807 | Attorneys for Fremont Investment and Loan, Inc. now known as Fremont Reorganizing Corporation<br>T: (714) 666-1362<br>F: (714) 666-1443 |
| Richard D. Simpson, Jr.<br>WRIGHT, FINLAY & ZAK<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | Attorneys for Island Source II, LLC<br>T: (949) 477-5050<br>F: (949) 477-9200 |
| David Endres, APC<br>THE ENDRES LAW FIRM<br>2121 2nd Street, Suite C105<br>Davis, CA 95616 | Attorneys for Island Source II, LLC<br>(Unlawful Detainer Action)<br>T: (530) 601-5156 |

# EXHIBIT "C"

COURT OF APPEAL-4TH DIST DIV 3
FILED
JUN 2 8 2010
Deputy Clerk _____

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| ROBERT SWEETING, | |
| Plaintiff and Appellant, | G043281 |
| v. | (Super. Ct. No. 30-2008-00104237) |
| FREMONT REORGANIZING CORPORATION et al., | O R D E R |
| Defendants and Respondents. | |

This appeal was dismissed on May 20, 2010, for failure to deposit costs for the preparation of the record on appeal. (Cal. Rules of Court, rule 8.140(b)(1).) On June 22, 2010, appellant applied for relief from the dismissal and submitted a motion to consolidate this appeal with appeal number G043356. The dismissal became final as to this court on June 21, 2010 (Cal. Rules of Court, rule 8.264(b)(1)); accordingly, the application for relief is DENIED for lack of jurisdiction. The motion to consolidate this appeal with appeal number G043356 is also DENIED for lack of jurisdiction.

SILLS, P.J.

_____
SILLS, P. J.


COPY