*Sweeting v. GMAC*                                                    **19000.0017**

First Action:              OCSC Case No. 30-2008-00104237

Second Action:             OCSC Case No. 30-2010-00410079

Appeals/Related Appeals:   G045198
                           G043924
                           G043281

1.    First Amended Complaint

2.    December 3, 2009 Dismissal Judgment

3.    June 28, 2010 Appeal Dismissal

4.    Remittitur issued by the California Appellate Court on July 20, 2010

5.    August 27, 2010 California Appellate Court denial of Claimant's motion to recall the remittitur

6.    GMAC Mortgage demurrer to the Second Amended Complaint

7.    GMAC Mortgage motion to strike the Second Amended Complaint

8.    September 15, 2010, Court order granting GMAC Mortgage's motion to strike without leave to amend

9.    2010 Complaint in *Sweeting v. GMAC Mortgage, LLC*, Case No. 30-2010-00410079

10.   February 7, 2011, GMAC Mortgage demurrer to the 2010 Complaint

11.   Order sustaining GMAC Mortgage's demurrer to the 2010 Complaint without leave to amend

12.   Court order dismissing the Second Sweeting Action with prejudice

13.   Copies of the briefing for the Second GMAC Appeal

# EXHIBIT "L"

/0000    ,    08:37    FIRST LEGAL SUI    1    714 541 8182

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

APR 29 2011

ALAN CARLSON, Clerk of the Court

BY  P RIEF

BY FAX

1   DANIEL A. SHAMA (State Bar No. 230420)
    das@severson.com
2   SEVERSON & WERSON
    A Professional Corporation
3   The Atrium
    19100 Von Karman Ave., Suite 700
4   Irvine, CA 92612
    Telephone:   (949) 442-7110
5   Facsimile:   (949) 442-7118

6   JOHN B. SULLIVAN (State Bar No. 96742)
    jbs@severson.com
7   REGINA J. MCCLENDON (State Bar No. 184669)
    rjm@severson.com
8   SEVERSON & WERSON
    A Professional Corporation
9   One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
10  Telephone:   (415) 398-3344
    Facsimile:   (415) 956-0439

11
    Attorneys for Defendant
12  GMAC MORTGAGE, LLC

13              SUPERIOR COURT OF CALIFORNIA

14       COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

15  ROBERT SWEETING,                    Case No.: 30-2010-00410079
                                        Hon. Thierry Colaw
16          Plaintiff,                  Dept. C-25

17      vs.                             JUDGMENT OF DISMISSAL

18  GMAC MORTGAGE LLC., DOES 1 through
    25, inclusive,
19
20          Defendants.

21                                      Complaint Filed:   September 21, 2010

22

23      This Court, having entered an Order SUSTAINING Defendant GMAC Mortgage, LLC's

24  ("GMAC") demurrer to Plaintiff Robert Sweeting's complaint without leave to amend,

25

26      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

27      1.      Plaintiff's complaint is dismissed with prejudice; and

28

---

19000/0017/897286.1                                          Judgment of Dismissal

( 0000    08:37    FIRST LEGAL SUP    714 541 8182

## PROOF OF SERVICE

*Sweeting v. GMAC Mortgae, LLC, et al*
OCSC Case Number 30-2010-00410079

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is Severson & Werson, The Atrium, 19100 Von Karman Ave., Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**JUDGMENT OF DISMISSAL**, on all interested parties in said case addressed as follows:

| | |
|---|---|
| Robert Sweeting | Plaintiff in Pro Per |
| 16077 Crete Lane | |
| Huntington Beach, CA  92649 | Telephone:  (562) 394-8218 |
| | Facsimile:  (714) 846-8522 |
| | Email:    powerbrakebob@msn.com |

☑ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY FAX)** By use of facsimile machine telephone number (949) 442-7118, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above document(s) via electronic transmission (e-mail) at _____ a.m./p.m. using e-mail address (____@severson.com) to the e-mail address designated for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(STATE)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is executed in Irvine, California, on March 24, 2011.

