**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

**AFFIDAVIT OF SERVICE**

Helen M. Lamb, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On August 23, 2013, I caused to be served a true and correct copy of *Examiner's Motion for Entry of Order Granting Discharge from Duties, Immunity from Discovery, Approval of Disposition of Investigative Materials, and Exculpation in Connection with Duties* upon the parties listed on the annexed service list by the manner indicated.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

*/s/ Helen M. Lamb*
Helen M. Lamb

Sworn to before me this
26th day of August 2013

*/s/ Francisco Vazquez*
Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

## SERVICE LIST

***Service by U.S. First Class Mail***

Citibank NA
390 Greenwich St. 6th Floor
New York, New York 10013
Attn.: Bobbie Theivakumaran

Cleary Gottlieb Steen & Hamilton LLP
Sean A. O Neal
Thomas J. Moloney
One Liberty Plaza
New York, New York 10006

Clifford Chance US LLP
Jennifer C. DeMarco
Adam Lesman
31 West 52nd St.
New York, New York 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, Pennsylvania 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, Pennsylvania 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz. Rm. 1150
Baltimore, Maryland 21201

Kelley Drye & Warren LLP
James S. Carr
Eric R. Wilson
101 Park Ave
New York, New York 10178

Milbank, Tweed, Hadley & McCloy LLP
Gerard Uzzi
1 Chase Manhattan Plaza
New York, New York 10005

Morrison & Foerster LLP
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, New York 10104

Morrison & Foerster LLP
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, New York 10104

Office of the New York State
Attorney General
Nancy Lord
Enid M. Stuart
The Capitol
Albany, New York 12224-0341

Office of the US Attorney for the
Southern District of New York
United States Attorney Preet Bharara
One Saint Andrews Plaza
New York, New York 10007

Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
George S. Canellos, Regional Director
3 World Financial Center Ste 400
New York, New York 10281-1022

Kirkland & Ellis LLP
Richard M. Cieri
601 Lexington Ave
New York, New York 10022

Kirkland & Ellis LLP
Attn Ray C. Schrock
Stephen E. Hessler
601 Lexington Ave
New York, New York 10022-4611

Kramer Levin Naftallis & Frankel LLP
Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, New York 10036

Kurtzman Carson Consultants
P. Joe Morrow
2335 Alaska Ave
El Segundo, California 90245

Loeb & Loeb LLP
Walter H. Curchack
Vadim J. Rubinstein
Debra W. Minoff
345 Park Ave
New York, New York 10154

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St. 4W
New York, New York 10286

U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

United States Attorney's Office
for the Southern District of New York --
Civil Division
86 Chambers St 3rd Fl
New York, New York 10007
Attn.: Joseph Cordaro

US Trustee for the Southern District
of New York
Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
201 Varick St Ste 1006
New York, New York 10014

Wells Fargo Bank NA
Attn Corporate Trust Services -
GMACM Home Equity Notes 2004 Variable
Funding Trust
PO Box 98
Columbia, Maryland 21046

***Service by E-Mail***

andrea.hartley@akerman.com
susan.balaschak@akerman.com
dgolden@akingump.com
dzensky@akingump.com
aqureshi@akingump.com
pdublin@akingump.com
ralbanese@akingump.com
rajohnson@akingump.com
ccarty@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
jeff.brown@gmacfs.com
william.b.solomon@ally.com
kit.weitnauer@alston.com
marty.bunin@alston.com
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
harrisj12@michigan.gov
schindlerwilliamss@ballardspahr.com
sarah.stout@bnymellon.com
jennifer.provenzano@bnymellon.com
mageshwaran.ramasamy@bnymellon.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com
tarr@blankrome.com
root@blankrome.com
courtney.lowman@ally.com
ryan.philp@bgllp.com
stan.chelney@bgllp.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com
bankruptcy@clm.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com



CPAM: 5747401.1

| |
|---|
| krehns@cohenmilstein.com |
| srosen@cbshealaw.com |
| mwarner@coleschotz.com |
| echou@coleschotz.com |
| ra-li-ucts-bankrupt@state.pa.us |
| will.hoch@crowedunlevy.com |
| mgallagher@curtis.com |
| macohen@curtis.com |
| sreisman@curtis.com |
| hryder@daypitney.com |
| jjtancredi@daypitney.com |
| jwcohen@daypitney.com |
| glenn.siegel@dechert.com |
| hector.gonzalez@dechert.com |
| brian.greer@dechert.com |
| mauricio.espana@dechert.com |
| craig.druehl@dechert.com |
| rosa.mendez@db.com |
| brendan.meyer@db.com |
| diem.home@gmail.com |
| gcatalanello@duanemorris.com |
| jvincequerra@duanemorris.com |
| broylesmk@rgcattys.com |
| tterrell@feinsuch.com |
| tterrell@feinsuch.com |
| ppascuzzi@ffwplaw.com |
| dearly@fdic.gov |
| floressaucedopllc@gmail.com |
| tlallier@foleymansfield.com |
| kenton_hambrick@freddiemac.com |
| deggert@freebornpeters.com |
| tfawkes@freebornpeters.com |
| israel.david@friedfrank.com |
| gary.kaplan@friedfrank.com |
| kgiannelli@gibbonslaw.com |
| jberkowitz@gibbonslaw.com |
| calbanese@gibbonslaw.com |
| kpatrick@gibbsbruns.com |
| shumphries@gibbsbruns.com |
| kpatrick@gibbsbruns.com |
| dfeldman@gibsondunn.com |
| jweisser@gibsondunn.com |
| theodore.w.tozer@hud.gov |
| gjarvis@gelaw.com |
| mpmorris@gelaw.com |
| delman@gelaw.com |
| brian@gmcnjlaw.com |
| aamin@hinshawlaw.com |
| ayala.hassell@hp.com |
| rnorton@hunton.com |
| rrich2@hunton.com |
| floraoropeza@co.imperial.ca.us |
| bankruptcy2@ironmountain.com |

