Status Conference Date: **August 28, 2013 at 10:00 a.m. (Eastern Time)**

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan Wishnew

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF STATUS CONFERENCE TO BE HELD ON AUGUST 28, 2013 AT 10:00 A.M. REGARDING DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY CERTAIN PLAINTIFFS IN CALIFORNIA LITIGATION [DOCKET NO. 4200]**

**PLEASE TAKE NOTICE** that on July 10, 2013, the Debtors filed the *Debtors' Objection to Proof of Claims filed by Certain Plaintiffs in California* [Docket No. 4200] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that on August 26, 2013, the Debtors filed a letter with the Court [Docket No. 4833] adjourning the hearing with respect to the Objection to **September 24, 2013 at 10:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a status conference regarding the Objection will be held on **August 28, 2013 at 10:00 a.m. (Eastern Time)** before the Honorable Martin

ny-1106310

Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

Dated: August 26, 2013
      New York, New York

                    /s/ Gary S. Lee
                    Gary S. Lee
                    Norman S. Rosenbaum
                    Jordan Wishnew
                    MORRISON & FOERSTER LLP
                    1290 Avenue of the Americas
                    New York, New York 10104
                    Telephone: (212) 468-8000
                    Facsimile: (212) 468-7900

                    *Counsel to the Debtors and*
                    *Debtors in Possession*