<u>EXHIBIT A</u>

<u>EXHIBIT A</u>

## Exhibit A

**Summary of Actions**

| Case Name | District Court Case No. | Sixth Circuit Case No. | Status | Parties |
|---|---|---|---|---|
| MERS Action | 08-456 | 10-5999 (consolidated for briefing purposes with 10-6249 and 12-5802 (now severed)) | Dismissed with prejudice on March 16, 2010. Appeal of dismissal pending. | Plaintiffs: Haffey, McKeever; Defendant: MERS |
| Declaratory Judgment Action[2] | 08-459 | 12-5802 (initially consolidated with 10-5999 for briefing purposes; now severed) | Final judgment entered in Deutsche Bank's favor on June 1, 2012. Appeal of final judgment pending; held in abeyance pending a ruling on Deutsche Bank's motion to remand or dismiss the appeal so that a final judgment can be entered in the related Foreclosure Action. | Plaintiff: Deutsche Bank;[3] Defendants: Haffey, McKeever |
| Haffey-GMACM Action | 08-510 | 10-6249 (consolidated with 10-5999 for briefing purposes) | Dismissed with prejudice on June 29, 2010; appeal of orders granting MERS' motion for summary judgment and denying plaintiffs' motion for reconsideration pending. | Plaintiffs: Haffey, McKeever; Defendants: MERS, GMACM |

---

[2] Designated Lead Case

[3] Action was originally brought in GMACM's name, but Deutsche Bank was substituted in as plaintiff on May 14, 2010 without objection.

1

| Case Name | District Court Case No. | Sixth Circuit Case No. | Status | Parties |
|---|---|---|---|---|
| Bluegrass Action | 09-255 | N/A | Dismissed without prejudice on May 24, 2010 | Plaintiffs: Haffey, McKeever<br><br>Defendants: Bill Allen, Mark Herron, Jennifer Frye, Bank of the Bluegrass |
| Foreclosure Action | 09-362 | 10-6249<br><br>(consolidated with 10-5999 for briefing purposes) | McKeever's counter-complaint dismissed on June 22, 2010 on all counts except one against GMACM; Borrowers filed motion for reconsideration which was granted in part with respect to certain counts against GMACM and denied as to all other counts on September 13, 2010. McKeever's appeal of the June 22, 2010 dismissal order and September 13, 2010 partial denial of motion for reconsideration is pending.<br><br>The remaining count against GMACM was dismissed on November 8, 2010; Deutsche Bank's motion for summary judgment on affirmative foreclosure claim granted on January 23, 2012. Deutsche Bank's motion for entry of a final judgment was dismissed without prejudice on September 27, 2012 in light of the pending appeal in the Declaratory Judgment Action (12-5802). | Plaintiff: Deutsche Bank<br><br>Defendants: Haffey, McKeever<br><br>Counter-Plaintiff: McKeever<br><br>Counter-Defendants: Deutsche Bank, GMACM, RALI, RFC, Bank of the Bluegrass (and several of its employees), MERS, MERSCORP |

| Case Name | District Court Case No. | Sixth Circuit Case No. | Status | Parties |
|---|---|---|---|---|
| Qui Tam Action | 11-188 | N/A | Dismissed with prejudice on March 2, 2012; time to appeal dismissal has expired. | Plaintiff: Haffey<br><br>Defendants: Deutsche Bank, Gentry Mechanical Systems, Inc., State Farm Bank, F.S.B., and Patricia Kelleher |

3