<u>EXHIBIT B</u>

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 19, 2013

Mr. David J. Kellerman
Middleton Reutlinger
401 S. Fourth Street
Suite 2600
Louisville, KY 40202

Ms. Heather Boone McKeever
Law Offices
3250 Delong Road
Lexington, KY 40515

Mr. Jonathan D. Rose
Bradley Arant Boult Cummings
1600 Division Street
Suite 700
Nashville, TN 37203

Mr. Christopher E. Thorsen
Bradley Arant Boult Cummings
1600 Division Street
Suite 700
Nashville, TN 37203

Re: Case No. 10-5999/10-6249, *Heather McKeever, et al v. Mortgage Electronic Registration, et al*
Originating Case No. : 08-00459 : 08-00456

Dear Counsel,

   The briefing schedule for this case is listed below.  The briefs must be filed electronically with the Clerk's office no later than these dates.  If the appellant's principal brief is filed late, the case is at risk of being dismissed for want of prosecution.

   Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages.  Consult 6 Cir. R. 28(a)(1) for additional information.

|  |  |
|---|---|
| Appellant's Principal Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **August 1, 2013** |
| Appellee's Principal Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **September 3, 2013** |
| Appellant's Reply Brief<br>(Optional Brief) | Filed electronically **17** days after<br>the appellee's brief is filed.<br>See Fed. R. App. P. 26(c) |

For most appeals, the Court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

A party desiring oral argument must include a statement in the brief setting forth the reason(s) why oral argument should be heard. *See* 6 Cir. R. 34(a). If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict. If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

            Sincerely yours,

            s/Linda M. Niesen
            Case Manager
            Direct Dial No. 513-564-7038

Enclosure

# CHECKLIST FOR BRIEFS

ECF FUNDAMENTALS:

\_\_\_    Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings

\_\_\_    PDF format required

\_\_\_    Native PDF format strongly preferred

\_\_\_    In consolidated cases (excluding cross-appeals), appellants should **un-check** the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal.

\_\_\_    Parties who have joined in a notice of appeal shall file a single brief. Fed. R. App. P. 3(b)(1)

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

\_\_\_    Sixth Circuit case number

\_\_\_    Heading:  "United States Court of Appeals for the Sixth Circuit"

\_\_\_    Title of case

\_\_\_    Nature of proceeding and name of court, agency or board below

\_\_\_    Title of brief (example "Appellant's Brief")

\_\_\_    Name(s) and address(es) of counsel filing the brief

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

\_\_\_    Corporate Disclosure Form

\_\_\_    Table of Contents

\_\_\_    Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities)

\_\_\_    **Statement in support of oral argument** (if there is no statement, argument is waived)

\*\*\*Page limitation, word or line count begins here.  See Fed. R. App. P. 32(a)(7)

\_\_\_    Jurisdictional statement

\_\_\_    Statement of issues

\_\_\_    Statement of the case

\_\_\_    Statement of facts **with references to record** (and appendix for any relevant pleadings not available ECF)

> In an appeal from district court, briefs must cite to Page ID # range from header or footer of pages from original record being referenced, with short title and record entry number. Keep references **succinct**. For other appeals, see 6 Cir. R. 28 for information on how to reference appendices or administrative records. Examples:
>
> Motion for Summary Judgment, RE 24, Page ID # 120-145
> Transcript, RE 53, Page ID # 675-682
> Plea Agreement, R. 44, Page ID # 220-225
> A.R., RE 5, Page ID # 190-191, pp. 69-70

___   Summary of argument

___   Argument **with references to record and citations to case law, statutes and other authorities**

___   Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues)

___   Signed conclusion
        Signature format is: s/(attorney's name)
        Graphic or other electronic signatures discouraged
      ***Page limitation, word or line count ends here.

___   A Certificate of Compliance as required by Fed. R. App. P. 32(a)(7)(C)

___   Dated Certificate of Service

___   **Designation of Relevant District Court Documents with Page ID # range**

___   Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6 Cir. R. 28(b). Addendum may **not** contain any items from lower court record or appendix

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

___   Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New).

      Times New Roman at 14 point    `Courier New at 12 point`

___   Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)

___   Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)

___   Briefs using the 14,000 word or 1300 line limits must include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C))

___   Headings, footnote and quotations count toward word or line limitations

___   For Death Penalty briefs, see 6 Cir. R. 32(b)(2)

___    For Cross-Appeals, see Fed. R. App. P. 28.1
___    For Amicus briefs, see Fed. R. App. P. 29 and 32

MISCELLANEOUS:

___    Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted.
___    Footnotes must be same sized text as body of brief