EXHIBIT D

Case No. 10-5999/10-6249/12-5802

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

10-5999

HEATHER BOONE MCKEEVER, et al.

    Plaintiffs-Appellants

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.,

    Defendant-Appellee

_____

10-6249/12-5802

GMAC MORTGAGE, LLC, et al.,

    Plaintiffs-Appellees,

v.

HEATHER BOONE MCKEEVER, et al.,

    Defendants-Appellants

   In these consolidated appeals, the court having noted that counsel for appellee GMAC Mortgage in 12-5802 filed a motion to remand or to dismiss that appeal for lack of jurisdiction,

   It is **ORDERED** that case number 12-5802 is hereby severed from the others, and briefing shall be held in abeyance pending a ruling on the appellee's motion.

Case numbers 10-5999 and 10-6249 shall proceed on appeal. A new consolidated briefing schedule will issue separately for 10-5999 and 10-6249.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 19, 2013