# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CIVIL ACTION NO. 08-459-JBC**
**CONSOLIDATED CIVIL ACTION NO. 09-362-JBC**

**GMAC MORTGAGE, LLC,**                                                        **PLAINTIFF,**

V.                           **O R D E R**

**HEATHER BOONE MCKEEVER, ET AL.,**                          **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon its own motion. On June 30, 2012, Heather McKeever and Shane Haffey filed a notice of appeal (R.164) of the June 1, 2012, final order granting summary judgment to Deutsche Bank in consolidated actions Lexington Civil Action No. 08-459 and Lexington Civil Action No. 09-362 (R.157). Judgment was entered separately in both consolidated actions (R.158 & R.45). Because of the pending appeal, the court is without jurisdiction to address the pending motions in Lexington Civil Actions No. 08-459 and No. 09-362. Accordingly,

**IT IS ORDERED** that the defendants' second notice of automatic stay and in the alternative a motion for extension of time (R.166) and defendants' motion for extension of time to file reply brief to the defendant's response in relation to notice of stay (R.173) in Lexington Civil Action No. 08-459 are **DENIED** without prejudice to their reassertion if and when appropriate.

**IT IS FURTHER ORDERED** that the plaintiff's motion for judgment, order of sale, appointment of master, and attorneys' fees (R.47) in Lexington Civil Action No. 09-362 is **DENIED** without prejudice to its reassertion if and when appropriate.

Signed on September 27, 2012

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY