**Exhibit 4**

**Objection to Motion for Clarification of Stay [Docket No. 2679]**