MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

---

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON AUGUST 28, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTERS**

**1.**    Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2044]

   **Related Documents**:

   **a.**    Memorandum of Law in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2045]

   **b.**    Declaration of R. Fredrick Walters, David M. Skeens and R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2047]

ny-1102077

| | |
|---|---|
| **c.** | Notice of Adjournment of Hearing on Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims to February 7, 2013 at 10:00 a.m. [Docket No. 2399] |
| **d.** | Notice of Adjournment of Hearing on Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims to February 28, 2013 at 2:00 p.m. [Docket No. 2730] |
| **e.** | Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 3029] |
| **f.** | Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to May 30, 2013 at 10:00 a.m. [Docket No. 3299] |
| **g.** | Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to June 12, 2013 at 10:00 a.m. [Docket No. 3360] |
| **h.** | Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to July 10, 2013 at 10:00 a.m. [Docket No. 3851] |
| **i.** | Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to August 21, 2013 at 10:00 a.m. [Docket No. 4177] |
| **j.** | Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Chapter 11 Case Docket No. 4311] |
| **k.** | Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to September 24, 2013 at 10:00 a.m. [Docket No. 4806] |

**Responses**:

| | |
|---|---|
| **a.** | Debtors' Opposition to Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2337] |
| **b.** | Declaration of K. Lee Marshall in Support of Debtors' Opposition to Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2338] |
| **c.** | Response and Reservation of Rights of PNC Bank, N.A. to Motion of Rowena Drennan, Flora Gaskin, Roger Turner, Christie Turner, John |

        Picard and Rebecca Picard to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2343]

**d.**    Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims Filed by Rowena Drennen [Docket No. 2869]

**Replies**:

**a.**    Reply to Debtors' Objection to Class Certification Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2874]

**a.**    Supplemental Declaration of R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2875]

**b.**    Declaration of David M. Skeens and R. Keith Johnston in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2876]

**c.**    Declaration of Roy Fredrick Walters in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2877]

**d.**    Second Supplemental Declaration of R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2880]

**Status**:    The hearing on this matter has been adjourned to September 24, 2013.

## II.    ADJOURNED ADVERSARY PROCEEDING MATTERS

**Universal Restoration Services, Inc. v. GMAC Mortgage, LLC (Adv. Proc. No. 13-01278)**

**1.**    Pretrial Conference

**Related Documents**:

**a.**    Universal Restoration Services, Inc.'s Adversary Complaint to Recover Money Pursuant to Rule 7001(1) of the Federal Rules of Bankruptcy Procedure [Docket No. 1]

**b.**    Summons and Notice of Pretrial Conference in Adversary Proceeding [Docket No. 2]

**c.**    Stipulation and Order Between Universal Restoration Services, Inc. and GMAC Mortgage, LLC [Docket No. 3]

      **d.**    Stipulation and Order Between Universal Restoration Services, Inc. and GMAC Mortgage, LLC [Docket No. 5]

      **e.**    So-Ordered Stipulation and Order Between Universal Restoration Services, Inc. and GMAC Mortgage, LLC [Docket No. 7]

      **f.**    Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 9]

      **g.**    Notice of Adjournment of Pretrial Conference [Docket No. 11]

      **h.**    Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 12]

      **i.**    Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 13]

      **j.**    Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 17]

      **k.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Chapter 11 Case Docket No. 4311]

      **l.**    Notice of Adjournment of Pretrial Conference [Docket No. 19]

      **Status**:    The pretrial conference on this matter has been adjourned to October 23, 2013.

**2.**    Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 9]

      **Related Documents**:

      **a.**    Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 12]

      **b.**    Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 13]

      **c.**    Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 17]

  **d.**  Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 20]

 **Responses**: None.

 **Status**: The hearing on this matter has been adjourned to September 11, 2013.

**Wilson v. Residential Capital LLC (Adv. Proc. No. 12-01936)**

**1.** Status Conference

 **Related Documents**:

  **a.**  Complaint [Docket No. 1]

  **b.**  Amended Summons with Notice of Pre-Trial Conference [Docket No. 3]

  **c.**  Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

  **d.**  Amended Notice of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 5]

  **e.**  Notice of Adjournment of Pretrial Conference [Docket No. 6]

  **f.**  Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 11]

  **g.**  Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13]

  **h.**  Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 14]

  **i.**  Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the

    Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 15]

