**Hearing Date: August 29, 2013 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP

1290 Avenue of the Americas

New York, New York 10104

Telephone: (212) 468-8000

Facsimile: (212) 468-7900

Gary S. Lee

Norman S. Rosenbaum

Jordan A. Wishnew

Jonathan M. Petts

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------  )
                                                                         )
In re:                                                                   )    Case No. 12-12020 (MG)
                                                                         )
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,                                 )    Chapter 11
                                                                         )
                                                 Debtors.                )    Jointly Administered
                                                                         )
-----------------------------------------------------------------------  )

**DEBTORS' OMNIBUS REPLY IN SUPPORT OF DEBTORS' EIGHTEENTH,**
**NINETEENTH, TWENTIETH, AND TWENTY-FIRST OMNIBUS CLAIMS**
<u>**OBJECTIONS TO BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION**</u>

Residential Capital, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby submit this omnibus reply (the "Reply") to certain responses, objections, and oppositions (collectively, the "Responses") interposed by those claimants (collectively, the "Claimants"), listed on Exhibit 1 annexed hereto, to the *Debtors' Eighteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4154], *Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4155], *Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4156], and *Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4158] (collectively, the "Objections"), and in further support of the Objections.  In support hereof, the Debtors respectfully state as follows:

## PRELIMINARY STATEMENT

1.      The Debtors have examined each of the Responses and the statements and exhibits submitted in support thereof.  Exhibit 1 contains a summary of each Claimant's Response, detailing the additional documentation and information provided in support of each claim[1] at issue.

2.      If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  See In re Oneida Ltd., 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); In re Rockefeller Ctr. Props., 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  The burden of persuasion is on the holder of a proof of claim to establish a valid claim against a debtor.  Feinberg v. Bank of N.Y. (In re Feinberg), 442 B.R.

---

[1] Copies of the claims that are the subject of the Responses are attached hereto as Exhibit 2.

215, 220-22 (Bankr. S.D.N.Y. 2010).    Each Claimant has failed to provide sufficient documentation in support of its claim or any other explanation as to why its claim represents a valid claim that should be allowed against the Debtors.    Accordingly, the relief sought in the Objections should be granted with respect to the Claimants.

## BACKGROUND

3.        In connection with the claims reconciliation process, the Debtors identified certain claims filed by Borrowers[2] that either (i) fail to identify the amount of the claim and the basis for the claim or (ii) identify the claim amount but do not provide any explanation or attach any supporting documentation to substantiate the claim amount (together, the "Insufficient Documentation Claims").

4.        In May 2013, after consulting with SilvermanAcampora LLP, special borrowers' counsel to the official committee of unsecured creditors ("Special Counsel"), the Debtors sent Request Letters to the Borrowers who filed the Insufficient Documentation Claims requesting additional documentation in support of such claims.    The Request Letters state that the Claimant must respond within 30 days with an explanation that states the legal and factual reasons why the Claimant believes it is owed money or is entitled to other relief from the Debtors, and the Claimant must provide copies of any and all documentation that the Claimant believes supports the basis for its claim.    The Request Letters further state that if the Claimant does not provide the requested explanation and supporting documentation within 30 days, the Debtors may file a formal objection to the Claimant's claim, seeking to have the claim disallowed and permanently expunged.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in each Objection.

2

5.      The Debtors did not receive any response to the Request Letters from the

holders of the Insufficient Documentation Claims after the 30-day response deadline passed.

Accordingly, on July 4, 2013, the Debtors filed the Objections to the Insufficient Documentation

Claims.

6.      After the Debtors filed the Objections, each of the Claimants submitted a

Response, as summarized on <u>Exhibit 1</u> annexed hereto.

### **<u>REPLY</u>**

7.      Bankruptcy Rule 3001(c)(1) instructs that:

> [w]hen a claim, or an interest in property of the debtor securing the
> claim, is based on a writing, the original or a duplicate shall be
> filed with the proof of claim. If the writing has been lost or
> destroyed, a statement of the circumstances of the loss or
> destruction shall be filed with the claim.

Fed. R. Bankr. P. 3001(c)(1).

