

IN THE US BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

RE:

CONNOR, JOSEPH A III                                CASE NO. 12-12020 (MG)
                                                    (ADMINISTERED JOINTLY)
    Plaintiff
                                                    WITHDRAWAL OF CLAIMS AGAINST
                                                    DEBTORS RESIDENTIAL CAPITAL, LLC,
V.                                                  GMAC MORTGAGE, LLC, AND
                                                    EXECUTIVE TRUSTEE SERVICES, LLC

GMAC MORTGAGE, LLC et. al.

    Defendants

---

TO THE CLERK:

1. JOSEPH A CONNOR III is the Plaintiff in Case No. 11-2-00098-6, now pending in the Superior Court of Ferry County, State of Washington. The Debtors in Bankruptcy, Residential Capital, LLC, GMAC Mortgage, LLC and Executive Trustee Services, LLC, in Case No. 12-12020, now pending before this Court, are among the Defendants in said case.

2. Pursuant to FRBP, 3006, Connor hereby withdraws any and all claims he has against Residential Capital, LLC, GMAC Mortgage, LLC, and Executive Trustee

Services, LLC, and agrees that all such claims be disallowed with prejudice, in their entirety.

Dated: 23 August 2013

_____
Joseph A Connor III, Pro se Plaintiff

## CERTIFICATE OF SERVICE

**I CERTIFY** under penalty of perjury that I caused to be served on the parties listed below, a true and correct copy of Withdrawal of Claims by Joseph A Connor III, via First Class US Mail, Postage Prepaid:

William Fig
1000 SW Broadway
Suite #1400
Portland, Oregon  97206

Norman S Rosenbaum
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York  10104

Dated: 23 August 2013

_____
Jean-Paul Connor

--Withdrawal of Claim Against Debtor

Joseph A Connor III
1616 Liholiho St, #1502
Honolulu, HI 96822
808-679-2019
Pro se Plaintiff

2