MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' SIXTEENTH OMNIBUS
OBJECTION TO CLAIMS (REDUNDANT CLAIMS)
SOLELY WITH RESPECT TO THE CLAIM FILED BY
THE WOLF FIRM, A LAW CORPORATION (CLAIM NO. 3896)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors") withdraw, without prejudice, the *Debtors' Sixteenth Omnibus Objection to Claims (Redundant Claims)* [Docket No. 4150] (the "Sixteenth Omnibus Claims Objection") solely with respect to the claim filed by The Wolf Firm, A Law Corporation (Claim No. 3896) (the "Wolf Firm").

**PLEASE TAKE FURTHER NOTICE THAT** the withdrawal of the Sixteenth Omnibus Claims Objections as to the aforementioned claimant does not constitute any admission or finding with respect to the proof of claim filed by the Wolf Firm, and the Debtors reserve all rights to object to this claim on any basis at a future point in time.

ny-1106375

Dated: August 27, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*