Hearing Date and Time: September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                                    )
In re:                                              )    Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, et al.,                   )    Chapter 11
                                                    )
                        Debtors.                    )    Jointly Administered
                                                    )
---------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' TWENTIETH AND
TWENTY-FIRST OMNIBUS CLAIMS OBJECTIONS WITH RESPECT TO CERTAIN
CLAIMANTS TO SEPTEMBER 11, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4156] and the *Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4158], which was initially scheduled for August 28, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the following responses by claimants:

ny-1106371

**Twentieth Omnibus Objection – Adjourned Matters:**

    **a.**    Response of Karen and Ariel Barel to Notice of Hearing on Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4515].

**Twenty-First Omnibus Objection – Adjourned Matters:**

    **a.**    Response of Sonya Anthony Curry to Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4668];

    **b.**    Response of Harleston Law Firm to Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4663].

Dated: August 27 2013  
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*