Hearing Date:  September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------- )
                                                                              )
  In re:                                                                      )   Case No. 12-12020 (MG)
                                                                              )
  RESIDENTIAL CAPITAL, LLC, et al.,                                           )   Chapter 11
                                                                              )
                                                Debtors.                      )   Jointly Administered
                                                                              )
----------------------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION**
**OF CONNECTICUT HOUSING FINANCE AUTHORITY ("CHFA") FOR**
**THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC**
**STAY PURSUANT TO 11 U.S.C. § 362(d) TO SEPTEMBER 24, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Connecticut Housing Finance Authority "CHFA" for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Docket No. 2401], previously scheduled to be heard on August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1106477

Dated: August 27, 2013  
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
James A. Newton  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*