**SEWARD & KISSEL LLP**
Ronald L. Cohen, Esq.
Arlene R. Alves, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for U.S. Bank National Association,
As Indenture Trustee for Greenpoint Mortgage
Funding Trust 2006-HE1*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Residential Capital, LLC, et al., <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br><br> (Jointly Administered) |

**Certificate of Service**

      I hereby certify that on August 26, 2013, I caused a true copy of the Reservation of Rights in Response to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC, to be served on all parties on the attached service list by: (a) electronic means as listed on the Court's ECF noticing system, (b)(i) by electronic mail , and/or (ii) by United States first class mail, postage prepaid as indicated

                                            /S/ Arlene R. Alves
                                                Arlene R. Alves

SERVICE LIST BY FIRST CLASS MAIL

Morrison & Foerster LLP
Norman S. Rosenbaum, Esq.
Alexandra Steinberg Barrage, Esq.
Jonathan M. Petts, Esq.
1290 Avenue of the Americas
New York, NY 10104

Weil, Gotshal & Manges LLP
Gary T. Holtzer, Esq.
Ronit J. Berkovich, Esq.
767 Fifth Avenue
New York, NY 10153

Wollmuth Maher & Deutsch LLP
Paul R. DeFilippo, Esq.
Randall R. Rainer, Esq.
500 Fifth Avenue
New York, NY 10110

Office of the United States Trustee
for the Southern District of New York
Tracy Hope Davis, Esq.
Linda A. Riffkin, Esq.
Brian S. Masumoto, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Office of the United States Attorney General
U.S. Department of Justice
U.S. Attorney General, Eric H. Holder, Jr., Esq.
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Office of the New York State Attorney General
Nancy Lord, Esq.
Enid N. Stuart, Esq.
The Capitol
Albany, NY 12224-0341

Office of the U.S. Attorney
for the Southern District of New York
Joseph N. Cordaro, Esq.
One St. Andrews Plaza
New York, NY 10007

Kirkland & Ellis LLP
Richard M. Cieri, Esq.
Ray Schrock, Esq.
153 East 53rd Street
New York, NY 10022

Kramer Levin Naftalis & Frankel LLP
Kenneth Eckstein, Esq.
Douglas Mannal, Esq.
1177 Avenue of the Americas
New York, NY 10036

Clifford Chance US LLP
Jennifer C. DeMarco, Esq.
Adam Lesman, Esq.
31 West 52nd Street
New York, NY 10019

Munger, Tolles & Olson LLP
Thomas Walper, Esq.
Seth Goldman, Esq.
355 South Grand Avenue
Los Angeles, CA 90071

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities and Exchange Commission
George S. Canellos, Regional Director
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

EMAILS:

abarrage@mofo.com
jpetts@mofo.com
gary.holtzer@weil.com
ronit.berkovich@weil.com
pdefilippo@wmd-law.com
rrainer@wmd-law.com
tracy.davis@usdoj.gov
brian.masumoto@usdoj.gov
linda.rifkin@jsdoj.gov
joseph.cordaro@usdoj.com
richard.cieri@kirkland.com
ray.schrock@kirkland.com
keckstein@kramerlevin.com
dmannal@kramerlevin.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
thomas.walper@mto.com
seth.goldman@mto.com
newyork@sec.gov

SK 03687 0119 1409515