**Presentment Date and Time: August 29, 2013 at 12:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

---------------------------------------------------------------

### NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – PAID AND SATISFIED TAX CLAIMS)

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>")[1] filed the *Debtors' Twelfth Omnibus Objection to Claims (No Liability – Paid and Satisfied Tax Claims)* [Docket No. 4146] (the "<u>Omnibus Objection</u>").

**PLEASE TAKE FURTHER NOTICE** that for the matters relating to the Omnibus Objection, the Debtors will present the proposed *Order Granting Debtors' Twelfth Omnibus Objection to Claims (No Liability – Paid and Satisfied Tax Claims)* (the "<u>Proposed Order</u>"),

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 6] (the "<u>Whitlinger Affidavit</u>").

annexed hereto as <u>Exhibit 1</u>, to the Honorable Martin Glenn, United States Bankruptcy Judge, at

the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton

Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature on

**August 29, 2013 at 12:00 p.m. (Prevailing Eastern Time)**.

       **PLEASE TAKE FURTHER NOTICE** that a copy of the Omnibus Objection and

Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the

Debtors' restructuring website at www.kccllc.net/rescap.

Dated:  August 27, 2013
       New York, New York

                    /s/ Norman S. Rosenbaum
                    Gary S. Lee
                    Norman S. Rosenbaum
                    Jordan A. Wishnew
                    MORRISON & FOERSTER LLP
                    1290 Avenue of the Americas
                    New York, New York 10104
                    Telephone:  (212) 468-8000
                    Facsimile:  (212) 468-7900

                    *Counsel for the Debtors and*
                    *Debtors in Possession*

2

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|                                          |     |                          |
|------------------------------------------|-----|--------------------------|
|                                          | )   |                          |
| In re:                                   | )   | Case No. 12-12020 (MG)   |
|                                          | )   |                          |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | )   | Chapter 11               |
|                                          | )   |                          |
|                         Debtors.         | )   | Jointly Administered     |
|                                          | )   |                          |

---------------------------------------------------------------

### ORDER GRANTING DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – PAID AND SATISFIED TAX CLAIMS)

Upon the twelfth omnibus claims objection, dated July 3, 2013 (the "<u>Twelfth Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Paid and Satisfied Tax Claims on the grounds that each Paid and Satisfied Tax Claim represents a tax obligation for which the Debtors have no liability, all as more fully described in the Twelfth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Twelfth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Twelfth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Twelfth Omnibus Claims Objection having been

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Twelfth Omnibus Claims Objection.

provided, and it appearing that no other or further notice need be provided; and upon consideration of the Twelfth Omnibus Claims Objection and the Declaration of Deanna Horst in Support of Debtors' Twelfth Omnibus Objection to Claims (No Liability – Paid and Satisfied Tax Claims), annexed to the Objection as Exhibit 1; and the Court having found and determined that the relief sought in the Twelfth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Twelfth Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Twelfth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that each Paid and Satisfied Tax Claim listed on Exhibit A annexed hereto is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the Paid and Satisfied Tax Claims identified on the schedule annexed as Exhibit A hereto pursuant to this Order; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Twelfth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and all party in interest's rights to object on any basis are expressly reserved with respect to any such claim not listed on Exhibit A annexed hereto, and any claim that is listed on Exhibit A to the extent this Court grants any claimant leave to amend its Paid and Satisfied Tax Claim under section 502(d) of the Bankruptcy Code; and it is further

ORDERED that this Order shall be a final order with respect to each of the Paid and Satisfied Tax Claims identified on Exhibit A, annexed hereto, as if each such Paid and Satisfied Tax Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2013
       New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

