**Presentment Date and Time: August 29, 2013 at 12:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
|  | ) |  |
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
---------------------------------------------------------------

**NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING
DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY – BOOKS AND RECORDS TAX CLAIMS)**

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed the *Debtors' Thirteenth Omnibus Objection to Claims* (*No Liability – Books and Records Tax Claims*) [Docket No. 4147] (the "Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that on August 27, 2013, in connection with the Omnibus Objection, the Debtors filed a Notice of Adjournment of Hearing on the Omnibus Objection [Docket No. 4847] (the "Notice of Adjournment"). Pursuant to the Notice of

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 6] (the "Whitlinger Affidavit").

Adjournment, the following matters relating to the Omnibus Objection have been adjourned to the omnibus hearing scheduled for September 11, 2013:

- J. Dennis Semler, Tulsa County Treasurer (Claim No. 208);
- Rose Plympton, Treasurer in and for the County of Elmore (Claim No. 2455); and
- Butte County Tax Collector (Claim No. 1104).

**PLEASE TAKE FURTHER NOTICE** that for the remaining matters relating to the Omnibus Objection, the Debtors will present the proposed *Order Granting Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims)* (the "Proposed Order"), annexed hereto as Exhibit 1, to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature on **August 29, 2013 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Omnibus Objection and Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

Dated:  August 27, 2013
      New York, New York

                    /s/ Norman S. Rosenbaum
                    Gary S. Lee
                    Norman S. Rosenbaum
                    Jordan A. Wishnew
                    MORRISON & FOERSTER LLP
                    1290 Avenue of the Americas
                    New York, New York 10104
                    Telephone:  (212) 468-8000
                    Facsimile:  (212) 468-7900

                    *Counsel for the Debtors and*
                    *Debtors in Possession*

## EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

-----------------------------------------------------------------------

## ORDER GRANTING DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – BOOKS AND RECORDS TAX CLAIMS)

Upon the thirteenth omnibus claims objection, dated July 3, 2013 (the "Thirteenth Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the No Liability Tax Claims on the grounds that each No Liability Tax Claim represents a tax obligation for which the Debtors have no liability, all as more fully described in the Thirteenth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Thirteenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Thirteenth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Thirteenth Omnibus Claims Objection having been

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirteenth Omnibus Claims Objection.

provided, and it appearing that no other or further notice need be provided; and upon consideration of the Thirteenth Omnibus Claims Objection and the Declaration of Deanna Horst in Support of Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims), annexed to the Objection as <u>Exhibit 1</u>; and the Court having found and determined that the relief sought in the Thirteenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Thirteenth Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Thirteenth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, each No Liability Tax Claim listed on <u>Exhibit A</u> annexed hereto is hereby disallowed and expunged as indicated on <u>Exhibit A</u>; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the No Liability Tax Claims identified on the schedule annexed as <u>Exhibit A</u> hereto pursuant to this Order; and it is further

ORDERED that the following matters relating to the Omnibus Objection have been adjourned to the omnibus hearing scheduled for September 11, 2013:

- J. Dennis Semler, Tulsa County Treasurer (Claim No. 208);
- Rose Plympton, Treasurer in and for the County of Elmore (Claim No. 2455); and
- Butte County Tax Collector (Claim No. 1104); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

2

ORDERED that notice of the Thirteenth Omnibus Claims Objection, as provided

therein, shall be deemed good and sufficient notice of such objection, and the requirements of

Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket

No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by

such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order,

and the Debtors' and all party in interest's rights to object on any basis are expressly reserved

with respect to any such claim not listed on Exhibit A annexed hereto, and any claim that is

listed on Exhibit A to the extent this Court grants any claimant leave to amend its No Liability

Tax Claim under section 502(d) of the Bankruptcy Code; and it is further

ORDERED that this Order shall be a final order with respect to each of the No

Liability Tax Claims identified on Exhibit A, annexed hereto, as if each such No Liability Tax

Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated:_____, 2013
        New York, New York


                                                 _____
                                                 THE HONORABLE MARTIN GLENN
                                                 UNITED STATES BANKRUPTCY JUDGE

ny-1106322

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | Alachua County Tax Collector<br>PO BOX 140960<br>GAINESVILLE, FL 32614-0960 | 410 | 08/06/2012 | $0.00<br>$0.00<br>$583.10<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 2 | Allen County Treasurer<br>1 East Main Street, Suite 104<br>Fort Wayne, IN 46802-1811 | 91 | 06/14/2012 | $0.00<br>$0.00<br>$2,510.30<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 3 | AMADOR COUNTY TAX COLLECTOR<br>ATTN - MICHAEL E RYAN<br>810 COURT STREET<br>JACKSON, CA 95642-2132 | 762 | 09/26/2012 | $0.00<br>$0.00<br>$733.69<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 4 | Austin County Appraisal District<br>Michael J. Darlow<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1235 North Loop West<br>Suite 600<br>Houston , TX 77008 | 6266 | 11/30/2012 | $0.00<br>$0.00<br>$13,931.87<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 5 | Barry Willingham Cullman County Revenue Commission<br>PO Box 2220<br>Cullman, AL 35056-2220 | 212 | 06/28/2012 | $0.00<br>$0.00<br>$0.00<br>$267.22<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 6 | Belmont County Treasurer<br>101 W Main St<br>St Clairsville, OH 43950 | 732 | 09/25/2012 | $0.00<br>$0.00<br>$5,544.68<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 7 | Black Hawk County Treasurer<br>316 E Fifth St<br>Waterloo, IA 50703 | 1440 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$5,778.50 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 8 | BOOTHBAY HARBOR TOWN<br>TOWN OF BOOTHBAY HARBOR<br>11 HOWARD ST<br>BOOTHBAY HARBOR, ME 04538 | 1011 | 10/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 9 | Brown County Appraisal District, Collecting Property Taxes for The County of Brown, Texas, Brown County Road and Flood and Br<br>Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 2034 | 11/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,366.13 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 10 | BURTON CITY<br>TREASURER<br>4303 S CENTER ROAD<br>BURTON, MI 48519 | 917 | 10/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,505.23 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 11 | CARRABASET VALLEY TOWN<br>1001 CARRIAGE RD<br>TOWN OF CARRABASSETT VALLEY<br>CARRABASSETT, ME 04947 | 514 | 09/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$6,035.59 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 12 | CHARTIER HOUSTON SCHOOL DISTRICT<br>2 BUCCANEER DR<br>T C OF CHARTIER HOUSTON SCH DIST<br>HOUSTON, PA 15342 | 747 | 09/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$590.78 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 13 | Chatham County Tax Commissioner<br>P.O. Box 8324<br>Savannah, GA 31412 | 48 | 05/29/2012 | $0.00<br>$0.00<br>$0.00<br>$1,688.99<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 14 | Cheorkee County Tax Commissioner<br>2780 Marietta Hwy<br>Canton, GA 30114 | 1350 | 10/22/2012 | $0.00<br>$0.00<br>$1,676.74<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Real Estate Holdings, LLC | 12-12062 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 15 | Cheorkee County Tax Commissioner<br>2780 Marietta Hwy<br>Canton, GA 30114 | 1356 | 10/22/2012 | $0.00<br>$0.00<br>$1,216.39<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 16 | City and County of Denver / Treasury<br>Attn Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Avenue, Department 1001<br>Denver, CO 80202 | 5962 | 11/28/2012 | $0.00<br>$0.00<br>$15,594.13<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | EPRE LLC | 12-12024 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 17 | City of Alexandria, Virginia<br>Attn Shanta Washington<br>Revenue Division<br>PO Box 178<br>Alexandria, VA 22313 | 1988 | 10/30/2012 | $0.00<br>$0.00<br>$561.35<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 18 | City of Battle Creek<br>P.O. Box 1717<br>Battle Creek, MI 49016-1717 | 1569 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$4,101.64<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 19 | City of Burleson<br>Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | 14 | 05/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,429.38 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 20 | City of Cleburne<br>Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | 18 | 05/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$809.45 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 21 | City of Edinburg<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 193 | 06/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$594.14 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 22 | City of Garland<br>c/o Gay, McCall, Isaacks, Gordon & Roberts, P.C.