**Presentment Date and Time: August 29, 2013 at 12:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

--------------------------------------------------------------------------------

### NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – BOOKS AND RECORDS TAX CLAIMS)

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in

the above-captioned cases (collectively, the "Debtors")[1] filed the *Debtors' Fifteenth Omnibus*

*Objection to Claims (No Liability – Insufficient Documentation Tax Claims)* [Docket No. 4149]

(the "Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that for the matters relating to the Omnibus

Objection, the Debtors will present the proposed *Order Granting Debtors' Fifteenth Omnibus*

*Objection to Claims (No Liability – Insufficient Documentation Tax Claims)* (the "Proposed

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 6] (the "Whitlinger Affidavit").

ny-1106319

Order"), annexed hereto as Exhibit 1, to the Honorable Martin Glenn, United States Bankruptcy

Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander

Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for

signature on **August 29, 2013 at 12:00 p.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a copy of the Omnibus Objection and

Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the

Debtors' restructuring website at www.kccllc.net/rescap.

Dated:  August 27, 2013
        New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

2

## **EXHIBIT 1**

ny-1106319

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------

|                                            |   |                          |
|--------------------------------------------|---|--------------------------|
| In re:                                     | ) | Case No. 12-12020 (MG)   |
|                                            | ) |                          |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11               |
|                                            | ) |                          |
|                               Debtors.     | ) | Jointly Administered     |
|                                            | ) |                          |

-------------------------------------------------------------------------------

### ORDER GRANTING DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – INSUFFICIENT DOCUMENTATION TAX CLAIMS)

Upon the fifteenth omnibus claims objection, dated July 3, 2013 (the "<u>Fifteenth Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the No Liability Tax Claims on the grounds that each No Liability Tax Claim represents a tax obligation for which the Debtors have no liability, all as more fully described in the Fifteenth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifteenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifteenth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifteenth Omnibus Claims Objection having been provided, and it

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fifteenth Omnibus Claims Objection.

appearing that no other or further notice need be provided; and upon consideration of the

Fifteenth Omnibus Claims Objection and the Declaration of Deanna Horst in Support of

Debtors' Fifteenth Omnibus Objection to Claims (No Liability – Insufficient Documentation Tax

Claims), annexed to the Objection as Exhibit 1; and the Court having found and determined that

the relief sought in the Fifteenth Omnibus Claims Objection is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Fifteenth Omnibus Claims Objection establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifteenth Omnibus Claims Objection is

granted to the extent provided herein; and it is further

ORDERED that each No Liability Tax Claim listed on Exhibit A annexed hereto

is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and

noticing agent, is authorized and directed to expunge from the claims register the No Liability

Tax Claims identified on the schedule annexed as Exhibit A hereto pursuant to this Order; and it

is further

ORDERED that the Debtors are authorized and empowered to take all actions as

may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifteenth Omnibus Claims Objection, as provided

therein, shall be deemed good and sufficient notice of such objection, and the requirements of

Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket

No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by

such notice; and it is further

ny-1095834

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and all party in interest's rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto, and any claim that is listed on Exhibit A to the extent this Court grants any claimant leave to amend its No Liability Tax Claim under section 502(d) of the Bankruptcy Code; and it is further

ORDERED that this Order shall be a final order with respect to each of the No Liability Tax Claims identified on Exhibit A, annexed hereto, as if each such No Liability Tax Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2013
        New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

