MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON AUGUST 29, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTERS**

**1.**    Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

   **Related Documents**:

   **a.**    Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

   **b.**    [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

ny-1102461

c.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

d.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

e.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

f.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

g.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

h.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

i.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

j.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

k.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

l.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

    **m.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**Responses**:

    **a.**    Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:    The hearing on this matter has been adjourned to September 24, 2013 at 10:00 a.m.

**2.**    Plaintiffs' [New Jersey Carpenters Health Fund, *et al.*] Motion for Order Certifying Class for Purposes of Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3480]

**Related Documents**:

    **a.**    Memorandum of Law in Support of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3481]

    **b.**    Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3663]

    **c.**    Notice of Adjournment of Hearing of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3854]

    **d.**    Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4129]

    **e.**    Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4305]

    **f.**    Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4749]

    **Responses**:    None.

    **Status**:    The hearing on this matter has been adjourned to September 24, 2013.

**II.**    **UNCONTESTED MATTERS**

**1.**    Debtors' Objection to Proof of Claim No. 1154 Filed by Kenneth J. Malinowski / NSEA [Docket No. 4320]

    **Related Documents**:

    **a.**    Notice of Presentment of Proposed Order Granting Debtors' Objection to Proof of Claim No. 1154 Filed by Kenneth J. Malinowski/ NSEA

    **Responses**:  None.

    **Status**:    The Debtors have submitted a proposed order to be entered on presentment. No hearing is required.

**III.**    **OMNIBUS CLAIMS OBJECTIONS**

**1.**    Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 3573]

    **Related Documents**:

    **a.**    Notice of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Angela Genesco (Claim No. 5732) and Kroll Ontrack (Claim No. 6325) on July 15, 2013 at 11:00 a.m. [Docket No. 4000]

    **b.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to July 26, 2013 at 10:00 a.m. [Docket No. 4210]

    **c.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to August 29, 2013 at 10:00 a.m. [Docket No. 4315]

    **d.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to September 11, 2013 at 10:00 a.m. [Docket No. 4857]

    **Responses**:

    **a.**    Objection of Kroll Ontrack, Inc. to the Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4162]

    **Status**:    The hearing on the matter relating to the Objection of Kroll Ontrack, Inc. has been adjourned to September 11, 2013.

**2.**   Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) [Docket No. 4119]

   **Related Documents**:

   **a.**   Declaration of Lewis Kruger in Support of the Debtors' Tenth Omnibus Claims Objection [Docket No. 4120]

   **b.**   Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

   **c.**   Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to September 11, 2013 at 10:00 a.m. [Docket No. 4726]

   **Responses**:

   **a.**   Everest Reinsurance (Bermuda), Ltd.'s Opposition to Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims) (Claim No. 3480) [Docket No. 4334]

   **b.**   Everest Reinsurance (Bermuda), Ltd.'s Opposition to Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims) (Claim No. 3481) [Docket No. 4337]

   **Status**:   The hearing on this matter as it relates to the Everest Companies and the MetLife Companies has been adjourned to September 11, 2013. The Debtors intend to submit a proposed order to be entered on presentment for the remaining matters relating to the Debtors' Tenth Omnibus Claims Objection. No hearing is required.

**3.**   Debtors' Eleventh Omnibus Objection to Claims (Misclassified Claims) [Docket No. 4145]

   **Related Documents**:

   **a.**   Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

   **b.**   Notice of Adjournment of Hearing on Debtors' Eleventh Omnibus Claims Objection (Misclassified Claims) Solely with Respect to the Claim Filed by B. Fischer Construction, LLC (Claim No. 2563) to September 11, 2013 at 10:00 a.m. [Docket No. 4848]

**Responses**:

a.  Response of B Fischer Construction LLC to Eleventh Omnibus Objection to Claims (Misclassified Claims) [Docket No. 4398]

**Status**: The hearing on this matter as it relates to B. Fischer Construction, LLC has been adjourned to September 11, 2013. The Debtors intend to submit a proposed order to be entered on presentment for the remaining matters relating to the Debtors' Eleventh Omnibus Claims Objection. No hearing is required.

4.  Debtors' Twelfth Omnibus Objection to Claims (No Liability – Paid and Satisfied Tax Claims) [Docket No. 4146]

**Related Documents**:

a.  Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

**Responses**:

a.  Taxing Authority's Notice of Withdrawal of Proof of Claim No. 253 (Orange County) [Docket No. 4490]

**Status**: The Debtors intend to submit a proposed order to be entered on presentment. No hearing is required.

5.  Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims) [Docket No. 4147]

**Related Documents**:

a.  Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.  Taxing Authority's Notice of Withdrawal of Proof of Claim No. 38 (Cypress-Fairbanks Independent School District)[Docket No. 4485]

c.  Taxing Authority's Notice of Withdrawal of Proof of Claim No. 31 (Harris County) [Docket No. 4486]

d.  Taxing Authority's Notice of Withdrawal of Proof of Claim No. 471 (Jasper County) [Docket No. 4494]

e.  Notice of Adjournment of Hearing on Debtors' Thirteenth Omnibus Claims Objection (No Liability – Books and Records Tax Claims) Solely with Respect to the Claims Filed by (1) J. Dennis Semler, Tulsa County Treasurer (Claim No. 208), (2) Rose Plympton, Treasurer in and for the

County of Elmore, Idaho (Claim No. 2455), and (3) Butte County Tax Collector (Claim No. 1104) to September 11, 2013 at 10:00 a.m. [Docket No. 4847]

**Responses**:

a. Objection of the City of Newport News to Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims [Docket No. 4308]

   (i) Notice of Withdrawal of The City of Newport News' Response to the Motion on Thirteenth Omnibus Objection to Claims [Docket No. 4600]

b. Palm Beach County Tax Collector's Response to Notice of Hearing on Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims [Docket No. 4370]

c. Objection of J. Dennis Semler, Tulsa County Treasurer, to Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims [Docket No. 4374]

d. Response of Rose Plympton, Treasurer in and for the County of Elmore, Idaho, to Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims [Docket No. 4375]

e. Butte County Tax Collector Rebuttal to Thirteenth Omnibus Objection to Claims [Docket No. 4381]

**Status**: The hearing on this matter as it relates to (1) J. Dennis Semler, Tulsa County Treasurer, (2) Rose Plympton, Treasurer in and for the County of Elmore, Idaho, and (3) Butte County Tax Collector has been adjourned to September 11, 2013. The Debtors expect to enter into a stipulation resolving the Debtors' Thirteenth Omnibus Claims Objection solely with respect to Palm Beach County Tax Collector in advance of the hearing. The Debtors intend to submit a proposed order to be entered on presentment for the remaining matters relating to the Debtors' Thirteenth Omnibus Claims Objection. No hearing is required.

6. Debtors' Fourteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims) [Docket No. 4148]

   **Related Documents**:

   a. Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

   **Responses**:    None.

ny-1102461                                          7

      **Status**:    The Debtors intend to submit a proposed order to be entered on presentment. No hearing is required.

**7.** Debtors' Fifteenth Omnibus Objection to Claims (No Liability – Insufficient Documentation Tax Claims [Docket No. 4149]

**Related Documents**:

**a.** Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

**b.** Notice of Withdrawal of Debtors' Fifteenth Omnibus Objection to Claims (No Liability – Insufficient Documentation Tax Claims) Against Lewisville Independent School District (Claim No. 1334) [Docket No. 4599]

**Responses**:

**a.** Response to Debtors' Fifteenth Omnibus Objection to the Claim of the Nassau County Treasurer [Docket No. 4295]

    **(i)** Notice of Withdrawal of Debtors' Fifteenth Omnibus Objection to Claims (No Liability - Insufficient Documentation Tax Claims) Against (I) Tennessee Department of Revenue (Claim No. 1043) and (II) Nassau County Treasurer (Claim No. 6780) [Docket No. 4711]

**b.** Response of the Tennessee Department of Revenue to the Debtors' Fifteenth Omnibus Objection to the Certain Tax Claims [Docket No. 4352]

    **(i)** Notice of Withdrawal of Debtors' Fifteenth Omnibus Objection to Claims (No Liability - Insufficient Documentation Tax Claims) Against (I) Tennessee Department of Revenue (Claim No. 1043) and (II) Nassau County Treasurer (Claim No. 6780) [Docket No. 4711]

**Status**: The Debtors intend to submit a proposed order to be entered on presentment. No hearing is required.

**8.** Debtors' Sixteenth Omnibus Objection to Claims (Redundant Claims) [Docket No. 4150]

**Related Documents**:

**a.** Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

    **b.**    Stipulation Resolving the Debtors' Sixteenth Omnibus Objection to Claims (Redundant Claims) Against the Wolf Firm (Claim Nos. 3896, 5875) [Docket No. 4850]

**Responses**:

    **a.**    Response by Creditor The Wolf Firm, a Law Corporation to Debtors' Notice of Hearing and Motion on Sixteenth Omnibus Objection to Claims; Declaration of Alan Steven Wolf in Support Thereof [Docket No. 4502]

    **Status**:    The Debtors intend to submit a proposed order to be entered on presentment. No hearing is required.

**9.** Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4151]

**Related Documents**:

    **a.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

    **b.**    Debtors' Omnibus Reply in Support of Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4843]

**Responses**:

    **a.**    Response of Michelle R. Strickland to Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4338]

    **b.**    Response of Perry Goerner to Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4469]

    **c.**    Perry Goerner's Response to Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4579]

    **d.**    Objection of Creditor Anthony Davide to the Reclassification of Claim from Secured to Unsecured [Docket No. 4651]

    **e.**    Response of James D. Derouin to Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4752]

    **Status**:    The hearing on this matter will be going forward.

**10.** Debtors' Eighteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4154]

**Related Documents**:

      **a.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

      **b.**    Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

    **Responses**:

      **a.**    Brian Edmond Bath's Response and Objection to Debtors' Motion to Disallow and Expunge for Failure to Show Supporting Documentation [Docket No. 4467]

      **b.**    Response of Ailette Cornelius to Debtors' Eighteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4518]

    **Status**:    The hearing on this matter will be going forward.

**11.**    Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4155]

    **Related Documents**:

      **a.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

      **b.**    Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

    **Responses**:

      **a.**    Response of Gary T. Harper and Julie L. Franklin-Harper to Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4497]

      **b.**    Response of Joan Johnson to Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4517]

      **c.**    Response of Julian A. Ortiz and Frances Soto-Ortiz to Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4662]

    **Status**:    The hearing on this matter will be going forward.

**12.**    Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4156]

    **Related Documents**:

    **a.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

    **b.**    Notice of Withdrawal of Claim No. 3723, Filed by Lebrato Law Offices/Gary Lebrato [Docket No. 4595]

    **c.**    Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

    **d.**    Notice of Adjournment of Hearing on Debtors' Twentieth and Twenty-First Omnibus Claims Objections with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. [Docket No. 4854]

    **Responses**:

    **a.**    Response of Patricio Sulit to Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4344]

    **b.**    Creditor Ariel Barel's Response in Opposition to Debtors' Objection to Disallow Claim [Docket No. 4515]

    **c.**    Response of Mark Ragonese to Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4519]

    **d.**    Response of Lucious Hughes to Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4617]

    **Status**:    The hearing on these matters will be going forward, except with respect to claimant Ariel Barel, which matter has been adjourned to September 11, 2013 at 10:00 a.m.

**13.**    Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4158]

    **Related Documents**:

    **a.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

      **b.**    Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

      **c.**    Notice of Adjournment of Hearing on Debtors' Twentieth and Twenty-First Omnibus Claims Objections with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. [Docket No. 4854]

    **Responses**:

      **a.**    Tom Franklin's Response to Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4282]

      **b.**    Response of Harleston Law Firm to Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4663]

      **c.**    Borrower Sonya Anthony Curry's Response to Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4668]

    **Status**:    The hearing on these matters will be going forward, except with respect to claimants Sonya Anthony Curry and the Harleston Law Firm, which matters have been adjourned to September 11, 2013 at 10:00 a.m.

**14.**    Debtors' Twenty-Third Omnibus Objection to Claims (No Liability - Books and Records Claims) [Docket No. 4358]

    **Related Documents**:

      **a.**    Notice of Adjournment of Notice of Adjournment of Hearing on Debtors' Twenty-Third Omnibus Objection to Claims (No Liability – Books and Records Claims) Against Ross Thayer to September 11, 2013 at 10:00 a.m. [Docket No. 4827]

    **Responses**:    None.

    **Status**:    The hearing on this matter will be going forward.

Dated: August 27, 2013  
      New York, New York

<u>Gary S. Lee</u>  
Gary S. Lee  
Lorenzo Marinuzzi  
Norman S. Rosenbaum  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*