UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Hearing Date: September 11, 2013
Hearing Time: 10:00 a.m.

------------------------------------------------------- x
                                                        :
In re                                                   :          Chapter 11
                                                        :
RESIDENTIAL CAPITAL, LLC,                               :          Case No. 12-12020 (MG)
                                                        :
                                          Debtors.      :          Jointly Administered
                                                        :
------------------------------------------------------- x


# OMNIBUS OBJECTION OF THE UNITED STATES TRUSTEE REGARDING FEE APPLICATIONS FOR THIRD INTERIM AWARDS OF COMPENSATION AND <u>REIMBURSEMENT OF OUT-OF-POCKET EXPENSES</u>

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:    Brian S. Masumoto
       Michael T. Driscoll
       Eric J. Small
       Trial Attorneys
       Office of the United States Trustee
       U.S. Federal Office Building
       201 Varick Street, Suite 1006
       New York, NY 10014

# TABLE OF CONTENTS

TABLE OF CONTENTS...................................................................................................... i

TABLE OF AUTHORITIES ............................................................................................. iii

I.      JURISDICTION, VENUE, AND STATUTORY PREDICATE ......................................4

II.     FACTUAL BACKGROUND ..........................................................................................5
        A.      General Background ............................................................................................5
        B.      Monthly Compensation and Ordinary Course Professional Orders ......................6
        C.      Previous Fee and Expense Awards ......................................................................6

III.    LEGAL STANDARDS ...................................................................................................7
        A.      Reasonableness ...................................................................................................7
        B.      Vague Time Entries ............................................................................................9
        C.      Overhead and Other Administrative Activities...................................................11
        D.      Preparation of Fee Applications........................................................................13
        E.      "Lumping" or Block Billing..............................................................................14
        F.      Actual and Necessary Expenses ........................................................................15
        G.      Interim Compensation.......................................................................................15
        H.      Certification .....................................................................................................16

IV.     OBJECTIONS...............................................................................................................17
        A.      Bradley Arant....................................................................................................17
        B.      Carpenter Lipps.................................................................................................19
        C.      Centerview ........................................................................................................20
        D.      Curtis Mallet.....................................................................................................22
        E.      Deloitte.............................................................................................................23
        F.      FTI……............................................................................................................24
        G.      Hudson Cook.....................................................................................................26
        H.      Mercer ..............................................................................................................27
        I.      Morrison Cohen.................................................................................................29
        J.      Morrison Foerster..............................................................................................33
        K.      Orrick................................................................................................................35
        L.      Pepper Hamilton ...............................................................................................36
        M.      Perkins Coie ......................................................................................................38
        N.      Severson............................................................................................................39
        O.      AlixPartners ......................................................................................................41
        P.      Epiq…...............................................................................................................44
        Q.      Kramer Levin.....................................................................................................44
        R.      Pachulski Stang.................................................................................................45
        S.      San Marino........................................................................................................46
        T.      Silverman ..........................................................................................................47

U.      Chadbourne ........................................................................................................50
V.      Mesirow ............................................................................................................53
W.      Wolf Haldenstein ..............................................................................................57

V.      CONCLUSION.........................................................................................................58

# TABLE OF AUTHORITIES

**Cases**

In re In re ACT Mfg., Inc., 281 B.R. 468 (Bankr. D. Mass. 2002)................................16
In re Am. Preferred Prescription, Inc., 218 B.R. 680 (Bankr. E.D.N.Y. 1998).................15, 37, 38
In re Almacs, Inc., 178 B.R. 598 (Bankr. D. R.I. 1995) ................................................12
In re Baker, 374 B.R. 489 (Bankr. E.D.N.Y. 2007)..........................................8, 10, 14
In re Barron, 73 B.R. 812 (Bankr. S.D. Cal. 1987)...............................................15, 16
In re Bennett Funding Group, 213 B.R. 234 (Bankr. N.D.N.Y. 1997)................................ *passim*
In re Beverly Mfg. Corp., 841 F.2d 365 (11th Cir. 1988). ............................................8
In re Brous, 370 B.R. 563 (Bankr. S.D.N.Y. 2007)..........................................8, 14
In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994) ....................................9
In re Castorena, 270 B.R. 504 (Bankr. D. Idaho 2001) ................................................12
In re CCT Commc'ns, Inc., No. 07–10210 (SMB), 2010 WL 3386947
    (Bankr. S.D.N.Y. Aug. 24, 2010) ....................................................... *passim*
In re CF & I Fabricators of Utah, Inc., 131 B.R. 474 (Bankr. D. Utah 1991) ...............13
In re Child World, Inc., 185 B.R. 14 (Bankr. S.D.N.Y. 1995) ................................9, 16
In re Computer Learning Centers, Inc., 285 B.R. 191 (Bankr. E.D. Va. 2002).....................13
In re Dimas, LLC, 357 B.R. 563 (Bankr. N.D. Cal. 2006) ...........................................12
In re Engel, 124 F.3d 567 (3d Cir. 1997)............................................................8
In re Fibermark, Inc., 349 B.R. 385 (Bankr. D. Vt. 2006)................................... *passim*
In re First Hartford Corp., 23 B.R. 729 (Bankr. S.D.N.Y. 1982) ...................................16
In re First Software Corp., 79 B.R. 108 (Bankr. D. Mass. 1987) ...................................12
In re Hirsch, No. 1–02–17966–DEM, 2008 WL 5234057
    (Bankr. E.D.N.Y. Dec. 11, 2009)....................................................................10
In re Hudson, 364 B.R. 875 (Bankr. N.D.N.Y. 2007) ..........................................10, 12
In re Jefsaba, 172 B.R. 786 (Bankr. E.D. Pa. 1994) ........................................ *passim*
In re Joseph Charles & Assocs., Inc., 295 B.R. 399 (Bankr. S.D. Fla. 2003) ...............12
In re Keene Corp., 205 B.R. 690 (Bankr. S.D.N.Y. 1997) .........................................8, 9
In re Korea Chosun Daily Times, Inc., 337 B.R. 758 (Bankr. E.D.N.Y. 2005) .............15
In re Lederman Enter., Inc., 997 F.2d 1321 (10th Cir. 1993)..........................................7
In re Market Resources Dev., 320 B.R. 841 (Bankr. E.D. Va. 2004).................................11
In re Mesa Air Group Inc., 449 B.R. 441 (Bankr. S.D.N.Y. 2011) .............................13, 43, 47, 58
In re M. Fabrikant & Sons, Inc., Case No. 06-12737 (SMB)
    (Bankr. S.D.N.Y. Jan. 13, 2009)...................................................................14
In re Northwest Airlines Corp., 382 B.R. 632 (Bankr. S.D.N.Y. 2008)..........................8
In re S.T.N. Enters., Inc., 70 B.R. 823 (Bankr. D. Vt. 1987)......................................14
In re St. Rita's Assocs. Private Placement, L.P., 260 B.R. 650
    (Bankr. W.D.N.Y. 2001)...................................................................17, 31, 51
In re Tan, Lie Hung & Mountain States Investments, LLC, 413 B.R. 851
    (Bankr. D. Or. 2009) ...................................................................11, 12
In re Taxman Clothing Co., 49 F.3d 310 (7th Cir. 1995) ...........................................9
In re Temple Retirement Cmty., Inc., 97 B.R. 333 (Bankr. W.D. Tex. 1989) ...............8
In re Value City Holdings, Inc., 436 B.R. 300 (Bankr. S.D.N.Y. 2010) ....................8, 9

Ousmane v. City of New York, No. 402648/04, 880 N.Y.S. 2d 874,
    2009 WL 722294 (N.Y. Sup. 2009)...........................................................................44, 52
Zeisler & Zeisler, P.C. v. Prudential Ins. Co. (In re JLM, Inc.), 210 B.R. 19
    (2d Cir. B.A.P. 1997)..................................................................................................8
Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc., 50 F.3d 253 (3d Cir. 1995) ............................9

**Statutes & Rules**

11 U.S.C. § 330.............................................................................................. *passim*
11 U.S.C. § 331.....................................................................................................4
28 U.S.C. § 157.....................................................................................................4
28 U.S.C. § 1334...................................................................................................4
28 U.S.C. § 1408...................................................................................................4

**Other Authorities**

Administrative Order M-447 ............................................................................... *passim*
United States Trustee Guidelines for Reviewing Applications for Compensation and
Reimbursement of Expenses Filed Under 11 U.S.C. § 330................................................... *passim*

TO:    THE HONORABLE MARTIN GLENN,
       UNITED STATES BANKRUPTCY JUDGE:

Tracy Hope Davis, the United States Trustee for Region 2 (the "United States Trustee"),

respectfully submits this omnibus objection (the "Objection") to the third interim fee applications

(the "Applications") of the retained professionals (the "Retained Professionals") seeking awards

of interim compensation and reimbursement of out-of-pocket expenses for the periods set forth

below (the "Fee Period"):[1]

| Name | Retained As | Period | Fees | Expenses |
|------|-------------|--------|------|----------|
| Bradley Arant Boult Cummings LLP ("Bradley Arant"), ECF Doc. No. 4513. | Debtors' Special Litigation and Compliance Counsel | 1/1/2013 to 4/30/13 | $2,416,978.11 | $144,016.28 |
| Carpenter Lipps & Leland LLP ("Carpenter Lipps"), ECF Doc. No. 4557. | Debtors' Special Litigation Counsel | 1/1/2013 to 4/30/13 | $1,659,806.00 | $977,371.77 |
| Centerview Partners LLC ("Centerview"), ECF Doc. No. 4528. | Debtors' Investment Banker | 1/1/2013 to 4/30/13 | $1,200,000.00 | $12,630.14 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP ("Curtis Mallet"), ECF Doc. No. 4532. | Debtors' Conflicts Counsel | 1/1/2013 to 4/30/13 | $1,480,650.00 | $3,085.90 |
| Deloitte & Touche LLP ("Deloitte"), ECF Doc. No. 4511. | Debtors' Independent Auditor | 1/1/2013 to 4/30/13 | $2,984,455.50 | $0 |
| Dorsey & Whitney LLP, ECF Doc. No. 4420. | Debtors' Special Securitization and Investigatory Counsel | 1/1/2013 to 4/30/13 | $88,902.90 | $288.00 |

---

[1] The United States Trustee has no objection to the following fee applications for this Fee Period: Analytic Focus, LLC, ECF Doc. No. 4571; Coherent Economics, LLC, ECF Doc. No. 4570; Dorsey & Whitney LLP, ECF Doc. No. 4420; Ernst & Young, LLP, ECF Doc. No. 4526; Arthur J. Gonzalez, ECF Doc. No. 4566; JF Morrow, ECF Doc. No. 4569; KPMG LLP, ECF Doc. No. 4512; Leonard, Street and Deinard P.A., ECF Doc. No. 4559; Locke Lord LLP, ECF Doc. No. 4507; Rubenstein Associates, Inc., ECF Doc. No. 4523; Towers Watson Delaware Inc., ECF Doc. No. 4455; and Wilmer Cutler Pickering Hale and Dorr LLP, ECF Doc. No. 4537. The United States Trustee reserves the right, however, to raise issues with respect to the fees and expenses of the above professionals at the hearing on the final fee applications.

1

| Ernst & Young, LLP, ECF Doc. No. 4526. | Debtors' Tax Advisor | 10/1/12 to 4/30/13 | $98,380.00 | $229.41 |
|---|---|---|---|---|
| FTI Consulting, Inc. ("FTI"), ECF Doc. No. 4542. | Debtors' Financial Advisor | 1/1/2013 to 4/30/13 | $5,501,118.50 | $227,254.30 |
| Hudson Cook LLP ("Hudson Cook"), ECF Doc. No. 4520. | Debtors' Special Counsel | 1/1/2013 to 4/30/13 | $873,570.50 | $15,408.57 |
| KPMG LLP, ECF Doc. No. 4512. | Debtors' Tax Compliance Professionals and Information Technology Advisors | 1/1/2013 to 4/30/13 | $290,753.90 | $60.00 |
| Locke Lord LLP, ECF Doc. No. 4507. | Debtors' Litigation Counsel | 1/1/2013 to 4/30/13 | $259,725.40 | $2,788.67 |
| Mercer (US) Inc. ("Mercer"), ECF Doc. No. 4558. | Debtors' Compensation Consultant | 1/1/2013 to 4/30/13 | $135,661.17 | $14,951.86 |
| Morrison Cohen LLP ("Morrison Cohen"), ECF Doc. No. 4527. | Attorneys for the Independent Directors | 1/1/2013 to 4/30/13 | $1,318,943.00 | $42,792.26 |
| Morrison & Foerster LLP ("Morrison Foerster"), ECF Doc. No. 4551. | Debtors' Bankruptcy Counsel | 1/1/2013 to 4/30/13 | $22,790,342.60 | $350,910.44 |
| Orrick, Herrington & Sutcliffe LLP ("Orrick"), ECF Doc. No. 4529. | Debtors' Special Securitization Transactional and Litigation Counsel | 1/1/2013 to 4/30/13 | $241,619.73 | $558.40 |
| Pepper Hamilton LLP ("Pepper Hamilton"), ECF Doc. No. 4521. | Debtors' Special Foreclosure Review Counsel | 1/1/2013 to 4/30/13 | $1,919,909.50 | $24,752.12 |
| Perkins Coie LLP ("Perkins Coie"), ECF No. 4533. | Debtors' Special Insurance Coverage Counsel | 3/20/13 to 4/30/13 | $441,806.00 | $795.62 |
| Rubenstein Associates, Inc. ("Rubenstein"), ECF Doc. No. 4523. | Debtors' Communications Consultant | 1/1/2013 to 4/30/13 | $2,317.50 | $2,749.75 |

| Severson & Werson, P.C. ("Severson"), ECF Doc. No. 4458. | Debtors' Special California Litigation Counsel | 1/1/2013 to 4/30/13 | $513,814.80 | $44,994.41 |
|---|---|---|---|---|
| Towers Watson Delaware Inc., ECF Doc. No. 4455. | Debtors' Human Resource Consultant | 1/1/2013 to 4/30/13 | $7,308.10 | $0.00 |
| Troutman Sanders LLP, ECF Doc. No. 4547.[2] | Debtors' Ordinary Course Professional | 1/1/2013 to 4/30/13 | $333,753.00 | $4,115.63 |
| AlixPartners, LLP ("AlixPartners"), ECF Doc. No. 4563. | Committee's Financial Advisor | 1/1/2013 to 4/30/13 | $4,379,636.25 | $22,586.38 |
| Analytic Focus, LLC, ECF Doc. No. 4571. | Committee's Consultant | 1/1/2013 to 4/30/13 | $14,135.00 | $138.93 |
| Coherent Economics, LLC, ECF Doc. No. 4570. | Committee's Consultant | 1/1/2013 to 4/30/13 | $133,247.00 | $3,601.98 |
| Epiq Bankruptcy Solutions, LLC ("Epiq"), ECF Doc. No. 4561. | Committee's Information Agent | 1/1/2013 to 4/30/13 | $39,644.20 | $15,647.79 |
| JF Morrow, ECF Doc. No. 4569. | Committee's Consultant | 1/1/2013 to 4/30/13 | $107,400.00 | $0.00 |
| Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), ECF Doc. No. 3211. | Committee's Bankruptcy Counsel | 1/1/2013 to 4/30/13 | $15,197,547.00 | $806,168.59 |
| Moelis & Company LLC, ECF Doc. No. 4564.[3] | Committee's Investment Banker | 1/1/2013 to 4/30/13 | $2,100,000.00 | $15,805.11 |
| Pachulski Stang Ziehl & Jones LLP ("Pachulski Stang"), ECF Doc. No. 4534. | Committee's Co-Counsel | 1/1/2013 to 4/30/13 | $349,099.50 | $13,706.60 |
| San Marino Business Partners LLC ("San Marino"), ECF Doc. No. 4572. | Committee's Consultant | 1/1/2013 to 4/30/13 | $43,342.50 | $73.32 |

---

[2] Prior to the filing of this Objection, Troutman Sanders LLP contacted the United States Trustee and voluntarily agreed to reduce its fees by $949.00 for the use of transitory timekeepers.
[3] Prior to the filing of this Objection, at the request of the United States Trustee, Moelis & Company, LLC reduced its expense reimbursement by $344.32 for photocopies charged at $.20 per copy in January 2013.

| | | | | |
|---|---|---|---|---|
| SilvermanAcampora LLP ("Silverman"), ECF Docket No. 4538. | Committee's Special Counsel | 1/1/2013 to 4/30/13 | $315,950.00 | $1,613.51 |
| Wilmer Cutler Pickering Hale and Dorr LLP, ECF Doc. No. 4537. | Committee's Special Regulatory Counsel | 12/12/12 to 4/3/13 | $504,670.50 | $2,231.33 |
| Arthur J. Gonzalez, ECF Doc. No. 4566. | Examiner | 1/1/2013 to 4/30/13 | $321,975.00 | $0.00 |
| Chadbourne & Parke LLP ("Chadbourne"), ECF Doc. No. 4565. | Examiner's Counsel | 1/1/2013 to 4/30/13 | $23,771,407.75 | $1,528,915.11 |
| Leonard, Street and Deinard P.A., ECF Doc. No. 4559. | Examiner's Special Minnesota Counsel | 4/15/13 to 4/30/13 | $88,103.00 | $2,345.00 |
| Mesirow Financial Consulting, LLC ("Mesirow"), ECF Doc. No. 4562. | Examiner's Financial Advisor | 1/1/2013 to 4/30/13 | $23,210,644.00 | $299,682.00 |
| Wolf Halderstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), ECF Doc. No. 4560. | Examiner's Conflicts Counsel | 1/1/2013 to 4/30/13 | $77,787.00 | $1,623.06 |
| Total | | | $115,214,404.91 | $4,583,892.24 |

The United States Trustee submits this Objection to the Applications in the amounts sought for the reasons set forth below.[4]

## I.  JURISDICTION, VENUE, AND STATUTORY PREDICATE

1.      The Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. § 1408.

2.      The statutory predicates are Sections 330 and 331 of title 11, of the United States Code (the "Bankruptcy Code").  These matters were initiated pursuant to Rule 2016 of the

---

[4] Counsel to the United States Trustee will confer with any applicant that seeks to resolve the objections prior to the September 11, 2013 hearing.

Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the

Southern District of New York, Amended Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases (the "General Order M-447"),

and the United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "UST Guidelines," together with

General Order M-447, the "Guidelines").

## II.  FACTUAL BACKGROUND

**A.**     <u>**General Background**</u>

3.      On May 14, 2012, Residential Capital, LLC and certain of its direct and indirect

subsidiaries (collectively, the "Debtors") each filed petitions for relief under Chapter 11 of the

Bankruptcy Code.  ECF Doc. No. 1.

4.      On May 16, 2012, pursuant to Section 1102 of the Bankruptcy Code, the United

States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in

these cases.  ECF Doc. No. 102.

5.      On July 3, 2012, the Court entered an order approving the United States Trustee's

appointment of Arthur J. Gonzalez, Esq. as the Chapter 11 Examiner in these cases.  ECF Doc.

No. 674.

6.      On August 23, 2013, the Court entered an order approving the Disclosure

Statement.  ECF Doc. No. 4809.  The hearing on the Plan of Reorganization is scheduled for

November 19, 2013.

7.      The Debtors currently are operating their businesses and managing their affairs

pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

8.      As of the date hereof, the Debtors are current with the filing of their monthly operating reports and the payment of their United States Trustee Quarterly Fees.

**B.      Monthly Compensation and Ordinary Course Professional Orders**

9.      By Order entered July 17, 2012, the Court approved procedures for monthly compensation and reimbursement of out-of-pocket expenses (the "Monthly Compensation Order"). ECF Doc. No. 797. Under the Monthly Compensation Order, the Retained Professionals may be paid 80% of fees incurred and 100% of expenses on a monthly basis. Id.

10.     By Order entered on July 17, 2012, the Court approved procedures for the employment of professionals utilized in the ordinary course (the "OCP Order"). ECF Doc. No. 799. On February 7, 2013, the Court approved amended procedures under the OCP Order, which do not require an ordinary course professional to file a fee application provided that the professional's compensation does not exceed $75,000 per month or $1 million during the pendency of the case. ECF Doc. No. 2858.

**C.      Previous Fee and Expense Awards**

11.     On December 28, 2012, the Court approved the first interim fees of the Retained Professionals for the period of May 14, 2012 to August 31, 2012. ECF Doc. No. 2530. After reductions requested by the United States Trustee, the Court allowed combined fees of $53,745,185.05 and combined expenses of $2,163,072.16. Id.

12.     On April 29, 2013, the Court approved the second interim fees of the Retained Professionals for the period of September 1, 2012 to December 31, 2012. ECF Doc. No. 3556. After reductions requested by the United States Trustee, the Court allowed combined fees of $96,232,017.38 and combined expenses of $3,402,568.01. Id.

13.     If the Court awards the full fees and expenses of the Retained Professionals for

the Third Interim Fee Period, the fees and expenses from May 14, 2012 to April 30, 2013 of

these cases total $275,341,139.75.

## III.  LEGAL STANDARDS

**A.**     **Reasonableness**

14.     Bankruptcy Code Section 330(a)(1) provides that:

After notice to the parties in interest and the United States trustee and a hearing,
and subject to sections 326, 328, and 329, the court may award to a trustee . . . an
examiner . . . or a professional person employed under section 327 or 1103 –

> (A)     reasonable compensation for actual, necessary services rendered by
> the trustee, examiner, . . . professional person, or attorney and by
> any paraprofessional person employed by any such person; and
>
> (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1)(A) and (B).

15.     To determine reasonableness, Section 330(a)(3) instructs that:

the court shall consider the nature, the extent, and the value of such services,
taking into account all relevant factors, including –

a.     the time spent on such services;

b.     the rates charged for such services;

c.     whether the services were necessary to the administration of, or beneficial
at the time at which the service was rendered toward the completion of, a
case under this title;

d.     whether the services were performed within a reasonable amount of time
commensurate with the complexity, importance, and nature of the
problem, issue, or task addressed;

e.     with respect to a professional person, whether the person is board certified
or otherwise has demonstrated skill and experience in the bankruptcy
field; and

7

f.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).  To determine "reasonable compensation," bankruptcy courts in this district are guided by, among other things, the Guidelines.  See In re Value City Holdings, Inc., 436 B.R. 300, 305 (Bankr. S.D.N.Y. 2010) ("In addition to conforming to the requirements of the Bankruptcy Code, requests for professional compensation must also conform with the Bankruptcy Rules, UST Fee Guidelines and the SDNY Guidelines.") (footnotes omitted); In re Brous, 370 B.R. 563, 569, n.8. (Bankr. S.D.N.Y. 2007) (adopting the UST Guidelines).

16.    Section 330 requires the applicant to establish both reasonableness and benefit to the estate from the professional's services.  In re Lederman Enter., Inc., 997 F.2d 1321, 1323 (10th Cir. 1993).  To be compensable, the professional's services must have been necessary and beneficial to the estate or its creditors.  In re Engel, 124 F.3d 567, 573 (3d Cir. 1997).

17.    Each applicant bears the burden of proving the reasonableness of its fees and expenses sought.  Zeisler & Zeisler, P.C. v. Prudential Ins. Co. (In re JLM, Inc.), 210 B.R. 19, 24 (2d Cir. B.A.P. 1997); Value City, 436 B.R. at 305; In re CCT Commc'ns, Inc., No. 07–10210 (SMB), 2010 WL 3386947, at *4 (Bankr. S.D.N.Y. Aug. 24, 2010); In re Northwest Airlines Corp., 382 B.R. 632, 645 (Bankr. S.D.N.Y. 2008) (citations omitted); In re Keene Corp., 205 B.R. 690, 695 (Bankr. S.D.N.Y. 1997).  To satisfy its burden, an applicant must justify its charges with detailed, specific, itemized documentation.  In re Baker, 374 B.R. 489, 494 (Bankr. E.D.N.Y. 2007); In re Bennett Funding Group, 213 B.R. 234, 244 (Bankr. N.D.N.Y. 1997).

18.    If an applicant fails to sustain its burden on reasonableness, a court may properly deny the application for compensation.  In re Beverly Mfg. Corp., 841 F.2d 365, 371 (11th Cir. 1988).  Similarly, a court may reduce a professional's fees or expenses when they are

8

disproportionate to the benefit to the estate, even if it already has approved the professional's

retention under Sections 327 and 328 of the Bankruptcy Code.  In re Taxman Clothing Co., 49

F.3d 310, 316 (7th Cir. 1995); Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc., 50 F.3d 253,

262–63 (3d Cir. 1995) (affirming lower court's denial of improperly documented and

inadequately detailed expenses).

19.     The Court has an independent burden to review fee applications "lest

overreaching . . . professionals drain [the estate] of wealth which by right should inure to the

benefit of unsecured creditors."  Keene Corp., 205 B.R. at 695 (quoting In re Busy Beaver Bldg.

Ctrs., Inc., 19 F.3d 833, 844 (3d Cir. 1994)); CCT, 2010 WL 3386947, at *4; Value City, 436

B.R. at 305.  Accordingly, courts serve a vitally important gate-keeping role in enforcing the

Code's requirements that only reasonable fees be approved and paid as well as maintaining

public confidence in the bankruptcy system itself.  In re Temple Retirement Cmty., Inc., 97 B.R.

333, 337 (Bankr. W.D. Tex. 1989).  "[T]he judiciary should retain control of fees, given the

sensitivities they generate and the need to promote public confidence in the system."  In re Child

World, Inc., 185 B.R. 14, 17 (Bankr. S.D.N.Y. 1995).

**B.     Vague Time Entries**

20.     In addition, time entries may not be vague.  The Retained Professionals have the

burden of proving the reasonableness of their fee requests; accordingly, they must provide

specific and detailed time records.  To that end, the UST Guidelines require:

> Time entries for telephone calls, letters, and other communications should give
> sufficient detail to identify the parties to and the nature of the communication.
> Time entries for court hearings and conferences should identify the subject of the
> hearing or conference.

See UST Guidelines at (b)(4)(v).

21.     In order to enable the Court to determine whether a professional's time spent on a task is reasonable, time entries must be specific and the records must clearly identify each discrete task billed.  Baker, 374 B.R. at 495 ("The records must be detailed enough to enable a Court to determine whether the attorneys are claiming compensation for hours that are 'redundant, excessive, or otherwise unnecessary.'"); see also Bennett Funding, 213 B.R. at 244 ("In cases where the time entry is too vague or insufficient to allow for a fair evaluation of the work done and the reasonableness and necessity for such work, the court should disallow compensation for such services.").  Such vague entries "make a fair evaluation of the work done and the reasonableness and necessity for the work extremely difficult, if not impossible." In re Hudson, 364 B.R. 875, 880 (Bankr. N.D.N.Y. 2007).

22.     Instead of embarking on a treasure hunt to determine what services were performed on a specific date, the time entries submitted should allow the Court and a reviewer to determine "the legal issues involved, the difficulties of the issues, and the resolution or results obtained." Id.  References to telephone calls that do not make clear who the call was with or the subject matter discussed, preparation of memoranda of law that do not indicate the legal issues involved, email communications without a description of the substance of the communications and the recipients of such communications, and the review of documents without providing a description of the document reviewed are all examples of vague time entries that make a fair evaluation of the work done and its reasonableness impossible. See id.; CCT, 2010 WL 3386947, at *7 (disallowing time entries referring to telephone calls and emails without identifying the subject matter of the call or email, referring to preparation of draft letters without identifying the subject matter, and referring to vague description such as "work on fee application" or "attention to Vlahos's request"); In re Fibermark, Inc., 349 B.R. 385, 396–97

(Bankr. D. Vt. 2006); In re Hirsch, No. 1–02–17966–DEM, 2008 WL 5234057, at *7 (Bankr.

E.D.N.Y. Dec. 11, 2009) ("Entries that contain such vague characterization of the services

performed as 'meeting with,' 'conversations with,' 'review materials or docket,' and 'draft

correspondence to' fail to adequately describe the services provided and are routinely

disallowed.").

## C.    Overhead and Other Administrative Activities

23.    When determining whether requested fees are reasonable, courts consider, among

other things, the professional's expertise or skills.  See, e.g., Fibermark, 349 B.R. at 396–97

("The Court specifically considers where the task at hand could have been performed

competently by a less experienced professional at a lower cost to the estate.  Whether it is

reasonable for a certain professional to complete a task is to be determined by the level and skill

reasonably required for the task.").

24.    Accordingly, many courts have taken the position that tasks that are clerical in

nature and that are appropriate for office staff, which is considered part of a professional's

overhead, may not be billed to the estate.  Id. (concluding that non-compensable administrative

activities include tasks such as "mailing or delivering papers; photocopying; word processing,

including but not limited to creating templates, adding pages to various stipulations, formatting,

creating spreadsheets, scanning and saving files into the firm's computer system, creating and

revising charts, inserting case numbers into orders and printing documents; organizing files;

maintaining an internal calendar; checking for docket updates; updating a master service list;

creating, organizing, and indexing binders; pulling precedent pleadings requested by an attorney;

and making travel arrangements"); see also In re Tan, Lie Hung & Mountain States Investments,

LLC, 413 B.R. 851, 862 (Bankr. D. Or. 2009) (holding that reductions were warranted in

compensation sought by Chapter 11 trustee's attorneys based upon their improper billing, at paralegal rates, for clerical tasks such as compiling and processing data for the electronic filing of various motions and other documents); Hudson, 364 B.R. at 881 (holding that photocopying, organizing documents, and assembling exhibits constituted clerical tasks included in the firm's overhead); In re Dimas, LLC, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (disallowing services performed by professionals which were clerical in nature, such as indexing, organizing and copying documents, conducting PACER searches to locate an order or other pleading, uploading pleadings to CM-ECF, and filing pleadings); In re Market Resources Dev., 320 B.R. 841, 846 (Bankr. E.D. Va. 2004) (concluding that tasks such as sending documents, delivering documents, printing, and copying were non-compensable overhead); In re Joseph Charles & Assocs., Inc., 295 B.R. 399, 401 (Bankr. S.D. Fla. 2003) (holding that a paraprofessional's serving and filing of an objection fell within the purview of clerical duties which were non-compensable); In re Castorena, 270 B.R. 504, 516 (Bankr. D. Idaho 2001) ("Lawyers, or paralegals for that matter, may not charge professional rates for clerical functions.").

25.    Word processing is also "a clerical service regardless of who performs it." Bennett Funding, 213 B.R. at 428; UST Guidelines at 4(b)(5)(vii).  As an overhead expense, word processing cannot be billed to the client.   Moreover, time spent by a firm's library staff is considered overhead.  See In re Almacs, Inc., 178 B.R. 598, 606 (Bankr. D. R.I. 1995) (noting that debtor's counsel use of librarian was "overhead" and was not properly charged to the estate); In re First Software Corp., 79 B.R. 108, 123 (Bankr. D. Mass. 1987) (disallowing part of the compensation for research performed by a librarian).  A court should therefore deny fees associated with clerical tasks.

**D.**    **Preparation of Fee Applications**

26.    While the United States Trustee acknowledges the allowance of a reasonable

amount of time for fee application preparation under the Bankruptcy Code, the fees related to

such task should be limited to the preparation of the actual fee application, and should not

encompass the review and correction of bills and response to the United States Trustee inquiries

or objections raised with respect to the fee applications.  Said differently, the Bankruptcy Code

does not give professionals carte blanche to charge debtors' estates for unreasonable fees to

prepare fee applications.  As a court in In re Computer Learning Centers, Inc., held:

> [T]his does not mean that every aspect of preparing a fee application is
> compensable.  In re CF & I Fabricators of Utah, Inc., 131 B.R. 474, 483–88
> (Bankr. D. Utah 1991) carefully reviews the billing process and analyzes each
> aspect for purposes of compensation under 11 U.S.C. §330.  It holds that those
> portions of the billing process common to billing both bankruptcy clients and non-
> bankruptcy clients are not compensable under §330 because they are part of the
> professional's overhead.  They are not separately charged to non-bankruptcy
> clients and no additional effort is required to complete them for a bankruptcy
> client.  For example, maintaining time records does not require additional effort.
> Lawyers and accountants maintain the same time records in a non-bankruptcy
> matter as in a bankruptcy matters.  Nor do lawyers or accountants charge for
> preparing their bills.  Bills must be prepared in non-bankruptcy matters as well as
> bankruptcy matters.  There may be some additional effort in putting the time
> records into the format required by the court.  For example, the court requires
> time records to be maintained chronologically by task.  While this may sometimes
> differ from the format of a non-bankruptcy bill, the additional effort is not
> generally significant if the records are initially properly set-up.  Time records are
> almost universally maintained on computers with software that shows multiple
> formats, one of which will usually satisfy the bankruptcy requirements.  "A
> computer billing package used by a professional that does not retrieve information
> in a format compatible with bankruptcy requirements and requires revisions to
> rectify the inadequacies, is not a deficiency the estate should pay for. This is
> especially true for professionals who regularly practice in this court and regularly
> prepare fee applications.  Only those aspects of preparing a bankruptcy fee
> application that require additional-not merely different-efforts are compensable
> under §330(a)(6).

285 B.R. 191, 219–20 (Bankr. E.D. Va. 2002) (citations omitted); see also In re Mesa Air Group

Inc., 449 B.R. 441, 445 (Bankr. S.D.N.Y. 2011) (quoting CCT, 2010 WL 3386947, at *9)

13

("'[T]he review and editing of time records – as opposed to fee applications – is not compensable.'"). Accordingly, billing a debtor's estate for time spent reviewing the firm's time entries to ensure compliance with the guidelines imposed by case law, the Court, and the United States Trustee as well as handling administrative matters in connection with billing for the engagement should not be compensable.

E.      **"Lumping" or Block Billing**

27.      According to the UST Guidelines, billing records must clearly identify each discrete task billed, indicate the date the task was performed, the precise amount of time spent (not to be billed in increments greater than one-tenth of an hour), who performed the task, the level of experience, and that person's hourly rate.  See UST Guidelines at (b)(4)(v).  Moreover, the UST Guidelines provide that "[s]ervices should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry."  Id.  The UST Guidelines only permit "lumping" where the aggregate time does not exceed a half-hour.  Id.

28.      Recording multiple tasks as one billing entry, typically referred to as "block billing" or "lumping," is routinely disallowed as it makes it exceedingly difficult to determine the reasonableness of the time spent on each of the individual tasks performed.  See Baker, 374 B.R. at 494 (citations omitted) ("A professional is required to bill each task separately.  That way, a Court can scrutinize the reasonableness of the time expended and counsel is not tempted to inflate the actual time spent and group multiple tasks together hoping to camouflage the true length of an individual task.").  As a result of "lumping" time, the "timekeeper fails to sustain [his] burden of providing that [his] fees are reasonable."  Brous, 370 B.R. at 576.  Consequently, courts summarily will disallow time for discrete legal services merged together in a fee application.  See, e.g., Baker, 374 B.R. at 496 (deducting 20% from the requested fees for

14

improper block billing); see also In re M. Fabrikant & Sons, Inc., Case No. 06-12737 (SMB)

(Bankr. S.D.N.Y. Jan. 13, 2009) (Memorandum Decision Regarding Applications for

Professional Fees and Reimbursement of Expenses) (Docket No. 926) (allowing only 30 minutes

for each "lumped" entry, irrespective of the aggregate time billed for that entry); CCT, 2010 WL

3386947 at *7 (allowing only 30 minutes of time for lumped entries).

**F.      Actual and Necessary Expenses**

29.      Under Section 330(a)(1)(B), only documented expenses that are actual and

necessary are reimbursable.  11 U.S.C. § 330(a)(1)(B).  Professionals must "furnish enough

specificity for the Court to establish whether a given expense was both actual and necessary." In

re Korea Chosun Daily Times, Inc., 337 B.R. 758, 769 (Bankr. E.D.N.Y. 2005) (quoting In re

S.T.N. Enters., Inc., 70 B.R. 823, 834 (Bankr. D. Vt. 1987)).  Expenses are "actual" if they are

incurred and not based on a formula or pro rata calculation.  Bennett Funding, 213 B.R. at 398.

Expenses are "necessary" if they were "reasonably needed to accomplish proper representation

of the client." In re Am. Preferred Prescription, Inc., 218 B.R. 680, 686–87 (Bankr. E.D.N.Y.

1998).

30.      With respect to photocopying charges, General Order M-447, however, provide as

follows: "Photocopying shall be reimbursable at the lesser of $.10 or cost."  General Order M-

447 at F(2) (emphasis added).

**G.      Interim Compensation**

31.      Interim compensation to professionals, as reflected in Section 331, finds its

origins in the equity powers of the bankruptcy court.  In re Barron, 73 B.R. 812, 814 (Bankr.

S.D. Cal. 1987).  Therefore, the Bankruptcy Court has broad discretion in the course of

examining and awarding interim fee applications.  Id.

32.     In particular, "whether interim allowances are awarded, and in what amounts, [are] questions left by Congress to the sound discretion of the bankruptcy court." Id. Because the pending Applications are interim in nature, the timing of any payments is also within the parameters of the Court's discretion. Id. Furthermore, courts have discretion to defer ruling on any or all of the Applications, until the time for final applications is proper. In re ACT Mfg., Inc., 281 B.R. 468, 474 (Bankr. D. Mass. 2002).

33.     Section 331 incorporates the requirements of 11 U.S.C. § 330, and the standards are the same for interim and final awards of compensation. See Bennett Funding, 213 B.R. at 244. At the interim fee stage, "there is [no] legal entitlement to payment prior to the final fee award." Child World, 185 B.R. at 17. Section 331 "is permissive, nothing in that provision requires a court to grant an application for interim compensation." Id. Thus, the statute "authorizes the award of interim compensation, but does not mandate it." In re First Hartford Corp., 23 B.R. 729, 732 (Bankr. S.D.N.Y. 1982); see also Barron, 73 B.R. at 814 (noting that Congressional intent underlying Section 331 "was only to give officers of the estate an opportunity to apply for reimbursement.") (emphasis in original).

**H.     Certification**

34.     Pursuant to General Order M-447, each fee application filed after February 5, 2013 must include a certification from a "Certifying Professional" that:

> (a) the Certifying Professional has read the application; (b) to the best of the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within these Amended Guidelines, except as specifically noted in the certification and described in the fee application; (c) except to the extent that fees or disbursements are prohibited by these Amended Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant and generally accepted by the applicant's clients; and (d) in providing a reimbursable

service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

General Order M-447 at B(1).

## IV.  OBJECTIONS

### A.    **Bradley Arant**

Bradley Arant seeks the allowance of fees aggregating $2,416,978.11 and reimbursement of expenses aggregating $144,016.28 for the Fee Period. The United States Trustee objects to the allowance of $20,030.90 in fees and $14,712.75 in expenses for the reasons set forth below.

### **Transitory Timekeepers**

The United States Trustee objects to the fees of $13,264.50 for the 24 Bradley Arant attorney timekeepers that billed fewer than five hours during this Fee Period.  See Bradley Arant Fee Application, Ex. D.   The transitory nature of these services raises the question of the extent of the value these timekeepers provided to the estate. See In re Jefsaba, 172 B.R. 786, 801 (Bankr. E.D. Pa. 1994) ("It is inappropriate for each new addition to the team to bill for time spent reviewing the file or otherwise familiarizing him or herself with the matter.").  Absent satisfactory explanation, the United States Trustee requests that the Court reduce the request by $13,264.50 related to services rendered by transitory timekeepers.

### **Lumped or Vague Time Entries**

Bradley Arant's application includes a number of impermissibly vague  or "lumped" time entries. Annexed hereto as Exhibit A is a copy of Bradley Arant's time records marked with the annotations "V" or "L" to highlight the non-compliant, vague or lumped time entries.  The vague or lumped time entries identified in Exhibit A total $6,221.60.  As a result of the lumped time entries, the United States Trustee requests that the Court reduce the fee for those services by $6,221.60.

### Excessive Time

Bradley Arant's application includes several time entries in which the time expended appears to exceed that which is reasonable for the work performed. Annexed hereto as Exhibit A is a copy of Bradley Arant's time records marked with the annotations "E" to highlight the time entries in which an excessive amount of time appears to have been expended. These time entries total $461.30. Absent further explanation, the United States Trustee requests that the Court reduce the fee for those services by $461.30.

### Duplicate Entries

Bradley Arant's time records contain an apparently duplicated entry of four tenths of an hour on January 30, 2013. Attached as Exhibit A is a copy of Bradley Arant's time records marked with the designation "D" to highlight the duplicated entry. The United States Trustee requests that the Court reduce the fees by $83.50, which is one-half of the charge for the duplicated entries.

### Meal Expenses

The application contains a request for meal expenses aggregating $6,927.93. The application contains no indication of whether the meals comply with the 8:00 p.m. restrictions imposed by General Order M-447(F)(3)(ii) (that the meal occurred after 8:00 p.m. or that the individual returned to the office to work for at least one and one half hours), or that they are limited to $20.00 per person. By way of examples only, the following invoices are indicative of the Bradley Arant's meal charges: Invoice #840957 ($22.56); #840948 ($10.74); #840949 ($36.47); #840952 ($109.23); #840954 ($33.98); #840955 ($36.03); and #840960 ($87.36). Accordingly, the United States Trustee requests that these expenses be denied.

### Other Expense Issues

The application contains a charge of $2,320.00 for "Professional Consultant Services" and two separate "Miscellaneous Expenses" of $10.00 and $5,454.82, which should be fully explained and documented, or disallowed in their entirety in the total amount of $7,784.82.

### B.  Carpenter Lipps

Carpenter Lipps seeks the allowance of fees aggregating $1,659,806.00 and reimbursement of expenses aggregating $977,371.77 for the Fee Period.  The United States Trustee objects to the allowance of $5,709.00 in fees and $87,342.50 in expenses for the reasons set forth below.

### Vague Time Entries

Carpenter Lipps' application includes various impermissibly vague time entries. Annexed hereto as Exhibit B, is a copy of Carpenter Lipps' time records marked with the annotations "V" to highlight the non-compliant, vague time entries. The vague time entries identified in Exhibit B total $1,495.00.  As a result of the vague time entries, the United States Trustee requests that the Court reduce the fee for those services by $1,495.00.

### Miscellaneous Time Record Issue

Carpenter Lipps' time records included Invoice #53479 twice.  The total amount of the fees reflected in that invoice aggregated $4,214.00.  Carpenter Lipps should verify that the fees reflected therein were not inadvertently charged twice.   Absent such verification, the fees sought should be reduced by $4,214.00.

### Meal Expenses

The invoices for meal expenses aggregating $2,022.15 contain no indication of whether the meals comply with the 8:00 p.m. restrictions imposed by General Order M-447(F)(3)(ii). While the United States Trustee recognizes that Carpenter Lipps has voluntarily reduced all meal

19

charges to comply with $20.00 limit, it has not specified that the remaining amounts are for

meals that comply with the 8:00 p.m. restrictions.  Absent such documentation, the meal request

should be denied.

### Outside Legal Service Providers

Carpenter Lipps seeks reimbursement of $885,095.16 for "Litigation Support Vendors"

during this Fee Period.  The invoices attached to Carpenter Lipps' fee application includes

underlying documentation in support of $797,752.66 in contract document reviewer time, but do

not appear to include concomitant support for the remaining $87,342.50 sought.  As a result, the

United States Trustee cannot determine whether the undocumented expenses are compensable.

Therefore, the United States Trustee requests that the Court not award that part of the expense

for Litigation Support Vendors aggregating $87,342.50 unless and until Carpenter Lipps

provides the additional documentation to support the balance of the reimbursement request.

### C.    Centerview

Centerview seeks the allowance of fees aggregating $1,200,000.00 and reimbursement of

out-of-pocket expenses aggregating $12,630.14 for the Fee Period.  The United States Trustee

objects to the allowance of $2,786.28 in expenses for the reasons set forth below.

### Meals

Centerview seeks reimbursement of $2,920.92 for meal and hotel costs.  Of this amount,

the United States Trustee objects to meal expenses of $679.58.  First, the United States Trustee

objects to meal expense of $659.58 at Del Fresco Grille for 22 people on February 15, 2013.

The records attached to the expense documentation submitted by Centerview do not indicate the

benefit of this meal to the estate.  Further, the expense for this meal exceeds the $20.00 per

person limit pursuant to the Court's previous guidance on meal expenses.  Second, the United

States Trustee objects to a $20.00 meal expense on February 9, 2012 at 6:20 p.m. because it was incurred prior to 8:00 p.m. and there is no indication that the individual returned to the office to work for at least one and one half hours.  See General Order M-447 at F(3)(ii) (allowing overtime meals not exceeding $20.00 per person after 8:00 p.m. or before 8:00 p.m., followed by one and one half hours of work).  Accordingly, the United States Trustee requests that Centerview's reimbursement request be reduced by $679.58.

### **Transportation**

Centerview requests reimbursement of $5,302.20 for transportation expenses.  Of this amount, the United States Trustee objects to $2,106.70 for the following reasons.  First, the Centerview incurred overtime taxi expenses of $101.10 that were incurred prior to 8:00 p.m. on February 9, 10, 16, and 23, 2013 and on March 3 and 16, 2013.  See General Order M-447 at F(3)(ii) ("The reasonable expenses of a professional required to work on the case after 8:00 p.m. are reimbursable . . . .").  Second, the United States Trustee objects to parking expenses in Manhattan aggregating $116.00 that were incurred on January 16 and 18, 2013 and on March 14, 2012.  The Court has previously stated that parking expenses in Manhattan are not reimbursable absent additional justification.   Third, the United States Trustee objects to an airline ticket of $1,979.60 incurred on November 28, 2012.  Although Centerview's expense list attached to its fee application indicates that the above flight was charged as a coach fare, the documentation does not indicate the departure and arrival information nor does it explain the high costs of this coach fare.  Accordingly, unless and until Centerview provides additional supporting documentation, the United States Trustee requests that the Court reduce Centerview's transportation reimbursement by $2,106.70 for the reasons set forth above.

**D.**     **Curtis Mallet**

Curtis Mallet seeks the allowance of fees aggregating $1,480,650.00 and reimbursement

of expenses aggregating $3,085.90 for the Fee Period.  The United States Trustee objects to the

allowance of $37,023.00 in fees for the reasons set forth below.

### Transitory Timekeepers

The United States Trustee has identified time entries by eight (8) timekeepers that billed

fewer than five hours during the Fee Period.[5]  Since these eight timekeepers billed fewer than

five hours during this Fee Period, it is inappropriate for them to seek compensation.  See Jefaba,

172 B.R. at 801 ("It is inappropriate for each new addition to the team to bill for time spent

reviewing the file or otherwise familiarizing him or herself with the matter.").   Absent a

satisfactory explanation, the United States Trustee requests that the Court reduce Curtis Mallet's

compensation by $6,028.

### Vague Time Entries

Curtis Mallet's application includes many vague entries.  Annexed hereto as Exhibit C is

a list of the impermissibly vague time records.  The objectionable time entries aggregate

approximately $17,938.  Accordingly, the United States Trustee requests that the Court reduce

Curtis Mallet's fees for those services by $17,938.

### Review and Revision of Time Records

The United States Trustee objects to $13,057 because the time records indicate that such

work was expended revising or related to revising the billing records to conform to the

Guidelines.  See CCT, 2010 WL 3386947, at *9 (reviewing and editing time records is not

compensable).  Annexed hereto as Exhibit C is a list of the objectionable time records relating to

---

[5] The timekeepers at issue are:  T. Smith, M. Cohen, J. Drew, J. Clyne, K. Meehan, F. Chidavaenzi, F. Guenthner, and B. Patane.

the impermissible review and revision of billing invoices.  Therefore, the United States Trustee

requests that the Court reduce Curtis Mallet's compensation in this project category by $13,057.

**E.      Deloitte**

Deloitte seeks the allowance of fees aggregating $2,984,455.50 for the Fee Period.  The

United States Trustee objects to the allowance of $11,793 in fees for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee has identified time entries by 14 timekeepers that billed fewer

than five hours during the Fee Period.  Specifically, fourteen professionals with the business

titles Partner, Director, Consultant, Senior Consultant, Senior Manager, and Manager billed

fewer than five hours during this Fee Period.[6]  See Jefsaba, 172 B.R. at 801 ("It is inappropriate

for each new addition to the team to bill for time spent reviewing the file or otherwise

familiarizing him or herself with the matter.")  Absent a satisfactory explanation, the United

States Trustee requests that the Court reduce Deloitte's compensation by $5,994.50.

**Review and Revision of Time Records**

Deloitte requests $22,693.50 for 102.1 hours under the project category "Preparation of

Fee Applications."  The fees under this category represent less than 1% of the overall fee request

for the Fee Period.  A review of the time records indicates that Deloitte personnel expended a

significant amount of time under this project category on reviewing and revising monthly fee

statements.  Attached hereto as Exhibit D is a copy of Deloitte's time records marked with the

letter "R" to highlight the time entries that involved the impermissible review and revision of

billing invoices.  See CCT, 2010 WL 3386947, at *9 (reviewing and editing time records is not

---

[6] The timekeepers at issue are:  D. Baker, K. Hertzfeld, A. Loo, E. Luong, K.Maxwell, E. Quinn, J. Ryan, A. Sasso, J. Zack, S. Freshour, M. Miskinis, L. Narula, A. Parmar, and H. Kain.

compensable).  In light of the foregoing, the United States Trustee requests that the Court reduce the fees under this project category by $5,798.50.

F.    **FTI**

FTI seeks an allowance of fees aggregating $5,501,118.50 and reimbursement of expenses aggregating $227,254.30 for the Fee Period.  The United States Trustee objects to the allowance of $130,564.75 in fees and reimbursement of $181,691.94 in expenses for the reasons set forth below.

**Transitory Timekeepers**

A review of FTI's time records indicates that nine timekeepers billed less than five hours during this Fee Period.[7]  Timekeepers who work on large matters for only a few hours are often referred to as "transitory timekeepers."  See Jefsaba, 172 B.R. at 801 ("It is inappropriate for each new addition to the team to bill for time spent reviewing the file or otherwise familiarizing him or herself with the matter.").  Absent satisfactory explanation, the United States Trustee requests that the Court reduce FTI's compensation $8,738.50, which is the amount of fees generated by the nine transitory timekeepers.

**Review and Revision of Time Records**

FTI billed the sum of $283,652.50 for 748.7 hours of work in the project category "Task Code 24 - Fee Application Process."  FTI voluntarily reduced its fees for Task Code 24 by $43,000, leaving a request for $243,652.50 in fees.  The $243,652.50 in fees requested represent 4.4% of the $5,501,118.50 in total fees requested in this fee period.  The majority of the fees billed in Task Code 24 are for reviewing, revising and verifying time and expense entries.  The United States Trustee objects to 50% of the fees requested, or $121,826.25.  As discussed infra,

---

[7] The timekeepers at issue are: S. Friedland, W. Brown, Jr., M. Dereska, C. Hiser, K. Leung, C. McDonnell, E. Oh, A. Fisher, and S. Lemerise.

reviewing time records is overhead and thus is not compensable.  See <u>CCT</u>, 2010 WL 3386947,

at *9 (reviewing and editing time records is not compensable).  Therefore, the United States

Trustee requests that the court reduce FTI's compensation by $121,826.25 under this project

category.

### <u>Redacted Time Entries</u>

For the month of March 2013, FTI billed 259.4 hours to the project category "Task Code

27 – Litigation Support."  Of the 259.4 hours billed, 47.9 hours contained time entries with the

word "[REDACTED]."  Attached hereto as Exhibit E is a copy of FTI's redacted time records.

The use of the "REDACTED" term prevents any meaningful review of the work billed.  The

United States Trustee requests that FTI provide full and unredacted time entries so that the

United States Trustee may review the reasonableness of the time billed.  Absent this information

and until the United States Trustee has had an opportunity to review the unredacted time entries,

fees associated with these time records should not be allowed or paid.

### <u>Travel Without Explanation of Business Purpose</u>

FTI seeks $67,882.13 for "Airfare" and $94,453.89 for "Lodging."  These expenses are

delineated by timekeeper and date of travel; however, the expense descriptions lack any attempt

to explain the reason or justification for the travel.  See Ex. E.  Further, the timekeepers do not

clearly record in their time entries the business reasons for the travel.  Absent further

explanation, the United States Trustee objects to the reimbursement of expenses of $67,882.13

for "Airfare" and $94,453.89 for "Lodging."

**Duplicate Expense**

In the March expenses for M. Renzi, FTI seeks reimbursement for $322.66 for airfare from Boston to New York.  This expense is dated March 11, 2013 and is billed twice.  See Ex. E. Accordingly, the United States Trustee requests a reduction of $322.66.

**Expenses for Travel Prior to Fee Period**

FTI seeks reimbursement of expenses of $19,033.26 for expenses incurred prior to this Fee Period.  The expenses were incurred between May 2012 and December 2012 and the majority of the expenses were incurred by T. McDonagh.  See Ex. E.  FTI states that these expenses were not previously billed but should further explain and justify why these expenses were not billed in a timely manner.

**G.    Hudson Cook**

Hudson Cook seeks the allowance of fees aggregating $873,570.50 and reimbursement of expenses aggregating $15,408.57 for the Fee Period.  The United States Trustee objects to the allowance of $104,183.00 in fees for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee objects to the fees of $2,305.00 for the three Hudson Cook timekeepers who billed fewer than five hours during the Fee Period.[8]  The transitory nature of these services raises the question of what value, if any, these timekeepers provided to the estate. See Jefsaba, 172 B.R. at 801 ("It is inappropriate for each new addition to the team to bill for time spent reviewing the file or otherwise familiarizing him or herself with the matter.").  Absent satisfactory explanation, the United States Trustee requests that the Court reduce the request by $2,305.00 related to services rendered by transitory timekeepers.

---

[8] The timekeepers at issue are: F. Bishop, J. Chareq, and P. Cockrell.

**Lumped Time Entries**

Hudson Cook's application includes various "lumped" time entries.  Annexed hereto as

Exhibit F is a copy of Hudson Cook's time records marked with the annotation "L" to highlight

the non-compliant, lumped time entries.  The lumped time entries identified in Exhibit F total

$99,011.50.  As a result of these lumped time entries, the United States Trustee requests that the

Court reduce the fee for those services by $99,011.50.

**Responding to Fee Objection**

The United States Trustee objects to $2,866.50 in fees charged to the estate relating to

Hudson Cook's review and response to the United States Trustee's objection to Hudson Cook's

first interim fee applications.  Annexed hereto as Exhibit F is a copy of the relevant time entries

marked with the annotation "UST Objection."  Professionals should not be compensated for

responding to inquiries or objections from the United States Trustee regarding professional fees.

See, e.g., St. Rita's, 260 B.R. at 651–52 (holding that time incurred in defending fee requests is

non-compensable); see also Fibermark, 349 B.R. at 398 (noting that time spent defending a fee

application that does not conform to Section 330, Fed. R. Bankr. P. 2016, the UST Guidelines, or

pertinent case law is not compensable).  Accordingly, the United States Trustee requests the

Court reduce the fee request by $2,866.50.

**H.    Mercer**

Mercer seeks an allowance of fees in the total amount of $135,661.17 and reimbursement

of out-of-pocket expenses in the total amount of $14,951.86 during the Fee Period.  The United

States Trustee objects to the allowance of $7,203.40 in fees and $11,296.85 in expenses for the

reasons set forth below.

**Lumped Time Entries**

Mercer's fee application includes various "lumped" time entries for multiple telephone

conferences without time increments listed for each conference.  See time entries on January 7,

2013 (Dluhy for 2.0), January 8, 2013 (Dluhy for 1.0), and February 6, 2013 (Dempsey for 1.0).

These lumped time entries total $1,792.00.  As a result of the lumped time entries, the United

States Trustee requests that the Court reduce the fee for those services by $1,792.00.

**Incomplete Time Entries**

Mercer's fee application includes various "incomplete" time entries where the description

of the tasks performed is not complete and does not describe the tasks performed for the time

billed.  See time entries on January 14, 2013 (Dempsey for 2.0), January 23, 2013 (Dempsey for

1.0), February 22, 2013 (Dempsey for 6.0), March 4, 2013 (Dempsey for 2.5), March 18, 2013

(Dluhy for 2.0).  The "incomplete" portions of the entries total $4,663.20.  As a result of the

"incomplete" time entries, the United States Trustee requests that the Court reduce the fee for

those services by $4,663.20.

**Incorrect Time Entry**

Mercer's fee application includes a time entry on January 25, 2013 for J. Dempsey for 5.0

hours.  The time description for that date, however, only totals 4.0 hours.  The United States

Trustee requests that the Court reduce the fee for those services by one hour, which is $748.20.

**Unexplained "Airline Fee" expenses**

Mercer's fee application seeks $410.72 for five itemized expenses dated April 5, 2013

and April 11, 2013 described only as "Airline Fee."  Such a description is inadequate as it fails to

provide any basis to understand the nature of the expenses.  The United States Trustee seeks a

reduction of $410.72 for this unexplained expense.

28

**Meals**

Mercer seeks reimbursement for $8.23 in meal charges that are in excess of the

Guidelines requirement of $20 per meal.  See, e.g., January 14, 2013 ($25.00); January 18, 2013

($20.44); April 11, 2013 ($22.79).   The United States Trustee seeks a reduction of $8.23 for

these meals.  Mercer also seeks reimbursement for a $20.00 meal for John Dempsey for

December 19, 2012 (see entry dated April 5, 2013).  Mercer's fee application covers the time

period of January 1, 2013 through April 30, 2013 and, as such, Mercer should explain why this

expense is included in this application and confirm that such expense was not included in the

prior second interim fee application.

**I.    Morrison Cohen**

Morrison Cohen seeks the allowance of fees aggregating $1,318,943.00 and

reimbursement of out-of-pocket expenses aggregating $42,792.26 for the Fee Period.  The

United States Trustee objects to the allowance of $1,295,079.00 in fees and $1,995.17 in

expenses for the reasons set forth below.

**Multiple Attendees**

Under its project category "Board of Director Matters," Morrison Cohen seeks

compensation in the amount of $1,295,079.00.   The United States Trustee's review of these time

records indicates that multiple attorneys attended various board of director and independent

director meetings and calls.  By way of example only, in January 2013, Morrison Cohen staffed

various meetings with three and four attorneys, as depicted below:

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/13 | DAP | TELEPHONE CALL WITH INDEPENDENT DIRECTORS CONCERNING PROPOSED TRANSACTION WITH AFI RE: MMLPSA (.6); WITH JUDGE PECK (.5); CONF JTM REGARDING TANNENBAUM AT MOFO REGARDING MEDIATION MEETING CONFERENCE CALL WITH GARY LEE AND JIM TANNENBAUM AT MOFO REGARDING MEDIATION MEETING PREPARATION FOR MEDIATION (.5); REVIEW MATERIALS IN PREPARATION FOR MEETING WITH JUDGE PECK (1.0); REVIEW AND REVISE MOFO DRAFT BRIEF TO EXAMINER REGARDING SUBMISSION OF THE SENIOR UNSECURED NOTEHOLDERS (2.5); EMAIL WITH MOFO RE: SAME (.3). | 5.40 | 3105.00 |
| 01/04/13 | JTM | BOARD CALL (2.1); REVIEW MATERIALS IN CONNECTION WITH SAME (.9); POST CALL WITH INDIES RE PROPOSED TRANSACTION WITH AFI (.6); CALL WITH D. PIEDRA, GLEE AND JTANNENBAUM RE MEDIATION ISSUES (.5); MEETING WITH SAME (2.3); REVIEW MATERIALS IN PREP FOR MONDAY MEETING WITH JUDGE PECK (5.2). | 11.60 | 7946.00 |
| 01/04/13 | MC | REVIEW BOARD MATERIALS (.8); PARTICIPATION IN BOARD MEETING (2.1); FOLLOW UP W/ INDEPENDENT DIRECTORS (.6); O/C MEETING WITH JTM RE: MEDIATION ISSUES (2.3). | 5.80 | 3306.00 |
| 01/11/13 | DAP | TELEPHONE CONFERENCE CALL WITH KIRKLAND & ELLIS CLAIMS AND ALLY FINANCIAL INSURANCE PEOPLE CONCERNING D&O POLICY, CLAIMS NOTICE AND SETTLEMENT (.7); TELEPHONE CALL JOEL HAIMS RE: SAME (.3); PREPARE FOR EXAMINER INTERVIEW OF PAM WEST (1.2); ATTEND EXAMINER INTERVIEW OF PAM WEST (4.0); CONF JAMIE LEVITT RE: EXAMINER INTERVIEW (.4); O/C WITH JTM, RKD RE: PRODUCTION OF DOCUMENTS (.6). | 7.20 | 4140.00 |
| 01/11/13 | JTM | BOARD MEETING (1.0); PREP FOR CONTINUED WEST EXAMINATION (2.5); PARTICIPATE IN WEST CONTINUED, EXAMINATION (4.0); OC DAP AND RKD RE CLEARY ISSUES RE MACK DISCOVERY AND SMITH PRODUCTION (.6). | 8.30 | 5685.00 |
| 01/11/13 | MC | ATTEND BOARD MEETING (1.9); PARTICIPATION IN EXAMINATION OF PAM WEST (4.8); FOLLOW UP RE COMPENSATION COMMITTEE (.2). | 6.90 | 3933.00 |
| 01/11/13 | RKD | TELEPHONE CONFERENCE WITH M. LIGHTNER REGARDING DOCUMENT PRODUCTION ISSUES (.9); O/C W/J. MOLDOVAN AND D. PIEDRA REGARDING SAME (.6); FURTHER RESEARCH REGARDING STATUTES OF LIMITATIONS ISSUES (3.1). | 4.60 | 2415.00 |
| 01/18/13 | DAP | REVIEW MATERIALS AND ATTEND TELEPHONIC BOARD OF DIRECTORS MEETING (1.2); CONFERENCE CALL WITH ALEXANDER LAWRENCE (MOFO) AND RKD REGARDING DISCOVERY ISSUES (.9); O/C WITH JTM RE: KAUFMAN LETTER (.2); CONFERENCE R. DAKIS RE: PREPARE FOR TUESDAY MEET AND CONFER WITH CLEARY AND UCC (.4); REVIEW STATUS OF DISCOVERY AND PREPARE FOR MEET AND CONFER (1.0); REVIEW UCC DECK RE: CLAIMS PRESENTATION (1.0); CONF JTM RE: SAME (.3); TELEPHONE CALL WITH JOE MOLDOVAN AND DARRYL RAINS REGARDING RMBS 9019 TRIAL WITNESSES (.6); EMAIL CORRESPONDENCE WITH PAM WEST REGARDING RMBS TRIAL (.2). | 5.60 | 3220.00 |
| 01/18/13 | JTM | FURTHER ANALYSIS OF BOARD DECK AND ATTEND BOARD MEETING (1.7); OCS DAP RE KAUFMAN LETTER (.2); OC DAP RE UCC CLAIM PRESENTATION (.3) CALL WITH DAP AND DARRYL RE 9019 TRIAL ISSUES AND WITNESSES (.6). | 2.80 | 1918.00 |
| 01/18/13 | RKD | TELEPHONE CONFERENCE WITH A. LAWRENCE AND D. PIEDRA REGARDING MEET AND CONFER AND RESPONSE TO DOCUMENT REQUEST LETTER (.6); REVISE RESPONSE TO DOCUMENT REQUEST LETTER (.6); EMAILS WITH R. DISCICCIO, ET AL., REGARDING SAME (.3); REVIEW COMMITTEE PRESENTATION REGARDING CLAIMS IN PREPARATION FOR ATTENDANCE AT ALLY RESPONSE (1.5); O/C W/DAP REGARDING MEET AND CONFER (.4); CONTINUE REVIEWING DOCUMENTS IN PREPARATION FOR MEET AND CONFER (2.7). | 6.10 | 3202.50 |

| 01/28/13 | DAP | REVIEW MATERIALS IN PREPARATION FOR MEETING WITH PAM WEST AT MOFO REGARDING 9019 (1.5); ATTEND MEETING AT MOFO WITH PAM WEST, A. PRINCI, A. RUIZ, L. DARCY (1.5); ATTEND AFI MEETING IN RESPONSE TO UCC CLAIMS PRESENTATION (4.0); MEETING WITH BOARD AND MOFO FOLLOWING AFI MEETING (2.0); MEETING WITH INDEPENDENT DIRECTORS REGARDING DOCUMENT RETENTION/PRODUCTION ISSUES (.4). | 9.40 | 5405.00 |
| 01/28/13 | JTM | ALL HANDS STATUS MEETING (.9); MEETING AT K&E RE REBUTTAL TO COMMITTEE ALLY POSITION (3.1); REVIEW MATERIALS FROM ALLY BANK RE CLAIMS ANALYSIS (2.1); MEETING WITH INDIES AND MOFO RE ALLY BANK PRESENTATION, CRO SELECTION AND PROCESS (4.3). | 10.30 | 7055.50 |
| 01/28/13 | MC | PARTICIPATION IN ALLY PRESENTATION AT K&E (3.1) AND MEETING WITH INDEPENDENT DIRECTORS (2.7). | 5.80 | 3306.00 |
| 01/28/13 | RKD | EMAILS WITH J. LEVITT REGARDING DISCOVERY ISSUES (.4); ATTEND MEETING WITH ALLY (KIRKLAND) REGARDING CLAIMS ISSUES (3.1); ATTEND FOLLOW UP MEETING WITH RESCAP BOARD TO DISCUSS CLAIMS ISSUES, CASE STATUS, AND OTHER ISSUES (1.1); FOLLOW UP MEETING WITH INDEPENDENT DIRECTORS REGARDING SAME (.2). | 5.80 | 3045.00 |

While the United States Trustee acknowledges the complexity of the tasks required to advise the independent directors, the need for multiple professionals attending these meeting is not immediately evident.   Therefore, the United States Trustee requests that Morrison Cohen review its time records to remove charges where more than two attorneys attended any meeting or calls, whether it is for internal coordination or at board of director meetings.  In the absence of such a reduction, the United States Trustee requests that the Court withhold awarding the fees under this project category.

### **Meals**

Morrison Cohen seeks reimbursement of $1,178.28 for meal expenses.  Of this amount, the United States Trustee objects to $1,167.28 for the expenses depicted in the chart below:

| 11/12/2012 | Meals | Dinner Meeting for 3 people | $60.00 |
| 11/28/2012 | Meals | Dinner Meeting for 3 people | $60.00 |
| 12/6/2012 | Meals | Dinner Meeting for 3 people | $60.00 |
| 12/17/2012 | Meals | Dinner Meeting for 4 people | $80.00 |
| 3/28/2013 | Meals | Breakfast Meeting for 4 people | $74.60 |
| 3/28/2013 | Meals | Lunch Meeting for 2 people | $15.25 |
| 3/28/2013 | Meals | Lunch Meeting for 15 people | $206.80 |
| 3/28/2013 | Meals | Lunch Meeting for 15 people | $225.50 |
| 3/28/2013 | Meals | Lunch Meeting for 15 people | $314.35 |
| 4/21/2013 | Meals | Dessert for Meeting for 4 people | $70.78 |

See Morrison Cohen Fee Application at pp. 109-110.  The above expenses are problematic for

two reasons.  First, some of the above expenses were incurred outside of this Fee Period.  The

corresponding time records for these meal expenses are not included in the fee application.  As a

result, the United States Trustee cannot cross-reference the time records with these meal

expenses.  Second, even if the meal expenses were incurred during this Fee Period, it is not

evident whether these meal expenses provided a benefit to the estate.  By way of example only,

on March 28, 2013, Morrison Cohen incurred $836.50 for a breakfast attended by four

professionals and various lunch meetings attended by 47 professionals.  However, as depicted

below, the United States Trustee's review of the corresponding time records for March 28, 2013

does not indicate that such meetings occurred:

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 3/28/2013 | MW | REVIEW COURT FILINGS FOR 3/28/13 (.3); E-MAIL TO ATTORNEYS DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 3/28/2013 | DAP | REVIEW DRAFT SUBMISSION TO EXAMINER (1.2); DRAFT AND REVISE SUBMISSION TO EXAMINER REGARDING ALLEGED BOARD OF DIRECTORS FIDUCIARY DUTY ISSUES (2.2); EMAIL WITH ALEX BARRAGE REGARDING SAME (.2). | 2.60 | 1,495.00 |
| 3/28/2013 | JTM | ANALYSIS OF INSURANCE MATERIAL AND CONTINUED POLICY REVIEW IN PREP FOR MEETING WITH UCC (3.1); REVIEW OF RESEARCH MATERIAL RE EXAMINER SUBMISSION AFFECTING INDEPENDENT DIRECTORS (3.7). | 6.80 | 4,658.00 |
| 3/28/2013 | MC | REVIEW DRAFT DEBTOR FILINGS (2.2); REVIEW | 3.10 | 1,767.00 |
| 3/28/2013 | NS | FOLLOW UP RESEARCH RE: SUBORDINATION (.2). | 0.40 | 190.00 |

See Morrison Cohen Fee Application at 71 and 85.  Unless and until Morrison Cohen explains

the necessity of the meal expenses, the United States Trustee requests the Court deny the expense

reimbursement in the amount of $1,995.17.

### Miscellaneous

Morrison Cohen seeks reimbursement in the amount of $827.89 for "Merrill

Communications LLC."  See Morrison Cohen Fee Application at 119.  The expense list attached

to the fee application does not provide additional information to support this expense.  The

United States Trustee requests that Morrison Cohen provides additional information to

substantiate the necessity of these expenses.  Absent such information, the United States Trustee

requests that the Court deny the expense reimbursement.

**J.**       **Morrison Foerster**

Morrison Foerster seeks the allowance of fees aggregating $22,790,342.60 and

reimbursement of expenses aggregating $350,910.44 for the Fee Period.  The United States

Trustee objects to the allowance of $345,118.50 in fees for the reasons set forth below.

### Vague Time Entries

Morrison Foerster's fee application includes various impermissibly vague time entries.

Annexed hereto as Exhibit G is a copy of Morrison Foerster"s time records marked with

theannotation "V" to highlight the non-compliant, vague time entries. The vague time entries

identified in Exhibit G total $19,735.50.   As a result of the vague time entries, the United States

Trustee requests that the Court reduce the fee for those services in the full amount of $19,735.50.

### Excessive Attorney Time

Morrison Foerster seeks $174,240.00 for services rendered by K. Kohler, a corporate

department attorney admitted in 1981, for 217 hours on consecutive days billing over 8.0 billable

hours per day in the month of January 2013.   These numbers do not include days in January

2013 where Mr. Kohler billed less than 8.0 billable hours.  The chart below depicts the pattern in

January 2013; however, this pattern continues into the remaining months of the Fee Period:

| Date | Hours | Value |
|------|-------|-------|
| 07 Jan 2013 | 10.20 | $8,160.00 |
| 08 Jan 2013 | 9.20 | $7,360.00 |
| 09 Jan 2013 | 9.90 | $7,920.00 |
| 10 Jan 2013 | 10.20 | $8,160.00 |
| 11 Jan 2013 | 8.50 | $6,800.00 |
| 14 Jan 2013 | 10.20 | $8,160.00 |
| 15 Jan 2013 | 11.80 | $9,440.00 |
| 16 Jan 2013 | 8.20 | $6,560.00 |
| 17 Jan 2013 | 12.10 | $9,680.00 |

| 18 Jan 2013 | 11.10 | $8,880.00 |
| 20 Jan 2013 | 8.40 | $6,720.00 |
| 21 Jan 2013 | 11.90 | $9,520.00 |
| 22 Jan 2013 | 10.50 | $8,400.00 |
| 23 Jan 2013 | 10.80 | $8,640.00 |
| 24 Jan 2013 | 11.60 | $9,280.00 |
| 25 Jan 2013 | 10.90 | $8,720.00 |
| 26 Jan 2013 | 10.50 | $8,400.00 |
| 28 Jan 2013 | 8.70 | $6,960.00 |
| 29 Jan 2013 | 12.00 | $9,600.00 |
| 30 Jan 2013 | 12.90 | $10,320.00 |
| 31 Jan 2013 | 8.20 | $6,560.00 |

The United States Trustee acknowledges the complexity of this case and the requirement for significant professional staffing of the case; however, the consistency and the number of hours billed per day raises questions of the necessity of the significant time expended. Accordingly, the United States Trustee requests additional information on the need for the significant billing by this individual. In the absence of an adequate explanation, the United States Trustee requests that the Court reduce the fees requested by Morrison Foerster by $174,240.00.

**Multiple Attendees at Court Hearings**

Morrison Foerster seeks $146,352.00 for services rendered under the project category "Hearings." The United States Trustee objects to these fees because the time records indicate that multiple Morrison Foerster professionals attended these court hearings. Attached hereto as Exhibit G is a copy of the relevant time entries marked with the annotation "H." Examples include the following hearings: January 16, 2013 (seven attendees); January 29, 2013 (eight attendees); February 7, 2013 (seven attendees); February 28, 2013 (eight attendees), March 21, 2103 (twelve attendees); April 11, 2013 (six attendees); April 30, 2013 (five attendees). The Court has previously addressed the issue of multiple attendees at hearing:

> [W]here multiple lawyers attend omnibus hearings, I'm drawing -- you can say this is an arbitrary line <u>no more than three lawyers per firm may charge for the entire length of the hearing</u>.  Other lawyers for the firm, who are arguing or appearing, or specifically supported work on particular matters, may charge for the time in connection with those matters.

Hr'g Tr. 51: 6-12 (Apr. 11, 2013) (emphasis added).  Therefore, the United States Trustee requests that the Court reduce the compensation for the multiple attendees at the various hearings by $146,352.00 unless Morrison Foerster can demonstrate the necessity of the multiple attendees under this project category.

### Responding to Fee Objection

The United States Trustee objects to $4,791.00 in fees charged to the estate relating to Morrison Foerster's review and response to the United States Trustee's objection to the Second Interim Fee Application.  Attached hereto as Exhibit G is a copy of the relevant time entries marked with the annotation "FO"  Professionals should not be compensated for responding to inquiries or objections from the United States Trustee regarding professional fees.  <u>See</u>, <u>e.g.</u>, <u>St. Rita's</u>, 260 B.R. at 651–52 (holding that time incurred in defending fee requests is non-compensable); <u>see also</u> <u>Fibermark</u>, 349 B.R. at 398 (noting that time spent defending a fee application that does not conform to Section 330, Fed. R. Bankr. P. 2016, the UST Guidelines, or pertinent case law is not compensable).  Therefore, the United States Trustee requests the Court reduce the fee request by $4,791.00.

## K.    Orrick

Orrick seeks the allowance of fees aggregating $241,619.73 and reimbursement of out-of-pocket expenses aggregating $558.40 for the Fee Period.  The United States Trustee objects to the allowance of $17,886.86 in fees for the reasons set forth below.

**Lumped Time Entries**

Orrick's application includes a number of impermissibly "lumped" time entries.

Annexed hereto as Exhibit H is a copy of Orrick's time records marked with the annotations "L"

to highlight the non-compliant, lumped time entries.  The lumped time entries identified in

Exhibit H total $9,582.65.  As a result of the lumped time entries, the United States Trustee

requests that the Court reduce the fee for those services by $9,582.65.

**Transitory Timekeepers**

The United States Trustee objects to the aggregate of $8,304.21 in fees charged by seven

attorney timekeepers that billed fewer than five hours during the Fee Period.  See Jefsaba, 172

B.R. at 801 ("It is inappropriate for each new addition to the team to bill for time spent reviewing

the file or otherwise familiarizing him or herself with the matter.").  Absent further information

regarding the necessity for the brief appearances by these timekeepers and the concomitant

learning curve attendant to their transitory duties, the fees should be disallowed.

**L.**    **Pepper Hamilton**

Pepper Hamilton seeks the allowance of fees aggregating $1,919,909.50 and

reimbursement of expenses aggregating $24,752.12 for the Fee Period.  The United States

Trustee objects to the allowance of $21,402.50 in fees and $5,956.68 in expenses for the reasons

set forth below.

**Transitory Timekeeper**

The United States Trustee objects to the fees of $1,680.00 for one Pepper Hamilton

timekeeper who billed fewer than five hours during the Fee Period.[9]  The transitory nature of

these services raises the question of what value, if any, this timekeeper provided to the estate.

See Jefsaba, 172 B.R. at 801 ("It is inappropriate for each new addition to the team to bill for

---

[9] The timekeeper at issue is R. Hertzberg.

36

time spent reviewing the file or otherwise familiarizing him or herself with the matter.").  Absent

satisfactory explanation, the United States Trustee requests that the Court reduce the request by

$1,680.00 related to services rendered by the transitory timekeeper.

### Responding to Fee Objection

The United States Trustee objects to $19,722.50 in fees charged to the estate relating to

Pepper Hamilton's review and response to the United States Trustee's objection to Pepper

Hamilton's and Hudson Cook's first interim fee applications.[10]  Attached hereto as Exhibit I is a

copy of the relevant time entries marked with the annotation "UST Objection."  Professionals

should not be compensated for responding to inquiries or objections from the United States

Trustee regarding professional fees.  See, e.g., St. Rita's, 260 B.R. at 651–52 (holding that time

incurred in defending fee requests is non-compensable); see also Fibermark, 349 B.R. at 398

(noting that time spent defending a fee application that does not conform to Section 330, Fed.

Bankr. P. 2016, the UST Guidelines, or pertinent case law is not compensable).  Accordingly, the

United States Trustee requests the Court reduce the fee request by $19,722.50.

### Travel

Pepper Hamilton seeks $24,752.12 in expense reimbursement.  Of that amount,

$10,182.16 represents airfare expenses during the Fee Period.  Though Pepper Hamilton is a

national law firm with a New York office, during the Fee Period, Pepper Hamilton staffed the

case in a manner that required monthly travel by Pepper Hamilton staff between Los Angeles

and Philadelphia.  The decision to staff the case in this manner has resulted in significant cost to

the estate for travel expenses.  See Am. Preferred Prescription, 218 B.R. at 686–87 (stating that

expenses are "necessary" if they were "reasonably needed to accomplish proper representation of

---

[10] The United States Trustee has annotated the time entries for R. Hertzberg as "UST Objection," but the United
States Trustee does not include the fees associated with these time entries ($1,680.00) in this objection category, as
the United States Trustee has already objected to these fees as transitory timekeeper fees.  See, supra.

the client.").  Therefore, the United States Trustee seeks a reduction of 50% for Pepper

Hamilton's airfare expenses for a total of $5,091.08.  In addition, the United States Trustee

objects to the requests for reimbursement of $865.60 for a hotel expense on November 26, 2012

for a two night stay at the Four Seasons Hotel in Philadelphia, as that expense was incurred

outside of the Fee Period.

**M.    Perkins Coie**

Perkins Coie seeks the allowance of fees aggregating $441,806 and reimbursement of

expenses aggregating $795.62 for the Fee Period.  The United States Trustee objects to the

allowance of $49,141.00 fees for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee objects to the aggregate of $1,328.50 in fees charged by three

timekeepers that billed fewer than five hours during the Fee Period.[11]  See Jesaba, 172 B.R. at

801 ("It is inappropriate for each new addition to the team to bill for time spent reviewing the file

or otherwise familiarizing him or herself with the matter.").  Absent further information

regarding the necessity for the brief appearances by these timekeepers and the concomitant

learning curve attendant to their transitory duties, the fees should be disallowed.

**Vague Time Entries**

Perkins Coie's fee application and time records include many vague entries.  Annexed

hereto as Exhibit J is a copy of vague time records marked with the letter "V" to highlight the

non-compliant vague time entries where the applicant failed to provide adequate description of

the services rendered.  In light of the foregoing, the United States Trustee requests that the Court

reduce the fees for those services by approximately $34,902.50.

---

[11] The timekeepers at issue are: S. Haider, A. Ellias and M. Yeryomenko.

**Retention Application Costs**

Perkins Coie seeks approval of approximately $39,428.50 for 66.10 hours under the

project category "Fee/Employment Applications."    A review of the time records shows

approximately 60 hours or approximately $35,000 were devoted to the preparation of the firm's

retention application.  This amount represents approximately 7.92% of Perkins Coie's total fee

request for the Fee Period.

The relevant time entries indicate that a significant portion of the time entries relate to

drafting and revising the retention application.  In addition, A. Coombs, a senior counsel of

Perkins Coie whose hourly rate is $470, spent 8.4 hours conducting research on a 327 retention

issue.  The retention costs appear excessive in light of the fact that Perkins' retention in these

cases was not controversial.  In light of the foregoing, a more appropriate amount would be 5%

of the total fee application, or approximately $22,090.  Therefore, the United States Trustee

requests that the Court reduce Perkins Coie's fee request under this project category by $12,910.

**N.**     **Severson**

Severson seeks the allowance of fees aggregating $513,814.80 and reimbursement of

expenses aggregating $44,994.41 for the Fee Period.  The United States Trustee objects to the

allowance of $4,867.20 in fees and $21.29 in expenses for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee objects to the aggregate of $4,867.20 in fees charged by six

attorney timekeepers that billed fewer than five hours during the Fee Period.[12]  See Jefsaba, 172

B.R. at 801 ("It is inappropriate for each new addition to the team to bill for time spent reviewing

the file or otherwise familiarizing him or herself with the matter.").  Absent further information

---

[12] The timekeepers in issue are: M. McGuinness; S. Mctigue; E. Roman; A. Strayer; J. Van Zandt; and K.
Wendlenner.

regarding the necessity for the brief appearances by these timekeepers and the concomitant

learning curve attendant to their transitory duties, the fees should be disallowed.

### Services Rendered Prior to Fee Period

The time records include a large number of entries for periods prior to the Fee Period. A

large number of the invoices attached as Exhibit E to the Severson fee application include time

entries for work performed in December of 2012 and a smaller number for work performed in

October and November of 2012. By way of example only, attached as Exhibit K is an invoice

including fees that should have been sought in prior fee periods. Severson should verify that

these fees are not duplicative of any fees sought during the First or Second Interim fee period,

and should explain the reason for including them in the compensation request for this Fee Period.

The Court, the United States Trustee and parties-in-interest should not be required to scour

hundreds of pages of time records from previous fee periods to ascertain whether any duplicate

billing has occurred. Absent the verification and a satisfactory explanation, the United States

Trustee objects to these fees.

### Invoices Addressed to Ocwen

Virtually all of the invoices included in Exhibit E-2 are addressed to Ocwen Financial

Corporation, and list Ocwen Loan Servicing (collectively with Ocwen Financial Corporation

"Ocwen") as the client. By way of example only, attached as Exhibit K is a Severson invoice

directed to Ocwen. The United States Trustee is mindful of the November 21, 2012 order

approving an asset purchase agreement between the Debtors and Ocwen, ECF Doc. No. 2246,

and the potential for transition related issues. Nonetheless, Severson must specify in its fee

application whether it has received, or is seeking payment from sources other than the Debtors,

and the basis for seeking the entire fee from the estate. See Fed. R. Bankr. P. 2016(a) (requiring

a statement in the fee application "as to what payments have theretofore been made or promised

to the applicant for services rendered or to be rendered in any capacity whatsoever in connection

with the case, the source of the compensation so paid or promised . . . .").

### Duplicate Expense Entries

The United States Trustee objects to two sets of expense entries on Exhibit D to

Severson's fee application. Specifically, two entries on January 25, 2013 bearing "Bill Number

343598" for $7.50 appear to be duplicates. Also, two entries on February 11, 2013 bearing "Bill

Number 343689" for $13.79 also appear duplicates. A total of $21.29, representing one-half of

the duplicated entries, should be disallowed.

## O.    AlixPartners

AlixPartners seeks an allowance of fees in the total amount of $4,379,636.25 and

reimbursement of out-of-pocket expenses in the total amount of $22,586.38 during the Fee

Period. The United States Trustee objects to the allowance of $158,414.50 in fees for the

reasons set forth below.

### Multiple Attendees at Meetings

AlixPartners requests compensation of $144,434.50 for 196.5 hours under the billing

category "UCC Meetings." The billing records associated with this project category indicates

that regularly three or more AlixPartners personnel at the same meetings. It is unclear based on

the United States Trustee's analysis of these billing records the value provided by the multiple

attendees at these meetings. Accordingly, the United States Trustee requests that the Court

reduce AlixPartners' request under this project category by half, or approximately $72,217.00.

**Transitory Timekeepers**

A review of AlixPartners' time records indicates that three timekeepers billed less than five hours during this Fee Period.[13]  Timekeepers who work on large matters for only a few hours are often referred to as "transitory timekeepers."  See In re Jefsaba, 172 B.R. at 801 ("It is inappropriate for each new addition to the team to bill for time spent reviewing the file or otherwise familiarizing him or herself with the matter.").  Absent satisfactory explanation, the United States Trustee requests that the Court reduce AlixPartners' compensation $5,402.00, which is the amount of fees generated by the three transitory timekeepers.

**Lumped Time Entries**

AlixPartners' fee application includes various "lumped" time entries for multiple tasks without time increments for each task.  The "lumped" time entries identified in Exhibit L with the notation "lumped" total $27,513.50.  As a result of the "lumped" time entries, the United States Trustee requests that the Court reduce the fee for those services by $27,513.50.  Additionally, timekeeper "AM" billed 4.6 hours on January 16, 2013 in billing area 22 called "Forensic Investigation – Post Deconsolidation."  Such time entry is another lumped entry.  The United States Trustee, however, could not locate a timekeeper with the initials "AM" and as such could not calculate the value of such time entry.  The United States Trustee requests a reduction for the value of 4.6 hours of the hourly rate of "AM."

**Vague Time Entries**

AlixPartners' fee application includes various "vague" time entries which lack enough information and specificity to determine their reasonableness.  The "vague" time entries identified in Exhibit L with the notation "vague" total $52,309.00.  As a result of the "vague"

---

[13] The timekeepers at issue are: M. Brown, K. Lee and G. Stedman.

time entries, the United States Trustee requests that the Court reduce the fee for those services by

$52,309.00.

### Incomplete Time Entry

AlixPartners fee application includes a time entry on January 7, 2013 for 1.4 hours for

Mercedes Arango in billing area 22 called "Forensic Investigation – Post Deconsolidation"

where the description of the tasks performed is not complete and ends mid-description.  The

United States Trustee requests that the Court reduce the fees by $973.00, which is the value of

that time entry.

**P.**    **Epiq**

Epiq seeks the allowance of fees aggregating $39,644.20 and reimbursement of out-of-

pocket expenses aggregating $15,647.79 for the Fee Period.  The United States Trustee objects to

the allowance of $11,285.99 in fees for the reason set forth below.

### Fee Application  Preparation

Epiq seeks compensation of $13,268.20 under the project category "642 Fee Application

Prep and Related Issues."  The amount sought under this project category represents 33.4% of

the fees charged by Epiq during this Fee Period.  Pursuant to this Court's previous rulings with

respect to fee application costs, the maximum that Epiq was entitled to charge under this project

category was $1,982.21 (5% of $39,644.20).  See Mesa Air, 449 B.R. at 445 (finding that 3–5%

of the total fees sought for preparing fee application is a "useful metric," and 8% in that case was

"too high").  The United States Trustee objects to $11,285.99 because the fees under this project

category exceed the percentage permitted under Mesa Air.  Therefore, the United States Trustee

requests the Court reduce Epiq's fee request under this project category by $11,285.99.

**Q.**    **Kramer Levin**

Kramer levin seeks the allowance of fees aggregating $15,197,547.00 and reimbursement of out-of-pocket expenses aggregating $806,168.59 during the Fee Period.  The United States Trustee objects to the allowance of $189,202.50 and $71,950.73 in expenses for the reason set forth below.

### Law Graduate Hourly Rate Charges

During this Fee Period, Kramer Levin used the services of three law graduates that are not yet admitted to practice law in any jurisdiction.  For these individuals, Kramer Levin charged the same rate, $425.00 (Bankruptcy Department) and $560.00 (Litigation Department) per hour, as the rate charged for first year associates.  In total, these individuals billed these estate $575,986.50.00 for their services.  The hourly billing rates for these individuals should be reduced to the rate of the firm's non-attorney employees.  See Ousmane v. City of New York, No. 402648/04, 880 N.Y.S. 2d 874, 2009 WL 722294, at *11 (N.Y. Sup. 2009) (concluding that an attorney's hourly rate prior to admission to the bar cannot be the same as a fully admitted counsel and noting that while it was clear that even before the bar admission the attorney at issue possessed skills and experience far exceeding that of a typical law school graduate, "[n]evertheless, the fact remains that the [attorney]'s work done prior to his admission simply cannot be compensated at the same rate as that of a fully admitted attorney.  The integrity of our system of legal representation requires that this be the case.").  The highest rate charged for a non-attorney paraprofessional is $320 per hour.  Therefore, the United States Trustee requests that the Court reduce Kramer Levin's fees in the aggregate amount of $189,202.50.

**Overtime Meals and Car Service/Cab Fares**

Kramer Levin seeks reimbursement of "Overtime Meals/In-House" in the amount of

$12,366.86 and "Car Service/Cab Fares" in the amount of $18,135.67.  Kramer Levin has not

complied with the requirements of General Order M-447(F)(3)(ii) with respect to meal expenses

and established that the charges were for meals incurred after 8:00 p.m. or before 8:00 p.m. and

followed by one and one half hours of work.  Kramer Levin has also not complied with General

Order M-447(F)(3) regarding overtime ground transportation by establishing that the charges

were incurred after 8:00 p.m.  Kramer Levin should comply with the General Order M-447(F)(3)

prior to it being allowed its requested reimbursements meals and transportation expenses.

**Meeting Attendee Meal Expenses**

Kramer Levin seeks reimbursement of expenses for "Meetings" in the amount of

$41,448.20.  Exhibit C-2 to Kramer Levin's fee application appears to reflect meal expenses by

identifying the number of attendees, which in one instance included 206 individuals.

Nevertheless, the fee application should indicate the number and identity of the professionals

attending the meetings.  Absent such information, the United States Trustee requests that the

meal reimbursement be denied.

**R.**     **Pachulski Stang**

Pachulski Stang seeks compensation in the aggregate sum of $349,099.50 and

reimbursement of expenses of $4,055.05 during the Fee Period.  The United States Trustee

objects to fee request of $2,213 and the reimbursement of expenses in the amount of $471.70.

45

**Transitory Timekeepers**

The United States Trustee objects to the aggregate of $2,213 in fees charged by two

timekeepers who billed fewer than five hours during the Fee Period.[14]  See Jesaba, 172 B.R. at

801 ("It is inappropriate for each new addition to the team to bill for time spent reviewing the file

or otherwise familiarizing him or herself with the matter.").  Absent further information

regarding the necessity for the brief appearances by these timekeepers and the concomitant

learning curve attendant to their transitory duties, the fees should be disallowed.

**Reproduction/Scan/Copying**

Pachulski Stang seeks reimbursement of $471.70 relating to "Reproduction

Scan/Copying."  The expense records describe the reproduction as "SCAN/COPY."  Scanning

costs constitutes a cost of doing business, is firm overhead and therefore, is non-reimbursable.

Fibermark, 349 B.R. at 396–97 (concluding that, among other activities, "scanning and saving

files into the firm's computer system" is not compensable).  Unless Pachulski Stang can

demonstrate that the costs incurred under this category were actual out-of-pocket expenses paid

by the firm for copying, the United States Trustee requests that the Court reduce the applicant's

request for reimbursement of expenses by $471.70.

**S.    San Marino**

San Marino seeks the allowance of fees aggregating $43,342.50 and reimbursement of

expenses aggregating $73.32 for the Fee Period.  The United States Trustee objects to the

allowance of $12,215.39 in fees for the reason set forth below.

**Fee Application  Preparation**

Under the project category "Retention/Fee Applications," San Marino seeks

compensation of $14,332.50.  The United States Trustee's review of these time records indicates

---

[14] The timekeepers at issue are: H. Hochman, and D. Harris.

46

that the time charged incurred under this project category were exclusively for fee application

costs.  In total, the charges under this project category represent 34.0% of San Marino's charges

during this Fee Period.  In accordance with this Court's ruling in <u>Mesa Air</u>, at most, San Marino

may seek allowance of fees under this project category in the amount of $2,117.11 (5% of

$42,342.50).  <u>See</u> <u>Mesa Air</u>, 449 B.R. at 445 (finding that 3–5% of the total fees sought for

preparing fee application is a "useful metric," and 8% in that case was "too high").  Accordingly,

the United States Trustee requests the Court reduce the San Marino's fee request under this

project category by $12,215.39.

**T.**    **Silverman**

Silverman seeks the allowance of fees aggregating $315,950.00 and reimbursement of

expenses aggregating $1,613.51 for the Fee Period.  The United States Trustee objects to the

allowance of $175,790.50 in fees and $864.35 in expenses for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee objects to the fees of $1,575.00 for the two senior Silverman

partners that together billed 2.50 hours during this Fee Period.  The transitory nature of these

services raises the question of the extent of the value these timekeepers provided to the estate.

<u>See</u> <u>Jefsaba</u>, 172 B.R. at 801 ("It is inappropriate for each new addition to the team to bill for

time spent reviewing the file or otherwise familiarizing him or herself with the matter.").  Absent

satisfactory explanation, the United States Trustee requests that the Court reduce the request by

$1,575.00 related to services rendered by transitory timekeepers.

**Vague and Lumped Time Entries**

Silverman's time records include various impermissibly vague time entries.  Annexed

hereto as Exhibit M is a copy of time records marked with the annotations "V" or "V/L" to

highlight the non-compliant, vague or vague/lumped time entries.  The time entries in question

total $118,626.50.  Accordingly, the United States Trustee requests that the Court reduce the fees

for those services by $118,626.50.

### Review and Editing of Billing Invoices

Silverman seeks compensation of $10,045.00 under the project category "Fee

Applications."  Of this amount, the United States Trustee objects to $2,420.50 related to review

and revision of billing records to conform with the requirements of the Guidelines.  Annexed

hereto as Exhibit M is a copy of Silverman's time records marked with the letter "R" to highlight

the time entries that involved the impermissible review and revision of billing invoices.  See

CCT, 2010 WL 3386947, at *9 (reviewing and editing time records is not compensable).

Therefore, the United States Trustee requests that the Court reduce Silverman's compensation

under this project category by $2,420.50.

### Borrower Call Hotline

As a general matter, the United States Trustee notes that the services that Silverman

provided to the estates in its fee application narrative (borrower claim analysis, borrower class

claims analysis, borrower claims objections procedures order, borrower adversary proceedings,

communications with borrowers) do not match its project categories (asset sale, case

administration, claims administration, fee application, general, litigation, retention orders, and

settle actions).  This resulted in difficulty determining whether the services provided were

reasonable under the circumstances.

More specifically, under the project category "Case Administration," Silverman includes

the borrower communication services such as monitoring a hotline and providing information to

borrowers.  As noted above, the United States Trustee's review of the time records was hindered

48

because these services were not placed in a separate category.  As a result, it is unclear the total

costs that Silverman expended in providing these services are unclear.  In addition, Silverman

should provide additional information on the number of calls received and the number of

inquiries it answered from borrowers.  Without such categorization of time records and call log

information, the reasonableness of the borrower communications cannot be determined.

Accordingly, unless and until Silverman provides such information, the United States Trustee

requests that the Court deny the amount of the entire project category, which amounts to

$53,168.50.

### Parking/Mileage/Tolls

Silverman seeks a combined amount for parking, mileage, and tolls in the $536.55.

These expenses were not explained in Silverman's fee application.  As a result, the United States

Trustee cannot determine whether these expenses comply with this Court's statements with

respect to New York City transportation expenses.  See Hr'g Tr. 122:4-7 (Dec. 20, 2012) ("I will

not approve reimbursement for car services, taxis, or parking for travel within New York City

unless it's supported with details that show it was travel either before 8 a.m. or travel after 8 p.m.

or to or from court.").  Accordingly, absent a satisfactory explanation, the United States Trustee

requests that the Court reduce Silverman's expenses by $536.55.

### Photocopies

Silverman seeks reimbursement of $330.80 for photocopy expenses during this Fee

Period.  Silverman's expense records do not indicate the number of copies made or the rate per

copy charged to ensure compliance with the Guidelines.  See General Order M-447 at F(2)

("Photocopying shall be reimbursable at the lesser of $.10 or cost.") (emphasis added).  Unless

and until, Silverman confirms that it charged $.10 per copy, the United States Trustee requests

the Court deny the expense reimbursement in the amount of $330.80.

**U.**       **Chadbourne**

Chadbourne seeks the allowance of fees aggregating $23,771,407.50 and reimbursement

of out-of-pocket expenses aggregating $1,528,915.11 for the Fee Period.  The United States

Trustee objects to the allowance of $1,757,365.50 in fees for the reason set forth below.

**Multiple Attendees at Internal Meetings**

Chadbourne requests compensation of $1,589,330.50 under the project category

"Substantive Investigation Planning and Coordination."  The United States Trustee's review of

the time records under this project category reveals significant use of multiple attendees at

internal meetings.  By way of example only, on January 2, 2013, no fewer than seven

Chadbourne professionals attended the following meetings:

Internal Status Meeting/Call with Examiner/Post-Call Meeting:

| | | | | | |
|---|---|---|---|---|---|
| 1. | H. Siefe | 2. | M. Roitman | 3. | D. LeMay |
| 4. | R. Schwinger | 5. | M. Towers | 6. | M. Ashley |
| 7. | S. Rivera | 8. | T. McCormack | | |

Third-Party Claims Team Meeting

| | | | | | |
|---|---|---|---|---|---|
| 1. | M. Ashley | 2. | R. Kirby | 3. | S. Rivera |
| 4. | M. Cohen | 5. | P. Asnani | 6. | M. Szymanski |
| 7. | G. DiBernardi | | | | |

Report Structuring Team

| | | | | | |
|---|---|---|---|---|---|
| 1. | N. Zink | 2. | R. Kirby | 3. | M. Ashley |
| 4. | R. Ball | 5. | M. Towers | 6. | F. Vasquez |
| 7. | S. Rivera | 8. | K. McSweeny | | |

For the above meetings, Chadbourne billed the estate $19,373.00.  Also, on January 8,

2013, Chadbourne billed the estate $12,604.50 for the following meetings:

### Weekly Status Call with Mesirow

| | | | | | |
|---|---|---|---|---|---|
| 1. | S. Rivera | 2. | C. Child | 3. | M. Roitman |
| 4. | R. Schwinger | 5. | D. LeMay | 6. | T. McCormack |
| 7. | N. Zink | 8. | M. Distefano | 9. | M. Ashley |
| 10. | R. Ball | 11. | M. Towers | 12. | H. Seife |

### Third-Party Claims Team Meeting

| | | | | | |
|---|---|---|---|---|---|
| 1. | E. Miller | 2. | M. Ashley | 3. | M. Distefano |
| 4. | P. Asnani | | | | |

In another example, on January 9, 2013, the following professionals attended the meetings below:

### Call with Examiner

| | | | | | |
|---|---|---|---|---|---|
| 1. | H. Siefe | 2. | D. LeMay | 3. | T. McCormack |
| 4. | R. Schwinger | 5. | M. Roitman | 6. | M. Ashley |
| 7. | S. Rivera | 8. | M. Towers | | |

### Finance Team Meeting

| | | | | | |
|---|---|---|---|---|---|
| 1. | J. Migdal | 2. | V. Dunn | 3. | S. Berson |
| 4. | P. Kaminski | | | | |

### Third-Party Claims Team Meeting

| | | | | | |
|---|---|---|---|---|---|
| 1. | A. Coronios | 2. | P. Asnani | 3. | G. DiBernardi |
| 4. | S. Rivera | 5. | R. Kirby | 6. | M. Szymanski |
| 7. | M. Distefano | 8. | E. Daucher | 9. | M. Cohen |
| 10. | B. Dye | 11. | R. Gayda | 12. | M. Ashley |
| 13. | J. Stenger | | | | |

### Report Structuring Team

| | | | | | |
|---|---|---|---|---|---|
| 1. | M. Ashley | 2. | E. Miller | 3. | N. Zink |
| 4. | M. Towers | 5. | F. Vasquez | 6. | D. LeMay |
| 7. | R. Kirby | 8. | H. Siefe | 9. | R. Ball |
| 10. | K. McSweeny | | | | |

The above pattern continues for the remainder of the Fee Period. The United States Trustee previously objected to the use of multiple attendees under this project category in Chadbourne's second interim fee application. The United States Trustee acknowledges the broad scope of the Examiner's investigation and necessity of significant internal coordination; however, the United States Trustee requests that Chadbourne reduce its billings for the entire Fee

Period where more than three professionals charged billable time at a meeting.  In the absence of

such a reduction, the United States Trustee requests that the Court reduce the request under this

project category by $1,589,330.50.

### Law Graduate Hourly Rate Charges

During this Fee Period, Chadbourne used the services of four law graduates not yet

admitted to practice law in any jurisdiction.  For these individuals, Chadbourne charged the same

rate, $395.00 per hour, as the rate charged from first year associates.  In total, these individuals

billed these estate $961,509.00 for their services.  The hourly billing rates for these individuals

should be reduced to the rate of the firm's non-attorney employees.  See Ousmane, 2009 WL

722294, at *11 (concluding that an attorney's hourly rate prior to admission to the bar cannot be

the same as a fully admitted counsel and noting that while it was clear that even before the bar

admission the attorney at issue possessed skills and experience far exceeding that of a typical law

school graduate, "[n]evertheless, the fact remains that the [attorney]'s work done prior to his

admission simply cannot be compensated at the same rate as that of a fully admitted attorney.

The integrity of our system of legal representation requires that this be the case.").  The highest

rate charged for a non-attorney paraprofessional is $330 per hour.  Therefore, the United States

Trustee requests that the Court reduce Chadbourne's fees in the aggregate amount of

$158,223.00.

### Responding to Fee Objection

Chadbourne seeks $102,873.50 under the project category "Fee/Retention Applications."

Of this amount, the United States Trustee objects to $9,811.50 in charges relating to

Chadbourne's review and response to the United States Trustee's objection to second interim fee

application.  Attached hereto as Exhibit N is a copy of the relevant time entries marked with the

annotation "FO."  Professionals should not be compensated for responding to inquiries or

objections from the United States Trustee regarding professional fees.  <u>See</u>, <u>e.g.</u>, <u>St. Rita's</u>, 260

B.R. at 651–52 (holding that time incurred in defending fee requests is non-compensable); <u>see</u>

<u>also</u> <u>Fibermark</u>, 349 B.R. at 398 (noting that time spent defending a fee application that does not

conform to Section 330, Fed. R. Bankr. P. 2016, the UST Guidelines, or pertinent case law is not

compensable).  Accordingly, the United States Trustee requests the Court reduce the fee request

by $9,811.50.

## V.    <u>Mesirow</u>

Chadbourne seeks the allowance of fees aggregating $23,210,644.00 and reimbursement

of out-of-pocket expenses aggregating $299,682.00 for the Fee Period.  The United States

Trustee objects to the allowance of $101,968.50 in fees and $298,057.00 in expenses for the

reason set forth below.

### Review and Editing of Billing Invoices

Mesirow seeks compensation of $15,756 under the project category "Fee/Retention

Application."  Of this amount, the United States Trustee objects to $101,977.00 because the time

records indicate that such work was expended relating to reviewing, revising and/or editing the

billing records during the interim period.  A copy of the time entries annotated with an "R" are

attached as Exhibit O (the exhibit has not been filed online because certain of the time entries

may have been redacted, but copies have been provided to the Court and Mesirow).  As

discussed above, these services are overheard and thus are not compensable by the estate.  <u>See</u>

<u>CCT</u>, 2010 WL 3386947, at *9 (reviewing and editing time records is not compensable).

Therefore, the United States Trustee requests that the Court reduce Mesirow' compensation in

this project category by $101,968.50.

**Identical Entries for Calls and Meetings**

Across several project categories, it appears that Mesirow personnel use a single identical

description and time duration for each participant of a call or meeting.  These identical

descriptions raise the following questions:  (i) whether each timekeeper personally enters the

identical time entry description and duration or whether staff personnel expand upon the original

time entry with appropriate changes; and (ii) if the identical entry is not personally entered by the

timekeeper, what procedure exists to verify whether a participant has not stayed for the entire

duration of a call or ameeting?  By way of example only, the chart below depicts a typical

duplicate entry:

| Timekeeper | Date | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Bourgeois, J. | 1/2/2013 | Substantive Investigation Planning and Coordination | Call with M. Knoll, B. Lacativo, D. Rychalsky, K. McColgan, K. Mathieu and R. Hughes (all of MFC) on analysis of strategic and economic factors surrounding consideration of bankruptcy filing and other alternatives in August 2011 forward. | 0.7 | $655.00 | $458.50 |
| Hughes, R. | 1/2/2013 | Substantive Investigation Planning and Coordination | Call with M. Knoll, B. Lacativo, D. Rychalsky, K. McColgan, K. Mathieu and J. Bourgeois (all of MFC) on analysis of strategic and economic factors surrounding consideration of bankruptcy filing and other alternatives in August 2011 forward. | 0.7 | $695.00 | $486.50 |
| Knoll, M. | 1/2/2013 | Substantive Investigation Planning and Coordination | Call with R. Hughes, B. Lacativo, D. Rychalsky, K. McColgan, K. Mathieu and J. Bourgeois (all of MFC) on analysis of strategic and economic factors surrounding consideration of bankruptcy filing and other alternatives in August 2011 forward. | 0.7 | $895.00 | $626.50 |
| Lacativo, B. | 1/2/2013 | Substantive Investigation Planning and Coordination | Call with M. Knoll, R. Hughes, D. Rychalsky, K. McColgan, K. Mathieu and J. Bourgeois (all of MFC) on analysis of strategic and economic factors surrounding consideration of bankruptcy filing and other alternatives in August 2011 forward. | 0.7 | $895.00 | $626.50 |

| Mathieu, K. | 1/2/2013 | Substantive Investigation Planning and Coordination | Call with R. Hughes, B. Lacativo, D. Rychalsky, K. McColgan, M. Knoll and J. Bourgeois (all of MFC) on analysis of strategic and economic factors surrounding consideration of bankruptcy filing and other alternatives in August 2011 forward. | 0.7 | $855.00 | $598.50 |
| McColgan, K. | 1/2/2013 | Substantive Investigation Planning and Coordination | Call with M. Knoll, R. Hughes, B. Lacativo, D. Rychalsky, K. Mathieu and J. Bourgeois (all of MFC) on analysis of strategic and economic factors surrounding consideration of bankruptcy filing and other alternatives in August 2011 forward. | 0.7 | $855.00 | $598.50 |
| Rychalsky, D. | 1/2/2013 | Substantive Investigation Planning and Coordination | Call with M. Knoll, R. Hughes, B. Lacativo, K. McColgan, K. Mathieu and J. Bourgeois (all of MFC) on analysis of strategic and economic factors surrounding consideration of bankruptcy filing and other alternatives in August 2011 forward. | 0.7 | $655.00 | $458.50 |

The United States Trustee requests explanation of the manner in which time entries for calls and meetings attended by multiple timekeepers are recorded and reserves the right to request changes to the procedure or adjustments if appropriate.

**Meal and Ground Transportation Expenses**

Mesirow seeks expense reimbursement for meals in the amount of $24,170.00 and for ground transportation in the amount of $42,940.00.  Mesirow has not complied with the requirements of  General Order M-447(F)(3)(ii) with respect to meal expenses and established that the charges were for meals incurred after 8:00 p.m. or before 8:00 p.m. and followed by one and one half hours of work.  Mesirow has also not complied with General Order M-447(F)(3) regarding overtime ground transportation by establishing that the charges were incurred after 8:00 p.m.  After Mesirow has established compliance with General Order M-447(F)(3), it should further reduce its meal and ground transportation expense for the reasons set forth below.

The United States Trustee have reviewed each expense request for meals and ground transportation for eight of the timekeepers.  As set forth in the attached Exhibit O (the exhibit has not been filed online because it may include non-redacted time entries), the United States Trustee

objects to the request for reimbursement of expenses for meals and ground transportation where

the timekeeper has billed less than 4 hours per day (including circumstances where the meals

were for individuals who did not bill any services on the day the meal expense was charged)  and

where the timekeeper seeks transportation costs from commuting from home to the office.

Exhibit O identifies each request for reimbursement of meal expenses on behalf of individuals

who billed less than four hours on the day the reimbursement was requested, including 13

instances where the individuals (Blake, Crisman, Boyer, Fish, Fulson (not a timekeeper), Han,

Jones, Martin, Pititto (not a timekeeper)) did not record any time entries on that day.  A reduction

of $20.00 for each unjustified request for meal expense reimbursement would result in a

reduction of $739.00.  Exhibit O also identifies one instance where the timekeeper recorded no

time entries and incurred a transportation expense of $8.00, one instance where the timekeeper

billed 3.3 hours and incurred a transportation expense of $9.00, and four instances where the

timekeeper sought reimbursement for travel from home to the office.  The unjustified request for

transportation reimbursement results in a reduction of $108.00.

        As noted above, the United States Trustee was only able to conduct an examination of a

sample of the timekeepers and managed to review the expenses of eight of the timekeepers.

Based on the examination of the sampling of meal expenses conducted, assuming that Mesirow

establishes compliance with the General Order M-447(F)(3) 8:00 p.m. restrictions, the United

States Trustee recommends that the meal expense be reduced by 25% (a reduction of $6,042.50)

or the actual reduction based on the examination of each of the requests for reimbursement of

meal expenses.  Once again assuming compliance with the 8:00 p.m. restriction pursuant to

General Order M-447(F)(3), the United States Trustee recommends that the Ground

Transportation expenses be reduced by 5% (a reduction of $2,147.00) or the actual reduction based on the examination of each of requests for reimbursement of transportation expenses.

### Air and Lodging Expenses

Mesirow requests reimbursement of expenses for "Air" travel in the amount of $98,365.00 and "Lodging" in the amount of $132,582.00.  A significant portion of the expenses are for travel and lodging by Mesirow personnel located in cities such as Chicago, Miami, Ft. Lauderdale, Boston, Atlanta, Dallas, Washington, D.C., Los Angeles, and Las Vegas.  Mesirow's use of personnel in other cities is within the discretion of the firm and should not be borne by the estate absent a satisfactory explanation.  Exhibit O includes a list of the travel expenses accompanied by the corresponding time entries for the traveler.  While Mesirow's attendance at witness interviews might be justified, the time entries should establish the need for the related travel.  In many cases, the time entries do not support the necessity of the travel expenses.  The United States Trustee objects to the reimbursement of Air travel and Lodging expenses without further justification.

## W.    Wolf Haldenstein

Wolf Haldenstein seeks the allowance of fees aggregating $77,787.00 and reimbursement of out-of-pocket expenses aggregating $1,623.006 for the Fee Period.  The United States Trustee objects to the allowance of $4,318.65 in fees for the reason set forth below.

### Fee Application  Preparation

Wolf Haldenstein seeks compensation of $8,748.00 under the project category "Fee and Retention Applications."  A review of the time records under this category indicates that the time charges are for monthly fee statement and fee application preparation, except for a one-hour $540.00 charge for attending a court hearing.   The resulting charge of $8,208.00 represents

10.55% of the entire fee request of $77,787 for this Fee Period.  In accordance with this Court's

ruling in <u>Mesa Air</u>, at most, Wolf Haldenstein may seek allowance of fees under this project

category in the amount of $3,889.35 (5% of $77,787.00).  <u>See</u> <u>Mesa Air</u>, 449 B.R. at 445

(finding that 3–5% of the total fees sought for preparing fee application is a "useful metric," and

8% in that case was "too high").  Accordingly, the United States Trustee requests the Court

reduce Wolf Haldenstein's fee request by $4,318.65.

## V.  CONCLUSION

WHEREFORE, the United States Trustee respectfully submits that the Court enter an

order (i) reducing the fees allowed to the Retained Professionals by the amounts set forth herein,

(ii) directing the Retained Professionals to supplement the Applications as set forth herein, (iii)

reducing the reimbursement of expenses to the Retained Professionals by the amounts set forth

herein, and (iv) granting such other relief as is just.

Dated: New York, New York
     August 28, 2013                          Respectfully submitted,

                                              TRACY HOPE DAVIS
                                            UNITED STATES TRUSTEE

By:     */s/ Brian S. Masumoto*
            Brian S. Masumoto
            Michael T. Driscoll
            Eric J. Small
            Trial Attorneys
            Office of the United States Trustee
            U.S. Federal Office Building
            201 Varick Street, Suite 1006
            New York, NY 10014
            Tel. No. (212) 510-0500

# EXHIBIT A



L⅂ BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0808-301970

INVOICE #   841559

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0808-301970
      TC # 736468

PROFESSIONAL SERVICES

| 01/04/13 | GEG | Begin initial review of case and e-mail to J.Scoliard regarding same | L120 | .50 hrs |
| 01/07/13 | GEG | Work on review of deadline issues, etc. | L120 | .50 hrs |
| 01/07/13 | SS | Telephone conference with clerk of court regarding response deadline | L120 | .20 hrs |
| 01/07/13 | SS | Research regarding response deadline | L120 | 1.00 hrs |
| 01/07/13 | SS | Review file | L120 | .50 hrs |
| 01/08/13 | SS | Research law on bankruptcy disclaimers | L120 | .80 hrs |
| 01/08/13 | SS | Review complaint and analyze legal issues | L120 | 1.00 hrs |
| 01/08/13 | GEG | E-mails to and from J.Scoliard regarding initial conference on case and need call history | L120 | .30 hrs |
| 01/08/13 | GEG | Research regarding language in GMAC letters regarding no demand if borrower is in bankruptcy | L120 | 1.80 hrs |
| 01/08/13 | GEG | Review motion for sanctions and attachments (mainly various letters from GMAC) | L120 | .50 hrs |
| 01/08/13 | GEG | Review bankruptcy case pleadings (confirmation order, proof of claim, plan, final decree, etc.) | L120 | 1.80 hrs |

*E*
*V*

*V*



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
APRIL 30, 2013

0R0808-301970

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Time |
|------|------|-------------|------|------|
| 02/28/13 | SS | File motion to continue | L120 | .30 hrs |
| 03/04/13 | GEG | E-mail to GMAC folks regarding continuance of hearing on motion for sanctions and any word on counteroffer authority | L120 | .40 hrs |
| 03/04/13 | SS | Correspondence with GMAC team | L120 | .20 hrs |
| 03/05/13 | GEG | E-mails from and to B.Smith regarding needing bankruptcy court approval for settlement | L120 | .20 hrs |
| 03/06/13 | GEG | Voice mails from and to B.Smith regarding counteroffer | L120 | .10 hrs |
| 03/06/13 | GEG | Phone conference with B.Smith regarding counteroffer | L120 | .10 hrs |
| 03/06/13 | GEG | Work on issues related to settlement discussions | L160 | .20 hrs |
| 03/08/13 | GEG | Phone conference with borrower's attorney regarding credit report and e-mail from same regarding same | L120 | .30 hrs |
| 03/09/13 | GEG | Work on review of case law regarding credit reporting and discharge violation, etc. | L120 | .50 hrs |
| 03/11/13 | GEG | Phone conference with J.Scoliard regarding status | L120 | .10 hrs |
| 03/11/13 | GEG | Work on draft letter to borrower's counsel justifying settlement offer and distinguishing case borrower is primarily relying on | L120 | 1.90 hrs |

√



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0809-301001

INVOICE #  865963

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0R0809-301001
     TC # 728122

PROFESSIONAL SERVICES

| 02/01/13 | JAM | Pull online docket and review for recent case activity and analyze to review recently docketed pleadings and case activity | L120 | .10 hrs |
| 02/04/13 | JDV | Draft status report for client | L190 | .10 hrs |
| 02/17/13 | MPE | Review of case to confirm assignment to the estate. | L110 | .10 hrs |
| 03/03/13 | JDV | Draft status update for client | L190 | .20 hrs |
| 04/04/13 | ERP | Review online docket for recent case activity and review for recently docketed pleadings | L120 | .30 hrs |

*E*

TOTAL FEES FOR THIS MATTER          $159.80

BILLING SUMMARY

| Jamie Mathews | .10 hrs | 150.00 /hr | 15.00 |
| Emily R. Powell | .30 hrs | 163.00 /hr | 48.90 |
| Jose D. Vega | .30 hrs | 264.00 /hr | 79.20 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

| TOTAL FEES | 0.80 hrs | | $159.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0809-301004

INVOICE #   841375

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0809-301004
      TC # 729386

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/01/13 | MSW | Draft status report for client. | L120 | .10 hrs |
| 01/16/13 | LADA | Review docket and filings confirming matter is stayed pursuant to bankruptcy filing | L190 | .40 hrs *E* |
| 01/30/13 | MSW | Draft status report for client. | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $124.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |

| TOTAL FEES | 0.60 hrs | | $124.00 |
|---|---|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$124.00** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0R0809-301008

INVOICE #  841381

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0R0809-301008
      TC # 730145

PROFESSIONAL SERVICES

01/18/13  LADA Review docket and filings confirming       L190      .40 hrs  $\mathcal{E}$
          matter is stayed pursuant to bankruptcy
          filing

          TOTAL FEES FOR THIS MATTER                                 $63.20

BILLING SUMMARY

    Lucinda Kish                 .40 hrs   158.00 /hr       63.20

TOTAL FEES                     0.40 hrs                   $63.20

**TOTAL CHARGES FOR THIS INVOICE**                       **$63.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0R0809-301008

INVOICE #   865969

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:   0R0809-301008
      TC # 730145

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/01/13 | CSM | Draft case status report | L110 | .10 hrs |
| 02/18/13 | LADA | Analysis of current docket for evidence of additional filings and confirmation of current status of bankruptcy stay | L190 | .50 hrs  *E* |
| 03/14/13 | MCG | Review case status and strategy for going forward | L120 | .20 hrs |
| 03/27/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 03/28/13 | LADA | Review of docket regarding status of case under bankruptcy stay | L190 | .40 hrs  *E* |

TOTAL FEES FOR THIS MATTER                          $270.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Cory S. Menees | .20 hrs | 295.00 /hr | 59.00 |
| Lucinda Kish | .90 hrs | 158.00 /hr | 142.20 |

TOTAL FEES              1.30 hrs              $270.80

**TOTAL CHARGES FOR THIS INVOICE**              **$270.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
MARCH 27, 2013

0G2013-301077

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 01/14/13 | GEG | Phone conference with J.Scoliard regarding issues with individual defendants in lawsuit | L120 | .20 hrs | |
| 01/15/13 | GEG | Receive and review court mail | L120 | .10 hrs | |
| 01/16/13 | GEG | Receive and review court mail (notices of hearing in adversary proceeding) | L120 | .10 hrs | |
| 01/16/13 | JW | Review and calendar hearing date on motion to dismiss | L120 | .20 hrs | |
| 01/18/13 | JW | E-mails to and from G.Glover regarding hearing dates, charts for of documents, research on automatic stay violation claims from a previously filed bankruptcy, and redaction rules and issues | L120 | .40 hrs | |
| 01/18/13 | JW | Review documents for chart needed for organizing strategy for hearing on the Show Cause motion and to determine needed documents | L120 | .80 hrs | |
| 01/18/13 | JW | Draft a chart for G.Glover regarding documents on file and needed for organizing strategy for the hearing on the Show Cause Motion | L120 | .60 hrs | |
| 01/18/13 | JW | Research cases regarding the survival of automatic stay violation claims after dismissal of the bankruptcy case, as well as bankruptcy courts' jurisdiction to hear such claims | L120 | 3.00 hrs | |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
MARCH 27, 2013

0G2013-301077

FED ID NO. 63-0243316

| 01/18/13 | GEG | Receive and review court mail (notice of hearing on motion to show cause) and e-mails from and to J.Scoliard regarding same | L120 | .20 hrs |
| 01/18/13 | GEG | Work on review of pleadings and loan documents vis-a-vis preparing for upcoming hearing on motion to show cause | L120 | .40 hrs |
| 01/21/13 | GEG | Receive and review court mail (various) | L120 | .10 hrs |
| 01/21/13 | JW | Research stay violation claim when underlying bankruptcy case has been dismissed | L120 | .30 hrs |
| 01/22/13 | JW | Conference call with J.Scoliard and G.Glover regarding needed documents and contacting Pite Duncan | L120 | .30 hrs |
| 01/22/13 | JW | E-mails to and from G.Glover and Pite Duncan regarding conference call | L120 | .10 hrs |
| 01/22/13 | GEG | Prepare for phone conference with J.Scoliard | L120 | .20 hrs |
| 01/22/13 | GEG | Phone conference with J.Scoliard | L120 | .10 hrs |
| 01/22/13 | GEG | E-mails to and from bankruptcy and foreclosure counsel regarding borrower's allegations | L120 | .20 hrs |
| 01/22/13 | GEG | Review various issues associated with upcoming hearings on motions to dismiss and responses to motion for order to show cause | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
MARCH 27, 2013

0G2013-301077

FED ID NO. 63-0243316

| 01/23/13 | GEG | Prepare for phone conference with Pite Duncan attorney | L120 | .20 hrs | √ |
| 01/23/13 | GEG | Phone conference with Pite Duncan attorney regarding foreclosure | L120 | .30 hrs | |
| 01/23/13 | GEG | Work on various issues related to upcoming hearing | L120 | .20 hrs | √ |
| 01/23/13 | JW | Conference call with G.Glover and Pite Duncan regarding foreclosure | L120 | .70 hrs | |
| 01/24/13 | KAK | Electronically file pro hac vice motions | L210 | .30 hrs | |
| 01/24/13 | GEG | E-mails from and to ETS contacts and voice mail to same regarding borrower's allegations | L120 | .20 hrs | |
| 01/24/13 | GEG | Receive and review court mail and further analysis of borrower's stay violation claims | L120 | .10 hrs | |
| 01/28/13 | GEG | Receive and review court mail and e-mail to E.Jimenez regarding same | L120 | .10 hrs | √ |
| 01/29/13 | JW | Conference call with M.Revalo at ETS Services regarding facts for upcoming hearing | L120 | 1.00 hrs | |
| 01/29/13 | JW | Communicate with counsel for other defendants regarding facts for upcoming hearing | L120 | .60 hrs | |
| 01/29/13 | GEG | Work on review of various issues at upcoming hearing in Texas and receive report from New York main bankruptcy case hearing on another adversary proceeding | L120 | .20 hrs | |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2013-301077

INVOICE #  866158

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2013-301077
     TC # 734856

PROFESSIONAL SERVICES

| 02/01/13 | GEG | Review court mail (order to take default) and e-mails from and to counsel for co-defendant regarding upcoming trial | L120 | .10 hrs |
|---|---|---|---|---|
| 02/04/13 | JW | Review docket and update deadlines and hearings | L120 | .10 hrs |
| 02/05/13 | GEG | Preparation for upcoming hearing in Texas | L120 | .40 hrs |
| 02/06/13 | JW | Revise assesment to client | L120 | .80 hrs |
| 02/08/13 | JW | Update status report to client | L120 | .20 hrs |
| 02/08/13 | GEG | Work on various issues relating to upcoming hearing on motion to dismiss and motion to show cause | L120 | .10 hrs |
| 02/14/13 | JW | Review docket and filings regarding telephone appearance at hearing on motion to dismiss | L120 | .10 hrs |
| 02/15/13 | JW | Prepare for hearing regarding motion to dismiss on February 19, 2013 | L120 | 2.30 hrs |
| 02/15/13 | JW | Review file and documents for hearing on February 19, 2013 | L120 | 2.00 hrs |
| 02/15/13 | JW | Conference call with E.Jiminez regarding hearing on February 19, 2013 | L120 | .80 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/17/13 | DBO | Teleconference with client regarding outstanding NJ issues including NJ invoices and provided detailed correspondence of judicial magistrate's duties and obligations to client | L120 | 1.60 hrs |
| 01/17/13 | CSM | Communicate with client regarding form of substitution of trustee used by North Carolina foreclosure counsel | P280 | .90 hrs |
| 01/17/13 | ACA | Worked on escrow mortgage insurance P&P. | C300 | 1.00 hrs |
| 01/17/13 | LSDR | Review and respond to Fannie Mae issues | L120 | 1.30 hrs |
| 01/17/13 | DBO | Correspondence with A.Fleitas regarding borrower objections and resolving same and teleconferences with objecting borrowers related to NJ OTSC | L120 | 1.10 hrs |
| 01/17/13 | JW | Teleconference with New Jersey post-judgment Certification of Proof completion | L120 | .50 hrs |
| 01/17/13 | CSM | Emails with client regarding Florida form of affidavit of indebtedness used in cases in which mortgage note is lost | C400 | .30 hrs |
| 01/17/13 | LSDR | Review and respond to question regarding fee recoverability procedures | L120 | .30 hrs |
| 01/17/13 | DBO | Correspondence and teleconference with client and E.Dauber regarding NJ order to show cause and invoices regarding same | L120 | .70 hrs |

V, L



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    17
MARCH 27, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| 01/17/13 | DBO | Correspondence with S.Boriskin at BHPP regarding affidavits being sent to wrong firm, expect same, and to ensure they are filed immediately | L120 | .40 hrs |
| 01/17/13 | CSM | Emails with client and Ohio foreclosure firm regarding rationale for client request to delay sale | P280 | .30 hrs |
| 01/17/13 | CSM | Review form lost note affidavits and revise Florida form of affidavit of indebtedness used in cases in which mortgage note is lost | P280 | .80 hrs |
| 01/18/13 | CSM | Emails with client and Ohio foreclosure counsel regarding strategy for resolving case following denial of motion to affirm judgment supported by possibly defective affidavit | P280 | .20 hrs |
| 01/18/13 | LSDR | Review and comment on updated REO department procedures | L120 | .70 hrs |
| 01/18/13 | LSDR | Continue to review and respond to Fannie Mae issues | L120 | 2.20 hrs |
| 01/18/13 | FWA | Review issue related to GSE requirements and draft response to same | L190 | 1.70 hrs |
| 01/18/13 | FWA | Confer with client re: upcoming sale and remediation of file | L190 | .40 hrs |
| 01/18/13 | JW | Review combined translations of California Notices of Sale and Default | L210 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    29
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | MPE | Broward County former D.Stern files: Review 29 Notices of Dismissal for Lack of Prosecution for former D.Stern cases to determine current status of case and assigned counsel. | L110 | 1.10 hrs |
| 01/30/13 | MPE | Broward County former D.Stern file research docket to compare status with the public records and submit case to P.Stokes and recommend case dismissal. | L110 | .40 hrs |
| 01/30/13 | MPE | Broward County former D.Stern file research docket to compare status with the public records and submit case to P.Stokes and recommend case dismissal. | L110 | .40 hrs |
| 01/30/13 | DCL | Respond to GMACM's Vermont foreclosure counsel's inquiry regarding management of REO | L120 | .30 hrs |
| 01/30/13 | JW | Research regarding borrower objections to Order to Show Cause process | L110 | 1.50 hrs |
| 01/30/13 | ACA | Worked on escrow and foreclosure P&P revisions. | C300 | 4.30 hrs |
| 01/30/13 | JRK | Update log of borrowers who have contacted BABC as a result of the New Jersey Order to Show Cause and determine if they qualify as an objector | L120 | .20 hrs |
| 01/30/13 | JRK | Research any objections to the automatic stay in New Jersey and objections as a result of bankruptcy protection | L120 | 2.40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    30
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01/30/13 | EL | Review of responses in multi-state survey chart regarding whether a foreclosure must be restarted due to the substitution of the plaintiff as a result of a change in ownership of the underlying obligation; follow-up on certain issues in non-judicial foreclosure states | L120 | 1.00 hrs |
| 01/30/13 | DBO | Teleconference with client regarding NJ OTSC and objections | L120 | .50 hrs |
| 01/30/13 | LSDR | Continue to review and analyze escrow MI submission 2 procedures | L120 | 1.80 hrs |
| 01/31/13 | EL | Finalize multi-state survey chart regarding whether a foreclosure must be restarted due to the substitution of the plaintiff as a result of a change in ownership of the underlying obligation | L120 | 1.00 hrs |
| 01/31/13 | FWA | Review client request related to endorsement language and consider response to same | L190 | .30 hrs |
| 01/31/13 | RLB | Review and analyze bankruptcy issues | B410 | .50 hrs |
| 01/31/13 | CC | Review and analyze questions regarding use of proper words in foreclosure deed to identify trust name and series | L120 | .50 hrs |
| 01/31/13 | EL | Conference call with W.Allen, J.Bushby, B.Northrup-Day, C.Adams, and F.Madden regarding revisions to foreclosure file review templates | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    31
MARCH 27, 2013

0R0802-301160

FED ID NO. 63-0243316

| 01/31/13 | ACA | Reviewed, revised and sent out comments on various foreclosure P&P. | C300 | 2.50 hrs |
| 01/31/13 | JW | Research regarding borrower objections to Order to Show Cause process | L110 | 9.80 hrs |
| 01/31/13 | DCL | Analyze remediation options for Madison County (NY) proceeding | L120 | .70 hrs |
| 01/31/13 | DBO | Contacted multiple borrowers who had called regarding OTSC package in NJ | L120 | 2.20 hrs |
| 01/31/13 | DBO | Completed and forwarded survey of restart states and substitution of plaintiff chart to client | L120 | 1.10 hrs |
| 01/31/13 | ACRA | Review and analyze california law regarding issues involving the release of liens after a mortgage is satisfied | L120 | 2.20 hrs |

TOTAL FEES FOR THIS MATTER                    $88,341.90

BILLING SUMMARY

| Stuart J. Frentz | 1.00 hrs | 396.00 /hr | 396.00 |
| Phillip J. Carroll | .30 hrs | 365.00 /hr | 109.50 |
| Paige M. Boshell | .60 hrs | 352.00 /hr | 211.20 |
| Jay R. Bender | 2.20 hrs | 409.00 /hr | 899.80 |
| Lesley Smith DeRamus | 31.40 hrs | 352.00 /hr | 11,052.80 |
| Wendell Allen | 17.00 hrs | 378.00 /hr | 6,426.00 |
| Thomas A. Roberts, Jr. | .80 hrs | 321.00 /hr | 256.80 |
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| D. Brian O'Dell | 54.20 hrs | 383.00 /hr | 20,758.60 |
| Ann Cargile | 24.40 hrs | 387.00 /hr | 9,442.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| 02/05/13 | JWCO | Review Ohio foreclosure law to update and streamline client's sate foreclosure compliance template | C200 | 3.00 hrs |
| 02/05/13 | ASK | Conduct 50 state research on fee requirements and restrictions regarding assumption fees, property inspection fees, and modification fees. | C300 | 7.50 hrs |
| 02/05/13 | CSM | Communicate with foreclosure firms in Oregon and Idaho regarding standardization of affidavits | P280 | .50 hrs |
| 02/05/13 | KTM | GMAC Project Discussion regarding State-Specific Compliance Templates | L110 | .50 hrs |
| 02/05/13 | DBO | Teleconference with client regarding NJ OTSC process and whether servicing transfers will impact same | L120 | .50 hrs |
| 02/05/13 | DBO | Correspondence and teleconference with client related to unrecorded AOMs in FL | L120 | .70 hrs |
| 02/06/13 | ACA | Reviewed, revised and approved various foreclosure policies and procedures. | C300 | 3.00 hrs |
| 02/06/13 | LSDR | Review and analyze final revisions to foreclosure procedures for publication in online manual | L120 | 1.80 hrs |
| 02/06/13 | MCM | Study chart analyzing proposed fees and draft memo analyzing permissibility of fees under state law and AG settlement servicing standards | L120 | 5.50 hrs |

V/L



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
APRIL 30, 2013

0R0802-301160

FED ID NO. 63-0243316

| 02/06/13 | ASK | Conduct 50 state research on assumption fees, appraisal fees, property inspection fees, broker price opinion fees, subordination fees, modification fees, and agent payment fees to determine state specific requirements and restrictions for updating and revising proposed fee schedule. | C300 | 11.30 hrs |
| 02/06/13 | CSM | Review and revise form of Oregon affidavit of indebtedness suggested by foreclosure counsel | P280 | .50 hrs |
| 02/06/13 | CSM | Communicate with client and Oregon and Hawaii foreclosure counsel regarding standardization of affidavits | P280 | 1.10 hrs |
| 02/06/13 | JRK | Provide client an update on the status of the note issue with regards to Codilis and whether or not an original note needs to be mailed | L120 | .50 hrs |
| 02/06/13 | JW | Research borrower objections | L210 | .30 hrs |
| 02/06/13 | JW | Draft responses to borrower objections | L210 | .70 hrs |
| 02/06/13 | JWCO | Review client provided template on Ohio foreclosure procedure to identify ways to streamline by removing non-essential items from the checklist | C200 | 3.00 hrs |
| 02/06/13 | DBO | Correspondence with client relating to servicing transfer and how that may affect NJ OTSC and discussion of NJ Complaint Certification | L120 | .70 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301147

INVOICE # 852982

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:    0G2012-301147
       TC # 712846

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/04/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs |
| 01/22/13 | JAM | Conference with R.Vann regarding status of litigation | L120 | .20 hrs |
| 01/22/13 | JAM | Conference with R.Vann regarding hearing | L230 | .10 hrs |
| 01/22/13 | JAM | Draft proposed Order on Motion for Summary Judgment | L210 | .20 hrs |
| 01/25/13 | AHC | Review pleadings and assemble hearing notebook in preparation for hearing on Motion to Dismiss | L240 | .80 hrs |

TOTAL FEES FOR THIS MATTER                          $246.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .80 hrs | 158.00 /hr | 126.40 |
| Jamie Mathews | .80 hrs | 150.00 /hr | 120.00 |

TOTAL FEES                 1.60 hrs                    $246.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

APRIL 30, 2013
0G2012-301147

INVOICE #  866063

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 04/30/13

Re:  0G2012-301147
     TC # 712846

PROFESSIONAL SERVICES

| 02/01/13 | RV | Draft memorandum to client with update on interest and escrow delinquency information submitted to opposing counsel | L120 | .10 hrs |
| 02/01/13 | RV | Phone conference with client regarding his discussions with witness, his unavailability, and his remaining questions as to his insurance and loan amount | L120 | .30 hrs |
| 02/01/13 | RV | Draft status report for January 2013 for the client | L190 | .20 hrs |
| 02/04/13 | ERP | Retrieve and review docket | L120 | .20 hrs |
| 02/04/13 | JAM | Access online docket and review for recent case activity and review for recently docketed pleadings and case activity | L120 | .20 hrs |
| 02/04/13 | RV | Review and analyze court docket information for recent filing activity and current status of the case | L120 | .10 hrs |
| 02/05/13 | ERP | Review client documents for property value and unpaid principle balance | L120 | .30 hrs |
| 02/06/13 | HTC | Review and revise settlement agreement | L160 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

MARCH 27, 2013
0G2012-301164

INVOICE #  841639

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:  0G2012-301164
     TC # 720310

PROFESSIONAL SERVICES

| 01/01/13 | KSA | Draft and submit status report | L120 | .10 hrs |
|---|---|---|---|---|
| 01/02/13 | KSA | Review documents in preparation for motion for new trial | L250 | .60 hrs |
| 01/02/13 | MST | Review and analyze Plaintiff's Motions with extensive evidence and exhibits and prepare hearing notebook | L140 | 2.10 hrs |
| 01/03/13 | MST | Prepare working copies of 4 proposed orders regarding motions for judge's convenience at hearing | L140 | .20 hrs |
| 01/03/13 | KSA | Prepare for and attend hearing regarding plaintiff's motion to vacate summary judgment and obtain denial of motion | L250 | 6.60 hrs |
| 01/04/13 | MST | Receive and review final order denying plaintiff's motion and prepare file for closing | L110 | .30 hrs |
| 01/22/13 | GP | Review and analyze new pleadings | L120 | .70 hrs |
| 01/22/13 | KSA | Review notice of appeal and email and telephone correspondence with P.Stokes regarding appeal and bankruptcy situation | L120 | .40 hrs |
| 01/22/13 | MJA | Initial review of new Texas appeal documents | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,714.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              MARCH 27, 2013
1100 Virginia Drive                                 0G2013-301028
Fort Washington, PA 19034
                                                    INVOICE #  862943
                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

Re:   0G2013-301028
      TC # 725401

PROFESSIONAL SERVICES

| 01/03/13 | JAM | Multiple emails with Court regarding final issues with scheduling hearing | L230 | .40 hrs | ✓ |
| 01/03/13 | JAM | Revise Notice of Hearing | L210 | .20 hrs | ✓ |
| 01/03/13 | JAM | Draft correspondence to Clerk enclosing Notice of Hearing for docketing | L210 | .20 hrs | ✓ |
| 01/08/13 | JAM | Email correspondence with C.Haynes regarding hearing | L230 | .10 hrs | ✓ |
| 01/08/13 | JAM | Access and analyze current case Access online docket and review for recent case activity from court website to review recently docketed pleadings and case activity | L120 | .30 hrs | ✓ |
| 01/09/13 | JAM | Email correspondence with Lake County Senior Foreclosure Specialist regarding scheduling hearing | L230 | .20 hrs | ✓ |
| 01/09/13 | JAM | Conference with R.Robichaux regarding status of hearing | L230 | .20 hrs | ✓ |
| 01/09/13 | RPR | Update case status | B110 | .20 hrs | |
| 01/10/13 | RPR | Analyze strategy for dismissing counterclaim | L120 | .30 hrs | |
| 01/10/13 | JAM | Email correspondence to Judicial Assistant regarding hearing dates | L230 | .20 hrs | |

# EXHIBIT B

# CARPENTER LIPPS & LELAND LLP

280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
Federal ID # 31-1401115

February 27, 2013

Billed through  01/31/2013
Invoice #   53231      JAL
Our file #  096  01011

Tammy Hamzephour
Residential Capital, LLC
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

Re:  Emily Bradac
Matter No.:  690339

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 01/03/2013 | AMP | Review e-mails from client regarding line of credit issues. | L120 | 0.20 | hrs |
| 01/03/2013 | AMP | Conference with Ms. Cadieux regarding line of credit issues. | L120 | 0.20 | hrs |
| 01/03/2013 | AMP | Review materials from client. | L320 | 0.30 | hrs |
| 01/03/2013 | KMC | Review payment history for line of credit to determine if properly applied. | L110 | 0.40 | hrs |
| 01/04/2013 | KMC | Review e-mail from Ms. McGinnis (Residential Capital) regarding amounts overdue on both of borrowers' accounts. | L110 | 0.20 | hrs |
| 01/04/2013 | KMC | Review payment histories for both of borrowers' accounts. | L110 | 0.40 | hrs |
| 01/07/2013 | AMP | Review notice of rulings of Court on motion to substitute, motion to compel, and motions for summary judgment. | L210 | 0.40 | hrs |
| 01/07/2013 | AMP | Conferences with Mr. Sechler and Ms. Cadieux regarding notice of rulings of Court on motion to substitute, motion to compel, and motions for summary judgment. | L210 | 1.10 | hrs |

096   01011                                          Invoice # 53231            Page 2

| | | | | | |
|---|---|---|---|---|---|
| 01/07/2013 | AMP | Draft e-mails with client regarding notice of rulings of Court on motion to substitute, motion to compel, and motions for summary judgment. | L210 | 0.70 hrs | |
| 01/07/2013 | AMP | Telephone conference with client regarding notice of rulings of Court on motion to substitute, motion to compel, and motions for summary judgment. | L210 | 0.20 hrs | |
| 01/07/2013 | DAW | Review Court orders regarding rulings on motions. | L120 | 0.20 hrs | √ |
| 01/07/2013 | DAW | Conference with Ms. Paul-Whitfield regarding Court orders concerning rulings on motions. | L120 | 0.20 hrs | √ |
| 01/07/2013 | JAL | Review recent decisions. (.20) Conference with Mr. Wallace regarding case status. (.10) | L120 | 0.30 hrs | √ |
| 01/07/2013 | KMC | Review order granting motion to substitute RFC for previous noteholder. | L210 | 0.10 hrs | |
| 01/07/2013 | KMC | Review order granting summary judgment on all borrower's counterclaims except break of contract claim. | L210 | 0.20 hrs | |
| 01/07/2013 | KMC | Review order regarding borrower's motion to compel. | L210 | 0.10 hrs | |
| 01/07/2013 | KMC | Review e-mail correspondence regarding Court's rulings on pending motions. | L110 | 0.30 hrs | √ |
| 01/08/2013 | AMP | Attention to preparing for (.30) and participating in conference call with client regarding Court decisions, case status, and next steps. (.30) | L120 | 0.70 hrs | √ |
| 01/08/2013 | AMP | Attention to follow up items on client conference call. | L120 | 0.10 hrs | √ |
| 01/08/2013 | AMP | Telephone call to appraiser for updated appraisal. | L120 | 0.20 hrs | |
| 01/08/2013 | AMP | Telephone call to City's attorney regarding condition of property. | L120 | 0.20 hrs | |
| 01/08/2013 | DAW | Draft e-mail to Mr. Lipps regarding update on recent Court orders. | L120 | 0.60 hrs | √ |
| 01/08/2013 | JAL | Review summary of case strategy. (.20) Conference with Mr. Wallace regarding same. (.10) | L120 | 0.30 hrs | |
| 01/08/2013 | KMC | Telephone conference with Ms. McGinnis | L110 | 0.40 hrs | |

096   01011                                            Invoice # 53231              Page 6

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 01/28/2013 | KMC | Review response to motion for findings of fact and conclusions of law. | L110 | 0.30 hrs |
| 01/28/2013 | KMC | Telephone conference with Ms. McGinnis (Residential Capital) regarding depositions and Court's order granting motion for summary judgment. | L330 | 0.30 hrs |
| 01/28/2013 | JDR | Research regarding Civil Rule 53 motion for proposed findings of fact and law and timeliness of motions and permissibility of voluntarily filing a response. | L120 | 0.70 hrs |
| 01/29/2013 | AMP | Draft e-mail to client regarding letter. | L120 | 0.40 hrs |
| 01/29/2013 | AMP | E-mails with Mr. Lipps regarding draft e-mail to client regarding letter. | L120 | 0.20 hrs |
| 01/29/2013 | AMP | Telephone conference with client regarding status of filings and issue regarding other defendant's counsel. | L120 | 0.30 hrs |
| 01/29/2013 | AMP | Review e-mail from client regarding other defendant's new counsel. | L120 | 0.30 hrs |
| 01/29/2013 | JAL | Telephone conference with Ms. Gierlich regarding case issues. (.10)  Review and respond to e-mails regarding same. (.20) | L120 | 0.30 hrs |
| 01/29/2013 | KMC | Revise motion to stay discovery and continue trial per Mr. Wallace. | L210 | 0.80 hrs |
| 01/29/2013 | JDR | Research regarding standard and analysis for protective order from unilaterally noticed depositions. | L120 | 0.80 hrs |
| 01/30/2013 | DAW | Review e-mails regarding memorandum in opposition to motion for findings of fact. | L120 | 0.20 hrs |
| 01/30/2013 | DAW | Review and revise memorandum in opposition to motion for findings of fact. | L250 | 0.30 hrs |
| 01/30/2013 | DAW | Review and revise motion to stay discovery and continue trial. | L250 | 0.30 hrs |
| 01/30/2013 | KMC | Review e-mail correspondence regarding motion to stay discovery. | L110 | 0.20 hrs |

932   00057                                    Invoice # 53234                Page 2

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/02/2013 | JRC | Revise second supplemental declaration of Mr. Lipps in support of RMBS Trust Settlement based on suggestions of Mr. Beck. | L140 | 0.60 hrs |
| 01/02/2013 | JRC | Review and analyze ResCap's securitization documents in order to draft second supplemental declaration of Mr. Lipps in support of RMBS Trust Settlement. | L140 | 0.90 hrs |
| 01/02/2013 | JDR | Teleconference with Mr. Sillman (Fortace). * | L120 | 1.00 hrs |
| 01/02/2013 | JDR | Revise memorandum regarding Mr. Sillman's reply declaration with comments and strategy from Ms. Battle. | L210 | 1.20 hrs |
| 01/02/2013 | JDR | Draft memorandum to Ms. Battle regarding objectors' expert report flaws. | L120 | 2.30 hrs |
| 01/02/2013 | JDR | Conference with Ms. Battle regarding Mr. Sillman's materials and 9019 reply brief. | L120 | 0.50 hrs |
| 01/02/2013 | JDR | Revise memorandum regarding Mr. Sillman's reply declaration with comments and strategy from Ms. Battle. | L210 | 2.70 hrs |
| 01/02/2013 | JDR | Draft correspondence to Mr. Sillman (Fortace) and Ms. Battle. | L120 | 0.50 hrs |
| 01/03/2013 | JALB | Revise Lipps Second Supplemental Declaration. | L120 | 1.30 hrs |
| 01/03/2013 | JALB | Call with Mr. Thompson, Mr. Ruckdashel, Ms. Zellman (Residential Capital) and Mr. Corcoran regarding 9019 motion. | L120 | 0.60 hrs |
| 01/03/2013 | JRC | Telephone conference with Ms. Battle, Mr. Ruckdaschel (Residential Capital), Mr. Thompson (Residential Capital) and Ms. Zellman (Residential Capital) regarding status of 9019 motion. | L190 | 0.60 hrs |
| 01/03/2013 | JRC | Review Ms. Battle's suggested revisions to Mr. Lipps' second supplemental declaration. | L140 | 0.30 hrs |
| 01/03/2013 | JDR | Revise memorandum regarding Mr. Sillman's reply declaration with comments and strategy from Ms. Battle. | L210 | 0.80 hrs |
| 01/03/2013 | JDR | Revise first half of memorandum regarding Mr. Sillman's reply declaration. | L210 | 2.10 hrs |

932   00064                                                    Invoice # 53215                    Page 14

| Date | Initials | Description | Code | Hours | |
|------|----------|-------------|------|-------|---|
| 01/07/2013 | GNM | Working in Cerberus database configuring data for production. | L320 | 0.80 | hrs |
| 01/07/2013 | GNM | Working in Discovery Partner database answering reviewer questions regarding privilege and confidentiality coding. | L320 | 0.70 | hrs |
| 01/07/2013 | GNM | Telephone communications with Morrison Foerster team regarding re-review of documents previously withheld for regulatory privilege. | L120 | 0.60 | hrs |
| 01/07/2013 | GNM | Drafting and sending e-mail communications to quality control team members regarding quality control protocols. | L120 | 0.40 | hrs |
| 01/07/2013 | SCM | Quality control review of Renzi 007 document set. | L320 | 1.50 | hrs |
| 01/07/2013 | MJB | Perform quality control on Dondzilla batch 11 of documents previously reviewed by contract attorneys. | L320 | 5.90 | hrs |
| 01/07/2013 | HLB | Perform quality control examiner review of batch Dondzila.025 per quality control examiner protocol. | L120 | 5.20 | hrs |
| 01/07/2013 | AEG | Document review regarding quality control (second level) making sure privileged and coding are properly done. | L140 | 4.30 | hrs |
| 01/07/2013 | LWS | Participate in training regarding document review protocol. | L110 | 2.00 | hrs |
| 01/08/2013 | AMP | Review e-mail from Mr. Phillips regarding Mr. Pohl's (Lazard) documents for Examiner interview. | L320 | 0.20 | hrs |
| 01/08/2013 | AMP | Draft e-mail to Mr. Brown (Morrison & Foerster) regarding Mr. Pohl's. | L320 | 0.40 | hrs |
| 01/08/2013 | AMP | E-mails with Ms. Battle regarding Mr. Cave's inquiries and scheduling a call with them to discuss privilege issues. | L120 | 0.20 | hrs |
| 01/08/2013 | AMP | Review e-mail from Lazard's counsel regarding 24 encrypted documents and access of same. | L320 | 0.30 | hrs |
| 01/08/2013 | AMP | Review final attorney affiliation memorandum. | L320 | 0.20 | hrs |
| 01/08/2013 | AMP | Review e-mails to Examiner's counsel regarding final attorney affiliation memorandum. | L320 | 0.10 | hrs |

096   01011                                              Invoice # 53433              Page 2

regarding additional documents needed regarding
indemnification issues.

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 02/03/2013 | AMP | Finalize revised draft of trial readiness memorandum. | L210 | 1.00 hrs |
| 02/03/2013 | AMP | Draft e-mail to Mr. Lipps, Mr. Wallace and Ms. Cadieux regarding revised draft of trial readiness memorandum. | L120 | 0.20 hrs |
| 02/03/2013 | AMP | E-mails with Mr. Lipps regarding draft of trial readiness memorandum. | L120 | 0.10 hrs |
| 02/04/2013 | AMP | Review edits to trial readiness memorandum. | L210 | 0.30 hrs |
| 02/04/2013 | AMP | Conference with Ms. Cadieux regarding trial readiness memorandum. | L210 | 0.20 hrs |
| 02/04/2013 | AMP | Review e-mail from client regarding Ms. Henderson no longer being with GMACM. | L120 | 0.10 hrs |
| 02/04/2013 | DAW | Review and revise trial readiness memorandum. | L210 | 0.90 hrs |
| 02/04/2013 | DAW | Conference with Ms. Cadieux regarding trial readiness memorandum. | L120 | 0.30 hrs |
| 02/04/2013 | KMC | Review and revise trial readiness memorandum. | L110 | 0.60 hrs |
| 02/04/2013 | KMC | Research regarding indemnification. | L110 | 0.90 hrs |
| 02/04/2013 | KMC | Telephone conference with Ms. McGinnis (Residential Capital) regarding employees to testify at trial and where they will be going after bankruptcy sale. | L110 | 0.20 hrs |
| 02/04/2013 | JDR | Research regarding loss of use damages in preparation for conference call and trial strategy. | L120 | 1.20 hrs |
| 02/05/2013 | AMP | Review materials received from client. | L320 | 0.30 hrs |
| 02/05/2013 | AMP | Conference with Ms. Cadieux regarding review materials received from client. | L320 | 0.10 hrs |
| 02/05/2013 | AMP | Attention to appraisal update issues. | L120 | 0.20 hrs |

096   01011                                    Invoice # 53433              Page 4

                            with respect to the property.

| 02/05/2013 | JDR | Research regarding standard measure of breach of contract damages and cases permitting tort-related damages in contract actions in preparation for conference call and trial strategy. | L120 | 1.10 hrs |
| 02/05/2013 | JDR | Research regarding pattern jury instructions regarding breach of contract and loss of use in preparation for conference call and upcoming trial. | L120 | 0.40 hrs |
| 02/08/2013 | AMP | Review e-mails from City's attorney regarding report of complaints on the property. | L120 | 0.20 hrs |
| 02/11/2013 | AMP | Review Bradac's response to motion to stay. | L210 | 0.20 hrs |
| 02/11/2013 | AMP | E-mails with client and Ms. Cadieux regarding Bradac's response to motion to stay. | L120 | 0.20 hrs |
| 02/11/2013 | AMP | Telephone call to the Court regarding ruling on motion to stay. | L120 | 0.10 hrs |
| 02/11/2013 | KMC | Review borrowers' response to motion for protective order. | L110 | 0.10 hrs |
| 02/12/2013 | AMP | Attention to updated appraisal issues. | L120 | 0.30 hrs |
| 02/12/2013 | AMP | E-mails with Mr. Sechler and Ms. Cadieux regarding updated appraisal issues. | L120 | 0.20 hrs |
| 02/12/2013 | AMP | Telephone call to original appraisal from 2011 regarding availability. | L120 | 0.10 hrs |
| 02/12/2013 | AMP | Telephone call to the Court regarding ruling on motion to stay. | L120 | 0.10 hrs |
| 02/12/2013 | AMP | Review entries from Court. | L210 | 0.30 hrs |
| 02/12/2013 | AMP | E-mails to client regarding entries from Court. | L210 | 0.20 hrs |
| 02/12/2013 | AMP | Draft audit letter inserts for Bradac matter. | L120 | 0.30 hrs |
| 02/12/2013 | AMP | E-mails with Mr. Beekhuizen regarding audit letter | L120 | 0.10 hrs |

# CARPENTER LIPPS & LELAND LLP

280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
Federal ID # 31-1401115

---

March 20, 2013

Tammy Hamzephour
Residential Capital, LLC
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

Billed through  02/15/2013
Invoice #  53434      JAL
Our file #  096  01012

Re:  Eric Rogers
Matter No.: 687375

## PROFESSIONAL SERVICES

| 02/12/2013 | KMC | Telephone conference with Ms. McGinnis (Residential Capital) regarding how to proceed. | L110 | 0.10  hrs |
| 02/14/2013 | KMC | Telephone conference with Ms. McGinnis (Residential Capital) regarding how to proceed. | L110 | 0.10  hrs |

TOTAL FEES FOR THIS MATTER $40.00

## BILLING SUMMARY

| Cadieux, Karen M. | 0.20  hrs | 200.00  /hr | $40.00 |
| TOTAL FEES | 0.20  hrs | | $40.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$40.00** |

# CARPENTER LIPPS & LELAND LLP

280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
Federal ID # 31-1401115

---

March 20, 2013

Tammy Hamzephour
Residential Capital, LLC
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

Billed through  02/28/2013
Invoice #  53437    JAL
Our file #  096  01041

Re:  Patricia Joanne McNerney

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours | |
|------|----------|-------------|------|-------|---|
| 02/28/2013 | DAW | Telephone conference with Ms. McGinnis (Ocwen Financial Corporation) regarding case issues, and proposed AG letter. | L120 | 0.40 hrs | |
| 02/28/2013 | DAW | Attend telephone conference regarding AG extinguishment letter, and case approach. | L120 | 0.50 hrs | |
| 02/28/2013 | KMC | Telephone conference with Ms. McGinnis (Ocwen) regarding status of case. | L110 | 0.30 hrs | V |
| 02/28/2013 | KMC | Forward summary judgment motion and motion for judgment on the pleadings to Ms. McGinnis (Ocwen). | L110 | 0.40 hrs | |
| 02/28/2013 | KMC | Review proofs of claim. | L110 | 0.30 hrs | V |
| 02/28/2013 | KMC | Review information regarding AG settlement. | L110 | 0.20 hrs | |
| 02/28/2013 | KMC | Telephone conference with Ms. McGinnis (Ocwen) regarding issues. | L110 | 0.20 hrs | V |
| 02/28/2013 | KMC | Telephone conference with Ms. McGinnis (Ocwen); Ms. Gerlich (Ocwen), Ms. Priore (Residential Capital), Ms. Stokes (Ocwen), and Mr. Riche regarding how to proceed with AG | L110 | 0.50 hrs | |

096   01237                                         Invoice # 53470          Page 3

| | | | | | |
|---|---|---|---|---|---|
| 02/12/2013 | KMC | E-mail Ms. McGinnis (Residential Capital) regarding pre-hearing conference and stay of execution being granted. | L110 | 0.30 | hrs |
| 02/12/2013 | KMC | Review Fi-serv notes. | L110 | 0.40 | hrs |
| 02/13/2013 | DAW | Revise correspondence. | L120 | 0.20 | hrs |
| 02/13/2013 | KMC | Revise letter to borrowers per Mr. Wallace. | L110 | 0.30 | hrs |
| 02/13/2013 | KMC | E-mail correspondence with foreclosure counsel regarding stopping sale. | L110 | 0.10 | hrs |
| 02/14/2013 | DAW | Review e-mails regarding pre-hearing conference issues. | L120 | 0.10 | hrs |
| 02/14/2013 | KMC | E-mail Ms. McGinnis (Residential Capital) regarding pre-hearing conference. | L110 | 0.10 | hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $1,980.00 |

EXPENSES

| | | |
|---|---|---|
| 02/07/2013 | Out-of-Town Travel/Mileage (290 miles X .565 split X 3) - travel to Cleveland, OH for filing (VW) | $54.62 |
| | TOTAL EXPENSES FOR THIS MATTER | $54.62 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wallace, David A. | 2.00  hrs | 300.00 /hr | $600.00 |
| Cadieux, Karen M. | 6.90  hrs | 200.00 /hr | $1,380.00 |
| TOTAL FEES | 8.90  hrs | | $1,980.00 |
| TOTAL EXPENSES | | | $54.62 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$2,034.62** |

# EXHIBIT C

## Curtis Mallet

### *Vague (V)*

1/2 KAM "Research whether" 1.5 hours ($562.50)
1/24 TF1 Take notes on research regarding 510(b) subordination motion 1.7 hours ($1,241)
2/4 DAB Conduct extensive research regarding 5.6 hrs. ($2,688)
2/5 TF1 ? .6 hr. ($438)
2/6 TF1 Follow-up .3 hr. ($219)
2/19 BMK Supervise filing of opposition brief .7 hr ($213.50)
2/19 BMK Supervise filing of complaint 1.1 hrs. ($335.50)
2/21 BMK Research and summarize 1.4 hrs ($427)
2/21 BMK Research and summarize case law 3.8 hrs. ($1,159)
2/21 DAB Research relevant procedures with respect to .8 hr ($384)
2/21 DAB Research whether .8 hr. ($384)
2/21 DAB Research status of joinder parties with  respect to .2 hr. ($96)
2/21 DAB Conduct followup research .4 hr. ($192)
2/22 DAB conduct floowup research  1 hr. ($480)
2/22 DAB Draft memorandum with resepct to .5 hr. ($240)
2/22 DAB Research whether 2 hrs. ($96)
3/11 JDM Extensive further research regarding 3.6 hrs. ($1,530)
3/13 JDM Resarch regarding 2.2 hrs. ($935)
3/14 JDM Research Regarding 3.5 hrs. ($1,487.50)
3/21 JTW Research possible claims for  2.2 hrs.($671)
3/25 JTW Research re: applicability of 1.3 hrs. ($396.50)
3/28 TF1 Review memo on .6 hr. ($438)
4/20 BMK Perform research 2.4 hrs. ($732)
4/21 BMK Perform additional research 1.5 hrs ($457.50); draft memorandum 4.8 hrs.($1,464);
research standards governing 2.2 hrs ($671).

### *Review and revise billing invoices (R)*

1/15 JZ Review and revise.4 hr.($138)
1/16 JZ Review and revise. 3 hr ($103.5)
1/22 JZ Review and revise. 2 hr. ($69)
1/28 MG8 Review and revise .8 hr. ($500)
2/5 JZ Review and revise 3.4 hrs. ($1,173)
2/6 JZ Reviwe and revise .2 hr ($69)
2/8 JZ Reviwe and revise .2 hr. ($69)
2/11 JZ Review and revise .9 hr. ($310.5)
2/14 AD Reviw and revise .5 hr. ($175)
2/19 JZ Review and revise .2 hr. ($69)
3/7 JZ Review and revise .2 hr ($69)
3/11 SJR Review draft .6 hr. ($498)
3/11 MG8 review and revise 1.5hrs. ($937.5)
3/11 JZ Review and revise draft .6 hr. ($207)
3/12 BMK Revise Second interim fee .8 ($244)
3/12 RMS update Second interim fee 2.9 hrs. ($681.5)

3/13 MG8 Review and revise of second iterim .5 hr. ($312.5).
3/13 BMK Review 1.2 hr.  ($366)
3/13 RMS continue to update 4 hrs. ($940)
3/13 JZ Review and revise .3 hr. ($103.5)
3/14 MG8 final review 1.3 hrs. ($812.5)
3/14 GF Revise 3 hrs. ($705)
3/14 BMK Review and revise 2.4 hrs. ($732)
4/5 JZ Review and revise .4 hr. ($138)
4/12 JZ Review and revise .3 hr. ($103.5)
4/15 RMS Revise and update 3.1 hrs. ($1,937.5)
4/15 JZ Reviwe and revise .8 hr. ($276)
4/16 SJR review .4 hr. ($332)
4/16 MG8 Review .2 hr. ($125)
4/16 JZ Review and revise .8 hr. ($276)
4/17 JZ Review and revise .3 hr. ($103.5)
4/189 GF Finalize fee appl. 1.9 hrs. ($446.5)
4/29 JZ Review .3 hr. ($103.5)

# EXHIBIT D

# Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

### January 01, 2013 - April 30, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| 02/13/2013 | | | | |
| Austin, Carisa | Prepare January monthly fee statement. | $175.00 | 2.8 | $490.00 |
| Jones, Donna | Continue review of January 2013 fees in connection with preparation of fee application. | $175.00 | 3.5 | $612.50 |
| 02/14/2013 | | | | |
| Austin, Carisa | Prepare January monthly fee statement. | $175.00 | 3.5 | $612.50 |
| 02/15/2013 | | | | |
| Austin, Carisa | Revise January fees for monthly fee statement. | $175.00 | 3.4 | $595.00 |
| 02/19/2013 | | | | |
| Austin, Carisa | Revise January fees for monthly fee statement. | $175.00 | 3.1 | $542.50 |
| Robinson, Thomas | Review of the draft January statement. | $365.00 | 3.7 | $1,350.50 |
| 02/20/2013 | | | | |
| Austin, Carisa | Update January monthly fee statement per comments received. | $175.00 | 2.4 | $420.00 |
| Robinson, Thomas | Review of the draft January statement. | $365.00 | 2.5 | $912.50 |
| 02/21/2013 | | | | |
| Austin, Carisa | Make additional changes to January monthly fee statement. | $175.00 | 4.0 | $700.00 |
| 02/27/2013 | | | | |
| Austin, Carisa | Prepare January fee statement for service. | $175.00 | 0.1 | $17.50 |
| 02/28/2013 | | | | |
| Robinson, Thomas | Review of second Interim Fee Application. | $365.00 | 3.9 | $1,423.50 |
| 03/12/2013 | | | | |
| Austin, Carisa | Begin to prepare February monthly fee statement. | $175.00 | 2.8 | $490.00 |
| Robinson, Thomas | Perform review of ResCap draft February statement. | $365.00 | 2.1 | $766.50 |
| 03/13/2013 | | | | |
| Austin, Carisa | Continue to prepare February monthly fee statement. | $175.00 | 3.4 | $595.00 |
| Robinson, Thomas | Review the second interim fee application. | $365.00 | 2.1 | $766.50 |
| 03/14/2013 | | | | |
| Austin, Carisa | Continue to prepare February monthly fee statement. | $175.00 | 3.9 | $682.50 |
| 03/26/2013 | | | | |
| Austin, Carisa | Revise February fee statement. | $175.00 | 3.0 | $525.00 |
| 03/29/2013 | | | | |
| Austin, Carisa | Revise third interim fee application. | $175.00 | 1.0 | $175.00 |
| 04/01/2013 | | | | |
| Austin, Carisa | Update February monthly fee statement per comments received from engagement team. | $175.00 | 1.5 | $262.50 |

# Residential Capital, LLC
## Deloitte & Touche LLP
### Fees Sorted by Category for the Fee Period
### January 01, 2013 - April 30, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Non-Working Travel** | | | | |
| 04/18/2013 | | | | |
| Robinson, Thomas | Travel time from Ft. Washington, PA to Detroit, MI for the ResCap audit. Significant flight delays were encountered. | $365.00 | 6.2 | $2,263.00 |
| 04/19/2013 | | | | |
| York, LaRon | Travel from Fort Washington to 30th Street Train Station for ResCap audit. | $175.00 | 1.2 | $210.00 |
| 04/21/2013 | | | | |
| York, LaRon | Travel time from Detroit airport to home for ResCap audit. | $175.00 | 2.8 | $490.00 |
| 04/23/2013 | | | | |
| Florence, LaKeisha | Travel time from Detroit, MI to Ft. Washington, PA for the carve-out audit. | $290.00 | 3.5 | $1,015.00 |
| 04/25/2013 | | | | |
| Florence, LaKeisha | Travel time from Ft. Washington, PA to Detroit, MI for the carve-out audit. | $290.00 | 4.0 | $1,160.00 |
| Reade, Dave | Travel time from Detroit, MI to Ft. Washington, PA for ResCap audit. | $290.00 | 4.2 | $1,218.00 |
| 04/29/2013 | | | | |
| Florence, LaKeisha | Travel time from Detroit, MI to Ft. Washington, PA for the carve-out audit. | $290.00 | 4.2 | $1,218.00 |
| Reade, Dave | Travel time from Ft. Washington to Ft. Washington, PA for Ocwen carve-out audit. | $290.00 | 4.2 | $1,218.00 |
| Robinson, Thomas | Travel time from Detroit, MI to Ft. Washington, PA for the carve-out audit. | $365.00 | 4.2 | $1,533.00 |
| Subtotal for Non-Working Travel: | | | 198.0 | $56,769.00 |
| **Preparation of Fee Applications** | | | | |
| 01/08/2013 | | | | |
| Austin, Carisa | Review and edit December fees. | $175.00 | 3.4 | $595.00 |
| 01/17/2013 | | | | |
| Robinson, Thomas | Review draft December time reporting. | $365.00 | 3.7 | $1,350.50 |
| 01/24/2013 | | | | |
| Robinson, Thomas | Review December draft statement. | $365.00 | 1.3 | $474.50 |
| 01/25/2013 | | | | |
| Robinson, Thomas | Review of the December fee statement. | $365.00 | 1.3 | $474.50 |
| 02/04/2013 | | | | |
| Jones, Donna | Review January 2013 fees in connection with preparation of fee application. | $175.00 | 1.9 | $332.50 |
| 02/05/2013 | | | | |
| Jones, Donna | Continue review of January 2013 fees in connection with preparation of fee application.. | $175.00 | 3.5 | $612.50 |
| 02/12/2013 | | | | |
| Jones, Donna | Continue review of January 2013 fees in connection with preparation of fee application.. | $175.00 | 1.0 | $175.00 |

**Deloitte & Touche LLP**

### Fees Sorted by Category for the Fee Period

### January 01, 2013 - April 30, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| 04/04/2013 | | | | |
| Austin, Carisa | Finalize February fee statement. | $175.00 | 1.0 | $175.00 |
| 04/10/2013 | | | | |
| Austin, Carisa | Begin to review March fees. | $175.00 | 3.8 | $665.00 |
| 04/11/2013 | | | | |
| Austin, Carisa | Continue to review March fees. | $175.00 | 6.0 | $1,050.00 |
| Jones, Donna | Revise March 2013 fees statement. | $175.00 | 3.5 | $612.50 |
| 04/12/2013 | | | | |
| Robinson, Thomas | Review the ResCap March fee statement. | $365.00 | 3.9 | $1,423.50 |
| 04/22/2013 | | | | |
| Austin, Carisa | Prepare March fee statement. | $175.00 | 3.2 | $560.00 |
| Robinson, Thomas | Review ResCap draft March Fee Statement. | $365.00 | 0.9 | $328.50 |
| 04/23/2013 | | | | |
| Austin, Carisa | Continue to prepare March fee statement. | $175.00 | 2.5 | $437.50 |
| 04/24/2013 | | | | |
| Austin, Carisa | Update March fee statement. | $175.00 | 4.0 | $700.00 |
| 04/30/2013 | | | | |
| Austin, Carisa | Revise March fee statement. | $175.00 | 4.5 | $787.50 |
| Subtotal for Preparation of Fee Applications: | | | 102.1 | $22,693.50 |
| **Servicing Compliance Services** | | | | |
| 01/02/2013 | | | | |
| Berdichevsky, Ellina | Perform testing on removals for Regulation AB. | $0.00 | 2.9 | $0.00 |
| Berdichevsky, Ellina | Perform testing on custodial account reconciliations for Regulation AB. | $0.00 | 0.4 | $0.00 |
| Berdichevsky, Ellina | Perform testing on custodial account reconciliations for Regulation AB. | $0.00 | 0.4 | $0.00 |
| Berdichevsky, Ellina | Performed testing on loan modifications for Regulation AB. | $0.00 | 0.7 | $0.00 |
| Berdichevsky, Ellina | Performed testing on custodial account reconciliations for USAP. | $0.00 | 0.4 | $0.00 |
| Berdichevsky, Ellina | Performed testing on custodial account reconciliations for USAP. | $0.00 | 0.4 | $0.00 |
| Berman, Eric | Review internal audit detailed testing and walkthrough support for HUD testing. | $0.00 | 3.0 | $0.00 |
| Berman, Eric | Document testing for HUD criteria 7-5F 2f-g. | $0.00 | 1.4 | $0.00 |
| Berman, Eric | Perform testing for HUD criteria 7-5F 2f-g. | $0.00 | 3.9 | $0.00 |
| Berman, Eric | Perform testing on HUD criteria 7-5F 2i. | $0.00 | 0.6 | $0.00 |
| Chaushev, Ayhan | Review testing of HUD Chapter 6-5D (2e). | $0.00 | 1.9 | $0.00 |
| Chaushev, Ayhan | Review testing of HUD Chapter 6-5D (2g-h). | $0.00 | 1.1 | $0.00 |
| Chaushev, Ayhan | Review testing of HUD Chapter 6-5D (2n). | $0.00 | 1.2 | $0.00 |

# EXHIBIT E

Exhibit F

RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
DETAIL OF TIME ENTRIES
*FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 3/29/2013 | Johnston, Bonnie | 0.8 | Incorporate additional February expense detail in the fee statement exhibits. |
| 24 | 3/29/2013 | Johnston, Bonnie | 1.4 | Review and revise third interim expense detail. |
| 24 | 3/29/2013 | Talarico, Michael J | 0.2 | Update rollover calculation for the January fee statement. |
| 24 | 3/29/2013 | Talarico, Michael J | 2.4 | Review time detail exhibit for the January monthly fee statement for compliance and completeness. |
| **24 Total** | | | **224.2** | |
| 25 | 3/3/2013 | Lefebvre, Richard | 3.5 | Travel From Cincinnati, OH to Ft. Washington, PA. |
| 25 | 3/4/2013 | McDonnell, Chad | 1.5 | Travel from Charlotte, NC to Washington, DC. |
| 25 | 3/4/2013 | McDonnell, Chad | 1.5 | Travel from Washington, DC to Charlotte, NC. |
| 25 | 3/4/2013 | Witherell, Brett | 3.5 | Travel from Boston, MA to Minneapolis, MN. |
| 25 | 3/7/2013 | Lefebvre, Richard | 3.5 | Travel from Ft. Washington, PA to Cincinnati, OH. |
| 25 | 3/8/2013 | McDonald, Brian | 1.0 | Travel from New York, NY to Ft. Washington, PA. |
| 25 | 3/8/2013 | Witherell, Brett | 3.5 | Travel from Minneapolis, MN to Boston, MA. |
| 25 | 3/11/2013 | Talarico, Michael J | 2.5 | Travel from Pittsburgh, PA to New York, NY. |
| 25 | 3/11/2013 | Witherell, Brett | 3.5 | Travel from Boston, MA to Minneapolis, MN. |
| 25 | 3/12/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to New York, NY. |
| 25 | 3/14/2013 | Witherell, Brett | 3.5 | Travel from Minneapolis, MN to Boston, MA. |
| 25 | 3/15/2013 | Nolan, William J. | 1.5 | Travel from New York, NY to Charlotte, NC. |
| 25 | 3/15/2013 | Talarico, Michael J | 2.5 | Travel from New York, NY to Pittsburgh, PA. |
| 25 | 3/18/2013 | McDonald, Brian | 1.0 | Travel from Ft. Washington to New York, NY. |
| 25 | 3/18/2013 | Witherell, Brett | 3.5 | Travel from Boston, MA to Minneapolis, MN. |
| 25 | 3/19/2013 | Leung, Ka | 1.0 | Travel from New York, NY to Winstead, CT. |
| 25 | 3/19/2013 | Leung, Ka | 1.0 | Travel from Winstead, CT to New York, NY. |
| 25 | 3/19/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to New York, NY. |
| 25 | 3/20/2013 | Nolan, William J. | 1.5 | Travel from New York, NY to Charlotte, NC. |
| 25 | 3/20/2013 | Witherell, Brett | 3.5 | Travel from Minneapolis, MN to Boston, MA. |
| 25 | 3/21/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to New York, NY. |
| 25 | 3/25/2013 | Witherell, Brett | 3.5 | Travel from Boston, MA to Minneapolis, MN. |
| 25 | 3/26/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to NY. |
| 25 | 3/27/2013 | Witherell, Brett | 3.5 | Travel from Minneapolis, MN to Boston, MA. |
| 25 | 3/29/2013 | McDonald, Brian | 1.0 | Travel from New York, NY to Ft. Washington, PA. |
| **25 Total** | | | **57.0** | |
| 27 | 3/1/2013 | Nolan, William J. | 0.2 | Correspond with D. Lasater (FTI) regarding conversation with J. Levitt (MoFo) regarding litigation support. |
| 27 | 3/1/2013 | Nolan, William J. | 0.4 | Participate in call with J. Levitt (MoFo) regarding litigation support work and process for incorporating the scope of work into our retention. |
| 27 | 3/4/2013 | McDonnell, Chad | 0.5 | Perform on-site collection of custodian [REDACTED] email data. |
| 27 | 3/5/2013 | Hammerquist, Erik | 0.5 | Verify email index and search results for [REDACTED]. |
| 27 | 3/5/2013 | Hammerquist, Erik | 0.3 | Transmit requested messages to R. Dakis (Morrison Cohen). |
| 27 | 3/5/2013 | Hammerquist, Erik | 1.2 | Review contents of collection from custodian [REDACTED] to be sent to R. Dakis (Morrison Cohen). |
| 27 | 3/5/2013 | Hiser, Casey | 0.8 | Create image of [REDACTED] phone, and format drive to HFS. |
| 27 | 3/5/2013 | Hiser, Casey | 2.1 | Create PDF reporting of contents and compile all text files. |
| 27 | 3/5/2013 | Yun, Andy | 0.4 | Perform keyword search of [REDACTED] email data. |
| 27 | 3/5/2013 | Yun, Andy | 0.2 | Perform index of [REDACTED] collected email data for search analysis. |
| 27 | 3/5/2013 | Yun, Andy | 0.4 | Extract keyword hit email messages and keyword hit search report for client to review. |
| 27 | 3/6/2013 | Chuck, Brenton | 1.4 | Identify random sample of certificates from claims documents. |
| 27 | 3/6/2013 | Chuck, Brenton | 0.7 | Generate historical pricing data for random sample of certificates. |
| 27 | 3/6/2013 | Chuck, Brenton | 1.8 | Research historical monthly unemployment and population data. |
| 27 | 3/6/2013 | Chuck, Brenton | 0.6 | Research housing data for California. |
| 27 | 3/6/2013 | Chuck, Brenton | 0.4 | Research housing data for Arizona. |
| 27 | 3/6/2013 | Chuck, Brenton | 0.5 | Research housing data for Florida. |
| 27 | 3/6/2013 | Chuck, Brenton | 0.6 | Research housing data for Nevada. |
| 27 | 3/6/2013 | DePalma, Alessandro | 0.6 | Prepare e-mail repository for keyword searches. |
| 27 | 3/6/2013 | Eichmann, Richard | 3.2 | Programmed and formatted the data received from counsel and data obtained from third parties for statistical processing. |

EXHIBIT F

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**

DETAIL OF TIME ENTRIES

*FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 3/6/2013 | Eichmann, Richard | 0.8 | Continued to program and format the data received from counsel and data obtained from third parties for statistical processing. |
| 27 | 3/6/2013 | Eichmann, Richard | 2.3 | Performed preliminary statistical descriptive analysis of data in preparation for tests to address counsel's questions. |
| 27 | 3/6/2013 | Eichmann, Richard | 1.7 | Evaluated the descriptive analysis in relation to the strategy developed. |
| 27 | 3/6/2013 | Hammerquist, Erik | 1.8 | Review new, urgent search request of data for [REDACTED] from R. Dakis (Morrison Cohen). |
| 27 | 3/6/2013 | Hammerquist, Erik | 1.2 | Identify duplicate entries in new e-mail search results. |
| 27 | 3/6/2013 | Lasater, David | 2.3 | Prepare strategy regarding analysis of claims data and Vision data acquired through or at the direction of counsel. |
| 27 | 3/6/2013 | Mercurio, Matthew | 3.2 | Research index development from regression coefficients for litigation support. |
| 27 | 3/6/2013 | Nolan, William J. | 0.4 | Review updates regarding litigation work. |
| 27 | 3/6/2013 | Yun, Andy | 0.7 | Review additional e-mail search terms provided by counsel. |
| 27 | 3/6/2013 | Yun, Andy | 1.0 | Review and apply new keyword search terms to [REDACTED] collected email data. |
| 27 | 3/6/2013 | Yun, Andy | 1.0 | Perform duplication analysis by comparing previous deliverable data sets with additional keyword search message sets. |
| 27 | 3/6/2013 | Yun, Andy | 0.7 | Extract and convert new keyword search for client's review. |
| 27 | 3/7/2013 | Chuck, Brenton | 2.1 | Identify random sample of certificates from claims documents for litigation support. |
| 27 | 3/7/2013 | Chuck, Brenton | 0.6 | Generate historical pricing data for random sample of certificates. |
| 27 | 3/7/2013 | Eichmann, Richard | 2.2 | Performed preliminary statistical tests aligned with the strategy developed. |
| 27 | 3/7/2013 | Eichmann, Richard | 1.8 | Performed numerous revisions and variations of the statistical tests to determine the potential implications for sampling from the population of certificates. |
| 27 | 3/7/2013 | Eichmann, Richard | 2.4 | Developed graphical presentations of the sample certificate pricing patterns. |
| 27 | 3/7/2013 | Eichmann, Richard | 1.6 | Revised the graphical presentations of the results from the sample for ease of understanding. |
| 27 | 3/7/2013 | Hammerquist, Erik | 0.5 | Respond to questions from Counsel regarding collection and search scope of [REDACTED] email data. |
| 27 | 3/7/2013 | Lasater, David | 3.4 | Prepare for call with Counsel regarding analysis status and preliminary findings. |
| 27 | 3/7/2013 | Lasater, David | 0.5 | Participate in call with Counsel regarding analysis status and preliminary findings. |
| 27 | 3/7/2013 | Liang, Vera | 1.4 | Identify random sample of certificates from claims documents. |
| 27 | 3/7/2013 | Mercurio, Matthew | 4.6 | Research use of binary indicator variables for housing price index development. |
| 27 | 3/8/2013 | Chuck, Brenton | 3.4 | Identify random sample of certificates from claims documents. |
| 27 | 3/8/2013 | Chuck, Brenton | 3.6 | Generate historical pricing data for random sample of certificates. |
| 27 | 3/8/2013 | Eichmann, Richard | 2.1 | Performed preliminary statistical test based on enlarged sample size. |
| 27 | 3/8/2013 | Eichmann, Richard | 1.4 | Evaluated the descriptive analysis of the expanded sample in relation to the strategy. |
| 27 | 3/8/2013 | Eichmann, Richard | 2.7 | Continue to perform numerous revisions and variations of the statistical tests to evaluate the improvement in precision of the expanded sample of certificates. |
| 27 | 3/8/2013 | Eichmann, Richard | 1.8 | Revised the graphs of the causal factors implicated in the statistical analysis of the expanded sample of certificate pricing. |
| 27 | 3/8/2013 | Lasater, David | 0.3 | Review additional data collection protocols as discussed with counsel. |
| 27 | 3/8/2013 | Liang, Vera | 1.7 | Identify tranche, shelf types from the random sample of certificates in support of litigation requests. |
| 27 | 3/8/2013 | Liang, Vera | 3.8 | Identify random sample of certificates from claims documents for litigation support. |
| 27 | 3/8/2013 | Liang, Vera | 2.1 | Generate historical pricing data for random sample of certificates for litigation support. |
| 27 | 3/9/2013 | Chuck, Brenton | 1.9 | Identify random sample of certificates from claims documents for litigation support. |
| 27 | 3/9/2013 | Chuck, Brenton | 1.2 | Generate historical pricing data for random sample of certificates for litigation support. |
| 27 | 3/10/2013 | Chuck, Brenton | 3.8 | Continue to identify random sample of certificates from claims documents for litigation support. |
| 27 | 3/10/2013 | Chuck, Brenton | 3.9 | Continue to generate historical pricing data for random sample of certificates. |
| 27 | 3/11/2013 | Chuck, Brenton | 3.0 | Create Stata regression summary of sample certificates. |
| 27 | 3/11/2013 | Chuck, Brenton | 2.6 | Create price plots by shelf type for each of the certificates in the sample for litigation support. |
| 27 | 3/11/2013 | Chuck, Brenton | 1.2 | Research historical S&P500 and MBS pricing indices for litigation analysis. |
| 27 | 3/11/2013 | Eichmann, Richard | 1.9 | Loaded aggregate macroeconomic data into the causal data set of the expanded sample. |
| 27 | 3/11/2013 | Eichmann, Richard | 1.8 | Performed statistical descriptive analysis of the aggregate macroeconomic data. |

EXHIBIT F

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**

DETAIL OF TIME ENTRIES

*FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 3/11/2013 | Eichmann, Richard | 2.8 | Performed regression analyses to evaluate the explanatory influence of aggregate macroeconomic data. |
| 27 | 3/11/2013 | Eichmann, Richard | 1.4 | Evaluate implications of the zero-constant regressions and re-run analysis. |
| 27 | 3/11/2013 | Lasater, David | 0.8 | Review litigation claims evaluation including design work for analysis of certificate prices. |
| 27 | 3/11/2013 | Lasater, David | 1.0 | Review econometric issues dealing specifically with unit roots for analysis at request of counsel |
| 27 | 3/11/2013 | Mercurio, Matthew | 2.7 | Perform research re: index modeling and other econometric approaches. |
| 27 | 3/12/2013 | Chuck, Brenton | 1.8 | Research historical S&P500 and MBS pricing indices. |
| 27 | 3/12/2013 | Chuck, Brenton | 2.4 | Create Stata regression summary of sample certificates. |
| 27 | 3/12/2013 | Eichmann, Richard | 2.1 | Developed acquisition strategy and data capture template for detailed macroeconomic data at the request of counsel. |
| 27 | 3/12/2013 | Eichmann, Richard | 2.0 | Developed a tutorial of the template and the complexities of the data capture. |
| 27 | 3/12/2013 | Eichmann, Richard | 2.6 | Developed documentation into the statistical program code to accompany the addition of the the detailed macroeconomic drivers of certificate prices. |
| 27 | 3/12/2013 | Eichmann, Richard | 1.4 | Tested implications of shelf security differences for the sample of certificates through revision of the certificate price regressions at the request of counsel. |
| 27 | 3/12/2013 | Lasater, David | 1.0 | Evaluate revised regressions of certificates prices series related to macroeconomic variables. |
| 27 | 3/13/2013 | Ballou, Michael | 2.8 | Extract tranche distribution data from GMAC ResCap Vision database for 15 CUSIPs. |
| 27 | 3/13/2013 | Ballou, Michael | 1.9 | Prepare distribution summary and detailed monthly distribution reports for statistical analysis. |
| 27 | 3/13/2013 | Ballou, Michael | 0.7 | Prepare data GMAC ResCap Vision database data for statistical analysis. |
| 27 | 3/13/2013 | Eichmann, Richard | 2.5 | Revised the statistical models to receive additional variables affecting securities during [Redacted] at the request of counsel. |
| 27 | 3/13/2013 | Eichmann, Richard | 1.7 | Programmed the certain events to calculate excess residuals for generally accepted information value tests. |
| 27 | 3/13/2013 | Eichmann, Richard | 2.3 | Beta-tested and refined the revised models to obtain cumulative average residuals events test results. |
| 27 | 3/13/2013 | Eichmann, Richard | 1.5 | Prepared graphical presentation of the pro-forma residuals tests. |
| 27 | 3/13/2013 | Lasater, David | 1.7 | Perform analysis of certificate prices. |
| 27 | 3/14/2013 | Ballou, Michael | 0.4 | Extract most recent distribution statement from GMAC ResCap Vision database for 3 CUSIPs. |
| 27 | 3/14/2013 | Chuck, Brenton | 1.7 | Obtain credit rating downgrade history for 18 certificates. |
| 27 | 3/14/2013 | Eichmann, Richard | 2.2 | Following liability period discussion with counsel in relation to [REDACTED] case, revised the regression model programming, tested aggregate versus shelf-disaggregated results. |
| 27 | 3/14/2013 | Eichmann, Richard | 1.8 | Developed documentation into the statistical program code to provide "audit trail" of the residuals analysis. |
| 27 | 3/14/2013 | Eichmann, Richard | 2.0 | Updated the pricing regressions with detailed [REDACTED] data. |
| 27 | 3/14/2013 | Eichmann, Richard | 1.2 | Prepared graphical presentation package of the macroeconomic and pro-forma events results. |
| 27 | 3/14/2013 | Lasater, David | 2.1 | Update design work for analysis of [REDACTED]. |
| 27 | 3/15/2013 | Chuck, Brenton | 3.5 | Obtain credit rating downgrade history for 18 certificates. |
| 27 | 3/15/2013 | Eichmann, Richard | 2.8 | Revise regression programming in response to econometrics issues discussion. |
| 27 | 3/15/2013 | Eichmann, Richard | 1.4 | Review econometrics issues associated with excess residuals approach. |
| 27 | 3/15/2013 | Eichmann, Richard | 2.6 | Revise graphical presentation to conform to revised regression programming. |
| 27 | 3/15/2013 | Eichmann, Richard | 1.5 | Revise imbedded documentation for revised regression programming from econometrics issues discussion. |
| 27 | 3/15/2013 | Lasater, David | 1.5 | Review econometric issues associated with excess residuals approach to information arrival in the MBS markets. |
| 27 | 3/15/2013 | Liang, Vera | 1.8 | Compare results of analysis to actual historical results. |
| 27 | 3/15/2013 | Liang, Vera | 1.9 | Continue to compare results of analysis to actual historical results. |
| 27 | 3/15/2013 | Mercurio, Matthew | 4.3 | Interpret preliminary econometric results. |
| 27 | 3/17/2013 | Lasater, David | 1.3 | Evaluate incidences of [REDACTED] and [REDACTED] to the 17 certificates in our sample. |

**EXHIBIT F**

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 3/17/2013 | Lasater, David | 1.2 | Prepare summary of findings regarding certificates. |
| 27 | 3/18/2013 | Eichmann, Richard | 1.9 | Program the rating agency downgrades data received to the database. |
| 27 | 3/18/2013 | Eichmann, Richard | 1.8 | Cross-tabulate the time series of [REDACTED] on a disaggregated and aggregated basis. |
| 27 | 3/18/2013 | Eichmann, Richard | 2.7 | Re-run the sample regressions to evaluate the residuals produced from [REDACTED]. |
| 27 | 3/18/2013 | Eichmann, Richard | 1.6 | Prepare graphical presentation of the residuals results for discussion with counsel. |
| 27 | 3/18/2013 | Eichmann, Richard | 0.6 | Revise graphical presentation to comform to revised regression programming. |
| 27 | 3/18/2013 | Lasater, David | 1.1 | Analyze price movements of sample certificates during the alleged liability period. |
| 27 | 3/18/2013 | Lasater, David | 1.5 | Continue to analyze price movements of sample certificates during the alleged liability period. |
| 27 | 3/18/2013 | Lasater, David | 1.0 | Incorporate updates to the analysis of price movements of sample certificates during the alleged liability period. |
| 27 | 3/18/2013 | Lasater, David | 2.0 | Update summary of analysis of price movements of sample certificates during the alleged liability period. |
| 27 | 3/19/2013 | Eichmann, Richard | 0.8 | Revise graphical presentation to conform to text descriptions in advance of call with counsel. |
| 27 | 3/19/2013 | Eichmann, Richard | 1.0 | Participate in call with counsel to review latest results of analysis. |
| 27 | 3/19/2013 | Eichmann, Richard | 0.6 | Revised imbedded documentation to the programming code to reflect division of analysis into revised liability and information categories. |
| 27 | 3/19/2013 | Eichmann, Richard | 1.5 | Revised graphical presentations to comform to revised two-category programming. |
| 27 | 3/19/2013 | Eichmann, Richard | 2.5 | Developed results and graphical presentation for use in mediation. |
| 27 | 3/19/2013 | Lasater, David | 1.0 | Coordinate and perform quality control review of graphical and text presentation in the presentation for Counsel. |
| 27 | 3/19/2013 | Lasater, David | 1.0 | Participate in call with counsel to review presentation. |
| 27 | 3/19/2013 | Lasater, David | 1.5 | Incorporate updates to the presentation discussed in call with Counsel. |
| 27 | 3/19/2013 | Leung, Ka | 1.1 | Perform collection of email as requested by D. Piedra (MoFo). |
| 27 | 3/20/2013 | Eichmann, Richard | 1.2 | Revised results and graphical presentation in advance of call with counsel. |
| 27 | 3/20/2013 | Eichmann, Richard | 2.0 | Revised programming and graphics presentation based on refined definitions of the liability period requested by counsel. |
| 27 | 3/20/2013 | Eichmann, Richard | 1.7 | Particpated in call with counsel. |
| 27 | 3/20/2013 | Lasater, David | 0.9 | Prepare for call with Counsel to review and revise the presentation and potential use in mediation. |
| 27 | 3/20/2013 | Lasater, David | 1.6 | Participate in call with Counsel to review and revise the presentation to be used in mediation. |
| 27 | 3/20/2013 | Lasater, David | 0.5 | Update presentation to include an extended period of evaluation [REDACTED] for cumulative residual differences between expected (based on month-to-month revisions). |
| 27 | 3/20/2013 | Liang, Vera | 1.6 | Prepare graph Stata regression summary of sample certificates. |
| 27 | 3/21/2013 | Eichmann, Richard | 2.8 | Write programming code revisions to the regressions to include on a pro-forma basis the various cash distribution categories as event types. |
| 27 | 3/21/2013 | Eichmann, Richard | 1.4 | Write programming code revisions to the graphics presentations to include pro forma cash distribution effects on certificate prices. |
| 27 | 3/21/2013 | Lasater, David | 0.6 | Review counsel's request for cash distribution analysis. |
| 27 | 3/21/2013 | Liang, Vera | 3.0 | Identify random sample of certificates from claims documents. |
| 27 | 3/22/2013 | Ballou, Michael | 2.2 | Extract distribution data from GMAC ResCap Vision database for 6 sample certificates. |
| 27 | 3/22/2013 | Eichmann, Richard | 2.6 | Performed and evaluated descriptive analyses of the amounts by type and timing in relation to changes in [REDACTED]. |
| 27 | 3/22/2013 | Eichmann, Richard | 1.5 | Reviewed and revised preliminary graphical displays of the analysis in advance of large data acquisition request from counsel. |
| 27 | 3/22/2013 | Lasater, David | 1.5 | Evaluate preliminary data acquisition about [REDACTED] from a sample of six certificates. |
| 27 | 3/22/2013 | Liang, Vera | 1.8 | Identify random sample of [REDACTED] from claims documents. |
| 27 | 3/25/2013 | Ballou, Michael | 3.8 | Extract [REDACTED] data from [REDACTED] database for 33 samples. |
| 27 | 3/25/2013 | Ballou, Michael | 3.2 | Extract [REDACTED] data from [REDACTED] database for 27 samples. |
| 27 | 3/25/2013 | Ballou, Michael | 0.6 | Prepare findings of data [REDACTED] database data for 60 samples for statistical analysis. |
| 27 | 3/25/2013 | Fisher, Amy | 2.8 | Perform research regarding [REDACTED] certificates. |

**EXHIBIT F**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 3/25/2013 | Lasater, David | 0.5 | Review data expansion at counsel's request and limited analysis. |
| 27 | 3/26/2013 | Dereska, Mark | 0.5 | Prepare analysis on the effect of certain variables on the [REDACTED]. |
| 27 | 3/26/2013 | Lasater, David | 0.5 | Review updates re: test results for certain variables. |
| 27 | 3/26/2013 | Lasater, David | 0.8 | Review analysis of certain variables collected from Vision database. |
| 27 | 3/27/2013 | Gutzeit, Gina | 0.4 | Review update re: scope of work for litigation attorney work product. |
| 27 | 3/28/2013 | Chuck, Brenton | 3.8 | Create loss summary for sample population of certificates. |
| 27 | 3/28/2013 | Liang, Vera | 2.8 | Prepare summary of [REDACTED] for sample population of certificates. |
| 27 | 3/28/2013 | Nolan, William J. | 0.4 | Prepare correspondence to J. Levitt (MoFo) regarding FTI retention on litigation matters. |
| 27 | 3/29/2013 | Chuck, Brenton | 2.2 | Create summary of certificates with [REDACTED]. |
| 27 | 3/29/2013 | Chuck, Brenton | 3.3 | Expand part one of random sample of certificates containing monthly distribution data in Visio database. |
| 27 | 3/29/2013 | Chuck, Brenton | 3.2 | Expand part two of random sample of certificates containing monthly distribution data in Visio database. |
| 27 | 3/29/2013 | Lasater, David | 1.6 | Review updates to the Vision data extraction and analysis following my observations of [REDACTED]. |
| 27 | 3/29/2013 | Lasater, David | 1.1 | Perform analysis of data from [REDACTED] observations of the emerging sample of [REDACTED] per Counsel's request. |
| 27 | 3/29/2013 | Liang, Vera | 3.9 | Review summary of certificates with [REDACTED]. |
| 27 | 3/29/2013 | Nolan, William J. | 0.4 | Review work litigation team has peformed for J. Levitt (MoFo). |
| **27 Total** | | | **259.4** | |
| **Grand Total** | | | **2,619.9** | |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### Chiu, Harry

| Date | Description | Airfare | Lodging(3) | Meals (1) | Transportation | Other | Total Expenses |
|------|-------------|---------|------------|-----------|----------------|-------|----------------|
| [2] 11/19/2012 | One-way coach airfare - New York City, NY to Minneapolis, MN (11/19/12). | $881.80 | | | | | $881.80 |
| 1/1/2013 | Taxi - residence to rental car location. | | | | $17.80 | | $17.80 |
| 1/2/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/2/2013 | Parking at hotel (1/2/13 - 1/14/13). | | | | $76.00 | | $76.00 |
| 1/2/2013 | Out of town meal/breakfast for self. | | | $10.50 | | | $10.50 |
| 1/2/2013 | Lodging in Ft. Washington, PA - 2 nights (1/2/13 - 1/4/13). | | $599.28 | | | | $599.28 |
| 1/2/2013 | Tolls for travel to/from Ft. Washington, PA. | | | | $49.40 | | $49.40 |
| 1/3/2013 | Internet service while traveling. | | | | | $19.63 | $19.63 |
| 1/3/2013 | Out of town meal/breakfast for self. | | | $11.30 | | | $11.30 |
| 1/3/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/3/2013 | Rental car for trip to Ft. Washington, PA (1/1/13 - 1/4/13). | | | | $868.13 | | $868.13 |
| 1/3/2013 | Tolls for travel to/from Ft. Washington, PA. | | | | $23.40 | | $23.40 |

**Footnotes:**
(1) *All meals have been limited to $20.00 per person.*
(2) *Prior period expense incurred, but not previously billed.*
(3) *Lodging has been capped at $500 per night.*

IBIT G

RESIDE_____ LLC, CASE NO. 12-12020
EX1_____ BY PROFESSIONAL
*JANU_____, 2013 THROUGH APRIL 30, 2013*

**Dora, Brian**

| | Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expenses |
|---|---|---|---|---|---|---|---|---|
| 2 | 12/3/2012 | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $14.63 | | $14.63 |
| 2 | 12/5/2012 | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $15.33 | | $15.33 |
| 2 | 12/6/2012 | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $14.53 | | $14.53 |
| | 1/7/2013 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $15.34 | | $15.34 |
| | 1/21/2013 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $14.87 | | $14.87 |
| | 1/28/2013 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $15.34 | | $15.34 |
| | 1/29/2013 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $15.01 | | $15.01 |
| | 1/30/2013 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $14.76 | | $14.76 |
| **Total** | | | | | | $119.81 | | $119.81 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

**EXHIBIT G**
RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
EXPENSE DETAIL BY PROFESSIONAL
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

Garber, James

| | Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expenses |
|---|---|---|---|---|---|---|---|---|
| [2] | 12/13/2012 | Tolls - Toll processing charge (12/10/12 and 12/13/12). | | | | $20.90 | | $20.90 |
| [2] | 12/20/2012 | Tolls - Toll processing charge (12/17/12 and 12/20/12). | | | | $11.80 | | $11.80 |
| | 1/2/2013 | Tolls to/from Valley Forge/Ft. Washington. | | | | $4.18 | | $4.18 |
| | 1/2/2013 | Out of town meal/breakfast for self. | | | $7.15 | | | $7.15 |
| | 1/2/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| | 1/3/2013 | Tolls to/from Valley Forge/Ft. Washington. | | | | $4.18 | | $4.18 |
| | 1/3/2013 | Out of town meal/breakfast for self. | | | $8.50 | | | $8.50 |
| | 1/4/2013 | Lodging in Ft. Washington, PA - 2 nights (1/2/13 - 1/4/13). | | ($235.44) Purpose? | | | | $235.44 |
| | 1/4/2013 | Out of town meal/dinner for self. | | | $10.89 | | | $10.89 |
| | 1/4/2013 | Rental car for travel in Ft. Washington, PA (1/2/13 - 1/4/13). | | | | $311.68 | | $311.68 |
| | 1/4/2013 | Taxi - Charlotte Airport to residence. | | | | $65.00 | | $65.00 |
| [2] | 1/4/2013 | Tolls - Toll processing charge (1/2/13 - 1/4/13). | | | | $8.85 | | $8.85 |

*Page 25 of 150*

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

### EXHIBIT G
### RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
### EXPENSE DETAIL BY PROFESSIONAL
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

**Hagopian, Zachary**

| e | Description | Airfare | Lodging[(3)] | Meals[(1)] | Transportation | Other | Total Expenses |
|---|---|---|---|---|---|---|---|
| 12/21/2012 | Tolls for travel to/from New York, NY to Ft. Washington, PA office (November 2012). | | | | $29.66 | | $29.66 |
| 12/23/2012 | Tolls for travel to/from New York, NY to Ft. Washington, PA office (November 2012). | | | | $31.58 | | $31.58 |
| 1/14/2013 | Out of town meal/breakfast for self. | | | $8.42 | | | $8.42 |
| 1/14/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/15/2013 | Out of town meal/breakfast for self. | | | $9.18 | | | $9.18 |
| 1/15/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/16/2013 | Out of town meal/breakfast for self. | | | $8.28 | | | $8.28 |
| 1/16/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/17/2013 | Out of town meal/dinner for self. | | | $15.08 | | | $15.08 |
| 1/18/2013 | Internet service while traveling (1/14/13 - 1/17/13). | | | | | $42.00 | $42.00 |
| 1/18/2013 | Roundtrip coach airfare - Boston, MA/Philadelphia, PA (1/14/13 - 1/17/13). | $857.80 | | | | | $857.80 |
| 1/18/2013 | Lodging in Ft. Washington, PA - 3 nights (1/14/13 - 1/17/13). | | $768.36 | | | | $768.36 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

**Lefebvre, Richard**

| Date | Description | Airfare | Lodging (3) | Meals (1) | Transportation | Other | Total Expenses |
|------|-------------|---------|-------------|-----------|----------------|-------|----------------|
| 9/20/2012 | Tolls for travel to Cincinnati, OH airport. | | | | $10.18 | | $10.18 |
| 1/21/2013 | Roundtrip coach airfare - Cincinnati, OH/Philadelphia, PA (1/21/12 - 1/24/12). | $711.80 | | | | | $711.80 |
| 1/21/2013 | Mileage - residence to Cincinnati, OH airport (.38 miles @ 56.5¢ per mile). | | | | $21.47 | | $21.47 |
| 1/21/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/22/2013 | Out of town meal/breakfast for self. | | | $8.31 | | | $8.31 |
| 1/22/2013 | Out of town meal/dinner for self. | | | $13.66 | | | $13.66 |
| 1/23/2013 | Out of town meal/breakfast for self. | | | $6.27 | | | $6.27 |
| 1/24/2013 | Lodging in Ft. Washington, PA - 3 nights (1/21/12 - 1/24/12). | | $476.28 | | | | $476.28 |
| 1/24/2013 | Mileage - Cincinnati, OH airport to residence (.38 miles @ 56.5¢ per mile). | | | | $21.47 | | $21.47 |
| 1/24/2013 | Out of town meal/breakfast for self. | | | $6.27 | | | $6.27 |
| 1/24/2013 | Parking at Cincinnati, OH airport (1/21/12 - 1/24/12). | | | | $60.00 | | $60.00 |
| 1/24/2013 | Rental car in Ft. Washington, PA (1/21/12 - 1/24/12). | | | | $294.27 | | $294.27 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

*Page 53 of 150*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

Lyman, Scott

| Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expense |
|------|-------------|---------|-----------|----------|----------------|-------|---------------|
| 12/7/2012 [2] | Tolls for travel to/from New York, NY to Ft. Washington, PA office (November 2012). | | | | $31.01 | | $31.01 |
| 1/2/2013 | Parking at hotel. | | | | $30.00 | | $30.00 |
| 1/3/2013 | Out of town meal/breakfast for self. | | | $10.00 | | | $10.00 |
| 1/3/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/3/2013 | Lodging in Ft. Washington, PA - 1 night (1/3/13 - 1/4/13). | | $307.47  *Purpose?* | | | | $307.47 |
| 1/4/2013 | Out of town meal/breakfast for self. | | | $7.00 | | | $7.00 |
| 1/4/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/4/2013 | Rental car for trip to Ft. Washington, PA (1/2/13 - 1/4/13). | | | | $544.89 | | $544.89 |
| 1/4/2013 [2] | Tolls for travel to/from New York, NY to Ft. Washington, PA office (December 2012). | | | | $179.17 | | $179.17 |
| 1/6/2013 [2] | Parking at airport. | | | | $30.00 | | $30.00 |
| 1/7/2013 | Lodging in Ft. Washington, PA - 1 night (1/7/13 - 1/8/13). | | $301.32  *Purpose?* | | | | $301.32 |
| 1/7/2013 | Out of town meal/breakfast for self. | | | $10.00 | | | $1 |

**Footnotes:**
(1) All meals have been limited to $20.00 per person.
(2) Prior period expense incurred, but not previously billed.
(3) Lodging has been capped at $500 per night.

Page 56 of 150

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### McDonagh, Timothy

| Date | Description | Airfare | Lodging[(3)] | Meals[(1)] | Transportation | Other | Total Expense |
|------|-------------|---------|---------|---------|----------------|-------|---------------|
| [2] 5/14/2012 | Out of town meal/dinner for self and S. Qiao (FTI), B. Witherell (FTI). | | | $60.00 | | | $60.00 |
| [2] 5/15/2012 | Out of town meal/dinner for self and S. Qiao (FTI), B. Witherell (FTI). | | | $60.00 | | | $60.00 |
| [2] 5/16/2012 | Out of town meal/dinner with self and S. Qiao (FTI), B. Witherell (FTI). | | | $60.00 | | | $60.00 |
| [2] 5/18/2012 | Car service - Newark airport to residence. | | | | $100.00 | | $100.00 |
| [2] 5/18/2012 | One-way coach airfare - Minneapolis, MN/Newark, NJ (05/18/12). | $711.76 | | | | | $711.76 |
| [2] 5/18/2012 | Out of town meal/dinner for self. | | | $17.25 | | | $17.25 |
| [2] 5/20/2012 | Internet services while traveling. | | | | | $39.80 | $39.80 |
| [2] 5/20/2012 | Lodging in Ft. Washington, PA - 4 nights (05/14/12 - 05/18/12). | | $853.92 | | | | $853.92 |
| [2] 5/21/2012 | Out of town meal/breakfast for self | | | $10.69 | | | $10.69 |
| [2] 5/21/2012 | Taxi - Minneapolis airport to client site. | | | | $41.35 | | $41.35 |
| [2] 5/21/2012 | One-way coach airfare - Newark, NJ/Minneapolis, MN (05/21/12). | $711.76 | | | | | $711.76 |
| [2] 5/22/2012 | Car Service - residence to Newark airport. | | | | $100.00 | | $100.00 |

*Page 71 of 150*

(1) All meals have been limited to $20.00 per person.
(2) Prior period expense incurred, but not previously billed.
(3) Lodging has been capped at $500 per night.

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

**McDonagh, Timothy**

| al Ex | Date | Description | Airfare | Lodging(3) | Meals (1) | Transportation | Other | Total Expenses |
|---|---|---|---|---|---|---|---|---|
| $6 | 5/23/2012 | Internet services while traveling. | | | | | $14.95 | $14.95 |
| $6 | 5/24/2012 | One-way coach airfare - Minneapolis, MN/Newark, NJ (05/24/12). | $711.76 | Purpose? | | | | $711.76 |
| $6 | 5/24/2012 | Out of town meal/dinner for self. | | | $17.55 | | | $17.55 |
| $100 | 5/24/2012 | Taxi - client offices to Minneapolis airport. | | | | $41.95 | | $41.95 |
| 711. | 5/25/2012 | Car Service - Newark airport to residence. | | | | $100.00   After 8pm? | | $100.00 |
| 17. | 5/29/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| 9. | 5/29/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| 9. | 5/30/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| 9. | 5/30/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| | 5/31/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| 2 | 5/31/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| 2 | 6/1/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |

*Footnotes:*                                                                                   *Page 72 of 150*
(1) *All meals have been limited to $20.00 per person.*
(2) *Prior period expense incurred, but not previously billed.*
(3) *Lodging has been capped at $500 per night.*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### McDonagh, Timothy

| Date | Description | Airfare | Lodging[3] | Meals [1] | Transportation | Other | Total Expenses |
|------|-------------|---------|-----------|-----------|----------------|-------|----------------|
| [2] 6/1/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| [2] 6/4/2012 | Internet services while traveling. | | | | | $12.95 | $12.95 |
| [2] 6/4/2012 | Lodging in Ft. Washington, PA - 1 night (06/04/12 - 06/05/12). | | $268.92 | | | | $268.92 |
| [2] 6/4/2012 | Mileage - residence to Ft. Washington, PA client site (88 miles @ 56.5¢ per mile) one-way. | | | | $48.84 | | $48.84 |
| [2] 6/4/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| [2] 6/4/2012 | Parking at hotel. | | | | $15.00 | | $15.00 |
| [2] 6/5/2012 | Tolls for travel from residence to Fort Washington, PA (one way). | | | | $8.28 | | $8.28 |
| [2] 6/5/2012 | Mileage - Ft. Washington, PA client site to residence (92 miles @ 56.5¢ per mile) one-way. | | | | $51.06 | | $51.06 |
| [2] 6/5/2012 | Tolls for travel from Fort Washington, PA to residence (one way). | | | | $8.36 | | $8.36 |
| [2] 6/6/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| [2] 6/6/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| [2] 6/7/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

*Page 73 of 150*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### McDonagh, Timothy

| Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expenses |
|------|-------------|---------|---------|---------|----------------|-------|----------------|
| 6/7/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| 6/8/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| 6/8/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| 6/11/2012 | One-way coach airfare - Newark, NJ/Minneapolis, MN (06/11/12). | $726.45 *Purpose?* | | | | | $726.45 |
| 6/11/2012 | Out of town meal/breakfast for self | | | $11.27 | | | $11.27 |
| 6/12/2012 | Car Service - residence to Newark airport. | | | | $100.00 *After 8 pm?* | | $100.00 |
| 6/12/2012 | Out of town meal/breakfast for self | | | $7.98 | | | $7.98 |
| 6/13/2012 | Lodging in Ft. Washington, PA - 3 nights (06/11/12 - 06/14/12). | | $543.87 *Purpose?* | | | | $543.87 |
| 6/14/2012 | One-way coach airfare - Minneapolis, MN/Newark, NJ (06/14/12). | $652.19 *Purpose?* | | | | | $652.19 |
| 6/14/2012 | Taxi - Minneapolis airport to client site. | | | | $40.00 | | $40.00 |
| 6/14/2012 | Out of town meal/dinner for self and T. Grossman (FTI). | | | $40.00 | | | $40.00 |
| 6/14/2012 | Out of town meal/breakfast for self | | | $4.55 | | | $4.55 |

*Footnotes:*
(1) *All meals have been limited to $20.00 per person.*
(2) *Prior period expense incurred, but not previously billed.*
(3) *Lodging has been capped at $500 per night.*

Page 74 of 150

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### McDonagh, Timothy

| Date | Description | Airfare | Lodging [3] | Meals [1] | Transportation | Other | Total Expenses |
|------|-------------|---------|-------------|-----------|----------------|-------|----------------|
| 6/27/2012 | Lodging in Bloomington, MN - 1 nights (06/27/12 - 06/28/12). | | ($192.02) Purpose? | | | | $192.02 |
| 6/27/2012 | One-way coach airfare - Newark, NJ/ Minneapolis, MN (06/27/12). | $663.19 Purpose? | | | | | $663.19 |
| 6/27/2012 | Out of town meal/breakfast for self | | | $8.55 | | | $8.55 |
| 6/27/2012 | Taxi - client offices to Minneapolis, MN. | | | | $42.90 | | $42.90 |
| 6/28/2012 | Car Service - Newark airport to residence. | | | | $100.00 After 8pm? | | $100.00 |
| 6/28/2012 | One-way coach airfare - Minneapolis, MN/Newark, NJ (06/28/12). | $672.19 Purpose? | | | | | $672.19 |
| 6/28/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 8/8/2012 | One-way coach airfare Newark, NJ/Minneapolis, MN (08/08/12). | $731.15 Purpose? | | | | | $731.15 |
| 8/8/2012 | Internet services while traveling. | | | | | $9.95 | $9.95 |
| 8/8/2012 | Out of town meal/breakfast for self | | | $5.98 | | | $5.98 |
| 8/8/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 8/8/2012 | Taxi - Minneapolis airport to client site. | | | | $41.90 | | $41.90 |

**Footnotes:**
(1) All meals have been limited to $20.00 per person.
(2) Prior period expense incurred, but not previously billed.
(3) Lodging has been capped at $500 per night.

**EXHIBIT G**
RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
EXPENSE DETAIL BY PROFESSIONAL
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### McDonagh, Timothy

| Date | Description | Airfare | Lodging [3] | Meals [1] | Transportation | Other | Total Expenses |
|---|---|---|---|---|---|---|---|
| [2] 6/16/2012 | Car Service - Newark airport to residence. | | | | ($100.00) After 8pm ? | | $100.00 |
| [2] 6/18/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| [2] 6/18/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| [2] 6/19/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| [2] 6/19/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| [2] 6/20/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| [2] 6/20/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| [2] 6/21/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| [2] 6/21/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| [2] 6/22/2012 | Mileage - residence to Ft. Washington, PA client site (180 miles @ 56.5¢ per mile) roundtrip. | | | | $99.90 | | $99.90 |
| [2] 6/22/2012 | Tolls for travel from residence to Fort Washington, PA (roundtrip). | | | | $16.64 | | $16.64 |
| [2] 6/26/2012 | Car Service - residence to Newark airport. *Supposed to be for travel to home?* | | | | ($100.00) After 8pm ? | | $100.00 |

*Footnotes:*
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

**McDonagh, Timothy**

| Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expenses |
|---|---|---|---|---|---|---|---|
| 10/15/2012 | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m | | | $15.87 | | | $15.87 |
| 10/15/2012 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $100.00 | | $100.00 |
| 10/16/2012 | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m | | | $10.49 | | | $10.49 |
| 10/16/2012 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $100.00 | | $100.00 |
| 10/18/2012 | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m | | | $20.00 | | | $20.00 |
| 10/18/2012 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $100.00 | | $100.00 |
| 2/25/2013 | Car Service - residence to Newark airport. | | | | $100.00 | | $100.00 |
| 2/25/2013 | One-way coach airfare - Newark, NJ/Minneapolis, MN (02/25/13 - 02/25/13). | $936.61 | | | | | $936.61 |
| 2/28/2013 | Out of town meal/dinner for self. | | | $14.88 | | | $14.88 |
| 2/28/2013 | One-way coach airfare - Minneapolis, MN/Newark, NY (02/28/13 - 02/28/13). | $945.60 | | | | | $945.60 |
| 2/28/2013 | Car Service - Newark airport to residence. | | | | $100.00 | | $100.00 |
| 3/20/2013 | Taxi - FTI New York office to ResCap client meeting with binders of supporting documents. | | | | $10.62 | | $10.62 |

*Footnotes:*
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

Page 78 of 150

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### McDonagh, Timothy

| Date | Description | Airfare | Lodging [3] | Meals [1] | Transportation | Other | Total Expenses |
|------|-------------|---------|---------|-------|----------------|-------|----------------|
| [2] 8/8/2012 | Lodging in Ft. Washington, PA - 1 nights (08/08/12 - 08/09/12). | | $213.48 *Purpose?* | | | | $213.48 |
| [2] 8/9/2012 | Car Service - residence to Newark airport. *Supposed to be to travel home?* | | | | $100.00 *After 8 p.m.?* | | $100.00 |
| [2] 8/9/2012 | Lodging in Ft. Washington, PA - 1 nights (08/09/12 - 08/10/12). | | $227.41 *Purpose?* | | | | $227.41 |
| [2] 8/9/2012 | Out of town meal/breakfast for self | | | $11.85 | | | $11.85 |
| [2] 8/9/2012 | Out of town meal/dinner for self. | | | $16.00 | | | $16.00 |
| [2] 8/9/2012 | Taxi - office to airport (flight was canceled, stayed at hotel at airport, flew out next day). | | | | $34.50 | | $34.50 |
| [2] 8/10/2012 | Internet services while traveling. | | | | | $9.95 | $9.95 |
| [2] 8/10/2012 | One-way coach airfare Minneapolis, MN/Newark, NJ (08/10/12). | $697.88 *Purpose?* | | | | | $697.88 |
| [2] 8/10/2012 | Out of town meal/breakfast for self | | | $7.00 | | | $7.00 |
| [2] 8/11/2012 | Car Service - Newark airport to residence. | | | | $100.00 *After 8 pm?* | | $100.00 |
| [2] 10/11/2012 | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m | | | $9.13 | | | $9.13 |
| [2] 10/11/2012 | Taxi - FTI New York Office to residence (overtime) as a result of having to work past 8:00 p.m. | | | | $100.00 | | $100.00 |

*Footnotes:*
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped per $500 per night.*

*Page 77 of 150*



**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

**Nolan, William J.**

| Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expenses |
|------|-------------|---------|---------|-------|----------------|-------|----------------|
| 11/28/2012 | Lodging in New York, NY - 1 night (11/27/12 - 11/28/12). | | $258.12 | | | | $258.12 |
| 11/28/2012 | Out of town meal/breakfast for self | | | $19.43 | | | $19.43 |
| 11/30/2012 | Car Rental in Philadelphia, PA (11/27/12 - 11/30/12). | | | | $394.37 | | $394.37 |
| 12/3/2012 | Internet services while traveling. | | | | | $9.95 | $9.95 |
| 12/4/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 12/4/2012 | Out of town meal/breakfast for self. | | | $3.63 | | | $3.63 |
| 12/5/2012 | Out of town meal/breakfast for self. | | | $6.13 | | | $6.13 |
| 12/5/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 12/6/2012 | Car Service - New York airport to FTI offices. | | | | $48.00 | | $48.00 |
| 12/6/2012 | Internet services while traveling. | | | | | $5.95 | $5.95 |
| 12/6/2012 | Lodging in Philadelphia, PA - 3 nights (12/03/12 - 12/06/12). | | $839.16 | | | | $839.16 |
| 12/6/2012 | Out of town meal/breakfast for self. | | | $19.34 | | | $19.34 |

*Handwritten annotations: "Purpose?" next to $258.12; "?" near $394.37; "After 5 pm?" next to $48.00; "Supposed to be to residence" near Car Service; "Purpose?" next to $839.16*

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

**Nolan, William J.**

| Date | Description | Airfare | Lodging [(3)] | Meals [(1)] | Transportation | Other | Total Expenses |
|------|-------------|---------|---------|-------|----------------|-------|----------------|
| [2] 11/6/2012 | Car service - residence to Charlotte airport. | | | | $66.00 | | $66.00 |
| [2] 11/9/2012 | Car service - Charlotte airport to residence. | | | | $66.00 | | $66.00 |
| [2] 11/14/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| [2] 11/15/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| [2] 11/16/2012 | Lodging in New York, NY - 3 nights (11/13/12 - 11/16/12). | | $1,500.00 | | | | $1,500.00 |
| [2] 11/16/2012 | Taxi - FTI offices to NYC airport. | | | | $53.65 | | $53.65 |
| [2] 11/18/2012 | Car service - residence to Charlotte airport. | | | | $66.00 | | $66.00 |
| [2] 11/19/2012 | Out of town meal/breakfast for self | | | $5.87 | | | $5.87 |
| [2] 11/20/2012 | Car service - Charlotte airport to residence. | | | | $66.00 | | $66.00 |
| [2] 11/20/2012 | Lodging in New York, NY - 2 nights (11/18/12 - 11/20/12). | | $693.22 | | | | $693.22 |
| [2] 11/20/2012 | Out of town meal/breakfast for self | | | $7.37 | | | $7.37 |
| [2] 11/27/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

*Page 87 of 150*

12-12020-mg  Doc 4542  Filed 08/07/13  Entered 08/07/13 16:15:53  Main Document
Pg 126 of 294

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

Nolan, William J.

| Date | Description | Airfare | Lodging[(3)] | Meals [(1)] | Transportation | Other | Total Expenses |
|------|-------------|---------|--------------|-------------|----------------|-------|----------------|
| [2] 12/6/2012 | Rental car in Philadelphia, PA (12/03/12 - 12/06/12). | | | | $312.94 | | $312.94 |
| [2] 12/6/2012 | Tolls for travel to/from client meetings. | | | | $19.20 | | $19.20 |
| [2] 12/10/2012 | Car service - residence to Charlotte airport. | | | | $66.00 | | $66.00 |
| [2] 12/17/2012 | Car service - residence to Charlotte airport. | | | | $66.00 | | $66.00 |
| [2] 12/27/2012 | Car service - Charlotte airport to residence. | | | | $66.00 | | $66.00 |
| [2] 1/4/2013 | Internet services while traveling. | | | | | $9.95 | $9.95 |
| 1/8/2013 | Car service - residence to Charlotte airport. | | | | $66.00 | | $66.00 |
| 1/8/2013 | Internet charges while working during flight. | | | | | $3.50 | $3.50 |
| 1/8/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/8/2013 | Roundtrip coach airfare - Charlotte, NC/New York, NY (1/8/13 - 1/10/13). | $1,006.86  *Purpose?* | | | | | $1,006.86 |
| 1/8/2013 | Taxi - New York LaGuardia Airport to hotel. | | | | $50.80 | | $50.80 |
| 1/9/2013 | Out of town meal/breakfast for self. | | | $20.00 | | | $20.00 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

*Page 89 of 150*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

**Qiao, Shi**

| | Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expenses |
|---|---|---|---|---|---|---|---|---|
| $35.90 | 2 6/4/2012 | Taxi - Philadelphia airport to client office. | | | | $79.15 | | $79.15 |
| $35.90 | Total | | | | | $79.15 | | $79.15 |

50

*Footnotes:*
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

*Page 102 of 150*

## EXHIBIT G
### RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
### EXPENSE DETAIL BY PROFESSIONAL
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

#### Renzi, Mark A

| Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expense |
|------|-------------|---------|------------|----------|----------------|-------|---------------|
| [2] 6/18/2012 | Lodging in New York, NY - 1 night (06/18/12). | | $422.33 Purpose? | | | | $422.33 |
| [2] 10/16/2012 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| [2] 12/4/2012 | Lodging in New York City, NY- 1 night (01/21/13). | | $500.00 Purpose? | | | | $500.00 |
| [2] 1/2/2013 | Parking at FTI office Boston (01/02/13). | | | | $38.00 | | $38.00 |
| 2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 1/6/2013 | Roundtrip coach airfare - Boston/New York (1/7/13 - 1/9/13). | $613.32 Purpose? | | | | | $613.32 |
| 1/6/2013 | Taxi - FTI New York office to New York LaGuardia Airport. | | | | $43.70 | | $43.70 |
| 1/9/2013 | Parking at Boston Logan Airport. | | | | $96.00 | | $96.00 |
| 1/9/2013 | Taxi - FTI New York office to New York LaGuardia Airport. | | | | $43.70 | | $43.70 |
| 1/16/2013 | Out of town meal/breakfast for self. | | | $6.11 | | | $6.11 |
| [2] 1/16/2013 | Rental car in Philadelphia, PA (01/16/13 - 01/17/13). | | | | $118.21 | | $118.21 |
| 1/16/2013 | Roundtrip coach airfare - Boston/Philadelphia (1/16/13 - 1/17/13). | $563.00 Purpose? | | | | | $563.00 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

*Page 103 of 150*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### Renzi, Mark A

| Date | Description | Airfare | Lodging [3] | Meals [1] | Transportation | Other | Total Expenses |
|------|-------------|---------|-------------|-----------|----------------|-------|----------------|
| 2/28/2013 | Parking at Boston Logan Airport. | | | | $64.00 | | $64.00 |
| 2/28/2013 | Rail - Coach/Economy in New York City, NY to New York City, NY (2/28/13 - 2/28/13). | | | | ($10.00) Purpose? | | $10.00 |
| 2/28/2013 | Taxi - FTI New York office to New York LaGuardia Airport. | | | | $48.50 | | $48.50 |
| 2/28/2013 | Out of town meal/breakfast for self. | | | $3.18 | | | $3.18 |
| 2/28/2013 [2] | Car Service - Boston Logan airport to residence. | | | | ($100.00) After 8pm? | | $100.00 |
| 2/28/2013 | Out of town meal/dinner for self. | | | $18.01 | | | $18.01 |
| 3/5/2013 | Taxi - NYC office to hotel. | | | | $15.94 | | $15.94 |
| 3/11/2013 | One-way coach airfare - Boston, MA/New York City, NY (03/11/13). | ($322.66) Purpose! | | | | | $322.66 |
| 3/11/2013 [2] | One-way coach airfare - Boston, MA/New York City, NY (03/11/13). | ($322.66) Purpose? Are there duplicate(s)? | | | | | $322.66 |
| 3/11/2013 | Out of town meal/breakfast for self. | | | $5.38 | | | $5.38 |
| 3/11/2013 | Taxi - LGA airport to hotel. | | | | $46.63 | | $46.63 |
| 3/12/2013 | Out of town meal/breakfast for self. | | | $4.33 | | | $4.33 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

*Page 108 of 150*

## EXHIBIT G
### RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
### EXPENSE DETAIL BY PROFESSIONAL
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### Renzi, Mark A

| Date | Description | Airfare | Lodging[3] | Meals[1] | Transportation | Other | Total Expenses |
|------|-------------|---------|-----------|----------|----------------|-------|----------------|
| 3/28/2013 | Out of town meal/breakfast for self. | | | $5.94 | | | $5.94 |
| 3/28/2013 | Parking at Boston Logan airport. | | | | $81.00 | | $81.00 |
| 3/28/2013 | Taxi - hotel to LGA airport. | | | | $44.79 | | $44.79 |
| 3/29/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 3/29/2013 | Lodging in New York, NY - 3 nights (04/26/13 - 04/28/13). | | $1,182.28 | | | | $1,182.28 |
| 4/3/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 4/3/2013 | One-way coach airfare - Boston, MA/New York City, NY (04/03/13). | $322.66 | | | | | $322.66 |
| 4/3/2013 | Out of town meal/breakfast for self. | | | $6.48 | | | $6.48 |
| 4/4/2013 | Out of town meal/breakfast for self. | | | $3.25 | | | $3.25 |
| 4/4/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 4/5/2013 | Lodging in New York, NY - 1 night (04/03/013 - 04/04/13). | | $500.00 | | | | $500.00 |
| 4/5/2013 | Lodging in New York, NY - 1 night (04/04/13 - 04/05/13). | | $433.22 | | | | $433.22 |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**EXPENSE DETAIL BY PROFESSIONAL**
*JANUARY 1, 2013 THROUGH APRIL 30, 2013*

### Renzi, Mark A

| Date | Description | Airfare | Lodging[3] | Meals [1] | Transportation | Other | Total Expenses |
|------|-------------|---------|------------|-----------|----------------|-------|----------------|
| 4/23/2013 | Car Service - Boston Logan airport to residence. | | | | $100.00 *After 8pm?* | | $100.00 |
| 4/24/2013 | Out of town meal/breakfast for self. | | | $10.10 | | | $10.10 |
| 4/24/2013 | Out of town meal/dinner for self. | | | $20.00 | | | $20.00 |
| 4/25/2013 | Lodging in New York, NY - 3 nights (04/22/13 - 04/25/13). | | $1,500.00 *Purpose?* | | | | $1,500.00 |
| 4/26/2013 | Out of town meal/breakfast for self. | | | $9.98 | | | $9.98 |
| **Total** | | **$7,534.12** | **$11,940.86** | **$825.44** | **$2,385.52** | **$29.45** | **$22,715.39** |

**Footnotes:**
*(1) All meals have been limited to $20.00 per person.*
*(2) Prior period expense incurred, but not previously billed.*
*(3) Lodging has been capped at $500 per night.*

# EXHIBIT F

# Hudson Cook, LLP

7250 Parkway Drive, 5th Floor
Hanover, MD 21076-1343
Telephone:   (410) 684-3200        Fax:    (410) 684-2001
FEIN      52-2001482
Billing Inquiries (410) 865-5414

February 8, 2013

| | |
|---|---|
| Ally Bank | Invoice No.            43489 |
| Tammy P. Hamzehpour | Reference No.       2952-003  LCD |
| General Counsel, Mortgage Operations | |
| Legal Staff | |
| 1100 Virginia Drive | |
| Fort Washington, PA  19034 | ForeclosureReview Legal Advice |

### Professional Services

For services rendered for period through 01/31/2013 in connection with:
All States Foreclosure Review Legal Advice at Due Diligence Rates with a minimum
fee of $50,000.00 per month.
Matter No.  713000

**ForeclosureReview Legal Advice**                                                                                          **003**

### Fees

| Date | Init. | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/16/2013 | AJC | C200 | Complete brief research to respond to foreclosure sales SCRA issue; email to Lisa DeLessio regarding same. | 1.80 | 575.00 | 1,035.00 |
| 01/14/2013 | CCS | C300 | Meeting to discuss SCRA review issues. | 2.00 | 275.00 | 550.00 |
| 01/14/2013 | CCS | C200 | Reviewed OCC guidance on SCRA testing issues. Reviewed SCRA statutory requirements. | 1.60 | 275.00 | 440.00 |
| 01/15/2013 | CCS | C300 | SCRA foreclosure review at Fort Washington. | 9.00 | 275.00 | 2,475.00 |
| 01/16/2013 | CCS | C300 | SCRA foreclosure review at Fort Washington. | 7.50 | 275.00 | 2,062.50 |
| 01/17/2013 | CCS | C300 | SCRA foreclosure review at Fort Washington. | 9.00 | 275.00 | 2,475.00 |
| 01/18/2013 | CCS | C300 | SCRA foreclosure review at Fort Washington. | 5.30 | 275.00 | 1,457.50 |
| 01/02/2013 | CLG | C200 | Researched case law and statutes and prepared remediation chart. | 3.90 | 275.00 | 1,072.50 |
| 01/02/2013 | DFC | C400 | Prepare for and attend FRB conference call regarding GMAC engagement; follow-up telephone discussion with L. Delessio and G. Apfel regarding same and workstream assignments. | 1.70 | 455.00 | 773.50 |
| 01/04/2013 | DFC | C400 | Prepare fee application and email same to Pepper Hamilton for BK court submission; telephone discussion with G. Apfel regarding same. | 1.10 | 455.00 | 500.50 |
| 01/04/2013 | DFC | C300 | Review emails from J. Odom regarding revised regulator SCRA guidance and attached documents; telephone discussion with L. Delessio regarding PWC's Observation and Error Forecast - ILC SLA and Forecast Volume and review of same. | 1.40 | 455.00 | 637.00 |
| 01/07/2013 | DFC | C400 | Prepare for and attend GMAC / PWC workstream conference call; per Sewitt reallocate workstream | 2.10 | 455.00 | 955.50 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

| 2952-003 | | | | Invoice No: | | 43489 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | Invoice Date: | | 02/08/2013 |
| | | | resources; telephone discussion with L. Delessio regarding SCRA scheduling and support and review email from J. King regarding same. | | | |
| 01/09/2013 | DFC | C400 | Prepare for and attend PWC and FRB telephone conference call; follow-up discussion with L. Delessio regarding same and through-put schedule. | 1.30 | 455.00 | 591.50 |
| 01/10/2013 | DFC | C300 | Review and respond to email from J. King ad L. Delessio regarding SCRA Section 521 remediation testing and Decision Tree analysis. | 0.80 | 455.00 | 364.00 |
| 01/11/2013 | DFC | C300 | Telephone discussion with L. Delessio regarding SCRA testing requirements in light of recent FRB published guidance; telephone discussion with G. Apfel regarding BK standing process changes. | 2.20 | 455.00 | 1,001.00 |
| 01/14/2013 | DFC | C400 | Prepare for and attend GMAC Sweit meeting regarding throughput and workstream updates; review ownership template of the data required to determine standing for POC's and MFR's per PWCs request. | 2.60 | 455.00 | 1,183.00 |
| 01/15/2013 | DFC | C300 | Review WV remediation memo for state law mapping. | 3.70 | 455.00 | 1,683.50 |
| 01/16/2013 | DFC | C300 | Begin review of NV remediation memo for state law mapping. | 2.60 | 455.00 | 1,183.00 |
| 01/17/2013 | DFC | C300 | Prepare MA SCRA document review list and email same with links to relevant forms to L. Delessio; and telephone discussion with L. Delessio regarding same; review draft OTL report for 12 BK loans from PWC and emails from G. Apfel regarding BK standing review. | 2.90 | 455.00 | 1,319.50 |
| 01/18/2013 | DFC | C400 | Prepare for and attend PWC weekly legal status conference call; review bankruptcy standing worksheets, and telephone discussion with L. Delessio regarding same. | 2.00 | 455.00 | 910.00 |
| 01/21/2013 | DFC | C300 | Prepare for SCRA and standing workstream onsite meetings and work on review process issues and file review. | 7.50 | 455.00 | 3,412.50 |
| 01/22/2013 | DFC | C300 | Work onsite at GMAC facility with PWC on SCRA and BK standing workstreams. | 9.00 | 455.00 | 4,095.00 |
| 01/23/2013 | DFC | C300 | Work onsite with PWC in Fort Washington on SCRA and BK standing review workstreams. | 9.40 | 455.00 | 4,277.00 |
| 01/24/2013 | DFC | C300 | Work onsite with PWC in Fort Washington on SCRA and BK standing review workstreams. | 7.70 | 455.00 | 3,503.50 |
| 01/25/2013 | DFC | C300 | Review standing data request and document lists; exchange emails with L. Delessio regarding SCRA file review and PWC conference call issues. | 3.50 | 455.00 | 1,592.50 |
| 01/28/2013 | DFC | C400 | Attend telephone conference call with PWC and Sweit regarding workstream progress and through-put schedule. | 1.10 | 455.00 | 500.50 |
| 01/29/2013 | DFC | C300 | Telephone discussion with L. Delessio concerning new standing file assignments and SCRA rebuttals; prepare BK fee filing notice and circulate same to Pepper Hamilton. | 1.40 | 455.00 | 637.00 |
| 01/30/2013 | DFC | C300 | Review GMAC SCRA rebuttals with L. Delessio and review emails from J. King regarding same. | 0.90 | 455.00 | 409.50 |

| 2952-003 | | | | Invoice No: | | 43489 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | Invoice Date: | | 02/08/2013 |
| 01/31/2013 DFC | C300 | Review email from G. Apfel regarding requested GMAC summary of findings chart; review delivered chart for formatting BK standing review. | 1.10 | 455.00 | 500.50 |
| 01/07/2013 EDM | C300 | Reviewed and analyzed Connecticut files for standing determination. | 0.80 | 275.00 | 220.00 |
| 01/07/2013 EDM | C200 | Florida - Reviewed and analyzed Florida files for standing determination. | 2.70 | 275.00 | 742.50 |
| 01/07/2013 EDM | C200 | Indiana - Reviewed and analyzed Indiana files for standing determination. | 2.80 | 275.00 | 770.00 |
| 01/07/2013 EDM | C200 | Kansas - Reviewed and analyzed Kansas files for standing determination. | 1.70 | 275.00 | 467.50 |
| 01/08/2013 EDM | C200 | Kansas - Reviewed and analyzed Kansas files for standing determination. | 0.60 | 275.00 | 165.00 |
| 01/08/2013 EDM | C200 | New Jersey - Reviewed and analyzed New Jersey files for standing determination. | 1.40 | 275.00 | 385.00 |
| 01/08/2013 EDM | C200 | New York - Reviewed and analyzed New York files for standing determination. | 0.70 | 275.00 | 192.50 |
| 01/08/2013 EDM | C200 | Oklahoma - Reviewed and analyzed Oklahoma files for standing determination. | 1.30 | 275.00 | 357.50 |
| 01/08/2013 EDM | C200 | Wisconsin - Reviewed and analyzed Wisconsin files for standing determination. | 1.00 | 275.00 | 275.00 |
| 01/08/2013 EDM | C200 | Pennsylvania - Reviewed and analyzed Pennsylvania files for standing determination. | 2.60 | 275.00 | 715.00 |
| 01/09/2013 EDM | C200 | Pennsylvania - Reviewed and analyzed Pennsylvania files for standing determination. | 2.00 | 275.00 | 550.00 |
| 01/09/2013 EDM | C200 | South Carolina - Reviewed and analyzed South Carolina files for standing determination. | 1.80 | 275.00 | 495.00 |
| 01/02/2013 JLK | C300 | Responded to PwC request for guidance and updates to SCRA review. | 3.30 | 425.00 | 1,402.50 |
| 01/03/2013 JLK | C300 | Assist PwC with the SCRA portion of the IFR. | 4.50 | 425.00 | 1,912.50 |
| 01/04/2013 JLK | C300 | Assist PwC with the SCRA portion of the IFR. | 4.40 | 425.00 | 1,870.00 |
| 01/07/2013 JLK | C300 | Review new OCC/FRB guidance re SCRA testing/interpretations. Write-up requirements for PwC. Determine impact on current test questions. Email exchanges regarding upcoming travel per Ally/GMAC request. | 5.20 | 425.00 | 2,210.00 |
| 01/08/2013 JLK | C300 | Review and format of new SCRA batch files. Email exchanges re expedited review protocol and changes to the SCRA portion of the IFR scope. Prepare for onsite meetings. | 4.30 | 425.00 | 1,827.50 |
| 01/09/2013 JLK | C300 | Assist PwC onsite with the SCRA foreclosure review. | 9.50 | 425.00 | 4,037.50 |
| 01/10/2013 JLK | C300 | Assist PwC onsite with the SCRA foreclosure review. | 7.10 | 425.00 | 3,017.50 |
| 01/11/2013 JLK | C300 | Assist PwC with the SCRA portion of the IFR. | 6.20 | 425.00 | 2,635.00 |
| 01/13/2013 JLK | C300 | Prepare for and attend meeting with PwC regarding scope of SCRA testing and potential procedural updates. | 2.80 | 425.00 | 1,190.00 |
| 01/14/2013 JLK | C300 | Review foreclosure review information and updates. Prepare for onsite meetings. | 2.30 | 425.00 | 977.50 |
| 01/15/2013 JLK | C300 | Assist PwC with onsite SCRA review. | 8.50 | 425.00 | 3,612.50 |
| 01/16/2013 JLK | C300 | Assist PwC with onsite SCRA loan file review. | 8.50 | 425.00 | 3,612.50 |

| 2952-003 | | | | | Invoice No: | 43489 |
| Ally Bank | | | | | Invoice Date: | 02/08/2013 |
| 01/17/2013 | JLK | C300 | Advise PwC re the SCRA portion of the IFR. | 8.50 | 425.00 | 3,612.50 |
| 01/18/2013 | JLK | C300 | Advise PwC re the SCRA portion of the IFR. | 6.20 | 425.00 | 2,635.00 |
| 01/19/2013 | JLK | C300 | Assist PwC with the review of SCRA loans for the IFR. | 1.40 | 425.00 | 595.00 |
| 01/20/2013 | JLK | C300 | Assist PwC with the review of SCRA loans for the IFR. | 2.30 | 425.00 | 977.50 |
| 01/22/2013 | JLK | C300 | Assist PwC with onsite review of SCRA loan files for the IFR. | 8.50 | 425.00 | 3,612.50 |
| 01/23/2013 | JLK | C300 | Assist PwC with onsite review of SCRA loan files for the IFR. | 8.50 | 425.00 | 3,612.50 |
| 01/24/2013 | JLK | C300 | Assist PwC with the SCRA portion of the IFR. | 6.20 | 425.00 | 2,635.00 |
| 01/25/2013 | JLK | C300 | Assist PwC with the SCRA portion of the IFR. | 1.30 | 425.00 | 552.50 |
| 01/30/2013 | JLK | C300 | Review of rebuttals for SCRA loans where observations occurred. | 4.10 | 425.00 | 1,742.50 |
| 01/02/2013 | JWM | C200 | Researched and drafted borrower remediation memo for South Carolina. | 2.30 | 275.00 | 632.50 |
| 01/02/2013 | JWM | C200 | Reviewed, analyzed, and responded to second ownership observation responses for CA. | 1.90 | 275.00 | 522.50 |
| 01/03/2013 | JWM | C200 | Researched and drafted borrower remediation memo for South Carolina. | 3.80 | 275.00 | 1,045.00 |
| 01/04/2013 | JWM | C200 | Researched and drafted borrower remediation memo for South Carolina. | 1.80 | 275.00 | 495.00 |
| 01/04/2013 | JWM | C200 | Reviewed, analyzed, and responded to second ownership observation responses for CA. Updated ownership responses tracking chart. | 2.60 | 275.00 | 715.00 |
| 01/07/2013 | JWM | C200 | Reviewed, analyzed, and responded to ownership observation responses for CA. | 7.80 | 275.00 | 2,145.00 |
| 01/08/2013 | JWM | C300 | On site with Ally SCRA team. | 11.40 | 275.00 | 3,135.00 |
| 01/09/2013 | JWM | C300 | On site with Ally SCRA team. | 11.70 | 275.00 | 3,217.50 |
| 01/10/2013 | JWM | C300 | On site with Ally SCRA team. | 11.20 | 275.00 | 3,080.00 |
| 01/11/2013 | JWM | C300 | On site with Ally SCRA team. | 7.90 | 275.00 | 2,172.50 |
| 01/14/2013 | JWM | C300 | On site with Ally SCRA team. | 7.40 | 275.00 | 2,035.00 |
| 01/15/2013 | JWM | C300 | On site with Ally SCRA team. | 9.40 | 275.00 | 2,585.00 |
| 01/16/2013 | JWM | C300 | On site with Ally SCRA team. | 8.60 | 275.00 | 2,365.00 |
| 01/17/2013 | JWM | C300 | On site with Ally SCRA team. | 8.20 | 275.00 | 2,255.00 |
| 01/18/2013 | JWM | C300 | On site with Ally SCRA team. | 7.30 | 275.00 | 2,007.50 |
| 01/22/2013 | JWM | C300 | On site with Ally SCRA and Standing teams. | 9.80 | 275.00 | 2,695.00 |
| 01/23/2013 | JWM | C300 | On site with Ally SCRA and Standing teams. | 10.00 | 275.00 | 2,750.00 |
| 01/24/2013 | JWM | C300 | On site with Ally SCRA and Standing teams. | 8.80 | 275.00 | 2,420.00 |
| 01/25/2013 | JWM | C300 | On site with Ally SCRA and Standing teams. | 5.00 | 275.00 | 1,375.00 |
| 01/28/2013 | JWM | C100 | Ownership reviews tracking. | 0.80 | 275.00 | 220.00 |
| 01/29/2013 | JWM | C200 | Ally ownership reviews tracking. Reviewed IL second iteration loans for PwC. | 3.80 | 275.00 | 1,045.00 |
| 01/30/2013 | JWM | C200 | Reviewed IL second iteration loans for PwC. | 4.40 | 275.00 | 1,210.00 |
| 01/31/2013 | JWM | C200 | Reviewed IL second iteration loans for PwC. | 6.60 | 275.00 | 1,815.00 |
| 01/15/2013 | KCF | C200 | Nebraska - Legal research regarding remedies for wrongful foreclosure or failure to follow certain required statutory foreclosure requirements. Analysis of issues raised by same. | 2.70 | 300.00 | 810.00 |

| 2952-003 | | | | Invoice No: | | 43489 |
| Ally Bank | | | | Invoice Date: | | 02/08/2013 |
|---|---|---|---|---|---|---|
| 01/18/2013 KCF | C200 | Nebraska - Analysis of issues regarding potential borrower ham related to failure of the trustee to follow all required statutory foreclosure procedures. | 2.40 | 300.00 | 720.00 |
| 01/29/2013 KCF | C200 | Nebraska - Drafting of revisions to borrower harm memorandum. | 1.40 | 300.00 | 420.00 |
| 01/30/2013 KCF | C200 | Nebraska - Legal research regarding Nebraska law governing consequences of improperly appointing a successor trustee. Analysis of borrower harm issues. Drafting of revisions to borrower harm memorandum. | 3.10 | 300.00 | 930.00 |
| 01/31/2013 KCF | C200 | Nebraska - Drafting of revisions to borrower harm memorandum. | 1.80 | 300.00 | 540.00 |
| ⌐ 01/02/2013 LCD | C200 | Work on remediation for state law violations; discussions with L. Thomas and D. Clarke re same; review work on ownership standing workstream and respond to issues related to same; participate in call with PwC and Federal Reserve Board. | 4.20 | 435.00 | 1,827.00 |
| 01/03/2013 LCD | C200 | Continue work on review and revisions to state law remediation for deed of trust states. | 3.60 | 435.00 | 1,566.00 |
| ⌐ 01/04/2013 LCD | C200 | Review status of ownership and SCRA files; participate in planning call with PwC. Review throughput production schedule. Consider proposal and follow-up re same. | 2.10 | 435.00 | 913.50 |
| 01/05/2013 LCD | C300 | Review updated SCRA guidance and decision trees from OCC/FRB. Review documents from PwC regarding SCRA testing; email exchange with PwC re categories of findings and review response re same. | 2.10 | 435.00 | 913.50 |
| 01/06/2013 LCD | C400 | Prepare for and participate in SCRA call with PwC. Follow-up review of SCRA issues. | 2.30 | 435.00 | 1,000.50 |
| 01/07/2013 LCD | C300 | Participate in call with PwC and Ally; call with PwC (J. Odom) re focus of reviews; continue work on state law remediation charts. | 3.80 | 435.00 | 1,653.00 |
| 01/08/2013 LCD | C200 | Work onsite with PwC on SCRA file reviews and analysis. Meetings with PwC re review issues. | 8.60 | 435.00 | 3,741.00 |
| 01/09/2013 LCD | C300 | Work onsite with PwC on SCRA file reviews and analysis. | 12.80 | 435.00 | 5,568.00 |
| 01/10/2013 LCD | C200 | Work onsite with PwC team and review and anlaysis SCRA files and rebuttals. | 10.60 | 435.00 | 4,611.00 |
| 01/11/2013 LCD | C200 | Work onsite with PwC team; review and analyze SCRA files. | 6.40 | 435.00 | 2,784.00 |
| ⌐ 01/14/2013 LCD | C300 | Conduct training for attorneys on SCRA findings and updated guidance; review SCRA files and questions from PwC; Prepare for and art(sic)ipate in call with PwC and Ally. Discuss use of new ownership templates with PwC and issues related to BK standing review. | 5.20 | 435.00 | 2,262.00 |
| 01/15/2013 LCD | C200 | Work onsite with PwC on SCRA file reviews and analysis. | 9.20 | 435.00 | 4,002.00 |
| 01/16/2013 LCD | C200 | Work onsite with PwC on SCRA file reviews and analysis. | 10.30 | 435.00 | 4,480.50 |
| 01/17/2013 LCD | C200 | Work onsite with PwC on SCRA file reviews and analysis. Attend meetings with PwC and Ally. | 11.60 | 435.00 | 5,046.00 |

| 2952-003 | | | | Invoice No: | | 43489 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | Invoice Date: | | 02/08/2013 |
| | | | Work on ownership review issues. | | | |
| 01/18/2013 | LCD | C300 | Address SCRA questions; review Bankruptcy Standing documentation from PwC. Call with PwC regarding BK and State standing streamlining and reviews. Follow-up discussion with D. Clarke on standing reviews. Begin work on building document list for standing. | 4.20 | 435.00 | 1,827.00 |
| 01/22/2013 | LCD | C300 | Continue work on building file list for all states for standing analysis; meeting with PwC regarding standing; discussions with D. Clarke re: BK standing issues and incorporating same with state law standing review. | 4.20 | 435.00 | 1,827.00 |
| 01/23/2013 | LCD | C300 | Participate in status call with PwC, Federal Reserve Board, and FDIC; review and analyze SCRA files from PwC. Discuss Bankruptcy standing issues with D. Clarke; revise file build document list; email to PwC with revised file build list for state and bankruptcy standing. | 6.80 | 435.00 | 2,958.00 |
| 01/24/2013 | LCD | C300 | Call with PwC (A. Boland) to discuss new standing templates and related issues; Review and comment on revised document list from PwC for State and Bankruptcy standing file builds; Discuss revised standing template and BK review with D. Clarke. Exchange with PwC (K. Winacott) regarding status of files for review and return. | 3.80 | 435.00 | 1,653.00 |
| 01/25/2013 | LCD | C300 | Review ownership issues; call with PwC to discuss BK and State standing/ownership review. Address open SCRA file issues with PwC. | 1.10 | 435.00 | 478.50 |
| 01/28/2013 | LCD | C300 | Prepare for and participate in call with PwC and Ally; review standing file review issues and research with W. McArthur; review new files in from PwC. | 2.40 | 435.00 | 1,044.00 |
| 01/30/2013 | LCD | C200 | Review SCRA files. | 3.20 | 435.00 | 1,392.00 |
| 01/31/2013 | LCD | C300 | Review questions from PwC (A. Boland) on standing templates and document list; review standing template document and return same to PwC; email to PwC (A. Boland) re: Note in possession and wholesale loans. | 1.80 | 435.00 | 783.00 |
| 01/03/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Mississippi and Missouri. | 7.40 | 375.00 | 2,775.00 |
| 01/04/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Missouri. | 3.50 | 375.00 | 1,312.50 |
| 01/07/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Maryland. | 8.20 | 375.00 | 3,075.00 |
| 01/08/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for North Carolina. | 7.90 | 375.00 | 2,962.50 |
| 01/09/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for North Carolina and Idaho. | 7.60 | 375.00 | 2,850.00 |
| 01/10/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Tennessee. | 7.50 | 375.00 | 2,812.50 |
| 01/11/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Alaska. | 7.70 | 375.00 | 2,887.50 |
| 01/14/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Oregon and New Mexico. | 8.40 | 375.00 | 3,150.00 |

| 2952-003 | | | | | Invoice No: | 43489 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | | Invoice Date: | 02/08/2013 |
| 01/16/2013 | MHM | C300 | Reviewed instructions for bankruptcy review, reviewed portions of a loan file, and prepared for call with Gary Apfel to discuss the review process. | 2.70 | 275.00 | 742.50 |
| 01/16/2013 | MHM | C300 | Participated in a call with Gary Apfel to discuss the bankruptcy review project. | 2.40 | 275.00 | 660.00 |
| 01/17/2013 | MHM | C300 | Participated in training  call on bankruptcy review procedures with Pepper Hamilton. | 1.90 | 275.00 | 522.50 |
| 01/17/2013 | MHM | C300 | Reviewed bankruptcy files for the first handoff to determine the stay period. | 3.80 | 275.00 | 1,045.00 |
| 01/18/2013 | MHM | C300 | Reviewed bankruptcy files to collect information for the first handoff regarding the stay period. | 5.60 | 275.00 | 1,540.00 |
| 01/22/2013 | MHM | C300 | Reviewed and analyzed bankruptcy files to respond to questions for the first handoff regarding the stay period. | 6.20 | 275.00 | 1,705.00 |
| 01/24/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 0.90 | 275.00 | 247.50 |
| 01/24/2013 | MHM | C300 | Reviewed bankruptcy files to determine the stay period for the first handoff. | 0.90 | 275.00 | 247.50 |
| 01/25/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for TN and IL. | 1.90 | 275.00 | 522.50 |
| 01/29/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay review period for handoff 1. | 1.90 | 275.00 | 522.50 |
| 01/29/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 1.00 | 275.00 | 275.00 |
| 01/30/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 4.50 | 275.00 | 1,237.50 |
| 01/31/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 6.00 | 275.00 | 1,650.00 |
| 01/03/2013 | MSM | C300 | Ownership review - Georgia. | 0.80 | 400.00 | 320.00 |
| 01/04/2013 | MSM | C300 | Ownership review - California. | 2.30 | 400.00 | 920.00 |
| 01/08/2013 | MSM | C300 | Ownership review - various states. | 0.80 | 400.00 | 320.00 |
| 01/09/2013 | MSM | C300 | Ownership review - various states. | 0.50 | 400.00 | 200.00 |
| 01/10/2013 | MSM | C300 | Ownership review - Tennessee. | 3.80 | 400.00 | 1,520.00 |
| 01/11/2013 | MSM | C300 | Ownership review. | 4.00 | 400.00 | 1,600.00 |
| 01/14/2013 | MSM | C300 | Ownership review and SCRA review. | 2.40 | 400.00 | 960.00 |
| 01/15/2013 | MSM | C300 | On site SCRA review. | 10.50 | 400.00 | 4,200.00 |
| 01/16/2013 | MSM | C300 | On site SCRA review. | 9.00 | 400.00 | 3,600.00 |
| 01/24/2013 | MSM | C300 | Ownership review. | 0.40 | 400.00 | 160.00 |
| 01/29/2013 | MSM | C300 | Ownership review. | 1.50 | 400.00 | 600.00 |
| 01/03/2013 | PLC | C200 | Revising Alaska remediation memo. | 0.90 | 275.00 | 247.50 |
| 01/04/2013 | PLC | C200 | Revising Alaska remediation memo. | 2.30 | 275.00 | 632.50 |
| 01/02/2013 | SJB | C300 | Review and analyze Florida ownership observations; telephone call with L. DeLessio regarding ownership review. | 2.20 | 475.00 | 1,045.00 |
| 01/03/2013 | SJB | C300 | Review and analyze Florida ownership observations and discuss same with M. MacKenzie. | 2.70 | 475.00 | 1,282.50 |
| 01/04/2013 | SJB | C300 | Review and analyze Florida ownership observations and discuss same with L. DeLessio and M. MacKenzie; discuss California ownership issues with W. McArthur and M. Musselman. | 2.80 | 475.00 | 1,330.00 |

# Hudson Cook, LLP

7250 Parkway Drive, 5th Floor
Hanover, MD 21076-1343
Telephone:  (410) 684-3200      Fax:  (410) 684-2001
FEIN      52-2001482
Billing Inquiries (410) 865-5414

March 12, 2013

Ally Bank
Tammy P. Hamzehpour
General Counsel, Mortgage Operations
Legal Staff
1100 Virginia Drive
Fort Washington, PA  19034

| | |
|---|---|
| Invoice No. | 44022 |
| Reference No. | 2952-003  LCD |

ForeclosureReview Legal Advice

### Professional Services

For services rendered for period through 02/28/2013 in connection with:
All States Foreclosure Review Legal Advice at Due Diligence Rates with a minimum
fee of $50,000.00 per month.
Matter No. 713000

**ForeclosureReview Legal Advice**                                                                                     **003**

#### Fees

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2013 | DFC | C300 | Review summary of stay violations prepared by Pepper Hamilton for Sewitt for standing issues; email to L. Delessio regarding same. | 1.30 | 455.00 | 591.50 |
| 02/01/2013 | JLK | C300 | Respond to SCRA Rebuttals for PwC as part of the Ally/GMAC IFR. | 7.10 | 425.00 | 3,017.50 |
| 02/01/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 7.60 | 275.00 | 2,090.00 |
| 02/01/2013 | LCD | C300 | Review and analyze new SCRA files; Call with PwC to address standing questions and issues; discuss standing issues with S. Bangert; address issues related to new standing file delivery. | 4.10 | 435.00 | 1,783.50 |
| 02/01/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for California and Montana. | 6.50 | 375.00 | 2,437.50 |
| 02/01/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for NJ, GA, KY, and TN. | 3.20 | 275.00 | 880.00 |
| 02/01/2013 | SJB | C300 | Review and analyze responses to ownership observations; telephone call with L. DeLessio regarding status of ownership review. | 1.80 | 475.00 | 855.00 |
| 02/04/2013 | DFC | C400 | Prepare for and attend weekly telephone conference status and issues call with GMAC; follow-up discussion with G. Apfel and L. Delessio regarding standing responsibility issues. | 1.90 | 455.00 | 864.50 |
| 02/04/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 4.20 | 275.00 | 1,155.00 |
| 02/04/2013 | LCD | C300 | Prepare for and participate in call with PwC and GMAC;  address standing file review legal issues. | 2.20 | 435.00 | 957.00 |

| 2952-003 | | | | Invoice No: | | 44022 |
| Ally Bank | | | | Invoice Date: | | 03/12/2013 |
|---|---|---|---|---|---|---|
| 02/04/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Montana and Alabama. | 6.50 | 375.00 | 2,437.50 |
| 02/04/2013 | SJB | C300 | Attention to ownership issues, including nonholder in possession analysis. | 0.70 | 475.00 | 332.50 |
| 02/05/2013 | JLK | C300 | Revise and deliver SCRA loan files for the IFR. | 1.20 | 425.00 | 510.00 |
| 02/05/2013 | LCD | C300 | Review and analyze SCRA files; analyze file standing review issues. | 3.10 | 435.00 | 1,348.50 |
| 02/05/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Alabama and Arkansas. | 7.40 | 375.00 | 2,775.00 |
| 02/05/2013 | SJB | C300 | Analyze and discuss ownership issues with L. DeLessio and M. Musselman. | 1.00 | 475.00 | 475.00 |
| 02/06/2013 | DFC | C400 | Prepare for and attend conference call with FRB and PWC. | 1.00 | 455.00 | 455.00 |
| 02/06/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 4.90 | 275.00 | 1,347.50 |
| 02/06/2013 | LCD | C400 | Participate in call with PwC, FRB and FDIC; address standing questions from PwC; analyze standing files; work on alternative document list for standing. | 3.40 | 435.00 | 1,479.00 |
| 02/06/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Arkansas and Georgia. | 5.40 | 375.00 | 2,025.00 |
| 02/06/2013 | MHM | C300 | Conference call with Sharon Bangert and Webb McArthur to discuss foreclosure file review. | 0.60 | 275.00 | 165.00 |
| 02/06/2013 | SJB | C300 | Review and analyze responses to ownership observations; telephone call with W. McArthur and M. MacKenzie regarding nonholder in possession analysis. | 2.80 | 475.00 | 1,330.00 |
| 02/07/2013 | DFC | C300 | Review email from J. King regarding SCRA issues and telephone discussion with L. Delessio regarding same. | 1.30 | 455.00 | 591.50 |
| 02/07/2013 | JLK | C300 | Review of SCRA loan files - 2nd Review and Rebuttals as requested by PwC. | 8.70 | 425.00 | 3,697.50 |
| 02/07/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.40 | 275.00 | 1,760.00 |
| 02/07/2013 | LCD | C300 | Work on alternative documentation list for standing in all states; exchanges with PwC regarding same; review additional information from PwC and address questions from PwC. Review and address SCRA file review issues. | 4.20 | 435.00 | 1,827.00 |
| 02/07/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Georgia and Massachusetts. | 7.20 | 375.00 | 2,700.00 |
| 02/07/2013 | MHM | C300 | Conducted statutory and case law research regarding standing to foreclose in Florida as a nonholder in possession with a rights of a holder. | 2.60 | 275.00 | 715.00 |
| 02/07/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay review period for handoff 1. | 2.20 | 275.00 | 605.00 |
| 02/07/2013 | SJB | C300 | Analyze note in possession issues for ownership review. | 0.50 | 475.00 | 237.50 |
| 02/08/2013 | DFC | C400 | Telephone discussion with G. Apfel regarding BK standing handoffs; review and provide comments to draft email to Scott Goldman regarding same. | 0.90 | 455.00 | 409.50 |
| 02/08/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 4.30 | 275.00 | 1,182.50 |

| 2952-003 | | | | Invoice No: | | 44022 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | Invoice Date: | | 03/12/2013 |
| 02/08/2013 | LCD | C300 | Work on standing issues; prepare for and participate in call with PwC. | 1.80 | 435.00 | 783.00 |
| 02/08/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Massachusetts and New Hampshire. | 6.10 | 375.00 | 2,287.50 |
| 02/08/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay. | 1.80 | 275.00 | 495.00 |
| 02/08/2013 | MSM | C300 | Review ownership files. | 0.80 | 400.00 | 320.00 |
| 02/08/2013 | SJB | C300 | Review and analyze responses to ownership observations; telephone call with L. DeLessio and M. Musselman regarding note in possession issues. | 2.40 | 475.00 | 1,140.00 |
| 02/11/2013 | FHB | C200 | Review of recent Maine Supreme Judicial Court and Massachusetts Supreme Judicial Court decisions regarding standing in foreclosure proceedings. Email to D. Clarke and L. Delessio regarding the same. | 1.30 | 300.00 | 390.00 |
| 02/11/2013 | KCF | C200 | Alabama - Legal research regarding borrower harm issues and drafting of revised state law chart. | 2.10 | 300.00 | 630.00 |
| 02/11/2013 | LCD | C400 | Prepare for and participate in call with PwC and GMAC. | 1.10 | 435.00 | 478.50 |
| 02/11/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for New Hampshire and Rhode Island. | 7.40 | 375.00 | 2,775.00 |
| 02/11/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.30 | 275.00 | 357.50 |
| 02/11/2013 | SJB | C300 | Analyze ownership issues regarding nonholder in possession. | 0.80 | 475.00 | 380.00 |
| 02/12/2013 | JWM | C300 | Reviewed, analyzed, and responded to CA ownership observations for PwC. | 3.80 | 275.00 | 1,045.00 |
| 02/12/2013 | LCD | C300 | Call with PwC to discuss standing questions; follow-up research re standing matters. | 2.40 | 435.00 | 1,044.00 |
| 02/12/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Rhode Island and Minnesota. | 6.90 | 375.00 | 2,587.50 |
| 02/12/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.60 | 275.00 | 440.00 |
| 02/12/2013 | SJB | C300 | Review and analyze ownership issues. | 1.70 | 475.00 | 807.50 |
| 02/13/2013 | JWM | C300 | Reviewed, analyzed, and responded to CA ownership observations for PwC. | 4.30 | 275.00 | 1,182.50 |
| 02/13/2013 | LCD | C300 | Participate in call with FRB, FDIC and PwC; Call with PwC to review standing file reviews, documentation and bankruptcy file reviews. | 2.40 | 435.00 | 1,044.00 |
| 02/13/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownerhsip observations for Florida. | 3.20 | 275.00 | 880.00 |
| 02/13/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.00 | 275.00 | 275.00 |
| 02/13/2013 | MSM | C300 | Ownership review. | 0.80 | 400.00 | 320.00 |
| 02/13/2013 | SJB | C300 | Conference call with PwC and L. DeLessio regarding bankruptcy standing review. | 1.30 | 475.00 | 617.50 |

(Please return green copy with your remittance) and make payable to:
Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD 21076-1343

| 2952-003 | | | | Invoice No: | | 44022 |
| Ally Bank | | | | Invoice Date: | | 03/12/2013 |
|---|---|---|---|---|---|---|
| 02/13/2013 SJB | C300 | Review and analyze issues related to ownership observations and discuss same with L. DeLessio. | 2.20 | 475.00 | 1,045.00 |
| 02/14/2013 JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.10 | 275.00 | 1,677.50 |
| 02/14/2013 MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay. | 3.60 | 275.00 | 990.00 |
| 02/14/2013 MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 3.90 | 275.00 | 1,072.50 |
| 02/14/2013 MHM | C300 | Participated in a conference call regarding changes to the bankruptcy stay review process. | 2.00 | 275.00 | 550.00 |
| 02/14/2013 SJB | C300 | Analyze issues for ownership review and discuss same with M. MacKenzie and W. McArthur. | 0.80 | 475.00 | 380.00 |
| 02/15/2013 DFC | C300 | Review email from L. Delessio with title issue examples from PWC and telephone discussion regarding same with Lisa; review email from S. Moyer regarding standing fact assumption clarifications. | 1.80 | 455.00 | 819.00 |
| 02/15/2013 JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 5.70 | 275.00 | 1,567.50 |
| 02/15/2013 LCD | C300 | Prepare for and participate in status call with PwC; address follow-up items. | 1.70 | 435.00 | 739.50 |
| 02/15/2013 MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 5.80 | 275.00 | 1,595.00 |
| 02/15/2013 MSM | C300 | Ownership review. | 3.00 | 400.00 | 1,200.00 |
| 02/15/2013 SJB | C300 | Review and analyze issues related to ownership observations. | 1.40 | 475.00 | 665.00 |
| 02/16/2013 MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 5.30 | 275.00 | 1,457.50 |
| 02/17/2013 MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 1.50 | 275.00 | 412.50 |
| 02/17/2013 MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Georgia. | 2.90 | 275.00 | 797.50 |
| 02/18/2013 JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 3.50 | 275.00 | 962.50 |
| 02/18/2013 LCD | C300 | Review and analyze SCRA files. Address standing file questions. | 3.40 | 435.00 | 1,479.00 |
| 02/18/2013 LMT | C200 | Research and analyze state law borrower harm categorizations for Minnesota. | 7.30 | 375.00 | 2,737.50 |
| 02/18/2013 MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Georgia. | 3.80 | 275.00 | 1,045.00 |
| 02/19/2013 JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.30 | 275.00 | 1,732.50 |
| 02/19/2013 LCD | C300 | Address standing issues from PwC and related to file reviews. | 2.20 | 435.00 | 957.00 |
| 02/19/2013 LMT | C200 | Research and analyze state law borrower harm categorizations for Wyoming. | 6.80 | 375.00 | 2,550.00 |
| 02/19/2013 MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Georgia. | 8.30 | 275.00 | 2,282.50 |
| 02/19/2013 MHM | C300 | Conference call with Sharon Bangert, Webb McArthur, and Meghan Musselman to discuss standing file reviews. | 0.40 | 275.00 | 110.00 |

| 2952-003 | | | | | Invoice No: | 44022 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | | Invoice Date: | 03/12/2013 |
| 02/19/2013 | MSM | C300 | Ownership review. | 0.40 | 400.00 | 160.00 |
| 02/19/2013 | SJB | C300 | Review and analyze responses to ownership observations and discuss same with M. Musselman, W. McArthur, and M. MacKenzie. | 2.40 | 475.00 | 1,140.00 |
| 02/20/2013 | DFC | C300 | Attend weekly conference call with GMAC, PWC, and Pepper regarding workstream status and related issues. | 0.90 | 455.00 | 409.50 |
| 02/20/2013 | JLK | C300 | Responded to question from PwC re implementation of regulator guidance into SCRA questions. | 3.10 | 425.00 | 1,317.50 |
| 02/20/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.40 | 275.00 | 1,760.00 |
| 02/20/2013 | LCD | C300 | Participate in call with PwC, Federal Reserve Board and FDIC; Prepare for and participate in weekly status conference with PwC. Follow-up regarding standing reviews for Bankruptcy files. | 2.10 | 435.00 | 913.50 |
| 02/20/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Illinois. | 4.40 | 375.00 | 1,650.00 |
| 02/20/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the duration of the stay period and any modifications to the stay. | 4.20 | 275.00 | 1,155.00 |
| 02/20/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Georgia and Tennessee. | 3.00 | 275.00 | 825.00 |
| 02/20/2013 | MHM | C300 | Entered time spent reviewing bankruptcy files into Sharepoint. | 0.40 | 275.00 | 110.00 |
| 02/20/2013 | MSM | C300 | Ownership review. | 5.00 | 400.00 | 2,000.00 |
| 02/20/2013 | SJB | C300 | Review and analyze responses to ownership observations; discuss ownership issues with M. Musselman and W. McArthur. | 4.60 | 475.00 | 2,185.00 |
| 02/21/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 10.80 | 275.00 | 2,970.00 |
| 02/21/2013 | LCD | C300 | Call with PwC regarding standing issues and files; follow-up discussion with S. Bangert regarding same. | 1.40 | 435.00 | 609.00 |
| 02/21/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Illinois and Iowa. | 7.20 | 375.00 | 2,700.00 |
| 02/21/2013 | MHM | C300 | Reviewed and revised responses to PWC's ownership observations for Florida and Georgia. | 2.00 | 275.00 | 550.00 |
| 02/21/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Tennessee. | 2.30 | 275.00 | 632.50 |
| 02/21/2013 | MHM | C300 | Participated in a conference call with Pepper Hamilton attorneys to discuss the bankruptcy stay review process and updated bankruptcy file review on Sharepoint. | 2.40 | 275.00 | 660.00 |
| 02/21/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for New Jersey. | 1.30 | 275.00 | 357.50 |
| 02/21/2013 | MSM | C300 | Ownership review. | 1.00 | 400.00 | 400.00 |
| 02/21/2013 | SJB | C300 | Review and analyze responses to ownership observations; discuss ownership issues with L. DeLessio. | 5.30 | 475.00 | 2,517.50 |
| 02/22/2013 | DFC | C400 | Review email correspondence from S. Moyer regarding standing review and exchange emails | 0.80 | 455.00 | 364.00 |

| 2952-003 | | | | Invoice No: | | 44022 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | Invoice Date: | | 03/12/2013 |
| | | | with L. Delessio regarding PWC factual assumptions; follow-up telephone discussion with L. Elessio regarding same. | | | |
| 02/22/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.70 | 275.00 | 1,842.50 |
| 02/22/2013 | LCD | C300 | Exchange with PwC re open standing issues and review PwC responses to same. | 0.40 | 435.00 | 174.00 |
| 02/22/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida, New Jersey,. Kansas, and Kentucky. | 5.10 | 275.00 | 1,402.50 |
| 02/22/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 0.80 | 275.00 | 220.00 |
| 02/22/2013 | SJB | C300 | Review and analyze responses to ownership observations; discuss ownership issues with L. DeLessio. | 2.60 | 475.00 | 1,235.00 |
| 02/25/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.50 | 275.00 | 1,787.50 |
| 02/25/2013 | LCD | C300 | Work on issues related to standing review and analysis; review documentation from GMAC re standing. | 2.40 | 435.00 | 1,044.00 |
| 02/25/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Iowa. | 4.30 | 375.00 | 1,612.50 |
| 02/25/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida, New Jersey, Kentucky, Kansas, and Connecticut. | 6.90 | 275.00 | 1,897.50 |
| 02/25/2013 | SJB | C300 | Review and analyze responses to ownership observations and related issues. | 2.30 | 475.00 | 1,092.50 |
| 02/26/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 7.70 | 275.00 | 2,117.50 |
| 02/26/2013 | LCD | C300 | Call with PwC re: ownership questions and outstanding issues; review questions from PwC; research and address ownership file review issues. | 2.80 | 435.00 | 1,218.00 |
| 02/26/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Connecticut and Florida. | 7.20 | 375.00 | 2,700.00 |
| 02/26/2013 | MHM | C300 | Reviewed and revised responses to PWC's ownership observations for Florida and Kentucky. Reviewed, analyzed, and responded to PWC's ownership observations for Georgia, New Mexico, and Iowa. | 7.60 | 275.00 | 2,090.00 |
| 02/26/2013 | SJB | C300 | Analyze issues related to ownership review and discuss same with M. MacKenzie and W. McArthur. | 1.40 | 475.00 | 665.00 |
| 02/27/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 5.00 | 275.00 | 1,375.00 |
| 02/27/2013 | LCD | C200 | Review and research standing issues and file review issues. | 2.40 | 435.00 | 1,044.00 |
| 02/27/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Florida and New York. | 6.30 | 375.00 | 2,362.50 |
| 02/27/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Iowa and North Carolina. | 5.90 | 275.00 | 1,622.50 |
| 02/27/2013 | SJB | C300 | Review and analyze responses to ownership | 3.60 | 475.00 | 1,710.00 |

| 2952-003 | | | | Invoice No: | | 44022 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | Invoice Date: | | 03/12/2013 |
| | | | observations and related issues. | | | |
| 02/28/2013 | DFC | C300 | Telephone discussion with L. Delessio regarding REIT standing review analysis and applicable facts; review and exchange email correspondence regarding same. | 1.30 | 455.00 | 591.50 |
| 02/28/2013 | DFC | C300 | Attention to and drafting Hudco interim fee application; telephone conference with G. Apfel and M. Alexsy regarding same. | 2.80 | 455.00 | 1,274.00 |
| 02/28/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 7.40 | 275.00 | 2,035.00 |
| 02/28/2013 | LCD | C200 | Review and address standing issues related to trusts; outline additional information needed. | 3.20 | 435.00 | 1,392.00 |
| 02/28/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for New York and Kentucky. | 7.10 | 375.00 | 2,662.50 |
| 02/28/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 0.80 | 275.00 | 220.00 |
| 02/28/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for South Dakota, North Carolina, Texas, and Tennessee, and conducted research on the treatment of servicers as nonholders with the rights of a holder in North Carolina. | 5.80 | 275.00 | 1,595.00 |
| 02/28/2013 | SJB | C300 | Review and analyze responses to ownership observations; address ownership issues with L. DeLessio. | 2.30 | 475.00 | 1,092.50 |
| | | | **Total Fees for this Matter** | 452.20 | | $157,602.00 |
| **Disbursements** | | | | | | |
| 02/13/2013 | JLK | | Travel Expenses - Travel to Ally Bank in Philadelphia, PA on January 21-24, 2013. | 2,521.90 | 1.00 | 2,521.90 |
| 02/13/2013 | MSM | | Travel Expenses - Travel to Ally Bank in Prussia, PA on January 15-16, 2013. | 506.70 | 1.00 | 506.70 |
| | | | **Total Disbursments for this Matter** | 3,028.60 | | $3,028.60 |

Total Amount Due on this Invoice          $160,630.60

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Frank H Bishop | 1.30 | 300.00 | $390.00 |
| Katherine C Fisher | 2.10 | 300.00 | $630.00 |
| Lauren M Thomas | 104.00 | 375.00 | $39,000.00 |
| Matthew MacKenzie | 103.50 | 275.00 | $28,462.50 |
| Webb McArthur | 107.60 | 275.00 | $29,590.00 |
| Dana F Clarke | 14.00 | 455.00 | $6,370.00 |
| Jeffrey L King | 20.10 | 425.00 | $8,542.50 |
| Lisa C DeLessio | 46.70 | 435.00 | $20,314.50 |

# Hudson Cook, LLP

7250 Parkway Drive, 5th Floor
Hanover, MD 21076-1343
Telephone:   (410) 684-3200      Fax:   (410) 684-2001
FEIN      52-2001482
Billing Inquiries (410) 865-5414

April 15, 2013

| | |
|---|---|
| Ally Bank | Invoice No.                      45131 |
| Tammy P. Hamzehpour | Reference No.        2952-003  LCD |
| General Counsel, Mortgage Operations | |
| Legal Staff | |
| 1100 Virginia Drive | |
| Fort Washington, PA  19034 | ForeclosureReview Legal Advice |

### Professional Services

For services rendered for period through 03/31/2013 in connection with:
All States Foreclosure Review Legal Advice at Due Diligence Rates with a minimum
fee of $50,000.00 per month.
Matter No.  713000

**ForeclosureReview Legal Advice**                                                                                            **003**

**Fees**

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2013 | DFC | C300 | Telephone conference regarding uniform BK standing response; attend PWC status conference call. | 2.10 | 455.00 | 955.50 |
| 03/01/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.00 | 275.00 | 1,925.00 |
| 03/01/2013 | LCD | C300 | Prepare for and participate in call with PwC; meeting with reviewers regarding ownership and standing issues;  follow-up re same. | 3.30 | 435.00 | 1,435.50 |
| 03/01/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Iowa. | 6.80 | 375.00 | 2,550.00 |
| 03/01/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.10 | 275.00 | 302.50 |
| 03/01/2013 | MHM | C300 | Participated in a conference call to discuss assumptions for the foreclosure review and coordinated with Webb McArthur regarding logistics. | 1.50 | 275.00 | 412.50 |
| 03/01/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for North Carolina. | 0.80 | 275.00 | 220.00 |
| 03/01/2013 | MSM | C300 | Ownership review. | 4.10 | 400.00 | 1,640.00 |
| 03/01/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; review and revise template ownership responses regarding note in possession information and email to L.. DeLessio regarding same. | 2.60 | 475.00 | 1,235.00 |
| 03/04/2013 | JWM | C200 | Reviewed, summarized, and responded to | 8.70 | 275.00 | 2,392.50 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

| 2952-003 Ally Bank | | | | Invoice No: Invoice Date: | | 45131 04/15/2013 |
|---|---|---|---|---|---|---|
| | | | ownership observations for various states for PwC. | | | |
| 03/04/2013 | LCD | C300 | Prepare for and participate in call with GMAC and PwC. Prepare report. Address standing issues; meeting with attorneys to discuss standing issues. | 4.20 | 435.00 | 1,827.00 |
| 03/04/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for West Virginia and Kansas. | 7.40 | 375.00 | 2,775.00 |
| 03/04/2013 | MHM | C300 | Conducted research on a nonholder's right to enforce an instrument in North Carolina and Florida, and reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 7.50 | 275.00 | 2,062.50 |
| 03/04/2013 | MSM | C300 | Ownership review. | 3.30 | 400.00 | 1,320.00 |
| 03/04/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; confer with L. DeLessio and M. MacKenzie regarding same. | 3.30 | 475.00 | 1,567.50 |
| 03/05/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 8.40 | 275.00 | 2,310.00 |
| 03/05/2013 | LCD | C200 | Review and edit Pennsylvania standing analysis; address standing questions and issues; review and analyze files. | 3.40 | 435.00 | 1,479.00 |
| 03/05/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for West Virginia and New York. | 6.90 | 375.00 | 2,587.50 |
| 03/05/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 9.60 | 275.00 | 2,640.00 |
| 03/05/2013 | MSM | C300 | Ownership review. | 3.00 | 400.00 | 1,200.00 |
| 03/05/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; confer with L. DeLessio, W. McArthur and M. MacKenzie regarding same. | 7.60 | 475.00 | 3,610.00 |
| 03/06/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.00 | 275.00 | 1,925.00 |
| 03/06/2013 | LCD | C300 | Review and analyze files for standing; address questions and issues related to findings in Pennsylvania and case law review; review questions from PwC and research responses to same. Provide update analysis of progress tracking information request by GMAC. | 4.80 | 435.00 | 2,088.00 |
| 03/06/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Nevada and Connecticut. | 5.30 | 375.00 | 1,987.50 |
| 03/06/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 7.10 | 275.00 | 1,952.50 |
| 03/06/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 2.30 | 275.00 | 632.50 |
| 03/06/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 3.40 | 475.00 | 1,615.00 |
| 03/07/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 9.70 | 275.00 | 2,667.50 |
| 03/07/2013 | LCD | C300 | Review and analyze files for standing to foreclose; address questions and issues related to standing; work on file reconciliation issues with PwC; communications with PwC regarding standing issues and additional facts needed. | 6.20 | 435.00 | 2,697.00 |
| 03/07/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations D.C. and Connecticut. | 7.60 | 375.00 | 2,850.00 |

| 2952-003 | | | | Invoice No: | | 45131 |
| Ally Bank | | | | Invoice Date: | | 04/15/2013 |
| 03/07/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 5.30 | 275.00 | 1,457.50 |
| 03/07/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 3.90 | 275.00 | 1,072.50 |
| 03/07/2013 | MSM | C300 | Ownership review. | 3.50 | 400.00 | 1,400.00 |
| 03/07/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; confer with L. DeLessio regarding same. | 5.60 | 475.00 | 2,660.00 |
| 03/08/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.80 | 275.00 | 2,145.00 |
| 03/08/2013 | LCD | C300 | Prepare for and participate in weekly call with PwC. Address standing questions regarding standing issues; Review and analyze standing files | 5.60 | 435.00 | 2,436.00 |
| 03/08/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Iowa. | 6.40 | 375.00 | 2,400.00 |
| 03/08/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 1.10 | 275.00 | 302.50 |
| 03/08/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for TN, GA, NJ, and KY. | 2.70 | 275.00 | 742.50 |
| 03/08/2013 | MSM | C300 | Ownership review. | 2.50 | 400.00 | 1,000.00 |
| 03/08/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; confer with L. DeLessio regarding same. | 2.90 | 475.00 | 1,377.50 |
| 03/09/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Kansas and Kentucky. | 2.60 | 275.00 | 715.00 |
| 03/11/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.90 | 275.00 | 1,897.50 |
| 03/11/2013 | LCD | C300 | Review file status; prepare ownership progress chart; address ownership standing questions; email to S. Goldman; participate in call with GMAC and PwC; discuss status of state law harm memos. | 3.40 | 435.00 | 1,479.00 |
| 03/11/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for North Dakota and Vermont. | 7.80 | 375.00 | 2,925.00 |
| 03/11/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Tennessee. | 2.90 | 275.00 | 797.50 |
| 03/11/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 5.40 | 275.00 | 1,485.00 |
| 03/11/2013 | SJB | C300 | Review and analyze issues related to ownership observations. | 0.90 | 475.00 | 427.50 |
| 03/12/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.30 | 275.00 | 2,007.50 |
| 03/12/2013 | LCD | C300 | Review and address standing issues; review and analyze files; review borrower harm remediation memo issues. | 4.20 | 435.00 | 1,827.00 |
| 03/12/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Illinois and Tennessee. | 7.20 | 375.00 | 2,700.00 |
| 03/12/2013 | MHM | C300 | Participated in a conference call to discuss updates to the bankruptcy review process. | 1.60 | 275.00 | 440.00 |
| 03/12/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for TX, SD, IA, NM, GA, OH, and TN. | 6.10 | 275.00 | 1,677.50 |

| 2952-003 | | | | Invoice No: | | 45131 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | Invoice Date: | | 04/15/2013 |
| 03/12/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; confer with L. DeLessio regarding same. | 5.80 | 475.00 | 2,755.00 |
| 03/13/2013 | CSA | C300 | Phone call with Lauren Thomas re: remediation categorization. Review PMF and model response re: same. | 1.20 | 300.00 | 360.00 |
| 03/13/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.70 | 275.00 | 1,842.50 |
| 03/13/2013 | LCD | C300 | Participate in call with Federal Reserve Board; review and analyze Arizona ownership files; address ownership issues. | 2.80 | 435.00 | 1,218.00 |
| 03/13/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Illinois and Tennessee. | 6.80 | 375.00 | 2,550.00 |
| 03/13/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for OH, NC, TN, and GA. | 6.40 | 275.00 | 1,760.00 |
| 03/13/2013 | MSM | C300 | Ownership review. | 4.50 | 400.00 | 1,800.00 |
| 03/13/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 6.40 | 475.00 | 3,040.00 |
| 03/14/2013 | CSA | C300 | Meet with Lauren Thomas and Lisa Delessio re: remediation surveys. Review and revise Illinois survey. | 5.50 | 300.00 | 1,650.00 |
| 03/14/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.40 | 275.00 | 2,035.00 |
| 03/14/2013 | LCD | C300 | Work on Illinois Borrower Financial Remediation Framework and discuss issues with C. Andricos and L. Thomas; address ownership issues. | 2.10 | 435.00 | 913.50 |
| 03/14/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Illinois. | 4.60 | 375.00 | 1,725.00 |
| 03/14/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 2.30 | 275.00 | 632.50 |
| 03/14/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for NC, TN, and GA. | 6.00 | 275.00 | 1,650.00 |
| 03/14/2013 | MSM | C300 | Ownership review. | 5.50 | 400.00 | 2,200.00 |
| 03/14/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 7.50 | 475.00 | 3,562.50 |
| 03/15/2013 | CSA | C300 | Review and revise Illinois remediation survey. Phone call with Lauren Thomas re: same. | 0.80 | 300.00 | 240.00 |
| 03/15/2013 | DFC | C400 | Prepare January and February BK fee filings and email same to Mary-Ellen Alexy for service. | 1.30 | 455.00 | 591.50 |
| 03/15/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.80 | 275.00 | 1,870.00 |
| 03/15/2013 | LCD | C300 | Address standing questions and issues; review file delivery status. | 1.20 | 435.00 | 522.00 |
| 03/15/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Illinois. | 6.20 | 375.00 | 2,325.00 |
| 03/15/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 4.50 | 275.00 | 1,237.50 |
| 03/15/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 1.80 | 275.00 | 495.00 |
| 03/15/2013 | MSM | C300 | Ownership review. | 3.00 | 400.00 | 1,200.00 |

| 2952-003 | | | | **Invoice No:** | | 45131 |
| Ally Bank | | | | **Invoice Date:** | | 04/15/2013 |
|---|---|---|---|---|---|---|
| 03/21/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio and Arizona. | 7.10 | 375.00 | 2,662.50 |
| 03/21/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.90 | 275.00 | 522.50 |
| 03/21/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for FL, GA, and CO. | 3.10 | 275.00 | 852.50 |
| 03/21/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Ohio. | 0.80 | 275.00 | 220.00 |
| 03/21/2013 | MSM | C300 | Ownership review. | 4.50 | 400.00 | 1,800.00 |
| 03/21/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; review information from A. Boland regarding ownership fact template updates. | 7.30 | 475.00 | 3,467.50 |
| 03/22/2013 | CSA | C200 | Review and revise TN remediation survey. Research relevant case law and email Lauren Thomas re: same. | 0.80 | 300.00 | 240.00 |
| 03/22/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.30 | 275.00 | 1,732.50 |
| 03/22/2013 | LCD | C300 | Participate in call with PwC to discuss standing issues, resolution of issues, categorization of findings; participate in call with Federal Reserve Board and FDIC and PwC; Summarize issues with PwC and outline responses and resolution of same. | 3.20 | 435.00 | 1,392.00 |
| 03/22/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio and Arizona. | 4.90 | 375.00 | 1,837.50 |
| 03/22/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for AL, NJ, and OH first review files and CA, CT, FL, GA, OK, and PA second review files. | 5.70 | 275.00 | 1,567.50 |
| 03/22/2013 | MSM | C300 | Ownership review. | 4.00 | 400.00 | 1,600.00 |
| 03/22/2013 | SJB | C300 | Review and analyze issues related to ownership observations; conference call with A. Boland et al. regarding ownership fact template updates. | 2.70 | 475.00 | 1,282.50 |
| 03/25/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.10 | 275.00 | 1,952.50 |
| 03/25/2013 | LCD | C300 | Review and address standing issues; review and analyze standing files. | 2.40 | 435.00 | 1,044.00 |
| 03/25/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio and Kentucky. | 6.20 | 375.00 | 2,325.00 |
| 03/25/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 4.10 | 275.00 | 1,127.50 |
| 03/25/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Texas. | 2.20 | 275.00 | 605.00 |
| 03/25/2013 | SJB | C300 | Review and analyze issues related to ownership observations. | 2.40 | 475.00 | 1,140.00 |
| 03/26/2013 | CSA | C200 | Meetings with David Darland and Crystal Gray re: remediation surveys. Attention to same. | 0.50 | 300.00 | 150.00 |
| 03/26/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 8.30 | 275.00 | 2,282.50 |
| 03/26/2013 | LCD | C300 | Review and address standing issues and questions. Review and plan for file distribution and | 2.10 | 435.00 | 913.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2952-003 | | | | | **Invoice No:** | **45131** |
| Ally Bank | | | | | **Invoice Date:** | **04/15/2013** |
| | | | review status. | | | |
| 03/26/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio. | 5.40 | 375.00 | 2,025.00 |
| 03/26/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Texas and Florida. | 6.30 | 275.00 | 1,732.50 |
| 03/26/2013 | MSM | C300 | Ownership review. | 6.50 | 400.00 | 2,600.00 |
| 03/26/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 6.40 | 475.00 | 3,040.00 |
| 03/27/2013 | CSA | C200 | Review IN and KY Remediation Surveys. Research applicable law re: same. | 2.70 | 300.00 | 810.00 |
| 03/27/2013 | DFC | C100 | Prepare responses to trustee's objections to interim fee motion. | 2.80 | 455.00 | 1,274.00 |
| 03/27/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 5.40 | 275.00 | 1,485.00 |
| 03/27/2013 | LCD | C300 | Review and analyze standing files for multiple states; address standing issues; review and discuss response to bankruptcy trustee objections; participate in status call with Federal Reserve Board, FDIC and PwC. | 4.40 | 435.00 | 1,914.00 |
| 03/27/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio. | 6.70 | 375.00 | 2,512.50 |
| 03/27/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.10 | 275.00 | 302.50 |
| 03/27/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Georgia and Nevada. | 3.00 | 275.00 | 825.00 |
| 03/27/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; confer with L. DeLessio regarding same. | 1.80 | 475.00 | 855.00 |
| 03/28/2013 | CSA | C200 | Complete review of KY remediation survey. Email to Lauren Thomas re: IN and KY remediation surveys. | 0.80 | 300.00 | 240.00 |
| 03/28/2013 | DFC | C300 | Review and respond to email from L. Delessio regarding specific mortgage assignment in connection with standing review; follow-up telephone discussion regarding same and standing review file assignments and PWC/GMAC report. | 1.10 | 455.00 | 500.50 |
| 03/28/2013 | JWM | C200 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.00 | 275.00 | 1,650.00 |
| 03/28/2013 | LCD | C300 | Review and address standing analysis questions and issues. | 1.20 | 435.00 | 522.00 |
| 03/28/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio. | 5.90 | 375.00 | 2,212.50 |
| 03/28/2013 | MHM | C300 | Participated in a conference call to discuss the bankruptcy stay period review process. | 3.00 | 275.00 | 825.00 |
| 03/28/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.40 | 275.00 | 385.00 |
| 03/28/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for North Carolina. | 2.30 | 275.00 | 632.50 |
| 03/28/2013 | MSM | C300 | Ownership review. | 1.50 | 400.00 | 600.00 |
| 03/28/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 2.50 | 475.00 | 1,187.50 |

# Hudson Cook, LLP

7250 Parkway Drive, 5th Floor

Hanover, MD 21076-1343

Telephone:   (410) 684-3200        Fax:   (410) 684-2001

FEIN      52-2001482

Billing Inquiries (410) 865-5414

May 24, 2013

Ally Bank

Tammy P. Hamzehpour

General Counsel, Mortgage Operations

Legal Staff

1100 Virginia Drive

Fort Washington, PA 19034

| | |
|---|---|
| Invoice No. | 45711 |
| Reference No. | 2952-003 LCD |

ForeclosureReview Legal Advice

. **Professional Services**

For services rendered for period through 04/30/2013 in connection with:

All States Foreclosure Review Legal Advice at Due Diligence Rates with a minimum

fee of $50,000.00 per month.

Matter No. 713000

**ForeclosureReview Legal Advice**                                                                                                      **003**

## Fees

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/01/2013 | LCD | C300 | Review and respond to questions from reviewers on standing issues; review and update status report on standing; email status report to PwC and GMAC; participate in call with PwC and GMAC. | 1.80 | 435.00 | 783.00 |
| 04/01/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. Updated fact-finding templates for PwC. | 4.20 | 275.00 | 1,155.00 |
| 04/01/2013 | DFC | C400 | Prepare for and attend weekly telephone conference with PWC and GMAC regarding foreclosure review. | 1.00 | 455.00 | 455.00 |
| 04/01/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Indiana and Kentucky. | 4.80 | 375.00 | 1,800.00 |
| 04/02/2013 | CSA | C300 | Review PWC team's questions re: remediation in CA, FL, and GA in preparation for on-site visit. Phone call with Lisa Delessio re: same. Meet with Crystal Gray re: WI remediation survey. | 1.80 | 300.00 | 540.00 |
| 04/02/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 4.10 | 275.00 | 1,127.50 |
| 04/02/2013 | CLG | C200 | Wisconsin - Reviewed foreclosure requirements survey and prepared milestones for WI borrower harm categorization chart. Conf. W/C. Andricos re: Same. Began review of case law and penalty provisions to determine harm. | 1.50 | 275.00 | 412.50 |
| 04/02/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. Updated fact-finding templates for PwC. | 1.20 | 275.00 | 330.00 |

(Please return green copy with your remittance) and make payable to:

Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD 21076-1343

| 2952-003 | | | | | Invoice No: | 45711 |
| Ally Bank | | | | | Invoice Date: | 05/24/2013 |
|---|---|---|---|---|---|---|
| 04/02/2013 | LCD | C400 | Exchanges with G. Allgoode and S. Moyer re: standing and SCRA items to address with FRB. Review status of file reviews and open issues in preparation for meeting with FRB. | 0.70 | 435.00 | 304.50 |
| 04/02/2013 | LMT | Ad | Travel to Fort Washington, PA for on-site meeting with PwC regarding foreclosure review. | 5.50 | 375.00 | 2,062.50 |
| 04/02/2013 | LMT | C200 | Review PwC state law remediation question matrices for California, Florida and Georgia. | 1.50 | 375.00 | 562.50 |
| 04/03/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 2.20 | 275.00 | 605.00 |
| 04/03/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 1.30 | 275.00 | 357.50 |
| 04/03/2013 | CSA | C300 | Work on-site with PWC team on Independent Foreclosure Review. | 10.00 | 300.00 | 3,000.00 |
| 04/03/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations; telephone call with L. DeLessio regarding Illinois ownership issues. | 4.70 | 475.00 | 2,232.50 |
| 04/03/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 3.80 | 275.00 | 1,045.00 |
| 04/03/2013 | DFC | C200 | Review and respond to PWC question (Allegheny 100700) regarding servcemember eligibility for FHA loss mitigation options. | 2.60 | 455.00 | 1,183.00 |
| 04/03/2013 | LCD | C300 | Work on site with PwC team; meet with Federal Reserve Board team on-site; review state law items with state law team; review and analyze standing files for CA. | 7.30 | 435.00 | 3,175.50 |
| 04/03/2013 | LCD | Ad | Travel to and from Ally for on-site work with PwC and meetings with FRB. | 4.80 | 435.00 | 2,088.00 |
| 04/03/2013 | LMT | C300 | On-site meeting with PwC in Fort Washington regarding foreclosure review. | 12.50 | 375.00 | 4,687.50 |
| 04/04/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Arizona. | 6.30 | 375.00 | 2,362.50 |
| 04/04/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 1.70 | 475.00 | 807.50 |
| 04/04/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 1.00 | 275.00 | 275.00 |
| 04/04/2013 | DFC | C300 | Illinois - review and respond to PWC questions regarding standing analysis; email to and telephone discussion with L. Delessio regarding same. | 1.40 | 455.00 | 637.00 |
| 04/04/2013 | LCD | C200 | Review inquiry from PwC Loan Mods group E. Johns and discuss FHA issue with D. Clarke; email to E. Johns with FHA research and response; review email from PwC re state law streamlining priorities and provide state to L. Thomas; research new Illinois cases on standing and begin revisions to standing analysis memo. | 3.40 | 435.00 | 1,479.00 . |
| 04/05/2013 | DSD | C200 | Wyoming - Remediation case law research. | 1.20 | 470.00 | 564.00 |
| 04/08/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the duration of the stay period and any modifications to the stay for assigned files. | 9.10 | 275.00 | 2,502.50 |
| 04/08/2013 | DSD | C200 | Wyoming - Remediation case law research and | 1.50 | 470.00 | 705.00 |

| 2952-003<br>Ally Bank | | | | | Invoice No:<br>Invoice Date: | 45711<br>05/24/2013 |
|---|---|---|---|---|---|---|
| | | | prepare survey. | | | |
| 04/08/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Arizona and Ohio. | 4.20 | 375.00 | 1,575.00 |
| 04/08/2013 | CLG | C200 | Wisconsin - Continued case law and statutory research to determine penalties for failure to comply with milestones. | 3.20 | 275.00 | 880.00 |
| 04/08/2013 | SJB | C300 | Review and analyze issues related to ownership observations. | 0.40 | 475.00 | 190.00 |
| 04/08/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 5.80 | 275.00 | 1,595.00 |
| 04/09/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the duration of the stay period and any modifications to the stay for assigned files. | 5.40 | 275.00 | 1,485.00 |
| 04/09/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 3.50 | 275.00 | 962.50 |
| 04/09/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio. | 5.30 | 375.00 | 1,987.50 |
| 04/09/2013 | SJB | C300 | Review and analyze issues related to ownership observations, including comments received from A. Boland, PwC, regarding possession confirmation. | 2.40 | 475.00 | 1,140.00 |
| 04/09/2013 | LCD | C300 | Review and analyze standing for Arizona files. | 1.00 | 435.00 | 435.00 |
| 04/09/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.90 | 275.00 | 1,897.50 |
| 04/10/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio. | 2.80 | 375.00 | 1,050.00 |
| 04/10/2013 | MSM | C300 | Conduct ownership review for California, Tennessee and Georgia files. | 2.00 | 400.00 | 800.00 |
| 04/10/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations; telephone call with L. DeLessio regarding note in possession issues. | 5.60 | 475.00 | 2,660.00 |
| 04/10/2013 | LCD | C400 | Participate in call with PwC, FDIC and Federal Reserve Board; Review standing issues and questions from PwC and discuss factual and legal issues with S. Bangert. | 2.10 | 435.00 | 913.50 |
| 04/10/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 4.70 | 275.00 | 1,292.50 |
| 04/10/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 1.50 | 275.00 | 412.50 |
| 04/10/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 3.80 | 275.00 | 1,045.00 |
| 04/11/2013 | DSD | C200 | New Jersey - Remediation case law research. | 1.00 | 470.00 | 470.00 |
| 04/11/2013 | DSD | C200 | Louisiana - Remediation case law research. | 1.00 | 470.00 | 470.00 |
| 04/11/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for New York and Maine. | 4.10 | 375.00 | 1,537.50 |
| 04/11/2013 | CLG | C200 | Wisconsin - Continued review of case law and statutory law for penalty provisions. | 2.10 | 275.00 | 577.50 |
| 04/11/2013 | MSM | C300 | Conduct ownership reviews for California and Alabama files. | 2.50 | 400.00 | 1,000.00 |
| 04/11/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 3.80 | 475.00 | 1,805.00 |
| 04/11/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the | 2.60 | 275.00 | 715.00 |

| 2952-003 | | | | | | Invoice No: | 45711 |
| Ally Bank | | | | | | Invoice Date: | 05/24/2013 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | duration of the stay period and any modifications to the stay for assigned files. | | | |
| 04/11/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida and Georgia. | 4.20 | 275.00 | 1,155.00 |
| 04/11/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.10 | 275.00 | 1,677.50 |
| 04/11/2013 | LCD | C300 | Review and respond to questions on standing files from reviewers; review email from PwC with standing question and fact-finding and respond to same; review file status report for delivery to PwC. | 1.80 | 435.00 | 783.00 |
| 04/12/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 4.30 | 275.00 | 1,182.50 |
| 04/12/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 2.20 | 275.00 | 605.00 |
| 04/12/2013 | CLG | C200 | Wisconsin - Finalized review of case law and statutory law for penalty provisions. | 0.80 | 275.00 | 220.00 |
| 04/12/2013 | MSM | C300 | Conduct ownership reviews for Alabama files, participate in call with PwC regarding outstanding ownership issues. | 2.50 | 400.00 | 1,000.00 |
| 04/12/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations; conference call with PwC regarding possession confirmation issues related to ownership review. | 5.40 | 475.00 | 2,565.00 |
| 04/12/2013 | DFC | C400 | Prepare for and attend telephone conference call with PWC regarding factual assumptions in standing analysis review. | 0.90 | 455.00 | 409.50 |
| 04/15/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 4.20 | 275.00 | 1,155.00 |
| 04/15/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 3.30 | 275.00 | 907.50 |
| 04/15/2013 | DSD | C200 | Louisiana - Remediation case law research and prepare survey. | 0.70 | 470.00 | 329.00 |
| 04/15/2013 | DSD | C200 | New Jersey - Remediation case law research and prepare survey. | 0.80 | 470.00 | 376.00 |
| 04/15/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Ohio and Arizona. | 6.20 | 375.00 | 2,325.00 |
| 04/15/2013 | MSM | C300 | Research regarding constructive possession of note issue. | 0.50 | 400.00 | 200.00 |
| 04/15/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.70 | 275.00 | 1,842.50 |
| 04/15/2013 | LCD | C300 | Review and update status report; call with M. Mussleman to discuss standing questions. | 0.60 | 435.00 | 261.00 |
| 04/16/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 5.80 | 275.00 | 1,595.00 |
| 04/16/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 1.30 | 275.00 | 357.50 |
| 04/16/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Louisiana and New Jersey. | 6.50 | 375.00 | 2,437.50 |
| 04/16/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 4.70 | 475.00 | 2,232.50 |

| 2952-003 | | | | Invoice No: | | 45711 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | Invoice Date: | | 05/24/2013 |
| 04/16/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.60 | 275.00 | 1,815.00 |
| 04/16/2013 | DFC | C400 | Prepare for and attend weekly status conference call with FRB and PWC. | 1.10 | 455.00 | 500.50 |
| 04/16/2013 | LCD | C300 | Review and respond to questions from reviewers on standing files in CA, NV, and OH. | 0.70 | 435.00 | 304.50 |
| 04/17/2013 | MHM | C300 | Conducted case law research on the need to have possession of the promissory note to be able to enforce it. | 2.40 | 275.00 | 660.00 |
| 04/17/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 0.40 | 275.00 | 110.00 |
| 04/17/2013 | MSM | C300 | Telephone call with Matt MacKenzie regarding constructive possession issue, research regarding same. | 0.50 | 400.00 | 200.00 |
| 04/17/2013 | MSM | C200 | Research on constructive possession issue, telephone conversations with Lisa DeLessio and Matt MacKenzie regarding same. | 1.80 | 400.00 | 720.00 |
| 04/17/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 1.80 | 275.00 | 495.00 |
| 04/17/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.00 | 275.00 | 1,650.00 |
| 04/17/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 2.30 | 475.00 | 1,092.50 |
| 04/17/2013 | LCD | C300 | Meeting with M. Musselman to discuss standing issues and items for additional research. | 0.40 | 435.00 | 174.00 |
| 04/18/2013 | MHM | C300 | Conducted case law research on the ability to transfer rights in a promissory note and the ability to enforce the note. | 4.70 | 275.00 | 1,292.50 |
| 04/18/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 0.50 | 275.00 | 137.50 |
| 04/18/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for 2nd review files, | 1.40 | 275.00 | 385.00 |
| 04/18/2013 | CSA | C200 | Review and edit Louisiana remediation survey. Meet with Lauren Thomas and Lisa Delessio re: streamlining procedures. Attention to same. | 2.60 | 300.00 | 780.00 |
| 04/18/2013 | MSM | C200 | Research on constructive possession issue. | 0.50 | 400.00 | 200.00 |
| 04/18/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.40 | 275.00 | 1,760.00 |
| 04/18/2013 | LCD | C300 | Review and address questions on possession issues and discuss same with M. Mussleman; review Arizona standing files and related issues with L. Thomas; review email from PwC with standing language and discuss same with D. Clarke; meet with C. Andricos and L. Thomas to discuss streamlining of state law testing procedures and FRB's approval of streamlining. | 2.80 | 435.00 | 1,218.00 |
| 04/18/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 4.80 | 475.00 | 2,280.00 |
| 04/19/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 5.40 | 275.00 | 1,485.00 |
| 04/19/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's | 2.50 | 275.00 | 687.50 |

(Please return green copy with your remittance) and make payable to:
Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD 21076-1343

| 2952-003 | | | | Invoice No: | 45711 |
| Ally Bank | | | | Invoice Date: | 05/24/2013 |
| | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ownership observations for 2nd review files including FL, IN, NJ, OH, and TN. | | | |
| 04/19/2013 | LMT | C200 | Research and analyze ownership observations for California. | 3.40 | 375.00 | 1,275.00 |
| 04/19/2013 | LCD | C200 | Research and discussions with D. Clarke re: standing; prepare for and participate in call with PwC; call with S. Goldman re: custodial information for standing analysis; prepare request to GMAC for custodial possession information; review of standing findings; follow-up discussions with D. Clarke re same. | 5.10 | 435.00 | 2,218.50 |
| 04/19/2013 | MSM | C300 | Conduct ownership file reviews for Georgia. | 1.30 | 400.00 | 520.00 |
| 04/19/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 2.30 | 475.00 | 1,092.50 |
| 04/19/2013 | DFC | C400 | Telephone conference with PWC regarding standing process legal issues related to custodial possession of notes; follow-up with L. Delessio regarding same; and, prepare email correspondence to GMAC regarding custodial records request. | 2.90 | 455.00 | 1,319.50 |
| 04/19/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.20 | 275.00 | 1,980.00 |
| 04/21/2013 | LCD | C300 | Review and analyze California standing files; review and respond to standing issue log questions from PwC; review and edit templates and document lists per PwC's request; update Illinois standing analysis. | 4.20 | 435.00 | 1,827.00 |
| 04/22/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for New Jersey and South Carolina. | 7.10 | 375.00 | 2,662.50 |
| 04/22/2013 | LCD | C300 | Calls and email exchanges with PwC re: custodial possession issues and documentation required; review findings at request of GMAC to identify files with standing issues pending; review status of responses to standing files and discuss findings with attorneys; update status charts; address questions related to updated Illinois standing memo; prepare for and participate in call with PwC and GMAC; address questions related to assignments in Florida and respond to PwC inquiry regarding requesting assignments from GMAC. | 5.60 | 435.00 | 2,436.00 |
| 04/22/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 1.30 | 475.00 | 617.50 |
| 04/22/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for FL, OH, NJ, TN, WI, SC, and IN. | 3.40 | 275.00 | 935.00 |
| 04/22/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 3.60 | 275.00 | 990.00 |
| 04/22/2013 | DFC | C200 | Research issues related to standing analysis concerning custodial possession for Art. 3 UCC test. | 3.20 | 455.00 | 1,456.00 |
| 04/22/2013 | DFC | C400 | Prepare for and attend weekly telephone conference call with PWC regarding workstream | 1.20 | 455.00 | 546.00 |

| 2952-003 | | | | Invoice No: | | 45711 |
| Ally Bank | | | | Invoice Date: | | 05/24/2013 |
|---|---|---|---|---|---|---|
| | | | status; telephone call with K. Winnacott, S. Moyer, and L. Delessio regarding revised possession facts. | | | |
| 04/22/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.10 | 275.00 | 1,952.50 |
| 04/23/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for South Carolina and Ohio. | 6.10 | 375.00 | 2,287.50 |
| 04/23/2013 | LCD | C300 | Review and respond to email from PwC re: Florida standing issues and factual findings related to initiation of foreclosure and sufficiency of documetnation related to same; address questions regarding file reviews; review and determine status of file reviews. | 1.20 | 435.00 | 522.00 |
| 04/23/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 2.30 | 475.00 | 1,092.50 |
| 04/23/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for NC, FL, and CA. | 4.50 | 275.00 | 1,237.50 |
| 04/23/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 7.40 | 275.00 | 2,035.00 |
| 04/24/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Arizona. | 3.10 | 275.00 | 852.50 |
| 04/24/2013 | LMT | C200 | Research and analyze ownership observations for North Carolina. | 3.90 | 375.00 | 1,462.50 |
| 04/24/2013 | LCD | C300 | Review additional information provided by GMAC in response to PwC request for additional research on custodian and possession issues. Email to and from S. Moyer on possession issues; address questions on standing review of loan files. | 1.10 | 435.00 | 478.50 |
| 04/24/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for CA. | 1.30 | 275.00 | 357.50 |
| 04/24/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 5.40 | 475.00 | 2,565.00 |
| 04/24/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 5.30 | 275.00 | 1,457.50 |
| 04/25/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 2.40 | 275.00 | 660.00 |
| 04/25/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Arizona. | 4.30 | 275.00 | 1,182.50 |
| 04/25/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for North Carolina and Florida. | 5.60 | 375.00 | 2,100.00 |
| 04/25/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 3.40 | 475.00 | 1,615.00 |
| 04/25/2013 | DFC | C400 | Prepare March fee filing and circulate same to proper parties. | 1.10 | 455.00 | 500.50 |
| 04/25/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 6.50 | 275.00 | 1,787.50 |
| 04/25/2013 | MSM | C300 | Conduct ownership review for California and Georgia files. | 3.00 | 400.00 | 1,200.00 |
| 04/26/2013 | LCD | C300 | Review and address issues regarding standing assumptions; review email from PwC re: GMAC response on note in possession issue; review status of standing files for reporting to GMAC; | 1.80 | 435.00 | 783.00 |

| 2952-003 | | | | **Invoice No:** | | **45711** |
|----------|---|---|---|---|---|---|
| **Ally Bank** | | | | **Invoice Date:** | | **05/24/2013** |
| | | | discussion with D. Clarke re: Bankruptcy Trustee issues and resolution of fee issues. | | | |
| 04/26/2013 | LMT | C200 | Research and analyze ownership observations for North Carolina and Arizona. | 4.50 | 375.00 | 1,687.50 |
| 04/26/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Arizona. | 1.20 | 275.00 | 330.00 |
| 04/26/2013 | MHM | C300 | Conducted initial research on foreclosure requirements in Delaware for the Delaware Remediation Chart. | 1.60 | 275.00 | 440.00 |
| 04/26/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.90 | 475.00 | 427.50 |
| 04/26/2013 | JWM | C300 | At request of GMAC, research findings to identify loans with custodial possession issues requiring further factual resolution.  Compile loan list for same. | 6.30 | 275.00 | 1,732.50 |
| 04/29/2013 | MHM | C300 | Conducted case law research and drafted the remediation chart for Delaware. | 5.10 | 275.00 | 1,402.50 |
| 04/29/2013 | LMT | C200 | Research and analyze ownership observations for Arizona and Illinois. | 5.10 | 375.00 | 1,912.50 |
| 04/29/2013 | CSA | C300 | Phone call with Matt McKenzie re: DE remediation survey.  Attention to same. | 0.70 | 300.00 | 210.00 |
| 04/29/2013 | LCD | C300 | Review and analyze files with custodial and trust issues; respond to email from PwC re: GMAC response to custodian issue; prepare for call with GMAC and PwC; email to GMAC and PwC; participate in call with PwC and GMAC; review and respond to questions regarding SCRA files submitted for review.  Discuss legal research re: rights of agents of noteholder with M. Mussleman. | 4.30 | 435.00 | 1,870.50 |
| 04/29/2013 | DFC | C400 | Prepare for and attend weekly status conference call with PWC and GMAC. | 1.30 | 455.00 | 591.50 |
| 04/29/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC. | 6.50 | 275.00 | 1,787.50 |
| 04/29/2013 | MSM | C200 | Research issue concerning right to possess and constructive possession. | 0.80 | 400.00 | 320.00 |
| 04/30/2013 | LMT | C200 | Research and analyze ownership observations for Illinois. | 4.60 | 375.00 | 1,725.00 |
| 04/30/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 3.00 | 275.00 | 825.00 |
| 04/30/2013 | MHM | C300 | Conducted case law research on the requirements for constructive possession of a negotiable instrument. | 3.80 | 275.00 | 1,045.00 |
| 04/30/2013 | MHM | C300 | Reviewed case law and entered analysis into the Delaware remediation chart. | 0.60 | 275.00 | 165.00 |
| 04/30/2013 | DFC | C400 | Prepare for and attend Interim Fee Application hearing via conference line. | 0.70 | 455.00 | 318.50 |
| 04/30/2013 | DFC | C200 | Legal research relating to constructive possession fact pattern in standing workstream; email exchanges with L. Delessio regarding same. | 3.40 | 455.00 | 1,547.00 |
| 04/30/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC. | 7.30 | 275.00 | 2,007.50 |
| 04/30/2013 | MSM | C200 | Research issue concerning right to possess and | 2.50 | 400.00 | 1,000.00 |

| | 2952-003 | | | | Invoice No: | | 45131 |
| | Ally Bank | | | | Invoice Date: | | 04/15/2013 |
| UST Objection | 03/29/2013 | DFC | C400 | Continue preparation of response to US Trustee's interim fee application objections and email same to US Trustee's office. | 3.70 | 455.00 | 1,683.50 |
| | 03/29/2013 | LCD | C300 | Address standing issues regarding Florida files. | 0.50 | 435.00 | 217.50 |
| | 03/29/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Indiana and Kentucky. | 2.40 | 375.00 | 900.00 |
| | 03/29/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 2.50 | 275.00 | 687.50 |
| | 03/29/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Georgia. | 0.50 | 275.00 | 137.50 |
| | 03/29/2013 | MSM | C300 | Ownership review. | 2.50 | 400.00 | 1,000.00 |
| | 03/29/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 0.60 | 475.00 | 285.00 |
| UST Objection | 03/30/2013 | DFC | C100 | Review email from Michael Driscoll (US Trustee's office) regarding Hudson Cook response to interim fee objections and prepare further response thereto. | 2.60 | 455.00 | 1,183.00 |
| | | | **Total Fees for this Matter** | | 637.00 | | $223,033.00 |

**Total Amount Due on this Invoice**                    $223,033.00

### Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Katherine C Fisher | 0.50 | 300.00 | $150.00 |
| Lauren M Thomas | 128.40 | 375.00 | $48,150.00 |
| Matthew MacKenzie | 141.40 | 275.00 | $38,885.00 |
| Webb McArthur | 144.10 | 275.00 | $39,627.50 |
| Catharine S Andricos | 17.50 | 300.00 | $5,250.00 |
| Dana F Clarke | 14.50 | 455.00 | $6,597.50 |
| Lisa C DeLessio | 63.30 | 435.00 | $27,535.50 |
| Meghan S Musselman | 48.40 | 400.00 | $19,360.00 |
| Sharon J Bangert | 78.90 | 475.00 | $37,477.50 |
| **Totals** | 637.00 | | $223,033.00 |

# EXHIBIT G

**MORRISON | FOERSTER**

021981-0000083                                                    Invoice Number: 5229688
CHAPTER 11                                                       Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 15-Jan-2013 | Prepare additional 1/16 hearing materials (4.7); prepare amended agenda for same (.3); prepare (.1), file (.1) and coordinate service of same (.1); email with MoFo attorneys regarding status of pretrial conferences (.2); coordinate delivery of additional hearing materials for Chambers (.3); discussion with M. Crespo regarding materials for FHA sale hearing (.3). | Guido, Laura | 6.10 | 1,799.50 |
| 15-Jan-2013 | Discuss agenda for upcoming hearing with N. Moss. | Marines, Jennifer L. | 0.20 | 138.00 |
| 15-Jan-2013 | Prepare update for Court on sale/mediation and Fed Consent issues (1.3); discuss agenda for upcoming hearing with N. Moss (.2). | Marinuzzi, Lorenzo | 1.50 | 1,417.50 |
| 15-Jan-2013 | Assist in preparation for the upcoming hearing, including review of agenda (.7); calls with chambers regarding various matters on for 1/16 (.4); emails with N. Rosenbaum, E. Richards, J. Newton and L. Guido regarding the Burnett AP (.5); discuss agenda with J. Marines (.2); discuss agenda with L. Marinuzzi (.2); discuss status of the Burnett adversary proceeding with J. Newton (.2); draft (.1) and send email regarding the same to chambers (.1); emails with D. Anderson regarding omni hearing dates (.1). | Moss, Naomi | 2.50 | 1,437.50 |
| 15-Jan-2013 | Provide write-up of Burnett information to N. Rosenbaum ahead of tomorrow's hearing (.6); call regarding same (.1); discussion with N. Moss regarding Burnett AP (.2). | Newton, James A. | 0.90 | 477.00 |
| 15-Jan-2013 | Call with J. Newton regarding preparation for Burnett pre-trial conference (.6); review documents in preparation for Burnett pre-trial conference (.8). | Rosenbaum, Norman S. | 1.40 | 1,190.00 |
| 15-Jan-2013 | Prepare Notice of Hearing for January 29th Hearing (.5); emails with L. Guido, T. Goren, J. Marines, and A. Barrage regarding same (.7). | Rothchild, Meryl L. | 1.20 | 690.00 |
| 15-Jan-2013 | Prepare of hearing binder. | Suffern, Anne C. | 2.40 | 744.00 |
| 15-Jan-2013 | Prepare for upcoming omnibus hearing and (.8) address related issues with the client (.4). | Wishnew, Jordan A. | 1.20 | 864.00 |
| 16-Jan-2013 | Attend omnibus hearing on sale of FHA loans and cure related objections. | Barrage, Alexandra S. | 1.20 | 864.00 |
| 16-Jan-2013 | Prepare for (2.0) and attend hearing (1.9). | Crespo, Melissa M. | 3.90 | 1,774.50 |
| 16-Jan-2013 | Prepare for omnibus hearing (1.5); attend omnibus hearing including finaliztion and review of script for cure objection and review of court filings on Digital Lewisville cure objection (1.5). | Engelhardt, Stefan W. | 3.00 | 2,625.00 |
| 16-Jan-2013 | Prepare for (.8) and participate in omnibus hearing (2.5). | Goren, Todd M. | 3.30 | 2,623.50 |
| 16-Jan-2013 | Prepare for hearing on FHA sale (1.5); attend January 16 hearing (2.0). | Marines, Jennifer L. | 3.50 | 2,415.00 |

*7 attys @ 1/16 Hrg*                                            193

MORRISON | FOERSTER

021981-0000083
CHAPTER 11

Invoice Number: 5229688
Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 10-Jan-2013 | Review (.1) and revise 1/10 hearing materials for Chambers (.6); prepare same for delivery to Chambers (.3). | Guido, Laura | 1.00 | 295.00 |
| 11-Jan-2013 | Prepare supplemental 1/16 hearing materials (.5); update hearing agenda for same (.3). | Guido, Laura | 0.80 | 236.00 |
| 11-Jan-2013 | Review hearing transcripts for discussions regarding Holdco election removal. | Tice, Susan A.T. | 0.60 | 186.00 |
| 14-Jan-2013 | Call with J. Marines to discuss hearing preparation (1.0); prepare outline of key sale dates relating to FHA hearing (.8); prepare list of materials needed for sale hearing (.5); discuss same with L. Guido (.2). | Crespo, Melissa M. | 2.50 | 1,137.50 |
| 14-Jan-2013 | Update upocming hearing agenda (.6); prepare second supplemental hearing materials binder for Chambers (.3); review same (.2); prepare internal hearing materials for same (1.0); call with M. Crespo and N. Moss regarding same (.2); prepare (.1) , file (.1), and coordinate service of 1/16 hearing agenda (.1) and CourtCall notice (.2). | Guido, Laura | 2.80 | 826.00 |
| 14-Jan-2013 | Call with M. Crespo regarding preparation for hearing on cure and sale (1.0); review (.1) and revise agenda (.7); call with M. Rothchild regarding cure hearing (.2). | Marines, Jennifer L. | 2.00 | 1,380.00 |
| 14-Jan-2013 | Review agenda for upcoming hearing (.1); discuss the same with J. Newton (.1). | Moss, Naomi | 0.20 | 115.00 |
| 14-Jan-2013 | Discuss upcoming 1/16 omni hearing agenda with L. Guido (.2) and review same (.3). | Moss, Naomi | 0.50 | 287.50 |
| 14-Jan-2013 | Discussion with N. Moss regarding agenda for upcomiug hearing. | Newton, James A. | 0.10 | 53.00 |
| 14-Jan-2013 | Correspond with J. Marines, M. Crespo, L. Guido regarding status of matters going forward on upcoming hearing. | Rothchild, Meryl L. | 0.40 | 230.00 |
| 14-Jan-2013 | Review draft of amended hearing agenda (.2); emails with J. Marines, M. Crespo, and L. Guido regarding same (.2); call with J. Marines regarding cure hearing (.2). | Rothchild, Meryl L. | 0.60 | 345.00 |
| 14-Jan-2013 | Review draft agenda (.1) and prepare hearing binder for AIP reply (.2). | Wishnew, Jordan A. | 0.30 | 216.00 |
| 15-Jan-2013 | Review materials for FHA sale hearing (1.6) and discuss same with L. Guido (.3). | Crespo, Melissa M. | 1.90 | 864.50 |
| 15-Jan-2013 | Prepare for court omnibus hearing including preparation and script for hearing on Lewisville cure objection and review of cases is stipulation falls through. | Engelhardt, Stefan W. | 2.00 | 1,750.00 |

MORRISON | FOERSTER

021981-0000083                                   Invoice Number: 5229688
CHAPTER 11                                       Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 29-Jan-2013 | Prepare for (.9) and attend (3.5) omnibus hearing. | Goren, Todd M. | 4.40 | 3,498.00 |
| 29-Jan-2013 | Emails with MoFo team regarding hearing preparations (.4); draft 2/7 hearing agenda (1.8); make initial hearing preparations for same (.8); discussion with S. Martin regarding same (.2). | Guido, Laura | 3.20 | 944.00 |
| 29-Jan-2013 | Review matters in connection with hearing preparation (.6); call with N. Moss regarding same (.1). | Marines, Jennifer L. | 0.70 | 483.00 |
| 29-Jan-2013 | Prepare for omni hearing (.1); review agenda and resolution of pending matters (.1); participate in omnibus hearing (2.5); prepare report for company regarding hearing update and press release (.2); discussion with S. Martin regarding hearing preparation (.4); meet with N. Moss regarding upcoming hearings schedules (.4). | Marinuzzi, Lorenzo | 3.70 | 3,496.50 |
| 29-Jan-2013 | Prepare for (1.5) and attend omni hearing (2.3); discuss hearing preparation with L. Guido (.2); follow up discussions with ResCap following the hearing (.4); discuss hearing preparation with N. Moss (.7), M. Crespo (.2), and L. Marinuzzi (.4). | Martin, Samantha | 5.70 | 3,762.00 |
| 29-Jan-2013 | Prepare for 1/29/2013 omni hearing (2.0); meet with L. Marinuzzi, J. Marines and S. Martin to discuss upcoming hearings (1.1); discuss schedule of open matters with L. Marinuzzi (.4). | Moss, Naomi | 3.50 | 2,012.50 |
| 29-Jan-2013 | Prepare for (1.5) and attend 1/29 Omni hearing (4.0). | Newton, James A. | 5.50 | 2,915.00 |
| 29-Jan-2013 | Prepare for (1.0) and attend (3.0) omnibus hearing on various adversary proceedings and motions for stay relief. | Richards, Erica J. | 4.00 | 2,640.00 |
| 29-Jan-2013 | Prepare for 1/29 omni hearings on motions to dismiss adversary proceedings, status conferences and motions for relief from the stay (2.6); attend and argue motions at the hearing (2.2). | Rosenbaum, Norman S. | 4.80 | 4,080.00 |
| 29-Jan-2013 | Draft notice of adjournment of hearing. | Suffern, Anne C. | 0.10 | 31.00 |
| 30-Jan-2013 | Meet with L. Marinuzzi, N. Moss, L. Guido, A. Suffern to discuss hearing process and checklist. | Crespo, Melissa M. | 2.40 | 1,092.00 |
| 30-Jan-2013 | Review (.4) and analyze hearing transcript (.9). | Galante, Paul A. | 1.30 | 890.50 |
| 30-Jan-2013 | Prepare hearing preparation checklist (.7); attend meetings with L. Marinuzzi, S. Martin, M. Crespo, N. Moss and A. Suffern regarding same (1.3); email with MoFo team regarding same (.7); update 2/7 hearing agenda (.3); prepare 2/7 hearing materials binder for Chambers (3.4). | Guido, Laura | 6.40 | 1,888.00 |
| 30-Jan-2013 | Meet with MoFo team regarding hearing process and checklist for Chambers. | Marinuzzi, Lorenzo | 2.40 | 2,268.00 |
| 30-Jan-2013 | Discuss hearing preparation issues with L. Guido. | Martin, Samantha | 0.50 | 330.00 |

MORRISON | FOERSTER

021981-0000083                                            Invoice Number:  5229688
CHAPTER 11                                                Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 28-Jan-2013 | Review status of adversary matters and motions for stay relief scheduled for hearing on 1/29 (1.2); calls and correspond with R. Rode regarding potential settlement and/or adjournment of motion for relief from stay (.5); correspond with client and N. Rosenbaum regarding same (.5); prepare script for Van Wagner (2.2), Williams (1.5) and Rode (1.5) matters; review case law relating to abstention and 12(b)(6) arguments (2.5); compile (.4) and review materials to take to hearing, including pleadings, cases, and correspondence (1.1); discussion with N. Moss regarding Van Wagner adversary proceeding (.3); follow-np meeting with N. Rosenbaum regarding preparing for hearing on Rode motion for relief from stay (.4). | Richards, Erica J. | 12.10 | 7,986.00 |
| 28-Jan-2013 | Review (.1) and comment on Hawthorne correspondence requesting and adjournment (.1); call with J. Newton and counsel to Wells Fargo and ASC in Jenkins adversary proceeding regarding pre-trial conference (.8) prepare for hearings on motion to dismiss Wagner and Williams adversary cases including review of hearing outlines (1.9); prepare for Jenkins pre-trial conference (.6); meeting with E. Richards and S. Engelhardt regarding preparing for hearings on motions to dismiss Van Wagner and Williams adversary proceedings (1.4); meetings with J. Newton and S. Engelhardt regarding preparing for Jenkins pre-trial conference (.9); review Jenkins pre-trial conference script (.4); meet with S. Martin regarding preparing for hearing on Kral Motion for relief from stay (.8); meet with E. Richards regarding preparing for hearing on Rode Motion for relief fro stay (.4); prepare for hearing on Kral Motion for relief from stay (2.0); continue preparations for hearing on Rode Motion for relief from stay (.6); review (1); and respond to emails regarding status of Aribal motion for relief (.1). | Rosenbaum, Norman S. | 10.20 | 8,670.00 |
| 28-Jan-2013 | Prepare of individual hearing binders for attorneys attending 1/29 hearing (.8); prepare updated hearing binders for court (3.7); discuss omni hearing with N. Moss (.3). | Suffern, Anne C. | 4.80 | 1,488.00 |
| 28-Jan-2013 | Assist MoFo team with preparing for 1/29 omnibus hearing (.2); discuss revisions to notice of cancellation for the AIP hearing with N. Moss (.1). | Wishnew, Jordan A. | 0.30 | 216.00 |
| 29-Jan-2013 | Prepare for (1.0) and participate in omnibus court hearing on cure objection related issues (3.0). | Barrage, Alexandra S. | 4.00 | 2,880.00 |
| 29-Jan-2013 | Revise script (1.2) and prepare materials for motions to assume and assign (BH and Ocwen Sale) (.7); discussion with S. Martin regarding hearing preparation of same (.2). | Crespo, Melissa M. | 2.10 | 955.50 |
| 29-Jan-2013 | Preparation for 1/29 omnibus hearing (.5); attend omnibus hearing (2.5). | Engelhardt, Stefan W. | 3.00 | 2,625.00 |

**MORRISON | FOERSTER**

021981-0000083                                    Invoice Number:  5241609
CHAPTER 11                                    Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 06-Feb-2013 | Review and comment on hearing agenda (.1); meet with N. Rosenbaum regarding preparation for hearing (.1). | Martin, Samantha | 0.20 | 132.00 |
| 06-Feb-2013 | Meet with S. Engelhardt regarding hearing preparation and issues (.2); meet with N. Rosenbaum regarding preparing for pre-trial conference on Jenkins adversary proceeding (.4). | Newton, James A. | 0.60 | 318.00 |
| 06-Feb-2013 | Review revised agenda for upcoming omni hearings; prepare case status update for 2/7 hearing (.4) and email with team members regarding status of mediation, RMBS litigation, Examiner report and other matters (.2); review script for hearing on Wheeler motion for stay relief and related emails regarding Wheeler matter background (.6); meet with S. Martin regarding preparation for hearing (.5); meet with J. Newton regarding preparing for pre-trial conference on Jenkins adversary proceeding (.4). | Rosenbaum, Norman S. | 2.50 | 2,125.00 |
| 06-Feb-2013 | Emails with T. Goren regarding status of Wells Fargo SBO Stipulation and materials needed for 2/7/2013 hearing (.6); call with L. Guido regarding preparation of hearing materials (.4); prepare Wells Fargo SBO Stipulation and related documents for T. Goren (.3). | Rothchild, Meryl L. | 1.30 | 747.50 |
| 06-Feb-2013 | Prepare Examiner discovery materials in connection with omnibus hearing/chambers conference. | Tice, Susan A.T. | 6.40 | 1,984.00 |
| 07-Feb-2013 | Prepare for (3.1) and attend 2/7 omnibus hearing (.7). | Crespo, Melissa M. | 3.80 | 1,729.00 |
| 07-Feb-2013 | Preparation for 2/7 omnibus hearing (.8); attendance at omnibus hearing (1.5); meet with I. Gold (Lewisville) regarding stipulation issues (.5); meet with S. Zide (committee counsel) regarding Digital Lewisville stipulation issues (.4). | Engelhardt, Stefan W. | 3.20 | 2,800.00 |
| 07-Feb-2013 | Prepare for (.6) and attend 2/7 omnibus hearing (2.5). | Goren, Todd M. | 3.10 | 2,464.50 |
| 07-Feb-2013 | Attend status conference to discuss examiner role (.7); attend omnibus hearing (.5). | Marinuzzi, Lorenzo | 1.20 | 1,134.00 |
| 07-Feb-2013 | Prepare for (1.2) and attend omnibus hearing (1.5); follow up discussions with E. Frejka (Kramer) (.3). | Martin, Samantha | 3.00 | 1,980.00 |
| 07-Feb-2013 | Prepare for (1.5) and attend (2.0) omnibus hearing in connection with Jenkins Adversary and JP Morgan relief from stay motion. | Newton, James A. | 3.50 | 1,855.00 |
| 07-Feb-2013 | Prepare for (1.0) and argue motions (.8) and participate in status conference at 2/7 omnibus hearing (1.5). | Rosenbaum, Norman S. | 3.30 | 2,805.00 |
| 08-Feb-2013 | Email with MoFo team regarding scheduling of 2/11 court conference. | Guido, Laura | 0.40 | 118.00 |
| 11-Feb-2013 | Pull (1.0) and organize cases cited in Kessler motion to prepare hearing binder (2.1). | Suffern, Anne C. | 3.10 | 961.00 |
| 12-Feb-2013 | Provide copies of legislative materials requested by L. Guido. | Shackleton, Mary E. | 0.30 | 64.50 |

**M O R R I S O N** | **F O E R S T E R**

021981-0000083
CHAPTER 11

Invoice Number: 5241609
Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 28-Feb-2013 | Prepare for hearing, including review, revise and finalize hearing notes for status conference (4.2); attend hearing telephonically (.7). | Marines, Jennifer L. | 4.90 | 3,381.00 |
| 28-Feb-2013 | Prepare for status conference on Fed consent order review/hearing on PWC motion (.9); attend chambers conference on foreclosure review and hearing on PWC motion (3.0); call with B. Masumoto regarding hearing and presentation of PWC order (.3). | Marinuzzi, Lorenzo | 4.20 | 3,969.00 |
| 28-Feb-2013 | Prepare 9019 exhibit list (3.9) confer with L. DeArcy and M. Castro regarding same (1.4). | Moloff, Leda A. | 5.30 | 3,047.50 |
| 28-Feb-2013 | Prepare MoFo team for omni hearing (.5); telephonically attend the omnibus hearing held on 2/28 (plan update and PWC motion) (.5). | Moss, Naomi | 1.00 | 575.00 |
| 28-Feb-2013 | Emails with G. Lee in preparation for chambers conference with Judge Glenn (.3); prepare for 9019 trial status conference (1.4); prepare for oral argument on motion to preclude reliance on counsel evidence (6.5). | Rains, Darryl P. | 8.20 | 8,405.00 |
| 28-Feb-2013 | Prepare for 2/28 hearing on various adversary proceedings (5.2); attend same (1.5). | Richards, Erica J. | 6.70 | 4,422.00 |
| 28-Feb-2013 | Review materials on Dixon and DeMustchine pre-trial conferences in preparation for hearing (.6); attend Omnibus hearing (1.0); meet with E. Richards and S. Engelhardt regarding preparing for Dixon and DeMustchine pre-trial conferences (1.0); review follow up emails with client regarding results of DeMustchine pre-trial conference and next steps (.2). | Rosenbaum, Norman S. | 2.80 | 2,380.00 |
| **Total: 013** | **Hearings** | | **151.20** | **86,296.00** |

**Tax Matters**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 04-Feb-2013 | Call to Kirkland regarding tax matters (.1) and review email regarding same (.2); call with L. Marinuzzi, R. Reigersman and tax counsel regarding taxation of REMIC residuals (.8); call with C. Lim regarding same (.5). | Humphreys, Thomas A. | 1.60 | 1,920.00 |
| 04-Feb-2013 | Call with T. Humphreys regarding ownership and transfer of REMIC residuals (.3); review Code and Regulations on taxation of REMICs (2.5); review Peaslee treatise on taxation of REMIC interests (.5). | Lim, Clara | 3.30 | 1,584.00 |
| 04-Feb-2013 | Call with T. Humphreys regarding taxation of REMIC residuals. | Marinuzzi, Lorenzo | 0.80 | 756.00 |
| 04-Feb-2013 | Call with T. Humphreys regarding taxation of REMIC residuals. | Reigersman, Remmelt A. | 0.80 | 620.00 |
| 05-Feb-2013 | Call from Kirkland regarding examiner tax issues (.1); discuss tax issues with R. Reigersman (.3). | Humphreys, Thomas A. | 0.40 | 480.00 |

**MORRISON | FOERSTER**

021981-0000083                                                    Invoice Number: 5241609
CHAPTER 11                                                        Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 25-Feb-2013 | Email with L. Delehey (ResCap), J. Newton and E. Richards regarding L. Delehey's participation in 2/28/13 hearings (.3); review 2/28 calendar, draft agenda and pending case deadlines (.6); emails with MoFo team regarding adversary pre-trial conferences and motions for relief from stay scheduled for 2/28 hearing date (.2). | Rosenbaum, Norman S. | 1.10 | 935.00 |
| 26-Feb-2013 | Coordinate service of 2/28 hearing agenda (.1); review 3/5 hearing materials (.7); prepare (.3), file (.2) and coordinate service of 2/28 hearing agenda (.3); prepare same for delivery to Chambers (.3); prepare internal 2/28 hearing materials (4.1). | Guido, Laura | 6.00 | 1,770.00 |
| 26-Feb-2013 | Review (.2) and revise 2/28 hearing agenda (.3). | Marines, Jennifer L. | 0.50 | 345.00 |
| 26-Feb-2013 | Prepare for 2/28 omnibus hearing (1.5); discuss plan status conference with chambers (.2). | Moss, Naomi | 1.70 | 977.50 |
| 26-Feb-2013 | Review revised agenda for 2/28 hearing. | Richards, Erica J. | 0.10 | 66.00 |
| 27-Feb-2013 | Finalize materials for 2/28 omnibus hearing (1.0); prepare internal 3/5 hearing materials (1.2); prepare 3/1 CourtCall notice (.1); update agenda for same (.1); prepare, file and coordinate service of 3/1 hearing agenda and CourtCall notice (.4); prepare notice of rescheduled start time for same (.2); prepare, file and coordinate filing of same (.2); prepare supplemental 3/5 hearing materials (.5); prepare internal 2/28 hearing materials (.7); finalize amended 2/28 hearing agenda (.1); prepare, file and coordinate service of same (.3); prepare second amended 2/28 hearing agenda (.1). | Guido, Laura | 4.90 | 1,445.50 |
| 27-Feb-2013 | Meet with CRO regarding 2/28 hearing, status conference and chambers conference. | Lee, Gary S. | 0.40 | 410.00 |
| 27-Feb-2013 | Review (.2) and revise amended 2/28 agenda (.3); draft hearing notes regarding summary of sale closings (2.3), mediation (1.5), CRO appointment (1.0), committee settlement (2.0), and foreclosure review (3.0). | Marines, Jennifer L. | 10.30 | 7,107.00 |
| 27-Feb-2013 | Review agendas for 2/28 and 3/5 hearings. | Richards, Erica J. | 0.10 | 66.00 |
| 28-Feb-2013 | Meet with E. Richards and N. Rosenbaum regarding preparation for 2/28 court hearing. | Engelhardt, Stefan W. | 1.00 | 875.00 |
| 28-Feb-2013 | Coordinate telephonic appearances for 2/28 omni hearing (.3); finalize hearing materials for same (1.9); prepare, file and coordinate service of second amended hearing agenda for same (.2); update 3/5 hearing agenda (.4); prepare CourtCall notice for same (.1); prepare amended 3/1 hearing agenda (.4); prepare, file and coordinate service of same (.3). | Guido, Laura | 3.60 | 1,062.00 |
| 28-Feb-2013 | Prepare for court hearing and chambers conferences with UCC and Examiner (2.4); attend chambers conferences and court hearing (3.3) | Lee, Gary S. | 5.70 | 5,842.50 |

MORRISON | FOERSTER

021981-0000083                                          Invoice Number:  5253113
CHAPTER 11                                             Invoice Date: July 26, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 20-Mar-2013 | Review (.3) and prepare (.4) second supplemental hearing binders for Chambers; prepare internal hearing materials for same (3.7); prepare amended hearing agenda for same (.4); distribute same to team for comments (.1); prepare, file and coordinate service of same (.3). | Guido, Laura | 5.20 | 1,534.00 |
| 20-Mar-2013 | Review and comment on agenda for upcoming omni hearing. | Martin, Samantha | 0.40 | 264.00 |
| 20-Mar-2013 | Calls with A. Kernan (Chambers) regarding evidentiary issues in connection with upcoming hearing on the FRB motion (.3); emails with G. Lee and D. Rains regarding the same (.2); prepare for hearing (review documents and amended agenda) (.5). | Moss, Naomi | 1.00 | 575.00 |
| 20-Mar-2013 | Prepare for Jenkins hearing including review of all underlying pleadings. | Newton, James A. | 1.60 | 848.00 |
| 20-Mar-2013 | Review materials related to matters going forward at 3/21 omnibus hearing in preparation for same (including agenda and adversary proceeding pleadings). | Richards, Erica J. | 3.60 | 2,376.00 |
| 20-Mar-2013 | Prepare for hearing on motion to approve borrower adversary case management procedures (.3) and omnibus claims (.5) and settlement procedures (.5). | Rosenbaum, Norman S. | 1.30 | 1,105.00 |
| 20-Mar-2013 | Review (.2) and comment Hearing Agenda and amended Hearing Agendas (.4). | Rosenbaum, Norman S. | 0.60 | 510.00 |
| 20-Mar-2013 | Edit hearing script for N. Rosenbaum regarding debtors' motion for supplemental case management procedures (.4); edit (.1) and finalize same (.1); organize (.8) and review hearing materials (1.6); prepare hearing script for N. Rosenbaum regarding debtors' motion for omnibus claim objection procedures (2.2). | Rothchild, Meryl L. | 5.20 | 2,990.00 |
| 21-Mar-2013 | Participate in omnibus hearing on FGIC and 3013 and FRB Consent Order issues (1.9); email T. Goren regarding same (.1); call with J. Newton regarding 3013 hearing (.2). | Barrage, Alexandra S. | 2.20 | 1,584.00 |
| 21-Mar-2013 | Prepare for Rule 3013 motion hearing (1.5); attendance at court hearing for omnibus hearing date (2.5); meet with creditor committee counsel and AFD counsel regarding motion resolution following court hearing (.3). | Engelhardt, Stefan W. | 4.30 | 3,762.50 |
| 21-Mar-2013 | Prepare for (.5) and attend omnibus hearing (3.1). | Goren, Todd M. | 3.60 | 2,862.00 |
| 21-Mar-2013 | Update (.2) and finalize Ambac hearing binders (.8); prepare electronic copy of hearing binders for Judge Glenn (.3); coordinate with J. Newton and team regarding delivery of courtesy copies and opposing counsel's review of exhibits to joint stipulation (.5); prepare cover letter to judge regarding chambers copies of Ambac hearing binders (.8); respond to inquiry from judge's clerk regarding hearing binders (.3). | Grossman, Ruby R. | 2.90 | 768.50 |

**M O R R I S O N  |  F O E R S T E R**

021981-0000083                                      Invoice Number: 5253113
CHAPTER 11                                          Invoice Date: July 26, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 21-Mar-2013 | Meet with K. Mahmond and J. Roy regarding documents for omnibus hearing. | Guido, Laura | 0.10 | 29.50 |
| 21-Mar-2013 | Attend ResCap foreclosure review motion hearing. | Ireland, Oliver I. | 2.50 | 2,300.00 |
| 21-Mar-2013 | Prepare for (.8) and attend hearing on FRB claim and PwC retention (2.0). | Lee, Gary S. | 2.80 | 2,870.00 |
| 21-Mar-2013 | Meet with L. Guido and J. Roy regarding documents for hearing (.1); submit courtesy copies to Judge Glenn's chambers and drop off documents for hearing in courtroom 501 (.5). | Mahmoud, Karim | 0.60 | 117.00 |
| 21-Mar-2013 | Prepare for (.6) and attend omnibus hearing on FTI retention and Fed consent order relief motion (3.5). | Marinuzzi, Lorenzo | 4.10 | 3,874.50 |
| 21-Mar-2013 | Prepare for (.9) and attend ResCap omni hearing (FRB motion and adversary proceedings) (3.1). | Moss, Naomi | 4.00 | 2,300.00 |
| 21-Mar-2013 | Prepare for (.5) and attend hearing in connection with Foreclosure Review Motion and Jenkins Rule 12(e) motion and pre-trial meeting (2.8); call with A. Barrage reading 3013 hearing (.2). | Newtou, James A. | 3.50 | 1,855.00 |
| 21-Mar-2013 | Prepare for hearing on 3013 motion regarding Federal Reserve consent decree (3.2); attend and argue at 3013 motion hearing (2.5). | Rains, Darryl P. | 5.50 | 5,637.50 |
| 21-Mar-2013 | Attend omnibus hearing. | Richards, Erica J. | 4.10 | 2,706.00 |
| 21-Mar-2013 | Prepare for hearing on motions to approve borrower adversary proceeding supplemental case management procedures (.8) and omnibus objection and settlement procedures (.5), MED&G motion for relief from automatic stay and borrower AP proceedings (.5); attend portion of omnibus hearing and argue aforementioned motions (1.8). | Rosenbaum, Norman S. | 3.60 | 3,060.00 |
| 21-Mar-2013 | Prepare for (.8) and attend portion of omni hearing (2.3). | Rothchild, Meryl L. | 3.10 | 1,782.50 |
| 25-Mar-2013 | Prepare upcoming hearing agenda (.3) and CourtCall notice for same (.1). | Guido, Laura | 0.40 | 118.00 |
| 25-Mar-2013 | Review email from T. Foudy (Curtis Mallet) and J. Haims regarding hearing schedule. | Rothberg, Jonathan C. | 0.30 | 198.00 |
| 26-Mar-2013 | Emails with team regarding upcoming hearing schedule (.2); prepare 4/11 hearing agenda (4.2). | Guido, Laura | 4.40 | 1,298.00 |
| 27-Mar-2013 | Continue drafting upcoming hearing agenda. | Guido, Laura | 0.80 | 236.00 |
| 29-Mar-2013 | Obtain hearing transcript for review by N. Rosenbaum. | Suffern, Anne C. | 0.30 | 93.00 |
| **Total: 013** | **Hearings** | | **161.20** | **95,126.50** |

**Tax Matters**

| | | | | |
|------|----------|-----------|-------|-------|
| 08-Mar-2013 | Review materials on REMIC residuals and place call to L. Marinuzzi to discuss same. | Humphreys, Thomas A. | 0.10 | 120.00 |

**M O R R I S O N  |  F O E R S T E R**

021981-0000083
CHAPTER 11

Invoice Number: 5255029
Invoice Date: August 2, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 11-Apr-2013 | Email regarding final 4/11 hearing preparations (.2); further KEIP hearing preparation (1.1); calls with D. Anderson (Chambers) regarding hearing materials (.1); correspondence with hearing attendees regarding same (.1); coordinate with Y. Chow pickup from courtroom of same (1.2). | Guido, Laura | 2.70 | 796.50 |
| 11-Apr-2013 | Discussion with D. Rains and A. Princi regarding RMBS 9019 trust settlement hearing on preclusiou of evidence. | Lee, Gary S. | 0.40 | 410.00 |
| 11-Apr-2013 | Prepare for fee hearings (.3); review UST Objection to fees (.2); review fee objection resolution chart (.5); review MoFo fee response (.4); discuss with FTI resolution of objection (.2); discuss with Mesirow resolution of objection (.2); attend omnibus/fee hearing (2.0); prepare for contested KEIP/KERP hearing - review (.2) and revise narrative (.5); review UST KEIP objection (.4); review nnderlying presentations for argument (.6); participate in KEIP hearing (1.5); review (.2) and revise hearing summary for board dissemination (.3); correspondence to L. Kruger (ResCap) regarding hearing outcome on KEIP (.3). | Marinuzzi, Lorenzo | 7.30 | 6,898.50 |
| 11-Apr-2013 | Prepare for (1.0) and attend hearing with respect to Committee's complaint against the Junior Secured Noteholders (.5) and Harris's motion to reassign her as creditor in possession (2.0). | Martin, Samantha | 3.50 | 2,310.00 |
| 11-Apr-2013 | Attendance and participation iu hearing on Committee's preclusion motion. | Princi, Anthony | 2.10 | 2,152.50 |
| 11-Apr-2013 | Discussion with D. Rains and G. Lee regarding results of hearing on Committee's preclusion motion (.4); call with independent director's counsel regarding same and regarding P. West's direct testimony (.7); meeting with A. Ruiz regarding documents for hearing on motion to preclude (.4). | Princi, Anthony | 1.50 | 1,537.50 |
| 11-Apr-2013 | Prepare for hearing on RMBS 9019 motion to preclude reliance on connsel evidence (2.8); appear at hearing on RMBS 9019 reliance on counsel motion (3.3). | Rains, Darryl P. | 6.10 | 6,252.50 |
| 11-Apr-2013 | Prepare for (1.8) and attend hearing on fee applications (3.1) and DeMustchine pretrial conference (.2); follow up on open issues in connection with same (.3). | Richards, Erica J. | 5.40 | 3,564.00 |
| 11-Apr-2013 | Attend omnibus hearings and argue Harris and Pruitt motions. | Rosenbaum, Norman S. | 2.20 | 1,870.00 |
| 11-Apr-2013 | Prepare for hearing on Pruitt motion for relief from automatic stay (1.2); meet with S. Martin regarding S. Harris background regarding Harris motion for mortgage related relief (.1) and review emails regarding background (.2); meet with S. Harris and J. Chung in chambers regardiug hearing (.2). | Rosenbaum, Norman S. | 1.70 | 1,445.00 |

145

**MORRISON | FOERSTER**

021981-0000083                                          Invoice Number: 5255029
CHAPTER 11                                              Invoice Date: August 2, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 11-Apr-2013 | Meet with P. West (ResCap) to prepare for 4/11 hearing on RMBS settlement (1.3); meet with FTI to prepare for 4/11 hearing (1.4); review pleadings (.2) and prepare for oral argument (1.0); coordinate with L. Marinuzzi ahead of 4/11 hearing (.4); attend key employee hearing (1.5). | Wishnew, Jordan A. | 5.80 | 4,176.00 |
| 12-Apr-2013 | Prepare 4/17 hearing agenda on Ambac's cure objection (.5); organize 4/11 hearing materials (.6). | Guido, Laura | 1.10 | 324.50 |
| 14-Apr-2013 | Call with H. Seife (Chadbourne) regarding scheduling of exclusivity hearing (.2) and timing of Examiner's report filing (.2); emails with B. Masumoto and M. Driscoll regarding call with Judge Glenn on scheduling of hearings (.2) and timing of Examiner's report (.1). | Marinuzzi, Lorenzo | 0.70 | 661.50 |
| 15-Apr-2013 | Discussion with L. Guido with Court copies for Ambac hearing. | Grossman, Ruby R. | 0.20 | 53.00 |
| 15-Apr-2013 | Email with Chambers regarding upcoming hearing preparation (.2); discussion with R. Grossman regarding same (.1); update upcoming hearing materials for N. Rosenbaum (1.2); update upcoming hearing agenda (.3); prepare, file and coordinate service of same (.3); prepare supplemental upcoming hearing binders for Chambers (.5). | Guido, Laura | 2.60 | 767.00 |
| 15-Apr-2013 | Review and comment on agenda for 4/17 hearing on Ambac sale objection and discuss comments with L. Guido. | Rosenbaum, Norman S. | 0.20 | 170.00 |
| 16-Apr-2013 | Prepare deposition transcript (1.3) and exhibit binders for war room for the RMBS 9019 evidentiary hearing (3.0); review (.2) and revise exhibits (.2) and exhibit list for RMBS 9019 evidentiary hearing (.4); coordinate with team regarding same (.6). | Grossman, Ruby R. | 5.70 | 1,510.50 |
| 16-Apr-2013 | Review supplemental 4/17 hearing materials for Chambers (.9); prepare notice of adjournment of same to 4/30 (.2); prepare, file and coordinate service of same (.3). | Guido, Laura | 1.40 | 413.00 |
| 18-Apr-2013 | Prepare 4/30 hearing agenda. | Guido, Laura | 5.60 | 1,652.00 |
| 19-Apr-2013 | Prepare 4/30 hearing materials for Chambers (6.3); update hearing agenda for same (.3). | Guido, Laura | 6.60 | 1,947.00 |
| 22-Apr-2013 | Update 4/30 omnibus hearing agenda (.3); prepare 4/30 omnibus hearing materials for Chambers (4.5). | Guido, Laura | 4.80 | 1,416.00 |
| 23-Apr-2013 | Review 4/30 hearing materials for Chambers (1.0); prepare same for delivery to Chambers (.3); update 4/30 omnibus hearing agenda (.5); prepare 4/30 supplemental hearing materials for Chambers (.7). | Guido, Laura | 2.50 | 737.50 |
| 24-Apr-2013 | Review agenda regarding adversary proceedings scheduled for upcoming omnibus hearing. | Galante, Paul A. | 0.30 | 205.50 |

146

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5255029
Invoice Date: August 2, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 29-Apr-2013 | Prepare script for hearing on Kinworthy stay relief motion. | Martin, Samantha | 0.70 | 462.00 |
| 29-Apr-2013 | Review (.3) and revise hearing scripts in connection with Solano motion for relief from stay and late POC motion (.8) and MED&G late proof of claim motion (1.1); prepare additional table of addresses served with MED&G bar date notice (.2); prepare excerpts of bar date notice affidavit of service for hearing (.3); speak with N. Rosenbaum regarding pending late proof of claim motions, background, and information needed for upcoming hearing (1.1); prepare factual background of underlying litigation in connection with Solano (.4) and MED&G (.4) late proof of claim motions; email with R. Sax (counsel to Solano) (.2) and H. McKeever (counsel to Haffey) regarding hearings tomorrow and information required to make telephonic appearances (.3). | Newton, James A. | 5.10 | 2,703.00 |
| 29-Apr-2013 | Prepare for 4/30 hearings on Solano and MED&G motions to file late proofs of claim, review background, objections and case law (2.3); meet with J. Newton regarding preparing for MED&G and Solano motions to file late proofs of claim (.6); review and comment on 4/30 hearing agenda (.3) and meet with L. Guido to review comments (.1); review updates from local counsel on Kinworthy litigation regarding preparing for hearing on motion for relief (.2); meet with S. Martin regarding preparing for hearing on Kinworthy motion for relief and settlement status (.4); prep for hearing on Kinworthy motion including review and comment on Kinworthy hearing outline (.6); meet with J. Newton regarding preparing for hearing on Haffy motion for relief from the automatic stay and review updates from local counsel (.4). | Rosenbaum, Norman S. | 4.90 | 4,165.00 |
| 30-Apr-2013 | Attendance at omnibus court hearing for purposes of covering cash collateral motion discovery issues. | Engelhardt, Stefan W. | 0.70 | 612.50 |
| 30-Apr-2013 | Attend omnibus hearing regarding JSN matters and UCC complaint. | Goren, Todd M. | 2.00 | 1,590.00 |
| 30-Apr-2013 | Review (.2) and revise upcoming hearing binders for Chambers (1.2); update same with recent filings (1.9); prepare for and coordinate delivery of same to Chambers (.4). | Guido, Laura | 3.70 | 1,091.50 |
| 30-Apr-2013 | Attend hearing with respect to UCC's complaint against UMB Bank (.6) and Kinworthy stay relief matter (.9). | Martin, Samantha | 1.50 | 990.00 |

148

MORRISON | FOERSTER

021981-0000083                                          Invoice Number: 5255029
CHAPTER 11                                              Invoice Date: August 2, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 30-Apr-2013 | Prepare for argument of Haffey relief from stay motion (1.1), including review of filed materials (1.2) and preparation of hearing script (1.2); attend hearing in connection with MED&G late proof of claim, Solano relief from stay and late proof of claim motions, and arguing Haffey relief from stay motion (.7); prepare updates to client and outside counsel regarding results of hearings on Haffey relief from stay motion (.3), MED&G motions (.2); and Solano late proof of claim motion (.4). | Newton, James A. | 5.10 | 2,703.00 |
| 30-Apr-2013 | Emails with J. Newton regarding Solano counsel's request for adjournment (.2); prepare for hearings on Solano motion to file late proof of claim, Solano motion for relief from stay and MED&G motion for authority to file late proof of claim (1.6); attend omni hearing and argue objections to the same (1.0); review emails from J. Newton to client regarding results of MED&G and Solano hearings and necessary follow up (.2). | Rosenbaum, Norman S. | 3.00 | 2,550.00 |
| **Total: 013** | **Hearings** | | **195.00** | **107,223.00** |
| **Tax Matters** | | | | |
| 03-Apr-2013 | Email with J. Wishnew regarding property tax issues (.3); meet with S. Reiber regarding property tax lien issue (.4); review statutory provisions and memorandum regarding collection of unsecured property taxes (.7). | Kanter, Peter B. | 1.40 | 1,050.00 |
| 03-Apr-2013 | Research application of tax liens (1.7); meet with P. Kanter regarding same (.4). | Reiber, Scott M | 2.10 | 1,365.00 |
| 04-Apr-2013 | Research application of tax liens (1.2); call with P. Kanter regarding same (.2). | Reiber, Scott M | 1.40 | 910.00 |
| 09-Apr-2013 | Review email from L. Marinuzzi regarding tax allocation issues (.1) and discuss with R. Reigersman (.2); review R. Reigersman draft response and revise same (.4); call with C. Lim regarding chart on various duties in connection with same (.3). | Humphreys, Thomas A. | 1.00 | 1,200.00 |
| 09-Apr-2013 | Review emails regarding Debtor tax allocation agreements (.1) and send email to J. Levitt regarding same (.2); discuss email from L. Marinuzzi with T. Humphreys regarding tax agreements (.2). | Reigersman, Remmelt A. | 0.50 | 387.50 |
| 10-Apr-2013 | Review tax allocation agreements. | Goren, Todd M. | 0.90 | 715.50 |
| 10-Apr-2013 | Search for tax information (.9); email to J. Haims regarding same (.1). | Law, Meimay L. | 1.00 | 530.00 |
| 12-Apr-2013 | Discuss tax considerations of potential ResCap settlement with A. Vasiliu. | Reigersman, Remmelt A. | 0.40 | 310.00 |

149

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5255029
Invoice Date: August 2, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **Fee/Employment Objections** | | | | |
| 01-Apr-2013 | Prepare fee resolution chart for attorney review. | Suffern, Anne C. | 0.60 | 186.00 |
| 02-Apr-2013 | Update fee resolution chart. | Suffern, Anne C. | 0.50 | 155.00 |
| 03-Apr-2013 | Revise chart pertaining to all professionals' responses to US Trustee's objection to fees. | Suffern, Anne C. | 6.80 | 2,108.00 |
| 04-Apr-2013 | Prepare, file and coordinate service of Towers Watson's response to US Trustee's objection to second interim fee application. | Guido, Laura | 0.30 | 88.50 |
| 04-Apr-2013 | Update resolution chart pertaining to US Trustee's objection to fees (1.6); revise resolution chart pertaining to US Trustee's objection to fees per E. Richard's comments (.3). | Suffern, Anne C. | 1.90 | 589.00 |
| 05-Apr-2013 | Review hearing coverage chart and KEIP calculations. | Marinuzzi, Lorenzo | 0.40 | 378.00 |
| 05-Apr-2013 | Review form separation agreement (.2) and follow up with J. Tanenbanm and J. Shank (.4); review winddown incentive plan analyses from Mercer and related bench decisions and motions (.7);. | Wishnew, Jordan A. | 1.70 | 1,224.00 |
| 08-Apr-2013 | Review chart of fee resolutions for completeness. | Richards, Erica J. | 0.20 | 132.00 |
| 08-Apr-2013 | Update fee resolution chart. | Suffern, Anne C. | 0.70 | 217.00 |
| 09-Apr-2013 | Review (.3) and comment on chart tracking status of fee objections (.4); correspondence with H. Lamb (Chadbourne) and R. Ringer (Kramer) regarding same (.3). | Richards, Erica J. | 1.00 | 660.00 |
| 09-Apr-2013 | Revise fee resolution chart. | Suffern, Anne C. | 2.40 | 744.00 |
| **Total: 008** | **Fee/Employment Objections** | | **16.50** | **6,481.50** |
| **Financing** | | | | |
| 01-Apr-2013 | Review cases regarding cash collateral (1.1) and discuss same with S. Martin (.5); review cash collateral pleadings (1.6). | Goren, Todd M. | 3.20 | 2,544.00 |
| 01-Apr-2013 | Discussion with T. Goren regarding cash collateral. | Martin, Samantha | 0.50 | 330.00 |
| 02-Apr-2013 | Email with K. Chopra regarding cash collateral status. | Goren, Todd M. | 0.30 | 238.50 |
| 03-Apr-2013 | Call with C. Shore regarding plan, cash collateral issues (.5); review cash collateral motion/snpporting declaration issues with S. Martin (.6). | Goren, Todd M. | 1.10 | 874.50 |
| 03-Apr-2013 | Draft J. Horner (ResCap) declaration in support of cash collateral motion. | Martin, Samantha | 2.20 | 1,452.00 |

**MORRISON** | **FOERSTER**

021981-0000083                                      Invoice Number:  5229688
CHAPTER 11                                          Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 22-Jan-2013 | Call with E. Richards regarding adversary proceedings (.1); review Hawthorne complaint (.2); correspond with MoFo team regarding Hawthorne and Kimber adversary proceedings (.2); correspond with L. Delehey (ResCap), J. Scoliard (ResCap), J. Krell (SilvermanAcampora) regarding Hawthorne and Kimber adversary proceedings (.2). | Martin, Samantha | 0.70 | 462.00 |
| 22-Jan-2013 | Follow-up with J. Scoliard regarding Jenkins Declaration (.2); revise Jenkins 12(e) motion (.3) and Delehey Declaration in support (.4) in accordance with comments from Client; meet with S. Engelhardt regarding Jenkin's adversay proceeding motion (.2). | Newton, James A. | 1.10 | 583.00 |
| 22-Jan-2013 | Call with S. Martin regarding adversary proceedings. | Richards, Erica J. | 0.10 | 66.00 |
| 22-Jan-2013 | Review docket in ARE adversary proceeding (.2); meet with S. Engelhardt regarding ARE adversary proceeding (.2); review (.1) and comment on revised draft of motion to implement case management procedures for borrower adversary proceedings (.1); review emails to client regarding supplemental adversary procedures for borrower bankruptcy cases (.3); review emails with J. Newton and client regarding Jenkins motion for more definitive statement (.2); call with B. Greico (Hogan counsel to Wells Fargo) regarding status of Jenkins adversary proceeding and 1/29 pre-trial conference (.2); review emails from S. Martin regarding status of Hawthorne and Kimber adversary proceedings (.2). | Rosenbaum, Norman S. | 1.50 | 1,275.00 |
| 22-Jan-2013 | Correspond with NJ Carpenters' counsel (securities claimants) regarding extension of automatic stay (.6); edit draft stipulations regarding same (.6); teleconference with counsel to MassMutual regarding same (.3). | Rothberg, Jonathan C. | 1.50 | 990.00 |
| 23-Jan-2013 | Call with N. Rosenbaum regarding review of peuding motions for relief from automatic stay, borrower adversary proceedings and LVA agreement. | Barrage, Alexandra S. | 1.50 | 1,080.00 |
| 23-Jan-2013 | Preparation for call with committee to discuss status of borrower adversary proceedings (.4); call with committee counsel E. Frejka and MoFo team regarding same (1.4); meet with N. Rosenbaum regardiug ARE adversary proceeding motion (.1). | Engelhardt, Stefan W. | 1.90 | 1,662.50 |
| 23-Jan-2013 | Call with creditors committee regarding status of borrower adversary proceedings (1.3); review Hawthorne (.2) and Kinder complaints (.2); review complaints filed in Hawthorne and Kinder personal bankruptcy cases (.4) and docket entries in bankruptcy cases (.2). | Galante, Paul A. | 2.30 | 1,575.50 |
| 23-Jan-2013 | Discuss extension of stay issues to prepare for motion drafting with J. Rothberg. | Haims, Joel C. | 0.40 | 350.00 |
| 23-Jan-2013 | Review documents for responsiveness, privilege, and confidentiality in connection with production for the Examiner's investigation. | Heiman, Laura | 4.80 | 2,064.00 |

246

M O R R I S O N | F O E R S T E R

021981-0000083                                        Invoice Number: 5229688
CHAPTER 11                                            Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 23-Jan-2013 | Gather documents for pro hac vice motions. | Marshak, Emma S. | 0.20 | 41.00 |
| 23-Jan-2013 | Update adversary proceeding matrix (.2); correspond with Papas regarding appeal (.2); correspond with MoFo team, SilvermanAcampora, and ResCap regarding Hawthorne and Kimber adversary proceedings (.3); call with E. Frejka (Kramer), J. Krell (SilvermanAcampora), R. Friedman (SilvermanAcampora), N. Rosenbaum, S. Engelhardt, E. Richards, J. Newton regarding status of borrower adversary proceedings, motions for stay relief, and possible consensual resolutions (1.0). | Martin, Samantha | 1.70 | 1,122.00 |
| 23-Jan-2013 | Email to S. Engelhardt regarding meeting to discuss logistics and work distribution related to borrower adversary proceeding responses (.2); participate in weekly borrower adversary proceeding status call with UCC, SilvermanAcampora, and internal team (1.5). | Newton, James A. | 1.70 | 901.00 |
| 23-Jan-2013 | Call with E. Frejka (Kramer), J. Krell (SilvermanAcampora) and MoFo team regarding status of borrower motions for stay relief and adversary proceedings. | Richards, Erica J. | 1.50 | 990.00 |
| 23-Jan-2013 | Update borrower litigation matrix (1.1); call with MoFo team regarding adversary proceeding updates (.1). | Richards, Erica J. | 1.20 | 792.00 |
| 23-Jan-2013 | Call with E. Frejka (Kramer) and J. Krell (Silverman Acampora), J. Newton, E. Richards, A. Barrage and S. Martin regarding review of pending motions for relief from automatic stay, borrower adversary proceedings and LVA agreements (1.5); review draft of motion to dismiss ARE v. GMAC complaint (.9); email with J. Scoliard and L. Delehey regarding comments to motion to implement case management procedures in adversary proceedings (.4); meet with S. Engelhardt regarding motion to dismiss ARE adversary proceedings and open issues regarding declaration (.4); emails with H. Cannon regarding issues on motion to dismiss ARE adversary proceeding and supporting declaration (.2). | Rosenbaum, Norman S. | 3.40 | 2,890.00 |
| 23-Jan-2013 | Discuss extension of stay issues with J. Haims (.4); correspond with counsel to New Jersey Carpenters and John Hancock regarding same (.5); draft correspondence to counsel for Western & Southern regarding same (.4). | Rothberg, Jonathan C. | 1.30 | 858.00 |
| 24-Jan-2013 | Research renewed motion to extend stay to Western & Southern case. | Baehr, Robert J. | 1.30 | 689.00 |
| 24-Jan-2013 | Review (.2) and analyze Kimber and Hawthorne adversary complaints in preparation for client call (.4); participate in call with J. Scoliard and L. Delehey regarding Hawthorne and Kimber adversary proceedings (.5); meet with internal team members regarding adversary proceeding response strategy (1.1); analyze status and response strategy for borrower adversary proceedings (2.0); meet with L. Marinuzzi regarding open adversary procedure issues (.4). | Engelhardt, Stefan W. | 4.60 | 4,025.00 |

**MORRISON | FOERSTER**

021981-0000083                                          Invoice Number: 5229688
CHAPTER 11                                              Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 18-Jan-2013 | Call with ResCap and Walter to discuss the Estate/Walter Transition Services Agreement (1.0); call with ResCap to discuss revisions to the Estate/Ocwen Transition Services Agreement (.7); prepare a revised draft of the Estate/Ocwen Transition Services Agreement (1.3); review of outstanding IP issues arising from the Ocwen APA (1.5); review (.1) and respond to numerous emails from T. Hamzehpour regarding the foregoing (1.1). | Weiss, Russell G. | 5.70 | 4,702.50 |
| 18-Jan-2013 | Call to discuss IP schedules (.8); review schedule updates and work (2.0); call with Y. Huang regarding outstanding intellectual property diligence matters (.2). | Welch, Edward M. | 3.00 | 2,070.00 |
| 19-Jan-2013 | Review (.1) and revise FNMA proposed servicing transfer agreement (.3); correspond with K. Kohler regarding same (.2). | Goren, Todd M. | 0.60 | 477.00 |
| 19-Jan-2013 | Email with C. Schares and M. Woehr regarding preparation of next draft of Servicing Transfer Agreement and status of litigation provisions of same (.1); follow up emails with N. Rosenbaum regarding same (.1); email with various parties, including T. Goren and D. Meyer, regarding comments on draft Fannie Mae Servicing Transfer Agreement (.5), commence preparation of comments on same (1.0); email with MoFo internal team and Centerview Partners regarding treatment of Celink subservicing agreement (.7); review Celink subservicing agreement (.1) and Berkshire APA regarding same (.1); review issues regarding Assumption Assignment and Recognition Agreement (.6). | Kohler, Kenneth E. | 3.20 | 2,560.00 |
| 20-Jan-2013 | Review FGIC draft reply to cure objection. | Barrage, Alexandra S. | 1.00 | 720.00 |
| 20-Jan-2013 | Review revisions to Section 3.14 of the Servicing Transfer Agreement regarding treatment of litigation (.3); call with K. Kohler, N. Rosenbaum, E. Richards regarding same (.8). | Evans, Nilene R. | 1.10 | 874.50 |
| 20-Jan-2013 | Review updated FNMA stip (.3); correspond with D. Neier (Winston Strawn) (.1) and E. Daniels (Kramer) (.2) regarding same; correspond with K. Kohler regarding FNMA and Freddie transfer agreements (.3). | Goren, Todd M. | 0.90 | 715.50 |

MORRISON | FOERSTER

021981-0000083                                          Invoice Number: 5229688
CHAPTER 11                                              Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value | |
|------|----------|------------|-------|-------|--|
| 20-Jan-2013 | Finalize (.4) and transmit email to ResCap, MoFo and Centerview Partners team working on Berkshire closing regarding Celink issues (.2); send follow up emails with M. Rosen, R. Kielty (Centerview) and others regarding same (.2); extensive emails with M. Rosen regarding Berkshire closing issues and procedures (.6); review Berkshire APA regarding same (1.0); review (.1) and comment on revised draft of Servicing Transfer Agreement Section 3.14 (regarding litigation matters) prepared by N. Rosenbaum and E. Richards (.5); prepare (.2) and transmit comments on same to N. Rosenbaum and E. Richards (.1); participate in call with N. Rosenbaum, E. Richards and N. Evans regarding same (.8); review (.1) and prepare comments on Freddie Mac and Fannie Mae Servicing Transfer Agreements (2.0); emails with T. Goren regarding same (.4); review L. Reichel (ResCap) comments on draft Amendment No. 2 to Ocwen APA (.2); commence preparation of response regarding same as to treatment of Ginnie Mae representations and warranties and documentation to be delivered to evidence FHA iusurance (1.3); email with various parties regarding closing schedule (.3). | Kohler, Kenneth E. | 8.40 | 6,720.00 | *KK* |
| 20-Jan-2013 | Review (.3) and revise section 3.14 of Ocwen servicing transfer agreement (2.4); call with N. Rosenbaum, N. Evans and K. Kohler regarding same (.6); further revise (.1) and circulate in advance of call with company (.1). | Richards, Erica J. | 3.50 | 2,310.00 | |
| 20-Jan-2013 | Review (.1) and revise form of Servicing Transfer Agreement (3.7); call with E. Richards, K. Kohler, and N. Evans regarding review of section 3.14 of TSA (.5). | Rosenbaum, Norman S. | 4.30 | 3,655.00 | |
| 21-Jan-2013 | Prepare (.4) and participate in all hands Ocwen closing call (1.5); follow up call with N. Evans and J. DeMarco (Clifford Chance) regarding Ocwen sale amendment timing (.5); draft email to J. DeMarco and N. Evans regarding same (.5). | Barrage, Alexandra S. | 2.50 | 1,800.00 | *Call* |
| 21-Jan-2013 | Call with S. Krouner and other lawyers from Kramer Levin and T. Goren regarding status of Ocwen/Walter closing (.5); participate in lawyers closiug checklist call with Mayer Brown, Brown Rudnick, Kramer Levin, T. Hamzehpour and M. Fahy Woehr (ResCap), A. Barrage, T. Goren and other lawyers from MoFo (1.5); call regarding Section 3.14 of the Servicing Transfer Agreement regardiug handling of litigation with W. Thompson, J. Evans, N. Campbell, M. Fahy Woehr, T. Hamzehpour, L. Delehey, J. Scoliard (ResCap), N. Rosenbaum, K. Kohler and E. Richards (1.5); call with A. Barrage and J. DeMarco (Clifford Chance) regarding which Ocwen Amendments aud Walter Assignment needs further court approval (.5); revise Indemnity Escrow Agreement (.3); email same to JPMorgan (escrow agent) (.1); emails to Mayer Brown regarding contract consent issues (.4). | Evans, Nilene R. | 4.80 | 3,816.00 | *Call* |

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5229688
Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 17-Jan-2013 | Review strategy to outstanding cure claims and questions from UCC (.5); review Ambac stipulation regarding cure objection (.5); respond to potential bidder regarding FHA sale (.3); meet with M. Rothchild regarding cure claims (.3). | Marines, Jennifer L. | 1.60 | 1,104.00 |
| 17-Jan-2013 | Call with T. Goren and J. DeMarco (counsel to Ocwen) regarding status of objections on FGIC and Ambac deals (.6); review emails with S. Zide of KL regarding status of cure claim objections (.2); emails with M. Fahy Woehr regarding Vision contract issues and response to correspondence on automatic stay (.1); review analysis furnished by Ambac regarding insured deals with triggers (.3); emails with D. Beck regarding review of Ambac analysis on triggers (.4); review form of Ambac proposed order regarding objection and comment on same (.4); email to J. Ruckdaschel regarding review of Ambac deals with servicing triggers (.2); review email with A. Barrage and client regarding proposed rejection of SLAP program and related communication (.2); review (.1) and respond to emails with M. Beck regarding Ambac inquiries on subservicing and SLS transfers (.2). | Rosenbaum, Norman S. | 2.70 | 2,295.00 |
| 17-Jan-2013 | Continue to review prior correspondence (.5) and other documents regarding Ambac termination notices for servicing agreements, including termination notice letters, and other materials (2.4); review (.1) and comment on proposed stipulation from B. Guiney (PBWT) to resolve Ambac objection (1.8); email to N. Rosenbaum regarding same (.1); meet with J. Marines regarding cure claims (.3). | Rothchild, Meryl L. | 4.70 | 2,702.50 |
| 17-Jan-2013 | Review draft NDAs relating to sale. | Seligson, Peter | 0.50 | 265.00 |
| 17-Jan-2013 | Call with ResCap, Ocwen and Walter to discuss the outstanding items relating to sale closing (1.1); call with Y. Huang to discuss outstanding IP/IT issues relating to the Ocwen/Walter APA (1.0); prepare revised drafts of the Estate/Ocwen Transition Services Agreement (1.8) and Estate/Walter Transition Services Agreement (1.7); call with M. Woehr regarding the foregoing (.6); review and respond to email messages regarding the foregoing (.9). | Weiss, Russell G. | 7.10 | 5,857.50 |
| 17-Jan-2013 | Revise disclosure schedules (2.3) and memoranda (1.7). | Welch, Edward M. | 4.00 | 2,760.00 ∨ |
| 18-Jan-2013 | Amend closing checklist for Berkshire APA. | Al Najjab, Muhannad R. | 1.00 | 395.00 |
| 18-Jan-2013 | Call with L. Sinyanan, J. DeMarco, and T. Goren regarding FGIC cure issues (.5); review emails regarding same (.3); review AAR for SBO servicers (.3) call with S. Coelho regarding post closing transfer and subservicing issues (.8); participate in cure objection meeting with internal team (.8). | Barrage, Alexandra S. | 2.70 | 1,944.00 |

MORRISON | FOERSTER

021981-0000083                                                      Invoice Number:  5229688
CHAPTER 11                                                          Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 17-Jan-2013 | Prepare notice of bid deadline and sale hearing to sell FHA exhibit for filing (.3); prepare exhibit to same (.2); file same (.1); arrange service of same (.1). | Kline, John T. | 0.70 | 217.00 |
| 17-Jan-2013 | Review email from M. Rosen (ResCap) regarding proposed response to 21st Mortgage to demand that ResCap pull from the Berkshire sale several hundred mortgage loans (.5); participate in a call with M. Rosen, M. Schaeffer, M. Woehr and R. Kielty (Centerview) regarding proposed response to 21st Mortgage demand (.3); review (.1) and comment on several drafts of ResCap's response to 21st Mortgage (.3); extensive email to internal team regarding same (1.3); email with S. Krouner of Kramer Levin regarding status of Berkshire closing (.1); call with S. Krouner regarding same (.1); participate in a call with R. Ruckdaschel, B. Tyson, M. Woehr and others regarding comments on draft replacement Custodial Agreements with Wells Fargo and Ally Bank (.3); review draft Custodial Agreements (.3); prepare for (.2) and participate in all-hands call regarding operational requirements for Ocwen and Walter closings (1.0); follow-up email to internal team regarding same (.3); email with D. Meyer, T. Witten and others regarding comments on Berkshire Assignment, Assumption and Recognition Agreements (AARs) (.3); coordinate with M. Beck on revisions to same (.4); prepare (.2) and transmit email to Munger Tolles team explaining and requesting comments on form AARs (.1); follow-up email with M. Beck regarding preparation of final AARs for circulation to SBO Servicers (.8); email with L. Reichel and others regarding Ginnie Mae consent letter (.2); email with various parties regarding structure of PIIT program with Ocwen for Ginnie Mae securitizations and servicing sales (.6); participate in call with T. Tyson, L. Reichel, T. Goren, N. Evans and W. Tyson regarding same (1.0); extensively revise draft Amendment No. 2 to Ocwen APA to reflect revised structure (1.4); finalize (1.6) and transmit revised draft of same to ResCap internal team (.2); email with M. Crespo, M. Beck and N. Evans regarding filing of Ally factoring agreement on APA schedules (.3); prepare (.1) and transmit email to N. Rosenbaum and M. Woehr regarding litigation transfer provisions of the draft Ocwen Servicing Transfer Agreement and Section 9.2(b) of the Ocwen APA (.1). | Kohler, Kenneth E. | 12.10 | 9,680.00 |
| 17-Jan-2013 | Review (.1) and edit materials from client for FHFA-GSE presentations (.7); call with Committee regarding same (.4); participate in client meeting regarding sale closing status, transitional issues and GSE discussions (.7). | Lee, Gary S. | 1.90 | 1,947.50 |

40

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5229688
Invoice Date: April 30, 2013

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **Asset Analysis and Recovery** | | | | |
| 09-Jan-2013 | Cite checked Debtors Objection to Joint Motion of Basic Life Resources and Pamela Z. Hill for Findings of Fact, Conclusions at Law Judgment and Order (.2); filed and set up service of same (.3); review case docket and circulated updates regarding filing of motion (.2); discussion with S. Martin regarding filing of claims (.1). | Suffern, Anne C. | 0.80 | 248.00 |
| 12-Jan-2013 | Call with J. DeMarco (Clifford Chance) regarding CFHA and Ambac pending sale objections and CFHA motion for relief. | Rosenbaum, Norman S. | 0.40 | 340.00 |
| 18-Jan-2013 | Review of Share Sale and Purchase Agreement (1.3) and Master Warranty and Indemnity Deed (.9). | Fening, Afia | 2.20 | 1,276.00 |
| 18-Jan-2013 | Review documents relating to potential cap regarding insurance claims (1.9) and discuss same with D. Marquardt (GMAC ResCap) (.4). | Jennings-Mares, Jeremy | 2.30 | 2,852.00 |
| 22-Jan-2013 | Correspond with T. Farley (ResCap) regarding CapRe issues. | Goren, Todd M. | 0.20 | 159.00 |
| 24-Jan-2013 | Review documents for potential claims under the cap regarding UK share acquisition agreement (1.7); discuss same with A. Fening (.1). | Jennings-Mares, Jeremy | 1.80 | 2,232.00 |
| **Total: 001** | **Asset Analysis and Recovery** | | **7.70** | **7,107.00** |
| **Asset Disposition/Sales** | | | | |
| 01-Jan-2013 | Correspondence with UCC and Ally regarding FHA sale procedure issues (.6); review updated drafts of FHA sale documents (.8). | Goren, Todd M. | 1.40 | 1,113.00 |
| 01-Jan-2013 | Review (.1) and respond to email from Evercore regarding pricing schedule for Ocwen Servicing Agreement and Subservicing Agreement (.1), review (.1 and forward relevant documents to Evercore (.1); review updated FHA loan sale documents received from M. Crespo (.2); review email from client regarding comments on FHA loan sale documentation (.2). | Kohler, Kenneth E. | 0.80 | 640.00 |
| 01-Jan-2013 | Revise debtors' omnibus reply to outstanding cure claims per comments from T. Goren, J. Marines, and M. Beck. | Rothchild, Meryl L. | 3.40 | 1,955.00 |

2

**M O R R I S O N  |  F O E R S T E R**

021981-0000083
CHAPTER 11

Invoice Number: 5229688
Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 23-Jan-2013 | Prepare documents and presentation materials for January 24 board meeting (1.5); calls (.3) and emails with T. Hamzehpour and J. Shank (ResCap) regarding same (.2); emails with K. Chopra, R. Kielty, T. Goren and K. Kohler regarding same (.4). | Evans, Nilene R. | 2.40 | 1,908.00 |
| 23-Jan-2013 | Review BoD meeting materials in preparation for meeting (.5) and correspond with J. Shank (ResCap) and N. Evans regarding same (.3); call with J. Whitlinger regarding open issues to discuss at BoD meeting (.2). | Goren, Todd M. | 1.00 | 795.00 |
| 23-Jan-2013 | Review (.1) and respond to emails regarding ResCap (.1). | Lee, Gary S. | 0.20 | 205.00 |
| 23-Jan-2013 | Electronically file Notice of Presentment for Digital Lewisville stip (.2) and arrange for service of same (.1). | Suffern, Anne C. | 0.30 | 93.00 |
| 23-Jan-2013 | Review (.1) and comment on several drafts of MoFo board presentation (.3); prepare for board meeting, including participation in presentation on the status of the Fed and OCC requests (.8); prepare and circulate to directors a suggested governance structure for post-Ocwen sale (1.6); complete reference checks on two prospective CRO candidates (1.1). | Tanenbaum, James R. | 3.90 | 3,997.50 |
| 23-Jan-2013 | Call with L. Delehey (ResCap) on privacy noticing (.1); review (.1) and provide comments on Debtors' FRBP 2015.3 notification (.1); revise (.2) proposed form of amended OCP order and presentment notice (.1); review updated human capital plan (.1); review finalized OCP affidavit (.1) and coordinate filing (.1). | Wishnew, Jordan A. | 0.90 | 648.00 |
| 24-Jan-2013 | Participate in Special Meeting Board call to discuss post-sale impact on Company. | Barrage, Alexandra S. | 1.00 | 720.00 |
| 24-Jan-2013 | Call with R. Weiss regarding shared services issues. | Engelhardt, Stefan W. | 0.20 | 175.00 |
| 24-Jan-2013 | Attend Board Meeting to discuss post-sale closing impact on Company. | Evans, Nilene R. | 1.40 | 1,113.00 |
| 24-Jan-2013 | Discuss with J. Jennings-Mares documents relating to potential claims under the UK share acquisition agreement (.1); conduct further review of sale file with respect to notices and time limits (1.0); conduct further review of sale file with respect to defective loans and net cash schedule (1.0); conduct research regarding contribution by an indemnifier (1.2); provide update of same in client email (1.8). | Fening, Afia | 5.10 | 2,958.00 |
| 24-Jan-2013 | Review presentation materials in preparation for BoD meeting (.8) and participate on internal call with BoD (1.4) to discuss governance issues; meeting with team regarding company governance issues (1.3); correspond with T. Marano (ResCap) regarding creditor request to trade (.2). | Goren, Todd M. | 3.70 | 2,941.50 |

**MORRISON | FOERSTER**

021981-0000083                                              Invoice Number: 5229688
CHAPTER 11                                                  Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 21-Jan-2013 | Call with T. Marano to discuss terms of AFI settlement (.4); call with J. Whitlinger regarding return of funds to Company from GNMA (.2); call with J. Mack regarding CRO and replacement directors (.3); conduct reference check on L. Kruger as prospective CRO candidate (.3); call with J. Ilany on governance issues post-Ocwen and Berkshire sales (.4). | Tanenbaum, James R. | 1.60 | 1,640.00 |
| 22-Jan-2013 | Emails with Board regarding approval process for FNMA settlement and stipulation, Ocwen APA amendments, Walter assignment (.2); review and emails with N. Rosenbaum regarding same (.2). | Evans, Nilene R. | 0.40 | 318.00 |
| 22-Jan-2013 | Participate on call with company regarding case status (.3); correspond with T. Hamzehpour regarding factoring agreement consent (.3); correspond with Shank and N. Evans regarding BoD meeting issues (.4); correspond with M. Woehr regarding origination agreement (.2); review emails with N. Rosenbaum regarding amendments to APA regarding subserviced deals (.2). | Goren, Todd M. | 1.40 | 1,113.00 |
| 22-Jan-2013 | Review post sale wind down plan for company. | Lee, Gary S. | 1.90 | 1,947.50 |
| 22-Jan-2013 | Discuss with J. Newton motion relating to performance of Foreclosure Review obligations. | Moss, Naomi | 0.30 | 172.50 |
| 22-Jan-2013 | Follow-up with Client regarding compliance issues related to 2010 New Jersey foreclosure inquiry (.2); begin research regarding motion related to performance of Foreclosure Review obligations (.5); discuss same with N. Moss (.3). | Newton, James A. | 1.00 | 530.00 |
| 22-Jan-2013 | Call with T. Marano regarding role in company post-Ocwen sale (.4); call with T. Hamzehpour regarding same (.3); call with J. Mack regarding same (.4); call with J. Whitlinger regarding same (.5); call with T. Marano on Company staffing and board/CRO oversight (.4). | Tanenbaum, James R. | 2.00 | 2,050.00 |
| 22-Jan-2013 | Prepare for (.1) and call with counsel for the Unsecured Creditors Committee to discuss the Estate/Ocwen Transition Services Agreement and Estate/Walter Transition Services Agreement (1.4); review (.1) and respond to emails regarding the outstanding closing items and the transition services agreement (.5). | Weiss, Russell G. | 2.10 | 1,732.50 |
| 22-Jan-2013 | Call with client regarding managing zero-balance HELOC loans (.5); review winddown materials and discuss same with FTI (.8). | Wishnew, Jordan A. | 1.30 | 936.00 |
| 23-Jan-2013 | Analyze shared services agreement for application to particular services. | Engelhardt, Stefan W. | 1.80 | 1,575.00 |

90

M O R R I S O N  |  F O E R S T E R

021981-0000083                                      Invoice Number: 5229688
CHAPTER 11                                          Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 18-Jan-2013 | Review recently filed orders (.1) and pleadings on docket (.2); revise case calendar (.2); correspond with N. Evans regarding sale process (.1); prepare email to ResCap management regarding case status, upcoming meetings and hearings (.9). | Martin, Samantha | 1.50 | 990.00 |
| 18-Jan-2013 | Revise memorandum regarding case strategy and next steps (.6); review S. Martin's summary of the case update (.2). | Moss, Naomi | 0.80 | 460.00 |
| 18-Jan-2013 | Compile footnotes for review by J. Wishnew. | Snffern, Anne C. | 0.60 | 186.00 |
| 21-Jan-2013 | Review case management procedures regarding timing of notice of motion (.1); email A. Barrage regarding same (.1). | Rothchild, Meryl L. | 0.20 | 115.00 |
| 22-Jan-2013 | Participate in internal weekly call to discuss Examiner, mediation, and sale related updates. | Barrage, Alexandra S. | 0.50 | 360.00 |
| 22-Jan-2013 | Attend weekly update MoFo meeting to discuss upcoming hearings, status of cure negotiations and sale-related items, and other open items. | Beck, Melissa D. | 0.70 | 490.00 |
| 22-Jan-2013 | Meet with clerk in Judge Glenn's chambers (.1); deliver courtesy copies (.1). | Chow, York | 0.20 | 35.00 |
| 22-Jan-2013 | Participate on weekly internal case status call to discuss updates on examiner investigation, sale closing, and other matters. | Crespo, Melissa M. | 0.50 | 227.50 |
| 22-Jan-2013 | Participation in weekly internal team meeting to discuss status of examiner investigation, sale closing, and other updates. | Engelhardt, Stefan W. | 0.90 | 787.50 |
| 22-Jan-2013 | Attend weekly internal status meeting to discuss updates on examiner investigation, sale closing, and other updates. | Evans, Nilene R. | 1.00 | 795.00 |
| 22-Jan-2013 | Update case calendar (.5) and hearing status and assignment chart (.2); provide calendar updates to team (.5); circulate notice of ECF filings to attorneys (.1). | Guido, Lanra | 1.30 | 383.50 |
| 22-Jan-2013 | Participate in MoFo working group meeting to discuss examiner investigation, status of sale closing, and other updates. | Moss, Naomi | 0.60 | 345.00 |
| 22-Jan-2013 | Discuss with A. Princi next steps on Duff & Phelps fee issues. | Newton, James A. | 0.10 | 53.00 |
| 22-Jan-2013 | Attend and participate in weekly meeting to coordinate work streams (.6); discussion with J. Newton regarding status of Duff's invoice (.1). | Princi, Anthony | 0.70 | 717.50 |
| 22-Jan-2013 | Attend weekly team meeting to discuss examiner investigation, status of sale closing, and other updates. | Rains, Darryl P. | 0.50 | 512.50 |
| 22-Jan-2013 | Attend weekly internal status call. | Richards, Erica J. | 0.50 | 330.00 |
| 22-Jan-2013 | Attend weekly team meeting to discuss examiner investigation, status of sale closing, and other updates. | Rosenbanm, Norman S. | 0.90 | 765.00 |

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5229688
Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 16-Jan-2013 | Meet with M. Crespo regarding documents in preparation for hearing (.5); submit courtesy copies to Judge Glenn's chambers (.1); deliver documents for hearing in courtroom 501 (.1). | Mahmoud, Karim | 0.70 | 136.50 |
| 16-Jan-2013 | Discussion with A. Princi regarding his discussion with A. Pfeiffer (Duff & Phelps) regarding Duff & Phelps fees and expenses. | Newton, James A. | 0.10 | 53.00 |
| 16-Jan-2013 | Email exchange with a. Pfeiffer of Duff & Phelps and J. Newton regarding issues with expenses billed by Duff & Phelps (2); discussion with J. Newton regarding same (.1). | Princi, Anthony | 0.30 | 307.50 |
| 16-Jan-2013 | Draft (1.0), edit (.8), electronically file (.3) and arrange for service of Notice of Presentment of Stipulation Resolving Objections to the Debtors' Sale Motion (.1). | Suffern, Anne C. | 2.20 | 682.00 |
| 16-Jan-2013 | Draft Motion to File on Shortened Notice. | Suffern, Anne C. | 0.90 | 279.00 |
| 17-Jan-2013 | Circulate notice of ECF filings to attorneys (.1); update case calendar (.8) and hearing status and assignment chart (.6). | Guido, Laura | 1.50 | 442.50 |
| 17-Jan-2013 | Compile certificates of good standing for pro hac vice applications. | Marshak, Emma S. | 0.10 | 20.50 |
| 17-Jan-2013 | Review transcript from 1/16 hearing. | Martin, Samantha | 0.40 | 264.00 |
| 17-Jan-2013 | Discuss Duff & Phelps fee issues and requests for additional information with A. Princi (.4); prepare email to A. Pfeiffer (Duff & Phelps) regarding same (.3). | Newton, James A. | 0.70 | 371.00 |
| 17-Jan-2013 | Discussion with J. Newton regarding Duff & Phelps fee issues and request for additional information. | Princi, Anthony | 0.40 | 410.00 |
| 17-Jan-2013 | Review proposed OCP thresholds with FTI (.4) and advise L. Marinuzzi of same (.2);  provide UST with proposed modified fee levels (.1). | Wishnew, Jordan A. | 0.70 | 504.00 |
| 18-Jan-2013 | Review (.1) and format pro hac vice motion conformity with court rules and procedures (.3) and electronically file same in Southern District of New York (.1); review (.1) and format brief to conform with court rules and procedures (.3) and electronically file same in Southern District of New York (.1). | Coppola, Laura M. | 1.00 | 240.00 |
| 18-Jan-2013 | Circulate notice of ECF filings to attorneys (.1); update case calendar (.3) and hearing status and assignment chart (.1). | Guido, Laura | 0.50 | 147.50 |
| 18-Jan-2013 | Participate in Board meeting to discuss case status. | Ireland, Oliver I. | 1.00 | 920.00 |
| 18-Jan-2013 | Review of pro hac vice requirements. | Marshak, Emma S. | 0.50 | 102.50 |

**M O R R I S O N  |  F O E R S T E R**

021981-0000083                                                Invoice Number: 5229688
CHAPTER 11                                                    Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 16-Jan-2013 | Call with P. Giamporcaro to discuss additional agreements for assumption and assignment (.3); revise lists of agreements per further diligence (.8); prepare draft motion to assume and assign additional agreements (1.4) and prepare order relating to same (.5); prepare declarations in support of motion to assume and assign additional agreements (2.3); call with E. Ferguson (ResCap) regarding additional agreements and declaration (.4); call with C. Schares and M. Detwiler regarding additional agreements and declaration (.2); meet with N. Rosenbaum regarding status of assumption/assignment motion on additional contracts to Ocwen (.1). | Crespo, Melissa M. | 6.00 | 2,730.00 |
| 16-Jan-2013 | Meet with N. Evans regarding Lewisville lease issues (.1); call with I. Gold (Lewisville) regarding stipulation issues (.1). | Engelhardt, Stefan W. | 0.20 | 175.00 |
| 16-Jan-2013 | Meet with S. Engelhardt regarding Lewisville lease issues. | Evans, Nilene R. | 0.10 | 79.50 |
| 16-Jan-2013 | Analyze issues under the Truth-in-Lending Act (.3) and Regulation Z (.4) regarding the permissibility of a proposed termination of certain $0 balance HELOC accounts. | Gabai, Joseph | 0.70 | 626.50 |
| 16-Jan-2013 | Call with S. Martin regarding motion to assume lease. | Goren, Todd M. | 0.10 | 79.50 |
| 16-Jan-2013 | Review motion to assume DeVry Inc. lease (.2); revise same (.2); prepare exhibits to same (.4); file motion (.1); arrange service of same (.1). | Kline, John T. | 1.00 | 310.00 |
| 16-Jan-2013 | Review revised rejection damages estimate (.2); correspond with J. Shifer and S. Zide (Kramer) regarding same (.2); revise motion to assume DeVry lease (1.4); correspond with DeVry regarding same (.1); correspond with P. Lerch and E. Ferguson (ResCap) regarding same (.5); call with P. Lerch regarding lease amendment (.1); correspond with L. Marinuzzi regarding motion to assume lease (.2); call with T. Goren regarding same (.1); prepare same for filing (.4). | Martin, Samantha | 3.20 | 2,112.00 |
| 16-Jan-2013 | Research regarding section 365 issues. | Molison, Stacy L. | 2.10 | 1,312.50 |
| 17-Jan-2013 | Follow up emails to J. Madsen regarding loss mitigation program issues (.3); review emails with N. Rosenbaum regarding proposed rejection of SLAP program (.2). | Barrage, Alexandra S. | 0.50 | 360.00 |
| 17-Jan-2013 | Review Digital Lewisville cure issues with S. Martin. | Engelhardt, Stefan W. | 0.20 | 175.00 |
| 17-Jan-2013 | Call with N. Rosenbaum regarding status of objections of FGIC (.3) and Ambac deals (.3). | Goren, Todd M. | 0.60 | 477.00 |
| 17-Jan-2013 | Prepare unredacted copies of 1/14 lease assumption motion and exhibits for delivery to Chambers. | Guido, Laura | 0.60 | 177.00 |
| 17-Jan-2013 | Review motion to assume additional real estate lease. | Marinuzzi, Lorenzo | 0.50 | 472.50 |

143

**MORRISON | FOERSTER**

021981-0000083                                              Invoice Number: 5229688
CHAPTER 11                                                  Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 23-Jan-2013 | Discuss Barclays DIP amendment with H. Anderson (.1); review exhibits to Barclays DIP (.4); discuss amendment with J. Ruhlin (.2); review Senior Management definitions and covenants in Barclays DIP (.4); review FTI presentation on sales process (.3); review Barclays DIP regarding repayment with sales proceeds (.6). | Peck, Geoffrey R. | 2.00 | 1,500.00 |
| 24-Jan-2013 | Call with M. Tiarks (Skadden) regarding DIP amendment issues (.2); correspond with G. Peck regarding same (.1). | Goren, Todd M. | 0.30 | 238.50 |
| 24-Jan-2013 | Draft closing certificates (.4); review revolver termination certificate (.2); review credit agreement regarding termination of revolver (.2); discuss closing certificates with L. Yuan (.2); discuss revolving loan termination with J. Pierce (.1). | Peck, Geoffrey R. | 1.10 | 825.00 |
| 24-Jan-2013 | Coordinate with company regarding signatures to documents in connection with revolving loan termination (1.0); discuss same with G. Peck (.1). | Pierce, Joshua C. | 1.10 | 632.50 |
| 24-Jan-2013 | Discuss closing certificates with G. Peck. | Yuan, Laurence Min | 0.20 | 91.00 |
| 25-Jan-2013 | Correspond with company and FTI regarding DIP amendment issues (.6); review updated drafts of documents/schedules (.4) and exhibits regarding same (.1); review post-closing expense allocation methodology (.6) and correspond with FTI regarding same (.2). | Goren, Todd M. | 1.90 | 1,510.50 |
| 25-Jan-2013 | Review Barclays DIP regarding prepayment and cancellation of revolver (.8); discuss cancellation of revolver with J. Ruhlin (.2); revise prepayment notices (.5); discuss timing of payments and notices with L. Yuan (.2). | Peck, Geoffrey R. | 1.70 | 1,275.00 |
| 25-Jan-2013 | Discussion with G. Peck regarding timing of payments and notices. | Yuan, Laurence Min | 0.20 | 91.00 |
| 27-Jan-2013 | Correspond with FTI and Centerview regarding further cash collateral usage (.3); review intercreditor agreement regarding same (.4). | Goren, Todd M. | 0.70 | 556.50 |
| 27-Jan-2013 | Review intercreditor agreement with respect to cash collateral issues (.6); correspond with T. Goren regarding same (.1). | Martin, Samantha | 0.70 | 462.00 |
| 28-Jan-2013 | Call with UCC, JSB and AFI advisors regarding post-closing expense allocation (.8); review potential cash collateral motion draft with S. Martin (.4); review status of closing of DIP amendment (.5); discussion with G. Peck regarding sale process (.1). | Goren, Todd M. | 1.80 | 1,431.00 |

160

**MORRISON | FOERSTER**

| | |
|---|---|
| 021981-0000083 | Invoice Number: 5229688 |
| CHAPTER 11 | Invoice Date: April 30, 2013 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 08-Jan-2013 | Prepare for (.1) and participate in call with SEC staff regarding request for information and D. Bricker testimony (.3); draft (.2), review (.1), and revise email to client and MoFo team regarding same (.1); analyze information regarding securitizations (.3); prepare for (.2) and participate in call with J. Ruckdaschel (ResCap) regarding securitizations (.2); prepare for (.2) and participate in call with Willkie Farr regarding R. Flees and J. Young testimony preparation issues (1.0); meet with R. Fons regarding status of SEC matters (.1). | Hoffman, Brian N. | 2.80 | 1,890.00 |
| 08-Jan-2013 | Review Fed order (.4), Ally financials (1.3), Fed proposal (.6); meeting with J. Tanenbaum, Fed and Wilmer Hale regarding same (.1); discussion with L. Marinuzzi regarding communications to Fed on bankruptcy process and notification of Court (.4). | Ireland, Oliver I. | 2.80 | 2,576.00 |
| 08-Jan-2013 | Emails with client regarding discussions with Committee and FRB regarding foreclosure settlement (1.3); meet with client regarding negotiations of same (1.6). | Lee, Gary S. | 2.90 | 2,972.50 |
| 08-Jan-2013 | Review latest press releases (.3) and documentation on possible settlement with Fed (.4); review process for sharing updates with Committee (.4); discussions with O. Ireland regarding communications to Fed on bankruptcy process and notification of Court of same (.4); discussion with N. Moss regarding PWC and related law firm second interim orders (.7). | Marinuzzi, Lorenzo | 2.20 | 2,079.00 |
| 08-Jan-2013 | Revise PWC and related law firm second interim orders (.7); discuss the same with L. Marinuzzi (.2); Review correspondence from D. Mannal regarding the same (.1). | Moss, Naomi | 1.00 | 575.00 |
| 08-Jan-2013 | Research regarding issues relating to Foreclosure Review process issues (2.9); continue drafting memorandum to G. Lee and L. Marinuzzi regarding same (2.6). | Newton, James A. | 5.50 | 2,915.00 |
| 08-Jan-2013 | Review multiple emails regarding SEC and testimony status. | Prosser, Sean T. | 0.30 | 270.00 |
| 08-Jan-2013 | Revise Jones outline for SEC interview (.5) and review relevant documents for prep (.8); review prospectus supplement for disclosures of interest (.8). | Rowe, Tiffany A. | 2.10 | 1,008.00 |
| 08-Jan-2013 | Review emails from B. Hoffman, J. Blashko regarding securitizations post 2007 (.3) and correspond with B. Hoffman regarding same (.2) in anticipation of SEC interview. | Serfoss, Nicole K. | 0.50 | 327.50 |
| 08-Jan-2013 | Calls with ResCap executives (Marano (1.1), Abreu (.8), Hamzebpour (.5)) concerning the handling of the Fed settlement proposal; emails with Wilmer Hale relating to furnishing the term sheet, confidentiality and substantive matters (1.1). | Tanenbaum, James R. | 3.50 | 3,587.50 |
| 09-Jan-2013 | Prepare brief summary of exhibits shown to D. Bricker during deposition by SEC. | Day, Peter H. | 0.50 | 240.00 |

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5229688
Invoice Date: April 30, 2013

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 14-Jan-2013 | Prepare for (.2) and attend weekly meeting to discuss claims administration, status of sale closing, and other updates (.8); call with B. Hoffman regarding status of witnesses subpoenaed by the SEC (.1). | Fons, Randall J. | 1.10 | 990.00 |
| 14-Jan-2013 | Analyze email regarding SEC subpoena in case involving Freddie and Fannie (.2); call with R. Fons regarding status of witness subpoened by the SEC (.1). | Hoffman, Brian N. | 0.30 | 202.50 |
| 14-Jan-2013 | Call with J. Newton and J. Tanenbaum regarding Fed Consent Order (.4); prepare summary of Fed powers (1.9). | Ireland, Oliver I. | 2.30 | 2,116.00 |
| 14-Jan-2013 | Review analysis of consent order obligations and impact of bank settlement on claim priority. | Lee, Gary S. | 2.80 | 2,870.00 |
| 14-Jan-2013 | Review final versions of interim PWC and related orders for delivery to Court (.5); review with Company status of PWC work (.6); review with Company next steps on possible settlement and compliance with consent order (.9). | Marinuzzi, Lorenzo | 2.00 | 1,890.00 |
| 14-Jan-2013 | Prepare summary of research regarding performance of Foreclosure Review obligations (.3); follow-up call with O. Ireland regarding same (.4). | Newton, James A. | 0.70 | 371.00 |
| 14-Jan-2013 | Revise J. Jones SEC interview prep outline (3.0); organize cited materials for reference during interview (2.6). | Rowe, Tiffany A. | 5.60 | 2,688.00 |
| 14-Jan-2013 | Participate on call with W. Perlstein and Wilmer Hale regarding OCC/Fed settlement. | Tanenbaum, James R. | 0.40 | 410.00 |
| 15-Jan-2013 | Call with ResCap regarding recent SEC request for information. | Fons, Randall J. | 0.40 | 360.00 |
| 15-Jan-2013 | Prepare for (.1) and participate in call with client personnel regarding third party subpoena in SEC v. Mudd (.3); exchange email with government officials regarding witness for US v. Brooks matter (.5); draft (.1), review (.1), and revise correspondence to SEC regarding SEC v. Mudd case (.1). | Hoffman, Brian N. | 1.20 | 810.00 |
| 15-Jan-2013 | Emails with Creditors Committee regarding Fed Consent Order. | Ireland, Oliver I. | 0.30 | 276.00 |
| 15-Jan-2013 | Continue to review (.5) and analyze impact of FRB settlement (.9). | Lee, Gary S. | 1.40 | 1,435.00 |
| 15-Jan-2013 | Review J. Young documents gathered for counsel (3.1) and identify key issues and language to address in preparation for SEC interview (1.1); revise document listing (.3); prepare summary of documents for B. Hoffman (1.5). | Rowe, Tiffany A. | 6.00 | 2,880.00 |
| 16-Jan-2013 | Meet with B. Hoffman regarding website issue. | Fons, Randall J. | 0.10 | 90.00 |

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5241609
Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 07-Feb-2013 | Research regarding Board of Directors for certain Debtor entities (1.3); emails with the Library and internally regarding same (.3). | Rothchild, Meryl L. | 1.60 | 920.00 |
| 07-Feb-2013 | Coordinate meeting with UCC on estate planning (.2); call with C. Schepper (KCC) on case status and plan progress (.1). | Wishnew, Jordan A. | 0.30 | 216.00 |
| 08-Feb-2013 | Circulate notice of ECF filings to attorneys (.1); update hearing status and assignment chart (.3) and case calendar (.3); update tracking chart of professionals' invoices (.3). | Guido, Laura | 1.00 | 295.00 |
| 08-Feb-2013 | Obtain examiuer's filing for G. Lee. | Kline, John T. | 0.10 | 31.00 |
| 08-Feb-2013 | Review transcript from February 7 hearing (.4); review recently filed orders and pleadings on docket (.2); revise case calendar (.2); correspond with N. Evans and R. Kielty (Centerview) regarding sale process (.2); prepare email to ResCap management regarding case status, upcoming meetings and bearings (.9). | Martin, Samantha | 1.90 | 1,254.00 |
| 09-Feb-2013 | Review Dechert December invoice. | Newton, James A. | 0.60 | 318.00 |
| 11-Feb-2013 | Participate in weekly MoFo group call to discuss status of Ocwen sale closing, examiner interviews, and other updates. | Barrage, Alexandra S. | 1.00 | 720.00 |
| 11-Feb-2013 | Participate on weekly update call regarding status of Ocwen sale closing, case updates and upcoming hearings (.8); review ResCap inquiry log of open issues (.4); coordinate KCC response to same (.2); follow up on inquiries requiring attorney response (.8); calls to PNC and Citi regarding correspondence on loans (.7). | Crespo, Melissa M. | 2.90 | 1,319.50 |
| 11-Feb-2013 | Participate in team meeting to discuss status of Ocwen sale closing, upcoming hearings, and other case updates (.9); review notable docket entries (.3). | Engelhardt, Stefan W. | 1.20 | 1,050.00 |
| 11-Feb-2013 | Attend weekly internal status meeting to discuss Ocwen sale closing and other case updates. | Evans, Nilene R. | 1.00 | 795.00 |
| 11-Feb-2013 | Circulate notice of ECF filings to attorneys (.1); update case calendar (.3) and hearing status and assignment chart (.2); provide calendar updates to team (.4); call with Chambers regarding scheduling of claims procedures motion (.1). | Guido, Laura | 1.10 | 324.50 |
| 11-Feb-2013 | Participate on weekly call with MoFo team regarding update on Ocwen sale closing and case status. | Martin, Samantha | 0.90 | 594.00 |
| 11-Feb-2013 | Call with Chambers regarding reply page limits (.1); participate in ResCap case status and strategy meeting to discuss Ocwen sale closing and other updates (1.0). | Moss, Naomi | 1.10 | 632.50 |
| 11-Feb-2013 | Email exchange with client regarding issues with Duff & Phelps fees. | Princi, Anthony | 0.30 | 307.50 |

73

MORRISON | FOERSTER

021981-0000083                                              Invoice Number: 5241609
CHAPTER 11                                                 Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 11-Feb-2013 | Participate in weekly internal meeting to discuss Ocwen sale closing status, case updates, and to coordinate work streams. | Princi, Anthony | 0.70 | 717.50 |
| 11-Feb-2013 | Participate in MoFo meeting with regarding case developments and Ocwen sale closing (1.0); review calendar of pending response and objection deadlines (.3); review email from J. Krell (SilvermanAcampora) regarding follow up on borrower inquiry (.3). | Rosenbaum, Norman S. | 1.60 | 1,360.00 |
| 11-Feb-2013 | Attend MoFo team weekly status call to discuss Ocwen sale closing and other status updates in cases. | Rothchild, Meryl L. | 0.80 | 460.00 |
| 11-Feb-2013 | Provide copies of requested materials from Collier on Bankruptcy to J. Newton. | Shackleton, Mary E. | 0.20 | 43.00 |
| 11-Feb-2013 | Participate in weekly MoFo team meeting on status of CRO, plan exclusivity and other case updates. | Wishnew, Jordan A. | 0.50 | 360.00 |
| 12-Feb-2013 | Review notable docket entries (.1); meet with G. Lee regarding status update on adversary proceeding and lift stay matters (.2). | Engelhardt, Stefan W. | 0.30 | 262.50 |
| 12-Feb-2013 | Circulate notice of ECF filings to attorneys (.1); update professionals' invoices tracking chart (.3) and internal database of same (.5). | Guido, Laura | 0.90 | 265.50 |
| 12-Feb-2013 | Review ResCap docket (.1); review email from Y. Chow regarding MBIA v. Ally docket (.1). | Lawrence, J. Alexander | 0.20 | 170.00 |
| 12-Feb-2013 | Meet with S. Engelhardt regarding status update on adversary proceeding and lift stay matters. | Lee, Gary S. | 0.20 | 205.00 |
| 12-Feb-2013 | Review spreadsheet from J. Mongelluzzo (Client) regarding Duff & Phelps fees (.1); and call with J. Mongellnzzo regarding same (.2); discussion with A. Princi regarding open Duff & Phelps fee issues and plan for resolving same (.4); update Trustee fee tracking matrix with recently received invoices (.2). | Newton, James A. | 0.90 | 477.00 √ |
| 12-Feb-2013 | Conference with J. Newton regarding issues with Duff & Phelps fees. | Princi, Anthony | 0.40 | 410.00 √ |
| 12-Feb-2013 | Call with A. Princi, and M. Kotwick (Seward & Kissel) to discuss Duff & Phelps additional loan file requests. | Ziegler, David A. | 0.30 | 159.00 |
| 13-Feb-2013 | Meet with clerk in Judge Glenn's chambers to deliver CD and letter. | Chow, York | 0.20 | 35.00 |
| 13-Feb-2013 | Review notable docket entries. | Engelhardt, Stefan W. | 0.20 | 175.00 √ |
| 13-Feb-2013 | Circulate notice of ECF filings to attorneys (.1); update tracking schedule of professionals' invoices (.1); update internal database regarding same (.1). | Guido, Laura | 0.30 | 88.50 |
| 13-Feb-2013 | Follow up with J. Wishnew regarding production of monthly fee statements. | Marinuzzi, Lorenzo | 0.40 | 378.00 |
| 13-Feb-2013 | Correspond with ResCap regarding email from B. Fredickson (Solomon) regarding RAHI assets. | Martin, Samautha | 0.20 | 132.00 |

**MORRISON | FOERSTER**

021981-0000083                                     Invoice Number: 5241609
CHAPTER 11                                         Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 17-Feb-2013 | Review U.S. Bank November invoice. | Newton, James A. | 0.30 | 159.00 |
| 18-Feb-2013 | Discussion with R. Nielsen (ResCap) regarding pending Trustee counsel invoices (.2); revise tracking matrix regarding payment of Trustees' counsel (.4). | Newton, James A. | 0.60 | 318.00 |
| 19-Feb-2013 | Review ResCap inquiry log (.4); coordinate KCC response to same (.2); follow up on inquiries requiring attorney response (.8); calls to PNC and Citi regarding correspondence on loans (.7). | Crespo, Melissa M. | 2.10 | 955.50 |
| 19-Feb-2013 | Circulate notice of ECF filings to attorneys (.1); update case calendar (.4) and hearing status and assignment chart (.2); provide calendar updates to team (.1); update tracking chart of professionals' invoices (.3); meetings with N. Rosenbaum regarding 2/28 scheduling and adjournments (.3). | Guido, Laura | 1.40 | 413.00 |
| 19-Feb-2013 | Review MBIA v. Ally docket (.1); review Rescap docket (.1); review FGIC rehabilitation proceeding docket (.1); conversation with J. Haims regarding same (.1). | Lawrence, J. Alexander | 0.40 | 340.00 |
| 19-Feb-2013 | Research process for processing expert witness invoices (.5); email with A. Princi and E. Roberts regarding same (.2); call with E. Richards regarding same (.1); coordinate processing of same (.2). | Molison, Stacy L. | 1.00 | 625.00 |
| 19-Feb-2013 | Email exchanges with J. Levitt and client regarding issues with Duff & Phelps fees. | Princi, Anthony | 0.40 | 410.00 |
| 19-Feb-2013 | Call with L. Delehey (ResCap), K. Priore, and J. Specken (ResCap legal) and E. Richards regarding handling of post-petition litigation and settlements (.6); review memorandum on post-petition litigation (.3); review calendar of pending deadlines and events and omni calendar (.6); review docket entries (.4); review notice of trustee's sale regarding second lien property and forward to L. Delehey with cover email (.2); meetings with L. Guido regarding 2/28 scheduling and adjournments (.3). | Rosenbaum, Norman S. | 2.40 | 2,040.00 |
| 20-Feb-2013 | Update case calendar. | Guido, Laura | 0.40 | 118.00 |
| 21-Feb-2013 | Meet with clerk in Judge Glenn's chambers to deliver courtesy copies. | Chow, York | 0.20 | 35.00 |
| 21-Feb-2013 | Circulate notice of ECF filings to attorneys (.1); update case calendar (.4) and hearing status and assignment chart (.1); provide calendar updates to MoFo team (.1); update tracking chart of professionals' invoices (.2) and internal database regarding same (.2). | Guido, Laura | 1.10 | 324.50 |
| 21-Feb-2013 | Review MBIA v. Flagstar docket (.1); review Rescap docket (.1); review MBIA v. Country wide docket (.1); review FGIC rehabilitation docket (.1). | Lawrence, J. Alexander | 0.40 | 340.00 |
| 21-Feb-2013 | Call with chambers regarding availability of hearing dates. | Wishnew, Jordan A. | 0.10 | 72.00 |

76

MORRISON | FOERSTER

021981-0000083
CHAPTER 11

Invoice Number: 5241609
Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 13-Feb-2013 | Compile spread sheet of debtor entities and subsidiaries per S. Martin's request. | Suffern, Anne C. | 1.30 | 403.00 |
| 13-Feb-2013 | Call with UST (.3) and follow up with L. Marinuzzi regarding production of monthly fee statements (.1); assist on providing requested documents to UST (.2). | Wishnew, Jordan A. | 0.60 | 432.00 |
| 14-Feb-2013 | Circulate notice of ECF filings to attorneys (.1); update tracking chart of invoices for debtors' professionals (.2); email with D. Rains regarding scheduling for Committee's motion to preclude evidence (.2). | Guido, Laura | 0.50 | 147.50 |
| 14-Feb-2013 | Review ResCap docket (.1); review FGIC rehabilitation proceeding order (.2); review MBIA v. J.P. Morgan docket (.1). | Lawrence, J. Alexander | 0.40 | 340.00 |
| 14-Feb-2013 | Draft memorandum for the client concerning overall case strategy and next steps for mediation and claims resolution. | Moss, Naomi | 1.00 | 575.00 |
| 14-Feb-2013 | Review memorandum from G. Lee regarding meeting with Kramer Levin on pending case issues and status of mediation. | Rosenbaum, Norman S. | 0.10 | 85.00 |
| 15-Feb-2013 | Update tracking charts of retained ordinary course professionals (.1) and retained professionals (.1); circulate notice of ECF filings to attorneys (.1); update case calendar (.3) and hearing status and assignment chart (.2); provide calendar updates to team (.4); update tracking chart of professionals' invoices (.1) and internal database with same (.2). | Guido, Laura | 1.50 | 442.50 |
| 15-Feb-2013 | Review docket in MBIA v. Flagstar case (.1); review Rescap docket (.1); review FGIC v. Countrywide docket (.1); review FGIC rehabilitation proceeding docket (.1). | Lawrence, J. Alexander | 0.40 | 340.00 |
| 15-Feb-2013 | Review recently filed orders and pleadings on docket (.4); revise case calendar (.2); prepare email to ResCap management regarding general case status, upcoming meetings and hearings (.9); correspond with T. Goren regarding same (.1). | Martin, Samantha | 1.60 | 1,056.00 |
| 15-Feb-2013 | Review Cornerstone invoice (.1); email with A. Princi and E. Roberts regarding same (.1). | Molison, Stacy L. | 0.20 | 125.00 |
| 15-Feb-2013 | Draft memorandum for client regarding general case and mediation strategy. | Moss, Naomi | 0.70 | 402.50 |
| 15-Feb-2013 | Review (.1) and circulate analysis of Duff & Phelps fees to J. Garrity (.1); follow-up with R. Nielsen (Client) regarding Trustees' counsel payments J. Busch (Client) regarding payment of Trustees' monthly invoices (.1). | Newton, James A. | 0.30 | 159.00 |
| 15-Feb-2013 | Review proposed write-off of Duff & Phelps fees (.3); email exchange with client and J. Newton regarding same (.3). | Princi, Anthony | 0.60 | 615.00 |
| 16-Feb-2013 | Assist A. Lewis with court appearance logistics. | Wishnew, Jordan A. | 0.20 | 144.00 |

**M O R R I S O N  |  F O E R S T E R**

021981-0000083                                      Invoice Number: 5241609
CHAPTER 11                                          Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 27-Feb-2013 | Email A. Princi regarding approval of K. Schipper invoice for expert witness services (.2); coordinate processing of same (.2). | Molison, Stacy L. | 0.40 | 250.00 |
| 27-Feb-2013 | Call with J. Mongelluzzo (client) regarding outstanding Duff & Phelps fee issues and next steps with Duff & Phelps to discuss. | Newton, James A. | 0.40 | 212.00 |
| 27-Feb-2013 | Email exchange with client regarding issues with Duff & Phelps invoices (.2); call with J. Whitlinger regarding same (.4). | Princi, Anthony | 0.60 | 615.00 |
| 27-Feb-2013 | Review multiple notices filed by Missouri Bankruptcy Court regarding Motion Authorizing Chapter 7 Trustee to File Tax Returns in light of potential ResCap preference (.2); emails with L. Delehey (ResCap) regarding Chapter 7 Trustee motions (.2); call with J. Reed, Chapter 7 Counsel, regarding filed motions and reservation of rights (.2). | Rosenbaum, Norman S. | 0.60 | 510.00 |
| 28-Feb-2013 | Deliver materials to Judge Glenn's courtroom for omnibus hearing (.1); meet with clerk in Judge Glenn's chambers to deliver courtesy copies (.2). | Chow, York | 0.30 | 52.50 |
| 28-Feb-2013 | Review notable docket entries. | Engelhardt, Stefan W. | 0.20 | 175.00 |
| 28-Feb-2013 | Update summary chart of professionals with excess of $1MM monthly charges (1.1); circulate notice of ECF filings to attorneys (.1); update tracking chart of retained professionals (.3) and internal database of same (.2). | Guido, Laura | 1.70 | 501.50 |
| 28-Feb-2013 | Review MBIA v. Countrywide docket (.1); review Rescap docket (.1); review MBIA v. Credit Suisse docket (.1). | Lawrence, J. Alexander | 0.30 | 255.00 |
| 28-Feb-2013 | Updates pending matters chart. | Suffern, Anne C. | 2.90 | 899.00 |
| 28-Feb-2013 | Review updated Examiner's fee budget. | Wishnew, Jordan A. | 0.10 | 72.00 |
| **Total: 004** | **Case Administration** | | **136.10** | **69,724.50** |

**Claims Administration and Objection**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 01-Feb-2013 | Research precedent for objection to monoline insurer claims (1.9); discussion with A. Lawrence and K. Sadeghi regarding same (.4). | Baehr, Robert J. | 2.30 | 1,219.00 |
| 01-Feb-2013 | Call with Centerview and FTI regarding JSB claims. | Goren, Todd M. | 0.50 | 397.50 |
| 01-Feb-2013 | Review revised draft opposition to motion to reclassify (.4) and conversations with K. Sadeghi and J. Rothberg regarding same (.1). | Haims, Joel C. | 0.50 | 437.50 |

MORRISON | FOERSTER

021981-0000083
CHAPTER 11

Invoice Number: 5241609
Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 22-Feb-2013 | Update professionals' invoice tracking chart (.3) and internal database regarding same (.3); update case calendar (.5) and hearing status and assignment chart (.2); circulate notice of ECF filings to attorneys (.1); provide calendar updates to MoFo team (.6). | Guido, Laura | 2.00 | 590.00 |
| 22-Feb-2013 | Review recently filed orders and pleadings on docket (.3); revise case calendar (.3); discuss case calendar with N. Moss (.1); prepare email to ResCap management regarding case status, upcoming meetings and hearings (.7). | Martin, Samantha | 1.40 | 924.00 |
| 22-Feb-2013 | Draft memorandum for the client concerning case strategy for plan negotiations and claims administration. | Moss, Naomi | 1.10 | 632.50 |
| 23-Feb-2013 | Review Seward & Kissel November U.S. Bank invoice. | Newton, James A. | 0.70 | 371.00 |
| 25-Feb-2013 | Update case calendar (.3) and hearing status and assignment chart (.2); circulate notice of ECF filings to attorneys (.1); update tracking chart of professionals' invoices (.2) and internal database of same (.2). | Guido, Laura | 1.00 | 295.00 |
| 25-Feb-2013 | Exchange emails with J. Roy regarding Assured docket (.1); review ResCap docket (.1). | Lawrence, J. Alexander | 0.20 | 170.00 |
| 25-Feb-2013 | Review (.1) and comment on 2/28 hearing agenda (.4). | Marines, Jennifer L. | 0.50 | 345.00 |
| 25-Feb-2013 | Discuss the status of the case with L. Kruger. | Moss, Naomi | 1.00 | 575.00 |
| 26-Feb-2013 | Meet with clerk in Judge Glenn's chambers to deliver courtesy copies. | Chow, York | 0.20 | 35.00 |
| 26-Feb-2013 | Review notable docket filings. | Engelhardt, Stefan W. | 0.40 | 350.00 |
| 26-Feb-2013 | Update tracking chart of debtors' professionals (.1); and internal database regarding same (.2); emails regarding same (.2); circulate notice of ECF filings to attorneys (.1); meet with N. Rosenbaum regarding comments to agenda (.2). | Guido, Laura | 0.80 | 236.00 |
| 26-Feb-2013 | Review FGIC rehabilitation proceeding docket (.1); review MBIA v. J.P. Morgan docket (.1); review ResCap docket (.1). | Lawrence, J. Alexander | 0.30 | 255.00 |
| 26-Feb-2013 | Review (.1) and comment on 2/28 hearing agenda (.3); meet with L. Guido regarding comments to agenda (.2). | Rosenbaum, Norman S. | 0.60 | 510.00 |
| 26-Feb-2013 | Follow up with L. Delehey (ResCap) on OCP payment issue. | Wishnew, Jordan A. | 0.10 | 72.00 |
| 27-Feb-2013 | Review notable docket entries (.3); review proposed hearing agenda (.1). | Engelhardt, Stefan W. | 0.40 | 350.00 |
| 27-Feb-2013 | Circulate notice of ECF filings to attorneys (.1); prepare chart summarizing fees of various professionals per G. Lee (2.8). | Guido, Laura | 2.90 | 855.50 |
| 27-Feb-2013 | Review FGIC v. Countrywide docket (.1); review ResCap docket (.1). | Lawrence, J. Alexander | 0.20 | 170.00 |

MORRISON | FOERSTER

021981-0000083                                          Invoice Number: 5241609
CHAPTER 11                                              Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 22-Feb-2013 | Discussion with M. Rothchild and N. Moss regarding CRO fee statements. | Wishnew, Jordan A. | 0.20 | 144.00 |
| 25-Feb-2013 | Discuss the Deloitte supplemental retention application with R. Ringer (Counsel to Committee) (.3); review the Walter/Deloitte engagement letter (.5); revise the supplemental Deloitte application (.6). | Moss, Naomi | 1.40 | 805.00 |
| 25-Feb-2013 | Discussion with L. Kruger regarding time entry descriptions and maintenance thereof. | Rothchild, Meryl L. | 0.20 | 115.00 |
| 25-Feb-2013 | Revise Deloitte supplemental application. | Wishnew, Jordan A. | 0.30 | 216.00 |
| 26-Feb-2013 | Update Tucker Declaration in support of Ernst & Young retention application. | Guido, Laura | 0.20 | 59.00 |
| 26-Feb-2013 | Review comments to the Robinson supplemental declaration in support of Deloitte's retention. | Moss, Naomi | 0.40 | 230.00 |
| 26-Feb-2013 | Emails with N. Moss regarding an amendment to the CRO engagement letter (.2); discussion with L. Kruger regarding CRO success fees (.1); email with L. Marinuzzi regarding same (.1). | Rothchild, Meryl L. | 0.40 | 230.00 |
| 26-Feb-2013 | Review (.1) and edit E&Y's 327 application and declaration (.9) and follow up with J. Horner (ResCap) (.1). | Wishnew, Jordan A. | 1.10 | 792.00 |
| 27-Feb-2013 | Prepare certificate of no objections for FTI retention application. | Guido, Laura | 0.30 | 88.50 |
| 27-Feb-2013 | Emails (.4) and calls with B. McDonald (FTI) regarding creation of comparison chart of CRO success fees (.2); emails with L. Marinuzzi regarding exhibit to reply to reflect amendment to CRO engagement letter (.1); emails with N. Moss regarding same (.1); review of same with L. Marinuzzi (.1). | Rothchild, Meryl L. | 0.90 | 517.50 |
| 27-Feb-2013 | Correspond with client on E&Y retention. | Wishnew, Jordan A. | 0.20 | 144.00 |
| 28-Feb-2013 | Create Amendment No. 1 to Kruger Engagement Letter (.4) and blackline against initial provision outlining "Scope of Services" (.3); emails to L. Marinuzzi and N. Moss regarding same (.1). | Rothchild, Meryl L. | 0.80 | 460.00 |
| 28-Feb-2013 | Call with J. Whitlinger on status of Deloitte supplemental application. | Wishnew, Jordan A. | 0.10 | 72.00 |
| **Total: 007** | **Fee/Employment Applications** | | **157.70** | **100,535.50** |
| **Financing** | | | | |
| 01-Feb-2013 | Correspondence with K. Chopra (Centerview) regarding potential cash collateral motion (.3); review issues with potential cash collateral motion with S. Martin (.4). | Goren, Todd M. | 0.70 | 556.50 |

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5241609
Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 18-Feb-2013 | Review of professional retention matters with client. | Wishnew, Jordan A. | 0.20 | 144.00 |
| 19-Feb-2013 | Prepare courtesy copy of application to modify FTI's retention to Chambers (.2); prepare and file affidavit of disinterestedness for ordinary course professional (.2); prepare same for delivery to Committee and US Trustee (.3). | Guido, Laura | 0.70 | 206.50 |
| 19-Feb-2013 | Review CRO materials, including motion and eugagement letter (.3); correspondence with G. Lee, M. Rothchild, and N. Moss regardiug same (.7). | Marines, Jennifer L. | 1.00 | 690.00 |
| 19-Feb-2013 | Review Deloitte engagement letters (1.5); draft supplemental affidavit in support of same (2.1); multiple discussions with J. Wishnew regardiug the same (.4); review the application for Deloitte's retention (.4). | Moss, Naomi | 4.40 | 2,530.00 |
| 19-Feb-2013 | Follow up with UST regarding amended FTI retention application. | Richards, Erica J. | 0.30 | 198.00 |
| 19-Feb-2013 | Assist N. Moss with drafting of Deloitte & Touche supplemental retention papers (.4); correspond with J. Horner (ResCap) on changes to KPMG retention (.2); work towards finalizing E&Y application (.1). | Wishnew, Jordan A. | 0.70 | 504.00 |
| 20-Feb-2013 | Review UCC discovery requests in connection with CRO retcution (.5); assign projects regarding response (.3). | Lee, Gary S. | 0.80 | 820.00 |
| 20-Feb-2013 | Review revised Deloitte supplemeutal affidavit in support of retention. | Moss, Naomi | 0.50 | 287.50 |
| 20-Feb-2013 | Call with E&Y, outside counsel and AFI on retention issues (.3); follow up with J. Simou (Foley Lardner) regarding same (.4). | Wishnew, Jordan A. | 0.70 | 504.00 |
| 21-Feb-2013 | Review R. Young's comments to the third supplemental Robinson declaration in support of the Deloitte retention application (.6); draft memorandum to J. Horner (client) regarding the same (.5). | Moss, Naomi | 1.10 | 632.50 |
| 22-Feb-2013 | Update summary charts tracking retained professionals (.1) and ordinary course professionals (.1). | Guido, Laura | 0.20 | 59.00 |
| 22-Feb-2013 | Draft the supplemental application to approve the additional Deloitte engagement letters (2.1); email exchanges with J. Horner (ResCap) regarding the same (.4); call with B. Masumoto regarding the same (.3). | Moss, Naomi | 2.80 | 1,610.00 |
| 22-Feb-2013 | Discuss CRO fee statements with M. Rothchild. | Moss, Naomi | 0.20 | 115.00 |
| 22-Feb-2013 | Discuss CRO fee statements with N. Moss and J. Wishnew (.2); review precedent fee statements filed by CROs (.6); meeting with L. Kruger (ResCap) to discuss time entry and task description practices for CRO fee statements (.2); review revised CRO appointment order (.1) and call N. Moss regarding same (.1). | Rothchild, Meryl L. | 1.20 | 690.00 |
| 22-Feb-2013 | Address Deloitte's amended retention application. | Wishuew, Jordan A. | 0.20 | 144.00 |

137

021981-0000083                                    Invoice Number: 5241609
CHAPTER 11                                        Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 08-Feb-2013 | Update status charts detailing new junior lien request for relief from automatic stay for various properties (.6); discussion with J. Newton regarding status of pending junior lien requests for relief from automatic stay (.3); email exchanges with movants' counsel regarding pending junior lien requests for relief from automatic stay (.3); draft notices of presentment for junior lien requests for relief from automatic stay for the Alexander, Kelly, Keiper, and Grant properties (.2). | Grossman, Ruby R. | 1.40 | 371.00 |
| 08-Feb-2013 | Retrieval (.1) and distribution of relief from stay stipulations (.1). | Guido, Laura | 0.20 | 59.00 |
| 08-Feb-2013 | Review email with N. Rosenbaum regarding Rhode settlement demands. | Martin, Samantha | 0.10 | 66.00 |
| 08-Feb-2013 | Call with P. Mulcahy (ResCap) regarding correct people to contact with regarding certain second lien relief from stay issues relating to payoff of the senior lien (.1); discussion with R. Grossman regarding status of pending second lien relief from stay requests (.2). | Newton, James A. | 0.30 | 159.00 |
| 08-Feb-2013 | Review email regarding Asbey condemnation proceeding with J. Newton and Bradley Arent (.2); review email with local counsel and S. Martin regarding Rhode settlement demands (.1). | Rosenbaum, Norman S. | 0.30 | 255.00 |
| 11-Feb-2013 | Review Kinworthy letter regarding stay relief (.3); correspond with ResCap regarding same (.1); correspond with N. Rosenbaum regarding Wheeler stay relief order (.1). | Martin, Samantha | 0.50 | 330.00 |
| 11-Feb-2013 | Email with L. Delehey (ResCap) regarding automatic stay issue. | Molison, Stacy L. | 0.10 | 62.50 |
| 11-Feb-2013 | Discussion with N. Rosenbaum regarding recently filed Richardson relief from stay motion. | Newton, James A. | 0.10 | 53.00 |
| 11-Feb-2013 | Review (.1) and comment on draft of Wheeler stay relief order (.1); review Kinworthy motion for relief from stay (.1) and relating correspondence (.1); discussion with J. Newton regarding recently filed Richardson relief from stay motion (.1). | Rosenbaum, Norman S. | 0.50 | 425.00 |
| 12-Feb-2013 | Conduct due diligence on pending junior lien requests for relief from automatic stay (1.4); update lift stay matter status charts regarding same (.6); coordinate with J. Newton regarding status of pending junior lien requests for relief from automatic stay (.3); email exchanges with movants' counsel regarding pending junior lien requests for relief from automatic stay (.3). | Grossman, Ruby R. | 2.60 | 689.00 |

**MORRISON | FOERSTER**

021981-0000083                                      Invoice Number: 5241609
CHAPTER 11                                          Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 04-Feb-2013 | Attend weekly call with MoFo team and BABC regarding SEC compliance issues (.5); call with ResCap management regarding outstanding issues relating to same (.8). | Fons, Randall J. | 1.30 | 1,170.00 |
| 04-Feb-2013 | Prepare for (.7) and participate in call with client personnel and MoFo team regarding SEC matters (.8); analyze client documents for potential production to SEC (.3); call with N. Serfoss regarding document production to SEC (.3); prepare for and participate in call with SEC regarding investigation and production status and regarding testimony (.3); review and revise correspondence to SEC regarding document production (.3); analyze Willkie, Farr invoice regarding representation of R. Flees and J. Young (.2); exchange emails with MoFo review team regarding document production issues (1.0). | Hoffman, Brian N. | 3.90 | 2,632.50 |
| 04-Feb-2013 | Review court order relating to FRB settlement and consent order (1.0); prepare Fed meeting materials (3.1); discussion with G. Lee regarding Fed meeting (.2). | Ireland, Oliver I. | 4.30 | 3,956.00 |
| 04-Feb-2013 | Discussion with O. Ireland regarding Fed meeting (.2); meet with J. Wishnew regarding governance matters (.5). | Lee, Gary S. | 0.70 | 717.50 |
| 04-Feb-2013 | Download production for distribution (.4); prepare production for service (.4); review database documents (.6) and update production log (.4) all in connection with the SEC investigation. | Lenkey, Stephanie A. | 1.80 | 522.00 |
| 04-Feb-2013 | Work with J. Wishnew regarding compensation and governance issues. | Moss, Naomi | 1.80 | 1,035.00 |
| 04-Feb-2013 | Review correspondence with SEC regarding governance issues. | Prosser, Sean T. | 0.20 | 180.00 |
| 04-Feb-2013 | Call with A. Barrage regarding proposed joint Rule 60(a) Motion to be filed by DOJ and ResCap in District Court of DC (.2); review draft joint Rule 60(a) motion (.2) and correspondence between A. Barrage and BABC and DOJ relating thereto (.4); review edits to joint motion (.1) and run comparison per A. Barrage's request (.2); work with J. Wishnew regarding compensation and governance issues (.1). | Rothchild, Meryl L. | 1.20 | 690.00 |
| 04-Feb-2013 | Review J. Young documents for key materials to review in preparation for SEC interview (5.4); summarize documents selected for J. Young interview preparation (.6); provide summary email for B. Hoffman (1.0); correspond with N. Serfoss regarding document coding (.1). | Rowe, Tiffany A. | 7.10 | 3,408.00 |

MORRISON | FOERSTER

021981-0000083
CHAPTER 11

Invoice Number: 5241609
Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 04-Feb-2013 | Review (.2) and finalize production of executive summaries of SEC investigation (.3); correspond with B. Hoffman regarding same (.5); review post funding reports (.3) and correspond with C. Breyer regarding production of same (.4); review standalone executive summaries and produce same (.2); call with ResCap concerning SEC investigation status and strategy (.8); review and respond to emails regarding distribution lists and post fund reports (.5); correspond (.2) and call with B. Hoffman regarding production status and strategy (.3). | Serfoss, Nicole K. | 3.70 | 2,423.50 |
| 04-Feb-2013 | Meet with J. Moldovan (Morrison Cohen) and G. Lee on governance matters (.5); address SEC governance question with D. Smith (.2); work with N. Moss and M. Rothchild on compensation and governance issues (1.8); follow up with L. Delehey (ResCap) in consequences of losing licenses (.2). | Wishnew, Jordan A. | 2.70 | 1,944.00 |
| 05-Feb-2013 | Correspond with B. Hoffman regarding R. Flees SEC testimony. | Day, Peter H. | 0.10 | 48.00 |
| 05-Feb-2013 | Draft revisions to Rule 3013 motion brief (7.7); meet with G. Lee regarding 3013 motion (.2); call with O. Ireland regarding Rule 3013 motion to classify Fed claim (.1); meet with J. Newton regarding Rule 3013 motion (.5). | Engelhardt, Stefan W. | 8.50 | 7,437.50 |
| 05-Feb-2013 | Review SEC investigation and requested information (.3); meet with N. Serfoss regarding strategy for review of post funding audit reports (.3). | Fons, Randall J. | 0.60 | 540.00 |
| 05-Feb-2013 | Meet with N. Serfoss regarding potential production to SEC (.3); exchange email with N. Serfoss regarding SEC testimony (.4); exchange email with N. Serfoss regarding document collection issues (.3). | Hoffman, Brian N. | 1.00 | 675.00 |
| 05-Feb-2013 | Meetings with J. Newton, G. Lee, J. Tanenbaum and Creditors Committee regarding Fed settlement (2.0); review Rule 3013 motion (.7); call with S. Engelhardt regarding Rule 3013 motion (.1). | Ireland, Oliver I. | 2.80 | 2,576.00 |
| 05-Feb-2013 | Meeting with O. Ireland regarding FRB discussions (.2) review FRB claim (.7); meet with S. Engelhardt regarding Rule 3013 motion (.2). | Lee, Gary S. | 1.10 | 1,127.50 |
| 05-Feb-2013 | Meet with O. Ireland regarding revisions to Consent Order related motion (.6); meet with S. Engelhardt regarding same and Rule 3013 motion (.7); coordinate preparation of binders containing past Consent Order research memoranda and relating cases for S. Engelhardt (.5). | Newton, James A. | 1.80 | 954.00 |
| 05-Feb-2013 | Emails with B. Hoffman and J. Jones regarding J. Jones SEC testimony and preparation. | Prosser, Sean T. | 0.20 | 180.00 |

**MORRISON | FOERSTER**

021981-0000083                                          Invoice Number:  5241609
CHAPTER 11                                              Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 06-Feb-2013 | Review amended KEIP program for wind-down (.8); correspondence (.1) and discussions with US Trustee to review severance information (.2); review schedule of severance payments (.4); review presentation to Board Comp Committee regarding KEIP/KERP approval (.4); participate in call with Comp Subcommittee of Board to review proposed KEIP/KERP program (1.4); review of relating issues with J. Wishnew (.2). | Marinuzzi, Lorenzo | 3.50 | 3,307.50 |
| 06-Feb-2013 | Review CRO compensation summary chart (.7); discuss same with M. Rothchild (.2). | Moss, Naomi | 0.90 | 517.50 |
| 06-Feb-2013 | Review (.1) and edit CRO compensation comparison chart (.9); email to J. Wisbnew and N. Moss regarding CRO comparison chart (.2); discussion with N. Moss regarding analysis of same (.2); email same to G. Lee, T. Hamzehpour, and Morrison Cohen (.1), and respond to follow up inquiries from G. Lee (.7). | Rothchild, Meryl L. | 2.20 | 1,265.00 |
| 06-Feb-2013 | Discuss with J. Wishnew regarding company employee contract issues. | Tanenbaum, James R. | 0.10 | 102.50 |
| 06-Feb-2013 | Review diligence questions from S. Zide (KL) and B. Masumoto (UST) on severance payable after closing of asset sales; correspond with FTI, client and KL concerning scheduling of executive compensation UCC call to discuss (.4); provide feedback to KL on compensation Committee decks (.6) and review related issues with L. Marinuzzi (.2); follow up with J. Tanenbaum on employee contract issues (.1); participate in Compensation Committee meeting concerning estate KEIP and KERP plans (1.3); review data on employee compensation levels (.2); call with M. Crespo regarding 503(c) research on incentive programs (.2). | Wishnew, Jordan A. | 3.90 | 2,808.00 |
| 07-Feb-2013 | Rievcw variable pay winddown plan with J. Pintarelli (.2); calls with E. Oles (ResCap) on employee compensation matters and relating follow up (.4). | Wishnew, Jordan A. | 0.60 | 432.00 |
| 08-Feb-2013 | Research relating to severance calculation under 503 (5.9); call with J. Wishnew regarding same (.3); and prepare summary of findings (1.2). | Crespo, Melissa M. | 7.40 | 3,367.00 |
| 08-Feb-2013 | Calls with J. Whitlinger, P. Fleming (ResCap), FTI and J. Wishnew regarding KEIP metrics for senior officers in wind-down. | Marinuzzi, Lorenzo | 0.80 | 756.00 |
| 08-Feb-2013 | Call to J. Mack (ResCap) on executive employment and compensation. | Tanenbaum, James R. | 0.30 | 307.50 |

251

M O R R I S O N  |  F O E R S T E R

021981-0000083                                          Invoice Number: 5241609
CHAPTER 11                                              Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 08-Feb-2013 | Review refinement of employee incentive metrics with client and L. Marinuzzi (.6); call with G. Crowley (ResCap) on payout of sale KEIP (.2); address estate employment matters with E. Oles (.1); call with M. Crespo regarding severance calculation under Section 503 (.3); follow up with G. Crowley (ResCap) on severance calculation (.2); respond to query from B. Masumoto (UST) regarding same (.2); discuss research results with M. Crespo (.3). | Wishnew, Jordan A. | 1.90 | 1,368.00 |
| 09-Feb-2013 | Emails (.8) and calls with L. Kruger, G. Lee, and N. Moss regarding modifications to Kruger Declaration in Support of CRO Motion and engagement letter between the Company and L. Kruger (1.0); modify Kruger Declaration and engagement letter per conversations (.4). | Rothchild, Meryl L. | 2.20 | 1,265.00 |
| 09-Feb-2013 | Correspond with A. Janiczek (ResCap) regarding compensation matters. | Wishnew, Jordan A. | 0.10 | 72.00 |
| 10-Feb-2013 | Review revised presentation to UCC on KEIP/KERP and wind down (.5); participate in call with P. Fleming, J. Whitlinger to discuss Committee presentation on wind-down and KEIP/KERP (1.0); exchange correspondence with P. Fleming regarding KEIP/KERP strategy meeting (.3). | Marinuzzi, Lorenzo | 1.80 | 1,701.00 |
| 10-Feb-2013 | Follow up with A. Janiczek and Mercer on compensation matters. | Wishnew, Jordan A. | 0.80 | 576.00 |
| 11-Feb-2013 | Review email from J. Wishnew regarding the GMAC Mortgage Group Employee Retirement Plan (.2); conduct fact investigation regarding plan (.5); email to and from M. Frank regarding plan (.3); email to J. Wishnew regarding same (.2). | Borden, Paul C. | 1.20 | 1,074.00 |
| 11-Feb-2013 | Conduct further research relating to severance calculation under Section 503 (2.6); summarize analysis of same per J. Wishnew's request (.9). | Crespo, Melissa M. | 3.50 | 1,592.50 |
| 11-Feb-2013 | Call with P. Fleming (ResCap) and J. Whitlinger on executive KEIP metrics and related estate matters (.7); review updated versions of Mercer analysis on KEIP (.3); review compensation benchmarking data (.4) and discuss with client, Mercer (.5); correspond with G. Lee and J. Taneubaum regarding executive compensation matters (.4). | Wishnew, Jordan A. | 2.30 | 1,656.00 |
| 12-Feb-2013 | Call with Committee professionals to discuss KEIP/KERP and wind-down presentation (.8); call with S. Zide (Kramer) regarding CRO role in wind-down (.2); dry-run wind-down of presentation with Mercer, FTI and T. Hamzehponr (.8). | Marinuzzi, Lorenzo | 1.80 | 1,701.00 |
| 12-Feb-2013 | Coordinate with MoFo team drafting efforts for KEIP-KERP motion. | Wishnew, Jordan A. | 0.10 | 72.00 |

MORRISON | FOERSTER

021981-0000083                                    Invoice Number: 5241609
CHAPTER 11                                        Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 13-Feb-2013 | Discuss the CRO compensation structure with M. Rothchild (.2); review M. Rothchild's memorandum regarding the same (.4). | Moss, Naomi | 0.60 | 345.00 |
| 13-Feb-2013 | Review monthly and quarterly fee statements and reports filed by CROs from SDNY cases (.7); summarize findings and email same to L. Kruger, G. Lee, L. Marinuzzi, T. Goren, J. Marines, and N. Moss (.4); discuss the CRO compensation structure with N. Moss (.2). | Rothchild, Meryl L. | 1.30 | 747.50 |
| 13-Feb-2013 | Review KEIP-KERP deck and outline factual arguments. | Wishnew, Jordan A. | 0.60 | 432.00 |
| 14-Feb-2013 | Discussion with J. Wishnew regarding drafting KEIP-KERP motion. | Pintarelli, John A. | 0.20 | 138.00 |
| 14-Feb-2013 | Call with FTI regarding supplementary estate compensation (.3); review supplemental materials in supplemental estate compensation materials (.8); discussion with J. Pintarelli on drafting KEIP-KERP motion (.2); research KEIP precedent (.3). | Wishnew, Jordan A. | 1.60 | 1,152.00 |
| 15-Feb-2013 | Prepare formatting of KEIP/KERP estate motion (1.6) and supporting declarations (1.0). | Guido, Laura | 2.60 | 767.00 |
| 15-Feb-2013 | Coordinate analysis for KEIP-KERP with J. Wishnew. | Pintarelli, John A. | 0.30 | 207.00 |
| 15-Feb-2013 | Coordinate legal analysis for KEIP-KERP with J. Pintarelli (.3); and review Borders decisions regarding same (.2); call with T. McDonagh (FTI) on developing factual declaration (.7); call with W. Tyson and T. McDonagh on KEIP metrics (.9). | Wishnew, Jordan A. | 2.10 | 1,512.00 |
| 16-Feb-2013 | Review (.1) and provide comments to FTI on KEIP-KERP declaration outline (.3); develop KEIP-KERP motion outline (.5); coordinate drafting of supporting declaration for KEIP-KERP (.1). | Wishnew, Jordan A. | 1.00 | 720.00 |
| 17-Feb-2013 | Develop factual background and preliminary statement for estate KEIP-KERP motion (.6); follow up with E. Oles (ResCap) on employee data (.1). | Wishnew, Jordan A. | 0.70 | 504.00 |
| 18-Feb-2013 | Draft factual background section to estate KEIP-KERP motion (1.2); follow up with T. McDonagh (FTI) on specific facts in motion (1.5). | Wishnew, Jordan A. | 2.70 | 1,944.00 |
| 19-Feb-2013 | Email from J. Wishnew regarding incentive plan document question (.2); review summary plan description (.4); email to J. Wishnew regarding same (.2); email from J. Wishnew with incentive plan document (.2); review plan document (1.3); email to J. Wishnew regarding plan document (.2); email to and from F. Kuplicki regarding PBGC matter (.3); emails from and to A. Grossi (Kirkland) regarding PBGC inquiry (.2). | Borden, Paul C. | 3.00 | 2,685.00 |
| 19-Feb-2013 | Meet with J. Wishnew regarding KEIP-KERP documents. | Pintarelli, John A. | 0.10 | 69.00 |

253

**M O R R I S O N | F O E R S T E R**

021981-0000083                                          Invoice Number: 5241609
CHAPTER 11                                              Invoice Date: June 17, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 07-Feb-2013 | Review (.1) and revise MBIA/FGIC rule 2004 motion to update with additional deal level information regarding deals wrapped by MBIA and FGIC (.3); email information regarding same and notes to A. Lawrence (.3). | Newton, James A. | 0.70 | 371.00 |
| 07-Feb-2013 | Manage data load request of interview preparation documents. | Nguyen, Thuan H. | 1.00 | 295.00 |
| 07-Feb-2013 | Second-level review of documents for completion, privilege, and proper coding of documents in connection with the Examiner's investigation. | Nicholsou, Julie A. | 4.10 | 1,517.00 |
| 07-Feb-2013 | Analyze documents for privilege issues in connection with the Examiner's investigation. | Raife, Dylan James | 7.20 | 2,664.00 |
| 07-Feb-2013 | Quality Control review of documents for examiner's review for Rescap Phase 3 Review. | Rosenberg, Michael J. | 4.80 | 2,760.00 |
| 07-Feb-2013 | Coordinate issues relating to production of underwriting guidelines (.8); correspond with counsel to Western & Southern regarding document production issues (.4); discuss same with J. Levitt (.3). | Rothberg, Jonathan C. | 1.50 | 990.00 |
| 07-Feb-2013 | Emails J. Levitt and D. Brown regarding status of responses to examiners' requests (.2); call with D. Brown regarding status of responses to examiners' request (.3); calls with P. Day regarding privilege issues (.3); analyze privilege issues (1.6); draft letter to Examiner regarding privilege logs and production issues (1.6). | Salerno, Robert A. | 4.00 | 3,200.00 |
| 07-Feb-2013 | Review (.2) and identify key documents in third party materials (1.5); review documents identified by document review team (.2) and answer coding questions and provide feedback (.2); call (.1) and correspondence with V. Bergelson regarding recently produced third party documents (.1). | Serrano, Javier | 2.30 | 1,253.50 |
| 07-Feb-2013 | Review documents for quality control regarding examiner's review phase 3. | Sheehe, Johanna E. | 1.70 | 926.50 |
| 07-Feb-2013 | Review documents and code for key issues and witnesses in connection with the Examiner's investigation. | Shelar, Karen | 7.30 | 1,423.50 |
| 07-Feb-2013 | Review documents and code for key issues in connection with the examiner's investigation (9.3); review of key documents in Goldin database in connection with upcoming examiner preparation sessions and interviews (.7). | Sherrod, Lisa H. | 10.00 | 1,950.00 |
| 07-Feb-2013 | Review documents and code for key issues and witnesses in connection with the Examiner's investigation. | Slezinger, Laura A. | 10.00 | 1,950.00 |
| 07-Feb-2013 | Organize case materials. | Smoot, Mark T. | 1.00 | 290.00 |
| 07-Feb-2013 | Create Pentalpha Prod DB, prepare and upload documents PENT 0000001 - PENT 0081048. | Vajpayee, Abhishek | 0.80 | 200.00 |

MORRISON | FOERSTER

021981-0000083
CHAPTER 11

Invoice Number: 5253113
Invoice Date: July 26, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 12-Mar-2013 | Review emails from outside counsel regarding automatic stay issues. | Molison, Stacy L. | 0.20 | 125.00 |
| 12-Mar-2013 | Email with P. Zellman (.2) and D. Quevedo (.2) regarding follow-up in connection with Richardson relief from stay motion resolution; research regarding same (.3); follow-up with R. Nader (BABC) regarding pending resolution of Raphael relief from stay motion (.1); email to Ocwen regarding procedures in connection with second lien relief from stay requests (.2); review draft emails to requesting parties in connection with second lieu relief from stay requests (.2); respond to inquiry from S. Barak regarding same (.1); meeting with R. Grossman regarding stipulations for junior lien requests for relief (.1); meeting with N. Rosenbaum regarding proposed stipulations granting senior lien holders stay relief (.1). | Newton, James A. | 1.50 | 795.00 |
| 12-Mar-2013 | Review (.2), revise (.3), and drafted and sent correspondence regarding Satisfaction of Mortgage from GMAC Mortgage (.5). | Quevedo, Daniel | 1.00 | 300.00 |
| 12-Mar-2013 | Call with N. Rosenbaum regarding status of pending motion for relief and updates regarding Haffey, Raphael, MED&G and others. | Richards, Erica J. | 0.20 | 132.00 |
| 12-Mar-2013 | Review (.2) and comment on drafts of proposed stipulations and orders granting Senior Lien holders stay relief under standing Senior Lien Foreclosure Order (.6); meet with J. Newton regarding proposed stipulations and orders granting Senior Lien holders stay relief under standing Senior Lien Foreclosure Order (.3); review and comment on updated matrix of pending motions for relief from automatic stay (.5); review pending motions for relief and status Haffey, Raphael, MED&G, CHFA, Solano and Kinworthy (.8); participate in weekly call with E. Frejka (Kramer Levin) and A. Cupp (Kramer Levin); J. Krell (SilvermanAcampora) and E. Richards and J. Newton regarding status of pending motions for relief and updates regarding Haffey, Raphael, MED&G, CHFA, Solano and Kinworthy and others (.4); review update on Raphael motion and trial loan mod from J. Newton (.1); review draft of LaCasse motion clarifying the scope of the stay and emails from K. Priore (ResCap legal) regarding background (.2); review and comment on objection to Solano motion for relief from stay (.3); review limited objection to Richardson motion for relief from stay (.2). | Rosenbaum, Norman S. | 3.60 | 3,060.00 |
| 12-Mar-2013 | Email with W. Thompson regarding FHFA file production issues (.1); discussion with J. Haims and W. Thompson regarding same (.3). | Rothberg, Jonathan C. | 0.40 | 264.00 |
| 12-Mar-2013 | Discuss issues related to extend stay motions with J. Haims. | Rothberg, Jonathan C. | 0.30 | 198.00 |

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number: 5253113
Invoice Date: July 26, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 13-Mar-2013 | Discussion with J. Serrano regarding research of expert opinion admissibility under the Daubert standard in connection with RMBS trial (.9); review expert reports of C. Brown, and C. Rossi (1.3); research (1.0) and analyze Second Circuit bankruptcy court case law regarding exclusion of expert opinions in the context of mortgage-backed securities for flawed methodology, unreliability, irrelevance, or lack of credentials (2.1); revise memorandum summarizing case law to address additional research issues (2.6); provide to MoFo team a suggested approach to Daubert motion drafting, and address any possible weaknesses or challenges to excluding the expert reports of C. Brown and C. Rossi. (2.0). | Nakamura, Ashley | 9.90 | 3,663.00 |
| 13-Mar-2013 | Continue to revise reply briefs to Assured and JSBs' objections (3.0); telephone conference with D. Rains regarding same and regarding preparation for trial (1.7). | Princi, Anthony | 4.70 | 4,817.50 |
| 13-Mar-2013 | Call with A. Princi regarding trial strategy for 9019 trial and revisions to reply briefs regarding Assured and JSN objections. | Rains, Darryl P. | 1.70 | 1,742.50 |
| 13-Mar-2013 | Further review of documents regarding statute of limitations in connection with put-back claims raised in 9019 objections (1.7); review Assured reply to RMBS 9019 for confidential information (1.0); revise motion to seal (1.0). | Ruiz, Ariel Francisco | 3.70 | 2,127.50 |
| 13-Mar-2013 | Research on challenges to expert reports in bankruptcy courts in Second Circuit in connection with upcoming 9019 trial (.6); discussion with A. Nakamura regarding research of expert opinion admissibility under the Daubert standard (.6). | Serrano, Javier | 1.20 | 654.00 |
| 13-Mar-2013 | Assist with preparation of the response to Assured's Objections. | Ziegler, David A. | 2.90 | 1,537.00 |
| 14-Mar-2013 | Emails and information request with MoFo and client regarding Assured wrapped PLS deals for inclusion in response to Assured's objection to RMBS settlement. | Beck, Melissa D. | 0.30 | 210.00 |
| 14-Mar-2013 | Edit Reply Briefs to objections by Assured and Junior Secured Noteholders (1.3); review same (2.0); coordinate fact and legal cite check with MoFo team for same (1.1); discuss with L. Moloff regarding standing argument for 9019 (.2). | Castro, Monica K. | 4.60 | 1,817.00 |
| 14-Mar-2013 | Revise (1.5) and edit working draft exhibit list (1.0); review revisions to reply to Assured objection to 9019 motion (1.0) meeting with D. Ziegler regarding Assured Objection filing (1.0); meeting with A. Ruiz regarding motion to seal (.5). | DeArcy, LaShann M. | 5.00 | 3,625.00 |
| 14-Mar-2013 | Meet with L. Kruger (ResCap), A. Princi, G. Lee and J. Marines regarding RMBS and other issues. | Goren, Todd M. | 0.30 | 238.50 |

**MORRISON | FOERSTER**

021981-0000083
CHAPTER 11

Invoice Number:  5253113
Invoice Date: July 26, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 14-Mar-2013 | Prepare (.2) and deliver privileged emails to G. Marty (Carpenter Lipps)(.2); revise reply briefs to 9019 motion to Assured's and JSN's objections (.7); coordinate revesions to same with M. Castro and S. Tice (.6). | Grossman, Ruby R. | 1.70 | 450.50 |
| 14-Mar-2013 | Conversations and email with J. Levitt, J. Lipps (Carpenter Lipps) and FTI about damage analysis (.5); conversations and email with W. Thompson, B. Smith (ResCap) and J. Rothberg about third party subpoena (.2); discuss with J. Rothberg regarding servicing information sought by Mass Mutual (.1). | Haims, Joel C. | 0.80 | 700.00 |
| 14-Mar-2013 | Review (2.1) and analyze (2.4) standing of investors to enter settlement with debtor; meet with L. Moloff regarding same (.4). | Heintz, Adam Jackson | 4.90 | 3,356.50 |
| 14-Mar-2013 | Meet with FGIC and MBIA counsel regarding RMBS settlement (1.0); exchange emails with J. Phelps (Talcott Franklin) regarding request for information (.3); exchange emails with A. Ruiz, D. Ziegler and S. Tice regarding same (.6); exchange emails with A. Levin regarding Judge Glenn procedures (.2); exchange emails with M. Renzi (FTI) regarding RMBS analysis (.1); draft email to D. Mannell regarding MBIA proposed language to amendment (.3). | Lawrence, J. Alexander | 2.50 | 2,125.00 |
| 14-Mar-2013 | Review letter from NYS insurance department to RMBS trustees regarding FGIC (.5); review letter from Syncora (.2); review RMBS trustee proofs of claim (2.1); meetings with L. Kruger (ResCap) and A. Princi and T. Goren regarding RMBS settlement and amendment to same (.9); call with RMBS trustees regarding same (.2); discuss with S. Martin regarding RMBS issues (.1). | Lee, Gary S. | 4.00 | 4,100.00 |
| 14-Mar-2013 | Meeting with expert regarding RMBS securities damages analyses (.4); discussion with FTI regarding revisions to securities damages analysis (.5); discussion with J. Haims regarding same (.1); review (.2) and revise FTI securities damages analysis slides (.3). | Levitt, Jamie A. | 1.50 | 1,350.00 |
| 14-Mar-2013 | Meet with A. Princi, G. Lee and T. Goren regarding RMBS and other issues. | Marines, Jennifer L. | 0.30 | 207.00 |
| 14-Mar-2013 | Call with S. Engelhardt, T. Goren, J. Marines and Curtis Mallet regarding RMBS research issues (.5); discuss RMBS issues with L. Kruger (ResCap), G. Lee, T. Goren, A. Princi, and J. Marines (.2). | Martin, Samantha | 0.70 | 462.00 |
| 14-Mar-2013 | Review prior research (.4) and materials regarding standing argument for 9019 and meet with A. Heintz and M. Castro regarding same (.8). | Moloff, Leda A. | 1.20 | 690.00 |

**M O R R I S O N  |  F O E R S T E R**

021981-0000083                                          Invoice Number: 5255029
CHAPTER 11                                              Invoice Date: August 2, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 04-Apr-2013 | Reviews procedural issue with M. Rothchild and N. Rosenbaum on Bradbury stipulation (.4); finalize information request letter to Poway (.5) and review with client (.2); call with Bryan Cave and Perkins Coie on insurance coverage process for possible Kessler settlement (.9); follow up with N. Rosenbaum and M. Rothchild on claims review (.1); review form omni claim notices prepared by KCC (.4); participate in weekly status meeting with MoFo claims team, FTI, and CM&R team (1.1); review CA supplemental tax issues with P. Kanter in connection with Poway claims (.4); follow up with CM&R team regarding same (.2). | Wishnew, Jordan A. | 4.20 | 3,024.00 |
| 05-Apr-2013 | Research opposition to Investors' motion for summary judgment in adversary proceeding number 13-1262. | Baehr, Robert J. | 4.40 | 2,332.00 |
| 05-Apr-2013 | Emails with A. Barrage regarding Lehman proofs of claim. | Beck, Melissa D. | 0.20 | 140.00 |
| 05-Apr-2013 | Discuss monoline settlement with J. Marines (.5); prepare summary list of monoline workstream (.9). | Crespo, Melissa M. | 1.40 | 637.00 |
| 05-Apr-2013 | Email with borrower counsel regarding stipulation. | Galante, Paul A. | 0.30 | 205.50 |
| 05-Apr-2013 | Conversations with N. Rosenbaum and J. Levitt regarding calculation of private label securities claims (.5); research in connection with opposition to subordination summary judgment motion (1.5). | Haims, Joel C. | 2.00 | 1,750.00 |
| 05-Apr-2013 | Review summary of tax lien analysis in connection with Poway tax claims (.1); email with J. Wishnew regarding same (.3). | Kanter, Peter B. | 0.40 | 300.00 |
| 05-Apr-2013 | Review (.1) and revise MBIA complaint (.6); discussion with K. Sadeghi regarding same (.2); exchange emails with K. Sadeghi regarding same (.5); draft email to D. Beck (Carpenter Lipps) regarding MBIA documents to be reviewed (.2); exchange emails with A. Princi regarding potential monoline settlement (.2); exchange emails with J. Lipps (Carpenter Lipps) regarding settlement (.2); review Assured v. DB docket (.1); review MBIA v. Credit Suisse docket (.1); review ResCap docket (.1). | Lawrence, J. Alexander | 2.30 | 1,955.00 |
| 05-Apr-2013 | Analyze revisions to wrapped PLS subordination complaint. | Lee, Gary S. | 1.60 | 1,640.00 |
| 05-Apr-2013 | Discussion with J. Haims regarding amount of private label securities claims. | Levitt, Jamie A. | 0.50 | 450.00 |
| 05-Apr-2013 | Discussion with M. Crespo regarding monoline settlement. | Marines, Jennifer L. | 0.50 | 345.00 |
| 05-Apr-2013 | Emails with J. Chung (Chambers) regarding the Allstate adversary proceeding (.1); prepare interoffice memorandum with L. Guido and K. Sadeghi regarding the same (.1). | Moss, Naomi | 0.20 | 115.00 |

M O R R I S O N   |   F O E R S T E R

021981-0000083                                     Invoice Number: 5255029
CHAPTER 11                                         Invoice Date: August 2, 2013

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 10-Apr-2013 | Research (1.3) and review cases regarding automatic stay with respect to postpetition causes of action (1.4); analyze prepetition causes of action in connection with same (3.8). | Hiensch, Kristin A. | 6.50 | 4,225.00 |
| 10-Apr-2013 | Prepare for (.1) and call with L. Delehey (ResCap) and P. Zellman (ResCap) regarding Corts' motion for stay relief (.4). | Martin, Samantha | 0.50 | 330.00 |
| 10-Apr-2013 | Prepare for Pruitt relief from stay argument (1.3); meet with N. Rosenbaum regarding same (.8); second lien relief from stay status meeting with R. Grossman (.7) email with P. Zellman (Client), N. Rosenbaum, and B. Loeffler regarding final pieces of information needed for upcoming Pruitt relief from stay hearing (.5); email with (.2) and speak with (.1) B. Weingarten (Centerview) regarding loan tape information obtained by Centerview in connection with sales and potential use of same in connection with second lien relief from stay requests (.1); review sample loan tape information from Centerview in connection with same (.1). | Newton, James A. | 3.80 | 2,014.00 |
| 10-Apr-2013 | Research Maryland civil rights statute to determine whether action brought by county agency against debtor is subject to police power exception under section 362 of Bankruptcy Code. | Petts, Jonathan M. | 1.50 | 682.50 |
| 10-Apr-2013 | Call with L. Delehey (ResCap), P. Zellman (Client), M. Nowlin (Severson), and N. Campbell (GMAC) regarding Garcia stay relief motion. | Richards, Erica J. | 0.50 | 330.00 |
| 10-Apr-2013 | Meet with J. Newton regarding preparation for hearing on Pruitt motion for relief from stay (.7); review emails with local counsel regarding background issues on Pruitt motion for relief from the automatic stay (.3); review complaint filed with Maryland Human rights commission (.2) and discuss with J. Petts regarding automatic stay implications and underlying statute (.3); email to B. Smith (ResCap counsel) regarding Maryland Human rights law (.2); review analysis from K. Hiensch regarding application of automatic to continuous conduct (.2); review email regarding Harris motion to reassign with S. Martin and P. Zellman (ResCap) (.1); meet with S. Martin regarding preparing for hearing on S. Harris motion for relief (.2) and review case chronology in prep. for hearing (.2); prepare for hearing on Pruitt and Harris motions on 4/11 (.9). | Rosenbaum, Norman S. | 3.30 | 2,805.00 |
| 10-Apr-2013 | Coordinate production of additional loan files to FHFA (1.8); discuss same with J. Haims (.3). | Rothberg, Jonathan C. | 2.10 | 1,386.00 |
| 10-Apr-2013 | Correspond with outside counsel on stay relief stipulation. | Wishnew, Jordan A. | 0.20 | 144.00 |

# EXHIBIT H

Residential Capital - 11474
page 8

February 27, 2013
Invoice No. 1407254

| 01/18/13 | M. Howard | Telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), J. Ruckdaschel (ResCap In-House Attorney), B. Ziegenfuse (ResCap), R. Delgado (Ocwen), I. Javier (Ocwen), H. Gudmundsson (Mayer Brown Associate), D. Bent (Orrick Associate) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.5); telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), J. Ruckdaschel (ResCap In-House Attorney), D. Bent (Orrick Associate) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.5);   telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), J. Ruckdaschel (ResCap In-House Attorney), R. Delgado (Ocwen), I. Javier (Ocwen),  J. McNeill (Ocwen), H. Gudmundsson (Mayer Brown Associate), M. Goodlett (Mayer Brown Associate), J. McCarthy (Barclays), L. Hedvat (Barclays), J. Hadari (Barclays), T. Hiner (Hunton & Williams Partner), A. Blanchard (Hunton & Williams Counsel), D. Bent (Orrick Associate) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (1.0); emails and discussions with ResCap regarding status and amendments (1.8). | 3.80  L  1.8 |
| 01/19/13 | J. Farmer | Review ResCap securitization deals for certain provisions. | 3.60 |
| 01/20/13 | D. Bent | Review 105 ResCap securitization deals for certain provisions. | 3.70 |
| 01/21/13 | J. Farmer | Review ResCap securitization deals for certain provisions. | 3.00 |
| 01/21/13 | D. Bent | Review and revise Omnibus Amendment No. 2013-1 in connection with the Pooling and Servicing Agreement amendments. | 3.70 |
| 01/21/13 | D. Beasley | Review and respond to emails from Ocwen and counsel to their advance facility lender regarding amendments (0.5); review and respond to requests from P. Kollydas and K. Spraga regarding same (.5); review and comment on consolidated omnibus amendment for uninsured ResCap securitizations (1.5). | 2.50 |

Residential Capital - 11474                                        April 16, 2013
page 4                                                          Invoice No. 1413174

| 02/04/13 | M. Howard | Telephone conference with P. Kollydas (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Schoffelen (ResCap), R. Delgado (Ocwen), I. Javier (Ocwen), J. McNeill (Ocwen), M. McElroy (Ocwen), J. Von Gorp (Mayer Brown Partner), H. Gudmundsson (Mayer Brown Associate), M. Goodlett (Mayer Brown Associate), J. McCarthy (Barclays), T. Hiner (Hunton & Williams Partner) and D. Bent (Orrick Associate) regarding Pooling and Servicing Agreement amendments (0.4); telephone conference with A. Barrage (Morrison & Foerster), M. Beck (Morrison & Foerster), K. Chopra (Centerview Partners), J. Ruckdaschel (ResCap In-House Attorney) and D. Bent (Orrick Associate) regarding Pooling and Servicing Agreement amendments (0.2); teleconference with J. Ruckdaschel (ResCap) regarding pooling and servicing agreement amendments (0.4); teleconference with J. Von Gorp (Mayer Brown Partner) and H. Gudmundsson (Mayer Brown Associate) on pooling and servicing agreement amendments (0.3); emails with T. Hiner (Hunton & Williams) on pooling and servicing agreement amendments (0.6). | 1.90 |
| 02/05/13 | D. Bent | Review, draft and distribute Omnibus Amendment No. 2013-1B (1.5); telephone conference with P. Kollydas (ResCap) regarding Omnibus Amendments (0.1); telephone conferences with H. Gudmundsson (Mayer Brown) regarding Omnibus Amendments and MBIA (0.4); telephone conference with D. Lofano (Wells Fargo) regarding Omnibus Amendments and whole loan amendments (0.8). | 2.80 |
| 02/05/13 | D. Beasley | Telephone conference with A. Barrage (Morrison and Foerster), J. Malloy (Impac) and S. Wichmann (Impac) regarding Impac servicing agreements (0.2); respond to requests from trustees and whole loan counterparties regarding advance facility amendments (1.5); review comments to omnibus amendments and legal opinions (1.5). | 3.20 |
| 02/05/13 | S. Jackson | Review and respond to comments on amendment and related tax opinion. | 0.70 |
| 02/05/13 | M. Howard | Various emails and discussions with ResCap on pooling and servicing agreement amendments (2.1); review of revised documents and opinions to be rendered by OHS (2.3). | 4.40 $\left\lfloor 2.1 \right.$ |

Residential Capital - 11474                                                      April 16, 2013
page 5                                                                    Invoice No. 1413174

| 02/06/13 | D. Bent | Review, revise and distribute Omnibus Amendment Nos. 2013-1A and 2013-1B (3.2); telephone conference with D. Coelho-Adams (Seward & Kissel) regarding Omnibus Amendments (0.1); telephone conferences with R. Delgado (Ocwen) and J. McNeill (Ocwen) regarding Omnibus Amendments (0.3); telephone conference with N. Hanson (Fitch Ratings) regarding Omnibus Amendments (0.1); telephone conference with T. Mitchell (Orrick Senior Partner) regarding back-up certificate to Orrick's opinion (0.1); telephone conference with M. Schoffelen (ResCap) regarding Omnibus Amendments (0.1). | 3.90 |
| 02/06/13 | D. Beasley | Respond to requests from trustees and whole loan counterparties regarding amendments (2.5); respond to requests from Mayer Brown and Ocwen regarding same (2.0); review revised drafts of amendments and legal opinions (1.5); respond to requests from J. Ruckdaschel (ResCap In-House Counsel) and M. Schoffelen (ResCap) regarding same (1.5). | 7.50 |
| 02/06/13 | D. Mao | Review correspondence regarding ongoing repurchase obligation issues. | 0.10 |
| 02/06/13 | S. Jackson | Review and respond to comments on amendments and related opinion. | 0.20 |
| 02/06/13 | M. Howard | Various emails and discussions with ResCap on pooling and servicing agreement amendments (1.9); review of revised documents and opinions to be rendered by OHS (1.6). | 3.50 |
| 02/06/13 | T. Mitchell | Telephone conference with D. Bent regarding amendments in connection with sale. | 0.10 |
| 02/07/13 | D. Bent | Review precedent and begin drafting Omnibus Amendment No. 2013-1C (3.7); review draft of optional termination waiver provided by Mayer Brown (0.1); telephone conference with R. Delgado (Ocwen) and J. McNeil (Ocwen) regarding status of Omnibus Amendments and whole loan amendments (0.4); telephone conference with M. Schoffelen (ResCap) regarding Omnibus Amendments (0.2); telephone conferences with H. Gudmundsson (Mayer Brown) regarding opinion requirements (0.2); email communication with U.S. Bank, Deutsche Bank, Bank of New York Mellon and Wells Fargo regarding sign-off on Omnibus Amendments (0.2); telephone conference with D. Lofano (Alston & Bird) regarding Omnibus Amendments (0.2). | 5.00 |

Residential Capital - 11474                                          April 16, 2013
page 6                                                        Invoice No. 1413174

| 02/07/13 | D. Beasley | Respond to requests from trustees and whole loan counterparties regarding amendments (0.5); respond to requests from Mayer Brown and Ocwen regarding same (2.5); review and respond to comments to amendments and legal opinions (1.5); negotiate amendment provisions (0.5); review and comment on amendments (1.0). | 6.00 |
|---|---|---|---|
| 02/07/13 | M. Howard | Various discussions on the status of the pooling and servicing agreements with ResCap and Mayer Brown (2.3); review of revised drafts of amendments to pooling and servicing agreements (1.7). | 4.00 |
| 02/08/13 | D. Bent | Review precedent, draft and distribute Omnibus Amendment No. 2013-1C (2.4); review precedent, draft and distribute Amendment No. FNBA 2004-AR1 and Amendment No. MSLT 2005-01 (3.1); prepare and review list of amended deals for Moody's Investor Service and Fitch Ratings, Inc. (0.7); telephone conference with M. Schoffelen (ResCap), R. Delgado (Ocwen), I. Javier (Ocwen), R. Maheshwari (Ocwen), H. Gudmundsson (Mayer Brown) and D. Beasley (Orrick Senior Associate) regarding whole loan amendments (0.6); telephone conferences with M. Schoffelen (ResCap) and M. Carnevale (ResCap) regarding same (0.2); telephone conference with D. Coelho-Adams (Seward and Kissel) regarding whole loan amendments (0.2); telephone conferences with D. Lofano (Alston & Bird) regarding whole loan amendments (0.6). | 7.80 |
| 02/08/13 | D. Beasley | Telephone conference with M. Schoffelen (ResCap), R. Delgado (Ocwen), I. Javier (Ocwen), R. Maheshwari (Ocwen), H. Gudmundsson (Mayer Brown) and D. Bent (Orrick Contract Associate) regarding whole loan amendments (0.6); respond to requests from Mayer Brown and Ocwen regarding same (1.0); review comments to amendments (0.3); respond to requests from trustees and whole loan counterparties (2.0). | 3.90 |
| 02/08/13 | M. Howard | Various discussions on the status of the pooling and servicing agreements with ResCap and Mayer Brown (1.2); review of revised drafts of amendments to pooling and servicing agreements (0.9). | 2.10 |
| 02/11/13 | J. Farmer | Revise amendments to servicing agreements. | 3.40 |

*(handwritten annotations in margin: "2.3" next to M. Howard 02/07/13 entry; "2" and "1.2" next to M. Howard 02/08/13 entry)*

Residential Capital - 11474                                                                          April 16, 2013
page 7                                                                                          Invoice No. 1413174

| 02/11/13 | D. Bent | Review underlying documentation for ten whole loan deals and draft and distribute the corresponding amendments for each deal (8.3); telephone conference with R. Delgado (Ocwen) regarding whole loan amendments (0.1); telephone conference with H. Gudmundsson (Mayer Brown) regarding Omnibus Amendment No. 2013-1C (0.2); telephone conferences with M. Schoffelen (ResCap) regarding whole loan amendments (0.2); telephone conferences and email communications with T. Swanson (Moody's Investor Service) regarding Omnibus Amendments (0.2); telephone conference with D. Lofano (Alston & Bird) regarding whole loan amendments (0.1). | 9.10 |
| 02/11/13 | D. Beasley | Respond to requests from whole loan counterparties and trustees regarding amendments (1.5); respond to requests from Mayer Brown and Ocwen regarding same (2.0); review comments to amendments and various closing documents (1.5); respond to requests from P. Fleming (ResCap) and J. Ruckdaschel (ResCap In-House Counsel) regarding same (1.0). | 6.00 |
| 02/11/13 | M. Howard | Various discussions on the status of the pooling and servicing agreements with ResCap and Mayer Brown (1.6); review of revised drafts of amendments to pooling and servicing agreements and drafts of whole loan agreement amendments (0.6). | 2.20 |
| 02/12/13 | J. Farmer | Revise amendments to servicing agreements. | 1.40 |
| 02/12/13 | D. Bent | Review, revise and distribute Omnibus Amendment No. 2013-1C to all parties (0.5); review precedent, draft and distribute whole loan amendments, including the required opinions thereto (4.3); email response to inquiries from H. Gudmundsson (Mayer Brown) regarding Impac Servicing Agreement (0.2); telephone conferences with D. Coelho-Adams (Seward & Kissel) regarding whole loan amendments (0.4); telephone conference with N. Hanson (Fitch Ratings) regarding Omnibus Amendments and whole loan amendments (0.3); telephone conferences with M. Schoffelen (ResCap) regarding Omnibus Amendments and whole loan amendments (0.2). | 5.90 |
| 02/12/13 | D. Beasley | Respond to requests from Ocwen and Mayer Brown with respect to omnibus amendments and whole loan agreement amendments (4.5); review revised drafts of amendment documents (1.0); respond to requests from whole loan counterparties and trustees (1.0). | 6.50 |

> L 1.6

# EXHIBIT I

GMAC Mortgage, LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
April 24, 2013

Invoice: 10803878
Page 12

| Date | Name | Services | Time |
|------|------|----------|------|
| 3/27/13 | R.R. Tooley | Review loan files. | 2.00 |
| 3/27/13 | L.S. Welwarth | Work on legal review process. | 0.50 |
| 3/27/13 | L.S. Welwarth | Review loan files. | 1.20 |
| 3/28/13 | G. Apfel | Work on response to U.S. Trustee objection to fee application. | 1.50 |
| 3/28/13 | G. Apfel | Telephone calls with U.S. Trustee and FRB re fee application objection. | 0.50 |
| 3/28/13 | G. Apfel | Team call to review changes to sharepoint and observations reporting process. | 3.00 |
| 3/28/13 | G. Apfel | Work on loan review process. | 1.30 |
| 3/28/13 | G. Apfel | Work on legal review process. | 1.10 |
| 3/28/13 | J.M. Friedman | Team call to review changes to sharepoint and observations reporting process. | 3.00 |
| 3/28/13 | D. Kovsky-Apap | Work on legal review process. | 0.50 |
| 3/28/13 | D. Kovsky-Apap | Team call to review changes to SharePoint and observations reporting process. | 3.00 |
| 3/28/13 | D. Kovsky-Apap | Review loan files. | 3.70 |
| 3/28/13 | D. Kovsky-Apap | Work on response to U.S.T. fee objection. | 0.90 |
| 3/28/13 | K. Kress | Review loan files. | 1.70 |
| 3/28/13 | K. Kress | Team call to review changes to Sharepoint and observations reporting process. | 2.70 |
| 3/28/13 | D. Murphy | Review loan files. | 0.20 |
| 3/28/13 | D. Murphy | Team call to review changes to Sharepoint and observation reporting process. | 3.00 |
| 3/28/13 | D. Murray | Team call to review changes to Sharepoint and observations reporting process. | 2.00 |
| 3/28/13 | W.R. Wagner | Team call to review changes to SharePoint and observations reporting process. | 1.50 |
| 3/28/13 | W.R. Wagner | Review loan files. | 4.00 |
| 3/28/13 | A. Wisotsky | Team call to review changes to Sharepoint and observations reporting process. | 1.50 |
| 3/28/13 | K.B. Braun | Team call to review changes to SharePoint and observations reporting process. | 2.80 |
| 3/28/13 | C. Kimmel | Team call to review changes to share point and observations reporting process. | 2.30 |
| 3/28/13 | L.A. Poltrock | Review loan files. | 0.70 |
| 3/28/13 | L.A. Poltrock | Team call to review changes to SharePoint and observations reporting process. | 2.90 |
| 3/28/13 | B.F. Scotti | Team call to review changes to SharePoint and observations reporting process. | 3.00 |

UST objection

UST objection

GMAC Mortgage, LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
April 24, 2013

Invoice: 10803878
Page 13

| Date | Name | Services | Time |
|------|------|----------|------|
| 3/28/13 | J. VandeWyngearde | Team call to review changes to SharePoint and observations reporting process. | 3.00 |
| 3/28/13 | L.J. Casey | Team call to review changes to SharePoint and observations reporting process. | 3.00 |
| 3/28/13 | L.J. Casey | Review loan files. | 1.50 |
| 3/28/13 | E.L. Coccia | Team call to review changes to SharePoint and observations reporting process | 3.10 |
| 3/28/13 | C.A. DiValentino | Team call to review changes to SharePoint and observations reporting process. | 3.00 |
| 3/28/13 | C.A. DiValentino | Review loan files. | 1.00 |
| 3/28/13 | A.L. Harris | Review loan files. | 2.40 |
| 3/28/13 | A.L. Harris | Team call to review changes to SharePoint and observations reporting process. | 3.00 |
| 3/28/13 | C.B. Holtzman | Team call to review changes to SharePoint and observations reporting process | 3.00 |
| 3/28/13 | A. Mavraganis | Team call to review changes to SharePoint and observations reporting process. | 2.90 |
| 3/28/13 | N.R. Smarr | Team call to review changes to SharePoint and observations reporting process. | 2.00 |
| 3/28/13 | L.S. Welwarth | Team call to review changes to SharePoint and observations reporting process | 2.00 |
| 3/29/13 | G. Apfel | Work on presentation to U.S. Trustee in support of fee application. | 3.10 |
| 3/29/13 | G. Apfel | Review loan files. | 4.40 |
| 3/29/13 | J.M. Friedman | Review loan files. | 2.50 |
| 3/29/13 | D. Kovsky-Apap | Review loan files. | 2.20 |
| 3/29/13 | D. Kovsky-Apap | Work on response to UST's objection to fee application | 4.10 |
| 3/29/13 | D. Murphy | Review loan files. | 2.30 |
| 3/29/13 | D. Murray | Review loan files. | 1.25 |
| 3/29/13 | W.R. Wagner | Review loan files. | 6.00 |
| 3/29/13 | A. Wisotsky | Review loan files. | 1.60 |
| 3/29/13 | K.B. Braun | Review loan files. | 2.20 |
| 3/29/13 | B.F. Scotti | Review loan files. | 4.40 |
| 3/29/13 | L.J. Casey | Review loan files. | 0.50 |
| 3/29/13 | E.L. Coccia | Review loan files. | 3.50 |
| 3/29/13 | A.L. Harris | Review loan files. | 1.40 |
| 3/29/13 | C.B. Holtzman | Review loan files. | 3.10 |
| 3/29/13 | A. Mavraganis | Review loan files. | 3.20 |
| 3/29/13 | M. Alexsy | Work on loan assignments. | 1.60 |

UST objection (handwritten note, pointing to 3/29/13 G. Apfel row)

UST objection (handwritten note, pointing to 3/29/13 D. Kovsky-Apap row)

GMAC Mortgage, LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002          Invoice: 10803878
April 24, 2013                                Page 14

| Date | Name | Services | Time |
|------|------|----------|------|
| 3/29/13 | M. Alexsy | Work re objections to fee applications. | 2.70 |
| 3/30/13 | D. Kovsky-Apap | Work on response to UST objection to fee application. | 1.10 |
| 3/30/13 | W.R. Wagner | Review loan files. | 5.00 |
| 3/31/13 | G. Apfel | Work on presentation to U.S. Trustee. | 2.20 |
| 3/31/13 | G. Apfel | Review loan files. | 4.90 |
| 3/31/13 | D. Kovsky-Apap | Work on response to UST objection to fee application | 2.00 |
| 3/31/13 | D. Kovsky-Apap | Review loan files. | 1.50 |
| 3/31/13 | W.R. Wagner | Review loan files. | 2.00 |
| 3/31/13 | C. Kimmel | Review loan files. | 1.50 |

*(Handwritten margin notes: "UST objectium", "UST obj", "UST obj")*

TOTAL CHARGEABLE HOURS ............................................................... 1,093.60

TOTAL FEES ......................................................................... $552,649.25


**Meals**

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 03/11/13 | CON1 | Out of Town Meals - GARY APFEL - 3/5/13 DINNER | 1 | 20.00 | 20.00 |
| 03/11/13 | CON1 | Out of Town Meals - GARY APFEL - 3/6/13 DINNER | 1 | 20.00 | 20.00 |
| 03/15/13 | CON1 | Out of Town Meals - DEBORAH KOVSKY-APAP - TRAVEL TO PHILADELPHIA 3/5-8/13 - LUNCH/SNACKS 3/6/13 | 1 | 10.42 | 10.42 |
| 03/25/13 | CON1 | Out of Town Meals - GARY APFEL - EXPENSES FOR 3/19-21/13 - DINNER WITH ADAM KELLY OF PWC 3/20/13 | 1 | 40.00 | 40.00 |
| 03/25/13 | CON1 | Out of Town Meals - GARY APFEL - EXPENSES FOR 3/19-21/13 - DINNER 3/19/13 | 1 | 20.00 | 20.00 |
| 03/25/13 | CON1 | Out of Town Meals - GARY APFEL - EXPENSES FOR 3/19-21/13 - LUNCH WITH ADAM KELLY OF PWC 3/20/13 | 1 | 20.00 | 20.00 |

GMAC Mortgage, LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                                    Invoice: 10803878
April 24, 2013                                                                  Page 15

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
|      |      | **SubTotal For: Meals** |       |      | $130.42 |

## Docket Search

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 03/13/13 | DKT3 | 100112 - 123112 - PACER SERVICE | 1 | 296.60 | 296.60 |
| 03/13/13 | DKT3 | 100112 - 123112 - PACER SERVICE | 1 | 22.70 | 22.70 |
|      |      | **SubTotal For: Docket Search** |       |      | $319.30 |

## Messenger Service

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 03/19/13 | MES4 | FedEx: Kenneth S,Ziman & Jo NEW YORK CITY | 1 | 16.83 | 16.83 |
| 03/19/13 | MES4 | FedEx: Eric J Small, Esq POUGHKEEPSIE | 1 | 16.83 | 16.83 |
| 03/19/13 | MES4 | FedEx: Larren M Nashelsky, NEW YORK CITY | 1 | 16.83 | 16.83 |
| 03/19/13 | MES4 | FedEx: Richard M Cieri & R NEW YORK | 1 | 15.53 | 15.53 |
| 03/19/13 | MES4 | FedEx: Tracy Hope Davis,Lin NEW YORK | 1 | 15.53 | 15.53 |
| 03/19/13 | MES4 | FedEx: Kenneth H Eckstein, NEW YORK CITY | 1 | 16.83 | 16.83 |
| 03/19/13 | MES4 | FedEx: Tammy Hamzehpour FORT WASHINGTON | 1 | 16.83 | 16.83 |
|      |      | **SubTotal For: Messenger Service** |       |      | $115.21 |

## Travel Expense

| Date | Code | Description | Units | Cost | Value |
|------|------|-------------|-------|------|-------|
| 03/11/13 | TRV1 | Travel Expense - GARY APFEL - 3/7/13 CAB FROM LAX TO HOME | 1 | 58.00 | 58.00 |
| 03/11/13 | TRV1 | Travel Expense - GARY APFEL - 3/5/13 CAB FROM HOME TO LAX | 1 | 58.00 | 58.00 |

# Pepper Hamilton LLP
#### Attorneys at Law

Suite 1670
Wells Fargo Tower
333 South Grand Avenue
Los Angeles, CA 90071
213.293.3130

Invoice Number: 10810412
Client/Matter Number: 139697.00002
May 17, 2013

Tammy Hamzehpour, General Counsel
Ally Financial, Inc.
1100 Virginia Drive
Fort Washington, PA 19034

William B. Solomon, Jr., General Counsel
Ally Financial, Inc.
200 Renaissance Center
Detroit, M 48265-2000

Requesting Attorney: Gary Apfel                     Federal Identification No. 23-1433012

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2013 as follows

RE:    **Foreclosure Look Back Review**

| Date | Name | Services | Time |
|------|------|----------|------|
| 4/1/13 | K. Kress | Review loan files. | 2.00 |
| 4/1/13 | D. Murphy | Review loan files. | 2.00 |
| 4/1/13 | W.R. Wagner | Review loan files. | 6.00 |
| 4/1/13 | K.B. Braun | Review loan files. | 0.20 |
| 4/1/13 | C. Kimmel | Review loan files. | 5.00 |
| 4/1/13 | L.A. Poltrock | Review loan files. | 0.80 |
| 4/1/13 | A.L. Harris | Review loan files. | 3.10 |
| 4/1/13 | C.B. Holtzman | Review loan files. | 2.90 |
| 4/1/13 | N.R. Smarr | Review loan files. | 8.30 |
| 4/1/13 | M. Alexsy | Work on loan assignments. | 1.00 |
| 4/1/13 | M. Alexsy | Work on fee applications. | 0.80 |
| 4/2/13 | G. Apfel | Work on presentation to U.S. Trustee. | 1.80 |
| 4/2/13 | G. Apfel | Review loan files. | 3.10 |
| 4/2/13 | G. Apfel | Prepare for meeting with FRB. | 2.10 |
| 4/2/13 | J.M. Friedman | Review loan files. | 2.00 |
| 4/2/13 | W.R. Wagner | Review loan files. | 5.00 |
| 4/2/13 | K.B. Braun | Review loan files. | 0.10 |
| 4/2/13 | C. Kimmel | Review loan files. | 1.50 |
| 4/2/13 | B.F. Scotti | Review loan files. | 1.20 |
| 4/2/13 | L.J. Casey | Review loan files. | 0.80 |


UST
obj

Ally Financial, Inc.
Client/Matter Number: 139697.00002
May 17, 2013

Invoice: 10810412
Page 2

| Date | Name | Services | Time |
|------|------|----------|------|
| 4/2/13 | E.L. Coccia | Revise detailed summary of Work on Sharepoint Instructions Sheet | 0.40 |
| 4/2/13 | A.L. Harris | Review loan files. | 0.60 |
| 4/2/13 | A. Mavraganis | Review loan files. | 1.80 |
| 4/2/13 | A. Mavraganis | Review loan files. | 2.00 |
| 4/2/13 | M. Alexsy | Work on loan assignments. | 1.00 |
| 4/2/13 | M. Alexsy | Work on fee application. | 0.50 |
| 4/3/13 | G. Apfel | Prepare for meeting with FRB and participate in meeting. | 2.60 |
| 4/3/13 | G. Apfel | Work on loan review process. | 1.40 |
| 4/3/13 | G. Apfel | Prepare presentation to U.S. Trustee re fee application. | 1.90 |
| 4/3/13 | G. Apfel | Conference call with U.S. Trustee re fee application. | 1.30 |
| 4/3/13 | J.M. Friedman | Review loan files. | 2.00 |
| 4/3/13 | R. Hertzberg | Telephone call with D. Kovsky re objection filed to fee request by UST. | 0.20 |
| 4/3/13 | D. Kovsky-Apap | Give presentation to FRB re review process and progress. | 0.80 |
| 4/3/13 | D. Kovsky-Apap | Prepare for and participate in conference call with UST re fee application. | 2.80 |
| 4/3/13 | D. Kovsky-Apap | Review loan files. | 1.90 |
| 4/3/13 | D. Murphy | Review loan files. | 2.30 |
| 4/3/13 | W.R. Wagner | Review loan files. | 4.00 |
| 4/3/13 | C. Kimmel | Review loan files. | 0.30 |
| 4/3/13 | L.J. Casey | Meet with regulators to review loan process. | 0.80 |
| 4/3/13 | L.J. Casey | Review loan files. | 4.50 |
| 4/3/13 | L.J. Casey | Work on loan review process. | 1.00 |
| 4/3/13 | N.R. Smarr | Review loan files. | 2.00 |
| 4/3/13 | M. Alexsy | Work on fee application. | 1.80 |
| 4/3/13 | M. Alexsy | Work on loan assignments. | 1.20 |
| 4/4/13 | G. Apfel | Work on response to U.S. Trustee objection to fee application. | 1.20 |
| 4/4/13 | G. Apfel | Review loan files. | 4.10 |
| 4/4/13 | G. Apfel | Work on legal review. | 1.60 |
| 4/4/13 | G. Apfel | Work on remediation framework. | 0.60 |
| 4/4/13 | J.M. Friedman | Review loan files. | 0.50 |
| 4/4/13 | R. Hertzberg | Review fee application of Pepper and objection filed by the UST. | 0.60 |
| 4/4/13 | R. Hertzberg | Conference call with D. Kovsky and G. Apfel re addressing objections filed by UST to our fee request. | 0.60 |

UST objection

UST. obj.

UST. obj

UST obj

UST obj

Ally Financial, Inc.
Client/Matter Number: 139697.00002
May 17, 2013

Invoice: 10810412
Page 3

| Date | Name | Services | Time |
|------|------|----------|------|
| 4/4/13 | R. Hertzberg | Telephone call with G. Apfel re position on doing a supplemental application and process. | 0.20 |
| 4/4/13 | D. Kovsky-Apap | Confer with R. Hertzberg and G. Apfel re responding to UST's objection. | 0.50 |
| 4/4/13 | D. Kovsky-Apap | Telephone conference with S. Henry re adjournment of hearing. | 0.10 |
| 4/4/13 | D. Kovsky-Apap | Review loan files. | 0.90 |
| 4/4/13 | D. Murphy | Review loan files. | 1.50 |
| 4/4/13 | W.R. Wagner | Review loan files. | 4.00 |
| 4/4/13 | L.J. Casey | Review loan files. | 0.40 |
| 4/4/13 | E.L. Coccia | Review loan files. | 11.60 |
| 4/4/13 | A.L. Harris | Review loan files. | 3.10 |
| 4/4/13 | C.B. Holtzman | Review loan files. | 3.80 |
| 4/4/13 | N.R. Smarr | Review loan files. | 1.00 |
| 4/4/13 | L.S. Welwarth | Review loan files. | 2.40 |
| 4/4/13 | S. Henry | Communications with D. Kovsky-Apap re adjournment of April 11 hearing on Pepper fee application | 0.30 |
| 4/5/13 | G. Apfel | Work on response to U.S. Trustee objections. | 0.40 |
| 4/5/13 | G. Apfel | Work on legal review process - Hard stop on stay review; second individual tested; Calculation of BK non default review period; modified review for Chapter 7 with intent to keep property; change in borrower intent; observation language requested by GMAC; treatment of property inspections; telephone calls; credit bureau reports; property preservation and loan modifications; foreclosures on date of bankruptcy petition. | 2.20 |
| 4/5/13 | G. Apfel | Review loan files. | 4.50 |
| 4/5/13 | J.M. Friedman | Review loan files. | 1.50 |
| 4/5/13 | D. Kovsky-Apap | Review multiple loan files to determine applicable stay period and fees information. | 2.30 |
| 4/5/13 | D. Kovsky-Apap | Work on response to UST's objection to fee application. | 1.00 |
| 4/5/13 | D. Kovsky-Apap | Telephone and email to B. Masumoto re adjournment of hearing. | 0.20 |
| 4/5/13 | D. Murphy | Review loan files. | 3.50 |
| 4/5/13 | D. Murray | Review loan files. | 0.50 |
| 4/5/13 | W.R. Wagner | Review loan files. | 5.00 |
| 4/5/13 | K.B. Braun | Review loan files. | 1.50 |
| 4/5/13 | C. Kimmel | Review loan files. | 1.20 |

UST objection

UST obj

UST obj

Ally Financial, Inc.
Client/Matter Number: 139697.00002
May 17, 2013

Invoice: 10810412
Page 4

| Date | Name | Services | Time |
|------|------|----------|------|
| 4/5/13 | L.A. Poltrock | Review loan files. | 0.90 |
| 4/5/13 | B.F. Scotti | Review loan files | 2.10 |
| 4/5/13 | E.L. Coccia | Review loan files. | 4.70 |
| 4/5/13 | C.B. Holtzman | Review loan files. | 2.40 |
| 4/5/13 | A. Mavraganis | Review loan files. | 1.80 |
| 4/6/13 | W.R. Wagner | Review loan files. | 3.00 |
| 4/6/13 | A.L. Harris | Review loan files. | 0.60 |
| 4/6/13 | L.S. Welwarth | Review loan files. | 3.20 |
| 4/7/13 | D. Kovsky-Apap | Review loan files. | 2.30 |
| 4/7/13 | W.R. Wagner | Review loan files. | 2.00 |
| 4/7/13 | B.F. Scotti | Review loan files | 1.30 |
| 4/7/13 | E.L. Coccia | Review loan files. | 2.00 |
| 4/7/13 | C.A. DiValentino | Review loan files. | 4.75 |
| 4/7/13 | L.S. Welwarth | Review loan files. | 3.20 |
| 4/8/13 | G. Apfel | Review loan files. | 2.40 |
| 4/8/13 | J.M. Friedman | Review loan files. | 4.00 |
| 4/8/13 | R. Hertzberg | Conference with D. Kovsky re adjournment of fee hearing and getting UST response and review emails with UST re position on adjournment and new date. | 0.30 |
| 4/8/13 | D. Kovsky-Apap | Review loan files. | 0.50 |
| 4/8/13 | D. Kovsky-Apap | Confer with chambers and UST re adjourning hearing on Pepper fee application. | 0.40 |
| 4/8/13 | D. Kovsky-Apap | Discussion with R. Hertzberg re adjournment of hearing on fee application. | 0.30 |
| 4/8/13 | K. Kress | Review loan files. | 4.20 |
| 4/8/13 | D. Murphy | Review loan files. | 4.40 |
| 4/8/13 | D. Murray | Review loan files. | 1.75 |
| 4/8/13 | W.R. Wagner | Review loan files. | 3.00 |
| 4/8/13 | A. Wisotsky | Review loan files. | 0.90 |
| 4/8/13 | K.B. Braun | Review loan files. | 0.60 |
| 4/8/13 | C. Kimmel | Review loan files. | 2.25 |
| 4/8/13 | L.A. Poltrock | Review loan files. | 1.40 |
| 4/8/13 | B.F. Scotti | Review loan files | 8.30 |
| 4/8/13 | L.J. Casey | Review loan files. | 4.10 |
| 4/8/13 | E.L. Coccia | Review loan files. | 4.30 |
| 4/8/13 | C.A. DiValentino | Review loan files. | 5.00 |
| 4/8/13 | A.L. Harris | Review loan files. | 5.00 |
| 4/8/13 | C.B. Holtzman | Review loan files. | 3.30 |
| 4/8/13 | A. Mavraganis | Review loan files. | 4.70 |
| 4/8/13 | N.R. Smarr | Review loan files. | 6.50 |

UST Objection:

Ally Financial, Inc.
Client/Matter Number: 139697.00002
May 17, 2013

Invoice: 10810412
Page 13

| Date | Name | Services | Time |
|------|------|----------|------|
| 4/25/13 | K.B. Braun | Review loan files. | 0.80 |
| 4/25/13 | E.L. Coccia | Review loan files. | 10.40 |
| 4/25/13 | C.A. DiValentino | Review loan files. | 1.25 |
| 4/25/13 | C.B. Holtzman | Review loan files. | 2.50 |
| 4/25/13 | A. Mavraganis | Review loan files. | 3.40 |
| 4/25/13 | N.R. Smarr | Review loan files. | 3.50 |
| 4/25/13 | L.S. Welwarth | Review loan files. | 2.50 |
| 4/25/13 | S. Henry | Work on loan assignments | 1.00 |
| 4/25/13 | S. Henry | Work on monthly fee statements | 0.70 |
| 4/26/13 | G. Apfel | Review loan files. | 4.30 |
| 4/26/13 | J.M. Friedman | Review loan files. | 4.25 |
| 4/26/13 | D. Kovsky-Apap | Work on response to UST objection. | 2.70 |
| 4/26/13 | D. Kovsky-Apap | Work on documenting revisions to legal review process based on modifications implemented by PwC. | 1.00 |
| 4/26/13 | D. Kovsky-Apap | Correspondence with PwC re question about sale date discrepancy. | 0.10 |
| 4/26/13 | D. Kovsky-Apap | Correspondence with PwC re status of loan file. | 0.10 |
| 4/26/13 | D. Kovsky-Apap | Review loan files. | 1.70 |
| 4/26/13 | D. Murphy | Review loan files. | 2.60 |
| 4/26/13 | D. Murray | Review loan files. | 2.00 |
| 4/26/13 | W.R. Wagner | Review loan files. | 4.00 |
| 4/26/13 | K.B. Braun | Review loan files. | 0.50 |
| 4/26/13 | E.L. Coccia | Review loan files. | 5.00 |
| 4/26/13 | A.L. Harris | Review loan files. | 0.30 |
| 4/26/13 | C.B. Holtzman | Review loan files. | 3.40 |
| 4/26/13 | N.R. Smarr | Review loan files. | 0.70 |
| 4/26/13 | S. Henry | Work on loan assignments | 0.30 |
| 4/27/13 | W.R. Wagner | Review loan files. | 3.00 |
| 4/28/13 | D. Kovsky-Apap | Review loan files. | 1.00 |
| 4/28/13 | W.R. Wagner | Review loan files. | 3.20 |
| 4/28/13 | C.B. Holtzman | Review loan files. | 1.00 |
| 4/29/13 | G. Apfel | Review loan files. | 3.80 |
| 4/29/13 | G. Apfel | Participate in conference call with PwC and GMAC and Hudco. | 0.50 |
| 4/29/13 | G. Apfel | Work on legal review process - property preservation activities; intent to keep property during stay review period; improper payments; stay period payments. | 1.80 |
| 4/29/13 | G. Apfel | Work on fee application. | 0.70 |
| 4/29/13 | J.M. Friedman | Review loan files. | 5.25 |

UST
Objection

Ally Financial, Inc.
Client/Matter Number: 139697.00002
May 17, 2013

Invoice: 10810412
Page 14

| Date | Name | Services | Time |
|---|---|---|---|
| 4/29/13 | D. Kovsky-Apap | Participate in conference call with A. Kelly, N. Meliti, G. Apfel and L. Casey re review and analysis of payment histories for remediation purposes. | 1.10 |
| 4/29/13 | D. Kovsky-Apap | Participate in weekly status update call with GMAC. | 0.20 |
| 4/29/13 | D. Kovsky-Apap | Correspondence with G. Apfel and L. Casey re legal question re property preservation activities. | 0.20 |
| 4/29/13 | D. Kovsky-Apap | Review loan files. | 1.40 |
| 4/29/13 | K. Kress | Review loan files. | 2.20 |
| 4/29/13 | D. Murphy | Review loan files. | 1.40 |
| 4/29/13 | D. Murray | Review loan files. | 1.25 |
| 4/29/13 | W.R. Wagner | Review loan files. | 4.00 |
| 4/29/13 | A. Wisotsky | Review loan files. | 0.75 |
| 4/29/13 | K.B. Braun | Review loan files. | 0.90 |
| 4/29/13 | C.A. DiValentino | Review loan files. | 3.00 |
| 4/29/13 | A.L. Harris | Review loan files. | 4.10 |
| 4/29/13 | C.B. Holtzman | Review loan files. | 6.30 |
| 4/29/13 | R.R. Tooley | Review loan files. | 4.00 |
| 4/29/13 | L.S. Welwarth | Review loan files. | 5.70 |
| 4/29/13 | S. Henry | Work on loan assignments | 1.10 |
| 4/30/13 | G. Apfel | Review loan files. | 6.60 |
| 4/30/13 | G. Apfel | Work on legal review process - payment history review. | 0.90 |
| 4/30/13 | G. Apfel | Conference call with FRB, FDIC, PwC and Hudco. | 0.80 |
| 4/30/13 | J.M. Friedman | Review loan files. | 3.75 |
| 4/30/13 | D. Kovsky-Apap | Review loan files. | 1.10 |
| 4/30/13 | D. Kovsky-Apap | Participate in status update conference call with FRB. | 0.60 |
| 4/30/13 | D. Kovsky-Apap | Review draft procedures for analyzing payment history for purposes of determining potential remediation. | 0.30 |
| 4/30/13 | K. Kress | Review loan files. | 0.80 |
| 4/30/13 | D. Murphy | Review loan files. | 1.40 |
| 4/30/13 | D. Murray | Review loan files. | 1.00 |
| 4/30/13 | W.R. Wagner | Review loan files. | 3.60 |
| 4/30/13 | K.B. Braun | Review loan files. | 1.10 |
| 4/30/13 | C. Kimmel | Review loan files. | 0.80 |
| 4/30/13 | R.L. Vanderpool, IV | Review loan files. | 0.50 |
| 4/30/13 | J. VandeWyngearde | Review loan files. | 1.00 |
| 4/30/13 | L.J. Casey | Work on remediation process. | 1.50 |
| 4/30/13 | E.L. Coccia | Review loan files. | 4.20 |

# EXHIBIT J

**Perkins Coie, LLP**

***Vague time records (V)***

3/21 P. Tracey 1.5 hrs ($1,027.50) review policy

3/22 Tracey 1.2 hrs. ($822) review policy

3/25 Tracey 2.4hrs. ($1,644) review policy file

3/27 Kellner 2.7 hrs. ($2,430) read documents

3/30 Tracey 1.8 hrs. ($1233) review policy file

4/3 Podsiaklik 2.5 hrs. ($1012.5) research

4/4 Podsiadlik 8.9 hrs. ($3,604.5) finish researching4/4

4/4 Bridgeman 1.5 hrs ($930) review background materials and research regarding same

Podsiadlik 2 hrs ($810) finish drafting meail to M. Sharkey

4/8 Sharkey .3 hr. ($217.5) review research

4/10 Schreiner 2.3 hrs. ($1138.5) research

4/11 Crandell 6.8 hrs. ($1805) research

4/11 Schreiner 5.1 hrs. ($2,524.5) research

4/13 Sharkey .4 hr. ($290) research

4/23 Podisiadlik 7.2 hrs. ($2,511) research

4/23 Russell 2.1 hrs. ($987) research case law

4/24 Fisher 5.6 hrs. ($2,044) research

4/25 Fisher 5 hrs. ($1825) research

4/26 Podsiadlik 5.3 hrs. ($2,146.50) research

4/27 Fisher 6 hrs. ($2,190) research

4/27 Podsiadlik 7.6 hrs. ($2,078) research

4/28 Fisher 1.7 hrs. ($620.50) research

4/28 Podsiadlik 2.5 hrs. ($1,012.5) research

# EXHIBIT K



**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      343720      JBS                                                    March 27, 2013

Ocwen Financial Corporation
Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

CLIENT      19000      OCWEN Loan Servicing
MATTER      1393      Stovall, Ahn
                      GMAC Matter No.: 697478

**TOTAL AMOUNT DUE**            **$5,536.65**

*** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    343720    JBS                                        March 27, 2013

Ocwen Financial Corporation

Attn: Natasha I. Campbell
Senior Managing Counsel
1100 Virginia Drive
Mail Code: 190-FTW-L95
Fort Washington, PA 19006

Matter    19000 1393    Stovall, Ahn
GMAC Matter No.: 697478

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    02/15/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 10/04/12 | Analysis and evaluation of title records and potential claims to resolve fraudulently recorded title documents to advise our client regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 10/08/12 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 10/09/12 | Analyze background of fraudulently recorded reconveyances on property and prepare initial strategy re clearing title on property. | L110 | 0.50 | 288.00 | 144.00 |
| LJT | 10/12/12 | Research title records and Tulare County Grantor/Grantee Index to update status of title and compile and review new title records to update title chronology. | L110 | 0.70 | 130.50 | 91.35 |
| LJT | 10/13/12 | Prepare updated chronology and title notebook. | L110 | 1.20 | 130.50 | 156.60 |
| MKS | 10/15/12 | Stovall - Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/22/12 | Analyze title chronology re multiple fraudulent recorded documents and research entities involved in recording of documents. | L110 | 0.70 | 288.00 | 201.60 |
| DL | 10/24/12 | Prepare memorandum to client re | L190 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343720 | CLIENT | OCWEN Loan Servicing | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Stovall, Ahn | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | review of fraudulently recorded documents and strategy for clearing title on property. | | | | | |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 11/07/12 | Exchange correspondence with borrower's prior counsel re recording of fraudulent documents on property and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | | 86.40 |
| DL | 12/06/12 | Research backgrounds of possible defendants in quiet title action. | L110 | 0.60 | 288.00 | | 172.80 |
| DL | 12/06/12 | Draft letter to Chase Merritt re its purported involvement in assignment of fraudulently recorded documents. | L110 | 0.80 | 288.00 | | 230.40 |
| DL | 12/07/12 | Revise letters to Chase Merritt and draft letter to Jasco Consulting and prepare correspondence to client re same. | L110 | 1.30 | 288.00 | | 374.40 |
| DL | 12/13/12 | Analyze correspondence from client re background of plaintiff's conduct in case. | L110 | 0.20 | 288.00 | | 57.60 |
| DL | 12/17/12 | Exchange correspondence with Jasco consulting re it purchasing property from Green Eagle Investments and title issues with property. | L110 | 0.40 | 288.00 | | 115.20 |
| DL | 12/18/12 | Exchange correspondence with client re communications with Jasco consulting re its purchase of property, preparing complaint and obtaining litigation guaranty. | L110 | 0.40 | 288.00 | | 115.20 |
| DL | 12/18/12 | Draft complaint for quiet title, declaratory relief, slander of title and cancellation of instruments. | L210 | 2.20 | 288.00 | | 633.60 |
| DL | 12/19/12 | Work on conflicts checks of possible defendants named in complaint. | L110 | 0.20 | 288.00 | | 57.60 |
| DL | 12/20/12 | Strategy re naming certain defendants in complaint and further draft and revise complaint for quiet title re fraudulent documents and prepare correspondence to client re same. | L210 | 3.10 | 288.00 | | 892.80 |
| DL | 12/24/12 | Exchange correspondence with client re adding claim for assignment of rents, naming of certain defendants in complaint and alleging causes of action | L210 | 1.20 | 288.00 | | 345.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   343720 | | CLIENT   OCWEN Loan Servicing | | | | Page   3 |
| --- | --- | --- | --- | --- | --- | --- |
| | | MATTER   Stovall, Ahn | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | in complaint. | | | | |
| DL | 12/30/12 | Research and revise complaint re possible rent skimming and assignment of rents. | L210 | 1.20 | 288.00 | 345.60 |
| DL | 12/30/12 | Prepare case update for client on case chart. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 01/02/13 | Further draft and revise complaint re rent skimming allegations and prepare correspondence to client re same. | L210 | 1.20 | 288.00 | 345.60 |
| DL | 01/16/13 | Work on drafting summons, civil case coversheet and review local rules re filing of complaint. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 01/30/13 | Check status of filing of complaint for quiet title. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 02/04/13 | Check status of filing of complaint and prepare correspondence to client re service of complaint. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 02/11/13 | Work on service of complaint on Stovall and Chase Merritt. | L110 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **18.80** | | **$5,101.65** |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 01/31/13 | Clerk of the Court -D; Court and Filing Fees; Filing Fee. Complaint. Draft#29771 1/18/13 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$435.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 7.70 | $1,918.35 |
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L190 | Other Case Assessment | 1.20 | $340.20 |
| L210 | Pleadings | 8.90 | $2,563.20 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **18.80** | **$5,101.65** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Liu, David | DL | Associate | 16.00 | 288.00 | $4,608.00 |
| Tarwater, Linda | LJT | Paralegal | 1.90 | 130.50 | $247.95 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 343720 | CLIENT | OCWEN Loan Servicing | Page | 4 |
| | | MATTER | Stovall, Ahn | | |

| | **Total** | **18.80** | **$5,101.65** |

| | FEES | $5,101.65 |
| | COSTS & EXPENSES | $435.00 |
| | **TOTAL THIS INVOICE** | **$5,536.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

| | DATE | CLIENT | MATTER | | PURPOSE |
|---|---|---|---|---|---|
| 28771 | 1/18/13 | (9000) | 1393 | | Filing fee - Complaint |
| | CASE/CLIENT | | | | |
| | GMAC / Stivall | | | | |

**(VOID 60 DAYS AFTER DATE)**

16-49 / 1220

PAY TO THE
ORDER OF Clerk of the Court

THE SUM OF Four hundred thirty-five 00/100 ——— DOLLARS $ 435.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**Union Bank**
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94101
(866) 836-2658  unionbank.com

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____

NON-NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 398-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# EXHIBIT L



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #              2046650-9

Re:                    Forensic Investigation - General
Client/Matter #        007351.00020

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | question from Kramer S. Ettari) on the formation of ResCap. | |
| 01/25/13 | MA | Responded to Kramer request for AP work product and TARP related materials.  Conducted research on GMAC's TARP application. | 2.20 |
| 01/25/13 | MSE | Prepare schedules of consolidating mortgage operations balance sheet. | 1.60 |
| 01/25/13 | MSE | Review historical mortgage operations capital activity. | 1.10 |
| 01/25/13 | MSE | Prepare analysis of GMAC Bank Tier 1 capital ratios. | 1.80 |
| 01/25/13 | MSE | Research relativity for TARP related documents. | 0.60 |
| 01/25/13 | MSE | Review TARP capital contributions presentation with AP Team (including M. Landy and M Arango) | 1.10 |
| 01/25/13 | TMT | Review of draft ResCap proposal for TARP | 1.10 |
| 01/25/13 | TMT | Review of SIGTARP report on GMAC's use of TARP funds | 1.00 |
| 01/25/13 | SEK | Conducted relativity searches for documents related to ResCap R&W/EPD Reserves | 3.50 |
| 01/25/13 | MEL | Review TARP analysis to plan for update. | 1.00 |
| 01/25/13 | MEL | Meet with D. O'Connor, M. Arango, and M Eisenberg to discuss Ally presentation and required follow-up. | 1.10 |
| 01/25/13 | SC | Document search and review related to GMAC TARP application | 3.00 |
| 01/28/13 | SC | Document review of internal audit reports | 3.60 |
| 01/28/13 | SC | Document review of internal audit reports | 4.40 |
| 01/28/13 | SEK | Conducted relativity searches for documents related to ResCap R&W/EPD Reserves | 4.00 |
| 01/28/13 | SEK | APLLP call to discuss R&W/solvency analysis | 0.60 |
| 01/28/13 | HK | Follow-up on Examiner questions regarding selected reasonably equivalent value questions on selected transactions. | 2.00 |
| 01/28/13 | DO | Review Committee counsels updating memos. | 0.20 |
| 01/28/13 | TMT | Review of capital contributions made to ResCap in the quarter ended March 31, 2008 | 0.80 |
| 01/28/13 | DO | Analyze ResCap payments/transfers of volume to A.F.I./Ally to assess offsets to capital contributions by Ally to ResCap. | 0.60 |

lumped


When it really matters.

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #              2046650-11

Re:                    Forensic Investigation - Pre-petition Related Party Asset Sales
Client/Matter #        007351.00022

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/15/13 | AM | Work on updating of transaction deck for Resort Finance sale. | 4.80 |
| 01/16/13 | MA | Reviewed updated Cerberus investigations deck. | 1.00 |
| 01/16/13 | MA | Reviewed documents related to Resort Finance sale and reviewed draft updated investigations deck. | 0.50 |
| 01/16/13 | BPJ | Updated Cerberus Model Home asset sale deck. | 1.30 |
| 01/16/13 | AM | Update of transaction deck for resort finance sale, share with M. Arango. | 4.60 *lumped* |
| 01/16/13 | AM | Search Relativity for information on Resort Finance sale | 1.80 |
| 01/16/13 | AM | Review of Bear Stearns presentation dated January 13 2008 related to the Resort Finance sale. | 1.30 |
| 01/17/13 | AM | Search Relativity for transaction documents relating to Fortress sale | 1.40 |
| 01/17/13 | AM | Review of transaction deck for European platform sale to Fortress. | 1.20 |
| 01/17/13 | AM | Review of financial statements for ResCap in 2009 and 2010 for information relating to European platform sale | 1.00 |
| 01/17/13 | AM | Review of documents downloaded from Relativity relating to Fortress sale | 1.20 |
| 01/17/13 | AM | Review of financial statements for Ally in 2009 and 2010 for information relating to European platform sale | 0.80 |
| 01/17/13 | MA | Reviewed draft updated Resort Finance investigations presentation. | 1.00 |
| 01/17/13 | SC | Search for documents related to Excessive Servicing Rights sale | 3.00 |
| 01/18/13 | MA | Reviewed draft Moelis presentation on mortgage-related agreements between GMACM and GMAC Bank. | 1.00 |
| 01/18/13 | MA | Discussed next steps on transaction reviews with S. Chu (Excess Servicing Rights and MSR Facility), T. Muzzin (European Mortgage platform and Broker Dealer) and S. Alter/S. Katzman (LOC, revolver and Health Capital). | 1.50 |
| 01/18/13 | SC | Reviewed documents related to Excessive Servicing Rights and updated the deck | 3.80 |
| 01/18/13 | SC | Reviewed documents related to Excessive Servicing Rights and updated the deck | 4.20 |


**AlixPartners** LLP
*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #                    2046650-11

Re:                          Forensic Investigation - Pre-petition Related Party Asset Sales
Client/Matter #              007351.00022

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 01/22/13 | DO | Analyze financial impact to ResCap of the non market attributes of the MSR SWAP, Pipeline SWAP and Master Mortgage Loan Purchase and Sale Agreements. | 0.60 |
| 01/23/13 | SMA | Discussions with S. Katzman regarding significant transaction memos. | 0.60 |
| 01/23/13 | AM | Review of Ally financial statements for 2008 and 2009 for information on broker dealer sale | 0.70 |
| 01/23/13 | AM | Review of broker dealer transaction deck. | 1.20 |
| 01/23/13 | AM | Review of ResCap financial statements for 2008 and 2009 for information on broker dealer sale | 0.80 |
| 01/23/13 | AM | Search Relativity for information on broker dealer sale | 1.70 |
| 01/23/13 | AM | Review of emails located from Relativity relating to broker dealer sale | 1.10 |
| 01/23/13 | AM | Review of loan agreement between GMAC and ResCap relating to broker dealer sale advancement | 1.30 |
| 01/24/13 | AM | Review of documents relating to broker dealer sale downloaded from Relativity | 1.40 |
| 01/24/13 | AM | Update of transaction deck for broker dealer sale | 3.40 |
| 01/24/13 | SC | Updating the factoring deck with newly found due diligence information | 2.50 |
| 01/24/13 | SC | Document search and review of summaries on factoring agreement | 4.40 |
| 01/24/13 | SMA | Review Health Capital presentation for additional documentation | 1.10 |
| 01/24/13 | SMA | Update Health Capital presentation for KL. | 3.40 |
| 01/24/13 | SEK | Updated Health Capital presentation | 1.00 |
| 01/24/13 | MA | Reviewed documents related to factoring facility due diligence.  Reviewed and revised draft investigations deck. | 3.00 |
| 01/24/13 | MA | Reviewed draft Health Capital investigations deck. | 0.50 |
| 01/24/13 | MA | Reviewed and updated draft MSR facility deck and chronology. | 2.00 |
| 01/24/13 | MA | Reviewed draft investigations deck for the US Broker Dealer/UK holding company sale to GMACCF. | 0.50 |
| 01/25/13 | MA | Reviewed updated investigations decks for Broker-Dealer, | 2.00 |



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| Invoice # | 2046650-12 |
|---|---|
| Re: | Ediscovery Consulting |
| Client/Matter # | 007351.00023 |

| Date | Consultant | Description of Services | Hours | |
|---|---|---|---|---|
| 01/03/13 | PCH | Updated production tracking chart; set up access for client reviewer; reran search term reports for current batches; discussed results of same with client and with J. Natividad; discussed search issue with FAS members to help create review pool. | 5.10 | lumped |
| 01/04/13 | PCH | Updated production tracking chart; fixed loading errors from previous productions. | 1.80 | lumped |
| 01/06/13 | PCH | Worked with client on issues with Relativity; contacted client's tech support to help client access documents. | 0.90 | lumped |
| 01/10/13 | PCH | Batched documents based on latest set of search terms and clusters designated by the client; collected load and production information for J. Natividad. | 4.50 | lumped |
| 01/13/13 | PCH | Reviewed J. Natividad's searches regarding search term hits and batch counts. | 1.50 | |
| 01/14/13 | JN | Create report on new search terms, per the request of Sam Ford at Kramer Levin. | 1.20 | |
| 01/14/13 | JN | Run updated search terms per the request of Sam Ford at Kramer Levin. | 5.40 | |
| 01/15/13 | PCH | Worked with client associate to formulate saved searches; QC'd latest production loads; updated client's project manager on all productions loaded into the review database to date; worked with client to obtain Citrix access; created tags for paralegal review. | 3.40 | lumped |
| 01/17/13 | JN | Perform updated version 3 searches per the request of Sam Ford at Kramer Levin. | 4.00 | |
| 01/17/13 | JN | Report and batch version 3 search terms per the request of Sam Ford at Kramer Levin. | 2.00 | |
| 01/18/13 | JN | Produce requested documents in PDF format per the request of Sam Ford at Kramer Levin. | 1.00 | |
| 01/23/13 | JN | Perform Relativity searches per the request of Sam Ford at Kramer Levin. | 1.50 | |
| 01/28/13 | JN | Perform version 4 search terms per the request of Sam Ford at Kramer Levin. | 1.20 | |
| 01/29/13 | JN | Produce requested documents in PDF format per the request of Sam Ford. | 1.10 | |
| | | **Total Hours** | **34.60** | |



**AlixPartners** LLP
*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| Invoice # | 2046650-15 |
|---|---|

| Re: | Forensic Investigation - June 2008 Restructuring |
|---|---|
| Client/Matter # | 007351.00026 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/21/13 | SEK | Updated LOC and Revolver chronology with STMs | 3.00 |
| 01/21/13 | SMA | Analysis of KL Revolver and LOC paydown request | 3.20 |
| 01/21/13 | SMA | Analysis of significant transaction summary memos. | 3.60 |
| 01/21/13 | SMA | Review updated LOC presentation and discussion with M. Arango regarding LOC presentation revisions. | 1.00 |
| 01/21/13 | MA | Reviewed draft updated LOC deck and chronology and discussed with S. Alter | 1.00 |
| 01/21/13 | MA | Discussed LOC related questions by email and over the phone with S. Ettari (Kramer). | 0.50 |
| 01/21/13 | MA | Researched question for Kramer on the revolver and LOC facilities through review of documents in relativity. | 2.00 |
| 01/21/13 | SMA | Analysis of borrowing base tracking schedule. | 1.60 |
| 01/22/13 | SMA | Analysis of debt forgiveness significant transaction memo | 1.40 |
| 01/22/13 | SMA | Analysis of ally bank as direct seller significant transaction memos | 1.80 |
| 01/22/13 | MA | Reviewed revised LOC chronology and deck. | 0.50 |
| 01/22/13 | SC | Document research and review of Barclays MSR facility term sheet and related emails | 2.40 |
| 01/22/13 | SC | Search and review Significant Transaction Memos related to the MSR facility | 3.60 |
| 01/22/13 | SMA | Review significant transaction memos and create workplan | 0.40 |
| 01/22/13 | SMA | Analysis of MSR swap significant transaction memo | 0.40 |
| 01/22/13 | SMA | Analysis of brokering consumer loans significant transaction memo | 1.10 |
| 01/22/13 | SEK | Compiled LOC drawdown/advance analysis | 3.00 |
| 01/23/13 | SMA | Analysis of LOC significant transaction memos | 2.40 |
| 01/23/13 | SC | Updated the MSR deck with new information found | 3.90 |
| 01/23/13 | SC | Updating the MSR deck | 4.10 |
| 01/23/13 | SMA | Analysis of loans brokered by GMACM significant transaction memos | 1.20 |
| 01/24/13 | SMA | Summary analysis of significant transaction memos | 4.20 |
| 01/25/13 | AM | Review work plan and schedule re: potential solvency adjustments | 0.40 |

*lumped* (handwritten annotation)
*lumped* (handwritten annotation)


When it really matters.

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| Invoice # | 2047285-10 |
|---|---|
| Re: | Forensic Investigation - General |
| Client/Matter # | 007351.00020 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/06/13 | SC | Performed relativity searches on 2006 dividends and updated capital contribution deck. | 3.80 |
| 02/06/13 | SC | Performed relativity searches on 2006 dividends and updated capital contribution deck. | 4.20 |
| 02/06/13 | SMA | Analysis of Ally capital contributions to Rescap. | 5.90 |
| 02/06/13 | SMA | Discussions with M. Landy regarding capital contributions presentation. | 1.00 |
| 02/07/13 | SMA | Discussions with M. Arango regarding revisions to capital contribution presentation. | 0.50 |
| 02/07/13 | MA | Reviewed documents provided by Kramer Levin. | 1.00 |
| 02/07/13 | SC | Prepared source documents for the capital contribution deck. | 4.20 |
| 02/07/13 | SC | Research on 2006 dividends paid. | 3.80 |
| 02/07/13 | MA | Reviewed draft document provided by Kramer and discussed upcoming call with A&M/Cleary with M. Landy. | 1.40   *lumped* |
| 02/07/13 | DO | Review updated capital contribution analyses including inter-company transfers/charges. | 1.10 |
| 02/07/13 | MA | Discussed draft documents and status of various work streams with S. Ettari (Kramer). | 0.70   *Vague* |
| 02/07/13 | MA | Discussed next steps on capital contributions deck with S. Alter and M. Landy. | 0.50 |
| 02/07/13 | MA | Make revisions to draft capital contributions analysis. | 1.10 |
| 02/07/13 | DO | Review Committee updated (prepared by KL) and related attached analyses and draft pleadings. | 0.20 |
| 02/07/13 | MA | Conducted research on 2006 dividends paid by ResCap. | 1.60 |
| 02/07/13 | MA | Conducted relativity searches for pre-June 2008 TNW requirement. | 1.80 |
| 02/07/13 | MA | Reviewed status of analyses and updated investigations workplan | 0.70   *Vague* |
| 02/07/13 | MA | Discussed various topics with Cleary (J. Opolsky), A&M (A. Sagat and D. Coles) and Kramer (D. Mannal, S. Ettari and C. Siegel). | 0.70 |
| 02/07/13 | SMA | Analysis of capital contributions | 7.10 |
| 02/08/13 | MA | Conducted relativity searches related to ResCap tangible net worth covenant requirements. | 3.50 |



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #          2047285-10

Re:                Forensic Investigation - General
Client/Matter #    007351.00020

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | contribution | |
| 02/12/13 | WW | Review ResCap 10Q for secured debt and collateral disclosure | 2.20 |
| 02/12/13 | SMA | Discussions with M. Arango regarding capital contribution analysis. | 0.70 |
| 02/12/13 | MA | Revise draft capital contributions deck. | 3.80 |
| 02/12/13 | MA | Discussed next steps on capital contributions deck with S. Alter. | 0.70 |
| 02/12/13 | DO | Review committee update memo prepared by Kramer Levin and relevant pleadings attached. | 0.40 |
| 02/13/13 | MA | Prepared for meeting with Kramer on solvency. Reviewed draft A&M solvency analysis and various AlixPartners work streams. | 2.30 lumped |
| 02/13/13 | MA | Discussed ResCap debt repayments on Ally facilities with A. Sagat (A&M) | 0.30 |
| 02/13/13 | MA | Researched ResCap financial statements related to debt forgiveness. | 0.70 |
| 02/13/13 | MA | Meeting with Kramer (G. Horowitz, C. Siegel, J. Rochon, N. Simon and S. Ettari) to discuss solvency analysis. | 3.20 |
| 02/13/13 | MA | Follow-up with investigations team after meeting with Kramer. | 1.50 |
| 02/13/13 | SMA | Review of TARP assistance | 2.30 |
| 02/13/13 | SMA | Executive summary for capital contribution presentation | 0.40 |
| 02/13/13 | SEK | Reviewed capital contributions deck | 1.20 |
| 02/14/13 | SEK | Reviewed capital contributions deck | 1.40 |
| 02/14/13 | SMA | Discussions with M. Arango regarding capital contributions presentation | 0.30 |
| 02/14/13 | DO | Review Committee updates and related pleadings and attachment. | 0.40 |
| 02/14/13 | MA | Conducted research on putback expense projections for the banking industry. | 1.00 |
| 02/14/13 | MA | Reviewed credit ratings reports and bank analyst reports on ResCap. | 3.00 |
| 02/14/13 | MSE | Review historical solvency analysis calculations. | 0.60 |



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #                2047285-10

Re:                Forensic Investigation - General
Client/Matter #        007351.00020

| Date | Consultant | Description of Services | Hours | |
|------|-----------|------------------------|-------|---|
| 02/15/13 | SMA | Analysis of Rescap tangible net worth covenants | 3.40 | |
| 02/15/13 | MA | Researched bank analyst reports on ResCap. Prepared summary of findings. | 3.50 | lumped |
| 02/15/13 | SEK | Reviewed Ally capital contributions presentation | 1.20 | |
| 02/19/13 | MSE | Research ResCap valuation testimony reports from PACER. | 0.70 | |
| 02/19/13 | MA | Reviewed draft examiner submission and researched open items. | 3.50 | lumped |
| 02/19/13 | SMA | Analysis of disclosures related to tangible net worth covenant | 0.90 | |
| 02/19/13 | MA | Reviewed relativity documents related to ResCap's EPD and R&W liability and draft summary of findings. | 1.00 | lmped |
| 02/20/13 | MA | Researched interest payments on related party debt facilities. | 3.10 | |
| 02/20/13 | MA | Researched tax related documents per A&M request. | 0.80 | |
| 02/20/13 | MA | Researched investor presentations on open items related to solvency. | 0.50 | |
| 02/21/13 | MA | Reviewed documents provided by Kramer and prepared summary of observations. | 2.00 | |
| 02/21/13 | MA | Reviewed document provided by Kramer. Conducted related relativity searches and discussed findings with S. Ettari (Kramer). | 1.50 | lumped |
| 02/22/13 | MA | Conducted research on bank analyst reports for ResCap. | 1.00 | |
| 02/22/13 | MA | Prepared for meeting with Kramer. Reviewed draft work product and email on open questions from Kramer. | 1.50 | lumped |
| 02/26/13 | MA | Reviewed documents identified by Kramer. Conducted related research on Relativity and prepared summary of findings. | 1.80 | lumped |
| 02/27/13 | MA | Researched dividend issue for C. Siegel (Kramer). | 1.50 | |
| 02/27/13 | MA | Reviewed documents for Kramer related to Examiner submission. Conducted additional relativity searches and prepared responses to questions. | 2.10 | lumped |
| 02/28/13 | MA | Reviewed document provided by K. Denk (Kramer). Conducted related relativity research. DIscussed document with K. Denk and reviewed draft Kramer work product. | 2.00 | lumped |
| 02/28/13 | MA | Reviewed draft examiner submission. | 1.70 | |



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| Invoice # | 2046650-9 |
|---|---|

| Re: | Forensic Investigation - General |
|---|---|
| Client/Matter # | 007351.00020 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/07/13 | SMA | Review of October 2010 Ally Bank Strategic and Business Plans | 1.20 |
| 01/07/13 | SMA | Review GMAC Q4 2009 MCRC presentation | 0.40 |
| 01/07/13 | SMA | Review of Rescap BoD minutes | 0.40 |
| 01/07/13 | MSE | Follow-up call with Moelis (S. Hasan) regarding Ally Bank MSR valuations. | 0.60 |
| 01/07/13 | MSE | Research 2009 Ally Bank MSR value changes. | 1.30 |
| 01/07/13 | MSE | Call with Moelis (S. Hasan) regarding Ally Bank MSR value. | 0.30 |
| 01/08/13 | DO | Review attachments to R. Ringer's email (various pleadings, press release and notices). | 0.50 |
| 01/08/13 | DO | Review email from R. Ringer summarizing issues for weekly U.C.C. call. | 0.10 |
| 01/08/13 | MSE | Prepare schedule of Ally Bank capital ratio analysis. | 1.30 |
| 01/08/13 | MA | Discussed status of pending work streams with various members of investigations team. | 1.50 ) ✓righve |
| 01/08/13 | MA | Conducted additional research on GMAC capital contributions to ResCap and prepared summary of findings for Kramer. | 3.50 |
| 01/09/13 | MA | Reviewed 2010 and 2011 GMAC board minutes. | 1.70 |
| 01/09/13 | MA | Reviewed draft work product. | 1.50 |
| 01/09/13 | SEK | Prepared analysis relating to Automotive and Mortgage divisions of Ally Bank | 2.50 |
| 01/09/13 | SEK | Conducted relativity searches relating to Automotive and Mortgage divisions of Ally Bank | 1.00 |
| 01/10/13 | MA | Reviewed document provided by S. Ettari and prepared summary of findings. | 1.40 |
| 01/10/13 | MA | Discussed next steps with S. Ford (Kramer). | 0.50 |
| 01/10/13 | MA | Reviewed Investigations workplan | 1.50 |
| 01/10/13 | MEL | Begin development of presentation for UCC related to investigation of capital contributions. | 1.80 |
| 01/10/13 | MEL | Analysis of e-mail requested by S. Ettari. | 0.70 |
| 01/10/13 | MA | Reviewed documents provided by Kramer for upcoming meeting. | 2.00 |



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #            2047285-10

Re:                  Forensic Investigation - General
Client/Matter #      007351.00020

| Date | Consultant | Description of Services | Hours | |
|------|-----------|------------------------|-------|---|
| 02/01/13 | MEL | Meeting with D. O'Connor to discuss approach to recovery analysis requested by KL. | 1.00 | |
| 02/01/13 | MEL | Review status of investigation-related activities. | 2.50 | V贸gue |
| 02/01/13 | MEL | Review Relativity documents to consider in updated solvency analysis. | 1.20 | |
| 02/01/13 | DO | Review I.G.'s report to Ally Financial. | 0.40 | |
| 02/01/13 | DO | Map assertions in I.G.'s Report on Ally Financial to Committee and AFI's base line presentations and summarize variances. | 0.80 | |
| 02/01/13 | MA | Reviewed draft work product and updated investigations workplan. | 1.50 | |
| 02/01/13 | MA | Reviewed documents provided by Kramer and assigned workstreams for analysis. | 1.00 | |
| 02/01/13 | MA | Reviewed documents related to R&W liability and EPDs and provided summary to Kramer. | 1.50 | |
| 02/01/13 | DO | Meeting with Marc Landy regarding recovery analysis | 1.00 | |
| 02/03/13 | MA | Responded to email questions from S. Ettari and C. Siegel (Kramer). | 0.50 | |
| 02/04/13 | MEL | Review status of updated capital contributions analysis. | 3.20 | |
| 02/04/13 | MA | Conducted relativity searches for documents related to ResCap liquidation analysis | 1.50 | |
| 02/04/13 | MA | Reviewed draft capital contributions presentation and discussed updates with S. Alter. | 0.70 | |
| 02/04/13 | MA | Reviewed numerous relativity documents (presentations prepared by ResCap advisors in 2008 and 2009). | 2.00 | |
| 02/04/13 | MA | Discussed next steps on capital contributions deck with S., Chu. | 0.50 | |
| 02/04/13 | MA | Reviewed numerous relativity documents (related to GMAC TARP program). | 1.50 | |
| 02/04/13 | HK | Review solvency and liquidity analysis and prepare considerations. | 0.90 | lumped V贸gue |
| 02/04/13 | DO | Review email note and attachments updating committee on sale process, court pleadings and case status. | 0.50 | |
| 02/04/13 | MA | Reviewed GMAC 2007 BOD minutes for capital | 0.50 | |



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| | |
|---|---|
| Invoice # | 2047285-10 |
| Re: | Forensic Investigation - General |
| Client/Matter # | 007351.00020 |

| Date | Consultant | Description of Services | Hours | |
|---|---|---|---|---|
| 02/06/13 | SC | Performed relativity searches on 2006 dividends and updated capital contribution deck. | 3.80 | |
| 02/06/13 | SC | Performed relativity searches on 2006 dividends and updated capital contribution deck. | 4.20 | |
| 02/06/13 | SMA | Analysis of Ally capital contributions to Rescap. | 5.90 | |
| 02/06/13 | SMA | Discussions with M. Landy regarding capital contributions presentation. | 1.00 | |
| 02/07/13 | SMA | Discussions with M. Arango regarding revisions to capital contribution presentation. | 0.50 | |
| 02/07/13 | MA | Reviewed documents provided by Kramer Levin. | 1.00 | |
| 02/07/13 | SC | Prepared source documents for the capital contribution deck. | 4.20 | |
| 02/07/13 | SC | Research on 2006 dividends paid. | 3.80 | |
| 02/07/13 | MA | Reviewed draft document provided by Kramer and discussed upcoming call with A&M/Cleary with M. Landy. | 1.40 | *lumped* |
| 02/07/13 | DO | Review updated capital contribution analyses including inter-company transfers/charges. | 1.10 | |
| 02/07/13 | MA | Discussed draft documents and status of various work streams with S. Ettari (Kramer). | 0.70 | *Vague* |
| 02/07/13 | MA | Discussed next steps on capital contributions deck with S. Alter and M. Landy. | 0.50 | |
| 02/07/13 | MA | Make revisions to draft capital contributions analysis. | 1.10 | |
| 02/07/13 | DO | Review Committee updated (prepared by KL) and related attached analyses and draft pleadings. | 0.20 | |
| 02/07/13 | MA | Conducted research on 2006 dividends paid by ResCap. | 1.60 | |
| 02/07/13 | MA | Conducted relativity searches for pre-June 2008 TNW requirement. | 1.80 | |
| 02/07/13 | MA | Reviewed status of analyses and updated investigations workplan. | 0.70 | *Vague* |
| 02/07/13 | MA | Discussed various topics with Cleary (J. Opolsky), A&M (A. Sagat and D. Coles) and Kramer (D. Mannal, S. Ettari and C. Siegel). | 0.70 | |
| 02/07/13 | SMA | Analysis of capital contributions | 7.10 | |
| 02/08/13 | MA | Conducted relativity searches related to ResCap tangible net worth covenant requirements. | 3.50 | |


**AlixPartners** LLP
*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| Invoice # | 2047285-11 |
|---|---|
| Re: | Forensic Investigation - 2006 Deconsolidation, IB Finance Conversion, and OMR Transactions |
| Client/Matter # | 007351.00021 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/13 | DO | Analyze Rep & Warranty Liability at June 2008. | 0.60 |
| 02/01/13 | DO | Review insolvency issues, including assessment of a ResCap June, 2008 chapter 11 filing and hypothetical impact/recovery for creditors. | 1.00 |
| 02/01/13 | DO | Analyze updates to Insolvency analysis for submission to Examiner | 1.10 |
| 02/01/13 | DS | Researched Bloomberg for Credit Default Swap pricing data for ResCap and Ally from 2007-2012. | 3.10 |
| 02/01/13 | DS | Analysis of Credit Default Swap data pulled from Bloomberg. | 2.60 |
| 02/04/13 | SEK | Conducted relativity searches for GMAC Bank consolidated financials | 1.60 |
| 02/04/13 | DS | Correspondence with Jarod Kimble (AP) and research re: futures contract prices | 0.50 |
| 02/04/13 | SEK | Prepared presentation slides related to GMAC Bank Mortgage/Auto division analysis | 2.00 |
| 02/04/13 | JLK | Bloomberg and other research associated with futures contracts on Case-Shiller Index | 2.50 |
| 02/04/13 | MEL | Review solvency analysis. | 1.30 |
| 02/04/13 | MEL | Revise solvency analysis. | 5.50 |
| 02/04/13 | DO | Analyze ResCap liquidity needs during the period 4th Qtr. 2006, 2007, 2008 and first half of 2008. | 0.80 |
| 02/04/13 | DO | Analyze economic indicators 2006, 2007, and 2008 and map to ResCap liquidity factors considered in the insolvency analysis. | 0.50 |
| 02/04/13 | DO | Review updated insolvency analysis. | 0.90 |
| 02/04/13 | TMT | Analysis of Sillman representation and warranty liability in connection with solvency analysis | 1.80 |
| 02/04/13 | SMA | Review GMAC bank segment analysis | 0.70 |
| 02/04/13 | SMA | Analysis of GMAC bank BOD packages | 2.80 |
| 02/04/13 | SMA | Review of Fitch analysis | 0.40 |
| 02/04/13 | SMA | Analysis of GMAC bank BOD minutes | 0.30 |
| 02/04/13 | HK | Analyze updated AlixPartners prepared solvency analysis | 2.70 |



# AlixPartners LLP
*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| | |
|---|---|
| Invoice # | 2047285-11 |
| Re: | Forensic Investigation - 2006 Deconsolidation, IB Finance Conversion, and OMR Transactions |
| Client/Matter # | 007351.00021 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | liability. | |
| 02/13/13 | TMT | Analysis of Sillman loss calculation versus estimated losses of December 2007 | 2.60 |
| 02/13/13 | TMT | Meeting regarding solvency analyses performed to date at Kramer Levin (Norm Simon, Greg Horowitz, Jen Rochon, Sam Ettari) | 2.50 |
| 02/13/13 | TMT | Update solvency workplan following meeting at Kramer Levin | 1.20 |
| 02/13/13 | TMT | Analysis of ResCap assets used as security for debt as of December 2007 | 1.90 |
| 02/13/13 | HK | Present preliminary solvency analysis to Kramer Levin (Simon, et al). | 2.80 |
| 02/13/13 | HK | Review documents underlying solvency analysis. | 3.60 |
| 02/13/13 | SC | Document search and review for 2006 EPD(Early Payment Default) issue. | 3.60 |
| 02/13/13 | SC | Document search and review for 2006 EPD issue | 4.40 |
| 02/13/13 | MA | Reviewed updated GMAC Bank equity roll-forward analysis. | 0.50 |
| 02/13/13 | MEL | Prepare for meeting at KL (N. Simon, et al) to discuss solvency. | 2.50 |
| 02/13/13 | MEL | Participate in meeting at KL (N. Simon, et al) to discuss solvency. | 3.20 |
| 02/13/13 | MEL | Develop approach for updated solvency analysis. | 1.80 |
| 02/14/13 | MEL | Review progress on updated solvency analysis. | 3.50 |
| 02/14/13 | MSE | Develop solvency calculations relating to ResCap financial statements. | 1.10 |
| 02/14/13 | MSE | Prepare analysis of historical CDS spreads of ResCap re: solvency | 2.30 |
| 02/14/13 | MA | Discussed next steps on solvency analysis with investigations team. | 1.00 |
| 02/14/13 | SC | Document search and review for 2006 EPD issue. | 4.30 |
| 02/14/13 | JLK | Updated bank guideline approach comparable company analysis; pulled data from Bloomberg and CapIQ | 2.80 |

*[handwritten annotation: "vague"]*



AlixPartners LLP
*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #                    2047285-11

Re:                          Forensic Investigation - 2006 Deconsolidation, IB Finance Conversion, and OMR
                             Transactions
Client/Matter #              007351.00021

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/14/13 | SC | Document search and review for R&W. | 3.70 |
| 02/14/13 | TMT | Analysis of ResCap assets used as security for debt | 2.00 |
| 02/14/13 | TMT | Analysis of ResCap debt discount | 3.50 |
| 02/14/13 | TMT | Calculation of the weighted average debt discount on ResCap publicly traded debt | 2.80 |
| 02/14/13 | TMT | Review of Litigating Solvency | 1.80 |
| 02/14/13 | DO | Review use of market multiples and debt discount for solvency | 0.40 |
| 02/14/13 | DO | Analyze 2006 - 2008 ratings of ResCap, CountryWide, IndyMac to assess market indicators of insolvency, liquidity issues and R&W liability. | 0.60 |
| 02/14/13 | DO | Analyze reasonable value issues with regard to ResCap to /from Ally transactions. | 1.20 |
| 02/14/13 | DO | Review Tousa case provided by counsel in order to map market and other empirical data points to insolvency analysis. | 0.80 |
| 02/15/13 | DO | Review cases provided by counsel providing insolvency guidelines and protocols for use of market data. | 0.80 |
| 02/15/13 | DO | Review insolvency articles and text provided by counsel to restructure our current approach to analyzing insolvency. | 1.10 |
| 02/15/13 | DO | Analyze various Credit Research and Analysts reports regarding ResCap's Recovery, liquidity, cash flow/burn and valuations. | 1.50 |
| 02/15/13 | SC | Relativity searches and review for 2006 EPD issue. | 2.60 |
| 02/15/13 | SC | Summarized 2006 EPD issue for reporting. | 2.40 |
| 02/15/13 | MEL | Research debt prices in connection with solvency analysis. | 2.50 |
| 02/17/13 | TMT | Review of analyst reports related to ResCap's financial statements | 1.50 |
| 02/18/13 | HK | Review and consider materials received from Kramer Levin regarding solvency measures. | 1.30 |
| 02/18/13 | MEL | Review status of solvency analysis. | 1.50 |
| 02/19/13 | MEL | Revise solvency analysis. | 4.20 |
| 02/19/13 | MSE | Reviewed ResCap credit rating reports as they relate to | 1.20 |

40 West 57th Street  |  New York, NY  |  10019  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| Invoice # | 2047285-11 |
|---|---|
| Re: | Forensic Investigation - 2006 Deconsolidation, IB Finance Conversion, and OMR Transactions |
| Client/Matter # | 007351.00021 |

| Date | Consultant | Description of Services | Hours | |
|---|---|---|---|---|
| 02/20/13 | TMT | Review of IndyMac 2007 annual report | 0.70 | |
| 02/20/13 | TMT | Review of documents supporting ResCap's representation and warranty liability disclosure in Q1 2012 | 1.80 | |
| 02/20/13 | TMT | Review of Washington Mutual 2007 annual report | 0.40 | |
| 02/20/13 | TMT | Review of Countrywide 2007 annual report | 0.30 | |
| 02/20/13 | HK | Make revisions to solvency analysis. | 1.40 | vague |
| 02/20/13 | MA | Conducted relativity searches related to solvency analysis. | 1.70 | vague |
| 02/20/13 | MEL | Revise solvency analysis. | 5.80 | vague |
| 02/21/13 | MEL | Prepare for solvency discussion with KL. | 0.50 | |
| 02/21/13 | MA | Reviewed approach to draft solvency analysis. | 2.00 | vague |
| 02/21/13 | MA | Conducted research on ResCap comparables for solvency analysis. | 2.50 | |
| 02/21/13 | MJB | Reviewed valuation analysis for GMAC Bank | 0.50 | |
| 02/21/13 | TMT | Analysis of ResCap's fair market value of equity during 2007 based on the trading prices of market comparables | 2.30 | |
| 02/21/13 | TMT | Review of Countrywide 2007 annual report | 0.50 | |
| 02/21/13 | TMT | Preparation of presentation regarding ResCap's debt discount and equity | 2.60 | |
| 02/21/13 | DO | Review updated solvency analysis; comparable/peer group of ResCap and Debt Discount methodology. | 0.60 | |
| 02/21/13 | DO | Analyze cases and legal articles provided by counsel for use in solvency analysis. | 1.20 | |
| 02/21/13 | DO | Review updated insolvency analysis provided to counsel. | 1.10 | |
| 02/21/13 | DO | Analyze ResCap liabilities not subject to debt discounting and assess impact on insolvency calculation. | 0.80 | |
| 02/21/13 | DO | Review emails flagged by team leaders and counsel regarding solvency adjustments. | 0.40 | |
| 02/21/13 | DO | Analyze "comp"/peer group of ResCap to assess group excluded and group used. | 0.80 | |
| 02/22/13 | DO | Discussion of Observable Market calculations with M. Brown (APLLP). | 0.30 | |
| 02/22/13 | DO | Map liabilities from 10-k to our insolvency analysis and Debt Discount calculations. | 0.50 | |



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| | |
|---|---|
| Invoice # | 2047285-11 |
| Re: | Forensic Investigation - 2006 Deconsolidation, IB Finance Conversion, and OMR Transactions |
| Client/Matter # | 007351.00021 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/23/13 | CB | Market research for Solvency Analysis. | 2.00 |
| 02/23/13 | MEL | Review solvency analysis and set workplan. | 0.50 |
| 02/23/13 | MEL | Conduct targeted Relativity searches to enable updates to solvency analysis | 3.50 |
| 02/24/13 | MEL | Document review in connection with updated solvency analysis. | 2.80 |
| 02/24/13 | CB | Review SEC filings for Solvency Analysis. | 0.90 |
| 02/24/13 | CB | Market research for Solvency Analysis. | 0.50 |
| 02/24/13 | MSE | Review Debtor's RMBS trust schedules related to loss severity calculations re: solvency | 3.10 |
| 02/24/13 | TMT | Review of updates made to Solvency presentation based on Counsel input | 0.50 |
| 02/25/13 | DO | Review Relativity documents provided by counsel supporting solvency analyses. | 0.80 |
| 02/25/13 | DO | Analyze market based indicators 2007 - 2012 to assess movements conferring insolvency. | 0.60 |
| 02/25/13 | DO | Review Committee update reports and attached pleadings, reports and analyses. | 0.30 |
| 02/25/13 | DO | Review analysts reports regarding "haircuts" and "valuation marks" to Mortgages Held for Sale, Mortgages Held for Investment, MSR's, trading securities and Lending Receivables for protocols/consistency with "valuation marks" in our insolvency analysis. | 0.80 |
| 02/25/13 | DO | Analyze bond trading valuations 2007 - 2012. | 0.70 |
| 02/25/13 | DO | Discussions with M. Landy and M. Arango regarding solvency issues. | 0.70 |
| 02/25/13 | DO | Analyze Bank Deconsolidation damages, calculations, map to insolvency adjustments and assess modifications needed to harmonize protocols for damages and insolvency. | 0.70 |
| 02/25/13 | MSE | Analyze RMBS trust's delinquency data schedules re: solvency | 2.70 |
| 02/25/13 | MA | Worked on draft solvency analysis. | 2.50 |
| 02/25/13 | MA | Met with M. Landy and D.O'Connor to discuss solvency analysis. | 0.70 |



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| Invoice # | 2047285-11 |
|---|---|
| Re: | Forensic Investigation - 2006 Deconsolidation, IB Finance Conversion, and OMR Transactions |
| Client/Matter # | 007351.00021 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/25/13 | MJB | Reviewed research performed related to valuation of GMAC Bank | 0.50 |
| 02/25/13 | MA | Reviewed numerous documents related to solvency. | 2.60 |
| 02/25/13 | CB | Market research for Solvency Analysis. | 4.10 |
| 02/25/13 | CB | Market research for Solvency Analysis. | 5.10 |
| 02/25/13 | MEL | Conduct doc searches related to solvency analysis. | 2.70 |
| 02/25/13 | MEL | Review updated solvency analysis. | 1.10 |
| 02/25/13 | MEL | Discussions with D OConnor and M. Arango regarding solvency issues. | 0.70 |
| 02/26/13 | MEL | Review documents related to updated solvency analysis. | 5.40 |
| 02/26/13 | CB | Document review in Relativity for Solvency Analysis | 4.80 |
| 02/26/13 | MEL | Prepare updated analysis related to solvency | 4.10 |
| 02/26/13 | MA | Updated draft Ally Bank roll-forward analysis. | 4.20 |
| 02/26/13 | MA | Updated solvency analysis and roll-forward analysis. | 2.50 |
| 02/26/13 | CB | Review of SEC filings for Solvency Analysis. | 4.90 |
| 02/26/13 | MSE | Review draft solvency analysis presentation. | 1.60 |
| 02/26/13 | DS | Make revisions to AP Solvency Analysis | 2.90 |
| 02/26/13 | DS | Analyze potential solvency adjustments | 1.80 |
| 02/26/13 | ST | Review solvency analysis performed by AP. | 0.30 |
| 02/26/13 | SEK | Conducted relativity searches for equity roll forward presentation | 3.00 |
| 02/26/13 | DO | Review roll-forward of Bank Deconsolidation damage calculations and step transactions. | 1.10 |
| 02/26/13 | DO | Review marks for valuation adjustments and "haircut" on assets | 0.30 |
| 02/26/13 | DO | Analyze quarterly rolls of key accounts (e.g. Mortgages Held for Sale, Mortgages Held for Investment, Trading Securities, etc.) for historical write-downs vs. Analysts marks or "haircuts". | 0.80 |
| 02/26/13 | DO | Analyze Comps (IndyMac, CountryWide and WaMu) for market observable statistics in assessing insolvency | 0.70 |
| 02/26/13 | DO | Analyze Fixed Income Research Reports to assess fair | 0.80 |

Handwritten annotations: "VAgue" (02/25/13 MA row), "Vague" (02/25/13 CB 4.10 row), "Vague" (02/25/13 CB 5.10 row), "Vague" (02/25/13 MEL 2.70 row), "VAgue" (02/26/13 MEL 5.40 row), "Vlge" (02/26/13 MEL 4.10 row), "Vague" (02/26/13 MA 2.50 row)



**AlixPartners** LLP

*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

| Invoice # | 2047285-11 |
|---|---|
| Re: | Forensic Investigation - 2006 Deconsolidation, IB Finance Conversion, and OMR Transactions |
| Client/Matter # | 007351.00021 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Ally/IB Finance | |
| 02/27/13 | DO | Review updated solvency analysis deck | 1.60 |
| 02/27/13 | DO | Review Bond Trading Analysis | 0.50 |
| 02/27/13 | DO | Review Market Observable Condition updates for Bond Pricing Changes 2007-2012. | 0.80 |
| 02/27/13 | DO | Review bank roll-forward analysis. | 0.70 |
| 02/27/13 | DS | Perform AP Solvency Analysis | 2.30 |
| 02/27/13 | DS | Make revisions to AP Solvency Analysis | 2.50 |
| 02/27/13 | MA | Revised solvency analysis. | 3.90 |
| 02/27/13 | CB | Review of SEC filings for Solvency Analysis. | 4.30 |
| 02/27/13 | MA | Make updates to roll-forward analysis. | 2.50 |
| 02/27/13 | MEL | Update solvency analysis for asset valuations. | 5.00 |
| 02/27/13 | MEL | Update solvency analysis for bank valuations. | 5.00 |
| 02/27/13 | CB | Perform market research for Solvency Analysis. | 4.50 |
| 02/27/13 | MEL | Update solvency analysis. | 4.40 |
| 02/28/13 | MEL | Update asset side of solvency analysis. | 1.50 |
| 02/28/13 | MEL | Prepare for meeting at Kramer Levin to discuss solvency analysis | 2.50 |
| 02/28/13 | CB | Document review in Relativity for Solvency Analysis. | 7.50 |
| 02/28/13 | MEL | Meeting at KL (Simon, et al) to discuss solvency analysis. | 2.00 |
| 02/28/13 | MEL | Update liability side of solvency analysis | 3.50 |
| 02/28/13 | MA | Reviewed draft solvency analysis and prepared for meeting with Kramer. | 1.60 |
| 02/28/13 | MA | Met with Kramer to discuss solvency analysis (G. Horowitz, J. Rochon, N. Simon and S. Ettari). | 2.20 |
| 02/28/13 | DS | Prepare AP solvency analysis slide decks for meeting with KL | 0.80 |
| 02/28/13 | DO | Participate in meeting with counsel regarding updated insolvency analysis and Bank Deconsolidation issues. | 2.10 |
| 02/28/13 | DO | Review draft submission for the Examiner. | 1.40 |
| 02/28/13 | DO | Review supplemental Insolvency Analysis through the filing date. | 0.80 |

*handwritten annotations: VASV, VASV, VAJVL*



**AlixPartners** LLP
*When it really matters.*

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #              2047285-15

Re:                    Forensic Investigation - Interco Ops, Shared Services
Client/Matter #        007351.00025

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | supporting documents. | |
| 02/08/13 | MSE | Analyze impact of intercompany claims on JSN recoveries. | 0.40 |
| 02/08/13 | MEL | Discussion with M. Renzi regarding outstanding requests. | 0.40 |
| 02/08/13 | MEL | Review status of intercompany analysis. | 2.40 |
| 02/08/13 | TMT | Review of recent productions for documents related to intercompany transactions | 2.80 |
| 02/08/13 | BPJ | Review of additional inter-debtor balance information received. | 4.10 |
| 02/08/13 | BPJ | Review of updated inter-debtor balance summary. | 2.60 |
| 02/08/13 | DS | Preparation of entity financial statements analysis re: Intercompany and Interdebtor balances | 2.10 |
| 02/09/13 | DS | Analysis of legal entity financial statements analysis re: Intercompany and Interdebtor balances | 1.10 |
| 02/09/13 | DS | Preparation of entity financial statements re: Intercompany and Interdebtor balances | 2.80 |
| 02/11/13 | DS | Analyze monthly balances for AP Intercompany Claims Analysis | 2.20 |
| 02/11/13 | DS | Analyze Intercompany Interest schedules | 1.10 |
| 02/11/13 | DS | Make revisions to AP Intercompany Claims analysis. | 2.30 |
| 02/11/13 | BPJ | Review of 2007 HFN Financials. | 1.10 |
| 02/11/13 | BPJ | Review of additional financial statements identified/provided. | 1.40 |
| 02/11/13 | BPJ | Review of Residential Funding - Homecomings Financial inter-debtor balance. | 1.40 |
| 02/11/13 | BPJ | Review of 2008 HFN Financials. | 0.80 |
| 02/11/13 | BPJ | Review of additional inter-debtor balance historical data and related charts. | 2.80 |
| 02/12/13 | BPJ | Review of updated summary of top 15 inter-debtor balances as of petition date. | 3.20 |
| 02/12/13 | BPJ | Review of Residential Funding - Homecomings Financial inter-debtor balance. | 1.20 |
| 02/12/13 | BPJ | Review of RFC Financials. | 2.80 |
| 02/12/13 | MEL | Review updated analysis. | 1.50 |

# EXHIBIT M



## SILVERMAN ACAMPORA LLP

*Character is Everything®*

**Attorneys**
100 Jericho Quadrangle, Suite 300, Jericho, New York 11753
516.479.6300
www.SilvermanAcampora.com

Invoice submitted to:                                                      Fed ID # 11-3489052

Committee of Unsecured Creditors' Committee

Invoice Date:      February 20, 2013
062429      062429    Residential Capital, LLC- Counsel to Creditors' Committee
                     File # 062429
Invoice #      91439

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Asset Sale** | | | | |
| 01/03/13 | LMM | Download and review sale motion and supporting documents | 0.30 | 58.50 |
| | **Subtotal** | **Asset Sale** | 0.30 | $58.50 |
| **Case Administration** | | | | |
| 01/02/13 | RJF | Review correspondence from Rachael Ringer enclosing update | 0.10 | 55.00 |
| 01/02/13 | BP | Review chart with scheduled lift stay motions in the case; review calendar | 0.50 | 97.50 |
| 01/02/13 | BP | Review case docket for updates on filings of Lift Stay motions; organize same | 1.50 | 292.50 |
| 01/02/13 | BWP | Telephone call from Porsche Jones on SA ResCap hotline regarding bankruptcy process | 0.20 | 40.00 |
| 01/02/13 | BWP | Review borrower-commenced adversary proceedings in connection with resolution of same (3.6); draft analysis of same (1.7) | 5.30 | 1,060.00 |
| 01/03/13 | RJF | Review correspondence from Amy Lewis enclosing call log from 1/2/13 | 0.10 | 55.00 |
| 01/03/13 | RJF | Review correspondence from Elise Frejka regarding stay relief/foreclosures updated docs | 0.10 | 55.00 |
| 01/03/13 | RJF | Review correspondence from Norman Rosenbaum enclosing joint petition and motion of findings of fact, | 0.10 | 55.00 |

| 062429 | | Committee Unsecured Creditors | Invoice # 91439 | Page | 13 |
|---|---|---|---|---|---|
| | | advising of billing rate changes | | | |
| 01/24/13 | BWP | Telephone call from Donna Connor on SA ResCap hotline regarding bankruptcy process | 0.10 | | 20.00 |
| 01/24/13 | BWP | Telephone call from Gwendolyn Cole on SA ResCap hotline regarding bankruptcy process | 0.30 | | 60.00 |
| 01/24/13 | BWP | Review and revise draft of chapter 11 petition | 1.20 | | 240.00 |
| 01/25/13 | JSK | Confer with Brian Powers re: memorandum to Committee in connection with update on SilvermanAcampora's work in the case to date | 0.30 | | 102.00 |
| 01/25/13 | JSK | Confer with Brian Powers re: revisions to supplemental declaration of Ronald J. Friedman pursuant to comments of Elise Frejka | 0.20 | | 68.00 |
| 01/25/13 | JSK | Review correspondence from Samantha Martin regarding status of Hawthorne [.1]; Draft correspondence to same regarding same [.1] | 0.20 | | 68.00 |
| 01/25/13 | JSK | Review correspondence from Ronald J. Friedman enclosing updated documents re: stay/foreclosures/borrowers [.1]; review documents regarding same [.2] | 0.30 | | 102.00 |
| 01/25/13 | BWP | Draft memorandum to Committee detailing SilvermanAcampora's representation of the Committee to date | 1.20 | | 240.00 |
| 01/25/13 | BWP | Confer with Justin S. Krell re: memorandum to Committee in connection with update on SilvermanAcampora's work in the case to date | 0.30 | | 60.00 |
| 01/28/13 | JSK | Telephone call from David Kinworthy regarding borrower claim for breach of contract | 0.30 | | 102.00 |
| 01/28/13 | JSK | Conference call with Elise Frejka, Doug Mannal, Rachael Ringer and Brian Powers in preparation for tomorrow's hearing on borrower adversary proceeding and lift stay motions [.5]; review file and confer with Brian Powers in preparation for same [.5] | 1.00 | | 340.00 |
| 01/28/13 | JSK | Confer with Ronald J. Friedman in preparation for tomorrow's hearings and pretrial conferences relating to Borrower issues; review documents in connection with same | 0.30 | | 102.00 |
| 01/28/13 | BP | Telephone call with Frank Reed regarding recently approved Order allowing payments to Pricewaterhousecooper; review order | 0.20 | | 39.00 |
| 01/28/13 | BP | Confer with Brian Powers regarding hearing scheduled and matters scheduled to go forward; discuss telephone call with Frank Reed regarding court's order approving payment by Debtors to Pricewaterhousecooper | 0.10 | | 19.50 |
| 01/28/13 | BP | Review docket for motion to lift stay and related | 0.90 | | 175.50 |

| 062429 | | Committee Unsecured Creditors | Invoice # 91439 | Page | 14 |
|---|---|---|---|---|---|
| | | actions to same; confer with counsel regarding same | | | |
| 01/28/13 | BWP | Draft memorandum to Committee regarding update on SilvermanAcampora's efforts to date in its representation of same | 3.40 | | 680.00 |
| 01/28/13 | BWP | Confer with Justin S. Krell memorandum to Committee regarding update on SilvermanAcampora's efforts to date in its representation of same | 0.30 | | 60.00 |
| 01/29/13 | RJF | Review correspondence from  Elise Frejka regarding Analysis of LVG Rewards Programs | 0.10 | | 55.00 |
| 01/29/13 | RJF | Review correspondence from Alexandra Steinberg Barrage regarding Analysis of LVG Rewards Programs | 0.10 | | 55.00 |
| 01/29/13 | JSK | Prepare for and attend hearings and pretrial conferences relating to certain borrower actions and borrower lift stay motions | 5.00 | | 1,700.00 |
| 01/29/13 | JSK | Confer with Brian Powers regarding memo to the Committee regarding Silverman's representation of the Committee relating to borrower issues [.3]; review memo [.3] | 0.60 | | 204.00 |
| 01/29/13 | BP | Memo from Brian Powers with case status and calendar for upcoming months; update case calendar for upcoming hearings and deadlines | 0.50 | | 97.50 |
| 01/29/13 | BP | Download and review recently filed Motion for Relief from Automatic Stay; prepare file | 0.50 | | 97.50 |
| 01/29/13 | BP | Update admin/call log chart | 0.10 | | 19.50 |
| 01/29/13 | BWP | Draft memorandum to Committee regarding update on SilvermanAcampora's efforts to date in its representation of same | 4.10 | | 820.00 |
| 01/29/13 | BWP | Telephone call from Lori Duggan on SA ResCap hotline regarding bankruptcy process | 0.10 | | 20.00 |
| 01/30/13 | RJF | Review correspondence from Samantha Martin regarding loss-mitigation application | 0.10 | | 55.00 |
| 01/30/13 | JSK | Review correspondence from James Newton regarding Jenkins adversary and contact information for Jenkins | 0.20 | | 68.00 |
| 01/30/13 | JSK | Review committee update | 0.30 | | 102.00 |
| 01/30/13 | JSK | Review case Management Procedures Motion; confer with Ronald J. Friedman regarding same; Draft correspondence to Anthony C. Acampora regarding same; | 0.50 | | 170.00 |
| 01/30/13 | JSK | Prepare for Committee borrower issues call [.3]; attend call [.5] | 0.80 | | 272.00 |
| 01/30/13 | JSK | Telephone call to Jenkins with James Newton | 0.20 | | 68.00 |

| 062429 | | Committee Unsecured Creditors | | Invoice # 91439 | Page | 16 |
|---|---|---|---|---|---|---|
| | | Drennan to certify class claim and Basic Life Resources motion for allowance of proof of claim | | | | |
| 01/04/13 | JSK | Review the Rowena Drennen motion for class certification [.5]; confer with Brian Powers regarding same [.2]; review memo summarizing the motion and the legal analysis relating to class certification under FRCP 23 [.3]; perform legal research relating to same [.4] | | 1.40 | | 476.00 |
| 01/04/13 | BWP | Confer with Justin S. Krell re: motion of Rowenna Drennan to certify class claim and Basic Life Resources motion for allowance of proof of claim | | 0.50 | | 100.00 |
| 01/07/13 | JSK | Review correspondence from Norm Rosenbaum regarding access to KCC claims register [.1]; Telephone call to KCC regarding same [.2]; Draft correspondence to KCC regarding same [.2] | | 0.50 | | 170.00 |
| 01/07/13 | JSK | Review Debtors' Objection to the Putative Bradbury Class's POC (Claim No. 3545), and (ii) the Delehey Declaration in Support of the Objection [.3]; Review correspondence from Elise Frejka regarding same [.2]; confer with Brian Powers regarding same [.2] | | 0.70 | | 238.00 |
| 01/08/13 | JSK | Review motion of Basic Life for allowance of proof of claim (.3); review underlying proof of claim (.7); confer with Brian Powers regarding same (.3); telephone call with Brian Powers to Michael Moore at Basic Life regarding adjournment of motion (.2); revise draft email to Michael Moore at Basic Life requesting adjournment of motion (.2) | | 1.70 | | 578.00 |
| 01/08/13 | JSK | Review the Debtor's Objection to Bradbury Class Claim [.2]; review summary memo prepared by Brian Powers regarding same [.1]; | | 0.30 | | 102.00 |
| 01/08/13 | BWP | Review Debtor's objection to Bradbury class claim and accompanying affidavit (.7); draft memorandum to Ronald J. Friedman and Justin S. Krell re: same (1.1) | | 1.80 | | 360.00 |
| 01/08/13 | BWP | Review borrower claims filed in Debtors' case; prepare summary of same for presentation to Committee | | 1.30 | | 260.00 |
| 01/09/13 | JSK | Confer with Brian Powers regarding review of borrower claims and preparation of summary of same for presentation to Committee [.2]; review claims register spreadsheet in connection with same [.2] | | 0.40 | | 124.00 |
| 01/09/13 | BWP | Review borrower claims filed in Debtors' case; prepare summary of same for presentation to Committee | | 4.90 | | 980.00 |
| 01/09/13 | BWP | Confer with Justin S. Krell re: review of borrower | | 0.40 | | 80.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91439 | Page | 17 |

| | | claims and preparation of summary of same for presentation to Committee [.2]; review claims register spreadsheet in connection with same [.2] | | |
|---|---|---|---|---|
| 01/10/13 | JLK | Confer with Brian Powers and Cooper Macco regarding borrower claims filed in Debtor's case and procedure for analysis of those claims | 0.50 | 100.00 |
| 01/10/13 | JSK | Confer with Brian Powers re: status of borrower claims review and strategy for completion of same | 0.30 | 102.00 |
| 01/10/13 | SG | Confer with Brian Powers regarding borrower claims filed in Debtor's case and procedure for analysis of same | 0.30 | 52.50 |
| 01/10/13 | SG | Analyze 250 borrower claims on chart regarding all borrower claims filed in Debtor's case | 2.50 | 437.50 |
| 01/10/13 | BWP | Review borrower claims filed in Debtors' case; revise borrower claims spreadsheet in connection with same | 6.60 | 1,320.00 |
| 01/10/13 | BWP | Confer with Jessi L. Kleinman and Cooper Macco regarding borrower claims filed in Debtor's case and procedure for analysis of same | 0.50 | 100.00 |
| 01/10/13 | BWP | Confer with Sara Greenberg regarding borrower claims filed in Debtor's case and procedure for analysis of same | 0.30 | 60.00 |
| 01/10/13 | BWP | Confer with Justin S. Krell re: status of borrower claims review and strategy for completion of same | 0.30 | 60.00 |
| 01/10/13 | CM | Confer with Brian Powers and Jessi L. Kleinman regarding borrower claims filed in Debtor's case and procedure for analysis of those claims | 0.50 | 100.00 |
| 01/11/13 | LST | Review borrower claims filed in Debtors' case; revise borrower claims spreadsheet in connection with same | 2.50 | 487.50 |
| 01/11/13 | JLK | Review borrower claims filed in Debtors' case; revise borrower claims spreadsheet in connection with same | 6.50 | 1,300.00 |
| 01/11/13 | JSK | Confer with Brian Powers re: status of claims review and analysis | 0.30 | 102.00 |
| 01/11/13 | BP | Confer with Brian Powers regarding claims analysis; review and discuss basis of each claim filed in the Debtors' cases; discuss case claims administration strategies | 0.50 | 97.50 |
| 01/11/13 | BP | Review claims filed; determine basis and classification of claims | 5.20 | 1,014.00 |
| 01/11/13 | BWP | Confer with Berlinda Pierre-Louis regarding claims analysis; review and discuss basis of each claim filed in the Debtors' cases; discuss case claims administration strategies | 0.50 | 100.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91439 | | Page 18 | |
|---|---|---|---|---|---|---|
| 01/11/13 | BWP | Review borrower claims filed in Debtors' case; revise borrower claims spreadsheet in connection with same | 6.80 | 1,360.00 | | |
| 01/11/13 | BWP | Confer with Justin S. Krell re: status of claims review and analysis | 0.30 | 60.00 | | |
| 01/12/13 | BWP | Review borrower claims filed in Debtors' case; revise borrower claims spreadsheet in connection with same | 4.50 | 900.00 | | |
| 01/14/13 | JSK | Confer with Brian Powers regarding status of claims analysis relating to borrower claims | 0.30 | 102.00 | | |
| 01/14/13 | JSK | Review borrower claims and supporting documents in preparation for committee conference call | 0.50 | 170.00 | | |
| 01/14/13 | BSS | Confer with Justin S. Krell regarding claims and analysis of the same, and related matters | 0.30 | 102.00 | | |
| 01/14/13 | SG | Analyze 300 borrower claims on chart regarding all borrower claims filed in Debtor's case | 6.00 | 1,050.00 | | |
| 01/14/13 | BP | Review claims filed; determine basis and classification of claims | 0.50 | 97.50 | | |
| 01/14/13 | BP | Review claims filed; determine basis and classification of claims | 3.10 | 604.50 | | |
| 01/14/13 | BWP | Review borrower claims filed in Debtors' case; draft summary of same in connection with presentation to the Committee | 6.10 | 1,220.00 | | |
| 01/14/13 | CR | Review borrower claims filed in Debtors' case; revise borrower claims spreadsheet in connection with same | 7.40 | 1,480.00 | | |
| 01/15/13 | JSK | Confer with Brian Powers re: status of borrower claims review and summary of borrower claims | 0.50 | 170.00 | | |
| 01/15/13 | JSK | Review class claims | 0.50 | 170.00 | | |
| 01/15/13 | BWP | Review borrower claims filed in Debtors' case; draft summary of same in connection with presentation to the Committee | 4.10 | 820.00 | | |
| 01/15/13 | BWP | Confer with Justin S. Krell re: status of borrower claims review and summary of borrower claims | 0.50 | 100.00 | | |
| 01/16/13 | JSK | Confer with Brian Powers re: review of class claims filed against debtors (.2) and motion to certify class claim filed by Rowenna Drennen (.5) | 0.70 | 238.00 | | |
| 01/16/13 | JSK | Review correspondence from Elise regarding meeting with Dan Flanagan, counsel to Rowena Drennen, and scheduling of same [.2]; confer with Ronald J. Friedman regarding same [.1]; Draft correspondence to Dan Flanagan regarding same [.1]; Review correspondence from Dan Flanagan [.1] | 0.50 | 170.00 | | |
| 01/16/13 | BWP | Review class action claims filed by borrowers; | 3.30 | 660.00 | | |

| 062429 | | Committee Unsecured Creditors | | Invoice # 91439 | Page | 19 |
|--------|---|---|---|---|---|---|
| | | prepare summary of same | | | | |
| 01/16/13 | BWP | Review movant's memorandum of law in support of motion to certify class claim and debtor's objection to same in preparation for conference call regarding certification of class claim filed by Rowenna Drennen | 2.10 | | | 420.00 |
| 01/16/13 | BWP | Confer with Justin S. Krell re: review of class claims filed against debtors (.2) and motion to certify class claim filed by Rowenna Drennen (.5) | 0.70 | | | 140.00 |
| 01/17/13 | JSK | Prepare for and attend conference call with counsel to the Rowena Drennen class claim [.5]; review documents in connection with same [.5]; review district court pleadings and the Third Cir. opinion [.5]; confer with Brian Powers regarding drafting memo to the committee in connection with our recommendation to allowing or disallowing the class claim [.3] | 1.80 | | | 612.00 |
| 01/17/13 | JSK | Revise memo regarding Drennen class claim | 0.70 | | | 238.00 |
| 01/17/13 | JSK | Analyze Third Circuit opinions in connetion with drafting recomendation to the committee in connection with Drenen class claim | 1.00 | | | 340.00 |
| 01/17/13 | JSK | Conference call with Elise Frejka, Rachael Ringer, Ronald J. Friedman and Brian Powers regarding the memo to the committee in connection with the Drener class claim | 0.50 | | | 170.00 |
| 01/17/13 | BWP | Confer with Justin S. Krell re: motion to certify class for purposes of filing class claims filed by Rowenna Drennen and recommendation to Committee regarding same | 0.80 | | | 160.00 |
| 01/17/13 | BWP | Draft memo to Ronald J. Friedman regarding recommendation to Committee as to the motion to certify class for purposes of filing class claims filed by Rowenna Drennen (2.8); conduct legal research in connection with same (2.3) | 5.10 | | | 1,020.00 |
| 01/17/13 | BWP | Teleconference with Dan Flannigan, Ronald J. Friedman, and Justin S. Krell re: motion to certify class claim filed by Rowenna Drennen | 0.50 | | | 100.00 |
| 01/17/13 | BWP | Teleconference with Elise Frejka, Rachael Ringer, Ronald J. Friedman, and Justin S. Krell re: motion to certify class for purposes of filing class claims filed by Rowenna Drennen and recommendation to Committee regarding same | 0.50 | | | 100.00 |
| 01/18/13 | JSK | Revise memo to the Committee in connection with analysis of the Rowena Drennen Motion to Certify Class [.5]; confer with Brian Powers regarding same [.3] | 0.80 | | | 272.00 |
| 01/18/13 | BWP | Revise memo to Ronald J. Friedman regarding | 2.30 | | | 345.00 |

| 062429 | Committee Unsecured Creditors | Invoice # 91439 | Page | 20 |
|---|---|---|---|---|

| | | recommendation to Committee as to the motion to certify class for purposes of filing class claims filed by Rowenna Drennen | | |
|---|---|---|---|---|
| 01/18/13 | BWP | Confer with Justin S. Krell re: memo to committee regarding motion to certify class for purposes of filing class claims filed by Rowenna Drennen and revisions to same | 0.50 | 75.00 |
| 01/18/13 | BWP | Confer with Berlinda Pierre-Louis re: Rowenna Drennen motion and preparation for presentation to Committee regarding same | 0.20 | 30.00 |
| 01/18/13 | BWP | Review memorandum in support of the motion prepared by counsel to the proposed class in connection with motion to certify class filed by Rowenna Drennen | 0.60 | 90.00 |
| 01/22/13 | JSK | Confer with Brian Powers regarding analysis of borrower claims and the aggregate borrower claims group; review and revise memorandum regarding same | 0.40 | 136.00 |
| 01/22/13 | BWP | Confer with Justin S. Krell regarding analysis of borrower claims and the aggregate borrower claims group; review and revise memorandum regarding same | 0.40 | 80.00 |
| 01/22/13 | BWP | Review and analyze claims filed against Debtors by borrowers; revise memorandum to Ronald J. Friedman in connection with same | 2.40 | 480.00 V/L |
| 01/23/13 | JSK | Confer with Brian Powers re: statement of the Committee regarding Rowenna Drennen motion to certify class claims | 0.30 | 102.00 |
| 01/23/13 | BWP | Draft statement of the Committee regarding Rowenna Drennen motion to certify class claims (1.1); confer with Justin S. Krell re: same (.3) | 1.40 | 280.00 |
| 01/23/13 | BWP | Revise statement of the Committee regarding Rowenna Drennen motion to certify class claims per comments of Justin S. Krell | 0.40 | 80.00 |
| 01/24/13 | JSK | Confer with Brian Powers re: motion to reconsider filed by Basic Life Services | 0.20 | 68.00 |
| 01/24/13 | BWP | Research regarding recent California bankruptcy court decision on class certification in connection with Rowenna Drennen motion (.5); draft e-mail to Ronald J. Friedman and Justin S. Krell re: same (.3) | 0.80 | 160.00 |
| 01/24/13 | BWP | Review motion to reconsider filed by Basic Life Services (.3); confer with Justin S. Krell re: same (.2) | 0.50 | 100.00 |
| 01/25/13 | BWP | Review claims filed by borrowers; revise memorandum to Committee in connection with same | 3.20 | 640.00 V/L |
| 01/28/13 | JSK | Confer with Brian Powers regarding class claims | 0.30 | 102.00 |

12-12020-mg   Doc 4538-1   Filed 08/07/13   Entered 08/07/13 15:45:22   Exhibit
A-Time Records   Pg 22 of 84

| 062429 | | Committee Unsecured Creditors | Invoice # 91439 | Page | 21 |
|---|---|---|---|---|---|
| 01/28/13 | JSK | Review memo regarding the Bradbury Class Claim and the Debtors' objection thereto [.2]; review memo regarding other class claims [.3]; confer with Brian Powers regarding same [.2] | 0.70 | | 238.00 |
| 01/28/13 | BWP | Review class action claims filed by borrowers (2.1); prepare memorandum to Ronald J. Friedman and Justin S. Krell regarding same (2.2) | 4.70 | | 940.00 |
| 01/28/13 | BWP | Confer with Justin S. Krell re: class action claims filed by borrowers and memorandum regarding same | 0.30 | | 60.00 |
| 01/29/13 | BWP | Review claims filed against Debtors by borrowers; revise memorandum to Committee in connection with same | 4.30 | | 860.00 |
| 01/30/13 | RJF | Revise memo regarding claims analysis of borrower claim | 0.30 | | 165.00 |
| 01/30/13 | JSK | Revise claims analysis memo; confer with Ronald J. Friedman regarding same; confer with Brian Powers regarding same | 1.00 | | 340.00 |
| 01/30/13 | JSK | Review claims analysis memo; confer with Brian Powers regarding same | 0.50 | | 170.00 |
| 01/30/13 | JSK | Confer with Brian Powers re: memorandum to Committee summarizing borrower claims analysis and revisions to same | 0.30 | | 102.00 |
| 01/30/13 | BWP | Review claims filed against Debtors by borrowers; revise memorandum to Committee in connection with same | 2.50 | | 500.00 |
| 01/30/13 | BWP | Review class action claims filed by borrowers; revise memorandum to Ronald J. Friedman in connection with same | 1.10 | | 220.00 |
| 01/30/13 | BWP | Confer with Justin S. Krell re: memorandum to Committee summarizing borrower claims analysis and revisions to same | 0.30 | | 60.00 |
| 01/31/13 | BWP | Revise memorandum re: analysis of borrower claims per comments of Anthony C. Acampora | 0.40 | | 80.00 |
| 01/31/13 | BWP | Review class action claims filed by borrowers; research procedural history of underlying litigations in same | 1.40 | | 280.00 |
| | **Subtotal** | **Claims Admin/Ob** | 135.30 | | $29,340.00 |
| **Fee Application** | | | | | |
| 01/07/13 | RJF | Review correspondence from Rachael Ringer regarding Committee Professionals Fee Applications | 0.10 | | 55.00 |
| 01/23/13 | JSK | Confer with Brian Powers re: supplemental declaration of Ronald J. Friedman in connection with hourly rate changes and revisions to same | 0.20 | | 68.00 |
| 01/23/13 | BWP | Draft supplemental declaration of Ronald J. | 1.70 | | 340.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91439 | Page | 22 |
|--------|-------------------------------|---|---------|------|-----|
| | | Friedman in support of the retention of SilvermanAcampora LLP as special counsel to the Committee | | | |
| 01/23/13 | BWP | Confer with Justin S. Krell re: supplemental declaration of Ronald J. Friedman in connection with hourly rate changes and revisions to same | 0.20 | | 40.00 |
| 01/25/13 | JSK | Confer with Brian Powers regarding supplemental declaration regarding our firm's rate changes for 2013 [.2]; review and revise same [.3]; Draft correspondence to Elise enclosing declaration for her review [.1]; Review correspondence from Elise regarding requirements under retention order and Notice to the Committee regarding rate changes [.2]; Review correspondence from Rachael Ringer regarding same [.2] | 1.00 | | 340.00 |
| 01/25/13 | BWP | Confer with Justin S. Krell re: revisions to supplemental declaration of Ronald J. Friedman pursuant to comments of Elise Frejka | 0.20 | | 40.00 |
| 01/25/13 | BWP | Revise supplemental declaration of Ronald J. Friedman pursuant to comments of Elise Frejka | 0.40 | | 80.00 |
| | **Subtotal** | **Fee Application** | 3.80 | | $963.00 |
| | **Litigation** | | | | |
| 01/02/13 | RJF | Revise and categorize services memorandum for December per UST guidelines | 0.30 | | 165.00 |
| 01/02/13 | JSK | Confer with Brian Powers re: legal strategy for resolving borrower-commenced adversary proceedings (.5); review litigation chart in connection with same (.3); review pleadings filed in borrower adversary proceedings in connection with same (.4); review court's supplemental order granting borrowers relief from automatic stay to pursue certain claims against the Debtors in connection with same (.3) | 1.50 | | 510.00 |
| 01/02/13 | BWP | Confer with Justin S. Krell re: legal strategy for resolving borrower-commenced adversary proceedings (.5); review litigation chart in connection with same (.3); review pleadings filed in borrower adversary proceedings in connection with same (.4); review court's supplemental order granting borrowers relief from automatic stay to pursue certain claims against the Debtors in connection with same (.3) | 1.50 | | 300.00 |
| 01/03/13 | RJF | Telephone call from Norm Rosenbaum | 0.20 | | 110.00 |
| 01/03/13 | RJF | Telephone call to Elise Frejka, confer with Justin S. Krell regarding adversary proceedings | 0.25 | | 137.50 |
| 01/03/13 | RJF | Return phone call to Norm Rosenbaum | 0.10 | | 55.00 |
| 01/03/13 | BWP | Confer with Justin S. Krell re: lift stay motion filed by | 0.50 | | 100.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91439 | Page | 23 |
|---|---|---|---|---|---|

| | | | First Niagra Bank and legal strategy regarding handling of same (.3) and strategy regarding resolution of borrower adversary proceedings (.2) | | |
|---|---|---|---|---|---|
| 01/04/13 | RJF | Receive and review email from Amy Lewis regarding ResCap Email and Call Log for 1/3/13 | 0.10 | | 55.00 |
| 01/04/13 | BWP | Review correspondence from Erica Richards re: borrower-filed adversary proceedings and attached borrower adversary proceeding matrix | 0.30 | | 60.00 |
| 01/04/13 | BWP | Review adversary complaint filed by Marion L. Jenkins and Sharon B. Jenkins against Debtors | 1.20 | | 240.00 |
| 01/04/13 | BWP | Review adversary complaint filed by Brian and Malinda Kimber against GMAC Mortgage Corp. | 1.30 | | 260.00 |
| 01/04/13 | BWP | Review N.D. of Georgia Bankruptcy Court docket re: chapter 7 filing of Gwendolyn Hawthorne in connection with adversary proceeding filed by same agaisnt Debtors | 0.40 | | 80.00 |
| 01/04/13 | BWP | Review W.D. of Texas Bankruptcy Court docket re: chapter 13 filing of Brian Finnell in connection with adversary proceeding filed by same agaisnt Debtors | 0.30 | | 60.00 |
| 01/07/13 | JSK | Review correspondence from Ronald J. Friedman regarding Dixon v. GMAC Mortgage [.1]; review complaint [.2]; confer with Brian Powers regarding same [.2] | 0.50 | | 170.00 |
| 01/07/13 | BWP | Review email from Elise Frejka re: Kaspar Hauser | 0.20 | | 40.00 |
| 01/08/13 | RJF | Conference with Justin S. Krell and Brian Powers re? | 0.20 | | 110.00 ✓ |
| 01/08/13 | RJF | Conference call with Justin S. Krell Elise Frejka and Brian Powers regarding Dixon v. GMAC | 0.50 | | 275.00 |
| 01/08/13 | RJF | Review claims register for borrower claims | 0.50 | | 275.00 |
| 01/08/13 | BWP | Review correspondence from Norm Rosenbaum regarding Basic Life motion for allowance of proof of claim (.1); confer with Ronald J. Friedman re: same (.1) | 0.20 | | 40.00 |
| 01/09/13 | RJF | Conference calls with Kramer Levin and Justin S. Krell regarding borrower issues and Court hearing | 0.50 | | 275.00 |
| 01/09/13 | JSK | Confer with Brian Powers regarding conversations with and the drafting of letters to borrower plaintiffs in connection with resolution of adversary proceedings commenced by same (.3); revise borrower adversary proceeding chart in connection with same (.3) | 0.60 | | 186.00 |
| 01/09/13 | JSK | Confer with Brian Powers regarding conversations with borrower movants in connection with facilitating resolution of stay relief motions (.3); review and revise stay relief motion chart in connection with same (.2) | 0.50 | | 155.00 |
| 01/09/13 | BWP | Confer with Justin S. Krell re: conversations with | 0.50 | | 100.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91439 | Page | 25 |
|---|---|---|---|---|---|

| | | communications with borrowers who have filed adversary proceedings or motions to lift the automatic stay (.4); discuss drafting of letters to borrowers that have not yet responded (.1) | | |
|---|---|---|---|---|
| 01/16/13 | JSK | Confer with Brian Powers re: drafting of letters to Conrad Burnett and Brian and Malinda Kimber requesting plaintiffs to contact our office in advance of upcoming pre-trial conferences | 0.50 | 170.00 |
| 01/16/13 | JSK | Finalize correspondence to Conrad Burnett in compliance with the Judge direction to contact Mr. Burnett to resolve adversary proceeding | 0.30 | 102.00 |
| 01/16/13 | BWP | Draft letter to Conrad Burnett requesting him to contact our office regarding his adversary proceeding | 0.30 | 60.00 |
| 01/16/13 | BWP | Draft letter to Brian and Malinda Kimber requesting them to contact our office regarding their adversary proceeding | 0.30 | 60.00 |
| 01/16/13 | BWP | Telephone call to Brian and Malinda Kimber re: adversary proceeding filed by same | 0.10 | 20.00 |
| 01/16/13 | BWP | Confer with Justin S. Krell re: drafting of letters to Conrad Burnett (.3) and Brian and Malinda Kimber (.2) requesting plaintiffs to contact our office in advance of upcoming pre-trial conferences | 0.50 | 100.00 |
| 01/17/13 | ACA | Review research regarding class action issue | 2.00 | 1,190.00 $\sqrt{}$ |
| 01/17/13 | JSK | Review correspondence from Norm Rosenbaum regarding Jenkins adversary proceeding [.1]; Draft correspondence to Norm regarding same [.2]; review complaint filed in Jenkins' bankruptcy case [.3] | 0.60 | 204.00 |
| 01/18/13 | ACA | Revise memorandum regarding class claims | 1.00 | 595.00 $\sqrt{}$ |
| 01/18/13 | JSK | Review correspondence from Dan Flanagan regarding memo to the Committee in connection with class certification for Rowena Drennen [.2]; review memo [.5]; confer with Brian Powers regarding same [.3] | 1.00 | 310.00 |
| 01/18/13 | BWP | Review adversary complaint filed by Marion and Sharon Jenkins in chapter 13 filed in Georgia | 0.50 | 75.00 |
| 01/18/13 | BWP | Telephone call to Marion and Sharon Jenkins re: adversary complaint filed by same against Debtors in chapter 13 proceeding | 0.10 | 15.00 |
| 01/22/13 | RJF | Review correspondence from Anastasia N. Kaup regarding ResCap conf. call | 0.10 | 55.00 |
| 01/22/13 | RJF | Participate in Committee conference call regarding Drennan class certification issues | 2.50 | 1,375.00 |
| 01/22/13 | RJF | Telephone call with Elise Frejka regarding Drennan class certification issues | 0.30 | 165.00 |
| 01/22/13 | RJF | Prepare for Committee conference call | 0.20 | 110.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91439 | Page | 26 |
|---|---|---|---|---|---|

| 01/22/13 | BWP | Telephone calls to various pro se borrower plaintiffs, including, Jenkins, Burnett, Hawthorne, Kimber and Wagner [.5]; review pleadings in connection with same [.3]; Telephone call with Justin S. Krell to Co-defendant's counsel in the Wagner adversary proceeding [.2] | 1.00 | 200.00 |
|---|---|---|---|---|
| 01/23/13 | RJF | Review correspondence from Amy Lewis regarding ResCap call log from 1/22/13 | 0.10 | 55.00 |
| 01/23/13 | RJF | Conference with Justin S. Krell regarding conference call with Debtor's counsel regarding borrower issues | 0.20 | 110.00 |
| 01/23/13 | RJF | Revise memo to unsecured creditors | 0.40 | 220.00 ✓ |
| 01/23/13 | JSK | Confer with Brian Powers re: status of communication with George van Wagner and Conrad Burnett | 0.20 | 68.00 |
| 01/23/13 | BWP | Confer with Justin S. Krell re: status of communication with George van Wagner and Conrad Burnett | 0.20 | 40.00 |
| 01/24/13 | ACA | Review and revise statement to committee | 0.20 | 119.00 ✓ |
| 01/24/13 | KPS | Conference with Ronald J. Friedman regarding motion expanding adversary proceeding procedures for borrowers | 0.30 | 195.00 |
| 01/24/13 | BWP | Telephone calls to borrowers in connection with adversary actions [.4]; Teleconference with Justin S. Krell, Erica Richards, and Samantha Martin regarding same [.3]; Teleconference with Brian Powers and James Newton regarding same [.2]; confer with Justin S. Krell regarding revisions to litigation chart [.3]; revise litigation chart in connection with same [.4] | 1.60 | 320.00 |
| 01/25/13 | RJF | Telephone call from Elise Frejka regarding upcoming bearings ? | 0.25 | 137.50 ✓ |
| 01/25/13 | JSK | Telephone call with Conrad Burnett regarding resolution to his adversary proceeding [.3]; Review correspondence from Conrad Burnett enclosing certain documents in support of his damages claim [.1]; review documents [.3]; Telephone call to James Newton regarding proposed resolution of adversary proceeding [.2]; Draft correspondence to James enclosing Mr. Burnett's documents [.3] | 1.20 | 408.00 |
| 01/25/13 | JSK | Confer with Brian Powers regarding voluntary dismissal of Burnett adversary proceeding and draft stipulation of dismissal (.4) and status of communications with other borrowers (.3) | 0.70 | 238.00 |
| 01/25/13 | BWP | Confer with Justin S. Krell regarding voluntary dismissal of Burnett adversary proceeding and draft stipulation of dismissal (.4) and status of | 0.70 | 140.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91439 | Page | 27 |
|---|---|---|---|---|---|
| | | communications with other borrowers (.3) | | | |
| 01/25/13 | BWP | Draft stipulation dismissing adversary proceeding filed by Conrad Burnett | 0.60 | 120.00 | |
| 01/28/13 | RJF | Revise memo regarding Drennan per Justin S. Krell conference call with Kramer Levin | 0.50 | 275.00 | |
| 01/28/13 | RJF | Prepare for hearings on January 29th | 4.00 | 2,200.00 | ✓ |
| 01/28/13 | JSK | Confer with Brian Powers regarding lift stay motions filed by borrowers; review chart regarding same | 0.30 | 102.00 | |
| 01/28/13 | JSK | Telephone call from Conrad Burnett regarding tomorrow's hearing and dismissal of adversary proceeding | 0.20 | 68.00 | |
| 01/28/13 | JSK | Review correspondence form Debtor's counsel regarding Hawthorne adversary proceeding and efforts made to resolve same; Draft correspondence to same regarding same | 0.30 | 102.00 | |
| 01/28/13 | JSK | Review correspondence form Debtor's counsel regarding Jenkins adversary proceeding and efforts made to resolve same; Draft correspondence to same regarding same | 0.30 | 102.00 | |
| 01/28/13 | JSK | Review Debtors' motion for case management procedures and provide comments to same | 0.50 | 170.00 | |
| 01/28/13 | JSK | Review correspondence from a representative of George Vanwagner regarding his inability to respond to our requests [.1]; Draft correspondence to Elise regarding same [.1]; Review correspondence from Elise in connection with Vanwagner's arrest and indictment [.2]; perform legal research regarding same [.3]; Draft correspondence to Debtors' counsel regarding Vanwagner's arrest and our efforts to contact him to resolve his adversary proceeding [.3] | 1.00 | 340.00 | |
| 01/28/13 | BWP | Conference call with Elise Frejka, Doug Mannal, Rachael Ringer and Justin S. Krell in preparation for tomorrows hearing on borrower adversary proceeding and lift stay motions [.5]; review file and confer with Justin S. Krell in preparation for same [.5] | 1.00 | 200.00 | |
| 01/28/13 | BWP | Review criminal complaint filed against borrower George VanWagner regarding scheme to defraud defendants in adversary proceeding (.3); confer with Justin S. Krell re: same (.3) | 0.30 | 60.00 | |
| 01/28/13 | BWP | Review pleadings in adversary proceedings filed by Lytle, Dixon, and Farr; revise litigation chart in connection with same | 1.50 | 300.00 | |
| 01/29/13 | RJF | Attend omnibus hearings, confer with Debtor's counsel and Kramer Levin regarding same 2 | 3.00 | 1,650.00 | V/L |
| 01/29/13 | RJF | Conference with Justin S. Krell regarding memo to | 0.25 | 137.50 | |

| 062429 | Committee Unsecured Creditors | Invoice # 91439 | Page | 28 |
|---|---|---|---|---|

Committee regarding status items

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/29/13 | KPS | Telephone call from Ronald J. Friedman regarding status of procedures order and implementation of tasks | 0.30 | 195.00 |
| 01/29/13 | BWP | Confer with Justin S. Krell re: resolution Burnett adversary proceeding and dismissal of VanWagner and Williams adversary proceedings | 0.30 | 60.00 |
| 01/30/13 | RJF | Conference with Justin S. Krell regarding case management procedures motion for borrowers adversary proceedings | 0.20 | 110.00 |
| 01/30/13 | ACA | Review and revise memoranda to Committee | 1.00 | 595.00 |
| 01/30/13 | BWP | Draft stipulation dismissing Burnett adversary proceeding | 0.60 | 120.00 |
| 01/30/13 | BWP | Prepare for and attend teleconference with Justin S. Krell, Elise Frejka, and Norm Rosenbaum re: remaining borrower adversary proceedings and strategy for resolution of same | 0.80 | 160.00 |
| 01/31/13 | ACA | Revise additional memoranda to Committee regarding status | 1.50 | 892.50 |
| 01/31/13 | BWP | Revise stipulation dismissing Burnett adversary proceeding | 0.30 | 60.00 |

| | **Subtotal** | **Litigation** | 52.85 | $19,757.00 |
|---|---|---|---|---|

| | For professional services rendered | | 293.05 | $78,557.50 |
|---|---|---|---|---|

## Atty/Para Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Acampora, Anthony C. | 5.70 | 595.00 | $3,391.50 |
| Friedman, Ronald J | 24.95 | 550.00 | $13,667.50 |
| Greenberg, Sara | 8.80 | 175.00 | $1,540.00 |
| Kleinman, Jessi L. | 7.00 | 200.00 | $1,400.00 |
| Krell, Justin | 8.80 | 310.00 | $2,728.00 |
| Krell, Justin | 59.80 | 340.00 | $20,332.00 |
| Pierre- Louis, Berlinda | 23.90 | 195.00 | $4,660.50 |
| Macco, Cooper | 0.50 | 200.00 | $100.00 |
| Manzolillo, Lynne M | 0.30 | 195.00 | $58.50 |
| Powers, Brian W. | 5.60 | 150.00 | $840.00 |
| Powers, Brian W. | 136.90 | 200.00 | $27,380.00 |
| Rubino, Chris | 7.40 | 200.00 | $1,480.00 |
| Silverman, Brett S. | 0.30 | 340.00 | $102.00 |
| Silverman, Kenneth P | 0.60 | 650.00 | $390.00 |

12-12020-mg   Doc 4538-1   Filed 08/07/13   Entered 08/07/13 15:45:22   Exhibit
A-Time Records   Pg 132 of 84

| 062429 | | Committee Unsecured Creditors | Invoice # 91692 | Page | 2 |
|--------|-----|--------------------------------------|-------|-------|-----|
| 02/06/13 | RJF | Review pending borrower issues | 0.70 | 385.00 | |
| 02/06/13 | RJF | Listen to parties from conference call from Committee meeting regarding bankruptcy process | 0.40 | 220.00 | |
| 02/06/13 | BWP | Telephone call from Jose Melendez on SA ResCap hotline regarding bankruptcy process | 0.20 | 40.00 | |
| 02/06/13 | BWP | Telephone call from Allan Scott on SA ResCap hotline regarding bankruptcy process | 0.20 | 40.00 | |
| 02/06/13 | BWP | Telephone call from Vincent Cadien on SA ResCap hotline regarding bankruptcy process | 0.30 | 60.00 | |
| 02/07/13 | BWP | Telephone call from Wendy Smith on SA ResCap hotline regarding bankruptcy process | 0.20 | 40.00 | |
| 02/07/13 | BWP | Telephone call from Diane Donovan on SA ResCap hotline regarding bankruptcy process | 0.10 | 20.00 | |
| 02/08/13 | GMD | E-filed Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with respect to the Motion to Apply Bankruptcy Rule 7023 | 0.10 | 11.00 | |
| 02/12/13 | RJF | Participate in counsel to committee members conference call | 0.75 | 412.50 | |
| 02/12/13 | RJF | Revise claims objection procedures motions to address borrower claims | 2.00 | 1,100.00 | |
| 02/12/13 | RDN | Attend telephonic conference call with counsels to the committee and committee members | 1.50 | 637.50 | |
| 02/12/13 | JSK | Prepare for and attend teleconference with Brian Powers, Norm Rosenbaum, Erica Richards, James Newton, and Elise Frejta re: status of borrower matters scheduled for omnibus hearing date of 2/28 | 1.00 | 340.00 | |
| 02/12/13 | BWP | Teleconference with counsel to all Committee members regarding proposed CRO and issues regarding exclusivity | 1.50 | 300.00 | |
| 02/12/13 | BWP | Prepare for and attend teleconference with Justin S. Krell, Norm Rosenbaum, Erica Richards, James Newton, and Elise Frejka re: status of borrower matters scheduled for omnibus hearing date of 2/28 | 1.00 | 200.00 | |
| 02/13/13 | RJF | Telephone call with Joseph Shifer of Kramer Levin regarding borrower issues | 0.25 | 137.50 | |
| 02/19/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee - | 7.60 | 2,584.00 | |
| 02/19/13 | JSK | Prepare for and attend conference call with the Debtors' counsel and Elise Frejka regarding borrower issues | 0.50 | 170.00 | |
| 02/26/13 | JSK | Prepare for and attend telephone conference with Debtors' counsel and Committee counsel regarding borrower issues | 0.60 | 204.00 | |

| 062429 | | Committee Unsecured Creditors | Invoice # 91692 | Page | 4 |
|---|---|---|---|---|---|
| | | Friedman regarding same | | | |
| 02/07/13 | BSS | Confer with Justin S. Krell and Brian Powers re: implementation of strategy for substantive analysis of borrower claims | 0.20 | | 68.00 |
| 02/07/13 | BWP | Confer with Ronald J. Friedman and Justin S. Krell re: claims analysis, development of claims analysis team, and implementation of strategy regarding same | 0.30 | | 60.00 |
| 02/07/13 | BWP | Review claims summary with Justin S. Krell in connection with substantive analysis of borrower claims | 0.50 | | 100.00 |
| 02/07/13 | BWP | Confer with Justin S. Krell and Chris Rubino re: implementation of strategy for substantive analysis of borrower claims | 0.20 | | 40.00 |
| 02/07/13 | BWP | Confer with Justin S. Krell and Robert D. Nosek re: implementation of strategy for substantive analysis of borrower claims | 0.30 | | 60.00 |
| 02/07/13 | BWP | Confer with Justin S. Krell and Sheryl P. Giugliano re: implementation of strategy for substantive analysis of borrower claims | 0.20 | | 40.00 |
| 02/07/13 | BWP | Confer with Justin S. Krell and Brett S. Silverman re: implementation of strategy for substantive analysis of borrower claims | 0.20 | | 40.00 |
| 02/07/13 | BWP | Review borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 2.40 | | 480.00 |
| 02/07/13 | SPG | Various discussions with Justin S. Krell and Brian Powers regarding strategy for claims analysis | 0.30 | | 97.50 |
| 02/08/13 | JSK | Review correspondence from Debtors counsel regarding Omnibus Claims Procedures Motion | 0.20 | | 68.00 |
| 02/08/13 | BWP | Review borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 3.40 | | 680.00 |
| 02/10/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 4.60 | | 920.00 |
| 02/11/13 | JSK | Confer with Brian Powers regarding claims analysis and team meeting regarding same | 0.30 | | 102.00 |
| 02/11/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 7.50 | | 1,500.00 |
| 02/11/13 | BWP | Confer with Justin S. Krell re: substantive analysis of borrower claims and strategy for accomplishing same | 0.30 | | 60.00 |
| 02/12/13 | JSK | Review and revise claims procedure motion in | 1.90 | | 646.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91692 | Page | 5 |
|--------|---------|---------|-------|------|---|
| | | connection with borrower claims [1.2]; confer with Robert D. Nosek regarding same [.3]; Draft correspondence to Elise Frejka regarding same [.2]; Review correspondence from Elise [.1] | | | |
| 02/12/13 | JSK | Confer with Brian Powers re: status of substantive analysis of borrower claims and strategy for accomplishing same | 0.40 | | 136.00 |
| 02/12/13 | BSS | Office conference with Robert D. Nosek, Justin S. Krell, Sheryl P. Giugliano, and Chris Rubino re: substantive analysis of borrower claims and strategy for accomplishing same | 0.50 | | 170.00 |
| 02/12/13 | BWP | Office conference with Robert D. Nosek, Justin S. Krell, Brett S. Silverman, Sheryl P. Giugliano, and Chris Rubino re: substantive analysis of borrower claims and strategy for accomplishing same | 0.50 | | 100.00 |
| 02/12/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 7.80 | | 1,560.00 |
| 02/12/13 | BWP | Confer with Justin S. Krell and Robert D. Nosek re: revisions to claims procedures motions with respect to borrower claims | 0.50 | | 100.00 |
| 02/12/13 | BWP | Confer with Justin S. Krell re: status of substantive analysis of borrower claims and strategy for accomplishing same | 0.40 | | 80.00 |
| 02/12/13 | CR | Office conference with Robert D. Nosek, Justin S. Krell, Brett S. Silverman, Sheryl P. Giugliano, and Brian Powers re: substantive analysis of borrower claims and strategy for accomplishing same | 0.50 | | 100.00 |
| 02/12/13 | CR | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 7.00 | | 1,400.00 |
| 02/12/13 | SPG | Office conference with Robert D. Nosek, Justin S. Krell, Brett S. Silverman, Brian Powers , and Chris Rubino re: substantive analysis of borrower claims and strategy for accomplishing same | 0.50 | | 162.50 |
| 02/12/13 | SPG | Review claims chart and 1007 Declaration filed in chapter 11 cases for background of cases in preparation for analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 1.40 | | 455.00 |
| 02/12/13 | SPG | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 1.00 | | 325.00 |
| 02/12/13 | SPG | Continue analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 1.20 | | 390.00 |

| 062429 | | Committee Unsecured Creditors | Invoice # 91692 | Page | 6 |
|--------|-----|-------------------------------------------|------|------|---|
| 02/13/13 | RJF | Telephone call with Elise Frejka regarding borrower claim insert to claim objection procedure motion | 0.25 | 137.50 | |
| 02/13/13 | JSK | Review and analyze borrower claims; revise claims chart in connection with same | 2.00 | 680.00 | |
| 02/13/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 3.20 | 1,088.00 | |
| 02/13/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 9.20 | 1,840.00 | |
| 02/13/13 | CR | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 10.00 | 2,000.00 | |
| 02/13/13 | SPG | Continue analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 8.00 | 2,600.00 | |
| 02/14/13 | RJF | Confer Justin S. Krell regarding revisions to motion for claims objections | 0.25 | 137.50 | |
| 02/14/13 | KPS | Conference with Ronald J. Friedman regarding protocol for claims processing initiative | 0.30 | 195.00 | |
| 02/14/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 1.20 | 408.00 | |
| 02/14/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 3.50 | 1,190.00 | |
| 02/14/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 8.10 | 1,620.00 | |
| 02/14/13 | CR | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 7.00 | 1,400.00 | |
| 02/14/13 | SPG | Continue analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 2.70 | 877.50 | |
| 02/15/13 | JSK | Review and analyze borrower claims; review supporting documents relating thereto; review claims summary chart in connection with same | 6.00 | 2,040.00 | |
| 02/15/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 6.90 | 2,346.00 | |
| 02/15/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 6.80 | 1,360.00 | |
| 02/15/13 | CR | Analyze borrower claims filed in Debtors' cases in | 5.30 | 1,060.00 | |

| 062429 | | Committee Unsecured Creditors | Invoice # 91692 | Page | 7 |
|---|---|---|---|---|---|

| | | connection with preparation of substantive analysis for Committee | | |
|---|---|---|---|---|
| 02/15/13 | CR | Review and revise chart for claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 1.00 | 200.00 |
| 02/15/13 | SPG | Continue analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 5.00 | 1,625.00 |
| 02/17/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 10.30 | 3,502.00 |
| 02/18/13 | SPG | Continue analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 4.00 | 1,300.00 |
| 02/19/13 | KPS | Telephone call from Ronald J. Friedman regarding continuing claims analysis and protocol | 0.20 | 130.00 |
| 02/19/13 | RDN | Detailed review of borrower proofs of claim for basis of claims and evaluate sufficiency of back up | 4.00 | 1,700.00 |
| 02/19/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 7.10 | 1,420.00 |
| 02/19/13 | SPG | Continue analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 3.30 | 1,072.50 |
| 02/20/13 | RDN | Continue detailed review of borrower proofs of claim for basis of claims and evaluate sufficiency of back up | 8.00 | 3,400.00 |
| 02/20/13 | JSK | Analyze borrower claims and review supporting documents relating thereto | 7.00 | 2,380.00 |
| 02/20/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 8.20 | 2,788.00 |
| 02/20/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 7.30 | 1,460.00 |
| 02/20/13 | CR | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 3.00 | 600.00 |
| 02/20/13 | SPG | Continue analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 4.00 | 1,300.00 |
| 02/20/13 | KPS | Conference with Brett S. Silverman regarding continuing claims review process | 0.20 | 130.00 |
| 02/21/13 | BWP | Telephone call from Frank Reed on SA ResCap hotline re: claim objection procedures | 0.10 | 20.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91692 | Page | 8 | |
|---|---|---|---|---|---|---|
| 02/21/13 | RDN | Continue detailed review of borrower proofs of claim for basis of claims and evaluate sufficiency of back up | 8.00 | 3,400.00 | | |
| 02/21/13 | JSK | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 4.00 | 1,360.00 | | |
| 02/21/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 6.50 | 2,210.00 | | |
| 02/21/13 | CR | Analyze borrower claims filed in Debtor'scases in connection with preparation of substantive analysis for Committee | 3.00 | 600.00 | | |
| 02/21/13 | CR | Review and revise chart for borrower claims filed in Debtor'scases in connection with preparation of substantive analysis for Committee | 0.30 | 60.00 | | |
| 02/21/13 | SPG | Continue analyzing borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 1.00 | 325.00 | | |
| 02/21/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 7.90 | 1,580.00 | | |
| 02/22/13 | RDN | Continue detailed review of borrower proofs of claim for basis of claims and evaluate sufficiency of back up | 8.00 | 3,400.00 | | |
| 02/22/13 | JSK | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 9.00 | 3,060.00 | | |
| 02/22/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 7.80 | 1,560.00 | | |
| 02/25/13 | RDN | Continue detailed review of borrower proofs of claim for basis of claims and evaluate sufficiency of back up | 2.00 | 850.00 | | |
| 02/25/13 | RDN | Finalize detailed review of borrower proofs of claim for basis of claims and evaluate sufficincy of back up | 3.00 | 1,275.00 | | |
| 02/25/13 | RDN | Conference with Brian Powers regarding finalized claims analysis chart and narrowing down universe of claims to exclude known duplicate claims | 0.30 | 127.50 | | |
| 02/25/13 | JSK | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | 5.50 | 1,870.00 | | |
| 02/25/13 | JSK | Confer with Robert D. Nosek and Brian Powers re: potential objections to borrower claims and strategy regarding same in connection with Debtors' claims objections procedures motion | 0.30 | 102.00 | | |

| 062429 | | Committee Unsecured Creditors | Invoice # 91692 | | Page | 9 |
|---|---|---|---|---|---|---|
| 02/25/13 | JSK | Confer with Brian Powers re: analysis of borrower claims filed in Debtors' cases and preparation of substantive analysis regarding same | | 0.30 | | 102.00 |
| 02/25/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | | 5.30 | | 1,060.00 |
| 02/25/13 | BWP | Confer with Robert D. Nosek re: analysis of borrower claims filed in Debtors' cases and preparation of substantive analysis regarding same | | 0.30 | | 60.00 |
| 02/25/13 | BWP | Confer with Robert D. Nosek and Justin S. Krell re: potential objections to borrower claims and strategy regarding same in connection with Debtors' claims objections procedures motion | | 0.30 | | 60.00 |
| 02/25/13 | BWP | Confer with Justin S. Krell re: analysis of borrower claims filed in Debtors' cases and preparation of substantive analysis regarding same | | 0.30 | | 60.00 |
| 02/26/13 | BWP | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee | | 3.80 | | 760.00 |
| 02/28/13 | RJF | Confer with Justin S. Krell and Brian Powers regarding claims analysis, development of claims analysis team, and implementation of strategy regarding same | | 0.30 | | 165.00 |
| | **Subtotal** | **Claims Admin/Ob** | | 285.50 | | $80,626.50 |
| **Fee Application** | | | | | | |
| 02/04/13 | RJF | Finalize memo to committee regarding Silverman Acampora services | | 0.30 | | 165.00 |
| 02/04/13 | RJF | Receive and review stipulation regarding fee application hearing | | 0.10 | | 55.00 |
| 02/04/13 | JSK | Review and revise memo to the Committee regarding SilvermanAcampora's services to date [.5]; confer with Brian Powers regarding same [.3]; Draft correspondence to Ronald J. Friedman regarding same [.2]; Draft correspondence to Elise Frejka enclosing memo [.1] | | 1.10 | | 374.00 |
| 02/05/13 | JSK | with Brian Powers re: drafting of SilvermanAcampora's first interim fee application in connection with notice of last day to file interim fee applications | | 0.20 | | 68.00 |
| 02/05/13 | BWP | Confer with Justin S. Krell re: drafting of SilvermanAcampora's first interim fee application in connection with notice of last day to file interim fee applications | | 0.20 | | 40.00 |
| 02/08/13 | RJF | Revise January invoice reviewper United States Trustee guidelines | | 0.30 | | 165.00 |

12-12020-mg   Doc 4869   Filed 08/28/13   Entered 08/28/13 15:48:13   Main Document
Pg 281 of 294

| 062429 | Committee Unsecured Creditors | | Invoice # 91692 | Page | 10 |
|---|---|---|---|---|---|

| 02/11/13 | RJF | Finalize monthly fee invoice statement and direct service | 0.30 | 165.00 |
| 02/12/13 | LMM | Telephone call to Rachael Ringer at Kramer Levin to determine parties required to be served with monthly compensation requests and supporting invoices | 0.20 | 39.00 |
| 02/12/13 | LMM | Revise monthly legal bills to conform to United States Trustee guidelines in anticipation of request for payment due SilvermanAcampora LLP for October 2012; confer with Ronald J. Friedman regarding same | 1.40 | 273.00 |
| 02/13/13 | LMM | Revise December 2012 and January 2013 monthly invoices to comply with United States Trustee guidelines | 2.80 | 546.00 |
| 02/13/13 | LMM | Continued revisions to SilvermanAcampora LLP legal bills to conform to United States Trustee guidelines | 1.00 | 195.00 |
| 02/14/13 | JSK | Review correspondence from Rachel Ringer regarding filing of supplemental declaration regarding rate changes [.1]; confer with Brian Powers regarding same [.2]; review declaration [.2] | 0.50 | 170.00 |
| 02/14/13 | LMM | Continued revisions to SilvermanAcampora LLP legal bills in compliance with United States Trustee guidelines | 1.00 | 195.00 |
| 02/14/13 | LMM | Confer with Sheryl P. Giugliano regarding review of legal bill to comply with Judge Glenn's requirements | 0.10 | 19.50 |
| 02/14/13 | LMM | Telephone call to Rachael Ringer to obtain list of parties to receive monthly fee letter and bills for payment | 0.20 | 39.00 |
| 02/14/13 | LMM | Continued revisions to legal bill to comply with United States Trustee guidelines (3.9); conference with Ronald J. Friedman regarding final review and approval of same (.1) | 4.00 | 780.00 |
| 02/14/13 | SPG | Revise time entries for November 2012 time to comply with UST guidelines | 0.70 | 227.50 |
| 02/15/13 | JSK | Confer with Brian Powers regarding filing of supplemental declaration inc connection with SilvermanAcampora's rate changes | 0.30 | 102.00 |
| 02/20/13 | LMM | Review revisions to legal bill for November 2012 and draft memo to Nancy A. McNichol regarding same | 0.60 | 117.00 |
| 02/21/13 | LMM | Review November 2012 and December 2012 monthly invoices and draft correspondence to UST and all interested parties to receive notice via FedEx and email of SilvermanAcampora LLP monthly compensation due (.3); scan and forward letters to Ronald J. Friedman for his review and approval (.1); | 0.70 | 136.50 |

062429    Committee Unsecured Creditors        Invoice # 91692    Page   11

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|------:|-------:|
| | | prepare Excel spreadsheet of interim fees and expenses due Silverman Acampora LLP (.3) | | |
| 02/21/13 | LMM | Review January 2013 invoice; draft letter to interested parties enclosing same for approval of payment due on same; update Excel spreadsheet and prepare for mailing to 15 parties | 0.30 | 58.50 ℞ |
| 02/28/13 | LMM | Confer with Brian Powers regarding interim fee application and monthly fee requests to date | 0.30 | 58.50 |
| 02/28/13 | JSK | Confer with Brian Powers regarding drafting the first interim fee application of SilvermanAcampora | 0.20 | 68.00 |
| 02/28/13 | BWP | Draft summary sheet in connection with first interim fee application of SilvermanAcampora | 1.40 | 280.00 |
| 02/28/13 | BWP | Draft category sheet in connection with first interim fee application of SilvermanAcampora | 0.60 | 120.00 |
| 02/28/13 | BWP | Draft first interim fee application of SilvermanAcampora | 5.90 | 1,180.00 |
| 02/28/13 | BWP | Confer with Justin S. Krell re: drafting the first interim fee application of SilvermanAcampora | 0.20 | 40.00 |
| | **Subtotal** | **Fee Application** | 24.90 | $5,676.50 |

**Litigation**

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|------:|-------:|
| 02/01/13 | JSK | Telephone call from Mr. Wheeler regarding his relief from stay motion and the Debtors response to same; Telephone call to Samantha Martin regarding same | 0.30 | 102.00 |
| 02/01/13 | BP | Review docket; review notices of adjournment filed in connection with Julio Solano and Antoinette Aribal Motion Seeking Relief from Automatic Stay; review Debtors' response to Wheeler's Motion for Relief from Automatic Stay; update chart; draft e-mail to Justin S. Krell and Brian Powers regarding same | 0.50 | 97.50 |
| 02/01/13 | BWP | Draft email to Kaspar Hauser in response to inquiry to Kramer Levin regarding bankruptcy process | 0.20 | 40.00 |
| 02/01/13 | BWP | Draft letter to Princess Dixon in connection with discussions regarding her filed adversary proceeding | 0.30 | 60.00 |
| 02/01/13 | BWP | Draft letter to Derrick Lytle in connection with discussions regarding her filed adversary proceeding | 0.30 | 60.00 |
| 02/01/13 | BWP | Draft second letter to Brian and Malinda Kimber requesting that they contact our firm to discuss their pending adversary proceeding | 0.30 | 60.00 |
| 02/01/13 | BWP | Draft e-mail to Gwendolyn Hawthorne regarding potential resolution to adversary proceeding | 0.40 | 80.00 |
| 02/01/13 | BWP | Confer with Justin S. Krell re: borrower adversary proceedings scheduled for pre-trial conference on 2/7 (.2); letters to Dixon, Lytle, and Kimber requesting same to contact our office (.3); and e-mail | 0.90 | 180.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91692 | Page | 12 |
|---|---|---|---|---|---|

| | | to Gwendolyn Hawthorne regarding potential loan modification and resolution to adversary proceeding of same (.4) | | |
|---|---|---|---|---|
| 02/04/13 | JSK | Review correspondence from Erica Richards regarding email from Julio Pichardo in connection with borrower issues [.2]; review pleadings and related documents in connection with the claims and causes of action being asserted by Mr. Pichardo [.5]; confer with Ronald J. Friedman regarding same [.2]; revise litigation chart in connection with same [.2] | 1.10 | 374.00 |
| 02/04/13 | JSK | Review correspondence from James Newton regarding Jenkins [.2]; Draft correspondence to same regarding same [.2]; Telephone call to Jenkins [.1] | 0.50 | 170.00 |
| 02/04/13 | JSK | Review correspondence from James Newton regarding Burnett stipulation and status of same [.2]; Draft correspondence to James regarding same [.2]; review Burnett stipulation [.2] | 0.60 | 204.00 |
| 02/04/13 | JSK | Review correspondence from James Newton regarding Letter and review 9011 motion relating to Taggart action [.1]; review documents regarding same [.3] | 0.40 | 136.00 |
| 02/04/13 | RJF | Receive and review email from Rachael Ringer regarding Berkshire Sale Update, Rule 60 Motion re DOJ Consent Judgment, Revised Information Protocol, Examiner Confidentiality Agreement, Freddie Mac Stipulation, Post-Closing Employees, Adversary Proceeding-Motion to Extend Stay, 1/29 Hearing Transcript | 0.10 | 55.00 |
| 02/04/13 | KPS | Conference with Ronald J. Friedman regarding case strategies | 0.10 | 65.00 |
| 02/05/13 | JSK | Review correspondence from Rocio Pichardo regarding objection to sale; forward correspondence to Debtors' counsel; Telephone call with Erica Richards regarding same | 0.30 | 102.00 |
| 02/05/13 | JSK | Confer with Brian Powers re: status of Jenkins, Kimber, Taggart, and Burnett matters and strategy for resolution of same | 0.50 | 170.00 |
| 02/05/13 | JSK | Confer with Brian Powers re: e-mail to Gwendolyn Hawthorne attaching loss mitigation package from Debtors and revisions thereto | 0.20 | 68.00 |
| 02/05/13 | JSK | Review order dismissing the VanWagner adversary Proceeding [.1]; Draft correspondence to Elise frejka regarding same [.1]; Review correspondence from Elise regarding same [.1] | 0.30 | 102.00 |
| 02/05/13 | BWP | Review e-mails from Julio Pichardo in connection with objection to sale filed by same | 0.40 | 80.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91692 | | Page | 14 |
|---|---|---|---|---|---|---|
| 02/07/13 | CR | Confer with Ronald J. Friedman regarding necessary claims administration work to be completed | 0.10 | | | 20.00 |
| 02/08/13 | JSK | Review correspondence from Ronald J. Friedman and Elise Frejka regarding filing The Committee's response to the Drennen motion [.3]; confer with Ronald J. Friedman regarding same [.2]; enure filing and service of same [.4] | 0.90 | | | 306.00 |
| 02/08/13 | JSK | Review correspondence from Julio Pichardo regarding his claims against the Debtors [.2]; Draft correspondence to Debtors' counsel regarding same [.1] | 0.30 | | | 102.00 |
| 02/11/13 | KPS | Conference with Ronald J. Friedman regarding review of borrower's portfolio | 0.20 | | | 130.00 |
| 02/11/13 | JSK | Review correspondence fro Elise regarding Joe Vargas letter to Judge Glenn [.2]; Draft correspondence regarding same [.2]; review letter [.1] | 0.50 | | | 170.00 |
| 02/11/13 | BP | Telephone call with Jeff Kenney regarding proper party to pay mortgage | 0.10 | | | 19.50 |
| 02/11/13 | BWP | Telephone call to Joe Vargas re: letter sent to chambers in connection with sale of mortgage | 0.20 | | | 40.00 |
| 02/11/13 | BWP | Confer with Justin S. Krell re: letter filed by Joe Vargas and resolution of issues in connection with same | 0.10 | | | 20.00 |
| 02/12/13 | JSK | Telephone call with Brian Powers to Thomas Mason re: potential resolution of DeMustchine adversary proceeding | 0.50 | | | 170.00 |
| 02/12/13 | BWP | Telephone call with Justin S. Krell to Thomas Mason re: potential resolution of DeMustchine adversary proceeding | 0.50 | | | 100.00 |
| 02/13/13 | RJF | Telephone call to Joseph Shifer of Kramer Levin regarding motion revisions (claims pending) | 0.10 | | | 55.00 |
| 02/13/13 | KPS | Conference with Ronald J. Friedman regarding case status | 0.20 | | | 130.00 ✓ |
| 02/13/13 | JSK | Conference call with James Newton and Jenkins in connection with Jenkins adversary proceeding [.1]; return call from Mrs. Jenkins [.2]; Telephone call to James regarding possible adjournment of pretrial conference at the request of Jenkins [.1]; Review correspondence from James regarding same [.1]; Draft correspondence to Jenkins advising of adjournment [.1] | 0.60 | | | 204.00 |
| 02/13/13 | JSK | Telephone call to Mr. Pichardo regarding Debtors' response to his action and advise Mr. Pichardo that there can be no settlement [.3]; Telephone call to | 0.50 | | | 170.00 |

| 062429 | | Committee Unsecured Creditors | Invoice # 91692 | Page | 16 |
|---|---|---|---|---|---|
| | | Brian Powers regarding same [.2] | | | |
| 02/20/13 | JSK | Review correspondence from Anastasia Kaup regarding Letter filed by Borrower Cathryn Lafayette [.1]; review letter [.2]; perform research regarding pending litigation concerning the claims asserted by Ms. Lafayette against the Debtors [.2]; review certain pleadings in connection with same [.3]; Telephone call to Ms. Lafayette [.2]; Draft correspondence to Elise regarding conversation with Ms. Lafayette [.2] | 1.20 | | 408.00 |
| 02/20/13 | JSK | Review correspondence from Naomi Moss regarding Telephone call from Barbara Langum regarding her son's mortgage [.1];; Telephone call to Barbara Langum [.3]; Telephone call to Naomi [.1] | 0.50 | | 170.00 |
| 02/20/13 | ACA | Review committee materials | 1.00 | | 595.00 ✓ |
| 02/21/13 | JSK | Review correspondence from Kramer Levin regarding letter submitted to the Court from borrower Georgana Pappas [.1]; review letter [.1]; Draft correspondence regarding same [.1] | 0.30 | | 102.00 |
| 02/21/13 | JSK | Review correspondence from James Newton regarding Jenkins' time to respond to the Debtors' motion for a More Definitive Statement | 0.10 | | 34.00 |
| 02/25/13 | JSK | Review correspondence fro Jame Newton regarding Jenkins [.2]; Telephone call to Jenkins with James Newton [.2] | 0.40 | | 136.00 |
| 02/25/13 | JSK | Draft correspondence to Elise regarding Cathryn Lafayette | 0.10 | | 34.00 |
| 02/25/13 | BWP | Telephone call to Carrie Nickerson regarding call she received from Prime Loans | 0.10 | | 20.00 |
| 02/25/13 | BWP | Telephone call from Steve (refused last name) on SA ResCap hotline re: sale of his mortgage servicing rights to Ocwen | 0.20 | | 40.00 |
| 02/26/13 | JSK | Review correspondence from Norm Rosenbaum regarding resolution to the actions and claims asserted by Aribal and Solano | 0.20 | | 68.00 |
| 02/26/13 | JSK | Review correspondence from Anastasia Kaup enclosing recent letter filed by Ms. Lafayette [.1]; review letter [.2] | 0.30 | | 102.00 |
| 02/26/13 | JSK | Review correspondence from Erica Richards regarding Mr. Pichardo; Telephone call to Mr. Pichardo | 0.30 | | 102.00 |
| 02/26/13 | JSK | Draft case status for Anthony C. Acampora | 0.10 | | No Charge |
| 02/26/13 | BWP | Confer with Justin S. Krell re: pending adversary proceedings and borrower matters scheduled for hearing date of 2/28 | 0.30 | | 60.00 |
| 02/27/13 | JSK | Review  Notice of Withdrawal filed by Lawrence | 0.20 | | 68.00 |

12-12020-mg   Doc 4538-1   Filed 08/07/13   Entered 08/07/13 15:45:22   Exhibit
A-Time Records   Pg 66 of 84

| 062429 | Committee Unsecured Creditors | | Invoice # 92535 | Page | 2 |

| | | supporting documents filed in connection with same, and filings in three previous bankruptcy filings of same | | |
|---|---|---|---|---|
| 04/01/13 | BWP | Telephone call to Alfredia Pruitt in connection with potential resolution of lift stay motion filed by same | 0.10 | 20.00 |
| 04/04/13 | BWP | Review Epiq call log in connection with making return calls from borrowers | 0.20 | 40.00 |
| 04/04/13 | BWP | Telephone call with Scott Greenberg on SA ResCap hotline re: case status | 0.20 | 40.00 |
| 04/08/13 | JSK | Prepare for tomorrow's hearings; Telephone call with Brian Powers regarding same | 0.50 | 170.00 |
| 04/08/13 | BWP | Telephone call from Leonard Golfman on SA ResCap hotline re: sale of servicing rights | 0.10 | 20.00 |
| 04/11/13 | JSK | Prepare for and attend hearing on interim fee application and borrower issues | 5.50 | 1,870.00 |
| 04/11/13 | JSK | Review correspondence from Steve Zipp regarding borrower issue; Telephone call to Steve; Telephone call from Steve | 0.30 | 102.00 |
| 04/12/13 | JSK | Review transcript from yesterday's omnibus hearing in connection with borrower issues | 0.30 | 102.00 |
| 04/15/13 | KPS | Conference with Ronald J. Friedman regarding case administration and staffing | 0.20 | No Charge |
| 04/15/13 | JSK | Review correspondence regarding STN Motion and related issues | 0.30 | 102.00 |
| 04/15/13 | JSK | Review correspondence from Rachael ringer regarding Committee update | 0.20 | 68.00 |
| 04/16/13 | JSK | Harris Motion | 4.00 | 1,360.00  √ |
| 04/16/13 | JSK | Ally/Reed/Foreclosure Review | 1.00 | 340.00  √ |
| 04/16/13 | BWP | Confer with Justin S. Krell re: e-mails from Fedelina De-Aguero in connection with determining relief sought in filing on docket of same | 0.20 | 40.00 |
| 04/17/13 | JSK | Finalize Stephaine Harris statement and review documents relating to same | 3.00 | 1,020.00 |
| 04/17/13 | JSK | Prepare for and attend Committee conference call regarding plan issues and borrower claim issues | 2.50 | 850.00 |
| 04/18/13 | GMD | E-filed Statement of Special Counsel to Official Committee of Unsecured Creditors regarding relief sought by Stephanie Harris with Exhibits A through K; prepare letter to Court regarding courtesy copy of same | 0.50 | 55.00 |
| 04/22/13 | JSK | Provide the Committee with an update of certain borrower related matters | 0.50 | 170.00 |
| 04/24/13 | BWP | Telephone call to Joel Sciascia on SA ResCap | 0.10 | 20.00 |

| 062429 | | Committee Unsecured Creditors | Invoice # 92535 | Page | 7 |
|--------|-----|-------------------------------|-----------------|------|---|
| | | claims for Committee | | | |
| 04/18/13 | CR | Research regarding the standards and damages for violation of the Fair Debt Collection Protection Act | 5.00 | 1,000.00 | |
| 04/18/13 | CR | Draft memorandum regarding standards and damages for violation of the Fair Debt Collection Protection Act | 5.00 | 1,000.00 | |
| 04/19/13 | RJF | Prepare for and attend conference call with Elise Frejka, Joseph Shifer, Anthony C. Acampora, Brian Powers, Robert D. Nosek, Justin S. Krell, and Chris Rubino regarding substantive analysis of borrower claims in connection with determination of Debtors' maximum exposure on same for purposes of plan negotiations | 1.00 | 550.00 | |
| 04/19/13 | RDN | Conferences with Chris Rubino regarding research on known large settement of certain mortgage related claims, i.e., state attorneys' general settlement | 0.50 | 212.50 | |
| 04/19/13 | RDN | Detailed review of substantive claims basis for borrower claims | 8.00 | 3,400.00 | |
| 04/19/13 | RDN | Detailed revisions to Borrower Claims Analysis Memo | 3.00 | 1,275.00 | |
| 04/19/13 | RDN | Confer with Brian Powers re: memorandum presenting to Committee the substantive analysis of Debtors' maximum exposure on all borrower claims | 1.30 | 552.50 | |
| 04/19/13 | RDN | Correspond with Brian Powers, Chris Rubino and Justin S. Krell regarding additional tasks to complete committee special counsel borrowers claims chart | 0.20 | 85.00 | |
| 04/19/13 | JSK | Claims Memo | 11.00 | 3,740.00 | |
| 04/19/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee of Debtors' exposure on borrower claims | 2.60 | 884.00 | |
| 04/19/13 | BWP | Analyze borrower claims in connection with preparation of substantive analysis of borrower claims for Committee | 2.90 | 580.00 | |
| 04/19/13 | BWP | Revise Memorandum to Committee re: analysis of Debtors' maximum exposure on all borrower claims | 5.70 | 1,140.00 | |
| 04/19/13 | BWP | Confer with Robert D. Nosek re: memorandum presenting to Committee the substantive analysis of Debtors' maximum exposure on all borrower claims | 1.30 | 260.00 | |
| 04/19/13 | BWP | Confer with Justin S. Krell re: re: memorandum presenting to Committee the substantive analysis of Debtors' maximum exposure on all borrower claims | 0.40 | 80.00 | |
| 04/19/13 | CR | Research regarding payments for National Mortgage Settlement | 5.50 | 1,100.00 | |

062429      Committee Unsecured Creditors                     Invoice # 92535        Page    10
                     Committee's claims register

| 04/25/13 | BWP | Confer with Justin S. Krell re: substantive analysis of borrower class action claims and largest claims filed by borrowers | 0.60 | 120.00 |
| 04/25/13 | CR | Review and revise memorandum regarding class actions filed against Debtors | 7.00 | 1,400.00 |
| 04/26/13 | RDN | Attend team meeting with Justin S. Krell, Brian Powers, Chris Rubino, and Cooper Macco in follow-up to conference call with Committee counsel regarding analysis of borrower claims and presentation to the Committee relating to the maximum liability to the Debtors' estates on account of borrower claims | 1.00 | 425.00 |
| 04/26/13 | RDN | Prepare for and attend conference call with Committee counsel regarding analysis of borrower claims and presentation to the Committee relating to the maximum liability to the Debtors' estates on account of borrower claims | 1.00 | 425.00 |
| 04/26/13 | RDN | Review multiple correspondence from Justin Krell, Joseph Shifer, and Ronald J. Friedman regarding claims analysis issues | 0.30 | 127.50 |
| 04/26/13 | JSK | Confer with Chris Rubino regarding analysis of borrower claims | 0.20 | 68.00 |
| 04/26/13 | JSK | Telephone call from Frank Reed | 0.20 | 68.00 |
| 04/26/13 | JSK | Review class action claims for substantive analysis; review and revise memo to the Committee in connection with same | 2.50 | 850.00 |
| 04/26/13 | JSK | Prepare for and attend conference call with Committee counsel regarding analysis of borrower claims and presentation to the Committee relating to the maximum liability to the Debtors' estates on account of borrower claims | 1.00 | 340.00 |
| 04/26/13 | JSK | Attend team meeting in follow-up to conference call with Committee counsel regarding analysis of borrower claims and presentation to the Committee relating to the maximum liability to the Debtors' estates on account of borrower claims | 1.00 | 340.00 |
| 04/26/13 | JSK | Telephone call from Frank Reed regarding his borrower claim; Telephone call from James Newton regarding same | 0.20 | 68.00 |
| 04/26/13 | JSK | Review borrower claims for a more substantive analysis in connection with presenting the Committee with the maximum liability to the Debtors' estate | 0.50 | 170.00 |
| 04/26/13 | JSK | Review correspondence from Artis Bell regarding certain borrower claims and so relation to the RMBS settlement; review enclosing documents regarding | 0.40 | 136.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 92535 | Page | 12 |
|--------|------|------|------|------|------|

| | | claims over one million dollars as requested by committee counsel | | |
|--------|------|------|------|------|
| 04/27/13 | CM | Review borrower claims and estimate maximum liability in preparation for April 29, 2013 conference call with Committee Counsel | 4.50 | 900.00 |
| 04/28/13 | RDN | Detailed review of substantive basis of borrower claims above $1,000,000, including locating and reviewing state and federal court dockets for claims involving litigation | 3.00 | 1,275.00 |
| 04/28/13 | JSK | Review borrower claims in connection with draft presentation to the Committee | 4.00 | 1,360.00 |
| 04/28/13 | BSS | Analyze borrower claims filed in Debtors' cases in connection with preparation of substantive analysis for Committee of Debtors' exposure on borrower claims | 4.80 | 1,632.00 |
| 04/29/13 | ACA | Conference call with Committee  re.? | 1.00 | 595.00  V |
| 04/29/13 | ACA | Prepare for and attend conference call with Committee counsel regarding analysis of borrower claims and presentation to the Committee relating to the maximum liability to the Debtors' estates on account of borrower claims | 0.50 | 297.50 |
| 04/29/13 | RDN | Continue detailed review of substantive basis borrower claims in excess of $1,000,000 and update spreadsheet accordingly, which included locating and reviewing of various court dockets for underlying litigation actions on certain claims | 6.00 | 2,550.00 |
| 04/29/13 | RDN | Prepare for and attend conference call with Committee counsel regarding analysis of borrower claims and presentation to the Committee relating to the maximum liability to the Debtors' estates on account of borrower claims | 0.50 | 212.50 |
| 04/29/13 | RDN | Review Debtors' borrower claims spreadsheet and compare to committee special counsel spreadsheet for reconciliation of number of unique borrower claims as part of claims review process | 4.00 | 1,700.00 |
| 04/29/13 | RDN | Conferences with Chris Rubino regarding methodology and status of reconciliation of claims charts between the Debtors' and committee special counsel charts | 0.30 | 127.50 |
| 04/29/13 | RDN | Conferences with Cooper Macco regarding methodology and status of reconciliation of claims charts between the Debtors' and committee special counsel charts | 0.30 | 127.50 |
| 04/29/13 | RDN | Conferences with Justin S. Krell regarding methodology and status of reconciliation of claims charts between the Debtors' and committee special | 0.30 | 127.50 |

# EXHIBIT N

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          April 30, 2013

Page      1

For Services Through April 30, 2013

Our Matter #21955.010
          RESCAP: FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 04/01/13 | D. E. DEUTSCH *FO* | Preliminary review of certain fee issues raised by US Trustee (.2); exchange e-mails with US Trustee re: scheduling meeting on same (.2). 745 | 0.40 hrs. 298 |
| 04/01/13 | H. LAMB | Redact daily time detail for February fee statement. | 2.40 hrs. |
| 04/02/13 | H. LAMB | Redact daily time detail for February fee statement (6.6); review Wolf Haldenstein February fee statement (.3); emails with E.Levine re comments to same (.2). | 7.10 hrs. |
| 04/02/13 | D. E. DEUTSCH *FO* | Continue review and analysis of UST objection to fees (.7); review cited cases and additional related cases from Westlaw (.8); review certain billings and create analysis on same (1.9); draft outline of discussion notes for call with UST (1.2); participate in related call (.5); draft e-mail to UST summarizing call issues/matters (.4). | 5.50 hrs. $4097.5 |
| 04/02/13 | D. BAVA | Prepare timekeeper summary for February fee statement (1.1). | 1.10 hrs. |
| 04/03/13 | D. E. DEUTSCH *FO* | Review materials to prepare for (.7) and hold call with US Trustee re: fee issues (.3). | 1.00 hrs. 745 |
| 04/03/13 | H. LAMB | Continue redaction of daily time detail for February fee statement. | 1.20 hrs. |
| 04/04/13 | H. LAMB | Finalize C&P fee statement and exhibits. | 0.80 hrs. |
| 04/05/13 | H. LAMB | Service of Examiner, C&P and Wolf Haldenstein monthly fee statements. | 0.90 hrs. |
| 04/05/13 | D. E. DEUTSCH *FO* | Call with Michael Driscoll at US Trustee's office (.2); exchange related e-mails (.2); draft proposal to US Trustee re: settlement of fee application dispute (.5); call with US Trustee | 2.00 hrs. 1490 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        April 30, 2013
                                                      Page    2

|            |              |                                                                                                                                          |            |
|------------|--------------|------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |              | re: counterproposal (.3); related follow-up meeting with Howard Seife (.2); related research (.4); additional call with US Trustee on proposed settlement and issues related thereto (.2); |            |
| 04/06/13   | D. E. DEUTSCH *FO* | Review and revise draft response to US Trustee's fee objection. | 0.90 hrs. *670.5* |
| 04/08/13   | D. E. DEUTSCH *FO* | Exchange e-mails with US Trustee re: settlement of fee objection (.3); hold related call with Michael Driscoll (.2); follow-up reserch related to settlement (.2); further e-mails with US Trustee on same (.1). | 0.80 hrs. *596* |
| 04/09/13   | H. LAMB *FO* | E-File Mesirow's response to US Trustee's objection to fees (.2); prepare letter to chambers with copy of same (.2). | 0.40 hrs. *298* |
| 04/10/13   | H. SEIFE | Prepare for hearing on fee applications. | 0.50 hrs. |
| 04/11/13   | H. SEIFE | Preparation for hearing on fees (.6); attend hearing before J.Glenn on second interim fees (1.1). | 1.70 hrs. |
| 04/11/13   | D. E. DEUTSCH | Prepare for (1.7); and attend hearing at bankruptcy court on second interim fees (1.1); | 2.80 hrs. |
| 04/15/13   | H. SEIFE | Conference with D.LeMay re Minnesota counsel | 0.40 hrs. |
| 04/15/13   | D. M. LeMAY | Telephone interviews with candidates for Minnesota counsel (0.9) and conference w/H. Seife to select Leonard, Street & Deinard as Minnesota counsel (.4). | 1.30 hrs. |
| 04/16/13   | D. E. DEUTSCH | Discuss billing issue with Helen Lamb (.2); | 0.20 hrs. |
| 04/16/13   | H. LAMB | Review proposed omnibus fee order (.2); emails with Mesirow and Wolf Haldenstein to confirm amounts in order (.2); email to E.Richardson at MoFo regarding Chadbourne | 0.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                  March 31, 2013
                                                               Page    3

| 03/25/13 | H. LAMB | | Review US Trustee omnibus objection to fee applications. | 0.40 hrs. |
| 03/26/13 | H. SEIFE | FO | Conference with J.Gonzalez regarding US Trustee fee objections (.3). 995 | 0.30 hrs. 298.5 |
| 03/26/13 | D. E. DEUTSCH | FO | Calls with Helen Lamb (.3) and Robert Gayda re: initial steps on US Trustee's fee objection (.2); 745 | 0.50 hrs. 372.5 |
| 03/26/13 | R. J. GAYDA | | Draft second supplemental affidavit re case disclosures (.7); review case docket re same (.3). | 1.00 hrs. |
| 03/26/13 | H. LAMB | FO | Conference with D.Deutsch regarding US Trustee objection to fee application and next steps. 295 | 0.30 hrs. 88.5 |
| 03/27/13 | H. LAMB | FO | Review expenses incurred during February fee period (.7); follow up research on various items (1.7). | 2.40 hrs. 708 |
| 03/28/13 | D. E. DEUTSCH | FO | Review draft e-mail response to USTrustee fee objection. 745 | 0.20 hrs. 149 |
| 03/29/13 | H. LAMB | | Preparation of Examiner's February fee statement. | 1.10 hrs. |

Total Fees for Professional Services............. $14,533.00

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | 2.30 | 2288.50 |
| D. E. DEUTSCH | 745.00 | 3.40 | 2533.00 |
| D. BAVA | 295.00 | .3.90 | 1150.50 |
| R. J. GAYDA | 655.00 | 1.00 | 655.00 |
| H. LAMB | 295.00 | 26.80 | 7906.00 |
| TOTALS | | 37.40 | 14533.00 |

FO   $9811.5

# EXHIBIT O

# (Omitted Because of Unredacted Time Entries)