**Hearing Date and Time:  September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

---------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' SEVENTEENTH,
EIGHTEENTH, NINETEENTH, TWENTIETH, AND TWENTY-FIRST OMNIBUS
OBJECTIONS TO CLAIMS WITH RESPECT TO CERTAIN CLAIMANTS TO
<u>SEPTEMBER 11, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)</u>**

**PLEASE TAKE NOTICE** that the hearing on (1) *Debtors' Seventeenth Omnibus
Objection to Claims (Misclassified Borrower Claims)* [Docket No. 4151], (2) *Debtors'
Eighteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)*
[Docket No. 4154], (3) *Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims
with Insufficient Documentation)* [Docket No. 4155], (4) *Debtors' Twentieth Omnibus Objection
to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4156], and (5)
*Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient
Documentation)* [Docket No. 4158], (collectively, the "**Omnibus Objections**") with respect to

certain borrower claimants (collectively, the "**Claimants**"), that was initially scheduled for August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the following responses filed by the Claimants:

**Seventeenth Omnibus Objection – Adjourned Matters:**

 **a.**  Response of Michelle R. Strickland to Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4338]

 **b.**  Response of Perry Goerner to Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4469]

 **c.**  Perry Goerner's Response to Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4579]

 **d.**  Objection of Creditor Anthony Davide to the Reclassification of Claim from Secured to Unsecured [Docket No. 4651]

 **e.**  Response of James D. Derouin to Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 4752]

**Eighteenth Omnibus Objection – Adjourned Matters:**

 **a.**  Brian Edmond Bath's Response and Objection to Debtors' Motion to Disallow and Expunge for Failure to Show Supporting Documentation [Docket No. 4467]

 **b.**  Response of Ailette Cornelius to Debtors' Eighteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4518]

**Nineteenth Omnibus Objection – Adjourned Matters:**

 **a.**  Response of Gary T. Harper and Julie L. Franklin-Harper to Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4497]

 **a.**  Response of Joan Johnson to Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4517]

 **b.**  Response of Julian A. Ortiz and Frances Soto-Ortiz to Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4662]

### Twentieth Omnibus Objection – Adjourned Matters:

a.      Response of Patricio Sulit to Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4344]

b.      Creditor Ariel Barel's Response in Opposition to Debtors' Objection to Disallow Claim [Docket No. 4515]

c.      Response of Mark Ragonese to Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4519]

d.      Response of Lucious Hughes to Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4617]

### Twenty-First Omnibus Objection – Adjourned Matters:

a.      Tom Franklin's Response to Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4282]

b.      Response of Harleston Law Firm to Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4663]

c.      Borrower Sonya Anthony Curry's Response to Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4668]

Dated: August 28, 2013              Respectfully submitted,
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

3