Hearing Date:  September 24, 2013 at 10:00 a.m. (ET)
Objection Deadline:  September 13, 2013 at 4:00 p.m. (ET)

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Telephone:     (212) 468-8000<br>Facsimile:     (212) 468-7900<br>Gary S. Lee<br>Stefan W. Engelhardt<br>Lorenzo Marinuzzi<br><br>*Counsel for*<br>*the Debtors and Debtors in Possession* | KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Telephone:     (212) 725-9100<br>Facsimile:     (212) 715-8000<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br><br>*Counsel for*<br>*the Official Committee of Unsecured Creditors* |
| KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone:     (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Richard M. Cieri<br>Ray C. Schrock<br>Stephen E. Hessler<br><br>*Counsel for*<br>*Ally Financial Inc. and Ally Bank* | KIRKLAND & ELLIS LLP<br>655 15th Street, N.W., Suite 1200<br>Washington, D.C.  20005<br>Telephone:     (202) 879-5000<br>Facsimile:     (202) 879-5200<br>Jeffrey S. Powell<br>Daniel T. Donovan<br>Judson D. Brown |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF JOINT MOTION FOR AN ORDER EXTENDING
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§
362(A) AND 105(A) TO ENJOIN PROSECUTION OF CLAIMS
AGAINST DEBTORS' NON-DEBTOR AFFILIATES IN THE PUTATIVE
CLASS ACTION ENTITLED *ROTHSTEIN, ET AL. v. GMAC MORTGAGE, LLC, ET AL.***

**PLEASE TAKE NOTICE** that the undersigned have caused to be filed the *Joint Motion for an Order Extending the Automatic Stay Pursuant to 11 U.S.C. §§ 362(A) and 105(A) to Enjoin Prosecution of Claims Against Debtors' Non-Debtor Affiliates in the Putative Class Action Entitled Rothstein, et al. v. GMAC Mortgage, LLC, et al.* (the "Motion") [Docket No. 4871].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time**) before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than September 13, 2013 at 4:00 p.m. (Prevailing Eastern Time), upon: (a) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and

Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (i) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director); and (l) and special counsel to the Committee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753 (Attention: Ronald J. Friedman).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the relief requested in the Omnibus Objection, the Bankruptcy Court may deem any opposition waived, treat the Omnibus Objection as conceded, and enter an order granting the relief requested in the Omnibus Objection without further notice or hearing.

[*Remainder of page intentionally left blank*]

New York, NY
Dated: August 28, 2013

/s/ *Gary S. Lee*
Gary S. Lee
Stefan W. Engelhardt
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and Debtors in Possession*

/s/ *Ray C. Schrock*
Richard M. Cieri
Ray C. Schrock
Judson Brown
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel for Ally Financial Inc. and Ally Bank*

/s/ *Kenneth H. Eckstein*
Kenneth H. Eckstein
Douglas H. Mannal
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 725-9100
Facsimile: (212) 715-8000

*Counsel to the Official Committee of Unsecured Creditors*