UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER DENYING ADDITIONAL DISCOVERY

On August 16 and 19, 2013, the Court held a trial on the Debtors' Motion Pursuant to Rules of Bankruptcy Procedure 9019 for Approval of the Settlement Agreement Among the Debtors, Financial Guaranty Insurance Corporation ("FGIC"), the FGIC Trustees and Certain Institutional Investors ("Motion," ECF Doc. # 3929). Since the conclusion of the trial, the Court has received letters from counsel on behalf of Federal Home Loan Mortgage Corporation ("Freddie Mac") seeking to introduce additional evidence. At the trial, all parties were provided an opportunity to present their case, each party involved rested their case, and evidence closed at the end of the trial. Therefore, it is hereby

**ORDERED** that any and all requests to introduce additional evidence are **DENIED**.

Dated: August 29, 2013
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/Martin Glenn**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

-1-