# EXHIBIT "2"

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ISAC 2004-4 | xxxxx6996 | F/C delay | $231,500.00 | 5.875% | $37.26 | 1/2/2011 | 6/2/2011 | 151 | $5,626.56 | $1,077.75 | $4,548.81 |
| IMHAC 2005-5 | xxxxx5792 | Fraudulent Reconveyance of DOT | $567,800.00 | 5.990% | $93.18 | 5/4/2009 | 5/7/2013 | 1,464 | $136,417.61 | | $136,417.61 |
| IMHAC 2005-6 | xxxxx7878 | MI Claim Payment | $9,714.04 | 4.000% | $1.06 | 7/18/2012 | 7/18/2012 | n/a | $9,714.04 | $7,694.27 | $2,019.77 |
| ISAC 2006-2 | xxxxx7338 | Eviction delayed due to vesting issues | $216,750.00 | 7.875% | $46.76 | 12/12/2009 | 4/4/2011 | 271 | $12,673.19 | | $12,673.19 |
| IMHAC 2007-A | xxxxx6008 | Vest prior CMB 2004-7, not new 2007-A | $103,800.00 | 9.000% | $25.59 | 4/5/2010 | 8/29/2013 | 1,242 | $31,788.39 | | $31,788.39 |
| IMHAC 2005-7 | xxxxx0287 | Under-bid at F/C Sale | $21,500.00 | 5.625% | $3.31 | 9/28/2012 | 10/23/2012 | 25 | $21,582.83 | | $21,582.83 |
| ISAC 2006-1 | xxxxx1462 | F/C delay | $171,492.19 | 7.625% | $35.83 | 2/4/2011 | 10/26/2011 | 264 | $9,457.91 | | $9,457.91 |
| ISAC 2004-1 | xxxxx5381 | F/C delay | $133,725.16 | 7.500% | $27.48 | 1/12/2010 | 3/11/2010 | 58 | $1,593.71 | $510.91 | $285.95 |
| IMHAC 2005-5 | xxxxx1368 | F/C delays | $243,818.27 | 7.000% | $46.76 | 3/2/2011 | 5/10/2012 | 435 | $20,340.46 | | $20,340.46 |
| ISAC 2006-1 | xxxxx3060 | NY Affidavit Compliance | $265,000.00 | 6.990% | $50.75 | 2/1/2009 | 8/29/2013 | 1,670 | $84,751.36 | | $84,751.36 |
| ISAC 2006-1 | xxxxx2881 | NY Affidavit Compliance | $471,928.50 | 7.250% | $93.74 | 11/14/2009 | 8/29/2013 | 1,384 | $129,735.08 | | $129,735.08 |
| IMHAC 2005-5 | xxxxx3713 | F/C delay | $350,899.90 | 6.750% | $64.89 | 1/2/2011 | 6/2/2011 | 151 | $9,798.76 | $5,602.89 | $4,195.87 |
| IMHAC 2005-7 | xxxxx2852 | Robo-signing issue with REO and Title | $264,600.00 | 9.990% | $72.42 | 4/23/2012 | 8/29/2013 | 493 | $35,703.38 | | $35,703.38 |
| IMHAC 2004-6 | xxxxx1373 | Filing Error, HOA not named in F/C | $167.60 | 4.000% | $0.02 | 4/8/2011 | 4/8/2011 | 0 | $167.60 | | $167.60 |
| IMHAC 2004-6 | xxxxx1373 | POST-SALE INSURABILITY ISSUE, Affidavit date after F/C Sale | $99,000.00 | 4.000% | $10.85 | 5/23/2011 | 8/29/2013 | 829 | $8,994.08 | | $8,994.08 |
| IMHAC 2005-6 | xxxxx6411 | Misc: Open water bill on Liq REO | $1,762.19 | 7.250% | $0.35 | 12/15/2009 | 6/30/2011 | 562 | $196.71 | | $196.71 |
| ISAC 2006-2 | xxxxx2631 | Robo-Signing Delay | $377,999.98 | 6.275% | $64.98 | 10/1/2010 | 4/21/2011 | 202 | $13,126.96 | $1,509.40 | $5,054.08 |
| IMHAC 2004-4 | xxxxx7144 | Delay in Recording F/C Deed | $270,000.00 | 7.125% | $52.71 | 10/6/2011 | 3/22/2012 | 168 | $8,854.52 | $527.00 | $8,327.52 |
| IMHAC 2004-4 | xxxxx7144 | Invalid F/C Sale 11-16-10 | $162,100.00 | 7.125% | $31.64 | 12/16/2010 | 9/6/2011 | 264 | $8,353.70 | | $8,353.70 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ISAC 2006-1 | xxxxx2027 | F/C delay | $391,896.68 | 6.250% | $67.11 | 11/7/2010 | 1/14/2011 | 68 | $4,563.18 | $845.53 | $1,436.06 |
| PFCA 2002-IFC1 | xxxxx8604 | F/C delay due to affidavit issue | $36,800.00 | 8.375% | $8.44 | 11/21/2010 | 2/23/2011 | 94 | $793.72 | | $793.72 |
| PFCA 2002-IFC1 | xxxxx8604 | F/C done in incomplete name / cloud on Safe Harbor | $17,187.23 | 8.375% | $3.94 | 2/23/2011 | 8/29/2013 | 918 | $3,620.27 | $550.45 | $1,259.68 |
| IMHAC 2005-7 | xxxxx3646 | F/C delay | $156,187.04 | 7.250% | $31.02 | 2/2/2011 | 7/29/2011 | 177 | $5,491.15 | $754.86 | $1,990.72 |
| ISAC 2005-1 | xxxxx1006 | Vesting Error | $81,000.00 | 6.750% | $14.98 | 7/28/2011 | 8/23/2011 | 26 | $389.47 | | $389.47 |
| IMHAC 2004-4 | xxxxx8693 | Court-ordered DPO funds not wired timely | $601,968.83 | 6.375% | $105.14 | 5/8/2012 | 6/11/2012 | 34 | $3,574.71 | | $3,574.71 |
| ISAC 2005-2 | xxxxx8295 | Filing error - Creditor not named in F/C action | $57,000.00 | 4.500% | $7.03 | 3/15/2011 | 6/22/2011 | 99 | $695.71 | $105.30 | $590.41 |
| IMHAC 2005-5 | xxxxx6002 | VEST GMAC MTG., LLC INSTEAD OF DB..TRUSTEE..2005-5 | $142,650.00 | 5.875% | $22.96 | 12/21/2010 | 6/22/2011 | 183 | $4,201.82 | | $4,201.82 |
| ISAC 2005-2 | xxxxx9316 | MI funds sent late | $37,050.70 | 6.290% | $6.38 | 6/17/2011 | 7/21/2011 | 34 | $217.09 | | $217.09 |
| ISAC 2005-2 | xxxxx9316 | Claim not filed timely | $170,663.13 | 6.290% | $29.41 | 11/28/2009 | 7/21/2011 | 600 | $17,646.10 | | $17,646.10 |
| IMHAC 2005-6 | xxxxx4194 | Paid HOA more than settlement amount | $10,000.00 | 5.750% | $1.58 | 8/5/2011 | 8/5/2011 | n/a | $10,000.00 | | $10,000.00 |
| IMHAC 2005-6 | xxxxx8952 | Delay in receipt of S/S funds | $14,000.00 | 6.625% | $2.54 | 3/14/2012 | 8/29/2013 | 533 | $1,354.40 | | $1,354.40 |
| ISAC 2006-1 | xxxxx2985 | F/C delay | $139,925.60 | 4.500% | $17.25 | 11/5/2011 | 3/12/2012 | 128 | $2,208.14 | $517.50 | $586.57 |
| ISAC 2005-2 | xxxxx4812 | F/C without proper assignments | $118,551.55 | 8.000% | $25.98 | 10/19/2011 | 5/24/2012 | 218 | $5,664.49 | $598.44 | $2,233.81 |
| ISAC 2005-2 | xxxxx4812 | F/C errors | $6,593.65 | 8.000% | $1.45 | 5/24/2012 | 6/14/2012 | 21 | $6,624.00 | $1.44 | $6,622.56 |
| ISAC 2006-2 | xxxxx0321 | Delay of F/C Sale | $185,000.00 | 7.750% | $39.28 | 12/1/2010 | 3/7/2011 | 96 | $3,770.96 | $142.68 | $1,742.80 |
| IMHAC 2005-7 | xxxxx9226 | Short Sale Funds & O/C sent late | $362,458.00 | 4.500% | $44.69 | 5/14/2011 | 7/7/2011 | 54 | $2,413.08 | | $2,413.08 |
| IMHAC 2005-5 | xxxxx9833 | F/C Delay, Invalid Affidavit | $117,112.94 | 7.875% | $25.27 | 1/21/2011 | 2/24/2011 | 34 | $859.10 | $202.08 | $657.02 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ISAC 2004-2 | xxxxx0380 | Delay in Liq REO due to wrong vesting | $256,671.34 | 7.250% | $50.98 | 9/18/2012 | 11/15/2012 | 58 | $2,956.99 | $484.05 | $994.45 |
| ISAC 2004-2 | xxxxx0380 | Wrong vesting | $256,671.34 | 7.250% | $50.98 | 8/22/2012 | 11/15/2012 | 85 | $4,333.53 | $484.05 | $1,682.71 |
| ISAC 2004-2 | xxxxx0380 | Delay in F/C Law | $256,671.34 | 7.250% | $50.98 | 11/25/2010 | 3/8/2011 | 103 | $5,251.21 | $484.06 | $2,141.55 |
| IMHAC 2005-8 | xxxxx1515 | Robo-Signing Delay in F/C Sale | $137,894.45 | 3.500% | $13.22 | 3/16/2011 | 4/6/2011 | 21 | $277.68 | | $277.68 |
| IMHAC 2005-7 | xxxxx7631 | Delay in F/C | $313,122.19 | 5.990% | $51.39 | 2/16/2012 | 8/17/2012 | 183 | $9,403.70 | $3,082.80 | $6,320.90 |
| IMHAC 2005-8 | xxxxx8557 | Delay in F/C | $141,084.48 | 4.875% | $18.84 | 1/14/2011 | 7/11/2011 | 178 | $3,354.14 | $459.32 | $1,217.75 |
| IMHAC 2005-5 | xxxxx1264 | Delay in recording Trustee's Deed | $117,000.00 | 5.750% | $18.43 | 7/16/2011 | 8/26/2011 | 41 | $755.69 | | $755.69 |
| ISAC 2006-1 | xxxxx2330 | Delay due to Affidavit issue | $118,400.00 | 8.500% | $27.57 | 9/1/2010 | 4/8/2011 | 219 | $6,038.40 | $2,191.73 | $827.47 |
| ISAC 2005-2 | xxxxx7017 | NY Affidavit Compliance | $294,333.39 | 6.750% | $54.43 | 10/15/2009 | 3/15/2011 | 516 | $28,086.66 | | $28,086.66 |
| IMHAC 2005-7 | xxxxx3510 | F/C Re-State | $103,989.39 | 7.063% | $20.12 | 3/13/2010 | 2/18/2011 | 342 | $6,881.95 | $60.36 | $6,821.59 |
| IMHAC 2005-8 | xxxxx0738 | Delay in forwarding MI Funds | $7,892.50 | 6.375% | $1.38 | 8/9/2010 | 8/30/2011 | 386 | $532.10 | | $532.10 |
| IMHAC 2005-6 | xxxxx8690 | Delay in F/C sale due to affidavit issue | $565,000.01 | 6.740% | $104.33 | 2/28/2011 | 2/10/2012 | 347 | $36,203.03 | | $36,203.03 |
| IMHAC 2004-10 | xxxxx1882 | Short Sale proceeds sent late | $45,148.67 | 4.250% | $5.26 | 8/5/2011 | 8/29/2013 | 755 | $3,969.06 | | $3,969.06 |
| IMHAC 2005-4 | xxxxx7349 | F/C delay | $155,500.00 | 5.875% | $25.03 | 1/6/2011 | 6/29/2011 | 174 | $4,355.07 | $385.00 | $3,970.07 |
| IMHAC 2005-5 | xxxxx6267 | F/C sale redone due to filing errors | $165,805.39 | 4.000% | $18.17 | 2/12/2010 | 11/30/2011 | 656 | $11,919.82 | $109.02 | $11,810.80 |
| PFCA 2003-IFC6 | xxxxx5144 | F/C Sale delayed due to invalid affidavit | $185,904.78 | 7.250% | $36.93 | 11/13/2010 | 4/20/2011 | 158 | $5,834.35 | $907.33 | $4,927.02 |
| IMHAC 2005-6 | xxxxx3516 | F/C delay due to doc's issue | $109,667.09 | 7.240% | $21.75 | 2/4/2011 | 6/7/2011 | 123 | $2,675.64 | | $2,675.64 |
| PFCA 2002-IFC2 | xxxxx8580 | Delay in F/C Sale | $114,934.07 | 7.625% | $24.01 | 4/16/2012 | 5/21/2012 | 35 | $840.36 | $96.04 | $744.32 |
| IMHAC 2005-1 | xxxxx1167 | F/C delay | $254,250.00 | 6.000% | $41.79 | 10/9/2011 | 1/17/2012 | 100 | $4,179.45 | $684.60 | $1,405.13 |
| IMHAC 2005-1 | xxxxx2282 | Delay in notifying of REO | $93,099.88 | 8.375% | $21.36 | 7/26/2011 | 10/26/2011 | 92 | $1,965.30 | $842.50 | $1,122.80 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMHAC 2005-1 | xxxxxx2282 | F/C delay | $93,099.88 | 8.375% | $21.36 | 11/7/2010 | 7/19/2011 | 254 | $5,425.94 | $2,527.49 | $2,898.45 |
| ISAC 2006-1 | xxxxxx0517 | HOA not listed in F/C | $2,801.00 | 7.250% | $0.56 | 11/7/2011 | 2/12/2012 | 97 | $2,854.97 | $1,265.15 | $1,589.82 |
| ISAC 2006-1 | xxxxxx0517 | Robo-signing Delays | $242,148.69 | 7.250% | $48.10 | 12/4/2010 | 11/7/2011 | 338 | $16,257.13 | $9,613.20 | $6,643.93 |
| ISAC 2006-2 | xxxxxx4247 | Delay in F/C Start | $223,120.00 | 8.000% | $48.90 | 6/1/2008 | 11/2/2008 | 154 | $7,531.06 | $1,467.09 | $2,298.44 |
| ISAC 2006-3 | xxxxxx6617 | MI funds sent late | $10,687.50 | 8.750% | $2.56 | 1/7/2011 | 8/29/2013 | 965 | $2,472.40 | | $2,472.40 |
| IMHAC 2005-6 | xxxxxx8844 | Robo-signing F/C sale delay | $262,930.40 | 6.875% | $49.52 | 4/8/2011 | 10/5/2011 | 180 | $8,914.42 | $945.47 | $3,511.74 |
| ISAC 2005-2 | xxxxxx2378 | Title Issues / lost REO sale | $320,000.00 | 4.000% | $35.07 | 7/15/2012 | 8/8/2012 | 24 | $841.64 | $35.60 | $806.04 |
| IMHAC 2005-6 | xxxxxx3914 | Failure to notify Mst Ser of parking space title cloud (cost of securing parking space for buyer) | $10,670.00 | 5.625% | $1.64 | 1/20/2011 | 5/19/2012 | 485 | $11,465.40 | | $11,465.40 |
| IMHAC 2005-6 | xxxxxx3655 | Failure to take condemnation proceeds. | $486,607.00 | 6.250% | $83.32 | 7/30/2008 | 8/29/2013 | 1,856 | $154,647.70 | | $154,647.70 |
| IMHAC 2005-7 | xxxxxx8402 | F/C delay | $165,600.00 | 7.625% | $34.59 | 2/7/2011 | 9/8/2011 | 213 | $7,368.63 | | $7,368.63 |
| IMHAC 2005-2 | xxxxxx9588 | Delay in 1st Legal | $100,087.26 | 4.875% | $13.37 | 2/15/2011 | 11/15/2011 | 273 | $3,649.41 | $280.56 | $3,368.85 |
| ISAC 2005-2 | xxxxxx5053 | F/C delay | $101,100.00 | 7.500% | $20.77 | 2/4/2011 | 7/6/2011 | 152 | $3,157.64 | $1,392.96 | $185.86 |
| IMHAC 2005-6 | xxxxxx0833 | Recording Fees for Sheriff's Deed sent late | $177,966.00 | 8.750% | $42.66 | 2/6/2011 | 6/16/2011 | 130 | $5,546.20 | $2,218.32 | $3,327.88 |
| IMHAC 2005-7 | xxxxxx6779 | Delay in recording QCD after Donation, (amount of City fine) | $39,000.00 | 9.670% | $10.33 | 9/14/2009 | 3/16/2011 | 548 | $44,815.79 | | $44,815.79 |
| ISAC 2006-1 | xxxxxx4868 | Delayed Filing of 1st Legal | $490,030.62 | 4.000% | $53.70 | 10/24/2010 | 2/9/2011 | 108 | $5,799.81 | | $5,799.81 |
| PFCA 2003-IFC6 | xxxxxx0398 | Atty Change - Restart F/C | $127,720.61 | 4.000% | $14.00 | 1/12/2011 | 3/9/2011 | 56 | $783.82 | | $783.82 |
| ISAC 2003-3 | xxxxxx4903 | F/C delay | $49,565.44 | 7.000% | $9.51 | 9/1/2010 | 1/15/2011 | 136 | $1,292.78 | $339.96 | $306.43 |
| IMHAC 2005-4 | xxxxxx3055 | Delayed Action | $263,538.68 | 4.000% | $28.88 | 12/13/2010 | 7/25/2011 | 224 | $6,469.33 | | $6,469.33 |

Effective Date: 8/29/13

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMHAC 2005-6 | xxxxx3881 | Remediation hold | $231,970.52 | 7.625% | $48.46 | 6/21/2011 | 8/1/2011 | 41 | $1,986.84 | $785.55 | $207.87 |
| IMHAC 2005-7 | xxxxx6273 | Invalid affidavit | $100,100.00 | 7.000% | $19.20 | 3/16/2011 | 11/21/2011 | 250 | $4,799.32 | $575.92 | $1,823.74 |
| ISAC 2006-3 | xxxxx8907 | F/C delays, reassign to new atty | $225,847.83 | 7.125% | $44.09 | 9/3/2010 | 2/18/2011 | 168 | $7,406.57 | | $7,406.57 |
| ISAC 2006-2 | xxxxx9998 | NY Affidavit Compliance | $659,933.88 | 7.375% | $133.34 | 7/31/2007 | 8/29/2013 | 2,221 | $296,154.37 | | $296,154.37 |
| IMHAC 2004-10 | xxxxx5834 | Eviction Delay, multiple attorneys | $332,654.51 | 7.000% | $63.80 | 2/8/2011 | 8/29/2013 | 933 | $59,522.37 | | $59,522.37 |
| IMHAC 2004-10 | xxxxx5834 | F/C Sale overturned | $332,654.51 | 7.000% | $63.80 | 3/8/2010 | 8/29/2013 | 1,270 | $81,021.88 | | $81,021.88 |
| ISAC 2006-2 | xxxxx9433 | Delay in clear title, Atty change | $160,536.24 | 5.500% | $24.19 | 9/14/2010 | 5/17/2011 | 245 | $5,926.65 | | $5,926.65 |
| ISAC 2006-1 | xxxxx3515 | F/C delay | $165,893.00 | 8.125% | $36.93 | 10/14/2009 | 6/17/2011 | 611 | $22,563.15 | $1,107.85 | $10,173.73 |
| ISAC 2006-1 | xxxxx2342 | Bidding Error / 3rd Pty Bid Low (difference in amount that should have been bid) | $18,100.00 | 4.000% | $1.98 | 3/17/2011 | 3/17/2011 | n/a | $18,100.00 | | $18,100.00 |
| ISAC 2005-2 | xxxxx8854 | Delq Taxes | $11,329.29 | 7.375% | $2.29 | 5/14/2012 | 7/11/2012 | 58 | $132.77 | | $132.77 |
| IMHAC 2004-10 | xxxxx9058 | Third Party Funds delayed | $147,000.00 | 5.625% | $22.65 | 5/1/2012 | 8/29/2013 | 485 | $10,987.24 | | $10,987.24 |
| ISAC 2005-2 | xxxxx5030 | F/C Deed vesting incorrect | $272,000.00 | 4.500% | $33.53 | 4/2/2012 | 7/19/2012 | 108 | $3,621.70 | $1,005.90 | $2,615.80 |
| PFCA 2003-IFC5 | xxxxx3957 | Delay in F/C MSJ Date | $95,707.76 | 8.375% | $21.96 | 8/6/2010 | 2/16/2011 | 194 | $4,260.31 | $731.79 | $1,398.36 |
| IMHAC 2005-6 | xxxxx5950 | Delay in forwarding MI Funds | $22,206.80 | 7.250% | $4.41 | 12/10/2009 | 1/11/2012 | 762 | $3,361.14 | | $3,361.14 |
| IMHAC 2005-1 | xxxxx4439 | Delay in F/C | $474,003.25 | 7.000% | $90.90 | 5/1/2011 | 8/18/2011 | 109 | $9,908.62 | $2,211.43 | $2,742.88 |
| IMHAC 2003-4 | xxxxx7314 | Delay in F/C sale due to assignment issue | $161,946.83 | 2.000% | $8.87 | 7/7/2012 | 8/30/2012 | 54 | $479.19 | | $479.19 |
| IMHAC 2004-10 | xxxxx0657 | F/C Issues | $155,841.99 | 5.750% | $24.55 | 6/14/2010 | 12/14/2010 | 183 | $4,492.73 | $779.97 | $1,466.40 |
| IMHAC 2005-7 | xxxxx6474 | F/C sale delayed | $120,443.19 | 4.000% | $13.20 | 2/8/2011 | 7/27/2011 | 169 | $2,230.67 | | $2,230.67 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ISAC 2006-1 | xxxxxx4357 | Trustees Deed recorded late & wrong vesting - Delays in Closing | $262,500.00 | 8.000% | $57.53 | 12/17/2010 | 5/27/2011 | 161 | $10,132.94 | $131.94 | $10,001.00 |
| IMHAC 2004-10 | xxxxxx3580 | F/C delay due to Robo-Signing. | $133,450.00 | 6.500% | $23.77 | 10/29/2010 | 5/31/2011 | 214 | $5,085.72 | | $5,085.72 |
| IMHAC 2005-7 | xxxxxx3308 | Delay in starting F/C | $210,400.00 | 6.875% | $39.63 | 12/1/2011 | 5/18/2012 | 169 | $6,697.49 | $158.52 | $6,538.97 |
| ISAC 2006-1 | xxxxxx2909 | Affidavit | $186,420.94 | 7.125% | $36.39 | 9/30/2010 | 12/3/2010 | 64 | $2,328.98 | $685.04 | $479.45 |
| ISAC 2006-1 | xxxxxx2909 | Re-F/C with new Atty | $186,420.94 | 7.125% | $36.39 | 3/3/2011 | 4/27/2012 | 421 | $15,320.35 | $254.73 | $14,265.04 |
| IMHAC 2005-5 | xxxxxx8795 | MI funds sent late | $22,408.19 | 8.125% | $4.99 | 4/10/2009 | 7/21/2011 | 832 | $4,150.12 | | $4,150.12 |
| ISAC 2006-1 | xxxxxx3377 | F/C Sale vested wrong name | $56,100.00 | 7.500% | $11.53 | 1/8/2012 | 5/9/2012 | 122 | $1,406.34 | $92.92 | $610.25 |
| ISAC 2006-1 | xxxxxx3377 | F/C Sale delay, affidavit issue | $183,822.00 | 7.500% | $37.77 | 10/14/2010 | 12/8/2011 | 420 | $15,864.09 | $1,040.93 | $6,891.12 |
| IMHAC 2005-6 | xxxxxx8070 | MI funds sent late | $4,984.56 | 6.490% | $0.89 | 1/7/2011 | 8/29/2013 | 965 | $855.28 | | $855.28 |
| IMHAC 2005-7 | xxxxxx4408 | Robo-signing delays with F/C | $103,347.35 | 4.000% | $11.33 | 7/1/2011 | 10/19/2011 | 110 | $1,245.83 | $56.60 | $1,189.23 |
| IMHAC 2005-7 | xxxxxx4408 | Title issues with F/C | $103,347.35 | 4.000% | $11.33 | 4/19/2012 | 8/21/2012 | 124 | $1,404.39 | $67.92 | $1,336.47 |
| IMHAC 2005-4 | xxxxxx3135 | Robo-signing F/C sale delay | $107,000.00 | 9.000% | $26.38 | 1/19/2011 | 10/3/2011 | 257 | $6,780.58 | $2,862.16 | $528.13 |
| IMHAC 2005-1 | xxxxxx6426 | Delay in Issuing/ Recording Trustee's Deed | $275,000.00 | 3.750% | $28.25 | 5/13/2011 | 8/23/2011 | 102 | $2,881.85 | | $2,881.85 |
| ISAC 2005-1 | xxxxxx6140 | Delay in F/C, Pub error | $117,380.13 | 5.500% | $17.69 | 5/9/2012 | 7/12/2012 | 64 | $1,131.99 | $497.82 | $68.18 |
| ISAC 2005-2 | xxxxxx4428 | Robo-signing delay of F/C Sale (partial recovery) | $168,000.00 | 6.750% | $31.07 | 11/7/2010 | 5/9/2011 | 183 | $5,685.53 | $832.96 | $4,852.57 |
| ISAC 2005-2 | xxxxxx7660 | Robo-Signing Delay in F/C Sale | $225,938.99 | 7.750% | $47.97 | 10/30/2010 | 8/3/2011 | 277 | $13,288.62 | $1,340.24 | $5,304.07 |
| ISAC 2005-1 | xxxxxx9281 | F/C delay | $174,956.25 | 6.000% | $28.76 | 1/14/2011 | 9/13/2011 | 242 | $6,959.90 | $172.56 | $6,787.34 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMHAC 2004-8 | xxxxx3601 | Delay in Assignment delayed Trustee Deed Recording | $153,000.00 | 5.990% | $25.11 | 1/4/2011 | 3/7/2011 | 62 | $1,556.74 | | $1,556.74 |
| ISAC 2005-2 | xxxxx0095 | F/C delay | $158,930.89 | 7.590% | $33.05 | 9/27/2010 | 6/3/2011 | 42 | $1,388.05 | | $1,388.05 |
| IMHAC 2005-7 | xxxxx3136 | Denied fees to reset sale | $1,650.00 | 5.875% | $0.27 | 8/16/2011 | 7/19/2012 | 338 | $1,739.77 | $86.00 | $1,653.77 |
| ISAC 2005-2 | xxxxx0249 | Robo-signing delay of F/C | $157,192.00 | 7.625% | $32.84 | 4/14/2011 | 10/14/2011 | 183 | $6,009.36 | $998.82 | $2,005.86 |
| IMHAC 2005-5 | xxxxx0084 | Property Tax (Fire District) Sale | $2,939.86 | 3.750% | $0.30 | 9/29/2011 | 10/2/2012 | 369 | $111.45 | $54.00 | $57.45 |
| IMHAC 2005-4 | xxxxx4554 | F/C delays | $649,817.19 | 6.750% | $120.17 | 9/7/2010 | 10/18/2011 | 406 | $48,789.70 | $2,063.83 | $22,331.02 |
| IMHAC 2007-A | xxxxx5061 | REO Vested in wrong entity | $72,000.00 | 8.375% | $16.52 | 4/11/2012 | 5/14/2012 | 33 | $545.18 | | $545.18 |
| IMHAC 2005-5 | xxxxx3493 | Delayed Trustee's Deed | $108,000.00 | 4.000% | $11.84 | 3/7/2011 | 4/4/2011 | 28 | $331.40 | | $331.40 |
| IMHAC 2005-7 | xxxxx5354 | F/C sale delayed | $146,563.31 | 5.875% | $23.59 | 11/1/2010 | 9/23/2011 | 326 | $7,690.56 | | $7,690.56 |
| ISAC 2005-2 | xxxxx0478 | Delay in F/C | $135,984.67 | 6.000% | $22.35 | 4/12/2011 | 3/2/2012 | 325 | $7,264.93 | $1,211.61 | $2,420.86 |
| IMHAC 2005-2 | xxxxx1834 | Delay in forwarding MI Funds | $69,192.87 | 9.500% | $18.01 | 6/7/2011 | 6/29/2011 | 22 | $396.20 | | $396.20 |
| ISAC 2004-4 | xxxxx4808 | Short Sale Funds & O/C sent late | $227,566.16 | 3.625% | $22.60 | 4/19/2011 | 8/29/2013 | 863 | $19,504.45 | | $19,504.45 |
| ISAC 2005-2 | xxxxx8057 | NY Affidavit Compliance | $361,984.03 | 7.375% | $73.14 | 3/20/2010 | 3/14/2011 | 359 | $26,257.48 | | $26,257.48 |
| IMHAC 2004-8 | xxxxx4982 | Delays | $319,357.91 | 6.000% | $52.50 | 1/13/2011 | 6/17/2011 | 155 | $8,137.06 | | $8,137.06 |
| IMPAC CMB 2003-2F | xxxxx6237 | Delay in commencing appropriate proceedings | $231,788.82 | 8.000% | $50.80 | 5/1/2009 | 7/27/2009 | 87 | $4,419.60 | $0.00 | $4,419.60 |
| IMPAC CMB 2003-2F | xxxxx7195 | Delay in issuance of Cert of Title due to late Proof of Publication | $103,100.00 | 4.500% | $12.71 | 6/24/2013 | 8/29/2013 | 66 | $838.86 | $0.00 | $838.86 |

12-12020-mg    Doc 4882-2    Filed 08/29/13    Entered 08/29/13 14:08:48    Exhibit 2
(Default Calculation)    Pg 9 of 17

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPAC CMB 2003-4 | xxxxx9441 | Under-bid at F/C Sale | $29,900.00 | 7.125% | $5.83 | 10/25/2012 | 11/1/2012 | 7 | $29,940.81 | $14,970.40 | $14,970.41 |
| IMPAC CMB 2003-4 | xxxxx6878 | Delay in sending MI funds | $34,596.55 | 4.000% | $3.79 | 6/8/2012 | 8/25/2013 | 443.719781 | $1,681.70 | $0.00 | $1,681.70 |
| IMPAC CMB 2004-10 | xxxxx7368 | F/C delay | $260,000.00 | 5.000% | $35.61 | 4/26/2011 | 5/26/2011 | 30 | $1,068.30 | $0.00 | $1,068.30 |
| IMPAC CMB 2004-10 | xxxxx7954 | Delay in F/C Sale - restart due to payment issue | $206,752.91 | 8.625% | $48.85 | 4/30/2012 | 7/23/2013 | 449 | $21,933.65 | $0.00 | $21,933.65 |
| IMPAC CMB 2004-10 | xxxxx3240 | F/C delay, affidavit issue | $525,000.00 | 4.625% | $66.52 | 12/8/2010 | 4/25/2011 | 138 | $9,179.76 | $0.00 | $9,179.76 |
| IMPAC CMB 2004-10 | xxxxx8302 | F/C Delay, invalid affidavit | $150,214.66 | 7.125% | $29.32 | 8/27/2012 | 5/1/2013 | 247 | $7,242.04 | $858.72 | $2,762.30 |
| IMPAC CMB 2004-4 | xxxxx3420 | F/C delay, lost time to publication | $114,795.04 | 6.875% | $21.62 | 7/21/2012 | 5/24/2013 | 307 | $6,637.34 | $0.00 | $6,637.34 |
| IMPAC CMB 2004-6 | xxxxx5446 | Delay in commencing appropriate proceedings (sale cancelled) | $64,787.93 | 7.390% | $13.11 | 11/30/2011 | 3/27/2012 | 118 | $1,546.98 | $0.00 | $1,546.98 |
| IMPAC CMB 2004-6 | xxxxx6135 | F/C delay, lack of prosecution | $129,334.52 | 2.500% | $8.85 | 12/6/2010 | 7/28/2011 | 234 | $2,070.90 | $0.00 | $2,070.90 |
| IMPAC CMB 2004-7 | xxxxx5399 | Delay in commencing appropriate proceedings | $338,352.39 | 5.625% | $52.14 | 5/23/2010 | 6/22/2010 | 30 | $1,564.20 | $0.00 | $1,564.20 |
| IMPAC CMB 2004-7 | xxxxx6935 | Delay in Possession, Extended Eviction Action | $229,000.00 | 5.000% | $31.37 | 6/29/2012 | 4/19/2013 | 294 | $9,222.78 | $0.00 | $9,222.78 |
| IMPAC CMB 2004-7 | xxxxx1268 | F/C delay | $141,589.83 | 5.875% | $22.79 | 4/26/2011 | 8/12/2011 | 108 | $2,461.32 | $0.00 | $2,461.32 |
| IMPAC CMB 2004-7 | xxxxx1157 | F/C delays | $88,828.23 | 4.375% | $10.64 | 6/24/2012 | 10/23/2012 | 121 | $1,287.44 | $299.74 | $343.98 |

8 of 16
Effective Date: 8/29/13

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPAC CMB 2004-8 | xxxxx0937 | Vesting Error, lack of prosecution, F/C on wrong unit | $422,750.00 | 8.125% | $94.10 | 1/13/2013 | 8/16/2013 | 215 | $20,231.50 | $1,698.39 | $8,417.36 |
| IMPAC CMB 2004-9 | xxxxx1570 | Failure to provide documents, claim denied | $17,434.40 | 8.000% | $3.82 | 7/24/2013 | 8/29/2013 | 36 | $17,571.92 | $0.00 | $17,571.92 |
| IMPAC CMB 2005-1 | xxxxx2282 | F/C delay | $93,099.88 | 8.375% | $21.36 | 11/7/2010 | 7/19/2011 | 254 | $5,425.44 | $2,527.49 | $2,897.95 |
| IMPAC CMB 2005-1 | xxxxx2282 | Delay in notifying of REO | $93,099.88 | 8.375% | $21.36 | 7/26/2011 | 10/26/2011 | 92 | $1,965.12 | $842.50 | $1,122.62 |
| IMPAC CMB 2005-1 | xxxxx4243 | Delay in commencing appropriate proceedings | $119,418.39 | 6.621% | $21.66 | 10/24/2011 | 8/29/2013 | 675 | $14,620.50 | $0.00 | $14,620.50 |
| IMPAC CMB 2005-1 | xxxxx8257 | F/C delay | $180,362.58 | 6.875% | $33.97 | 1/30/2012 | 4/18/2012 | 79 | $2,683.63 | $1,101.38 | $240.44 |
| IMPAC CMB 2005-1 | xxxxx6423 | Delay in recording NOD after F/C start | $153,284.37 | 4.625% | $19.42 | 8/14/2012 | 11/16/2012 | 94 | $1,825.48 | $0.00 | $1,825.48 |
| IMPAC CMB 2005-2 | xxxxx6586 | F/C delay | $168,000.00 | 9.000% | $41.42 | 12/13/2010 | 2/25/2011 | 74 | $3,065.08 | $577.69 | $954.85 |
| IMPAC CMB 2005-2 | xxxxx4590 | Delay REO sale, failed to name Jr. lien in F/C Action | $111,500.00 | 6.500% | $19.85 | 9/6/2012 | 2/4/2013 | 151 | $2,997.35 | $59.55 | $2,937.80 |
| IMPAC CMB 2005-2 | xxxxx8647 | Failure to Register dwelling subject to F/C | $510.00 | 3.875% | $0.05 | 7/20/2013 | 8/29/2013 | 40 | $512.00 | $0.00 | $512.00 |
| IMPAC CMB 2005-2 | xxxxx3210 | Delay in F/C action | $118,928.81 | 5.750% | $18.73 | 8/31/2011 | 12/6/2012 | 463 | $8,671.99 | $0.00 | $8,671.99 |
| IMPAC CMB 2005-4 | xxxxx7349 | F/C delay | $155,500.00 | 5.875% | $25.02 | 1/6/2011 | 6/29/2011 | 174 | $4,353.48 | $385.00 | $3,968.48 |
| IMPAC CMB 2005-4 | xxxxx9174 | Delay in commencing appropriate proceedings | $55,382.67 | 4.000% | $6.06 | 12/1/2009 | 10/9/2010 | 312 | $1,890.72 | $0.00 | $1,890.72 |

12-12020-mg    Doc 4882-2    Filed 08/29/13    Entered 08/29/13 14:08:48    Exhibit 2
(Default Calculation)    Pg 11 of 17

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPAC CMB 2005-4 | xxxxxx8623 | Delay in Marketing REO (F/C challenge / possession) | $167,334.88 | 9.250% | $42.40 | 10/25/2012 | 2/21/2013 | 119 | $5,045.60 | $1,360.27 | $1,162.53 |
| IMPAC CMB 2005-5 | xxxxxx2826 | F/C delay | $117,717.30 | 6.000% | $19.35 | 2/18/2011 | 4/25/2011 | 66 | $1,277.10 | $556.41 | $82.14 |
| IMPAC CMB 2005-5 | xxxxxx3626 | F/C completed in wrong county | $321,094.85 | 6.750% | $59.38 | 9/23/2009 | 11/19/2009 | 57 | $3,384.66 | $386.72 | $1,305.61 |
| IMPAC CMB 2005-5 | xxxxxx3626 | Missing affidavit | $321,094.85 | 6.750% | $59.38 | 9/1/2010 | 12/20/2010 | 110 | $6,531.80 | $746.28 | $2,519.62 |
| IMPAC CMB 2005-5 | xxxxxx3626 | Missed HOA, lost "Safe Harbor" | $858.51 | 6.750% | $0.15 | 8/21/2012 | 1/25/2013 | 157 | $882.06 | $100.79 | $340.24 |
| IMPAC CMB 2005-5 | xxxxxx3605 | F/C sale delay | $324,000.00 | 6.500% | $57.69 | 4/9/2012 | 11/8/2012 | 213 | $12,287.97 | $1,013.53 | $5,130.46 |
| IMPAC CMB 2005-5 | xxxxxx3513 | F/C Lack of Prosecution delay | $367,698.24 | 6.500% | $65.48 | 11/28/2010 | 2/2/2011 | 66 | $4,321.68 | $1,613.62 | $547.22 |
| IMPAC CMB 2005-5 | xxxxxx3316 | Failed to name new owners in F/C action, had to re-do entire F/C | $149,399.02 | 3.375% | $13.81 | 1/14/2013 | 8/29/2013 | 227 | $3,134.87 | $0.00 | $3,134.87 |
| IMPAC CMB 2005-5 | xxxxxx3311 | F/C delay | $258,738.07 | 7.500% | $53.16 | 4/4/2011 | 4/25/2011 | 21 | $1,116.36 | $431.63 | $126.55 |
| IMPAC CMB 2005-5 | xxxxxx3449 | Delay in remitting S/S Funds | $39,844.38 | 3.500% | $3.82 | 6/6/2013 | 6/19/2013 | 13 | $49.66 | $0.00 | $49.66 |
| IMPAC CMB 2005-5 | xxxxxx3449 | Failure to include Deferred Prin from MOD in O/C | $30,077.23 | 3.500% | $2.88 | 6/18/2013 | 6/19/2013 | 1 | $2.88 | $0.00 | $2.88 |
| IMPAC CMB 2005-5 | xxxxxx3282 | F/C delay | $204,249.93 | 6.875% | $38.47 | 6/24/2010 | 10/13/2010 | 111 | $4,270.17 | $1,069.79 | $1,065.30 |
| IMPAC CMB 2005-6 | xxxxxx0723 | Failure to register vacant property, $5k penalty | $5,000.00 | 2.625% | $0.36 | 3/15/2013 | 4/10/2013 | 26 | $5,009.36 | $4,877.85 | $131.51 |

10 of 16
Effective Date: 8/29/13

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPAC CMB 2005-6 | xxxxx8408 | Delay in commencing appropriate proceedings | $90,630.00 | 11.250% | $27.93 | 4/15/2013 | 8/29/2013 | 136 | $3,798.48 | $0.00 | $3,798.48 |
| IMPAC CMB 2005-6 | xxxxx5707 | Delay in commencing appropriate proceedings | $89,201.28 | 3.000% | $7.33 | 4/15/2013 | 8/29/2013 | 136 | $996.88 | $0.00 | $996.88 |
| IMPAC CMB 2005-6 | xxxxx3084 | BillBack 10-12-10 Loss of Value and Per Diem | $285,447.70 | 6.240% | $48.80 | 10/12/2010 | 10/12/2010 | n/a | $285,447.70 | $0.00 | $285,447.70 |
| IMPAC CMB 2005-6 | xxxxx1038 | Possible need to unwind Third Party Bid F/C Sale | $77,836.19 | 4.000% | $8.53 | 5/8/2013 | 5/21/2013 | 13 | $110.89 | $0.00 | $110.89 |
| IMPAC CMB 2005-6 | xxxxx2783 | Failure to register with Vacant Property Registry | $200.00 | 3.000% | $0.01 | 7/18/2013 | 8/29/2013 | 42 | $200.42 | $0.00 | $200.42 |
| IMPAC CMB 2005-7 | xxxxx6321 | Under-bid at F/C Sale | $20,999.99 | 3.500% | $2.01 | 1/29/2013 | 8/29/2013 | 212 | $21,426.11 | $0.00 | $21,426.11 |
| IMPAC CMB 2005-7 | xxxxx4887 | Excess Fees | $191,671.46 | 4.500% | $23.63 | 2/18/2011 | 4/21/2011 | 62 | $1,465.06 | $0.00 | $1,465.06 |
| IMPAC CMB 2005-7 | xxxxx4759 | F/C delay | $97,336.67 | 7.500% | $20.00 | 12/1/2007 | 1/23/2008 | 53 | $1,060.00 | $58.49 | $471.51 |
| IMPAC CMB 2005-7 | xxxxx9660 | Delay in commencing appropriate proceedings | $55,749.98 | 8.570% | $13.09 | 4/15/2013 | 8/29/2013 | 136 | $1,780.24 | $0.00 | $1,780.24 |
| IMPAC CMB 2005-7 | xxxxx6145 | Issue with Notice of Sale Publication | $96,900.00 | 3.750% | $9.95 | 1/18/2013 | 6/4/2013 | 137 | $1,363.15 | $0.00 | $1,363.15 |
| IMPAC CMB 2005-7 | xxxxx5726 | Invalid affidavit, F/C delay | $144,480.00 | 7.625% | $30.18 | 2/21/2011 | 5/31/2011 | 99 | $2,987.82 | $568.11 | $925.80 |
| IMPAC CMB 2005-7 | xxxxx6180 | Delay in collecting Rent | $160,000.00 | 3.500% | $15.34 | 1/1/2013 | 8/29/2013 | 240 | $3,681.60 | $0.00 | $3,681.60 |
| IMPAC CMB 2005-7 | xxxxx4385 | F/C delay | $420,000.00 | 6.625% | $76.23 | 12/20/2012 | 2/4/2013 | 46 | $3,506.58 | $0.00 | $3,506.58 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPAC CMB 2005-7 | xxxxx8916 | F/C Delay - publication error | $135,200.00 | 7.125% | $26.39 | 8/16/2012 | 3/18/2013 | 214 | $5,647.46 | $2,618.21 | $205.52 |
| IMPAC CMB 2005-7 | xxxxx0551 | F/C delay-affidavit | $143,733.96 | 8.000% | $31.50 | 12/4/2011 | 1/26/2012 | 53 | $1,669.50 | $693.07 | $141.68 |
| IMPAC CMB 2005-7 | xxxxx6086 | Failure to start F/C before workout | $117,893.03 | 3.875% | $12.51 | 12/1/2012 | 12/28/2012 | 27 | $337.77 | $50.04 | $287.73 |
| IMPAC CMB 2005-7 | xxxxx9291 | F/C delay | $480,000.00 | 6.375% | $83.83 | 9/27/2010 | 5/1/2012 | 582 | $48,789.06 | $0.00 | $48,789.06 |
| IMPAC CMB 2005-7 | xxxxx4622 | Delay in receipt of S/S funds | $370,437.39 | 4.250% | $43.13 | 6/7/2013 | 6/12/2013 | 5 | $215.65 | $126.25 | $89.40 |
| IMPAC CMB 2005-7 | xxxxx0423 | Delay in receipt of S/S funds | $65,468.78 | 4.875% | $8.74 | 6/15/2013 | 6/26/2013 | 11 | $96.14 | $0.00 | $96.14 |
| IMPAC CMB 2005-7 | xxxxx7606 | F/C delay | $285,018.35 | 10.350% | $80.82 | 2/18/2011 | 4/25/2011 | 66 | $5,334.12 | $0.00 | $5,334.12 |
| IMPAC CMB 2005-7 | xxxxx6745 | F/C Delay, invalid affidavit | $126,863.53 | 7.140% | $24.81 | 4/29/2011 | 6/3/2011 | 35 | $868.35 | $173.67 | $694.68 |
| IMPAC CMB 2005-8 | xxxxx8607 | Did not name HOA in F/C action | $2,304.16 | 6.750% | $0.42 | 3/17/2011 | 3/17/2011 | n/a | $2,304.16 | $70.42 | $2,233.74 |
| IMPAC CMB 2005-8 | xxxxx4632 | Vesting differed from F/C, 'Safe Harbor' cloud | $4,349.03 | 7.250% | $0.86 | 12/6/2012 | 1/18/2013 | 43 | $4,386.01 | $859.65 | $1,333.36 |
| IMPAC CMB 2005-8 | xxxxx0764 | F/C Sale Delay | $107,898.98 | 7.750% | $22.91 | 7/11/2012 | 8/9/2012 | 29 | $664.39 | $268.16 | $64.04 |
| IMPAC CMB 2005-8 | xxxxx9442 | Delay in F/C start | $319,980.89 | 6.250% | $54.79 | 7/1/2009 | 9/3/2009 | 64 | $3,506.56 | $720.29 | $1,032.99 |
| IMPAC CMB 2005-8 | xxxxx2110 | F/C delay | $267,938.59 | 5.500% | $40.37 | 10/19/2012 | 8/29/2013 | 314 | $12,676.18 | $0.00 | $12,676.18 |
| IMPAC CMB 2005-8 | xxxxx0619 | F/C affidavit delay | $139,095.72 | 6.250% | $23.81 | 7/18/2011 | 8/17/2011 | 30 | $714.30 | $307.84 | $49.31 |
| IMPAC CMB 2005-8 | xxxxx0619 | Delay in recording Deed In Lieu of F/C | $139,095.72 | 6.250% | $23.81 | 5/17/2013 | 5/30/2013 | 13 | $309.53 | $0.00 | $309.53 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPAC CMB 2005-8 | xxxxx7344 | F/C Delay, Lack of Prosecution | $152,195.61 | 7.750% | $32.31 | 6/14/2010 | 9/13/2010 | 91 | $2,940.21 | $64.62 | $2,875.59 |
| IMPAC SAC 2003-3 | xxxxx9529 | BillBack 10-5-2010 Loss of Value & Per Diem | $35,456.97 | 6.500% | $6.31 | 2/14/2013 | 2/14/2013 | n/a | $35,456.97 | $0.00 | $35,456.97 |
| IMPAC SAC 2003-3 | xxxxx9199 | Delay in F/C start | $60,796.41 | 4.000% | $6.66 | 2/1/2011 | 6/9/2011 | 128 | $852.48 | $0.00 | $852.48 |
| IMPAC SAC 2005-2 | xxxxx9316 | Claim not filed timely | $170,663.13 | 6.290% | $29.41 | 11/28/2009 | 7/21/2011 | 600 | $17,646.00 | $0.00 | $17,646.00 |
| IMPAC SAC 2005-2 | xxxxx9316 | MI funds sent late | $37,050.70 | 6.290% | $6.38 | 6/17/2011 | 7/21/2011 | 34 | $216.92 | $0.00 | $216.92 |
| IMPAC SAC 2005-2 | xxxxx4812 | F/C without proper assignments | $118,551.55 | 8.000% | $25.98 | 10/19/2011 | 5/24/2012 | 218 | $5,663.64 | $598.44 | $2,233.38 |
| IMPAC SAC 2005-2 | xxxxx4812 | F/C errors lost Safe Harbor protection | $6,593.65 | 8.000% | $1.44 | 5/24/2012 | 6/14/2012 | 21 | $6,623.89 | $1.44 | $6,622.45 |
| IMPAC SAC 2005-2 | xxxxx7762 | F/C delay | $247,364.45 | 7.000% | $47.44 | 1/26/2012 | 5/25/2012 | 120 | $5,692.80 | $901.36 | $1,945.04 |
| IMPAC SAC 2005-2 | xxxxx8541 | Delay in commencing appropriate proceedings | $85,219.75 | 9.990% | $23.32 | 8/18/2011 | 8/29/2013 | 742 | $17,303.44 | $0.00 | $17,303.44 |
| IMPAC SAC 2005-2 | xxxxx7725 | F/C Delay, failed to appear | $190,899.16 | 7.000% | $36.61 | 5/8/2011 | 8/22/2011 | 106 | $3,880.66 | $659.15 | $3,221.51 |
| IMPAC SAC 2005-2 | xxxxx0147 | Issue with Certificate of Title and Court | $180,000.00 | 5.640% | $27.81 | 1/31/2013 | 5/23/2013 | 112 | $3,114.72 | $0.00 | $3,114.72 |
| IMPAC SAC 2005-2 | xxxxx9158 | F/C delay | $283,500.00 | 9.650% | $74.95 | 4/18/2011 | 6/23/2011 | 66 | $4,946.70 | $2,009.74 | $463.61 |
| IMPAC SAC 2005-2 | xxxxx8394 | F/C delay | $250,400.00 | 6.250% | $42.87 | 3/29/2011 | 4/26/2011 | 28 | $1,200.36 | $0.00 | $1,200.36 |
| IMPAC SAC 2005-2 | xxxxx7694 | F/C delay | $181,560.70 | 6.750% | $33.57 | 2/23/2011 | 4/26/2011 | 62 | $2,081.34 | $0.00 | $2,081.34 |
| IMPAC SAC 2005-2 | xxxxx7740 | Delay in F/C action | $128,638.40 | 7.000% | $24.67 | 6/20/2011 | 8/17/2011 | 58 | $1,430.86 | $723.60 | $0.00 |

13 of 16
Effective Date: 8/29/13

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPAC SAC 2005-2 | xxxxxx8955 | Loss of FL 'Safe Harbor' & 'Robo-Signing' | $15,307.20 | 5.640% | $2.36 | 2/17/2010 | 7/8/2013 | 1237 | $18,226.52 | $14,091.61 | $4,134.91 |
| IMPAC SAC 2005-2 | xxxxxx5785 | Delay in F/C start | $378,707.56 | 2.500% | $25.93 | 4/1/2012 | 6/29/2012 | 89 | $2,307.77 | $0.00 | $2,307.77 |
| IMPAC SAC 2005-2 | xxxxxx0271 | Delay in F/C start | $120,796.08 | 5.000% | $16.54 | 1/1/2013 | 2/13/2013 | 43 | $711.22 | $0.00 | $711.22 |
| IMPAC SAC 2006-1 | xxxxxx8341 | F/C delay | $158,400.00 | 7.875% | $34.17 | 11/23/2010 | 8/25/2011 | 275 | $9,396.75 | $537.04 | $4,161.34 |
| IMPAC SAC 2006-1 | xxxxxx2250 | F/C sale delay, invalid affidavit | $165,286.91 | 9.250% | $41.88 | 9/30/2011 | 8/14/2012 | 319 | $13,359.72 | $1,256.63 | $5,423.23 |
| IMPAC SAC 2006-1 | xxxxxx2250 | Delay in commencing appropriate proceedings | $49,586.07 | 9.250% | $12.56 | 1/15/2013 | 8/29/2013 | 226 | $2,838.56 | $0.00 | $2,838.56 |
| IMPAC SAC 2006-1 | xxxxxx5282 | Delay in recording Trustee's Deed | $134,480.00 | 4.000% | $14.73 | 11/13/2012 | 1/2/2013 | 50 | $736.50 | $73.65 | $662.85 |
| IMPAC SAC 2006-1 | xxxxxx3503 | BillBack 12-7-2010 Loss of Value & Per Diem | $93,012.62 | 10.850% | $27.64 | 3/19/2010 | 3/19/2010 | n/a | $93,012.62 | $0.00 | $93,012.62 |
| IMPAC SAC 2006-1 | xxxxxx6710 | F/C delay | $295,977.28 | 7.250% | $58.79 | 10/26/2010 | 1/24/2013 | 821 | $48,266.59 | $1,687.64 | $22,445.66 |
| IMPAC SAC 2006-1 | xxxxxx6710 | Vesting Error in F/C | $295,977.28 | 7.250% | $58.79 | 2/24/2013 | 4/2/2013 | 37 | $2,175.23 | $76.06 | $1,011.56 |
| IMPAC SAC 2006-1 | xxxxxx0112 | Failure to start F/C | $257,112.39 | 5.500% | $38.74 | 10/1/2012 | 10/14/2012 | 13 | $503.62 | $0.00 | $503.62 |
| IMPAC SAC 2006-1 | xxxxxx5107 | F/C delay, Hold for atty change | $138,650.00 | 6.875% | $26.11 | 4/26/2011 | 5/17/2011 | 21 | $548.31 | $104.44 | $443.87 |
| IMPAC SAC 2006-3 | xxxxxx8645 | Delay in commencing appropriate proceedings | $63,476.23 | 9.177% | $15.95 | 10/12/2009 | 6/21/2011 | 617 | $9,841.15 | $0.00 | $9,841.15 |
| IMPAC SAC 2006-3 | xxxxxx4238 | F/C Lack of Prosecution delay | $240,000.00 | 7.375% | $48.49 | 2/4/2011 | 5/12/2011 | 97 | $4,703.53 | $1,454.79 | $896.98 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPAC SAC 2006-3 | xxxxx3699 | F/C atty delayed proof of service to Jr., delayed COE | $112,000.00 | 7.125% | $21.86 | 6/28/2013 | 8/29/2013 | 62 | $1,355.32 | $0.00 | $1,355.32 |
| IMPAC SAC 2006-3 | xxxxx5503 | F/C Delay, Lack of Prosecution | $442,717.09 | 4.000% | $48.51 | 2/17/2012 | 5/25/2012 | 98 | $4,753.98 | $838.06 | $1,538.93 |
| IMPAC SAC 2006-5 | xxxxx8397 | F/C Delay, compliance issues with state code | $241,559.12 | 4.750% | $31.43 | 8/2/2011 | 10/27/2011 | 86 | $2,702.98 | $157.15 | $2,545.83 |
| PFCA HM EQTY INVMT TR 2002-IFC1 | xxxxx2799 | Claim denied due to failure to provide requested documents | $80,501.76 | 10.000% | $22.05 | 7/16/2013 | 8/29/2013 | 44 | $81,471.96 | $0.00 | $81,471.96 |
| PFCA HM EQTY INVMT TR 2002-IFC1 | xxxxx8604 | F/C delay due to affidavit issue | $36,800.00 | 8.375% | $8.44 | 11/21/2010 | 2/23/2011 | 94 | $793.36 | $0.00 | $793.36 |
| PFCA HM EQTY INVMT TR 2002-IFC1 | xxxxx8604 | F/C done in incomplete name / cloud on Safe Harbor | $17,187.23 | 8.375% | $3.94 | 2/23/2011 | 6/28/2011 | 125 | $492.50 | $0.00 | $492.50 |
| PFCA Home Eqty Invm. TR 2003-IFC3 | xxxxx2665 | Servicer reported Liq REO as Full P/O, Nov&Dec-12 payments due | $3,905.87 | 5.375% | $0.57 | 9/6/2011 | 11/8/2011 | 63 | $3,941.78 | $0.00 | $3,941.78 |
| PFCA Home Eqty Invm. TR 2003-IFC3 | xxxxx9937 | Verifying SCRA Active Duty on-going status | $4,584.27 | 6.000% | $0.75 | 11/1/2011 | 8/29/2013 | 667 | $500.25 | $0.00 | $500.25 |
| PFCA Home Eqty Invm. TR 2003-IFC3 | xxxxx9696 | Okayed/Signed improper MOD after denial, Cap amt $100k | $100,000.00 | 6.375% | $17.46 | 12/20/2012 | 8/29/2013 | 252 | $4,399.92 | $0.00 | $4,399.92 |
| PFCA Home Equity | xxxxx2265 | F/C delay | $324,990.52 | 8.625% | $76.79 | 6/14/2012 | 4/4/2013 | 294 | $22,576.26 | $0.00 | $22,576.26 |
| PFCA HOME EQUITY 2002-IFC2 | xxxxx2265 | Delay in commencing appropriate proceedings | $97,497.16 | 8.625% | $23.03 | 8/26/2013 | 8/29/2013 | 3 | $69.09 | $0.00 | $69.09 |

| Security | IMPAC # | Servicer Issue | Unpaid Principal Balance or Other Applicable Figure | Note Rate | Per Diem | Acceptable Date | Actual Date or 8-29-13 if Ongoing | Days past Acceptable Date | Amounts Due Before Credits | (Recoveries, Offsets, Etc.) | Amount Due From Servicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PFCA HOME EQUITY 2002-IFC2 | xxxxxx8580 | Delay in F/C Sale | $114,934.07 | 7.625% | $24.01 | 4/16/2012 | 5/21/2012 | 35 | $840.35 | $96.04 | $744.31 |
| PFCA HOME EQUITY INVESTMENT TR 2003-IFC6 | xxxxxx8399 | Foreclosure delay due to affidavit issue | $200,636.90 | 7.250% | $39.85 | 3/1/2011 | 5/31/2011 | 91 | $3,626.35 | $1,121.96 | $691.22 |
| PFCA HOME EQUITY INVESTMENT TR 2003-IFC6 | xxxxxx8427 | Under-paid taxes in escrowed account, reduced S/S funds | $7,800.00 | 6.500% | $1.38 | 5/22/2013 | 5/31/2013 | 9 | $7,812.42 | $154.56 | $7,657.86 |

**GRAND TOTAL** $2,562,255.93

(Default Calculation)