Presentment Date and Time: September 3, 2013 at 12:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING
DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS
(MISCLASSIFIED BORROWER CLAIMS)**

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed the *Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claim*s) [Docket No. 4151] (the "Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that on August 28, 2013, in connection with the Omnibus Objection, the Debtors filed a *Notice of Adjournment of Hearing on Debtors' Seventeenth, Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Objections to Claims*

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 6] (the "Whitlinger Affidavit").

ny-1106766

*with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)* [Docket No. 4872] (the "Notice of Adjournment"). Pursuant to the Notice of Adjournment, the following matters relating to the Omnibus Objection have been adjourned to the omnibus hearing scheduled for September 11, 2013:

- Michelle Strickland (Claim No. 2371);
- Perry Goerner (Claim No. 3515);
- Anthony Davide (Claim No. 482); and
- James and Deborah Derouin (Claim No. 4750).

**PLEASE TAKE FURTHER NOTICE** that for the remaining matters relating to the Omnibus Objection, the Debtors will present the proposed *Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims)* (the "Proposed Order"), annexed hereto as Exhibit 1, to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature on **September 3, 2013 at 12:00 p.m. (Prevailing Eastern Time)**.

[*Remainder of Page Intentionally Left Blank.*]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Omnibus Objection and Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

Dated: August 29, 2013
      New York, New York

                                    /s/ Norman S. Rosenbaum
                                    Gary S. Lee
                                    Norman S. Rosenbaum
                                    Jordan A. Wishnew
                                    MORRISON & FOERSTER LLP
                                    1290 Avenue of the Americas
                                    New York, New York 10104
                                    Telephone: (212) 468-8000
                                    Facsimile: (212) 468-7900

                                    *Counsel for the Debtors and*
                                    *Debtors in Possession*

# **EXHIBIT 1**

ny-1106766

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

---------------------------------------------------------------------------

**ORDER GRANTING DEBTORS' SEVENTEENTH OMNIBUS OBJECTION**
**TO CLAIMS (MISCLASSIFIED BORROWER CLAIMS)**

Upon the seventeenth omnibus claims objection, dated July 3, 2013 (the "<u>Seventeenth Omnibus Claims Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), reclassifying the Misclassified Borrower Claims to reflect their proper classification as general unsecured claims, all as more fully described in the Seventeenth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Seventeenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Seventeenth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Seventeenth Omnibus Claims Objection having been provided, and it appearing that

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Seventeenth Omnibus Claims Objection.

ny-1106777

12-12020-mg    Doc 4883    Filed 08/29/13    Entered 08/29/13 14:17:24    Main Document
Pg 6 of 16


no other or further notice need be provided; and upon consideration of the Seventeenth Omnibus Claims Objection and the Declaration of Deanna Horst in Support of Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims), annexed to the Objection as Exhibit 1; and the Court having found and determined that the relief sought in the Seventeenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Seventeenth Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Seventeenth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventeenth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that each Misclassified Borrower Claim listed on Exhibit A annexed hereto is hereby reclassified as a general unsecured non-priority claim as indicated on Exhibit A; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to reclassify the Misclassified Borrower Claims identified on the schedule annexed as Exhibit A hereto pursuant to this Order; and it is further

ORDERED that the following matters relating to the Seventeenth Omnibus Claims Objection have been adjourned to the omnibus hearing scheduled for September 11, 2013:

- Michelle Strickland (Claim No. 2371);
- Perry Goerner (Claim No. 3515);
- Anthony Davide (Claim No. 482); and
- James and Deborah Derouin (Claim No. 4750); and it is further

2

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Seventeenth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Misclassified Borrower Claims that are reclassified pursuant to this Order, all rights to object on any basis are expressly reserved with respect to such reclassified claims as listed on Exhibit A annexed to this Order, and the Debtors' and all parties in interests' rights to object on any basis are expressly reserved with respect to any claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Misclassified Borrower Claims identified on Exhibit A, annexed hereto, as if each such Misclassified Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated:_____, 2013
    New York, New York

                                      THE HONORABLE MARTIN GLENN
                                      UNITED STATES BANKRUPTCY JUDGE

ny-1106777

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTEENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (BORROWER CLAIMS)

|   | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| 1 | Alicia D. Kates<br>5 Dartmouth Ave.<br>Somerdale, NJ 08083 | 1537 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$190,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | EPRE LLC | 12-12024 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$190,000.00 General Unsecured | Claim fails to provide basis for alleged secured status. |
| 2 | Annette Appelzoller<br>8132 Lowd Ave<br>El Paso, TX 79907 | 4475 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$66,266.34 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$66,266.34 General Unsecured | Claim fails to provide basis for alleged secured status. |
| 3 | April M. Lowe<br>11 Negus Street<br>Webster, MA 01570 | 2127 | 11/02/2012 | $1,537.16 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,537.16 General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 4 | Audrey Mills<br>Robert W. Dietrich<br>Dietrich Law Firm<br>3815 W. Saint Joseph St., Suite B-400<br>Lansing, MI 48917 | 857 | 09/28/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,272.01 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,272.01 General Unsecured | Claim fails to provide basis for alleged priority status. |
| 5 | Ben & Patricia Butler<br>1703 SE 59th Ave<br>Portland, OR 97215 | 1463 | 10/22/2012 | $3,733.59 Administrative Priority<br>$0.00 Administrative Secured<br>$383,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$386,733.59 General Unsecured | Claim fails to (i) satisfy requirements of 503(b)(9) and (ii) provide basis for alleged secured status. |
| 6 | Bette Warter Trustee of Dorothy Dean Estate<br>742 Don Tab Way<br>Plant City, FL 33565 | 4010 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$14,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | ditech, LLC | 12-12021 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$14,000.00 General Unsecured | Claim fails to provide basis for alleged secured status. |
| 7 | Candy Shively<br>Shore Line Realty & Associates, Inc<br>1407 Viscaya Pkwy # 2<br>Cape Coral, FL 33990 | 1672 | 10/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$3,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000.00 General Unsecured | Claim fails to provide basis for alleged secured status. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTEENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CHARYL ROY AND FLOORING SOLUTIONS FACTORY DIRECT<br>9760 US HIGHWAY 80 E<br>BROOKLET, GA 30415-6734 | 1232 | 10/15/2012 | $0.00<br>$0.00<br>$192,094.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$192,094.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 9 | Clover Earle<br>3631 N.W. 41st Street<br>Laurderdale Lakes, FL 33309 | 4569 | 11/08/2012 | $75,000.00<br>$0.00<br>$95,000.00<br>$16,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$186,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to (i) satisfy requirements of 503(b)(9) and (ii) provide basis for alleged secured and priority status. |
| 10 | Daniel G. Gauthier & Kathryn A. Gauthier<br>7815 Brookpines Drive<br>Clarkston, MI 48348-4469 | 1994 | 10/30/2012 | $0.00<br>$0.00<br>$89,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$89,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 11 | Daniel ORourke and Tina ORourke<br>5760 Sunset Ave. NE<br>Bremerton, WA 98311 | 4835 | 11/15/2012 | $0.00<br>$0.00<br>$7,760.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,760.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 12 | David L Smith & Cheryl A Smith<br>6090 E 100 S<br>Columbus, IN 47201 | 3902 | 11/09/2012 | $0.00<br>$0.00<br>$224,652.85<br>$2,032.16<br>$5,034.42 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$231,719.43 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured and priority status. |
| 13 | Edgar A. Soto & Sara Soto<br>210 S. 44th Ave.<br>Northlake , IL 60164 | 2865 | 11/07/2012 | $0.00<br>$0.00<br>$174,700.00<br>$1,825.00<br>$53,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$229,525.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured and priority status. |
| 14 | Everado L. Velasco<br>22601 Baker Road<br>Bakersfield, CA 93314 | 1990 | 10/30/2012 | $0.00<br>$0.00<br>$134,094.19<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$134,094.19 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTEENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Florence Anne & Michael P Barry<br>28 Bradford St<br>New Providence, NJ 07974-1913 | 1976 | 10/29/2012 | $857.28<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$857.28 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 16 | Gabriel Toala-Moreno<br>636 SW 107th Ave.<br>Pembroke Pines, FL 33025 | 4210 | 11/09/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 17 | James Getzinger<br>2575 Peachtree Rd NE #15A<br>Atlanta, GA 30305 | 3512 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$4,792.10<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,792.10 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |
| 18 | JAMES PENNAZ<br>SANDRA J. PENNAZ<br>957 KAUKA PLACE<br>HONOLULU, HI 96825 | 1679 | 10/25/2012 | $0.00<br>$0.00<br>$0.00<br>$2,467.82<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,467.82 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |
| 19 | Jay Williams<br>5731 Post Rd.<br>Bronx, NY 10471 | 6295 | 12/03/2012 | $595,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$595,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 20 | John E. Koerner<br>P.O. Box 24<br>Williston Park, NY 11596 | 1604 | 10/24/2012 | $217,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$217,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 21 | John J Metkus III<br>9218 Edgeloch Dr<br>Spring, TX 77379 | 2597 | 11/06/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTEENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Kenneth Ferrier and Michelle Ferrier<br>PO Box 390093<br>Keauhou, HI 96739 | 3791 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$2,237.05<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,237.05 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |
| 23 | Kenneth J. and Marjorie Canty<br>2707 Hughes St.<br>Smyrna, GA 30080 | 2369 | 11/05/2012 | $4,953.55<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,953.55 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 24 | Kim & Todd Scott<br>5583 Hutchinson Road<br>Sebastopol, CA 95472 | 1609 | 10/24/2012 | $30,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$30,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 25 | Loretta V. Kelaher<br>123 Clermont Ave<br>Brooklyn, NY 11205 | 2484 | 11/06/2012 | $0.00<br>$0.00<br>$131,086.22<br>$0.00<br>$21,093.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$152,179.22 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 26 | Lynn C. Greene & James Cassidy<br>6526 Wauconda Dr.<br>Larkspur, CO 80118 | 3484 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$28,800.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$28,800.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |
| 27 | Margaret Ann Howard<br>359 Rambling Ridge Ct<br>Pasadena, MD 21122 | 4421 | 11/09/2012 | $494.52<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$494.52 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 28 | Maria Aljaksina<br>2016 Harbor Village<br>Keego Harbor, MI 48320 | 2006 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$213.46<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$213.46 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTEENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Marsha Muwwakkil<br>6314 Homeview Dr.<br>Houston, TX 77049 | 4160 | 11/09/2012 | $750.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$750.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 30 | Martha R & David J Petty<br>8864 SE Jardin Street<br>Hobe Sound, FL 33455 | 6449 | 02/19/2013 | $0.00<br>$0.00<br>$0.00<br>$1,400.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,400.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |
| 31 | MARY ANN TAYLOR AND DC BUILDERS<br>49 WEDGEWOOD COVE<br>JACKSON, TN 38305 | 4232 | 11/09/2012 | $0.00<br>$0.00<br>$142,000.00<br>$0.00<br>$6,469.72 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$148,469.72 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 32 | MARY NASCIMENTO AND CARY RECONSTRUCTION CO INC<br>55 ELIJAH CT<br>CAMERON, NC 28326-6496 | 4038 | 11/09/2012 | $9,985.17<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$9,985.17 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 33 | Michael A. Riley and Dyanne S. Riley<br>4323 N. Imperial Way<br>Provo, UT 84604 | 1992 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |
| 34 | Michael G. Weiss<br>1085 90th St. NE.<br>Monticello, MN 55362 | 1919 | 10/29/2012 | $1,981.70<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,981.70 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 35 | Mr. Larry Sipes<br>413 30-1/4 Rd.<br>(GMAC Mortgage Tracking # 155093)<br>Grand Junction, CO 81504 | 2102 | 11/02/2012 | $0.00<br>$0.00<br>$55,634.91<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$55,634.91 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTEENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Pamela S. James Robin T. James<br>27701 James Road<br>Laurel, DE 19956 | 3800 | 11/08/2012 | $0.00<br>$0.00<br>$241,623.19<br>$2,600.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$244,223.19 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured and priority status. |
| 37 | Peake, David G and Sandra J. Peake<br>9660 Hillcroft Ste 430<br>Houston, TX 77096 | 3813 | 11/08/2012 | $17,500.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$17,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 38 | Peter Vidikan<br>1631 Cicero Drive<br>Los Angeles, CA 90026-1603 | 5285 | 11/16/2012 | $0.00<br>$0.00<br>$111,287.22<br>$2,600.00<br>$9,978.28 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$123,865.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured and priority status. |
| 39 | Quintella Bonnett<br>762 Bayard Ave<br>St Louis, MO 63108 | 4127 | 11/09/2012 | $49,500.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$49,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 40 | RAMONA M ROBERTS<br>424 TOWNSEND DR SE<br>HUNTSVILLE, AL 35811-8763 | 1948 | 10/29/2012 | $245,458.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$245,458.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 41 | Randall Branson<br>202 Archer Ave.<br>Marshall, IL 62441 | 2063 | 10/31/2012 | $0.00<br>$0.00<br>$111,443.39<br>$0.00<br>$40,371.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$151,814.39 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 42 | Rene Evans & Joanne<br>10941 Wingate Rd<br>Jacksonville, FL 32218 | 1937 | 10/29/2012 | $0.00<br>$0.00<br>$14,784.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,784.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTEENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| 43 | Richard F. Cousins and Alice Arant-Cousins<br>1624 W. Lewis Avenue<br>Phoenix, AZ 85007 | 2356 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$104,458.78 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$104,458.78 General Unsecured | Claim fails to provide basis for alleged secured status. |
| 44 | RICHARD ROWBACK AND PEGASUS GATE CONSTRUCTION SERVICES LLC<br>1814 FM 1462<br>ROSHARON, TX 77583 | 1295 | 10/16/2012 | $11,229.40 Administrative Priority<br>$0.00 Administrative Secured<br>$81,058.60 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$92,288.00 General Unsecured | Claim fails to (i) satisfy requirements of 503(b)(9) and (ii) provide basis for alleged secured status. |
| 45 | Robert A. Kirk<br>12 Atlantic Way<br>Rockaway Pt., NY 11697 | 1601 | 10/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$130,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$130,000.00 General Unsecured | Claim fails to provide basis for alleged secured status. |
| 46 | Robert Earl Smith<br>840 Daniel Moss Road<br>Coahoma, MS 38617 | 2364 | 11/05/2012 | $711.82 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$711.82 General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 47 | ROGER A. OLSEN<br>DONNA R. OLSEN<br>2909 DUNCAN DRIVE<br>MISSOULA, MT 59802 | 4014 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$652.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$652.00 General Unsecured | Claim fails to provide basis for alleged priority status. |
| 48 | Roger J. and Karen Evans<br>9481 S. Johnson Ct<br>Littleton, CO 80127 | 3528 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$397,653.47 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$397,653.47 General Unsecured | Claim fails to provide basis for alleged secured status. |
| 49 | Ronald & Gail Matheson<br>22424 Poplar Ct<br>Murrieta, CA 92562 | 3447 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$20,846.29 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$20,846.29 General Unsecured | Claim fails to provide basis for alleged secured status. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

SEVENTEENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (BORROWER CLAIMS)

|   | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | Ryan Ramey<br>Ryan Ramey or Ava Ramey (Agent)<br>P.O. Box 1000<br>Otisville, NY 10963 | 4586 | 11/13/2012 | $0.00<br>$0.00<br>$23,552.40<br>$0.00<br>$23,552.41 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$47,104.81 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 51 | SHEILA LA RUE AND CAL STATE ROOFING<br>10683 ALTA SIERRA DR<br>GRASS VALLEY, CA 95949-6847 | 3885 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$7,912.86<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,912.86 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |
| 52 | Tara T. Merritt<br>10701 Brook Bend Circle<br>Pensacola, FL 32506 | 4690 | 11/14/2012 | $0.00<br>$0.00<br>$92,065.86<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$92,065.86 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 53 | Thomas S. Lee<br>1214 Devonshire Dr<br>Sumter, SC 29154 | 1727 | 10/26/2012 | $945.15<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$945.15 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to satisfy requirements of 503(b)(9). |
| 54 | Vivian L. Ladson<br>309 Lafayette Avenue, Apt. 10F<br>Brooklyn, NY 11238 | 1258 | 10/15/2012 | $0.00<br>$0.00<br>$200,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$200,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged secured status. |
| 55 | Wendell & Mary Bricker<br>305 Whippoorwill Road<br>Seymour, MO 65746-9043 | 2208 | 11/05/2012 | UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to (i) satisfy requirements of 503(b)(9) and (ii) provide basis for alleged secured status. |
| 56 | William M. Velotas and Barbara M. Velotas<br>5803 Boyce Springs<br>Houston, TX 77066 | 3543 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$1,744.17<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,744.17 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claim fails to provide basis for alleged priority status. |