UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          :    Case No. 12-12020
                                                                :
RESIDENTIAL CAPITAL, LLC, et al.,           :    Chapter 11
                                                                :
                              Debtors.                    :    Jointly Administered
                                                                :
-------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF APPEARANCE AND
# REQUEST FOR REMOVAL OF SERVICE LIST

PLEASE TAKE NOTICE that Bijan Amin of Storch Amini & Munves PC, hereby withdraws his appearance as counsel for the National Association of Consumer Bankruptcy Attorneys, Edward Boltz, William Johnson, and Crystal in the above-captioned bankruptcy case and requests that he be removed from the CM/ECF noticing list and any other service list in this case.

Dated: New York, New York
       August 29, 2013

                                        STORCH AMINI & MUNVES PC

                                        By: /s/ Bijan Amini
                                            Bijan Amini, Esq.
                                        2 Grand Central Tower
                                        140 East 45th Street, 25th Floor
                                        New York, New York 10017
                                        Tel: (212) 490-4100
                                        Fax: (212) 490-4208