**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Andrew L. Baldwin, a member in good standing of the bars of the Commonwealth of Massachusetts (BBO #682335), State of Connecticut (Juris No. 433889), United States District Court for the District of Massachusetts, United States District Court for the District of Connecticut (ct# 29171) and United States Court of Appeals for the Second Circuit, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:    Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA  02114
(617) 456-8182
Email: abaldwin@PrinceLobel.com

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: August 27, 2013              Respectfully submitted,

By:    */s/ Andrew L. Baldwin*
Andrew L. Baldwin, Esq.
PRINCE LOBEL TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
617-456-8182
Email: abaldwin@PrinceLobel.com

104909\1775711.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Andrew L. Baldwin, dated August 27, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the States of Massachusetts and Connecticut and the bars of the United States District Courts for the District of Massachusetts and Connecticut,

IT IS HEREBY ORDERED that Andrew L. Baldwin is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York
            _____, 2013

                                       The Honorable Martin Glenn
                                       United States Bankruptcy Judge
                                       Southern District of New York

104909\1775711.1