**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Richard E. Briansky, a member in good standing of the bars of the Commonwealth of Massachusetts (BBO #632709), United States District Court for the District of Massachusetts, and United States Court of Appeals for First Circuit, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:	Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA  02114
(617) 456-8052
Email: rbriansky@PrinceLobel.com

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: August 27, 2013	Respectfully submitted,

By:	*/s/ Richard E. Briansky*
Richard E. Briansky, Esq.
PRINCE LOBEL TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
617-456-8052
Email: rbriansky@PrinceLobel.com

1776046.1 104909/61

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Richard E. Briansky, dated August 27, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the States of Massachusetts and the bar of the United States District Court for the District of Massachusetts,

IT IS HEREBY ORDERED that Richard E. Briansky is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
_____, 2013

 The Honorable Martin Glenn
 United States Bankruptcy Judge
 Southern District of New York

2

1776046.1 104909/61