

Lucious Hughes
22317 Strathern St
Canoga Park, CA. 91304
August 27, 2013

CHAMBERS OF THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY COURT, New York.
ONE BOWLING GREEN, New York, New York, 10004

YOUR HONOR:

I AM SCHEDULED FOR A HEARING ON THE DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS. MY CLAIM IS #2544 AND IS SCHEDULED FOR August 29, 2013. MY CASE NUMBER 12-12020(MG) REGARDING Debtor, RESIDENTIAL CAPITAL, LLC, ET AL.

THERE IS SOMETHING "FISHY" ABOUT WHY THE ATTORNEYS FOR THE DEBTOR, CHIEFLY, BRIAN POWER OF SILVERMAN ACAMPORA LLP, HAVE CONTINUED CALLING AND PRESSURING ME TRYING TO GET ME TO AGREE TO ADJOURN MY HEARING TO SEPTEMBER 11, 2013.
I HAVE NEVER AGREED VERBALLY NOR IN WRITING TO THIS CHANGE.

THEY HAVE LIED AND SEEMINGLY UNILATERALLY CHANGED THE DATE OF MY HEARING, IGNORING MY WRITTEN AND VERBAL REFUSAL TO ADJOURN TO ANOTHER DATE. (SEE
I WILL BE IN TOWN FOR THE SCHEDULED HEARING ON August 29, 2013. PLEASE SEE THAT I GET A PROPER HEARING AND THAT MY TIME AND MONEY IS NOT WASTED.

SINCERELY,
Lucious Hughes
Lucious Hughes

P.S. MY CELL PHONE NO. IS 626 410 3317