Lucious Hughes
22317 Strathern St.
Canoga Park, CA, 91304
August 23, 2013

Silverman Acampora LLP
100 Jericho Quadrangle, Ste 300
Jericho, NY, 11753-9477

Re: Residential Capital, LLC, et al.
    Chapter 11
    Case #: 12-12020 (MG)
    Your File # 062429

Dear Mr. Powers:

In our conversation on August 20, 2013, I DENY that I agreed to an adjournment of the hearing on the Debtors' Twentieth Omnibus Objection to Claims with respect to the Debtors' objection to my claim (Claim #2544). I have never agreed to any such adjournment, written or verbal, with you or with any other person concerning any kind of hearing. I will be there for the Debtors' Twentieth Omnibus Objection to Claims on the day presently scheduled, August 29, 2013.

Sincerely yours,
Lucious Hughes
Lucious Hughes

**SILVERMANACAMPORA LLP**

*CHARACTER IS EVERYTHING* ®

BRIAN POWERS
ASSOCIATE

DIRECT DIAL: 516.479.6357
BPowers@SilvermanAcampora.com

August 21, 2013

**VIA FEDERAL EXPRESS**
Mr., Lucious Hughes
22317 Strathern Street
Canoga Park, CA 91304

    Re:    **Residential Capital, LLC,** *et al.*
              **Chapter 11**
              **Case No.: 12-12020 (MG)**
              **Our File No.: 062429**

Dear Mr. Hughes:

    As you are aware, this firm is special counsel to the Official Committee of Unsecured Creditors in the bankruptcy cases of Residential Capital, LLC, *et al.* (collectively, the "Debtors"), which cases are pending in the United States Bankruptcy Court for the Southern District of New York.

    Pursuant to our conversation on August 20, 2013, you have agreed to an adjournment of the hearing on the Debtors' Twentieth Omnibus Objection to Claims with respect to the Debtors' objection to your claim (Claim No. 2544). The hearing will be adjourned to September 11, 2013 at 10:00 a.m. EST.

    Please sign this letter where indicated below to confirm your consent to the adjournment and return it to me as soon as possible via the enclosed self addressed envelope. For your convenience, a second copy of this letter has been enclosed for your records.

    Thank you for your prompt attention to this matter.

Very truly yours,

*/s/ Brian Powers*

Brian Powers

BP:cagr
Enc.

Date: August ___, 2013        Consented to:

                                                         _____
                                                         Lucious Hughes

Lucious Hughes
22317 Strathern St
Canoga Park, Cali 91304
August 26, 2013

Brian Powers
c/o Silverman Acampora LLP
100 Jericho Quadrangle Ste 300
Jericho, NY 11753-9477

I have just received your fax dated August 26, 2013. As stated on the phone to you, at the end of your multiple phone calls less than an hour ago today, as stated to you in my written letter to you dated August 23, 2013, as stating in this written document, I have never agreed to any adjournment of the hearing of (my Claim 2544) the Debtors' Twentieth Omnibus Objection to Claims. My case # 12-12020 (MG) is scheduled for August 29, 2013. Do not interfere with this date and time.

Sincerely,

Lucious Hughes
Lucious Hughes

# SILVERMANACAMPORA LLP

*CHARACTER IS EVERYTHING* ®

BRIAN POWERS
ASSOCIATE

DIRECT DIAL: 516.479.6357
BPOWERS@SILVERMANACAMPORA.COM

August 26, 2013

**VIA FEDERAL EXPRESS**
Mr., Lucious Hughes
22317 Strathern Street
Canoga Park, CA 91304

    Re:    Residential Capital, LLC, *et al.*
             Chapter 11
             Case No.: 12-12020 (MG)
             Our File No.: 062429

Dear Mr. Hughes:

    As you are aware, this firm is special counsel to the Official Committee of Unsecured Creditors in the bankruptcy cases of Residential Capital, LLC, *et al.* (collectively, the "Debtors"), which cases are pending in the United States Bankruptcy Court for the Southern District of New York.

    Pursuant to our conversation on August 26, 2013, you have agreed to an adjournment of the hearing on the Debtors' Twentieth Omnibus Objection to Claims with respect to the Debtors' objection to your claim (Claim No. 2544) (the "Hearing").

    This letter confirms that the Hearing which was previously scheduled for August 29, 2013 will not be held on that date, but will instead be held on September 11, 2013 at 10:00 a.m. EST.

    Please let me know if you have any other questions.

Very truly yours,

Brian Powers

BP:cagr
Enc.

BPOWERS/1374669.1/062429

## THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF HEARING ON TWENTIETH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

**Lucious Hughes**

| Proposed Claim(s) to be Disallowed and Expunged | | | | Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 2544<br><br>11/06/12 | GMAC Mortgage, LLC | Administrative Priority | N/A | Claimant does not include sufficient supporting documents |
| | | Administrative Secured | N/A | |
| | | Secured | N/A | |
| | | Priority | $27,573.77 | |
| | | General Unsecured | N/A | |

PLEASE TAKE NOTICE that, on July 3, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed their Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The category of claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

The Objection requests that the Bankruptcy Court expunge, and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) does not contain sufficient documentation to substantiate the claim. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

Hearing Date:    August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF CERTAIN MATTERS SCHEDULED
FOR AUGUST 21, 2013 OMNIBUS HEARING TO AUGUST 29, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard on August 21, 2013 at 10:00 a.m. (Prevailing Eastern Time) have been adjourned to **August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") and will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501:

a) Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) [Docket No. 4119];

b) Debtors' Eleventh Omnibus Objection to Claims (Misclassified Claims) [Docket No. 4145];

ny-1100510

**Exhibit A**
Debtor Names and Case Numbers

| Name of Debtor | Case Number |
|---|---|
| Residential Funding Company, LLC | 12-12019 (MG) |
| Residential Capital, LLC | 12-12020 (MG) |
| ditech, LLC | 12-12021 (MG) |
| DOA Holding Properties, LLC | 12-12022 (MG) |
| DOA Properties IX (Lots-Other), LLC | 12-12023 (MG) |
| EPRE LLC | 12-12024 (MG) |
| Equity Investment I, LLC | 12-12025 (MG) |
| ETS of Virginia, Inc. | 12-12026 (MG) |
| ETS of Washington, Inc. | 12-12027 (MG) |
| Executive Trustee Services, LLC | 12-12028 (MG) |
| GMAC-RFC Holding Company, LLC | 12-12029 (MG) |
| GMAC Model Home Finance I, LLC | 12-12030 (MG) |
| GMAC Mortgage USA Corporation | 12-12031 (MG) |
| GMAC Mortgage, LLC | 12-12032 (MG) |
| GMAC Residential Holding Company, LLC | 12-12033 (MG) |
| GMACRH Settlement Services, LLC | 12-12034 (MG) |
| GMACM Borrower LLC | 12-12035 (MG) |
| GMACM REO LLC | 12-12036 (MG) |
| GMACR Mortgage Products, LLC | 12-12037 (MG) |
| HFN REO Sub II, LLC | 12-12038 (MG) |
| Home Connects Lending Services, LLC | 12-12039 (MG) |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 (MG) |
| Homecomings Financial, LLC | 12-12042 (MG) |
| Ladue Associates, Inc. | 12-12043 (MG) |
| Passive Asset Transaction, LLC | 12-12044 (MG) |
| PATI A, LLC | 12-12045 (MG) |
| PATI B, LLC | 12-12046 (MG) |
| PATI Real Estate Holdings, LLC | 12-12047 (MG) |
| RAHI A, LLC | 12-12048 (MG) |
| RAHI B, LLC | 12-12049 (MG) |
| RAHI Real Estate Holdings, LLC | 12-12050 (MG) |
| RCSFJV2004, LLC | 12-12051 (MG) |
| Residential Accredit Loans, Inc. | 12-12052 (MG) |
| Residential Asset Mortgage Products, Inc. | 12-12053 (MG) |
| Residential Asset Securities Corporation | 12-12054 (MG) |
| Residential Consumer Services of Alabama, LLC | 12-12055 (MG) |
| Residential Consumer Services of Ohio, LLC | 12-12056 (MG) |
| Residential Consumer Services of Texas, LLC | 12-12057 (MG) |
| Residential Consumer Services, LLC | 12-12058 (MG) |
| Residential Funding Mortgage Exchange, LLC | 12-12059 (MG) |
| Residential Funding Mortgage Securities I, Inc. | 12-12060 (MG) |
| Residential Funding Mortgage Securities II, Inc. | 12-12061 (MG) |
| Residential Funding Real Estate Holdings, LLC | 12-12062 (MG) |
| Residential Mortgage Real Estate Holdings, LLC | 12-12063 (MG) |
| RFC-GSAP Servicer Advance, LLC | 12-12064 (MG) |
| RFC Asset Holdings II, LLC | 12-12065 (MG) |
| RFC Asset Management, LLC | 12-12066 (MG) |
| RFC Borrower LLC | 12-12068 (MG) |
| RFC Construction Funding, LLC | 12-12069 (MG) |
| RFC REO LLC | 12-12070 (MG) |
| RFC SFJV-2002, LLC | 12-12071 (MG) |