UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:
Residential Capital LLC, et. al.

                           Debtor

Case No.: 12-12020
Chapter 11

-----------------------------------------------------------x

Private Residences at Ontario Place
Condominium Association,
                         Plaintiff

                          v.

Residential Funding Company, LLC

                         Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jennifer L. O'Reilly, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Ontario Place Condo. Association, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8/22/2013
Chicago, Illinois, New York

*[signature]*

*Mailing Address:*
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
Attorney for Ontario Place Condo. Ass.
*E-mail address*: joreilly@lplegal.com
*Telephone number*: (312) 346-8380

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:

    Residential Capital LLC, et.al.

                          Debtor

Case No.: 12-12020

Chapter 11

-----------------------------------------------------------------x

Private Residences at Ontario Place
Condominium Association

                          Plaintiff

                    v.

Residential Capital LLC, LLC

                        Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Jennifer L. O'Reilly , to be admitted, *pro hac vice*, to represent  Ontario Place Condominium Assoc. , (the "Client") a  creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Illinois  and, if applicable, the bar of the U.S. District Court for the  Northern  District of  Illinois , it is hereby

**ORDERED**, that  Jennifer L. O'Reilly , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 8/22/2013

 Chicago, Illinois , New York       /s/ _____

                                                                         UNITED STATES BANKRUPTCY JUDGE