UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         )    ss.:
COUNTY OF NEW YORK  )

Kennon Scott, being duly sworn, deposes and says:

(I)    That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)   That on August 22, 2013, she caused the following document to be served: *The Objectors' Designations of Trustees' Deposition Testimony* [Docket No. 4799] via electronic mail to the parties on **Exhibit A**.

_____
Kennon Scott

Sworn to before me this
23rd day of August 2013

_____
Notary Public

CHARLES TRICOMI, JR.
Notary Public, State of New York
No. 01TR6194117
Qualified in New York County
Commission Expires Sept. 29, 2016

## EXHIBIT A

maloney@sewkis.com; Rebecca.Kahan@dechert.com; mcarney@McKoolSmith.com; pgoodman@McKoolSmith.com; kit.weitnauer@alston.com; Michael.Johnson@alston.com; ALawrence@mofo.com; ALevine@KRAMERLEVIN.com; CKerr@mofo.com; cshore@whitecase.com; DEggermann@KRAMERLEVIN.com; DZiegler@mofo.com; hfsidman@JonesDay.com; mothayer@jonesday.com; PKaufman@KRAMERLEVIN.com; RBaehr@mofo.com; rlwynne@jonesday.com; scbennett@JonesDay.com; vanessa.soderberg@whitecase.com; glenn.siegel@dechert.com; Mauricio.Espana@dechert.com; William.Hao@alston.com; kotwick@sewkis.com; hdenman@whitecase.com; bartgreen@JonesDay.com; kmwaag@jonesday.com; KSadeghi@mofo.com