WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

Christopher A. Stauble, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On August 28, 2013, I caused a true and correct copy of the following pleading to be served as indicated, upon the parties on the service list annexed hereto:

- Objection of Syncora Guarantee Inc. to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC [ECF No. 4870].

        /s/ Christopher A. Stauble
        Christopher A .Stauble

Sworn to before me this
29th day of August, 2013

/s/ Nicole Aliseo
Nicole Aliseo
Notary Public, State of New York
No. 01AL6186782
Qualified in Richmond County
Commission Expires May 12, 2016

## Service List

Norman S. Rosenbaum
Alexandra Steinberg Barrage
Jonathan M. Petts
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
**[Email & Federal Express]**

Paul R. DeFilippo
Randall R. Rainer
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
**[Email & Federal Express]**

Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
**[Federal Express]**

Eric H. Holder, Jr.
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
**[Federal Express]**

Nancy Lord, Esq.
Enid N. Stuart, Esq.
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
**[Federal Express]**

Joseph N. Cordaro, Esq.
Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
**[Federal Express]**

Richard M. Cieri
Ray Schrock
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
**[Email & Federal Express]**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Kenneth Eckstein
Douglas Mannal
**[Email & Federal Express]**

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Jennifer C. DeMarco
Adam Lesman
**[Email & Federal Express]**

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Thomas Walper
Seth Goldman
**[Email & Federal Express]**

Internal Revenue Service
2970 Market Street,
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016
**[Federal Express]**

Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
George S. Canellos, Regional Director
**[Federal Express]**