**Hearing Date and Time:  September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION) SOLELY WITH RESPECT TO THE CLAIMS FILED BY SHELDON WILLIAMS (CLAIM NO. 1520) AND ROBERT AND AMANDA DUENNER (CLAIM NO. 1473) TO SEPTEMBER 11, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4158], solely as it relates to the proofs of claim filed by Sheldon Williams (Claim No. 1520) and Robert and Amanda Duenner (Claim No. 1473), previously scheduled to be heard on August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1106915

Dated: August 30, 2013
   New York, New York

               /s/ Norman S. Rosenbaum
               Gary S. Lee
               Norman S. Rosenbaum
               Jordan A. Wishnew
               MORRISON & FOERSTER LLP
               1290 Avenue of the Americas
               New York, New York 10104
               Telephone: (212) 468-8000
               Facsimile: (212) 468-7900

               *Counsel for the Debtors and*
               *Debtors in Possession*

ny-1106915