**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

------------------------------------------------------------------

## LIST OF THE SETTLEMENT PARTIES' EXHIBITS ADMITTED
## AT TRIAL IN SUPPORT OF THE FGIC 9019 MOTION

Residential Capital, LLC, and each of its debtor affiliates (collectively, the "**Debtors**"),

Financial Guaranty Insurance Company ("**FGIC**"), the FGIC Trustees,[1] and the Institutional

Investors[2] (collectively, the "**Settlement Parties**"), having met and conferred with the Objecting

Parties,[3] hereby submit an exhibit list indicating the Settlement Parties' exhibits that were

admitted into evidence at trial in support of the *Debtors' Motion Pursuant to Fed. R. Bankr. P.*

*9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees*

*and Certain Individual Investors* [ECF No. 3929] (the "**FGIC 9019 Motion**"):

---

[1] The "FGIC Trustees" include The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., Law Debenture Trust Company of New York, U.S. Bank National Association and Wells Fargo Bank, N.A., each solely in their respective capacities as trustees, indenture trustees or separate trustees for certain FGIC Insured Trusts.

[2] The "Institutional Investors" include certain members of the Steering Committee Consenting Claimants and the Talcott Franklin Consenting Claimants (each as defined in the Plan Support Agreement, approved by the Court on June 26, 2013, ECF No. 4098).

[3] The Objecting Parties are, collectively, Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited, each of which is represented by Willkie Farr & Gallagher, LLP (the "**Willkie Objecting Parties**") and the Federal Home Loan Mortgage Corporation ("**Freddie Mac**" and, together with the Willkie Objecting Parties, the "**Investor Objecting Parties**"), and the Ad Hoc Group of Junior Secured Noteholders (the "**Ad Hoc Group**").

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 1 | 05/23/2013 | N/A | FGIC Settlement Agreement [Docket No. 3929-2] | X | 88:9-88:23, 90:5-25 |
| 2 | 11/16/2012 | RC_FGIC9019_00001143 - RC_FGIC9019_00001162 | Claim No. 4870 filed by Financial Guaranty Insurance Company (Residential Capital, LLC) [Docket No. 3929-6] | X | 88:9-88:23, 90:5-25 |
| 3 | 11/16/2012 | RC_FGIC9019_00001275 - RC_FGIC9019_00001294 | Claim No. 4868 filed by Financial Guaranty Insurance Company (Residential Funding Company, LLC) | X | 88:9-88:23, 90:5-25 |
| 4 | 11/16/2012 | RC_FGIC9019_00001425- RC_FGIC9019_00001444 | Claim No. 4871 filed by Financial Guaranty Insurance Company (GMAC Mortgage, LLC) | X | 88:9-88:23, 90:5-25 |
| 5 | 03/04/2012 | RC_FGIC9019_00034907 - RC_FGIC9019_00034939 | Claim Nos. 6604-6654 filed by Law Debenture Trust Company of New York and Wells Fargo Bank, N.A. as Separate Trustee and Trustee  (All Debtors) [Docket No. 3929-7] | X | 88:9-88:23, 90:5-25 |
| 6 | 03/04/2012 | RC_FGIC9019_00034940 - RC_FGIC9019_00035050 | Claim Nos. 6655-6705 filed by U.S. Bank N.A. (All Debtors) [Docket No. 3929-8] | X | 88:9-88:23, 90:5-25 |
| 7 | 03/04/2012 | RC_FGIC9019_00035051 - RC_FGIC9019_00036436 | Claim Nos. 6758-6767 and 6772-6779 filed by Bank of New York Mellon Trust Co., N.A. (Nine Debtors) | X | 88:9-88:23, 90:5-25 |
| 8 | 12/30/2011 | RC_FGIC9019_00000992 - RC_FGIC9019_00001044 | Complaint, FGIC v. Residential Funding Co. et al, No. 11-cv-09736 (SDNY Dec. 30, 2011) [removed from NY Sup Ct. 653303-2011] | X | 193:9-22 |
| 9 | 12/30/2011 | RC_FGIC9019_00000286 - RC_FGIC9019_00000327 | Complaint, FGIC v. Residential Funding Co. et al, No. 11-cv-09737 (SDNY Dec. 30, 2011) [removed from NY Sup Ct No. 653304-2011] | X | 193:9-22 |
| 10 | 01/13/2012 | RC_FGIC9019_00001465 - RC_FGIC9019_00001537 | Complaint, FGIC v, Ally Fin. Inc., et al, No. 12-cv-00339 (SDNY Jan. 13, 2012) [removed from NY Sup Ct. 653622-2011] | X | 193:9-22 |
| 11 | 01/13/2012 | RC_FGIC9019_00001617 - RC_FGIC9019_00001695 | Complaint, FGIC v, Ally Fin. Inc., et al, No. 12-cv-00340 (SDNY Jan. 13, 2012) [removed from NY Sup Ct. 653621-2011] | X | 193:9-22 |

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 12 | 01/13/2012 | RC_FGIC9019_00000107 - RC_FGIC9019_00000185 | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-00338 (SDNY Jan. 13, 2012) [removed from NY Sup Ct. 653623-2011] | X | 193:9-22 |
| 13 | 01/13/2012 | RC_FGIC9019_00001756 - RC_FGIC9019_00001822 | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-00341 (SDNY Jan. 13, 2012) [removed from NY Sup. Ct. 653493-2011] | X | 193:9-22 |
| 14 | 01/31/2012 | RC_FGIC9019_00000634 - RC_FGIC9019_00000697 | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-CIV-0780 (SDNY Jan. 31, 2012) | X | 193:9-22 |
| 15 | 03/05/2012 | RC_FGIC9019_00000401 - RC_FGIC9019_00000494 | Complaint, FGIC v, Ally Fin. Inc., et al, No. 12-cv-01601 (SDNY Mar. 5, 2012) | X | 193:9-22 |
| 16 | 03/06/2012 | RC_FGIC9019_00000009 - RC_FGIC9019_00000106 | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-01658 (SDNY Mar. 6, 2012) | X | 193:9-22 |
| 17 | 03/12/2012 | RC_FGIC9019_00000495 - RC_FGIC9019_00000598 | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-01818 (SDNY Mar. 12, 2012) | X | 193:9-22 |
| 18 | 03/13/2012 | RC_FGIC9019_00001876 - RC_FGIC9019_00001973 | Complaint, FGIC v. Ally Fin. Inc., et al, No. 12-cv-01860 (SDNY Mar. 13, 2012) | X | 193:9-22 |
| 19 | 03/30/2012 | RC_FGIC9019_00000704 - RC_FGIC9019_00000803 | Amended Complaint, FGIC v. Ally Fin. Inc., et al, 11-cv-09729 (SDNY Mar. 30, 2012) | X | 193:9-22 |
| 20 | 03/12/2007 | RC_FGIC9019_00005199 - RC_FGIC9019_00005218 | RASC 2007-EMX1 Assignment and Assumption Agreement | | |
| 21 | 02/01/2007 | RC_FGIC9019_00005252 - RC_FGIC9019_00005406; RC_FGIC9019_00005721 - RC_FGIC9019_00005815 | RASC 2007-EMX1 Pooling and Servicing Agreement | | |
| 22 | 03/08/2007 | RC_FGIC9019_00005407 - RC_FGIC9019_00005720 | RASC 2007-EMX1 Prospectus Supplement and Prospectus | | |
| 23 | 02/24/2006 | RC_FGIC9019_00004186 - RC_FGIC9019_00004219 | RFMSII 2006-HSA2 Home Equity Loan Purchase Agreement | | |

2

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 24 | 02/22/2006 | RC_FGIC9019_00003625 - RC_FGIC9019_00003926 | RFMSII 2006-HSA2 Prospectus Supplement and Prospectus | | |
| 25 | 06/28/2007 | RC_FGIC9019_00003515 - RC_FGIC9019_00003551 | GMACM 2007-HE2 Mortgage Loan Purchase Agreement | | |
| 26 | 03/29/2005 | RC_FGIC9019_00009451 - RC_FGIC9019_00009489 | GMACM 2005-HE1 Mortgage Loan Purchase Agreement | | |
| 27 | 03/29/2005 | RC_FGIC9019_00009586 - RC_FGIC9019_00009658; RC_FGIC9019_00029797 - RC_FGIC9019_00029827 | GMACM 2005-HE1 Indenture | | |
| 28 | 01/01/2006 | RC_FGIC9019_00002224 - RC_FGIC9019_00002353 | RFMSII 2006-HSA1 Pooling and Servicing Agreement | | |
| 29 | 03/29/2056 | RC_FGIC9019_00009531 - RC_FGIC9019_00009585; RC_FGIC9019_00009659 - RC_FGIC9019_00009670 | GMACM 2005-HE1 Servicing Agreement | | |
| 30 | 02/11/2013 ; 03/01/2013 | N/A | Engagement Letter for Lewis Kruger as amended [Docket No. 2887-5 & 3074-1] | **X** | 90:5-25 |
| 31 | 03/05/2013 | N/A | Order Granting Debtors' Motion Pursuant to Sections105(a) and 363(b) of the Bankruptcy Code for an Order Authorizing the Debtors to Appoint Lewis Kruger as Chief Restructuring Officer [Docket No. 3103] | **X** | 90:5-25 |
| 32 | 05/23/2013 | RC_FGIC9019_00033899- RC_FGIC9019_00034122 | Email to ResCap LLC Board attaching Rescap Supplemental Term Sheet May 23 2013.pdf; 3814 - Global PSA Motion - MERGED.pdf;  FGIC ResCap Settlement Agreement (Execution Version) FINAL.pdf | **X** | 90:5-25 |
| 33 | 05/29/2013 | N/A | Affirmation of Gary T. Holtzer, Case No. 401265-2012 (Sup. Ct., N.Y. Cnty.) [Docket No. 3929-10] | | |
| 34 | 06/07/2013 | N/A | D'Vari Schedule 1 [Docket No. 3929-5] | **X** | 196:3-12 |

ny-1105856

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|:---:|---|
| 35 | 06/07/2013 | N/A | D'Vari Schedule 2 [Docket No. 3929-5] | **X** | 196:3-12 |
| 36 | 06/07/2013 | N/A | D'Vari Schedule 3 [Docket No. 3929-5] | **X** | 196:3-12 |
| 37 | 06/07/2013 | N/A | D'Vari Schedule 4 [Docket No. 3929-5] | **X** | 196:3-12 |
| 38 | 06/07/2013 | N/A | D'Vari Schedule 5 [Docket No. 3929-5] | **X** | 196:3-12 |
| 39 | 06/07/2013 | N/A | D'Vari Schedule 6 [Docket No. 3929-5] | **X** | 196:3-12 |
| 40 | 06/07/2013 | N/A | D'Vari Schedule 7 [Docket No. 3929-5] | **X** | 196:3-12 |
| 41 | 06/07/2013 | N/A | D'Vari Schedule 8 [Docket No. 3929-5] | **X** | 196:3-12 |
| 42 | 06/07/2013 | N/A | D'Vari Schedule 9 [Docket No. 3929-5] | **X** | 196:3-12 |
| 43 | 07/31/2012 | N/A | Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (i) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (ii) the RMBS Trustees' Limited Objection to the Sale Motion [Docket No. 945] | **X** | 88:9-88:23, 90:5-25 |
| 44 | 06/10/2013 | CQS000001676-CQS000001679 | Email chain between David Williams and David Lawrence | | |
| 45 | 06/10/2013 | CQS000001700-CQS000001702 | Email chain between David Williams and David Lawrence | | |
| 46 | 06/10/2013 | CQS000001709-CQS000001710 | Email chain between David Williams and David Lawrence | | |
| 47 | 06/10/2013 | CQS000001711-CQS000001712 | Email chain between David Williams and David Lawrence | | |
| 48 | 06/10/2013 | CQS000001670-CQS000001671 | Email chain between David Williams and David Lawrence | | |
| 49 | 06/10/2013 | CQS000000605-CQS000000703 | Email chain between David Williams and David Lawrence | | |
| 50 | 06/11/2013 | CQS000000704-CQS000000708 | Email chain between David Williams and Evan Lederman | | |
| 51 | 06/11/2013 | CQS000001201-CQS000001669 | Email chain between David Williams and Patrick Dennis | | |

ny-1105856

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 52 | 05/24/2013 | CQS000000061 | Email chain among David Williams, Aaron Malik, Bill Murray and Justin Ryan | | |
| 53 | 12/26/2012 | N/A | Order Appointing Mediator [Docket No. 2519] | X | 255:20-256:12 |
| 54 | 05/25/2012 | N/A | Declaration of Jeffrey A. Lipps [Docket No. 320-9] | X | 90:5-25 |
| 55 | 09/28/2012 | N/A | Supplemental Declaration of Jeffrey A. Lipps [Docket No. 1887-4] | X | 90:5-25 |
| 56 | 01/15/2013 | N/A | Reply Declaration of Jeffrey A. Lipps [Docket No. 2805] | X | 90:5-25 |
| 57 | 09/21/2012 | N/A | Third Amended and Restated RMBS Trust Settlement Agreement, by and between Residential Capital, LLC and its direct and indirect subsidiaries and the Institutional Investors [Docket No. 1887-2] | X | 88:24-89:9, 89:23-90:25, 132:20-133:9 |
| 58 | 09/20/2012 | N/A | Third Amended and Restated RMBS Trust Settlement Agreement, by and between Residential Capital, LLC and its direct and indirect subsidiaries and the Institutional Investors [Docket No. 1887-3] | X | 88:24-89:9, 89:23-90:25, 132:20-133:9 |
| 59 | 06/11/2013 | N/A | Declaration of Ron D'Vari in Support of Debtors' Application for an Order Under Bankruptcy Code Sections 327(a) and 328(a) Authorizing the Employment and Retention of Newoak Capital Advisors LLC as Consultant *Nunc Pro Tunc* To May 24, 2013 [Docket No. 3953-2] | X | 196:3-12 |
| 101 | 7/31/2013 | | Declaration of Robert H. Major | X | 257:12-258:3 |
| 102 | 7/31/2013 | | Declaration of Mamta K. Scott | X | 170:1-5 |
| 103 | 7/31/2013 | | Declaration of Mary L. Sohlberg | X | 134:23-135:3 |
| 104 | 7/31/2013 | | Declaration of S.P. Kothari, Ph.D. with Exhibits | X | 198:10-15 |
| 105 | 7/19/2013 | | Expert Report of S.P. Kothari, Ph.D. | | |
| 106 | | | Exhibit 1 to Expert Report of S.P. Kothari, Ph.D. - Curriculum Vitae of S.P. Kothari | | |

ny-1105856

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 107 | | | Exhibit 2 to Expert Report of S.P. Kothari, Ph.D. - Documents and Sources Considered | | |
| 108 | | | Exhibit 3 to Expert Report of S.P. Kothari, Ph.D. - Ibbotson Cost of Capital Yearbook (2013 ed.), SIC 635 | | |
| 109 | 7/31/2013 | | Declaration of Allen Pfeiffer with Exhibits | **X** | 259:1-6 |
| 110 | 7/19/2013 | | Expert Report of Allen Pfeiffer | | |
| 111 | | | Attachment I to Expert Report of Allen Pfeiffer - Curriculum Vitae of Allen M. Pfeiffer | | |
| 112 | | | Attachment II to Expert Report of Allen Pfeiffer - Documents and Sources Considered | | |
| 113 | | | Attachment III to Expert Report of Allen Pfeiffer - FGIC Commutation Proposal Discussion Materials: Dated May 15, 2013 | | |
| 114 | 12/1/2005 | RC_FGIC9019_00031378-RC_FGIC9019_00031527 | RAMP 2005-EFC7 Pooling and Servicing Agreement | **X** | 170:1-8 |
| 115 | 3/29/2005 | RC_FGIC9019_00009586-RC_FGIC9019_00009658 | GMACM 2005-HE1 Indenture | **X** | 134:15-21 |
| 116 | 6/29/2006 | RC_FGIC9019_00002753-RC_FGIC9019_00002831 | GMACM 2006-HE2 Indenture | **X** | 257:12-258:3 |
| 117 | 3/30/2007 | RC_FGIC9019_00009274-RC_FGIC9019_00009374 | RFMSII 2007-HI1 Indenture | **X** | 170:1-8 |
| 118 | 7/1/2004 | RC_FGIC9019_00018121-RC_FGIC9019_00018269 | RASC 2004-KS7 Pooling and Servicing Agreement | **X** | 257:12-258:3 |
| 119 | 5/8/2013 | BNYM-MS 0000079 - BNYM-MS 0000088 | Email from Glenn Siegel to Robert H. Major regarding "FW: ResCap/FGIC Proposal (D&P Summary)" | **X** | 257:12-258:3 |
| 120 | 5/8/2013 | USB-MS 00068 - USB-MS 00078 | Email from Arlene Alves to Mamta Scott, Laura Moran, James Byrnes, Mark Kotwick and Andrew Silberstein regarding "FW: ResCap/FGIC Proposal (D&P Summary) (Confidential)" | **X** | 170:1-8 |

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 121 |  | WFB-MS000001 - WFB-MS000008 | Draft ResCap/FGIC Proposal with handwritten Notes | X | 134:15-21 |
| 122 | 5/10/2013 | WFB-MS000009 - WFB-MS000018 | Email from Michael Johnson to Mary Sohlberg and Kit Weitnauer regarding "FW: ResCap/FGIC Proposal (D&P Summary)" | X | 134:15-21 |
| 123 | 5/15/2013 | TR-MS000001- TR-MS000009 | FGIC Commutation Proposal Discussion Materials Prepared by Duff & Phelps | X | 134:15-21 |
| 124 |  |  | CD Containing Relevant Transaction Documents |  |  |
| 125 | 12/12/2012 |  | Affidavit of Michael W. Miller in Further Support of Approval of the First Amended Plan of Rehabilitation in the Matter of Rehabilitation of Financial Guaranty Insurance Company | X | 350:16-21 |
| 126 | 12/26/2012 | ECF No. 2519 | Order Appointing Mediator |  |  |
| 127 | 5/23/2013 | ECF No. 3814 | Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors Committee and Certain Consenting Claimants  (with Exhibits) |  |  |
| 128 | 5/24/2013 |  | Time Sensitive Notice Regarding (A) Plan Support Agreement Among the ResCap Debtors and the RMBS Trustees, Among Others, and (B) Settlement Agreement Among the Debtors, Financial Guaranty Insurance Company and Certain of the RMBS Trustees, with schedules | X | 134:15-21 |
| 129 | 6/4/2013 |  | Time Sensitive Notice Regarding Settlement Agreement Among ResCap Debtors, Financial Guaranty Insurance Company and the FGIC Trustees | X | 134:15-21 |

7

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 130 | 6/7/2013 | ECF No. 3929 | Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors | | |
| 131 | 6/10/2013 | ECF No. 3940 | Joinder of Certain RMBS Trustees to the Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants (with Exhibits) | | |
| 132 | 6/11/2013 | | Interim Order regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 133 | 6/14/2013 | ECF No. 3982 | Joinder of FGIC Trustees to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors | | |
| 134 | 6/15/2013 | | Affidavit of Service of Robert H. Major regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 135 | 6/15/2013 | | Affidavit of Service of Tanveer Ashraf regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 135 (a) | 6/15/2013 | | Affidavit of Service of Vicky Lynn Burdick regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 136 | 6/15/2013 | | Affidavit of Service of David M. Stoltz regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 136 (a) | 6/15/2013 | | Affidavit of Service of Denise A. Roy regarding notice of Motion Sequence 16, Index No. 401265/2012 | | |
| 137 | 6/19/2013 | ECF No. 4023 | Reservation of Rights with Respect to Debtors' Motion for an Order Under Sections 105(A) and 363(B). | | |

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 138 | 6/26/2013 | ECF No. 4098 | Order Granting PSA Motion | | |
| 139 | 7/16/2013 | | Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited to the Rehabilitator's Motion for Order Pursuant to Section 7428 of New York Insurance Law Approving (i) that Certain Settlement Agreement Among the Debtors, FGIC, the Trustees and Certain Institutional Investors, Dated May 23, 2013, and (ii) that Certain Plan Support Agreement Among the Debtors, Ally Financial Inc., the Creditors' Committee, FGIC and the Other Consenting Claimants, Dated May 13, 2013 | | |
| 140 | 7/16/2013 | | Objection of Federal Home Loan Mortgage Corporation to the Commutation of Certain FGIC Policies and Certain Findings of Fact Sought by the Rehabilitator of Financial Guaranty Insurance Company Set Forth in Affirmation Dated May 29, 2013 | | |
| 141 | 7/16/2013 | | Limited Objection of FYI Ltd., FFI Fund Ltd. And Olifant Fund, Ltd. To the Rehabilitator's Motion to (a) Approve Settlement Agreement and (b) Approve Plan Support Agreement and Request for Related Relief | | |
| 142 | 7/30/2013 | | Omnibus Reply Memorandum of Law of Certain ResCap Trustees (i) In Support of the Rehabilitator's Motion for Approval of (a) That Certain Settlement Agreement Among Residential Capital, LLC, FGIC, the ResCap Trustees and the Institutional Investors, dated May 23, 2013 and (b) that Certain Plan Support Agreement Among Residential Capital, LLC, Ally Financial, Inc., the ResCap Creditors' Committee, FGIC and the Other Consenting Claimants Thereto, Dated May 13, 2012 and (ii) In Response to Certain Objections to the Rehabilitator's Motion | | |

9

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 143 | 9/28/2012 | STONEHILL000002393 - STONEHILL000002395 | Email from Michael Thoyer to Adam Sklar regarding "RE: TMTS -ABOUT TO TRADE AWAY!" | | |
| 144 | 10/2/2012 | STONEHILL000002378 - STONEHILL000002382 | Email from Michael Thoyer to Adam Sklar regarding "RE: quick Favor" | | |
| 145 | 2/12/2013 | MONARCH0000635 - MONARCH0000641 | Email from Anthony Princi to Marc Abrams, Lorenzo Marinuzzi, Mary Eaton, James Newton, Jennifer Hardy, Adam Sklar and Michael Kelly regarding "RE: ResCap" | | |
| 146 | 4/27/2013 | RC_FGIC9019_00034721- RC_FGIC9019_00034724 | Email from Lorenzo Marinuzzi to Marc Abrams regarding "RE: ResCap -- Confidentiality Agreement" | | |
| 147 | 4/27/2013 | RC_FGIC9019_00034715- RC_FGIC9019_00034720 | Email from Marc Abrams to Lorenzo Marinuzzi regarding "RE: ResCap - Confidentiality Agreement" | | |
| 148 | 5/2/2013 | MONARCH0000001 - MONARCH0000011 | Letter from Lorenzo Marinuzzi to Marc Abrams regarding "In re Residential Capital, LLC, Case No. 12-12020 (MG): Confidentiality Agreement | | |
| 149 | 5/13/2013 | | Email from Keith H. Wofford to Marc Abrams, Kathy Patrick, D. Ross Martin, Andrew G. Devore regarding "FW: ResCap -- Agreed Upon Allocation | | |
| 150 | 5/13/2013 | | Email from Keith H. Wofford to Marc Abrams and D. Ross Martin regarding "FW: Urgent - MNPI -DO NOT FORWARD TO UNRESTRICTED PERSONNEL" | | |
| 151 | 5/13/2013 | MONARCH000000622 - MONARCH000000624 | Email from Keith H. Wofford to Marc Abrams, Kathy Patrick, Mary Eaton and Jennifer Hardy regarding "Re: (BN) Ally Has Reached Creditor Deal, ResCap Examiner Lawyer Says (3)" | | |
| 152 | 5/17/2013 | | Email from D. Ross Martin to Marc Abrams and Keith H. Wofford regarding "Fwd: ResCap -- Plan Support Agreement and Plan Term Sheet" | | |

10

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 153 | 5/19/2013 | MONARCH000000644 - MONARCH000000645 | Email from Marc Abrams to Keith H. Wofford, Kathy Patrick, Mary Eaton, D. Ross Martin and Jennifer Hardy regarding "RE: ResCap" | | |
| 154 | 5/24/2013 | CQS000000048 | Email from Justin Ryan to David William, Bill Murray and Aaron Malik regarding "For ResCap call @10am" | | |
| 155 | 6/4/2013 | CQS00000095 | Email from David Williams to Justin Ryan regarding "RE:" | | |
| 156 | 6/6/2013 | BAYVIEW000001145 | Email from Matthew Miller to Mary Kelly and Birgit Shelton | | |
| 157 | 6/10/2013 | CQS000001713- CQS000001714 | Email from Justin Ryan to Bill Murray regarding "Bullet points" | | |
| 158 | 6/10/2013 | CQS000000104 - CQS000000572 | Email from Justin Ryan to David Williams attaching "ResCap--FGIC_Settlement_Motion[1].pdf" | | |
| 159 | 6/10/2013 | CQS000000717 - CQS000000718 | Email from David B. Lawrence to David Williams regarding "Re: tried sending you a large file on cqs email" | | |
| 160 | 6/11/2013 | CQS000000093 | Email from David Williams to Justin Ryan regarding "Re: GMACM 2006-HE1 A" | | |
| 161 | 6/11/2013 | | Letter from Marc Abrams to Martin Bunin, John C. Weitnauer, William Munno and Glenn Siegel regarding "In re Residential Capital, LLC, Case No. 12-12020 (MG) - FGIC Settlement Agreement" | | |
| 162 | 6/11/2013 | QS000000098 | Email from David Williams to Justin Ryan regarding "RE: Talcott" | | |
| 163 | 6/12/2013 | BAYVIEW000000095 - BAYVIEW000000199 | Email from Lily Wang to David Ertel, Austin McQuillen, Daniela Li, Matthew Miller, Philip Qing Gao and Submit Chabra regarding "all FGIC wrapped ResCap exposure by fund as may end" with attachment | | |

11

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 164 | 6/13/2013 | BAYVIEW000001178 - BAYVIEW000001188 | Email from Chandrajit Bhattacharya to Lily Wang and Garrett Smith regarding "RE:on the FGIC/ResCap proposed commutation" with attachment | | |
| 165 | 7/3/2013 | | CQS Privilege Log | | |
| 166 | | | Johnson - Real Time Dow Jones – "ResCap Wants Mediator to Break Logjam in Creditor Negotiations" | | |
| 167 | | Monarch000002329 | Monarch Worksheet | | |
| 168 | | Monarch000002311 - Monarch000002324 | FGIC Plan of Rehabilitation Summary and Claims Valuation Update | | |
| 169 | | STONEHILL000000238 - STONEHILL000000294 | Stonehill Model | | |
| 170 | | | FGIC Quarterly Operating Review - First Quarter 2013 | **X** | 257:12-258:3 |
| 171 | | | CQS Form ADV | | |
| 172 | | ECF. No. 318 | Debtors' Motion for Entry of an Order Under Bankruptcy Code 365 and Bankruptcy Rule 6006 Authorizing the Debtors to Assume Plan Support Agreements with Steering Committee Consenting Claimants | | |
| 173 | | ECF No. 319 | Debtors' Motion for Entry of an Order Under Bankruptcy Code 365 and Bankruptcy Rule 6006 Authorizing the Debtors to Assume Plan Support Agreements with Talcott Franklin Consenting Claimants | | |
| 174 | 8/15/2013 | | Financial Guaranty Insurance Company Quarterly Operating Review Second Quarter 2013 | **X** | 299:12-15 |
| 200 | | | Financial Guaranty Insurance Company Quarterly Operating Review First Quarter 2013 | | |

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 201 | 7/22/2013 | | Article from Blog Talk Radio website. "Gibson@Mt. View IPS-RMBS, CMBS, Whole Loan Pricing & Outlook". | | |
| 202 | | | June 2013 IPS Collateral Commentary Article | | |
| 203 | 7/16/2013 | | Website Print out of Press Releases from www.kccllc.net/rescap | | |
| 204 | 5/14/2012 | | Notice of Appearance and Demand for Service of Papers by McKool Smith P.C. and Freddie Mac on Behalf of Freddie Mac (Docket No. 0008) | X | 312:5-18 |
| 205 | 9/27/2012 | | Gary T. Holtzer Affirmation | X | 333:14-333:24, 335:18-25 |
| 206 | 7/16/2013 | | Website Print out from www.fgicrehabilitation.com | X | 318:3-15 |
| 207 | 12/7/2012 | | Article re: ResCap Wants Mediator to Break Logjam in Creditor Negotiations | | |
| 208 | 12/26/2012 | | Order Appointing Mediator | X | 333:14-333:24, 335:18-25 |
| 209 | 12/6/2012 | | Notice of Entry Approving Settlement, Commutation and Release Agreement | X | 333:14-333:24, 335:18-25 |
| 210 | 2/6/2013 | | Stipulation and Order Relating to the Assumption and Assignment of Certain Agreements of Freddie Mac Pursuant to Section 365 of the Bankruptcy Code and Related Relief | | |
| 211 | 5/8/2013 | | Notice of Examiner's Intention to File Report on May 10, 2013 | | |
| 212 | 5/29/2013 | | Affirmation of Gary T. Holtzer | X | 333:14-333:24, 335:18-25 |

ny-1105856

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 213 | 5/30/2013 | | Order to Show Cause | | |
| 214 | 6/7/2013 | CQS000000105 – 106 | Notice of Hearing of Debtors' Motion Pursuant to 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors | | |
| 215 | 6/19/2013 | | Joinder of Federal Home Loan Mortgage Corporation to Monarch and Stonehill Capital Management LLC's Reservation of Rights With Respect to Debtors' Motion For an Order Under Bankruptcy Code Sections 105(A) and 363 (B) Authorizing The Debtors to Enter Into And Perform Under A Plan Support Agreement With Ally Financial Inc., The Creditors' Committee, and Certain Consenting Claimants | | |
| 216 | 6/16/2013 | | Objection of Federal Home Loan Mortgage Corporation to the Commutation of Certain FGIC Policies and Certain Findings of Fact Sought by Rehabilitator of FGIC Set Forth in Affirmation Dated May 29, 2013 | **X** | 333:14-333:24, 335:2-25 |
| 217 | 7/24/2013 | | Print out from the website www.protiviti.com-Banking | | |
| 218 | 7/24/2013 | | Print out from the website www.protiviti.com-Financial Services | | |
| 219 | 7/24/2013 | | Print out from the website www.protiviti.com-Real Estate | | |
| 220 | | | Executive Perspectives on Top Risks for 2013- Protiviti | | |
| 221 | | | 2012 and Beyond The New Era in U.S. Banking- Protiviti | | |

14

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 222 | 9/27/2009 | | Article re Protiviti Introduces Advisory Board to Help Clients Navigate Changing Economic and Regulatory Environment | | |
| 223 | 3/2/2009 | | Article re Protiviti Financial Crisis FAQ Series | | |
| 224 | 12/3/2009 | | Global Financial Crisis Bulletin | | |
| 225 | 10/8/2008 | | Article re: Global Financial Crisis Creates Unprecedented Need for Enhanced Risk Management; Protiviti Launches Cross-Disciplinary Consulting Team to Assist Affected Companies | | |
| 226 | 7/4/2013 | | Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors (Docket No. 4157) | **X** | 255:20-256:12 |
| 227 | 10/5/2012 | | Verified Statement of Gibbs and Bruns LLP Pursuant to Federal Bankruptcy Rule 2019 filing (Docket No. 1741) | **X** | 255:20-256:12 |
| 228 | 10/19/2012 | | Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements (Docket No. 1887) | | |
| 229 | 6/7/2013 | | Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors (Docket No. 3929) | | |
| 230 | 12/26/2012 | | Mediation Order (Docket No. 2519) | | |

ny-1105856

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 231 | 2/21/2013 | | Objection of Ad Hoc Group of Junior Secured Noteholders to Debtors' Motion for the Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (Docket No. 2997) | | |
| 232 | 7/30/2013 | | Affidavit of John S. Dubel, *In re Rehabilitation of FGIC*, Case No. 401265/2012 (N.Y. Supreme Court) | | |
| 233 | 7/30/2013 | | Omnibus Reply Memorandum of Law In Further Support of Approval of The Settlement Agreement, *In re Rehabilitation of FGIC*, Case No. 401265/2012 (N.Y. Supreme Court) | | |
| 234 | 7/30/2013 | | Affirmation of Richard W. Slack in Support of the Rehabilitator's Omnibus Reply, *In re Rehabilitation of FGIC*, Case No. 401265/2012 (N.Y. Supreme Court) | | |
| 235 | 7/17/2013 | | July 17, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 236 | 12/18/2012 | | December 18, 2012 New York Supreme Court Hearing Transcript | | |
| 237 | 1/15/2013 | | January 15, 2013 New York Supreme Court Hearing Transcript | | |
| 238 | 6/11/2013 | | Order of Approval of Financial Guaranty Insurance Company Plan of Rehabilitation, *In re Rehabilitation of FGIC*, Case No. 401265/2012 (N.Y. Supreme Court) | | |
| 239 | 12/7/2012 | | ResCap Wants Mediator to Break Logjam in Creditor Negotiations, *Automated Trader* | | |
| 240 | 12/20/2012 | | ResCap Judge Approves Mediator for Ally Settlement Talks, *Bloomberg* | | |
| 241 | 12/31/2012 | | ResCap Chapter 11: Enter the Mediator, *ValueWalk* | | |

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 242 | 1/11/2013 | | ResCap Creditor Hope, *New York Post* | | |
| 243 | 2/19/2013 | | ResCap Creditors Press Ally for Larger Pact, *Wall Street Journal* | | |
| 244 | 4/26/2013 | | ResCap Reorg Could Leave John Paulson Out In The Cold, *New York Post* | | |
| 245 | 5/7/2013 | | ResCap Wins More Time to File Exclusive Reorganization Plan, *American Banker* | | |
| 246 | 5/10/2013 | | Brief—ResCap Examiner Delays Report to May 13, Amid Progress in Mediation, *Reuters* | | |
| 247 | 5/10/2013 | | Update 1—ResCap Creditors, Ally Nearing Deal on Billions in Claims, *Reuters* | | |
| 248 | 5/10/2013 | | ResCap Creditors, Ally Nearing Deal on Billions in Claims, *Yahoo News—Reuters* | | |
| 249 | 5/13/2013 | | ResCap Examiner Probe of Ally May Alter Creditor Talks, *Bloomberg* | | |
| 250 | 12/2012-5/2013 | | Compilation of Various *Debtwire* Articles | | |
| 251 | 6/30/2013 | | Top Fifty Public Finance Ratings | | |
| 252 | 12/6/2012 | | Notice Of Debtors' Motion For Appointment Of A Mediator (Docket No. 2357) | | |
| 253 | 12/13/2012 | | Limited Objection Of The Steering Committee Group Of RMBS Holders To Debtors' Motions (I) To Further Extend Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof, And (II) For Appointment Of A Mediator (Docket No. 2400) | | |

17

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---------|------|------------------------|-------------|----------|--------------|
| 254 | 12/13/2012 | | Response Of AIG Asset Management (U.S.), LLC, The Allstate Entities, Massachusetts Mutual Life Insurance Company, And The Prudential Entities To Debtors' Motion For Appointment Of A Mediator (Docket No. 2403) | | |
| 255 | 12/13/2012 | | Omnibus Response Of Ad Hoc Group Of Junior Secured Noteholders To Debtors' Motion For The Entry Of An Order Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof And Debtors' Motion For The Appointment (Docket No. 2406) | | |
| 256 | 12/13/2012 | | Statement Of Wilmington Trust, National Association In Respect Of The Debtors' Motions For Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof And For Appointment Of A Mediator (Docket No. 2408) | | |
| 257 | 12/14/2012 | | Statement And Reservation Of Rights Of The Official Committee Of Unsecured Creditors With Respect To Debtors' Motion For Appointment Of A Mediator And Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 2418) | | |
| 258 | 12/17/2012 | | Joinder Of National Credit Union Administration Board To The Response Of AIG Asset Management (U.S.), LLC, The Allstate Entities, Massachusetts Mutual Life Insurance Company, And The Prudential Entities To Debtors' Motion For Appointment Of Mediator (Docket No. 2439) | | |
| 259 | 12/18/2012 | | Reply Of Ally Financial Inc. And Ally Bank In Support Of Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof And Debtors' Motion For Appointment Of A Mediator (Docket No. 2441) | | |

18

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---------|------|----------------------|-------------|----------|--------------|
| 260 | 12/18/2012 | | Debtors' Omnibus Reply To Responses To (I) Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof And (II) Debtors' Motion For Appointment Of A Mediator (Docket No. 2447) | | |
| 261 | 12/18/2012 | | RMBS Trustees' Statement In Support Of Appointment Of A Mediator (Docket No. 2465) | | |
| 262 | 12/26/2012 | | Order Appointing Mediator (Docket No. 2519) | | |
| 263 | 12/20/2012 | | Hearing Transcript - December 20, 2012 - Motion to Appoint Mediator (Docket No. 2523) | | |
| 264 | 3/5/2013 | | Order Extending Appointment Of Hon. James M. Peck As Mediator (Docket No. 3101) | | |
| 265 | 12/6/2012 | | Notice Of Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 2355) | | |
| 266 | 12/18/2012 | | Notice Of Proposed Fourth Revised Joint Omnibus Scheduling Order And Provisions For Other Relief Regarding Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval Of RMBS Trust Settlement Agreements (Docket No. 2459) | | |
| 267 | 12/27/2012 | | Fourth Revised Joint Omnibus Scheduling Order And Provisions For Other Relief Regarding Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval Of RMBS Trust Settlement Agreements (Docket No. 2528) | | |
| 268 | 2/11/2013 | | Notice Of Debtors' Motion Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code For An Order Authorizing The Debtors To Appoint Lewis Kruger As Chief Restructuring Officer (Docket No. 2887) | | |

19

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 269 | 2/14/2013 | | Notice Of Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 2918) | | |
| 270 | 2/21/2013 | | Objection Of Ad Hoc Group Of Junior Secured Noteholders To Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 2997) | | |
| 271 | 2/26/2013 | | Response Of The Official Committee Of Unsecured Creditors To Debtors' Motions For (I) Appointment Of A Chief Restructuring Officer And (II) Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 3042) | | |
| 272 | 2/26/2013 | | Statement Of Wilmington Trust, National Association In Respect Of The Debtors' Motions For Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof And For Appointment Of Lewis Kruger As Chief Restructuring Officer (Docket No. 3043) | | |
| 273 | 3/1/2013 | | Debtors' Omnibus Reply To Responses To (I) Debtors' Motion Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code For An Order Authorizing The Debtors To Appoint Lewis Kruger As Chief Restructuring Officer And (II) Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 3074) | | |

20

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 274 | 3/4/2013 | | Statement Of Ally Financial Inc. And Ally Bank Regarding The Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof And The Debtors' Motion For Appointment Of A Chief Restructuring Officer (Docket No. 3086) | | |
| 275 | 3/1/2013 | | Transcript of Hearing Held on March 1, 2013 re: Status Conference re RMBS 9019 Motion (Docket No. 3119) | | |
| 276 | 2/28/2013 | | Transcript of Hearing Held on February 28, 2013 re: Plan Status Update (Docket No. 3120) | | |
| 277 | 3/5/2013 | | Transcript of Hearing Held on March 5, 2013 re: Appointment of CRO (Docket No. 3243) | | |
| 278 | 4/2/2013 | | Response Of The Official Committee Of Unsecured Creditors To The Motion By Ally Financial Inc. And Ally Bank For An Order Enforcing The Automatic Stay Pursuant To 11 U.S.C. § 362(A)(3) By (1) Enjoining Prosecution Of Alter Ego And Veil Piercing Claims In The Class Action Entitled Landon Rothstein, Et Al. V. GMAC Mortgage, LLC, Et Al., And (2) Declaring Such Claims Void Ab Initio (Docket No. 3345) | | |
| 279 | 4/19/2013 | | Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 3485) | | |
| 280 | 4/19/2013 | | Declaration Of Lewis Kruger In Support Of Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 3486) | | |

21

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---------|------|----------------------|-------------|----------|--------------|
| 281 | 4/29/2013 | | Objection Of The Ad Hoc Group Of Junior Secured Noteholders To Debtors' Motion For The Entry Of An Order Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 3553) | | |
| 282 | 4/30/2013 | | Omnibus Objection Of The Ad Hoc Group Of Junior Secured Noteholders To (I) The Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Authorizing The Committee To Prosecute And Settle Certain Claims On Behalf Of The Debtors' Estates And (II) The Motion Of Wilmington Trust, National Association, Solely In Its Capacity As Indenture Trustee For The Senior Unsecured Notes Issued By Residential Capital, LLC For An Order Authorizing It To Prosecute Claims And Other Causes Of Action On Behalf Of The Residential Capital, LLC Estate(Docket #3563) | | |
| 283 | 5/1/2013 | | [Wilmington Trust] Response To Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Period To File A Chapter 11 Plan And Solicit Acceptances Thereof(Docket No. 3568) | | |
| 284 | 5/1/2013 | | Statement Of The Official Committee Of Unsecured Creditors With Respect To The Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 3569) | | |
| 285 | 5/6/2013 | | Debtors' Omnibus Reply To Responses To Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 3593) | | |

ny-1105856

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 286 | 5/6/2013 | | Supplemental Declaration Of Lewis Kruger In Support Of Debtors' Motion For The Entry Of An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof (Docket No. 3594) | | |
| 287 | 5/6/2013 | | Omnibus Reply Of The Official Committee Of Unsecured Creditors To Objections To Its Motion For Entry Of An Order Authorizing The Committee To Prosecute And Settle Certain Claims On Behalf Of The Debtors' Estates (Docket No. 3599) | | |
| 288 | 5/6/2013 | | Limited Objection And Response Of The Independent Directors Of Residential Capital, LLC To The Motion Of Wilmington Trust, National Association, For An Order Authorizing It To Prosecute Claims And Other Causes Of Action On Behalf Of The Residential Capital, LLC Estate (Docket No. 3602) | | |
| 289 | 5/6/2013 | | Debtors' Supplemental Statement In Response To The Objections Of (I) Wilmington Trust, National Association, As Indenture Trustee For The Senior Unsecured Notes And (II) The Ad Hoc Group Of Junior Secured Noteholders To The Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Authorizing The Committee To Prosecute And Settle Certain Claims On Behalf Of The Debtors' Estates (Docket No. 3605) | | |
| 290 | 5/7/2013 | | Objection Of The Steering Committee Group Of RMBS Holders To The Motion Of Wilmington Trust, National Association, Solely In Its Capacity As Indenture Trustee For The Senior Unsecured Notes Issued By Residential Capital, LLC, For An Order Authorizing It To Prosecute Claims And Other Causes Of Action On Behalf Of The Residential Capital, LLC Estate (Docket No. 3637) | | |

23

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 291 | 5/10/2013 | | Notice Of The Examiner Concerning Filing Of Report (Docket No. 3677) | | |
| 292 | 5/13/2013 | | Order Granting The Debtors' Application Pursuant To Section 105(a) Of The Bankruptcy Code Seeking Entry Of An Order Temporarily Sealing The Examiner Report (Docket No. 3697) | | |
| 293 | 5/15/2013 | | Supplemental Order Granting The Debtors' Application Pursuant To Section 105(a) Of The Bankruptcy Code Seeking Entry Of An Order Temporarily Sealing The Examiner Report (Docket No. 3739) | | |
| 294 | 5/20/2013 | | Debtors' Reply In Support Of Debtors' Motion In Limine To Strike The Objection And Exclude The Evidence Of The Official Committee Of Unsecured Creditors In Opposition To The RMBS Trust Settlement (Docket No. 3793) | | |
| 295 | 5/14/2012 | | Notice of Appearance and Demand for Service of Papers by Kasowitz, Benson, Torres & Friedman LLP on Behalf of the Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation (Docket No. 0033) | | |
| 296 | 10/17/2012 | | Notice of Appearance and Request for Service of Papers by Marc Abrams on Behalf of Monarch Alternative Capital LP (Docket No. 1851) | | |
| 297 | 6/27/2013 | | Notice of Appearance by David B. Gelfarb on Behalf of the Federal Home Loan Mortgage Corporation ("Freddie Mac") (Docket No. 4108) | | |
| 298 | 7/9/2013 | | Notice of Appearance and Request for Service of Papers by The Law Office of Thomas M. Mullaney on Behalf of CQS ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd. ("CQS") (Docket No. 4185) | | |

24

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 299 | 6/28/2013 | | Verified Statement of Willkie Farr & Gallagher LLP Pursuant To Federal Rule of Bankruptcy Procedure 2019 (representing Monarch Alternative Capital LP, Stonehill Capital Management LLC and Bayview Fund Management LLC, each in its capacity as investment advisor to certain funds, and to CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited) (Docket No. 4116) | | |
| 300 | 5/29/2013 | | May 29, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 301 | 6/17/2013 | | June 17, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 302 | 6/26/2013 | | June 26, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 303 | 7/3/2013 | | July 3, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 304 | 7/10/2013 | | July 10, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 305 | 7/15/2013 | | July 15, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 306 | 7/22/2013 | | July 22, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 307 | 7/25/2013 | | July 25, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 308 | 7/26/2013 | | July 26, 2013 United States Bankruptcy Court Hearing Transcript | | |
| 309 | 7/31/2013 | | Order Denying Motions to Intervene and Conduct Discovery, *In re Rehabilitation of FGIC*, Case No. 401265/2012 (N.Y. Supreme Court) | | |

25

| Ex. No. | Date | Bates Range / ECF No. | Description | Admitted | Admitted at: |
|---|---|---|---|---|---|
| 310 | 8/5/2013 | | Affirmation of Christopher P. Johnson, filed August 5, 2013, In re Rehabilitation of FGIC, Case No. 401265/2012 (N.Y. Supreme Court) | **X** | 315:23-317:2 |
| 311 | 7/31/2013 | | Timeline of FGIC Settlement Discussions During the Mediation Process | **X** | 256:15-24 |
| 312 | 8/15/2013 | | Chart of Mediation References in Media | | |
| 313 | 8/15/2013 | | Chart of Mediation References on Docket | **X** | 301:17-302:5 |
| 314 | | | | | |
| 315 | | | | | |
| 316 | 12/17/2012 | | Quarterly Statement of FGIC 4Q12 | **X** | 459:19-460:1 |
| 317 | 1/18/2013 | | Weil Email | **X** | 457:15-20 |
| 318 | 11/7/2012 | | Weil Email | **X** | 456:11-20 |

26