**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

---

### LIST OF THE OBJECTING PARTIES' EXHIBITS ADMITTED
### AT TRIAL IN OPPOSITION TO THE FGIC 9019 MOTION

Residential Capital, LLC, and each of its debtor affiliates (collectively, the "**Debtors**"), Financial Guaranty Insurance Company ("**FGIC**"), the FGIC Trustees,[1] and the Institutional Investors[2] (collectively, the "**Settlement Parties**"), having met and conferred with the Objecting Parties,[3] hereby submit an exhibit list indicating the Objecting Parties' exhibits that were admitted into evidence at trial in opposition to the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors* [ECF No. 3929] (the "**FGIC 9019 Motion**"):

---

[1] The "FGIC Trustees" include The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., Law Debenture Trust Company of New York, U.S. Bank National Association and Wells Fargo Bank, N.A., each solely in their respective capacities as trustees, indenture trustees or separate trustees for certain FGIC Insured Trusts.

[2] The "Institutional Investors" include certain members of the Steering Committee Consenting Claimants and the Talcott Franklin Consenting Claimants (each as defined in the Plan Support Agreement, approved by the Court on June 26, 2013, ECF No. 4098).

[3] The Objecting Parties are, collectively, Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited, each of which is represented by Willkie Farr & Gallagher, LLP (the "**Willkie Objecting Parties**") and the Federal Home Loan Mortgage Corporation ("**Freddie Mac**" and, together with the Willkie Objecting Parties, the "**Investor Objecting Parties**"), and the Ad Hoc Group of Junior Secured Noteholders (the "**Ad Hoc Group**").

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| A | Letter from K. Patrick to K. Eckstein, dated 1/27/2012 [Dkt. No. 2400-1] | X | 437:10-20 |
| B | Debtors' PSA Motion (and Exhibits), filed 05/23/2013 [Dkt. No. 3814] | | |
| C | Debtors' 9019 Motion (and Exhibits), filed 06/07/2013 [Dkt. No. 3929] | X | 437:10-20 |
| D | Trustees' Joinder Motion (and Exhibits), filed 06/10/2013 [Dkt. No. 3940] | X | 437:10-20 |
| E | First Amended FGIC Plan of Rehabilitation, filed 12/13/2013 in *In the Matter of In the Matter of the Rehabilitation of Financial Guaranty Insurance Company, Index. No. 401265/2012)* | X | 437:6-9 |
| F | Miller Affidavit ISO FGIC Rehab Plan, filed 12/12/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company, Index. No. 401265/2012)* | | |
| G | Holtzer Affirmation, filed 5/29/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company, Index. No. 401265/2012* [see also Dkt. No. 3929-10 (filed w/out exhibits)] | | |
| H | Ex. A: Court Order, filed 5/29/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company, Index. No. 401265/2012* | | |
| I | Ex. B: Settlement Agreement, filed 5/29/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company, Index. No. 401265/2012* [see also Dkt. No. 3929-2] | | |
| J | Ex. C: Plan Support Agreement, filed 5/29/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company, Index. No. 401265/2012* [see also Dkt. No. 3814-4] | X | 437:10-20 |

1

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| K | Debtors' Application for an Order Authorizing the Employment and Retention of NewOak Capital Advisors LLC as Consultant Nunc Pro Tunc to May 24, 2013, filed 6/11/2013 [Dkt. No. 3953] | | |
| L | Ex. 1: Proposed Order [Dkt. No. 3953-1] | | |
| M | Ex. 2: D'Vari Declaration [Dkt. No. 3953-2] | | |
| N | Ex. 3: NewOak Engagement Letter [Dkt. No. 3953-3] | | |
| O | Disclosure Statement for the Joint Chapter 11 Plan Proposed by ResCap, filed 7/4/2013 [Dkt No. 4157] | | |
| P | Draft Duff Report, dated May 2013 (DUFF-MS 00003-10) | X | 437:6-9 |
| Q | Draft Duff Report, dated May 2013 (DUFF-MS 00011-19) | X | 437:6-9 |
| R | Draft Duff Report (w/ handwritten notes), dated May 2013 (WFB-S000001-8) | X | 437:6-9 |
| S | Duff Report, dated May 15, 2013 (TR-MS000001 – 000009) (Major Ex. 5) | | |
| T | 4/1/2013 Email chain between A. Chong, T. Travers, and others attaching Initial Diligence Topics for Lazard (DUFF-MS00001-2) | | |
| U | 7/23/2012 Duff & Phelps Engagement Letter (DUFF-MS- 03830-03841) | X | 437:10-20 |
| V | Order Appointing Mediator, filed 12/26/2012 [Dkt. No. 2519] | | |
| W | Healy Affidavit (Healey Ex. 1) | X | 335:18-20 |
| X | 7/3/2013 Letter from P. Goodman to Judge Ling-Cohan (Healy Ex. 6) | | |
| Y | 7/11/2013 Letter from M. Abrams to M. Bunin and others (Healy Ex. 7) | | |
| Z | Investors' Reservation of Rights with Respect to Debtors' PSA Motion, filed 6/19/2013 [Dkt. No. 4023] | X | 437:10-20 |

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| AA | The Amended Objections of CQS to FGIC Plan of Rehabilitation, filed 1/22/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| AB | Investors' Objection to Rehabilitator's Motion to Approve Settlement Agreement and PSA, filed 7/16/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| AC | Shalhoub Affirmation in Support of Investors' Objection, filed 7/16/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| AD | Notice of Filing of Lewis Kruger's First Monthly Fee Report, filed 3/13/2013 [Dkt No. 3159] (Kruger Ex. 5) | X | 437:10-20 |
| AE | 5/23/2013 Email from J. Shank to L. Kruger and others with attachments (RC_FGIC9019_00033899 – 00034122) (Kruger Ex. 6) | | |
| AF | 5/13/2013 Email from J. Shank to L. Kruger and others with attachment (RC_FGIC9019_00033813 – 00033898) (Kruger Ex. 7) | | |
| AG | 5/13/2013 Email from J. Shank with attachment (RC_FGIC9019_00033760 – 00033812) (Kruger Ex. 8) | | |
| AH | 5/13/2013 Email from J. Shank to L. Kruger and others with attachment (RC_FGIC9019_00034123 – 00034204) (Kruger Ex. 9) | | |
| AI | 5/15/2013 Email from J. Marines on behalf of L. Kruger with attachments (RC_FGIC9019_00034258 – 00034324) (Kruger Ex. 10) | | |
| AJ | FGIC's Proof of Claims against Residential Capital, LLC et al., filed 11/16/2012 in *In re Residential Capital, LLC*, Case No. 12-12020(MG) (Bankr. S.D.N.Y.) (Kruger Ex. 12) | X | 437:10-20 |

3

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| AK | 05/09/2012 Letter from C. Quenneville attaching agenda (RC-9019_00054001 – 00054005) (Kruger Ex. 13] | | |
| AL | 5/08/2013 Email from G. Siegel to R. Major with attachment (BNYM-MS 0000079 – 0000088) (Major Ex. 4] | | |
| AM | 5/23/2013 Email from R. Major to G. Facendola (BNYM-MS 0000153 – 0000154) (Major Ex. 7) | | |
| AN | Disclosure Statement for Plan of Rehabilitation for FGIC, filed 9/27/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 (Major Ex. 8) | | |
| AO | Confidentiality Agreement between The Federal Home Loan Mortgage Corporation and The Bank of New York Mellon, dated January 14, 2013 (Major Ex. 10) | X | 437:6-9 |
| AP | 5/22/2013 Email from R. Major to J. Provenzano (BNYM-MS 0000155 – 0000158) (Major Ex. 11) | | |
| AQ | 7/09/2013 Email from G. Siegel to M. Carney and others (Major Ex. 12) | | |
| AR | Disclosure Statement for Plan of Rehabilitation for FGIC, dated 9/27/2012 (FGIC_9019_00000041) (Dubel Ex. 1) | X | 437:6-9 |
| AS | Plan Approval Order, dated 6/11/2013, filed 6/13/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 (Dubel Ex. 2) | X | 437:10-20 |
| AT | Dubel Affidavit, dated 12/12/12 (DUFF-MS 03100 – 16) (Dubel Ex. 5) | | |
| AU | 6/10/2013 Email chain from D. Williams to J. Dubel (FGIC_9019_00000224 – 26) | | |

4

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| AV | 6/10/2013 Email chain from D. Williams to J. Dubel (FGIC_9019_00000222 – 223) | | |
| AW | Preliminary Analysis of FGIC Payments Not Paid to FGIC and Resulting Reductions of Cash Payments on Certain Permitted Policy Claims (FGIC_9019_00000210 – 220) | | |
| AX | 6/3/2013 Email chain from D. Williams to J. Dubel (CQS000001693 – 95) | | |
| AY | 6/3/2013 Email chain from D. Williams to J. Dubel (CQS000001688 – 90) | | |
| AZ | 6/3/2013 Email chain from D. Williams to J. Dubel (CQS000001685 – 87) | | |
| BA | 5/10/2013 Email chain from M. Johnson to M. Sohlberg and others with attachment (WFB-MS000009 – 18) (Sohlberg Ex. 4) | | |
| BB | Confidentiality Agreement between FGIC and Wells Fargo, dated 4/12/2013 (WFB-MS000054 – 58) (Sohlberg Ex. 7) | X | 437:10-20 |
| BC | Confidentiality Undertaking between Gibbs & Bruns and Wells Fargo, dated 6/25/2013 (WFB-MS000032 – 33) (Sohlberg Ex. 8) | | |
| BD | 5/8/2013 Email chain from A. Alves to M. Scott and others with attachment (USB-MS 00068 – 78) (Scott Ex. 4) | | |
| BE | 7/10/2013 Email chain from M. Scott to D. Gelfarb and others (Scott Ex. 8) | | |
| BF | Intex Desktop Screenshot (Scott Ex. 9) | | |

5

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| BG | Order Authorizing Employment and Retention of Carpenter Lipps & Leland LLP as Special Litigation Counsel to the Debtors, dated 7/25/2013 [Dkt. No. 907] (Lipps Ex. 2) | | |
| BH | Motion *In Limine* to Preclude the Expert Testimony of Jeffrey A. Lipps, dated 5/6/2013 [Dkt. No. 3612] (Lipps Ex. 3) | | |
| BI | Expert Report of S.P. Kothari, Ph.D., dated 7/19/2013 (Kothari Ex. 1) | | |
| BJ | FGIC, *Statutory-Basis Financial Statements*, dated 3/31/2013 (Kothari000986 - 1023) (Kothari Ex. 4) | | |
| BK | Excel Spreadsheet produced as Kothari000921-944 (Kothari Ex. 5) | X | 437:10-20 |
| BL | Excel Spreadsheet produced as NEWOAK000001 (D'Vari Ex. 1) | | |
| BM | Excel Spreadsheet produced as NEWOAK000002 (D'Vari Ex. 2) (produced natively) | | |
| BN | Excel Spreadsheet produced as NEWOAK000003 (D'Vari Ex. 3) (produced natively) | | |
| BO | BNY Objections to FGIC Rehab Plan, filed 11/19/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| BP | BNY Amended Objections to FGIC Rehab Plan, filed 1/22/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| BQ | BNY Notice of Withdrawal of Objections to FGIC Rehab Plan, filed 4/12/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| BR | U.S. Bank Objections to FGIC Rehab Plan, filed 11/19/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| BS | U.S. Bank Amended Objections to FGIC Rehab Plan, filed 1/22/2-13 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| BT | U.S. Bank Withdrawal of Objections to FGIC Rehab Plan, filed 4/12/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| BU | Wells Fargo Objections to FGIC Rehab Plan, filed 11/19/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| BV | Wells Fargo Amended Objections to FGIC Rehab Plan, filed 1/22/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| BW | Wells Fargo Withdrawal of Objections to FGIC Rehab Plan, filed 4/12/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | X | 437:10-20 |
| BX | Expert Report of Allen M. Pfeiffer, dated 7/19/2013 (Pfeiffer Ex. 1) | X | 437:10-20 |
| BY | 4/1/2013 Email chain from A. Chong to T. Travers and others (DUFF-MS 00001 – 2) (Pfeiffer Ex. 2) | | |
| BZ | Chart entitled, "FGIC – ResCap – Trusts Commutation Breakout  - FRE 408.xlsx" (produced in Pfeiffer deposition, no bates number available) (PFEIFFER Ex. 3 ) | X | 437:10-20 |
| CA | *Celebrity Cruises Inc. v. Essef Corp.*, 434 F. Supp. 2d 169 (S.D.N.Y. 2006) (Pfeiffer Ex. 4) | X | 437:10-20 |

7

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| CB | CDS Commutation Agreement 1, Attachment G to Exhibit C to Holtzer Affirmation, filed 11/14/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| CC | CDS Commutation Agreement 2, Attachment H to Exhibit C to Holtzer Affirmation, filed 11/14/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| CD | CDS Commutation Agreement 3, Attachment I to Exhibit C to Holtzer Affirmation, filed 11/14/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| CE | CDS Commutation Agreement 4, Attachment J to Exhibit C to Holtzer Affirmation, filed 11/14/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| CF | CDS Commutation Agreement 5, Attachment K to Exhibit C to Holtzer Affirmation, filed 11/14/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| CG | CDS Commutation Agreement 6, Attachment L to Exhibit C to Holtzer Affirmation, filed 11/14/2012 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| CH | Quarterly Statement of the Financial Guaranty Insurance Company (in Rehabilitation), as of March 31, 2013 (PFEIFFER 000333 – 84) | X | 437:10-20 |
| CI | FGIC Quarterly Operating Review First Quarter 2013 (PFEIFFER 000385 – 99) | | |
| CJ | Press Release: Assured Guaranty Ltd. Announces Settlement with Bank of America, dated 4/15/2011 | X | 437:10-20 |
| CK | Press Release: Syncora Settles Countrywide Litigation, dated 7/17/2012 | X | 437:10-20 |

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| CL | Expert Witness Report of Charles R. Goldstein, dated 7/19/2013 (Pfeiffer Ex. 6) | | |
| CM | Motion to Disqualify Expert Witness, Ron D'Vari, *GE Funding Holdings, Inc. v. FGIC Corp.*, C.A. No. 4012 – CC | | |
| CN | Plaintiff's Opposition to Defendant's Motion to Disqualify Expert Witness Ron D'Vari, *GE Funding Holdings, Inc. v. FGIC Corp.*, C.A. No. 4012 - CC | | |
| CO | D'Vari Deposition Transcript, *GE Funding Holdings, Inc. v. FGIC Corp.*, C.A. No. 4012 - CC | | |
| CP | Stipulation of Dismissal, *GE Funding Holdings, Inc. v. FGIC Corp.*, C.A. No. 4012 - CC | | |
| CQ | Notice of Debtors' Motion for an Order Authorizing the Debtors to Appoint Lewis Kruger as Chief Restructuring Officer, dated 2/11/2013 [Dkt. No. 2887] | | |
| CR | Declaration of Lewis Kruger in Support of Debtors' Motion for the Entry of an Order Further Extending their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof, dated 4/19/2013 [Dkt. No. 3486] | | |
| CS | *Ibbotson Cost of Capital Yearbook*, 2013 Edition | X | 437:10-20 |
| CT | Fama and French, Industry costs of equity, *Journal of Financial Economics* 43 (1997) pp. 153-193 (Kothari000945-985) | | |
| CU | FGIC Statutory-Basis Financial Statements (Kothari000986-1023) | | |
| CV | Comolli et al., Recent Trends in Securities Class Action Litigation: 2012 Full-Year Review, NERA Economic Consulting, January 29, 2013 (Kothari001024 - 1067) | X | 437:10-20 |
| CW | Ryan and Simmons, Securities Class Action Litigation: 2012 Review and Analysis, Cornerstone Research (Kothari001068-1094) | X | 437:10-20 |

9

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| CX | Kothari LinkedIn Page | | |
| CY | Kothari MIT Sloan Biography | | |
| CZ | Article entitled, "Expert witness agrees model to support Fyffes theory was 'flawed,'" May 28, 2005 | X | 437:10-20 |
| DA | Kothari, Shanken, and Sloan, "Another Look at the Cross-section of Expected Stock Returns," The Journal of Finance, March 1995 | X | 437:10-20 |
| DB | Opinion in *Fyffes plc v. DDC plc et al.* (Irish High Court 2005) | X | 437:10-20 |
| DC | 6/3/2013 Bloomberg Chat between A. Sklar and M. Thoyer (STONEHILL000002345-2346) | | |
| DD | 10/2/2012 Email chain between M. Thoyer and A. Sklar with attachment (STONEHILL000002378-2382) (Sklar Ex. 8) | | |
| DE | Monarch Alternative Capital, *FGIC Plan of Rehabilitation Summary and Claims Valuation Update* (MONARCH000002311-2324) (Sklar Ex. 10) | | |
| DF | Excel Spreadsheet produced as STONEHILL000000238-247 (Thoyer Ex. 3) | | |
| DG | Analysis of ResCap Bankruptcy FGIC Settlement dated 2/29/2012 (Sklar Ex. 6) | | |
| DH | 6/4/2013 Email chain from D. Williams to J. Ryan (CQS000000095) (Williams Ex. 4) | | |
| DI | 6/10/2013 Email from J. Ryan to D. Williams with attachment (CQS000000104 - 572) (Williams Ex. 3) | | |
| DJ | 6/10/2013 Email from J. Ryan to B. Murray with attachment (CQS000001713 - 1714) (Williams Ex. 6) | | |
| DK | 6/10/2013 Email chain from D. Lawrence to D. Williams (CQS000000717-718) (Williams Ex. 7) | | |

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| DL | 6/11/2013 Email chain from D. Williams to J. Ryan (CQS000000093) | | |
| DM | 6/12/2013 Email from L. Wang to D. Ertel and others with attachment (BAYVIEW000000095-199) (McQuillen Ex. 2) | | |
| DN | 6/6/2013 Email from M. Miller to M. Kelly and others (BAYVIEW000001145) (McQuillen Ex. 8) | | |
| DO | 6/6/2013 Email from L. Wang to A. McQuillen and others (BAYVIEW000000939) (McQuillen Ex. 7) | | |
| DP | 6/13/2013 Email chain from C. Bhattacharya to L. Wang and others with attachment (BAYVIEW000001178-1188) (McQuillen Ex. 9) | | |
| DQ | 9/28/2012 Email from L. Wang to D. Ertel and others (BAYVIEW000001203) (McQuillen Ex. 10) | | |
| DR | 11/2/2012 Letter from M. Abrams to M. Scott and W. Munno (MONARCH000000655-658) | X | 341:14-25, 342:24-343:3, 437:10-20 |
| DS | 11/16/2012 Letter from M. Abrams to M. Scott and W. Munno (MONARCH000000629-630) | | |
| DT | Excel Spreadsheet produced as PFEIFFER 001358 (produced natively) | X | 437:10-20 |
| DU | Excel Spreadsheet produced as PFEIFFER 001359 (produced natively) | X | 437:10-20 |
| DV | Excel Spreadsheet produced as PFEIFFER 001360 (produced natively) | X | 437:10-20 |
| DW | Excel Spreadsheet produced as MONARCH000002310 (produced natively) | | |
| DX | Financial Guaranty Insurance Company ("FGIC") *Plan of Rehabilitation Summary and Claims Valuation Update* (MONARCH000002311-2324) | | |
| DY | Excel Spreadsheet produced as MONARCH000002325 (produced natively) | | |

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| DZ | Excel Spreadsheet produced as MONARCH000002326 (produced natively) | | |
| EA | Excel Spreadsheet produced as MONARCH000002327 (produced natively) | | |
| EB | Excel Spreadsheet produced as MONARCH000002328 (produced natively) | | |
| EC | Excel Spreadsheet produced as MONARCH000002329 (produced natively) | | |
| ED | Excel Spreadsheet produced as MONARCH000002330 | | |
| EE | 5/8/2013 Email chain from Glenn Siegel to Robert Major with attachment (BNYM-MS 0000079 – 88) | | |
| EF | 5/8/2013 Email chain from Arlene Alves to Mamta Scott and others with attachment (USB-MS 00068 – 78) | | |
| EG | Wells Fargo Execution Page for Duff & Phelps Engagement, signed 8/20/2012 (WFB-MS-000084) | | |
| EH | 5/8/2013 Email chain from Michael Johnson to Mary Sohlberg and others with attachment (WFB-MS000009 – 18) | | |
| EI | Confidentiality Agreement between FGIC and Trustees, August 30, 2012 (WFB-MS000063-71) | **X** | 437:10-20 |
| EJ | Confidentiality Agreement between Debtors and Trustees, July 23, 2012 (WFB - MS000034-53) | **X** | 437:10-20 |
| EK | Confidentiality Agreement between Freddie Mac and Wells Fargo, February 2013 (WFB-MS000059-62) | | |

12

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| EL | Confidentiality Agreement between FGIC and US Bank, dated April 15, 2013 (USB-MS00060-67) | X | 437:10-20 |
| EM | Confidentiality Undertaking between Gibbs & Bruns and US Bank, dated June 18, 2012 (USB-MS00112-113) | | |
| EN | Confidentiality Agreement between Lazard and US Bank, dated April 30, 2013 (USB-MS00079-83) | | |
| EO | Confidentiality Agreement between FGIC and BNY, dated April 15, 2013 (BNYM-MS0000072-76) | X | 437:10-20 |
| EP | Confidentiality Undertaking between Gibbs & Bruns and BNY, dated June 14, 2012 (BNYM-MS0000001-2) | | |
| EQ | Confidentiality Agreement between Lazard and BNY, dated April 15, 2013 (BNYM-MS0000077-78) | | |
| ER | Declaration of Scott R. Gibson, dated 7/19/2013 (Goldstein Ex. 5) | | |
| ES | 5/23/2013 Email chain from R. Major to J. Moore and others with attachment (BNYM-MS 0000102-106) | | |
| ET | 5/23/2013 Email chain from G. Facendola to R. Major and others with attachments (BNYM-MS 0000116-148) | | |
| EU | 5/23/2013 Email chain from R. Major to G. Facendola and others (BNYM-MS 0000153-154) | | |
| EV | 5/23/2013 Email chain from L. Lundberg to G. Siegel and others (BNYM-MS 0000179-182) | | |
| EW | 5/23/2013 Email chain from G. Siegel to L. Lundberg and others (BNYM-MS 0000185-189) | | |

13

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| EX | 5/22/2013 Email chain from G. Facendola to G. Siegel and others (BNYM-MS 0000192) | | |
| EY | 5/23/2013 Email chain from G. Siegel to J. Moore and others (BNYM-MS 0000193-196) | | |
| EZ | 5/22/2013 Email from L. Lundberg to G. Siegel and others (BNYM-MS 0000198) | | |
| FA | 5/23/2013 Email chain from R. Major to G. Facendola and others (BNYM-MS 0000199-200) | | |
| FB | Draft FGIC Settlement Proposal and D&P Report (Goldstein Ex. 6) | | |
| FC | Deposition Transcript of David Williams, dated 7/12/2013 | | |
| FD | Deposition Transcript of Adam Sklar, dated 7/15/2013 | | |
| FE | Deposition Transcript of Michael Thoyer, dated 7/15/2013 | | |
| FF | Deposition Transcript of Keith Austin McQuillen, dated 7/16/2013 | | |
| FG | Deposition Transcript of John Dubel, dated 7/10/2013 | | |
| FH | Deposition Transcript of Mary Sohlberg, dated 7/16/2013 | | |
| FI | Deposition Transcript of Mamta Scott, dated 7/18/2013 | | |
| FJ | Deposition Transcript of Gina Healy, dated 7/17/2013 Bennett and Healy | | |
| FK | Deposition Transcript of Robert Major, dated 7/17/2013 | | |
| FL | Deposition Transcript of Lewis Kruger, dated 7/11/2013 | | |
| FM | Deposition Transcript of S.P. Kothari, dated 7/26/2013 | | |
| FN | Deposition Transcript of Charles Ronald Goldstein, dated 7/26/2013 | | |
| FO | Deposition Transcript of Ron D'Vari, dated 7/25/2013 | | |
| FP | Deposition Transcript of Scott R. Gibson, dated 7/24/2013 | | |

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| FQ | Deposition Transcript of Jeffrey A. Lipps, dated 7/23/2013 | | |
| FR | Deposition Transcript of Allen M. Pfeiffer, dated 7/24/2013 | | |
| FS | *FGIC v. Countrywide Home Loans, Inc.*, New York Supreme Court, Index. No. 650736/2009, Initial Complaint, dated 12/11/2009 | X | 437:10-20 |
| FT | *FGIC v. Countrywide Home Loans, Inc.*, New York Supreme Court, Index. No. 650736/2009, Amended Complaint, dated 4/30/2010 | X | 437:10-20 |
| FU | Bank of American Corporation, Form 8-K, dated 5/6/2013 | X | 437:10-20 |
| FV | *FGIC v. Ally Financial, Inc.*, 12-CV-1601 (S.D.N.Y. Mar. 5, 2012) | X | 437:10-20 |
| FW | *FGIC v. Ally Financial, Inc.*, 12-CV-1818 (S.D.N.Y. Mar. 14, 2012) | X | 437:10-20 |
| FX | RFMS2 2006 HSA1 Pooling & Servicing Agreement | X | 437:10-20 |
| FY | GMACM 2006 HE3 Indenture Agreement | X | 437:10-20 |
| FZ | RFMS2 2005 HS2 Indenture Agreement | X | 437:10-20 |
| GA | RAMP 2005-EFC7 Pooling and Services Agreement | | |
| GB | GMACM 2003-HE2 Indenture | X | 437:10-20 |
| GC | GMACM 2005-HE1 Indenture (Policy Part of Trust Estate) | X | 437:10-20 |
| GD | MONARCH 1-11 | X | 437:10-20 |
| GE | MONARCH 659-663 | X | 344:19-346:23, 437:10-20 |
| GF | Annual Statement of FGIC (in Rehabilitation) for the Year Ended December 31, 2012 | X | 437:10-20 |
| GG | Omnibus Reply Memorandum of Law of Certain Rescap Trustees, filed 7/30/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |

15

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| GH | Omnibus Reply Memorandum of Law in Further Support of Approval of the Settlement Agreement, filed 7/30/2013 in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| GI | MBIA Inc. Form 10-Q for quarterly period ending 3/31/2013 | X | 437:10-20 |
| GJ | TIME SENSITIVE NOTICE REGARDING (A) PLAN SUPPORT AGREEMENT AMONG THE RESCAP DEBTORS AND THE RMBS TRUSTEES, AMONG OTHERS, AND (B) SETTLEMENT AGREEMENT AMONG THE DEBTORS, FINANCIAL GUARANTY INSURANCE COMPANY AND CERTAIN OF THE RMBS TRUSTEES | | |
| GK | Trustees' Objections and Reponses to Investors' Supplemental Request for the Production of Documents to the Trustees, dated 6/28/2013 | | |
| GL | Trustees' Objections and Responses to Monarch and Stonehill's Supplemental Request for the Production of Documents to the Trustees, dated 6/28/2013 | | |
| GM | MONARCH 2078-2240 | | |
| GN | Order filed 7/31/2013 by Judge Ling-Cohan in *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index. No. 401265/2012 | | |
| GO | Financial Guaranty Insurance Company's Responses and Objections to Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's First Set of Interrogatories Directed Toward Financial Guaranty Insurance Company, dated 6/23/2013 | X | 437:10-20 |

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| GP | Debtors' Responses to Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's First Set of Interrogatories to Residential Capital, LLC, dated 6/24/2013 | X | 437:10-20 |
| GQ | Responses and Objections of Wells Fargo Bank, N.A. to Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's First and Second Set of Interrogatories, dated 6/28/2013 | X | 437:10-20 |
| GR | Responses and Objections of U.S. Bank National Association to Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's First and Second Set of Interrogatories, dated 6/28/2013 | X | 437:10-20 |
| GS | Responses and Objections to Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's First and Second Set of Interrogatories Directed Toward the Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A., dated 6/28/2013 | X | 437:10-20 |
| GT | Debtors' Supplemental Responses to Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's First Set of Interrogatories to Residential Capital, LLC, dated 7/2/2013 | X | 437:10-20 |
| GU | Intentionally omitted. | | |
| GV | FM-2A First Set of Joint Document Requests of RMBS Trustees to Federal Home Loan Mortgage Corporation, dated June 23, 2013, attached as Exhibit 2 of Healy Deposition Transcript. | X | 290:21-291:3 |

17

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| GW | FM-2B Notice of Deposition of Federal Home Loan Mortgage Corporation, dated June 26, 2013, attached as Exhibit 3 of Healy Deposition Transcript. | | |
| GX | FM-2C Objection of Federal Home Loan Mortgage Corporation to Notice of Deposition of RMBS Trustee, dated June 28, 2013, attached as Exhibit 4 of Healy Deposition Transcript. | | |
| GY | FM-2G Residential Capital, LLC Plan and Disclosure Statement, dated November 18, 2012, attached as Exhibit 8 of Healy Deposition Transcript. | | |
| GZ | FM-2H Notice of Appearance and Demand for Service of Papers, dated May 14, 2012, attached as Exhibit 9 of Healy Deposition Transcript. | | |
| HA | FM-2I Gary T. Holtzer Affirmation in support of the motion by the Rehabilitator for the Proposed Plan Approval Order, dated September 27, 2012, attached as Exhibit 10 of Healy Deposition Transcript. | | |
| HB | FM-2J Official Website for the Article 74 Rehabilitation Proceeding for Financial Guaranty Insurance Company ('FGIC"), attached as Exhibit 11 of Healy Deposition Transcript. | | |
| HC | FM-2N Stipulation and Order Relating to the Assumption and Assignment of Certain Agreements of Freddie Mac Pursuant to Section 365 of the Bankruptcy Code and Related Relief, dated February 6, 2013, attached as Exhibit 15 of Healy Deposition Transcript. | | |
| HD | FM-2O Notice of Examiner's Intention to File Report on May 10, 2013, dated May 8, 2013, attached as Exhibit 16 of Healy Deposition Transcript. | | |
| HE | FM-2Q Order to Show Cause (Motion Sequence No. 016), dated May 29, 2013, attached as Exhibit 18 of Healy Deposition Transcript. | | |

18

ny-1105854

| Objectors' Exhibit Letter | Description, Bates Number and/or Docket Number | Admitted | Admitted at: |
|---|---|---|---|
| HF | FM-2S Joinder of Federal Home Loan Mortgage Corporation to Monarch Alternative Capital LP and Stonehill Capital Management LLC's Reservation of Rights with Respect to Debtors' Motion for and Order Under Bankruptcy Code Sections 105(A) and 363(B) Authorizing Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants, dated June 19, 2013, attached as Exhibit 20 of Healy Deposition Transcript. | | |
| HG | FM-2T Objection of Federal Home Loan Mortgage Corporation to the Commutation of Certain FGIC Policies and Certain Findings of Fact Sought by Rehabilitator of Financial Guaranty Insurance Company Set Forth in Affirmation Dated May 29, 2013, dated July 16, 2013, attached as Exhibit 21 of Healy Deposition Transcript. | | |
| HH | FM-4A Notice of Deposition of U.S. Bank National Association, dated June 12, 2013, attached as Exhibit 1 of Scott Deposition Transcript. | | |
| HI | FM-10 FGIC Policy Level Claim and Reimbursement History. | | |
| HJ | FM-11 FGIC Rehabilitation Plan as approved on June 11, 2013, and all prior drafts and versions. | | |
| HK | FM-13 All Exhibits to Freddie Mac's Objection to the Debtors' 9019 Motion | | |
| HL - HV | FM-12 The Governing Documents (as defined in Freddie Mac's objection to the Debtors' 9019 Motion). | | |
| HZ | Debtors' Responses and Objections to the Ad Hoc Group of JSNs Request to the Debtors for the Production of Documents | X | 438:25-439:4 |

19

ny-1105854