UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re: RESIDENTIAL CAPITAL LLC, et al.,

                              Debtor

Case No.: 12-12020 mg
Chapter 11

-------------------------------------------------------x

                             Plaintiff

v.

                             Defendant

Adversary Proceeding No.: _____

-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gary F. Lynch, request admission, *pro hac vice*, before the Honorable Judge Martin Glenn, to represent Rowena Drennen, et al., a creditors in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Western District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 08/28/2013
New York, New York

/s/ Gary F. Lynch
*Mailing Address:*
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
*E-mail address:* glynch@carlsonlynch.com
*Telephone number:* (412) 322-9243

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                              Case No.: 12-12020 mg
    RESIDENTIAL CAPITAL LLC, et al.,                   Chapter 11

                        Debtor
------------------------------------------------------------x

                                                Adversary Proceeding No.: _____

                        Plaintiff

                        v.

                        Defendant
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of <u>Gary F. Lynch</u>, to be admitted, ***pro hac vice***, to represent <u>Rowena Drennen, et al.,</u> (the "Client") a <u>creditors</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Pennsylvania</u> and, if applicable, the bar of the U.S. District Court for the <u>Western</u> District of <u>Pennsylvania</u>, it is hereby

      **ORDERED**, that <u>Gary F. Lynch</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: <u>08/28/2013</u>
      <u>New York</u>, New York                         /s/ <u>Gary F. Lynch</u>
                                                             UNITED STATES BANKRUPTCY JUDGE