**Presentment Date and Time: September 3, 2013 at 12:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and Debtors in
Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING
DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS
(BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)**

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in

the above-captioned cases (collectively, the "Debtors")[1] filed the *Debtors' Twenty-First*

*Omnibus Objection to Claims* (*Borrower Claims with Insufficient Documentation*) [Docket No.

4158] (the "Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that on August 28, 2013, in connection with the

Omnibus Objection, the Debtors filed a notice of adjournment [Docket No. 4872] (the "Notice of

Adjournment"). Pursuant to the Notice of Adjournment, the following matters relating to the

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 6] (the "Whitlinger Affidavit").

Omnibus Objection have been adjourned to the omnibus hearing scheduled for September 11,

2013:

- Tom Franklin (Claim No. 1195);
- Sonya Anthony Curry (Claim No. 5288); and
- Harleston Law Firm (Claim No. 1899).

**PLEASE TAKE FURTHER NOTICE** that on August 30, 2013, in connection with the

Omnibus Objection, the Debtors filed a notice of adjournment [Docket No. 4898] (the "Second

Notice of Adjournment").  Pursuant to the Second Notice of Adjournment, the following matters

relating to the Omnibus Objection have been adjourned to the omnibus hearing scheduled for

September 11, 2013:

- Sheldon Williams (Claim No. 1520); and
- Robert Duenner and Amanda Duenner (Claim No. 1473).

**PLEASE TAKE FURTHER NOTICE** that for the remaining matters relating to the

Omnibus Objection, the Debtors will present the proposed *Order Granting Debtors' Twenty-*

*First Omnibus Objection to Claims* (*Borrower Claims with Insufficient Documentation*) (the

"Proposed Order"), annexed hereto as Exhibit 1, to the Honorable Martin Glenn, United States

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York,

Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room

501, for signature on **September 3, 2013 at 12:00 p.m. (Prevailing Eastern Time)**.


(The remainder of this page is intentionally left blank)

ny-1106347

**PLEASE TAKE FURTHER NOTICE** that a copy of the Omnibus Objection and Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

Dated:  August 30, 2013
New York, New York

/s/    Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*

3

**<u>EXHIBIT 1</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------  )
                                                                                 )
In re:                                                                           )    Case No. 12-12020 (MG)
                                                                                 )
RESIDENTIAL CAPITAL, LLC, et al.,                    )    Chapter 11
                                                                                 )
                                             Debtors.              )    Jointly Administered
-----------------------------------------------------------------------------  )
                                                                                 )

### ORDER GRANTING DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

Upon the twenty-first omnibus claims objection, dated July 3, 2013 (the "Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Insufficient Documentation Claims on the grounds that each Insufficient Documentation Claim lacks sufficient supporting documentation as to its validity and amount and has no basis in the Debtors' books and records, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

no other or further notice need be provided; and upon consideration of the Objection and the Declaration of Deanna Horst, the Declaration of Norman S. Rosenbaum, and the Declaration of Robert D. Nosek, annexed to the Objection as Exhibits 1-3, respectively; the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that each Insufficient Documentation Claim listed on Exhibit A annexed hereto is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the Insufficient Documentation Claims identified on the schedule annexed as Exhibit A hereto pursuant to this Order; and it is further

ORDERED that the following matters relating to the Insufficient Documentation Claims shall be adjourned to the omnibus hearing scheduled for September 11, 2013:

- Tom Franklin (Claim No. 1195);
- Sheldon Williams (Claim No. 1520);
- Robert Duenner and Amanda Duenner (Claim No. 1473);
- Sonya Anthony Curry (Claim No. 5288); and
- Harleston Law Firm (Claim No. 1899); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ny-1106347

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Rules are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Insufficient Documentation Claims identified on Exhibit A, annexed hereto, as if each such Insufficient Documentation Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2013
       New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

3

## **Exhibit A to Proposed Order**

**Insufficient Documentation Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Peter B Plotts and Cynthia A. Plotts<br>Law Office of David Rogers<br>1201 Spyglass Drive<br>Suite 100<br>Austin, TX 78746 | 5338 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | Peter Candito<br>1078 Lowden Ave<br>Union, NJ 07083 | 4493 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | PETER E. LYNGKLIP<br>RACHELE L. LYNGKLIP<br>2262 TUCKER<br>TROY, MI 48085 | 1615 | 10/24/2012 | $0.00<br>$0.00<br>$362,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Peter Krol<br>3824 Maple Ave<br>Northbrook, IL 60062 | 3900 | 11/09/2012 | $400,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | PETER N TAMPOSI ATT AT LAW<br>159 MAIN ST<br>NASHUA, NH 03060 | 489 | 09/17/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Pharoah O. Turner<br>1300 N. Astor St. 17C<br>Chicago, IL 60610 | 3824 | 11/09/2012 | $0.00<br>$0.00<br>$285,476.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Priscillia George<br>720 Brentwinds Lane #304<br>Spring Lake, NC 28390 | 2365 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$35,597.12 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Pritchard, Lynwood<br>4212 37th Street<br>Meridian, MS 39305-3027 | 1436 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>BLANK<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 9 | PULIS, AL<br>PO BOX 5<br>BRANSON, MO 65615-0005 | 2171 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | Rafael Rivas & Maria G. Rivas<br>259 E. Oakridge St<br>Ferndale , MI 48220 | 2599 | 11/06/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | Ramia Sabherwal & Donald T.H. Smith c/o Joseph La Costa, Attorney 7840 Mission Center Court, Ste. 104 San Diego, CA 92108 | 1047 | 10/04/2012 | $0.00 $0.00 $0.00 $0.00 $68,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 12 | Raymond & Yvette Stringer 2315 Amsterdam Circle Montgomery, IL 60538-6013 | 2669 | 11/06/2012 | $0.00 $0.00 $19,414.38 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | RAYMUNDO M AVILA ANITA S AVILA 1177 BOBOLINK DRIVE VISTA, CA 92083 | 1664 | 10/24/2012 | $0.00 $0.00 $456,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | Rebecca Boyd 114 Brentwood Dr Greenwood, SC 29646 | 3802 | 11/08/2012 | $0.00 $0.00 $50,778.89 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | REBECCA V LINCOLN 26480 IRVING ROAD FRANKLIN, MI 48025 | 1413 | 10/19/2012 | $0.00 $0.00 $189,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | REILLY TCIF REO 2 LLC v JAMES REILLY PEOPLE OF THE STATE OF NEW YORK LONG ISLAND LIGHTING COMPANY DBA LIPA et al Law Offices of Avrum J Rosen 38 New St Huntington, NY 11743 | 5289 | 11/16/2012 | $0.00 $0.00 $0.00 $0.00 $57,550.02 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 17 | Reno A. Davis 46351 State Route 14 Columbiana, OH 44408 | 1287 | 10/15/2012 | $0.00 $0.00 $1,462.45 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | Resty P. Sanchez and Maria Cristina L. Sanchez 19709 Gridley Road Cerritos, CA 90703 | 4142 | 11/09/2012 | $341,262.08 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | Reynaldo Culi & Maria B. Culi 8061 Madia Circle La Palma, CA 90623 | 1418 | 10/19/2012 | $0.00 $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | Richard A. Fordyce Estate Charles W. McKeller 26 East Main Street Brevard, NC 28712 | 1194 | 10/12/2012 | $0.00 $0.00 $0.00 $0.00 $42,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | Richard A. Muller - Margaita M. Vazquez<br>1540 Ridgdill Rd<br>Clewiston, FL 33440 | 1870 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | Richard D Rode<br>2301 W Lawther Drive<br>Deer Park, TX 77536 | 5617 | 11/16/2012 | $0.00<br>$0.00<br>$339,000.00<br>$0.00<br>$923,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 23 | Richard H. Hood and Dolores S. Hood<br>Grady L. Roberts, Jr<br>409 S. Walnut St<br>PO Box AA<br>Pearsall, TX 78061 | 4709 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | Richard J. Zalac<br>c/o Kovac and Jones<br>2050 112th Avenue NE Suite 230<br>Bellevue, WA 98004-0249 | 4395 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$117,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | Richard K. Noah / Betty R. Noah<br>Richard K. Noah<br>1335 Ryegate Dr.<br>Pleasant Garden, NC 27313 | 2454 | 11/06/2012 | $0.00<br>$0.00<br>$105,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | Richard Nerod / Po Nerod<br>25 LaValley Drive<br>Manalapan, NJ 07726 | 1163 | 10/11/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$47,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 27 | Robert & Lola McCracken<br>12485 Holbrook Drive<br>Jacksonville, FL 32225 | 1488 | 10/22/2012 | $0.00<br>$0.00<br>$158,771.95<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | ROBERT AND ANN MULLINS AND<br>9015 KEARNEY RD<br>LACLAIR BUILDERS<br>WHITMORE LAKE, MI 48189 | 4130 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | Robert Bejarin<br>2057 Heather Creek Ct.<br>Tracy, CA 95377-0207 | 4136 | 11/09/2012 | $0.00<br>$0.00<br>$50,000.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | ROBERT F. SAYRE<br>NANCY E. SAYRE<br>570  ELIZABETH AVENUE<br>SOMERSET, NJ 08873 | 4723 | 11/14/2012 | $0.00<br>$0.00<br>$34,734.09<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | Robert H. and Lynda A. Ferguson<br>N85 W14931 Mac Arthur Drive<br>Menomonee Falls, WI 53051 | 1907 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 32 | Robert Janisse & Laura Vineyard<br>4446 E. Savannah Circle<br>Flagstaff, AZ 86004 | 4495 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$60,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 33 | Robert Kenneth Harris<br>909 Patton St<br>Westwego, LA 70094 | 1685 | 10/26/2012 | $0.00<br>$0.00<br>$38,098.26<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 34 | Robert Kenneth Harris<br>909 Patton St<br>Westwego, LA 70094 | 1686 | 10/26/2012 | $0.00<br>$0.00<br>$48,634.47<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 35 | Robert Kenneth Harris<br>909 Patton St<br>Westwego, LA 70094 | 1688 | 10/26/2012 | $0.00<br>$0.00<br>$60,732.07<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | Robert Kenneth Harris<br>909 Patton St<br>Westwego, LA 70094 | 1691 | 10/26/2012 | $0.00<br>$0.00<br>$53,775.64<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 37 | Robert L. Sherman<br>PO Box 451<br>Genoa, NV 89411 | 1192 | 10/12/2012 | $0.00<br>$0.00<br>$172,000.00<br>$86,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 38 | Robert R. & Evangelina Carrillo<br>PO Box 1179<br>Mesilla Park, NM 88047 | 1512 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$157,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 39 | Robert Sumner<br>c/o Chris Wood<br>1303 N. Western<br>Oklahoma City, OK 73106 | 3821 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 40 | Robert Y Borman<br>412 S. St Bernard Dr<br>De Pere, WI 54115 | 1204 | 10/15/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 41 | ROBERTS, TODD J<br>16601 VENTURA BLVD 4TH FL<br>ENCINO, CA 91436 | 1148 | 10/09/2012 | $0.00<br>$0.00<br>$50,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 42 | Roger Lee Cozort Sr.<br>1173 Rockhouse Road<br>Lester, WV 25865 | 4012 | 11/09/2012 | $150,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 43 | ROMERO, ROBERT R & ROMERO, ADELA L<br>Adela L. Romero<br>8025 N.W. 95 Lane<br>Tamarac , FL 33321 | 3738 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 44 | Ronald Glen Dyer<br>1815 Garfield Ave.<br>Terre Haute, IN 47804 | 3803 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 45 | RONALD GUPTON<br>ROSE C GUPTON<br>2488 WARNER AVENUE<br>CLOVIS, CA 93611 | 1181 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | Ronald K. Griffin<br>1412 Old Harrods Creek Rd<br>Louisville, KY 40223 | 1255 | 10/15/2012 | $2,342.40<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 47 | RONALD S EXLEY & WARDENE J EXLEY<br>1512 ROBERTA DR<br>SAN MATEO, CA 94403-1044 | 1158 | 10/11/2012 | $0.00<br>$0.00<br>$4,800.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 48 | Ronnie W. Franklin<br>12862  Timber Ridge Dr<br>Fort Myers, FL 33913-8616 | 2445 | 11/06/2012 | $0.00<br>$0.00<br>$137,218.07<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 49 | ROOS, VICTORIA J<br>172 E ANCHOR AVE<br>EUGENE, OR 97404 | 1215 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 50 | Rosa Isela Miranda<br>3629 Blue Palm Pl<br>El Paso, TX 79936 | 1458 | 10/22/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 51 | Rosales, Carlos & Rosales, Joann<br>3205 South Madole Boulevard<br>Oklahoma City, OK 73159 | 611 | 09/20/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 52 | ROSARIO ALESSI<br>P.O. BOX 338<br>GILBERTSVILLE, NY 13776 | 1953 | 10/29/2012 | $0.00<br>$0.00<br>$127,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 53 | ROSE LOIKITZ<br>98 WHALEPOND ROAD<br>OCEAN TOWNSHIP, NJ 07755 | 1221 | 10/15/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 54 | Ross and Eleanor Clark<br>37 Laurel St<br>Melrose, MA 02176 | 4612 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 55 | ROXANNE M. KOLACKOVSKY<br>STEPHEN J. KOLACKOVSKY<br>18514 MYRTLEWOOD DR<br>HUDSON, FL 34667-5748 | 894 | 10/01/2012 | $0.00<br>$0.00<br>$150,000.00<br>$0.00<br>$30,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 56 | Roy A. Lee<br>P.O Box 370587<br>Decatur, GA 30037-0587 | 1495 | 10/22/2012 | $0.00<br>$0.00<br>$10,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 57 | Ruben Rosado<br>1448 McCrea Place<br>Plainfield, NJ 07060 | 4641 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 58 | Ruby D. Green/Wilson<br>1240 E. Madison St<br>South Bend, IN 46617 | 2572 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 59 | Ruby Green/Wilson<br>1240 E Madison St<br>South Bend, IN 46617 | 2525 | 11/06/2012 | $0.00<br>$0.00<br>$68,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 60 | Ruby Wilson<br>1240 E. Madison St<br>South Bent, IN 46617 | 2474 | 11/06/2012 | $0.00<br>$0.00<br>$68,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 61 | Sally Apsey<br>5010 White Water Dr<br>Norcross, CA 30092 | 1290 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 62 | SALVADOR VELAZQUEZ AND LUZ E VELAZQUEZ<br>58 LOBOS SL<br>SAN FRANCISCO, CA 94112 | 4747 | 11/14/2012 | $169,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 63 | Samantha Dulaney<br>163 Saint Nicholas Ave #2A<br>New York, NY 10026 | 1527 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 64 | SAMMY L COVINGTON AND TRI STATE HOME IMPROVEMENT INC<br>1619 32ND AVE<br>GULFPORT, MS 39501-2763 | 1303 | 10/16/2012 | $0.00<br>$0.00<br>$110,403.59<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 65 | Samuel & Phyllis Erebor<br>29309 Willowick Court<br>Southfield, MI 48076 | 1445 | 10/22/2012 | $0.00<br>$0.00<br>$103,890.58<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 66 | Samuel J. Reyes & Gloria A. Reyes<br>P.O. Box 5089<br>Napa, CA 94581 | 1531 | 10/22/2012 | UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | EPRE LLC | 12-12024 |
| 67 | SARAH MOORE<br>32 BRADFORD COURT<br>UNIT/APT 20<br>DEARBORN, MI 48126 | 1956 | 10/29/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 68 | SARAH MOORE<br>32 BRADFORD COURT<br>UNIT/APT 20<br>DEARBORN, MI 48126 | 1957 | 10/29/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 69 | Scott Alan Weible, P.L.L.C<br>The Haymarket Professional Building<br>14540 John Marshall Highway, Suite 201<br>Gainesville, VA 20155-1693 | 4704 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 70 | Scott Anthony Haase<br>8 Marveline Dr.<br>Saint Charles, MO 63304 | 852 | 09/28/2012 | $0.00<br>$0.00<br>$93,362.12<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 71 | Scott F Schoenberger<br>9625 E Escalante Rd<br>Tucson, AZ 85730 | 1962 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$36,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 72 | SCOTT L AND PATRICIA L MAIN<br>14402 WESTWAY LN<br>HOUSTON, TX 77077 | 2624 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 73 | SEAN A THOMAS<br>309 WEST 24TH STREET<br>OAK GROVE, MO 64075 | 716 | 09/24/2012 | $0.00<br>$0.00<br>$25,775.83<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 74 | Serena King<br>PO Box 77557<br>Jacksonville, FL 32226 | 1332 | 10/18/2012 | $0.00<br>$0.00<br>$32,178.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 75 | SHACRETA LOWERY<br>3625 SKIPJACK CT<br>ABINGDON, MD 21009 | 1223 | 10/15/2012 | $0.00<br>$0.00<br>$600.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 76 | SHANNON AND KARL MILLER 16016 BLOSSOM HILL LOOP CLERMONT, FL 34714-4986 | 2776 | 11/07/2012 | $0.00 $0.00 $0.00 $0.00 $196,500.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 77 | Shannon Mcintyre Christopher Lee Whitesell and Jean Mcintyre 3836 Parkside Dr Valrico, FL 33594 | 4131 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $191,900.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 78 | Shannon Renee McKinney 892 Townsend Dr Oxford, MI 48371 | 1261 | 10/15/2012 | $0.00 $0.00 $172,916.61 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 79 | Shannon Staples 4455 N. 148th St. Brookfield, WI 53005 | 3603 | 11/08/2012 | $0.00 $0.00 $131,183.73 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 80 | Sharen Mumtaaj 8811 Glenwood Drive Brooklyn , NY 11236 | 2670 | 11/06/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 81 | SHAYNE STORMER<br>6402 BENGAL CIRCLE<br>BOYNTON BEACH, FL 33437 | 3822 | 11/09/2012 | $0.00<br>$0.00<br>$105,703.60<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 82 | Sheila Klockow<br>1022 E. Irvington Avenue<br>South Bend, IN 46614 | 1059 | 10/09/2012 | $0.00<br>$0.00<br>$35,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 83 | Shelia G. Chaney<br>524 North 4th St<br>Lake Wales, FL 33853 | 5298 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 84 | Shirley & David McClay<br>1365 West Henrys Point Drive<br>Logan, UT 84321 | 1592 | 10/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$247,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 85 | Shirley A. Montgomery<br>2377 Jackson Ave<br>Memphis, TN 38108 | 4741 | 11/14/2012 | $69,753.89<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 86 | Simon Harris<br>3316 NE 14 St<br>Oklahoma City, OK 73117 | 1298 | 10/16/2012 | $0.00<br>$0.00<br>$47,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | Stephanie Donaghy<br>300 Central Avenue<br>Runnemede, NJ 08078 | 3659 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$216,745.56 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 88 | Stephen and Sue Ellen Winn<br>c/o Law Office of Adam I. Skolnik, P.A.<br>1761 West Hillsboro Boulevard, Suite 201<br>Deerfield Beach, FL 33442 | 3611 | 11/08/2012 | $0.00<br>$0.00<br>$670,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 89 | Stephen E. and Julie M. ORourke<br>21406 Sabrina Dr<br>Macomb, MI 48044 | 2065 | 10/31/2012 | $0.00<br>$0.00<br>$215,000.00<br>$0.00<br>$9,257.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 90 | Stephen Mark Wright<br>1187 Coast Village Road, Suite 381<br>Santa Barbara, CA 93108 | 3519 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$200,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

|   | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 91 | STEPHEN R. BETSO<br>JOANNE E. BETSO<br>113 DISTANT VIEW<br>ASHEVILLE, NC 28803 | 1455 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 92 | Steve Reeves<br>205 Arthur Drive<br>Hurst, TX 76053-6613 | 2469 | 11/06/2012 | $0.00<br>$0.00<br>$38,900.00<br>$0.00<br>$39,763.06 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 93 | Steven A. and Katherine A. Jarred<br>1704 Pomona Place<br>Bowie, MD 20716-1662 | 3583 | 11/08/2012 | $0.00<br>$0.00<br>$125,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 94 | STEVEN J. JUERGENSMEYER<br>ANGELA M. JUERGENSMEYER<br>572 MENNEMEYER ROAD<br>TROY, MO 63379 | 4095 | 11/09/2012 | $0.00<br>$0.00<br>$7,499.91<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 95 | STEVEN J. JUERGENSMEYER<br>ANGELA M. JUERGENSMEYER<br>572 MENNEMEYER ROAD<br>TROY, MO 63379 | 4242 | 11/09/2012 | $0.00<br>$0.00<br>$97,592.52<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 96 | Steven K. Corpus<br>75-5669 Kuakini Hwy #4-106<br>Kailua-Kona, HI 96740 | 1347 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$27,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 97 | Sun Kwon<br>11559 Dartmouth Drive<br>Norwalk, CA 90650 | 1538 | 10/22/2012 | $0.00<br>$0.00<br>$117,800.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 98 | Sun Kyung Park<br>14473 Birchwood Drive<br>Hesperia, CA 92344 | 2451 | 11/06/2012 | $0.00<br>$0.00<br>$74,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 99 | Surface, Jaqueline<br>206 East Center Street<br>Holts Summit, MO 65043 | 1392 | 10/18/2012 | $0.00<br>$0.00<br>$75,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 100 | Susan Jin<br>15971 Rocky Harbor Road<br>Lathrop, CA 95330 | 1879 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 101 | Susan Ramsey<br>638 Holt Road<br>Webster, NY 14580 | 2666 | 11/06/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 102 | Susie J. Moore & Frank J. Moore<br>179 Martin Street<br>Bethel, NC 27812 | 3637 | 11/07/2012 | $0.00<br>$0.00<br>$121,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 103 | Suzanne Allyn Mackaman<br>7880 NW 24 St<br>Margate, FL 33063 | 4261 | 11/09/2012 | $0.00<br>$0.00<br>$350,000.00<br>$0.00<br>$17,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 104 | Sydney G Bennett<br>14619 SW 159 Court<br>Miami, FL 33196 | 931 | 10/03/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 105 | Sylvester & Cheryl Brown<br>5810 Maureen Dr<br>Little Rock, AR 72209 | 4149 | 11/09/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 106 | Sylvia Arbesfeld<br>5654 Emerald Cay Terrace<br>Boynton Beach, FL 33437 | 4686 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 107 | Tammy Jordan<br>2908 83rd Lane N<br>Brooklyn Park, MN 55444-1539 | 1905 | 10/29/2012 | $0.00<br>$0.00<br>$222,400.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 108 | Tammy Ray and George Ray<br>206 Ridgelea Ave<br>Sherwood, AR 72120 | 4727 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 109 | Tanzy Vassell<br>5760 Rae Avenue<br>West Palm Beach, FL 33407 | 1253 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 110 | TAYLOR, SAMUEL<br>318 BROAD ST<br>WESTON, WV 26452 | 1160 | 10/11/2012 | $49,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 111 | TEQUILLA A TAYLOR 2703 LAKECREST FOREST DR KATY, TX 77493-2574 | 3671 | 11/08/2012 | $0.00 $0.00 $186,972.41 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 112 | Terence Clay 218 Lovorin Cir Warner Robins , GA 31088 | 1329 | 10/18/2012 | $0.00 $0.00 $240,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 113 | Teresa Caporale PO 56 Helen, GA 30545 | 5294 | 11/16/2012 | $0.00 $0.00 $835.02 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 114 | Terri and Charles Monzel 33 Drayson Cir. Bluffton, SC 29910 | 4666 | 11/13/2012 | $0.00 $0.00 $5,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 115 | The David B Lindenauer Living Trust David B Lindenauer C/O Lindy Promotions Inc 4343 Montgomery Ave., Suite 5 Bethesda, MD 20814-4416 | 1422 | 10/19/2012 | $0.00 $0.00 $0.00 UNLIQUIDATED $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 116 | THE ESTATE OF ROBERT J HENDERSON<br>SHERRY D HENDERSON<br>1822 BELLEFONTAINE AVE<br>INDIANAPOLIS, IN 46202 | 1168 | 10/12/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 117 | THEO K TESSENSOHN<br>P.O. BOX 1423<br>LAWNDALE, CA 90260 | 3945 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 118 | THOMAS A NANNA ATT AT LAW<br>8910 N DALE MABRY HWY STE 1<br>TAMPA, FL 33614 | 561 | 09/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$430,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 119 | THOMAS D SILVERMAN ATT AT LAW<br>804 COLORADO AVE STE 201<br>GLENWWOOD SPRINGS, CO 81601 | 522 | 09/17/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 120 | Thomas Dipietro<br>133 Wax Myrtle Ct<br>Savannah, GA 31419 | 4313 | 11/09/2012 | $0.00<br>$0.00<br>$33,117.61<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 121 | Thomas K and Elizabeth H Miller<br>446 Brixham Rd<br>Eliot, ME 03903 | 2210 | 11/05/2012 | $0.00<br>$0.00<br>$105,264.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 122 | THOMAS P GOUGH III AND<br>BARBARA GOUGH<br>3811 REED RD<br>LEVERING, MI 49755 | 719 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 123 | Thomas T Thomas<br>P.O. Box 132<br>Ramah, CO 80832 | 1550 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 124 | THOMAS, TERRI L<br>PO BOX 15<br>BIGFOOT, TX 78005 | 881 | 10/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 125 | Timothy Kinney and Zoe Allegra Kinney<br>287 Lobos St.<br>San Francisco, CA 94112 | 4398 | 11/09/2012 | $0.00<br>$0.00<br>$30,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 126 | Timothy Michael McHugh<br>3471 Co 2D 571<br>Kalkaska, MI 49646 | 2141 | 11/02/2012 | $0.00<br>$0.00<br>$8,300.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 127 | Timothy Taylor<br>c/o The Tracy Firm, Ltd.<br>800 W. Fifth Ave.<br>Suite 201A<br>Naperville, IL 60563 | 171 | 06/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 128 | Tina Smith<br>1136 E 76th Ter<br>Kansas City, MO 64131 | 4527 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$10,567.23<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 129 | TODD WILLIAMS<br>2563 ALEXANDER FARMS DRIVE<br>MARIETTA , GA 30064 | 765 | 09/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 130 | Tommie Carlisle, Jr<br>1105 N. Greenway Dr<br>Mobile, AL 36608 | 4416 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 131 | Tony D. McMurray 5901 Pleasant Farm Drive Beaufort, SC 29906 | 3854 | 11/09/2012 | $0.00 $0.00 $2,601.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 132 | Travis Higa 2011 Aamanu Street Pearl City, HI 96782 | 2004 | 10/31/2012 | $0.00 $0.00 $411,242.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 133 | TRICIA CLONEY 1981 PINE NEEDLE TRL KISSIMMEE, FL 34746 | 1219 | 10/15/2012 | $0.00 $0.00 $135,375.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 134 | Tyrone & Debbie Miller Tyrone Miller 370 Warwick Hwy Ashburn, GA 31714 | 1318 | 10/16/2012 | $0.00 $0.00 $19,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 135 | Tyrone & Wonnetta A. Jones 19487 Grandview Detroit, MI 48219 | 1228 | 10/15/2012 | $0.00 $0.00 $0.00 $0.00 $82,428.33 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 136 | Tyrone K. Hutson and Patricia D. Hutson<br>4827 Summerhill Dr<br>Country Club Hills, IL 60478 | 1235 | 10/15/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 137 | UZMA HAREEM KHAN<br>8844 GREAT GORGE WAY<br>UPPER MARLBORO, MD 20772 | 525 | 09/17/2012 | $9,450.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 138 | Valerie Mogavero<br>32 Merritt Ave<br>Massapequa, NY 11758 | 1324 | 10/17/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$275,892.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 139 | Vanessa Arredondo<br>13712 Paseo De Fe Cir<br>El Paso, TX 79928 | 2435 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$130,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 140 | Veronica C. Esteban<br>1342 Kam IV Road<br>Honolulu, HI 96819 | 1468 | 10/22/2012 | $175,297.82<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 141 | Verta Guynes<br>1308 E. Colorado Blvd, #341<br>Pasadena, CA 91106 | 2131 | 11/02/2012 | $0.00<br>$0.00<br>$1,314,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 142 | Vicki Lotti Gohagen<br>P.O. Box 1776<br>Lehigh Acres, FL 33970 | 3733 | 11/08/2012 | $0.00<br>$0.00<br>$63,910.00<br>$0.00<br>$87,292.59 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 143 | Victor and Marisa Esquer<br>131 Colombo Ave<br>Sierra Vista, AZ 85635 | 2412 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$112,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 144 | Victor D. & Sheila D. Hunter<br>12160 Greencastle Drive<br>Cincinnati, OH 45246 | 4373 | 11/09/2012 | $0.00<br>$0.00<br>$153,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 145 | Victor M. Ramos and Carlita Ramos<br>916 Southridge Dr.<br>Monroe, NC 28112 | 4135 | 11/09/2012 | $197,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |