Douglas A. Wilson
Assistant District Attorney
Tulsa County District Attorney's Office
500 S. Denver Ave., Suite 832
Tulsa, OK  74103
Phone: (918) 596-8795
Fax: (918) 596-4804
douglas.wilson@tulsacounty.org
*Attorney for creditor*
*J. Dennis Semler, Tulsa County Treasurer*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now comes J. DENNIS SEMLER, TULSA COUNTY TREASURER, and files this notice of withdrawal of his Proof of Claim, filed June 25, 2012, in the amount of $820.77 for 2011 real estate taxes and listed as Claim No. 208 in Debtor's claims register.

Respectfully submitted,

/s/ Douglas A. Wilson
Douglas A. Wilson
OK Bar Number 13128
Assistant District Attorney
Tulsa County District Attorney's Office
500 S. Denver Ave., Suite 832
Tulsa, OK  74103
douglas.wilson@tulsacounty.org
(918) 596-8795

ATTORNEY FOR
CREDITOR  J. DENNIS SEMLER,
TULSA COUNTY TREASURER

CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2013, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

                                                /s/ Douglas A. Wilson
                                                Douglas A. Wilson