Selena J. Linde
(Admitted Pro Hac Vice)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W. Suite 600
Washington, D.C. 20005-3960
SLinde@perkinscoie.com
Telephone: 202.654.6221
Facsimile: 202.654.9952

Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone: 212.262.6905
Facsimile: 212.977.1636

*Special Insurance Coverage
Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Selena J. Linde, depose and say that I am employed by the law firm Perkins Coie LLP, special insurance coverage counsel to Residential Capital, LLC, Residential Funding Corporation, and Homecomings Financial Network, Inc., as debtors and debtors in possession ("Debtors").

On August 23, 2013, the Court entered Doc. 4808 and ordered Debtors to "provide notice of the Fairness Hearing to the insurers who issued insurance policies under the General Motors Combined Specialty Insurance Program 12/15/00 – 12/15/03 ("Insurers") on or before September 3, 2013. In compliance with this order, on August 26, 2013, at my direction

employees of Perkins Coie LLP caused the following document to be served via first-class mail on the Insurers as set forth in **Exhibit A**:

> Order Pursuant to Rules 7023 and 9019 of the Federal Rules of Bankruptcy Procedure (1) Preliminarily Approving Settlement Agreement Between Named Plaintiffs, Individually and as Representatives of the Kessler Settlement Class, and the Settling Defendants; (2) Granting Class Certification for Purposes of Settlement Only; (3) Approving the Form and Manner of Notice to Kessler Settlement Class Members of the Settlement Agreement; (4) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement Agreement; and (5) Granting Related Relief [Doc. 4808].

DATED:   September 3, 2013
         Washington, D.C.

_____
Selena J. Linde

Sworn to before me this
3rd day of September, 2013

MICHELLE DEPASS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2014

2

## EXHIBIT A

| |
|---|
| Eugene Elsbree<br>Sedgwick LLP<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104-2834<br>*Attorneys for the Underwriters at Lloyd's, London and Companies* |
| Daniel J. Standish<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, D.C. 20006<br>*Attorneys for Twin City Fire Insurance Company* |
| Kevin M. Mattessich<br>Bryce K. Guingrich<br>Kaufman Dolowich Voluck LLP<br>100 William Street<br>Suite 215<br>New York, New York 10038<br>*Attorneys for Continental Casualty Company* |
| John W. Duchelle<br>Gabriela A. Richeimer<br>Troutman Sanders LLP<br>401 9th Street, N.W.<br>Suite 1000<br>Washington, D.C. 20004-2134<br>*Attorneys for Clarendon National Insurance Company* |
| Jason P. Minkin<br>Ommid C. Farashahi<br>Jonathan A. Cipriani<br>Bates Carey Nicolaides LLP<br>191 N. Wacker<br>Suite 2400<br>Chicago, Illinois 60606<br><br>and<br><br>Susan N. K. Gummow<br>John Eggum<br>Foran Glennon Palendech Ponzi & Rudloff PC<br>222 N. LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60601<br>*Attorneys for SR International Business Insurance Company Ltd.* |

A-1

| |
|---|
| Katharine B. Bowman<br>Tamara J. Watts<br>Bailey Cavalieri LLC<br>One Columbus<br>10 W. Broad Street<br>Suite 2100<br>Columbus, Ohio 43215-3422<br>*Attorneys for Chubb Atlantic Indemnity Ltd., and ACE Bermuda Insurance Ltd.* |
| Jennifer B. Straton<br>Richard A. Kissel<br>Meredith A. Coleman<br>Kissel Hirsch & Wilmer LLP<br>580 White Plains Road<br>5th Floor<br>Tarrytown, New York 10591<br>*Attorneys for XL Insurance Bermuda, Ltd.* |
| John H. FitzSimons<br>Judy Chung<br>D'Amato & Lynch, LLP<br>Two World Financial Center<br>New, York, New York 10281<br>*Attorneys for American International Reinsurance Company (f/k/a Starr Excess Liability Insurance Limited)* |
| Sharon S. Fry<br>Christopher A. Parady<br>Joseph O'Neil<br>Peabody & Arnold, LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>*Attorneys for Axcelera Specialty Risk, Steadfast Insurance Company and St. Paul Mercury Insurance Company* |