## **EXHIBIT A**

| |
|---|
| Eugene Elsbree <br> Sedgwick LLP <br> 333 Bush Street, 30th Floor <br> San Francisco, California 94104-2834 <br> *Attorneys for the Underwriters at Lloyd's, London and Companies* |
| Daniel J. Standish <br> Wiley Rein LLP <br> 1776 K Street NW <br> Washington, D.C. 20006 <br> *Attorneys for Twin City Fire Insurance Company* |
| Kevin M. Mattessich <br> Bryce K. Guingrich <br> Kaufman Dolowich Voluck LLP <br> 100 William Street <br> Suite 215 <br> New York, New York 10038 <br> *Attorneys for Continental Casualty Company* |
| John W. Duchelle <br> Gabriela A. Richeimer <br> Troutman Sanders LLP <br> 401 9th Street, N.W. <br> Suite 1000 <br> Washington, D.C. 20004-2134 <br> *Attorneys for Clarendon National Insurance Company* |
| Jason P. Minkin <br> Ommid C. Farashahi <br> Jonathan A. Cipriani <br> Bates Carey Nicolaides LLP <br> 191 N. Wacker <br> Suite 2400 <br> Chicago, Illinois 60606 <br><br> and <br><br> Susan N. K. Gummow <br> John Eggum <br> Foran Glennon Palendech Ponzi & Rudloff PC <br> 222 N. LaSalle Street <br> Suite 1400 <br> Chicago, Illinois 60601 <br> *Attorneys for SR International Business Insurance Company Ltd.* |

A-1

| |
|---|
| Katharine B. Bowman<br>Tamara J. Watts<br>Bailey Cavalieri LLC<br>One Columbus<br>10 W. Broad Street<br>Suite 2100<br>Columbus, Ohio 43215-3422<br>*Attorneys for Chubb Atlantic Indemnity Ltd., and ACE Bermuda Insurance Ltd.* |
| Jennifer B. Straton<br>Richard A. Kissel<br>Meredith A. Coleman<br>Kissel Hirsch & Wilmer LLP<br>580 White Plains Road<br>5th Floor<br>Tarrytown, New York 10591<br>*Attorneys for XL Insurance Bermuda, Ltd.* |
| John H. FitzSimons<br>Judy Chung<br>D'Amato & Lynch, LLP<br>Two World Financial Center<br>New, York, New York 10281<br>*Attorneys for American International Reinsurance Company (f/k/a Starr Excess Liability Insurance Limited)* |
| Sharon S. Fry<br>Christopher A. Parady<br>Joseph O'Neil<br>Peabody & Arnold, LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>*Attorneys for Axcelera Specialty Risk, Steadfast Insurance Company and St. Paul Mercury Insurance Company* |