**Memorandum No. 018**

Notes

Ref: Residential Capital LLC
2335 Alaska Ave
El Segundo CA 90245
Case# 12-12020

Date 8/28/13
Time 825 (AM) PM
Subject Case# 12-12020

1. Demanding Payment of
2. This writer is asking for $100,000
3. 
4. settlement of my claim. My claim
5. 
6. should not be disallowed, because of
7. 
8. the mental Hardship and Financial Hardship
9. 
10. cause by GMAC/Residential. My whole
11. 
12. life has been affected by the carelessness
13. 
14. of this Debtor. I need All my Losses
15. 
16. My whole by this legal process.
17. 
18.                     Thanks
19.         Bette Jean Yelder
20.         2915 Cante Loupe Rd
21.         Montgomery AL 36108
22.         Ph# (334) 220-8556

RECEIVED
SEP - 3 2013
U.S. BANKRUPTCY COURT, SDNY



GMAC Mortgage
PO Box 4622
Waterloo, IA 50704-4622

**GMAC Mortgage**

March 7, 2012

03/03/11 14:00 3  0000077 20120307 HC1I1101 LATECHAR 1 OZ DOM HC1I110000* 146316 LC

BETTIE JEAN YELDER
2915 CANTELOU ROAD
MONTGOMERY AL  36108-6033



RE: Account Number  7437196280
    Property Address  2915 CANTELOU ROAD
                     MONTGOMERY, AL 36108

Dear  BETTIE JEAN YELDER:

We have not yet received your mortgage payment for this month. On 03/07/2012, a late fee of $30.49 was charged to your account. The total amount due is now $1,923.13, which may include additional unpaid items.

> Please pay this amount immediately to avoid additional fees. If you have already mailed this payment, simply include your outstanding late fee(s) with your next month's payment.

As a reminder, all payments are due to our office on the monthly due date as explained in your loan documents. Late fees are not charged until your grace period expires.

If you are experiencing financial difficulties, we are here to help. Please call our office at 800-850-4622 (weekdays, 8:00 a.m. - 11:00 p.m. CT; Saturday, 8:00 a.m. - 12:00 p.m.).

Please let us hear from you.

**Special Notice for members of the United States Military and their families**
At GMAC Mortgage, we are committed to doing what we can to support our customers in the military.  If you or a family member are in the military, you may be eligible for certain rights and protections under the Servicemembers Civil Relief Act (SCRA), including a reduction in the interest rate on your mortgage for the duration of your active duty plus a period of one year thereafter, as well as protection from foreclosure for the duration of your active duty plus a period of nine months thereafter.  Even if you are not eligible under SCRA, we encourage all military personnel to contact us whether or not you have questions or problems relating to your mortgage.  Please feel free to contact us at 1-866-961-1412 or via email at Military.Families@gmacm.com.



Collection Department
Loan Servicing

Please Note:
This is an attempt to collect a debt and any information obtained will be used for that purpose.