**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re: Residential Capital, LLC

Case No.: 12-12020

Chapter 11

Debtor

------------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Laird J. Heal _____, request admission, ***pro hac vice***, before the
Honorable Martin Glenn ____, to represent Thomas James La Casse ____, a
_____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of
Massachusetts ____ and, if applicable, the bar of the U.S. District Court for the _____
District of Massachusetts ____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Sept. 3, 2013
Worcester, ____, Massachusetts

/s/ Laird J. Heal ____

*Mailing Address*:

120 Chandler ____

Suite 2 R ____

Worcester, MA 01609 ____

*E-mail address*: lairdheal@lo-lh.com ____

*Telephone number*: (508 ) 459-5095 ____