**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Residential Capital, LLC

Debtor

Case No.: 12-12020

Chapter 11

------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of  Laird J. Heal, Esq.  , to be admitted, ***pro hac vice***, to represent  Thomas James La Casse  , (the "Client") a _____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Massachusetts  and, if applicable, the bar of the U.S. District Court for the _____ District of  Massachusetts  , it is hereby

**ORDERED**, that  Laird J. Heal,  , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

UNITED STATES BANKRUPTCY JUDGE