# United States Bankruptcy Court
## Southern District of New York
## Manhatten Division

|  | Debtor Case No. <u>10-43723-MSH</u> |
|---|---|
| In Re RESIDENTIAL CAPITAL, LLC, et al, | ) |
| Debtors | ) Chapter <u>11</u> |
|  | ) |
|  | ) Adversary No. <u>10-04145-MSH</u> |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO OBJECTION TO CLAIM[#4635]

Comes now THOMAS JAMES LA CASSE, by and through his attorney <u>Laird J. Heal, Esq.</u>, and moves this Honorable Court allow until September 16, 2013 to file his response to the Objection[#4635] to his Claims, respectfully representing the following good reasons to allow this Motion:

1. Although the debtor has certified service of the Amended Notice of Hearing, none was received by the undersigned or the Debtor; however, the original Notice[#4635] was received and a review of the docket showed the Amended Notice[#4659].
2. The lawyer responsible for the Connecticut litigation underlying this Objection has been unavailable.
3. The original notice allowed for eight days between the response and the hearing and the proposed deadline would have that much until the hearing set for September 24, 2013, at 10:00 A.M.
4. The state court case featured a judicial foreclosure which was commenced by a physical taking and filing of the foreclosure case, and, during the contest, the foreclosing party admitted it was not the owner of the obligation.
5. Although the petition imposed an automatic stay upon the Creditor's counterclaim, the foreclosure was revived post-petition when it was still deficient and upon the same patently obvious grounds.
6. The issues may not be such as to allow for disposition after a summary hearing.

WHEREFORE, the debtor respectfully asks this Court allow until September 16, 2013, to file response to the Objection[#4635] to Claim, and for such other relief which the Court may find merited in the interests of justice.

/s/ Laird J. Heal

                                           Laird J. Heal, Esq. BBO# 553901
                                           120 Chandler Street, Suite 2 R
                                           Worcester, MA 01609

508-459-5095  
508-459-5320 facsimile  
LairdHeal@LH-Law-Office.com

Dated: September 3, 2013

# CERTIFICATE OF SERVICE

I hereby certify that immediately upon receipt of the Notice of Electronic Filing, I will immediately cause service of the within included Motion to Extend Time by first class mail, together with this Certificate of Service, upon any party not shown here as receiving electronic service, namely:

*By Electronic Service*

Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

Richard E. Briansky
PRINCE LOBEL & TYE LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114

*By First-Class Mail*

/s/ Laird J. Heal
Laird J. Heal