McCABE, WEISBERG & CONWAY
Charles Higgs
145 Huguenot St. Suite 210
New Rochelle, NY 10801
Phone: (914) 636-8900
Fax: (914) 636-8901

Attorney for Creditor McCABE WEISBERG CONWAY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et. al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2567

**PLEASE TAKE NOTICE** that claimant McCabe Weisberg & Conway hereby withdraws its Proof of Claim No. 2567 filed against Debtor, GMAC Mortgage, LLC, in the above-referenced bankruptcy cases.

Dated: September 3, 2013

Respectfully Submitted,

McCABE WEISBERG CONWAY

/s/ Charles Higgs
Charles Higgs

Attorney for Creditor McCabe Weisberg & Conway