

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com


GLENN E. SIEGEL

glenn.siegel@dechert.com
+1 212 698 3569 Direct
+1 212 314 0069 Fax

August 26, 2013

**BY E-MAIL & HAND DELIVERY**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Re: *In re Residential Capital LLC, et al.,*
   *Case No 12-12020 (MG)*

Dear Judge Glenn:

On behalf of the FGIC Trustees,[1] we write regarding the hearing relating to the *Debtors'
Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval Of The Settlement Agreement Among
The Debtors, FGIC, The FGIC Trustees And Certain Individual Investors* [ECF No. 3929] (the
"**FGIC 9019 Motion**"). Specifically, we write to request that the Court admit into evidence
Exhibits 115-A and 116-A, enclosed herein, which are corrected versions of Exhibits 115 and
116, respectively. It recently came to Settlement Proponents' attention that Exhibits 115 and 116
were missing certain appendices. We have discussed our request with the Objectors who have
informed us that they do not object to the admission of exhibits 115-A and 116-A.

The FGIC Trustees also request the admission of the insurance policies between the
FGIC Trustees and Financial Guaranty Insurance Company, which are the subject of the FGIC
9019 Motion and the pending dispute between the parties. Appendix A is a list of the FGIC
policies and their corresponding exhibit numbers. Due to an inadvertent oversight, the FGIC
policies were not moved into evidence during the hearing. We have also discussed this request
with the Objectors. Counsel for Federal Home Loan Mortgage Corporation in conservatorship

---

[1]   As used herein, unless the context dictates otherwise, the term "FGIC Trustees" shall include The
Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and U.S. Bank
National Association, Wells Fargo Bank, N.A., each in their respective capacities as a trustee,
indenture trustee and/or separate trustee for certain residential mortgage backed securities trusts.



The Honorable Martin Glenn
August 26, 2013
Page 2

("Freddie Mac") and the Monarch Objectors[2] have informed us that they do not object to the admission of the exhibits listed in Appendix A. Counsel for the Ad Hoc Group of Junior Secured Noteholders has informed us that they do not object to the admission of the exhibits listed in Appendix A if they are used solely for purposes of the FGIC Trustees' response to the objections raised by Freddie Mac and the Monarch Objectors, and do not consent to the admission of those exhibits for the purpose of demonstrating the Debtors' authority to enter into the transaction.

Respectfully submitted,

Glenn E. Siegel

Enclosures

cc:    Counsel for the Settlement Proponents (by email)
       Counsel for the Objecting Parties (by email)

IT IS SO ORDERED.

Signed on September 4, 2013
New York, New York

_____/s/Martin Glenn_____
UNITED STATES BANKRUPTCY JUDGE

---

[2]    The "Monarch Objectors" refers to Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited, and CQS ABS Alpha Master Fund Limited.

The Honorable Martin Glenn
August 26, 2013
Page 3

# APPENDIX A

| Ex. No. | Document Name |
|---------|---------------|
| 124-2 A | Insurance Policy, GMACM 2001-HE2 BNY Mellon 1010294 |
| 124-2 B | Insurance Policy, GMACM 2001-HE2 BNY Mellon 1010293 |
| 124-4 | Insurance Policy, GMACM 2001-HE3 BNY Mellon 1030013 |
| 124-6 | Insurance Policy, GMACM 2002-HE1 WFB/LDTC 2030009 |
| 124-8 | Insurance Policy, GMACM 2002-HE4 Wells Fargo Bank, N.A. |
| 124-10 | Insurance Policy, GMACM 2003-HE1 WFB/LDTC 3030008 |
| 124-12 | Insurance Policy, GMACM 2003-HE2 WFB/LDTC 3030009 |
| 124-14 | Insurance Policy, GMACM 2004-HE1 WFB/LDTC 4030006 |
| 124-16 | Insurance Policy, GMACM 2004-HE5 WFB/LDTC 4030047 |
| 124-18 | Insurance Policy, GMACM 2004-HLTV1 BNY Mellon 4030036 |
| 124-20 | Insurance Policy, GMACM 2005-HE1 WFB/LDTC 5030011 |
| 124-22 | Insurance Policy, GMACM 2005-HE2 WFB/LDTC 5030041 |
| 124-24 | Insurance Policy, GMACM 2006-HE1 BNY Mellon 6030037 |
| 124-26 | Insurance Policy, GMACM 2006-HE2 BNY Mellon 6030080 |
| 124-28 | Insurance Policy, GMACM 2006-HE3 BNY Mellon 6030099 |
| 124-30 | Insurance Policy, GMACM 2006-HE5 BNY Mellon 6030127 |
| 124-32 | Insurance Policy, GMACM 2006-HLTV1 BNY Mellon 6030034 |
| 124-34 | Insurance Policy, GMACM 2007-HE2 BNY Mellon 7030046 |
| 124-36 | Insurance Policy, RFC, RAMP 2004-RS7 BNY Mellon 4030020 |
| 124-38 A | Insurance Policy, RFC, RAMP 2004-RZ2 BNY Mellon 4030012 |
| 124-38 B | Insurance Policy, RFC, RAMP 2004-RZ2 BNY Mellon 4030013 |
| 124-40 | Insurance Policy, RFC, RAMP 2005-EFC7 U.S. Bank National Association |
| 124-42 | Insurance Policy, RFC, RAMP 2005-NC1 USB 5030158 |
| 124-44 | Insurance Policy, RFC, RAMP 2005-RS9 BNY Mellon 5030145 |
| 124-46 A | Insurance Policy, RFC, RASC 2001-KS1 BNY Mellon 1010249 |
| 124-46 B | Insurance Policy, RFC, RASC 2001-KS1 BNY Mellon 1010248 |
| 124-48 A | Insurance Policy, RFC, RASC 2004-KS7 BNY Mellon 4030022 |
| 124-48 B | Insurance Policy, RFC, RASC 2004-KS7 BNY Mellon 4030023 |
| 124-50 A | Insurance Policy, RFC, RASC 2004-KS9 BNY Mellon 4030032 |
| 124-50 B | Insurance Policy, RFC, RASC 2004-KS9 BNY Mellon 4030033 |
| 124-52 | Insurance Policy, RFC, RASC 2005-EMX5 USB 5030153 |
| 124-54 | Insurance Policy, RFC, RASC 2007-EMX1 USB 7030010 |
| 124-56 | Insurance Policy, RFC, RFMSI 2005-S2 USB 5030006 |
| 124-58 | Insurance Policy, RFC, RFMSI 2005-S7 USB 5030142 |

The Honorable Martin Glenn
August 26, 2013
Page 4

| 124-60 A | Insurance Policy, RFC, RFMSII 2002-HS3 BNY Mellon 2030023 |
|---|---|
| 124-60 B | Insurance Policy, RFC, RFMSII 2002-HS3 BNY Mellon 2030024 |
| 124-62 A | Insurance Policy, RFC, RFMSII 2003-HS1 BNY Mellon 3030004 |
| 124-62 B | Insurance Policy, RFC, RFMSII 2003-HS1 BNY Mellon 3030005 |
| 124-64 | Insurance Policy, RFC, RFMSII 2003-HS2 BNY Mellon 3030017 |
| 124-66 | Insurance Policy, RFC, RFMSII 2004-HI2 BNY Mellon 4030015 |
| 124-68 | Insurance Policy, RFC, RFMSII 2004-HI3 BNY Mellon 4030034 |
| 124-70 A | Insurance Policy, RFC, RFMSII 2004-HS1 BNY Mellon 4030007 |
| 124-70 B | Insurance Policy, RFC, RFMSII 2004-HS1 BNY Mellon 4030008 |
| 124-72 | Insurance Policy, RFC, RFMSII 2004-HS3 BNY Mellon 4030035 |
| 124-74 | Insurance Policy, RFC, RFMSII 2005-HI1 BNY Mellon 5030001 |
| 124-76 A | Insurance Policy, RFC, RFMSII 2005-HS1 BNY Mellon 5030097 |
| 124-76 B | Insurance Policy, RFC, RFMSII 2005-HS1 BNY Mellon 5030098 |
| 124-78 A | Insurance Policy, RFC, RFMSII 2005-HS2 BNY Mellon 5030143 |
| 124-78 B | Insurance Policy, RFC, RFMSII 2005-HS2 BNY Mellon 5030146 |
| 124-80 A | Insurance Policy, RFC, RFMSII 2005-HSA1 BNY Mellon 5030160 |
| 124-80 B | Insurance Policy, RFC, RFMSII 2005-HSA1 BNY Mellon 5030161 |
| 124-82 | Insurance Policy, RFC, RFMSII 2006-HI2 BNY Mellon 6030063 |
| 124-84 | Insurance Policy, RFC, RFMSII 2006-HI3 BNY Mellon 6030087 |
| 124-86 | Insurance Policy, RFC, RFMSII 2006-HI4 BNY Mellon 6030113 |
| 124-88 | Insurance Policy, RFC, RFMSII 2006-HI5 USB 6030135 |
| 124-90 | Insurance Policy, RFC, RFMSII 2006-HSA1 BNY Mellon 6030003 |
| 124-92 A | Insurance Policy, RFC, RFMSII 2006-HSA2 BNY Mellon 6030026 |
| 124-92 B | Insurance Policy, RFC, RFMSII 2006-HSA2 BNY Mellon 6030022 |
| 124-94 | Insurance Policy, RFC, RFMSII 2007-HI1 |