**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re: Residential Capital, LLC                    Case No.:        12-12020
                                                   Chapter          11

               Debtor
-----------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Laird J. Heal, Esq., to be admitted, ***pro hac vice***, to represent Thomas James La Casse, (the "Client") in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Massachusetts and, if applicable, the bar of the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Laird J. Heal, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **September 4, 2013**

    New York, New York                        ____/s/ _Martin Glenn_____
                                              UNITED STATES BANKRUPTCY JUDGE