**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                               )

In re:                             )       Case No. 12-12020 (MG)
                               )

RESIDENTIAL CAPITAL, LLC, et al.,   )       Chapter 11
                               )

                 Debtors.      )       Jointly Administered
_____ )

### ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (FACIALLY DEFECTIVE AND TIME-BARRED SECURITIES CLAIMS)

Upon the tenth omnibus objection to claims, dated July 1, 2013 (the "Tenth Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors-in-possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Disputed Claims on the basis that each such claim is facially defective and is barred by applicable statutes of limitation and repose all as more fully described in the Tenth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Tenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Tenth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Tenth Omnibus Claims Objection having been provided, and it

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Tenth Omnibus Claims Objection.

appearing that no other or further notice need be provided; upon consideration of the Tenth

Omnibus Claims Objection and the *Declaration of Lewis Kruger in Support of the Debtors'*

*Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims)*,

annexed to the Tenth Omnibus Claims Objection as Exhibit 1; and the Court having found and

determined that the relief sought in the Tenth Omnibus Claims Objection is in the best interests

of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual

bases set forth in the Tenth Omnibus Claims Objection establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Tenth Omnibus Claims Objection is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit A annexed hereto (collectively, the "Disputed Claims") are disallowed and

expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and

noticing agent, is directed to disallow and expunge the Disputed Claims identified on the

schedule attached as Exhibit A hereto so that such claims are no longer maintained on the

Debtors' claims register; and it is further

ORDERED that the following matters relating to the Facially Defective and

Time-Barred Securities Claims shall be adjourned to the omnibus hearing scheduled for

September 11, 2013:

- Everest Reinsurance (Bermuda) Ltd. (Claim No. 3480);
- Everest International Reinsurance, Ltd. (Claim No. 3481);
- MetLife Inc. (Claim Nos. 5592 and 5601);
- MetLife Investors Insurance Company (Claim No. 5593);
- MetLife Alico Life Insurance K.K. (Claim No. 5651);

- MetLife Insurance Company of Connecticut (Claim Nos. 5661, 5664, 5669, 5672, 5676, 5679 and 5696);
- MetLife Investors USA Insurance Company (Claim Nos. 5681, 5687, 5689, 5691 and 5693);
  Metropolitan Life Insurance Company (Claim Nos. 5608, 5611, 5614, 5618, 5621, 5624, 5628, and 5598);
- Metropolitan Tower Life Insurance Company (Claims Nos. 5551, 5555, 5577, 5579, 5584, and 5586); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Tenth Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that all rights to object on any basis are expressly reserved with respect to any Disputed Claim listed on Exhibit A annexed hereto or any other claim not listed on Exhibit A; and it is further

ORDERED that this Order shall be a final order with respect to each of the Disputed Claims identified on Exhibit A, annexed hereto, as if each such Disputed Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**SO ORDERED:**

Dated:  September 4, 2013
        New York, New York

_____**/s/Martin Glenn**_____
MARTIN GLENN
United States Bankruptcy Judge

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 1 | Alea (Bermuda) Ltd.<br><br>c/o Alea North America Company<br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5118 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 2 | Alea (Bermuda) Ltd.<br><br>c/o Alea North America Company<br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5120 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 3 | Alea (Bermuda) Ltd.<br><br>c/o Alea North America Company<br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5121 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 4 | Alea (Bermuda) Ltd.<br><br>c/o Alea North America Company<br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5122 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 5 | Alea (Bermuda) Ltd.<br><br>c/o Alea North America Company<br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5125 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 6 | Alea (Bermuda) Ltd.<br><br>c/o Alea North America Company<br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5356 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 7 | Alea Holdings US Company<br><br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5107 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 8 | Alea Holdings US Company<br><br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5106 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 9 | Alea Holdings US Company<br><br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5109 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 10 | Alea North America Insurance Company<br><br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5111 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 11 | Alea North America Insurance Company<br><br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5114 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | Alea North America Insurance Company<br><br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5115 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 13 | Alea North America Insurance Company<br><br>Attn: Carl Speck<br>55 Capital Boulevard<br>Rocky Hill, CT 06067 | 5358 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 14 | Bayerische Landesbank<br><br>Attn: Vincent Dolan<br>560 Lexington Avenue<br>New York, NY 10022 | 5841 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$99,105,681.16 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 15 | Bayerische Landesbank<br><br>Attn: Vincent Dolan<br>560 Lexington Avenue<br>New York, NY 10022 | 5842 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$56,979,982.72 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| 16 | Bayerische Landesbank<br><br>Attn: Vincent Dolan<br>560 Lexington Avenue<br>New York, NY 10022 | 5843 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$116,502,827.16 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 17 | Bayerische Landesbank<br><br>Attn: Vincent Dolan<br>560 Lexington Avenue<br>New York, NY 10022 | 5845 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$126,594,341.78 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 18 | BlueMountain Credit Alternatives Master Fund LP<br><br>c/o Patton Hahn<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>420 20th St. N., Ste. 1400<br>Birmingham, AL 35203 | 4716 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 19 | BlueMountain Credit Alternatives Master Fund LP<br><br>c/o Patton Hahn<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>420 20th St. N., Ste. 1400<br>Birmingham, AL 35203 | 4717 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 20 | BlueMountain Credit Alternatives Master Fund LP<br><br>c/o Patton Hahn<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>420 20th St. N., Ste. 1400<br>Birmingham, AL 35203 | 4719 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 21 | BlueMountain Credit Alternatives Master Fund LP<br><br>c/o Patton Hahn<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>420 20th St. N., Ste. 1400<br>Birmingham, AL 35203 | 4721 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 22 | BlueMountain Credit Alternatives Master Fund LP<br><br>c/o Patton Hahn<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>420 20th St. N., Ste. 1400<br>Birmingham, AL 35203 | 4724 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 23 | Burroughs Wellcome Fund<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2822 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 24 | Diocese of Brooklyn Pension Plan Core Bond Portfolio<br><br>Attn: Thomas Granite<br>Cobble Hill Financial Services, Inc.<br>99 West Main Street, Suite 200<br>Moorestown, NJ 08057 | 3718 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$285.71 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 25 | Diocese of Brooklyn Pension Plan Core Bond Portfolio<br><br>Attn: Thomas Granite<br>Cobble Hill Financial Services, Inc.<br>99 West Main Street, Suite 200<br>Moorestown, NJ 08057 | 3721 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$11,930.96 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 26 | EFG Residential Mortgage Backed Fund Limited<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2825 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 27 | EFG Residential Mortgage Backed Fund Limited<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2837 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 28 | EFG Residential Mortgage Backed Fund Limited<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2842 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 29 | EFG Residential Mortgage Backed Fund Limited<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 4575 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 30 | EFG Residential Mortgage Backed Fund Limited<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 4582 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 31 | EFG Residential Mortgage Backed Fund Limited<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 4584 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 32 | Enterprise Bank of Florida<br><br>Patti Martin<br>3910 RCA Blvd. Suite 1001<br>Palm Beach Gardens, FL 33410 | 4830 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$124,506.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 33 | Enterprise Bank of Florida<br><br>Patti Martin<br>3910 RCA Blvd. Suite 1001<br>Palm Beach Gardens, FL 33410 | 4832 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$62,710.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 34 | FIF V MBS Holdings LLC<br><br>c/o Fortress Investments Group<br>Attn: John Morrissey<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5291 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 35 | FIF V MBS Holdings LLC<br><br>c/o Fortress Investments Group<br>Attn: John Morrissey<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5306 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 36 | FIF V MBS Holdings LLC<br><br>c/o Fortress Investments Group<br>Attn: John Morrissey<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5316 | 11/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 37 | FIF V MBS III Holdings LLC<br><br>c/o Fortress Investments Group<br>Attn: John Morrissey<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5310 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 38 | FIF V MBS III Holdings LLC<br><br>c/o Fortress Investments Group<br>Attn: John Morrissey<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5299 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 39 | FIF V MBS III Holdings LLC<br><br>c/o Fortress Investments Group<br>Attn: John Morrissey<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5307 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 40 | FIF V MBS III Holdings LLC<br><br>c/o Fortress Investments Group<br>Attn: John Morrissey<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5309 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 41 | General American Life Insurance Company<br><br>Attn: William Ding, Esq<br>10 Park Avenue<br>Morristown, New Jersey 07962 | 5630 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| 42 | General American Life Insurance Company<br><br>Attn: William Ding, Esq<br>10 Park Avenue<br>Morristown, New Jersey 07962 | 5633 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

6

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 43 | General American Life Insurance Company<br><br>Attn: William Ding, Esq<br>10 Park Avenue<br>Morristown, New Jersey 07962 | 5637 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 44 | General American Life Insurance Company<br><br>Attn: William Ding, Esq<br>10 Park Avenue<br>Morristown, New Jersey 07962 | 5640 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 45 | General American Life Insurance Company<br><br>Attn: William Ding, Esq<br>10 Park Avenue<br>Morristown, New Jersey 07962 | 5645 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 46 | General American Life Insurance Company<br><br>Attn: William Ding, Esq<br>10 Park Avenue<br>Morristown, New Jersey 07962 | 5648 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 47 | Hallmark Cards, Incorporated Master Trust<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2828 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 48 | Hallmark Cards, Incorporated Master Trust<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2843 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 49 | Hallmark Cards, Incorporated Master Trust<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2845 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 50 | Independence IV CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4271 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,000,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 51 | Independence IV CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4328 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$8,000,000.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 52 | Independence IV CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4343 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$8,000,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 53 | Independence IV CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4351 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$8,000,000.00 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 54 | Independence IV CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4275 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$8,000,000.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 55 | Independence V CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4255 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$13,746,296.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 56 | Independence V CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4280 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$18,622,500.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 57 | Independence V CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4333 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,920,000.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 58 | Independence V CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4344 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$19,765,993.00 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 59 | Independence V CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4347 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$18,622,500.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 60 | Independence V CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4352 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$18,622,500.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 61 | Independence VI CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4276 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,063,493.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 62 | Independence VI CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4334 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,063,493.00 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 63 | Independence VI CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4341 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,063,493.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|
| 64 Independence VI CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4342 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,063,493.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 65 Independence VII CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4247 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$20,507,296.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 66 Independence VII CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4299 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$29,149,599.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 67 Independence VII CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4326 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$55,156,402.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 68 Independence VII CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4330 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$26,006,803.00 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 69 Independence VII CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4332 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$55,156,402.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 70 Independence VII CDO, Ltd.<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4340 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$55,156,402.00 General Unsecured | Residential Capital, LLC | 12-12020 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

12-12020-mg    Doc 4932    Filed 09/04/13    Entered 09/04/13 13:23:17    Main Document
In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)
Pg 15 of 21

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|
| 71 Jane Street Global Trading, LLC<br><br>One New York Plaza, 33rd floor<br>New York, NY 10004 | 5292 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,000,000 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 72 JMG Capital Partners, LP<br><br>Noelle Newton<br>11601 Wilshire Blvd. Suite 1925<br>Los Angeles, CA 90025 | 4465 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$67,315.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 73 JMG Triton Offshore, Ltd<br><br>Noelle Newton<br>11601 Wilshire Blvd. Suite 1925<br>Los Angeles, CA 90025 | 4442 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$67,315.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 74 Michelin N.A., Inc. Master Trust<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 5528 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$674,095.16 General Unsecured | Residential Capital, LLC | 12-12020 |
| 75 Michelin N.A., Inc. Master Trust<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 5530 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$674,095.16 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 76 Michelin N.A., Inc. Master Trust<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 5533 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$674,095.16 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 77 Michelin N.A., Inc. Master Trust<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 5535 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$674,095.16 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

11

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 78 | Michelin N.A., Inc. Master Trust<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 5536 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$674,095.16 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 79 | Michelin N.A., Inc. Master Trust<br><br>Attn: Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 5540 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$674,095.16 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 80 | New England Life Insurance Company<br><br>Attn: William Ding, Esq.<br>10 Park Avenue<br>Morristown, New Jersey 07962 | 5595 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| 81 | Newcastle Investment Corp.<br><br>Attn: Randal Nardone<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5701 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 82 | Newcastle Investment Corp.<br><br>Attn: Randal Nardone<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5703 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 83 | Newcastle Investment Corp.<br><br>Attn: Randal Nardone<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5705 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 84 | Newcastle Investment Corp.<br><br>Attn: Randal Nardone<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | 5708 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 85 | Partners in Prophet Ltd<br><br>Prophet Capital Asset Management, LP<br>5000 Plaza On The Lake, Suite 180<br>Austin, Texas 78746 | 4837 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$22,790,584.65 General Unsecured | Residential Capital, LLC | 12-12020 |
| 86 | PCM Provident Agency Master Fund LP<br><br>14601 27th Ave. N. Suite 102<br>Plymouth, MN 55447 | 5526 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,188,515.80 General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | Pine Mountain CDO Ltd.<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2840 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 88 | Prophet Opportunity Partners, LP<br><br>Prophet Capital Asset Management, LP<br>5000 Plaza On The Lake, Suite 180<br>Austin, Texas 78746 | 4838 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,166,867.28 General Unsecured | Residential Capital, LLC | 12-12020 |
| 89 | Senior Health Insurance Company of Pennsylvania<br><br>Attn: Paul Lorentz, SVP, Finance<br>1289 City Center Drive, Suite 200<br>Carmel, IN 46032 | 5655 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$23,601,212.04 General Unsecured | Residential Capital, LLC | 12-12020 |
| 90 | Serengeti Opportunities MM LP<br><br>c/o Serengeti Asset Management LP<br>Attn: Marc Baum<br>632 Broadway, 12th Floor<br>New York, NY 10012 | 5265 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 91 | Serengeti Opportunities MM LP<br><br>c/o Serengeti Asset Management LP<br>Attn: Marc Baum<br>632 Broadway, 12th Floor<br>New York, NY 10012 | 5600 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 92 | Smith Breeden Securitized Credit Opportunities Master Ltd.<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2831 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 93 | Smith Breeden Short Duration Ltd.<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2833 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 94 | State Board of Administration of Florida<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2827 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 95 | Stonebridge Life Insurance Company<br><br>Attn: Paul Lorentz, SVP, Finance<br>1289 City Center Drive, Suite 200<br>Carmel, IN 46032 | 5675 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,729,074.30 General Unsecured | Residential Capital, LLC | 12-12020 |
| 96 | Straits Global ABS CDO I, Ltd.<br><br>Attn: Mathew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4304 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 97 | Straits Global ABS CDO I, Ltd.<br><br>Attn: Mathew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4345 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,157,413.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 98 | Straits Global ABS CDO I, Ltd.<br><br>Attn: Mathew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4346 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,157,413.00 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 99 | Straits Global ABS CDO I, Ltd.<br><br>Attn: Mathew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4348 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,157,413.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 100 | Straits Global ABS CDO I, Ltd.<br><br>Attn: Mathew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4349 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,157,413.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 101 | Straits Global ABS CDO I, Ltd.<br><br>Attn: Mathew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave.<br>New York, NY 10017 | 4350 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,157,413.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 102 | TCT FEDERAL CREDIT UNION<br><br>416 Federal Credit Union<br>Ballston Spa, NY 12012 | 2888 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$199,350.00 Secured<br>$0.00 Priority<br>$50,196.85 General Unsecured | Residential Capital, LLC | 12-12020 |
| 103 | TIFF Keystone Fund, L.P.<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2834 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 104 | TIFF Multi Asset Fund (Smith Breeden Securitized Credit Opp. High Alpha Account)<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2836 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|
| 105 Tom Huston Jr Trustee of Revocable Trust UAD 8-2-1982<br><br>Tom Huston Jr.<br>1121 Madruga Ave #401<br>Coral Gables, FL 33146 | 4639 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$6,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| 106 Underlying Funds Trust, on behalf of its series Relative Value<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2830 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 107 Underlying Funds Trust, on behalf of its series Relative Value<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2838 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 108 Unisys Master Trust<br><br>c/o Smith Breeden Associates, Inc.<br>280 South Mangum Street, Suite 301<br>Durham, NC 27701 | 2841 | 11/9/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 109 University of Minnesota Foundation<br><br>c/o Fortress Mortgage Portfolio Strategies Advisors LLC<br>Attn: John Morrissey<br>1345 Ave of the Americas, 23rd Floor<br>New York, NY 10105 | 5126 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 110 University of Minnesota Foundation<br><br>c/o Fortress Mortgage Portfolio Strategies Advisors LLC<br>Attn: John Morrissey<br>1345 Ave of the Americas, 23rd Floor<br>New York, NY 10105 | 5127 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed

16

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Case Number[1] |
|---|---|---|---|---|---|---|
| 111 | University of Minnesota Foundation<br><br>c/o Fortress Mortgage Portfolio Strategies Advisors LLC<br>Attn: John Morrissey<br>1345 Ave of the Americas, 23rd Floor<br>New York, NY 10105 | 5128 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 112 | University of Minnesota Foundation<br><br>c/o Fortress Mortgage Portfolio Strategies Advisors LLC<br>Attn: John Morrissey<br>1345 Ave of the Americas, 23rd Floor<br>New York, NY 10105 | 5129 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |

[1] Upon Debtors' review of the Disputed Claims, it appears that certain claimants asserted an incorrect case number.  Exhibit A reflects the case number that corresponds with the Debtor against whom such claim was filed