**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------
                                         )
In re:                                   )    Case No. 12-12020 (MG)
                                         )
RESIDENTIAL CAPITAL, LLC, et al.,        )    Chapter 11
                                         )
                    Debtors.             )    Jointly Administered
                                         )
---------------------------------------------------
```

**ORDER GRANTING DEBTORS' ELEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (MISCLASSIFIED CLAIMS)**

Upon the eleventh omnibus claims objection, dated July 3, 2013 (the "Eleventh Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), reclassifying the Misclassified Claims to reflect their proper classification as general unsecured claims, all as more fully described in the Eleventh Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Eleventh Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Eleventh Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Eleventh Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Eleventh Omnibus Claims Objection.

provided; and upon consideration of the Eleventh Omnibus Claims Objection and the Declaration of Deanna Horst in Support of Debtors' Eleventh Omnibus Objection to Claims (Misclassified Claims), annexed to the Objection as <u>Exhibit 1</u>; and the Court having found and determined that the relief sought in the Eleventh Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Eleventh Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Eleventh Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that each Misclassified Claim listed on <u>Exhibit A</u> annexed hereto is hereby reclassified as a general unsecured non-priority claim as indicated on <u>Exhibit A</u>; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to reclassify the Misclassified Claims identified on the schedule annexed as <u>Exhibit A</u> hereto pursuant to this Order; and it is further

ORDERED that the Eleventh Omnibus Claims Objection solely as it relates to the claim filed by B. Fischer Construction, LLC (Claim No. 2563) has been adjourned to the omnibus hearing scheduled for September 11, 2013; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Eleventh Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket

No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Misclassified Claims that are reclassified pursuant to this Order, all rights to object on any basis are expressly reserved with respect to such reclassified claims as listed on Exhibit A annexed to this Order, and the Debtors' and all parties in interests' rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Misclassified Claims identified on Exhibit A, annexed hereto, as if each such Misclassified Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**SO ORDERED:**

Dated:  September 4, 2013
         New York, New York

                                    /s/Martin Glenn
                                    MARTIN GLENN
                                    United States Bankruptcy Judge

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

ELEVENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| 1 | AIRCASTLE MORTGAGE SERVICES LLC<br>2340 MISTLETOE BLVD<br>PO BOX 106<br>FORT WORTH, TX 76110 | 4201 | 11/09/2012 | $2,920.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,920.00 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 2 | ALL PRO ROOFING INC<br>2502 W 45TH<br>AMARILLO, TX 79110 | 1549 | 10/23/2012 | $1,166.65 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,166.65 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 3 | ASSOCIATED APPRAISERS OF BROWN<br>1337 BENJAMIN CT<br>GREEN BAY, WI 54311 | 6271 | 11/09/2012 | $400.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$400.00 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 4 | BEVERLY GROUP INC<br>660 4TH STREET<br>STE 116<br>SAN FRANCISCO, CA 94107 | 2206 | 11/05/2012 | $7,500.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$7,500.00 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 5 | C B PANORAMA REALTY INC<br>1204 E MAIN ST<br>PO BOX 148<br>LURAY, VA 22835 | 1558 | 10/23/2012 | $1,618.20 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,618.20 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 6 | CITY OF PUNTA GORDA<br>BILLING AND COLLECTION DIVISION<br>126 HARVEY ST<br>PUNTA GORDA, FL 33950-3615 | 1475 | 10/22/2012 | $106.09 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$106.09 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 7 | CITY OF PUNTA GORDA<br>BILLING AND COLLECTION DIVISION<br>126 HARVEY ST<br>PUNTA GORDA, FL 33950-3615 | 1476 | 10/22/2012 | $68.17 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$68.17 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

ELEVENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | GARY KURON REAL ESTATE APPRAISER<br>4645 AIRPORT ROAD<br>NEWPORT, VT 05855 | 545 | 09/17/2012 | $550.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$550.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 9 | GLOVER & DAHNK - PRIMARY<br>1103 Princess Anne St<br>P.O. Box 207<br>Fredericksburg, VA 22404 | 675 | 09/24/2012 | $2,485.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,485.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 10 | HOPE REALTY<br>720 E 3RD ST<br>HOPE, AR 71801 | 926 | 10/02/2012 | $200.00<br>$0.00<br>$0.00<br>$0.00<br>$200.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$400.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 11 | J AND S APPRAISAL SERVICES<br>4615 PINERIDGE DR S<br>MOBILE, AL 36613 | 4206 | 11/09/2012 | $850.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$850.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 12 | Jose B. Rodriguez<br>Beroz Construction Services<br>14140 SW 151 Ct<br>Miami, FL 33196 | 2256 | 11/05/2012 | $13,047.31<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,047.31 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 13 | KESHA JONES AND JONES BUILDING MAINTENANCE<br>29 HARDY PLACE RD<br>JOHNSTON, SC 29832-2631 | 622 | 09/21/2012 | $2,000.00<br>$0.00<br>$0.00<br>$0.00<br>$1,600.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,600.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 14 | LA BUENA VIDA ESTATES<br>21448 N 75TH AVE STE 6<br>GLENDALE, AZ 85308 | 544 | 09/17/2012 | $380.16<br>$0.00<br>$0.00<br>$0.00<br>$25.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$405.16 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

ELEVENTH OMNIBUS OBJECTION - RECLASSIFY / MISCLASSIFIED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| 15 | MARINELLI APPRAISAL & REAL PROP SVC<br>152 E 41ST ST<br>ERIE, PA 16504-2008 | 1374 | 10/18/2012 | $1,400.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,400.00 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 16 | SHEBOYGAN WATER UTILITIY<br>72 PARK AVE<br>SHEBOYGAN, WI 53081-2958 | 940 | 10/04/2012 | $48.53 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$48.53 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 17 | TOTAL AIR TECH<br>13235 W HART ST<br>WADSWORTH, IL 60083 | 4545 | 11/13/2012 | $7,745.50 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$7,745.50 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |
| 18 | TRAINING PRO<br>11350 MCCORMICK RD<br>EXECUTIVE PLZ III<br>HUNT VALLEY, MD 21031 | 550 | 09/18/2012 | $1,195.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,583.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,778.00 General Unsecured | Claimant improperly assert(s) a security interest and/or priority claim(s) against the Debtors. |