**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

---------------------------------------------------------------

## ORDER GRANTING DEBTORS' EIGHTEENTH
## OMNIBUS OBJECTION TO CLAIMS
## (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

Upon the eighteenth omnibus claims objection, dated July 3, 2013 (the "Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Insufficient Documentation Claims on the grounds that each Insufficient Documentation Claim lacks sufficient supporting documentation as to its validity and amount and has no basis in the Debtors' books and records, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the Objection and the Declaration of Deanna Horst, the Declaration of Norman S. Rosenbaum, and the Declaration of Robert D. Nosek, annexed to the Objection as Exhibits 1-3, respectively; the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that each Insufficient Documentation Claim listed on Exhibit A annexed hereto is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the Insufficient Documentation Claims identified on the schedule annexed as Exhibit A hereto pursuant to this Order; and it is further

ORDERED that the following matters relating to the Insufficient Documentation Claims shall be adjourned to the omnibus hearing scheduled for September 11, 2013:

- Brian Edmond Bath (Claim No. 1138); and
- Ailette Cornelius (Claim No. 5286); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Rules are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on <u>Exhibit A</u> annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim that is not listed on <u>Exhibit A</u> annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Insufficient Documentation Claims identified on <u>Exhibit A</u>, annexed hereto, as if each such Insufficient Documentation Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**SO ORDERED:**

Dated:  September 4, 2013
        New York, New York

_____ **/s/Martin Glenn** _____
MARTIN GLENN
United States Bankruptcy Judge

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | ADAM FERTIG<br>STACY KROUN-FERTIG<br>17110 35 AV<br>FLUSHING, NY 11358 | 473 | 09/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | AHOC LLC<br>519 SCOTT ST<br>BALTIMORE, MD 21230 | 1006 | 10/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | Alberta & Randle Mathis<br>800 North 64th Street<br>Philadelphia, PA 19151 | 4126 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Albina Tikhonov - Legal Holder of Paramount Interest (Secured Party Creditor)<br>14713 Valleyheart Drive<br>Sherman Oaks, CA 91403 | 1341 | 10/15/2012 | $0.00<br>$0.00<br>$950,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Alfred D Evans<br>15080 Alexandria Street<br>Adelanto, CA 92301 | 1482 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$36,809.37 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Alfred, Dionne<br>DIONNE ALFRED, CHARLES WILLIAMS & JANICE KELLY VS<br>GREENPOINT MRTG MERS GMAC MRTG ETS SVCS, LLC US<br>BANKS NA ARICO & ET AL<br>1414 1/2 West 132nd Street<br>Gardena, CA 90249 | 4559 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Alice Cole<br>1151 W. 65th St.<br>Los Angeles, CA 90044 | 1308 | 10/16/2012 | $250,702.86<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Alicia Sandoval<br>816 W Ivanhoe St<br>Chandler, AZ 85225 | 3694 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$39,900.65 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | Allan N. Lowy<br>Allan N. Lowy & Assoc, APLC<br>5850 W. 3rd Street #268<br>Los Angeles, CA 90036 | 1317 | 10/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,350,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 10 | ANDREA C. IRONS<br>165 MIDDLING LN<br>FAYETTEVILLE, GA 30214-3768 | 3883 | 11/09/2012 | $0.00<br>$0.00<br>$23,550.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | ANDREW CHAMBLISS JR<br>LUCILLE B CHAMBLISS<br>1977 RENFROE ROAD<br>UNION SPRINGS, AL 36089 | 1388 | 10/19/2012 | $0.00<br>$0.00<br>$13,268.34<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | Andrew D. Page<br>16 Regwill Ave<br>Wenham, MA 01984 | 1319 | 10/16/2012 | $460.43<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | Angelo Bradley<br>2705 East 75th Place<br>Chicago, IL 60643-4311 | 3700 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | Anita & Stephen Bencivengo<br>555 W. Butler Pike<br>Ambler , PA 19002 | 3804 | 11/08/2012 | UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | Ann E Meraw<br>848 N Rainbow Blvd #2955<br>Las Vegas, NV 89107 | 3716 | 11/07/2012 | $315,509.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | Annabelle Stone<br>3747 Hillside Lane<br>Salt Lake City, UT 84109 | 1659 | 10/24/2012 | $0.00<br>$0.00<br>$400,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 17 | Annette Sciarra<br>1674 Cameron Dr<br>Lemon Grove, CA 91945 | 4652 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | Anthony B & Margaret Schuette<br>1135 Aubuchon<br>Florissant, MO 63031 | 4636 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$137,672.78 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 19 | ANTHONY GRIFFIN<br>4007 ALAMO DR<br>MANSFIELD, TX 76063 | 939 | 10/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$135,294.26 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 20 | ANTHONY K. SIBIK<br>JAMIE I. SIBIK<br>513 MONTICELLO DR<br>DELMONT, PA 15626 | 582 | 09/20/2012 | $0.00<br>$0.00<br>$11,500.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | Anthony McGlown 7306 Patsy Circle N. Memphis, TN 38125 | 1333 | 10/19/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | ANTHONY N PIZZELLA CINDY A PIZZELLA 3174 HEWLETT AVE MERRICK, NY 11566 | 474 | 09/13/2012 | $100,000.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 23 | Anthony Paul Arnold 3438 North 55th Street Kansas City, KS 66104 | 2550 | 11/06/2012 | $62,400.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | Antionette Muhammad 2339 Princess Crt #24 Warren, MI 48091-9101 | 2135 | 11/02/2012 | $0.00 $0.00 $16,900.00 $73,750.58 $78,750.58 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | Antonia L Salyer 91 Laken Dr Watsonville, CA 95076 | 4213 | 11/09/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | Antonio Gonzalez and Eva Gonzalez c/o Nick Pacheco Law Group, APC 15501 San Fernando Mission Boulevard, Ste. 110 Mission Hills, CA 91345 | 5582 | 11/16/2012 | $0.00 $0.00 $181,350.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 27 | Arleen Irvin 2345 Hanning Ave Altadena, CA 91001 | 2537 | 11/06/2012 | $0.00 $0.00 $65,107.14 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | Arleen Irvin 2345 Hanning Ave Altadena, CA 91001 | 2595 | 11/06/2012 | $0.00 $0.00 $85,617.86 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | Arndola Johnson or Mansa Bey 15375 Washburn Detroit, MI 48238 | 4619 | 11/13/2012 | $0.00 $0.00 $0.00 $2,600.00 $22,400.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | Awadalla, Steve PO Box 70176 Los Angeles, CA 90070 | 4140 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $76,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | B J CORNER LPA<br>5918 SHARON WOODS BLVD<br>COLUMBUS, OH 43229 | 754 | 09/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 32 | Bakari L. Jefferson<br>Law Office of David Rogers<br>1201 Spyglass Drive<br>Suite 100<br>Austin, TX 78746 | 5377 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$40,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 33 | BANK OF NEW YORK MELLON, ET AL.<br>VERTA C. GUYNES<br>GUYNES -- VERTA C GUYNES V THE BANK OF NY MELLON FKA<br>THE BANK OF NEW YORK<br>AS TRUSTEE FOR THE HOLDERS OF TRHE GE-WMC AS ET AL<br>1308 E COLORADO BLVD, #341 | 2151 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,314,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 34 | Barbara Grady<br>1310 Stonewood Court<br>San Pedro , CA 90732 | 3563 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 35 | Barbara Hamby<br>4219 Mad Anthony St<br>Cincinnati, OH 45223 | 1431 | 10/19/2012 | $0.00<br>$0.00<br>$78,709.43<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | Barbara J McKinney and John McKinney<br>5808 Holston Drive<br>Knoxville, TN 37924 | 1152 | 10/10/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 37 | Barbara L. Schwedel, Don Schwedel<br>Barbara L. + Don Schwedel<br>8 Oxford Road<br>Colonia, NJ 07067 | 1396 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$226.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 38 | Barbara Reeter<br>31915 Sandra Lane<br>Westland, MI 48185 | 1002 | 10/05/2012 | $0.00<br>$0.00<br>$119,391.91<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 39 | Bernard Coleman<br>101 Ann Ave<br>Dover , DE 19904 | 1737 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 40 | Bessie M Wilder<br>1800 W Fairmount Ave<br>Milwaukee, WI 53209 | 1133 | 10/10/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 41 | BETTIE A HINES AND ANDRONICUS T<br>901 HILL RIDGE DR<br>FOUSE AND BUILDING COMPANY NO7<br>ANTIOCH, TN 37013 | 950 | 10/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$148,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 42 | Beverly A. Blake<br>210 C.L. Bradford St.<br>Pineville, LA 71360 | 1243 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 43 | Beverly Booker<br>3818 Hamilton Avenue<br>Dallas, TX 75210 | 1861 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$42,399.46 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 44 | Bill F. Cook & Sandra E. Cook<br>6919 Gunder Ave<br>Middle River, MD 21220 | 1989 | 10/30/2012 | $199,306.07<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 45 | BLUTCHER, MARY<br>1928 13TH ST<br>BESSEMER, AL 35020 | 941 | 10/04/2012 | $0.00<br>$0.00<br>$0.00<br>$27,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | Bob Allen<br>20941 Paseo Nogal<br>Lake Forest, CA 92630 | 991 | 10/05/2012 | $78,610.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 47 | Bobby A. and Charlotte G. Rains<br>2800 Braden Ave. #102<br>Modesto, CA 95356 | 2213 | 11/05/2012 | $0.00<br>$0.00<br>$63,096.56<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 48 | Bogdan Nykiel and Patrycja Nykiel<br>Jonathan Koyn<br>1038 Sterling Avenue, Suite 217<br>Flossmoor, IL 60422 | 4141 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 49 | Bradley K. Butler & Janice M. Butler<br>c/o Zuzolo Law Offices, LLC<br>700 Youngstown Warren Road<br>Niles, OH 44446 | 5588 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 50 | BRADSHAW, EARNESTINE<br>AND ALL TECH CONSTRUCTION<br>1361 MALLORY<br>MEMPHIS, TN 38106 | 784 | 09/27/2012 | $0.00<br>$0.00<br>$115,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 51 | BRENDAN F LINNANE ATT AT LAW<br>636 W YALE ST<br>ORLANDO, FL 32804 | 631 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 52 | Brent Coon & Associates<br>Colvin - Amelia Colvin vs. Homecomings Financial, LLC<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 4432 | 11/09/2012 | $6,000,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 53 | BRIAN E. CLIFTON<br>MARY B. CLIFTON<br>960 W HERMOSA DRIVE<br>TEMPE, AZ 85282 | 2566 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 54 | BROWN, JAMES D<br>PO BOX 7256<br>MORENO VALLEY, CA 92552 | 584 | 09/20/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 55 | Bruce M Murray<br>9 Beck Street<br>Winslow, ME 04901 | 1269 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 56 | Bruce R. Farley & Janet E. Farley<br>7918 El Cajon Blvd Ste N<br>La Mesa, CA 91942-6710 | 4147 | 11/09/2012 | $1,132.67<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 57 | Bryan Kik<br>1135 Arianna St NW<br>Grand Rapids, MI 49504 | 3604 | 11/08/2012 | $0.00<br>$0.00<br>$21,895.56<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 58 | Bryant Carroll<br>26 E 100 Street<br>Chicago, IL 60628 | 2676 | 11/06/2012 | $0.00<br>$0.00<br>$124,772.54<br>$0.00<br>$48,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 59 | BURGE, VIVIEN T<br>114 JACQUELINE DR<br>HAVELOCK, NC 28532 | 2183 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 60 | CALVIN AND LINDA MOTT<br>504 S SECOND ST<br>WEEKS AND SON CONSTRUCTION<br>GLENWOOD, GA 30445 | 858 | 09/28/2012 | $0.00<br>$0.00<br>$46,657.97<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 61 | Carlos Muriel<br>5710 NW 63rd Pl<br>Parkland, FL 33067 | 1087 | 10/09/2012 | $0.00<br>$0.00<br>$65,459.29<br>$7,895.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 62 | Carol Crites<br>6815 Ford Crest Road<br>Baltimore, MD 21237 | 4553 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 63 | Carolyn Martin<br>7157 N 19th Street<br>Philadelphia, PA 19126 | 1461 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 64 | Carr, Katrina D & Robinson, Rosie M<br>1937 West County Line Road<br>Jackson, MS 39213 | 1174 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 65 | Carrie and Timothy Jenkins<br>2332 Ridgewood Drive<br>Wheelersburg, OH 45694 | 2128 | 11/02/2012 | $0.00<br>$0.00<br>$96,000.00<br>$0.00<br>$62,826.95 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 66 | CARSON, JOEL L<br>3428 NW 69TH ST<br>OKLAHOMA CITY, OK 73116-2143 | 559 | 09/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 67 | Cassandra and Bernard Gray<br>c/o Rochelle Sparko, Esq.<br>North Carolina Justice Center<br>P.O. Box 28068<br>Raleigh, NC 27611 | 205 | 06/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 68 | Chaim Oami, an individual<br>2288 Fox Hound Parkway<br>Marietta, GA 30062-6328 | 1864 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 69 | Chaim Oami, an individual<br>2288 Fox Hound Parkway<br>Marietta, GA 30062-6328 | 1865 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 70 | Chaim Oami, an individual<br>2288 Fox Hound Parkway<br>Marietta, GA 30062-6328 | 1866 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 71 | Chanee Lucas<br>7800 South Constance Avenue<br>Chicago, IL 60649 | 2756 | 11/06/2012 | $0.00<br>$0.00<br>$90,000.00<br>$0.00<br>$150,767.92 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 72 | Charles & Shannon Osborne<br>7240 Beech Grove Rd<br>Martinsville, IN 46151 | 4164 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 73 | Charles A. Gaines-Hager<br>2 Fitzwater Road<br>Port Wentworth, GA 31407 | 2519 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$254,207.24 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 74 | Charles and Elaine Kosich<br>706 Harvey Ave<br>Daytona Beach, FL 32118 | 2411 | 11/06/2012 | $169,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 75 | Charles Avery<br>Charles Avery<br>1017 Edanruth Ave.<br>La Puente , CA 91746 | 2008 | 10/31/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 76 | CHARLES G PICKENS AND SANDRAL PICKENS 2113 FAIRFIELD AVE FAIRFIELD, CA 94533 | 889 | 10/01/2012 | $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 77 | Charlie & Bernice Carter 416 Hickory Ridge Rd, Columbia, SC 29209 | 1403 | 10/18/2012 | $0.00 $0.00 $60,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 78 | Chemarko Matthews 5049A Ott Road Fort Sill, OK 73503 | 3627 | 11/08/2012 | $0.00 $0.00 $147,181.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 79 | Cheng K. Hsu 143-55 41 Ave #3N Flushing, NY 11355 | 510 | 09/17/2012 | $0.00 $0.00 $0.00 $0.00 $5,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 80 | CHRISTIAN U ANYIAM ATT AT LAW 505 N ARROWHEAD AVE STE 408 SAN BERNARDINO, CA 92401 | 4485 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 $300,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 81 | Christopher J. Cura<br>4853 Burton Lane<br>Denver, NC 28037 | 1382 | 10/18/2012 | $187,580.67<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 82 | Christopher Lusher<br>9603 Somerford Ct<br>Louisville, KY 40242 | 1529 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$768.61 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 83 | Claudia Moreau<br>Keith G. Tatarelli<br>1800 Crooks Road, Suite C<br>Troy, MI 48084 | 4369 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$106,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 84 | Coleen M. Chambers<br>1002 Gleason Dr.<br>McDonough, GA 30252 | 1226 | 10/15/2012 | $0.00<br>$0.00<br>$111,866.84<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 85 | Corey Cooper<br>327 Robinhood Rd<br>Covington, LA 70433 | 1197 | 10/12/2012 | $0.00<br>$0.00<br>$160,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 86 | Cornelia Sangeap<br>66-43 Burns St<br>Rego Park, NY 11374 | 509 | 09/17/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | Curtis And Heidi Rodriguez<br>Curtis Rodriguez<br>1012 Hoover Ave<br>Los Banos , CA 93635 | 3656 | 11/08/2012 | $175,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 88 | CYNTHIA A MENGES<br>11628 KINGS ARMS LANE<br>LAS VEGAS, NV 89138 | 1692 | 10/26/2012 | $0.00<br>$0.00<br>$78,899.57<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 89 | CYNTHIA A MENGES<br>11628 KINGS ARMS LANE<br>LAS VEGAS, NV 89138 | 1694 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,136.60 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 90 | Cynthia Booth<br>Stephen P Milstrey<br>4735 Mangrove Dr<br>Dublin, CA 94568 | 5995 | 11/15/2012 | $0.00<br>$0.00<br>$36,450.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 91 | Cynthia K. Dawson - William D. Dawson 6509 Foxfire Road Wadmalaw Island, S.C. 29487 | 1674 | 10/25/2012 | $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 92 | CYNTHIA SMALLWOOD 117 E BLUEMONT ST GRAFTON, WV 26354-1205 | 2476 | 11/06/2012 | $0.00 $0.00 $60,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 93 | DALE WOOTTON ATT AT LAW 5306 JUNIUS MUNGER SQUARE CTR DALLAS, TX 75214 | 4487 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 94 | Daniel D Goga & Linda S Goga 6875 Balmoral Terrace Clarkston, MI 48346 | 1409 | 10/19/2012 | $0.00 $0.00 $140,000.00 $0.00 $90.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 95 | Daniel J. and Ellyn Bucciarelli 6 Dara Circle Broomall, PA 19008 | 1110 | 10/10/2012 | $0.00 $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 96 | DANIEL K. DOELGER<br>JOAN M. DOELGER<br>17716 GREYSTONE TERRANCE<br>CHESTERFIELD, MO 63005 | 780 | 09/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$18,724.81 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 97 | Daniel P Ellsworth<br>7445 W Kiowa Ln.<br>Palos Heights, IL 60463 | 1209 | 10/15/2012 | $0.00<br>$0.00<br>$257,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 98 | DANIEL TURPIN<br>2550 W LAKE AVE UNIT A<br>GLENVIEW, IL 60026-8059 | 4703 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 99 | DANNY & LAURS DEAVER<br>13508 AUBURN LN<br>EDMOND, OK 73013-5683 | 4617 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 100 | Daphne C Getz<br>7056 Glen Arbor Dr<br>Florence, KY 41042 | 1490 | 10/22/2012 | $0.00<br>$0.00<br>$284,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 101 | Darrell L. Calhoun and/or Alma T.Calhoun<br>2716 North 32nd Street<br>Boise, ID 83703 | 4436 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$133,441.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 102 | Darrell Wright<br>810 63rd Avenue<br>Meridian, MS 39307 | 4163 | 11/09/2012 | $0.00<br>$0.00<br>$72,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 103 | Daryl & Ulie Brandon<br>22717 149th Ave E<br>Graham, WA 98338 | 2420 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$163,342.36<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 104 | DAVENPORT CASSANDRA, DENNIS<br>1260 WAXHAW DR<br>DAVENPORT AND LEON MAYS SR<br>GREENVILLE, MS 38703 | 942 | 10/04/2012 | $0.00<br>$0.00<br>$65,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 105 | David A & Elizabeth A Horba<br>3916 S. Arlington Road #1305<br>Uniontown, OH 44685 | 1480 | 10/22/2012 | $197,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 106 | David A. Fischer and Vonda L. Fischer<br>Collier Law Office<br>12 Austin St<br>Vermillion, SD 57069 | 769 | 09/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,504.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 107 | David B. Kirkland and Wayne S. Feehan<br>114 W. LeMoyne Parkway<br>Oak Park, IL 60302-1120 | 1483 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 108 | David Chin<br>255 E. Temple Street, Suite 1273<br>Los Angeles, CA 90012 | 1283 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$3,011.13<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 109 | David Chin<br>255 E. Temple Street, Suite 1273<br>Los Angeles, CA 90012 | 1305 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$3,011.13<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 110 | David L. Jackson<br>663 Voelker Ave<br>Euclid , OH 44123 | 1346 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$35,847.48 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 111 | David L. Mundshau<br>S24W22851 Morningside Drive<br>Waukesha, WI 53186 | 2876 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$2,244.63<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 112 | David Ogbuaku<br>28975 Beechnut St.<br>Inkster, MI 48141 | 1112 | 10/10/2012 | $0.00<br>$0.00<br>$90,004.51<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 113 | David Reiniger<br>9281 Cellini Avenue<br>Garden Grove, CA 92841 | 3787 | 11/08/2012 | $1,239.75<br>$0.00<br>$364,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 114 | David T. Mucha<br>601 Prairie St<br>Northfield, MN 55057-2638 | 1580 | 10/24/2012 | $0.00<br>$0.00<br>$31,504.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 115 | David T. Mucha<br>601 Prairie St<br>Northfield, MN 55057-2638 | 1581 | 10/24/2012 | $0.00<br>$0.00<br>$250,912.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 116 | David W Shuell<br>3043 S Mill Iron Rd<br>Muskegon, MI 49444 | 1354 | 10/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$34,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 117 | David W. Davenport and Lilian H. Davenport<br>Samuel J. Webster, Esq., Counsel for David W. Davenport and<br>Lilian H. Davenport<br>Willcox & Savage, P.C.<br>400 Monticello Avenue, Suite 2200<br>Norfolk, VA 23510 | 2867 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,327.75 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 118 | DEANA L DRAIN<br>PO BOX 1107<br>ELKINS, WV 26241 | 911 | 10/01/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 119 | Deborah J Turner<br>PO Box 1018<br>Sullivan, MO 63080 | 2068 | 10/31/2012 | $168,743.24<br>$0.00<br>$135,000.00<br>$168,743.24<br>$33,743.24 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 120 | Deborah J Turner<br>PO Box 1018<br>Sullivan, MO 63080 | 2069 | 10/31/2012 | $168,743.24<br>$0.00<br>$135,000.00<br>$168,743.24<br>$33,743.24 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 121 | Deborah J Turner & Mid Missouri Roofing<br>PO Box 1018<br>1107 Highway WW<br>Sullivan, MO 63080 | 2061 | 10/31/2012 | $13,142.99<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 122 | Deborah J Turner & Mid Missouri Roofing<br>PO Box 1018<br>Sullivan, MO 63080 | 2066 | 10/31/2012 | $13,142.99<br>$0.00<br>$13,142.99<br>$13,142.99<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 123 | Delanda A. Benton<br>1002 Park St.<br>Troy, AL 36081 | 2149 | 11/05/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 124 | Dennis & Carla Bitters<br>969 Tornell Drive<br>Ripon, CA 95366 | 4541 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 125 | Derek and Susan Morris<br>745 Plumosa Avenue<br>Vista, CA 92081 | 1677 | 10/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 126 | Desiree M. Mahone Brooks<br>2402 W. 67th Street<br>Indianapolis, IN 46268 | 4218 | 11/09/2012 | $0.00<br>$0.00<br>$96,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 127 | Desiree Morgan<br>609 Cavern Springs<br>Statham, GA 30666 | 4536 | 11/13/2012 | $36,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 128 | Diane Martin<br>403 Grosvenor Place<br>Chicago Heights, IL 60411-1827 | 4236 | 11/09/2012 | $0.00<br>$0.00<br>$122,249.07<br>$0.00<br>$7,750.93 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 129 | Dianne Barnes<br>1194 Lawrence<br>Detroit, MI 48202 | 3754 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 130 | Dina Fowler<br>31210 Strawberry Tree Lane<br>Temecula, CA 92592 | 3508 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 131 | Donald E. & Kathryn L. Bernardo<br>364 Bell Street<br>Chagrin Falls, OH 44022 | 1254 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$226,492.76 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 132 | Donald K. Simpson<br>995 Finnsbury Drive<br>Roswell, GA 30075 | 1202 | 10/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$230,376.04 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 133 | Donald R and Mary J. Gaskin<br>19601 Crystal Spring Court<br>Santa Clarita, CA 91321-2136 | 1386 | 10/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$369,177.55 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 134 | Donna Andrus<br>500 N. Osceola Avenue, Ph-e<br>Clearwater, FL 33755 | 1348 | 10/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,600.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 135 | Donna Andrus<br>500 N. Osceola Avenue, Ph-e<br>Clearwater, FL 33755 | 1355 | 10/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,550.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 136 | Donyawn Collins<br>101 Bennett Lake Road<br>Monroe, LA 71202 | 4162 | 11/09/2012 | $69,648.95<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 137 | Doris K Prewitt<br>660 Old Hwy 125<br>Bolivar, TN 38008 | 4576 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 138 | DRIGGERS, FRANKIE A<br>3071 TORRINGTON ROAD<br>LAURENS, SC 29360 | 883 | 10/01/2012 | $0.00<br>$0.00<br>$152,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 139 | Dwayne Haigler<br>204 Northbrook Court<br>Davenport, IA 52806 | 3840 | 11/09/2012 | $0.00<br>$0.00<br>$200,000.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 140 | Dwayne Haigler<br>204 Northbrook Court<br>Davenport, IA 52806 | 4611 | 11/13/2012 | $0.00<br>$0.00<br>$250,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 141 | Dwayne Harris<br>185 Ethan Moor<br>Jonesboro, GA 30238 | 2052 | 11/01/2012 | $0.00<br>$0.00<br>$34,765.27<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 142 | Edmo Valley Jr.<br>210 C.L. Bradford St.<br>Pineville, LA 71360 | 1366 | 10/17/2012 | $0.00<br>$0.00<br>$0.00<br>$26,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 143 | EDWARD ROBINSON SR EDWARD L ROBINSON AND JOYCE M ROBINSON<br>1210 HOLLY ST<br>LAMARQUE, TX 77568 | 1070 | 10/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 144 | Edwina Davies-Mendes and Jose Mendes<br>1000 Loudoun Rd<br>Indian Trail, NC 28079 | 1065 | 10/09/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | ditech, LLC | 12-12021 |
| 145 | ELIZABETH BALAGUER ATT AT LAW<br>1950 LEE RD. STE. 204<br>WINTER PARK, FL 32789 | 4650 | 11/13/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EIGHTEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 146 | Elizabeth V. Griffith-Tate | 1420 | 10/19/2012 | $76,927.00 | Administrative Priority | Ladue Associates, Inc. | 12-12043 |
| | 3093 Central Avenue | | | $0.00 | Administrative Secured | | |
| | San Diego, CA 92105 | | | $0.00 | Secured | | |
| | | | | $0.00 | Priority | | |
| | | | | $215,421.00 | General Unsecured | | |