**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

–––––––––––––––––––––––––––––––––––––––––––––––  )
                                 )
In re:                              )     Case No. 12-12020 (MG)
                                 )
RESIDENTIAL CAPITAL, LLC, et al.,  )     Chapter 11
                                 )
                 Debtors.    )     Jointly Administered
–––––––––––––––––––––––––––––––––––––––––––––––  )

### ORDER GRANTING DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

Upon the nineteenth omnibus claims objection, dated July 3, 2013 (the "Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Insufficient Documentation Claims on the grounds that each Insufficient Documentation Claim lacks sufficient supporting documentation as to its validity and amount and has no basis in the Debtors' books and records, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

no other or further notice need be provided; and upon consideration of the Objection and the Declaration of Deanna Horst, the Declaration of Norman S. Rosenbaum, and the Declaration of Robert D. Nosek, annexed to the Objection as Exhibits 1-3, respectively; the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that each Insufficient Documentation Claim listed on Exhibit A annexed hereto is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the Insufficient Documentation Claims identified on the schedule annexed as Exhibit A hereto pursuant to this Order; and it is further

ORDERED that the following matters relating to the Insufficient Documentation Claims shall be adjourned to the omnibus hearing scheduled for September 11, 2013:

- Gary T. Harper and Julie L. Franklin-Harper (Claim No. 5304);
- Joan Johnson (Claim No. 2778); and
- Julian A. Ortiz and Frances Soto-Ortiz (Claim No. 1862); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a),

the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures

Order, and the Local Rules are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order,

and the Debtors' and any party in interest's rights to object on any basis are expressly reserved

with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the

Insufficient Documentation Claims identified on Exhibit A, annexed hereto, as if each such

Insufficient Documentation Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


**SO ORDERED:**

Dated:  September 4, 2013
            New York, New York


                                                    _____/s/Martin Glenn_____
                                                          MARTIN GLENN
                                                    United States Bankruptcy Judge

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Elizabeth V. Griffith-Tate 3093 Central Avenue San Diego, CA 92105 | 1535 | 10/22/2012 | $0.00 $0.00 $116,700.00 $0.00 $76,927.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | ELLIOTT F. DELSHAD 42 JANE DR ENGLEWOOD CLIFFS, NJ 07632 | 3758 | 11/08/2012 | $7,400.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Emiliano Alonso, Meiby Garcet n/k/a Daniela Alonso Garcet, Amparo Alonso, and Giraldo Garcet Marrero, Trivedi, Alvarez, Chamizo Law, LP 3850 Bird Road, Penthouse One Coral Gables, FL 33146 | 5287 | 11/16/2012 | $0.00 $0.00 $0.00 $0.00 $310,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | Emma Lee Hale 6625 W. Georgia Ave Glendale, AZ 85301 | 1273 | 10/15/2012 | $0.00 $0.00 $4,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Endo Family Trust Robert N. Endo 8832 Crescent Drive Huntington Beach, CA 92646 | 2150 | 11/05/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Eric and Caleshea Herrington<br>6307 Vista Grande Street<br>Houston, TX 77083 | 4679 | 11/13/2012 | $30,000.00<br>$0.00<br>$22,690.41<br>$20,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Erica Congress<br>Hood & Lay, LLC<br>1117 22nd Street South, Ste. 101<br>Birmingham, AL 35205 | 4818 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | Erma G. McGlown/Leonard D. McGlown<br>19748 Plainview St<br>Detroit, MI 48219 | 2014 | 10/30/2012 | $0.00<br>$0.00<br>$25,077.42<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | Esteban Losoya and Maria Minerva Losoya<br>1321 Brazos St.<br>Rosenberg, TX 77471 | 2143 | 11/02/2012 | $0.00<br>$0.00<br>$46,000.00<br>$0.00<br>$308.28 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | Esteban Losoya and Maria Minerva Losoya<br>1321 Brazos St.<br>Rosenberg, TX 77471 | 2409 | 11/06/2012 | $0.00<br>$0.00<br>$46,328.28<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | Eugenia Benyo 56 Regional Rd Annandale, NJ 08801 | 1583 | 10/24/2012 | $0.00 $0.00 $350,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | Evelyn Duenas 3636 Alcartara Ave Doral, FL 33178 | 1262 | 10/15/2012 | $0.00 $0.00 $148,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | Evette Awadalla PO Box 70176 Los Angeles, CA 90070 | 4145 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $97,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 14 | Evon Walker 4501 NW 39th St Lauderdale Lakes, FL 33319 | 3663 | 11/08/2012 | $0.00 $0.00 $32,167.99 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | FERRIS S.J. AHN 8111 LEWINSVILLE RD MCLEAN, VA 22102-2604 | 3948 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $461,952.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | FIERMAN, ROBERT E<br>678 MASSACHUSETTS AVE STE 600<br>CAMBRIDGE, MA 02139 | 558 | 09/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$146,282.37 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 17 | FLAX, WEIRLENE<br>5804 WHITEBROOK DR<br>AUSTIN, TX 78724-0000 | 4549 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | FLORENTINO DE LA ROSA APOLONIA<br>2118 AGGIE DR<br>DE LA ROSA MCDONALD ROOFING<br>GRAND PRAIRIE, TX 75051 | 1222 | 10/15/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | Forrest Allard<br>2901 NE Blakeley St # 535<br>Seattle, WA 98105 | 1489 | 10/22/2012 | $1,323.02<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | FORSMARK, CHERYL<br>PO BOX 1041<br>CRIPPLE CREEK, CO 80813 | 1912 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | FRANCES A. BAILEY<br>8773 E VIA DE ENCANTO<br>SCOTTSDALE, AZ 85258 | 1952 | 10/29/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | FRANCIS W DRAKE AND<br>LEANNA DRAKE<br>P.O. BOX 1791<br>CAMP VERDE, AZ 86322 | 1216 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 23 | FRANK C. MARTINO<br>PO BOX 9<br>KIETHVILLE, LA 71047 | 2786 | 11/06/2012 | $0.00<br>$0.00<br>$74,660.87<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | FRANK C. MARTINO<br>PO BOX 9<br>KIETHVILLE, LA 71047 | 5770 | 11/07/2012 | $0.00<br>$0.00<br>$145,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | Frank Duncan<br>c/o Duncans Management<br>PO Box 5871<br>Oakland, CA 94605 | 4491 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$2,600.00<br>$27,695.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | GABRIELRINCON-VILLAVICENCIO 1350 BIRCH STREET PITTSBURG, CA 94565 | 1373 | 10/18/2012 | $0.00 $0.00 $0.00 $0.00 $120,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 27 | Gail Bartley 818 Vandever Ave Wilmington, DE 19802 | 4621 | 11/13/2012 | $0.00 $0.00 $71,225.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 28 | Gail M. Saltveit and John E. Saltveit 13305 SW Havencrest St Beaverton, OR 97005 | 2077 | 11/01/2012 | $0.00 $0.00 $212,569.86 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | GAMMON, MARK 2222 BRASELTON HWY 124 BUFORD, GA 30519 | 985 | 10/04/2012 | $0.00 $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 30 | Gary M. Caso Alyssa A. Caso 21 Godfrey Ave Bayville, NY 11709 | 1675 | 10/25/2012 | $0.00 $0.00 $256,809.98 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | Gary Patton<br>1612 I Street<br>The Dalles, OR 97058 | 4113 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 32 | George A. Park<br>6433 S Datura St.<br>Littleton, CO 80120 | 3779 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$149,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 33 | George Fischell<br>2000 58th Ave S<br>St. Petersburg, FL 33712 | 5296 | 11/16/2012 | $0.00<br>$0.00<br>$140,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 34 | GEORGE H GUILLEN<br>1701 VERMONT AVE<br>WEST SACRAMENTO, CA 95691-4144 | 1164 | 10/11/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 35 | George Hunter<br>204 Sun Willows Blvd.<br>Pasco, WA 99301 | 1911 | 10/29/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | George Kyle<br>63 Rublee St<br>Arlington , MA 02476 | 2140 | 11/02/2012 | $0.00<br>$0.00<br>$230,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 37 | George Viens<br>PO Box 4217<br>Big Bear Lake, CA 92315 | 1485 | 10/22/2012 | $0.00<br>$0.00<br>$207,173.88<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 38 | Georgia Harris<br>819 Bradford Dr<br>Vineland, NJ 08360 | 1414 | 10/19/2012 | $0.00<br>$0.00<br>$83,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 39 | GERALD LARDER<br>2565 GOLD CREEK DR<br>ELIZABETH, CO 80107 | 1217 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 40 | GEROLD E WASHINGTON<br>BRENDA SANDERS WASHINGTON<br>1071 OTELLO AVENUE<br>CLARKSTON, GA 30021 | 705 | 09/24/2012 | $0.00<br>$0.00<br>$21,692.09<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 41 | Gilda De La Cruz<br>6411 Boca Circle<br>Boca Raton, FL 33433 | 1256 | 10/15/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 42 | Gisselle L Moriarty<br>1321 13th Street<br>Los Osos, CA 93402 | 2137 | 11/02/2012 | $0.00<br>$0.00<br>$150,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 43 | Glen Alvin DeMarcus III<br>130 Circle Dr<br>Wahiawa, HI 96786 | 3638 | 11/08/2012 | $2,175.83<br>$0.00<br>$360,824.17<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 44 | GMAC MORTGAGE CORPORATION VS DENNIS DELIA<br>2400 CHELSEA ST<br>ORLANDO, FL 32803 | 3903 | 11/09/2012 | $0.00<br>$0.00<br>$219,000.00<br>$0.00<br>$81,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 45 | GMAC Mortgage LLC co GMAC Mortgage Corporation vs Steven T Biermann unknown spouse if any of Steven T Biremann et al<br>17754 LOST TRAIL<br>CHAGRIN FALLS, OH 44023 | 3956 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$220,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | GORDAN, LORENZO<br>376 FLINT RIDGE CT<br>B AND R FLOORING INC<br>JONESBORO, GA 30238 | 3688 | 11/08/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 47 | GRACIE M BAKER<br>JEFF D BAKER<br>4664 PAULA COURT NE<br>SALEM, OR 97305 | 4207 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,654.54 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 48 | GRACIE M BAKER<br>JEFF D BAKER<br>4664 PAULA COURT NE<br>SALEM, OR 97305 | 4251 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,404.70 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 49 | GREGORY J ZIELINSKI<br>1178 HOME AVE<br>MENASHA, WI 54952 | 4455 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 50 | GREGORY VIGGIANO<br>610 NORTH WEST STREET APT 408<br>ALEXANDRIA, VA 22314 | 2172 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$45,009.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 51 | Guadalupe Galvan<br>3114 75th Street<br>Galveston, TX 77551 | 1330 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>$202,646.69<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 52 | Guillermo Huesca<br>620 N. Burris Ave<br>Compton , CA 90221 | 4938 | 11/15/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 53 | Guy A. Barton and Betty A. Barton<br>2557 S. 125 W.<br>Rensselaer, IN 47978 | 2263 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 54 | HAASE, SCOTT<br>8 MARVELINE DRIVE<br>SAINT CHARLES, MO 63304 | 861 | 09/28/2012 | $0.00<br>$0.00<br>$116,443.00<br>$0.00<br>$10,296.92 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 55 | Harold & Gail Dozier<br>6004 Highway 905<br>Conway, SC 29526 | 3640 | 11/08/2012 | $0.00<br>$0.00<br>$20,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 56 | HAWKINS, KAREN E<br>PO BOX 14214<br>LANSING, MI 48901-4214 | 4681 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 57 | Hector De La Rosa<br>1500 E. 6th<br>Weslaco, TX 78596 | 3672 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$750,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 58 | Henry, Dennis L & Ickes, Thomas L<br>223 W 8th Street<br>Front Royal, VA 22630 | 598 | 09/21/2012 | $0.00<br>$0.00<br>$362,296.91<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 59 | HILL, LAURIE A & HILL, RODNEY C<br>13246 WREN AVENUE<br>CHINO, CA 91710 | 590 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 60 | HIROKO ENDO<br>8832 CRESCENT DRIVE<br>HUNTINGTON BEACH, CA 92646 | 2146 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 61 | HJELMESET, FRED<br>PO BOX 4188<br>MOUNTAIN VIEW, CA 94040 | 2187 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 62 | HOLLOWAY, BENJAMIN F & HOLLOWAY, BRENDA G<br>503 BUNCHE DRIVE<br>GOLDSBORO, NC 27530-6501 | 495 | 09/17/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 63 | Homer Lee Walker Muriel E Walker<br>1504 Jackson Drive<br>Phenix City, AL 36869 | 1419 | 10/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 64 | HUGHES, DAVID & BRADLEY, TANIA<br>PO BOX 3538<br>BIG SPRING, TX 79721 | 660 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,300.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 65 | IAN D. SMITH, ATTORNEY AT LAW<br>RESIDENTIAL FUNDING COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS V. ARVISTAS ANDREW MCKINNIE, JR. AND DOES I THROUGH X, INCLUSIVE<br>608 Northwest Blvd., Suite101<br>PO Box 3019 | 3737 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 66 | IRMA SOLIS<br>1221-78TH STREET<br>NORTH BERGEN, NJ 07047 | 1075 | 10/09/2012 | $0.00<br>$0.00<br>$115,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 67 | IVELISSE VALLE GUILLERMO LLANO AND<br>720 N 65 TERR<br>J LESLIE WIESEN INC<br>HOLLYWOOD, FL 33024 | 1052 | 10/09/2012 | $0.00<br>$0.00<br>$160,000.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 68 | Jacqueline Hawkins Smith<br>16311 Waycreek Rd<br>Houston, TX 77068 | 2248 | 11/05/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 69 | Jacqueline K. Richmond<br>600 Water St Unit 5-2<br>Washington, DC 20024 | 3660 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$181,143.92 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 70 | Jacqueline L. Washington<br>4919 West Blvd.<br>Los Angeles, CA 90043 | 3594 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 71 | JAMES AND SUSAN PRESSLY 5986 JOHNSON RD LAKE WYLIE, SC 29710 | 610 | 09/20/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 72 | James C. Washington, Barbara J Washington 1589 Windsong Dr. Tulare, CA 93274 | 2049 | 10/31/2012 | $0.00 $0.00 $251,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 73 | James D. Watkins & Angela Watkins 291 State Route 2205 Mayfield, KY 42066 | 2262 | 11/05/2012 | $0.00 $0.00 $0.00 $0.00 $1,934.08 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 74 | JAMES DEVANE 344 CRESTSIDE DRIVE SOUTHEAST CONCORD, NC 28025 | 4208 | 11/09/2012 | $0.00 $0.00 $116,558.84 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 75 | JAMES HAYES AND ASSOCIATES 82 OTIS ST CAMBRIDGE, MA 02141 | 4115 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $12,420.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 76 | JAMES J MONACO AND DANNIELLE J MONACO 17100 S PAINTED VISTAS WAY VAIL, AZ 85641-2436 | 928 | 10/03/2012 | $2,500.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 77 | James L. Ivy 4918 Buttercup Lane Stockton, CA 95212 | 2118 | 11/02/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 78 | JAMES L. PETTUS JOSEPHINE PETTUS 20487 EL NIDO AVE PERRIS, CA 92571 | 2621 | 11/07/2012 | $0.00 $0.00 $21,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 79 | James M. Warren III 2212 SW Hawk View Road Lees Summit, MO 64082 | 5068 | 11/15/2012 | $0.00 $0.00 $206,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 80 | James O Mann 3663 Sabre Ave Clovis, CA 93612 | 4775 | 11/14/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 81 | JAMES R GREGG ATT AT LAW<br>4808 MUNSON ST NW<br>CANTON, OH 44718 | 763 | 09/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$745.19 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 82 | James R Krzyskowski<br>36759 Greenbush Rd<br>Wayne, MI 48184 | 4648 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$136,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 83 | James W. Wolff, Jr. & Leona B. Wolff<br>8645 Delmonico Avenue<br>West Hills, CA 91304 | 4308 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 84 | JAMES WATTS AND CATWELL ENTERPRISE<br>13272 COLD SPRINGS RD<br>MOORES HILLS, IN 47032 | 886 | 10/01/2012 | $0.00<br>$0.00<br>$45,071.86<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 85 | Jane F. Harvey<br>5428 Winning Spirit Ln.<br>Las Vegas, NV 89113 | 1265 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 86 | Janet Russell<br>4508 Rogers Rd<br>Chattanooga, TN 37411 | 1978 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | Janet S. Jackson<br>PO Box 73133<br>San Clemente, CA 92673 | 1429 | 10/19/2012 | $0.00<br>$0.00<br>$156,042.65<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 88 | Jason or Tracy Johnson<br>396 Goodview Dr.<br>Hedgesville, WV 25427 | 4637 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 89 | Jason R Purvis<br>4008 Linville Falls Ln<br>Monroe, NC 28110 | 1263 | 10/15/2012 | $0.00<br>$0.00<br>$140,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 90 | Javier Salgado<br>c/o Law Office of Adam I. Skolnik, P.A.<br>1761 West Hillsboro Blvd, Suite 201<br>Deerfield Beach, FL 33442 | 3850 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$530,178.91 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 91 | JAY AND NINA JACKSON 260 S CANTON CLUB CIR JACKSON, MS 39211 | 1863 | 10/26/2012 | $0.00 $0.00 $0.00 $0.00 $95,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 92 | JAY PAUL SATIN ESQ 385 BROADWAY STE 402 REVERE, MA 02151 | 562 | 09/18/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 93 | Jeannette Brown 5408 Tubman Dr. S. Jacksonville, FL 32219 | 4520 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 $128,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 94 | Jeffrey Cohen 7914 Ridgeglen Circle West Lakeland, FL 33809 | 1313 | 10/16/2012 | $89,764.61 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 95 | Jeffrey Steven Ginn 1932 Nursery Road Clearwater, FL 33764 | 5665 | 11/16/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 96 | Jennifer and Jeff Hunter<br>2518 Skyview Avenue<br>Feasterville-Trevose, PA 19053 | 1589 | 10/24/2012 | $0.00<br>$0.00<br>$242,991.36<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 97 | Jennifer Jackson<br>6445 Rachellen<br>Hubbard , OH 44425 | 3449 | 11/07/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 98 | Jennifer Jennings<br>1448 11th<br>Wyandotte, MI 48192 | 1402 | 10/18/2012 | $78,025.06<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 99 | Jerlean Nwokocha<br>8923 S. Aberdeen<br>Chicago, IL 60620-3414 | 3541 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 100 | JEROME WAZNY<br>EUGENIA WAZNY<br>2253 TONKEY ROAD<br>TURNER, MI 48765 | 605 | 09/18/2012 | $0.00<br>$0.00<br>$90,606.55<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 101 | JERRY AND REYNEL CRUTCHFIELD AND SMITH CONSTRUCTION AND ROOFING 1796 RANDOLPH PL APT 4 MEMPHIS, TN 38120-8302 | 906 | 10/01/2012 | $3,000.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 102 | Jesse & Sharri Komatz 75 Dr. Duggan Road Bethel, NY 12720 | 2671 | 11/06/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 103 | Jo Anne Mills 4630 Bud Holmes Rd Pinson, AL 35126 | 2190 | 11/05/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 104 | Joan E. Aders 1609 Read Mountain Rd Roanoke, VA 24019 | 1530 | 10/22/2012 | $79,442.40 $0.00 $88,000.00 UNLIQUIDATED $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 105 | JOAN TASSONE JOSEPH TASSONE SR 3 BERYL COURT BREWSTER, NY 10509 | 1481 | 10/22/2012 | $0.00 $0.00 $69,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 106 | JOANNE FERRERO AND JOSEPH FERRERO<br>705 FLAMINGO DR<br>AND MERLIN LAW GROUP<br>FT LAUDERDALE, FL 33301 | 1183 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$142,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 107 | Joao Calixto Silva-Netto<br>380 Morningside Avenue<br>Fairview, NJ 07022 | 2757 | 11/07/2012 | $0.00<br>$0.00<br>$444,000.00<br>$0.00<br>$95,409.12 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 108 | Joao Calixto Silva-Netto<br>380 Morningside Avenue<br>Fairview, NJ 07022 | 2763 | 11/07/2012 | $0.00<br>$0.00<br>$444,000.00<br>$0.00<br>$95,409.12 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 109 | JOAQUIN ARTURO REVELO ATT AT LAW<br>1527 19TH ST STE 312<br>BAKERSFIELD, CA 93301 | 1056 | 10/09/2012 | $15,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 110 | Joe Ray and Kimberly Daniel-Ray<br>6148 Fairgrove St<br>Kalamazoo, MI 49009 | 4693 | 11/13/2012 | $260,000.00<br>$0.00<br>$0.00<br>$80,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 111 | John & Janie Brzezinski<br>18888 Bayberry Way<br>Northville, MI 48168 | 4380 | 11/09/2012 | $0.00<br>$0.00<br>$10,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 112 | JOHN D PARKER JR<br>255 BLUE SAVANNAH STREET<br>COLA, SC 29209 | 1868 | 10/26/2012 | $15,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 113 | John Dennis Flynn and Patricia L. Flynn<br>10143 E. Topaz Drive<br>Scottsdale, AZ 85258 | 1525 | 10/22/2012 | $0.00<br>$0.00<br>$680,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 114 | John Hartnett<br>PO Box 1058<br>Elfers, FL 34680 | 5636 | 11/16/2012 | $350,000.00<br>$0.00<br>$650,000.00<br>$0.00<br>$150,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 115 | JOHN HOTROVICH<br>CYNTHIA HOTROVICH<br>28 GALLAGHER LANE<br>PLEASANT VALLEY, NY 12569 | 5277 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 116 | JOHN J FLAHERTY ATT AT LAW<br>5500 MAIN ST STE 100<br>WILLIAMSVILLE, NY 14221 | 2113 | 11/02/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 117 | John M Fahey & Heather J.<br>2816 Bernstein Dr<br>Modesto, CA 95358 | 1882 | 10/26/2012 | $0.00<br>$0.00<br>$120,000.00<br>$0.00<br>$35,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 118 | JOHN M YOUNG ATT AT LAW<br>PO BOX 1364<br>SAPULPA, OK 74067 | 1071 | 10/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 119 | John R. Tramontano<br>16 Oakland Ave<br>Gilford, NH 03249-7448 | 4737 | 11/14/2012 | $0.00<br>$0.00<br>$206,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 120 | John Rady<br>13276 Research Blvd. Ste. 204<br>Austin, TX 78750 | 3771 | 11/08/2012 | $0.00<br>$0.00<br>$148,300.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 121 | John Rady, Assignee of Sergio and Elizabeth Gardea<br>John Rady<br>13276 Research Blvd, Ste 204<br>Austin, TX 78750 | 3810 | 11/08/2012 | $0.00<br>$0.00<br>$125,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 122 | John Rady, Assignee of Thomas and Jacinta Maldonado<br>John Rady<br>13276 Research Blvd. Ste. 204<br>Austin, TX 78750 | 3812 | 11/08/2012 | $0.00<br>$0.00<br>$139,500.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 123 | John Rady, Assignee of Travis and Sadrian Turner<br>John Rady<br>13276 Research Blvd. Ste. 204<br>Austin, TX 78750 | 3809 | 11/08/2012 | $0.00<br>$0.00<br>$182,121.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 124 | John Romeyn<br>2914 OHenry Drive<br>Garland, TX 75042 | 4090 | 11/09/2012 | $0.00<br>$0.00<br>$88,412.61<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 125 | JOHN TUCK<br>804 HWY 321 N STE 100<br>LENOIR CITY, TN 37771 | 1225 | 10/15/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 126 | John W. Beavers and Annette Beavers 718 Jefferson Drive Turnersville, NJ 08012 | 2037 | 10/31/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 127 | JOHNSON, BERCEUSE H 7930 SOUTH MICHIGAN AVENUE CHICAGO, IL 60619-0000 | 4562 | 11/13/2012 | $105,000.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 128 | JOHNSON, DEBORAH SERVICEMASTER OF ALLIANCE 611 POTASH AVE ALLIANCE, NE 69301-3560 | 4209 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $5,400.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 129 | Jon P. Jessel 7716 St. Rt. 60 Wakeman, OH 44889 | 2129 | 11/02/2012 | $0.00 $0.00 $0.00 $162,942.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 130 | JORDAN, DEBORAH & MOORE, GARLAND 094 HOBBSVILLE ROAD HOBBSVILLE, NC 27946 | 4680 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 131 | Jorge A Portugues & Olga Portugues<br>824 NW 134 Ave<br>Miami, FL 33182 | 1072 | 10/09/2012 | $0.00<br>$0.00<br>$38,121.89<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 132 | Jorge L Muskus and/or Ydamis Muskus<br>9481 Highland Oak Dr<br>Unit 1607<br>Tampa, FL 33647 | 1561 | 10/23/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 133 | Jose Barragan<br>9758 Natick Av.<br>North Hills, CA 91343 | 3757 | 11/08/2012 | $0.00<br>$0.00<br>$416,065.30<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 134 | Jose Barrera<br>60-74 59th Road<br>Maspeth, NY 11378 | 1137 | 10/10/2012 | $0.00<br>$0.00<br>$250,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 135 | Jose R. Garcia and Luzelba Garcia<br>c/o Nick Pacheco Law Group, APC<br>15501 San Fernando Mission Boulevard, Ste. 110<br>Mission Hills, CA 91345 | 5599 | 11/16/2012 | $0.00<br>$0.00<br>$360,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 136 | Jose Villicana<br>c/o Nick Pacheco Law Group, APC<br>15501 San Fernando Mission Blvd<br>Mission Hills, CA 91345 | 5563 | 11/16/2012 | $0.00<br>$0.00<br>$468,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 137 | Joseph & Amy Palmisano<br>4645 S Lakeshore Dr Ste 8<br>Tempe, AZ 85282 | 318 | 07/20/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 138 | Joseph Byerly<br>5386 Barnstormers Ave.<br>Colorado Springs, CO 80911 | 3665 | 11/08/2012 | $0.00<br>$0.00<br>$360,529.00<br>$0.00<br>$0.53 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 139 | Joseph DiGiorno<br>437 Palmer Road<br>Yonkers, NY 10701 | 98 | 06/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 140 | Joseph M. Waitekus & Marcia A. Waitekus<br>4 Comstock Way<br>South Walpole, MA 02071 | 5280 | 11/16/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>UNLIQUIDATED<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 141 | Joshua Bjornn 1605 Dynasty Dr Moses Lake , WA 98837 | 4339 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $181,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 142 | Joycelyn Crumpton 7940 Armstrong Ave Kansas City, KS 66112 | 4769 | 11/14/2012 | $0.00 $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 143 | Juanita Ings & James Ings 1828 Dayton Ln. N. Jacksonville, FL 32218 | 1240 | 10/15/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 144 | Julee M Jacks Loucks 10528 Weathersfield Way Highlands Ranch, CO 80129 | 4484 | 11/13/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 145 | Julio M. Jorges 12673 Whitby St Wellington , FL 33414 | 1967 | 10/29/2012 | $0.00 $0.00 $170,000.00 $0.00 $5,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

NINETEENTH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 146 | Julius R. Knox<br>5302 Village Trail<br>Austin, TX 78744 | 1264 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$65,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 147 | Kahlil J. McAlpin<br>Law Offices of Kahlil J. McAlpin<br>8055 W. Manchester Avenue, Suite 525<br>Playa Del Rey, CA 90293 | 2038 | 11/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |