**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
)
In re:                                                          )          Case No. 12-12020 (MG)
)
RESIDENTIAL CAPITAL, LLC, et al.,          )          Chapter 11
)
Debtors.             )          Jointly Administered
-----------------------------------------------------------          )

## ORDER GRANTING DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

Upon the twentieth omnibus claims objection, dated July 3, 2013 (the "Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Insufficient Documentation Claims on the grounds that each Insufficient Documentation Claim lacks sufficient supporting documentation as to its validity and amount and has no basis in the Debtors' books and records, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

no other or further notice need be provided; and upon consideration of the Objection and the Declaration of Deanna Horst, the Declaration of Norman S. Rosenbaum, and the Declaration of Robert D. Nosek, annexed to the Objection as Exhibits 1-3, respectively; the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that each Insufficient Documentation Claim listed on Exhibit A annexed hereto is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the Insufficient Documentation Claims identified on the schedule annexed as Exhibit A hereto pursuant to this Order; and it is further

ORDERED that the following matters relating to the Insufficient Documentation Claims shall be adjourned to the omnibus hearing scheduled for September 11, 2013:

- Karen Barel & Ariel Barel (Claim No. 4118);
- Mark Ragonese (Claim No. 4496);
- Leilani R. Sulit (Claim No. 1397); and
- Lucious Hughes (Claim No. 2544); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a),

the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures

Order, and the Local Rules are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order,

and the Debtors' and any party in interest's rights to object on any basis are expressly reserved

with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the

Insufficient Documentation Claims identified on Exhibit A, annexed hereto, as if each such

Insufficient Documentation Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


**SO ORDERED:**

Dated:  September 4, 2013
              New York, New York


                                                    _____/s/Martin Glenn_____
                                                    MARTIN GLENN
                                                    United States Bankruptcy Judge

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Karen A. Ledet 5011 Gopherglen Ct Elk Grove, CA 95758 | 2450 | 11/06/2012 | $851.38 $0.00 $62,221.00 $0.00 $57,779.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Karen E. Milan 12 Lookout Circle Concord, NH 03303 | 1573 | 10/23/2012 | $0.00 $0.00 $0.00 $0.00 $15,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Karen Ewing 4797 Pine Ave Fleming Island, FL 32003 | 2142 | 11/02/2012 | $0.00 $0.00 $0.00 $0.00 $158,247.76 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Karen Sholes-Johnson 2313 & 2315 Verbena Street New Orleans, LA 70122 | 4653 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Katherine Twigg 346 Watkins Field Rd Clayton, GA 30525 | 1869 | 10/26/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Kathleen & George Witkowski<br>8744 W. Jefferson St.<br>Peoria, AZ 85345 | 3693 | 11/08/2012 | $0.00<br>$0.00<br>$165,835.70<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Kathy Hall<br>204 Spiers Ct<br>Richmond, VA 23223 | 1982 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,185.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Katreen Moorer<br>Katreen Moorer (Christene Moorer Estate)<br>1470 NW 55 Street<br>Miami, FL 33142 | 3865 | 11/09/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | KEITH SLIPPER<br>2182 SAINT FRANCIS DR<br>PALO ALTO, CA 94303 | 1345 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,462.11 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | ditech, LLC | 12-12021 |
| 10 | KEITH SLIPPER<br>PO BOX 60352<br>PALO ALTO, CA 94306 | 1377 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$8,291.64 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | Kenneth W Blecke<br>312 Byron Ave<br>Bloomingdale, IL 60108 | 4841 | 11/15/2012 | $0.00<br>$0.00<br>$393,385.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | Kerin L Aikens Anderia L. Aikens<br>23 Bacchus Lane<br>Columbia, MS 39429 | 4684 | 11/13/2012 | $0.00<br>$0.00<br>$105,088.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | KERRIE KIERNAN CARRETTA<br>51 NEW YORK AVENUE<br>CONGERS, NY 10920 | 1955 | 10/29/2012 | $0.00<br>$0.00<br>$75,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | Kevin and Josephine Heady<br>2300 E. Silverado Ranch Blvd #1005<br>Las Vegas, NV 89183 | 1452 | 10/22/2012 | $0.00<br>$0.00<br>$2,600.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | KEVIN CHARLES PETERSON ATT AT LAW<br>PO BOX 1387<br>BLACKFOOT, ID 83221 | 4550 | 11/13/2012 | $1,800.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | KEVIN M. PATTERSON<br>PATTI A. PATTERSON<br>206 HUNTERS LN NE<br>ROCKFORD, MI 49341-1354 | 1161 | 10/11/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$350.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 17 | Kevin McNichols<br>15042 Longhorn Ln<br>Fontana, CA 92336 | 2048 | 11/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$20,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | Kraig Heiland<br>2030 Sleepy Hollow Rd<br>Escondido, CA 92026 | 4878 | 11/15/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | KS Attorneys at Law<br>Tina El Fadel, Esq.<br>4800 N Federal Hwy, Ste 100A<br>Boca Raton, FL 33431 | 4770 | 11/14/2012 | $113,428.00<br>$155,698.00<br>$0.00<br>$0.00<br>$113,428.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | KUSHMAN, DAVID<br>2245 SUNSET DR<br>KEVIN LYNCH<br>REEDSBURG, WI 53959 | 937 | 10/04/2012 | $0.00<br>$0.00<br>$16,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | KYLE R JAEGER<br>JOANNA M ALIOTO<br>W227 N3986 LONE TREE LANE<br>PEWAUKEE, WI 53072 | 770 | 09/27/2012 | $0.00<br>$0.00<br>$190,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | Laforete H. Davis and Mr. Khalyn Davis<br>666 Paris Ave S.<br>St Petersburg, FL 33701 | 4327 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$110,476.92 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 23 | Lajuinia N. Watkis<br>208 Rio Verde Drive<br>Belleville, IL 62221 | 2447 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | Larry Beard<br>1201 Spyglass Drive, Suite 100<br>Austin, TX 78746 | 5311 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 25 | Larry Donnell Jones<br>3589 Bishops Gate Drive<br>Memphis, TN 38115 | 1566 | 10/23/2012 | $0.00<br>$0.00<br>$35,977.39<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | LaTika M. Dowe<br>31 6th Avenue<br>Carneys Point, NJ 08069 | 4557 | 11/13/2012 | $0.00<br>$0.00<br>$133,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 27 | Laura W. Rosier<br>Edmond R Rosier<br>4316 Crump Road<br>Tallahassee, FL 32309 | 4634 | 11/13/2012 | $0.00<br>$0.00<br>$98,142.30<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | LAURIE A LYNCH<br>REBECCA R CARMAN<br>3721 SUE ELLEN DR<br>RALEIGH, NC 27604-4245 | 577 | 09/20/2012 | $0.00<br>$0.00<br>$65,125.06<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | LAW OFFICES OF CRISTINA FUSCHI<br>1120 PARK AVE STE A<br>ORANGE PARK, FL 32073 | 1231 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | Law Offices of Feng Li & Associates<br>291 Broadway Suite 1501<br>New York, NY 10007 | 240 | 06/27/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | LAW OFFICES OF JAMES G FELEEN PLLC 2 PLEASANT ST STE 3 CLAREMONT, NH 03743 | 707 | 09/24/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 32 | LAW OFFICES OF NEIL ROSENBAUM 247 HARTFORD ST SAN FRANCISCO, CA 94114 | 2201 | 11/05/2012 | $0.00 $0.00 $0.00 $0.00 $10,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 33 | LEBRATO LAW OFFICES GARY LEBRATO 6424 BLUFFTON RD FORT WAYNE, IN 46809 | 3723 | 11/08/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 34 | Lee Ingley 28712 West Highland Ct Castaic, CA 91384 | 4610 | 11/13/2012 | $0.00 $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 35 | LEO F GARVEY ATT AT LAW PO BOX 20391 SEATTLE, WA 98102 | 1376 | 10/18/2012 | UNLIQUIDATED $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | Leonel P. Daveisa<br>31 Ellsworth Ave<br>Brockton, MA 02301 | 1883 | 10/26/2012 | $227,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 37 | Leslie S.S. Lai<br>95-1005 Kailewa St<br>Mililani, HI 96789 | 3807 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$47,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 38 | Lila L. Scherl<br>c/o David Scherl<br>4 Pump Lane<br>Ridgefield, CT 06877 | 5706 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 39 | Linda Faye Ray (Nicholson)<br>4023 E.123 Terrace<br>Grandview, MO 64030 | 4372 | 11/09/2012 | $0.00<br>$0.00<br>$40.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 40 | Linda Gibson<br>536 W. 61 PL<br>Chicago, IL 60621 | 2028 | 10/30/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 41 | Linda Grant<br>4437 Flint Oak Drive<br>Belton, TX 76513 | 4337 | 11/09/2012 | $0.00<br>$0.00<br>$279,910.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 42 | Linda M Sueta<br>10269 Cedar Cove Ln<br>Clarkston, MI 48348 | 4415 | 11/09/2012 | $0.00<br>$0.00<br>$112,752.97<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 43 | Linda M Sueta<br>10269 Cedar Cove Ln<br>Clarkston, MI 48348 | 4417 | 11/09/2012 | $0.00<br>$0.00<br>$81,637.53<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 44 | Linda M. Chavers aka Linda Marie Mitchell<br>c/o Jina A. Nam, Esq.<br>Law Offices of Jina A. Nam & Associates<br>18000 Studebaker Road, Suite 700<br>Cerritos, CA 90703 | 5019 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$24,120.32 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 45 | Lisa Audesse<br>210 #28 Washington Street<br>Peabody, MA 01960 | 4645 | 11/13/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | Lisa M. Wischler<br>5438 Crestview Heights Dr<br>Bettendorf, IA 52722 | 5315 | 11/16/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 47 | Lois Baker<br>330 Daylilly Way<br>Middletown , DE 19709 | 1612 | 10/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 48 | Lois M. Bankhead<br>926 West 540 South<br>Tooele, UT 84074 | 1364 | 10/17/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$26,507.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 49 | Lolita Hite<br>LOLITA HITE VS. THE REAL ESTATE BROKERS LENDING SERVICE,<br>PNC MORTGAGE CORP., BANK ONE, NA<br>12705-07 Locke Avenue<br>Cleveland, OH 44108 | 6268 | 11/05/2012 | $0.00<br>$0.00<br>$52,856.24<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 50 | Loren L. Cabrera<br>1584 Honeysuckle Lane<br>San Diego, CA 92114 | 4925 | 11/15/2012 | $0.00<br>$0.00<br>$15,377.59<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 51 | Lori A Wigod<br>1735 N. Paulina #601<br>Chicago, IL 60622 | 2558 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$370,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 52 | LORI CELL AND ROBERT C CELL<br>15 MARSHALL ST<br>WEST ORANGE, NJ 07052 | 1563 | 10/23/2012 | $242,646.76<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 53 | Lorraine Lollino<br>21197 Cimarron Way<br>Santa Clarita, CA 91390 | 2148 | 11/05/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 54 | LOUIS, KAREN T<br>PO BOX 603<br>FLORISSANT, MO 63032 | 3947 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 55 | Lucia Munoz<br>325 South Stiles Street<br>Linden, NJ 07036 | 2251 | 11/05/2012 | $0.00<br>$0.00<br>$382,524.00<br>$0.00<br>$27,899.73 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 56 | Lucia Munoz<br>325 South Stiles Street<br>Linden, NJ 07036 | 2370 | 11/05/2012 | $0.00<br>$0.00<br>$382,524.00<br>$0.00<br>$27,899.73 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 57 | Lucille & Leonard Fishburn<br>326 E. 7th St<br>Mt Carmel, PA 17851 | 4489 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 58 | Lucille Hudson<br>1836 Penfield St<br>Philadelphia, PA 19126 | 1585 | 10/24/2012 | $0.00<br>$0.00<br>$97,181.73<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 59 | Lue H Tozser<br>18105 Glover Ct<br>Accokeek, MD 20607-3223 | 4089 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 60 | Lureather C. Rouse<br>13106 Beachwood Ave.<br>Cleveland, OH 44105 | 4144 | 11/09/2012 | $0.00<br>$0.00<br>$64,400.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 61 | Lynda Diane Olsen<br>137 Lake Shore Drive<br>Newnan, GA 30265 | 1539 | 10/22/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 62 | M. Lewis Kennedy, Jr.<br>Attn Jason L. Yearout<br>Yearout & Traylor, PC<br>3300 Cahaba Road, Suite 300<br>Birmingham, AL 35223 | 4735 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$75,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 63 | Madison F. Richardson, MD<br>8500 Wilshire Blvd #908<br>Beverly Hills, CA 90211 | 2057 | 10/30/2012 | $75,000.00<br>$0.00<br>$0.00<br>$0.00<br>$875,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 64 | Malini Nanda Raswant<br>8503 Capo Ct<br>Vienna , VA 22182 | 1162 | 10/11/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$51,737.10 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 65 | Mardic Johnson Young<br>759 Clairidge Elm Trail<br>Lawrenceville, GA 30046 | 2771 | 11/06/2012 | $0.00<br>$0.00<br>$14,108.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 66 | Maree Jacks - Diegel<br>6900 N. Grant Ranch Blvd.<br>Littleton, CO 80123 | 2181 | 11/05/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 67 | Margaret & Francisco Flores<br>7165 Rutland Ave<br>Riverside, CA 92503 | 1320 | 10/17/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 68 | Margaret Ardoin<br>5402 Milant St<br>Houston, TX 77021 | 4615 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$96,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 69 | Margaret McGill<br>3498 East Superior Road<br>San Tan Valley, AZ 85143-5957 | 4658 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$227,744.45 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 70 | Maria Trinidad Alcala<br>c/o Nick Pacheco Law Group, APC<br>15501 San Fernando Mission Blvd, Ste. 110<br>Mission Hills, CA 91345 | 5570 | 11/16/2012 | $0.00<br>$0.00<br>$213,200.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 71 | Marie Nicole Jeudy<br>c/o Law Office of Adam I. Skolnik, P.A.<br>1761 West Hillsboro Boulevard, Suite 201<br>Deerfield Beach, FL 33442 | 3641 | 11/08/2012 | $0.00<br>$0.00<br>$44,243.33<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 72 | Mario Garcia & Yolanda Garcia<br>2001 Arnold Ave<br>Costa Mesa, CA 92627 | 4929 | 11/15/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 73 | Marion L. Jenkins and Sharon B. Jenkins<br>405 Grant Park Place<br>Atlanta, GA 30315 | 4431 | 11/09/2012 | $0.00<br>$0.00<br>$2,000,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 74 | Marisela Sandoval<br>270 Magnolia St<br>Denver, CO 80220 | 1459 | 10/22/2012 | $0.00<br>$0.00<br>$90,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 75 | Marisela Sandoval<br>111 Holly St<br>Denver, CO 80220 | 1464 | 10/22/2012 | $0.00<br>$0.00<br>$592,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 76 | Mark & Debbie Gilmore<br>8748 Golden Lane<br>Desoto, KS 66018 | 2362 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,739.05 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 77 | Mark James Keough and Mahin Keough 1998 Family Declaration of Trust<br>Mark J. and Mahin Keough, Trustees<br>174 La Verne Ave.<br>Long Beach, CA 90803 | 1134 | 10/10/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 78 | Marlu Oliphant West<br>61-529 Kamehameha Highway<br>Haleiwa, HI 96712 | 4490 | 11/13/2012 | $0.00<br>$0.00<br>$1,406,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 79 | Marnell Reed<br>4583 W Spencer Place<br>Milwaukee, WI 53216 | 5638 | 11/16/2012 | $0.00<br>$0.00<br>$8,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 80 | Martha R. Perez<br>464 S. East Ave<br>Aurora, IL 60505 | 4387 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 81 | Martin E. Threet & Associates DEUTSCHE BANK NATL TRUST, AS TRUSTEE OF MASTR 2007-01,PLAINTIFF, V D 1314 CV 09-1616 BARBARA J PINO, AN UNMARRIED WOM ET AL 6605 Uptown Blvd. NE Ste. 280 Albuquerque, NM 87110-4212 | 5564 | 11/16/2012 | $0.00 $0.00 $200,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 82 | Marvin Fight 14309 Richmond Ave Grandview, MO 64030 | 1331 | 10/18/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 83 | Mary E Payne Williams Mary E Williams 2143 67th St St. Louis, MO 63121-5636 | 1965 | 10/29/2012 | $0.00 $0.00 $25,600.00 $10,331.06 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 84 | Mary Jean Gasper and Reavon Rachell Gasper 506 Nicholls Street Donaldsonville, LA 70346 | 1393 | 10/18/2012 | $0.00 $0.00 $174,600.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 85 | Mary Lentrelle Williams 12222 Village Drive Walker, LA 70785 | 1678 | 10/25/2012 | $0.00 $0.00 $162,809.35 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 86 | Mary Simmons<br>c/o The Tracy Firm, Ltd.<br>800 W. Fifth Ave.<br>Suite 201A<br>Naperville, IL 60563 | 168 | 06/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | Maryanne Bernardo<br>47 Naugatuck St<br>East Haven, CT 06512 | 1471 | 10/22/2012 | $0.00<br>$0.00<br>$242,444.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 88 | Matthew and Josephine Carroll<br>976 Gardenia Ct<br>San Marcos, CA 92078 | 2044 | 10/31/2012 | $0.00<br>$0.00<br>$284,649.57<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | EPRE LLC | 12-12024 |
| 89 | MATTHEW D WEIDNER ATT AT LAW<br>1229 CENTRAL AVE<br>ST PETERSBURG, FL 33705 | 1277 | 10/15/2012 | $37,971.94<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 90 | Maureen E. Ray<br>Maureen E. Ray<br>521 Pigeon Forge Rd<br>Pflugerville, TX 78660 | 1088 | 10/09/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 91 | Mauro Martins<br>31 Camp Street<br>Newark, NJ 07102 | 2260 | 11/05/2012 | $0.00<br>$0.00<br>$524,000.00<br>$0.00<br>$78,903.86 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 92 | Mauro Martins<br>31 Camp Street<br>Newark, NJ 07102 | 2274 | 11/05/2012 | $0.00<br>$0.00<br>$524,000.00<br>$0.00<br>$78,903.86 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 93 | Maxwell RS Manera and Adele S Manera<br>4644 Hoomana Road<br>Lihue, HI 96766 | 332 | 07/18/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 94 | Mayomy Hernandez Abreu<br>1044 SW 124th Court<br>Miami, FL 33184 | 1260 | 10/15/2012 | $0.00<br>$0.00<br>$286,331.16<br>$0.00<br>$184,425.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 95 | Melanie Eber<br>1099 - Q West 133 Way<br>Westminster, CO 80234 | 2468 | 11/06/2012 | $0.00<br>$0.00<br>$124,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 96 | Melanie Eber<br>1099 - Q West 133 Way<br>Westminster, CO 80234 | 2477 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$105,500.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 97 | Merrilyn J. Fooshee<br>2902 Airport Rd. #127<br>Colorado Springs, CO 80910 | 4765 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$14,936.91 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 98 | Meung Ae Yi<br>3435 Wilshire Blvd #1840<br>Los Angeles, CA 90010 | 5646 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,359.76 General Unsecured | Residential Capital, LLC | 12-12020 |
| 99 | Michael & Donna Dolan in pro per<br>TMS MORTGAGE, INC. DBA THE MONEY STORE VS. MICHAEL T. DOLAN AND DONNA M. DOLAN<br>21 Kent Street<br>Smithtown, NY 11787 | 2020 | 10/30/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 100 | Michael & Melissa Ellis<br>10232 N. 45th Ave<br>Glendale, AZ 85302 | 5394 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,400.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 101 | Michael & Melissa Ellis<br>10232 N. 45th Ave<br>Glendale, AZ 85302 | 5401 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$190,613.28 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 102 | Michael and Juli Muzelak<br>8184 Shady Grove Road<br>Jacksonville, FL 32256 | 1170 | 10/12/2012 | $0.00<br>$0.00<br>$392,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 103 | MICHAEL B DEDIO ATT AT LAW<br>13037 WESTERN AVE<br>BLUE ISLAND, IL 60406 | 681 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 104 | MICHAEL D CALARCO ATT AT LAW<br>605 MASON ST<br>NEWARK, NY 14513 | 944 | 10/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 105 | Michael D Hollis<br>Karen Brawly Hollis<br>1807 Elm Tree St<br>St. Peters, MO 63376 | 2527 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 106 | Michael D. Jusu<br>1140 Sunray Court<br>Jacksonville, FL 32218 | 4772 | 11/14/2012 | $0.00<br>$0.00<br>$199,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 107 | Michael E Rohler<br>1041 N Jackson St<br>Andrews , IN 46702 | 1380 | 10/18/2012 | $0.00<br>$0.00<br>$102,841.68<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 108 | MICHAEL HERMOSILLO VS GMAC MORTGAGE LLC FKA GMAC MORTGAGE<br>Law Offices of Victor Hobbs<br>15039 Costa Mesa Drive<br>La Mirada, CA 90638 | 4471 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 109 | MICHAEL J. QUARESIMA<br>PHYLLIS E. QUARESIMA<br>28 WYNDEMERE COURT<br>CAPE MAY COURT HOUSE, NJ 08210 | 1443 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 110 | MICHAEL R PASTERNACK<br>BARBARA PARISI-PASTERNACK<br>720 E 19TH STREET<br>BROOKLYN, NY 11230-1806 | 740 | 09/25/2012 | $0.00<br>$0.00<br>$130,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 111 | Michael Tookmanian<br>16 Wingate Court<br>Blue Bell, PA 19422-2526 | 3615 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 112 | MICHELLE RENEE ATKINSON<br>624 EAST FORGE AVENUE<br>MESA, AZ 85204 | 3697 | 11/08/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 113 | Millicent Steele<br>P.O. Box 51216<br>Durham, NC 27717 | 1257 | 10/15/2012 | $0.00<br>$0.00<br>$113,250.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 114 | Mitchell and Cheryl Riley<br>102 Fingerboard Rd<br>Vanceburg, KY 41179 | 2056 | 11/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 115 | Mitchell H Nappier<br>3788 Benjamin Rd<br>Johns Island, SC 29455 | 4548 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 116 | Mona Neese 1209 Wildwood Rd Byram, MS 39272 | 4414 | 11/12/2012 | $0.00 $0.00 $1,923.98 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 117 | Monica Anthony 5095 Longbow Drive Klin, MI 39556 | 2766 | 11/07/2012 | $0.00 $0.00 $0.00 $0.00 $1,900.85 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 118 | Montez Timoteo & Filiki Timoteo 760 E Ft. Pierce Dr. N St. George, UT 84790 | 1446 | 10/22/2012 | $0.00 $0.00 $71,624.82 $0.00 $26,750.36 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 119 | Mrs. Tomekia Moore Rouse 73 Apollo Dr Hampton, VA 23669-2005 | 2442 | 11/06/2012 | $0.00 $0.00 $0.00 $0.00 $316,197.21 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 120 | Nadine Cruz 4315 Prelude Pass Elmendorf, TX 78112 | 4746 | 11/14/2012 | $0.00 $0.00 $95,693.08 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 121 | Nancy Jane Garcia 43732 Rembrandt St Lancaster, CA 93535 | 998 | 10/05/2012 | $0.00 $0.00 $10,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 122 | Nancy N. Matney 1958 Horlbeck St Florence, SC 29505 | 2080 | 11/01/2012 | $0.00 $0.00 $217,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 123 | Nguyet M. Peterson 2541 Cobble Hill Court - Unit L Woodbury, MN 55125 | 1528 | 10/22/2012 | $0.00 $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 124 | Nicole Pearson 18302 Sunderland St Detroit, MI 48219 | 4609 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 125 | Noeida G. Ricks 1901 Tiffany Dr La Place, LA 70068 | 1986 | 10/30/2012 | $0.00 $0.00 $101,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 126 | Olga Ortiz<br>2727 Wagner Heights Rd<br>Stockton, CA 95209-1794 | 2185 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 127 | Olivia Awadalla<br>PO Box 70176<br>Los Angeles, CA 90070 | 4146 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$85,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 128 | Olof Christian Ferm<br>11 Poplar Drive<br>Raymond, NH 03077 | 3726 | 11/08/2012 | $0.00<br>$0.00<br>$10,557.00<br>UNLIQUIDATED<br>$303,868.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 129 | OSCAR OLSEN III AND<br>FL SOLUTIONS AND REMODELING WORK<br>101 BELLGROVE DR APT 2B<br>MAHWAH, NJ 07430-2263 | 3838 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$11,200.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 130 | Oscar Sanchez<br>6748 S. Kolin Ave<br>Chicago, IL 60629 | 2178 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$20,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 131 | Owmwatie Chowdhury The Law Offices of Julio C. Marrero & Associates, PA 3850 Bird Road, Penthouse One Coral Gables, FL 33146 | 5421 | 11/16/2012 | $0.00 $0.00 $0.00 $0.00 $250,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 132 | Pamela Nelson Foster, Melvin V Foster 800 High St Apt 112 Palo Alto, CA 94301 | 2096 | 11/02/2012 | $0.00 $0.00 $0.00 $0.00 $392,962.53 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 133 | Pamela R. Woodlief-Mccullough 1021 E. Fairview Blvd Inglewood, CA 90302 | 1979 | 10/29/2012 | $188,813.33 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 134 | PARRISH CROSS AND GENISIO 702 S PEARL AVE JOPLIN, MO 64801 | 838 | 09/28/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 135 | PATRICIA A JONES 3183 SOUTH EAST 23RD STREET GRESHAM, OR 97080 | 4214 | 11/09/2012 | $0.00 $0.00 $214,000.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 136 | Patricia A Senate<br>17929 Emelita St<br>Encino, CA 91316 | 3705 | 11/08/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 137 | Patricia Francis Hoffman<br>6731 Stanley Ave.<br>Carmichael, CA 95608 | 2373 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$650,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Executive Trustee Services, LLC | 12-12028 |
| 138 | Patricia Webber - Scott<br>2005 Elizabeth Ave<br>Shelby, NC 28150 | 2176 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 139 | Patti Lane Steen<br>9200 East Bridge Drive<br>Germantown, TN 38139 | 4590 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$177,895.42 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 140 | Patty Cunningham<br>7224 Bernard Avenue<br>Cincinnati, OH 45231 | 2667 | 11/06/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 141 | Paul D. Rachina<br>121 Vine Street, Suite 2207<br>Seattle, WA 98121 | 4265 | 11/09/2012 | $0.00<br>$0.00<br>$100,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 142 | Paul W. Nichols and Sherri F. Blasengym<br>2637 Cypress Ave<br>Stockton, CA 95207 | 5716 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 143 | Pauline & David Newberry<br>1123 South Homewood Ave<br>Springfield, MO 65802 | 1111 | 10/10/2012 | $0.00<br>$0.00<br>$89,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 144 | Peatron Cummings<br>3171 Emerald Street<br>Memphis, TN 38115 | 1578 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$106,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 145 | Pedro Diaz<br>2839 Cleveland Street<br>Hollywood , FL 33020 | 4364 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$73,389.70 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTIETH OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 146 | Pedro H Gonzalez | 2564 | 11/07/2012 | $0.00 | Administrative Priority | Residential Capital, LLC | 12-12020 |
| | 3108 East 16th Street | | | $0.00 | Administrative Secured | | |
| | National City, CA 91950 | | | $0.00 | Secured | | |
| | | | | $0.00 | Priority | | |
| | | | | $3,000.00 | General Unsecured | | |