**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)**

Upon the twenty-second omnibus claims objection, dated July 10, 2013 (the "<u>Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Insufficient Documentation Claims on the grounds that each Insufficient Documentation Claim lacks sufficient supporting documentation as to its validity and amount and has no basis in the Debtors' books and records, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

no other or further notice need be provided; and upon consideration of the Objection and the Declaration of Deanna Horst, the Declaration of Norman S. Rosenbaum, and the Declaration of Robert D. Nosek, annexed to the Objection as <u>Exhibits 1-3</u>, respectively, the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that each Insufficient Documentation Claim listed on <u>Exhibit A</u> annexed hereto is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the Insufficient Documentation Claims identified on the schedule annexed as <u>Exhibit A</u> hereto pursuant to this Order; and it is further

ORDERED that the following matter relating to the Insufficient Documentation Claims shall be adjourned to the omnibus hearing scheduled for September 11, 2013:

- William C. Walker & Keiran J. Walker (Claim No. 5529); and it is further

ORDERED that the following matter relating to the Insufficient Documentation Claims shall be adjourned to the omnibus hearing scheduled for September 24, 2013:

- George Davis (Claim No. 3443); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Rules are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto, and any claim that is listed on Exhibit A to the extent this Court grants any claimant leave to amend its Insufficient Documentation Claim under section 502(d) of the Bankruptcy Code; and it is further

ORDERED that this Order shall be a final order with respect to each of the Insufficient Documentation Claims identified on Exhibit A, annexed hereto, as if each such Insufficient Documentation Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**SO ORDERED:**

Dated:  September 4, 2013
         New York, New York

                                                                                                     _____/s/Martin Glenn_____
                                                                                                      MARTIN GLENN
                                                                            United States Bankruptcy Judge

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SECOND OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Barbara B. Smith<br>482 Belview Drive<br>Killen, AL 35645 | 1085 | 10/09/2012 | $0.00<br>$0.00<br>$3,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | CAMPBELL, JAMES<br>815 CAMPBELL LN<br>ATHENS, GA 30606 | 888 | 10/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 |
| 3 | CARLOS PEREZ<br>7 RAYO DRIVE<br>SHELTON, CT 06484 | 617 | 09/21/2012 | $0.00<br>$0.00<br>$306,212.22<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | CHARLES AND SHIRLEY MILLER<br>35 VERSAILLES CT<br>AND PROFESSIONAL HOME IMPROVEMENT INC<br>WHEELING, IL 60090 | 938 | 10/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | John Lawrence<br>3419 Shumard Ct<br>Spring, TX 77388 | 1241 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,986.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SECOND OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

|  | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Jose R. Gonzalez<br>8709 SW 56th Avenue Road<br>Ocala, FL 34476 | 3847 | 11/09/2012 | $0.00<br>$0.00<br>$189,000.00<br>$0.00<br>$60,636.28 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | KENNEDY, JULIE L & KENNEDY, JOHN S<br>3859 W CHENANGO AVE<br>LITTLETON, CO 80123-1642 | 778 | 09/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | MARC AND STEPHANIE CAMPBELL<br>815 CAMPBELL LN<br>AND JAMES CAMPBELL CONTRACTOR<br>ATHENS, GA 30606 | 908 | 10/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 |
| 9 | PATRICIA RICHARDSON AND HARRY LUCIEN<br>11100 WOODVINE LN<br>NEW ORLEANS, LA 70128 | 720 | 09/24/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | Victoria R. Shemaria<br>1671 Old Oak Road<br>Los Angeles, CA 90049 | 3890 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SECOND OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | Vince Sabatini<br>54110 Verona Park Dr<br>Macomb, MI 48042 - 5779 | 1398 | 10/18/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | Vincent J. Conigliaro, Elizabeth B. Conigliaro<br>Vincent J. Conigliaro<br>14 Bradford Drive<br>Tabernacle, NJ 08088 | 1201 | 10/12/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | VINCENT R KRAMER JR ATT AT LAW<br>17 WATCHUNG AVE<br>CHATHAM, NJ 07928 | 781 | 09/27/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | WARAKOMSKI, HELEN D<br>3467 3469 CONESTOGA RD<br>GLENMOORE, PA 19343 | 615 | 09/21/2012 | $0.00<br>$0.00<br>$110,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | Warren Richardson<br>10 Maxwell Avenue<br>Montgomery, AL 36108-2022 | 4698 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SECOND OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | Wayne Joseph LeBoeuf & Tammy Broussard LeBouef<br>P.O. Box 315<br>Montegut, LA 70377 | 3789 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 17 | Wei Hsiang Lin<br>c/o Tzu K Lin<br>1921 Wickshire Ave<br>La Puente, CA 91745-0000 | 1465 | 10/22/2012 | $0.00<br>$0.00<br>$250,277.00<br>$2,600.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | Wilbur D. Triplett<br>John Peter Lee, Ltd.<br>830 Las Vegas Boulevard South<br>Las Vegas, NV 89101 | 2894 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$513,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | WILKINS, ROY<br>PO BOX 240874<br>MONTGOMERY, AL 36124-0874 | 1078 | 10/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | William and Bonnie Aliberti<br>535 Lowell St<br>Lawrence, MA 01841 | 4555 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$525,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SECOND OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 21 | WILLIAM KERRY<br>DIANN KERRY<br>865 N GULLEY<br>DEARBORN HEIGHTS, MI 48127 | 2108 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 22 | WILLIAM L CHIGNOLA ATT AT LAW<br>40 GLEASON ST<br>FRAMINGHAM, MA 01701 | 759 | 09/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |
| 23 | William R Powell & Marsha A. Powell<br>4270 Defender Dr, Unit 301<br>Cincinnati, OH 45252 | 3825 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$43,305.01 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | William R. Jolluck<br>104 Gold Leaf Dr<br>Hampton, GA 30228 | 2470 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$74,600.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | William Sanford Martin - by Cheryl Christian, Daughter<br>462 Ebenezer Rd<br>Amherst, VA 24521 | 2269 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$79,334.68 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SECOND OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | William Troy Duff<br>42229 Weeping Willow Ln<br>Murrieta, CA 92562 | 1426 | 10/19/2012 | $0.00<br>$0.00<br>$549,974.97<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 27 | WILLIAMS, LYDIA<br>4410 MICHAEL JOHN LN<br>UNIVERSAL RESTORATION SVCS OF IN<br>RICHTON PARK, IL 60471 | 1877 | 10/29/2012 | $0.00<br>$0.00<br>$171,972.06<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | Winnie Coleman<br>74 Beaverdam Rd<br>Indianola, MS 38751 | 1940 | 10/29/2012 | $0.00<br>$0.00<br>$31,495.30<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | WOJCIK, PHILIP<br>47 EMERSON ST<br>PEABODY, MA 01960 | 599 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | Yolande Jones<br>11257 Engleside<br>Detroit, MI 48205-3209 | 2116 | 11/02/2012 | $0.00<br>$0.00<br>$0.00<br>$53,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SECOND OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|----|---|---|---|---|---|---|---|
| 31 | Zina D. Vanderhall<br>c/o 106 Richberry Dr.<br>Dothan, AL 36303 | 3654 | 11/08/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$1,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |