UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

# ORDER REGARDING DISCOVERY PROTOCOL

On September 3, 2013, the Court heard argument on the Debtors' motion, pursuant to section 105 and Rule 7026, seeking to establish and implement a protocol (the "Discovery Protocol") for discovery related to plan confirmation. ("Motion," ECF Doc. # 4765). The Motion proposes procedures designed to create an organized and efficient process for parties to seek targeted discovery, which would be in addition to the large quantity of discovery already provided by the Debtors in this case. One limited objection to the Motion was filed by the Ad Hoc Group of Junior Secured Noteholders ("JSNs") and the Notes Trustee (ECF Doc. # 4852), objecting to the procedures as they relate to the JSNs. The Debtors filed a reply to the JSN Objection (ECF Doc. # 4880). On August 30, 2013, several days after the objection deadline, the JSNs filed their own proposed order establishing discovery procedures (ECF Doc. # 4907). The Debtors filed a further revised proposed order incorporating some of the JSNs' changes shortly before the hearing on September 3 (ECF Doc. # 4911). The Court entered an order granting the Motion to implement discovery protocol (ECF Doc. # 4913).

At the hearing, the Court instructed the parties to meet and confer to attempt to arrive at a consensual resolution. On September 4, 2013, the Debtors filed a letter (the "Debtors' September 4 Letter," ECF Doc. # 4930) explaining that the parties resolved some but not all of

-1-

the issues. The Debtors' September 4 Letter attached a further revised proposed order. The JSNs also filed a letter setting forth their remaining objections (ECF Doc. # 4930).

The Court will enter a separate order approving the proposed order as amended in the Debtors' September 4 Letter. The JSNs' remaining objections are **DENIED**.

**IT IS SO ORDERED.**

Dated: September 4, 2013
      New York, New York

                                     **_/s/Martin Glenn_**
                                       MARTIN GLENN
                               United States Bankruptcy Judge