# **EXHIBIT 3**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100507688    06/15/2010    04:16
ELECTRONIC RECORDING

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

RECORDING REQUESTED BY:
Mortgage Electronic Registration Systems, Inc., solely
as nominee for Peoples Mortgage Company

KA4471266-1-4-4--
chagollaj

PREPARED BY AND WHEN
RECORDED MAIL TO:
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7700

4471266

APN: 174-11-130 8
MIN:

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to GMAC Mortgage, LLC all beneficial interest under that certain Deed of Trust dated April 25, 2006, executed by Derek D. Moss, a married man as his sole and separate property, to Capital Title Agency as trustee, for Mortgage Electronic Registration Systems, Inc., solely as nominee for Peoples Mortgage Company, as beneficiary, and recorded as Instrument No. 20060583502 on May 1, 2006, in the State of Arizona, Maricopa County Recorder's Office. Together with the money due and to become due thereon with interest, and all rights accrued or to accrue under the instrument secured by the Deed of Trust.

Dated: 5/25/10 E4

Mortgage Electronic Registration Systems, Inc., solely
as nominee for Peoples Mortgage Company
By: _Janine Yamoah_
Its: Janine Yamoah
Assistant Secretary

State of Pennsylvania )
                      ) ss.
County of Philadelphia )

On May 05th, 2010 before me, Lisa Procopio, a Notary Public in and for said state, personally appeared Janine Yamoah, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of PA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Lisa Procopio_
Notary Public

(This Area for Official Notary Seal)

NOTARIAL SEAL
LISA PROCOPIO
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Jul 31, 2013

000001-1122421200-M