# **EXHIBIT 4**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100016195   01/08/2010   12:14
ELECTRONIC RECORDING

SECURITY TITLE AGENCY

When Recorded Return to:
**Executive Trustee Services, LLC**
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

141092052-2-2-2--
chagollaj

(818) 260-1600

_____

0601535648  AZ-235796-C  14-92052

## NOTICE OF TRUSTEE'S SALE

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated 4/25/2006 and recorded on 5/1/2006 as Instrument # **2006-0583502**, Book Page    in the office of the County Recorder of **Maricopa** County, Arizona, at public auction to the highest bidder at At the steps at the front entrance of the Superior Court Building, 201 West Jefferson, Phoenix, Arizona, on **4/15/2010** at **12:00 PM** of said day:

**Lot 125, HAYDEN ESTATES, according to Book 204 of Maps, page 46, records of Maricopa County, Arizona.**

ACCORDING TO THE DEED OF TRUST OR UPON INFORMATION SUPPLIED BY THE BENEFICIARY, THE FOLLOWING INFORMATION IS PROVIDED PURSUANT TO A.R.S. SECTION 33-808(C):

STREET ADDRESS OR IDENTIFIABLE LOCATION:    **8025 EAST KRAIL STREET**
                                            **SCOTTSDALE, AZ 85250**

TAX PARCEL NUMBER: **174-11-130**

ORIGINAL PRINCIPAL BALANCE:  **$383,150.00**

NAME AND ADDRESS OF ORIGINAL TRUSTOR:
(as shown on the Deed of Trust)

**Derek D. Moss, a married man as his sole and separate property**
**8025 EAST KRAIL STREET**
**Scottsdale, AZ 85250**

NAME AND ADDRESS OF BENEFICIARY:
(as of recording of Notice of Sale)

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
**1100 VIRGINIA DRIVE**
**FORT WASHINGTON, PA 19034**

(Page 2 of 2)

AZ-235796-C   0601535648    14-92052

NAME, ADDRESS & TELEPHONE NUMBER OF TRUSTEE:
(as of recording of Notice of Sale)

**Executive Trustee Services, LLC**
**2255 North Ontario Street, Suite 400**
**Burbank, California 91504-3120**
**Sale Line: 714-730-2727**

DATED: **1/7/2010**

EXECUTIVE TRUSTEE SERVICES, LLC

By: _____
Rosalie Solano, Limited Signing Officer

"Executive Trustee Services, LLC is a licensed escrow agent and therefore qualified to act as a Trustee pursuant ARS Section 33-803(A)(1). Trustee's Regulator: Arizona State Banking Department."

State of California} ss.
County of Los Angeles }

On **1/7/2010** before me, **Dee C. Ortega** Notary Public, personally appeared **Rosalie Solano,** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Dee C. Ortega

DEE C. ORTEGA
Commission # 1672751
Notary Public - California
Los Angeles County
My Comm. Expires Jun 5, 2010