# **EXHIBIT 5**

WHEN RECORDED RETURN TO:

Paul Papas
4727 E Bell Rd., #45 PMB 350
Phoenix, AZ 85032
602-493-2016

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2012-0178685 03/02/12 02:56 PM
1 OF 1
RAMIREZP

# NOTICE OF OPTION CONTRACT FOR SALE AND PURCHASE

This NOTICE OF OPTION CONTRACT FOR SALE AND PURCHASE (the "Notice") is made, executed and delivered as of the 16th day of February, 2012, by and between Kathrina H. Tobias ("Seller") and Paul Papas and/or assigns ("Buyer").

The Seller grants to the Buyer and/or assigns an Option to purchase the real estate as described below (the "Property"):

8025 E. Krail St, Scottsdale, AZ 85250 - APN 174-11-130-8

Lot 125 Hayden Estates according to Book 204 of Maps, page 46, records of Maricopa County, Arizona

The term of this Option Contract is from the 16th day of February, 2012 and expires on the 15th day of February, 2013. The Buyer and/or assigns can execute the Option Contract at any time during the Option Period.

**The Option Contract may be terminated and this Notice released and satisfied of record by execution and recording of a Release of Option Contract signed only by the Buyer.**

The Option Contract for Sale and Purchase contains the following Representations and Warranties:

"**6. REPRESENTATIONS AND WARRANTIES:** To induce the BUYER and/or assigns to enter into this Agreement, the SELLER makes the following representations, warranties, and covenants.

E. SELLER understands that if this transaction becomes a short sale and is contingent upon acceptance by Lien holders of discounts off outstanding balances, then the Seller will receive NO funds upon closing of the short sale.

F. **SELLER hereby grants the Buyer** and/or assigns **the FIRST right to purchase the Seller's property and the Buyer or their representatives all of the necessary rights to immediately list for sale, market, negotiate and enter into a contract to lease or sell immediately to a third party for a profit. All documentation in connection with the foregoing will be made available at the request of all Lenders, Sellers, and Buyers** and/or assigns **involved in the transaction.**"

## Legal Description
### 8025 E. Krail St, Scottsdale, AZ 85250 - APN 174-11-130

Lot 125 Hayden Estates according to Book 204 of Maps, page 46, records of Maricopa County, Arizona

### AS TO SELLER:

In witness whereof, we hereunto set our hand and seal, at __12:00 PM__, in the County of __Maricopa__, State of Arizona, this __23rd__ day of February 2012.

_____        _____
Seller                                                         Seller

State of Arizona
County of __Maricopa__                     ss:

Before me, a Notary Public in and for said County, personally appeared the above named __Kathrina H. Tobias__ who acknowledged and declared that he did sign and seal the foregoing instrument and that the same is his free act and deed.

In testimony whereof, I have hereunto set my hand and official seal, at __12:00 PM__, in the County of __Maricopa__, State of Arizona, this __2nd__ day of February, 2012.

__Joan Paula Hoff__
Notary Public

JOAN PAULA HOFF
Notary Public - Arizona
Maricopa County
Expires 04/20/2014

### AS TO BUYER and/or assigns :

In witness whereof, we hereunto set our hand and seal, at __Glendale__, in the County of __Maricopa__, State of Arizona, this __27th__ day of February 2012.

_____
Buyer  and/or assigns

State of __Arizona__
County of __Maricopa__                     ss:

Before me, a Notary Public in and for said County, personally appeared the above named __Paul N. Papas II__ who acknowledged and declared that he did sign and seal the foregoing instrument and that the same is his free act and deed.

In testimony whereof, I have hereunto set my hand and official seal, at __Glendale__, in the County of __Maricopa__, State of Arizona, this __27__ day of February 2012.

__Cristina Mendoza__
Notary Public

This instrument prepared by: Grantor

CRISTINA MENDOZA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
September 1, 2014