**EXHIBIT 6**

Paul N. Papas II
4727 E Bell Rd., #45 PMB 350
Phoenix, AZ 85032
602-493-2016

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2012-0193607 03/08/12 11:17 AM
1 OF 1

Superior Court of Arizona
in Maricopa County

Paul N. Papas II, et al

CV 2012- 051622

**NOTICE OF
LIS PENDENS**

VS

Peoples Mortgage Company

and

GMAC Mortgage, LLC

### LIS PENDENS

TO WHOM IT MAY CONCERN:

Notice is hereby given that the above-entitled action has been filed and is now pending in the Superior Court, State of Arizona, County of Maricopa. The parties hereto are as shown above. The Plaintiff seeks a Declaratory Judgment, Injunctive Relief, and to Quiet Title and has a claim pursuant to the Uniform Fraudulent Transfer Act ARS 44-1001 et seq concerning 8025 East Krail Street, Scottsdale, Arizona, 85250 APN 174-11-130-8 in which he seeks to set aside the fraudulent transfers. He also holds an Option to Purchase the property.

Plaintiff seeks to have his lien adjudged a first and prior lien against premises, superior to the interests and liens of all defendants joined in this action, and that upon foreclosure of plaintiffs lien, all of the defendants and all persons claiming by, through or under them, be barred and foreclosed of all their right, title, interest or claim of lien against the premises, except only their rights of redemption as by law provided.

THEREFORE, for the above stated reasons all persons having any interest in the property are on notice that the Plaintiff is prosecuting his claim on this property and presents this *Lis Pendens* pursuant to ARS 12-1191 and *Farris v Advantage Capital Corporation*, Arizona Supreme Court CV-07-0114-CQ.

Dated March 7, 2012

_____
Paul N. Papas II
4727 E Bell Rd., #45 PMB 350
Phoenix, AZ 85032
602-493-2016

Kathrina H. Tobias
The above Kathrina H. Tobias personally appeared before me and signed this of her own free will on this ___ day of March 2012.

Notary Public



JOAN PAULA HOFF
Notary Public—Arizona
Maricopa County
Expires 04/30/2014

3-8-2012