# **EXHIBIT 8**

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
05/18/2012 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2012-051622                                                          05/11/2012

                                                                CLERK OF THE COURT
HONORABLE MICHAEL R. MCVEY                                         R. Tomlinson
                                                                      Deputy

PAUL N PAPAS II                            PAUL N PAPAS II
                                           4727 E BELL RD # 45 PMB 350
                                           PHOENIX AZ  85032

v.

PEOPLES MORTGAGE COMPANY, et al.           ROBERT G ANDERSON


                                           COLT B DODRILL
                                           KATHRINA H TOBIAS
                                           8025 E KRAIL ST
                                           SCOTTSDALE AZ  85250


MINUTE ENTRY

The Court has reviewed Defendant GMAC Mortgage, LLC's Motion to Dismiss filed March 23, 2012, Plaintiffs' Response and Opposition thereto, and Defendant's Reply.

For the reasons set forth in Defendant's Motion to Dismiss and its Reply, the Court finds that Plaintiffs' Complaint fails to state a claim for which relief may be granted.  Therefore,

**IT IS ORDERED** dismissing Plaintiffs' Complaint without prejudice.

ALERT:  The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases.  Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.