# **EXHIBIT 10**

Michael K. Jeanes, Clerk of Court
\*\*\* Electronically Filed \*\*\*
08/06/2012 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2012-051622                                                                08/01/2012

|  |  |
|---|---|
| HONORABLE MICHAEL R. MCVEY | CLERK OF THE COURT<br>R. Tomlinson<br>Deputy |

PAUL N PAPAS II                                PAUL N PAPAS II
                                               4727 E BELL RD # 45 PMB 350
                                               PHOENIX AZ  85032

v.

PEOPLES MORTGAGE COMPANY, et al.    ROBERT G ANDERSON


                                                COLT B DODRILL


MINUTE ENTRY


The Court has reviewed Plaintiffs' Motion for Reconsideration filed July 26, 2012 and the handwritten correspondence dated July 26, 2012 submitted by Plaintiff Kathrina Tobias, which the Court will consider as a Second Motion for Reconsideration.

**IT IS ORDERED** denying Plaintiffs' Motion(s) for Reconsideration.

FILED:  Handwritten correspondence


ALERT:  The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases.  Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.