# **EXHIBIT 11**

When recorded mail to:

Name: _____

Address: _____

_____

City/State/Zip: _____

_____

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2013-0045231 01/15/13 03:23 PM
1 OF 1

PACKM

this area reserved for county recorder

## *CAPTION HEADING:*

_____

# DO NOT REMOVE

# This is part of the official document

FILED
1/8/13  1:40 pm
MICHAEL K. JEANES, Clerk
By R. Tomlinson, Deputy

1  COLT B. DODRILL, ESQ.
   Arizona Bar No. 23907
2  WOLFE & WYMAN LLP
   11811 N. Tatum Blvd., Suite 3031
3  Phoenix, AZ 85028-1621
4  cbdodrill@wolfewyman.com
   Tel: (602) 953-0100
5  Fax: (602) 953-0101

6  Attorneys for Defendant
   GMAC MORTGAGE, LLC
7

8                  IN THE SUPERIOR COURT OF ARIZONA

9                          MARICOPA COUNTY

10

11  PAUL N. PAPAS II, et al.,              Case No. CV2012-051622

12          Plaintiffs,
13      v.                                 JUDGMENT OF DISMISSAL WITH
                                           PREJUDICE
14  PEOPLES MORTGAGE COMPANY; GMAC
    MORTGAGE, LLC,
15
            Defendants.                    The Honorable Michael R. McVey
16

17      This court having dismissed the Complaint of Plaintiffs Paul Papas and Kathrina Tobias

18  without prejudice on May 11, 2012, Plaintiffs having not filed an Amended Complaint, and good

19  cause appearing, therefore,

20      **IT IS ORDERED** dismissing this case with prejudice.

21      **IT IS FURTHER ORDERED** quashing the lis pendens filed by Plaintiffs.

22      **IT IS SO ORDERED.**

23

24  Dated this 8th day of January, 2013.

25

26                                          _____
27                                          Michael R. McVey
                                            Judge of the Superior Court
28

1273587.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December, 2012, service of the foregoing **NOTICE OF LODING OF JUDGMENT OF DISMISSAL WITH PREJUDICE** was made on all parties as listed below by placing a true and correct copy thereof in a sealed envelope placed in the United States Mail at 516 W. Shaw Avenue, Suite 200, Fresno, California 93704-2515, postage pre-paid and addressed as follows:

Paul N. Papas II
4727 E. Bell Rd.
Suite 45-350
Phoenix, Arizona 85032
Plaintiff in Pro Per

Kathrina H. Tobias
8025 E. Krail Street
Scottsdale, Arizona 85250
Plaintiff in Pro Per

Robert G. Anderson, Esq.
Clark Hill PLC
14850 N. Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Attorneys for Peoples Mortgage

The Honorable Michael R. McVey
Northeast Regional Court Center
18380 N. 40th St. Suite 120
Phoenix, Arizona 85032

By: /s/ Liz Piscitelli
Liz Piscitelli
An employee of Wolfe & Wyman LLP

The foregoing instrument is a full, true and correct copy of the original on file in this office.
Attest 1/15 20 13
Michael K. Jeanes, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.
by _____ Deputy Clerk

1273775.1