# **EXHIBIT 12**

Michael K. Jeanes, Clerk of Court
\*\*\* Electronically Filed \*\*\*
02/17/2012 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-050038                                  02/15/2012

HONORABLE ALFRED M. FENZEL               CLERK OF THE COURT
                                                                    W. Tenoever
                                                                                 Deputy

PAUL N PAPAS II                            PAUL N PAPAS II
                                               4727 E BELL RD # 45 P M B 350
                                               PHOENIX AZ 85032

v.

G M A C, et al.                                  KARA A RICUPERO

                                              JOHN C GILES

## JUDGMENT SIGNED

The Court has considered Plaintiff's Motion to Vacate Findings, Defendants' Motion to Strike, for Sanctions, and for a Protective Order and Response to Motion to Vacate Findings, Plaintiff's Opposition to Defendant GMAC's Motion to Strike, etc. as well as Defendants' Reply in Support of Motion to Strike, for Sanctions, and for a Protective Order.

IT IS ORDERED denying Plaintiff's Motion to Vacate Findings.

IT IS FURTHER ORDERED granting Defendants' Motion to Strike. Defendants' request for sanctions is denied.

IT IS FURTHER ORDERED granting Defendants' Motion for Protective Order. Accordingly, for good cause shown,

IT IS ORDERED that Plaintiff is prohibited from making any future filings against GMAC and from serving any additional discovery requests on GMAC in this matter without prior Court approval.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-050038                                                                02/15/2012


IT IS FURTHER ORDERED approving and settling the formal written Judgment against Plaintiff signed by the Court February 15, 2012 and filed (entered) by the clerk on February 15, 2012.

**Please note**: The Court has signed a hard-copy version of the judgment provided with an electronically filed pleading. Therefore, copies of the judgment and self-addressed, stamped envelopes were not available for mailing to the parties. After the order has been scanned and docketed by the Clerk of Court, copies of this order may be available through ECR Online at clerkofcourt.maricopa.gov or through AZTurboCourt.gov and from the Public Access Terminals at the Clerk of Court's offices located throughout Maricopa County.


ALERT: The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases. Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.

Michael K. Jeanes, Clerk of Court
\*\*\* Electronically Filed \*\*\*
12/09/2011 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-050038     12/07/2011

HONORABLE ALFRED M. FENZEL

CLERK OF THE COURT
W. Tenoever
Deputy

PAUL N PAPAS II     PAUL N PAPAS II
4727 E BELL RD # 45 P M B 350
PHOENIX AZ 85032

v.

G M A C, et al.     KARA A RICUPERO

JOHN C GILES

### RULING

The Court has considered Defendant's Application for Attorneys' Fees, Plaintiff's Opposition to GMAC's Request for Attorneys' Fees, GMAC's Reply in Support of Application for Attorneys' Fees, and Plaintiff's Motion to Strike GMAC's Reply.

IT IS ORDERED denying Plaintiff's Motion to Strike GMAC's Reply.

IT IS FURTHER ORDERED granting GMAC's Application for Attorneys' Fees. Accordingly,

IT IS ORDERED awarding GMAC attorneys' fees in the amount of $13,255.00.

ALERT: Effective September 1, 2011, the Arizona Supreme Court Administrative Order 2011-87 directs the Clerk's Office not to accept paper filings from attorneys in civil cases. Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.

Docket Code 019     Form V000A     Page 1

Michael K. Jeanes, Clerk of Court
\*\*\* Electronically Filed \*\*\*
06/29/2011 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-050038                                                        06/22/2011

HONORABLE BRIAN R. HAUSER                          CLERK OF THE COURT
                                                   W. Tenoever
                                                   Deputy

PAUL N PAPAS II                                    PAUL N PAPAS II
                                                   4727 E BELL RD # 45 P M B 350
                                                   PHOENIX AZ  85032

v.

G M A C, et al.                                    KARA A RICUPERO


                                                   JOHN C GILES


RULING

The court has considered Defendant GMAC Mortgage LLC's and Defendant Homecomings Financial LLC's Motion for Sanctions, Plaintiff's Opposition and the Reply.

IT IS ORDERED granting Defendant GMAC Mortgage LLC's and Defendant Homecomings Financial LLC's Motion for Sanctions and awarding them reasonable attorney's fees and costs incurred in connection with the pleadings requesting sanctions.

The court has also considered Plaintiff's Motion for Summary Judgment and Defendant Relogic and Lead Properties V, LLC's Response.

IT IS ORDERED denying Plaintiff's Motion for Summary Judgment.

ALERT:  eFiling through AZTurboCourt.gov is mandatory in civil cases for attorney-filed documents effective May 1, 2011.  See Arizona Supreme Court Administrative Orders 2010-117 and 2011-010.  The Court may impose sanctions against counsel to ensure compliance with this requirement after May 1, 2011.

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
03/22/2011 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-050038                                         03/21/2011

                                                       CLERK OF THE COURT
COMMISSIONER JOHN R. DOODY                             T. Ross
                                                       Deputy

PAUL N PAPAS II                                        PAUL N PAPAS II
                                                       4727 E BELL RD # 45 P M B 350
                                                       PHOENIX AZ  85032

v.

G M A C, et al.                                        KARA A RICUPERO


                                                       JOHN C GILES


MINUTE ENTRY

The court has received and reviewed Plaintiff's "Rule 60 Motion," Defendant's Response, and Plaintiff's Reply in support of his motion. The motion seeks relief from the judgment entered on November 15, 2010 on the ground of newly discovered evidence.

IT IS ORDERED denying Plaintiff's motion.


Docket Code 019                    Form V000A                              Page 1



| RUTH WILLINGHAM | **Court of Appeals** | Phone (602) 542-4821 |
| --- | --- | --- |
| ACTING CLERK OF THE COURT | STATE OF ARIZONA<br>DIVISION ONE<br>STATE COURTS BUILDING<br>1501 WEST WASHINGTON STREET<br>PHOENIX ARIZONA 85007 | Fax (602) 542-4833 |



January 31, 2011

Michael K Jeanes, Clerk
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona 85003

Dear Mr. Jeanes,

RE:   1 CA-CV 10-0883

PAPAS v. GMAC

Maricopa County Superior Court
No. CV2010-050038

Pursuant to direction from the court and pursuant to A.R.S.§12-322A, the above entitled and numbered case has been abandoned. There is no record to be returned to your court.

Section 12-322A provides as follows:  . . . "If the fee is not paid within the ten days thereafter, the appeal shall be deemed abandoned and the record returned to the Court from which it came and the judgement may be enforced as if no appeal had been taken."

RUTH WILLINGHAM, ACTING CLERK
By
_____
Deputy Clerk

c:
Paul N Papas II
Kara Ricupero
Charitie Hartsig

*** Granted ***
See eSignature Page

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
Michelle Paigen
Filing ID 730413
11/15/2010 11:41:29 AM

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PAUL N. PAPAS, II,<br><br>Plaintiff,<br><br>v.<br><br>GMAC; RELOGIC, LEAD PROPERTIES V, LLC,<br><br>Defendants. | Case No. CV2010-050038<br><br>**ORDER GRANTING GMAC'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO GMAC**<br><br>(Assigned to the Honorable Judge Brian Hauser) |

Having considered Defendant GMAC Mortgage, LLC's and Homecomings Financial LLC'S (collectively "GMAC") Motion for Summary Judgment, Plaintiff Paul N. Papas' (Papas) Motion for Summary Judgment, the Statements of Fact submitted by each party in support of the requisite motions, together with the briefings and oral argument on the same, and good cause appearing therefore,

**IT IS HEREBY ORDERED** denying Papas' Motion for Summary Judgment as to GMAC,

**IT IS FURTHER ORDERED** granting GMAC's Motion for Summary Judgment in whole,

**IT IS FURTHER ORDERED** awarding GMAC its taxable costs incurred in the defense of this action, with each party to bear its own fees in this matter,

**IT IS FURTHER ORDERED** having found that there is no just reason for delay, and pursuant to Rule 54(b) of the Arizona Rules of Civil Procedure, that this judgment is final as to the claims asserted against GMAC in the above-captioned action.

1327153.1
10/21/10

eSignature Page -- 20101021819108_GMAC-Papas-proposed_Order..pdf

Granted

Signed on this day, November 15, 2010



/S/ Brian Hauser
Judicial Officer of Superior Court