# **EXHIBIT 3**

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: Residential Capital, LLC
Case Number: 12-12020

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

RECEIVED JUL - 2 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Paul N. Papas II

Name and address where notices should be sent:
4727 E Bell Rd
Ste 45-350
Phoenix AZ 85032

Telephone number: 602-493-2016
email: Paul_Papas@MyLegalHelpUSA.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:       email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 10,000,000,000

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Based on the Fraudulent Transfers of Title By The Debtor
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):** _____
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $ 10,000,000,001

**Annual Interest Rate** ___ % ☐Fixed or ☐Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ 10,000,000,000

**Basis for perfection:** Lis Pendens + Court Filings

**Amount of Secured Claim:** $ 10,000,000,000

**Amount Unsecured:** $ 0

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $ 10,000,000,000

RECEIVED JUL 0 9 2012

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after ti

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (S

KURTZMAN CARSON CONSULTANTS

1212020120702000000000017

B 10 (Official Form 10) (12/11)                                                                                                                                                 2

---

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. *Copy of one Lis Pendens is being sent, others are available;*

If the documents are not available, please explain: *Documents are also available on line*

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
                        (Attach copy of power of attorney, if any.)      or their authorized agent.         (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Paul N. Papas II
Title:
Company:
Address and telephone number (if different from notice address above):    (Signature)                                26 June 2012
                                                                                                                      (Date)
~~4727 E Bell Rd., Ste 45-350, Phoenix, AZ~~
~~85032~~                        Paul_Papa:                                                    **RECEIVED**
Telephone number:                email:
                                                                                               JUL 0 9 2012
*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.

KURTZMAN CARSON CONSULTANTS

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2012-0193607  03/08/12  11:17 AM
1 OF 1

Paul N. Papas II
4727 E Bell Rd., #45 PMB 350
Phoenix, AZ 85032
602-493-2016

Superior Court of Arizona
in Maricopa County

Paul N. Papas II, *et al*

CV 2012- 051622

**NOTICE OF
LIS PENDENS**

VS

Peoples Mortgage Company

and

GMAC Mortgage, LLC

## LIS PENDENS

TO WHOM IT MAY CONCERN:

Notice is hereby given that the above-entitled action has been filed and is now pending in the Superior Court, State of Arizona, County of Maricopa. The parties hereto are as shown above. The Plaintiff seeks a Declaratory Judgment, Injunctive Relief, and to Quiet Title and has a claim pursuant to the Uniform Fraudulent Transfer Act ARS 44-1001.*et seq* concerning 8025 East Krail Street, Scottsdale, Arizona, 85250 APN 174-11-130-8 in which he seeks to set aside the fraudulent transfers. He also holds an Option to Purchase the property.

Plaintiff seeks to have his lien adjudged a first and prior lien against premises, superior to the interests and liens of all defendants joined in this action, and that upon foreclosure of plaintiffs lien, all of the defendants and all persons claiming by, through or under them, be barred and foreclosed of all their right, title, interest or claim of lien against the premises, except only their rights of redemption as by law provided.

THEREFORE, for the above stated reasons all persons having any interest in the property are on notice that the Plaintiff is prosecuting his claim on this property and presents this *Lis Pendens* pursuant to ARS 12-1191 and *Farris v Advantage Capital Corporation*, Arizona Supreme Court CV-07-0114-CQ.

Dated March 7, 2012

_____
Paul N. Papas II
4727 E Bell Rd., #45 PMB 350
Phoenix, AZ 85032
602-493-2016

_____
Kathrina H. Tobias
The above Kathrina H. Tobias personally appeared before me and signed this of her own free will on this ___ day of March 2012.

Notary Public



JOAN PAULA HOFF
Notary Public—Arizona
Maricopa County
Expires 04/30/2014

3-8-2012