# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA ROBINSON | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 12-151 |
| | : | |
| GMAC MORTGAGE *et al.* | : | |

## ORDER

AND NOW, this 13th day of August, 2012, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed

[x]  -  Other: This matter has been stayed as to all defendants, claims, and motions pending resolution of the related bankruptcy matter currently pending in the United States Bankruptcy Court for the Southern District of New York or until the stay is otherwise lifted as to the claims at issue in this case.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

CYNTHIA M. RUFE, J.