WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3 and 4, 2013, I caused (i) the Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Dkt. No. 4925], and (ii) the Declaration of Randall R. Rainer in Support of Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Dkt. No. 4926], respectively (collectively, the "Syncora Response") to be electronically filed with the Clerk of Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that copies of the Syncora Response also have been sent via electronic mail and/or overnight delivery to the parties listed on the annexed service list, as indicated.

Dated: September 4, 2013

                        WOLLMUTH MAHER & DEUTSCH LLP

                        By:      /s/ Randall R. Rainer
                                  Paul R. DeFilippo
                                  Randall R. Rainer

500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for Syncora Guarantee Inc.*

**Service List**

Ronit J. Berkovich
Sara Coelho
Rahul K. Sharma
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**[Email]**

J. Alexander Lawrence
Alexandra Steinberg Barrage
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
**[Email & Federal Express]**

Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
**[Federal Express]**

Eric H. Holder, Jr.
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
**[Federal Express]**

Nancy Lord, Esq.
Enid N. Stuart, Esq.
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
**[Federal Express]**

Joseph N. Cordaro, Esq.
Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
**[Federal Express]**

Richard M. Cieri
Ray Schrock
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
**[Federal Express]**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Philip Bentley
Kenneth Eckstein
Douglas Mannal
**[Email & Federal Express]**

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Thomas Walper
Seth Goldman
**[Federal Express]**

Internal Revenue Service
2970 Market Street,
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016
**[Federal Express]**

Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
George S. Canellos, Regional Director
**[Federal Express]**