**ALSTON & BIRD LLP**

John C. Weitnauer (*pro hac vice*)
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Custodian for Certain Mortgage Backed Securities Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE:

RESIDENTIAL CAPITAL, LLC, *et al.*,

                Debtors.
-------------------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

       Leslie Salcedo, being duly sworn, hereby deposes and says:

       1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

       2.    On September 3, 2013, I caused a true and correct copy of the Wells Fargo Bank, N.A.'s Reservation of Rights in Response to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Serving-Related Agreements for Trusts Insured by

Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC, to be served upon the parties listed on

the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
5th day of September, 2013.

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires August 9, 2017

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Norman S. Rosenbaum<br>      Alexandra Steinberg Barrage<br>      Jonathan M. Petts | Weil, Gotshal & Manages LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Gary T. Holtzer<br>      Ronit J. Berkovich |
| Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY10110<br>Attn: Paul R. DeFilippo<br>      Randall R. Rainer | Office of the United States Trustee<br>For the Southern District of New York<br>US Federal Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Tracy Hope Davis<br>      Linda A. Riffkin<br>      Brian S. Masumoto |
| Office of the United States Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001<br>Attn: US Attorney General, Eric J. Holder Jr. | Office of the New York State Attorney General<br>The Capital<br>Albany, NY 12224-0341<br>Attn: Nancy Lord, Esq.<br>      Enid N. Stuart, Esq. |
| Office of the US Attorney for the Southern District of NewYork<br>One St. Andrews Plaza<br>New York, NY 10007<br>Attn: Joseph N. Cordaro | Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Attn: Richard M. Cieri<br>      Ray Schrock |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Kenneth Eckstein<br>      Douglas Mannal | Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Attn: Jennifer C. DeMarco<br>      Adam Lesman |
| Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Attn: Thomas Walper<br>      Seth Goldman | Internal Revenue Services<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |

| Securities and Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>Attn: George S. Canellos, Regional Director | |