UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re:                                              :        Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,     :        Case No. 12-12020 (MG)
:
:        Jointly Administered
Debtors.                         :
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert T. Kugler, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Examiner and Leonard, Street and Deinard Professional Association, a professional employed as Special Minnesota Counsel to the Examiner, in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: September 5, 2013

*/s/ Robert T. Kugler*
Robert T. Kugler, Esq.
**LEONARD, STREET AND DEINARD**
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

*Special Minnesota Counsel for the Examiner*

10075334v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                                              :          **Chapter 11**
:
**RESIDENTIAL CAPITAL, LLC, <u>et al</u>.**               :          **Case No. 12-12020 (MG)**
:
:          **Jointly Administered**
**Debtors.**                               :
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert T. Kugler, to be admitted, ***pro hac vice***, to represent the Examiner and Leonard, Street and Deinard Professional Association ("Leonard Street"), a professional employed as Special Minnesota Counsel to the Examiner in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED**, that Robert T. Kugler, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Examiner and Leonard Street, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York          /s/ _____
                                                                  MARTIN GLENN
                                                                  UNITED STATES BANKRUPTCY JUDGE

10075328v1