IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | * | |
| GMAC Mortgage, LLC | * | Case No. 12-12032 |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAWAL OF CLAIM

## HELD BY ANNE ARUNDEL COUNTY, MARYLAND

Anne Arundel County, Maryland, Creditor ("County") hereby withdraws its claim in accordance with Bankruptcy Rule 3006. In support of this withdraw, the County represents as follows:

1. Debtor, GMAC Mortgage, LLC, filed a Chapter 11 Bankruptcy Petition on 5/14/2012.

2. On or about November 1, 2012, County filed a proof of claim in the amount of $4204.28, representing outstanding real estate taxes on account number xxxx-xxxx-9700.

3. On a subsequent date, the County was notified that GMAC Mortgage LLC is no longer the owner of this property (parcel xxxx-xxxx-9700).

Wherefore, Anne Arundel County, Maryland, hereby seeks to withdraw its claim.

*Darcy Good* (signature)
Darcy Good
Bankruptcy Administrator
Anne Arundel County, Maryland
Creditor
P.O. Box 2700, Annapolis, MD 21404
(410) 222-2312

RECEIVED
SEP - 3 2013
U.S. BANKRUPTCY COURT, SDNY