## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Claim held by Anne Arundel County, Maryland, was mailed, first class, postage prepaid, this 29 day of August, 2013 to the following:

ResCap Claims Processing Center c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

The Chambers of the Honorable Martin Glenn
Courtroom 501
One Bowling Green
New York, New York 10004

Morrison & Foerster LLP
Attn: Gary S Lee, Norman S Rosenbaum and Jordan A Wishnew
1290 Avenue of the Americas
New York, New York 10104

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H Eckstein and Douglas H Mannal
1117 Avenue of the Americas
New York, New York 10036

Darcy Good