Mr. Merlyn H. Webster, PE (CA)
5200 SW Joshua St.
Tualatin, OR 97062

August 28, 2013

The Honorable Martin Glenn
One Bowling Green
New York, New York 10004
Court Room 501
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEWYORK

Subject: Claimant's Objection of the debtors Objection   CASE NO. 12-12020 (MG) GMAC Bankruptcy ref. 1218 10/15/12

The debtor, GMAC, have changed their business name but apparently they have not bothered to change their prior shady business practices.

"Reason for Disallowance"

I object to their Twenty-six omnibus objection that the "claimant has not provided claim documents". It is the debtors that have the paper work on the mortgage loans they purchased from Wells Fargo on loan no. 0000580951. We were required to pay the loan off early to escape their shady manipulation of mortgage procedures that we never agreed to in our First Interstate Mortgage contract that they purchased.

I also plan to object on other grounds to this claim and or any other claims I may have on this or other claims that maybe raised at a later date.

I request that the debtor be directed to send my airline tickets to my home address in sufficient time to allow me to attend the scheduled hearing. I do reserve the right to reschedule my trip to whenever in consideration of their ability to apparently continue the hearing at will. I also request a room be booked for me at the Waldorf Astoria as I will need accommodations during my unknown length of stay for this hearing.

Regards   *[signature]*

Merlyn Webster P.E. (CA)

Morrison & Foerster LLP  (212) 468-7900 et al

RECEIVED
SEP -3 2013
U.S. BANKRUPTCY COURT, SDNY