UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re:

Residential Capital LLC, et.al.                    Case No.: 12-12020
                                                   Chapter 11

                Debtor

------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer L. O'Reilly, to be admitted, ***pro hac vice***, to represent Ontario Place Condominium Association, (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Jennifer L. O'Reilly, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **September 6, 2013**

     New York, New York

                                                    **/s/Martin Glenn**
                                           UNITED STATES BANKRUPTCY JUDGE