UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

-----------------------------------------------

### NOTICE OF WITHDRAWAL OF RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY JAMES DEROUIN [DOCKET NO. 4752]

James Derouin, having filed a response (the "Response") [Docket No. 4752] to the Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) (the "Seventeenth Omnibus Claims Objection"), hereby gives notice of the withdrawal of the Response.

After discussion with SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases ("Committee Special Counsel"), I understand that the purpose of the Seventeenth Omnibus Claims Objection was not to expunge the proof of claim that I filed against the Debtors (Claim No. 4750) (the "Claim"), but rather to properly reclassify the Claim as a general unsecured claim. Accordingly, I consent to the relief requested by the Debtors in the Seventeenth Omnibus Claims Objection.

I further understand that the Debtors retain the right to object to the Claim on any other basis, and I retain the right to respond to or contest the Debtors' objection, if any, to the Claim.

I hereby authorize Committee Special Counsel to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Response.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed

original for purposes of this Notice of Withdrawal.

Dated: August ___, 2013

*JAMES DAVID DEROUIN*

James Derouin

*SEPTEMBER 5, 2013*

(Sign Name)

*DEBORAH LEE DEROUIN*

*CELL # 1-* ███████

*CELL # 1-* ███████

BPOWERS/1379003.1/062429