Jeffrey A. Lipps (admitted pro hac vice)
Jennifer A.L. Battle (admitted pro hac vice)
David A. Beck (admitted pro hac vice)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Phone:  (614) 365-4100
Fax:  (614) 365-9145

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**STATEMENT REGARDING RESOLUTION OF THE UNITED STATES TRUSTEE'S OBJECTION TO THE THIRD INTERIM APPLICATION OF CARPENTER LIPPS & LELAND LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

Carpenter Lipps & Leland LLP ("**CLL**"), special litigation counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), respectfully submits this notice of resolution of the portion of the United States Trustee's (the "**UST**")'s omnibus objection (Docket No. 4869) (the "**Objection**") objecting to CLL's third interim fee application (Docket No. 4557).  CLL respectfully represents that the UST's objection has been resolved as follows:

{00363988-1}

1. The UST has accepted the additional supporting documentation submitted by CLL with regard to the litigation support vendor expenses it questioned in the Objection.

2. CLL has agreed to the entire reduction of $1,495.00 the UST requested in connection with allegedly vague time entries.

3. CLL has verified that, while Invoice #53759 was included in the time records twice, it was not included twice in the totals requested in the fee application.

4. As represented in the certification of David Beck attached to the Application, all meal expenses were incurred while traveling. Based on this representation that no reimbursement was requested for local daytime meals, the UST has withdrawn its objection to reimbursement of the requested meal expenses.

In aggregate, CLL has voluntarily agreed to a fee reduction of $1,495.50 to resolve the objection of the UST.

Dated: September 6, 2013

/s/ David A. Beck
Jeffrey A. Lipps (admitted pro hac vice)
lipps@carpenterlipps.com
Jennifer A.L. Battle (admitted pro hac vice)
battle@carpenterlipps.com
David A. Beck (admitted pro hac vice)
beck@carpenterlipps.com
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Phone: (614) 365-4100
Fax: (614) 365-9145

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

{00363988-1}