**Exhibit A**

{00363988-1}

12-12020-mg    Doc 4966-1    Filed 09/06/13    Entered 09/06/13 13:36:05    Exhibit A
Copy of Additional Supporting Documentation    Pg 2 of 14

932    00058                                                                Invoice# 54219            Page 7

|  |  |  |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $19,950.00 |

EXPENSES

| | | |
|---|---|---|
| 04/30/2013 | Litigation Support Vendors - Bailey & Wyant (services through June 30, 2012) | $189.00 |
| 04/30/2013 | Litigation Support Vendors - Bailey & Wyant (services through January 31, 2013) | $33.00 |
| | TOTAL EXPENSES FOR THIS MATTER | $222.00 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Beck, David A. | 21.30 hrs | 280.00 /hr | | $5,964.00 |
| Lipps, Jeffrey A. | 8.90 hrs | 400.00 /hr | | $3,560.00 |
| Battle, Jennifer A.L. | 2.70 hrs | 300.00 /hr | | $810.00 |
| Beekhuizen, Michael N. | 32.20 hrs | 280.00 /hr | | $9,016.00 |
| Samson, Robert B. | 6.00 hrs | 100.00 /hr | | $600.00 |
| TOTAL FEES | 71.10 hrs | | | $19,950.00 |
| TOTAL EXPENSES | | | | $222.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | | **$20,172.00** |

# BAILEY & WYANT, P.L.L.C.

032-058

500 Virginia Street, East
Suite 600 United Center (25301)
P.O. Box 3710
Charleston, WV 25337-3710
(304) 345-4222
FEIN: 55-0771652

July 11, 2012

Carpenter Lipps & Leland LLP
Attn: A. Jeffrey Lipps, Esq
280 Plaza Ste 1300
280 North High Street
Columbus, OH 43215-3431

Invoice# 41478    RPM
Our file#   1185    00008
Billing through 06/30/2012

West Virginia Investment Management Board v. Residential Accredited Loan, Inc.; Residential Funding Company, LLC; Deutsche Bank Securities Inc.; and Credit Suisse Securities (USA) LLC

| | |
|---|---|
| Balance forward as of invoice dated   June 21, 2012 | $3,220.27 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $3,220.27 |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/2012 | JKH | L160- A106-Telephone conversation with national counsel regarding bankruptcy stay and whether or not client will participate in mediation. | 0.20 hrs. | 135.00 /hr | 27.00 |
| 06/07/2012 | JKH | L160- A104-Reviewed correspondence from national counsel confirming client is not participating in mediation. | 0.10 hrs. | 135.00 /hr | 13.50 |
| 06/22/2012 | RPM | L250- A103-Participate in conference call with counsel from this case with regard to the automatic stay and the impact thereof on the mediation herein. | 0.90 hrs. | 165.00 /hr | 148.50 |

Total fees for this matter                $189.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jordan K. Herrick | 0.30 hrs | 135.00 /hr | $40.50 |
| Robert P. Martin | 0.90 hrs | 165.00 /hr | $148.50 |
| TOTAL FEES | 1.20 hrs | | $189.00 |
| TOTAL CHARGES FOR THIS BILL | | | $189.00 |

932-058

# BAILEY & WYANT, P.L.L.C.

500 Virginia Street, East
Suite 600 United Center (25301)
P.O. Box 3710
Charleston, WV 25337-3710
(304) 345-4222
FEIN 55-0771652

February 19, 2013

Carpenter Lipps & Leland LLP
Attn: A. Jeffrey Lipps, Esq
280 Plaza Ste 1300
280 North High Street
Columbus, OH 43215-3431

Invoice# 43291    CRB
Our file# 1185    00008
Billing through 01/31/2013

West Virginia Investment Management Board v. Residential Accredited
Loan, Inc.; Residential Funding Company, LLC; Deutsche Bank Securities
Inc.; and Credit Suisse Securities (USA) LLC

| | |
|---|---|
| Balance forward as of invoice dated September 17, 2012 | $543.77 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $543.77 |

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/14/2013 | CRB | L330- A104-Read letter re: subpoena and proof of service for Bank of NY Mellon. | 0.10 hrs. | 165.00 /hr | 16.50 |
| 01/24/2013 | CRB | L330- A104-Read Notice of Videotape Deposition of Adam Yarnold and Susan Valenti. | 0.10 hrs. | 165.00 /hr | 16.50 |
| | | Total fees for this matter | | | $33.00 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Charles R. Bailey | 0.20 hrs | 165.00 /hr | $33.00 |
| TOTAL FEES | 0.20 hrs | | $33.00 |
| TOTAL CHARGES FOR THIS BILL | | | $33.00 |
| PLUS NET BALANCE FORWARD | | | $543.77 |
| **TOTAL BALANCE NOW DUE** | | | $576.77 |

CHARLES R. BAILEY

12-12020-mg    Doc 4966-1    Filed 09/06/13    Entered 09/06/13 13:36:05    Exhibit A
Copy of Additional Supporting Documentation    Pg 5 of 14

932    00057    Invoice# 59234    Page 19

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 01/15/2013 | JDR | Draft correspondence to Mr. Ziegler (Morrison & Foerster) regarding 9019 reply brief. | L120 | 0.20 hrs |
| 01/15/2013 | JDR | Draft correspondence to Ms. Battle and Mr. Sillman (Fortace) regarding 9019 reply brief and Mr. Sillman's materials. | L120 | 0.10 hrs |
| 01/15/2013 | JDR | Teleconference with Mr. Ziegler (Morrison & Foerster) regarding 9019 reply brief. | L120 | 0.20 hrs |
| 01/15/2013 | JDR | Draft correspondence to Mr. Sillman (Fortace), Ms. Battle, and Mr. Ziegler (Morrison & Foerster) regarding 9019 reply and Mr. Sillman's materials. | L120 | 0.20 hrs |
| 01/15/2013 | JDR | Prepare materials for potential rebuttal expert regarding proofs of claim. | L320 | 1.00 hrs |
| 01/28/2013 | JALB | Participate in client weekly update call on litigation, document retention, and transition/separation issues. | L120 | 0.40 hrs |
| 01/30/2013 | JALB | Review task list. | L120 | 0.10 hrs |
| 01/30/2013 | JALB | Telephone conference with Mr. Rains (Morrison & Foerster) regarding division of labor and next steps on 9019. | L120 | 0.30 hrs |
| 01/30/2013 | JALB | Correspondence with Mr. Lipps and Mr. Rhode regarding division of labor and next steps on 9019. | L120 | 0.40 hrs |
| 01/30/2013 | JDR | Draft correspondence to Ms. Battle regarding 9019 hearing preparation. | L120 | 0.10 hrs |

|  |  | TOTAL FEES FOR THIS MATTER |  | $54,220.50 |

EXPENSES

| Date | | Description | | Amount |
|---|---|---|---|---|
| 01/25/2013 | | Litigation Support Vendors - Non-testifying consultant (services for December 2012) | | $38,182.50 |

|  |  | TOTAL EXPENSES FOR THIS MATTER |  | $38,182.50 |

BILLING SUMMARY

| Paul, Angela M. | 0.30 hrs | 275.00 /hr | $82.50 |




January 25, 2013                                                                                    D18464-00

Jeffrey A. Lipps
Carpenter Lipps & Leland LLP
280 North High Street
Suite 1300
Columbus, OH 43215

Re: Residential Capital, LLC, et al., Debtors

Dear Mr. Lipps:

Enclosed please find Charles River Associates' invoice for professional services and expenses due in connection with the above referenced matter. This invoice covers the period December 1 through December 28, 2012.

If you should have any questions or require additional information, please do not hesitate to contact me at (202) 662-7838 or my assistant, Joanne Davis, at (202) 662-3960.

Sincerely yours,

Arthur P. Baines
Vice President

APB/jd

cc: Jennifer Battle

Enclosure


**CRA** Charles River Associates

CRA No. D18464

January 25, 2013

Jeffrey Lipps
Carpenter Lipps & Leland LLP
280 North High Street
Suite 1300
Columbus, OH 43215

**CRA Invoice Number:**     1004703

**Re:**    **Residential Capital, LLC, et al., Debtors**

Activity Dates: December 1, 2012 through December 28, 2012

|  |  |
|---|---:|
| Professional Fees | 38,182.50 |
| **Total Invoice:** | **$ 38,182.50** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA 02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:    CRA International, Inc. is not subject to backup withholding.
Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D18464

January 25, 2013

Jeffrey Lipps
Carpenter Lipps & Leland LLP
280 North High Street
Suite 1300
Columbus, OH 43215

**CRA Invoice Number:**    1004703

**Re:**    **Residential Capital, LLC, et al., Debtors**

PROFESSIONAL SERVICES FOR THE PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 28, 2012

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baines, Arthur | 30.90 | 625.00 | 19,312.50 |
| Gailey, Adam | 42.20 | 350.00 | 14,770.00 |
| Associate/Analyst | 16.40 | | 4,100.00 |
| TOTAL PROFESSIONAL FEES | 89.50 | | $ 38,182.50 |
| | | **TOTAL INVOICE** | **$ 38,182.50** |

*Charles River Associates*
*Project Labor Detail*
*Date Range: December 1, 2012 through December 28, 2012*
*D18464 RESIDENTIAL CAPITAL*
*OIC: Baines, Arthur*

**Baines, Arthur - Vice President**

| Date | Hours | Description |
|---|---|---|
| 12/10/2012 | 3.10 | Review of Dr. Cornell's report |
| 12/11/2012 | 1.20 | Discuss Dr. Cornell's report with counsel |
| 12/12/2012 | 3.80 | Analysis of Dr. Cornell's report |
| 12/13/2012 | 4.60 | Analysis of Dr. Cornell's report |
| 12/14/2012 | 6.30 | Analysis of Dr. Cornell's report |
| 12/17/2012 | 1.50 | Analysis of expert report |
| 12/18/2012 | 0.70 | Analysis of expert report |
| 12/19/2012 | 1.80 | Analysis of expert report |
| 12/20/2012 | 2.30 | Analysis of expert report |
| 12/21/2012 | 2.40 | Analysis of expert report |
| 12/27/2012 | 1.30 | Draft affidavit |
| 12/28/2012 | 1.90 | Draft affidavit |
| **Total:** | **30.90** | |

**Gailey, Adam - Senior Associate**

| Date | Hours | Description |
|---|---|---|
| 12/13/2012 | 3.20 | Reviewed report of Dr. Cornell |
| 12/14/2012 | 5.80 | Reviewed supporting documents and data of report of Dr. Cornell |
| 12/17/2012 | 5.70 | Reviewed statistical analysis of Dr. Cornell |
| 12/18/2012 | 1.30 | Reviewed analysis spreadsheets of Dr. Cornell |
| 12/19/2012 | 5.30 | Replicated portions of Dr. Cornell's Findings |
| 12/20/2012 | 1.00 | Identified areas for clarification from Dr. Cornell's report and documentation |
| 12/21/2012 | 2.00 | Identified potential areas of difference between plaintiff's and Dr. Cornell's methodologies. |
| 12/26/2012 | 1.80 | Reviewed expert reports in MBIA vs RFC in support of A. Baines |
| 12/27/2012 | 7.70 | Reviewed claims against RFC, Ally, and GMAC in support of A. Baines. |
| 12/28/2012 | 8.40 | Reviewed re-underwriting process in RMBS litigation in support of A. Baines. |
| **Total:** | **42.20** | |

**Thibodeau, Mark - Analyst**

| Date | Hours | Description |
|---|---|---|
| 12/27/2012 | 4.30 | Litigation Support: Researching relevant cases concerning mortgaged backed securities disclosures. |
| 12/28/2012 | 6.70 | Litigation Support: Researching relevant cases concerning mortgaged backed securities disclosures. |
| **Total:** | **11.00** | |

**Jaffe, Roxanne - Analyst**

| Date | Hours | Description |
|---|---|---|
| 12/18/2012 | 3.30 | Reviewed documents from Dr. Cornell's expert report. |
| 12/19/2012 | 2.10 | Reviewed data and programs used in Dr. Cornell's expert report. |
| **Total:** | **5.40** | |

**Total Hours:    89.50**

12-12020-mg    Doc 4966-1    Filed 09/06/13    Entered 09/06/13 13:36:05    Exhibit A
Copy of Additional Supporting Documentation    Pg 10 of 14

932    00057                                       Invoice# 53478                                       Page 5

enrichment.

| 02/28/2013 | JALB | Telephone conference with Ms. DeArcy (Morrison & Foerster) regarding coordination for 9019 hearing and changes of dates. | L120 | 0.20 hrs |

TOTAL FEES FOR THIS MATTER                                                                 $7,806.50

EXPENSES

| 02/14/2013 | Litigation Support Vendors - Non-testifying consultant (services for 12/29/12 to 1/31/13) | $48,938.00 |
| 02/28/2013 | Litigation Support Vendors - Lumen Legal (services for 10/22/12 to 11/04/12) (200.53 hrs X $ 34.00 = $ 6,818.02) | $6,818.02 |
| 02/28/2013 | Litigation Support Vendors - Lumen Legal (services for 11/05/12 to 11/18/12) (84.50 hrs X $ 38.00 = $ 2,873.00) | $2,873.00 |

TOTAL EXPENSES FOR THIS MATTER                                                            $58,629.02

BILLING SUMMARY

| Beck, David A.      | 1.20 hrs  | 280.00 /hr | $336.00   |
| Lipps, Jeffrey A.   | 5.40 hrs  | 400.00 /hr | $2,160.00 |
| Battle, Jennifer A.L. | 9.40 hrs | 300.00 /hr | $2,820.00 |
| Rhode, Jacob D.     | 13.40 hrs | 160.00 /hr | $2,144.00 |
| Corcoran, Jeffrey R. | 0.30 hrs | 180.00 /hr | $54.00    |
| Moeller, Steven C.  | 1.30 hrs  | 225.00 /hr | $292.50   |

| TOTAL FEES    | 31.00 hrs | $7,806.50  |
| TOTAL EXPENSES |          | $58,629.02 |

**TOTAL CHARGES FOR THIS INVOICE**                                                      **$66,435.52**

# CRA Charles River Associates

CRA No. D18464

February 14, 2013

Jeffrey Lipps
Carpenter Lipps & Leland LLP
280 North High Street
Suite 1300
Columbus, OH 43215

**CRA Invoice Number:** 1004917

**Re:** **Residential Capital, LLC, et al., Debtors**

Activity Dates: December 29, 2012 through January 31, 2013

| | |
|---|---:|
| Professional Fees | 48,938.00 |
| **Total Invoice:** | **$ 48,938.00** |

**Please remit payment via:**

| Wire: | ACH: | Lockbox: |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA 02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:    CRA International, Inc. is not subject to backup withholding.
Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.



CRA No. D18464

February 14, 2013

Jeffrey Lipps
Carpenter Lipps & Leland LLP
280 North High Street
Suite 1300
Columbus, OH 43215

**CRA Invoice Number:** 1004917

Re: <u>**Residential Capital, LLC, et al., Debtors**</u>

PROFESSIONAL SERVICES FOR THE PERIOD DECEMBER 29, 2012 THROUGH JANUARY 31, 2013

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baines, Arthur | 41.30 | 625.00 | 25,812.50 |
| Courchane, Marsha | 4.70 | 625.00 | 2,937.50 |
| Gailey, Adam | 39.10 | 350.00 | 13,685.00 |
| Associate/Analyst | 25.20 | | 6,300.00 |
| Other Support | 1.40 | | 203.00 |
| TOTAL PROFESSIONAL FEES | 111.70 | | $ 48,938.00 |
| | | **TOTAL INVOICE** | **$ 48,938.00** |

1201 F Street, N.W., Suite 700, Washington, DC 20004-1204

*Charles River Associates*
*Project Labor Detail*
*Date Range: December 29, 2012 through January 31, 2013*
*D18464 RESIDENTIAL CAPITAL*
*OIC: Baines, Arthur*

### Baines, Arthur - Vice President

| Date | Hours | Description |
| --- | --- | --- |
| 01/02/2013 | 3.60 | Draft Affidavit in response to Dr. Cornell report |
| 01/03/2013 | 4.80 | Draft Affidavit in response to Dr. Cornell report |
| 01/04/2013 | 5.30 | Draft Affidavit in response to Dr. Cornell report |
| 01/07/2013 | 6.10 | Draft report |
| 01/08/2013 | 2.90 | Draft report |
| 01/10/2013 | 3.40 | Draft report |
| 01/11/2013 | 5.20 | Draft report |
| 01/14/2013 | 5.20 | Analysis of Dr. Cornell Report |
| 01/15/2013 | 4.80 | Analysis of Dr. Cornell Report |
| **Total:** | **41.30** | |

### Courchane, Marsha - Vice President

| Date | Hours | Description |
| --- | --- | --- |
| 01/08/2013 | 2.20 | Support of A. Baines. |
| 01/09/2013 | 2.50 | Support of A. Baines |
| **Total:** | **4.70** | |

### Gailey, Adam - Senior Associate

| Date | Hours | Description |
| --- | --- | --- |
| 12/29/2012 | 2.60 | Reviewed complaints in support of expert A. Baines |
| 12/31/2012 | 6.90 | Case research in support of expert A. Baines |
| 01/01/2013 | 0.70 | Document review in support of expert A. Baines |
| 01/02/2013 | 0.60 | Document prep in support of expert A. Baines |
| 01/03/2013 | 3.70 | Edited draft in support of expert A. Baines |
| 01/04/2013 | 4.70 | Reviewed draft in support of expert A. Baines |
| 01/07/2013 | 1.00 | Review and edit report in support of expert A. Baines. |
| 01/08/2013 | 8.40 | Review and edit report in support of expert A. Baines. |
| 01/09/2013 | 0.20 | Reviewed report of Dr. Cornell. |
| 01/10/2013 | 1.50 | Review and edit report in support of expert A. Baines. |
| 01/11/2013 | 2.20 | Review and edit report in support of expert A. Baines. |
| 01/13/2013 | 2.20 | Assisted editing report for expert A. Baines. |
| 01/14/2013 | 3.30 | Assisted editing report for expert A. Baines. |
| 01/15/2013 | 1.10 | Assisted editing report for expert A. Baines. |
| **Total:** | **39.10** | |

**Kogan, Joseph - Analyst**

| Date | Hours | Description |
|---|---|---|
| 01/04/2013 | 3.60 | Checking sources, and every number and reference in |
| 01/07/2013 | 1.70 | Compiled Prayers For Relief Document. |
| 01/08/2013 | 4.30 | Compiled Prayers For Relief Document. |
| 01/10/2013 | 1.60 | Created Sample Definitions Tables. |
| 01/11/2013 | 7.70 | Created Footnote Binder. Created Sample Definitions |
| 01/14/2013 | 0.30 | Review of footnote and references in report |
| 01/15/2013 | 1.70 | Review of footnote and references in report |
| **Total:** | **20.90** | |

**Thibodeau, Mark - Analyst**

| Date | Hours | Description |
|---|---|---|
| 12/31/2012 | 4.10 | Litigation Support: Researching relevant documents |
| 01/01/2013 | 0.20 | Litigation Support: Researching relevant documents |
| **Total:** | **4.30** | |

**Davis, Joanne - Support**

| Date | Hours | Description |
|---|---|---|
| 01/18/2013 | 0.70 | Project admin support |
| 01/25/2013 | 0.50 | Project admin support |
| 01/26/2013 | 0.20 | Project admin support |
| **Total:** | **1.40** | |

**Total Hours:** **111.70**