MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
James A. Newton

*Counsel for the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' APPLICATION FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) AUTHORIZING THE EMPLOYMENT AND RETENTION OF NEWOAK CAPITAL ADVISORS LLC AS CONSULTANT *NUNC PRO TUNC* TO MAY 24, 2013**

**PLEASE TAKE NOTICE** that on June 11, 2013, the above captioned debtors and debtors in possession (collectively, the "**Debtors**") filed a *Notice of Presentment of Debtors' Application for an Order Under Bankruptcy Code Sections 327(a) and 328(a) Authorizing the Employment and Retention of Newoak Capital Advisors LLC as Consultants Nunc Pro Tunc to May 24, 2013* [Docket No. 3953] (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Application, without prejudice and with full reservation of rights.

**PLEASE TAKE FURTHER NOTICE** that the presentment of the Application, which was previously scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, has been canceled.

Dated: September 6, 2013
       New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
James A. Newton
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

2