UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12 – 12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
|  | Jointly Administered |
| Debtors. | Hon. Martin Glenn |

RECEIVED SEP - 5 2013 U.S. BANKRUPTCY COURT, SDNY

## MOTION TO QUASH
## GALINA VALEEVA AND EVELINA OKOUNEVA WRITTEN RESPONSE
## TO DEBTOR'S OBJECTION

NOW COMES FORTH GALINA VALEEVA AND EVELINA OKOUNEVA hereinafter "Parties of Interest" by written response to MORRISON & FOERSTER LLP admitted 'Counsel to the Debtors and Debtors in Possession' hereinafter "Counsel" in the matter of RESIDENTIAL CAPITAL, LLC, hereinafter "Debtors" et al. by Case No. 12 – 12020 (MG) Chapter 11 Jointly Administered and filed in the UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK and being weighed by the Honorable Martin Glenn.

**TO THE HON. MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:**

The Parties of Interest is not an attorney (attorneys) and is being self-represented and stands Sui Juris in these matters; and Parties of Interest has filed a NOTICE OF APPEARANCE for the record and have presented NOTICE to Counsel and those persons known to have interest in these proceedings.

The Parties of Interest stand prepared ready and willing to honor any debt obligation having been entered into legally and lawfully in which maintains its original form in Law and pursuant the contractual agreement between the Original Lender being BUILDERS AFFILIATED MORTGAGE SERVICES A FLORIDA GENERAL PARTNERSHIP and the Original Borrower(s) GALINA VALEEVA AND EVELINA OKOUNEVA

and the proof of Claim hereinafter is by the Parties of Interest maintaining INTEREST and formed SECURITY in the PROPERTY and is being evident by the Originating Promissory Note and the Originating Mortgage Deed hereinafter 'ORIGINAL INSTRUMENTS'.

The Parties of Interest do not deny claims by any parties that being to obligations of debts or monies owed or the relief sought through insolvency or reconsolidation efforts;

RATHER the Parties of Interest is placing CLAIM those seeking or claiming Interest MAY NOT BE THE BENEFICIAL INTEREST HOLDERS OR THE AUTHORIZED PARTY OF INTEREST TO BRING FORTH CLAIMS WITHOUT THE PERSON(S) PROVIDING SUFFICIENT PROOF OF CLAIM BEING EVIDENT BY PROPER ACCOUNTING RECORDS AND INCLUDING BEING IN POSSESSION OF THE ORIGINAL INSTRUMENTS.

**FAILURE TO PRODUCE SUFFICIENT PROOF OF CLAIM**

It is of the Parties of Interest assessment the proceedings having been brought before this Court may have faulted the STANDARDS OF PROOF in order to gain the relief sought by the parties, including and not being limited to Counsel actions against RESIDENTIAL CAPITAL, LLC, et al. and the Parties of Interest.

It is quite possible there has been a misunderstanding as it regards the Parties of Interest intentions as they would relate to identifying THE TRUE BENEFICIAL INTEREST HOLDERS and the HOLDERS IN DUE COURSE being due to the mortgage debacle and the CLOUDED TITLE.

The Parties of Interest has and have been requesting parties to provide evidence they are THE TRUE PARTIES OF INTEREST whereby agreements may be formed in order to resolve various debt obligations.

FURTHERMORE the Parties of Interest has moved commercial NOTICE in the form for the verification of debt in which being at this point in time no party has properly responded or provided any evidence of being a HOLDER OF DEBT.

The Parties of Interest assert being the only parties within these proceedings in which have evidence of being a BENEFICIAL INTEREST HOLDER and having formed INTEREST in the MORTGAGE DEED and the Parties of Interest believe no other evidence contrary exists.

THEREFORE the Parties of Interest having made claim of maintaining rights by INTEREST and being the ORIGINAL BORROWER contends it is this courts duty and obligation to assure persons claims meet the STANDARDS OF PROOF and support their claims by having the parties come forward and produce their evidence of being BENEFICIAL INTEREST HOLDERS and being the only authorized party in which may move an action for relief.

The Parties of Interest conditionally accepts the OBJECTIONS of Counsel upon the proof of claim the party produces the original promissory note and mortgage deed for inspection for any material alteration of contract and for proper endorsements being sufficient proof of claim and thereby supports the party being the TRUE PARTY OF INTEREST and without producing such PROOF, the Parties of Interest assert counsel testifying on behalf of their client may not be admissible and furthermore do not have

PROOF sufficient enough for this Court to continue these proceeding and the Parties of Interest believe no evidence contrary exists.

WHEREFORE, the Parties of Interest respectfully request this court DENY Counsel requested entry of the Proposed Order for the relief sought and award a MOTION TO QUASH the Parties of Interest and permit the Parties of Interest to forward administrative papers to permit the opportunity for all parties of Interest to provide their proof of claim and thereby their STANDING during the course of these proceedings and granting such other and further relief as the Court may deem proper.

Dated: September 5, 2013

*(signature)*

GALINA VALEEVA, Sui Juris
3204 Whitney Court
Bensalem, PA 19020

12-12020-mg    Doc 4968    Filed 09/05/13    Entered 09/06/13 15:28:23    Main Document
Pg 3 of 3