# IN THE UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

Galina Valeeva                                    )
3204 Whitney Court                                )
Bensalem, Pennsylvania [19020]                    )
        Petitioner,                   )        **NOTICE OF APPEARANCE**

In re:                                            )        CASE No. 12-12020(MG)

RESIDENTIAL CAPITAL, LLC, <u>at al.</u>,          )

        Debtors.                      )

                                                 )

                                                 )

I, being duly sworn says:

1. I am named for the Petitioner in this case.

2. I enter the proceedings by Sui Juris appearance in this matter and demand receipt of all documents filed in this case, as well as notice of all further proceedings.

3. I will to represent myself and my interests, unless I explicitly notify the Court and the Plaintiff(s)/ Respondent(s) in writing otherwise. No attorney will represent me in this case.

4. All court papers may be mailed to me by first class mail at the address listed below.

5. In representing myself and my interests, I understand that it is my responsibility to notify the Court in writing of any change in my address or telephone number(s).

6. In representing myself and my interest, I understand that it is my responsibility to notify the other party, and/or their attorney, involved in this case in writing of any change in my address or telephone number(s).

7. My mailing address where I will accept legal documents is as follows:

Service address:

Galina Valeeva

3204 Whitney Court

Notice of Appearance: Index

Bensalem, PA [19020]

215-702-1393

Dated: _5.09.13_

_____
Galina Valeeva, Sui Juris
3204 Whitney Court
Bensalem, PA [19020]

## ACKNOWLEGMENT

I certify under laws of the United States of America that the foregoing is true and correct,

Executed on ___5___ day of ___09___ , 20 _13_ .

By: _____

Galina Valeeva

[SEAL]                              JURAT

State of Pennsylvania )
County Bucks          ) Affirmed and subscribed

Subscribed and sworn to ( or affirmed before me on this _5th_ day of _September_ , 20 _13_ .
By _Galina Valeeva_ , proved to me on the basis of satisfactory evidence to be the
Person (s) who appeared before me.

_____
Notary

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MATTHEW A LAUDERBACK
Notary Public
BENSALEM TOWNSHIP, BUCKS COUNTY
My Commission Expires Feb 15, 2017

Notice of Appearance: Index