IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In the matters of THE RESIDENTIAL CAPITAL, LLC P.O. Box 385220 Bloomington, Minnesota [55438] Petitioner Galina Valeeva 3204 Whitney Court Bensalem, PA [19020] and Petitioner Evelina Okouneva 3204 Whitney Court Bensalem, PA [19020]
CASE NUMBER: 12-12020 (MG)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE has been furnished by United States certified mail 7011 0470 0003 2228 8544, postage prepaid to

>    RESIDENTIAL CAPITAL, LLC  CFO
>    P.O.Box 385220
>    Bloomington, Minnesota 55438

On the __5__ day of __September__ 2013.

By: _____
Galina Valeeva; Sui Juris

>    3204 Whitney Court
>    Bensalem PA 19020
>    215-702-1393

## ACKNOWLEDGEMENT

Galina Valeeva sworn to before me this 5th day of August, 2013.

_____
Notary Public

[SEAL]

```
COMMONWEALTH OF PENNSYLVANIA
       NOTARIAL SEAL
    MATTHEW A LAUDERBACK
         Notary Public
BENSALEM TOWNSHIP, BUCKS COUNTY
  My Commission Expires Feb 15, 2017
```

JURAT

State of Pennsylvania )
County Bucks             ) Affirmed and subscribed

Subscribed and sworn to ( or affirmed ) before me on this _5th_ day of _September_, 20_13_,
By _Galina Valeeva_, proved to me on the basis of satisfactory evidence to
be the Person (s) who appeared before me.

_____
Notary

Stamp
Seal

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
    MATTHEW A LAUDERBACK
         Notary Public
 BENSALEM TOWNSHIP, BUCKS COUNTY
  My Commission Expires Feb 15, 2017
```

FILED