Hearing Date and Time: **September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
J. Alexander Lawrence
Kayvan B. Sadeghi
Alexandra Steinberg Barrage

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' OBJECTION TO PROOF OF CLAIM #2781 OF SYNCORA GUARANTEE INC.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc.* [Docket No. 4632], previously scheduled to be heard on September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the debtors and debtors in possession to file a reply shall be **September 19, 2013 at 12:00 p.m.** (Prevailing Eastern Time).

ny-1106611

Dated: September 6, 2013
      New York, New York

/s/ Gary S. Lee
Gary S. Lee
J. Alexander Lawrence
Kayvan B. Sadeghi
Alexandra Steinberg Barrage
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1106611