UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

Residential Capital, LLC *et al.,*               Chapter 11
          Debtors                          Case No. 12-12020 (MG)
                                   Administratively Consolidated

---

**NOTICE OF APPEAL**

---

      Wendy Alison Nora appeals from the Order Approving the Debtors' Disclosure Statement entered on August 23, 2013, and overruling her objection to its approval without allowing her to be heard on the issues she sought to raise and clarify in violation of her rights as a creditor under the United States Bankruptcy Code and her Fifth Amendment rights to procedural and substantive due process under the United States Constitution.

      Dated at Madison, Wisconsin this 6th day of September, 2013.

ACCESS LEGAL SERVICES

*/s/ Wendy Alison Nora*
Wendy Alison Nora
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
Telephone (612) 333-4144
Facsimile (608) 497-1026
accesslegalservices@gmail.com

**UNSWORN DECLARATION OF SERVICE**

      Wendy Alison Nora declares, under penalty of perjury, that she filed the above-captioned document with the United States Bankruptcy Court for the Southern District of New York on September 6, 2013 by CM/ECF and thereby served the same on all parties capable of service thereby.

*/s/ Wendy Alison Nora*
Wendy Alison Nora