UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

Residential Capital, LLC *et al.,*     Chapter 11
          Debtors     Case No. 12-12020 (MG)
                        Administratively Consolidated

---

### NOTICE OF APPEAL
---

      Paul N. Papas II, by his attorney, Wendy Alison Nora of ACCESS LEGAL SERVICES and appeals from the Order Approving the Debtors' Disclosure Statement entered on August 23, 2013, overruling his objection to its approval without considering the merits of his objection and approving an Amended Disclosure Statement filed by the Debtors upon insufficient notice and without providing a reasonable time for creditors to review and object to the Amended Disclosure Statement in violation of his Fifth Amendment rights to procedural and substantive due process under the United States Constitution.

      Dated at Madison, Wisconsin this 6th day of September, 2013.

                        ACCESS LEGAL SERVICES

                        */s/ Wendy Alison Nora*
                        Wendy Alison Nora
                        Attorney for Paul N. Papas II
                        310 Fourth Avenue South, Suite 5010
                        Minneapolis, Minnesota 55415
                        Telephone (612) 333-4144
                        Facsimile (608) 497-1026
                        accesslegalservices@gmail.com

### UNSWORN DECLARATION OF SERVICE

      Wendy Alison Nora declares, under penalty of perjury, that she filed the above-captioned document with the United States Bankruptcy Court for the Southern District of New

York on September 6, 2013 by CM/ECF and thereby served the same on all parties capable of service thereby.

*/s/ Wendy Alison Nora*
Wendy Alison Nora