LUCIOUS HUGHES
22317 STRATHERN ST.
CANOGA PARK, CA 91304
September 5, 2013

CHAMBERS OF THE HONORABLE MARTIN GLENN
U.S. BANKRUPTCY COURT, New York
"ONE" BOWLING GREEN, New York, 10004 New York

RECEIVED SEP -6 2013 U.S. BANKRUPTCY COURT, SDNY

YOUR HONOR:

I ARRIVED IN New York ON Wednesday EVENING, August 28, 2013 FROM LOS ANGELES, CALIFORNIA, INTENT ON BEING PRESENT AT THE SCHEDULED HEARING OF THE DEBTORS TWENTIETH OMNIBUS OBJECTION TO CLAIMS, IN YOUR CHAMBERS, THE FOLLOWING MORNING. WHEN I ARRIVED THE NEXT MORNING, I WAS SHOCKED, SURPRISED, AND DISAPPOINTED, WHEN DEANNA TOLD ME THAT "JUST RECENTLY" THE "HEARING" HAD BEEN ADJOURNED TO SEPTEMBER.
I HAD NO PRIOR NOTIFICATION OF THIS ADJOURNMENT, AND CONSEQUENTLY, I HAD WASTED MY MONEY AND TIME.
IN MY POSSESSION AT THAT TIME, I WAS CARRYING THE ENCLOSED DOCUMENTS WHICH SHOWED "A" THE FIRST AND ONLY CO-OPERATION WITH ME FROM GREENTREE SERVICING LLC (MY PRESENT SERVICER OF THE LOAN IN QUESTION) "B" A Letter REFLECTING MY COMPLAINT TO THE "CFPB" ABOUT GREENTREE, AND "C" A SUBSEQUENT Letter FROM GREENTREE WITH VERY SPECIFIC AND VALUABLE INFORMATION WHICH THEY HAD PREVIOUSLY WITH-HELD FROM ME.

(1 OF 2)

ENCLOSURES

THESE DOCUMENTS WERE CRITICAL TO MY CLAIM, (#2544) AND I COULD NOT ADEQUATELY SUPPORT MY CLAIM WITHOUT THEM.

THESE DOCUMENTS SHOW THAT GREENTREE OWES ME $27,573.77, WHETHER THEY ARE PART OF THE RE-ORGANIZATION OF RESIDENTIAL CAPITAL LLC, et al OR NOT.

Sincerely,

*Lucious Hughes*

Lucious Hughes

*Lucious Hughes*

P.S. Phone Number 626 410 3317

(2 of 2)