relationships that work

# green tree

# FAX

"A"

**Claims Department**
P.O. Box 6158
Rapid City, SD 57709-6158

| | |
|---|---|
| **To:** LUCIOUS HUGHES | **From:** KATHLEENA |
| **Fax Number:** 818-884-1950 | **Fax Number:** 1-800-215-2780 |
| **Phone Number:** | **Phone Number:** 800-643-0202 |
| **Re:** CLAIM CKS | **Date:** 7/22/2013 |

**Number of pages (including cover sheet):** 8

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

**Comments:**

AS YOU REQUESTED.

HAVE A GREAT DAY

:-)

The information contained in this facsimile transmission is privileged and confidential, and for the sole use of the intended recipient. If the reader of this message is not the intended recipient, or the employee or agent responsible of this delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the accompanying communication is strictly prohibited. If you have received this communication in error, immediately notify us by telephone at the contact number above.

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 06 08 11 | LUCIOUS HUGHES | 00000000000000 | | 12193607 | 42,076.68 |
| | | | | REQUESTED BY | |

| ID #  DUE DATE | ADDRESS | | DESCRIPTION/ID NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| | | | NOT USED - OPEN | | |
| | | | 0020302243969 | | |
| | | | INITIAL BALANCE OVERAGE DRAW | | |
| | | | FIRE | | |
| | | | 138309/LOSS DRAFTS | | |

Balance on account  27,573.77

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW.

| CHECK DATE | **GMAC Mortgage** | CHECK NO | JPMorgan Chase Bank, N.A. Chicago, Illinois | AMOUNT | 10-2322 719 |
|---|---|---|---|---|---|
| 06 08 11 | | 12193607 | | $42,076.68 | |

**FORTY TWO THOUSAND SEVENTY SIX DOLLARS AND 68 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE   CA   91202

VOID AFTER 60 DAYS

⑆12193607⑆ ⑈071923226⑈ 000944300⑉

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 06 27 11 | LUCIOUS HUGHES & | 00500017864000 | | 12205812 | 28,647.98 |
| | | | | REQUESTED BY | |

| I.D. # | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| DUE DATE | | NOT USED - OPEN * | |

0020302243969

INITIAL DRAW

FIRE

138309/LOSS DRAFTS

THE CHeck
BeLow CHeck # 12205812
WAS RefuRNeD TO
GMAC. IT WAS RepLAced
By CHeck # 12291810, Pg 4
LeAVINg A BALAce Owed To
ME OF $27,573.77

PH L

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW.

**GMAC Mortgage**

| CHECK DATE | | CHECK NO | JPMorgan Chase Bank, N.A. Chicago, Illinois | AMOUNT | 70-2322 719 |
|---|---|---|---|---|---|
| 06 27 11 | | 12205812 | | $28,647.98 | |

**TWENTY EIGHT THOUSAND SIX HUNDRED FORTY SEVEN DOLLARS AND 98 CENTS**

PAY TO THE ORDER OF    UNAtHoRized, FRaudulent ORgANizAtioN

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES &
CORNERSTONE BUILDERS & RESTORATION
1584 OAK GROVE PLACE
LOS ANGELES CA    90041

VOID AFTER 90 DAYS

⑈12205812⑈  ⑉071923226⑉  000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 11 02 11 | LUCIOUS HUGHES | 00000000000000 | | 12291810 | 28,647.98 |
| | | | | REQUESTED BY | |

| I.D. # / DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | NOT USED - OPEN | |
| | | 0020302243969 | |
| | | INITIAL DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

**GMAC Mortgage**

JPMorgan Chase Bank, N.A.
Chicago, Illinois

| CHECK DATE | CHECK NO | AMOUNT | 70-2322 / 719 |
|---|---|---|---|
| 11 02 11 | 12291810 | $28,647.98 | |

**TWENTY EIGHT THOUSAND SIX HUNDRED FORTY SEVEN DOLLARS AND 98 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE  CA  91202

VOID AFTER 60 DAYS

⑆12291810⑆ ⑇071923226⑇ 000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 02 03 12 | LUCIOUS HUGHES | 00000000000000 | | 12353189 | 1,583.31 |
| | | | | REQUESTED BY | |

| I.D. # DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | NOT USED - OPEN | |
| | | 0020302243969 | |
| | | INTERIM DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE

**GMAC Mortgage**

| CHECK DATE | | CHECK NO | JPMorgan Chase Bank, N.A. Chicago, Illinois | AMOUNT | 70 2322 |
|---|---|---|---|---|---|
| 02 03 12 | | 12353189 | | $1,583.31 | |

**ONE THOUSAND FIVE HUNDRED EIGHTY THREE DOLLARS AND 31 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE    CA    91202

VOID AFTER 60 DAYS

⑈123353189⑈ ⑆071923226⑆ 000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 04 05 12 | LUCIOUS HUGHES | 00000000000000 | | 12390718 | 26,499.56 |
| | | | | REQUESTED BY | |

| I.D.# DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | 0020302243969 | |
| | | INTERIM DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

---

## GMAC Mortgage

| CHECK DATE | | CHECK NO. | JPMorgan Chase Bank, N.A. Chicago, Illinois | AMOUNT | 70-2322/719 |
|---|---|---|---|---|---|
| 04 05 12 | | 12390718 | | $26,499.56 | |

0302243969    138309

**TWENTY SIX THOUSAND FOUR HUNDRED NINETY NINE DOLLARS AND 56 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE    CA    91202

VOID AFTER 60 DAYS

⑈12390718⑈ ⑆071923226⑆ 0000944300⑈

| CHECK DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 04 05 12 | LUCIOUS HUGHES | 00000000000000 | | 12390716 | 1,639.33 |
| | | | | REQUESTED BY | |

| I.D. # DUE DATE | ADDRESS | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|
| | | 0020302243969 | |
| | | SUPPLEMENTAL BALANCE OVERAGE DRAW | |
| | | FIRE | |
| | | 138309/LOSS DRAFTS | |

---

**GMAC Mortgage**

| CHECK DATE | | CHECK NO. | JPMorgan Chase Bank, N.A. Chicago, Illinois | AMOUNT | 70-2322/719 |
|---|---|---|---|---|---|
| 04 | 05 | 12 | | 12390716 | | $1,639.33 | |



*138309*    *0302243969*

**ONE THOUSAND SIX HUNDRED THIRTY NINE DOLLARS AND 33 CENTS**

PAY TO THE ORDER OF

GMAC MORTGAGE DISBURSEMENTS

*[signatures]*

VOID AFTER 60 DAYS

LUCIOUS HUGHES
1053 N CENTRAL AVE.,
GLENDALE    CA    91202

⑆12390716⑆  ⑈071923226⑈  000944300⑈

| POLICY NUMBER | CLAIM NUMBER | | |
|---|---|---|---|
| 0372131171 | 0194746731 | | |
| TAX ID | DESK LOC | EMPLOYEE ID | 64-1278 |
| | NKW | DPPB | 611 |
| Bank of America NA Atlanta, Dekalb Cty, Georgia | | Bank of America Customer Connection | |

IN PAYMENT OF: FIRE LOSS ON 3/7/2011.

PAY: ONE HUNDRED TWENTY EIGHT THOUSAND TWENTY DOLLARS AND SIXTY THREE CENTS **128,020.63**

**Allstate**

| INVOICE NUMBER | MCO | DATE ISSUED | 130683313 |
|---|---|---|---|
| | 8230 | 05/16/2011 | |

TO THE ORDER OF
CROSS CHECK PUBLIC ADJUSTERS AND LUCIOUS HUGHES AND GMAC MORTGAGE LLC ITS SUCCESSORS
540 EL DORADO ST STE 201
PASADENA CA 91101-2508

| COMPANY NAME |
|---|
| ALLSTATE INSURANCE COMPANY |

Catherine O'Brien
Samuel H. Pilch

AUTHORIZED SIGNATURES

LOAN # 0302243469
TRACKING # 138309

VOID IF NOT PRESENTED WITHIN THREE HUNDRED SIXTY-FIVE DAYS OF DATE OF ISSUE

⑈130683313⑈ ⑆061112788⑆ 329 911 9562⑈