Dear Sir

My wife Phylli's Easterday pass away last week of cancer.

I would like to see if you would consider to write off my mortgage with Green Tree from GMAC account 620770552, age 74 I don't think you have the mortgage that my wife and I signed years ago. Please write it off

Franklin D. Easterday
83 W Liberty St
Quincy MI 49082
517-639-8530



RECEIVED
SEP -9 2013
U.S. BANKRUPTCY COURT, SDNY