PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
ATTORNEYS AT LAW
P O BOX 9132
AMARILLO, TEXAS 79105
(806) 359-3188 FAX: (806) 359-5126



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Residential Capital, LLC, et al** | § | Case No. 12-12020 (MG) |
| | § | |
| | § | **Chapter 11** |
| | § | |
| Debtor/s | § | |

## CLAIM WITHDRAWAL

COMES NOW, Claimant, **COLLINGSWORTH COUNTY APPRAISAL DISTRICT**, in the above entitled Bankruptcy case, by and through their attorney, D'Layne Carter of Perdue, Brandon, Fielder, Collins & Mott, L.L.P., do hereby withdrawal their claim. Our claim is to be withdrawn as follows:

| Claim Type & Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| SECURED #403 | Collingsworth County Appraisal District | 8-6-2012 | $954.07 |

Respectfully submitted,

PERDUE BRANDON FIELDER
COLLINS & MOTT, L.L.P.
P O Box 9132
Amarillo, Texas 79105
(806) 359-3188 FAX: (806) 359-5126
Email: dpcarter@pbfcm.com

By: _D'Layne Carter_
D'Layne Carter
State Bar #00792988



# PerdueBrandonFielderCollins&Mott LLP
### ATTORNEYS AT LAW

P.O. BOX 9132
AMARILLO, TEXAS 79105
TELEPHONE 806-359-3188
FAX 806-359-5126
www.pbfcm.com

**D'Layne Carter**
ATTORNEY AT LAW
dpcarter@pbfcm.com



September 5, 2013

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RE:    In the Matter of Residential Capital, LLC, et al; Bankruptcy Number: 12-12020 (MG); In the
       United States Bankruptcy Court for the Southern District of New York

Gentleman:

I am enclosing an original as well as one copy of a Withdrawal of Claim which we have prepared
for filing on behalf of the following:

**Collingsworth County Appraisal District**

I have enclosed a self-addressed stamped envelope and would appreciate your filing the originals
and returning one copy to the undersigned with the notice of filing noted thereon.

Thank you very much.

Sincerely yours,

D'Layne Carter

DC/ab
Enclosure

cc:    Gary S. Lee
       Norman S. Rosenbaum
       Jordan A. Wishnew
       MORRISON & Foerster LLP
       1290 Avenue of the Americas
       New York, NY 10104

AMARILLO    ARLINGTON    AUSTIN    CONROE    HOUSTON    LUBBOCK
McALLEN    MIDLAND    SAN ANTONIO    TYLER    WICHITA FALLS

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Withdrawal of Claim was sent via First Class U.S. Mail to the following person on the ___6th___ day of September:

By: _____
D'Layne Carter

Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245