Hearing Date and Time:  October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Alexandra Steinberg Barrage

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' MOTION UNDER
SECTION 365 OF THE BANKRUPTCY CODE TO ASSUME AND
ASSIGN SERVICING RELATED AGREEMENTS WITH IMPAC FUNDING
CORPORATION AND IMPAC MORTGAGE HOLDINGS, INC.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc.* [Docket No. 4744], previously scheduled to be heard on September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1107962

**PLEASE TAKE FURTHER NOTICE** that the deadline for the debtors and debtors in possession to file a reply shall be **October 7, 2013 at 12:00 p.m.** (Prevailing Eastern Time).

Dated: September 9, 2013
       New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Alexandra Steinberg Barrage
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1107962