Hearing Date and Time:  October 23, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS) SOLELY WITH RESPECT TO THE CLAIM FILED BY B. FISCHER CONSTRUCTION, LLC (CLAIM NO. 2563) TO OCTOBER 23, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Eleventh Omnibus Objection to Claims (Misclassified Claims)* [Docket No. 4145] solely as it relates to the proof of claim filed by B. Fischer Construction, LLC (Claim No. 2563), previously scheduled to be heard on September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **October 23, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1107983

Dated: September 9, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1107983