# **EXHIBIT A**

# **TRANSITORY TIMEKEEPERS ANALYSIS**

**Residential Capital**
**Summary of Transitory Timekeepers**

| | Hours | $ | Worked in Prior Fee Period (5 hour minimum) | Specialized Skills / Technical Knowledge[1] | Explanation |
|---|---|---|---|---|---|
| Scott Friedland | 3.3 | 2,310 | Y | N | Has billed over 27 hours in prior fee periods |
| Walt Brown[2] | 0.9 | 666 | N | Y | Assisted in claims processing and LSTC accounting in preparation for Plan of Reorganization |
| Mark Dereska | 0.5 | 275 | N | Y | Performed specialized econometric analyses at request of Counsel |
| Casey Hiser | 2.9 | 798 | N | Y | Performed specialized data recovery and email searches at request of Counsel |
| Ka Leung | 3.1 | 1,039 | N | Y | Performed specialized data recovery and email searches at request of Counsel |
| Chad McDonnell | 3.5 | 963 | N | Y | Performed specialized data recovery and email searches at request of Counsel |
| Eun Oh | 1.5 | 600 | N | Y | Provided specialized technical tax advice re: transfer and mortgage recording taxes at request of client |
| Amy Fisher | 2.8 | 756 | N | Y | Performed specialized research re: historical securitization certificates at request of Counsel |
| Sarah Lemerise | 4.3 | 1,333 | N | Y | Research technical accounting treatment for proof of claim disclosures at request of client |
| Total | 22.8 | 8,739 | | | |

[1] These were typically very specific and/or discrete projects requested by the Debtors or Debtors' Counsel, making it more efficient to utilize professionals with specific technical skills and knowledge for each respective project

[2] Upon further review, FTI agrees to reduce fees by $666 on behalf of Walton Brown

**Residential Capital, LLC**
**Detail of Transitory Timekeepers**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 1/4/2013 | Oh, Eun | 1.5 | Provide technical support to sort and process tax data related to calculation of transfer tax and mortgage recording tax. |
| 16 | 1/28/2013 | Brown JR, Walton | 0.9 | Review claims processing in preparation for Plan of Reorganization and Liabilities Subject to Compromise. |
| 12 | 2/5/2013 | Friedland, Scott D. | 0.4 | Participate in call with J. Levitt (MoFo) and A. Steinberg (MoFo) regarding Kirkland & Ellis requests. |
| 12 | 2/5/2013 | Friedland, Scott D. | 0.4 | Prepare for call with MoFo regarding Kirkland & Ellis requests. |
| 12 | 2/7/2013 | Friedland, Scott D. | 0.8 | Review FTI analysis and prior communications with Examiner in preparation for call with Kirkland & Ellis. |
| 12 | 2/8/2013 | Friedland, Scott D. | 0.9 | Continue review FTI analysis and prior communications with Examiner in preparation for call with Kirkland & Ellis. |
| 12 | 2/8/2013 | Friedland, Scott D. | 0.2 | Correspond with A. Steinberg Barrage (MoFo) regarding call with Kirkland & Ellis. |
| 12 | 2/10/2013 | Friedland, Scott D. | 0.6 | Review presentation and support documentation in preparation for call with Kirkland & Ellis. |
| 5 | 2/12/2013 | Lemerise, Sarah | 1.6 | Research 10Ks evidencing proofs of claim disclosure statements. |
| 5 | 2/12/2013 | Lemerise, Sarah | 2.7 | Continue to research 10Ks evidencing proofs of claim disclosure statements. |
| 25 | 3/4/2013 | McDonnell, Chad | 1.5 | Travel from Charlotte, NC to Washington, DC. |
| 25 | 3/4/2013 | McDonnell, Chad | 1.5 | Travel from Washington, DC to Charlotte, NC. |
| 27 | 3/4/2013 | McDonnell, Chad | 0.5 | Perform on-site collection of custodian [REDACTED] email data. |
| 27 | 3/5/2013 | Hiser, Casey | 0.8 | Create image of [REDACTED] phone, and format drive to HFS. |
| 27 | 3/5/2013 | Hiser, Casey | 2.1 | Create PDF reporting of contents and compile all text files. |
| 25 | 3/19/2013 | Leung, Ka | 1.0 | Travel from New York, NY to Winstead, CT. |
| 25 | 3/19/2013 | Leung, Ka | 1.0 | Travel from Winstead, CT to New York, NY. |
| 27 | 3/19/2013 | Leung, Ka | 1.1 | Perform collection of email as requested by D. Piedra (MoFo). |
| 27 | 3/25/2013 | Fisher, Amy | 2.8 | Perform research regarding [REDACTED] certificates. |
| 27 | 3/26/2013 | Dereska, Mark | 0.5 | Prepare analysis on the effect of certain variables on the [REDACTED]. |