# EXHIBIT B

# TRAVEL AND LODGING EXPENSE DETAIL

**Residential Capital, LLC**
**Summary of Airfare & Lodging Expenses to NYC**

| Professional | Begin Date | End Date | Purpose (Meetings) |
|---|---|---|---|
| Mark Renzi | 1/7/2013 | 1/9/2013 | Internal meetings to review updated waterfall analysis; Examiner and other diligence; general case management |
| Mark Renzi | 1/22/2013 | TBD | JSN diligence and mediation planning; waterfall; general case management |
| Mark Renzi | 2/5/2013 | 2/7/2013 | Ongoing Examiner and UCC diligence; trial balance and collateral reporting reviews; ongoing JSN mediation; intercompany; general case management |
| Mark Renzi | 2/12/2013 | 2/13/2013 | Waterfall and POR planning and review; sale closing; general case management |
| Mark Renzi | 2/27/2013 | 2/28/2013 | Analysis of pro-forma 2/15/13 balance sheets for waterfall; ongoing diligence; general case management |
| Mark Renzi | 3/11/2013 | 3/15/2013 | 3/11 JSB meetings; 3/12 JSB meetings; 3/14 management meetings; 3/15 JSB meetings |
| Mark Renzi | 3/18/2013 | 3/21/2013 | 3/18 JSB strategy meeting; 3/19 waterfall meeting; 3/20 UCC meeting |
| Mark Renzi | 3/26/2013 | TBD | 3/26 management meeting |
| Mark Renzi | 4/3/2013 | 4/5/2013 | 4/3 UCC & SUN prep meetings; 4/4 SUN meeting |
| Mark Renzi | 4/11/2013 | 4/12/2013 | 4/12 Mediation session |
| Mark Renzi | 4/17/2018 | 4/18/2013 | 4/18 Mediation session |
| Mark Renzi | 4/22/2013 | 4/25/2013 | 4/22 mediation waterfall meetings; 4/23 Mediation session |
| Bill Nolan | 1/8/2013 | 1/10/2013 | 1/9 Mediation session; 1/10 meeting for sale close |
| Bill Nolan | 1/16/2013 | 1/17/2013 | 1/17/13 claims presentation |
| Bill Nolan | 1/22/2013 | 1/24/2013 | Preparation for sale close; preparation for BOD meeting |
| Bill Nolan | 1/28/2013 | 1/31/2013 | 1/28 settlement meeting; 1/28 sale close meeting; 1/29 sale close meeting |
| Bill Nolan | 2/4/2013 | 2/6/2013 | 2/4 Berkshire sale meeting |
| Bill Nolan | 2/12/2013 | 2/13/2013 | 2/12 POR and waterfall CRO meeting |
| Bill Nolan | 2/19/2013 | 2/22/2013 | Expense allocation discussions; sale transition process and review; review and preparation of Estate Management presentation |
| Bill Nolan | 3/12/2013 | 3/15/2013 | 3/12 UCC Estate management meeting |
| Bill Nolan | 3/19/2013 | 3/21/2013 | 3/21 Court Hearing |
| Bill Nolan | 4/11/2013 | 4/12/2013 | 4/12 Mediation session |
| Bill Nolan | 4/17/2013 | 4/20/2013 | 4/17 Mediation session; 4/18 Mediation session; 4/19 recap meeting |
| Bill Nolan | 4/21/2013 | 4/25/2013 | 4/22 Mediation session; 4/23 Mediation session; 4/24 UCC planning session |
| Mike Talarico | 3/11/2013 | 3/15/2013 | 3/12 claims meetings |
| Mike Talarico | 4/10/2013 | 4/11/2013 | 4/10 claims meetings |
| Mike Talarico | 4/14/2013 | 4/15/2013 | Review of claims estimation processes for purposes of plan mediation |
| Mike Talarico | 4/17/2013 | 4/18/2013 | 4/17 claims meeting with UCC |
| Mike Talarico | 4/22/2013 | 4/24/2013 | 4/23 claims meetings; 4/24 tax claims meetings |