SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Duane M. Geck (Admitted *Pro Hac Vice*)
dmg@severson.com
Donald H. Cram (Admitted *Pro Hac Vice*)
dhc@severson.com

*Special California Litigation Counsel to the
Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Linda K. Han, depose and say that I am employed by Severson & Werson, PC, the Special California Litigation Counsel to the Debtors and Debtors In Possession.

A.  On September 9, 2013, at the direction of a member of the bar of this Court, I caused the following documents, with exhibits, to be served by enclosing said documents in an envelope or package addressed to the persons at the addresses listed and provided by the delivery method indicated on the Service List attached hereto as Exhibit A.

**STATEMENT OF RESOLUTION OF OMNIBUS OBJECTION OF THE UNITED STATES TRUSTEE REGARDING SEVERSON & WERSON, P.C.'S THIRD APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE TIME PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013 AND REPLY TO OBJECTION OF CREDITOR, ERLINDA ABIBAS ANIEL**

19000.9997/2859608.1

Executed on September 9, 2013, at San Francisco, California.

_____
Linda K. Han

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 9th day of September, 2013, by Linda K. Han, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____
Veronica J. Appleberry, Notary
Commission No. 1956211
Commission Expires: November 8, 2015

VERONICA J. APPLEBERRY
Commission # 1956211
Notary Public - California
San Francisco County
My Comm. Expires Nov 8, 2015

19000.9997/2859608.1

**EXHIBIT A**

## SERVICE LIST

**Creditor/Plaintiff**
Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA  94010

*(Via Federal Express)*

**United States Trustee**
Office of the U.S. Trustee for the Southern District of New York
Attn: Tracy Hope Davis, Linda A. Rifkin and Brian S. Masumoto
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

*(Via Electronic Service)*

**Counsel for Debtors**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

*(Via Electronic Service)*

19000.9997/2859608.1