UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF LEWIS KRUGER IN SUPPORT OF
### THE DEBTORS' THIRTY-THIRD OMNIBUS CLAIMS OBJECTION
### (FACIALLY DEFECTIVE AND TIME-BARRED SECURITIES CLAIMS)

I, Lewis Kruger, being duly sworn, state the following under penalty of perjury:

1. I am the Chief Restructuring Officer of the debtors and debtors in possession in the above-captioned Chapter 11 case (collectively, the "Debtors"). I submit this declaration in support of the Debtors' Thirty-Third Omnibus Claims Objection (the "Objection") objecting to facially defective and time-barred securities claims.

2. Since September 2008, residential mortgage-backed securities ("RMBS") investors have filed dozens of lawsuits asserting claims against the Debtors and their affiliates under Section 11 and 12(a)(2) of the Securities Act of 1933 and under state securities and common law.

3. I am informed and believe that several RMBS investors have entered into agreements with the Debtors or their affiliates tolling the applicable limitations periods for those investors' securities claims.

4. I am informed and believe that none of the investors who filed the Disputed Claims (as such term is defined in the Objection) have ever (a) commenced a legal action against the Debtors in connection with their RMBS investments, (b) entered into tolling agreements with

16237884

the Debtors in connection with those investments, or (c) otherwise asserted claims related to those investments.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2013
New York, New York

/s/ *Lewis Kruger*
Lewis Kruger