# EXHIBIT 1

**Time Detail**
**January 1, 2013 to April 30, 2013**

| **Employee** | **Date** | **Hours** | **Charges** | **Original Description** | **Additional Detail or Comments In Response to UST Objection** |
|---|---|---|---|---|---|
| | | | | **LUMPED ENTRIES** | |
| Dluhy  Bryan M | 7-Jan-13 | 2.00 | $696.00 | Telephone conferences with client working group regarding winddown and KEIP and KERP analyses (2.0). | Telephone conference with Tim McDonagh and John Dempsey regarding latest KEIP/KERP framework (1.0); telephone conference with John Dempsey, Jordan Wishnew (counsel for debtors) and Harry Chiu (FTI) regarding same (1.0). |
| Dluhy  Bryan M | 8-Jan-13 | 1.00 | $348.00 | Telephone conferences with client working group regarding KEIP, KERP and winddown issues (1.0). | Telephone conference with John Dempsey, Harry Chiu (FTI) and Scott Lyman regarding KEIP performance metrics (0.75); revise employee tiering model based upon same (0.25). |
| Dempsey  John B | 6-Feb-13 | 1.00 | $748.20 | Telephone conferences with client working group and Bryan Dluhy regarding open issues for KEIP and KERP report (1.0). | Attend compensation committee meeting telephonically regarding KEIP and KERP report (0.75); conference with Bryan Dluhy regarding same (0.25). |
| Dluhy  Bryan M | 6-Feb-13 | 4.00 | $1,392.00 | Revisions to KEIP and KERP deck (3.0); telephone conferences with John Dempsey and client working group regarding same (1.0). | Revisions to KEIP and KERP deck (3.0); attend compensation committee meeting telephonically regarding KEIP and KERP report (0.75); conference with John Dempsey regarding same (0.25). |
| | | | | **INCOMPLETE ENTRIES** | |
| Dempsey  John B | 14-Jan-13 | 2.00 | $1,496.40 | Conference with client working group regarding KEIP and KERP updates (1.0); conference with Jordan Wishnew regarding same (1.0). | Excel row was not expanded to show entire narrative.  Row has been expanded in this spreadsheet. |

| Employee | Date | Hours | Charges | Original Description | Additional Detail or Comments In Response to UST Objection |
|---|---|---|---|---|---|
| Dempsey  John B | 23-Jan-13 | 1.00 | $748.20 | Review CRO compensation issues analysis (0.5); telephone conference with Bryan Dluhy regarding same (0.25); telephone conference with Jordan Wishnew regarding same (0.25). | Entire narrative was present in original spreadsheet, but the Excel row was not expanded to show entire narrative.  Row has been expanded in this spreadsheet. |
| Dempsey  John B | 4-Mar-13 | 2.50 | $1,870.50 | Review CapMark case study draft (1.0); telephone conference with  Jordan Wishnew regarding same (0.5); conference with Bryan Dluhy regarding same (0.5); revise CapMark case study based upon same (0.5). | Entire narrative was present in original spreadsheet, but the Excel row was not expanded to show entire narrative.  Row has been expanded in this spreadsheet. |
| Dluhy  Bryan M | 19-Mar-13 | 4.00 | $1,392.00 | Additional revisions to draft report and Dempsey declaration in support of same (3.0); conference with John Dempsey and client working group regarding same (1.0). | Entire narrative was present in original spreadsheet, but the Excel row was not expanded to show entire narrative.  Row has been expanded in this spreadsheet. |

**INCORRECT TIME ENTRY**

| Employee | Date | Hours | Charges | Original Description | Additional Detail or Comments In Response to UST Objection |
|---|---|---|---|---|---|
| Dempsey  John B | 25-Jan-13 | 5.00 | $3,741.00 | Conference with Tammy Mamzehpour regarding updated KEIP and KERP structure (1.0); conference with client working group regarding same (1.5); telephone conference with Jordan Wishnew regarding same (0.5); telephone conference with George Crowley regarding estate employee agreement (1.0). | Conference with Tammy Mamzehpour regarding updated KEIP and KERP structure (1.0); conference with client working group regarding same (1.5); telephone conference with Jordan Wishnew regarding same (0.5); telephone conference with George Crowley regarding estate employee agreement (1.0); *__review updated deck and analysis for KEIP and KERP based upon same (1.0)__*. |