Presentment Date and Time: September 16, 2013 at 12:00 p.m. (ET)
Objection Deadline: September 13, 2013 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Joel C. Haims
Jonathan C. Rothberg

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                              )
   In re:                                     )    Case No. 12-12020 (MG)
                                              )
   RESIDENTIAL CAPITAL, LLC, et al.,          )    Chapter 11
                                              )
                                   Debtors.   )    Jointly Administered
                                              )
---------------------------------------------------------------

**NOTICE OF PRESENTMENT OF STIPULATION AND
ORDER RESOLVING CERTAIN RMBS SERVICING CLAIMS**

**PLEASE TAKE NOTICE** that the undersigned will present the attached *Stipulation and
Order Resolving Certain RMBS Claims* (the "Stipulation and Order"), to the Honorable Martin
Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern
District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One
Bowling Green, New York, New York 10004, Room 501, for signature on **September 16, 2013
at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and
Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the
Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket

No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case

filing system, and be served, so as to be received no later than **September 13,  2013 at 4:00 p.m.**

**(Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290

Avenue of the Americas, New York, NY 10104 (Attn: Gary S. Lee, Joel C. Haims, and Jonathan

C. Rothberg); (b) the Office of the United States Trustee for the Southern District of New York,

33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A.

Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S.

Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S.

Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The

Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office

of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York,

NY 10007 (Attn: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis

LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri);

(g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps,

Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attn: Ken Ziman &

Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis

& Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein &

Douglas Mannal); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31

West 52nd Street, New York, NY 10019 (Attn: Jennifer C. DeMarco & Adam Lesman); (j)

counsel for Berkshire Hathaway, Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue,

Los Angeles, CA 90071 (Attn: Seth Goldman & Thomas B. Walper); (k) Internal Revenue

Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market

2

NY-1108136

Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (l) Securities and Exchange

Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY

10281-1022 (Attn: George S. Canellos, Regional Director); and (m) counsel for the First

Lienholder, Schiller & Knapp, LLP, 950 New Loudon Road, Latham, NY 12110 (Attn: William

B. Schiller, Esq.).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Stipulation and Order without further notice or hearing.

Dated:  September 10, 2013
       New York, New York

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Joel C. Haims
Jonathan C. Rothberg
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ )
In re:                                                       )        Case No. 12-12020 (MG)
                                                             )
RESIDENTIAL CAPITAL, LLC, et al.,                            )        Chapter 11
                                                             )
                                          Debtors.           )        Jointly Administered
------------------------------------------------------------ )

<u>**STIPULATION AND ORDER RESOLVING CERTAIN RMBS SERVICING CLAIMS**</u>

        The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), and the parties listed on <u>Exhibit 1</u> (collectively, the "Parties"), attached hereto, by and through their respective counsel, respectfully submit this stipulation (the "Stipulation") and agree and state as follows:

**RECITALS**

        **WHEREAS**, on May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

        **WHEREAS**, prior to the Petition Date from 2004 to 2007, the Debtors issued residential mortgage backed securities ("RMBS") in 392 separate private label securitizations with an aggregate original principal balance of more than $26 billion.  In these RMBS securitizations, the Debtors pooled together mortgage loans and conveyed them to trusts in exchange for certificates that were sold to investors.  The RMBS certificates entitle holders to receive a share of the principal and interest collected on the mortgage loans held by the issuing trust.

**WHEREAS**, various individual Debtor entities played different roles in the securitization process, including "servicing" the mortgages underlying the trusts.

**WHEREAS**, for each RMBS securitization, the Debtors and the trustees for each of the RMBS trusts (the "Trustees") entered into a pooling and servicing agreement (collectively, the "PSAs") governing the operations of the securitization, including the Debtors' rights and obligations as servicers.

**WHEREAS**, on August 29, 2012, the Court issued an *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 1309] (the "Bar Date Order"), establishing November 9, 2012 as the general claims bar date.

**WHEREAS**, on November 7, 2013, the Court issued an *Order Extending Deadline for Filing Proofs of Claim* [Docket No. 2093] (the "Extended Bar Date Order"), establishing November 16, 2012 as the general claims bar date.

**WHEREAS**, prior to the bar date, certain holders of the certificates in certain of the Debtors' RMBS securitizations (the "Claimants") filed a total of 151 separate claims in the Chapter 11 cases, as set forth on Exhibit 1, against the Debtors (the "Claims").

**WHEREAS**, each of the Claimants has authorized and directed the Trustees of the trusts in which the Claimants hold interests to settle the claims against the Debtors;

**WHEREAS**, on May 23, 2013 the Debtors filed a *Motion for an Order Under Bankruptcy Code Sections 105(A) and 363(B) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditor's Committee, and Certain Consenting Claimants* [Docket No.3814] (the "PSA Motion").  Attached to that motion is a plan support agreement and supplemental term sheet (the "Supplemental Term Sheet")

embodying the terms of a Chapter 11 plan to be jointly filed by the Debtors and the committee of unsecured creditors appointed in these cases (the "Creditors' Committee").

WHEREAS, on June 27, 2013, the Court entered the *Memorandum Opinion Approving the Plan Support Agreement* [Docket No. 4102].

WHEREAS, on July 3, 2013, the Debtors and the Creditors' Committee filed the *Joint Proposed Chapter 11 Plan by Residential Capital LLC, et al. and the Official Committee of Unsecured Creditors* (the "Proposed Chapter 11 Plan") [Docket No. 4153] and the *Plan Proponents' Motion for An Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitations and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on the Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 4152].

WHEREAS, the Supplemental Term Sheet and the Proposed Chapter 11 Plan incorporate a settlement with the Trustees resolving all claims asserted by the RMBS securitization trusts against the Debtors.

WHEREAS, if the Proposed Chapter 11 Plan is confirmed and if the effective date of the Proposed Chapter 11 Plan occurs, the RMBS trusts (the "Trusts") shall have allowed as non-subordinated unsecured claims ("RMBS Trust Settlement") in the amount of $209.8 million against GMACM Debtors (as defined in the Proposed Chapter 11 Plan) and $7,091.2 million against the RFC Debtors (as defined in the Proposed Chapter 11 Plan).  In exchange for these allowed claims, the RMBS Trusts shall be deemed to provide a full and complete discharge of the Debtors from any and all RMBS Trust claims.

ny-1100955

**WHEREAS**, pursuant to the terms of the RMBS Trust Settlement, holders of certificates in the Debtors' RMBS securitizations will receive their share of the RMBS Trust Settlement through the Trusts.

**WHEREAS**, the parties acknowledge that the Claims are duplicative of the claims asserted by the Trusts and subject to resolution through the RMBS Trust Settlement.

**WHEREAS**, the Debtors are prepared to file an objection (the "Objection") to the Claims on the basis that the Claimants lacked standing to bring the Claims and that the causes of action underlying the Claims are reserved for the Trustees of each RMBS trust to bring on behalf of all certificateholders.

**WHEREAS**, the Debtors have not yet filed the Objection.

**WHREAS**, the Debtors have discussed with counsel to the Claimants a resolution of the Claims thereby obviating the need for the filing of the Objection.

NOW THEREFORE, it is hereby stipulated and agreed as between the parties to this *Stipulation and Order Regarding Certain RMBS Servicing Claims* (the "Stipulation"), by and through their undersigned counsel, that:

1.   This Stipulation shall become effective upon the date it is "So Ordered" by the Bankruptcy Court.

2.   Should the Proposed Joint Chapter 11 Plan, which contains the RMBS Trust Settlement, be approved by the Court, on the effective date (the "Plan Effective Date") of the Proposed Chapter 11 Plan, the Claims shall be disallowed and expunged in their entirety and Kurtzman Carson Consultants LLC, the Debtors' claims and notice agent in these Chapter 11 cases, is authorized to expunge the Claims from the Debtors' official claims registers.  Upon the Plan Effective Date, the terms of the Proposed Joint Chapter 11 Plan shall be binding on the Claimants in all respects.

3.    In the event the Plan Effective Date does not occur, then the Debtors, Claimants, and all other parties in interest reserve all rights regarding the Claims and the disposition thereof.

4.    Nothing herein shall be construed or deemed to constitute an admission of liability by the Debtors, with respect to the Claims or otherwise.

5.    This Stipulation comprises the entire agreement between the Parties and supersedes all prior agreements and understandings, both written and oral, between the Parties in respect of the subject matter hereof.

6.    This Stipulation may be executed in counterparts, each of which will deemed an original, but all of which together will constitute one and the same agreement.

7.    The undersigned hereby represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Stipulation.

8.    This Stipulation shall not be modified, altered, amended or vacated without prior written consent of the Parties hereto.  Any such modification, altercation, amendment or vacation, in whole or in part, shall be subject to the approval of the Court.

9.    The Court shall retain jurisdiction (and the Parties consent to such retention of jurisdiction) to resolve any disputes or controversies arising from or related to this Stipulation and the Claims.  Any request for relief brought before the Court to resolve a dispute arising from or related to this Stipulation shall be brought on proper notice and in accordance with relevant Bankruptcy Rules and Local Bankruptcy Rules.

*(concluded on the following page)*

/s/ Thomas P. Sarb
Thomas P. Sarb
Robert D. Wolford
MILLER, JOHNSON, SNELL &
CUMMISKEY, P.L.C.
Calder Plaza Building
250 Monroe Avenue NW Suite 800
Grand Rapids, Michigan  49503-2250
Telephone:  (616) 831-1700
Facsimile:  (616) 988-1748

*Bankruptcy Counsel for the Claimants*

/s/ Joel C. Haims
Gary S. Lee
Joel C. Haims
Jonathan C. Rothberg
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

**SO ORDERED**

This __ day of September, 2013
in New York, New York

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

In re RESIDENTIAL CAPITAL, LLC, et al. CASE NO. 12-12020 (MG) (JOINTLY ADMINISTERED)

Exhibit 1 to Stipulation and Order Resolving Certain RMBS Servicing Claims

| Claim Number | Name of Claimant | Debtor Claim Asserted Against | Claim Amount |
|---|---|---|---|
| 4150 | BankWest, Inc. | Residential Capital, LLC | $21,910,000.00 |
| 4151 | BankWest, Inc. | Residential Funding Company, LLC | $21,910,000.00 |
| 4152 | BankWest, Inc. | GMAC Mortgage, LLC | $21,910,000.00 |
| 4153 | BankWest, Inc. | Homecomings Financial, LLC | $21,910,000.00 |
| 4154 | BankWest, Inc. | Residential Accredit Loans, Inc. | $21,910,000.00 |
| 4111 | Caterpillar Insurance Co. Ltd. | Residential Accredit Loans, Inc. | $7,000,000.00 |
| 4107 | Caterpillar Insurance Co. Ltd. | GMAC Mortgage, LLC | $9,500,000.00 |
| 4110 | Caterpillar Insurance Co. Ltd. | Homecomings Financial, LLC | $9,500,000.00 |
| 4114 | Caterpillar Insurance Co. Ltd. | Residential Capital, LLC | $9,500,000.00 |
| 4117 | Caterpillar Insurance Co. Ltd. | Residential Funding Company, LLC | $9,500,000.00 |
| 4120 | Caterpillar Insurance Co. Ltd. | Residential Funding Mortgage Securities I, Inc. | $2,500,000.00 |
| 4476 | Caterpillar Life Insurance Company | GMAC Mortgage, LLC | $4,500,000.00 |
| 4477 | Caterpillar Life Insurance Company | Homecomings Financial, LLC | $4,500,000.00 |
| 4478 | Caterpillar Life Insurance Company | Residential Asset Mortgage Products, Inc. | $2,000,000.00 |
| 4479 | Caterpillar Life Insurance Company | Residential Capital, LLC | $4,500,000.00 |
| 4480 | Caterpillar Life Insurance Company | Residential Funding Company, LLC | $4,500,000.00 |
| 4482 | Caterpillar Life Insurance Company | Residential Funding Mortgage Securities I, Inc. | $2,500,000.00 |
| 4187 | Caterpillar Product Services Corporation | Residential Funding Company, LLC | $5,000,000.00 |
| 4188 | Caterpillar Product Services Corporation | Residential Capital, LLC | $5,000,000.00 |
| 4189 | Caterpillar Product Services Corporation | Residential Accredit Loans, Inc. | $5,000,000.00 |
| 4190 | Caterpillar Product Services Corporation | Homecomings Financial, LLC | $5,000,000.00 |
| 4191 | Caterpillar Product Services Corporation | GMAC Mortgage, LLC | $5,000,000.00 |
| 4171 | Citizens Bank & Trust Co. | Residential Accredit Loans, Inc. | $2,300,000.00 |
| 4172 | Citizens Bank & Trust Co. | Homecomings Financial, LLC | $2,300,000.00 |
| 4174 | Citizens Bank & Trust Co. | GMAC Mortgage, LLC | $2,300,000.00 |
| 4173 | Citizens Bank & Trust Co. | Residential Capital, LLC | $2,300,000.00 |
| 4170 | Citizens Bank & Trust Co. | Residential Funding Company, LLC | $2,300,000.00 |
| 4965 | Farallon Capital (AM) Investors, L.P. | Residential Funding Company, LLC | $4,402,000.00 |
| 4967 | Farallon Capital (AM) Investors, L.P. | Residential Capital, LLC | $4,402,000.00 |
| 4969 | Farallon Capital (AM) Investors, L.P. | GMAC Mortgage, LLC | $4,402,000.00 |
| 4970 | Farallon Capital (AM) Investors, L.P. | Homecomings Financial, LLC | $4,402,000.00 |
| 4972 | Farallon Capital (AM) Investors, L.P. | Residential Accredit Loans, Inc. | $4,402,000.00 |
| 4999 | Farallon Capital Institutional Partners II, L.P. | Residential Capital, LLC | $8,078,000.00 |
| 5000 | Farallon Capital Institutional Partners II, L.P. | Residential Accredit Loans, Inc. | $8,078,000.00 |
| 5002 | Farallon Capital Institutional Partners II, L.P. | Homecomings Financial, LLC | $8,078,000.00 |
| 5004 | Farallon Capital Institutional Partners II, L.P. | GMAC Mortgage, LLC | $8,078,000.00 |
| 5005 | Farallon Capital Institutional Partners II, L.P. | Residential Funding Company, LLC | $8,078,000.00 |
| 4976 | Farallon Capital Institutional Partners III, L.P. | Residential Funding Company, LLC | $11,486,000.00 |
| 4978 | Farallon Capital Institutional Partners III, L.P. | Residential Capital, LLC | $11,486,000.00 |
| 4979 | Farallon Capital Institutional Partners III, L.P. | GMAC Mortgage, LLC | $11,486,000.00 |
| 4980 | Farallon Capital Institutional Partners III, L.P. | Homecomings Financial, LLC | $11,486,000.00 |
| 4981 | Farallon Capital Institutional Partners III, L.P. | Residential Accredit Loans, Inc. | $11,486,000.00 |
| 5012 | Farallon Capital Institutional Partners, L.P. | Homecomings Financial, LLC | $104,590,000.00 |
| 5015 | Farallon Capital Institutional Partners, L.P. | GMAC Mortgage, LLC | $104,590,000.00 |
| 5016 | Farallon Capital Institutional Partners, L.P. | Residential Capital, LLC | $104,590,000.00 |
| 5018 | Farallon Capital Institutional Partners, L.P. | Residential Accredit Loans, Inc. | $104,590,000.00 |
| 5020 | Farallon Capital Institutional Partners, L.P. | Residential Funding Company, LLC | $104,590,000.00 |
| 4975 | Farallon Capital Offshore Investors II, L.P. | Residential Accredit Loans, Inc. | $145,158,000.00 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit 1 to Stipulation and Order Resolving Certain RMBS Servicing Claims

| Claim Number | Name of Claimant | Debtor Claim Asserted Against | Claim Amount |
|---|---|---|---|
| 4990 | Farallon Capital Offshore Investors II, L.P. | Homecomings Financial, LLC | $145,158,000.00 |
| 4994 | Farallon Capital Offshore Investors II, L.P. | Residential Funding Company, LLC | $145,158,000.00 |
| 4996 | Farallon Capital Offshore Investors II, L.P. | Residential Capital, LLC | $145,158,000.00 |
| 4998 | Farallon Capital Offshore Investors II, L.P. | GMAC Mortgage, LLC | $145,158,000.00 |
| 4989 | Farallon Capital Partners, L.P. | Residential Accredit Loans, Inc. | $78,934,000.00 |
| 5007 | Farallon Capital Partners, L.P. | Residential Funding Company, LLC | $78,934,000.00 |
| 5008 | Farallon Capital Partners, L.P. | Residential Capital, LLC | $78,934,000.00 |
| 5009 | Farallon Capital Partners, L.P. | GMAC Mortgage, LLC | $78,934,000.00 |
| 5011 | Farallon Capital Partners, L.P. | Homecomings Financial, LLC | $78,934,000.00 |
| 4913 | Farmers and Merchants Trust Co. | Residential Capital, LLC | $9,050,000.00 |
| 4915 | Farmers and Merchants Trust Co. | Homecomings Financial, LLC | $9,050,000.00 |
| 4916 | Farmers and Merchants Trust Co. | GMAC Mortgage, LLC | $9,050,000.00 |
| 4919 | Farmers and Merchants Trust Co. | Residential Accredit Loans, Inc. | $9,050,000.00 |
| 4920 | Farmers and Merchants Trust Co. | Residential Funding Company, LLC | $9,050,000.00 |
| 4175 | First Bank | Residential Funding Mortgage Securities I, Inc. | $1,000,000.00 |
| 4176 | First Bank | Residential Capital, LLC | $3,000,000.00 |
| 4177 | First Bank | GMAC Mortgage, LLC | $3,000,000.00 |
| 4178 | First Bank | Homecomings Financial, LLC | $3,000,000.00 |
| 4179 | First Bank | Residential Accredit Loans, Inc. | $2,000,000.00 |
| 4180 | First Bank | Residential Funding Company, LLC | $3,000,000.00 |
| 4192 | First Farmers State Bank | GMAC Mortgage, LLC | $2,800,000.00 |
| 4193 | First Farmers State Bank | Homecomings Financial, LLC | $2,800,000.00 |
| 4194 | First Farmers State Bank | Residential Capital, LLC | $2,800,000.00 |
| 4195 | First Farmers State Bank | Residential Funding Company, LLC | $2,800,000.00 |
| 4196 | First Farmers State Bank | Residential Accredit Loans, Inc. | $2,800,000.00 |
| 4581 | First National Bank of Wynne | Residential Accredit Loans, Inc. | $2,300,000.00 |
| 4583 | First National Bank of Wynne | Homecomings Financial, LLC | $2,300,000.00 |
| 4585 | First National Bank of Wynne | Residential Funding Company, LLC | $2,300,000.00 |
| 4587 | First National Bank of Wynne | GMAC Mortgage, LLC | $2,300,000.00 |
| 4589 | First National Bank of Wynne | Residential Capital, LLC | $2,300,000.00 |
| 5465 | Gemstone CDO I | GMAC Mortgage, LLC | $10,000,000.00 |
| 5468 | Gemstone CDO I | Residential Funding Company, LLC | $10,000,000.00 |
| 5476 | Gemstone CDO I | Residential Capital, LLC | $10,000,000.00 |
| 5481 | Gemstone CDO I | Residential Asset Mortgage Products, Inc. | $10,000,000.00 |
| 5578 | Gemstone CDO I | Homecomings Financial, LLC | $10,000,000.00 |
| 5543 | Gemstone CDO II | Residential Capital, LLC | $5,200,000.00 |
| 5545 | Gemstone CDO II | Residential Funding Company, LLC | $5,200,000.00 |
| 5552 | Gemstone CDO II | GMAC Mortgage, LLC | $5,200,000.00 |
| 5557 | Gemstone CDO II | Homecomings Financial, LLC | $5,200,000.00 |
| 5561 | Gemstone CDO II | Residential Asset Mortgage Products, Inc. | $5,200,000.00 |
| 5493 | Gemstone CDO V | Residential Capital, LLC | $6,000,000.00 |
| 5501 | Gemstone CDO V | GMAC Mortgage, LLC | $6,000,000.00 |
| 5509 | Gemstone CDO V | Homecomings Financial, LLC | $6,000,000.00 |
| 5514 | Gemstone CDO V | Residential Asset Securities Corporation | $6,000,000.00 |
| 5569 | Gemstone CDO V | Residential Funding Company, LLC | $6,000,000.00 |
| 5519 | Gemstone CDO VII | Residential Funding Company, LLC | $13,661,000.00 |
| 5522 | Gemstone CDO VII | Residential Capital, LLC | $13,661,000.00 |
| 5525 | Gemstone CDO VII | GMAC Mortgage, LLC | $13,661,000.00 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit 1 to Stipulation and Order Resolving Certain RMBS Servicing Claims

| Claim Number | Name of Claimant | Debtor Claim Asserted Against | Claim Amount |
|---|---|---|---|
| 5531 | Gemstone CDO VII | Homecomings Financial, LLC | $13,661,000.00 |
| 5539 | Gemstone CDO VII | Residential Asset Securities Corporation | $13,661,000.00 |
| 5417 | HBK Master Fund L.P. | GMAC Mortgage, LLC | $108,570,495.00 |
| 5428 | HBK Master Fund L.P. | Residential Accredit Loans, Inc. | $45,365,000.00 |
| 5433 | HBK Master Fund L.P. | Homecomings Financial, LLC | $108,570,495.00 |
| 5439 | HBK Master Fund L.P. | Residential Funding Company, LLC | $108,570,495.00 |
| 5454 | HBK Master Fund L.P. | Residential Capital, LLC | $108,570,495.00 |
| 5414 | HBK Master Fund L.P. | Residential Asset Mortgage Products, Inc. | $13,085,000.00 |
| 5423 | HBK Master Fund L.P. | Residential Funding Mortgage Securities I, Inc. | $275,000.00 |
| 5426 | HBK Master Fund L.P. | Residential Asset Securities Corporation | $49,845,495.00 |
| 4181 | Lea County State Bank | Residential Accredit Loans, Inc. | $6,350,000.00 |
| 4182 | Lea County State Bank | Homecomings Financial, LLC | $7,946,991.00 |
| 4183 | Lea County State Bank | GMAC Mortgage, LLC | $7,946,991.00 |
| 4184 | Lea County State Bank | Residential Capital, LLC | $7,946,991.00 |
| 4185 | Lea County State Bank | Residential Funding Company, LLC | $7,946,991.00 |
| 4186 | Lea County State Bank | Residential Funding Mortgage Securities I, Inc. | $1,596,991.00 |
| 4973 | Noonday Offshore Inc. | Residential Accredit Loans, Inc. | $8,793,000.00 |
| 4982 | Noonday Offshore Inc. | Homecomings Financial, LLC | $8,793,000.00 |
| 4985 | Noonday Offshore Inc. | GMAC Mortgage, LLC | $8,793,000.00 |
| 4987 | Noonday Offshore Inc. | Residential Capital, LLC | $8,793,000.00 |
| 4988 | Noonday Offshore Inc. | Residential Funding Company, LLC | $8,793,000.00 |
| 5023 | Northwestern Bank, N.A. | Residential Funding Company, LLC | $5,975,000.00 |
| 5024 | Northwestern Bank, N.A. | Residential Capital, LLC | $5,975,000.00 |
| 5025 | Northwestern Bank, N.A. | GMAC Mortgage, LLC | $5,975,000.00 |
| 5027 | Northwestern Bank, N.A. | Homecomings Financial, LLC | $5,975,000.00 |
| 5028 | Northwestern Bank, N.A. | Residential Accredit Loans, Inc. | $2,400,000.00 |
| 5029 | Northwestern Bank, N.A. | Residential Asset Mortgage Products, Inc. | $2,250,000.00 |
| 5030 | Northwestern Bank, N.A. | Residential Funding Mortgage Securities I, Inc. | $1,325,000.00 |
| 4893 | Pinnacle Bank | Residential Accredit Loans, Inc. | $1,500,000.00 |
| 4894 | Pinnacle Bank | GMAC Mortgage, LLC | $1,500,000.00 |
| 4895 | Pinnacle Bank | Residential Capital, LLC | $1,500,000.00 |
| 4896 | Pinnacle Bank | Residential Funding Company, LLC | $1,500,000.00 |
| 4946 | Pinnacle Bank | Homecomings Financial, LLC | $1,500,000.00 |
| 3949 | RANDOLPH BANK AND TRUST COMPANY | Residential Accredit Loans, Inc. | $2,900,000.00 |
| 3950 | RANDOLPH BANK AND TRUST COMPANY | Homecomings Financial, LLC | $2,900,000.00 |
| 3951 | RANDOLPH BANK AND TRUST COMPANY | GMAC Mortgage, LLC | $2,900,000.00 |
| 3952 | RANDOLPH BANK AND TRUST COMPANY | Residential Funding Company, LLC | $2,900,000.00 |
| 3953 | RANDOLPH BANK AND TRUST COMPANY | Residential Capital, LLC | $2,900,000.00 |
| 5547 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Funding Mortgage Securities I, Inc. | $2,975,000.00 |
| 5548 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Asset Securities Corporation | $3,180,000.00 |
| 5550 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Accredit Loans, Inc. | $8,000,000.00 |
| 5556 | SBLI USA Mutual Life Insurance Company, Inc. | Homecomings Financial, LLC | $14,155,000.00 |
| 5559 | SBLI USA Mutual Life Insurance Company, Inc. | GMAC Mortgage, LLC | $14,155,000.00 |
| 5562 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Capital, LLC | $14,155,000.00 |
| 5567 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Funding Company, LLC | $14,155,000.00 |
| 4591 | Summit Credit Union | Residential Accredit Loans, Inc. | $31,500,000.00 |
| 4595 | Summit Credit Union | Homecomings Financial, LLC | $31,500,000.00 |
| 4596 | Summit Credit Union | GMAC Mortgage, LLC | $31,500,000.00 |

Exhibit 1 to Stipulation and Order Resolving Certain RMBS Servicing Claims

| Claim Number | Name of Claimant | Debtor Claim Asserted Against | Claim Amount |
|---|---|---|---|
| 4598 | Summit Credit Union | Residential Capital, LLC | $31,500,000.00 |
| 4599 | Summit Credit Union | Residential Funding Company, LLC | $31,500,000.00 |
| 3935 | Wells River Savings Bank | Residential Capital, LLC | $1,300,000.00 |
| 3936 | Wells River Savings Bank | GMAC Mortgage, LLC | $1,300,000.00 |
| 3937 | Wells River Savings Bank | Residential Accredit Loans, Inc. | $1,300,000.00 |
| 3938 | Wells River Savings Bank | Residential Funding Company, LLC | $1,300,000.00 |
| 3939 | Wells River Savings Bank | Homecomings Financial, LLC | $1,300,000.00 |