**Hearing Date and Time: September 11, 2013 at 10:00 a.m. (ET)**

| | | |
|---|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>*Counsel for the Committee* | PACHULSKI STANG ZIEHL & JONES LLP<br>Robert J. Feinstein<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>*Co-Counsel for the Committee* | ALIXPARTNERS LLP<br>Alan D. Holtz<br>200 Town Center, Suite 2500<br>Southfield, Michigan 48075<br>Telephone: (212) 490-2500<br>Facsimile: (212) 490-1344<br>*Financial Advisor to the Committee* |
| SAN MARINO BUSINESS PARTNERS LLC<br>Bradford Cornell<br>607 Foxwood Road<br>La Canada, CA 91011<br>Telephone: (626) 833-9978<br>Facsimile: (213) 416-9945<br>*Consultant to the Committee* | EPIQ BANKRUPTCY SOLUTIONS, LLC<br>Todd W. Wuertz<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017<br>Telephone: (310) 567-3383<br>*Information Agent for the Committee* | SILVERMANACAMPORA LLP<br>Ronald J. Friedman<br>Robert D. Nosek<br>Justin S. Krell<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Telephone: (516) 479-6300<br>*Special Counsel for the Committee* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                                   :    Chapter 11
                                                                              :
Residential Capital, LLC, et al.,                          :    Case No. 12-12020 (MG)
                                                                              :
                    Debtors.                                         :    Jointly Administered
                                                                              :
------------------------------------------------------------ x

**OMNIBUS RESPONSE OF CERTAIN COMMITTEE PROFESSIONALS WITH RESPECT TO THE U.S. TRUSTEE'S OBJECTION TO THE THIRD INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

The Committee Professionals[1] hereby file this omnibus response (the "**Response**") with respect to the Omnibus Objection of the United States Trustee Regarding Fee Applications for Third Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses (the "**Objection**") [Docket No. 4869].[2] The Committee Professionals respectfully submit as follows:

## RESPONSE

1.  On August 7, 2013, the Committee Professionals filed the following applications (collectively, the "**Applications**"):

- Kramer Levin: Kramer Levin sought an allowance of fees aggregating $15,197,547.00 and reimbursement of expenses aggregating $806,168.59 (the "**Kramer Levin Application**").

- AlixPartners: AlixPartners sought an allowance of fees aggregating $4,379,636.25 and reimbursement of expenses aggregating $22,586.38 (the "**AlixPartners Application**").

- Epiq: Epiq sought an allowance of fees aggregating $39,644.20 and reimbursement of expenses aggregating $15,647.79 (the "**Epiq Application**").

- Pachulski Stang: Pachulski Stang sought an allowance of fees aggregating $349,099.50 and reimbursement of expenses aggregating $13,706.60 (the "**Pachulski Stang Application**").

- San Marino: San Marino sought an allowance of fees aggregating $43,342.50 and reimbursement of expenses aggregating $73.32 (the "**San Marino Application**").

- Silverman: Silverman sought an allowance of fees aggregating $315,950.00 and reimbursement of expenses aggregating $1,613.51 (the "**Silverman Application**").

---

[1] The "**Committee Professionals**" consist of: Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-referenced chapter 11 cases (the "**Chapter 11 Cases**"), AlixPartners, LLP ("**AlixPartners**"), financial advisor to the Committee, Pachulski Stang Ziehl & Jones LLP ("**Pachulski Stang**"), co-counsel to the Committee, Epiq Bankruptcy Solutions, LLC, information agent for the Committee ("**Epiq**"), San Marino Business Partners LLC ("**San Marino**"), consultant to the Committee, and SilvermanAcampora LLP ("**Silverman**"), special counsel for the Committee.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

2. On August 28, 2013, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") filed the Objection, pursuant to which the U.S. Trustee objected to certain fees and expenses requested in the Applications, and requested additional documentation or explanation to support certain expenses of the Committee Professionals.

3. Following the filing of the Objection, the Committee Professionals conferred with the U.S. Trustee and agreed to a resolution of all of the U.S. Trustee's objections, as set forth in further detail below:

- **Kramer Levin:** To resolve the U.S. Trustee's objection on the grounds that certain professionals not yet admitted to the bar should be billing at a reduced rate, Kramer Levin agreed to a fee reduction with respect to these attorneys (who have passed the bar and whose admission is pending) in the amount of $33,628.50.[3] In addition, to resolve the U.S. Trustee's objections to certain of Kramer Levin's requested expenses, Kramer Levin agreed to reduce its expenses request by $989.35 for overtime meals, by $1,000 for car service/cab fare, and by $1,500 for meeting expenses. With these reductions, Kramer Levin requests entry of an order approving interim compensation in the amount of $15,154,566.50 and interim reimbursement of expenses in the amount of $802,679.24.[4]

- **AlixPartners**. To resolve the U.S. Trustee's objection to the AlixPartners Application, AlixPartners agreed to a voluntary reduction of its fees in the amount of $2,969.85 for "lumped" time entries, $5,230.90 for "vague" time entries, and $14,443.40 for multiple attendees at meetings. With this aggregate reduction in fees in the amount of $22,644.15, AlixPartners requests entry of an order approving interim compensation in the amount of $4,356,992.10 and interim reimbursement of expenses in the amount of $22,586.38.

- **Epiq**. To resolve the U.S. Trustee's objection to the Epiq Application, Epiq agreed to a voluntary reduction of its fees in the amount of $11,285.99 for time spent preparing fee applications. With these additional reductions in fees, Epiq requests entry of an order approving interim compensation in the amount of $28,358.21 and interim reimbursement of expenses in the amount of $15,647.79.

- **Pachulski Stang**. To resolve the U.S. Trustee's objection to the Pachulski Stang Application, Pachulski Stang agreed to a voluntary reduction of its fees in the amount of $1,529.00 and a

---

[3] The U.S. Trustee also objected to the billing rate of Mr. Jeffrey Dunlap, a litigation associate. The Kramer Levin Application inadvertently listed Mr. Dunlap as not yet admitted to the bar, when he was, in fact, admitted to the Massachusetts bar in 2011. Accordingly, Mr. Dunlap is appropriately billing at a rate of an associate in his class year.

[4] Following the submission of the Kramer Levin Application and prior to the filing of the Objection, Kramer Levin also agreed to write off an additional $9,352.00 in fees relating to the response to the U.S. Trustee's fee objection in April 2013, which were inadvertently included in the Kramer Levin Application.

voluntary reduction of its expenses in the amount of $471.70. With these additional reductions in fees and expenses, Pachulski Stang requests entry of an order approving interim compensation in the amount of $347,570.50 and interim reimbursement of expenses in the amount of $13,234.90.

- **San Marino**. To resolve the U.S. Trustee's objection to the San Marino Application, San Marino agreed to a voluntary reduction of its fees in the amount of $12,215.39 for time spent preparing fee applications. With these additional reductions in fees, San Marino requests entry of an order approving interim compensation in the amount of $31,127.11 and interim reimbursement of expenses in the amount of $73.32.

- **Silverman**. To resolve the U.S. Trustee's objection to the Silverman Application, Silverman agreed to a voluntary reduction of its fees in the amount of $1,575.00 for "transitory timekeepers", $11,862.00 for "vague" and "lumped" time entries, and $2,420.50 for time spent reviewing and revising time entries, for an aggregate reduction of fees in the amount of $15,857.50. Silverman also agreed to a reduction of its expenses in the amount of $165.40 for photocopy expenses. With these additional reductions in fees and expenses, Silverman requests entry of an order approving interim compensation in the amount of $300,092.50 and interim reimbursement of expenses in the amount of $1,448.11.

4. For the avoidance of doubt, the Committee Professionals' proposed voluntary reductions set forth herein are without prejudice to their future positions in these cases or in other cases in which they are retained.

5. Accordingly, the Committee Professionals respectfully request that this Court approve the fees and expenses requested in the Applications (subject to the voluntary reductions set forth herein).

Dated: New York, New York
September 10, 2013

    KRAMER LEVIN NAFTALIS & FRANKEL LLP

    /s/ Douglas H. Mannal
    Kenneth H. Eckstein
    Douglas H. Mannal
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000
    *Counsel for the Official*
    *Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Robert J. Feinstein
Robert J. Feinstein
780 Third Avenue, 36th Floor
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
*Co-Counsel for the Official Committee of*
*Unsecured Creditors*

ALIXPARTNERS LLP

/s/ Alan D. Holtz
Alan D. Holtz
200 Town Center, Suite 2500
Southfield, Michigan 48075
Telephone: (212) 490-2500
Facsimile: (212) 490-1344
*Financial Advisor to the Committee*

SAN MARINO BUSINESS PARTNERS LLC

/s/ Bradford Cornell
Bradford Cornell
607 Foxwood Road
La Canada, CA 91011
Telephone: (626) 833-9978
Facsimile: (213) 416-9945
*Consultant to the Official Committee*
*of Unsecured Creditors*

EPIQ BANKRUPTCY SOLUTIONS, LLC

/s/ Todd W. Wuertz
Todd W. Wuertz
757 Third Avenue, 3rd Floor
New York, NY 10017
Telephone: (310) 567-3383
*Information Agent for the Committee*

S<span>ILVERMAN</span>A<span>CAMPORA</span> LLP

/s/ Ronald J. Freidman
Ronald J. Friedman
Robert D. Nosek
Justin S. Krell
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Telephone: (516) 479-6300
*Special Counsel for the Committee*