Katherine S. Parker-Lowe
Attorney at Law
35 Miss Elecia Lane, Suite 101
Post Office Box 730
Ocracoke, North Carolina 27960
252-928-1000
Attorney for Rex T. Gilbert, Jr. and Daniela L. Gilbert

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: **Residential Capital, LLC, *et.als*.**   ) | Case No.: 1:12-BK-12020(MG) |
| ) | Chapter 11 |
| Debtors.   ) |  |
| ) | Jointly Administered |

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I caused the Response of Rex T. Gilbert and Daniela L. Gilbert and Katherine S. Parker-Lowe to the Debtors' Objection to Proofs of Claim [Dkt. No. 1991 and 1984] to be electronically filed with the Clerk of Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that copies of the Gilbert Response also have been sent via electronic mail and/or first class mail to the following parties:

    MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
    New York, New York 10104


    BRADLEY ARANT BOULT
    CUMMINGS LLP
    Bank of America Corporate Center
    100 N. Tryon Street, Suite 2690
    Charlotte, NC 28202

Dated: September 10, 2013          /s/ Katherine S. Parker-Lowe
                                   Katherine S. Parker-Lowe
                                   Attorney for Gilberts
                                   NC State Bar #13318
                                   35 Miss Elecia Lane, Suite 101
                                   Post Office Box 730
                                   Ocracoke, North Carolina 27960
                                   252-928-1000
                                   katherine@ocracokelaw.com