HUDSON COOK, LLP
Dana Frederick Clarke
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone: (714) 263-0420
Facsimile:  (714) 263-0428

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON
SECOND INTERIM APPLICATION OF HUDSON COOK, LLP
AS SPECIAL COUNSEL TO THE DEBTORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

PLEASE TAKE NOTICE that the hearing on the Second Interim Application of Hudson Cook, LLP as Special Counsel to the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2013 Through April 30, 2013 [Docket No. 4520] (the "Application"), previously scheduled to be heard on September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned, by mutual agreement of Hudson Cook, LLP and the United States Trustee, to a date to be determined and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: September 10, 2013

/s/ Dana Frederick Clarke
Dana Frederick Clarke
HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone: (714) 263-0420
Facsimile:  (714) 263-0428

*Special Counsel to the Debtors*