MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
|  | ) |  |
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
---------------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARINGS ON DEBTORS'
NINETEENTH, TWENTIETH AND TWENTY-FIRST OMNIBUS
<u>OBJECTIONS TO CLAIMS WITH RESPECT TO CERTAIN CLAIMANTS</u>**

PLEASE TAKE NOTICE that the hearing on the (i) *Debtors' Nineteenth*

*Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No.

4155], with respect to the claim of Gary Harper and Julie Franklin Harper (Claim No. 5304), and

(ii) *Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient*

*Documentation)* [Docket No. 4158], with respect to the claim of Sonya Anthony Curry (Claim

No. 5288), previously scheduled to be heard on September 11, 2013 at 10:00 a.m. (Prevailing

Eastern Time), has been adjourned to **September 24, 2013 at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "September 24 Hearing")**.**

PLEASE TAKE FURTHER NOTICE that the hearing on the *Debtors'*

*Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4156], with respect to the claim of Karen Barel and Ariel Barel (Claim No. 4118), previously scheduled to be heard on September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "October 9 Hearing," and together with the September 24 Hearing, the "Hearings").

PLEASE TAKE FURTHER NOTICE that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: September 10, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*

ny-1108208