Wendy Alison Nora                                   First Response Date: September 16, 2013
310 Fourth Avenue South, Suite 5010                 First Hearing Date: October 2, 2013
Minneapolis, Minnesota 55415
Telephone: (612) 333-4144
Facsimile: (608) 497-1026
E-mail: accesslegalservices@gmail.com
*admitted pro hac vice*


## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
_____

RESIDENTIAL CAPITAL, LLC                         Chapter 11
a/k/a RESIDENTIAL CAPITAL CORPORATION            Case No. 12-12020-mg
1177 Avenue of the Americas                      Jointly Administered
New York,  New York 10036
        Debtor
_____

WENDY ALISON NORA,                               Adv. No. 13-1208
        Plaintiff
        v.

RESIDENTIAL FUNDING COMPANY, LLC, et al.
        Defendants
_____
_____

### NOTICE OF APPEARANCE FOR CLAIMANT SHANE HAFFEY
### (CLAIMS NUMBERED 2582 AND 4402)
_____

**PLEASE TAKE NOTICE** that Wendy Alison Nora, admitted to practice before this

Court in the above-captioned consolidated proceedings *pro hac vice*, and enters her appearance

as co-counsel with Attorney Heather McKeever for Claimant Shane Haffey of Lexington,

Kentucky on the matter of the Debtors' Objection to his Claims numbered 2582 and 4402 in

these proceedings and for all other matters as may be necessary to protect his interests in these

proceedings, including, but not limited to, filing an amended proof of claim and proceeding by

intervention in the adversary proceedings in Case No. 13-1208 entitled <u>Nora v. Residential</u>

<u>Funding Company, et al.</u>

Dated at Madison, Wisconsin this 10th day of September, 2012.

*/s/ Wendy Alison Nora*

_____

Wendy Alison Nora
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
(612) 333-4144
FAX (608) 497-1026
accesslegalservices@gmail.com

**UNSWORN DECLARATION OF SERVICE**

The above-captioned document filed by CM/ECF on September 10, 2013 and was thereby served all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/ Wendy Alison Nora*
Wendy Alison Nora

2