UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC<br>a/k/a RESIDENTIAL CAPITAL CORPORATION<br>1177 Avenue of the Americas<br>New York, New York 10036<br>　　　Debtor | Chapter 11<br>Case No. 12-12020-mg<br>Jointly Administered |

---

| | |
|---|---|
| WENDY ALISON NORA,<br>　　　Plaintiff<br>　　　v.<br>RESIDENTIAL FUNDING COMPANY, LLC, et al.<br>　　　Defendants | Adv. No. 13-1208 |

---

NOTICE OF APPEARANCE  FOR MICHAEL HARKEY

---

**PLEASE TAKE NOTICE** that Wendy Alison Nora, admitted to practice before this Court in the above-captioned consolidated proceedings *pro hac vice*, and enters her limited appearance for Michael Harkey of Seattle, Washington to file his proof of claim which was not timely filed because he had no notice of the Debtors' bankruptcy filing and to proceed by intervention in the adversary proceedings in Case No. 13-1208 entitled <u>Nora v. Residential Funding Company, et al.</u>  See attached Exhibit A (Proof of Claim.)

Dated at Madison, Wisconsin this 10th day of September, 2012.

*/s/ Wendy Alison Nora*
Wendy Alison Nora
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
(612) 333-4144
FAX (608) 497-1026
accesslegalservices@gmail.com

**UNSWORN DECLARATION OF SERVICE**

The above-captioned document filed by CM/ECF on September 10, 2013 and was thereby served all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/ Wendy Alison Nora*
Wendy Alison Nora