UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC | Chapter 11 |
| a/k/a RESIDENTIAL CAPITAL CORPORATION | Case No. 12-12020-mg |
| 1177 Avenue of the Americas | Jointly Administered |
| New York, New York 10036 | |
|     Debtor | |

---

WENDY ALISON NORA,                                              Adv. No. 13-1208
    Plaintiff
v.

RESIDENTIAL FUNDING COMPANY, LLC, et al.
    Defendants

---

### NOTICE OF APPEARANCE FOR SUZANNE AND MELVIN SIMONOVICH

---

**PLEASE TAKE NOTICE** that Wendy Alison Nora, admitted to practice before this Court in the above-captioned consolidated proceedings *pro hac vice*, and enters her appearance for Suzanne and Melvin Simonovich of Pleasant Prairie, Wisconsin to file their proof of claim which was not timely filed because they had no notice of the Debtors' bankruptcy filing, to represent them in all matters necessary to protect their interests in these proceedings, and to proceed by intervention in the adversary proceedings in Case No. 13-1208 entitled <u>Nora v. Residential Funding Company, et al.</u>

Dated at Madison, Wisconsin this 10th day of September, 2012.

*/s/ Wendy Alison Nora*
Wendy Alison Nora
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
(612) 333-4144
FAX (608) 497-1026
accesslegalservices@gmail.com

**UNSWORN DECLARATION OF SERVICE**

The above-captioned document filed by CM/ECF on September 10, 2013 and was thereby served all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/ Wendy Alison Nora*
Wendy Alison Nora