Marc Abrams
Joseph T. Baio
Mary Eaton
Paul Shalhoub
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Monarch Alternative Capital LP,
Stonehill Capital Management LLC and
Bayview Fund Management LLC, each in its
capacity as investment advisor and/or manager
to certain funds, and for CQS ABS Master
Fund Limited and CQS ABS Alpha Master
Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, *et al.*, | : | 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF MONARCH ALTERNATIVE
CAPITAL LP, STONEHILL CAPITAL MANAGEMENT LLC, BAYVIEW FUND
MANAGEMENT LLC, CQS ABS MASTER FUND LIMITED
AND CQS ABS ALPHA MASTER FUND LIMITED TO
DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF
THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, FGIC, THE FGIC
TRUSTEES AND CERTAIN INSTITUTIONAL INVESTORS**

PLEASE TAKE NOTICE THAT Monarch Alternative Capital LP, Stonehill

Capital Management LLC, and Bayview Fund Management LLC, each in its capacity as

investment advisor and/or manager to certain funds, and CQS ABS Master Fund Limited and

CQS ABS Alpha Master Fund Limited hereby withdraw the *Objection of Monarch Alternative

Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS

Master Fund Limited and CQS ABS Alpha Master Fund Limited to Debtors' Motion Pursuant to*

*Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors*, dated July 29, 2013 [ECF Nos. 4400 (redacted) and 4673 (unredacted)].

Dated: New York, New York
September 11, 2013

                              WILLKIE FARR & GALLAGHER LLP
Attorneys for Monarch Alternative Capital LP, Stonehill Capital Management LLC and Bayview Fund Management LLC, each in its capacity as investment advisor and/or manager to certain funds, and for CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited

By: /s/ Paul V. Shalhoub
Marc Abrams
Joseph T. Baio
Mary Eaton
Paul Shalhoub

787 Seventh Avenue
New York, New York 10019
(212) 728-8000