**MCKOOL SMITH, P.C.**
Peter S. Goodman
Michael R. Carney
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: 212-402-9400
Facsimile: 212-402-9444
Email: pgoodman@mckoolsmith.com
         mcarney@mckoolsmith.com

*Counsel for Federal Home Loan Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF FEDERAL HOME LOAN MORTGAGE CORPORATION'S OBJECTION TO DEBTORS' MOTION PURSUANT TO FED R. BANKR. P. 9019 FOR APPROVAL OF THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, FGIC, THE FGIC TRUSTEES AND CERTAIN INSTITUTIONAL INVESTORS**

**PLEASE TAKE NOTICE THAT** Federal Home Loan Mortgage Corporation hereby withdraws *Federal Home Loan Mortgage Corporation's Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors* dated July 22, 2013 [ECF Nos. 4406 (redacted) and 4701 (unredacted)].

Dated: September 11, 2013
       New York, New York

**MCKOOL SMITH, P.C.**

/s/ Michael R. Carney
Peter S. Goodman
Michael R. Carney
One Bryant Park, 47th Floor
New York, New York 10036
Telephone:  (212) 402-9400
Facsimile:  (212) 402-9444
Email: pgoodman@mckoolsmith.com
       mcarney@mckoolsmith.com

*Counsel for Federal Home Loan Mortgage Corporation*