**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Colt B. Dodrill, a member in good standing of the bars of the States of Nevada and Arizona and the bar(s) of the United States District Courts for the Districts of Nevada and Arizona request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al*., in the above-referenced case.

My address is:   Wolfe & Wyman LLP
11811 N. Tatum, Suite 3031
Phoenix, AZ 85028-1621

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: September 11, 2013

Respectfully submitted,

By: *Colt Dodrill*
Colt B. Dodrill

ny-1107423

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Colt B. Dodrill, dated September __, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Nevada and Arizona and the bar(s) of the United States District Courts for the Districts of Nevada and Arizona,

IT IS HEREBY ORDERED that Colt B. Dodrill is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York

September __, 2013

The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

2

ny-1107423