UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
RESIDENTIAL CAPITAL, LLC, et al.,[1]        :        Case No. 12-12020 (MG)
                                            :
                                            :
                                            :        (Jointly Administered)
         Debtors.                           :
-------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On August 29, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via electronic mail upon the parties on the service list attached hereto as **Exhibit A**, and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Pursuant to Rules 7023 and 9019 of the Federal Rules of Bankruptcy Procedure (1) Preliminarily Approving Settlement Agreement Between Named Plaintiffs, Individually and as Representatives of the Kessler Settlement Class, and the Settling Defendants; (2) Granting Class Certification for Purposes of Settlement Only; (3) Approving the Form and Manner of Notice of Kessler Settlement Class Members of the Settlement Agreement; (4) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement Agreement; and (5) Granting Related Relief** [Docket No. 4808]

Dated: September 11, 2013

                                                           _____
                                                           Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th of September, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# EXHIBIT A

Exhibit B
Served via Electronic Mail

| CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|
| CARLSON LYNCH LTD | BRUCE CARLSON & GARY LYNCH | bcarlson@carlsonlynch.com; glynch@carlsonlynch.com |
| POLSINELLI SHUGHART | Daniel J. Flanigan | dflanigan@polsinelli.com |
| WALTERS BENDER STROHBEHN & VAUGHN | R FREDERICK WALTERS & KIP RICHARDS & DAVID SKEENS | fwalters@wbsvlaw.com; fwalters@wbsvlaw.com; dskeens@wbsvlaw.com; mvaughan@wbsvlaw.com; ghodes@wbsvlaw.com |

# EXHIBIT B

Exhibit A
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| CARLSON LYNCH LTD | BRUCE CARLSON & GARY LYNCH | PNC Park | 115 Federal Street | Suite 201 | Pittsburgh | PA | 15212 |
| POLSINELLI SHUGHART | Daniel J. Flanigan | 805 Third Avenue, Suite 2020 | | | New York | NY | 10022 |
| WALTERS BENDER STROHBEHN & VAUGHN | R FREDERICK WALTERS & KIP RICHARDS & DAVID SKEENS & J MICHAEL VAUGHN & GARRETT M HODES | 2500 City Center Square | 1100 Main | | Kansas City | MO | 64105 |