**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------)
In re:                                                      )          Case No. 12-12020 (MG)
                                                            )
RESIDENTIAL CAPITAL, LLC, et al.,                           )          Chapter 11
                                                            )          Jointly Administered
          Debtors.                                          )
                                                            )          Honorable Martin Glenn
                                                            )
------------------------------------------------------------)

## CLAIMANT'S AFFIDAVIT IN OPPOSITION TO
## ORDER GRANTING DEBTOR'S TWENTY-FIRST OMNIBUS OBJECTIONS TO
## CLAIMS (BORROWER'S CLAIMS WITH INSUFFICIENT DOCUMENTATION)

STATE OF NORTH CAROLINA    )

COUNTY OF PITT             ) ss.:

FRANK J. MOORE and SUSIE J. MOORE depose and state as follows:

1. We are Claimants in the above-entitled action, with claim number 4673, and are fully familiar with the facts and circumstances of this proceeding. We make this affidavit in opposition of the Order Granting Debtor's Twenty-First Omnibus Objections to Claims (Borrower's Claims with Insufficient Documentation) (hereinafter referred to as "21st Omnibus Objections").

2. PLEASE TAKE NOTICE THAT Claimants filed their claim in the amount of $121,000 against Debtors for GMAC Loan Number 3218018417 for property located at 179 Martin Street, Bethel, North Carolina 27812 on November 6, 2012 which was assigned the number 2770. (See Exhibit A – Claim 2770)

3. PLEASE TAKE NOTICE THAT Claimants amended their claim in the amount of $121,000 against Debtors for GMAC Loan Number 3218018417 on November 7, 2012 which was assigned the number 4673. (See Exhibit B – Claim 4673)

4. PLEASE TAKE NOTICE THAT upon information and belief, although Residential Capital, LLC ("hereinafter referred to as "Debtors") filed their 21st Omnibus Objections July 3, 2013, Claimants were not notified of the filing until Saturday, September 7, 2013.

5. PLEASE TAKE FURTHER NOTICE that Debtor's late notification places undue and unnecessary pressure on Claimants, and significantly reduces the amount of time to respond.

6. PLEASE TAKE FURTHER NOTICE that Debtor's incorrectly lists Claimants' claim as "3637" in their 21st Omnibus Objections. (See Exhibit C – Debtor's Order listing)

7. PLEASE TAKE FURTHER NOTICE that neither claim numbers 2770 or 4673 are referenced in the 21st Omnibus Objections.

8. PLEASE TAKE FURTHER NOTICE that on June 12, 2013, upon Claimants' request within their Basis of Claim, claim number 2770 was joined together into one claim with 4673. (See Exhibit D – Debtor's Claim listing for 2770)

9. PLEASE TAKE FURTHER NOTICE that although Debtor's does not reference either of Claimants claim numbers in the motion, on their case web site (www.kccllc.net/rescap), Claimants claim number 4673 is listed as "No Liability - Books and Records (Borrower Claims)." (See Exhibit E – Debtor's Claim listing for 4673)

10. PLEASE TAKE FURTHER NOTICE that based on documents filed on the website for claim number 4673, Debtor provided irrelevant documentation in support of the 21st Omnibus Objections against Claimants. (See Exhibit F – Debtor's Request for Proof of Insurance).

11. PLEASE TAKE FURTHER NOTICE that Claimants' wholeheartedly objects to Debtors allegations of insufficient documentation, and "No Liability - Books and Records (Borrower Claims)."

12. PLEASE TAKE FURTHER NOTICE that Claimants' wholeheartedly objects to Debtors 21st Omnibus Objections against Claimants

13. PLEASE TAKE FURTHER NOTICE that on June 12, 2013, Claimants' supplied sufficient documentation for the claim in their "Basis of Claim." (See Exhibit G – Claimants Basis of Claim)

14. PLEASE TAKE FURTHER NOTICE that on or about June 16, 2013, Debtors' called Claimant, Susie J Moore asking her to "withdraw their Basis of Claim." Claimant refused to do so and confirms that the claim number 4673 is still open and valid as stated in the Basis of Claim.

15. PLEASE TAKE FURTHER NOTICE Debtors 21st Omnibus Objectives is defective and invalid against Claimants.

16. WHEREFORE, Debtors 21st Omnibus Objectives should be denied specifically against Claimants, and Claimants claim in the amount of $121,000 be approved.

Dated: September 8, 2013
Bethel, North Carolina

Frank J. Moore

Susie J. Moore
CLAIMANTS
179 Martin Street
Bethel, NC 27812
(252) 825-1029

Sworn to before this 10th day of September, 2013

_____
NOTARY PUBLIC
My Commission Expires 10-1-20__