In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIRST OMNIBUS OBJECTION (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 101 | Susan Ramsey, 638 Holt Road, Webster, NY 14580 | 2666 | 11/06/2012 | $0.00 Administrative Priority; $0.00 Administrative Secured; BLANK Secured; $0.00 Priority; $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 102 | Susie J. Moore & Frank J. Moore, 179 Martin Street, Bethel, NC 27812 | 3637 | 11/07/2012 | $0.00 Administrative Priority; $0.00 Administrative Secured; $121,000.00 Secured; $0.00 Priority; $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 103 | Suzanne Allyn Mackaman, 7880 NW 24 St, Margate, FL 33063 | 4261 | 11/09/2012 | $0.00 Administrative Priority; $0.00 Administrative Secured; $350,000.00 Secured; $0.00 Priority; $17,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 104 | Sydney G Bennett, 14619 SW 159 Court, Miami, FL 33196 | 931 | 10/03/2012 | $0.00 Administrative Priority; $0.00 Administrative Secured; $0.00 Secured; $0.00 Priority; BLANK General Unsecured | Residential Capital, LLC | 12-12020 |
| 105 | Sylvester & Cheryl Brown, 5810 Maureen Dr, Little Rock, AR 72209 | 4149 | 11/09/2012 | $0.00 Administrative Priority; $0.00 Administrative Secured; BLANK Secured; $0.00 Priority; $0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

