

In re Residential Capital, LLC, Case No. 12-12020 (MG)

Claims Register Report

SORT: click any column header
SEARCH: press Ctrl-F or Apple-F

Results 2501 to 5000 of 8653 records found (Page 2 of 4). |<< |< Page >| >>|

| Date Filed | Claim No. | Name and Address | Claim Amount | A R A/R Date | Nature | Debtor Name | Debtor Number | Basis for Objection | Objection(s) Resolved? | PDF |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/5/2012 | 2276 | Davee L. Olson 16825 - 41st Avenue No. Plymouth, MN 55446 | UNLIQUIDATED | | | General Unsecured | Residential Capital, LLC | 12-12020 | | | IMAGE (432 k) |
| 11/5/2012 | 2277 | Davee L. Olson 16825 - 41st Avenue No. Plymouth, MN 55446 | UNLIQUIDATED | | | General Unsecured | Residential Funding Company, LLC | 12-12019 | | | IMAGE (425 k) |
| 11/5/2012 | 2278 | Davee L. Olson 16825 - 41st Avenue No. Plymouth, MN 55446 | UNLIQUIDATED | | | General Unsecured | Residential Accredit Loans, Inc. | 12-12052 | | | IMAGE (432 k) |
| 11/5/2012 | 2279 | Davee L. Olson 16825 - 41st Avenue No. Plymouth, MN 55446 | UNLIQUIDATED | | | General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | | | IMAGE (428 k) |
| 11/5/2012 | 2280 | Davee L. Olson 16825 - 41st Avenue No. Plymouth, MN 55446 | UNLIQUIDATED | | | General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | | | IMAGE (433 k) |
| 11/5/2012 | 2281 | Davee L. Olson 16825 - 41st Avenue No. Plymouth, MN 55446 | UNLIQUIDATED | | | General Unsecured | Residential Asset Securities Corporation | 12-12054 | | | IMAGE (433 k) |
| 11/5/2012 | 2282 | Davee L. Olson 16825 - 41st Avenue No. Plymouth, MN 55446 | UNLIQUIDATED | | | General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 | | | IMAGE (453 k) |
| 11/5/2012 | 2283 | Davee L. Olson 16825 - 41st Avenue No. Plymouth, MN 55446 | UNLIQUIDATED | | | General Unsecured | Homecomings Financial, LLC | 12-12042 | | | IMAGE (441 k) |

| Date | Claim # | Creditor | Amount | Class | Debtor | Case # | Notes | Image |
|---|---|---|---|---|---|---|---|---|
| 11/7/2012 | 2767 | David R. King, 9084 PemBroke Ellis Dr, Bartlett, TN 38113 | $229,000.00 | Secured | Residential Capital, LLC | 12-12020 | Borrower Claims with Insufficient Documentation | N IMAGE (132 k) |
| 11/6/2012 | 2768 | Lynn Feldman as Chapter 7 Trustee of the Estate of Imagemasters, Inc. et al. c/o Kaufman, Coran & Ress, P.C. Attn Steven M. Coren, Esq. 2001 Market St., Suite 3900 Philadelphia, PA 19103 | $83,356.07 | General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | | IMAGE (1078 k) |
| 11/7/2012 | 2769 | Alvin LaBostrie, 855 W 125th Street, Los Angeles, CA 90044 | UNLIQUIDATED | General Unsecured | GMAC Mortgage, LLC | 12-12032 | | IMAGE (141 k) |
| 11/6/2012 | 2770 | Susie J Moore, Frank J Moore, PO Box 598, Bethel, NC 27812 | UNLIQUIDATED | General Unsecured | Residential Capital, LLC | 12-12020 | Amended and Superseded Borrower Claims | N IMAGE (72 k) |