KCC

...e Residential Capital, LLC, Case No. 12-12020 (MG)

Claims Register Report
SORT: click any column header
SEARCH: press Ctrl-F or Apple-F

Results 5001 to 7500 of 8653 records found (Page 3 of 4). |<< |< Page ... >| >>|

| Date Filed | Claim No. | Name and Address | Claim Amount | A R A/R Date Nature | Debtor Name | Debtor Number | Basis for Objection | Objection(s) Resolved? | PDF |
|---|---|---|---|---|---|---|---|---|---|
| 11/9/2012 | 4322 | The Royal Bank of Scotland, PLC Attn Kay Lackey 600 Washington Boulevard Stamford, CT 06901 | UNLIQUIDATED | General Unsecured | Residential Accredit Loans, Inc. | 12-12052 | | | IMAGE (4549 k) |
| 11/14/2012 | 4323 | John Hancock Variable Insurance Trust Attn Matthew P. Morris Grant & Eisenhofer P.A. 485 Lexingtonn Ave., 29th Floor New York, NY 10017 | UNLIQUIDATED | General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | | | IMAGE (15563 k) |
| 11/14/2012 | 4324 | John Hancock Life Insurance Company (U.S.A.) on behalf of its insurance company separate accounts 131 and 6A Attn Matthew P. Morris Grant & Eisenhofer P.A. 485 Lexington Ave., 29th Floor New York, NY 10017 | UNLIQUIDATED | General Unsecured | Residential Funding Company, LLC | 12-12019 | | | IMAGE (415 k) |
| 11/14/2012 | 4325 | John Hancock Variable Insurance Trust Attn Matthew P. Morris Grant & Eisenhofer P.A. 485 Lexington Ave., 29th Floor New York, NY 10017 | UNLIQUIDATED | General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 | | | IMAGE (15555 k) |
| 11/14/2012 | 4326 | Independence VII CDO, Ltd. Attn Matthew P. Morris Grant & Eisenhofer P.A. 485 Lexington Ave., 29th Floor New York, NY 10017 | EXPUNGED | General Unsecured | Residential Funding Company, LLC | 12-12019 | Facially Defective and Time-Barred Securities Claims | Y | IMAGE (400 k) |

| 11/13/2012 | 4671 | Office of the State Treasurer<br>Attorney Liz Austin<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>Bridgeport, CT 06601-7006 | BLANK | General<br>Unsecured | Homecomings<br>Financial, LLC | 12-<br>12042 | | | IMAGE<br>(136 k) |
|---|---|---|---|---|---|---|---|---|---|
| 11/15/2012 | 4672 | Assured Guaranty Corp.<br>Attn Margaret Yanney<br>31 West 52nd Street<br>New York, NY 10019 | UNLIQUIDATED | General<br>Unsecured | Residential<br>Funding<br>Mortgage<br>Securities I,<br>Inc. | 12-<br>12060 | | | IMAGE<br>(388 k) |
| 11/13/2012 | 4673 | Susie J. Moore & Frank J. Moore<br>P.O. Box 598<br>Bethel, NC 27812 | $121,000.00 A | 11/7/2012 General<br>Unsecured | Residential<br>Capital, LLC | 12-<br>12020 | No Liability - Books<br>and Records<br>(Borrower Claims) | N | IMAGE<br>(304 k) |