# GMAC Mortgage

5207

PO Box 4025
Coraopolis, PA 15108-6942

**IMPORTANT INSURANCE INFORMATION**

Notification Date:   09/23/2012

0001743-0006177 GMACP 001 1   960489

001792 - 006345
SUSIE MOORE
FRANK MOORE
PO BOX 598
BETHEL, NC 27812-0598

RE: **REFERENCE NUMBER: 5901**
Loan Number: ███████████5207
Hazard Insurance Uninsured Date: 09/01/2012
Property Location:   179 MARTIN ST
                     BETHEL NC  27812

Dear Customer:

A review of our records indicates we have no evidence of current hazard insurance coverage on your property. As you know, under the terms of your mortgage/deed of trust, hazard insurance coverage is a requirement.

If you have a hazard policy in effect, please forward a copy of the policy to our office immediately, or fax a copy of your policy to us at (866) 336-9021. You may also provide us immediately with your insurance information through our user-friendly web site at www.ihaveinsurance.com. You will need to enter the reference number 080594540, your personal access code 5901HZ and zip code 27812. Please have your agent follow up with hard copy evidence of your insurance within 60 days to avoid additional requests for evidence of insurance. Please make sure that the appropriate loss payee clause naming us as the mortgagee is GMAC Mortgage, LLC, Its Successors and/or Assigns.  We recommend you speak with your insurance company or agent for assistance.

If you do not have current insurance in place, we urge you to immediately contact an insurance company or local insurance agency and arrange to purchase homeowners insurance or a similar form of dwelling coverage to adequately protect your equity in your property.

In order to prevent us from purchasing lender-placed hazard insurance coverage on your property, we must be provided with evidence of insurance coverage with an effective date of 09/01/2012. If we are required to purchase coverage, you will be responsible for any insurance charges incurred in order to ensure uninterrupted coverage on the property. Any charges will be included in any statements that you may receive going forward. The charges for this insurance, and any state imposed fees, would be paid from your escrow/impound account. If you do not have an escrow/impound account, one may be established. If you obtain your own insurance coverage and there is a lapse between the effective date of your policy and the lender-placed hazard insurance coverage, you will be responsible for the insurance charges for that period.

The coverage amount placed will be based on the replacement value, which we believe is the last known amount of coverage you purchased. If we do not have that information, the coverage amount will be based on the unpaid principal balance of all mortgage liens against the property that are serviced by us. This coverage is designed to protect our interest in the property. Lender-placed insurance does not provide guaranteed replacement cost coverage. The cost of lender-placed insurance may be significantly higher than insurance you are able to obtain on your own.

If you are having difficulty paying your homeowners, wind or flood insurance premiums please see the attached important notice. If you have any questions regarding this matter, please do not hesitate to contact our office at (800) 256-9962 from 4 a.m. to 8 p.m. PST, Monday through Friday. Your calls may be monitored for quality assurance.

**Notice Regarding Bankruptcy:** If you have filed for bankruptcy and your case is still active or if you have received an order of discharge, please be advised that this is not an attempt to collect a pre-petition or discharged debt. Any action

RE: SUSIE MOORE
FRANK MOORE
Loan Number: ███████████5207

taken by GMAC Mortgage, LLC is for the sole purpose of protecting our lien interest in your property and not to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case and you are no longer occupying the property, you may disregard this notice. **If you are represented by an attorney in a bankruptcy proceeding, you should review this notice and discuss any questions you may have regarding this notice with your attorney.**

Thank you,

Insurance Department
GMAC Mortgage, LLC

**REMINDER...**
**MAIL POLICY TO:**
GMAC MORTGAGE, LLC
ITS SUCCESSOR AND/OR ASSIGNS
P.O. BOX 4025
CORAOPOLIS, PA 15108-6942

Or Fax to: (866) 336-9021