**RECEIVED SEP 11 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

Ronald E. Swain
Box 219
10219 Blakley Rd.
Swain, N.Y. 14884
September 9, 2013

Dear Manager,

I received a letter September 7, 2013 from Res Cap/GMAC Return Mail Center   c/o KCC   PO Box 813 Redondo Beach, CA 90277 in reference to Residential Capital, LLC, et al., Debtors Case No. 12-12020 (MG).

I have NEVER heard of nor received ANY information from Residential Capital, LLC, et al., as when GMAC discontinued carrying my Home Equity Loan it was turned over to "Ocwen Loan Servicing LLC.

I want a PLAIN ENGLISH explanation of all the legal words and how this will affect my loan with "Ocwen Loan Servicing LLC".

Sincerely,
Ronald E. Swain