# EXHIBIT "5"

Inst #: 200910140002856
Fees: $15.00
N/C Fee: $0.00
10/14/2009 01:24:34 PM
Receipt #: 93244
Requestor:
FIDELITY NATIONAL DEFAULT S
Recorded By: RNS   Pgs: 2
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

APN: 137-26-316-029

**RECORDING REQUESTED BY:**
3220 EL CAMINO REAL
IRVINE, CA 92602

**AND WHEN RECORDED MAIL TO**
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600

T.S. No : GM-212202-C
Loan No: 7442574562  *0907159940*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE

WHEREAS, **MARY LYNN WEBER, AN UNMARRIED WOMAN** was the original Trustor, **NATIONAL TITLE COMPANY** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR OHIO SAVINGS BANK. A FEDERAL SAVINGS BANK** was the original Beneficiary under that certain Deed of Trust dated **1/22/2007** and recorded on **1/26/2007** as Instrument No. **20070126-0004376**, in Book , Page   of Official Records of **Clark** County, Nevada; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned hereby substitutes **EXECUTIVE TRUSTEE SERVICES, LLC**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated : **10/12/2009**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Rosalie Solano, ASSISTANT SECRETARY

T.S. No : **GM-212202-C**
Loan No: **7442574562**

State of California} ss.
County of Los Angeles}

On 10/12/2009 before me, **Dee C. Ortega** Notary Public, personally appeared **Rosalie Solano**
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed this instrument.
I certify under penalty of perjury under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
        **Dee C. Ortega**

DEE C. ORTEGA
Commission # 1672751
Notary Public - California
Los Angeles County
My Comm. Expires Jun 5, 2010