# EXHIBIT "6"

Inst #: 201104290003509
Fees: $14.00
N/C Fee: $0.00
04/29/2011 03:22:40 PM
Receipt #: 759351
Requestor:
LSI TITLE AGENCY INC.
Recorded By: KXC    Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER

Requested and Prepared by:
Executive Trustee Services, LLC
137.26.310.029
When Recorded Mail To:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120

110260644

Loan No.: 7442574562
TS NO: NV1100034710

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

GMAC Mortgage, LLC

all beneficial interest under that certain Deed of Trust dated: 01/22/2007 executed by "MARY LYNN WEBER", AN UNMARRIED WOMAN, as Trustor(s), to NATIONAL TITLE COMPANY, as Trustee, and recorded as Instrument No. 20070126-0004376, on 01/26/2007, in Book XX, Page XX of Official Records, in the office of the County Recorder of Clark County, NV together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

DATE: 4/21/2011

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_William T. Fant_ (signature)
William T. Fant    ASST. SECRETARY

State of Texas ) SS.
County of Dallas )

On 4-21-11 before me, Jesse Luna Notary Public, personally appeared William T. Fant who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of    Texas    that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

JESSE LUNA
Notary Public, State of Texas
My Commission Expires
December 22, 2014