# EXHIBIT "7"

Inst #: 201105240004245
Fees: $15.00
N/C Fee: $0.00
05/24/2011 02:27:55 PM
Receipt #: 787588
Requestor:
LSI TITLE AGENCY INC.
Recorded By: MSH   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN: 137-26-316-029

RECORDING REQUESTED BY:
LSI TITLE COMPANY, INC.
3220 EL CAMINO REAL
IRVINE, CA 92602

AND WHEN RECORDED MAIL TO
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120
(800)-665-3932

T.S. No : NV1100034710
Loan No: 7442574562

11 02006044

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

**WHEREAS, *MARY LYNN WEBER*, AN UNMARRIED WOMAN** was the original Trustor, **NATIONAL TITLE COMPANY** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR OHIO SAVINGS BANK A FEDERAL SAVINGS BANK** was the original Beneficiary under that certain Deed of Trust dated **01/22/2007** and recorded on **01/26/2007** as Instrument No. **20070126-0004376**, in Book **XX**, Page **XX** of Official Records of **Clark** County, Nevada; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned hereby substitutes **Executive Trustee Services, LLC**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 4-29-2011    GMAC Mortgage, LLC

_____
Sinuhe Sustaita    Authorized officer

T.S. No : **NV1100034710**
Loan No: **7442574562**

State of  Texas  } SS.
County of  Dallas  }

On April 29, 2011 before me, Clarissa Adamczyk   Notary Public, personally appeared Sinuhe Sustaita
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of  Texas  that the foregoing paragraph is true and correct.

**WITNESS** my hand and official seal.

Signature _____ (Seal)



CLARISSA ADAMCZYK
Notary Public, State of Texas
My Commission Expires
January 06, 2015