# EXHIBIT "8"

Inst #: 201105240004246
Fees: $215.00
N/C Fee: $0.00
05/24/2011 02:27:55 PM
Receipt #: 787588
Requestor:
LSI TITLE AGENCY INC.
Recorded By: MSH    Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

RECORDING REQUESTED BY:
LSI TITLE COMPANY, INC.

AND WHEN RECORDED MAIL TO:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120

APN: 137-26-316-029
T.S. No. : NV1100034710    Loan No.: 7442574562

11026026 44

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SELL OF REAL PROPERTY UNDER DEED OF TRUST

**NOTICE IS HEREBY GIVEN THAT: Executive Trustee Services, LLC** is the duly appointed Trustee under a Deed of Trust dated **01/22/2007**, executed by **MARY LYNN WEBER, AN UNMARRIED WOMAN**, as trustor in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR OHIO SAVINGS BANK A FEDERAL SAVINGS BANK**, recorded **01/26/2007**, under instrument no. **20070126-0004376**, in book **XX**, page **XX**, of Official Records in the office of the County recorder of **Clark** County, Nevada securing, among other obligations.

One note(s) for the Original sum of $528,000.00, that the beneficial interest under such Deed of Trust and the obligations secured hereby are presently held by the undersigned; that a breach of and default in the obligations for which such Deed of Trust is security has occurred or that payment has not been made of:

**Installment of Principal and Interest plus impounds and/or advances which became due on 12/1/2010 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.**

That by reason thereof the present Beneficiary under such deed of Trust has executed and delivered to said duly appointed Trustee a written Declaration of Default and Demand for Sale and has deposited with said duly appointed Trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**Property Address: 84 CHAPMAN HEIGHTS, LAS VEGAS, NV 89138**

(PAGE 1 of 2)

T.S. No. : NV1100034710              Loan No.: 7442574562

## NOTICE

You may have the right to cure the default hereon and reinstate the one obligation secured by such Deed of Trust above described. Section NRS 107.080 permits certain defaults to be cured upon the Payment of the amounts required by that statutory section without requiring payment of that portion of principal and interest which would not be due had no default occurred. Where reinstatement is possible, if the default is not cured within 35 days following recording and mailing of this Notice to Trustor of Trustor's successor in interest, the right of reinstatement will terminate and the property may thereafter be sold. The Trustor may have the right to bring a court action to assert the nonexistence of a default or any other defense of Trustor to acceleration and Sale.

HUD approved local Counseling Agency: Housing for Nevada (877) 649-1335 www.housingfornevada.org

**To determine if reinstatement is possible and the amount, if any, to cure the default, contact:**

GMAC Mortgage, LLC
C/O Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120
(800)-665-3932 phone

Loan Modification contact Information:    (800) 850-4622

Dated: 05/23/2011                          Executive Trustee Services, LLC As Agent for Beneficiary

                                           By: _____
                                           Maricela Miseroy, Authorized Officer

State of California    } SS.
County of Los Angeles }

On **May 23, 2011** before me, **Shanon De'Arman-Davis** Notary Public, personally appeared **Maricela Miseroy** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.
Signature _____ (Seal)
Shanon De'Arman-Davis

SHANON DE'ARMAN-DAVIS
Commission # 1783309
Notary Public - California
Los Angeles County
My Comm. Expires Dec 3, 2011

(PAGE 2 OF 2)