**Hearing Date and Time:  October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- )
                                                               )
In re:                                                         )     Case No. 12-12020 (MG)
                                                               )
RESIDENTIAL CAPITAL, LLC, et al.,                              )     Chapter 11
                                                               )
                                            Debtors.           )     Jointly Administered
                                                               )
-------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON PHILLIP SCOTT'S**
**MOTION TO (1) DETERMINE THAT BANKRUPTCY ESTATE OWNS**
**TITLE TO NOTE, (2) VOID STATE COURT TITLE TRANSFER,**
**AND (3) ENJOIN POST PETITION STATE COURT PROSECUTION TO**
**OCTOBER 9, 2013 AT 10:00 A.M. (PREVALING EASTERN TIME)**

   **PLEASE TAKE NOTICE** that the hearing on *Phillip Scott's Motion to (1)*

*Determine that Bankruptcy Estate Owns Title to Note, (2) Void State Court Title Transfer, and*

*(3) Enjoin Post Petition State Court Prosecution* [Docket No. 4768], previously scheduled to be

heard on September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to

**October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

York 10004.

ny-1108236

Dated: September 13, 2013
     New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*