In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit 1 to Stipulation and Order Resolving Certain RMBS Servicing Claims

| Claim Number | Name of Claimant | Debtor Claim Asserted Against | Claim Amount |
|---|---|---|---|
| 4150 | BankWest, Inc. | Residential Capital, LLC | $21,910,000.00 |
| 4151 | BankWest, Inc. | Residential Funding Company, LLC | $21,910,000.00 |
| 4152 | BankWest, Inc. | GMAC Mortgage, LLC | $21,910,000.00 |
| 4153 | BankWest, Inc. | Homecomings Financial, LLC | $21,910,000.00 |
| 4154 | BankWest, Inc. | Residential Accredit Loans, Inc. | $21,910,000.00 |
| 4111 | Caterpillar Insurance Co. Ltd. | Residential Accredit Loans, Inc. | $7,000,000.00 |
| 4107 | Caterpillar Insurance Co. Ltd. | GMAC Mortgage, LLC | $9,500,000.00 |
| 4110 | Caterpillar Insurance Co. Ltd. | Homecomings Financial, LLC | $9,500,000.00 |
| 4114 | Caterpillar Insurance Co. Ltd. | Residential Capital, LLC | $9,500,000.00 |
| 4117 | Caterpillar Insurance Co. Ltd. | Residential Funding Company, LLC | $9,500,000.00 |
| 4120 | Caterpillar Insurance Co. Ltd. | Residential Funding Mortgage Securities I, Inc. | $2,500,000.00 |
| 4476 | Caterpillar Life Insurance Company | GMAC Mortgage, LLC | $4,500,000.00 |
| 4477 | Caterpillar Life Insurance Company | Homecomings Financial, LLC | $4,500,000.00 |
| 4478 | Caterpillar Life Insurance Company | Residential Asset Mortgage Products, Inc. | $2,000,000.00 |
| 4479 | Caterpillar Life Insurance Company | Residential Capital, LLC | $4,500,000.00 |
| 4480 | Caterpillar Life Insurance Company | Residential Funding Company, LLC | $4,500,000.00 |
| 4482 | Caterpillar Life Insurance Company | Residential Funding Mortgage Securities I, Inc. | $2,500,000.00 |
| 4187 | Caterpillar Product Services Corporation | Residential Funding Company, LLC | $5,000,000.00 |
| 4188 | Caterpillar Product Services Corporation | Residential Capital, LLC | $5,000,000.00 |
| 4189 | Caterpillar Product Services Corporation | Residential Accredit Loans, Inc. | $5,000,000.00 |
| 4190 | Caterpillar Product Services Corporation | Homecomings Financial, LLC | $5,000,000.00 |
| 4191 | Caterpillar Product Services Corporation | GMAC Mortgage, LLC | $5,000,000.00 |
| 4171 | Citizens Bank & Trust Co. | Residential Accredit Loans, Inc. | $2,300,000.00 |
| 4172 | Citizens Bank & Trust Co. | Homecomings Financial, LLC | $2,300,000.00 |
| 4174 | Citizens Bank & Trust Co. | GMAC Mortgage, LLC | $2,300,000.00 |
| 4173 | Citizens Bank & Trust Co. | Residential Capital, LLC | $2,300,000.00 |
| 4170 | Citizens Bank & Trust Co. | Residential Funding Company, LLC | $2,300,000.00 |
| 4965 | Farallon Capital (AM) Investors, L.P. | Residential Funding Company, LLC | $4,402,000.00 |
| 4967 | Farallon Capital (AM) Investors, L.P. | Residential Capital, LLC | $4,402,000.00 |
| 4969 | Farallon Capital (AM) Investors, L.P. | GMAC Mortgage, LLC | $4,402,000.00 |
| 4970 | Farallon Capital (AM) Investors, L.P. | Homecomings Financial, LLC | $4,402,000.00 |
| 4972 | Farallon Capital (AM) Investors, L.P. | Residential Accredit Loans, Inc. | $4,402,000.00 |
| 4999 | Farallon Capital Institutional Partners II, L.P. | Residential Capital, LLC | $8,078,000.00 |
| 5000 | Farallon Capital Institutional Partners II, L.P. | Residential Accredit Loans, Inc. | $8,078,000.00 |
| 5002 | Farallon Capital Institutional Partners II, L.P. | Homecomings Financial, LLC | $8,078,000.00 |
| 5004 | Farallon Capital Institutional Partners II, L.P. | GMAC Mortgage, LLC | $8,078,000.00 |
| 5005 | Farallon Capital Institutional Partners II, L.P. | Residential Funding Company, LLC | $8,078,000.00 |
| 4976 | Farallon Capital Institutional Partners III, L.P. | Residential Funding Company, LLC | $11,486,000.00 |
| 4978 | Farallon Capital Institutional Partners III, L.P. | Residential Capital, LLC | $11,486,000.00 |
| 4979 | Farallon Capital Institutional Partners III, L.P. | GMAC Mortgage, LLC | $11,486,000.00 |
| 4980 | Farallon Capital Institutional Partners III, L.P. | Homecomings Financial, LLC | $11,486,000.00 |
| 4981 | Farallon Capital Institutional Partners III, L.P. | Residential Accredit Loans, Inc. | $11,486,000.00 |
| 5012 | Farallon Capital Institutional Partners, L.P. | Homecomings Financial, LLC | $104,590,000.00 |
| 5015 | Farallon Capital Institutional Partners, L.P. | GMAC Mortgage, LLC | $104,590,000.00 |
| 5016 | Farallon Capital Institutional Partners, L.P. | Residential Capital, LLC | $104,590,000.00 |
| 5018 | Farallon Capital Institutional Partners, L.P. | Residential Accredit Loans, Inc. | $104,590,000.00 |
| 5020 | Farallon Capital Institutional Partners, L.P. | Residential Funding Company, LLC | $104,590,000.00 |
| 4975 | Farallon Capital Offshore Investors II, L.P. | Residential Accredit Loans, Inc. | $145,158,000.00 |

12-12020-mg    Doc 5050-1    Filed 09/16/13    Entered 09/16/13 13:05:28    Exhibit 1
Pg 2 of 4

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit 1 to Stipulation and Order Resolving Certain RMBS Servicing Claims

| Claim Number | Name of Claimant | Debtor Claim Asserted Against | Claim Amount |
|---|---|---|---|
| 4990 | Farallon Capital Offshore Investors II, L.P. | Homecomings Financial, LLC | $145,158,000.00 |
| 4994 | Farallon Capital Offshore Investors II, L.P. | Residential Funding Company, LLC | $145,158,000.00 |
| 4996 | Farallon Capital Offshore Investors II, L.P. | Residential Capital, LLC | $145,158,000.00 |
| 4998 | Farallon Capital Offshore Investors II, L.P. | GMAC Mortgage, LLC | $145,158,000.00 |
| 4989 | Farallon Capital Partners, L.P. | Residential Accredit Loans, Inc. | $78,934,000.00 |
| 5007 | Farallon Capital Partners, L.P. | Residential Funding Company, LLC | $78,934,000.00 |
| 5008 | Farallon Capital Partners, L.P. | Residential Capital, LLC | $78,934,000.00 |
| 5009 | Farallon Capital Partners, L.P. | GMAC Mortgage, LLC | $78,934,000.00 |
| 5011 | Farallon Capital Partners, L.P. | Homecomings Financial, LLC | $78,934,000.00 |
| 4913 | Farmers and Merchants Trust Co. | Residential Capital, LLC | $9,050,000.00 |
| 4915 | Farmers and Merchants Trust Co. | Homecomings Financial, LLC | $9,050,000.00 |
| 4916 | Farmers and Merchants Trust Co. | GMAC Mortgage, LLC | $9,050,000.00 |
| 4919 | Farmers and Merchants Trust Co. | Residential Accredit Loans, Inc. | $9,050,000.00 |
| 4920 | Farmers and Merchants Trust Co. | Residential Funding Company, LLC | $9,050,000.00 |
| 4175 | First Bank | Residential Funding Mortgage Securities I, Inc. | $1,000,000.00 |
| 4176 | First Bank | Residential Capital, LLC | $3,000,000.00 |
| 4177 | First Bank | GMAC Mortgage, LLC | $3,000,000.00 |
| 4178 | First Bank | Homecomings Financial, LLC | $3,000,000.00 |
| 4179 | First Bank | Residential Accredit Loans, Inc. | $2,000,000.00 |
| 4180 | First Bank | Residential Funding Company, LLC | $3,000,000.00 |
| 4192 | First Farmers State Bank | GMAC Mortgage, LLC | $2,800,000.00 |
| 4193 | First Farmers State Bank | Homecomings Financial, LLC | $2,800,000.00 |
| 4194 | First Farmers State Bank | Residential Capital, LLC | $2,800,000.00 |
| 4195 | First Farmers State Bank | Residential Funding Company, LLC | $2,800,000.00 |
| 4196 | First Farmers State Bank | Residential Accredit Loans, Inc. | $2,800,000.00 |
| 4581 | First National Bank of Wynne | Residential Accredit Loans, Inc. | $2,300,000.00 |
| 4583 | First National Bank of Wynne | Homecomings Financial, LLC | $2,300,000.00 |
| 4585 | First National Bank of Wynne | Residential Funding Company, LLC | $2,300,000.00 |
| 4587 | First National Bank of Wynne | GMAC Mortgage, LLC | $2,300,000.00 |
| 4589 | First National Bank of Wynne | Residential Capital, LLC | $2,300,000.00 |
| 5465 | Gemstone CDO I | GMAC Mortgage, LLC | $10,000,000.00 |
| 5468 | Gemstone CDO I | Residential Funding Company, LLC | $10,000,000.00 |
| 5476 | Gemstone CDO I | Residential Capital, LLC | $10,000,000.00 |
| 5481 | Gemstone CDO I | Residential Asset Mortgage Products, Inc. | $10,000,000.00 |
| 5578 | Gemstone CDO I | Homecomings Financial, LLC | $10,000,000.00 |
| 5543 | Gemstone CDO II | Residential Capital, LLC | $5,200,000.00 |
| 5545 | Gemstone CDO II | Residential Funding Company, LLC | $5,200,000.00 |
| 5552 | Gemstone CDO II | GMAC Mortgage, LLC | $5,200,000.00 |
| 5557 | Gemstone CDO II | Homecomings Financial, LLC | $5,200,000.00 |
| 5561 | Gemstone CDO II | Residential Asset Mortgage Products, Inc. | $5,200,000.00 |
| 5493 | Gemstone CDO V | Residential Capital, LLC | $6,000,000.00 |
| 5501 | Gemstone CDO V | GMAC Mortgage, LLC | $6,000,000.00 |
| 5509 | Gemstone CDO V | Homecomings Financial, LLC | $6,000,000.00 |
| 5514 | Gemstone CDO V | Residential Asset Securities Corporation | $6,000,000.00 |
| 5569 | Gemstone CDO V | Residential Funding Company, LLC | $6,000,000.00 |
| 5519 | Gemstone CDO VII | Residential Funding Company, LLC | $13,661,000.00 |
| 5522 | Gemstone CDO VII | Residential Capital, LLC | $13,661,000.00 |
| 5525 | Gemstone CDO VII | GMAC Mortgage, LLC | $13,661,000.00 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit 1 to Stipulation and Order Resolving Certain RMBS Servicing Claims

| Claim Number | Name of Claimant | Debtor Claim Asserted Against | Claim Amount |
|---|---|---|---|
| 5531 | Gemstone CDO VII | Homecomings Financial, LLC | $13,661,000.00 |
| 5539 | Gemstone CDO VII | Residential Asset Securities Corporation | $13,661,000.00 |
| 5417 | HBK Master Fund L.P. | GMAC Mortgage, LLC | $108,570,495.00 |
| 5428 | HBK Master Fund L.P. | Residential Accredit Loans, Inc. | $45,365,000.00 |
| 5433 | HBK Master Fund L.P. | Homecomings Financial, LLC | $108,570,495.00 |
| 5439 | HBK Master Fund L.P. | Residential Funding Company, LLC | $108,570,495.00 |
| 5454 | HBK Master Fund L.P. | Residential Capital, LLC | $108,570,495.00 |
| 5414 | HBK Master Fund L.P. | Residential Asset Mortgage Products, Inc. | $13,085,000.00 |
| 5423 | HBK Master Fund L.P. | Residential Funding Mortgage Securities I, Inc. | $275,000.00 |
| 5426 | HBK Master Fund L.P. | Residential Asset Securities Corporation | $49,845,495.00 |
| 4181 | Lea County State Bank | Residential Accredit Loans, Inc. | $6,350,000.00 |
| 4182 | Lea County State Bank | Homecomings Financial, LLC | $7,946,991.00 |
| 4183 | Lea County State Bank | GMAC Mortgage, LLC | $7,946,991.00 |
| 4184 | Lea County State Bank | Residential Capital, LLC | $7,946,991.00 |
| 4185 | Lea County State Bank | Residential Funding Company, LLC | $7,946,991.00 |
| 4186 | Lea County State Bank | Residential Funding Mortgage Securities I, Inc. | $1,596,991.00 |
| 4973 | Noonday Offshore Inc. | Residential Accredit Loans, Inc. | $8,793,000.00 |
| 4982 | Noonday Offshore Inc. | Homecomings Financial, LLC | $8,793,000.00 |
| 4985 | Noonday Offshore Inc. | GMAC Mortgage, LLC | $8,793,000.00 |
| 4987 | Noonday Offshore Inc. | Residential Capital, LLC | $8,793,000.00 |
| 4988 | Noonday Offshore Inc. | Residential Funding Company, LLC | $8,793,000.00 |
| 5023 | Northwestern Bank, N.A. | Residential Funding Company, LLC | $5,975,000.00 |
| 5024 | Northwestern Bank, N.A. | Residential Capital, LLC | $5,975,000.00 |
| 5025 | Northwestern Bank, N.A. | GMAC Mortgage, LLC | $5,975,000.00 |
| 5027 | Northwestern Bank, N.A. | Homecomings Financial, LLC | $5,975,000.00 |
| 5028 | Northwestern Bank, N.A. | Residential Accredit Loans, Inc. | $2,400,000.00 |
| 5029 | Northwestern Bank, N.A. | Residential Asset Mortgage Products, Inc. | $2,250,000.00 |
| 5030 | Northwestern Bank, N.A. | Residential Funding Mortgage Securities I, Inc. | $1,325,000.00 |
| 4893 | Pinnacle Bank | Residential Accredit Loans, Inc. | $1,500,000.00 |
| 4894 | Pinnacle Bank | GMAC Mortgage, LLC | $1,500,000.00 |
| 4895 | Pinnacle Bank | Residential Capital, LLC | $1,500,000.00 |
| 4896 | Pinnacle Bank | Residential Funding Company, LLC | $1,500,000.00 |
| 4946 | Pinnacle Bank | Homecomings Financial, LLC | $1,500,000.00 |
| 3949 | RANDOLPH BANK AND TRUST COMPANY | Residential Accredit Loans, Inc. | $2,900,000.00 |
| 3950 | RANDOLPH BANK AND TRUST COMPANY | Homecomings Financial, LLC | $2,900,000.00 |
| 3951 | RANDOLPH BANK AND TRUST COMPANY | GMAC Mortgage, LLC | $2,900,000.00 |
| 3952 | RANDOLPH BANK AND TRUST COMPANY | Residential Funding Company, LLC | $2,900,000.00 |
| 3953 | RANDOLPH BANK AND TRUST COMPANY | Residential Capital, LLC | $2,900,000.00 |
| 5547 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Funding Mortgage Securities I, Inc. | $2,975,000.00 |
| 5548 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Asset Securities Corporation | $3,180,000.00 |
| 5550 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Accredit Loans, Inc. | $8,000,000.00 |
| 5556 | SBLI USA Mutual Life Insurance Company, Inc. | Homecomings Financial, LLC | $14,155,000.00 |
| 5559 | SBLI USA Mutual Life Insurance Company, Inc. | GMAC Mortgage, LLC | $14,155,000.00 |
| 5562 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Capital, LLC | $14,155,000.00 |
| 5567 | SBLI USA Mutual Life Insurance Company, Inc. | Residential Funding Company, LLC | $14,155,000.00 |
| 4591 | Summit Credit Union | Residential Accredit Loans, Inc. | $31,500,000.00 |
| 4595 | Summit Credit Union | Homecomings Financial, LLC | $31,500,000.00 |
| 4596 | Summit Credit Union | GMAC Mortgage, LLC | $31,500,000.00 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit 1 to Stipulation and Order Resolving Certain RMBS Servicing Claims

| Claim Number | Name of Claimant | Debtor Claim Asserted Against | Claim Amount |
|---|---|---|---|
| 4598 | Summit Credit Union | Residential Capital, LLC | $31,500,000.00 |
| 4599 | Summit Credit Union | Residential Funding Company, LLC | $31,500,000.00 |
| 3935 | Wells River Savings Bank | Residential Capital, LLC | $1,300,000.00 |
| 3936 | Wells River Savings Bank | GMAC Mortgage, LLC | $1,300,000.00 |
| 3937 | Wells River Savings Bank | Residential Accredit Loans, Inc. | $1,300,000.00 |
| 3938 | Wells River Savings Bank | Residential Funding Company, LLC | $1,300,000.00 |
| 3939 | Wells River Savings Bank | Homecomings Financial, LLC | $1,300,000.00 |