**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

**NOTICE OF INTENT TO PARTICIPATE IN
DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that Wilmington Trust, N.A., solely in its capacity as indenture trustee for the Senior Unsecured Notes issued by Residential Capital LLC, and as represented by Loeb & Loeb LLP and Cleary Gottlieb Steen & Hamilton LLP, (i) has filed Claim No. 5256 against several of the debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases") in an amount of not less than $1.003 billion, and (ii) is a party-in-interest in the confirmation of a plan on the basis that it is a Consenting Claimant and a Supporting Party, as those terms are defined in that certain Plan Support Agreement dated as of May 13, 2013.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party-in-interest and its counsel and advisors intend to participate in Plan Discovery, as defined in that certain Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on September 9, 2013 [Docket No. 4974].

Dated: September 10, 2013

By: /s/ Peter F. Finkel
Peter F. Finkel
Wilmington Trust, N.A.,
*solely in its capacity as indenture trustee for the Senior Unsecured Notes issued by Residential Capital LLC*

**Contact Information for Party-in-Interest:**

Peter F. Finkel
Wilmington Trust, N.A.
50 South Sixth Street
Suite 1290
Minneapolis, MN 55402

**Contact Information for Attorneys for Party-in-Interest:**

Walter H. Curchack
Vadim J. Rubinstein
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
wcurchack@loeb.com
vrubinstein@loeb.com

-and-

Thomas J. Moloney
Sean A. O'Neal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
tmoloney@cgsh.com
soneal@cgsh.com
maofiling@cgsh.com

**Designation of Contacts to Receive Notices:**

Walter H. Curchack
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
wcurchack@loeb.com

-and-

Sean A. O'Neal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
soneal@cgsh.com
maofiling@cgsh.com