RECEIVED
AUG 3 0 2013
KURTZMAN CARSON CONSULTANTS

United States Bankruptcy Court
Southern District of New York

Debtor Residential Capital, LLC et al.,
Case No. 12-12020 (MG)

Borrower Claims with Insufficient Documentation:

Fannie Kendrick Dietrich

I was taken through the <u>entire</u> loan modification requested information and application process. At <u>NO</u> time after supplying this information was I contacted as to the outcome. Several phone calls and emails from me were never replied or responded to. At the beginning of this ~~bankruptcy~~ hearing I sent documentation requested from this court/attorney. Since time has passed I lost my original paper work and the emails I recieved from GMAC\Ally are in my trash

→ ALL transactions concerning this loan were done through esign. Yes, I did print these documents for my personal records. I copied and sent cc\borrowers certification authorization and loan lock in rate, ect...

12-12020-mg Doc 5054 Filed 08/30/13 Entered 09/16/13 15:28:50 Main Document Pg 2 of 4

Please attach this also. My original documentation has been misplaced. Richard Anderson from GMAC knows what they did and restitution of over 2 years with no refinance is7 folder on the PC I have. What I want addressed...

I assumed that the documentation I sent was sufficient and I didn't anticipate needing to copy any of them. Upon contacting an attorney I was not able to afford legal representation. I therefore trust GOD to work it out for me. If I was denied this loan out of discrimination or selectivity I truly pray a law is created to protect future applicants.

Fannie M Kendrick Dietrich
1902 Marjorie lane
Kokomo Ind. 46902
1-765 4532490

That information was enough to get this claim started for me in the ~~fisk~~ first place. I am 57 yrs old I recieve a pension from General Motors I work part time for minimum wage at Bona Vista as ~~an~~ teaching assistant for special needs children. I qualified for this loan. What can a mere citizen due other than rely on a judge to decide if an injustise was done.