United States Bankruptcy Court
Southern District of New York

In re:
Residential Capital, LLC, et al.,

        Debtors

**RECEIVED SEP 16 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

Case No. 12-12020 (MG)
Chapter 11
Jointly Administered

Please Note that both Grace Walker and I object to this case number etc; supra being filed against us and or our property at 311 W. Steins Street St. Louis Mo. 63111-3345
In any manner as GMAC turned everything over to

Ocwen Loan Servicing, LLC, ATTN:
Payment Processing
PO Box 79135 Phoenix, AZ
85062-9135

And further note Ocwen Loan etc; etc; quoted to us both that our new Mortgage etc; etc, would be exactly the same as before when we first filed for a Mortgage with GMAC.

In closing we have never missed any payments to either one stated above.

    Very Sincerely, Leroy R. Walker
                      And
                      Grace Walker