UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                            Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF INTENT TO PARTICIPATE IN
DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that U.S. Bank National Association, solely in its capacity as trustee, indenture trustee, master servicer and/or similar capacities in respect of certain RMBS Trusts, represented by Seward & Kissel LLP, have filed Claims Numbers 6655-6705 (the "Claims") against one or more of the Debtors in the above-referenced chapter 11 cases (the "Chapter 11 Cases") in unliquidated and liquidated amounts, as fully set forth in the Claims, and is a party-in-interest in the confirmation of a plan in the Chapter 11 Cases.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party-in-interest and its counsel intend to participate in Plan Discovery, as defined in the Amended Order Establishing A Discovery Protocol in Connection with Discovery Relating to Plan Confirmation, entered by the Court on September 9, 2013 [Docket No. 4974].

**Contact Information for Party-in-Interest:**

U.S. Bank National Association
Mamta K. Scott, Vice President
190 LaSalle Street
Mail Code: MK-IL-SL8T
Chicago, Illinois  60603
Ph:  (312) 332-6578
Email:  Mamta.Scott@usbank.com

**Contact Information for Attorneys for Party-in-Interest:**

Seward & Kissel LLP
One Battery Park Plaza
New York, New York  10004

Attn:  Mark D. Kotwick
Ph:   (212) 574-1200
Email:  kotwick@sewkis.com

Attn:  Arlene R. Alves
Ph:   (212) 574-1200
Email:  alves@sewkis.com

Attn:  Brian P. Maloney
Ph:   (212) 574-1200
Email:  maloney@sewkis.com

**Contact Information for Advisors for Party-in-Interest:**

Duff & Phelps LLC
55 East 52nd Street
New York, New York  10055

Attn:   Allen Pfeiffer
Ph: (212) 871-5543
Email:  allen.pfeiffer@duffandphelps.com

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order:**

Seward & Kissel LLP
One Battery Park Plaza
New York, New York  10004

Attn: Mark D. Kotwick
Ph:   (212) 574-1200
Email: kotwick@sewkis.com

Attn: Arlene R. Alves
Ph:   (212) 574-1200
Email: alves@sewkis.com

Attn: Brian P. Maloney
Ph:   (212) 574-1200
Email: maloney@sewkis.com


Dated: September 16, 2013

                                        **SEWARD & KISSEL LLP**

                                        /s/ Mark D. Kotwick
                                      Mark D. Kotwick
                                      Arlene R. Alves
                                      Brian P. Maloney
                                      One Battery Park Plaza
                                      New York, New York 10004
                                      Telephone: (212) 574-1200
                                      Facsimile: (212) 480-8421

                                      *Counsel to U.S. Bank National Association,*
                                      *as Trustee of Certain Mortgage-Backed*
                                      *Securities Trusts*

SK 03687 0119 1413551