UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE:                                                                                   Chapter 11

                                                                                         Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, *et al.*,
                                                                                         Jointly Administered

                           Debtors.
-----------------------------------------------------------------------x

## NOTICE OF INTENT TO PARTICIPATE IN
## DISCOVERY RELATED TO PLAN CONFIRMATION

**NOTICE IS HEREBY GIVEN** that Wells Fargo Bank, N.A., solely in its capacity as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, master servicer, custodian and/or similar agency capacities in respect of certain residential mortgage-backed securities trusts, represented by Alston & Bird LLP, has filed Claims Numbers 3581, 6502 - 6552, and 6553 - 6603 (the "Claims") against one or more of the Debtors in the above-referenced chapter 11 cases (the "Chapter 11 Cases") in liquidated and unliquidated amounts, as fully set forth in the Claims, and are parties-in-interest in the confirmation of a plan in the Chapter 11 Cases.

**ACCORDINGLY, PLEASE TAKE FURTHER NOTICE** that, subject to any objection by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party-in-interest and its counsel intends to participate as follows in Plan Discovery, as defined in the *Amended Order Establishing a Discovery Protocol in Connection with Discovery Relating to Plan Confirmation*, entered by the Court on September 9, 2013 [Docket No. 4974].

**Contact Information for Party-in-Interest (address, phone and email):**

Mary L. Sohlberg, Vice President
Wells Fargo Bank, N.A.
625 Marquette Avenue, 16th Floor
MAC N9311-161
Minneapolis, MN 55402
Phone: (612) 316-0737
Email: mary.l.sohlberg@wellsfargo.com

**Contact Information for Attorneys for Party-in-Interest (address, phone and email):**

Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Attn: Michael E. Johnson, Esq.
       William Hao, Esq.
Phone: (212) 210-9400
Email: michael.johnson@alston.com
       william.hao@alston.com

-and-

Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Attn: John C. Weitnauer, Esq.
Phone: (404) 881-7000
Email: kit.weitnauer@alston.com

**Contact Information for Advisors for Party-in-Interest (address, phone and email):**

Duff & Phelps LLC
55 East 52nd Street
New York, New York 10055
Attn:   Allen Pfeiffer
Phone: (212) 871-5543
Email:  allen.pfeiffer@duffandphelps.com

**Designation of Contact(s) to Receive Any Notice Required under the Order (address, phone and e-mail):**

Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Attn: Michael E. Johnson, Esq.
       William Hao, Esq.
Phone: (212) 210-9400
Email: michael.johnson@alston.com
       william.hao@alston.com

-and-

Alston & Bird LLP  
One Atlantic Center  
1201 West Peachtree Street  
Atlanta, GA  30309-3424  
Attn: John C. Weitnauer, Esq.  
Phone: (404) 881-7000  
Email: kit.weitnauer@alston.com

Dated: September 16, 2013

                                 **ALSTON & BIRD LLP**

                                 By: /s/ Michael E. Johnson  
                                 John C. Weitnauer (*pro hac vice*)  
                                 Michael E. Johnson  
                                 William Hao  
                                 90 Park Avenue  
                                 New York, NY 10016  
                                 Telephone: (212) 210-9400  
                                 Facsimile: (212) 210-9444

                                 *Counsel to Wells Fargo Bank, N.A., as Trustee of*  
                                 *Certain Mortgage Backed Securities Trusts*