REED SMITH LLP
Eric A. Schaffer
David M. Schlecker
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-561-5450

*Counsel for Wells Fargo Bank, N.A., in its capacity as first priority collateral agent, third priority collateral agent, and collateral control agent*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11<br>Case No. 12-12020 (MG)<br>Jointly Administered |
| Debtors. | |

---

**NOTICE OF INTENT TO PARTICIPATE IN**
**DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that Wells Fargo Bank, N.A. ("Wells Fargo Bank, N.A."), in its capacity as First Priority Collateral Agent, Third Priority Collateral Agent, and Collateral Control Agent, represented by Reed Smith LLP, has filed various proofs of claim against Residential Capital, LLC and its affiliated debtors (the "Debtors") in unliquidated amounts, including, but not limited to, Claim Numbers 5609, 5616, 5619, 5623, 5627, 5629, 5631, 5639, 5650, 5654, 5657, 5660, 5663, 5668, 5671, 5673, 5678, 5685, 5697, 5699, 5700, 5702, 5757, 5759, and 5760, and is a party of interest in the confirmation of a plan in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, Wells Fargo Bank, N.A. and its counsel intends to participate as follows in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on September 9, 2013 [Docket No. 4974].

**Contact Information for Party-in-Interest (address, phone and email):**

Wells Fargo Bank, N.A.
150 E. 42nd St., 40th Floor
New York, New York 10017
Attn:  Michael Pinzon
Telephone Number:  917-260-1537
Email:  michael.d.pinzon@wellsfargo.com

**Contact Information for Attorneys for Party-in-Interest (address, phone and email):**

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Attn:  Eric Schaffer, David Schlecker, and Sarah Kam
Telephone:  212-549-5400
Email:  eschaffer@reedsmith.com; dschlecker@reedsmith.com; skam@reedsmith.com

**Designation of Contacts to Receive Any Notice Required Under the Order (address, phone and email):**

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Attn:  Eric Schaffer, David Schlecker, and Sarah Kam
Telephone:  212-549-5400
Email:  eschaffer@reedsmith.com; dschlecker@reedsmith.com; skam@reedsmith.com

Dated:  September 16, 2013
         New York, New York

REED SMITH LLP

*/s/ Eric A. Schaffer*
Eric A. Schaffer
David M. Schlecker
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-561-5450

*Counsel for Wells Fargo Bank, N.A., in its capacity as first priority collateral agent, third priority collateral agent, and collateral control agent*