## CERTIFICATE OF SERVICE

On September 16, 2013, I electronically filed the ***NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION***, and also caused a true and correct copy of this document to be served via first class U.S. Mail, postage prepaid, upon the parties listed on the attached service list.

Dated:  September 16, 2013
         New York, New York

REED SMITH LLP

*/s/ Eric A. Schaffer*
Eric A. Schaffer
David M. Schlecker
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-561-5450

*Counsel for Wells Fargo Bank, N.A., in its capacity as first priority collateral agent, third priority collateral agent, and collateral control agent*

US_ACTIVE-114465545-SKKAM-260708-60066

## SERVICE LIST

***COUNSEL FOR DEBTORS*:**

Gary S. Lee
Lorenzo Marinuzzi
Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

***COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS*:**

Kenneth H. Eckstein
Douglas Mannal
Steven S. Sparling
Stephen Zide
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017-2024