UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

# NOTICE OF INTENT TO PARTICIPATE IN
# DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee of certain RMBS Trusts, represented by Seward & Kissel LLP, has filed Claim Numbers 6604 through 6654 (the "Claims") against one or more of the Debtors in the above-referenced chapter 11 cases (the "Chapter 11 Cases") in liquidated and unliquidated amounts, as fully set forth in the Claims, and is a party-in-interest in the confirmation of a plan in the Chapter 11 Cases.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party-in-interest and its counsel intend to participate in Plan Discovery, as defined in the Amended Order Establishing A Discovery Protocol in Connection with Discovery Relating to Plan Confirmation, entered by the Court on September 9, 2013 [Docket No. 4974].

**Contact Information for Party-in-Interest:**

Thomas Musarra
Senior Vice President
Law Debenture Trust Company of New York
400 Madison Avenue, Suite 4D
New York, New York  10017
Ph:   646-747-1270
Email: Thomas.musarra@lawdeb.com

**Contact Information for Attorneys for Party-in-Interest:**

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

Attn:   Dale C. Christensen, Jr., Esq.
Phone: 212-574-1589
Email: christensen@sewkis.com

Attn:   Thomas Ross Hooper, Esq.
Phone: 212-574-1507
Email: hooper@sewkis.com

**Contact Information for Advisor for Party-in-Interest:**

Duff & Phelps LLC
55 East 52nd Street
New York, New York  10055

Attn:   Allen Pfeiffer
Phone: 212-871-5543
Email: allen.pfeiffer@duffandphelps.com

**Designation of Contacts to Receive Any Notice(s) Required Under the Order:**

Dale C. Christensen, Jr., Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Phone:  212-574-1589
Email:  christensen@sewkis.com

and

Thomas Ross Hooper, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Phone:  212-574-1507
Email:  hooper@sewkis.com

| | |
|---|---|
| Dated: September 16, 2013<br>New York, New York | SEWARD & KISSEL LLP<br><br>By: /s/ Dale C. Christensen, Jr.<br>Dale C. Christensen, Jr.<br>Thomas Ross Hooper<br>Benay L. Josselson<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Facsimile: (212) 480-8421<br><br>*Counsel to Law Debenture Trust Company of New York, as Separate Trustee of Certain Residential Mortgage Backed Securities Trusts* |