Hearing Date: October 9, 2013 at 10:00 a.m.

STORCH AMINI & MUNVES PC
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Tel. (212) 490-4100
Noam M. Besdin, Esq.
nbesdin@samlegal.com
*Counsel for Simona Robinson*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et. al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF SIMONA ROBINSON FOR RELIEF FROM STAY TO OCTOBER 9, 2013 AT 10:00 A.M.

**PLEASE TAKE NOTICE THAT** the hearing on the Motion of Simona Robinson for Relief from Stay (the "Motion"), filed on September 4, 2013 [Docket No. 4948] and previously scheduled to be heard on September 24, 2013 at 10:00 a.m. (EST), has been adjourned to **October 9, 2013 at 10:00 a.m. (EST)** and will be heard before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, NY 10004.

Dated: New York, New York
       September 16, 2013

/s/ *Noam M. Besdin*
Noam M. Besdin
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY 10017
Tel. (212) 490-4100
Fax (212) 490-4208
nbesdin@samlegal.com