Kevin H. Marino (KM 4941)
John A. Boyle (JB 1058)
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
Attorneys for Morgan Stanley & Co. Incorporated,
n/k/a Morgan Stanley & Co. LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | |
| | **Case No. 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | |
| | **Chapter 11** |
| **Debtors.** | |
| | **Jointly Administered** |

## NOTICE OF INTENT TO PARTICIPATE IN
## DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC) ("Morgan Stanley"), represented by Marino, Tortorella & Boyle, P.C. (Kevin H. Marino and John A. Boyle, appearing), has filed (1) Claim Number 6431 against Residential Funding Mortgage Securities I, Inc. (docket no. 12-12060) in an unliquidated/contingent amount; (2) Claim Number 6432 against GMAC Mortgage, LLC (docket no. 12-12032) in an unliquidated/contingent amount; (3) Claim Number 6433 against Residential Asset Mortgage Products, Inc. (docket no. 12-12053) in an unliquidated/contingent amount; and (4) Claim Number 6434 against Residential Funding Company, LLC (docket no. 12-12019) in an unliquidated/contingent amount.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party-in-interest and its counsel intends to participate as follows in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on September 9, 2013 [Docket No. 4974] (the "Discovery Order"): Morgan Stanley intends to participate in discovery related to plan confirmation to the fullest extent permitted by the Discovery Order.

Dated: September 16, 2013            /s/ John A. Boyle
                                     John A. Boyle

**Contact Information for Party-in-Interest (address, phone and email):**

Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC)
1585 Broadway
New York, NY  10036
(212) 761-4000

**Contact Information for Attorneys for Party-in-Interest (address, phone and email):**

Kevin H. Marino (kmarino@khmarino.com)
John A. Boyle (jboyle@khmarino.com)
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300

**Contact Information for Advisors for Party-in-Interest (address, phone and email):**

None

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and email):**

Kevin H. Marino (kmarino@khmarino.com)
John A. Boyle (jboyle@khmarino.com)
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300

**Group that Participant elects to join (pursuant to Paragraph 3(b) of the Order):**

Not applicable