UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, et al., <br><br> Debtors. | Case No. 12-12020 (MG) <br> Chapter 11 <br><br> Jointly Administered |

**NOTICE OF INTENT TO PARTICIPATE IN
DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that HSBC Bank USA, National Association, solely in its capacity as trustee in respect of certain RMBS Trusts, represented by Allen & Overy LLP, has filed claims numbered 5130–5255, 5710, and 5713 (collectively, the "Claims") against one or more of the Debtors in the above-referenced chapter 11 cases (the "Chapter 11 Cases") and is a party-in-interest in the confirmation of a plan in the Chapter 11 Cases.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party-in-interest and its counsel intend to participate in Plan Discovery, as defined in the Amended Order Establishing A Discovery Protocol in Connection with Discovery Relating to Plan Confirmation, entered by the Court on September 9, 2013 [Docket No. 4974].

**Contact Information for Party in Interest (address, phone and email):**

HSBC Bank USA, National Association
Attn: Fernando Acebedo, Structured Finance
8 East 40th Street
New York, NY 10016
Ph:     212 525-1309
Email:  fernando.acebedo@us.hsbc.com

**Contact Information for Attorneys for Party-in-Interest (address, phone and email):**

Allen & Overy LLP
1221 Avenue of the Americas
New York, New York  10020

Attn:   John Kibler
Ph:     (212) 756-1169
Email: john.kibler@allenovery.com

Attn:   Jonathan Cho
Ph:     (212) 756-1118
Email: jonathan.cho@allenovery.com

**Contact Information for Advisors for Party-in-Interest (address, phone and email):**

Duff & Phelps LLC
55 East 52nd Street
New York, New York  10055

Attn:   Allen Pfeiffer
Ph:     (212) 871-5543
Email: allen.pfeiffer@duffandphelps.com

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and e-mail):**

Allen & Overy LLP
1221 Avenue of the Americas
New York, New York  10020

Attn:   John Kibler
Ph:     (212) 756-1169
Email: john.kibler@allenovery.com

Attn: Jonathan Cho
Ph: (212) 756-1118
Email: jonathan.cho@allenovery.com

Dated: September 16, 2013

                                                  **ALLEN & OVERY LLP**
/s/ John Kibler
John Kibler
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
john.kibler@allenovery.com
jonathan.cho@allenovery.com

*Counsel to HSBC Bank USA, N.A., as Trustee of Certain Residential Mortgage Backed Securities Trusts*