UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In re                                                    :
                                                         :          <u>CERTIFICATE OF SERVICE</u>
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                 :
                                                         :          Chapter 11 Case No.
                              Debtors.                   :
                                                         :          12-12020 (MG)
                                                         :
                                                         :          (Jointly Administered)
---------------------------------------------------------X

   I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

   1. On the 16th day of September 2013, the Notice of Intent to Participate in

Discovery Related to Plan Confirmation was served by email upon:

      GLee@mofo.com
      jlevitt@mofo.com
      keckstein@KRAMERLEVIN.com
      RRinger@KRAMERLEVIN.com
      wcurchack@loeb.com

   2. On the 16th day of September 2013, the above-mentioned document is also

being served by hand upon:

      Gary S. Lee
      Morrison & Foerster, LLP
      1290 Avenue of the Americas
      New York, NY  10104-0050

      Kenneth H. Eckstein
      Kramer Levin Naftalis & Frankel, LLP
      1177 Avenue of the Americas
      New York, NY  10036

Dated: New York, New York
   September 16, 2013

                 _____
                   Richard V. Conza