Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Paul R. DeFilippo
Randall R. Rainer

*Attorneys for Syncora Guarantee Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No: 12-12020-MG<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF INTENT OF SYNCORA GUARANTEE INC.
TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that Syncora Guarantee Inc. ("Syncora"), represented by Wollmuth Maher & Deutsch LLP, (i) has filed claims number 2781, first amended claim number 7164, and a second amended claim that was served on counsel for the Debtors and Kurtzman Carson Consultants, the Debtors' claims agent on September 13, 2013 against GMAC Mortgage, LLC and Residential Funding Company, LLC, in an unliquidated amount, and (ii) is a party of interest in the confirmation of a plan in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on the basis that Syncora is a monoline insurer pursuant to the Debtors' Plan [Docket No. 4153] and Disclosure Statement [Docket No. 4157] entitled to distribution.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party-in-interest and its counsel intends to participate as follows in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on September 9, 2013 [Docket No. 4974]: document discovery from Debtors, Participants and Non-Participants and Depositions of Debtor witnesses; Syncora reserves the right to participate in Expert Discovery and Expert Depositions.

| | |
|---|---|
| Date:  New York, New York<br>       September 16, 2013 | WOLLMUTH MAHER & DEUTSCH LLP<br><br>By:    */s/ Paul R. DeFilippo*<br>       Paul R. DeFilippo<br>       Randall R. Rainer<br><br>500 Fifth Avenue<br>New York, New York 10110<br><br>*Attorneys for Syncora Guarantee Inc.* |

**Contact Information for Party-In-Interest:**

R. Sharon Smith, Esq.
Syncora Guarantee Inc.
135 W. 50th Street, 20th Floor
New York, New York 10020
(212) 478-3673
r.sharon.smith@scafg.com

**Contact Information for Attorneys for Party-in-Interest:**

Paul R. DeFilippo, Esq.
Randall R. Rainer, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
pdefilippo@wmd-law.com
rrainer@wmd-law.com

**Designation of Contacts to Receive Notices:**

R. Sharon Smith, Esq.
Syncora Guarantee Inc.
135 W. 50th Street, 20th Floor
New York, New York 10020
(212) 478-3673
r.sharon.smith@scafg.com

-and-

Paul R. DeFilippo, Esq.
Randall R. Rainer, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
pdefilippo@wmd-law.com
rrainer@wmd-law.com