**KIRBY McINERNEY LLP**
Mark A. Strauss (mstrauss@kmllp.com)
J. Brandon Walker (bwalker@kmllp.com)
825 Third Avenue, 16th Floor
New York, NY 10022
Tel:   (212) 371-6600
Fax:   (212) 751-2540

*Counsel for Plaintiffs Landon Rothstein, et al.*

**BIFFERATO GENTILOTTI**
Mary E. Augustine (maugustine@bglawde.com)
Garvan F. McDaniel (gmcdaniel@bglawde.com)
1013 Centre Road, Suite 102
Wilmington, DE 19805
Tel:   (302) 429-1900
Fax:   (302) 429-8600

*Bankruptcy Counsel for Plaintiffs Landon Rothstein, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that the plaintiffs in the putative class action captioned *Rothstein, et al. v. GMAC Mortgage, LLC, et al.*, No. 1:12-CV-3412-AJN (S.D.N.Y) ("*Rothstein*"), represented by the undersigned counsel, have filed Claim(s) Number(s) 3966 and 4074 against Residential Capital LLC and GMAC Mortgage LLC, respectively, each in the amount of $1,000,000,000 and are parties of interest in the confirmation of a plan in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on the bases of, *inter alia,* objections to the unauthorized and unjustified third-party releases contained in the plan.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party-in-interest and its counsel intends to participate in Plan Discovery as defined in the Order Establishing Procedures

1

in Connection with Discovery Related to Plan Confirmation and Other Issues entered by the Court on September 9, 2013 [Docket No. 4974].

**Contact Information for Party-in-Interest (address, phone and email):**

Rothstein Plaintiffs
c/o KIRBY McINERNEY LLP
Mark A. Strauss (mstrauss@kmllp.com)
J. Brandon Walker (bwalker@kmllp.com)
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

**Contact Information for Attorneys for Party-in-Interest (address, phone and email):**

**KIRBY McINERNEY LLP**
Mark A. Strauss (mstrauss@kmllp.com)
J. Brandon Walker (bwalker@kmllp.com)
825 Third Avenue, 16th Floor
New York, NY 10022
Tel:    (212) 371-6600
Fax:   (212) 751-2540

**BIFFERATO GENTILOTTI**
Mary E. Augustine (maugustine@bglawde.com)
Garvan F. McDaniel (gmcdaniel@bglawde.com)
1013 Centre Road, Suite 102
Wilmington, DE 19805
Tel:    (302) 429-1900
Fax:   (302) 429-8600

**Contact Information for Advisors for Party-in-Interest (address, phone and email):**

**N/A**

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and email):**

**KIRBY McINERNEY LLP**
Mark A. Strauss (mstrauss@kmllp.com)
J. Brandon Walker (bwalker@kmllp.com)
825 Third Avenue, 16th Floor
New York, NY 10022
Tel:    (212) 371-6600

Fax:   (212) 751-2540

**BIFFERATO GENTILOTTI**
Mary E. Augustine (maugustine@bglawde.com)
Garvan F. McDaniel (gmcdaniel@bglawde.com)
1013 Centre Road, Suite 102
Wilmington, DE 19805
Tel:   (302) 429-1900
Fax:   (302) 429-8600

Dated: September 16, 2013                    BIFFERATO GENTILOTTI

*/s/ Garvan F. McDaniel*
Mary E. Augustine (maugustine@bglawde.com)
Garvan F. McDaniel (gmcdaniel@bglawde.com)
1013 Centre Road, Suite 102
Wilmington, DE 19805
Telephone:   (302) 429-1900
Facsimile:   (302) 429-8600

*Bankruptcy Counsel for Plaintiffs Landon Rothstein, et al.*

-and-

KIRBY McINERNEY LLP
Mark A. Strauss (mstrauss@kmllp.com)
J. Brandon Walker (bwalker@kmllp.com)
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone:  (212) 371-6600
Facsimile:   (212) 751-2540

*Counsel for Plaintiffs Landon Rothstein, et al.*