## **CERTIFICATE OF SERVICE**

I, Mary E. Augustine, hereby certify that on this 16th day of September, 2013, I caused a copy of the foregoing *Notice of Intent to Participate in Discovery Related to Plan Confirmation* to be served via first class U.S. Mail, postage prepaid, upon the parties below.

Gary S. Lee
Lorenzo Marinuzzi
Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Kenneth H. Eckstein
Douglas Mannal
Steven S. Sparling
Stephen Zide
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017-2024

      */s/ Mary E. Augustine*
      Mary E. Augustine