**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York  10020
(212) 262-6700 (Telephone)
(973) 597-2313 (Facsimile)
Michael S. Etkin
Tania Ingman
Andrew Behlmann

*Bankruptcy Counsel for RESPA Plaintiffs and the Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE OF NOTICE OF INTENT TO
PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION**

I, Andrew Behlmann, certify that on September 16, 2013, pursuant to the *Amended Order Establishing a Discovery Protocol in Connection With Discovery Relating to Plan Confirmation* (the "Order") [Docket No. 4974], I caused true and correct copies of the *Notice of Intent to Participate in Discovery Related to Plan Confirmation* (the "Notice") to be served on behalf of Donna Moore, Keith McMillon, and Frenchola Holden ("RESPA Plaintiffs"), plaintiffs in the putative class action styled as *Donna Moore, Frenchola Holden and Keith McMillon, Individually and on Behalf of All Others Similarly Situated v. GMAC Mortgage, LLC, GMAC Bank, and Cap Re of Vermont, Inc.*, Civil Action No. 2:07-cv-4296-PD (E.D. Pa.), for themselves and on behalf of and all others similarly situated (the "Class"), upon counsel for the Debtors and the Committee (each as defined in the Order) via electronic mail and Federal Express at the following addresses:

-2-

| **Counsel for the Debtors:** | **Counsel for the Committee:** |
|---|---|
| Morrison & Foerster LLP | Kramer Levin Naftalis & Frankel LLP |
| Norman S. Rosenbaum, Esq. | Douglas Mannal, Esq. |
| 1290 Avenue of the Americas | 1177 Avenue of the Americas |
| New York, New York 10019 | New York, New York 10036 |
| nrosenbaum@mofo.com | dmannal@kramerlevin.com |

Pursuant to paragraph 2(a) of the Order, the Notice was served on counsel for the Debtors and the Committee, but was not filed on the docket.

Dated: September 16, 2013            */s/ Andrew Behlmann*
                                                                Andrew Behlmann