Richard L. Wynne (Bar No. 1861426)
Erin N. Brady (admitted pro hac vice)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California  90071
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE
COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                                         )
In re:                                                   )    Case No. 12-12020 (MG)
                                                         )
RESIDENTIAL CAPITAL, LLC, et al.,                        )    Chapter 11
                                                         )
        Debtors.                                         )    Jointly Administered
                                                         )
-------------------------------------------------------- x

## CERTIFICATE OF SERVICE OF
## NOTICE OF INTENT TO PARTICIPATE IN
## DISCOVERY RELATED TO PLAN CONFIRMATION

        The undersigned attorney hereby certifies that on September 16, 2013, a true and correct

copy of the *Notice Of Intent To Participate In Discovery Related To Plan Confirmation* (docket no.

5072) was served on all parties on the Monthly Service List, as attached on the annexed Exhibit A.

Dated: September 16, 2013                     */s/ Richard L. Wynne*
                                             Richard L. Wynne

## EXHIBIT A

### IN RE RESIDENTIAL CAPITAL LLC
### MONTHLY SERVICE LIST – SEPTEMBER 2013

## SPECIAL NOTICE LIST VIA EMAIL:

| | | |
|---|---|---|
| hseife@chadbourne.com | keckstein@kramerlevin.com | Julie.busch@gmacrescap.com |
| dlemay@chadbourne.com | tmayer@kramerlevin.com | Patty.Zellmann@ally.com |
| rgayda@chadbourne.com | dmannal@kramerlevin.com | lnashelsky@mofo.com |
| mroitman@chadbourne.com | jtrachtman@kramerlevin.com | glee@mofo.com |
| bobbie.theivakumaran@citi.com | pbentley@kramerlevin.com | lmarinuzzi@mofo.com |
| maofiling@cgsh.com | dmannal@kramerlevin.com | Ksadeghi@mofo.com |
| tmoloney@cgsh.com | szide@kramerlevin.com | enid.stuart@OAG.State.NY.US |
| soneal@cgsh.com | rescapinfo@kccllc.com | joseph.cordaro@usdoj.gov |
| jennifer.demarco@cliffordchance.com | wcurchack@loeb.com | secbankruptcy@sec.gov |
| adam.lesman@cliffordchance.com | vrubinstein@loeb.com | secbankruptcy@sec.gov |
| kdwbankruptcydepartment@kelleydrye.com | guzzi@milbank.com | newyork@sec.gov |
| richard.cieri@kirkland.com | Tammy.Hamzehpour@gmacrescap.com | bankruptcynoticeschr@sec.gov |
| ray.schrock@kirkland.com | Jill.horner@gmacrescap.com | AskDOJ@usdoj.gov |
| richard.cieri@kirkland.com | Colette.wahl@gmacrescap.com | joseph.cordaro@usdoj.gov |
| stephen.hessler@kirkland.com | Deanna.horst@gmacrescap.com | Tracy.Davis2@usdoj.gov |
| projectrodeo@kirkland.com | William.thompson@gmacrescap.com | Linda.Riffkin@usdoj.gov |
| William.b.Solomon@ally.com | William.tyson@gmacrescap.com | Brian.Masumoto@usdoj.gov |
| Timothy.Devine@ally.com | Eileen.oles@gmacrescap.com | |
| john.bellaver@ally.com | Lauren.delehey@gmacrescap.com | |

## SPECIAL SERVICE LIST VIA U.S. MAIL:

| | | |
|---|---|---|
| **Chadbourne & Parke LLP**<br>Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 | **Citibank NA**<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | **Cleary Gottlieb Steen & Hamilton LLP**<br>Attn Sean A O Neal and Thomas J Moloney<br>One Liberty Plaza<br>New York, NY 10006 |
| **Clifford Chance US LLP**<br>Jennifer C DeMarco & Adam Lesman<br>31 West 52nd St<br>New York, NY 10019 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |
| **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | **Kelley Drye & Warren LLP**<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 |
| **Kirkland & Ellis LLP**<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 | **Kramer Levin Naftallis & Frankel LLP**<br>Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Kurtzman Carson Consultants**<br>Alison M. Tearnen Schepper<br>2335 Alaska Ave<br>El Segundo, CA 90245 |

**Loeb & Loeb LLP**
Kenneth H Eckstein, Thomas Moers Mayer &
Douglas H Mannal & Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo
Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern
District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY
Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**United States Attorney's Office for the
Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin
and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**Wells Fargo Bank NA**
Attn Corporate Trust Services - GMACM Home
Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

## GENERAL SERVICE LIST VIA EMAIL:

aamin@hinshawlaw.com
abehlmann@lowenstein.com
abehlmann@lowenstein.com
accesslegalservices@gmail.com
adam.harris@srz.com
Adam.Parkin@tdsecurities.com
Christopher.stevens@tdsecurities.com
adoshi@magnozzikye.com
AGBankNewYork@ag.tn.gov
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
almeyers@sjgov.org
amuller@stinson.com
andrea.hartley@akerman.com
AskDOJ@usdoj.gov
austin.bankruptcy@publicans.com
ayala.hassell@hp.com
bankruptcy@clm.com
bankruptcy2@ironmountain.com
bateman@sewkis.com
christensen@sewkis.com
patel@sewkis.com
hooper@sewkis.com
josselson@sewkis.com
bbeskanos@aol.com
bbressler@schnader.com
rbarkasy@schnader.com
bdk@schlamstone.com
bill.macurda@alston.com
bnkatty@aldine.k12.tx.us
bobbie.theivakumaran@citi.com
brandon.johnson@pillsburylaw.com
Brendan.meyer@db.com
brian@gmcnjlaw.com
broylesmk@rgcattys.com
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com
ceblack@jonesday.com
ceblack@jonesday.com
choward@lockelord.com
cmomjian@attorneygeneral.gov
cohen@sewkis.com
das@sewkis.com
binder@sewkis.com
kotwick@sewkis.com
alves@sewkis.com
courtney.lowman@ally.com
cshore@whitecase.com
isilverbrand@whitecase.com
dthatch@whitecase.com
hdenman@whitecase.com
cwood@rgrdlaw.com
dallas.bankruptcy@publicans.com
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
jonathanu@blbglaw.com
dcaley@wongfleming.com
Dcaponnetto@leopoldassociates.com
pmahony@leopoldassociates.com
dearly@fdic.gov

deggert@freebornpeters.com
derek@talcottfranklin.com
DFeldman@gibsondunn.com
JWeisser@gibsondunn.com
dflanigan@polsinelli.com
jnag@polsinelli.com
dgolden@akingump.com
dzensky@akingump.com
aqureshi@akingump.com
pdublin@akingump.com
ralbanese@akingump.com
dhall@siwpc.com
diem.home@gmail.com
dlibra@lapplibra.com
dneier@winston.com
dneier@winston.com
cschreiber@winston.com
dsasser@siwpc.com
dwdykhouse@pbwt.com
bguiney@pbwt.com
ebcalvo@pbfcm.com
eboden@schnader.com
ecf@kaalaw.com
ecfmail@aclawllp.com
eciolko@ktmc.com
dmoffa@ktmc.com
enid.stuart@OAG.State.NY.US
floraoropeza@co.imperial.ca.us
floressaucedopllc@gmail.com
fsosnick@shearman.com
sfennessey@shearman.com
gary.holtzer@weil.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com
gelfarb@mosskalish.com
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com
Glenn.Gillett@usdoj.gov
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com
craig.druehl@dechert.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
guzzi@milbank.com
houston_bankruptcy@lgbs.com
howard.godnick@srz.com
hryder@daypitney.com
hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com
igoldstein@proskauer.com
israel.david@friedfrank.com
gary.kaplan@friedfrank.com
jai@blbglaw.com
james.byrnes@usbank.com
james.heaney@lawdeb.com
jberkowitz@gibbonslaw.com

calbanese@gibbonslaw.com
jeff.brown@gmacfs.com
william.b.solomon@ally.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
jeremyandersen@quinnemanuel.com
ericwinston@quinnemanuel.com
jgarrity@morganlewis.com
jglucksman@scarincihollenbeck.com
jhaake@wbsvlaw.com
jjtancredi@daypitney.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com
jlawlor@wmd-law.com
jleibowitz@kandfllp.com
jmcmurtr@placer.ca.gov
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com
joel@shafeldlaw.com
john.stern@texasattorneygeneral.gov
joseph.cordaro@usdoj.gov
joseph.cordaro@usdoj.gov
jteitelbaum@tblawllp.com
judson.brown@kirkland.com
jwcohen@daypitney.com
kay.brock@co.travis.tx.us
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com
kelly.j.rentz@wellsfargo.com
Sharon.Squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
kenton_hambrick@freddiemac.com
kgcully@kgcully.com
kgiannelli@gibbonslaw.com
kit.weitnauer@alston.com
kmarino@khmarino.com
jboyle@khmarino.com
knewman@menterlaw.com
kpatrick@gibbsbruns.com
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com
kristi.garcia@wellsfargo.com
laura.moran@usbank.com
lberkoff@moritthock.com
lgordon@mvbalaw.com
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
Ksadeghi@mofo.com
mabrams@willkie.com
rchoi1@willkie.com
jhardy2@willkie.com
macohen@curtis.com

mamta.scott@usbank.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
marguerite.gardiner@srz.com
mark.ellenberg@cwt.com
Mark.Flannagan@umb.com
marty.bunin@alston.com
william.hao@alston.com
mcarney@mckoolsmith.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
mfriedman@meyner.com
mgallagher@curtis.com
michael.cutini@srz.com
michelle.moeller@usbank.com
mkraut@morganlewis.com
mmorganroth@morganrothlaw.com
jmorganroth@morganrothlaw.com
mrollin@rplaw.com
mstrauss@kmllp.com
bwalker@kmllp.com
msweeney@msgrb.com

mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com
mwarner@coleschotz.com
Paul_Papas@mylegalhelpusa.com
pdatta@hhstein.com
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
pfleming@morganlewis.com
pgallagher@nassaucountyny.gov
pmoak@McKoolSmith.com
pmoak@McKoolSmith.com
ppascuzzi@ffwplaw.com
prubin@rubinlawllc.com
rajohnson@akingump.com
ccarty@akingump.com
djnewman@akingump.com
ra-li-ucts-bankrupt@state.pa.us
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
john.bellaver@ally.com
rbrown@robertbrownlaw.com

rescapinfo@kccllc.com
richard.cieri@kirkland.com
richard@rsaxlaw.com
rmaney@wilmingtontrust.com
rnorton@hunton.com
rrich2@hunton.com
robert.major@bnymellon.com
romero@mromerolawfirm.com
rosa.mendez@db.com
Ross.martin@ropesgray.com
Ross.martin@ropesgray.com
keith.wofford@ropesgray.com
ryan.philp@bgllp.com
Sarah.Stout@BNYMellon.com
Jennifer.Provenzano@BNYMellon.com
Mageshwaran.Ramasamy@BNYMellon.
com
schaedle@blankrome.com
Schindlerwilliamss@ballardspahr.com
sdny@kmk-law.net
sdnyecf@dor.mo.gov
secbankruptcy@sec.gov
NYROBankruptcy@SEC.GOV
newyork@sec.gov
bankruptcynoticeschr@sec.gov

## GENERAL SERVICE LIST – VIA U.S. MAIL (NOT SERVED BY EMAIL):

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St, New York
NY 10038

Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Attorney General of the State of New York,
Eric T Schneiderman
Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineol, NY 11501

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10175

Financial Guaranty Insurance Company
Attn John Dubel
125 Park Ave
New York, NY 10017

IBM Corporation
Attn Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6
CANADA

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street,
Seattle WA 98101

MBIA Insurance Corporation
Attn Mitchell Sonkin
113 King St,
Armonk, NY 10504

Rowen L Drenne as Representative for
the Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Secretary of State
123 William St
New York, NY 10038-3804

Secretary of State, Division of Corporations
99 Washington Ave Ste 600
One Commerce Plz
Albany, NY 12231-0001

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Counsel to
Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560