9-10-13

To whom it may concern,

I am writing this letter concerning a foreclosure of my home. Case #12-12020 MG. I had nothing to do with Residential Capital LLC et al. I dealt with GMAC & Bank of America. I don't know what those people had to do with the foreclosure. I tried to work with GMAC & Bank of America but they did not want to work with me. I had no escrow at all and I think they were scamming me. Please look into this matter. I don't want any one else to have to go through this. I don't trust either of these banks.

Sincerely,
Doreen Orozulak



RECEIVED
SEP 12 2013
S. BANKRUPTCY COURT, SDNY