# GLORIA AND MICHAEL A. MCGUINTY

8708 53rd Terrace East
Bradenton Florida 34211
941-752-6340 Cell 941-799-0439

September 9, 2013

Most Honorable Judge Martin Glenn:

Saturday September 7,2013 I received the percentage offer from Res Cap with no exact actual dollar amount. Since February 2009 I have been attempting to work with GMACM to save my home at 4757 Roundtree Brighton Michigan 48116 with no success. In February 2009 thru July 2010 while making extra13 payments each year plus the use of GM's Credit Card ( accelerated mortgage pay down program) Rewards I was lied to and stonewalled for almost two years. In June of 2010 Kahlia Moore from State of Michigan, Governor Jennifer Grandhom "Hardest Hit Program" concluded that GMACM was attempting to deplete me of all my capital assets and take my Florida and Michigan homes. The State of Michigan believed I was a 70 year old GM retired salary clerk and as a result of Tim Geither's directed GM's/AIG bankruptcies I had lost all my retirement benefits including $100,000 life insurance. policy.

In July of 2012 I discovered the Independent Foreclosure Review Activity on Google. I contacted the IFR and was told I did not qualify for their program that's why I did not receive their IFR letter. I asked the IFR to send me their questionnaire anyway which I completed in July of 2012. After IFR reviewed my claim I was once again denied . For twelve months I continued to press IFR to review my claim. The IFR continued to deny all my claims EXAMPLE I sent IFR reply to the wrong address and they are unable to fax documents too the right address.. In May 3,2013 I submitted a claim to the Federal Reserve and was again denied. The Federal Reserved excuse from GMACM I made my $1596.00 house payments in 2009 and 2010 and as a result I did not qualify for the IFR recovery program. May 22, 2013 my lawyer Tracy Allen supplied the Federal Reserve with the State of Michigan, Livingston County, Court Docs that GMACM foreclosed on my house in November 2010. **NOW!! GMACM'S NEW excuse they were looking at the wrong docs and AFTER 12 months GMAC finally admitted I did have a claim.**

I have been a GMAC customer since February 1971 always made all my payments on time whether a car , house or insurance policy. From February 1971 thru August 2006 years I had an excellent working relationship with the old GMAC. BUT!! The Federal Government's Tim Giethner's ,Ben Bernacke and my tax dollar NEW GMACM all that has changed the NEW GMACM has lied to me and stonewalled me at every attempt to safe my home.

Before retiring from GM (Chevrolet Division) after 31 yrs I was a second generation Standard oil of Indiana Dealer in Detroit Michigan until the age of thirty. **In spite of the fact I had no college degree, I am a polio victim, with heart Murmur and 49 stitches in my left 4 fingers Roger Smith's GM gave my an opportunity that no other company would offer.** As a result of my past thirty five year experience with the old GM/GMAC I had blind trust in their word and their policies.

All changed when the Federal Reserve, Tim Giither and the Federal Govermant took over GMACM with my tax dollars. **Now today Res Cap /GMACM again asks for my blind trust after almost 5 years of attempting to destroy me and my family.** All that I worked for 50 years to pass on to my DEAF DAUGHTER'S 4 daughters in trusts established in 2004.

**For 50 years my government preached your home is your best safest investment. As result of the above all this is lost along with damaging the US economy for their own personal greed.**

Most Sincerely

Gloria and Mike McGuinty

*Gloria McGuinty*
*Mike McGuinty*

CC Most Honorable Senator Elizabeth Warren

RECEIVED SEP 12 2013 U.S. BANKRUPTCY COURT, SDNY

# Welcome to 4757 Roundtree!!!

RES CAP CLAIM #5970
GMAC MORTGAGE #0654629422





## PRICED AT AN AMAZING $489,900!

### If you are looking for resort living, LOOK NO MORE!

This lovely detached ranch condominium with golf frontage on the 1st fairway of the Honors course boasts:
2080 sq. ft. plus an additional 2080 sq. ft. in finished daylight lower level,
2 bedrooms, 3.5 full baths,
Bright White Bay kitchen with center island built in appliances sub zero refrigerator and breakfast nook.
Open floor plan with large deck with electric awning.
Lower level with custom wet bar, kitchenette, bedroom, bath, large family/recreation room and plenty of storage.
Huge master bedroom.
French door leading to den/office.
Reverse osmosis system.
2 car attached garage with direct access.
Brighton School District

*The Samples Team*
*Keller Williams Realty*
*Brighton Market Center*
*1005 E. Grand River Brighton, MI 48116*

Diane Samples
Office: 810-534-2121
Cell: 810-599-5428
Email: dsamples@triton.net
Christa Dorsey
Office: 810-534-2103
Cell: 810-923-0206
Email: christa@ismi.net



KELLER WILLIAMS
REALTY