September 10, 2013

Honorable Martin Glenn
One Bowling Green, New York, New York 10004
Courtroom 501

RE:   United States Bankruptcy Court/Southern District of New York
      Residential Capital, LLC.
      GMAC-RFC Holding Company, LLC
      Case No. 12-12020 (MG)

   Objection: Propose claim to be disallowed and expunged on the ground that the claim does not contain sufficient documentation to substantiate the claim.

   Claimant: Juana Cerna
   Claim No.: **3816** (as a reference duplicate claims: 4689 & 3450)
   Date Filed: 11/09/12

   *RECEIVED SEP 12 2013 U.S. BANKRUPTCY COURT, SDNY*

Dear Honorable Martin Glenn:

I oppose the expungement, and/or disallowance of my claim listed above under proposed claim to be disallowed and expunged.

The description of the basis for the amount of my claim is as follows:
- I waited for more than 2 years to get a loan modification of my house.
- Finally on a contract dated **January 29, 2010 (contract attached)**, I obtained the loan modification of my house. GMAC sent me the new contract with all the stipulations of a new settlement:
  1. Interest rate
  2. Monthly payment
  3. Escrow amount....$4,238.61 (Mortgage Account Statement attached)
- After the contract was settled, GMAC requested the amount of $12,803.00. I didn't have this amount of money (I filed for bankruptcy in the year 2008 and obtained the discharge on March 30, 2009 (document attached). I borrowed this amount from my son in law (documents attached). Amount of money that I am still paying and with interest.
- This amount was received and posted by GMAC on **February 26, 2010** as miscellaneous (document attached).

This is the basis of my claim "Why I had to send that amount of money after 28 days?", if **there was a new contract and a new settlement.**

**The specific factual and legal bases upon which I rely on opposing the objection is that a "new contract" contains new stipulations projected in time for the upcoming months and years. Therefore, there is not sustainability of paying the amount of $12,803.00, for what?**

**Is that amount included in the new contract? No. Therefore, why I had to send that amount of money if a got a new mortgage contract?**

Thank you in advance for your attention and understanding.

Best regards,

*Juana Cerna*
Juana Cerna
14455 San Ardo Drive, La Mirada, CA 90638
562-242-8201
Eli33777@sbcglobal.net