UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

# NOTICE OF INTENT TO PARTICIPATE IN
# DISCOVERY RELATED TO PLAN CONFIRMATION

**NOTICE IS HEREBY GIVEN** that Deutsche Bank National Trust Company and Deutsche Bank Trust Company America, each as Trustee in respect of certain residential mortgage-backed securities trusts, represented by Morgan, Lewis & Bockius LLP, have filed Claims Numbers 4924 and 6706-6756 (the "Claims") against one or more of the Debtors in the above-referenced chapter 11 cases (the "Chapter 11 Cases") in liquidated and unliquidated amounts, as fully set forth in the Claims, and are parties-in-interest in the confirmation of a plan in the Chapter 11 Cases.

**ACCORDINGLY, PLEASE TAKE FURTHER NOTICE** that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named parties-in-interest and their counsel intend to participate in Plan Discovery, as defined in the Amended Order Establishing A Discovery Protocol in Connection with Discovery Relating to Plan Confirmation, entered by the Court on September 9, 2013 [Docket No. 4974].

**Contact Information for Parties in Interest (address, phone and email):**

Lynne R. Malina, Esq.
Director and Senior Counsel
Deutsche Bank
60 Wall Street
New York, New York  10005
Ph:  212-250-0677
Email: lynne.r.malina@db.com

**Contact Information for Attorneys for Parties in Interest (address, phone and email):**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178

Attn:   James L. Garrity, Jr., Esq.
Ph:  212-309-6220
Email:  jgarrity@morganlewis.com

Attn:   John C. Goodchild, II (pro hac vice)
Ph:  215-963-5020
Email:  jgoodchild@morganlewis.com

**Contact Information for Advisors for Parties in Interest (address, phone and email):**

Duff & Phelps LLC
55 East 52nd Street
New York, New York  10055

Attn:   Allen Pfeiffer
Ph:  212-871-5543
Email:  allen.pfeiffer@duffandphelps.com

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and e-mail):**

James L. Garrity, Jr., Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
Ph:  212-309-6220
Email:  jgarrity@morganlewis.com

and

John C. Goodchild, III, Esq. (pro hac vice)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5020
Email:  jgoodchild@morganlewis.com

Dated: September 16, 2013

        MORGAN, LEWIS & BOCKIUS LLP

        By: \_/s/ James L. Garrity, Jr._____

           James L. Garrity, Jr.
           John C. Goodchild III (pro hac vice)
           101 Park Avenue
           New York, New York 10178

*Counsel to Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, each as Trustee of Certain Mortgage-Backed Securities Trust*

DB2/ 24333254.6      3