UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    :
                     : ss.:
COUNTY OF NEW YORK   :

I, NEGISA BALLUKU, being sworn, say:

1. I am not a party to the action, am over eighteen years of age and I am employed by the law firm of Dechert LLP with a place of business located at 1095 Avenue of the Americas, New York, New York 10036.

2. On September 16, 2013, pursuant to the Amended Order Establishing a Discovery Protocol in Connection with Discovery Relating to Plan Confirmation (the "Order") [Docket No. 4974], I caused to be served true and correct copies of the *Notice of Intent to Participate in Discovery Related to Plan Confirmation* [Dkt. No. 5056] ("Notice of Intent to Participate") through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

3. On September 16, 2013, I caused to be served true and correct copies of the Notice of Intent to Participate by sending true copies by electronic mail and First Class Mail upon counsel for the Debtors and the Committee (each as defined in the Order) listed on the attached as **Exhibit 1**.

/s/ Negisa Balluku
*Negisa Balluku*

1

# EXHIBIT 1

**Counsel for the Debtors (via First Class Mail)**

Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
Charles L. Kerr
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

**Counsel for the Debtors (via Electronic Mail)**

lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
Ksadeghi@mofo.com
ckerr@mofo.com
alawrence@mofo.com

**Counsel for the Committee (via First Class Mail)**

Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Counsel for the Committee (via Electronic Mail)**

keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
EXT pbentley@kramerlevin.com
szide@kramerlevin.com