Presentment Date and Time: September 24, 2013, 2013 at 12:00 p.m. (ET)
Objection Deadline: September 23, 2013 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND
ORDER BETWEEN DAVID VASQUEZ AND THE DEBTORS**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed *Stipulation and Order Between David Vasquez and the Debtors* (the "Stipulation and Order"), to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature on **September 24, 2013 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

ny-1108729                             1

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **September 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum and James A. Newton); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (i) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention:

George S. Canellos, Regional Director); and (m) counsel to David Vasquez, The Meyers Law Firm, 1123 Broadway, Suite 301, New York, NY 10010 (Attention: Glenn R. Meyers).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Order without further notice or hearing.

Dated: September 17, 2013
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:   (212) 468-8000<br>Facsimile:    (212) 468-7900<br>Gary S. Lee<br>Norman S. Rosenbaum<br>James A. Newton<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* | THE MEYERS LAW FIRM<br>1123 Broadway, Suite 301<br>New York, New York 10010<br>Telephone:   (212) 252-1212<br>Facsimile:    (212) 346-0867<br>Glenn R. Meyers<br><br>*Counsel for David Vasquez* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION AND ORDER BETWEEN**
**DAVID VASQUEZ AND THE DEBTORS**

This Stipulation and order (the "Stipulation and Order") is made and entered into by, between, and among the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned bankruptcy cases (the "Chapter 11 Cases") and David Vasquez ("Mr. Vasquez" and together with the Debtors, the "Parties").

**WHEREAS**, on May 14, 2012, GMAC Mortgage, LLC ("GMAC Mortgage"), one of the aforementioned Debtors, filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

1

ny-1101664

**WHEREAS**, on June 12, 2013, Mr. Vasquez, by and through his undersigned counsel, filed his *Notice of Hearing on Motion for an Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation* [Docket No. 3964] (the "Stay Relief Motion") seeking relief from the automatic stay to permit Mr. Vasquez to continue prosecuting causes of action raised in his complaint against GMAC Mortgage in a state court action pending in the 346th Judicial District Court of El Paso County, Texas, captioned David Vasquez v. GMAC Mortgage, LLC and Ramsy M. Esper, 2012-DCV00229 (the "Action");

**WHEREAS**, on July 19, 2013, the Debtors filed their objection to the Stay Relief Motion [Docket No. 4294] (the "Objection"). In their Objection, the Debtors indicated that they would agree to relief from the automatic stay to "solely to permit [Mr. Vasquez] to continue to pursue in the Action his claim seeking declaratory relief," but would not consent to relief from the stay with respect to Mr. Vasquez's claims for monetary damages;

**WHEREAS**, the Parties have conferred and discussed possible outcomes and have agreed to a limited modification of the automatic stay, solely in order to permit Mr. Vasquez to proceed in the Action against GMAC Mortgage, as co-defendant, and seek declaratory relief as set forth in his complaint;[1]

NOW, THEREFORE, in consideration of the foregoing recitals, which are incorporated into this Stipulation and Order, and the covenants and conditions contained therein, IT IS STIPULATED AND AGREED by and between the Debtors and Mr. Vasquez as follows:

---

[1] In addition to seeking declaratory relief in the Action, Mr. Vasquez seeks, as equitable relief, to quiet title as solely against co-defendant Ramsy M. Esper.

2

ny-1101664

1. The automatic stay is hereby modified solely to permit Mr. Vasquez to proceed in the Action with respect to his equitable cause of action against GMAC Mortgage (specifically, Count IV) seeking "IV. Declaratory Relief" and any related appeals.

2. Nothing in this Stipulation and Order shall be deemed to affect the applicability of the automatic stay in the Action, and the automatic stay shall remain in full force and effect, as it relates to Mr. Vasquez's causes of action relating to monetary damages, including, but not limited to, breach of contract and common law fraud against GMAC Mortgage.

3. This Court shall retain jurisdiction to hear all matters or disputes arising from or related to this Stipulation and Order.

4. This Stipulation and Order may not be altered, modified, or changed except in writing signed by the Parties.

5. This Stipulation and Order may be executed in multiple counterparts, each of which will be deemed an original, and all of which when taken together shall constitute one and the same document.

6. This Stipulation and Order will be effective immediately upon approval by the Court.

7. Each person who executes this Stipulation and Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Order on behalf of such Party.

Dated: September 17, 2013

| | |
|---|---|
| MORRISON & FOERSTER LLP | THE MEYERS LAW FIRM |
| By: /s/ Norman S. Rosenbaum | By: /s/ Glenn R. Meyers |
| Gary S. Lee | Glenn R. Meyers |
| Norman S. Rosenbaum | 1123 Broadway, Suite 301 |
| James A. Newton | New York, New York 10010 |
| 1290 Avenue of the Americas | Telephone:   (212) 252-1212 |
| New York, New York 10104 | Facsimile:    (212) 346-0867 |
| Telephone:   (212) 468-8000 | |
| Facsimile:    (212) 468-7900 | *Counsel for David Vasquez* |
| *Counsel for the Debtors and Debtors in Possession* | |

SO ORDERED this ___ day of September, 2013

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

*Signature page to Stipulation and Order between*
*David Vasquez and the Debtors*

4

ny-1101664