Hearing Date and Time: November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
J. Alexander Lawrence
Kayvan B. Sadeghi
Alexandra Steinberg Barrage

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- )
In re:                                                                ) Case No. 12-12020 (MG)
                                                                      )
RESIDENTIAL CAPITAL, LLC, et al.,                                     ) Chapter 11
                                                                      )
                                      Debtors.                        ) Jointly Administered
--------------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' OBJECTION
TO SECOND AMENDED PROOF OF CLAIM # 7170 AMENDING
PROOF OF CLAIM # 2781 OF SYNCORA GUARANTEE INC.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc.* [Docket No. 4632], previously scheduled to be heard on September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), and then subsequently adjourned to September 24, 2013 at 10:00 a.m.(Prevailing Eastern Time) has been adjourned to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that on September 5, 2013, Syncora Guarantee, Inc. ("Syncora") filed a First Amended Proof of Claim, Claim number 7164, and on September

ny-1109025

16, 2013, Syncora filed its "Second Amended Proof of Claim," Claim number 7170 (collectively the Proof of Claim Numbers 2781, 7164, and 7170 are the "Proof of Claim").

**PLEASE TAKE FURTHER NOTICE** that the deadline for the debtors and debtors in possession to file an objection to the Proof of Claim shall be **September 19, 2013 at 4:00 p.m.** (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the deadline for Syncora to file a response to the debtors and debtors in possession's objection shall be **October 15, 2013 at 4:00 p.m.** (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the deadline for the debtors and debtors in possession to file a reply to Syncora's response shall be **November 4, 2013 at 12:00 p.m.** (Prevailing Eastern Time).

Dated: September 17, 2013
　　　　New York, New York

/s/ Gary S. Lee
Gary S. Lee
J. Alexander Lawrence
Kayvan B. Sadeghi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Alexandra Steinberg Barrage
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 390-5444
Facsimile: (202) 785-7525

*Counsel for the Debtors and Debtors in Possession*

ny-1109025