UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, John W. Smith T, a member in good standing of the bar of the State of Alabama and the bars of the United States District Courts for the Northern District of Alabama, Middle District of Alabama and the Southern District of Alabama, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
jsmitht@babc.com
205-521-8000

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: September 12, 2013

Respectfully submitted,

By: _____
John W. Smith T
jsmitht@babc.com