**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 |
| ) | (MG) |
| **RESIDENTIAL CAPITAL, LLC, et. al.,** ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY**

**PLEASE TAKE NOTICE** that the *Motion of Derrius Silmon for Relief from Automatic Stay* [Docket 3585] will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004 . on October 9, 2013 at 10:00 a.m. ET, or as soon thereafter as counsel may be heard.

/s/ Rhonda Steadman Hood
Rhonda Steadman Hood, Esq.
ASB-6276-o72r
HOOD & LAY, LLC
1117 22nd Street South
Birmingham, AL 35205
(205) 323-4123
(205) 776-2040 fax
rhonda@whlfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 17th day of May, 2013 I electronically filed the foregoing with the Clerk of the Court and will be served electronically to registered users of the Bankruptcy Court's electronic case filing system, and where required USPS, postage pre-paid:

John H. Patterson, Esq.
F. Wendell Allen, Esq.
Bradley Arant Boult Cummings, LLP

Gary S. Lee
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

/s/ Rhonda Steadman Hood
Of Counsel