**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------
                                                              )
In re:                                                        )   Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,                             )   Chapter 11
                                                              )
                              Debtors.                        )   Jointly Administered
                                                              )
---------------------------------------------------------------------------

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of John W. Smith T, dated September 12, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Alabama and the bar(s) of the United States District Courts for the Northern District of Alabama, Middle District of Alabama and the Southern District of Alabama,

IT IS HEREBY ORDERED that John W. Smith T is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
       **September 18, 2013**

                                          /s/Martin Glenn
                                          ─────────────────────────────
                                          The Honorable Martin Glenn
                                          United States Bankruptcy Judge
                                          Southern District of New York