Exhibit "11"

RECORDING REQUESTED BY:
ORANGE COAST TITLE
WHEN RECORDED MAIL TO:
Green River Capital
220 E. Morris Ave. Ste 300
Salt Lake City, UT 84115
LN#833009962

ASSESSOR'S PARCEL NO.: 178-741-30
TITLE ORDER NO.: 1031047-11
ESCROW NO.: 1031047-01

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

26.00

2009000131674 08:25am 03/20/09
115 32 G02 1
0.00 0.00 0.00 20.00 0.00 0.00 0.00 0.00

Loan #833009962    GRCA495

THIS SPACE FOR RECORDER'S USE ONLY

# GRANT DEED

The undersigned Grantor(s) declare that the DOCUMENTARY TRANSFER TAX IS:
$ NO CONSIDERATION CORRRECTION OF REO ENTITY ONLY FROM FORECLOSURE DEED RECORDED 10/28/08 INSTRUMENT#2008000495073
___ computed on the full value of the interest of property conveyed, or
___ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.
_xx_ OR transfer is EXEMPT from tax for the following reason

**FOR A VALUABLE CONSIDERATION,** receipt of which is hereby acknowledged, GMAC Mortgage, LLC FKA GMAC Mortgage Corporation

**HEREBY GRANT(S) to TCIF REO GCM CALIFORNIA, LLC**

All that real property situated in the City of Huntington Beach, County of Orange, State of California, described as:
Parcel 1: Lot 30 of Tract No. 9924, in the City of Huntington Beach, County of Orange, State of California, as per Map recorded in Book 431, Page(s) 22 and 23 of Miscellaneous Maps, in the office of the county recorder of said county.
Parcel 2: An easement for use and enjoyment of the common area, being Lot 46 of said Tract No. 9924, referred to in Parcel 1 above, as set forth in the Declaration of Covenants, Conditions and Restrictions recorded in Book 12914, Page(s) 929, et seq., of Official Records of Orange County, California.

Commonly Known As: 16077 Crete Lane Huntington Beach, CA 92649

Dated: February 5, 2009

STATE OF Texas
COUNTY OF Collin
On March 2, 2009, before me,
Issa Wilson
Notary Public personally appeared
Stephanie Owens
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature

GMAC Mortgage, LLC FKA GMAC Mortgage Corporation

(SEAL)

ISSA WILSON
Notary Public, State of Texas
My Commission Expires
February 06, 2012

Exhibit "12"

## FW: Sweeting v. GMAC - Loan No. 833009962 - GMACM Matter No. 25969 - W&W File No. 1353-089

**From:** Samantha N. Lamm (snlamm@wolfewyman.com)
**Sent:** Mon 7/06/09 11:00 AM
**To:** powerbrakebob@msn.com
**Attachments:**
image001.jpg (2.3 KB), TCIF Grant Deed.pdf (48.2 KB), Island Grant Deed.pdf (90.7 KB)

Dear Mr. Sweeting:

Attached please find the corrected deed, showing that the property was sold to the beneficiary, TCIF Reo GCM California, LLC, ("TCIF") at the foreclosure sale. TCIF then sold the property to Island Source. I have attached a copy of the grant deed from TCIF to Island Source for your review also. Hence, these document show that GMACM did not own the subject loan and is merely the servicer of the loan. I would request that you dismiss GMAC Mortgage, LLC from this action.

Pursuant to our conversation on July 6, 2009, please allow this e-mail to confirm that I am also requesting a brief extension until **July 15, 2009** to respond to Plaintiff's written discovery requests. If I do not hear from you otherwise, I will assume that you have no objection to my request.

Thank you for your courtesy and cooperation.

Sam



Samantha N. Lamm
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100 • Irvine, CA 92614-5979
Tel. (949) 475-9200 Ext 454 • Fax (949) 475-9203
Email: snlamm@wolfewyman.com | Download vCard

Exhibit "13"



## ORANGE COUNTY SHERIFF
### NOTICE OF EVICTION

Case No. _C11-10732_  Date _3-16-11_

Judgment Creditor (Landlord) _Islamy Soraiz II LLC_ VS

Judgment Debtor

Address: _16077 Crete Circle #7_

### TO THE JUDGMENT DEBTOR(S) AND ALL OTHERS CLAIMING POSSESSION:

You are hereby notified that pursuant to the Order of the Court and Notice to Vacate heretofore delivered to you or your agent, or posted upon these premises, your occupancy of these premises has been terminated as of the above date. **If you re-enter these premises, you in violation of the law.**

Any property left on the premises has been placed in the custody of the landlord, who must return all of your property to you upon your payment of reasonable costs incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage cost within FIFTEEN (15) DAYS, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale, or, if the property is valued at less than $300, the landlord may dispose of your property or retain it for his/her own use.

### TO ALL LAW ENFORCEMENT AGENCIES:
Every person who has been removed from any lands by process of law, or who has been removed from lands pursuant to the lawful adjudication or direction of any court, tribunal, or officer, and who afterwards unlawfully returns to settle, reside upon, or take possession of such lands, is guilty of a misdemeanor." PC 419, 166, 602(o), 602.5

Court Operations Office

By _____  Deputy

Deputy J Saper #6768
Orange County Sheriff
909 N Main St., Bg #2
Santa Ana, CA 92701

03/16/2011

Exhibit "14"

**⋮⋮⋮ Experian**
A world of insight

Prepared for
ROBERT SWEETING

Report number
1722-7614-83

Report date
December 22, 2009
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 7 of 26

## Potentially negative items or items for further review continued

### GE MONEY BANK/LOWES
PO BOX 981064
EL PASO TX 79998
(800) 441-1408
**Partial account number**
798192405183....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Nov 2005 | Feb 2008 | Revolving | Individual | NA | NA |
| Reported since | Last reported | Terms | | High balance | |
| Nov 2005 | Feb 2008 | NA | | $566 | |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Paid, Closed. $566 written off.
Account history:
Charge Off as of Jun 2007, Apr 2007
150 days past due as of Mar 2007
120 days past due as of Feb 2007
90 days past due as of Jan 2007
60 days past due as of Dec 2006
30 days past due as of Nov 2006, Feb 2006

Creditor's statement: "Account closed at credit grantor's request."

This item was verified and updated on Jan 2009.

Address identification number:
185086162

### GMAC MORTGAGE
PO BOX 4622
WATERLOO IA 50704
No phone number available
**Partial account number**
83300....
Mortgage: 100194430008574595

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Dec 2006 | Oct 2007 | Mortgage | Individual | $773,500 | $0 as of Sep 2008 |
| Reported since | Last reported | Terms | | High balance | |
| Oct 2007 | Sep 2008 | 40 Years | | NA | |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Foreclosed. Balloon payment of $16,220,717 due Jan 2037.
Account history:
Foreclosure as of Oct 2007 to Sep 2008

This account is scheduled to continue on record until Dec 2013.

Your Statement: "LITIGATION PENDING."

Comment: "Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)."

This item was verified and updated on May 2009.

Address identification number:
185086162

Exhibit "15"

# Severson & Werson

A Professional Corporation

Jonathan D. Dykstra
Attorney
Direct Line: (949) 225-7967
jd@severson.com

The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

October 26, 2012

**VIA U.S. MAIL**
Robert Sweeting
7071 Warner Avenue, Unit F-81
Huntington Beach, CA 92647

Re:   *Sweeting v. Jason Kishaba, et al*
      OCSC Case No.: 30-2008-00104237

Dear Mr. Sweeting:

The correspondence you sent to Natasha Campbell at Residential Capital, LLC on September 25, 2012 has been forwarded to our attention for a response. In your letter, you claim that § 361(a)(1) of the Bankruptcy Code is not applicable to your subpoena to Executive Trustee Services because it does not apply in this instance. As a general proposition, you are correct that § 361(a)(1) of the Bankruptcy Code would not preclude a party in Bankruptcy from responding to a subpoena. In this specific case however you are incorrect.

In this instance, your attempts to subpoena information and documents from Executive Trustee Services violates a specific order of the relevant Bankruptcy Court – the U.S. Bankruptcy Court for the Southern District of New York – precluding <u>any discovery</u> by <u>any third party</u> without an order from that Court pursuant to its powers under § 105 of the Bankruptcy Code to extend the protection of the automatic stay of § 361(a). A copy of the decision is enclosed. Relevant portions of the order include – but are not limited to – the opening paragraph and page 11.

Based on this order your subpoena is in violation of the automatic stay, is void, and subjects you to being held in contempt of court if you continue to attempt to enforce the subpoena. As a courtesy to you, Executive Trustee Services will consider your subpoena withdrawn and the issue concluded. Should you wish to serve another subpoena, you will need to obtain prior approval from the Court that issued the enclosed order.

Sincerely,

Jonathan D. Dykstra

JDD
Enclosure – as stated

19000.0017/2250552.1

San Francisco ~ Orange County ~ Walnut Creek

**Severson & Werson**
A Professional Corporation

Robert Sweeting
June 21, 2012
Page 2


bcc: Mary Kate Sullivan

Exhibit "16"

ROBERT SWEETING
16077 CRETE LANE
HUNTINGTON BEACH, CA. 92649
562-436-4111

GMAC MORTGAGE, SUCCESSOR TO FREMONT
November 29, 2007
LOAN NO. 0833009962

MARIO ORQUIZ, WORKOUT DEPARTMENT

DEAR SIR,

I am faxing to you the payments received by Fremont Investments on my loan. This loan has several defects in it, as I had outlined earlier. Now, because of these defects, I have been forced into default and foreclosure. My first payments were made through escrow, paying all the way up to March 1st, 2007. My payments were being made to Fremont, up until Fremont sold this loan to GMAC. The period between the new transition to your first billing took over six weeks, leaving me in limbo as to where and how to send my payments. A very serious situation exists concerning the missing $40,000.00 in proceeds from my loan documents. The only reason I re-financed was to acquire cash proceeds from my re-financing of my property. It was not my intention to pay out over $100,000.00 in loan fees. This, of course, is absurd. This mortgage company (International Mortgage) is one of those that they classify as a "Predatory Lender". The HUD statement and all other loan documents have been falsified. I was promised, because of the high costs (and as it turned out, doubled broker fees) that I would have a ONE YEAR prepay clause. They hid this fact from me. They used multiple signings, and when I would see the TWO YEAR prepay page, I would not sign that page. They ended up using pages from different signings. This is forgery. I cancelled the loan because of the TWO YEAR prepay on December 4th, 2006. They promised that this had been corrected by December 8th. Not so. They falsified or hid the fact that they buried me, against our agreement, with the TWO YEAR prepay penalty. I never received a copy of my loan documents, until you faxed them to me, eight months later. The documents you faxed do not match anything I have. I signed the first set of documents when I was in Akron, Ohio. About November 6th, 2006, or that week. I signed everything, but crossed out the TWO YEAR prepay page. That was never signed. On or about December 2nd, IM sent the another Notary to my business to sign again, and the same TWO YEAR prepay came back. I signed everything, but that page. On December 4th, I sent in my cancellation. All documents dated November 30th, 2006, were cancelled. On December 8th, they promised everything had been corrected, including the TWO YEAR prepay page. They lied. I needed the loan proceeds for my own reasons, which would have generated 10 times that amount for my business, and it was stolen from me. The "NOTICE OF RIGHT TO CANCEL" was not dated, which is required by law. In California, this changes the Right to Cancel to THREE YEARS, instead of three days. Almost every document has a problem with it. The "application" for the loan is dated

SWEETING1465

December 8th, 2006, the same day as the loan was finalized, with no resulting disclosures. This is the reason, now, that the payments have become scrambled, and we are in this situation. I am asking for an easy, affordable payment plan, to get me back on track, or, re-finance the entire loan. I am also asking for an accounting of the missing loan proceeds, the interest on that money, and the late charges reversed. I realize that this loan was not your creation, but, I am asking GMAC that the foreclosure to be stopped, put on hold, or, with the payment plan in effect, removed. This stack up of errors has now affected my credit report, and unjustly so.

Thank you for your attention,

*Robert Sweeting*

Robert Sweeting

Sent by fax

SWEETING1466