# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and a party to the within action.

OPPOSITION TO DEBTOR GMAC MORTGAGE, LLC'S OBJECTION TO PROOFS OF CLAIM FILED BY ROBERT SWEETING (CLAIMS NOS. 1360 and 1361); DECLARATION OF ROBERT SWEETING; OBJECTIONS TO DECLARATION OF LAUREN GRAHAM DELEHEY.

On September 16, 2013, I served said aforementioned document(s) as set forth below to the address or fax number as set out below or as set out in the attached Service List incorporated herein by reference.

See Attached Service List

[X] **BY MAIL (C.C.P. §§ 1012, 1013, (a), 1013a)**
   [ ] I deposited such sealed envelope(s) with postage thereon fully prepaid in the mail at Huntington Beach, California.
   [X] I placed the sealed envelope for collection and mailing following ordinary business practices. I am readily familiar with the firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service. Under the ordinary course of business, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at La Habra, California.

[X] **BY EXPRESS MAIL or OTHER OVER NIGHT DELIVERY (C.C.P. § 1013(c))**
   [X] By U.S. Express Mail: I deposited such sealed envelope(s) in a post office, mailbox, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, with postage prepaid. (Morrison & Foerster, LLP only)
   [ ] By other overnight delivery, namely: FEDERAL EXPRESS. I deposited such sealed envelope(s) in a box or other facility regularly maintained by the express service carrier, or delivered said envelope(s) to an authorized courier or driver, in an envelope or package designated by the express service carrier with delivery fee paid or provided for at the following location: **800 S. BEACH BLVD, STE A, LA HABRA, CALIFORNIA.**
   [ ] A copy of the a copy of the certificate of deposit is attached.

[ ] **BY PERSONAL SERVICE (C.C.P. § 1011)**
   [ ] I caused to be personally delivered the above mentioned to the addresses set out above on this date.
   [ ] By Special Messenger Service with specific instructions for same day delivery to the addresses set out above on this date.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on September 16, 2013, in Huntington Beach, California.

_____
Jason Gold

# SERVICE LIST

Re: Rescap Case No. 12-12020 (Mg)
Sweeting v Gmac Mortgage

Counsel for Debtors

Morrison & Foerster LLP
1290 Avenue of the Americas,
New York, New York 10104
Attn Gary S. Lee, Norman S. Rosenbaum, Melissa A. Hagar., Erica Richards.

Jonathon Dykstra
Severson and Werson P.C.
19100 von Karman Ave. Ste 700
Irvine, Ca. 92612

Tracy Davis, Linda Riffkin, Brian Masumoto
Office of the United States Trustee
Southern District of New York,
U.S. Federal Office Building
201 Varick St. Suite 1006
New York, NY 10014

Clerk's Filing Office
United States Bankruptcy Court, Southern District
1 Bowling Green
New York, Ny 10004

U.S Attorney General, Eric H. Holder, Jr.
Office of the United States Attorney General,
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

| | |
|---|---|
| 1 | Attn: Nancy Lord, Enid N. Stuart, Esq. |
|   | Office of the New York State Attorney General |
| 2 | The Capital, |
|   | Albany, New York, 12224-0341 |
| 3 | |
| 4 | |
|   | Joseph Cordaro, Esq. |
| 5 | Office of the U.S. Attorney for the Southern District of New York |
|   | One St. Andrews Plaza, |
| 6 | New York, NY 10007 |
| 7 | |
| 8 | Richard N. Cieri, Ray Schrock |
|   | Kirkland & Ellis LLP, Attys for Ally Financial |
| 9 | 153 E. 53rd St. |
|   | New York, New York. 10022 |
| 10 | |
| 11 | |
|   | Kenneth Eckstein, Douglas Mannal |
| 12 | Kramer Levin Naftalis & Frankel LLP. |
|   | Counsel for the Committee of Unsecured Creditors |
| 13 | 1177 Avenue of the Americas |
|   | New York, New York. 10036 |
| 14 | |
| 15 | |
|   | Jennifer C. Demarco, Adam Lesman |
| 16 | Clifford Chance US LLP |
|   | Counsel Ocwen Loan Servicing, Llc. |
| 17 | 31 West 52nd St. New York, New York. 10019 |
| 18 | |
| 19 | Thomas Walper. Seth Goldman |
|   | Munger, Tolles &Olson LLP |
| 20 | Counsel for Berkshire Hathaway Inc. |
|   | 355 South Grand Ave. |
| 21 | Los Angeles, Ca. 90071 |
| 22 | |
| 23 | Internal Revenue Service |
|   | 2970 Market St. Mail Stop 5-Q30.133 |
| 24 | Philadelphia, Pa. 19104-5016 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1 | George S. Cannelos, Director
Securities and Exchange Commission
2 | New York Regional Office
3 World Financial Center, Ste 400
3 | New York, New York, 10281-1022
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28