**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | )  | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jon H. Patterson, a member in good standing of the bars of the States of AL, MS, OK, TX and WI and the bar(s) of the United States District Courts for the Northern District of OK, Western District of OK, Eastern District of OK, Northern District of TX, Eastern District of TX, Southern District of TX, Western District of TX, Southern District of AL, Middle District of AL, Northern District of AL, Southern District of MS and the Northern District of MS hereby request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al*., in the above-referenced case.

My address is:   Jon H. Patterson
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL  35203

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: September 18, 2013            Respectfully submitted,

By:    /s/ Jon H. Patterson
Jon H. Patterson

ny-1109363

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the application to admit pro hac vice regarding Jon H. Patterson, dated September 18, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of AL, MS, OK, TX and WI and the bar(s) of the United States District Court for the Northern District of OK, Western District of OK, Eastern District of OK, Northern District of TX, Eastern District of TX, Southern District of TX, Western District of TX, Southern District of AL, Middle District of AL, Northern District of AL, Southern District of MS and the Northern District of MS.

IT IS HEREBY ORDERED that Jon H. Patterson is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York

_____, 2013

The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

2

ny-1109363