U S BANKRUPTCY COURT
SOUTHERN DISTRICT OF N.Y.

GMAC,
Residential Capital, LLC
bk Petitioner

CASE  12-12020

RECEIVED SEP 16 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

MOTION REQUEST FOR NOTICES

Here, comes Anaissa B Gerwald, requests the Court copies on any motions and name and address of counsel for the property located on

3786 Viewcrest Dr S, Salem, OR 97302

I have not received any information, since I filed the Claim on October 2012. (under USCC 302) Please foward to:

FCI
A. Gerwald
501 Capital Circle NE
#73152065
Tallahassee, FL 32301

Until Nov 10, 2013

9-11-13