US BANKRUPTCY COURT — SOUTHERN DISTRICT OF NEW YORK



GMAC,
Residential Capital, LLC
Bk Petitioner

CASE 12-12020

MOTION REQUESTS FOR NOTICES

HERE COMEMS, ANAISSA B GERWALD, requests the Court any motions on property:

12 Bluegrass Ln, Savannah, GA 31405

I have not received any more, since I filed a claim dated October 2012 - under USCC 502

Please foward to:

FCI
c/o A. Gerwald
501 Capital Circle NE
# 73152065
Tallahasse, FL 32301

Temp until NOV, 10, 2013 -

Sept 11, 2013