# George Baker and Dorothy Baker

P.O. Box 361256, Milpitas, CA 95036

September 6, 2013

ResCap/GMAC Return Mail Center
Redondo Beach, CA 90277

Dear ResCap/Gmac:

We received a letter concerning four items pertaining to a bankruptcy plan. Unfortunately, we are not lawyers and have no idea of why you wrote to us, what is involved, and what we are supposed to do.

Could someone in your office please explain in regular English what all this means? Thank you

Sincerely,


Copy to:    United States Bankruptcy Court for Southern District of New York
            One Bowling Green
            New York, NY 10004-1408



RECEIVED SEP 16 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK