**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

September 18, 2013

Writer's Direct Contact
212.336.8638
ALawrence@mofo.com

**Delivered via Email**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Re:    *In re Residential Capital, LLC*, 12-12020 (MG)

Dear Judge Glenn:

We are counsel to the Debtors and debtors in possession in the above-captioned chapter 11 cases. We write to respectfully request the Court's permission to exceed the twenty-five (25) page limit with respect to the Debtors' upcoming *Objection to Proof of Claim # 7170 Amending Proof of Claim # 2781 of Syncora Guarantee Inc.*, which the Debtors will file with the Court on Thursday, September 19, 2013. The Debtors respectfully request permission to submit thirty-five (35) pages for their objection.

The Debtors have conferred with counsel for Syncora, and request that Syncora also be permitted to exceed the twenty-five page limit with respect to its response to the Debtors' Objection, for a total of thirty-five (35) pages in response.

Respectfully Submitted,

/s/ J. Alexander Lawrence
J. Alexander Lawrence

cc:    Randall R. Rainer

**MEMORANDUM ENDORSED
SO ORDERED**:

Dated: September 18, 2013
       New York, New York

_/s/Martin Glenn_
MARTIN GLENN
United States Bankruptcy Judge