IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR POLK COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

U.S. BANK NATIONAL ASSOCIATION AS    CASE NO. 56-26008-CA005402 DIV.8

TRUSTEE FOR RASC 2006DS8

Plaintiff,

vs.

LILIA MEDRANO, et al.

Defendant(s)



## AFFIDAVIT IN SUPPORT OF

## DEFENDANT'S MOTION TO DISMISS FORECLOSURE

## WITH PREJUDICE FOR FRAUD ON THE COURT

Due to the fraud committed on the court, against the people of Florida and the Defendant, I request that the Plaintiff re-verify all documentation regarding this alleged claim, truthfully, under oath and under penalty of perjury. I require verification ***nunc pro tunc*** from legal counsel and the Plaintiff with firsthand knowledge of the Plaintiff's claim in regards to:

1. Original Wet Ink Mortgage Note with endorsements and allonge attached

2. Assignment Of Mortgage

3. An Accounting as required under the State Of Florida Uniform Commercial Code

4. Power Of Attorney signed by the Real Party In Interest

5. Ledgering As Per GAAP in regards to this loan

6. Report in regards to "monetization" and securitization of this mortgage, if it has been monetized.

7. Trust agreement.

8. Master Pooling and Servicing Agreement.

**SWORN DENIAL:** Pursuant to the Constitution for the United States, the Uniform Commercial Code (UCC) 3-601, 3-602, 3-603, 3-604, 3-605, the Florida Fair Debt Collection Practices Act and Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §§ 1601, 1692 *et seq* and all other applicable law, I, Defendant, hereby swear and attest that that the following :

1. I deny that I owe U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2006KS8 the above referenced purported debt, as stated, is my debt;
2. If the above referenced purported debt is my debt, I deny that it is a valid lawful debt;
3. If the above referenced purported debt is a valid debt I deny the amount claimed, or stated, or attempted to be collected is the correct amount.
4. I have no business dealings or contract or meeting of the minds with the Plaintiff.
5. I have never received a proof of claim or an assignment of mortgage from the Plaintiff.

**15 U.S.C. § 1692 (E) STATES THAT** a "false, deceptive, and misleading representation, in connection with the collection of any debt", includes the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legally be taken a deceptive practice.

1. Plaintiff's claims omits information which should have been disclosed, such as but not limited to vital citations, disclosing the agency's jurisdictional and statutory authority.
2. Plaintiff's claims further contains, false deceptive and misleading representations, and allegations intended to intentionally pervert the truth for the purpose of inducing one, in reliance upon such, to part with property belonging to them and to surrender certain substantive legal and statutory rights.
3. To act upon Plaintiff's claims would divest one from his/her property and their prerogative rights, resulting in legal injury.

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT. 15 U.S.C. §§ 1601, 1692 ET SEQ,** this constitutes timely written notice that Defendant declines to pay the referenced erroneous purported debt which is unsigned and unattested, and which Defendant discharges and cancels in its entirety, without dishonor, until Defendants:

1. validates purported debt;
2. validates that purported debt does not constitute fraud;
3. Produce the documentation and information demanded herein.

**PURSUANT TO 15 U.S.C. § 1692 (G) (4) VALIDATION OF DEBTS**, this is lawful demand that Plaintiff's must provide lawful validation and supporting legal evidence to substantiate Plaintiffs' claims that:

1. the purported debt does not constitute fraud;
2. the purported debt does not constitute fraudulent misrepresentation;
3. the purported debt is lawfully owed by Defendant to Plaintiff's,

**PURSUANT TO FAIR DEBT COLLECTION ACT, 15 U.S.C. § 1692 (G) (8)**, as you are merely an "agency", or board, acting on someone else's behalf, Defendant demands that Plaintiff provide:

1. The name and all details of the genuine original "principal",
2. The name and all details of the "holder in due course",
3. The name and all details for whom you attempting to collect this alleged debt.

4. The necessary documents establishing standing in this court as it pertains to Florida Rules Of Civil Procedure including but not limited to: a power of attorney signed by the real party in interest, legal enforceable assignment of mortgage and affidavit of truth under penalty of perjury by all parties.

**UNTIL ALL THE REQUIREMENTS** of the Fair Debt Collection Practices Act and Florida Fair Debt Collection Practices Act have been met by Plaintiff and Plaintiffs' claims are validated in fact, case law, and evidence, Plaintiff has no legal jurisdiction to continue any collection activity on the purported debt that Plaintiff alleges Defendant owes Plaintiffs. This is not Defendant's refusal to pay a lawful debt, but Defendant is hereby:

1. Disputing the validity of the alleged debt.
2. **DISPUTING THAT PURPORTED DEBT DOES NOT CONSTITUTE FRAUD.**
3. Demanding Plaintiffs to produce the genuine original Promissory Note, chain of custody and all related documents and answer/rebut Plaintiff's allegations, questions, and demands as stipulated by law.

2. **DEMANDS:** Pursuant to the Constitution for the United States, the Uniform Commercial Code (UCC) 3-601, 3-602, 3-603, 3-604, 3-605, the Florida Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §§ 1601, 1692 et seq and all other applicable law, I demand for Claimant to within 30 days of receipt of this demands :
    1. Verify purported debt;
    2. **DISPUTING THAT PURPORTED DEBT DOES NOT CONSTITUTE FRAUD;**
    3. Produces all documents related to the alleged debt including but not limited to "T-Accounting" (Complete Records) and the original Promissory Note signed by Defendant.

10. **CLAIMANT MUST OBEY THE LAW:** "railroading is criminal. Denial establishes guilt. This is constructive notice that, absent the validation of Claimant's claims and

response within 30 days, Claimant must cease and desist any and all collection activity and is prohibited from contacting Defendant, through the mail, telephone, in person, at Defendant's home, in public, or at Defendant's work.

1. Claimant is prohibited from contacting Defendant's employer;
2. Claimant is prohibited from contacting Defendant's bank;
3. Claimant is prohibited from contacting any other third party regarding Defendant,

as each and every attempted contact as forbidden above is in violation of this Act and will constitute harassment and defamation of character and will subject Claimant's company/agency and/or board, and any and all agents in his/her/their individual capacities, who take part in such harassment, and defamation, for a liability for actual damages, as well as statutory damages of **$1,000,000 for each and every violation**.

Honorable Judge KARLA F. WRIGHT, please provide to Me Notification of Your Intent In this matter within 15 days.

In witness, where fore, I have hereunder set My hand, this the 24 day for the October month, in the year for our Lord, two thousand and 12.

This document was prepared by LILIA MEDRANO

_____
LILIA MEDRANO, Real Party In Interest
Power of Attorney in Fact, With the Autograph
c/o NOTARY _____
ADDRESS _____
Somewhere, Florida Republic; near [_____] (ZIP)
STATE OF Florida        )
                        ) ss:
COUNTY OF Polk          )

Subscribed and affirmed before me this 24th day for the Tenth month in the year of our Lord and Savior, Two Thousand and twelve, AD.

_____        Lilia Mesa has produced
Notary Public                             sufficient identification in the
My Notary Expires 01/04/2016              form of a state drivers license

JOSHUA M. TAYLOR
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE157240
Expires 1/4/2016

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail upon Law Offices of David J. Stern, P.A.,, Jason R. Stuble Bar #: 62540 Attorneys for Plaintiff, 900 South Pine Island Road, Suite 400. And

Date: 10-24-2012

LILIA MEDRANO

Address: 2462 Ave A Terr NW
Winter Haven, FL 33880

By: _____

State of Florida
County of Polk

The foregoing instrument was acknowledged before me this 24th day of October, 2012 by Lilia Mesa who has produced sufficient identification in the form f a state drivers license.



JOSHUA M. TAYLOR
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE157240
Expires 1/4/2016