**freecreditreport.com**

# Lilia S Mesa's
# 9/1/2013 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | Experian 575 | Equifax 579 | TransUnion 579 |
|---|---|---|---|
| **OCWEN LOAN SERVICING L** | | | |
| Account Name: | OCWEN LOAN SERVICING L | OCWEN LOAN SERVICING | No match found. |
| Account #: | 744178XXXX | 744178XXXX | |
| Payment Status: | Charge-off | Bad debt & placed for collection & skip | |
| Account Type: | Unknown | Unknown | |
| Balance: | $155762 | $155762 | |
| Date Open: | 07/01/2006 | 07/01/2006 | |
| Last Updated: | 11/01/2010 | 11/01/2010 | |
| Account Status: | Closed | - | |
| Terms: | 360 Months | | |
| Phone #: | No Phone Provided | No Phone Provided | |
| Address: | | | |
| Ownership: | | - | |
| Original Creditor: | - | - | |
| Company Sold-to: | - | - | |
| Credit Limit: | - | - | |
| Monthly Payment: | - | $1295 | |
| Past Due Amount: | $26497 | $26497 | |
| High Balance: | - | $135987 | |
| Balloon Payment: | - | - | |
| Comments: | - | CHARGED OFF ACCOUNT REAL ESTATE MORTGAGE | |

**24-Month Payment History**

|  | 2011 | 2012 | | | | | | | | | | | 2013 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
| Experian | | | | | | | | | | | | | | | | | | FP | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |



**freecreditreport.com**

# Lilia S Mesa's
# 9/1/2013 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **OCWEN LOAN** | | | |
| Account Name: | No match found. | No match found. | OCWEN LOAN |
| Account #: | | | 744178XXXX |
| Payment Status: | | | Charged off as bad debt |
| Account Type: | | | Real Estate Loan |
| Balance: | | | $155762 |
| Date Open: | | | 07/18/2006 |
| Last Updated: | | | 01/01/0001 |
| Account Status: | | | Closed |
| Terms: | | | 360 Months |
| Phone #: | | | No Phone Provided |
| Address: | | | |
| Ownership: | | | - |
| Original Creditor: | | | - |
| Company Sold-to: | | | - |
| Credit Limit: | | | - |
| Monthly Payment: | | | $1295 |
| Past Due Amount: | | | $26497 |
| High Balance: | | | $135988 |
| Balloon Payment: | | | - |
| Comments: | | | - |

### 24-Month Payment History

2011   2012                                                          2013

Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep

**Experian**
**Equifax**
**TransUnion**