

Ocwen is upgrading its systems to better serve your loan. As part of this upgrade, you may now register a new username and password at www.ocwencustomers.com for your active and future account management needs. This includes management of your online payment needs as well as payoff requests and other web functionality to which you are accustomed. Please note that some options may have changed. You may continue to log in at http://ocwen.mortgagebanksite.com for access to historical account information.

Go to ocwencustomers.com

**Borrowers with more than one account:** We may not have moved all of your loans to the new system, so you may not be able to access all of your accounts at www.ocwencustomers.com. We are working quickly to move all accounts. Until that time, you will continue to have access to manage the accounts that have not moved at http://ocwen.mortgagebanksite.com.

If you have questions, you may call our Customer Care Center at (800) 74-OCWEN / (800-746-2936).

## Closed

## 14450 EAST 50TH AVE

DENVER, CO 80239
30 year ARM Loan
I want to...
Select One ...
**This loan is closed.**
Account Number:
7433330131
Close Date:
00/00/00
You can still view details about this loan—just select an option from the "I want to" menu on the right.

Hide loan details

## Help for Homeowners Center

Find out if you qualify for a loan modification program or check the status of your request.

continue

About homeowner assistance programs »



# Ocwen Loan Servicing
### Mortgage Customers

Ocwen is upgrading its systems to better serve your loan. As part of this upgrade, you may now register a new username and password at www.ocwencustomers.com for your active and future account management needs. This includes management of your online payment needs as well as payoff requests and other web functionality to which you are accustomed. Please note that some options may have changed. You may continue to log in at http://ocwen.mortgagebanksite.com for access to historical account information.

Go to ocwencustomers.com

**\*Borrowers with more than one account:** We may not have moved all of your loans to the new system, so you may not be able to access all of your accounts at www.ocwencustomers.com. We are working quickly to move all accounts. Until that time, you will continue to have access to manage the accounts that have not moved at http://ocwen.mortgagebanksite.com.

If you have questions, you may call our Customer Care Center at (800) 74-OCWEN / (800-746-2936).

## Closed

## 14450 EAST 50TH AVE

DENVER, CO 80239
30 year ARM Loan
I want to...
Select One ...
Account Number:
7433330131

## Account History

Original Loan Date:
10/26/2001
Original Loan Amount:
$208,250
Balance as of 09/14/2013:
$0.00
To search your account history, please specify the date range.

03/14/2013 through 09/14/2013.

From mm/dd/yyyy 03/14/2013         To mm/dd/yyyy 09/14/2013
Print

Save a copy as
Microsoft Excel

Comma-separated values

Adobe PDF

how to save and/or print your account history

| Date | Description | Monthly Payment | Applied to Principal | Applied to Interest | Applied to Escrow | Late Charges | Other |
|---|---|---|---|---|---|---|---|
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Service Released | $0.00 | $191,519.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/09/2013 | Payment | $1,496.61 | $534.84 | $800.23 | $161.54 | $0.00 | $0.00 |

1, 2 next »

CO Residents - View Associated Fees

## Help for Homeowners Center

Find out if you qualify for a loan modification program or check the status of your request.

continue

About homeowner assistance programs »

NMLS #1852 - NMLS Consumer Access Page

© Copyright 2013 Ocwen Financial Corporation. All rights reserved.



| Date | Description | Monthly Payment | Applied to Principal | Applied to Interest | Applied to Escrow | Late Charges | Other |
|---|---|---|---|---|---|---|---|
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Fee Waived | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| 09/02/2013 | Service Released | $0.00 | $191,519.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/09/2013 | Payment | $1,496.61 | $534.84 | $800.23 | $161.54 | $0.00 | $0.00 |
| 07/09/2013 | Payment | $1,496.61 | $532.62 | $802.45 | $161.54 | $0.00 | $0.00 |
| 06/10/2013 | Payment | $1,496.61 | $530.41 | $804.66 | $161.54 | $0.00 | $0.00 |
| 05/15/2013 | County Tax Paid | ($835.81) | $0.00 | $0.00 | ($835.81) | $0.00 | $0.00 |
| 05/09/2013 | Payment | $1,461.56 | $528.21 | $806.86 | $126.49 | $0.00 | $0.00 |
| 04/09/2013 | Payment | $1,461.56 | $526.02 | $809.05 | $126.49 | $0.00 | $0.00 |
| 03/11/2013 | Payment | $1,461.56 | $523.84 | $811.23 | $126.49 | $0.00 | $0.00 |
| 02/11/2013 | Payment | $1,461.56 | $521.67 | $813.40 | $126.49 | $0.00 | $0.00 |
| 01/29/2013 | County Tax Paid | ($835.82) | $0.00 | $0.00 | ($835.82) | $0.00 | $0.00 |
| 01/10/2013 | Fee Paid | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 |
| 01/10/2013 | Fee Assessed | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 |
| 01/10/2013 | Payment | $1,461.56 | $519.50 | $815.57 | $126.49 | $0.00 | $0.00 |
| 12/10/2012 | Payment | $1,461.56 | $517.35 | $817.72 | $126.49 | $0.00 | $0.00 |
| 11/09/2012 | Payment | $1,461.56 | $515.20 | $819.87 | $126.49 | $0.00 | $0.00 |
| 10/09/2012 | Fee Paid | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 |
| 10/09/2012 | Fee Assessed | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 |
| 10/09/2012 | Payment | $1,461.56 | $513.06 | $822.01 | $126.49 | $0.00 | $0.00 |
| 09/10/2012 | Fee Paid | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 |
| 09/10/2012 | Fee Assessed | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 |
| 09/10/2012 | Payment | $1,461.56 | $510.93 | $824.14 | $126.49 | $0.00 | $0.00 |

## Title 18 USC § 474

Whoever, with intent to defraud, makes, executes, acquires, scans, captures, records, receives, transmits, reproduces, sells, or has in such person's control, custody, or possession, an analog, digital, or electronic image of any obligation or other security of the United States is guilty of a class B felony.

"Fraud vitiates the most solemn Contracts, documents and even judgments" [U.S. vs. Throckmorton, 98 US 61, at pg. 65].

"It is not necessary for rescission of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations, even innocently, to retain the fruits of a bargain induced by such representations." [Whipp v. Iverson, 43 Wis 2d 166].

"Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages." Barnsdall Refining Corn. v. Birnam Wood Oil Co. 92 F 26 817.

### ResCap Completes Sale Of Servicing Platform Assets To Ocwen Loan Servicing, LLC

**February 15, 2013 – NEW YORK** – Residential Capital, LLC (ResCap) has completed the sale of the servicing platform assets to Ocwen Loan Servicing, LLC, the mortgage servicing arm of Ocwen Financial Corporation. The United States Bankruptcy Court, Southern District of Manhattan had approved the sale of the assets last November.

"Today marks an important step in what has been a successful sale process for ResCap," said ResCap Chief Executive Officer Thomas Marano. "Since the Court's approval of the deal, our focus has been to ensure a smooth transition for homeowners and preserve value for our creditors."

The sale of ResCap's originations and capital markets platform to Walter Investment Management Corp., and the sale of a whole loan portfolio to Berkshire Hathaway were recently completed. The three sale transactions, in the aggregate, generated more than $4 billion in proceeds for the benefit of ResCap's creditors and preserved more than 3,800 U.S. jobs.

"This complex transaction was settled in three components with three distinct purchasers, in cooperation with eight government agencies or regulatory authorities - all while keeping the business operating as a going concern," Marano said. "This successful outcome is a direct result of the hard work our employees, leadership and advisors have dedicated over the last year."

Centerview Partners LLC and FTI Consulting are acting as financial advisors to ResCap. Morrison & Foerster LLP is acting as legal advisor to ResCap. Morrison Cohen LLP is advising ResCap's independent directors.

#### About Residential Capital (ResCap)
Residential Capital, LLC was one of the largest originators, sellers and servicers of residential mortgage loans in the United States, conducting its mortgage operations in recent years through GMAC Mortgage, a wholly owned subsidiary that is not affiliated with General Motors. ResCap was the first mortgage servicer to complete and exceeded the consumer relief obligations as part of the National Mortgage Settlement, providing $257.4 million in credited relief to borrowers across the nation. ResCap's executive offices are located in New York City, and most of its retained operations are in Fort Washington, Pennsylvania and Minneapolis, Minnesota.

#### Contacts
Susan Fitzpatrick
Director of Communications
(215) 734-4400
susan.fitzpatrick@gmacrescap.com


1212020130215000000000010

