**Hearing Date and Time: November 7, 2013 at 2:00 p.m. (ET)**
**Response Deadline: October 9, 2013 at 4:00 p.m. (ET)**

| | |
|---|---|
| MORRISON & FOERSTER LLP | BRADLEY ARANT BOULT |
| 1290 Avenue of the Americas | CUMMINGS LLP |
| New York, New York 10104 | 1819 Fifth Avenue North |
| Telephone:  (212) 468-8000 | Birmingham, AL 35202 |
| Facsimile:  (212) 468-7900 | Telephone:  (205) 521-8810 |
| Gary S. Lee | Facsimile:  (205) 488-6810 |
| Norman S. Rosenbaum | Blake B. Goodsell (Admission Pending) |
| Adam A. Lewis | Jon H. Patterson (Admission Pending) |
| Naomi Moss | |

*Counsel to the Debtors and*
*Debtors in Possession*

*Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY CORLA JACKSON (CLAIM NO. 4443)

**PLEASE TAKE NOTICE** that the undersigned have filed the attached *Debtors'*

*Objection to Proof of Claim Filed by Corla Jackson (Claim No. 4443)* (the "Objection")[1].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Objection will take

place on **November 7, 2013 at 2:00 p.m. (Eastern Time)** before the Honorable Martin

Glenn, at the United States Bankruptcy Court for the Southern District of New York,

---

[1] Due to their voluminous nature, copies of the exhibits to the Delehey Declaration will only be served on Ms. Jackson and the U.S. Trustee.  Copies of the exhibits to the Delehey Declaration may be obtained by request upon counsel to the Debtors.

ny-1108928

Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **October 9, 2013 at 4:00 p.m. (Eastern Time)**, upon (a) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, Adam A. Lewis and Naomi Moss); (b) counsel to the Debtors, Bradley Arant Boult Cummings LLP, 1819 Fifth Avenue North, Birmingham, AL 35202 (Attention:  Black B. Goodsell and Jon H. Patterson); (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (d) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (e)  Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (f) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (g) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (h) counsel for the

ny-1108928

committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue

of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas

Mannal); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West

52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman);

(j) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand

Avenue, Los Angeles, CA 90071 (Attention:  Thomas Walper and Seth Goldman);

(k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by

overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-

5016); (l) Securities and Exchange Commission, New York Regional Office, 3 World

Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos,

Regional Director); and (m) special counsel to the Committee, SilvermanAcampora LLP,

100 Jericho Quadrangle, Suite 300, Jericho, NY  11753 (Attention:  Robert Nosek and

Justin S. Krell).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a

written response to the relief requested in the Objection, the Bankruptcy Court may deem

any opposition waived, treat the Objection as conceded, and enter an order granting the

relief requested in the Objection without further notice or hearing.

ny-1108928

Dated: September 18, 2013

/s/ Norman S. Rosenbaum

Gary S. Lee
Norman S. Rosenbaum
Adam A. Lewis
Naomi Moss
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

-and-

Blake B. Goodsell
Jon H. Patterson
BRADLEY ARANT BOULT
CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone:    704-338-6005
Facsimile:    704-338-6089

*Counsel for the Debtors and
Debtors in Possession*