# Exhibit B

2008050095 Book-6409 Page-1483
Total Number of Pages: 1

LOAN NUMBER:   0835002124

STATE OF ALABAMA         )

COUNTY OF MOBILE         )

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned OPTION ONE MORTGAGE CORPORATION (the "Assignor"), does hereby transfer, assign, set over and convey unto GMAC MORTGAGE, LLC (the "Assignee"), its successors, transferees, and assigns forever, all right, title and interest of said Assignor in and to that certain Mortgage executed by CORLA JACKSON, A SINGLE WOMAN, to OPTION ONE MORTGAGE CORPORATION dated the 26th day of May, 2004, and filed for record in Book 5605, Page 1910, in the Probate Office of Mobile County, Alabama, covering property described in said Mortgage, together with the note and indebtedness secured by the Mortgage, and all interest of the undersigned in and to the property described in said Mortgage.

It is expressly understood and agreed that the within transfer and assignment of the said Mortgage is without warranty, representation or recourse of any kind whatsoever.

IN WITNESS WHEREOF, said Assignor has hereunto set its signature this 19th day of June, 2008.

OPTION ONE MORTGAGE CORPORATION

By: _____

Its:   Brian D. McConnell
       Assistant Secretary

STATE OF CALIFORNIA)

COUNTY OF ORANGE )

I, R.A Salazar, a Notary Public in and for the said County and State, do hereby certify that Brian D McConnell, whose name as Assistant Secretary of OPTION ONE MORTGAGE CORPORATION, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of this instrument, he/she, as such officer, and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this 19th day of June, 2008.

_____
Notary Public

R. A. SALAZAR
Commission # 1759905
Notary Public - California
Orange County
My Comm Expires Aug 2, 2011

My Commission Expires: 08/02/2011

This instrument prepared by:
Colleen McCullough
Sirote & Permutt, P.C.
P. O. Box 55727
Birmingham, AL 35255

State of Alabama-Mobile County
I certify this instrument was filed on
July 11, 2008 @ 2 23-13 PM
S.R. FEE                    $2.00
RECORDING FEES          $3.50
TOTAL AMOUNT            $5.50
2008050095
Don Davis, Judge of Probate