# Exhibit C

**CLOSED**

# U.S. Bankruptcy Court
## Southern District of Alabama (Mobile)
### Bankruptcy Petition #: 05-13142

|  |  |
|---|---|
| *Assigned to:* BANKRUPTCY JUDGE MARGARET A. MAHONEY | *Date filed:* 06/01/2005 |
| Chapter 13 | *Date terminated:* 01/20/2010 |
| Voluntary | *Debtor discharged:* 01/20/2010 |
| Asset | *Plan confirmed:* 10/25/2005 |
|  | *341 meeting:* 08/04/2005 |

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor**<br>**Corla Reeves Jackson**<br>13230 Tom Gaston Road<br>Mobile, AL 36695<br>MOBILE-AL<br>SSN / ITIN: xxx-xx-9711 | represented by **Barry A. Friedman**<br>Barry A. Friedman and Associates P.C.<br>P. O. Box 2394<br>Mobile, AL 36652-2394<br>(251) 439-7400<br>Email: bky@bafmobile.com<br><br>**L. Daniel Mims**<br>952 Government Street<br>Mobile, AL 36604-2402<br>(251) 433-0161<br>Email: info@mimsfirm.com<br><br>**Herman D. Padgett**<br>c/o Padgett and Robertson, Attorneys<br>4317 Downtowner Loop North<br>Mobile, AL 36609<br>(251) 342-0264<br>Fax : (251) 342-4842<br>Email: hpadgett@hermandpadgett.com<br>*TERMINATED: 07/21/2008*<br><br>**Lacy Robertson**<br>Padgett & Robertson<br>4317 Downtowner Loop N<br>Mobile, AL 36609<br>342-0264<br>Fax : 342-4842<br>Email: lrobertson@hermandpadgett.com |

*Trustee*
**John C. McAleer, III**
P.O. Box 1884
Mobile, AL 36633

(251) 438-4615

| Filing Date | # | Docket Text |
|---|---|---|
| 06/01/2005 | [1](#) (25 pgs) | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs (Case UpLoad) filed by Herman D. Padgett on behalf of Corla Reeves Jackson . (Padgett, Herman) (Entered: 06/01/2005) |
| 06/01/2005 | [2](#) (1 pg) | Application for INITIAL Debtor Attorney Fees Filed by Corla Reeves Jackson (Padgett, Herman) (Entered: 06/01/2005) |
| 06/01/2005 | [3](#) (1 pg) | Chapter 13 Plan Filed by Corla Reeves Jackson (Padgett, Herman) (Entered: 06/01/2005) |
| 06/01/2005 | [4](#) (1 pg) | Request for Wage Order Filed by Corla Reeves Jackson (Padgett, Herman) (Entered: 06/01/2005) |
| 06/02/2005 | [5](#) (2 pgs) | Case Assigned to Judge MARGARET A. MAHONEY. John C. McAleer added to case. 341(a) meeting to be held on 7/14/2005 at 01:00 PM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. Proofs of Claims due by 10/16/2005. Confirmation hearing to be held on 7/14/2005 at 01:00 PM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. Last day to Object to Confirmation 7/12/2005. (Hafner, Judy) (Entered: 06/02/2005) |
| 06/02/2005 | [6](#) (1 pg) | Order for Debtor's Employer to Pay Trustee Signed on 6/2/2005 (Hafner, Judy) (Entered: 06/02/2005) |
| 06/04/2005 | [7](#) (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)5 Judge Trustee 341 Meeting added, ) Service Date 06/04/2005. (Admin.) (Entered: 06/05/2005) |
| 06/04/2005 | [8](#) (2 pgs) | BNC Certificate of Mailing (related document(s)6 Order for Debtor's Employer to Pay Trustee) Service Date 06/04/2005. (Admin.) (Entered: 06/05/2005) |
| 06/04/2005 | [9](#) (2 pgs) | BNC Certificate of Mailing (related document(s)3 Chapter 13 Plan filed by Corla Reeves Jackson) Service Date 06/04/2005. (Admin.) (Entered: 06/05/2005) |
|  |  |  |

| | | |
|---|---|---|
| 06/06/2005 | | Receipt Number 253244, Fee Amount $194 (related document(s)[1](#) Chapter 13 Voluntary Petition All Schedules and Statements (fee)- case upload filed by Corla Reeves Jackson) (Hafner, Judy) (Entered: 06/06/2005) |
| 06/13/2005 | [10](#)<br>(2 pgs) | RESET Meeting of Creditors 341(a) meeting to be held on 7/21/2005 at 01:00 PM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. Proofs of Claims due by 10/23/2005. Confirmation hearing to be held on 7/21/2005 at 01:00 PM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. Last day to Object to Confirmation 7/19/2005. (Brown, Janet) (Entered: 06/13/2005) |
| 06/15/2005 | [11](#)<br>(1 pg) | Notice of Appearance and Request for Notice by John M. Hunter Filed by on behalf of GMAC Mortgage Corp (Hunter, John) (Entered: 06/15/2005) |
| 06/15/2005 | [12](#)<br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)[10](#) Meeting of Creditors Chapter 13, ) Service Date 06/15/2005. (Admin.) (Entered: 06/16/2005) |
| 07/18/2005 | [13](#)<br>(3 pgs) | Objection to Debtor's Claim of Exemptions Filed by John C. McAleer III Objections due by 8/7/2005. (Chapter13, Office15) (Entered: 07/18/2005) |
| 07/21/2005 | | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 8/4/2005 at 01:00 PM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. Confirmation hearing to be held on 8/4/2005 at 01:00 PM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Chapter13, Office4) (Entered: 07/21/2005) |
| 08/04/2005 | | Chapter 13 341 Meeting Held *and Confirmation Hearing - Plan is Conditionally Confirmed until the Bar Date* (Chapter13, Office15) (Entered: 08/04/2005) |
| 08/11/2005 | [14](#)<br>(1 pg) | Order Granting Objection to Debtor's Claim of Exemptions filed by John C. McAleer. Signed on 8/11/2005 (related document(s)[13](#) (Harris, Ruby) (Entered: 08/11/2005) |
| | [15](#)<br>(2 pgs) | BNC Certificate of Mailing (related document(s)[14](#) Order) Service Date 08/13/2005. (Admin.) (Entered: |

| | | |
|---|---|---|
| 08/13/2005 | | 08/14/2005) |
| 08/26/2005 | [16](#) (15 pgs) | Motion for Relief from Stay *and loan docs by John Hunter*. Fee Amount $150 Filed by GMAC Mortgage Corp (Hunter, John) (Entered: 08/26/2005) |
| 08/26/2005 | | Receipt of Motion for Relief From Stay(05-13142) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 1171525, in the amount of $ 150.00. (U.S. Treasury) (Entered: 08/26/2005) |
| 09/07/2005 | [17](#) (1 pg) | Notice of Hearing Set on relief from stay motion and Order extending the automatic stay (related document(s)[16](#) Motion for Relief From Stay filed by GMAC Mortgage Corp) Hearing scheduled for 9/21/2005 at 08:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Smith, Sue) (Entered: 09/07/2005) |
| 09/10/2005 | [18](#) (2 pgs) | BNC Certificate of Mailing (related document(s)[17](#) Hearing (Bk), Hearing (Bk)) Service Date 09/10/2005. (Admin.) (Entered: 09/11/2005) |
| 09/12/2005 | [19](#) (2 pgs) | Fact Summary Sheet for Motion for Relief From Stay Filed by GMAC Mortgage Corp (related document(s) [16](#) Motion for Relief From Stay filed by GMAC Mortgage Corp) (Hunter, John) (Entered: 09/12/2005) |
| 09/12/2005 | [20](#) (2 pgs) | Fact Summary Sheet for Motion for Relief From Stay Filed by GMAC Mortgage Corp (related document(s) [16](#) Motion for Relief From Stay filed by GMAC Mortgage Corp) (Hunter, John) (Entered: 09/12/2005) |
| 09/13/2005 | | Corrective Entry: Duplicate entry (related document(s)[19](#) Fact Summary Sheet for Motion for Relief From Stay filed by GMAC Mortgage Corp, [20](#) Fact Summary Sheet for Motion for Relief From Stay filed by GMAC Mortgage Corp) (Hafner, Judy) (Entered: 09/13/2005) |
| 09/22/2005 | | Minute Entry: H: 9/21/2005 (related document(s)[16](#) Motion for Relief From Stay filed by GMAC Mortgage Corp. Motion denied without prejudice. A: Robertson, Hunter, McAleer) (Brooks, Antoinette) (Entered: 09/22/2005) |
| | [21](#) | Order Confirming Chapter 13 Plan (Chapter13, |

| | | |
|---|---|---|
| 10/25/2005 | (1 pg) | Office4) (Entered: 10/25/2005) |
| 10/27/2005 | 22 (2 pgs) | BNC Certificate of Mailing (related document(s)21 Order Confirming Chapter 13 Plan) Service Date 10/27/2005. (Admin.) (Entered: 10/28/2005) |
| 01/20/2006 | 23 (22 pgs) | Motion for Relief from Stay *and loan docs by John M. Hunter*. Fee Amount $150 Filed by GMAC Mortgage Corp (Hunter, John) (Entered: 01/20/2006) |
| 01/20/2006 | 24 (2 pgs) | Fact Summary Sheet for Motion for Relief From Stay Filed by GMAC Mortgage Corp (related document(s) 23 Motion for Relief From Stay filed by GMAC Mortgage Corp) (Hunter, John) (Entered: 01/20/2006) |
| 01/20/2006 | | Receipt of Motion for Relief From Stay(05-13142) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 1306767, in the amount of $ 150.00. (U.S. Treasury) (Entered: 01/20/2006) |
| 01/23/2006 | 25 (1 pg) | Notice of Hearing Set on relief from stay motion and Order extending the automatic stay (related document(s)23 Motion for Relief From Stay filed by GMAC Mortgage Corp) Hearing scheduled for 2/15/2006 at 08:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Smith, Sue) (Entered: 01/23/2006) |
| 01/25/2006 | 26 (2 pgs) | BNC Certificate of Mailing (related document(s)25 Hearing (Bk), Hearing (Bk)) Service Date 01/25/2006. (Admin.) (Entered: 01/26/2006) |
| 01/27/2006 | 27 (2 pgs) | NEGATIVE NOTICE Trustee's Motion to Dismiss Case *WITH A 90 DAY INJUNCTION* Objections due by 2/16/2006. (Chapter13, Office9) (Entered: 01/27/2006) |
| 02/03/2006 | 28 (1 pg) | Objection to *Trustee's Motion to Dismiss Case* Filed by Corla Reeves Jackson (related document(s)27 Trustee's Motion to Dismiss Case (Batch)) (Robertson, Lacy) (Entered: 02/03/2006) |
| | | Minute Entry: H: 2/15/2006 (related document(s)23 Motion for Relief From Stay filed by GMAC Mortgage Corp. Motion conditionally denied. Hunter to submit order and affidavit. A: Debtor, Robertson, Hunter, McAleer) (Brooks, Antoinette) (Entered: |

| | | |
|---|---|---|
| 02/15/2006 | | 02/15/2006) |
| 02/15/2006 | 29 (1 pg) | Affidavit Re: *13230 Tom Gaston Rd* Filed by GMAC Mortgage Corp (related document(s)23 Motion for Relief From Stay filed by GMAC Mortgage Corp) (Hunter, John) (Entered: 02/15/2006) |
| 03/01/2006 | 30 (1 pg) | Order Conditionally Denying Motion For Relief From Stay (Related Doc # 23) Signed on 3/1/2006. (Williams, Brenda) (Entered: 03/01/2006) |
| 03/03/2006 | 31 (2 pgs) | BNC Certificate of Mailing (related document(s)30 Order on Motion For Relief From Stay) Service Date 03/03/2006. (Admin.) (Entered: 03/04/2006) |
| 03/09/2006 | | Minute Entry: H: 3/8/2006 (related document(s)27 Trustee's Motion to Dismiss Case (Batch). Motion denied. A: Robertson, McAleer) (Brooks, Antoinette) (Entered: 03/09/2006) |
| 09/15/2006 | 32 (2 pgs) | Motion to Borrow/Incur Debt *To Mortgage Homeplace* Filed by Corla Reeves Jackson (Robertson, Lacy) (Entered: 09/15/2006) |
| 09/18/2006 | 33 (1 pg) | Notice of Hearing Set On (related document(s)32 Motion to Borrow/Incur Debt filed by Corla Reeves Jackson) Hearing scheduled for 10/11/2006 at 10:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Smith, Sue) (Entered: 09/18/2006) |
| 09/19/2006 | 34 (2 pgs) | Motion to Borrow/Incur Debt *To Mortgage Homeplace (Amended)* Filed by Corla Reeves Jackson (Robertson, Lacy) (Entered: 09/19/2006) |
| 09/20/2006 | 35 (2 pgs) | BNC Certificate of Mailing (related document(s)33 Hearing (Bk)) Service Date 09/20/2006. (Admin.) (Entered: 09/20/2006) |
| 10/11/2006 | | Minute Entry: H: 10/11/2006 (related document(s)34 Amended Motion to Borrow/Incur Debt filed by Corla Reeves Jackson. Motion granted. O: Robertson. Debtor's chapter 13 plan payments are increased to $601.00 per month. A: Debtor, Robertson, McAleer) (Brooks, Antoinette) (Entered: 10/11/2006) |
| | 36 (1 pg) | Amended Wage Order(related document(s)6 Order for Debtor's Employer to Pay Trustee) (Rodgers, |

| | | |
|---|---|---|
| 10/16/2006 | | Jackie (Chp13)) (Entered: 10/16/2006) |
| 10/24/2006 | 37 (1 pg) | Order Granting Motion To Borrow/Incur Debt (Related Doc # 34) Signed on 10/24/2006. (Brown, Janet) (Entered: 10/24/2006) |
| 10/26/2006 | 38 (2 pgs) | BNC Certificate of Mailing (related document(s)37 Order on Motion to Borrow/Incur Debt, ) Service Date 10/26/2006. (Admin.) (Entered: 10/26/2006) |
| 12/14/2006 | 39 (3 pgs) | Motion to Retain *Motion for Authorization to Represent Debtor* Filed by Corla Reeves Jackson (Mims, L.) (Entered: 12/14/2006) |
| 12/18/2006 | 40 (1 pg) | Notice of Hearing Set On (related document(s)39 Motion to Retain filed by Corla Reeves Jackson) Hearing scheduled for 1/17/2007 at 08:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Brooks, Antoinette) (Entered: 12/18/2006) |
| 12/20/2006 | 41 (2 pgs) | BNC Certificate of Mailing (related document(s)40 Hearing (Bk)) Service Date 12/20/2006. (Admin.) (Entered: 12/20/2006) |
| 12/21/2006 | 42 (5 pgs; 2 docs) | Amended Schedule B. Filed by Corla Reeves Jackson (Attachments: 1 Schedule B) (Robertson, Lacy) (Entered: 12/21/2006) |
| 12/21/2006 | 43 (3 pgs; 2 docs) | Amended Schedule C. Filed by Corla Reeves Jackson (Attachments: 1 Schedule C) (Robertson, Lacy) (Entered: 12/21/2006) |
| 01/19/2007 | | Minute Entry: H: 1/17/2007 (related document(s)39 Motion to Retain filed by Corla Reeves Jackson. Motion granted. O: Mims. A: Robertson, Mims, McAleer) (Brooks, Antoinette) (Entered: 01/19/2007) |
| 01/25/2007 | 44 (2 pgs) | NEGATIVE NOTICE Trustee's Motion to Dismiss Case *WITH A 90 DAY INJUNCTION* Objections due by 2/14/2007. (Gardner, Tiffani (Chp13)) (Entered: 01/25/2007) |
| 01/26/2007 | 45 (1 pg) | Order Granting Motion to Retain (Related Doc # 39) Signed on 1/26/2007. (Hafner, Judy) (Entered: 01/26/2007) |
| | 46 | BNC Certificate of Mailing (related document(s)45 |

| | | |
|---|---|---|
| 01/28/2007 | (2 pgs) | Order on Motion to Retain) Service Date 01/28/2007. (Admin.) (Entered: 01/28/2007) |
| 02/06/2007 | 47 (1 pg) | Objection to *Trustee's Motion to Dismiss Case* Filed by Corla Reeves Jackson (related document(s)44 Trustee's Motion to Dismiss Case (Batch)) (Robertson, Lacy) (Entered: 02/06/2007) |
| 02/07/2007 | | Hearing Set on (related document(s)44 Trustee's Motion to Dismiss Case, 47 Objection filed by Corla Reeves Jackson) Hearing scheduled for 2/28/2007 at 08:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Smith, Sue) (Entered: 02/07/2007) |
| 02/26/2007 | 48 (22 pgs) | Objection to Claim Number 7 by Claimant GMAC Mortgage. *filed by Corla Reeves Jackson* (Brown, Janet) (Entered: 02/26/2007) |
| 02/26/2007 | 49 (1 pg) | Notice of Hearing Set On (related document(s)48 Objection to Claim filed by GMAC Mortgage Corp) Hearing scheduled for 4/4/2007 at 08:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Smith, Sue) (Entered: 02/26/2007) |
| 02/28/2007 | 50 (2 pgs) | BNC Certificate of Mailing (related document(s)49 Hearing (Bk)) Service Date 02/28/2007. (Admin.) (Entered: 03/01/2007) |
| 03/02/2007 | | Minute Entry: H: 2/28/2007 (related document(s)44 Trustee's Motion to Dismiss Case (Batch)) Hearing continued to 4/4/2007 at 08:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. A: Debtor, Robertson, Davis (Brooks, Antoinette) (Entered: 03/02/2007) |
| 04/04/2007 | | Minute Entry: H: 4/4/2007 (related document(s)44 Trustee's Motion to Dismiss Case (Batch). Motion conditionally denied pursuant to consent order. 48 Objection to Claim filed by GMAC Mortgage Corp. Objection overruled. A: Debtor, Robertson, Hunter, McAleer) (Brooks, Antoinette) (Entered: 04/04/2007) |
| 04/12/2007 | 51 (1 pg) | Order Conditionally Denying Trustee's Motion To Dismiss Case (Related Doc # 44) Signed on 4/12/2007. (Brown, Janet) (Entered: 04/12/2007) |
| | | |

| | | |
|---|---|---|
| 04/14/2007 | 52 (2 pgs) | BNC Certificate of Mailing (related document(s)51 Order on Trustee's Motion to Dismiss Case (batch)) Service Date 04/14/2007. (Admin.) (Entered: 04/14/2007) |
| 04/19/2007 | 53 (1 pg) | Amended Order for Debtor's Employer to Pay Trustee (Miller, Alana (Chp13)) (Entered: 04/19/2007) |
| 05/08/2007 | 54 (2 pgs; 2 docs) | Order and Notice Dismissing Case For Failure To Comply With Consent Order Signed on 5/8/2007 (Brown, Janet) (Entered: 05/08/2007) |
| 05/10/2007 | 55 (2 pgs) | BNC Certificate of Mailing (related document(s)54 Order Dismissing Case) Service Date 05/10/2007. (Admin.) (Entered: 05/11/2007) |
| 05/10/2007 | 56 (2 pgs) | BNC Certificate of Mailing (related document(s)54 Order Dismissing Case) Service Date 05/10/2007. (Admin.) (Entered: 05/11/2007) |
| 05/21/2007 | 57 (1 pg) | Motion to Reinstate Case Filed by Corla Reeves Jackson (Robertson, Lacy) (Entered: 05/21/2007) |
| 05/22/2007 | 58 (1 pg) | Notice of Hearing Set On (related document(s)57 Motion to Reinstate Case filed by Corla Reeves Jackson) Hearing scheduled for 6/20/2007 at 10:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Brooks, Antoinette) (Entered: 05/22/2007) |
| 05/24/2007 | 59 (2 pgs) | BNC Certificate of Mailing (related document(s)58 Hearing (Bk)) Service Date 05/24/2007. (Admin.) (Entered: 05/25/2007) |
| 06/21/2007 | | Minute Entry: H: 6/20/2007 (related document(s)57 Motion to Reinstate Case filed by Corla Reeves Jackson. Motion granted. O: Robertson. A: Debtor, Robertson, McAleer) (Brooks, Antoinette) (Entered: 06/21/2007) |
| 06/27/2007 | 60 (1 pg) | Order Granting Motion To Reinstate Case (Related Doc # 57) Signed on 6/27/2007. (Hafner, Judy) (Entered: 06/27/2007) |
| 06/29/2007 | 61 (2 pgs) | BNC Certificate of Mailing (related document(s)60 Order on Motion to Reinstate Case) Service Date 06/29/2007. (Admin.) (Entered: 06/30/2007) |
| | | |

| | | |
|---|---|---|
| 12/20/2007 | [62](#) (3 pgs) | Motion to Reduce and Allow Claims 2 *Money Now Title Loans (Trustee Claim 2)* Filed by John C. McAleer III Dorothy (Chp13) Howze (Howze, Dorothy (Chp13)) (Entered: 12/20/2007) |
| 12/21/2007 | [63](#) (1 pg) | Order Granting Motion To Reduce and Allow Claim #2 (Related Doc # [62](#)) Signed on 12/21/2007. (Hafner, Judy) (Entered: 12/21/2007) |
| 12/23/2007 | [64](#) (2 pgs) | BNC Certificate of Mailing (related document(s)[63](#) Order on Motion to Reduce and Allow Claim) Service Date 12/23/2007. (Admin.) (Entered: 12/23/2007) |
| 06/17/2008 | [65](#) (5 pgs; 2 docs) | Amended Schedule B. Filed by Corla Reeves Jackson (Attachments: [1](#) Schedule B) (Robertson, Lacy) (Entered: 06/17/2008) |
| 06/17/2008 | [66](#) (3 pgs; 2 docs) | Amended Schedule C. Filed by Corla Reeves Jackson (Attachments: [1](#) Schedule C) (Robertson, Lacy) (Entered: 06/17/2008) |
| 06/17/2008 | [67](#) (1 pg) | Motion To Suspend Plan Payments *For Three (3) Months (June 2008 thru August 2008)* Filed by Corla Reeves Jackson Lacy Robertson (Robertson, Lacy) (Entered: 06/17/2008) |
| 06/17/2008 | [68](#) (1 pg) | Notice of Hearing Set On (related document(s)[67](#) Motion to Suspend Plan Payments filed by Corla Reeves Jackson) Hearing scheduled for 7/16/2008 at 10:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Smith, Sue) (Entered: 06/17/2008) |
| 06/19/2008 | [69](#) (7 pgs) | Motion To Stay , Motion to Reinstate a Dismissed Case Filed by Corla Reeves Jackson (Public, One) (Entered: 06/19/2008) |
| 06/19/2008 | [70](#) (1 pg) | Notice of Hearing Set On (related document(s)[69](#) Motion To Stay, Motion to Reinstate a Dismissed Case filed by Corla Reeves Jackson) Hearing scheduled for 7/1/2008 at 10:00 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Brooks, Antoinette) (Entered: 06/19/2008) |
| | [71](#) (2 pgs) | BNC Certificate of Mailing (related document(s)[68](#) Hearing (Bk)) Service Date 06/19/2008. (Admin.) |

| | | |
|---|---|---|
| 06/19/2008 | | (Entered: 06/20/2008) |
| 06/20/2008 | [72](#) (3 pgs) | Objection to Debtor's Claim of Exemptions Filed by John C. McAleer III Objections due by 7/10/2008. (Miller, Alana (Chp13)) (Entered: 06/20/2008) |
| 06/21/2008 | [73](#) (2 pgs) | BNC Certificate of Mailing (related document(s)[70](#) Hearing (Bk), Hearing (Bk)) Service Date 06/21/2008. (Admin.) (Entered: 06/22/2008) |
| 06/24/2008 | [74](#) (1 pg) | Motion to Withdraw as Attorney Filed by Corla Reeves Jackson Lacy Robertson (Robertson, Lacy) (Entered: 06/24/2008) |
| 06/25/2008 | [75](#) (1 pg) | Notice of Hearing Set On (related document(s)[74](#) Motion to Withdraw as Attorney filed by Corla Reeves Jackson) Hearing scheduled for 7/16/2008 at 10:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Smith, Sue) (Entered: 06/25/2008) |
| 06/26/2008 | [76](#) (2 pgs) | Notice of Appearance and Request for Notice by Barry A. Friedman Filed by on behalf of Corla Reeves Jackson (Friedman, Barry) (Entered: 06/26/2008) |
| 06/26/2008 | [77](#) (2 pgs) | Application to Employ Barry A Friedman as Debtor's Attorney Filed by Corla Reeves Jackson Barry A. Friedman (Friedman, Barry) (Entered: 06/26/2008) |
| 06/27/2008 | [78](#) (2 pgs) | BNC Certificate of Mailing (related document(s)[75](#) Hearing (Bk)) Service Date 06/27/2008. (Admin.) (Entered: 06/28/2008) |
| 07/01/2008 | | Notice to Correct: Wrong Event; attorney to refile as an Application for Compensation (related document(s)[77](#) Application to Employ filed by Corla Reeves Jackson) (Hafner, Judy) (Entered: 07/01/2008) |
| | | Minute Entry: Hearing: 07/01/2008 , (RE: Doc #69; Motion To Stay, Motion to Reinstate a Dismissed Case) Continued to 07/23/2008 at 01:00 PM at Courtroom Two Mobile. Appearances by: Barry A. Friedman attorney for Corla Reeves Jackson (Debtor) Corla Reeves Jackson Herman D. Padgett attorney for Corla Reeves Jackson (Debtor) John C. McAleer III (Trustee) L. Daniel Mims attorney for Corla Reeves |

| | | |
|---|---|---|
| 07/01/2008 | | Jackson (Debtor) Lacy Robertson attorney for Corla Reeves Jackson (Debtor) . (Brooks) (Entered: 07/01/2008) |
| 07/07/2008 | [79](#) (1 pg) | Motion to Continue Hearing On *Wednesday, July 16, 2008 at 10:30 Am* Filed by Corla Reeves Jackson Barry A. Friedman (related document(s)[67](#) Motion to Suspend Plan Payments filed by Corla Reeves Jackson, [69](#) Motion To Stay, Motion to Reinstate a Dismissed Case filed by Corla Reeves Jackson) (Friedman, Barry) (Entered: 07/07/2008) |
| 07/08/2008 | | Minute Entry: Signed on 7/8/2008 (related document(s)[79](#) Motion to Continue Hearing filed by Corla Reeves Jackson. Motion granted. [67](#) Motion to Suspend Plan Payments filed by Corla Reeves Jackson, [69](#) Motion To Stay, Motion to Reinstate a Dismissed Case filed by Corla Reeves Jackson) Hearing continued to 7/23/2008 at 01:00 PM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Brooks, Antoinette) (Entered: 07/08/2008) |
| 07/08/2008 | [80](#) (2 pgs) | Application for Compensation for Barry A. Friedman, Debtor's Attorney, Period: to, Fee: $500.00, Expenses: $. Filed by Barry A. Friedman (Friedman, Barry) (Entered: 07/08/2008) |
| 07/08/2008 | [81](#) (1 pg) | Notice of Hearing Set On (related document(s)[80](#) Application for Compensation filed by Corla Reeves Jackson) Hearing scheduled for 8/13/2008 at 10:30 AM at Courtroom 2, 201 St. Louis Street, Mobile, AL 36602. (Smith, Sue) (Entered: 07/08/2008) |
| 07/10/2008 | [82](#) (2 pgs) | BNC Certificate of Mailing (related document(s)[81](#) Hearing (Bk)) Service Date 07/10/2008. (Admin.) (Entered: 07/11/2008) |
| 07/17/2008 | | Minute Entry: H: 7/16/2008 (related document(s)[74](#) Motion to Withdraw as Attorney filed by Corla Reeves Jackson. Motion granted. O: Robertson. A: Robertson, McAleer) (Brooks, Antoinette) (Entered: 07/17/2008) |
| 07/21/2008 | [83](#) (1 pg) | Order Granting Motion To Withdraw As Attorney (Related Doc # [74](#)) Signed on 7/21/2008. (Heffernan, P) (Entered: 07/21/2008) |
| | | Minute Entry: H: 7/23/2008 Order Mooting Motion To Stay (Related Doc # [69](#)), Mooting Motion To Reinstate a |

| | | |
|---|---|---|
| 07/23/2008 | | Dismissed Case (Related Doc # 69). A: Debtor, Friedman, Hunter, McAleer (Brooks, Antoinette) (Entered: 07/23/2008) |
| 07/23/2008 | | Minute Entry: H: 7/23/2008 (related document(s)67 Motion to Suspend Plan Payments filed by Corla Reeves Jackson. Motion granted and debtor's chapter 13 plan payments to resume 9/1/2008. O: Friedman. A: Debtor, Friedman, Hunter, McAleer) (Brooks, Antoinette) (Entered: 07/23/2008) |
| 07/23/2008 | 84 (2 pgs) | BNC Certificate of Mailing (related document(s)83 Order on Motion to Withdraw as Attorney) Service Date 07/23/2008. (Admin.) (Entered: 07/24/2008) |
| 07/29/2008 | 85 (1 pg) | Order Granting Trustee's Objection to Debtor's Claim of Exemptions. Signed on 7/29/2008 (related document(s)72 Objection to Debtor's Claim of Exemptions filed by John C. McAleer) (Jones, Karen) (Entered: 07/29/2008) |
| 07/30/2008 | 86 (1 pg) | Order Granting Motion To Suspend Plan Payments (Related Doc # 67) Signed on 7/30/2008. (Jones, Karen) (Entered: 07/30/2008) |
| 07/31/2008 | 87 (2 pgs) | BNC Certificate of Mailing (related document(s)85 Order on Objection to Debtor's Claim of Exemptions) Service Date 07/31/2008. (Admin.) (Entered: 08/01/2008) |
| 08/01/2008 | 88 (2 pgs) | BNC Certificate of Mailing (related document(s)86 Order on Motion to Suspend Plan Payments) Service Date 08/01/2008. (Admin.) (Entered: 08/02/2008) |
| 08/05/2008 | 89 (1 pg) | Order Releasing Wage Order (Chapter 13 Trustee (Auto-File), ) (Entered: 08/05/2008) |
| 08/08/2008 | 90 (2 pgs) | BNC Certificate of Mailing (related document(s)89 Order Releasing Wage Order) Service Date 08/08/2008. (Admin.) (Entered: 08/09/2008) |
| 08/14/2008 | | Minute Entry: H: 8/13/2008 (related document(s)80 Application for Compensation filed by Corla Reeves Jackson. Granted. O: Friedman. A: Friedman, McAleer) (Brooks, Antoinette) (Entered: 08/14/2008) |
| 08/19/2008 | 91 (1 pg) | Order Granting Application For Compensation (Related Doc # 80). Granting for Barry A. Friedman, fees awarded: $500. Signed on 8/19/2008. (Jones, Karen) (Entered: 08/19/2008) |
| | 92 | BNC Certificate of Mailing (related document(s)91 Order on |

| | | |
|---|---|---|
| 08/21/2008 | (2 pgs) | Application for Compensation) Service Date 08/21/2008. (Admin.) (Entered: 08/22/2008) |
| 09/02/2008 | 93 (1 pg) | **Order for Debtor's Employer to Pay Trustee** (Chapter 13 Trustee (Auto-File), ) (Entered: 09/02/2008) |
| 10/03/2008 | 94 (1 pg) | Objection to Claim Number 9 by Claimant Singing River Hospital. (Friedman, Barry) Objections due by 11/3/2008. (Entered: 10/03/2008) |
| 11/25/2008 | | An Order Is Due To Be Filed By Barry A. Friedman no later than 12/11/08. (related document(s)94 Objection to Claim filed by Corla Reeves Jackson) (Jones, Karen) (Entered: 11/25/2008) |
| 12/05/2008 | 95 (1 pg) | **Order Granting Debtor's Objection to Claim 9. C#9 is Disallowed. (Related Doc # 94) Signed on 12/5/2008.** (Jones, Karen) (Entered: 12/05/2008) |
| 12/07/2008 | 96 (2 pgs) | BNC Certificate of Mailing (related document(s)95 Order on Objection to Claim) Service Date 12/07/2008. (Admin.) (Entered: 12/08/2008) |
| 07/16/2009 | 97 (1 pg) | Objection to Claim Number 1 by Claimant GMAC Mortgage Corporation. (Friedman, Barry) Objections due by 8/17/2009. (Entered: 07/16/2009) |
| 07/16/2009 | 98 (1 pg) | Objection to Claim Number 7 by Claimant GMAC Mortgage Corporation. (Friedman, Barry) Objections due by 8/17/2009. (Entered: 07/16/2009) |
| 09/18/2009 | 99 (1 pg) | **Order Sustaining Debtor's Objection to Claim 7. C#7 is Disallowed. (Related Doc # 98) Signed on 9/18/2009.** (Folds, Karen) (Entered: 09/18/2009) |
| 09/18/2009 | 100 (1 pg) | **Order Sustaining Debtor's Objection to Claim 1. C#1 is Disallowed. (Related Doc # 97) Signed on 9/18/2009.** (Folds, Karen) (Entered: 09/18/2009) |
| 09/20/2009 | 101 (2 pgs) | BNC Certificate of Mailing (related document(s)99 Order on Objection to Claim) Service Date 09/20/2009. (Admin.) (Entered: 09/20/2009) |
| 09/20/2009 | 102 (2 pgs) | BNC Certificate of Mailing (related document(s)100 Order on Objection to Claim) Service Date 09/20/2009. (Admin.) (Entered: 09/20/2009) |
| | | |

| | | |
|---|---|---|
| 10/01/2009 | 103 (1 pg) | **Amended Order Signed on 10/1/2009 (related document (s)100 Order on Objection to Claim)** (Folds, Karen) (Entered: 10/01/2009) |
| 10/01/2009 | | Claim Status Updated: ECF Claim #1 filed by GMAC MORTGAGE CORPORATION is REDUCED and ALLOWED to the amount paid (Folds, Karen) (Entered: 10/01/2009) |
| 10/01/2009 | 104 (1 pg) | **Amended Order Signed on 10/1/2009 (related document (s)99 Order on Objection to Claim)** (Folds, Karen) (Entered: 10/01/2009) |
| 10/01/2009 | | Claim Status Updated: ECF Claim #7 filed by GMAC MORTGAGE CORPORATION is REDUCED and ALLOWED to the amount paid (Folds, Karen) (Entered: 10/01/2009) |
| 10/03/2009 | 105 (2 pgs) | BNC Certificate of Mailing (related document(s)103 Amended Order) Service Date 10/03/2009. (Admin.) (Entered: 10/03/2009) |
| 10/03/2009 | 106 (2 pgs) | BNC Certificate of Mailing (related document(s)104 Amended Order) Service Date 10/03/2009. (Admin.) (Entered: 10/03/2009) |
| 10/09/2009 | 107 (1 pg) | Order Releasing Wage Order (Chapter 13 Trustee (Auto-File)) (Entered: 10/09/2009) |
| 10/11/2009 | 108 (2 pgs) | BNC Certificate of Mailing (related document(s)107 Order Releasing Wage Order) Service Date 10/11/2009. (Admin.) (Entered: 10/11/2009) |
| 01/19/2010 | 109 (1 pg) | Chapter 13 Trustee Final Report and Account (Bedwell, Virginia (Chp13)) (Entered: 01/19/2010) |
| 01/20/2010 | 110 (2 pgs) | **Order Discharging Debtor Signed on 1/20/2010** (Hafner, Judy) (Entered: 01/20/2010) |
| 01/20/2010 | 111 (1 pg) | **Final Decree: The Debtor's Estate has been fully administered. The Trustee in this case is discharged and the bond is cancelled. Signed on 1/20/2010** (Hafner, Judy) (Entered: 01/20/2010) |
| 01/20/2010 | | Bankruptcy Case Closed (Hafner, Judy) (Entered: 01/20/2010) |
| | | |

| 01/22/2010 | [112](#) (3 pgs) | BNC Certificate of Mailing - Order of Discharge. (related document(s)[110](#) Order Discharging Debtor(s)) Service Date 01/22/2010. (Admin.) (Entered: 01/23/2010) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/15/2013 12:03:27 | | |
| **PACER Login:** mf1354 | **Client Code:** | 219810000083 |
| **Description:** Docket Report | **Search Criteria:** | 05-13142 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** 9 | **Cost:** | 0.90 |