# Exhibit D

JOHN M. HUNTER
ATTORNEY AT LAW
(251) 432-1671
jhunter@sirote.com

S I R O T E
— & —
P E R M U T T
A PROFESSIONAL CORPORATION

August 29, 2006

Herman D Padgett, Esq.          Corla Reeves Jackson
4317 Downtowner Loop North      13230 Tom Gaston Road
Mobile, AL 36609                Mobile, AL 36695

### TEN (10) DAY NOTICE OF DEFAULT

Creditor:    GMAC Mortgage Corporation
BK Case:     05-13142-MAM-13
Loan No:     0835002124

Dear Mr. Padgett and Ms. Jackson:

Pursuant to the Order entered by the Court in this matter on March 1, 2006, notice is hereby given that our records reflect that Corla Reeves Jackson is in post-petition default on the direct mortgage payments as follows:

| | |
|---|---|
| 2 payments of $1,927.52 each for July 1, 2006 and August 1, 2006: | $3,855.04 |
| 2 late charges of $72.48 each for July 1, 2006 and August 1, 2006 | $ 144.96 |
| Attorney Fees for filing Notice of Default | $75.00 |
| **Total Due:** | **$4,075.00** |

Pursuant to the Order, this account must be completely current no later than ten (10) days from the date of this notice in order to prevent foreclosure action.

**Payment must be made in the form of a certified check or a money order. PLEASE SEND PAYMENT DIRECTLY TO THE MORTGAGE COMPANY.**

Very truly yours,

John M. Hunter
FOR THE FIRM

JMH/kw

cc:  GMAC Mortgage

**NOTICE: THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

ONE ST. LOUIS CENTRE, SUITE 1000    MOBILE, ALABAMA 36602
POST OFFICE DRAWER 2025    MOBILE, ALABAMA 36652-2025
FAX - 251.434.0196    URL | http://www.sirote.com

Birmingham    |    Huntsville    |    Mobile

JOHN M. HUNTER
ATTORNEY AT LAW
(251) 432-1671
jhunter@sirote.com

June 8, 2006

**SIROTE**
— & —
**PERMUTT**
A PROFESSIONAL CORPORATION

Herman D Padgett, Esq.                    Corla Reeves Jackson
P. O. Box 62                             13230 Tom Gaston Road
Mobile, AL 36601-0062                    Mobile, AL 36695

## TEN (10) DAY NOTICE OF DEFAULT

Creditor:    GMAC Mortgage Corporation
BK Case:     05-13142-MAM
Loan No:     0835002124

Dear Mr. Padgett and Ms. Jackson:

Pursuant to the Order entered by the Court in this matter on March 1, 2006, notice is hereby
given that our records reflect that Corla Reeves Jackson is in post-petition default on the direct
mortgage payments as follows:

| | |
|---|---:|
| 2 payments of $1,927.52 each for May, 2006 and June, 2006: | $3,855.04 |
| 1 late charges of $102.16 each for May, 2006 | $102.16 |
| Attorney Fees for filing Notice of Default | $75.00 |
| **Total Due:** | **$4,032.20** |

Pursuant to the Order, this account must be completely current no later than ten (10) days from
the date of this notice in order to prevent foreclosure action.

**Payment must be made in the form of a certified check or a money order.** PLEASE SEND
PAYMENT DIRECTLY TO THE MORTGAGE COMPANY.

Very truly yours,

John M. Hunter
FOR THE FIRM

JMH/kw

cc:  GMAC Mortgage

**NOTICE: THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

ONE ST. LOUIS CENTRE, SUITE 1000   MOBILE, ALABAMA 36602
POST OFFICE DRAWER 2025   MOBILE, ALABAMA 36652-2025
FAX · 251.434.0196   URL | http: www.sirote.com

B i r m i n g h a m   |   H u n t s v i l l e   |   M o b i l e