# Exhibit E


**CLOSED**

# U.S. Bankruptcy Court
## Southern District of Alabama (Mobile)
### Bankruptcy Petition #: 10-04820

| | |
|---|---|
| *Assigned to:* BANKRUPTCY JUDGE WILLIAM S. SHULMAN | *Date filed:* 10/15/2010 |
| Chapter 13 | *Date terminated:* 02/24/2011 |
| Voluntary | *Debtor dismissed:* 12/20/2010 |
| Asset | *341 meeting:* 12/16/2010 |

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Corla Reeves Jackson**
13230 Tom Gaston Road
Mobile, AL 36695
MOBILE-AL
251-554-1785
SSN / ITIN: xxx-xx-9711

represented by **Corla Reeves Jackson**
PRO SE

**Trustee**
**John C. McAleer, III**
P.O. Box 1884
Mobile, AL 36633
(251) 438-4615

| Filing Date | # | Docket Text |
|---|---|---|
| 10/15/2010 | 1 (10 pgs) | Chapter 13 Voluntary Petition. Receipt Number-Fee Paid, Fee Amount $274 Filed by Corla Reeves Jackson. Chapter 13 Plan due by 10/29/2010. Chp 13 Monthly Income and Disposable Income Form 22C Due 10/29/2010 Schedules A-J due 10/29/2010. Statement of Financial Affairs due 10/29/2010. Summary of schedules due 10/29/2010. Credit Counseling Date: 10/29/2010. Incomplete Filings due by 10/29/2010. (Alvarez, Shelly) Additional attachment(s) added on 10/19/2010 (Smith, Jan). (Entered: 10/15/2010) |
| 10/15/2010 | | Receipt Number 263965, Fee Amount $274.00 (related document(s)1 Voluntary Petition (Chapter 13) filed by Corla Reeves Jackson) (Fogle, R.) (Entered: 10/15/2010) |

| | | |
|---|---|---|
| 10/18/2010 | [2](#) (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 11/18/2010 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Objection to Dischargeability of Certain Debts Due 1/3/2011. Proofs of Claims due by 2/16/2011. Government Proof of Claim due by 4/13/2011. Confirmation hearing to be held on 11/18/2010 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 11/16/2010. (Denny, Linda) (Entered: 10/18/2010) |
| 10/18/2010 | [3](#) (1 pg) | Notice of 11 U.S.C. 521(a)(1) Documents Due (Denny, Linda) (Entered: 10/18/2010) |
| 10/20/2010 | [4](#) (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)2 Meeting of Creditors Chapter 13) Service Date 10/20/2010. (Admin.) (Entered: 10/21/2010) |
| 10/20/2010 | [5](#) (2 pgs) | BNC Certificate of Mailing (related document(s)3 Notice of 11 U.S.C. 521(a)(1) Documents Due) Service Date 10/20/2010. (Admin.) (Entered: 10/21/2010) |
| 10/29/2010 | [6](#) (3 pgs) | Motion to Extend Time for Credit Counseling Filed by Corla Reeves Jackson (Fogle, R.) (Entered: 10/29/2010) |
| 10/29/2010 | [7](#) (1 pg) | Notice of Appearance and Request for Notice by Susannah R. Walker Filed by on behalf of GMAC MORTGAGE, LLC (Walker, Susannah) (Entered: 10/29/2010) |
| 11/01/2010 | [8](#) (1 pg) | Notice of Hearing Set On (related document(s)6 Motion to Extend Time for Credit Counseling filed by Corla Reeves Jackson) Hearing scheduled for 11/17/2010 at 10:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. (Smith, Sue) (Entered: 11/01/2010) |
| 11/03/2010 | [9](#) (2 pgs) | BNC Certificate of Mailing (related document(s)8 Hearing (Bk)) Service Date 11/03/2010. (Admin.) (Entered: 11/04/2010) |
| 11/17/2010 | [10](#) (1 pg) | Certificate of Credit Counseling For Debtor Filed by Corla Reeves Jackson (related document(s)1 Voluntary Petition (Chapter 13) filed by Corla Reeves Jackson) (Fogle, R.) (Entered: 11/17/2010) |

| | | |
|---|---|---|
| 11/18/2010 | [11](#)<br>(2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 12/16/2010 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 12/16/2010 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 12/14/2010. (Cameron, Tiffany (Chp 13)) (Entered: 11/18/2010) |
| 11/18/2010 | | **Minute Entry: 11/17/10. Order Granting Motion To Extend Time for Credit Counseling (Related Doc # [6](#)) Credit Counseling Date: 11/17/2010. A:Debtor, O'Brien.** (Jemison, Angie) (Entered: 11/18/2010) |
| 12/01/2010 | [12](#)<br>(6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s) [11](#) Chapter 13 341 Meeting Continued/Reset) Notice Date 12/01/2010. (Admin.) (Entered: 12/02/2010) |
| 12/17/2010 | | Chapter 13 341 Meeting Held *Case Orally Dismissed with a 90 Day Injunction* (Cameron, Tiffany (Chp 13)) (Entered: 12/17/2010) |
| 12/20/2010 | [13](#)<br>(2 pgs; 2 docs) | **Order and Notice Dismissing Case with 90 day injunction for the reason stated by the Trustee at the 341 meeting of creditors. Barred Debtor Jackson, Corla Reeves starting 12/20/2010 to 3/20/2011 Signed on 12/20/2010 (related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Corla Reeves Jackson)** (Denny, Linda) (Entered: 12/20/2010) |
| 12/22/2010 | [14](#)<br>(3 pgs) | BNC Certificate of Mailing (related document(s) [13](#) Order Dismissing Case) Notice Date 12/22/2010. (Admin.) (Entered: 12/23/2010) |
| 12/22/2010 | [15](#)<br>(3 pgs) | BNC Certificate of Mailing (related document(s) [13](#) Order Dismissing Case) Notice Date 12/22/2010. (Admin.) (Entered: 12/23/2010) |
| 02/23/2011 | [16](#)<br>(1 pg) | Chapter 13 Trustee Final Report and Account (Bedwell, Virginia (Chp13)) (Entered: 02/23/2011) |
| 02/24/2011 | [17](#)<br>(1 pg) | **Final Decree: The Debtor's Estate has been fully administered. The Trustee in this case is discharged and the bond is cancelled. Signed on 2/24/2011** (Denny, Linda) (Entered: 02/24/2011) |

| | | |
|---|---|---|
| 02/24/2011 | [18](#) (1 pg) | Case closed without discharge. Debtor(s) case was dismissed. (Denny, Linda) (Entered: 02/24/2011) |
| 02/26/2011 | [19](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [17](#) Final Decree) Notice Date 02/26/2011. (Admin.) (Entered: 02/26/2011) |
| 02/26/2011 | [20](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [18](#) Case Closed Without Discharge) Notice Date 02/26/2011. (Admin.) (Entered: 02/26/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/15/2013 11:55:06 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 219810000083 |
| **Description:** | Docket Report | **Search Criteria:** | 10-04820 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |