# Exhibit F



**CLOSED**

# U.S. Bankruptcy Court
## Southern District of Alabama (Mobile)
### Bankruptcy Petition #: 11-01545

*Assigned to:* BANKRUPTCY JUDGE WILLIAM S. SHULMAN
Chapter 13
Voluntary
Asset

*Date filed:* 04/18/2011
*Date terminated:* 12/10/2012
*Debtor dismissed:* 09/27/2012
*Plan confirmed:* 03/23/2012
*341 meeting:* 03/08/2012

*Debtor disposition:* Dismissed for failure to make plan payments

*Debtor*
**Corla Reeves Jackson**
13230 Tom Gaston Road
Mobile, AL 36695
MOBILE-AL
SSN / ITIN: xxx-xx-9711

represented by **Barry A. Friedman**
Barry A. Friedman and Associates P.C.
P. O. Box 2394
Mobile, AL 36652-2394
(251) 439-7400
Email: bky@bafmobile.com

*Trustee*
**John C. McAleer, III**
P.O. Box 1884
Mobile, AL 36633
(251) 438-4615

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2011 | 1 (6 pgs) | Chapter 13 Voluntary Petition. Fee Amount $50.00 Filed by Corla Reeves Jackson. Chp 13 Monthly Income and Disposable Income Form 22C Due 05/2/2011 Schedule A due 05/2/2011. Schedule B due 05/2/2011. Schedule C due 05/2/2011. Schedule G due 05/2/2011. Schedule H due 05/2/2011. Schedule I due 05/2/2011. Schedule J due 05/2/2011. Statement of Financial Affairs due 05/2/2011. Summary of schedules due 05/2/2011. Incomplete Filings due by 05/2/2011. (Friedman, Barry) (Entered: 04/18/2011) |
| 04/18/2011 | 2 (1 pg) | Certificate of Credit Counseling For Debtor Filed by Corla Reeves Jackson (Friedman, Barry) (Entered: 04/18/2011) |

| | | |
|---|---|---|
| 04/18/2011 | [3](#) (1 pg) | Application to Pay Filing Fee in Installments Filed by Corla Reeves Jackson Barry A. Friedman (Friedman, Barry) (Entered: 04/18/2011) |
| 04/18/2011 | | Receipt of Voluntary Petition (Chapter 13)(11-01545) [misc,volp13] ( 50.00) Filing Fee. Receipt number 3755746, in the amount of $ 50.00. (U.S. Treasury) (Entered: 04/18/2011) |
| 04/19/2011 | [4](#) (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 05/19/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Objection to Dischargeability of Certain Debts Due 7/5/2011. Proofs of Claims due by 8/17/2011. Government Proof of Claim due by 10/17/2011. Confirmation hearing to be held on 5/19/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 5/17/2011. (JH) (Entered: 04/19/2011) |
| 04/19/2011 | [5](#) (1 pg) | **Order Granting Application To Pay Filing Fees In Installments. (Related Doc # [3](#)). Signed on 4/19/2011. Second Installment Payment of $74.67 due by 5/18/2011. Third Installment Payment of $74.67 due by 6/18/2011. Final Installment Payment of $74.66 due by 7/18/2011.** (JH) (Entered: 04/19/2011) |
| 04/19/2011 | [6](#) (1 pg) | Notice of Documents Due - The debtor(s)/petitioner(s) is/are hereby notified that this case may be dismissed in accordance with 11U.S.C.521(i)(1) and/or 11 U.S.C. 521(i)(2) and/or that it may be closed without discharge if the following documents are not filed timely. - Chapter 13 Plan -Exhibit D Individual Debtor Statement of Compliance with Credit Counseling Requirement -List of Creditors - Summary of Schedules -Schedule of Current Income and Current Expenditures -Statement of Financial Affairs -Notice to Individual Consumer Debtors - Schedule A Real Property -Schedule B Personal Property -Schedule C Property Claimed as Exempt - Schedule G Executory Contracts and Leases - Schedule H Codebtors -Schedule I Current Income of Individual Debtor(s) -Schedule J Current Expenditures of Indivdual Debtor(s) -Declaration Concerning Debtor Schedules -Disclosure of Compensation of Attorney for Debtor - (JH) (Entered: 04/19/2011) |
| | | |

| | | |
|---|---|---|
| 04/21/2011 | [7](#) (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s) [4](#) Meeting of Creditors Chapter 13) Notice Date 04/21/2011. (Admin.) (Entered: 04/22/2011) |
| 04/21/2011 | [8](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [6](#) Notice of 11 U.S.C. 521(a)(1) Documents Due) Notice Date 04/21/2011. (Admin.) (Entered: 04/22/2011) |
| 04/21/2011 | [9](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [5](#) Order on Motion To Pay Filing Fees in Installments) Notice Date 04/21/2011. (Admin.) (Entered: 04/22/2011) |
| 05/02/2011 | [10](#) (1 pg) | Notice of Appearance and Request for Notice by Susannah R. Walker Filed by on behalf of GMAC MORTGAGE, LLC (Walker, Susannah) (Entered: 05/02/2011) |
| 05/04/2011 | [11](#) (1 pg) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Corla Reeves Jackson Barry A. Friedman (Friedman, Barry) (Entered: 05/04/2011) |
| 05/05/2011 | [12](#) (1 pg) | **Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information to 5/19/11(Related Doc # [11](#)) Signed on 5/5/2011.** (JH) (Entered: 05/05/2011) |
| 05/07/2011 | [13](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [12](#) Order on Motion to Extend Deadline to File Schedules) Notice Date 05/07/2011. (Admin.) (Entered: 05/07/2011) |
| 05/19/2011 | [14](#) (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 6/23/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 6/23/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 6/21/2011. (McAleer, John) (Entered: 05/19/2011) |
| 05/19/2011 | [15](#) (1 pg) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Corla Reeves Jackson Barry A. Friedman (Friedman, Barry) (Entered: 05/19/2011) |

| | | |
|---|---|---|
| 05/19/2011 | 16 (1 pg) | Notice of Hearing Set On (related document(s)15 Motion to Extend Deadline to File Schedules filed by Corla Reeves Jackson) Hearing scheduled for 6/22/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. (Smith, Sue) (Entered: 05/19/2011) |
| 05/21/2011 | 17 (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s) 14 Chapter 13 341 Meeting Continued/Reset) Notice Date 05/21/2011. (Admin.) (Entered: 05/21/2011) |
| 05/21/2011 | 18 (3 pgs) | BNC Certificate of Mailing (related document(s) 16 Hearing (Bk)) Notice Date 05/21/2011. (Admin.) (Entered: 05/21/2011) |
| 05/31/2011 | 19 (1 pg) | **Bill of Costs - Corla Reeves Jackson - $ 74.67 for Missed Second Installment Payment** RE:5Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 3). Signed on 4/19/2011. Second Installment Payment of $74.67 due by 5/18/2011. Third Installment Payment of $74.67 due by 6/18/2011. Final Installment Payment of $74.66 due by 7/18/2011. (JH) Filing Fee is due by 6/7/2011. (SLA) (Entered: 05/31/2011) |
| 06/02/2011 | 20 (3 pgs) | BNC Certificate of Mailing (related document(s) 19 Bill of Costs) Notice Date 06/02/2011. (Admin.) (Entered: 06/02/2011) |
| 06/03/2011 | | First Installment Payment. Fee Amount $75.00 Filed by Corla Reeves Jackson (Friedman, Barry) (Entered: 06/03/2011) |
| 06/03/2011 | | Receipt of First Installment Fee Paid(11-01545) [misc,instfeep] ( 75.00) Filing Fee. Receipt number 3833732, in the amount of $ 75.00. (U.S. Treasury) (Entered: 06/03/2011) |
| 06/21/2011 | 21 (32 pgs) | Schedule A,Schedule B,Schedule C,Schedule E,Schedule G,Schedule H,Schedule I,Schedule J, Filed on the behalf of: Debtor Corla Reeves Jackson (Friedman, Barry) (Entered: 06/21/2011) |
| | 22 (9 pgs) | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) , Disclosure of Compensation of Attorney for Debtor , Exhibit D - Individual Debtor's Statment of Compliance with |

| Date | Doc # | Description |
|---|---|---|
| 06/21/2011 | | Credit Counseling Requirement., Statement of Financial Affairs Filed by Corla Reeves Jackson (related document(s)1 Voluntary Petition (Chapter 13) filed by Corla Reeves Jackson) (Friedman, Barry) (Entered: 06/21/2011) |
| 06/22/2011 | | **Notice to Correct: Exhibit D to be refiled with appropriate box checked (related document(s)22 Chapter 13 Statement of Current Monthly and Disposable Income filed by Corla Reeves Jackson, Disclosure of Compensation of Attorney for Debtor, Exhibit D - Individual Debtor's Statment of Compliance with Credit Counseling Requirement., Statement of Financial Affairs) (JH) (Entered: 06/22/2011)** |
| 06/23/2011 | 23 (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 7/28/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 7/28/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 7/26/2011. (McAleer, John) (Entered: 06/23/2011) |
| 06/24/2011 | 24 | **Minute Entry: Hearing Date: 6/22/2011. (related document(s)15 Motion to Extend Deadline to File Schedules filed by Corla Reeves Jackson. Motion granted and deadline is extended to 6/22/2011. Order due by 7/8/2011 from Friedman. Appearances: Friedman, O'Brien.** (AB) (Entered: 06/24/2011) |
| 06/25/2011 | 25 (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s) 23 Chapter 13 341 Meeting Continued/Reset) Notice Date 06/25/2011. (Admin.) (Entered: 06/25/2011) |
| 06/27/2011 | 26 (1 pg) | **Bill of Costs - Corla Reeves Jackson - $ 74.67 for Missed Third Installment Payment** RE:5 Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 3). Signed on 4/19/2011. Second Installment Payment of $74.67 due by 5/18/2011. Third Installment Payment of $74.67 due by 6/18/2011. Final Installment Payment of $74.66 due by 7/18/2011. Filing Fee is due by 7/5/2011. (SLA) (Entered: 06/27/2011) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 06/29/2011 | 27 (3 pgs) | BNC Certificate of Mailing (related document(s) 26 Bill of Costs) Notice Date 06/29/2011. (Admin.) (Entered: 06/29/2011) |
| 07/05/2011 | | Receipt of Installment Payment. Receipt Number 264699, Fee Amount $75.00 (related document(s)26 Bill of Costs) (SLA) (Entered: 07/05/2011) |
| 07/06/2011 | 28 (2 pgs) | NEGATIVE NOTICE Objection to Debtor's Claim of Exemptions Filed by John C. McAleer III Objections due by 7/27/2011. (McAleer, John) (Entered: 07/06/2011) |
| 07/08/2011 | 29 (1 pg) | **Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information to 6/22/11 (Related Doc # 15) Signed on 7/8/2011.** (JH) (Entered: 07/08/2011) |
| 07/08/2011 | 30 (3 pgs) | Chapter 13 Plan Filed by Corla Reeves Jackson (Friedman, Barry) (Entered: 07/08/2011) |
| 07/08/2011 | 31 | Certification of Submission of Payment Advices to Trustee Filed by Corla Reeves Jackson (Friedman, Barry) (Entered: 07/08/2011) |
| 07/08/2011 | 32 (1 pg) | Response to Trustee's Objection to Debtor's Claim of Exemptions Filed by Corla Reeves Jackson (related document(s)28 Objection to Debtor's Claim of Exemptions filed by John C. McAleer) (Friedman, Barry) (Entered: 07/08/2011) |
| 07/10/2011 | 33 (3 pgs) | BNC Certificate of Mailing (related document(s) 29 Order on Motion to Extend Deadline to File Schedules) Notice Date 07/10/2011. (Admin.) (Entered: 07/10/2011) |
| 07/11/2011 | 34 (1 pg) | Notice of Hearing Set On (related document(s)28 Objection to Debtor's Claim of Exemptions filed by John C. McAleer, 32 Response to Trustee's Objection to Debtor's Claim of Exemptions filed by Corla Reeves Jackson) Hearing scheduled for 8/10/2011 at 10:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. (Smith, Sue) (Entered: 07/11/2011) |
| | 35 | Certification of Submission of Tax Documents to Trustee Filed by Corla Reeves Jackson (Friedman, |

| | | |
|---|---|---|
| 07/13/2011 | | Barry) (Entered: 07/13/2011) |
| 07/13/2011 | 36 (8 pgs) | Amended Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by Corla Reeves Jackson (Friedman, Barry) (Entered: 07/13/2011) |
| 07/13/2011 | 37 (2 pgs) | Cumulative Statement Filed by Corla Reeves Jackson (related document(s)36 Chapter 13 Statement of Current Monthly and Disposable Income filed by Corla Reeves Jackson) (Friedman, Barry) (Entered: 07/13/2011) |
| 07/13/2011 | 38 (1 pg) | Exhibit D - Individual Debtor's Statment of Compliance with Credit Counseling Requirement. Filed by Corla Reeves Jackson (related document(s) 1 Voluntary Petition (Chapter 13) filed by Corla Reeves Jackson) (Friedman, Barry) (Entered: 07/13/2011) |
| 07/13/2011 | 39 (3 pgs) | BNC Certificate of Mailing (related document(s) 34 Hearing (Bk)) Notice Date 07/13/2011. (Admin.) (Entered: 07/13/2011) |
| 07/13/2011 | 40 (5 pgs) | BNC Certificate of Mailing (related document(s) 30 Chapter 13 Plan filed by Corla Reeves Jackson) Notice Date 07/13/2011. (Admin.) (Entered: 07/13/2011) |
| 07/25/2011 | 41 (1 pg) | **Bill of Costs - Corla Reeves Jackson - $ 74.00 for the Missed Final Installment Payment** RE: 5 Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 3). Signed on 4/19/2011. Second Installment Payment of $74.67 due by 5/18/2011. Third Installment Payment of $74.67 due by 6/18/2011. Final Installment Payment of $74.66 due by 7/18/2011. (JH) Filing Fee is due by 8/1/2011. (SLA) (Entered: 07/25/2011) |
| 07/25/2011 | 42 (21 pgs; 3 docs) | Motion for Relief from Stay Fee Amount is $150.00 Filed by GMAC MORTGAGE, LLC Susannah R. Walker (Attachments: # 1 MORTGAGE# 2 NOTE) (Walker, Susannah) (Entered: 07/25/2011) |
| | 43 (1 pg) | Fact Summary Sheet for Motion for Relief From Stay Filed by GMAC MORTGAGE, LLC (related document(s)42 Motion for Relief From Stay filed by GMAC MORTGAGE, LLC) (Walker, Susannah) |

| | | |
|---|---|---|
| 07/25/2011 | | (Entered: 07/25/2011) |
| 07/25/2011 | [44](#) (1 pg) | Notice of Hearing Set on relief from stay motion and Order extending the automatic stay (related document(s)[42](#) Motion for Relief From Stay filed by GMAC MORTGAGE, LLC) Hearing scheduled for 8/17/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. (Smith, Sue) (Entered: 07/25/2011) |
| 07/25/2011 | | Receipt of Motion for Relief From Stay(11-01545) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 3925176, in the amount of $ 150.00. (U.S. Treasury) (Entered: 07/25/2011) |
| 07/27/2011 | [45](#) (1 pg) | Objection Filed by Corla Reeves Jackson (related document(s)[42](#) Motion for Relief From Stay filed by GMAC MORTGAGE, LLC) (Friedman, Barry) (Entered: 07/27/2011) |
| 07/27/2011 | [46](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [41](#) Bill of Costs) Notice Date 07/27/2011. (Admin.) (Entered: 07/27/2011) |
| 07/27/2011 | [47](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [44](#) Hearing (Bk)) Notice Date 07/27/2011. (Admin.) (Entered: 07/27/2011) |
| 07/28/2011 | [48](#) (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 8/18/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 8/18/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 8/16/2011. (McAleer, John) (Entered: 07/28/2011) |
| 07/29/2011 | | Receipt of Final Installment Payment. Receipt Number 264798, Fee Amount $74.00 (related document(s)[41](#) Bill of Costs) (Todd, D) (Entered: 07/29/2011) |
| 07/30/2011 | [49](#) (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s) [48](#) Chapter 13 341 Meeting Continued/Reset) Notice Date 07/30/2011. (Admin.) (Entered: 07/30/2011) |
| | | |

| | | |
|---|---|---|
| 08/15/2011 | 50 | **Minute Entry: Hearing Date: 8/10/2011. (related document(s)28 Objection to Debtor's Claim of Exemptions filed by John C. McAleer. Objection sustained. Order due by 8/29/2011 from McAleer. Appearances: Friedman, O'Brien.** (AJ) (Entered: 08/15/2011) |
| 08/17/2011 | 51 (1 pg) | Motion to Dismiss Case *for Feasibility*. Filed by John C. McAleer III John C. McAleer III (McAleer, John) (Entered: 08/17/2011) |
| 08/17/2011 | 52 (1 pg) | Notice of Hearing Set On (related document(s)51 Motion to Dismiss Case filed by John C. McAleer) Hearing scheduled for 9/23/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. (Smith, Sue) (Entered: 08/17/2011) |
| 08/18/2011 | 53 (1 pg) | **Order Sustaining Objection to Debtors Claim of Exemptions. Signed on 8/18/2011 (related document(s)28 Objection to Debtor's Claim of Exemptions filed by John C. McAleer, 50 Minute Entry)** (JH) (Entered: 08/18/2011) |
| 08/18/2011 | 54 (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 9/29/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 9/29/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 9/27/2011. (McAleer, John) (Entered: 08/18/2011) |
| 08/18/2011 | 55 | **Minute Entry: Hearing Date: 8/17/2011. (related document(s)42 Motion for Relief From Stay filed by GMAC MORTGAGE, LLC Motion conditionally denied with an automatic termination provision. Order due by 9/1/2011 from Walker. Appearances: Debtor, Friedman, Walker, Hartley, O'Brien.** (AJ) (Entered: 08/18/2011) |
| 08/19/2011 | 56 (3 pgs) | BNC Certificate of Mailing (related document(s) 52 Hearing (Bk)) Notice Date 08/19/2011. (Admin.) (Entered: 08/19/2011) |
| | 57 (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s) 54 Chapter 13 341 Meeting Continued/Reset) Notice Date 08/20/2011. (Admin.) |

| | | |
|---|---|---|
| 08/20/2011 | | (Entered: 08/20/2011) |
| 08/20/2011 | 58 (3 pgs) | BNC Certificate of Mailing (related document(s) 53 Order on Objection to Debtor's Claim of Exemptions) Notice Date 08/20/2011. (Admin.) (Entered: 08/20/2011) |
| 08/29/2011 | 59 (1 pg) | **Order Conditionally Denying Motion For Relief From Stay (Related Doc # 42) Signed on 8/29/2011.** (JH) (Entered: 08/29/2011) |
| 08/31/2011 | 60 (3 pgs) | BNC Certificate of Mailing (related document(s) 59 Order on Motion For Relief From Stay) Notice Date 08/31/2011. (Admin.) (Entered: 08/31/2011) |
| 09/25/2011 | 61 | **Minute Entry: Hearing Date: 09-23-2011. (related document(s)51 Motion to Dismiss Case filed by John C. McAleer. Motion conditionally denied pursuant to consent order. The Court ordered all arrearages to Chapter 13 Trustee to be paid in full on or before 10/3/2011 or Case dismissed. Status hearing to be held on 10/5/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Order due by 10/11/2011 from Friedman. Appearances: Debtor, Friedman, O'Brien.** (AJ) (Entered: 09/25/2011) |
| 09/29/2011 | 62 (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 10/6/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 10/6/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 10/4/2011. (McAleer, John) (Entered: 09/29/2011) |
| 10/01/2011 | 63 (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s) 62 Chapter 13 341 Meeting Continued/Reset) Notice Date 10/01/2011. (Admin.) (Entered: 10/01/2011) |
| 10/04/2011 | 64 (1 pg) | **Consent Order Conditionally Denying Motion to Dismiss Case (Related Doc # 51). Signed on 10/4/2011.** (JH) (Entered: 10/04/2011) |
| | 65 (1 pg) | Summary of Amendments to Chapter 13 Plan Filed by Corla Reeves Jackson (related document(s)30 Chapter 13 Plan filed by Corla Reeves Jackson) |

| | | |
|---|---|---|
| 10/05/2011 | | (Friedman, Barry) (Entered: 10/05/2011) |
| 10/05/2011 | 66 (1 pg) | NEGATIVE NOTICE Objection to Claim Number 3 by Claimant GMAC Mortgage. (Friedman, Barry) Objections due by 11/4/2011. (Entered: 10/05/2011) |
| 10/06/2011 | 67 (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 11/17/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 11/17/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 11/15/2011. (McAleer, John) (Entered: 10/06/2011) |
| 10/06/2011 | 68 (3 pgs) | BNC Certificate of Mailing (related document(s) 64 Order on Motion to Dismiss Case) Notice Date 10/06/2011. (Admin.) (Entered: 10/06/2011) |
| 10/09/2011 | 69 (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s) 67 Chapter 13 341 Meeting Continued/Reset) Notice Date 10/09/2011. (Admin.) (Entered: 10/09/2011) |
| 10/11/2011 | 70 (1 pg) | Notice of Termination of Automatic Stay Filed by GMAC MORTGAGE, LLC (related document(s)42 Motion for Relief From Stay filed by GMAC MORTGAGE, LLC) (Walker, Susannah) (Entered: 10/11/2011) |
| 10/13/2011 | 71 | **Minute Entry: Hearing Date: 10-5-2011. (related document(s)51 Motion to Dismiss Case filed by John C. McAleer. Motion conditionally denied pursuant to consent order. Appearances: Friedman, O'Brien.** (AJ) (Entered: 10/13/2011) |
| 10/14/2011 | 72 (1 pg) | Motion to Impose/Enforce/Reinstate Automatic Stay Filed by Corla Reeves Jackson Barry A. Friedman (Friedman, Barry) (Entered: 10/14/2011) |
| 10/14/2011 | 73 (1 pg) | Motion to Expedite Hearing *on Motion to Reinstate Automatic Stay as to GMAC Mortgage, LLC* Filed by Corla Reeves Jackson Barry A. Friedman (Related document(s)72 Motion to Impose/Enforce/Reinstate Automatic Stay filed by Corla Reeves Jackson) (Friedman, Barry) (Entered: 10/14/2011) |
| | | |

| | | |
|---|---|---|
| 10/17/2011 | [74](#) (1 pg) | Notice of Hearing Set On (related document(s)[72](#) Motion to Impose/Enforce/Reinstate Automatic Stay filed by Corla Reeves Jackson, [73](#) Motion to Expedite Hearing filed by Corla Reeves Jackson) Hearing scheduled for 11/2/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. (Smith, Sue) (Entered: 10/17/2011) |
| 10/19/2011 | [75](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [74](#) Hearing (Bk)) Notice Date 10/19/2011. (Admin.) (Entered: 10/19/2011) |
| 10/21/2011 | [76](#) (2 pgs) | Objection/Response to Objection to Proof Of Claim Number 3 (related Document(s)[66](#) NEGATIVE NOTICE Objection to Claim Number 3 by Claimant GMAC Mortgage. filed by Debtor Corla Reeves Jackson) (Walker, Susannah) (Entered: 10/21/2011) |
| 10/21/2011 | [77](#) (4 pgs) | Response Filed by GMAC MORTGAGE, LLC (related document(s)[42](#) Motion for Relief From Stay filed by GMAC MORTGAGE, LLC) (Walker, Susannah) (Entered: 10/21/2011) |
| 10/24/2011 | [78](#) (1 pg) | Notice of Hearing Set On (related document(s)[66](#) Objection to Claim filed by Corla Reeves Jackson, [76](#) Objection/Response to Objection to Proof of Claim filed by GMAC MORTGAGE, LLC) Hearing scheduled for 11/16/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. (Smith, Sue) (Entered: 10/24/2011) |
| 10/26/2011 | [79](#) (3 pgs) | BNC Certificate of Mailing (related document(s) [78](#) Hearing (Bk)) Notice Date 10/26/2011. (Admin.) (Entered: 10/26/2011) |
| 11/03/2011 | 80 | **Minute Entry: Hearing Date: 11-2-2011. (related document(s)[72](#) Motion to Impose/Enforce/Reinstate Automatic Stay filed by Corla Reeves Jackson, and [73](#) Motion to Expedite Hearing filed by Corla Reeves Jackson. Hearing continued to 11/9/2011 at 10:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Appearances: Debtor, Friedman, Walker, O'Brien.** (AJ) (Entered: 11/03/2011) |
| | 81 | **Minute Entry: Hearing Date: 11-9-2011. (related document(s)[72](#) Motion to Impose/Enforce/Reinstate Automatic Stay filed** |

| | | |
|---|---|---|
| 11/09/2011 | | **by Corla Reeves Jackson and 73 Motion to Expedite Hearing filed by Corla Reeves Jackson. Hearing continued to 11/16/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Appearances: Friedman, Walker, O'Brien.** (AJ) (Entered: 11/09/2011) |
| 11/09/2011 | 82 | **Minute Entry: Hearing Date: 11-9-2011. (related document(s)51 Motion to Dismiss Case filed by John C. McAleer. Hearing continued to 11/16/2011 at 08:30 AM (check with court for location). Appearances: Friedman, Walker, O'Brien.** (AJ) (Entered: 11/09/2011) |
| 11/16/2011 | 83 | Form B21 - Social Security Number (SLA) (Entered: 11/16/2011) |
| 11/17/2011 | 84 | **Minute Entry: Hearing Date: 11-16-2011. (related document(s) 72 Motion to Impose/Enforce/Reinstate Automatic Stay filed by Corla Reeves Jackson Motion conditionally denied. Order due by 12/1/2011 from Walker. Motion continued for status hearing on 12/7/2011 at 08:30 AM. 73 Motion to Expedite Hearing filed by Corla Reeves Jackson. Granted. 51 Motion to Dismiss Case filed by John C. McAleer, and 66 Objection to Claim filed by Corla Reeves Jackson, Hearing continued to 12/7/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Order due by 12/1/2011 from Walker. Testimony: Corla Jackson. Appearances: Debtor, Friedman, Walker, O'Brien.** (AJ) Modified on 11/17/2011 (AJ). (Entered: 11/17/2011) |
| 11/17/2011 | 85<br>(2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 12/15/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 12/15/2011 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 12/13/2011. (McAleer, John) (Entered: 11/17/2011) |
| 11/23/2011 | 86<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)85 Chapter 13 341 Meeting Continued/Reset) Notice Date 11/23/2011. (Admin.) (Entered: 11/24/2011) |
| | | |

| | | |
|---|---|---|
| 12/06/2011 | 87 | FINAL NOTICE of Order Due. To Be Filed By Walker. If the order is not received by Final Due Date a Show Cause hearing may be set. (related document(s)72 Motion to Impose/Enforce/Reinstate Automatic Stay filed by Corla Reeves Jackson, 84 Minute Entry) Final Notice of Order due by 12/13/2011. (JH) (Entered: 12/06/2011) |
| 12/08/2011 | 88 | **Minute Entry: Hearing Date: 12-7-2011. (related document(s)51 Motion to Dismiss Case filed by John C. McAleer, 66 Objection to Claim filed by Corla Reeves Jackson, 72 Motion to Impose/Enforce/Reinstate Automatic Stay filed by Corla Reeves Jackson. Hearing continued to 12/14/2011 at 10:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Appearances: Friedman, Walker, O'Brien.** (AJ) (Entered: 12/08/2011) |
| 12/08/2011 | 89 (2 pgs) | **Order Conditionally Denying Motion To Impose/Enforce/Reinstate Automatic Stay (Related Doc # 72) Signed on 12/8/2011.** (JH) (Entered: 12/08/2011) |
| 12/10/2011 | 90 (4 pgs) | BNC Certificate of Mailing (related document(s)89 Order on Motion to Impose Automatic Stay) Notice Date 12/10/2011. (Admin.) (Entered: 12/11/2011) |
| 12/13/2011 | 91 (19 pgs) | Affidavit Re: Filed by GMAC MORTGAGE, LLC (related document(s)72 Motion to Impose/Enforce/Reinstate Automatic Stay filed by Corla Reeves Jackson) (Walker, Susannah) (Entered: 12/13/2011) |
| 12/13/2011 | 92 (19 pgs) | Affidavit Re: Filed by GMAC MORTGAGE, LLC (related document(s)66 Objection to Claim filed by Corla Reeves Jackson, 72 Motion to Impose/Enforce/Reinstate Automatic Stay filed by Corla Reeves Jackson, 91 Affidavit filed by GMAC MORTGAGE, LLC) (Walker, Susannah) (Entered: 12/13/2011) |
| | 93 | **Minute Entry: Hearing Date: 12/14/2011. (related document(s)51 Motion to Dismiss Case filed by John C. McAleer. Hearing continued to 1/4/2012 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. 66 Objection to Claim filed by Corla Reeves Jackson. Objection overruled and** |

| Date | Doc # | Description |
|---|---|---|
| 12/15/2011 | | **claim is allowed. Order due by 12/29/2011 from Friedman. Appearances: Debtor, Friedman, Walker, O'Brien.** (AB) (Entered: 12/15/2011) |
| 12/15/2011 | 94 (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 1/12/2012 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 1/12/2012 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 1/10/2012. (McAleer, John) (Entered: 12/15/2011) |
| 12/17/2011 | 95 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)94 Chapter 13 341 Meeting Continued/Reset) Notice Date 12/17/2011. (Admin.) (Entered: 12/18/2011) |
| 01/03/2012 | 96 | FINAL NOTICE of Order Due. To Be Filed By Friedman. If the order is not received by Final Due Date a Show Cause hearing may be set. (related document(s)66 Objection to Claim filed by Corla Reeves Jackson, 93 Minute Entry) Final Notice of Order due by 1/10/2012. (JH) (Entered: 01/03/2012) |
| 01/05/2012 | 97 | **Minute Entry: Hearing Date: 1-4-2012. (related document(s)51 Motion to Dismiss Case filed by John C. McAleer. Hearing continued to 2/15/2012 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Appearances: Friedman, O'Brien.** (AJ) (Entered: 01/05/2012) |
| 01/12/2012 | 98 (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 2/23/2012 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 2/23/2012 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 2/22/2012. (McAleer, John) (Entered: 01/12/2012) |
| 01/14/2012 | 100 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)98 Chapter 13 341 Meeting Continued/Reset) Notice Date 01/14/2012. (Admin.) (Entered: 01/14/2012) |
| 01/25/2012 | 101 (1 pg) | **Order Overruling Objection to Claim (Related Doc # 66) Signed on 1/25/2012.** (JH) (Entered: 01/25/2012) |
| | | |

| | | |
|---|---|---|
| 01/27/2012 | 102 (3 pgs) | BNC Certificate of Mailing (related document(s)101 Order on Objection to Claim) Notice Date 01/27/2012. (Admin.) (Entered: 01/27/2012) |
| 01/30/2012 | 103 (1 pg) | Withdrawal of Claim(s): 3 (Walker, Susannah) (Entered: 01/30/2012) |
| 02/15/2012 | 104 | **Minute Entry Order Hearing Date: 2-15-12. Denying (related document(s)51 Motion to Dismiss Case filed by John C. McAleer. Appearances: Friedman, O'Brien.** (AJ) (Entered: 02/15/2012) |
| 02/23/2012 | 105 (2 pgs) | Chapter 13 341 Meeting Continued/Reset 341(a) meeting to be held on 3/8/2012 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Confirmation hearing to be held on 3/8/2012 at 08:30 AM at Courtroom 1, 201 St. Louis St., Mobile, AL 36602. Last day to Object to Confirmation 3/6/2012. (McAleer, John) (Entered: 02/23/2012) |
| 02/26/2012 | 106 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)105 Chapter 13 341 Meeting Continued/Reset) Notice Date 02/26/2012. (Admin.) (Entered: 02/26/2012) |
| 03/07/2012 | 107 (4 pgs) | Summary of Schedules, Amended Schedule(s) Schedule I,Schedule J,. Filed on the behalf of: Debtor Corla Reeves Jackson (Friedman, Barry) (Entered: 03/07/2012) |
| 03/07/2012 | 108 (2 pgs) | Cumulative Statement Filed by Corla Reeves Jackson (related document(s)107 Summary of Schedules filed by Corla Reeves Jackson, Amended Schedule(s)) (Friedman, Barry) (Entered: 03/07/2012) |
| 03/07/2012 | 109 (2 pgs) | Summary of Amendments to Chapter 13 Plan Filed by Corla Reeves Jackson (related document(s)30 Chapter 13 Plan filed by Corla Reeves Jackson, 65 Summary of Amendments to Chapter 13 Plan filed by Corla Reeves Jackson) (Friedman, Barry) (Entered: 03/07/2012) |
| 03/07/2012 | 110 (4 pgs) | Amended Statement of Financial Affairs Filed on the behalf of: Debtor Corla Reeves Jackson (Friedman, Barry) (Entered: 03/07/2012) |
| | 111 | Cumulative Statement Filed by Corla Reeves Jackson |

| | | |
|---|---|---|
| 03/07/2012 | (2 pgs) | (related document(s)110 Statement of Financial Affairs filed by Corla Reeves Jackson) (Friedman, Barry) (Entered: 03/07/2012) |
| 03/08/2012 | 112 | Chapter 13 341 Meeting Held *and Confirmation Hearing Held, Conditionally Confirmed to Bar Date.* (McAleer, John) (Entered: 03/08/2012) |
| 03/23/2012 | 113 (1 pg) | **Order Confirming Chapter 13 Plan** (Chapter 13 Trustee (Auto-File)) (Entered: 03/23/2012) |
| 03/25/2012 | 114 (3 pgs) | BNC Certificate of Mailing (related document(s)113 Order Confirming Chapter 13 Plan) Notice Date 03/25/2012. (Admin.) (Entered: 03/25/2012) |
| 08/08/2012 | 115 (1 pg) | Certificate of Financial Management Course Completion - Debtor Filed by Corla Reeves Jackson (Friedman, Barry) (Entered: 08/08/2012) |
| 09/27/2012 | 116 (2 pgs; 2 docs) | **Order and Notice Dismissing Case.Barred Debtor Jackson, Corla Reeves starting 9/27/2012 to 12/25/2012 Signed on 9/27/2012 (related document(s)64 Order on Motion to Dismiss Case)** (RRH) (Entered: 09/27/2012) |
| 09/29/2012 | 117 (3 pgs) | BNC Certificate of Mailing (related document(s)116 Order Dismissing Case) Notice Date 09/29/2012. (Admin.) (Entered: 09/29/2012) |
| 09/29/2012 | 118 (3 pgs) | BNC Certificate of Mailing (related document(s)116 Order Dismissing Case) Notice Date 09/29/2012. (Admin.) (Entered: 09/29/2012) |
| 12/07/2012 | 119 (1 pg) | Chapter 13 Trustee Final Report and Account (McAleer, John) (Entered: 12/07/2012) |
| 12/10/2012 | 120 (1 pg) | **Final Decree: The Debtor's Estate has been fully administered. The Trustee in this case is discharged and the bond is cancelled. Signed on 12/10/2012** (LD) (Entered: 12/10/2012) |
| 12/10/2012 | | Bankruptcy Case Closed (LD) (Entered: 12/10/2012) |
| 12/12/2012 | 121 (3 pgs) | BNC Certificate of Mailing (related document(s)120 Final Decree) Notice Date 12/12/2012. (Admin.) (Entered: 12/13/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/21/2013 10:56:09 | | | |
| **PACER Login:** | mf0071 | **Client Code:** | 96500-0000007-12472 |
| **Description:** | Docket Report | **Search Criteria:** | 11-01545 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |