# Exhibit H

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
CORLA REEVES JACKSON
　　Debtor,

CASE NUMBER: 11-01545

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

　　Comes now the Debtor(s), CORLA REEVES JACKSON, in this proceeding and hereby amend(s) the Chapter 13 Plan filed July 8, 2011 , as follows:

1. To Question Number Seven- Curing Defaults and Maintaining Direct Payments: Amended to read as follows:

| CREDITOR | COLLATERAL DESCRIPTION | DIRECT PAYMENT AMOUNT |
|---|---|---|
| GMAC Mortgage | 13230 Tom Gaston Road, Mobile, Alabama 36695 | monthly note is contested and protected. |

\s\BARRY A FRIEDMAN
BARRY A FRIEDMAN
Attorney for Debtor

OF COUNSEL:
BARRY A FRIEDMAN & ASSOCIATES, PC
Attorney at Law
257 St Anthony Street
Post Office Box 2394
Mobile, AL 36652
Telephone: 251/439-7400

### CERTIFICATE OF SERVICE

　　I, the undersigned authority, hereby certify that I have on this __3rd__ day of October, 2011, served a copy of the foregoing on Trustee, J C McAleer, III, Post Office Box 1884, Mobile, Alabama 36633; and on GMAC Mortgage, LLC c/o Susannah R Walker, Attorney at Law, Post Office Box 55887, Birmingham, Alabama 35255, by depositing same in the United States mail, properly addressed and postage prepaid and/or electronically.

\s\BARRY A FRIEDMAN
BARRY A FRIEDMAN