# Exhibit I

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
CORAL REEVES JACKSON
    Debtor,

CASE NUMBER: 11-01545

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

Comes now the Debtor(s), CORAL REEVES JACKSON, in this proceeding and hereby amend(s) the Amended Chapter 13 Plan filed July 8, 2011, as follows:

1. To Question Number Seven- Curing Defaults and Maintaining Direct Payments:  to delete the following :

| CREDITOR | COLLATERAL DESCRIPTION | DIRECT PAYMENT AMOUNT |
|---|---|---|
| GMAC Mortgage | 13220 Tom Gaston Road, Mobile, Alabama 36695 | monthly note is contested and protected |

2. To Question Number Thirteen -Other Plan Provisions and Motions-(e) Other Provisions of the Plan Not Elsewhere Described to delete the following:

    ******Debtor will not pay mortgage payment until the mortgage related issues can be resolved.

    \s\BARRY A FRIEDMAN
    BARRY A FRIEDMAN
    Attorney for Debtor

OF COUNSEL:
BARRY A FRIEDMAN & ASSOCIATES, PC
Attorney at Law
257 St Anthony Street
Post Office Box 2394
Mobile, AL 36652
Telephone: 251/439-7400

## CERTIFICATE OF SERVICE

     I, the undersigned authority, hereby certify that I have on this __7th__ day of March, 2012 , served a copy of the foregoing on Trustee, J C McAleer, III, Post Office Box 1884, Mobile, Alabama 36633; and on GMAC Mortgage, LLC c/o Susannah R Walker, Attorney at Law, Post Office Box 55887, Birmingham, Alabama 35255, by depositing same in the United States mail, properly addressed and postage prepaid and/or electronically.

                                            \S\ BARRY A FRIEDMAN
                                            BARRY A FRIEDMAN