# Exhibit K

**Colleen McCullough**
ATTORNEY AT LAW
(205) 930-5200



**Sirote**
Sirote & Permutt, PC

April 27, 2012

Corla Jackson
13230 Tom Gaston Road
Mobile, Alabama 36695

RE:   NOTICE OF ACCELERATION OF PROMISSORY NOTE AND MORTGAGE
       Loan No. 0835002124

YOU ARE HEREBY NOTIFIED that the terms of the Promissory Note and Mortgage for the above referenced loan dated the 26th day of May, 2004, are in default. By virtue of default in the terms of said Note and Mortgage, GMAC Mortgage, LLC, hereby accelerates to maturity the entire remaining unpaid balance of the debt, including attorney's fees, accrued interest, and other lawful charges. The amount due and payable as of the date of this letter is $ 401,033.7. This payoff amount will change on a daily basis. If you wish to pay off your mortgage, please call our office at (205) 930-5200 to obtain an updated figure. Additionally, if you are interested in foreclosure alternatives, please contact your servicer, GMAC Mortgage, LLC at 1-800-850-4622.

We are at this time commencing foreclosure under the terms of the Mortgage, and enclosed is a copy of the foreclosure notice. Please note that the foreclosure sale is scheduled for June 1, 2012. For further information regarding this matter, please call (205) 930-5200.

We are aware that you were represented by an attorney in your bankruptcy case. However, we are unsure if this attorney or any other attorney is representing you in relation to this foreclosure action. We have courtesy copied your bankruptcy attorney with this letter so that he or she is aware of the contents. If you are represented by an attorney, please contact us immediately, and we will direct all future correspondence and matters relating to this foreclosure to your attorney.

If you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt. Our client has a security interest in the property and will only exercise its rights as against the property.

We will assume this debt to be valid unless it is disputed within thirty days after you receive this letter. If you do dispute this debt or any portion thereof, we will obtain and mail you a verification of the debt or a copy of any judgment if you send us a written request within this thirty-day period. Also, upon written request within this thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

LAW OFFICES AND MEDIATION CENTERS
2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727
URL | http://www.sirote.com

Birmingham  |  Huntsville  |  Mobile




FOR: GMAC Mortgage, LLC

BY: _____
Cynthia W. Williams on behalf of
Colleen McCullough
FOR THE FIRM

CM/ch

cc: GMAC Mortgage, LLC
Barry A Friedman, Esq.




*LAW OFFICES AND MEDIATION CENTERS*
2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727
URL | http://www.sirote.com

B i r m i n g h a m    |    H u n t s v i l l e    |    M o b i l e

PUBLICATION DATES:   May 2, 2012, May 9, 2012 and May 16, 2012
NEWSPAPER:   The Call News

## MORTGAGE FORECLOSURE SALE

Default having been made in the payment of the indebtedness secured by that certain mortgage executed by Corla Jackson, a single woman, to Option One Mortgage Corporation, A California Corporation, on the 26th day of May, 2004, said mortgage recorded in the Office of the Judge of Probate of Mobile County, Alabama, in Book 5605, Page 1910; said mortgage having subsequently been transferred and assigned to GMAC Mortgage, LLC, by instrument recorded in Book 6409, Page 1483, in the aforesaid Probate Office; the undersigned GMAC Mortgage, LLC, as Mortgagee/Transferee, under and by virtue of the power of sale contained in said mortgage, will sell at public outcry to the highest bidder for cash, in front of the main entrance of the Courthouse at Mobile, Mobile County, Alabama, on June 1, 2012, during the legal hours of sale, all of its right, title, and interest in and to the following described real estate, situated in Mobile County, Alabama, to-wit:

> Lot 1, Copeland Island Estates as recorded in Map Book 81, Page 94 in the Office of the Judge of Probate, Mobile County, Alabama

THIS PROPERTY WILL BE SOLD ON AN "AS IS, WHERE IS" BASIS, SUBJECT TO ANY EASEMENTS, ENCUMBRANCES, AND EXCEPTIONS REFLECTED IN THE MORTGAGE AND THOSE CONTAINED IN THE RECORDS OF THE OFFICE OF THE JUDGE OF PROBATE OF THE COUNTY WHERE THE ABOVE-DESCRIBED PROPERTY IS SITUATED. THIS PROPERTY WILL BE SOLD WITHOUT WARRANTY OR RECOURSE, EXPRESSED OR IMPLIED AS TO TITLE, USE AND/OR ENJOYMENT AND WILL BE SOLD SUBJECT TO THE RIGHT OF REDEMPTION OF ALL PARTIES ENTITLED THERETO.

This sale is made for the purpose of paying the indebtedness secured by said mortgage, as well as the expenses of foreclosure.

The Mortgagee/Transferee reserves the right to bid for and purchase the real estate and to credit its purchase price against the expenses of sale and the indebtedness secured by the real estate.

This sale is subject to postponement or cancellation.

GMAC Mortgage, LLC, Mortgagee/Transferee
Colleen McCullough
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, AL  35255-5727
Attorney for Mortgagee/Transferee
www.sirote.com/foreclosures
33085