## JAMES & VERNICE PIERCE

**13909 Bridgetown Circle**

**Chester, VA 23831**

*September 11, 2013*



The Honorable Chief Justice Cecelia G. Morris
Southern District of New York Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

RE:     REQUEST FOR INCLUSION into the Class Action Settlement in the US Bankruptcy Court, Southern District of New York: IN RE: RESIDENTIAL CAPITAL, LLC, et. al., Debtors **Case No. 12-12020**

REF:    James and Vernice Pierce's US Bankruptcy Court Filing: 12-35309-KRH

Dear Chief Justice Morris :

**The purpose of this letter is to formally request that we be included as Class Members in the Class Action Settlement under Case No.: 12-12020.** <u>Secondly</u>, it is our wish that you please facilitate the **"RE-Opening of our Bankruptcy Case 12-35309-KRH,"** based in part on the Fraudulent elements identified in the Class Action case; plus the following evidence that has come forth since our filing was erroneously dismiss:

1.  In our Bankruptcy filing, we specifically identified Residential Mortgaged-Backed Securities (RMBS) FRAUD.  We produced specific evidence in 2012 to the Bankruptcy Trustee, which paralleled the evidence presented in **_the U.S.  Bankruptcy Court for the Southern District of Texas, Brownsville Division_**.."**IN RE  GILBERTO T. AND SANDRA SALDIVAR v JPMORGAN CHASE BANK, NA AND DEUTSCHE BANK NATIONAL TRUST COMPANY"** : Case #: 11-10689. We, like Mr. & Mrs. Salvidar clearly established that New York Trust Law was violated and the transfer(s) of our Note(s) and Deed of Trust(s) were VOID.  The Richmond Virginia Bankruptcy Judge/Trustee were not as knowledgeable as the Texas Bankruptcy Judge/Trustee.  A close review of our evidence, such as: the Securitization Audit, Affidavit, etc., clearly establishes that we should have prevailed in the same exact manner as Mr. & Mrs. Saldivar did in their case.

2.  Based on current CRIMINAL  LIBOR FRAUD Cases and existing institutional/individual guilty pleas,  it is our belief and understanding that we are a  **"Damaged Party"** as a result of F<u>RAUD on a National Level with the LIBOR Mortgage Loans (See the US Dept. of Justice and the US Commodities Futures Exchange Commission's convictions regarding the International/Domestic LIBOR FRAUD cases).</u>  Our loan's base

formula element is predicated on the LIBOR. **The US Department of Justice has already established that loans like ours were fraudulently impacted due the international/ domestic banking manipulation/rigging of the LIBOR for many years.** As the **"Damaged Party"** we have the right to declare the said fraudulent mortgage loan and Deed of Trust VOID…and we have made this declaration. We therefore are requesting the Bankruptcy Court to honor our rights and declaration and VOID the designed 'Note(s) & Deed of Trust(s) as required.

Thanking you in advance for your assistance in facilitating our requests.

Sincerely,

James and Vernice Pierce