CECIL G WILLIAMS  Cert. Mail, No **7010 0780 0001 7636 2662**
81 ANDERSON LANE
FORSYTH, GA 31029

Date: September 11, 2013

To: MARTIN GLENN, JUDGE
c/o CLERK OF BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004-1408

FILED & RECORDED
CLERK SUPERIOR COURT
MONROE COUNTY, GA

2013 SEP 12 AM 8:06

LYNN W. HAM
CLERK

BY: Colleen D. Presley

Re: Case Number 12-12020 (MG)

JUDGE GLENN:

   This letter is lawful notification to you that you are corresponding with one of the People of these United States of America, (see attached Affidavit). I have been and will continue monitoring, maintaining a record, and evaluating any and all communications and actions by all parties specific to this matter pursuant to my God granted rights secured and guaranteed by the Federal Constitution specific to the Bill of Rights and the United State Constitution and the associated Bill/Declaration of Rights.

   In response to the NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) DEADLINE FOR VOTING ON PLAN, (III) HEARING TO CONSIDER CONFIRMATION OF PLAN, AND (IV) DEADLINE FOR FILING OBJECTIONS TO CONFIMATION OF PLAN.

I, CECIL G WILLIAMS, SECURED PARTY CREDITOR demand that if any debt is to be discharged it shall be discharged to CECIL G WILLIAMS rather than to RESIDENTAIL CAPITAL, LLC, et al or to Ocwen Loan Servicing, LLC.

   As one of the People of these united States whom you are to have sworn to serve pursuant to your required constitutional Oath of Office, pursuant to 5 U.S.C. § 3331, I demand that you respond to the following item by item, in truth, fact, evidence, and law as a requirement of due process of law:

   1. Provide me the Original Wet Ink Signature Contract.

   Your response to the foregoing is hereby demanded within 21 days from the date of this letter. This opportunity to respond is your opportunity to enjoy and exercise your due process right.

All Rights Reserved,

*Cecil G Williams*

CECIL G WILLIAMS
American Citizen

RECEIVED
SEP 17 2013
U.S. BANKRUPTCY COURT, SDNY

Cc: File
MORRISON AND FOERSTER LLP and KRAMER LEVVIN NAFTALIS & FRANKEL LLP

Enclosures – Affidavit of Status



RETURN ADDRESS:

GLENNIE CECIL WILLIAMS

144 RAMAH CHURCH ROAD

BARNESVILLE, GEORGIA 30204

2010 APR 23 PM 4:16

BY: Colleen D. Presley dep.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# AFFIDAVIT OF POLITICAL STATUS

I declare this is an Affidavit of Political Status and this includes all attached documents.

GRANTOR: GLENNIE CECIL WILLIAMS
Grantee: Glennie Cecil Williams

LS: _Glennie Cecil Williams_    4-20-10
Glennie Cecil Williams, Secured Party Creditor    Date

**COPY**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Cecil Glennie Williams

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

CECIL GLENNIE WILLIAMS
144 RAMAH CHURCH ROAD
BARNESVILLE, GEORGIA 30204

FILE NO. 102-2010-107
RECEIVED AND FILED
AT 3:00 p M
APR 16 2010
LYNN W. HAM
CLERK SUPERIOR COURT
MONROE COUNTY, GEORGIA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

- 1a. ORGANIZATION'S NAME: CECIL GLENNIE WILLIAMS
- 1c. MAILING ADDRESS: 144 RAMAH CHURCH ROAD
- CITY: BARNESVILLE
- STATE: GEO
- POSTAL CODE: 30204
- COUNTRY: US
- 1e. TYPE OF ORGANIZATION: LEGAL ENTITY
- 1f. JURISDICTION OF ORGANIZATION: UNITED STATES

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** ☑ NONE

**3. SECURED PARTY'S NAME**
- 3b. INDIVIDUAL'S LAST NAME: Williams
- FIRST NAME: Cecil
- MIDDLE NAME: Glennie
- 3c. MAILING ADDRESS: c/o 81 Anderson Lane
- CITY: Forsyth
- STATE: Geor
- POSTAL CODE: 31029
- COUNTRY: usa

**4. This FINANCING STATEMENT covers the following collateral:**

ALL PROPERTY BELONGING TO DEBTOR BELONGS TO SECURED PARTY
DEBTOR IS A TRANSMITTING UTILITY
DEBTOR IS A TRUST

5. ALTERNATIVE DESIGNATION (if applicable): ☑ BAILEE/BAILOR

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**COPY**

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: CECIL GLENNIE WILLIAMS

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

FILE NO. 102-2010-107
RECEIVED AND FILED
AT 3:00 p M
APR 16 2010
LYNN W. HAM
CLERK SUPERIOR COURT
MONROE COUNTY, GEORGIA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | □ NONE

**12.** □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a □ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

18. Check only if applicable and check only one box.
☑ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)




FILE NO. 102-2010-107
RECEIVED AND FILED AT  3:00 PM
APRIL 16, 2010

ATTACHMENT — PROPERTY COPY

## All of the property listed in this Property List is protected by all terms, conditions, and agreements contained in all the documents recorded herein.

1. All proceeds from Secured Party's labor from every source; from products, accounts, fixtures, crops, oil heads, wellheads, and transmitting utilities, etc.;
2. All rents, wages, earnings, remuneration, and income from every source;
3. All land in which DEBTOR has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which DEBTOR has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5. All cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;
6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7. All inventory from any source;
8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;
9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which DEBTOR has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, DVDs, ipods, digital audio/video players, phonograph records and players, film, slides and projectors, photography and video and aural production equipment, cameras, projectors, tape recorders, cassette players, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All books and financial records of DEBTOR;
19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;
23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;
24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;

25. All rights to obtain, use, request, refuse, [...] the administration of any food, beverage, nourishment, water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

30. All rights to barter, buy, contract, sell, or trade any kind of asset, tool, item of value, time, property whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

32. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

33. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, registration, or permission of any kind whatsoever;

34. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

35. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

36. All rights to protect myself and my family from any animals that threaten my/our safety or well being, or that cause a nuisance to me/us, by using deadly force against any such animals;

37. All rights to exercise dominion over the earth and the resources of the earth including, but not limited to, using mineral and natural resources, timber, water, and harvesting animals for food;

38. All rights, interest, and exclusive title in CERTIFICATE OF BIRTH FILE # 244 471, October 11, 1946, issued by STATE OFFICE OF VITAL RECORDS GEORGIA DEPTMENT OF HEALTH, THOMASTON, GEORGIA UPSON COUNTY instilling the pledge represented by the same pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom including, but not limited to all caps name GLENNIE CECILL WILLIAMS, GLENNIE   WILLIAMS, GLENNIE C. WILLIAMS, CECIL G. WILLIAMS, CECIL GLENNIE WILLIAMS, CECIL WILLIAMS or G.C. WILLIAMS, C.G. WILLIAMS or any other derivative thereof;

39. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights";

40. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

41. All rights to purchase arms and ammunition, keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

42. All rights to keep and bear arms for hunting, self-protection, protection of family, friends, and property, and target shooting of any kind;

43. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

44. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent Sovereign;

45. All rights to make video and/or audio recordings, reports and documents of all interactions between me or mine, and any government or quasi-government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment and necessary assistants and witnesses into government

46. All rights to obtain or be presented with a certified copy of the Oath of Office, bond number, and bonding company's name, address, and contact information of/for any government official with whom I interact;

47. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

48. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with

COPY

FILE NO. 102-2010-107
RECEIVED AND FILED AT 3:00 PM
APRIL 16, 2010

proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

49. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;
50. All intellectual property, inter alia: all speaking and writing;
51. All thoughts, beliefs, world views, emotions, psychology, etc.;
52. All signatures and seals;
53. All signatures on all applications for and all value associated with all licenses foreign and domestic;
54. All present and future retirement income, accounts, claims, compensation, and all fruits of my labor, and to such incomes, commissions, compensation, and the fruits of my labor issuing from all accounts and trusts;
55. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;
56. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;
57. All signatures on all applications for and all value associated with all library cards;
58. All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;
59. All credit of DEBTOR;
60. All signatures on and all value associated with all traffic citations/tickets;
61. All signatures on and all value associated with all parking citations/tickets;
62. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;
63. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;
64. All tax correspondence, filings, notices, coding, record numbers, all benefit from social security account # 258-70-XXXX; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
65. All bank accounts foreign and domestic, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment, securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401Ks, and the like;
66. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived therefrom;
67. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;
68. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;
69. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;
70. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
71. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;
72. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;
73. All fuel, fuel tanks, containers, and involved or related delivery systems;
74. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;
75. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;
76. All storage units, safes, rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;



FILE NO. 102-2010-107
RECEIVED AND FILED AT 3:00 PM
APRIL 16, 2010

77. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

78. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

79. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

80. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;

81. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

82. All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;

83. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

84. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

85. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

86. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;

87. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

88. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

89. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

90. The Last Will and Testament from any source;

91. All inheritances gotten or to be gotten;

92. All wedding bands and rings, watches, and jewelry;

93. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, collectibles, collections, antiques, etc.;

94. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.;

95. All children's toys, books, clothing, playthings, and possessions of any type or amount;

96. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income, commissions, compensation, and the fruits of my labor therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

97. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

98. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR or natural man Secured Party, whether received or not received;

99. All telephone numbers;

100. All signatures on all applications for and all value associated with all certificates of birth documents of the natural man Secured Party, and all said documents themselves;

101. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the natural man Secured Party, and all said documents themselves;

102. All signatures on all applications for social security numbers, and all value associated with all accounts,258-70-XXXX;

All signatures on all applications for social security numbers for all children and grandchildren of the natural man Secured Party, and all value associated with all the accounts of those children/grandchildren;

103. All value associated with the private contract trust account number of the natural man Secured Party: 25870XXXX;

104. All value associated with the private contract trust account numbers of all children and grandchildren of the natural man Secured Party;

105. All signatures on all applications for and all value associated with Driver License #: 05137XXXX - GEORGIA;

106. All signatures on all applications for and all value associated with MONROE County Sheriff's Office Concealed Weapon Permit #:

107. All signatures on all applications for and all value associated with all passports for the natural man Secured Party and his children and grandchildren;

108. All documents as recorded in the public record by and for the natural man Secured Party as indicated herein;

109. All signatures on all applications for and all value associated with all marriage licenses;

110. All private marriage contracts;

COPY    RECEIVED AND FILED AT 3:00 PM
APRIL 16, 2010

111. All signatures on all applications for and all value associated with all professional licenses, and all notary licenses, and all notary stamps, embossers and seals used in performing the function of a notary;
112. All private addresses of the natural man Secured Party as indicated herein; 3 Acres at 144 Ramah Church Road Barnesville, Georgia and 6.5 Acres at 81 Anderson Lane Forsyth, Georgia.
113. All signatures on all applications for and all value associated with all public addresses;
114. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc;
115. The following United States Postal Service Registered Mail Numbers: RR 632 200 217 US, RR 632 200 225 US, RR 632 214 817 US, RR 632 214 825 US, RR 632 214 834 US, RR632 214 848 US.
116. The following Bond/Account number series: GCWIB0001 to GCWIB9999 inclusive;
117. The following Bond/Account number series: GCWOB0001 to GCWOB9999 inclusive;
118. The following Bond/Account number series: GCWBPN001 to GCWBPN999 inclusive;
119. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the natural man Secured Party.

End of Attachment "A" – Property List

LS: *Glennie Cecil Williams* 7-16-10
Glennie Cecil Williams, Secured Party Creditor    Date