# **EXHIBIT 4**

ny-1101992

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF NORMAN S. ROSENBAUM IN SUPPORT OF DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 3835 FILED BY BECKY SPENCE**

Norman S. Rosenbaum, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1. I am a partner in the law firm of Morrison & Foerster LLP ("<u>M&F</u>"). M&F maintains offices for the practice of law, among other locations in the United States and worldwide, at 1290 Avenue of the Americas, New York, New York 10104. I am an attorney duly admitted to practice before this Court and the courts of the State of New York. By this Court's Order entered on July 16, 2012, M&F was retained as counsel to Residential Capital, LLC and its affiliated debtors (the "<u>Debtors</u>").

2. I submit this declaration (the "<u>Declaration</u>") in support of the *Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence* (the "<u>Objection</u>") and in compliance with this Court's Order entered March 21, 2013, pursuant to section 105(a) of Title 11, United States Code (the "<u>Bankruptcy Code</u>") and Rules 1009, 3007 and 9019(b) of the Federal Rules of Bankruptcy Procedure approving: (i) Claim Objection Procedures; (ii) Borrower Claim Procedures; (iii) Settlement Procedures; and (iv) Schedule Amendment Procedures [Docket No. 3294] (the "<u>Claims Objection Procedures Order</u>").

3. It is my understanding that in connection with the filing of the Objection, the Debtors have complied with the Claim Objection Procedures. I have been advised by M&F

ny-1107188 v2

attorneys under my supervision that in accordance with the Claims Objection Procedures Order, prior to filing the Objection, the Debtors mailed a request letter to Becky Spence to request additional supporting documentation and explanation in support of Claim No. 3835 (the "Claim").  I am further advised that the Debtors conferred with SilvermanAcampora LLP as Special Counsel to the Creditors' Committee for Borrower Issues ("Special Counsel") in drafting the request letter and provided Special Counsel with copies of the request letter sent to Becky Spence.

4. To the best of my knowledge, prior to the filing of the Objection, both the Debtors and Special Counsel have fully complied with all other relevant terms of the Claims Objection Procedures Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2013
       New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum

ny-1107188 v2