## **EXHIBIT 5**

ny-1101992

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re:                                                      Chapter 11
                                                            Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al.</u>

                                                            (Jointly Administered)

                            Debtors.

-------------------------------------------------------------------x

## DECLARATION OF ROBERT D. NOSEK IN SUPPORT OF THE DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 3835 FILED BY BECKY SPENCE

Robert D. Nosek, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1.      I am counsel to the firm SilvermanAcampora LLP ("<u>SilvermanAcampora</u>"), with offices located at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753.  I am duly admitted to practice law before this Court and the courts of the State of New York.  By this Court's Order entered November 30, 2012, SilvermanAcampora was retained as special counsel to the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al. for borrower issues.

2.      I submit this declaration (the "<u>Declaration</u>") in support of the *Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence* (the "<u>Objection</u>") and in compliance with this Court's Order entered March 21, 2013, pursuant to section 105(a) of Title 11, United States Code (the "<u>Bankruptcy Code</u>") and Rules 1009, 3007 and 9019(b) of the Federal Rules of Bankruptcy Procedure approving: (i) Claim Objection Procedures; (ii) Borrower Claim Procedures; (iii) Settlement Procedures; and (iv) Schedule Amendment Procedures [Docket No. 3294] (the "<u>Claims Objections Procedures Order</u>").

3.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth and, if called as a witness, I could and would testify competently thereto.

ny-1107190 v2

4.      Pursuant to the Claims Objections Procedures Order, prior to filing the Objection, the Debtors provided SilvermanAcampora with a copy of Claim No. 3835 (the "Claim") filed by Becky Spence, which the Debtors intended to include in the Objection.

5.      I or my designee at my direction first reviewed the Claim to determine if such claim was actually filed without sufficient explanation or sufficient supporting documentation to determine the validity of such claim.  Thereafter, I or my designee at my direction conferred with the Debtors and agreed that Becky Spence should receive a request letter, requesting additional explanation and documentation in support of her claim.

6.      I or my designee at my direction also conferred with the Debtors in drafting the request letter, and the Debtors provided copies of the letter to SilvermanAcampora.

7.      SilvermanAcampora has reviewed the basis of the Claim, and SilvermanAcampora does not object to the Debtors' determination and reasoning for filing the Objection.

8.      To the best of my knowledge, prior to the filing of the Objection, both the Debtors and SilvermanAcampora have fully complied with all other relevant terms of the Claims Objections Procedures Order.

Dated: September 18, 2013
       Jericho, New York

                                                      /s/  Robert D. Nosek
                                                      Robert D. Nosek

ny-1107190 v2