# **EXHIBIT 7**

ny-1101992

                    MORRISON | FOERSTER

Date:   07/12/2013

**Claim Number: 3835**

Dear Claimant:  Becky Spence

We received your communication in response to our request for additional information.  In that response you requested an extension of the due date of 7/11/2013.  This letter is to inform you that we have granted an extension of 14 days.  Your new response due date will be 7/25/2013.

**Consequences of Failing to Respond**:
If you do not provide the supporting documentation by 7/25/2013, the Debtors may file a formal objection to your Proof of Claim on one or more bases, including the basis that you failed to provide sufficient information and documentation to support your claim, and your claim may be disallowed and permanently expunged.  If your claim is disallowed and expunged, you will not receive any payment for your claim and any other requests you may have made for non-monetary relief in your Proof of Claim will be denied.  Therefore, it is very important that you respond by the date stated above with the requested information and documentation supporting the basis for your claim.

**Questions**:
If you have any questions about this email, or need help in providing the requested information and document(s), you should contact an attorney.  You may also contact the Special Counsel to the Official Committee of Unsecured Creditors[1] with questions (contact information provided below):

**SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Telephone: 866-259-5217
Website: http://silvermanacampora.com
E-mail address: rescapborrower@silvermanacampora.com

---

[1] Please be advised that SilvermanAcampora LLP does not represent you individually, and therefore, cannot provide you with legal advice.

Residential Capital, LLC     P.O. Box 385220     Bloomington, Minnesota  55438
Morrison & Foerster LLP   New York, New York 10104

**You must send the requested information and document(s) supporting your claim(s) on or before the date provided in this letter to either:**

    (i)    Claims.Management@gmacrescap.com; or
    (ii)   Residential Capital, LLC
          P.O. Box 385220
          Bloomington, Minnesota 55438

**Please mark each piece of correspondence with the Claim Number referenced above.**

Sincerely,

Claims Management
Residential Capital, LLC

cc:    Brian Powers, Esq. / Justin S. Krell, Esq.
       Jordan A. Wishnew, Esq.