## Affidavit Of Thomas James La Casse

Regarding Proof of Claim #3856
(Foreclosure of 153 Valley Forge Road, Weston CT )

NOW COMES Thomas James La Casse, Creditor in the case 12-12020-MG, *In re Residential Capital, LLC, et al*, who avers and testifies to the following.

1.   I am over the age of 18 years, understand that I am obliged to be truthful in this Affidavit and make my oath that I am doing so.

2.   I am the owner of the property at 153 Valley Forge Road, Weston CT, where I lived since 1992.  My brother Joseph and I bought this property and  restored it to its historic and picturesque condition.  While I was employed in Stamford, this was my primary residence.  I also invested in houses in Longmeadow, Massachusetts, where I have extensive family, although the work required  to bring each of these to market was managed by Joseph.

3.   In Connecticut, a foreclosure requires judicial action.  Residential Funding, LLC commenced a strict foreclosure proceeding on this property. The end of the redemption period is termed the 'law day'.  However, the law day was cancelled, as court records will indicate, by my Bankruptcy filing and the foreclosure never took place.

4.   Although they did not even have a judgment yet, Residential Funding, GMAC and its agents performed a self- help eviction by breaking in and changing the locks on numerous occasions. While they called it 'securing' the property, the property was perfectly secure except for their intrusions.  When I went to the property, it was in a shambles.  My valuables were stolen, and items such as a Sub-Zero refrigerator that were too big to move were vandalized.  The windows and their irrecoverable antique glass were broken, when they had stood 200 years

without prior damage.  The water supply and septic system were ruined making it impossible to reside in the property. Other deliberate acts of destruction included the smashed in cabinets, scratched floors, holes made in plaster walls, broken marble fireplaces and so on.  These were all purposeful acts intended to make me give up and let GMAC proceed with an illegal foreclosure

5.    I sent four Qualified Written Requests to GMAC before I got a response, and when I did get the response, it said that Residential Funding was not the owner of the note. They had no legal right to foreclose and their acts were not only illegal they were criminal. I retained McDonnell Analytics which supplied an expert report, now placed in evidence in the Stamford Superior Court. The numerous pleadings and responses my attorney, Donald Brown, Esq., submitted to highlight this issue over the course of two years were deliberately omitted from GMAC's objection to our claim filed in the NY Bankruptcy Court as well. In fact their own attorney admitted that at the time of the foreclosure Residential Funding was not the owner of the note. They knowingly committed a fraud and continue to do so before this very court in this proceeding. GMAC and Residential Funding also violated the laws of bankruptcy protection afforded me that was my right and privilege. For example, GMAC filed motions to advance proceedings in the Stamford Superior Court before the effective date of the relief from the Automatic Stay granted by the Bankruptcy Judge in Massachusetts.

6.    My house was a showcase property nestled in the heart of Fairfield County in very desirable Weston, Connecticut. This affluent bedroom community is a suburb for Manhattan. A great number of residents live here and commute to the city. The original house was built on 2 bucolic acres overlooking the Saugatuck River, which comes within 25 feet at one point. There is a non-buildable 35 acre preserve in front of the house and an 800 acre preserve behind the

property as well. In 2002 this property underwent a major renovation by the renowned builder Ed Cady of East Coast Barnbuilders. The original building was completely renovated and 3000 sq. ft. were added to the main house for a total over 4,000 sq. ft. Period materials were used to compliment the original style of the house. Hand-hewn chestnut beams, antique southern yellow pine flooring, plaster walls, extensive period paneling and mouldings and antique glass panes were also utilized. A total of 4 fireplaces were added including a 200 year old brick hearth with bread oven. Modern conveniences were added as well. The house features a Jacuzzi with a gas fireplace in the master bath, a new commercial kitchen and a hydro-thermal heating system. A 1,200 sq. ft. guest house with a 20 foot tall fieldstone fireplace was built on the property together with a new barn and potting cottage.

7.    Due to GMAC's illegal foreclosure and their illegal possession, the resulting destruction and vandalism of the house and outbuildings has made the property almost valueless. It is ruined. GMAC/Residential Funding even repeatedly refused to hand over the keys to the changed locks when I was in Chapter 11 bankruptcy protection. Despite my demands, they ignored me until the house was emptied of all valuables and damaged severely. During the period between the time I first demanded the keys to the point when GMAC finally Fedexed them to my attorney, GMAC and its agents emptied the house of all valuables and vandalized the property in what the Weston Police referred to as a "staged break-in." I provided a list of items taken from the property and a statement of their value to the Weston Police. By my calculation, the value of these items comes to $388,645.00 (three hundred eighty-eight thousand, six hundred forty-five dollars).

8.    This was a one of a kind property with a value in the $2,000,000 to $2,250,000 (two

million to two million two hundred and fifty thousand) dollar range.  I had contacted a realtor and was preparing to put the property on the market in that price range.  I should be compensated for this destruction, particularly when it was done as part of the fraud that GMAC and Residential Funding are still attempting to perpetrate.

9.  It is unknown what additional costs would be required for demolition and rebuilding, but recovering the original character of this period dwelling may be impossible, as what would be erected would only be a reproduction, not an original and updated estate.  In addition to the loss of the value, just the properly permitted demolition costs could easily exceed $100,000 to $150,000 ( one hundred thousand dollars to one-hundred-fifty thousand dollars).

10.  The house has been destroyed by GMAC and its acts of negligence and lack of care for the property while in their illegal possession, due to this and the acts of vandalism that they either allowed to happen or perpetrated themselves.  The house was even on the television news when, all the copper piping in the house was being stolen, they cut the copper oil tank line, the oil began to leak into the river.  The EPA, police and fire department were all on-site. The costs for the environmental remediation are not yet known.

11. The house and and grounds are situated on granite ledge, a very difficult and dense material to work with that makes a tough building terrain. The engineered septic system and the well were destroyed after the extent of the property dispute was known to GMAC, in what could only be deliberate acts.  Consequently, a large amount of site work is anticipated. I have been involved in restoring many houses for sale, but I despair at what would be required here.  Soil remediation will be required and in order to reinstall a septic system, a complete demolition of the property will be required to accomodate the required blasting.  These costs could amount to

as much as $500,000 (five hundred thousand dollars).

12.  Rebuilding with the 18th or 19th century period materials (either salvaged from the structure or brought from other such structures) would be at a premium. The antique flooring is five times the cost of conventional. The hand-hewn chestnut beams are twenty-five dollars a foot. The beams are not only decorative they are  the framing system for the house and guest house. In addition,the period windows, lighting, plaster work, bath fixtures, tile, paneling, mouldings and roofing materials are all at a premium, and I estimate another $300,000 (three hundred thousand dollars) in period  materials cost alone.

13.  Residential Funding Company, LLC had no right to foreclose on the property. The loan is owned by a different company and they cannot come to court to collect on a mortgage which they already sold. The law day never passed. Nor did they have any right to self- help eviction when they broke in and changed the locks and, if I changed them myself, they changed them again just for spite. Despite the laws and protection afforded by the Connecticut and Federal Court systems, GMAC did as they pleased.

14.  I filed for Bankruptcy protection and was granted it but GMAC still advanced the foreclosure proceedings in Stamford Superior Court and continued to break-in and change the locks on the home and guest house. This was not just illegal, it was a criminal act as well. I filed reports with the Weston Police Department after each break-in, explaining this illegal seizure of the property. It was explained to the police that the law day had not passed. They stated the house was in foreclosure and this was a civil matter. The police refused to do anything. I was treated like a second class citizen with no rights by my own police department,   They were even notified by an associate of my attorney who was bicycling past my house and discovered a car that was

not mine parked there. The police did nothing when they could have caught the perpetrators in the act. It was humiliating and severely distressing to find that I could do nothing but watch my dream house be destroyed. I remain in a depression about this to this day. If I had to place a dollar value on what this has cost me and my family, I would stay that it would be $1,000,000 (one million dollars), as I have been unable to work and my lost wages are approaching that figure.

15. My lawyer said that GMAC/Residential funding should pay enhanced damages, five times actual damages, for violation of civil RICO. I certainly see this as a conspiracy because even when GMAC can see that they are wrong and that they are prosecuting a foreclosure that they have no right to, they persist, and the strong-arm tactics of leaving the property uninhabitable are reprehensible to say the least.

16. The total I have listed above, not including the loss of my reputation, the need to withdraw my retirement money as I attempted to pay the mortgage is $4,438,645 (four million, four hundred thirty-eight thousand, six hundred forty-five dollars), not including the value of the insurance proceeds or my attorney fees. The settlement demand made by my attorney Donald Brown, for $25,000,000, including the punitive damages that are entirely justified, is an accurate estimate of my loss and this Court should not hesitate to authorize payment of such an amount.

17. GMAC/Residential Funding even compounded the matter and waived their discharge by proceeding post-petition with this case, renewing the claim to be the holder of the Note despite the overwhelming evidence to the contrary. In September, 2012, as shown on the docket sheets, GMAC/Residential Funding filed a Supplemental Objection to the Motion to Vacate Judgment of Strict Foreclosure and appeared in the state court, but the state court judge once

again declined to rule and asked the parties if they could not instead settle the matter.

Signed and sealed under pains and penalties of perjury this _____ /8th day of September,

2013.

_____
Thomas James La Casse

Commonwealth of Massachusetts
Hampden, SS}

Then personally appeared <u>Thomas James La Casse</u>, known to me (personally) (by means of presentation of suitable means of identification, which was _____ CTDL _____ ) and acknowledge that the above document was his free act and deed.

_____
Notary Public
(print name) 2·20·2015
My Commission Expires:

Lindsay A. Malmborg
Notary Public
My Commission Expires February 20, 2015
Commonwealth of Massachusetts