# State of Connecticut Judicial Branch
## Civil and Family E-Services



**E-Services Home**
-
**Civil / Family Menu**
-
**E-File a New Case**
-
**E-File on an Existing Case**
 By Docket Number
 By Party Name
 List My Cases
-
**Court Events**
 By Date
 By Juris Number
 By Docket Number
-
**Short Calendars**
 Markings Entry
 Markings History
 My Short Calendars
 By Court Location
 Calendar Notices
-
**My Shopping Cart(0)**
**My E-Filed Items**
-
**Foreclosures By Sale**
-

\*\* A service fee is charged for payments of court fees or other payments to the court made by credit card. Beginning in mid-September, filers who are using a credit card (MasterCard, Visa, American Express and Discover) to pay electronically for court fees through civil e-filing will be charged this service fee. It is currently set at the greater of $1.00 or 2.2% of the total amount owed. The service fee will be collected and retained by LexisNexis, the payment processor for these transactions. In the coming months, the service fee will also be added to payments of court fees or other payments to the court made by credit card at the local courthouses.

**Attorney/Firm:** DONALD M BROWN (421865)      **E-Mail:** donbrownzd@optonline.net   Logout

**FST-CV09-5011591-S    RESIDENTIAL FUNDING v. LACASSE,THOMAS**
**Prefix/Suffix:** [none] **Case Type:** P00   **File Date:** 05/18/2009   **Return Date:** 06/02/2009

| Case Detail | Notices | History | Processing | ▶ Scheduled Court Dates | Help Manual |

Foreclosures By Sale          To receive an email when there is activity on this case, click here.

**Select Case Activity:** [E-File an Appearance]  [Go]

**Information updated as of:** 09/16/2013

### Case Information
| | |
|---|---|
| **Case Type:** | P00 - PROPERTY - FORECLOSURE |
| **Court Location:** | STAMFORD |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Referral Judge or Magistrate:** | |
| **Last Action Date:** | 05/14/2013  (The "last action date" is the date the information was entered in the system) |

### Disposition Information
| | |
|---|---|
| **Disposition Date:** | 08/31/2009 |
| **Disposition:** | JUDGMENT OF STRICT FORECLOSURE |
| **Judge or Magistrate:** | HON DOUGLAS MINTZ |

### Party & Appearance Information

| Party | | | No Fee Party |
|---|---|---|---|
| **P-01** | **RESIDENTIAL FUNDING COMPANY LLC** | | |
| | **Attorney:** PHV CALANDRELLI JOSEPH 1/30/12 (433184)<br>KENNEY & SAMS, PC<br>134 TURNPIKE ROAD<br>SOUTHBOROUGH, MA 01772 | File Date: 01/23/2012 | |
| | **Attorney:** ANDREW L BALDWIN (433889)<br>100 CAMBRIDGE STREET<br>SUITE 2200<br>BOSTON, MA 02114 | File Date: 12/17/2012 | |
| **D-50** | **THOMAS LACASSE** | | |
| | **Attorney:** DONALD M BROWN (421865)<br>19 HETTIEFRED ROAD<br>GREENWICH, CT 06831 | File Date: 02/07/2012 | |

**D-51   PROPOSED INTERVENING PARTY PAUL NAKIAN**

**Attorney:** PAUL S NAKIAN (042191)            File Date: 05/24/2012
90 CAMPBELL DRIVE
STAMFORD, CT 06903

**Viewing Documents on Civil Cases:** Attorneys who have an appearance on the case can view pleadings, orders and other documents that are *paperless* by selecting the document link below.  Any attorney without an appearance on the case can look at court orders and judicial notices that are *electronic* on this case by choosing the link next to the order or selecting "Notices" from the tab at the top of this page and choosing the link to the notice on this website.  Pleadings and other documents that are paperless can be viewed during normal business hours at any Judicial District courthouse and at many geographical area courthouses.  Any pleadings or documents that are *not paperless* can be viewed during normal business hours at the Clerk's Office in the Judicial District where the case is.  Some pleadings, orders and other documents are protected by court order and can be seen at the Clerk's Office in the Judicial District where the case is only by attorneys or parties on the case.

| Motions / Pleadings / Documents / Case Status ||||||
|---|---|---|---|---|---|
| **Entry No** | **File Date** | **Filed By** | **Description** ||| **Arguable** |
| | 05/18/2009 | P | **SUMMONS** |||
| | 05/18/2009 | P | **COMPLAINT** |||
| | 05/18/2009 | P | **RETURN OF SERVICE** |||
| | 12/16/2010 | | **CLAIM/RECLAIM** <br> Claim/Reclaim |||
| | 01/03/2011 | D | **APPEARANCE** <br> Appearance |||
| | 01/04/2011 | | **CLAIM/RECLAIM** <br> Claim/Reclaim |||
| | 04/21/2011 | | **CLAIM/RECLAIM** <br> Claim/Reclaim |||
| | 05/26/2011 | | **CLAIM/RECLAIM** <br> Claim/Reclaim |||
| | 10/11/2011 | | **CLAIM/RECLAIM** <br> Claim/Reclaim |||
| | 10/28/2011 | | **CLAIM/RECLAIM** <br> Claim/Reclaim |||
| | 11/02/2011 | | **CLAIM/RECLAIM** <br> Claim/Reclaim |||
| | 12/14/2011 | P | **APPEARANCE** <br> Appearance |||
| | 01/09/2012 | | **CLAIM/RECLAIM** <br> Claim/Reclaim |||
| | 01/23/2012 | | **ADMINISTRATIVE DOCUMENT** |||
| | 02/07/2012 | D | **APPEARANCE** <br> Appearance |||
| | 03/21/2012 | D | **APPEARANCE** <br> Appearance |||
| | 05/24/2012 | | **APPEARANCE** |||
| | 12/17/2012 | P | **APPEARANCE** <br> Appearance |||

| | | | | |
|---|---|---|---|---|
| | 05/28/2013 | | **CLAIM/RECLAIM**<br>Claim/Reclaim | |
| 101.00 | 05/18/2009 | C | **FORECLOSURE MEDIATION – ELIGIBLE CASE (NO DOCUMENT)** | No |
| 102.00 | 05/18/2009 | P | **FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT)** | No |
| 103.00 | 06/18/2009 | C | **FORECLOSURE MEDIATION TIME PERIOD EXPIRED** | No |
| 104.00 | 08/18/2009 | P | **SUPPLEMENTAL RETURN** | No |
| 105.00 | 08/18/2009 | P | **MOTION FOR DEFAULT-FAILURE TO APPEAR**<br>*RESULT:* Granted 9/2/2009 HON DOUGLAS MINTZ | No |
| 106.00 | 08/18/2009 | P | **MOTION FOR JUDGMENT-STRICT FORECLOSURE**<br>*RESULT:* Granted 9/2/2009 HON DOUGLAS MINTZ | Yes |
| 107.10 | 09/02/2009 | P | **STATEMENT** | No |
| 108.10 | 09/02/2009 | P | **AFFIDAVIT** | No |
| 109.10 | 09/02/2009 | P | **MILITARY AFFIDAVIT** | No |
| 110.10 | 09/02/2009 | P | **AFFIDAVIT** | No |
| 111.10 | 09/02/2009 | P | **STATEMENT** | No |
| 112.10 | 09/02/2009 | P | **APPRAISAL** | No |
| 113.00 | 09/08/2009 | P | **NOTICE TO ALL PARTIES**<br>Notice Of Entry Of Judgment Of Strict Foreclosure | No |
| 114.00 | 09/08/2009 | P | **COMPLIANCE**<br>Letter to homeowner per Standing Orders | No |
| 115.00 | 09/22/2009 | P | **BILL OF COSTS** | No |
| 116.00 | 08/31/2009 | | **JUDGMENT OF STRICT FORECLOSURE**<br>*RESULT:* 8/28/2009 HON DOUGLAS MINTZ | No |
| 117.00 | 10/23/2009 | P | **COMPLIANCE**<br>Compliance w/court ordered notice of judgment | No |
| 118.00 | 10/22/2009 | D | **NOTICE OF BANKRUPTCY** | No |
| 119.00 | 01/04/2010 | P | **MOTION TO RESET LAW DAYS AFTER FILING OF A BANKRUPTCY PETITION (CGS 49-15)**<br>*RESULT:* Off 1/19/2010 HON DOUGLAS MINTZ | Yes |
| 120.00 | 01/11/2010 | P | **APPRAISAL** | No |
| 121.00 | 01/15/2010 | P | **MILITARY AFFIDAVIT** | No |
| 122.00 | 01/15/2010 | P | **AFFIDAVIT OF DEBT** | No |
| 123.00 | 01/15/2010 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES**<br>bk fees | No |
| 124.00 | 01/20/2010 | P | **NOTICE OF BANKRUPTCY** | No |
| 125.00 | 02/03/2010 | D | **NOTICE OF BANKRUPTCY** | No |
| 126.00 | 11/30/2010 | P | **MOTION TO RESET LAW DAYS AFTER FILING OF A BANKRUPTCY PETITION (CGS 49-15)** | Yes |
| 127.00 | 12/22/2010 | P | **AFFIDAVIT FEDERAL LOSS MITIGATION PROGRAMS (JD-CL-114)** | No |
| 128.00 | 01/13/2011 | D | **REQUEST**<br>Motion For Continuance | No |
| 129.00 | 11/10/2011 | P | **APPRAISAL** | No |

| | | | | | |
|---|---|---|---|---|---|
| 130.00 | 11/10/2011 | P | **AFFIDAVIT OF DEBT** | | No |
| 131.00 | 11/10/2011 | P | **AFFIDAVIT OF COMPLIANCE WITH EMAP** | | No |
| 132.00 | 11/10/2011 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | | No |
| 133.00 | 11/14/2011 | D | **MOTION TO OPEN AND VACATE JUDGMENT** Motion To Vacate Judgment & Dismiss With Prejudice | | No |
| 134.00 | 11/14/2011 | D | **MEMORANDUM IN SUPPORT OF MOTION** Memorandum In Support Def. Mot To Vacate & Dismiss | | No |
| 135.00 | 11/14/2011 | D | **MOTION FOR CONTINUANCE** Mot. For Continuance Hearing On Mot. Reset Law Day | | No |
| 136.00 | 12/27/2011 | P | **APPLICATION** for Admission Pro Hac Vice | | No |
| 137.00 | 12/29/2011 | P | **WITHDRAWAL OF MOTION** #136 - Application for Admission Pro Hac Vice | | No |
| 138.00 | 12/29/2011 | P | **MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16** | | No |
| 138.86 | 01/23/2012 | C | **ORDER** *RESULT:* Order 1/23/2012 HON DOUGLAS MINTZ | | No |
| 139.00 | 01/03/2012 | D | **MOTION FOR LEAVE** Motion For Leave To Compel Discovery *RESULT:* Continuance 2/6/2012 HON DOUGLAS MINTZ | | No |
| 139.86 | 01/31/2012 | C | **ORDER** *RESULT:* Off 1/29/2012 HON DOUGLAS MINTZ | | No |
| 140.00 | 01/03/2012 | D | **EXHIBITS** Request For Production | | No |
| 141.00 | 01/03/2012 | D | **NOTICE** Notice Of Service Of Request For Production | | No |
| 142.00 | 01/03/2012 | D | **MOTION FOR CONTINUANCE** Motion For Continuance Of Evidentiary Hearing *RESULT:* Order 1/24/2012 HON DOUGLAS MINTZ | | No |
| 142.86 | 01/24/2012 | C | **ORDER** *RESULT:* Order 1/24/2012 HON DOUGLAS MINTZ | | No |
| 143.00 | 01/03/2012 | D | **OBJECTION** Objection To Application For Admission ProHac Vice | | No |
| 143.86 | 01/23/2012 | C | **ORDER** *RESULT:* Overruled 1/23/2012 HON DOUGLAS MINTZ | | No |
| 144.00 | 01/03/2012 | P | **OBJECTION TO MOTION** to Def's Motion for Continuance | | No |
| 145.00 | 01/13/2012 | P | **OBJECTION TO MOTION** for Leave to Compel Discovery with Exhibits *RESULT:* Continuance 2/6/2012 HON DOUGLAS MINTZ | | No |
| 145.86 | 01/31/2012 | C | **ORDER** *RESULT:* Off 1/29/2012 HON DOUGLAS MINTZ | | No |
| 146.00 | 01/17/2012 | D | **MOTION TO OPEN AND VACATE JUDGMENT** Mot. Open/Vacate Judgmt Compel Necessary Discovery | | No |
| 147.00 | 01/23/2012 | P | **OBJECTION TO MOTION** to Vacate Judgment and Dismiss with Prejudice | | No |
| 147.86 | 02/06/2012 | C | **ORDER** *RESULT:* Off 2/6/2012 HON DOUGLAS MINTZ | | No |

| | | | | |
|---|---|---|---|---|
| 148.00 | 01/27/2012 | P | **OBJECTION TO MOTION** <br> to Def Mot to Vacate Judgment to conduct discovery | No |
| 148.86 | 02/06/2012 | C | **ORDER** <br> *RESULT:* Off 2/6/2012 HON DOUGLAS MINTZ | No |
| 149.00 | 02/06/2012 | P | **MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16** <br> *RESULT:* Denied 2/7/2012 HON DOUGLAS MINTZ | No |
| 149.86 | 02/07/2012 | C | **ORDER** <br> *RESULT:* Denied 2/7/2012 HON DOUGLAS MINTZ | No |
| 150.00 | 02/06/2012 | P | **CASEFLOW REQUEST** | No |
| 151.00 | 02/07/2012 | D | **OBJECTION TO MOTION** <br> OBJECTION TO MOTION TO RESET LAW DAYS AND REENTER | No |
| 152.00 | 02/07/2012 | D | **REPLY** <br> Reply To Plaintiff's Objection Mot. Vacate/Dismiss | No |
| 153.00 | 02/07/2012 | D | **AFFIDAVIT** <br> Affidavit of Thomas J. La Casse | No |
| 154.00 | 02/16/2012 | P | **MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16** | No |
| 154.86 | 02/29/2012 | C | **ORDER** <br> *RESULT:* Order 2/28/2012 HON DOUGLAS MINTZ | No |
| 155.00 | 02/17/2012 | D | **MOTION FOR CONTINUANCE** <br> 02-21-2012 | No |
| 155.86 | 02/17/2012 | C | **ORDER** <br> *RESULT:* Order 2/17/2012 HON DOUGLAS MINTZ | No |
| 156.00 | 02/24/2012 | P | **APPLICATION TO WITHDRAW APPEARANCE PURSUANT TO P.B. SEC. 3-9 (b)** <br> for PHV Attorney Calandrelli | No |
| 156.86 | 02/27/2012 | C | **ORDER** <br> *RESULT:* Rejected 2/27/2012 BY THE CLERK | No |
| 157.00 | 03/01/2012 | D | **DISCLOSURE OF EXPERT WITNESS** <br> Disclosure of Expert: Marie McDonnell, CFE | No |
| 158.00 | 03/01/2012 | D | **MOTION FOR CONTINUANCE** | No |
| 158.86 | 03/02/2012 | C | **ORDER** <br> *RESULT:* Order 3/2/2012 HON DOUGLAS MINTZ | No |
| 159.00 | 03/13/2012 | P | **MOTION FOR CONTINUANCE** <br> *RESULT:* Order 3/14/2012 HON DOUGLAS MINTZ | No |
| 159.86 | 03/14/2012 | C | **ORDER** <br> *RESULT:* Order 3/14/2012 HON DOUGLAS MINTZ | No |
| 159.87 | 03/21/2012 | C | **ORDER** <br> *RESULT:* Granted 3/21/2012 HON DOUGLAS MINTZ | No |
| 160.00 | 03/14/2012 | D | **OBJECTION** <br> Objection to Continuance | No |
| 161.00 | 03/19/2012 | D | **DISCLOSURE OF EXPERT WITNESS** <br> SUPPLEMENTAL DISCLOSURE OF EXPERT REPORT | No |
| 162.00 | 04/16/2012 | D | **NOTICE** <br> NOTICE OF FILING OF EXHIBITS | No |
| 163.00 | 04/17/2012 | D | **EXHIBITS** <br> NOTICE OF FILING OF EXHIBITS 2 | No |

Case Detail - FST-CV09-5011591-S  https://efile.eservices.jud.ct.gov/CaseDetail/AttyCaseDetail.aspx?crn=29...

12-12020-mg    Doc 5106-4    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 4
Docket Sheet for FST-CV09-5011591-S    Residential Funding v. Thomas La    Pg 6 of 6

| | | | | | |
|---|---|---|---|---|---|
| 164.00 | 05/21/2012 | D | **CASEFLOW REQUEST** 📝<br>AGREED CONTINUANCE<br>*RESULT:* Order 5/21/2012 HON DOUGLAS MINTZ | | No |
| 164.86 | 05/21/2012 | C | **ORDER** 📝<br>*RESULT:* Order 5/21/2012 HON DOUGLAS MINTZ | | No |
| 165.00 | 05/24/2012 | D | **MOTION TO INTERVENE** 📝 | | No |
| 166.00 | 07/23/2012 | D | **CASEFLOW REQUEST** 📝<br>Mutually Agreed Continuance Request<br>*RESULT:* Granted 7/24/2012 HON DOUGLAS MINTZ | | No |
| 166.86 | 07/24/2012 | C | **ORDER** 📝<br>*RESULT:* Order 7/24/2012 HON DOUGLAS MINTZ | | No |
| 167.00 | 09/13/2012 | P | **OBJECTION** 📝<br>-SUPPLEMENTAL TO DEF MOTION TO VACATE JUDGMENT... | | No |
| 168.00 | 09/13/2012 | P | **NOTICE** 📝<br>OF EXHIBITS | | No |
| 169.00 | 05/14/2013 | P | **NOTICE OF RELIEF FROM STAY** 📝<br>and Motion to Vacate order | | No |

| Individually Scheduled Court Dates as of 09/13/2013 | | | | |
|---|---|---|---|---|
| **FST-CV09-5011591-S - RESIDENTIAL FUNDING v. LACASSE,THOMAS** | | | | |
| **#** | **Date** | **Time** | **Event Description** | **Status** |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court location different from where the case was filed. Please see the JDNO/Notices tab on the Case Detail screen for scheduling location information.

Note: This listing of court activity may include motions or pleadings that were written onto the short calendar by the clerk. For items where the time is not displayed, please contact the clerk's office for further information.

Periodic changes to terminology may be made which do not affect the status of the case.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2013, State of Connecticut Judicial Branch