_____
Liz C. Roberts

-1-

## SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

### MINUTE ORDER

DATE: 03/11/2011                    TIME: 10:00:00 AM        DEPT:  C25

TEMPORARY JUDGE: Steven Siefert
CLERK:  P. Rief
REPORTER/ERM: Edward V. Serrano-7469 CSR# 7469
BAILIFF/COURT ATTENDANT: Servando Garcia, Jr

CASE NO: **30-2010-00410079-CU-DF-CJC**  CASE INIT.DATE: 09/21/2010
CASE TITLE: **Sweeting vs. GMAC Mortgage LLC**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: Defamation

---

EVENT ID/DOCUMENT ID: 71166616,85691039

**EVENT TYPE**: Demurrer to Complaint
MOVING PARTY: GMAC Mortgage LLC
CAUSAL DOCUMENT/DATE FILED: Demurrer to Complaint, 02/07/2011

---

**APPEARANCES**
Robert Sweeting, self represented Plaintiff, present.
Daniel A. Shama, Esq., from SEVERSON & WERSON, present for Defendant(s).

---

DEMURRER OF DEFENDANT GMAC MORTGAGE LLP TO COMPLAINT OF PLAINTIFF ROBERT
SWEETING

Stipulation for Temporary Judge signed and filed.

Parties are given the Court's Tentative Ruling.

The Tentative Ruling is as follows: Defendant GMAC Mortgage's demurrer to plaintiff Sweeting's new
complaint is SUSTAINED, without leave to amend, because any such claims are barred under the
doctrine of res judicata based on the final judgment in favor of moving party in *Sweeting v. Kishaba, et
al.*, O.C.S.C. 30-2008-00104237. Res judicata bars not only matters that were actually litigated but
matters that could have been litigated. See, *Zevnik v. Superior Court* 2008) 159 Cal.App.4th 76, 82. In
addition, a party may not split his causes of action that arise from the same subject matter. See, *Wulfjen
v. Dolton* (1944) 24 Cal.2d 891, 894 to 895. The purported defamation and related claims in the present
action arises from the same subject matter as plaintiff Sweeting's earlier action of *Sweeting v. Kishaba*,
et al., O.C.S.C. 30-2008-00104237. Moving party to give notice.
Defendant GMAC Mortgage's Request for Judicial Notice: Defendant GMAC Mortgage requested that
the court take judicial notice of the following documents: Exhibit A, Plaintiff Sweeting's Verified
Complaint in *Sweeting v. Kishaba, et al.*, O.C.S.C. 30-2008-00104237, Exhibit B, Plaintiff Sweeting's
Verified First Amended Complaint in *Sweeting v. Kishaba, et al.*, O.C.S.C. 30-2008-00104237, Exhibit C,
Plaintiff Sweeting's Verified Second Amended Complaint in *Sweeting v. Kishaba, et al.*, O.C.S.C.
30-2008-00104237, and Exhibit D, Court's Order Granting Defendant GMAC Mortgage's Motion to Strike
Plaintiff's Verified Second Amended Complaint. Defendant GMAC Mortgage's request that court take
judicial notice of Exhibits A, B, C and D is GRANTED, but as to Exhibits A, B and C, such notice is

---

CASE TITLE: Sweeting vs. GMAC Mortgage LLC          CASE NO: **30-2010-00410079-CU-DF-CJC**

limited to the filing of these complaints and not as to the claims and contentions set forth therein. See, *Day v. Sharp* (1975) 50 Cal.App.3d 904, 914.

The Court hears oral argument. The Tentative Ruling will be the ruling of the Court as indicated on the record.

The Demurrer to Complaint is sustained without leave to amend.

Court orders moving party to give notice.

# EXHIBIT " M "

# COURT OF APPEAL

## STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

APPEAL 4TH DIST DIV 3
FILED

## DIVISION THREE    NOV 2 9 2011

Deputy Clerk

| | |
|---|---|
| ROBERT SWEETING, Plaintiff and Appellant, vs. GMAC MORTGAGE, LLC Defendant and Respondent. | Court of Appeal Case No.: G045198 Superior Court Case No.: 30-2010-00410079 |

## OPENING BRIEF ON APPEAL

FROM AN ORDER OF THE ORANGE COUNTY SUPERIOR COURT,
THE HONORABLE STEVEN SIEFERT, JUDGE PRO TEM PRESIDING,
GRANTING DEMURRER TO COMPLAINT WITHOUT LEAVE TO AMEND

Robert Sweeting, Pro Per
7071 Warner Ave., Unit F81
Huntington Beach, CA 92647
(562) 394-8218



**TO BE FILED IN THE COURT OF APPEAL**

**APP-008**

| COURT OF APPEAL, FOURTH APPELLATE DISTRICT, DIVISION THREE | Court of Appeal Case Number: G045198 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>ROBERT SWEETING, PRO PER<br>7071 WARNER AVE.<br>UNIT F81<br>HUNTINGTON BEACH, CA. 92647<br>TELEPHONE NO.: 562-394-8218   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): POWERBRAKEBOB@MSN.COM<br>ATTORNEY FOR (Name): | Superior Court Case Number:<br>30-2010-00410079<br><br>*FOR COURT USE ONLY* |

APPELLANT/PETITIONER: ROBERT SWEETING

RESPONDENT/REAL PARTY IN INTEREST: GMAC MORTGAGE, LLC.

---

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

(Check one):  [✓] INITIAL CERTIFICATE   [ ] SUPPLEMENTAL CERTIFICATE

**Notice: Please read rules 8.208 and 8.488 before completing this form. You may use this form for the initial certificate in an appeal when you file your brief or a prebriefing motion, application, or opposition to such a motion or application in the Court of Appeal, and when you file a petition for an extraordinary writ. You may also use this form as a supplemental certificate when you learn of changed or additional information that must be disclosed.**

---

1. This form is being submitted on behalf of the following party (name): ROBERT SWEETING

2. a. [✓] There are no interested entities or persons that must be listed in this certificate under rule 8.208.

   b. [ ] Interested entities or persons required to be listed under rule 8.208 are as follows:

| Full name of interested<br>entity or person | Nature of interest<br>(Explain): |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |

[ ] Continued on attachment 2.

The undersigned certifies that the above-listed persons or entities (corporations, partnerships, firms, or any other association, but not including government entities or their agencies) have either (1) an ownership interest of 10 percent or more in the party if it is an entity; or (2) a financial or other interest in the outcome of the proceeding that the justices should consider in determining whether to disqualify themselves, as defined in rule 8.208(e)(2).

Date: NOVEMBER 30, 2011

ROBERT SWEETING
_____
(TYPE OR PRINT NAME)

► *Robert Sweeting* (signature)
_____
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 1

Court of Appeal Case No.: G045198
Superior Court Case No.: 30-2010-00410079

## COURT OF APPEAL
## STATE OF CALIFORNIA
## FOURTH APPELLATE DISTRICT
## DIVISION THREE

---

ROBERT SWEETING,
Plaintiff and Appellant,

vs.

GMAC MORTGAGE, LLC
Defendant and Respondent,

---

OPENING BRIEF ON APPEAL
FROM AN ORDER OF THE ORANGE COUNTY SUPERIOR COURT,
THE HONORABLE STEVEN SIEFERT, JUDGE PRO TEM PRESIDING,
GRANTING DEMURRER TO COMPLAINT WITHOUT LEAVE TO AMEND

---

Robert Sweeting, Pro Per
7071 Warner Ave., Unit F81
Huntington Beach, CA 92647
(562) 394-8218

)                                    )

## TABLE OF CONTENTS

Section                                                        Page #

STATEMENT OF THE CASE ............................. 1

STATEMENT OF APPEALABILITY ...................... 2

STATEMENT OF FACTS .............................. 2
    THE FIRST ACTION ............................. 3
    THE PRESENT ACTION: ......................... 9

INTRODUCTION .................................... 9

THE ORDER OF THE TRIAL COURT GRANTING GMAC'S
    DEMURRER TO THE SECOND AMENDED COMPLAINT
    IN THE FIRST ACTION WAS VOID BECAUSE THE TRIAL
    COURT LACKED JURISDICTION OVER GMAC ...... 11

THE DOCTRINE OF RES JUDICATA
    DOES NOT BAR THE PRESENT ACTION BECAUSE THE
    CAUSE OF ACTION FOR INTERFERENCE WITH CREDIT
    BECAUSE IT WAS NOT LITIGATED OR REQUIRED TO
    BE LITIGATED IN THE PRIOR ACTION ............. 13

PLAINTIFF WAS NOT REQUIRED TO AMEND HIS
    COMPLAINT IN THE FIRST CASE TO ALLEGE A CAUSE
    OF ACTION WHICH AROSE AFTER THE COMPLAINT
    WAS FILED ................................... 18

PLAINTIFF CAN AMEND HIS COMPLAINT TO STATE CAUSES
    OF ACTION UNDER THE FAIR CREDIT REPORTING ACT
    AND UNDER CIVIL CODE § 1785.25, SUBDIVISION (a)
    ............................................ 20
    Plaintiff Can Allege Facts Sufficient to State a Cause of Action
        on Which Relief May Be Granted under the FCRA .. 22
    Civ. Code § 1785.25(a) is Not Subject to Preemption under the
        FCRA ................................... 25

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

CERTIFICATION OF WORD COUNT . . . . . . . . . . . . . . . . . . . . . 29

)                                                    )

# TABLE OF AUTHORITIES

## Table of Cases

*Abelleira v. District Court of Appeal*, 17 Cal.2d 280 (1941) . . . . . 11

*Barquis v. Merchants Collection Assn.*, 7 Cal.3d 94 (1972) . . . . . 12

*Bernhard v. Bank of America*, 19 Cal.2d 807 (1942) . . . . . . . . . . 14

*Busick v. Workmen's Comp Appeals. Bd.*, 7 Cal.3d 967 (1972) . . . 18

*Chatten v. Martell*, 166 Cal. App. 2d 545 (1958) . . . . . . . . . . . . 20

*Desny v. Wilder*, 46 Cal.2d 715 (1956) . . . . . . . . . . . . . . . . . . . 21

*Goodman v Kennedy*, 18 C3d 335 (1976) . . . . . . . . . . . . . . . . . . 20

*Johnson v. American Airlines, Inc.*, 157 Cal.App.3d 427 (1984) . . 16

*Kettelle v. Kettelle*, 110 Cal.App. 310 (1930) . . . . . . . . . . . . . . . 19

*Lin v. Universal Card Services Corp.*, 238 F.Supp.2d 1147 (N.D.Cal.
2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*McKee v. Doud*, 152 Cal. 637 (1908) . . . . . . . . . . . . . . . . . . . . . 15

*Morgan v. Superior Court of Los Angeles County*, 172 Cal.App.2d
527 (1959) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Panos v. Great Western Packing Co.*, 21 Cal.2d 636 (1943) . . . . . 16

*People v. Getty*, 50 Cal.App.3d 101 (1975) . . . . . . . . . . . . . . . . . 12

*People v. Sonoqui*, 1 Cal.2d 364 (1934) . . . . . . . . . . . . . . . . . . . 12

*Rice v. Crow*, 81 Cal. App. 4th 725 (Cal. App. 2d Dist. 2000) . . . 13

)                                          )

*Sainai v. Saltz*, 170 Cal. App. 4th 746 (2009) . . . . . . . . . . . . . . . . . 22

*Slater v. Blackwood*, 15 Cal.3d 791 (1975) . . . . . . . . . . . . . . . . . 15

*Stafford v. Yerge*, 129 Cal.App.2d 165 (1954) . . . . . . . . . . . . . . . . 17

*Wulffen v. Dolton*, 24 Cal.2d 891 (1944) . . . . . . . . . . . . . . . 15, 16

## Table of Statutes

Civil Code § 1785.25(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

15 U.S.C. § 1681 et seq. . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-26

Code of Civil Procedure § 430.10 . . . . . . . . . . . . . . . . . . . . . . 16

Code of Civil Procedure § 473 . . . . . . . . . . . . . . . . . . . . . . . . 20

Code of Civil Procedure § 904.1 . . . . . . . . . . . . . . . . . . . . . . . 2

# I. STATEMENT OF THE CASE

This is the fourth case between the parties. It arises from the
false reporting by GMAC to credit reporting agencies of a $16
million debt which GMAC claims they were owed by Appellant. As
a result of the false report(s), your Appellant has been prevented from
leasing a new business premises and has been required to pay 25%
interest on a car loan. (See Complaint at Clerk Transcript
Supplemental ("CTS") pages 1 – 5). Plaintiff filed a complaint with
three causes of action based on common law defamation. These
include: 1) Defamation/tortious Interference with Credit; 2)
Accounting; and 3) Declaratory and Injunctive Relief.

There were three prior actions between the parties. One
concerned the theft of proceeds from a home loan made by Fremont
Investment which was arranged by an unlicensed mortgage broker
and had a usurious interest rate. Plaintiff believed GMAC purchased
the loan from Fremont. GMAC reported to credit reporting agencies
that Plaintiff/Appellant owed them a debt of about $400,000 in regard
to that loan. GMAC won its Summary Judgment Motion in the first
action, claiming was merely the loan processor. It claims the
judgment in the prior action renders res judicata the claims in the