pgallagher@nassaucountyny.gov
ceblack@jonesday.com
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com
ceblack@jonesday.com
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
kgcully@kgcully.com
eciolko@ktmc.com
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com
mstrauss@kmllp.com
bwalker@kmllp.com
judson.brown@kirkland.com
tklestadt@klestadt.com
jcorneau@klestadt.com
sdny@kmk-law.net
jleibowitz@kandfllp.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
richard@rsaxlaw.com
sheehan@txschoollaw.com
dcaponnetto@leopoldassociates.com
pmahony@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com
abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
adoshi@magnozzikye.com
susanp@taxcollector.com
kmarino@khmarino.com
jboyle@khmarino.com
lgordon@mvbalaw.com
pmoak@mckoolsmith.com
mcarney@mckoolsmith.com
pmoak@mckoolsmith.com
knewman@menterlaw.com
mfriedman@meyner.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com

pfleming@morganlewis.com
mmorganroth@morganrothlaw.com
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com
gelfarb@mosskalish.com
seth.goldman@mto.com
thomas.walper@mto.com
cmomjian@attorneygeneral.gov
almeyers@sjgov.org
dwdykhouse@pbwt.com
bguiney@pbwt.com
paul_papas@mylegalhelpusa.com
ebcalvo@pbfcm.com
brandon.johnson@pillsburylaw.com
jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com
jnagi@polsinelli.com
igoldstein@proskauer.com
srutsky@proskauer.com
jzajac@proskauer.com
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
jeremyandersen@quinnemanuel.com
ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com
mrollin@rplaw.com
cwood@rgrdlaw.com
stevep@rgrdlaw.com
rbrown@robertbrownlaw.com
romero@mromerolawfirm.com
ross.martin@ropesgray.com
keith.wofford@ropesgray.com
ross.martin@ropesgray.com
dsasser@siwpc.com
dhall@siwpc.com
jglucksman@scarincihollenbeck.com
bdk@schlamstone.com
bbressler@schnader.com
rbarkasy@schnader.com
eboden@schnader.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
bateman@sewkis.com
christensen@sewkis.com
patel@sewkis.com
hooper@sewkis.com

josselson@sewkis.com
cohen@sewkis.com
das@sewkis.com
binder@sewkis.com
kotwick@sewkis.com
alves@sewkis.com
joel@shafeldlaw.com
taconrad@sbwlawfirm.com
fsosnick@shearman.com
sfennessey@shearman.com
pdatta@hhstein.com
amuller@stinson.com
whazeltine@sha-llc.com
msweeney@msgrb.com
tal@talcottfranklin.com
derek@talcottfranklin.com
jmiller@tcfbank.com
jteitelbaum@tblawllp.com
agbanknewyork@ag.tn.gov
robert.major@bnymellon.com
adam.parkin@tdsecurities.com
christopher.stevens@tdsecurities.com
tmm@mullaw.org
themeyerslawfirm@gmail.com
kay.brock@co.travis.tx.us
mamta.scott@usbank.com
michelle.moeller@usbank.com
tanveer.ashraf@usbank.com
glenn.gillett@usdoj.gov
mark.flannagan@umb.com
james.byrnes@usbank.com
laura.moran@usbank.com
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com
gary.holtzer@weil.com
kelly.j.rentz@wellsfargo.com
sharon.squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com
kristi.garcia@wellsfargo.com
accesslegalservices@gmail.com
cshore@whitecase.com
isilverbrand@whitecase.com
dthatch@whitecase.com
hdenman@whitecase.com
mabrams@willkie.com
rchoi1@willkie.com
jhardy2@willkie.com
rmaney@wilmingtontrust.com
david.tillem@wilsonelser.com
dneier@winston.com
dneier@winston.com
cschreiber@winston.com
jlawlor@wmd-law.com

| |
|---|
| pdefilippo@wmd-law.com<br>sfitzgerald@wmd-law.com<br>gbush@zuckerman.com<br>ncohen@zuckerman.com<br>lneish@zuckerman.com<br>gbush@zuckerman.com<br>ncohen@zuckerman.com<br>lneish@zuckerman.com |