 **j.** Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 16]

 **k.** Memorandum of Points and Authorities in Support of Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 17]

 **l.** Amended Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 19]

 **m.** Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 21]

 **n.** Joint Progress Report [Docket No. 23]

 **o.** Joint Progress Report [Docket No. 25]

 **p.** Joint Progress Report [Docket No. 27]

 **q.** Joint Progress Report [Docket No. 29]

**Status**: The status conference on this matter has been adjourned to September 11, 2013 by mutual agreement of the parties.

### III. WITHDRAWN MATTERS

**1.** Motion of Jacques and Deirdre Raphael for Relief from Stay [Docket No. 2156]

**Related Documents**:

 **a.** Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to December 27, 2012 at 10:00 a.m. [Docket No. 2197]

 **b.** Amended Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to December 20, 2012 at 10:00 a.m. [Docket No. 2237]

    **c.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to January 29, 2013 at 10:00 a.m. [Docket No. 2358]

    **d.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to February 28, 2013 at 2:00 p.m. [Docket No. 2654]

    **e.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to April 11, 2013 at 10:00 a.m. [Docket No. 3024]

    **f.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to April 30, 2013 at 10:00 a.m. [Docket No. 3356]

    **g.**    Notice of Adjournment of Hearing on Motions of Jacques and Deirdre Raphael for Relief from Stay to June 12, 2013 at 10:00 a.m. [Docket No. 3541]

    **h.**    Notice of Adjournment of Hearing on Motions of Jacques and Deirdre Raphael for Relief from Stay to August 21, 2013 at 10:00 a.m. [Docket No. 3899]

    **i.**    Notice of Withdrawal of Motion for Relief from Stay and Claim 449 [Docket No. 4274]

**Responses**: None.

**Status**: This motion has been withdrawn. No hearing is required.

2. Motion of Jacques and Deirdre Raphael for Relief from Stay [Docket No. 2463] (requesting the same relief as Docket No. 2156)

    **Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to December 27, 2012 at 10:00 a.m. [Docket No. 2197]

    **b.**    Amended Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to December 20, 2012 at 10:00 a.m. [Docket No. 2237]

    **c.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to January 29, 2013 at 10:00 a.m. [Docket No. 2358]

ny-1102077    7

      **d.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to February 28, 2013 at 2:00 p.m. [Docket No. 2722]

      **e.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to April 11, 2013 at 10:00 a.m. [Docket No. 2948]

      **f.**    Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to April 30, 2013 at 10:00 a.m. [Docket No. 3356]

      **g.**    Notice of Adjournment of Hearing on Motions of Jacques and Deirdre Raphael for Relief from Stay to June 12, 2013 at 10:00 a.m. [Docket No. 3541]

      **h.**    Notice of Adjournment of Hearing on Motions of Jacques and Deirdre Raphael for Relief from Stay to August 21, 2013 at 10:00 a.m. [Docket No. 3899]

      **i.**    Notice of Withdrawal of Motion for Relief from Stay and Claim 449 [Docket No. 4274]

    **Responses**:    None.

    **Status**:    This motion has been withdrawn. No hearing is required.

**3.**    Motion of Bank of America, N.A. for Relief from the Automatic Stay *(as it relates to property located at 1158 Date Street, Fairborn, OH 45324)* [Docket No. 4255]

    **Related Documents**:

      **a.**    Letter Withdrawing Motion of Bank of America, N.A. for Relief from the Automatic Stay *(as it relates to property located at 1158 Date Street, Fairborn, OH 45324)* [Docket No. [Docket No. 4354]

    **Responses**:    None.

    **Status**:    This matter has been withdrawn. No hearing is required.

**IV.**    **SETTLED MATTERS**

**1.**    Debtors' Motion for an Order Pursuant to Section 105 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between Debtor GMAC Mortgage, LLC and Regions Bank [Docket No. 4219]

    **Related Documents**:

      **a.**    Order Pursuant to Section 105 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between Debtor GMAC Mortgage, LLC and Regions Bank [Docket No. 4544]

      **Responses**:    None.

      **Status**:    The order on the motion has been entered. No hearing is required.

**2.** Motion of Patricia LeBlanc to Modify the Automatic Stay and Sever Claims Involving GMAC Mortgage, LLC and Proceed with Personal Injury Claims Involving Others [Docket No. 4131]

      **Related Documents**:

      **a.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Docket No. 4311]

      **b.**    Notice of Presentment of Stipulation and Order Modifying the Automatic Stay with Respect to LeBlanc Personal Injury Action [Docket No. 4757]

      **Responses**:    None.

      **Status**:    A proposed stipulation and order resolving this matter has been submitted on notice of presentment. No hearing is required.

**V.**    **CONTESTED MATTERS**

**1.** Motion of Claimants Helen, Jessica Angel and Ramon Quiroz to Lift the Stay [Docket No. 3978]

      **Related Documents**:

      **a.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Docket No. 4311]

      **Responses**:

      **a.**    Debtors' Objection to Motion to Lift the Stay Filed by Ramon Quiroz [Docket No. 4791]

      **Status**:    The hearing on this matter will be going forward.

**2.** Debtors' Objection to Proofs of Claim Filed by Certain Plaintiffs in California Litigation [Docket No. 4200]

**Related Documents**:

a. Letter to Judge Glenn Regarding California Litigation Claims [Docket No. 4833].

**Responses**:

a. Hairston, *et* al. Creditors' Opposition to Debtors' Objection to Proofs of Claim Filed by Certain Plaintiffs in California Litigation [Docket No. 4758]

**Status**: The hearing on this matter has been adjourned to September 24, 2013 and a status conference on this matter will be going forward.

## VI.    OMNIBUS CLAIMS OBJECTIONS

1. Debtors' Twenty-Second Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation [Docket No. 4199]

   **Related Documents**:

   a. Debtors' Reply in Support of Debtors' Twenty-Second Omnibus Claims Objection to Borrower Claims with Insufficient Documentation [Docket No. 4831]

   **Responses**:

   a. Letter In re GMAC Mortgage filed by Alicja & George Davis [Docket No. 4810]

   **Status**: The hearing on this matter will be going forward.

## VII.   ADVERSARY PROCEEDING MATTERS

**Official Committee of Unsecured Creditors v. UMB Bank, N.A. (Adv. Proc. No. 13-01277)** *and* **Residential Capital, LLC v. UMB Bank, N.A. (Adv. Proc. No. 13-01343)**

1. Motion of Defendants UMB Bank, N.A. and The Ad Hoc Group of Junior Secured Noteholders to Dismiss in Part the Debtors' First Amended Complaint to Determine Extent of Liens and For Declaratory Judgment [Docket Nos. 52 and 21]

   **Related Documents**:    None.

   **Responses**:

   a. Debtors' and Official Committee of Unsecured Creditors' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Debtors' First Amended Complaint [Docket Nos. 63 and 30]

**Replies**:

a. Reply Memorandum of Law in Further Support of Motion of Defendants UMB Bank, N.A. and the Ad Hoc Group of Junior Secured Noteholders to Dismiss in Part the Debtors' First Amended Complaint to Determine Extent of Liens and for Declaratory Judgment [Docket Nos. 75 and 39]

**Status**: The hearing on this matter will be going forward.

2. Motion and Memorandum of Law in Support of the Debtors' and Official Committee of Unsecured Creditors' Motion to Dismiss Certain of the Defendants' Counterclaims [Docket Nos. 53 and 22]

**Related Documents**:

a. Declaration of Jamie A. Levitt in Support of the Debtors' and Official Committee of Unsecured Creditors' Motion to Dismiss Certain of the Defendants' Counterclaims [Docket No. 54 and 23]

**Responses**:

a. Memorandum of Law in Opposition to the Debtors' and Official Committee of Unsecured Creditors' Motion to Dismiss Certain of the Defendants' Counterclaims [Docket No. 64 and 31]

**Replies**:

a. Reply Brief of the Debtors and Official Committee of Unsecured Creditors in Support of Their Motion to Dismiss Certain of the Defendants' Counterclaims [Docket Nos. 76 and 40]

**Status**: The hearing on this matter will be going forward.

### Jenkins v. Residential Funding Company, LLC (Adv. Proc. No. 12-01935)

1. Motion to Dismiss Adversary Proceeding Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (4)-(6) by Defendants Judy Faber and Mortgage Electronic Registration Systems, Inc. [Docket No. 35]

**Related Documents**:

a. Notice of Adjournment of Hearing on Motion to Dismiss Adversary Proceeding Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (4)-(6) by Defendants Judy Faber and Mortgage Electronic Registration Systems, Inc. to August 28, 2013 at 10:00 a.m. [Docket No. 36]

**Responses**: None.

**Status**: The hearing and a status conference on this matter will be going forward.

**Hawthorne v. GMAC Mortgage, LLC (Adv. Proc. No. 12-02050)**

**1.**     Status Conference

   **Related Documents**:

   **a.**     Complaint to Determine Nature and Extent of Liens Pursuant to 11 U.S.C. 506(a) [Docket No. 1]

   **b.**     Summons and Notice of Pre-Trial Conference [Docket No. 3]

   **c.**     Order Extending Defendant Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 4]

   **d.**     Letter from N. Rosenbaum to Judge Glenn requesting extension of time by which all Defendants must answer or otherwise respond to the Complaint [Docket No. 6]

   **e.**     Second Order Extending Defendant Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 7]

   **f.**     Order Directing the Applicability of Borrower Adversary Proceeding Procedures [Docket No. 9]

   **g.**     Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 10]

   **h.**     Defendant's Progress Report [Docket No. 12]

   **i.**     Defendant's Status Report [Docket No. 15]

   **j.**     Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Chapter 11 Case Docket No. 4311]

   **k.**     Defendant's Progress Report [Docket No. 17]

   **Status**:    The status conference on this matter will be going forward.

**Pruitt v GMAC (Residential Capital, LLC, et al.) (Adv. Proc. No. 13-01350)**

**1.**   Pre-Trial Conference

   **Related Documents**:

   **a.**   Motion for Adversary Proceeding / Cause for Complaint Wrongful Foreclosure, Assignment and Title, Violation of Holder in Due Course Law, Fraud/Slander of Title, Violation of Duty of Good Faith and Fair Dealing, Violation of the Doctrine of Privity, Claim for Litigation Fees and Costs and Punitive Damages, Violation of Bankruptcy Law, Rob-Signing, Intentional Emotional Distress, Violation of the UCC (Uniform Commercial Code), Foreclosure Agent File is Defective [Docket No. 1]

   **b.**   Summons with Notice of Pre-Trial Conference [Docket No. 2]

   **c.**   Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 3]

   **d.**   Amended Adversary Complaint [Docket No. 4]

   **e.**   Revised Summons with Notice of Pre-Trial Conference [Docket No. 5]

   **f.**   Plaintiff's Statement Regarding Title of Company on Paperwork [Docket No. 7]

   **g.**   Plaintiff's Motion to Compel [Docket No. 10]

   **h.**   Plaintiff's Request for Admission to be Answered by the Defendant [Docket No. 13]

   **i.**   Plaintiff's Affirmation Requesting Clerk's Entry of Default [Docket No. 16]

   **j.**   Notice of Adjournment of Pre-Trial Conference to August 21, 2013 at 10:00 a.m. [Docket No. 17]

   **k.**   Defendants' Response to Plaintiff's Motion to Compel [Docket No. 18]

   **l.**   Order Denying Plaintiff's Motion to Compel [Docket No. 19]

   **m.**   Joint Progress Report [Docket No. 22]

   **n.**   Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Chapter 11 Case Docket No. 4311]

   **Status:**   The pre-trial conference on this matter will be going forward.

Dated: August 26, 2013  
      New York, New York

Gary S. Lee  
Gary S. Lee  
Lorenzo Marinuzzi  
Norman S. Rosenbaum  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*