8.      If a claim fails to comply with the documentation requirements of

Bankruptcy Rule 3001(c), it is not entitled to *prima facie* validity.  See <u>Ashford v. Consolidated

Pioneer Mortg. (In re Consolidated Pioneer Mortg.)</u>, 178 B.R. 222, 226 (9th Cir. B.A.P. 1995),

<u>aff'd</u>, 91 F.3d 151 (9th Cir. 1996); <u>In re Minbatiwalla</u>, 424 B.R. 104, 112 (Bankr. S.D.N.Y.

2010) (J. Glenn).  Moreover, where creditors fail to provide adequate documentation supporting

the validity of their claims consistent with Bankruptcy Rule 3001(c), courts in this Circuit have

held that such claims can be disallowed.  See <u>Minbatiwalla</u>, 424 B.R. at 119 (determining that

"in certain circumstances, claims can be disallowed for failure to support the claim with

sufficient evidence . . . because absent adequate documentation, the proof of claim is not

sufficient for the objector to concede the validity of a claim."); <u>In re Porter</u>, 374 B.R. 471, 480

(Bankr. D. Conn. 2007); <u>see also</u> <u>Feinberg</u>, 442 B.R. at 220-22 (applying <u>Minbatiwalla</u> to

analysis).

ny-1103992

9.      Upon review of the Responses and in consultation with Special Counsel, the Debtors have determined that each of the Responses detailed in <u>Exhibit 1</u> fails to provide sufficient documentation in support of its claim or any other explanation as to why its claim is valid.  Accordingly, the Insufficient Documentation Claims to which the Responses apply should be disallowed and expunged.

## **CONCLUSION**

10.      WHEREFORE, the Debtors respectfully submit that the relief sought in the Objections should be granted.

Dated:  August 27, 2013
       New York, New York

/s/  Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Jonathan M. Petts
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

4

**Exhibit 1**

**The Responses**

| CLAIMANT | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| *Eighteenth Omnibus Claims Objection* | | | |
| Brian Edmond Bath | *Brian Edmond Bath's Response and Objection to Debtor's Motion to Disallow and Expunge for Failure to Show Supporting Documentation* | 4467 | The stated basis for the proof of claim is "Mortgage Note."  The only supporting documentation is a page from the Claimant's Experian Credit Report relating to a debt to GMAC Mortgage, LLC ("<u>GMACM</u>").<br><br>In the Response, the Claimant states that he filed the proof of claim as redress for a negative credit report from GMACM.  The Response's only supporting documentation is a letter from the claimant to Experian complaining about his GMACM credit report and a letter from the claimant to GMACM complaining about alleged violations of the Fair Credit Reporting Act and other statutes.<br><br>Claimant's letter does not establish a valid claim against the Debtors' estates because the Claimant not only fails to substantiate how GMACM's actions were improper but also how such actions were the cause for the purported damages, which are also not specifically quantified. |

| CLAIMANT | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Ailette Cornelius | *Response to Correspondence Received Pertaining to Insufficient Documentation in Regards to Claim Filed filed by Ailette Cornelius* | 4518 | The stated basis for the proof of claim is "I made an application; also I am a customer." The proof of claim contains no supporting documentation.<br><br>In the Response, the Claimant states "I had an arrangement with GMAC, and they forfeit I did not forfeit with them.  I am therefore, claiming abandonment from GMAC."<br><br>The claimant's allegations do not represent a valid claim and the claimant has failed to provide any supporting documentation. |
| ***Nineteenth Omnibus Claims Objection*** | | | |
| Julian Ortiz & Frances Soto-Ortiz | *Objection to Debtors' 19th Omnibus Objection to Claims* | 4662 | The stated basis for the proof of claim is "late fees and interest not credited back to our account." The proof of claim contains no supporting documentation.<br><br>The Response simply states that the Claimants oppose the expungement of their claim, notes that the claim was timely filed, and no supporting documentation is provided. |

2

| CLAIMANT | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Gary Harper & Julie Franklin-Harper | *Objection to the Debtors' Nineteenth Omnibus Objection to Claims* | 4497 | The stated basis for the proof of claim is "Mortgage Note."  No supporting documentation is provided.<br><br>The Response states that the Claimants are owed funds held in escrow in connection with their Chapter 13 bankruptcy case.  The Response attaches the Claimants' account statements from GMACM and Ocwen Loan Servicing.<br><br>The Debtors' investigation has revealed that the Claimants are not entitled to any of the funds held in the escrow.  Accordingly, the Claimants do not establish a valid claim against the Debtors' estates. |
| *Twentieth Omnibus Claims Objection* | | | |
| Mark Ragonese | *Creditor Mark Ragonese' Response to Debtor's Twentieth Omnibus Objection to Claims* | 4519 | The stated basis for the proof of claim is "Mortgage Note."  No supporting documentation is provided.<br><br>The Response states that the proof of claim seeks compensation for GMACM's improper denial of a loan modification to the Claimant.  As supporting documentation, the Response attaches the Claimant's account statements from GMACM and the successor servicer Green Tree, who allegedly did provide the Claimant with a modification beginning in August 2013.<br><br>The Debtors' investigation has revealed that the Claimant was denied modifications in 2009 because he did not satisfy the income requirements for a |

| CLAIMANT | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| | | | modification.  Accordingly, the Claimant does not establish a valid claim against the Debtors' estates. |
| Leilani R. Sulit | *Response To Debtors' Twentieth Omnibus Objection to Claims* | 4344 | The stated basis for the proof of claim is "Mortgage/Statement."  The proof of claim's sole supporting documentation is a letter from GMACM to the Claimant dated September 18, 2012, regarding an interest rate change to her mortgage.<br><br>The Response, filed by the Claimant's husband, attaches a copy of the mortgage note, which was originated by BankUnited FSB in 2006, a copy of GMACM's foreclosure complaint, dated February 1, 2010, and a HUD-1 statement.  Mr. Sulit states that his signature (but not his wife's) was forged on the mortgage deed.  This allegation does not support a valid claim against the Debtors' estates because Mr. Sulit is not a signatory to the mortgage note.  Most significantly, the alleged forgery predates GMACM's servicing of the mortgage. |

4

| CLAIMANT | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| *Twenty-first Omnibus Claims Objection* | | | |
| Tom Franklin | *Objection to the Hearing on Twenty-First Omnibus Objection to Claims* | 4282 | The stated basis for the proof of claim is "Loan Modification Refused." No supporting documentation or further explanation is provided. The Response states that the Claimant is "owed money by the debtor," has a "legitimate creditor claim," and has "suffered extreme hardship," such that disallowing the claim would be "unfair." No supporting documentation is provided. |

5

## Exhibit 2

**The Disputed Claims**

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Claim #1138   Date Filed: 10/10/2012

Name of Debtor and Case Number: **Residential Capital, LLC, Case No. 12-12020**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Brian Edmond Bath**

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:

**Brian Edmond Bath**
**8547 East Arapahoe Road, J - 129**
**Greenwood Village CO 80112**

Telephone number: 303.517.1360       email: bbath2012@aol.com

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:            email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ _____
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Mortgage Note
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
3948

**3a. Debtor may have scheduled account as:**
a transferred claim
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
100232301120004619
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ■Real Estate ☐Motor Vehicle ☐Other
Describe:
Value of Property: $ 75,000    Annual Interest Rate 8.0 % ☐Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____

Basis for perfection: _____

Amount of Secured Claim: $ 75,000.00       Amount Unsecured: $ _____

**RECEIVED**
**OCT 1 0 2012**
**KURTZMAN CARSON CONSULTANTS**

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ 75,000.00       (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted.")*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Brian Edmond Bath
Title: _____
Company: _____       (Signature)     brian bath     10.3.12     (Date)
Address and telephone number (if different from notice address above):

Telephone number:            Email:

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprison*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**COURT USE ONLY**

12120201210100000000000030

# Experian
A world of insight

Prepared for: **BRIAN BATH**
Date: **September 11, 2012**
Report number: **1808-3757-58**

Your accounts that may be considered negative (continued)

▶ *The original amount of this account was $73,400*

## GMAC MORTGAGE
PO BOX 4622
WATERLOO IA 50704
**Phone number**
(800) 766 4622
**Partial account number**
739176......
**Address Identification number**
0464953644
**Mortgage Identification Number**
100232301120004619

**Payment history**
2008 2007
JAN DEC NOV OCT
CLS CLS ND CO

| Date opened | Type | Credit limit or original amount | Recent balance |
|---|---|---|---|
| Jul 2004 | Home Equity | $75,000 | Not reported |
| **First reported** | **Terms** | **High balance** | |
| Oct 2007 | Not reported | $75,000 | |
| **Date of status** | **Monthly payment** | | |
| Jan 2008 | Not reported | | |

**Responsibility**
Individual
**Status**
Transferred, closed, $0 written off.
**Creditor's statement**
"Account transferred to another lender."
This item was updated from our processing of your dispute in Jun 2012.

## HOMEWARD RESIDENTIAL
PO BOX 631730
IRVING TX 75063
**Phone number**
(877) 304 3100
**Partial account number**
647003222......
**Address Identification number**
0464953644

**Payment history**
2008
SEP
FC

| Date opened | Type | Credit limit or original amount | Recent balance |
|---|---|---|---|
| Jun 2006 | Mortgage | Not reported | $0 as of Sep 2008 |
| **First reported** | **Terms** | **High balance** | |
| Sep 2008 | 40 Years | Not reported | |
| **Date of status** | **Monthly payment** | | |
| Sep 2008 | Not reported | | |

**Responsibility**
Individual
**Status**
Foreclosed.
This account is scheduled to continue on record until May 2013.
This item was updated from our processing of your dispute in Jun 2012.

0029429279



Claim #5286  Date Filed: 11/16/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
| --- | --- |

Name of Debtor and Case Number:
**G M A C**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Ailette Cornelius**

Name and address where notices should be sent:
**Ailette Cornelius**
**26 Bren ford st.**
**Hartford ct. 06112**  **860 890 7823**

Telephone number: email:

Name and address where payment should be sent (if different from above):
**26 Bren ford St. ct 06112**  **Ailette Cornelius**
**Hartford ct**

Telephone number: **860 890 7823**  email: **andersonsize@gmail.com**

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ _____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** **I made an application, also I am a customer**
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** **____ 4368**

**3a. Debtor has scheduled account as:** **Mortgage**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:** **Don't know**
**Value of Property:** $ _____ **Annual Interest Rate** _____ % ☐ Fixed ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**
if any: $ **860**  **Basis for perfection:** _____

**Amount of Secured Claim:** $ **620 P.m.**  **Amount Unsecured:** $ _____

**6. Amount Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. **Open** $ _____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are *redacted* copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and *redacted* copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

\* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**9. Signature:** (See instruction #9) Check the appropriate box.
☐ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Ailette Cornelius**
Title: **Client of Gmac**
Company: _____ (Signature) **Ailette Cornelius**  (Date)
Address and telephone number (if different from notice address above):

Telephone number: _____  Email: _____

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or bo*

**RECEIVED**
**NOV 16 2012**
**KURTZMAN CARSON CONSULTANTS**
**COURT USE ONLY**

1212020121116000000000017

Claim #1862  Date Filed: 10/26/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **Residential Capital, LLC, Case No. 12-12020**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or entity to whom the debtor owes money or property):
Julian A. Ortiz & Frances Soto-Ortiz

Name and address where notices should be sent:

10810 Linden Gate Dr
Houston, TX 77075

Telephone number: 713-987-9838    email: jufrsasa@att.net

Name and address where payment should be sent (if different from above):
10810 Linden Gate Dr
Houston, TX 77075

Telephone number: 713-987-9838    email: jufrsasa@att.net

❑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed: $** $1000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** late fees and interest not credited back to our account
  (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** 1234 | **3a. Debtor may have scheduled account as:** Alison Tearnen (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** (See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ■Real Estate ❑Motor Vehicle ❑Other
**Describe:**
**Value of Property: $** 190K  **Annual Interest Rate** _____% ■Fixed ❑Variable
  (when case was filed)
**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**

if any: $ _____    **Basis for perfection:** _____

**Amount of Secured Claim: $** 1000.00    **Amount Unsecured: $** _____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
  $ _____    (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

❑ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

❑ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

❑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**9. Signature:** (See instruction #9) Check the appropriate box.
■ I am the creditor.  ❑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ❑ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ❑ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Julian & Frances Ortiz
Title: _____
Company: _____
Address and telephone number (if different from notice address above): _____

(Signature)    10/17/12
    (Date)

Telephone number: 712-987-9838    Email: jufrsasa@att.net

RECEIVED

OCT 2 6 2012

KURTZMAN CARSON CONSULTANTS

**COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.

121202012102600000000000029

Claim #5304  Date Filed: 11/13/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY **COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:
**Residential Capital, LLC, Case No. 12-12020**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Gary@Julie Harper

Name and address where notices should be sent:

**4609 S 38th Street
Saint Louis Mo 63116**

Telephone number: (314)802-8230      email: gdg0111@yahoo.com

Name and address where payment should be sent (if different from above):

Telephone number:                                email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 3210
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** mortgage note,
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 8209

   **3a. Debtor may have scheduled account as:**
   (See instruction #3a)

   **3b. Uniform Claim Identifier (optional):**
   (See instruction #3b)

4. **Secured Claim (See instruction #4)**
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   **Describe:**
   Value of Property: $_____  Annual Interest Rate_____% ☐ Fixed ☐ Variable
   (when case was filed)
   Amount of arrearage and other charges, as of the time case was filed,  included in secured claim,
   if any: $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**

   $_____

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
   $ 3210           (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

9. **Signature: (See instruction #9)** Check the appropriate box.
   ■ I am the creditor.      ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)      ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)      ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gary@Julie Harper
Title:
Company:
Address and telephone number (if different from notice address above):
SAME AS ABOVE
Telephone number:                 Email:

*(Signature)*  Gary Harper  Julie Harper          10/13/2012  *(Date)*

**RECEIVED**

NOV 13 2012

KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

12120201211130000000000012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **Residential Capital, LLC, Case No. 12-12020**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
JOINTLY ADMINISTERED

Name and address where notices should be sent:

MARK RAGONESE
1929 N PEPPER ST
BURBANK, CA 91505

Telephone number: 978-884-9420       email: markragonese@hotmail.com

Name and address where payment should be sent (if different from above):

MARK RAGONESE   1929 N PEPPER ST.   BURBANK, CA 91505

Telephone number: 978-884-9420       email: markragonese@hotmail.com

- ❏ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

- ❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed: $** 90000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

- ❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** MORTGAGE NOTE
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 7938

**3a. Debtor may have scheduled account as:** MARK RAGONESE
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ■Real Estate ❏Motor Vehicle ❏Other
Describe:
**Value of Property:** $ 500000       **Annual Interest Rate** 6.14 % ■Fixed ❏Variable
(when case was filed)
**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**
if any: $ 0       **Basis for perfection:** _____

**Amount of Secured Claim:** $ 90000.00       **Amount Unsecured:** $ 0

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are *redacted* copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgment completed, and *redacted* copies of documents providing evidence [definition of "redacted".]

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED [...]

If the documents are not available, please explain:

1212012011113000000000077

**9. Signature:** (See instruction #9) Check the appropriate box.
- ❏ I am the creditor.
- ❏ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
- ■ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
- ❏ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: MARK RAGONESE
Title: DEBTOR
Company:
Address and telephone number (if different from notice address above):

978 884 9420

Telephone number:        Email: MARKRAGONESE@HOTMAIL.COM

x *Mark Ragonese* Nov 6 2012
(Signature)       (Date)

*markragonese@hotmail.com*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

- ❏ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
- ❏ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
- ❏ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
- ❏ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
- ❏ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).
- ❏ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**RECEIVED**

NOV 13 2012

KURTZMAN CARSON CONSULTANTS

**COURT USE ONLY**

B 10 Modified (Official Form 10) (12/11)                              Claim #1397  Date Filed: 10/18/2012

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:
RESIDENTIAL CAPITAL, LLC, ETal, CASE No. 12-12020 (MG)

NOTE: This form should not be used to make a claim for an administrative expense *(other than a claim asserted under 11 U.S.C. § 503(b)(9))* arising after the commencement of the case. A "request" for payment of an administrative expense *(other than a claim asserted under 11 U.S.C. § 503(b)(9))* may be filed pursuant to 11 U.S.C § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
GMAC MORTGAGE

Name and address where notices should be sent:
GMAC MORTGAGE
3451 HAMMOND AVE.
P.O. BOX 780
WATERLOO, IA 50704-0780

Telephone number:                                    email:

□ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
LEILANI R SULIT
3415 N. ODELL AVE,
CHICAGO, IL 60634
Telephone number: 773-836-9306    email: Lsulit@mail.com

□ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:  $ _____
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
□ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim:  MORTGAGE / STATEMENT
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:  6591

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

3b. Uniform Claim Identifier (optional): _____
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☒ Real Estate  □ Motor Vehicle  □ Other
Describe:
Value of Property: $ 280,000  Annual Interest Rate 3.5 % □ Fixed ☒ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ 407,804.00    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

□ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

□ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

□ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

□ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

□ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

□ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____  (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: PROMISSORY NOTE NOT AVAILABLE AT THIS TIME

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. Signature: (See instruction #9) Check the appropriate box.
□ I am the creditor.   □ I am the creditor's authorized agent.   ☒ I am the trustee, or the debtor, or their authorized agent.   □ I am a guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if any.)   (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: LEILAN SULIT
Title: MRS.
Company: ABBEY ST CLAIRE
Address and telephone number (if different from notice address above): 3315 N. OAK PARK AVE, CHICAGO, IL 60634

(Signature) Chilary Ouyea    (Date) 10-14-2012

Telephone number: 773-836-9306   Email: lsulit@gmail.com

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

RECEIVED
OCT 18 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/18/12

511881-006635

LEILANI I SULIT

3415 N ODELL AVE

CHICAGO IL 60634-0000

lllulluulluulllulululuulululullluulllululull

RE:   Account Number      0359394337
      Property Address   3415 NORTH ODELL AVE

                         CHICAGO IL 60634-0000

Dear LEILANI I SULIT

      **IMPORTANT NOTICE REGARDING INTEREST RATE CHANGE**

The interest rate on your loan is scheduled to adjust on 10/01/12
and will be effective with the 11/01/12 payment.

Projected principal balance after 10/01/12 payment $    407804.46

Previous index value      0.14750%  New index value      0.15330%
Current interest rate     3.50000%  New interest rate    3.50000%
Current P&I payment  $    2090.76   Margin               3.29000%

Rate Next Change Date                11/01/12
Principal and Interest Next Change   12/01/12

Your new interest rate is calculated by adding the margin to the
new index value as defined in your loan documents. The result of
this addition is subject to rounding and rate cap limitations
according to the terms of your loan documents.

                         New Principal and Interest payment
Minimum Required      $          2090.76
Interest Only         $          1189.42
Fully Amortizng       $          2090.31
15 Year               $          4372.90

*INTEREST ONLY and FULLY AMORTIZING amounts subject to change if
any payment received after the date of this notice are other than
MINIMUM REQUIRED payment amount.

The MINIMUM REQUIRED payment is the minimum monthly payment you
must make as stipulated by your loan documents.



09/18/12
Account Number 0359394337
Page Two

The INTEREST ONLY payment is the minimum amount necessary to pay
all accrued interest amounts due for the month. If this amount
is less than the minimum required payment, you must still make
the minimum required payment.

The FULLY AMORTIZING payment is the principal and interest (P&I)
amount required to pay your loan in full over the remaining loan
term based on the new interest rate stated above. If this amount
is less than the minimum required payment, you must still make
the minimum required payment.

When the minimum required payment is less than the interest only
or fully amortizing payments, your loan may experience negative
amortization. Negative amortization occurs when the monthly P&I
payment is less than the full amount of interest for the month.
Whenever this occurs, the difference between the two figures is
added to the outstanding principal balance of your loan. Your
interest for the next month is then accrued based on the higher
unpaid balance.

Your unpaid principal balance can never exceed a maximum amount
equal to  115.0000% of the principal amount originally borrowed.
Should your unpaid principal balance reach the maximum amount,
you will be required to begin paying the full payment amount.

If your payments are made through our automatic payment program,
unless we are notified otherwise, your required payment amount
will be deducted on your scheduled draft date. If you wish to
have additional principal deducted at the same time, please
contact us at the number below to assist you with this process.

IF YOU ARE IN DEFAULT AT THE TIME THIS NOTICE IS DELIVERED TO
YOU, GMAC Mortgage, LLC                 WILL CONTINUE WITH THE
DEFAULT PROCESS EVEN THOUGH THE INTEREST RATE AND PAYMENT AMOUNT
ARE BEING ADJUSTED.

Notice Regarding Bankruptcy:  If you have filed for bankruptcy
and your case is still active and/or if you have received a
discharge, please be advised that this notice is for
informational purposes only and is not an attempt to collect a
pre-petition or discharged debt.  If you are currently in
bankruptcy under Chapter 13, you should continue to make
payments in accordance with your Chapter 13 Plan. If you have
surrendered the property during your bankruptcy case, you may
disregard this notice.

If you have any questions, please call 800-766-4622.

Customer Care
Loan Servicing
4015

4

### 3.    WHEN AND WHERE TO FILE

Except as provided for herein, all proofs of claim must be filed so as to be actually received **on or before November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time), or solely as to governmental units on or before November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time),** at:

> ### (i) **If by mail or overnight courier**:
>
> **ResCap Claims Processing Center, c/o KCC**
> **PO Box 5004**
> **Hawthorne, CA 90250**

mailed 10-14-20*

### (ii) if by hand delivery:

United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 534
New York, New York 10004

or

ResCap Claims Processing Center, c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

Proofs of claim will be deemed timely filed only if **actually received** at the ResCap Claims Processing Center or hand delivered to the U.S. Bankruptcy Court on or before 5:00 p.m. (Prevailing Eastern Time) on the applicable Bar Date.  Proofs of claim **may not** be delivered by facsimile, or electronic mail.

### 4.    WHO NEED NOT FILE A PROOF OF CLAIM

You do not need to file a proof of claim on or before the General Bar Date if you are:

(a)    Any person or entity that has **already** properly filed a proof of claim against the applicable Debtor or Debtors with the Clerk of the Bankruptcy Court for the Southern District of New York in a form substantially similar to the Proof of Claim Form;

(b)    Any person or entity whose claim is listed on the Debtors' schedules of assets and liabilities and/or schedules of executory contracts and unexpired leases (collectively, the "Schedules"), **provided** **that**: (i) the claim is **not** scheduled as "disputed," "contingent" or "unliquidated"; **and** (ii) the claimant agrees with the amount, nature and priority of the claim as set forth in the Schedules; **and** (iii) the claimant agrees that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

001KC0001_52271-21_DOMESTIC_4296/070658/353289

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Claim #1195  Date Filed: 10/12/2012  PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:
**EPRE LLC, Case No. 12-12024**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**TOM FRANKLIN**

Name and address where notices should be sent:

**TOM FRANKLIN
5633 OAK GROVE ROAD
FORT WORTH, TEXAS 76134**

Telephone number: 817-293-2960    email: FRENKLINART@AOL.COM

Name and address where payment should be sent (if different from above):

Telephone number:    email:

❏ Check this box if this claim amends a previously filed claim.

**Court Claim Number:_____** *(If known)*

Filed on:_____

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed: $** 134,000

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** LOAN MODIFICATION REFUSED
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** __1234__

**3a. Debtor may have scheduled account as:** Alison Tearnen (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** (See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
**Nature of property or right of setoff:** ■Real Estate ❏Motor Vehicle ❏Other
**Describe:**
**Value of Property: $** 78,031   **Annual Interest Rate** _____% ❏Fixed ❏Variable (when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____   **Basis for perfection:** _____
**Amount of Secured Claim: $**_____   **Amount Unsecured: $**_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
■ I am the creditor.  ❏ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ❏ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ❏ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: TOM FRANKLIN
Title: OWNER
Company:    (Signature) Tom Franklin 10/5/2012  (Date)
Address and telephone number (if different from notice address above):
Telephone number:    Email:

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❏ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
❏ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
❏ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
❏ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
❏ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
❏ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

RECEIVED
OCT 1 2 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

12120241210120000000001