3

## Exhibit A

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWELFTH OMNIBUS OBJECTION - NO LIABILITY - PAID CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Bernalillo County Treasurers Office<br>Patrick J. Padilla, Treasurer<br>P.O. Box 627<br>Albuquerque , NM 87103-0627 | 2238 | 11/05/2012 | $1,290.36<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | BROOKFIELD TOWN<br>TAX COLLECTOR<br>6 CENTRAL ST<br>BROOKFIELD, MA 01506 | 505 | 09/17/2012 | $0.00<br>$0.00<br>$816.33<br>$0.00<br>$18.79 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Burnet Central Appraisal District, Collecting Property Taxes for The County of Burnet, Texas, Burnet Consolidated Independent<br>Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 2036 | 11/01/2012 | $0.00<br>$0.00<br>$3,711.14<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Catalina Tax Co LLC<br>US Bank as Cust for Tower<br>C/O Catalina Tax Co LLC<br>PO Box 645040<br>Cincinnati, OH 45264-5040 | 460 | 09/04/2012 | $0.00<br>$0.00<br>$3,773.65<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | City of Mesquite and Mesquite Independent School District<br>c/o Schuerenberg & Grimes, P.C.<br>Gary Allmon Grimes<br>120 W. Main Street, Suite 201<br>Mesquite, TX 75149 | 54 | 06/04/2012 | $0.00<br>$0.00<br>$1,876.04<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWELFTH OMNIBUS OBJECTION - NO LIABILITY - PAID CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | City of Princeton<br>Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | 8 | 05/21/2012 | $0.00<br>$0.00<br>$884.84<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | Clear Creek Independent School District<br>Carl O. Sandin<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | 6262 | 11/30/2012 | $0.00<br>$0.00<br>$110.23<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Columbiana County Treasurer<br>105 S. Market St. Ste 8<br>Lisbon, OH 44432 | 914 | 10/01/2012 | $0.00<br>$0.00<br>$3,637.97<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 9 | COVENTRY TOWN<br>1670 FLAT RIVER RD<br>COVENTRY TOWN TAX COLLECTOR<br>COVENTRY, RI 02816 | 695 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$3,265.43<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 10 | Cypress Hill Municipal Utility District #1<br>Carl O. Sandin<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1235 North Loop West<br>Suite 600<br>Houston , TX 77008 | 6267 | 11/30/2012 | $0.00<br>$0.00<br>$2,407.03<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWELFTH OMNIBUS OBJECTION - NO LIABILITY - PAID CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | Don Armstrong, Property Tax Commissioner<br>Shelby County Property Tax Commission<br>PO Box 1298<br>Columbiana, AL 35051 | 347 | 07/30/2012 | $0.00<br>$0.00<br>$0.00<br>$1,533.84<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | Doug Belden, Hillsborough County Tax Collector<br>Attn Doug Belden<br>Tax Collector, Hillsborough County<br>601 E Kennedy Blvd 14th Floor<br>PO Box 172920<br>Tampa, FL 33672-2920 | 364 | 08/02/2012 | $0.00<br>$0.00<br>$2,864.66<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 13 | Elko County<br>Elko County Treasurer<br>571 Idaho Street, Suite 101<br>Elko, NV 89801 | 698 | 09/24/2012 | $0.00<br>$0.00<br>$1,079.31<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 14 | HARRIS COUNTY WCID 96L<br>11111 KATY FWY STE 725<br>LEARED ASSESSOR COLLECTOR<br>HOUSTON, TX 77079 | 5958 | 11/28/2012 | $0.00<br>$0.00<br>$5,127.72<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 15 | Harrison Central Appraisal District, collecting property taxes for Hallsville Independent School District<br>Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 2031 | 11/01/2012 | $0.00<br>$0.00<br>$1,612.92<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWELFTH OMNIBUS OBJECTION - NO LIABILITY - PAID CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | Howard County Assessors Office 220 N Main St Room 226 Kokomo, IN 46901 | 1284 | 10/15/2012 | $0.00 $0.00 $1,512.97 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 17 | MARION COUNTY PO BOX 2511 SALEM, OR 97308 | 1212 | 10/15/2012 | $0.00 $0.00 $3,400.64 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 18 | MARION COUNTY PO BOX 2511 MARION COUNTY TAX COLLECTOR SALEM, OR 97308 | 1214 | 10/15/2012 | $0.00 $0.00 $1,431.31 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 19 | Mason County Treasurer Attn Brittany P.O. Box 429 Shelton, WA 98584 | 946 | 10/04/2012 | $0.00 $0.00 $348.68 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 20 | MC DUFFIE COUNTY 406 MAIN STREET PO BOX 955 TAX COMMISSIONER THOMSON, GA 30824 | 855 | 09/28/2012 | $0.00 $0.00 $0.00 $408.28 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWELFTH OMNIBUS OBJECTION - NO LIABILITY - PAID CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 233 | 07/02/2012 | $0.00<br>$0.00<br>$5,827.66<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 22 | Princeton Independent School District<br>Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | 5 | 05/21/2012 | $0.00<br>$0.00<br>$1,790.11<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 23 | SCITUATE TOWN<br>195 DANIELSON PIKE<br>SCITUATE TOWN TAX COLLECTOR<br>SCITUATE, RI 02857 | 585 | 09/20/2012 | $0.00<br>$0.00<br>$2,264.22<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 329 | 07/23/2012 | $0.00<br>$0.00<br>$4,761.69<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 25 | WEBSTER TOWNSHIP<br>5665 WEBSTER CHURCH RD<br>TREASURER WEBSTER TWP<br>DEXTER, MI 48130 | 5787 | 11/19/2012 | $0.00<br>$0.00<br>$11,719.64<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWELFTH OMNIBUS OBJECTION - NO LIABILITY - PAID CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | YUMA COUNTY | 5373 | 11/19/2012 | $0.00 | Administrative Priority | GMAC Mortgage, LLC | 12-12032 |
| | YUMA COUNTY TREASURER | | | $0.00 | Administrative Secured | | |
| | 410 MAIDEN LN | | | $0.00 | Secured | | |
| | YUMA, AZ 85364 | | | $1,544.32 | Priority | | |
| | | | | $0.00 | General Unsecured | | |