<br>1919 S. Shiloh Road, Suite 310, LB40<br>Garland, TX 75042 | 1100 | 10/10/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$591.91 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 23 | City of Joshua<br>Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>PO Box 13430<br>Arlington, TX 76094-0430 | 16 | 05/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$368.18 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 24 | City of Mesquite and Mesquite Independent School District<br>c/o Schuerenberg & Grimes, P.C.<br>Gary Allmon Grimes<br>120 W. Main Street, Suite 201<br>Mesquite, TX 75149 | 57 | 06/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,349.43 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 25 | City of Mesquite and Mesquite Independent School District<br>Gary Allmon Grimes<br>c/o Schuerenberg & Grimes, P.C.<br>120 W. Main #201<br>Mesquite, TX 75149 | 1014 | 10/05/2012 | $0.00<br>$0.00<br>$1,665.52<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 26 | City of Mesquite and/or Mesquite Independent School District c/o Schuerenberg & Grimes, P.C.<br>Gary Allmon Grimes<br>120 W. Main #201<br>Mesquite, TX 75149 | 1012 | 10/05/2012 | $0.00<br>$0.00<br>$1,854.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 27 | CITY OF NEWPORT NEWS<br>PO BOX 975<br>NEWPORT NEWS, VA 23607 | 1328 | 10/18/2012 | $0.00<br>$0.00<br>$3,436.38<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 28 | City of Raleigh<br>City Attorneys Office<br>One Exchange Plaza, Suite 1020<br>City of Raleigh-Raleigh<br>Raleigh, NC 27601 | 6043 | 11/29/2012 | $0.00<br>$0.00<br>$409.69<br>$0.00<br>$175.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 29 | CLARK COUNTY TREASURER<br>1300 FRANKLIN STREET<br>2ND FLOOR<br>VANCOUVER, WA 98660 | 652 | 09/24/2012 | $0.00<br>$0.00<br>$4,068.99<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 30 | CLARKE COUNTY TAX COMMISSIONER<br>PO BOX 1768<br>ATHENS, GA 30603 | 282 | 07/16/2012 | $0.00<br>$0.00<br>$0.00<br>$10,128.97<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 31 | Clay County Tax Collector<br>PO Box 218<br>Green Cove Springs, FL 32043 | 127 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$729.12 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Model Home Finance I, LLC | 12-12030 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 32 | Clay County Tax Collector<br>PO Box 218<br>Green Cove Springs, FL 32043 | 141 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$813.28 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Model Home Finance I, LLC | 12-12030 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 33 | COFFEE COUNTY ENTERPRISE<br>101 S EDWARDS<br>REVENUE COMMISSIONER<br>ENTERPRISE, AL 36330 | 596 | 09/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,251.09 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 34 | Collingsworth County Appraisal District<br>DLayne Peeples Carter<br>Perdue, Brandon, Fielder, Collins & Mott LLP<br>PO Box 9132<br>Amarillo, TX 79105-9132 | 403 | 08/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$954.07 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 35 | Coppell ISD<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 29 | 05/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$269.50 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 36 | Crowley Independent School District<br>Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | 6 | 05/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,017.59 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 37 | Cumberland County Tax Collector<br>PO Box 449<br>Fayetteville, NC 28302 | 742 | 09/25/2012 | $0.00<br>$0.00<br>$2,278.23<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 38 | Cumberland County Tax Collector<br>PO Box 449<br>Fayetteville, NC 28302 | 743 | 09/25/2012 | $0.00<br>$0.00<br>$755.56<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 39 | DALTON TOWN<br>TAX COLLECTOR OF DALTON TOWN<br>756 DALTON RD<br>DALTON, NH 03598-5730 | 1407 | 10/19/2012 | $0.00<br>$0.00<br>$11,967.28<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 40 | DEFIANCE COUNTY<br>Defiance County Treasurer, Vickie Myers<br>501 Second Street, Suite 101<br>Defiance , OH 43512 | 1395 | 10/18/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 41 | Denton Independence School District<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr.<br>Denton, TX 76210 | 469 | 09/12/2012 | $0.00<br>$0.00<br>$15,187.36<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 42 | Denton Independent School District<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr.<br>Denton, TX 76210 | 431 | 08/20/2012 | $0.00<br>$0.00<br>$15,187.36<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 43 | Dodge County, State of Wisconsin c/o Tom Luz, Esq. 370 Lexington Avenue, 24th Fl New York, NY 10017 | 239 | 06/29/2012 | $0.00 $0.00 $3,048.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 44 | Don Armstrong, Property Tax Commissioner Shelby County Property Tax Commission PO Box 1298 Columbiana, AL 35051 | 348 | 07/30/2012 | $0.00 $0.00 $0.00 $1,072.44 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 45 | Don Armstrong, Property Tax Commissioner Shelby County Property Tax Commission PO Box 1298 Columbiana, AL 35051 | 346 | 07/30/2012 | $0.00 $0.00 $0.00 $996.84 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 46 | Douglas County Tax Commissioner P.O. Box 1177 Douglasville, GA 30133 | 413 | 08/07/2012 | $0.00 $0.00 $0.00 $1,249.95 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 47 | Douglas County Tax Commissioner P.O. Box 1177 Douglasville, GA 30133 | 411 | 08/07/2012 | $0.00 $0.00 $0.00 $275.92 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 48 | Edinburg CISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 199 | 06/29/2012 | $0.00 $0.00 $1,160.02 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 49 | EL PASO CO WID NO. 1 DAVID G. AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 711 NAVARRO STE 300 SAN ANTONIO, TX 78205 | 177 | 06/26/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 50 | FAYETTE COUNTY TAX COMMISSIONER PO BOX 70 140 W STONEWALL AVE 110 FAYETTEVILLE, GA 30214 | 556 | 09/18/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $13,429.38 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 51 | Fresno County Tax Collector PO Box 1192 Fresno, CA 93715 | 2740 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $568.67 Secured $0.00 Priority $0.00 General Unsecured | RAHI Real Estate Holdings, LLC | 12-12050 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 52 | Fresno County Tax Collector PO Box 1192 Fresno, CA 93715 | 2746 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $250.72 Secured $0.00 Priority $0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 53 | Frisco ISD Tax Assessor/Collector c/o Gay McCall Isaacks et al 777 East 15th Street Plano, TX 75074 | 1959 | 10/29/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $5,517.52 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 54 | GADSDEN COUNTY 16 S CALHOUN ST PO BOX 817 QUINCY, FL 32351 | 863 | 09/28/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $3,419.21 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 55 | Garland Independent School District<br>c/o Gay, McCall, Isaacks, Gordon & Roberts, P.C.<br>1919 S. Shiloh Road, Suite 310, LB40<br>Garland, TX 75042 | 1101 | 10/10/2012 | $0.00<br>$0.00<br>$1,691.33<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 56 | Garland Independent School District<br>c/o Gay, McCall, Isaacks, Gordon & Roberts, P.C.<br>1919 S. Shiloh Road, Suite 310, LB40<br>Garland, TX 75042 | 1097 | 10/10/2012 | $0.00<br>$0.00<br>$967.30<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 57 | Greene County Collector of Revenue<br>Collector of Revenue<br>940 N. Boonville Ave.<br>Springfield, MO 65802 | 149 | 06/22/2012 | $0.00<br>$0.00<br>$1,330.89<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 58 | Guildford County Tax Department<br>PO Box 3328<br>Greensboro, NC 27402 | 571 | 09/20/2012 | $0.00<br>$0.00<br>$5,256.97<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 59 | HARNETT COUNTY<br>TAX COLLECTOR<br>COUNTY COURTHOUSE<br>PO BOX 250<br>LILLINGTON, NC 27546 | 4488 | 11/13/2012 | $0.00<br>$0.00<br>$1,267.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 60 | Harry E Hagen Treasurer-Tax Collector<br>PO Box 579<br>Santa Barbara, CA 93102 | 5964 | 11/28/2012 | $0.00<br>$0.00<br>$0.00<br>$3,305.27<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 61 | Harry E Hagen Treasurer-Tax Collector<br>PO Box 579<br>Santa Barbara, CA 93102 | 5965 | 11/28/2012 | $0.00<br>$0.00<br>$0.00<br>$1,079.96<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 62 | Hays CISD<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5923 | 11/23/2012 | $0.00<br>$0.00<br>$3,393.73<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 63 | Hays CISD<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 186 | 06/29/2012 | $0.00<br>$0.00<br>$1,348.64<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 64 | Hill County Appraisal District, Collecting Property Taxes for Malone Independent School District<br>Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock , TX 78680-1269 | 2027 | 11/01/2012 | $0.00<br>$0.00<br>$257.10<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 65 | HOT SPRINGS COUNTY<br>415 ARAPAHOE ST<br>MICKEY JEAN FORD TREASURER<br>THERMOPOLIS, WY 82443 | 548 | 09/18/2012 | $0.00<br>$0.00<br>$1,728.88<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 66 | Howard County<br>Assessors Office<br>220 N Main St Rm 226<br>Kokomo, IN 46901 | 1286 | 10/15/2012 | $0.00<br>$0.00<br>$168.83<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 67 | IREDELL COUNTY TAX COLLECTOR<br>PO BOX 1027<br>TAX COLLECTOR<br>STATESVILLE, NC 28687 | 641 | 09/24/2012 | $0.00<br>$0.00<br>$702.16<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Asset Securities Corporation | 12-12054 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 68 | Iredell County Tax Collector<br>Tax Collector<br>PO BOX 1027<br>Statesville, NC 28687 | 640 | 09/24/2012 | $0.00<br>$0.00<br>$1,891.89<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer for the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 69 | Jack Tedder<br>Taylor County<br>PO Box 30<br>Perry, FL 32348 | 612 | 09/20/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 70 | JACKSON COUNTY<br>TAX COLLECTOR<br>2915 CANTY ST - SUITE B<br>PASCAGOULA, MS 39567 | 5887 | 11/23/2012 | $0.00<br>$0.00<br>$0.00<br>$3,045.82<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RAHI Real Estate Holdings, LLC | 12-12050 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 71 | Jackson County Director of Collections<br>Attn Bankruptcy<br>Jackson County - Collection Department<br>415 E. 12th St. Room 100<br>Kansas City, MO 64106 | 343 | 07/26/2012 | $0.00<br>$0.00<br>$2,099.91<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor was not a property owner. Debtors acted as the servicer for the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 72 | JOHNSTON TOWN<br>JOHNSTON TOWN- TAX COLLECTOR<br>1385 HARTFORD AVE<br>JOHNSTON, RI 02919 | 1266 | 10/15/2012 | $0.00<br>$0.00<br>$7,690.34<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer for the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 73 | KALAMAZOO COUNTY TREASURER<br>201 W KALAMAZOO AVE<br>KALAMAZOO, MI 49007 | 142 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,749.90 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 74 | Ken Burton, Jr., Manatee County Tax Collector<br>Susan D. Profant, CFCA, CLA, FRP, Paralegal<br>4333 US 301 North<br>Ellenton, FL 34222 | 128 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,691.93 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 75 | Ken Burton, Jr., Manatee County Tax Collector<br>Susan D. Profant, CFCA, CLA, FRP, Paralegal<br>4333 US 301 North<br>Ellenton, FL 34222 | 129 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$898.74 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 76 | Ken Burton, Jr., Manatee County Tax Collector<br>Susan D. Profant, CFCA, CLA, FRP, Paralegal<br>4333 US 301 North<br>Ellenton, FL 34222 | 130 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,740.24 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 77 | KNOX COUNTY TRUSTEE<br>C/O CHADWICK B. TINDELL<br>400 MAIN ST RM 418<br>TRUSTEE KNOX COUNTY<br>KNOXVILLE, TN 37902 | 951 | 10/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$504.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 78 | Kristen M. Scalise, Summit County Fiscal Officer<br>Regina M. VanVorous, Assistant Prosecuting Attorney<br>53 University Avenue, 7th Floor<br>Akron, OH 44308 | 5278 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$7,106.22 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 79 | Lake County Tax Collector<br>Attn Bankruptcy<br>P.O. Box 327<br>Tavares, FL 32778 | 5945 | 11/27/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 80 | LAKE COUNTY TREASURER<br>2293 N MAIN ST<br>CROWN POINT, IN 46307 | 842 | 09/28/2012 | $0.00<br>$0.00<br>$1,053.55<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 81 | LAKE COUNTY TREASURER<br>2293 N MAIN ST<br>CROWN POINT, IN 46307 | 843 | 09/28/2012 | $0.00<br>$0.00<br>$3,100.91<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 82 | Liberty County Tax Commissioner<br>100 Main Street, Suite 1545<br>Hinesville, GA 31313 | 5359 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$490.85<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 83 | Lien Solutions, LLC<br>Albrektson & Wakild, LLC<br>PO Box 648<br>Crestwood, KY 40014 | 1062 | 10/09/2012 | $0.00<br>$0.00<br>$1,773.73<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 84 | Live Oak CAD<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 198 | 06/29/2012 | $0.00<br>$0.00<br>$1,207.32<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 85 | Macon-Bibb County Tax Commissioner c/o Blake Edwin Lisenby, Esq. Sell & Melton, LLP P.O. Box 229 Macon, GA 31202-0229 | 1213 | 10/15/2012 | $0.00 $0.00 $0.00 $1,703.64 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 86 | MADISON CITY MADISON CITY TREASURER PO BOX 2999 210 MLK BLVD. RM 107 MADISON, WI 53703 | 4474 | 11/13/2012 | $0.00 $0.00 $1,687.34 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 87 | MADISON COUNTY TAX COLLECTOR LYNDA HALL TAX COLLECTOR MADISON COUNTY COURTHOUSE HUNTSVILLE, AL 35801-4820 | 1889 | 10/29/2012 | $0.00 $0.00 $0.00 $3,272.74 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 88 | Maricopa County Treasurer Lori A. Lewis Maricopa County Attorneys Office 222 N. Central Avenue, Suite 1100 Phoenix, AZ 85004 | 97 | 06/18/2012 | $0.00 $0.00 $9,372.03 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | ditech, LLC | 12-12021 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 89 | Maricopa County Treasurer Lori A. Lewis Maricopa County Attorneys Office 222 N. Central Avenue, Suite 1100 Phoenix, AZ 85004 | 108 | 06/18/2012 | $0.00 $0.00 $946.82 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 90 | MARTIN COUNTY TAX COLLECTOR 3485 SE WILLOUGHBY BLVD STUART, FL 34994 | 125 | 06/04/2012 | $0.00 $0.00 $5,580.11 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 91 | Mecklenburg County Tax Office<br>PO Box 71063<br>Charlotte, NC 28272 | 366 | 08/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$757.23 General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 92 | Mecklenburg County Tax Office<br>PO Box 71063<br>Charlotte, NC 28272 | 372 | 08/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$7,320.03 Priority<br>$20,893.31 General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 93 | Metropolitan Trustee of Metropolitan Government of Nashville & Davidson County<br>Metropolitan Department of Law<br>PO Box 196300<br>Nashville, TN 37219-6300 | 225 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$834.33 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 94 | MONTGOMERY COUNTY<br>100 E MAIN ST RM 101<br>MONTGOMERY COUNTY TREASURER<br>CRAWFORDSVILLE, IN 47933 | 3916 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$848.35 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 95 | NEW HANOVER COUNTY<br>230 MARKETPLACE190 POB18000 ZP28406<br>TAX COLLECTOR<br>WILMINGTON, NC 28403-1696 | 626 | 09/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,537.84 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 96 | Park County Treasurer<br>PO Box 638<br>Fairplay, CO 80440 | 947 | 10/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$734.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 97 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 226 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 98 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 227 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,237.35 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 99 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 235 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 100 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 229 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,700.11 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 101 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 230 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 102 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 231 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 103 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 232 | 07/02/2012 | $0.00<br>$0.00<br>$1,272.84<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 104 | PINAL COUNTY TREASURER<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE, AZ 85132-3014 | 131 | 06/18/2012 | $0.00<br>$0.00<br>$1,470.65<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 105 | Placer County Tax Collector<br>Placer County Tax Collectors Office<br>2976 Richardson Dr<br>Auburn, CA 95603 | 5776 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$176.84<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 106 | PLEASANTON ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 173 | 06/26/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 107 | PLEASANTON ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 5775 | 11/19/2012 | $0.00<br>$0.00<br>$910.22<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 108 | PORTER COUNTY<br>155 INDIANA AVE STE 209<br>VALPARAISO, IN 46383 | 678 | 09/24/2012 | $0.00<br>$0.00<br>$1,839.64<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 109 | Prince Georges County, Maryland c/o Meyers, Rodbell & Rosenbaum, P.A. 6801 Kenilworth Avenue, Suite 400 Riverdale, MD 20737-1385 | 2164 | 11/05/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $352.87 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 110 | Richardson Independent School District Elizabeth Banda Calvo Perdue, Brandon, Fielder, Collins & Mott, L.L.P. P.O. Box 13430 Arlington, TX 76094-0430 | 4 | 05/21/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $2,204.11 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 111 | RIVERSIDE COUNTY TAX COLLECTOR Attn Sheree Raphael 4080 LEMON ST RIVERSIDE, CA 92501 | 5909 | 11/26/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 112 | RIVERSIDE COUNTY TAX COLLECTOR Attn Sheree Raphael 4080 LEMON ST RIVERSIDE, CA 92501 | 5911 | 11/26/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | RAHI Real Estate Holdings, LLC | 12-12050 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 113 | SAN JUAN COUNTY PO BOX 880 100 S OLIVER STE 300 AZTEC, NM 87410 | 868 | 09/28/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $4,944.91 Secured $0.00 Priority $0.00 General Unsecured | Equity Investment I, LLC | 12-12025 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 114 | San Marcos CISD Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 Austin, TX 78760-7428 | 5919 | 11/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $931.43 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 115 | San Mateo County Tax Collector<br>555 County Center, 1st Floor<br>Redwood City, CA 94063-0966 | 2162 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$4,257.22 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 116 | SCOTT COUNTY TREASURER<br>600 W 4TH ST<br>DAVENPORT, IA 52801 | 924 | 10/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,110.30 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 117 | Sebastian County Tax Collector<br>P O Box 1358<br>Fort Smith, AR 72902 | 662 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$158.73 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 118 | Seminole County Tax Collector<br>Ray Valdes<br>1101 East First Street<br>PO Box 630<br>Sanford, FL 32772 | 152 | 06/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,457.62 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 119 | Seminole County Tax Collector<br>Ray Valdes<br>1101 East First Street<br>PO Box 630<br>Sanford, FL 32772 | 156 | 06/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,539.70 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 120 | Seminole County Tax Collector<br>Ray Valdes<br>1101 East First Street<br>PO Box 630<br>Sanford, FL 32772 | 163 | 06/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$5,452.46 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 121 | Shabbir A. Khan, San Joaquin County Tax Collector<br>P.O. Box 2169<br>Stockton, CA 95201-2169 | 2246 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$529.25 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | RAHI Real Estate Holdings, LLC | 12-12050 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 122 | Sharon Troglin, Tax Commissioner<br>Pickens County Tax Office<br>1266 East Church Street Suite 113<br>Jasper, GA 30143 | 6004 | 11/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,295.12 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 123 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 323 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$6,170.30 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 124 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 330 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,254.31 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 125 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 321 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$738.83 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 126 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 322 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$3,278.88 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 127 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 325 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,650.17 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 128 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 326 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,939.81 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 129 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 327 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,536.71 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 130 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 328 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$365.82 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 131 | Spring Meadows Municipal Utility District<br>Young & Brooks, Attorneys<br>10000 Memorial Drive Suite 260<br>Houston , TX 77024 | 953 | 10/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,580.60 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 132 | ST LUCIE COUNTY<br>2300 VIRGINIA AVE<br>FORT PIERCE, FL 34982 | 5903 | 11/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Equity Investment I, LLC | 12-12025 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 133 | ST LUCIE COUNTY<br>ST LUCIE COUNTY TAX COLLECTOR<br>2300 VIRGINIA AVE<br>FORT PIERCE, FL 34982 | 5907 | 11/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Equity Investment I, LLC | 12-12025 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 134 | ST LUCIE COUNTY TAX COLLECTOR<br>2300 VIRGINIA AVE<br>FT PIERCE, FL 34982 | 5906 | 11/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 135 | St. Louis County Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 135 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,505.67 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 136 | Starr County<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5916 | 11/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$91.55 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |
| 137 | Tax Auth. for Washington Co., Maryland<br>MD/Treasurers Office<br>35 W. Washington St., Suite 102<br>Hagerstown, MD 21740 | 104 | 06/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,054.10 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 138 | The County of Brazos, Texas, Collecting Property Taxes for Itself and for The City of Bryan, Texas and Bryan Independent Scho<br>Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 2039 | 11/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,521.87 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Unpaid taxes cited within the Proof of Claim were for a period of time after the loan paid off or after the Real Estate Owned (REO) was sold. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTEENTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 139 | TIFT COUNTY TAX COMMISSIONER PO BOX 930 COUNTY COURTHOUSE TIFTON, GA 31793-0930 | 497 | 09/17/2012 | $0.00 $0.00 $0.00 $1,475.04 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtors acted as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 140 | TOOLE COUNTY COUNTY COURTHOUSE 226 1ST ST S TOOLE COUNTY TREASURER SHELBY, MT 59474 | 480 | 09/14/2012 | $0.00 $0.00 $0.00 $3,866.67 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Homecomings Financial, LLC | 12-12042 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 141 | Town of Boothbay Harbor 11 Howard St Boothbay Harbor, ME 04538 | 1010 | 10/05/2012 | $0.00 $0.00 $4,114.78 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |
| 142 | Town of Braintree John D. Finnegan, Esq. (BBO#646824) Tarlow, Breed, Hart & Rodgers, P.C. 101 Huntington Ave., Suite 500 Boston, MA 02199 | 1878 | 10/29/2012 | $0.00 $0.00 $32.31 $0.00 $192.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Debtor is neither a Servicer nor property owner with respect to the underlying mortgage loan. |