ny-1095834

**<u>Exhibit A</u>**

ny-1095834

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 1 | Anne Arundel County, Maryland<br>County Finance Office<br>PO Box 2700, MS 1103<br>Annapolis, MD 21404 | 2123 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$4,204.28 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | BRUNSWICK COUNTY<br>75 STAMP ACT DRIVE PO BOX 29<br>TAX COLLECTOR<br>BOLIVIA, NC 28422 | 1055 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$692.24 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | City of Mesquite and Mesquite Independent School District<br>c/o Schuerenberg & Grimes, P.C.<br>Gary Allmon Grimes<br>120 W. Main Street, Suite 201<br>Mesquite, TX 75149 | 59 | 06/04/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,780.10 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | CITY OF PARKERSBURG<br>ATTN DARCI DYKE<br>1 GOVERNMENT SQUARE<br>PARKERSBURG, WV 26101-5347 | 849 | 09/28/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$779.81 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 5 | COLUMBIA COUNTY<br>PO BOX 98<br>COLLECTOR<br>MAGNOLIA, AR 71754 | 637 | 09/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$779.17 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 6 | Crenshaw County<br>Sherry McSwean<br>Crenshaw County Revenue Commissioner<br>PO Box 208<br>Luverne, AL 36049 | 639 | 09/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$285.52 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | DUNBARTON TOWN<br>1011 SCHOOL ST<br>DUNBARTON TOWN<br>GOFFSTOWN, NH 03046-4816 | 1545 | 10/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Frank D. Hodges, Tuolumne County Treasurer-Tax Collector<br>PO Box 3248<br>Sonora, CA | 760 | 09/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$672.49 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | Fresno County Tax Collector<br>PO Box 1192<br>Fresno, CA 93715 | 2750 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,389.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | Frisco ISD Tax Assessor/Collector<br>c/o Gay McCall Isaacks et al<br>777 East 15th Street<br>Plano, TX 75074 | 1874 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$4,824.12 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | HILLVIEW CITY<br>CITY OF HILLVIEW<br>283 CRESTWOOD LN<br>LOUISVILLE, KY 40229-3210 | 651 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$73.71<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 12 | Kathryn J. Hill, Desoto County Tax Collector<br>Kathryn J. Hill, CFC<br>PO Box 729<br>Arcadia, FL 34265 | 145 | 06/21/2012 | $0.00<br>$0.00<br>$766.71<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 13 | KNOX COUNTY<br>111 N 7TH ST<br>TREASURER KNOX COUNTY<br>VINCENNES, IN 47591 | 1271 | 10/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,323.29 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | LAUREL PARK TOWN<br>441 WHITE PINE DR<br>TOWN OF LAUREL PARK<br>LAUREL PARK, NC 28739 | 4547 | 11/13/2012 | $0.00<br>$0.00<br>$2,890.08<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | LAWRENCE COUNTY CLERK AND MASTER<br>240 W GAINES ST NBU 13<br>LAWRENCEBURG, TN 38464 | 1873 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$764.50<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 16 | Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | 109 | 06/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$389,702.37 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 17 | Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | 110 | 06/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$63,244.57 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 18 | LYMAN COUNTY<br>LYMAN COUNTY TREASURER<br>PO BOX 37<br>KENNEBEC, SD 57544 | 728 | 09/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$960.01 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 19 | MARENGO COUNTY<br>101 E COATS AVE BOX 480578<br>LINDEN, AL 36748 | 699 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$568.05 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 20 | Maricopa County Treasurer<br>Lori A. Lewis<br>Maricopa County Attorneys Office<br>222 N. Central Avenue, Suite 1100<br>Phoenix, AZ 85004 | 107 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$562.04 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 21 | MENDOCINO COUNTY<br>MENDOCINO COUNTY TAX COLLECTOR<br>501 LOWGAP RD ROOM 1060<br>UKIAH, CA 95482 | 1013 | 10/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$572.11 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 22 | ORANGEBURG COUNTY MOBILE HOMES<br>TAX COLLECTOR<br>1437 AMELIA ST PO BOX 9000<br>ORANGEBURG, SC 29115 | 1451 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$179.01 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 23 | Perry Village Co T Perry<br>c/o David M. Dimatteo, Esq<br>PO Box 190<br>Warsaw, NY 14569 | 1721 | 10/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | Perry Village TN Castile<br>c/o David M. Dimatteo, Esq<br>PO Box 190<br>Warsaw, NY 14569 | 1722 | 10/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | Perry Village TN Perry<br>c/o David M. DiMatteo, Esq<br>87 North Main Street<br>PO Box 190<br>Warsaw, NY 14569 | 1723 | 10/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | Polk County Tax Collector<br>Joe G. Tedder, CFC<br>PO Box 2016<br>Bartow, FL 33831-2016 | 5940 | 11/27/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 27 | RUMFORD TOWN<br>145 CONGRESS ST TAX OFFICE<br>TOWN OF RUMFORD<br>RUMFORD, ME 04276 | 1387 | 10/19/2012 | $0.00<br>$0.00<br>$0.00<br>$2,283.22<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | SALINE COUNTY<br>10 E POPLAR ST<br>SALINE COUNTY TREASURER<br>HARRISBURG, IL 62946 | 1106 | 10/11/2012 | $0.00<br>$0.00<br>$0.00<br>$10,857.78<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 29 | SAN BENITO COUNTY TAX COLLECTOR<br>440 5TH STREET<br>COURTHOUSE ROOM 107<br>HOLLISTER, CA 95023-3894 | 4456 | 11/13/2012 | $0.00<br>$0.00<br>$578.56<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 30 | SAN BENITO COUNTY TAX COLLECTOR<br>440 5TH STREET<br>COURTHOUSE ROOM 107<br>HOLLISTER, CA 95023-3894 | 4458 | 11/13/2012 | $0.00<br>$0.00<br>$3,664.46<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 31 | SEMINOLE COUNTY TAX COMMISSIONER 200 S KNOX AVE COURTHOUSE DONALSONVILLE, GA 39845 | 1367 | 10/17/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 32 | SEMINOLE COUNTY TAX COMMISSIONER 200 S KNOX AVE COURTHOUSE DONALSONVILLE, GA 39845-1593 | 1365 | 10/17/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured UNLIQUIDATED Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 33 | Spring Independent School District Yolanda M. Humphrey Perdue, Brandon, Fielder, Collins & Mott, L.L.P. 1235 North Loop West Suite 600 Houston, TX 77008 | 6260 | 11/30/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $956.88 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 34 | Spring Meadows Municipal Utility District Young & Brooks, Attorneys 10000 Memorial Drive Suite 260 Houston , TX 77024 | 954 | 10/04/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $1,388.46 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 35 | ST CROIX COUNTY TREASURER 1101 CARMICHAEL RD HUDSON, WI 54016 | 100 | 06/14/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $248.07 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | State Board of Equalization Special Operations Branch, MIC 55 P.O. Box 942879 Sacramento, CA 94279-0055 | 1575 | 10/23/2012 | $0.00 $0.00 $0.00 $1,939.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 37 | STONE HARBOR BORO 9508 2ND AVE STONE HARBOR BORO COLLECTOR STONE HARBOR, NJ 08247 | 6009 | 11/29/2012 | $0.00 $0.00 $0.00 UNLIQUIDATED $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 38 | Tarrant County Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP 2323 Bryan Street, Ste 1600 Dallas, TX 75201 | 22 | 05/29/2012 | $0.00 $0.00 $2,096.87 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 39 | The County of Cherokee, Texas Lee Gordon McCreary, Veselka, Bragg & Allen, P.C. PO Box 1269 Round Rock, TX 78680-1269 | 2032 | 11/01/2012 | $0.00 $0.00 $110.44 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 40 | TIFT COUNTY PO BOX 930 TAX COMMISSIONER TIFTON, GA 31793 | 499 | 09/17/2012 | $0.00 $0.00 $0.00 $626.56 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Equity Investment I, LLC | 12-12025 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 41 | Town of Derry, NH<br>Tax Collector Derry<br>14 Manning St<br>Derry, NH 03038 | 27 | 05/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,831.03 Secured<br>$0.00 Priority<br>$4.85 General Unsecured | Residential Capital, LLC | 12-12020 |
| 42 | TREASURER AUGUSTA COUNTY<br>PO BOX 590<br>VERONA, VA 24482 | 4554 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$720.22 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 43 | Treasurer, City of Detroit, Property Tax Unit<br>City of Detroit Law Department<br>660 Woodward Avenue, Suite 1650<br>Detroit, MI 48226 | 2496 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$644.73 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 44 | Treasurer, City of Detroit, Property Tax Unit<br>City of Detroit Law Department<br>660 Woodward Avenue, Suite 1650<br>Detroit, MI 48226 | 2509 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$53.68 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 45 | TREAUSERER NOTTOWAY COUNTY<br>PO BOX 85<br>NOTTOWAY, VA 23955 | 557 | 09/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$359.92 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTEENTH OMNIBUS OBJECTION - NO LIABILITY - INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | Twin Falls County Treasurer<br>P.O. Box 88<br>Twin Falls, ID 83303 | 490 | 09/17/2012 | $0.00<br>$0.00<br>$595.20<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |