LAW OFFICES OF DONALD M. BROWN
19 HETTIE FRED ROAD GREENWICH CT 06831
(203)359-3771 & (800)636-2701 FAX

# EXHIBIT D

Unassociated Document          Page 1 of 835
12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 2 of 279

EX-4.1 3 d497602_ex4-1new.htm POOLING AND SERVICING AGREEMENT

STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.,

Depositor

LUMINENT MORTGAGE CAPITAL, INC.,

Sponsor

WELLS FARGO BANK, NATIONAL ASSOCIATION,

Master Servicer and Securities Administrator

and

HSBC BANK USA, NATIONAL ASSOCIATION,

Trustee

_____

POOLING AND SERVICING AGREEMENT

Dated as of April 1, 2006

_____

LUMINENT MORTGAGE TRUST 2006-3

MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2006-3

Unassociated Document

Page 2 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 3 of 279

**TABLE OF CONTENTS**

ARTICLE I

DEFINITIONS

Section 1.01          Defined Terms.
Section 1.02          Allocation of Certain Interest Shortfalls

ARTICLE II

CONVEYANCE OF TRUST FUND REPRESENTATIONS AND WARRANTIES

Section 2.01          Conveyance of Trust Fund
Section 2.02          Acceptance of the Mortgage Loans.
Section 2.03          Representations, Warranties and Covenants of the Master Servicer and the Sponsor.
Section 2.04          Representations and Warranties of the Depositor
Section 2.05          Delivery of Opinion of Counsel in Connection with Substitutions and Repurchases.
Section 2.06          Countersignature and Delivery of Certificates.
Section 2.07          Purposes and Powers of the Trust.

ARTICLE III

ADMINISTRATION AND MASTER SERVICING OF MORTGAGE LOANS BY MASTER SERVICER

Section 3.01          Master Servicer
Section 3.02          REMIC-Related Covenants
Section 3.03          Monitoring of the Servicers.
Section 3.04          Fidelity Bond
Section 3.05          Power to Act; Procedures
Section 3.06          Due-on-Sale Clauses; Assumption Agreements
Section 3.07          Release of Mortgage Files.
Section 3.08          Documents, Records and Funds in Possession of Master Servicer and related Servicer To Be Held for Trustee.
Section 3.09          Standard Hazard Insurance and Flood Insurance Policies.
Section 3.10          Presentment of Claims and Collection of Proceeds
Section 3.11          Maintenance of the Primary Mortgage Insurance Policies.
Section 3.12          Trustee to Retain Possession of Certain Insurance Policies and Documents
Section 3.13          Realization Upon Defaulted Mortgage Loans
Section 3.14          Compensation for the Master Servicer
Section 3.15          REO Property.
Section 3.16          Annual Statement as to Compliance.
Section 3.17          Assessments of Compliance and Attestation Reports.
Section 3.18          Reports Filed with Securities and Exchange Commission.
Section 3.19          Intention of the Parties and Interpretation.
Section 3.20          UCC
Section 3.21          Special Foreclosure Rights.

ARTICLE IV

ACCOUNTS

Section 4.01          [Reserved].
Section 4.02          [Reserved].
Section 4.03          [Reserved].
Section 4.04          [Reserved].
Section 4.05          Servicer Protected Accounts.
Section 4.06          [Reserved].
Section 4.07          [Reserved].
Section 4.08          Distribution Account.
Section 4.09          Permitted Withdrawals and Transfers from the Distribution Account.
Section 4.10          Final Maturity Reserve Account.

ARTICLE V

DISTRIBUTIONS AND ADVANCES

Section 5.01          Advances.
Section 5.02          Compensating Interest Payments.
Section 5.03          REMIC Distributions
Section 5.04          Distributions.
Section 5.05          Allocation of Realized Losses.
Section 5.06          Monthly Statements to Certificateholders.
Section 5.07          REMIC Designations and REMIC Distributions.
Section 5.08          Basis Risk Shortfall Reserve Fund.
Section 5.09          Class P Certificate Account
Section 5.10          [reserved].

ARTICLE VI

THE CERTIFICATES

Section 6.01          The Certificates
Section 6.02          Certificate Register; Registration of Transfer and Exchange of Certificates.
Section 6.03          Mutilated, Destroyed, Lost or Stolen Certificates
Section 6.04          Persons Deemed Owners
Section 6.05          Access to List of Certificateholders' Names and Addresses
Section 6.06          Book-Entry Certificates
Section 6.07          Notices to Depository
Section 6.08          Definitive Certificates
Section 6.09          Maintenance of Office or Agency

ARTICLE VII

THE MASTER SERVICER

Section 7.01          Liabilities of the Depositor and the Master Servicer
Section 7.02          Merger or Consolidation of the Depositor or the Master Servicer.
Section 7.03          Indemnification of the Trustee, the Master Servicer and the Securities Administrator.
Section 7.04          Limitations on Liability of the Depositor, the Master Servicer and Others
Section 7.05          Master Servicer Not to Resign
Section 7.06          Successor Master Servicer
Section 7.07          Sale and Assignment of Master Servicing

ARTICLE VIII

DEFAULT; TERMINATION OF MASTER SERVICER;

Section 8.01          Events of Default
Section 8.02          Trustee to Act; Appointment of Successor
Section 8.03          Notification to Certificateholders and Rating Agencies.
Section 8.04          Waiver of Defaults

ARTICLE IX

CONCERNING THE TRUSTEE AND THE SECURITIES ADMINISTRATOR

Section 9.01          Duties of Trustee and Securities Administrator.
Section 9.02          Certain Matters Affecting the Trustee and the Securities Administrator.
Section 9.03          Trustee and Securities Administrator Not Liable for Certificates or Mortgage Loans
Section 9.04          Trustee and Securities Administrator May Own Certificates
Section 9.05          Trustee's and Securities Administrator's Fees and Expenses
Section 9.06          Eligibility Requirements for Trustee and Securities Administrator
Section 9.07          Insurance
Section 9.08          Resignation and Removal of Trustee and Securities Administrator
Section 9.09          Successor Trustee or Securities Administrator
Section 9.10          Merger or Consolidation of Trustee or Securities Administrator
Section 9.11          Appointment of Co-Trustee or Separate Trustee
Section 9.12          Tax Matters

ARTICLE X

TERMINATION

Section 10.01          Termination upon Liquidation or Repurchase of all Mortgage Loans
Section 10.02          Final Distribution on the Group I Certificates and Group II Certificates
Section 10.03          Additional Termination Requirements.

ARTICLE XI

MISCELLANEOUS PROVISIONS

Section 11.01          Amendment
Section 11.02          Recordation of Agreement; Counterparts
Section 11.03          Governing Law.
Section 11.04          Intention of Parties
Section 11.05          Notices.
Section 11.06          Severability of Provisions
Section 11.07          Assignment
Section 11.08          Limitation on Rights of Certificateholders
Section 11.09          Inspection and Audit Rights
Section 11.10          Certificates Nonassessable and Fully Paid.
Section 11.11          [reserved].

Exhibits

| | |
|---|---|
| Exhibit A-1 | Form of Class [A] [X] Certificates |
| Exhibit A-2 | Form of Class [M] Certificates |
| Exhibit A-3 | Form of Class [B] Certificates |
| Exhibit A-4 | Form of Class I-B-IO Certificates |
| Exhibit A-5 | Form of Class P Certificates |
| Exhibit A-6 | Form of Class R Certificates |
| Exhibit B | Mortgage Loan Schedule |
| Exhibit C | Form of Transfer Affidavit |
| Exhibit D | Form of Transferor Certificate |
| Exhibit E | Form of Investment Letter (Non-Rule 144A) |
| Exhibit F | Form of Rule 144A Investment Letter |
| Exhibit G | Form of Request for Release |
| Exhibit H | DTC Letter of Representations |
| Exhibit I | Schedule of Mortgage Loans with Lost Notes |
| Exhibit J | Form of Custodial Agreement |
| Exhibit K | Form of Mortgage Loan Purchase Agreement |
| Exhibit L | Form of Company Certification |
| Exhibit M | Form of Corridor Contract |
| Exhibit N | Servicing Criteria to Be Addressed in Assessment of Compliance |
| Exhibit O | Form 10-D, Form 8-K and Form 10-K Reporting Responsibility |
| Exhibit P | Additional Disclosure Notification |
| Exhibit Q-1 to Q-4 | Servicing Agreements |
| Exhibit R-1 to R-4 | Assignment, Assumption and Recognition Agreements |

Unassociated Document

Page 5 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 6 of 279

POOLING AND SERVICING AGREEMENT, dated as of April 1, 2006, among STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., a Delaware limited liability company, as depositor (the "Depositor"), LUMINENT MORTGAGE CAPITAL, INC., a Maryland corporation and real estate investment trust, (the "Sponsor"), WELLS FARGO BANK, NATIONAL ASSOCIATION, a national banking association, as master servicer (in such capacity, the "Master Servicer") and as securities administrator (in such capacity, the "Securities Administrator") and HSBC BANK USA, NATIONAL ASSOCIATION, a national banking association, as trustee (the "Trustee").

PRELIMINARY STATEMENT

The Depositor is the owner of the Trust Fund that is hereby conveyed to the Trustee in return for the Certificates.

REMIC I

As provided herein, the Securities Administrator, on behalf of the Trustee, will make an election to treat the segregated pool of assets consisting of Loan Group I and certain other related assets subject to this Agreement (other than the Basis Risk Shortfall Reserve Fund, the Final Maturity Reserve Account, the Corridor Contracts and any Prepayment Charge Waiver Amounts) as a REMIC (as defined herein) for federal income tax purposes, and such segregated pool of assets will be designated as "REMIC I." The Class R-1 Interest will represent the sole class of Residual Interests in REMIC I for purposes of the REMIC Provisions (as defined herein) under federal income tax law. The following table irrevocably sets forth the designation, the Uncertificated REMIC I Pass-Through Rate, the initial Uncertificated Principal Balance and, for purposes of satisfying Treasury Regulation Section 1.860G-1(a)(4)(iii), the "latest possible maturity date" for each of the REMIC I Regular Interests (as defined herein). None of the REMIC I Regular Interests will be certificated.

| Designation | Initial Uncertificated Principal Balance | Uncertificated REMIC I Pass-Through Rate | Latest Possible Maturity Date[1] |
|---|---|---|---|
| A | $                182,626,992.46 | (2) | May 2046 |
| A-IO | $                5,283,787.10 | (2) | May 2046 |
| B | $                145,087,816.80 | (2) | May 2046 |
| B-IO | $                36,026,238.76 | (2) | May 2046 |
| P | $                100.00 | 0.00                % | May 2046 |

[1]    For purposes of Section 1.860G-1(a)(4)(iii) of the Treasury regulations, the Distribution Date in the month following the maturity date for the Mortgage Loan in Loan Group I with the latest maturity date has been designated as the "latest possible maturity date" for each of the REMIC I Regular Interests.

[2]    Calculated in accordance with the definition of "Uncertificated REMIC I Pass-Through Rate" herein.

Unassociated Document            Page 6 of 835
12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 7 of 279

## REMIC II

As provided herein, the Securities Administrator, on behalf of the Trustee, will elect to treat the segregated pool of assets consisting of the REMIC I Regular Interests as a REMIC for federal income tax purposes, and such segregated pool of assets will be designated as "REMIC II". The Class R-2 Interest will be the sole class of Residual Interests in REMIC II for purposes of the REMIC Provisions. The following table irrevocably sets forth the designation, the Uncertificated REMIC II Pass-Through Rate, the initial Uncertificated Principal Balance and, for purposes of satisfying Treasury Regulation Section 1.860G-1(a)(4)(iii), the "latest possible maturity date" for each of the REMIC II Regular Interests (as defined herein). None of the REMIC II Regular Interests will be certificated.

| Designation | Initial Uncertificated Principal Balance | Uncertificated REMIC II Pass-Through Rate | Latest Possible Maturity Date[1] |
|---|---|---|---|
| AA | $ 180,822,169.21 | (2) | May 2046 |
| I-1A-1 | $ 504,540.00 | (2) | May 2046 |
| I-1A-2 | $ 252,270.00 | (2) | May 2046 |
| I-1A-3 | $ 84,090.00 | (2) | May 2046 |
| I-2A-1 | $ 486,290.00 | (2) | May 2046 |
| I-2A-2 | $ 243,145.00 | (2) | May 2046 |
| I-2A-3 | $ 81,050.00 | (2) | May 2046 |
| I-M-1 | $ 59,045.00 | (2) | May 2046 |
| I-M-2 | $ 36,900.00 | (2) | May 2046 |
| I-M-3 | $ 12,915.00 | (2) | May 2046 |
| I-B-1 | $ 21,220.00 | (2) | May 2046 |
| I-B-2 | $ 9,225.00 | (2) | May 2046 |
| I-B-3 | $ 24,910.00 | (2) | May 2046 |
| I-B-4 | $ 9,225.00 | (2) | May 2046 |
| ZZ | $ 1,865,423.35 | (2) | May 2046 |
| P | $ 100.00 | 0.00% | May 2046 |
| IO | (3) | (2) | May 2046 |
| 1-Sub | $ 1,973.08 | (2) | May 2046 |
| 1-Grp | $ 18,791.08 | (2) | May 2046 |
| 2-Sub | $ 1,901.71 | (2) | May 2046 |
| 2-Grp | $ 18,111.41 | (2) | May 2046 |
| XX | $ 184,455,430.59 | (2) | May 2046 |

[1]   For purposes of Section 1.860G-1(a)(4)(iii) of the Treasury regulations, the Distribution Date in the month following the maturity date for the Mortgage Loan in Loan Group I with the latest maturity date has been designated as the "latest possible maturity date" for each of the REMIC II Regular Interests.

[2]   Calculated in accordance with the definition of "Uncertificated REMIC II Pass-Through Rate" herein.

[3]   For federal income tax purposes, REMIC II Regular Interest IO will not have an Uncertificated Principal Balance but will accrue interest on its uncertificated notional amount calculated in accordance with the related definition of "Uncertificated Notional Amount" herein.

## REMIC III

As provided herein, the Securities Administrator, on behalf of the Trustee, will elect to treat the segregated pool of assets consisting of the REMIC II Regular Interests as a REMIC for federal income tax purposes, and such segregated pool of assets will be designated as "REMIC III". The Class R-3 Interest will be the sole class of Residual Interests in REMIC III for purposes of the REMIC Provisions. The following table irrevocably sets forth the designation, the Uncertificated REMIC III Pass-Through Rate, the initial Uncertificated Principal Balance and, for purposes of satisfying Treasury Regulation Section 1.860G-1(a)(4)(iii), the "latest possible maturity date" for each of the REMIC III Regular Interests (as defined herein). None of the REMIC III Regular Interests will be certificated.

| Designation | Initial Uncertificated Principal Balance | Uncertificated REMIC III Pass-Through Rate | Latest Possible Maturity Date[1] |
|---|---|---|---|
| I-1A-1 | $ 100,908,000.00 | (2) | May 2046 |
| I-1A-2 | $ 50,454,000.00 | (2) | May 2046 |
| I-1A-3 | $ 16,818,000.00 | (2) | May 2046 |
| I-2A-1 | $ 97,258,000.00 | (2) | May 2046 |
| I-2A-2 | $ 48,629,000.00 | (2) | May 2046 |
| I-2A-3 | $ 16,210,000.00 | (2) | May 2046 |
| I-M-1 | $ 11,809,000.00 | (2) | May 2046 |
| I-M-2 | $ 7,380,000.00 | (2) | May 2046 |
| I-M-3 | $ 2,583,000.00 | (2) | May 2046 |
| I-B-1 | $ 4,244,000.00 | (2) | May 2046 |
| I-B-2 | $ 1,845,000.00 | (2) | May 2046 |
| I-B-3 | $ 4,982,000.00 | (2) | May 2046 |
| I-B-4 | $ 1,845,000.00 | (2) | May 2046 |
| I-B-IO | $ 4,059,835.12 | (2)(3) | May 2046 |
| P | $ 100.00 | 0.00% | May 2046 |
| IO | (4) | (2) | May 2046 |

[1]   For purposes of Section 1.860G-1(a)(4)(iii) of the Treasury regulations, the Distribution Date in the month following the maturity date for the Mortgage Loan in Loan Group I with the latest maturity date has been designated as the "latest possible maturity date" for each of the REMIC III Regular Interests.

[2]   Calculated in accordance with the definition of "Uncertificated REMIC III Pass-Through Rate" herein.

[3]   REMIC III Regular Interest I-B-IO will not accrue interest on its Uncertificated Principal Balance, but will accrue interest at its Uncertificated REMIC III Pass-Through Rate on its Uncertificated Notional Amount which shall equal the aggregate Uncertificated Principal Balance of the REMIC II Regular Interests other than REMIC II Regular Interest P.

[4]   For federal income tax purposes, REMIC III Regular Interest IO will not have an Uncertificated Principal Balance, but will have a notional amount equal to the Uncertificated Notional Amount of REMIC II Regular Interest IO.

Unassociated Document                                                      Page 7 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 8 of 279

Unassociated Document                                                                 Page 8 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 9 of 279

REMIC IV

As provided herein, the Securities Administrator, on behalf of the Trustee, will make an election to treat the segregated pool of assets consisting of Loan Group II and certain other related assets subject to this Agreement (other than any Prepayment Charge Waiver Amounts) as a REMIC for federal income tax purposes, and such segregated pool of assets will be designated as "REMIC IV." The Class R-4 Interest will represent the sole class of Residual Interests in REMIC IV for purposes of the REMIC Provisions (as defined herein) under federal income tax law. The following table irrevocably sets forth the designation, the Uncertificated REMIC IV Pass-Through Rate, the initial Uncertificated Principal Balance and, for purposes of satisfying Treasury Regulation Section 1.860G-1(a)(4)(iii), the "latest possible maturity date" for each of the REMIC IV Regular Interests (as defined herein). None of the REMIC IV Regular Interests will be certificated.

| Designation | Initial Uncertificated Principal Balance | | Uncertificated REMIC IV Pass-Through Rate | Latest Possible Maturity Date[1] |
|---|---|---|---|---|
| 1-Sub | $ | 409.68 | (2) | April 2036 |
| 1-Grp | $ | 5,572.78 | (2) | April 2036 |
| 2-Sub | $ | 1,273.55 | (2) | April 2036 |
| 2-Grp | $ | 17,326.55 | (2) | April 2036 |
| 3-Sub | $ | 621.28 | (2) | April 2036 |
| 3-Grp | $ | 8,451.78 | (2) | April 2036 |
| XX | $ | 313,477,386.57 | (2) | April 2036 |

[1]    For purposes of Section 1.860G-1(a)(4)(iii) of the Treasury regulations, the Distribution Date in the month following the maturity date for the Mortgage Loan in Loan Group II with the latest maturity date has been designated as the "latest possible maturity date" for each of the REMIC IV Regular Interests.

[2]    Calculated in accordance with the definition of "Uncertificated REMIC IV Pass-Through Rate" herein.

REMIC V

As provided herein, the Securities Administrator, on behalf of the Trustee, will elect to treat the segregated pool of assets consisting of the REMIC IV Regular Interests as a REMIC for federal income tax purposes, and such segregated pool of assets will be designated as "REMIC V". The Class R-5 Interest will be the sole class of Residual Interests in REMIC V for purposes of the REMIC Provisions. The following table irrevocably sets forth the designation, the Uncertificated REMIC V Pass-Through Rate, the initial Uncertificated Principal Balance and, for purposes of satisfying Treasury Regulation Section 1.860G-1(a)(4)(iii), the "latest possible maturity date" for each of the REMIC V Regular Interests (as defined herein). None of the REMIC V Regular Interests will be certificated.

| Designation | Initial Uncertificated Principal Balance | | Uncertificated REMIC V Pass-Through Rate | Latest Possible Maturity Date[1] |
|---|---|---|---|---|
| II-1A-1 | $ | 47,535,000.00 | (2) | April 2036 |
| II-1A-2 | $ | 4,096,000.00 | (2) | April 2036 |
| II-2A-1 | $ | 147,795,000.00 | (2) | April 2036 |
| II-2A-2 | $ | 12,735,000.00 | (2) | April 2036 |
| II-3A-1 | $ | 72,093,000.00 | (2) | April 2036 |
| II-3A-2 | $ | 6,212,000.00 | (2) | April 2036 |
| II-B-1 | $ | 11,755,000.00 | (2) | April 2036 |
| II-B-2 | $ | 3,763,000.00 | (2) | April 2036 |
| II-B-3 | $ | 2,822,000.00 | (2) | April 2036 |
| II-B-4 | $ | 1,879,000.00 | (2) | April 2036 |
| II-B-5 | $ | 1,569,000.00 | (2) | April 2036 |
| II-B-6 | $ | 1,257,042.18 | (2) | April 2036 |

---

[1]    For purposes of Section 1.860G-1(a)(4)(iii) of the Treasury regulations, the Distribution Date in the month following the maturity date for the Mortgage Loan in Loan Group II with the latest maturity date has been designated as the "latest possible maturity date" for each of the REMIC V Regular Interests.

[2]    Calculated in accordance with the definition of "Uncertificated REMIC V Pass-Through Rate" herein.

REMIC VI

As provided herein, the Securities Administrator, on behalf of the Trustee, will make an election to treat the segregated pool of assets consisting of the REMIC III Regular Interests and REMIC V Regular Interests as a REMIC for federal income tax purposes, and such segregated pool of assets will be designated as "REMIC VI." The Class R-6 Interest will represent the sole class of Residual Interests in REMIC VI for purposes of the REMIC Provisions.

The following table irrevocably sets forth the designation, Pass-Through Rate, Initial Certificate Principal Balance and, for purposes of satisfying Treasury Regulation Section 1.860G-1(a)(4)(iii), the "latest possible maturity date" for each class of Certificates and interests that represents one or more of the Regular Interests in REMIC VI created hereunder and the Class R Certificates.

Each Group I Offered Certificate, other than the Class I-2X Certificates, represents ownership of a Regular Interest in REMIC VI and also represents (i) the right to receive payments with respect to the related Basis Risk Shortfall Carry-Forward Amount (as defined herein) and (ii) the right to receive Final Maturity Excess Coupon Amounts (as defined herein). The entitlement to principal of the Regular Interest which corresponds to each such Group I Offered Certificate shall be equal in amount and timing to the entitlement to principal of such Certificate.

| Class Designation | Initial Certificate Principal Balance | Pass-Through Rate | Latest Possible Maturity Date[1] |
|---|---|---|---|
| I-1A-1[8] | $100,908,000.00 | [9] | May 2046 |
| I-1A-2[8] | $50,454,000.00 | [9] | May 2046 |
| I-1A-3[8] | $16,818,000.00 | [9] | May 2046 |
| I-2A-1[8] | $97,258,000.00 | [9] | May 2046 |
| I-2A-2[8] | $48,629,000.00 | [9] | May 2046 |
| I-2A-3[8] | $16,210,000.00 | [9] | May 2046 |
| I-2X | [4] | [9] | May 2046 |
| I-M-1[8] | $11,809,000.00 | [9] | May 2046 |
| I-M-2[8] | $7,380,000.00 | [9] | May 2046 |
| I-M-3[8] | $2,583,000.00 | [9] | May 2046 |
| I-B-1[8] | $4,244,000.00 | [9] | May 2046 |
| I-B-2[8] | $1,845,000.00 | [9] | May 2046 |
| I-B-3[8] | $4,982,000.00 | [9] | May 2046 |
| I-B-4[8] | $1,845,000.00 | [9] | May 2046 |
| I-B-IO | $4,059,835.12 | [2] | May 2046 |
| Final Maturity IO Interest[12] | [11] | [10] | May 2046 |
| P | $100.00 | [3] | May 2046 |
| R | $50.00 | [3] | N/A |
| II-1A-1 | $47,535,000.00 | [9] | April 2036 |
| II-1A-2 | $4,096,000.00 | [9] | April 2036 |
| II-1X-1 | [5] | [9] | April 2036 |
| II-2A-1 | $147,795,000.00 | [9] | April 2036 |
| II-2A-2 | $12,735,000.00 | [9] | April 2036 |
| II-2X-1 | [6] | [9] | April 2036 |
| II-3A-1 | $72,093,000.00 | [9] | April 2036 |
| II-3A-2 | $6,212,000.00 | [9] | April 2036 |
| II-3X-1 | [7] | [9] | April 2036 |
| II-B-1 | $11,755,000.00 | [9] | April 2036 |
| II-B-2 | $3,763,000.00 | [9] | April 2036 |
| II-B-3 | $2,822,000.00 | [9] | April 2036 |
| II-B-4 | $1,879,000.00 | [9] | April 2036 |
| II-B-5 | $1,569,000.00 | [9] | April 2036 |
| II-B-6 | $1,257,042.18 | [9] | April 2036 |

[1]    For purposes of Section 1.860G-1(a)(4)(iii) of the Treasury regulations, the Distribution Date in the month following the maturity date for the Mortgage Loan in Loan Group I with the latest maturity date has been designated as the "latest possible maturity date" for each of the Group I Certificates that represents one or more Regular Interests in REMIC VI and the Final Maturity IO Interest, and the Distribution Date in the month following the maturity date for the Mortgage Loan in Loan Group II with the latest maturity date has been designated as the "latest possible maturity date" for each of the Group II Certificates that represents one or more of the Regular Interests in REMIC VI.

[2]    The Class I-B-IO Certificate will not accrue interest on its Certificate Principal Balance, but will be entitled to 100% of the amount distributed on REMIC III Regular Interest I-B-IO.

[3]    The Class P Certificates and Class R Certificates are not entitled to distributions in respect of interest.

[4]    The Class I-2X Certificates do not have an initial Certificate Principal Balance. The Class I-2X Certificates have an initial Notional Amount equal to $162,097,000.00, and for any subsequent Distribution Date the Class I-2X Certificates will have a Notional Amount equal to the aggregate Certificate Principal Balance of the Class I-2A Certificates. For federal income tax purposes, the Class I-2X Certificates will have a Notional Amount equal to the Uncertificated Principal Balance of REMIC III Regular Interests I-2A-1, I-2A-2 and I-2A-3.

[5]    The Class II-1X-1 Certificates do not have an initial Certificate Principal Balance. The Class II-1X-1 Certificates have an initial Notional Amount equal to $51,631,000.00, and for any subsequent Distribution Date the Class II-1X-1 Certificates will have a Notional Amount equal to the aggregate Certificate Principal Balance of the Class II-1A Certificates. For federal income tax purposes, the Class II-1X-1 Certificates will have a Notional Amount equal to the Uncertificated Principal Balance of REMIC V Regular Interests II-1A-1 and II-1A-2.

[6]    The Class II-2X-1 Certificates do not have an initial Certificate Principal Balance. The Class II-2X-1 Certificates have an initial Notional Amount equal to $160,530,000.00, and for any subsequent Distribution Date the Class II-2X-1 Certificates will have a Notional Amount equal to the aggregate Certificate Principal Balance of the Class II-2A Certificates. For federal income tax purposes, the Class II-2X-1 Certificates will have a Notional Amount equal to the Uncertificated Principal Balance of REMIC V Regular Interests II-2A-1 and II-2A-2.

[7]    The Class II-3X-1 Certificates do not have an initial Certificate Principal Balance. The Class II-3X-1 Certificates have an initial Notional Amount equal to $78,305,000.00, and for any subsequent Distribution Date the Class II-3X-1 Certificates will have a Notional Amount equal to the aggregate Certificate Principal Balance of the Class II-3A Certificates. For federal income tax purposes, the Class II-3X-1 Certificates will have a Notional Amount equal to the Uncertificated Principal Balance of REMIC V Regular Interests II-3A-1 and II-3A-2.

[8]    Each Class of Certificates represents ownership of a Regular Interest in REMIC VI. Any amount distributed on this Class of Certificates on any Distribution Date in excess of the amount distributable on the related Regular Interest in REMIC VI on such Distribution Date shall be treated for federal income tax purposes as having been paid from the Basis Risk Shortfall Reserve Fund or the Final Maturity Reserve Account, as applicable, all pursuant to and as further provided in Sections 4.10 and 5.08 hereof.

[9]    Calculated in accordance with the definition of "Pass-Through Rate" herein. Each Regular Interest in REMIC VI which corresponds to a Group I Offered Certificate (other than the Class I-2X Certificates) will have the same Pass-Through Rate as such Certificate, except with respect to the Net Rate Cap. The Net Rate Cap for each such Regular Interest in REMIC VI and Certificate is specified in the definition of "Net Rate Cap."

[10]   For federal income tax purposes, the Final Maturity IO Interest will not have a Pass-Through Rate, but will be entitled to 100% of the amount distributed on REMIC III Regular Interest IO.

[11]   For federal income tax purposes, the Final Maturity IO Interest will not have a Uncertificated Principal Balance, but will have a notional amount equal to the Uncertificated Notional Amount of REMIC III Regular Interest IO.

[12]   The Final Maturity IO Interest will be held as assets of the Final Maturity Reserve Account.

The Trust Fund shall be named, and may be referred to as, the "Luminent Mortgage Trust 2006-3." The Certificates issued hereunder may be referred to as "Mortgage Pass-Through Certificates Series 2006-3" (including for purposes of any endorsement or assignment of a Mortgage Note or Mortgage).

In consideration of the mutual agreements herein contained, the Depositor, the Master Servicer, the Securities Administrator, the Sponsor and the Trustee agree as follows:

**ARTICLE I**

**DEFINITIONS**

Section 1.01 Defined Terms.

Whenever used in this Agreement, the following words and phrases, unless the context otherwise requires, shall have the following meanings:

<u>Accepted Master Servicing Practices</u>: With respect to any Mortgage Loan, those customary mortgage servicing practices of prudent mortgage servicing institutions that master service mortgage loans of the same type and quality as such Mortgage Loan in the jurisdiction where the related Mortgaged Property is located, to the extent applicable to the Trustee or the Master Servicer (except in its capacity as successor to the related Servicer).

<u>Accepted Servicing Practices</u>: With respect to each EMC Mortgage Loan, those mortgage servicing practices (including collection procedures) that are in accordance with all applicable statutes, regulations and prudent mortgage banking practices for similar mortgage loans.

<u>Account</u>: The Distribution Account, Class P Certificate Account, the Basis Risk Shortfall Reserve Fund, the Final Maturity Reserve Account and any Protected Account.

<u>Accrued Certificate Interest</u>: With respect to any Group II Certificate for any Distribution Date, means an amount equal to the interest accrued during the related Interest Accrual Period at the applicable Pass-Through Rate on the Certificate Principal Balance or Notional Amount of such Certificate immediately prior to such Distribution Date less (i) in the case of a Group II Senior Certificate, such Certificate's share of (a) Net Interest Shortfalls and (b) after the applicable Cross-Over Date, the interest portion of any Realized Losses on the related Mortgage Loans and (ii) in the case of a Group II Subordinate Certificate, such Certificate's share of (a) Net Interest Shortfalls and (b) the interest portion of any Realized Losses on the related Mortgage Loans. The applicable Senior Percentage of Net Interest Shortfalls will be allocated among the Group II Senior Certificates in the related Subgroup in proportion to the amount of Accrued Certificate Interest that would have been allocated thereto in the absence of such shortfalls. The applicable Subordinate Percentage of Prepayment Interest Shortfalls and interest shortfalls resulting from the application of the Relief Act will be allocated among the Group II Subordinate Certificates in proportion to the amount of Accrued Certificate Interest that would have been allocated thereto in the absence of such shortfalls. Accrued Certificate Interest for the Group II Certificates is calculated on the basis of a 360-day year consisting of twelve 30-day months. No Accrued Certificate Interest will be payable with respect to any Class of Group II Certificates after the Distribution Date on which the outstanding Certificate Principal Balance of related certificate has been reduced to zero.

<u>Actual Monthly Payment</u>: For any Mortgage Loan and each Due Period, the actual monthly payments of principal and interest received during such month on such Mortgage Loan.

<u>Additional Master Servicing Compensation</u>: The meaning specified in Section 3.14.

<u>Additional Disclosure</u>: As defined in Section 3.18.

<u>Additional Form 10-D Disclosure</u>: As defined in Section 3.18.

<u>Additional Form 10-K Disclosure</u>: As defined in Section 3.18.

<u>Adjustable Rate Certificate</u>: The Class I-A, Class I-M and Class I-B Certificates.

<u>Adjusted Rate Cap</u>: With respect to each Distribution Date and the related Due Period, the sum of (i) the Scheduled Monthly Payments owed on the Group I Mortgage Loans for such Due Period less the related Servicing Fees and (ii) the Actual Monthly Payments received in excess of the Scheduled Monthly Payments, expressed as a per annum rate on the aggregate Stated Principal Balance of the Group I Mortgage Loans for such Due Period, and converted to an actual/360 basis.

<u>Aggregate Subordinate Optimal Principal Amount</u>: The sum of the Subordinate Optimal Principal Amounts for all Subgroups in Loan Group II.

<u>Advance</u>: An advance of delinquent payments of principal or interest in respect of a Mortgage Loan required to be made by the related Servicer in accordance with the related Servicing Agreement or by the Master Servicer as successor servicer as provided in Section 5.01(b) hereof.

<u>Agreement</u>: This Pooling and Servicing Agreement and any and all amendments or supplements hereto made in accordance with the terms herein.

<u>Allocable Share</u>: With respect to any Class of Group II Subordinate Certificates on any Distribution Date will generally equal such Class's pro rata share (based on the Certificate Principal Balance of each Class entitled thereto) of the Aggregate Subordinate Optimal Principal Amount; provided, however, that no Class of Group II Subordinate Certificates (other than the Class of Group II Subordinate Certificates outstanding with the lowest numerical designation) shall be entitled on any Distribution Date to receive distributions pursuant to clauses (2), (3) and (5) of the definition of Subordinate Optimal Principal Amount unless the Class Prepayment Distribution Trigger for the related Class is satisfied for such Distribution Date. Notwithstanding the foregoing, if on any Distribution Date the Certificate Principal Balance of any Class of Group II Subordinate Certificates for which the related Class Prepayment Distribution Trigger was satisfied on such Distribution Date is reduced to zero, any amounts distributable to such Class pursuant to clauses (2), (3) and (5) of the definition of Subordinate Optimal Principal Amount to the extent of such Class's remaining Allocable Share, shall be distributed to the remaining Classes of Group II Subordinate Certificates in reduction of their respective Certificate Principal Balances, sequentially, to the Group II Subordinate Certificates in the order of their numerical Class designations.

<u>Amount Held for Future Distribution</u>: As to any Distribution Date, the aggregate amount held in the related Servicer's Protected Accounts at the close of business on the immediately preceding Determination Date on account of (i) all Scheduled Monthly Payments or portions thereof received in respect of the Mortgage Loans due after the related Due Period and (ii) Principal Prepayments, Liquidation Proceeds and Insurance Proceeds received in respect of such Mortgage Loans after the last day of the related Prepayment Period.

<u>AmNet</u>: American Mortgage Network, Inc.

<u>AmNet Mortgage Loans</u>: Those Mortgage Loans subject to this Agreement which were purchased by the Seller from AmNet pursuant to the AmNet Sale Agreement.

<u>AmNet Sale Agreement</u>: The Mortgage Loan Sale Agreement dated as of April 25, 2006, among Luminent Mortgage Capital, Inc., Mercury Mortgage Finance Statutory Trust and Maia Mortgage Finance Statutory Trust and AmNet, as amended.

<u>Annual Statement of Compliance</u>: As defined in Section 3.16.

<u>Applied Realized Loss Amount</u>: With respect to any Distribution Date and the Adjustable Rate Certificates, the amount, if any, by which the aggregate Certificate Principal Balance of the Adjustable Rate Certificates (after all related distributions of principal on such Distribution Date) exceeds the aggregate Stated Principal Balance of the related Mortgage Loans for such Distribution Date; provided, however, that an Applied Realized Loss Amount will not exist for a Class I-A Certificates unless the Certificate Principal Balances of the Group I Subordinate Certificates have been reduced to zero.

<u>Appraised Value</u>: With respect to any Mortgage Loan originated in connection with a refinancing, the appraised value of the Mortgaged Property based upon the appraisal made at the time of

Unassociated Document

Page 13 of 835

12-12020-mg   Doc 5106-8   Filed 09/18/13   Entered 09/18/13 18:18:12   Exhibit 7
Part 2   FST-CV-09-5011591 Doc. 163   Exhibit D   Part 1 of 3   Pg 14 of 279

such refinancing or, with respect to any other Mortgage Loan, the lesser of (x) the appraised value of the Mortgaged Property based upon the appraisal made by a fee appraiser at the time of the origination of the related Mortgage Loan, and (y) the sales price of the Mortgaged Property at the time of such origination.

_Assignment Agreement_: Shall mean any of the EMC Assignment Agreement, the IndyMac Assignment Agreement, the Paul Financial Assignment Agreement, the RFC Assignment Agreement or the Wells Fargo Assignment Agreement.

_Assessment of Compliance_: As defined in Section 3.17.

_Attesting Party_: As defined in Section 3.17.

_Attestation Report_: As defined in Section 3.17.

_Available Funds_: For any Distribution Date and each Subgroup included in Loan Group II, an amount which generally includes (1) all previously undistributed payments on account of principal (including the principal portion of Monthly Payments, Principal Prepayments and the principal amount of Net Liquidation Proceeds) and all previously undistributed payments on account of interest received after the Cut-Off Date and on or prior to the related Determination Date, in each case, from the Mortgage Loans in the related Subgroup, (2) any Advances and Compensating Interest Payments made by the Master Servicer or a related Servicer for such Distribution Date in respect of the Mortgage Loans in the related Subgroup, (3) any amounts reimbursed by the Master Servicer in connection with losses on certain eligible investments for the related Mortgage Loans and (4) any amount allocated from the Available Funds of another Subgroup in accordance with Section 5.04(b) (E) hereof, net of (x) fees payable to, and amounts reimbursable to, the Master Servicer, the servicers, the Securities Administrator, the Trustee and any custodian as provided in the Agreement and (y) investment earnings on amounts on deposit in the Distribution Account.

_Bankruptcy Code_: Title 11 of the United States Code.

_Basis Risk Shortfall_: For the Group I Offered Certificates and on any Distribution Date, the excess, if any of:

1. The amount of Current Interest that such Class would have been entitled to receive on such Distribution Date had the applicable Pass-Though Rate been calculated at a per annum rate equal to the lesser of (i) One-Month LIBOR plus the related Margin and (ii) 10.50%, over

2. The amount of Current Interest on such Class calculated using a Pass-Though Rate equal to the applicable Net Rate Cap for such Distribution Date.

_Basis Risk Shortfall Reserve Fund_: The separate trust account created and maintained by the Securities Administrator pursuant to Section 5.08 hereof.

_Basis Risk Shortfall Reserve Fund Deposit_: With respect to the Basis Risk Shortfall Reserve Fund, an amount equal to $5,000, which the Depositor shall initially deposit into the Basis Risk Shortfall Reserve Fund pursuant to Section 5.08 hereof.

_Basis Risk Shortfall Carry-Forward Amount_: As of any Distribution Date for the Group I Offered Certificates, the sum of the Basis Risk Shortfall for such Distribution Date and the Basis Risk Shortfall Carry-Forward Amount for the previous Distribution Date not previously paid, together with interest thereon at a rate equal to the applicable Pass-Through Rate for the current Distribution Date.

_Book-Entry Certificates_: Any of the Certificates that shall be registered in the name of the Depository or its nominee, the ownership of which is reflected on the books of the Depository or on the books of a person maintaining an account with the Depository (directly, as a "Depository Participant", or indirectly, as an indirect participant in accordance with the rules of the Depository and as described in Section 6.06). As of the Closing Date, each Class of Offered Certificates constitutes a Class of Book-Entry Certificates.

_Business Day_: Any day other than (i) a Saturday or a Sunday, or (ii) a day on which banking institutions in The City of New York, New York, Minneapolis, Minnesota, Columbia, Maryland or the city in which the Corporate Trust Office of the Trustee or the principal office of the Master Servicer is located are authorized or obligated by law or executive order to be closed.

_Certificate_: Any one of the certificates of any Class executed and authenticated by the Securities Administrator in substantially the forms attached hereto as Exhibits A-1 through A-6.

_Certificateholder or Holder_: The person in whose name a Certificate is registered in the Certificate Register (initially, Cede & Co., as nominee for the Depository, in the case of any Book-Entry Certificates).

_Certificate Owner_: With respect to a Book-Entry Certificate, the Person that is the beneficial owner of such Book-Entry Certificate.

_Certificate Principal Balance_: With respect to any Class of Offered Certificates (other than the Interest Only Certificates) Residual Certificates and Class P Certificates and the Group II Non-Offered Certificates and any Distribution Date, is the original Certificate Principal Balance of such Class, plus, if applicable, the amount of any Net Deferred Interest allocated to such Class on the related Distribution Date and all previous Distribution Dates, less the sum of (i) all amounts in respect of principal distributed to such Class on previous Distribution Dates and (ii) the principal portion of all Realized Losses allocated prior to such Distribution Date to such Certificate, and, in the case of the Group II Certificates, taking account of the Loss Allocation Limitation; provided that, the Certificate Principal Balance of any Class of Certificates with the highest payment priority to which Realized Losses have been allocated shall be increased by the amount of any Subsequent Recoveries on the related Mortgage Loans received by the Master Servicer, but not by more than the amount of Realized Losses previously allocated to reduce the Certificate Principal Balance of that Certificate and, in the case of Loan Group I, not previously reimbursed to such Certificate as an Applied Realized Loss Amount. With respect to the Class I-B-IO Certificates and any Distribution Date, an amount equal to the Uncertificated Principal Balance of REMIC III Regular Interest I-B-IO.

_Certificate Register_: The register maintained pursuant to Section 6.02 hereof.

_Class_: All Certificates bearing the same Class designation as set forth in Section 6.01 hereof.

_Class A Certificate_: Any of the Class I-1A-1, Class I-1A-2, Class I-1A-3, Class I-2A-1, Class 1-2A-2, Class 1-2A-3, Class II-1A-1, Class II-1A-2, Class II-2A-1, Class II-2A-2, Class II-3A-1 and Class II-3A-2 Certificates.

_Class B Certificates_: Any of the Class I-B-1, Class I-B-2, Class I-B-3, Class I-B-4, Class II-B-1, Class II-B-2, Class II-B-3, Class II-B-4, Class II-B-5 and Class II-B-6 Certificates.

_Class M Certificate_: Any of the Class I-M-1, Class I-M-2 and Class I-M-3 Certificates.

_Class I-A Certificates_: Any of the Class I-1A Certificates and Class I-2A Certificates.

_Class I-A Principal Distribution Amount_: For any Distribution Date on or after the Stepdown Date on which a Trigger Event is not in effect, an amount equal to the excess (if any) of (x) the aggregate Certificate Principal Balance of the Class I-A Certificates immediately prior to such Distribution Date over (y) the lesser of (I) the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) over (b) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) multiplied by (i) prior to the Distribution Date in April 2012, approximately 26.25% and (ii) on or after the Distribution Date in April 2012, approximately 21.00%, and (II) the OC Floor.

_Class I-1A Certificates_: Any of the Class I-1A-1, Class I-1A-2 and Class 1-1A-3 Certificates.

Class I-1A Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-1A Certificates.

Class I-1A Principal Distribution Amount: The product of the Class I-A Principal Distribution Amount and a fraction, the numerator of which is the Principal Funds for Subgroup I-1 for such Distribution Date and the denominator of which is the Principal Funds for both Subgroup I-1 and Subgroup I-2 for such Distribution Date.

Class I-2A Certificates: The Class I-2A-1, Class I-2A-2 and Class I-2A-3 Certificates.

Class I-2A Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-2A Certificates.

Class I-2A Principal Distribution Amount: The product of the Class I-A Principal Distribution Amount and a fraction, the numerator of which is the Principal Funds for Subgroup I-2 for such Distribution Date and the denominator of which is the Principal Funds for both Subgroup I-1 and Subgroup I-2 for such Distribution Date.

Class I-1A-1 Certificate: Any Certificate designated as a "Class I-1A-1 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-1A-1 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-1A-1 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-1A-2 Certificate: Any Certificate designated as a "Class I-1A-2 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-1A-2 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-1A-2 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-1A-3 Certificate: Any Certificate designated as a "Class I-1A-3 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-1A-3 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-1A-3 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-2A-1 Certificate: Any Certificate designated as a "Class I-2A-1 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-2A-1 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-2A-1 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-2A-2 Certificate: Any Certificate designated as a "Class I-2A-2 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-2A-2 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-2A-2 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-2A-3 Certificate: Any Certificate designated as a "Class I-2A-3 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-2A-3 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-2A-3 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-B Certificates: Any of the Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates.

Class I-B-1 Certificate: Any Certificate designated as a "Class I-B-1 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-B-1 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-B-1 Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-B-1 Certificates.

Class I-B-1 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-B-1 Principal Distribution Amount: For any Distribution Date on or after the Stepdown Date on which a Trigger Event is not in effect, an amount equal to the excess (if any) of (x) the Certificate Principal Balance of the Class I-B-1 Certificates immediately prior to such Distribution Date over (y) the lesser of (I) the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) over (b) the sum of (1) the aggregate Certificate Principal Balance of the Class I-A Certificates (after taking into account the payment of the Class A Principal Distribution Amounts for such Distribution Date), (2) the aggregate Certificate Principal Balance of the Class I-M-1 Certificates (after taking into account the payment of the Class I-M-1 Principal Distribution Amounts for such Distribution Date), (3) the aggregate Certificate Principal Balance of the Class I-M-2 Certificates (after taking into account the payment of the Class I-M-2 Principal Distribution Amounts for such Distribution Date), (4) the aggregate Certificate Principal Balance of the Class I-M-3 Certificates (after taking into account the payment of the Class I-M-3 Principal Distribution Amounts for such Distribution Date) and (5) the aggregate Stated Principal Balance of the group I mortgage loans as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) multiplied by (i) prior to the Distribution Date in April 2012, approximately 8.63% and (ii) on or after the Distribution Date in April 2012, approximately 6.90%, and (II) the OC Floor.

Class I-B-2 Certificate: Any Certificate designated as a "Class I-B-2 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-B-2 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-B-2 Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-B-2 Certificates.

Class I-B-2 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-B-2 Principal Distribution Amount: For any Distribution Date on or after the Stepdown Date on which a Trigger Event is not in effect, an amount equal to the excess (if any) of (x) the Certificate Principal Balance of the Class I-B-2 Certificates immediately prior to such Distribution Date over (y) the lesser of (I) the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) over (b) the sum of (1) the aggregate Certificate Principal Balance of the Class I-A Certificates (after taking into account the payment of the Class A Principal Distribution Amounts for such Distribution Date), (2) the aggregate

Certificate Principal Balance of the Class I-M-1 Certificates (after taking into account the payment of the Class I-M-1 Principal Distribution Amounts for such Distribution Date, (3) the aggregate Certificate Principal Balance of the Class I-M-2 Certificates (after taking into account the payment of the Class I-M-2 Principal Distribution Amounts for such Distribution Date), (4) the aggregate Certificate Principal Balance of the Class I-M-3 Certificates (after taking into account the payment of the Class I-M-3 Principal Distribution Amounts for such Distribution Date), (5) the aggregate Certificate Principal Balance of the Class I-B-1 Certificates (after taking into account the payment of the Class I-B-1 Principal Distribution Amounts for such Distribution Date) and (6) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group 1 as of the last day of the Related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) multiplied by (i) prior to the Distribution Date in April 2012, approximately 7.38% and (ii) on or after the Distribution Date in April 2012, approximately 5.90%, and (II) the OC Floor.

Class I-B-3 Certificate: Any Certificate designated as a "Class I-B-3 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-B-3 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-B-3 Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-B-3 Certificates.

Class I-B-3 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-B-3 Principal Distribution Amount: For any Distribution Date on or after the Stepdown Date on which a Trigger Event is not in effect, an amount equal to the excess (if any) of (x) the Certificate Principal Balance of the Class I-B-3 Certificates immediately prior to such Distribution Date over (y) the lesser of (I) the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) over (b) the sum of (1) the aggregate Certificate Principal Balance of the Class I-A Certificates (after taking into account the payment of the Class A Principal Distribution Amounts for such Distribution Date), (2) the aggregate Certificate Principal Balance of the Class I-M-1 Certificates (after taking into account the payment of the Class I-M-1 Principal Distribution Amounts for such Distribution Date), (3) the aggregate Certificate Principal Balance of the Class I-M-2 Certificates (after taking into account the payment of the Class I-M-2 Principal Distribution Amounts for such Distribution Date), (4) the aggregate Certificate Principal Balance of the Class I-M-3 Certificates (after taking into account the payment of the Class I-M-3 Principal Distribution Amounts for such Distribution Date), (5) the aggregate Certificate Principal Balance of the Class I-B-1 Certificates (after taking into account the payment of the Class I-B-1 Principal Distribution Amounts for such Distribution Date) (6) the aggregate Certificate Principal Balance of the Class I-B-2 Certificates (after taking into account the payment of Due Class I-B-2 Principal Distribution Amounts for such Distribution Date) and the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group 1 as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) multiplied by (i) prior to the Distribution Date in April 2012, approximately 4.00% and (ii) on or after the Distribution Date in April 2012, approximately 3.20%, and (II) the OC Floor.

Class I-B-4 Certificate: Any Certificate designated as a "Class I-B-4 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-B-4 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-B-4 Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-B-4 Certificates.

Class I-B-4 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-B-4 Principal Distribution Amount: For any Distribution Date on or after the Stepdown Date on which a Trigger Event is not in effect, an amount equal to the excess (if any) of (x) the Certificate Principal Balance of the Class I-B-4 Certificates immediately prior to such Distribution Date over (y) the lesser of (I) the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) over (b) the sum of (1) the aggregate Certificate Principal Balance of the Class I-A Certificates (after taking into account the payment of the Class I-A Principal Distribution Amounts for such Distribution Date), (2) the aggregate Certificate Principal Balance of the Class I-M-1 Certificates (after taking into account the payment of the Class I-M-1 Principal Distribution Amounts for such Distribution Date), (3) the aggregate Certificate Principal Balance of the Class I-M-2 Certificates (after taking into account the payment of the Class I-M-2 Principal Distribution Amounts for such Distribution Date), (4) the aggregate Certificate Principal Balance of the Class I-M-3 Certificates (after taking into account the payment of the Class I-M-3 Principal Distribution Amounts for such Distribution Date), (5) the aggregate Certificate Principal Balance of the Class I-B-1 Certificates (after taking into account the payment of the Class I-B-1 Principal Distribution Amounts for such Distribution Date) (6) the aggregate Certificate Principal Balance of the Class I-B-2 Certificates (after taking into account the payment of the Class I-B-2 Principal Distribution Amounts for such Distribution Date), (7) the aggregate Certificate Principal Balance of the Class I-B-3 Certificates (after taking into account the payment of the Class I-B-3 Principal Distribution Amounts for such Distribution Date) and (8) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group 1 as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) multiplied by (i) prior to the Distribution Date in April 2012, approximately 2.75% and (ii) on or after the Distribution Date in April 2012, approximately 2.20%, and (II) the OC Floor.

Class I-B-IO Certificate: Any Certificate designated as a "Class I-B-IO Certificate" on the face thereof, in the form of Exhibit A-4 hereto, representing the right to its Percentage Interest of distributions provided for the Class I-B-IO Certificates herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the obligation to pay Basis Risk Shortfall Carry-Forward Amounts and (iii) the obligation to pay Final Maturity Excess Coupon Amounts.

Class I-B-IO Distribution Amount: With respect to any Distribution Date, the sum of (i) the Current Interest for the Class I-B-IO Certificates for such Distribution Date, (ii) any Overcollateralization Release Amount for such Distribution Date and (iii) without duplication, any Subsequent Recoveries not distributed to the Group 1 Offered Certificates on such Distribution Date; provided, however that on any Distribution Date after the Distribution Date on which the Certificate Principal Balances of the Group I Offered Certificates have been reduced to zero, the Class I-B-IO Distribution Amount shall include the Overcollateralization Amount.

Class I-M Certificates: Any of the Class I-M-1, Class I-M-2 and Class I-M-3 Certificates.

Class I-M-1 Certificate: Any Certificate designated as a "Class I-M-1 Certificate" on the face thereof, in the form of Exhibit A-2 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-M-1 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-M-1 Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-M-1 Certificates.

Class I-M-1 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-M-1 Principal Distribution Amount: For any Distribution Date on or after the Stepdown Date on which a Trigger Event is not in effect, an amount equal to the excess (if any) of (x) the Certificate Principal Balance of the Class I-M-1 Certificates immediately prior to such Distribution Date over (y) the lesser of (I) the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) over (b) the sum of (1) the aggregate Certificate Principal Balance of the Class I-A Certificates (after taking into account the payment of the Class A Principal Distribution Amounts for such Distribution Date) and (2) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) multiplied by (i) prior to the Distribution Date in April 2012, approximately 18.25% and (ii) on or after the Distribution Date in April 2012, approximately 14.60%, and (II) the OC Floor.

Class I-M-2 Certificate: Any Certificate designated as a "Class I-M-2 Certificate" on the face thereof, in the form of Exhibit A-2 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-M-2 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-M-2 Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-M-2 Certificates.

Class I-M-2 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-M-2 Principal Distribution Amount: For any Distribution Date on or after the Stepdown Date on which a Trigger Event is not in effect, an amount equal to the excess (if any) of (x)

the Certificate Principal Balance of the Class I-M-2 Certificates immediately prior to such Distribution Date over (y) the lesser of (I) the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) over (b) the sum of (1) the aggregate Certificate Principal Balance of the Class I-A Certificates (after taking into account the payment of the Class A Principal Distribution Amounts for such Distribution Date), (2) the aggregate Certificate Principal Balance of the Class I-M-1 Certificates (after taking into account the payment of the Class I-M-1 Principal Distribution Amounts for such Distribution Date) and (3) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) multiplied by (i) prior to the Distribution Date in April 2012, approximately 13.25% and (ii) on or after the Distribution Date in April 2012, approximately 10.60%, and (II) the OC Floor.

Class I-M-3 Certificate: Any Certificate designated as a "Class I-M-3 Certificate" on the face thereof, in the form of Exhibit A-2 hereto, representing the right to the Percentage Interest of distributions provided for the Class I-M-3 Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI, (ii) the right to receive Basis Risk Shortfall Carry-Forward Amounts and (iii) the right to receive Final Maturity Excess Coupon Amounts.

Class I-M-3 Corridor Contract: The interest rate corridor contract primarily for the benefit of the Class I-M-3 Certificates.

Class I-M-3 Pass-Through Rate: With regard to any Distribution Date, the least of (a) One-Month LIBOR plus the related Margin (b) 10.50% per annum and (c) the related Net Rate Cap.

Class I-M-3 Principal Distribution Amount: For any Distribution Date on or after the Stepdown Date on which a Trigger Event is not in effect, an amount equal to the excess (if any) of (x) the Certificate Principal Balance of the Class I-M-3 Certificates immediately prior to such Distribution Date over (y) the lesser of (I) the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) over (b) the sum of (1) the aggregate Certificate Principal Balance of the Class I-A Certificates (after taking into account the payment of the Class A Principal Distribution Amounts for such Distribution Date), (2) the aggregate Certificate Principal Balance of the Class I-M-1 Certificates (after taking into account the payment of the Class I-M-1 Principal Distribution Amounts for such Distribution Date), (3) the aggregate Certificate Principal Balance of the Class I-M-2 Certificates (after taking into account the payment of the Class I-M-2 Principal Distribution Amounts for such Distribution Date) and (4) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after reduction for Realized Losses incurred during the related Prepayment Period) multiplied by (i) prior to the Distribution Date in April 2012, approximately 11.50% and (ii) on or after the Distribution Date in April 2012, approximately 9.20%, and (II) the OC Floor.

Class I-2X Certificate: Any Certificate designated as a "Class I-2X Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to its Percentage Interest of distributions provided for the Class I-2X Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class I-2X Pass-Through Rate: With respect to the Class I-2X Certificates, a fixed rate equal to 1.000% per annum.

Class P Certificate: Any Certificate designated as a "Class P Certificate" on the face thereof, in the form of Exhibit A-5 hereto, representing the right to its Percentage Interest of distributions provided for the Class P Certificates as set forth herein and evidencing (i) a Regular Interest in REMIC VI and (ii) the right to receive Prepayment Charge Waiver Amounts.

Class R Certificate: Any Certificate designated as a "Class R Certificate" on the face thereof, in the form set forth in Exhibit A-6 hereto, evidencing the ownership of the Class R-1 Interest, Class R-2 Interest, Class R-3 Interest, Class R-4 Interest, Class R-5 Interest and Class R-6 Interest and representing the right to the Percentage Interest of distributions provided for the Class R Certificates as set forth herein.

Class R Deposit: The $50 deposit into the Distribution Account by the Depositor on the Closing Date to pay the Class R Certificates in accordance with Section 5.04(a), which shall be included in the Subgroup I-1 Principal Distribution Amount.

Class R-1 Interest: The uncertificated Residual Interest in REMIC I.

Class R-2 Interest: The uncertificated Residual Interest in REMIC II.

Class R-3 Interest: The uncertificated Residual Interest in REMIC III.

Class R-4 Interest: The uncertificated Residual Interest in REMIC IV.

Class R-5 Interest: The uncertificated Residual Interest in REMIC V.

Class R-6 Interest: The uncertificated Residual Interest in REMIC VI.

Class II-1A: Any of the Class II-1A-1 Certificates and Class II-1A-2 Certificates.

Class II-1A-1 Certificate: Any Certificate designated as a "Class II-1A-1 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-1A-1 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-1A-1 Pass-Through Rate: On or prior to the Distribution Date in February 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-1 minus 0.52187% per annum. On or after the Distribution Date in March 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-1. The Pass-Through Rate for the Class II-1A-1 Certificates for the first Interest Accrual Period is approximately 5.70000% per annum. For federal income tax purposes, the Class II-1A-1 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-1A-1 minus 0.52187% for any Distribution Date on or prior to the Distribution Date in February 2009, and (ii) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-1A-1 for any Distribution Date on or after the Distribution Date in March 2009.

Class II-1A-2 Certificate: Any Certificate designated as a "Class II-1A-2 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-1A-2 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-1A-2 Pass-Through Rate: On or prior to the Distribution Date in February 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-1 minus 0.52187% per annum. On or after the Distribution Date in March 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-1. The Pass-Through Rate for the Class II-1A-2 Certificates for the first Interest Accrual Period is approximately 5.70000% per annum. For federal income tax purposes, the Class II-1A-2 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-1A-2 minus 0.52187% for any Distribution Date on or prior to the Distribution Date in February 2009, and (ii) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-1A-2 for any Distribution Date on or after the Distribution Date in March 2009.

Class II-2A: Any of the Class II-2A-1 Certificates and Class II-2A-2 Certificates.

Class II-2A-1 Certificate: Any Certificate designated as a "Class II-2A-1 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-2A-1 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-2A-1 Pass-Through Rate: On or prior to the Distribution Date in February 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-2 minus 0.44082% per annum. On or after the Distribution Date in March 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-2. The Pass-Through Rate for the Class II-2A-1 Certificates for the first Interest Accrual Period is approximately 5.85000% per annum. For federal income tax purposes, the Class II-2A-1 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-2A-1

minus 0.44082% for any Distribution Date on or prior to the Distribution Date in February 2009, and (ii) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-2A-1 for any Distribution Date on or after the Distribution Date in March 2009.

Class II-2A-2 Certificate: Any Certificate designated as a "Class II-2A-2 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-2A-2 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-2A-2 Pass-Through Rate: On or prior to the Distribution Date in February 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-2 minus 0.44082% per annum. On or after the Distribution Date in March 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-2. The Pass-Through Rate for the Class II-2A-2 Certificates for the first Interest Accrual Period is approximately 5.85000% per annum. For federal income tax purposes, the Class II-2A-2 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-2A-1 minus 0.44082% for any Distribution Date on or prior to the Distribution Date in February 2009, and (ii) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-2A-2 for any Distribution Date on or after the Distribution Date in March 2009.

Class II-3A Certificate: Any of the Class II-3A-1 Certificates and Class II-3A-2 Certificates.

Class II-3A-1 Certificate: Any Certificate designated as a "Class II-3A-1 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-3A-1 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-3A-1 Pass-Through Rate: On or prior to the Distribution Date in February 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-3 minus 0.39493% per annum. On or after the Distribution Date in March 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-3. The Pass-Through Rate for the Class II-3A-1 Certificates for the first Interest Accrual Period is approximately 5.85000% per annum. For federal income tax purposes, the Class II-3A-1 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-3A-1 minus 0.39493% for any Distribution Date on or prior to the Distribution Date in February 2009, and (ii) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-3A-1 for any Distribution Date on or after the Distribution Date in March 2009.

Class II-3A-2 Certificate: Any Certificate designated as a "Class II-3A-2 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-3A-2 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-3A-2 Pass-Through Rate: On or prior to the Distribution Date in February 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-3 minus 0.39493% per annum. On or after the Distribution Date in March 2009, a variable Pass-Through Rate equal to the weighted average of the Net Rates of the Mortgage Loans in Subgroup II-3. The Pass-Through Rate for the Class II-3A-2 Certificates for the first Interest Accrual Period is approximately 5.85000% per annum. For federal income tax purposes, the Class II-3A-2 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-3A-2 minus 0.39493% for any Distribution Date on or prior to the Distribution Date in February 2009, and (ii) the weighted average of the Uncertificated REMIC V Pass-Through Rate on REMIC V Regular Interest II-3A-2 for any Distribution Date on or after the Distribution Date in March 2009.

Class II-B Certificate: Any of the Class II-B-1, Class II-B-2, Class II-B-3, Class II-B-4, Class II-B-5, and Class II-B-6 Certificates.

Class II-B Pass-Through Rate: With regard to any Distribution Date, a variable pass-through rate equal to the weighted average of the weighted average of the Net Rates for all the Subgroups included in Loan Group II, weighted in proportion to the excess of the aggregate Stated Principal Balance of each such Subgroup over the aggregate Certificate Principal Balance of the Senior Certificates related to such Subgroup. The Pass-Through Rate for each class of Class II-B Certificates for the first Interest Accrual Period is approximately 6.26619% per annum. For federal income tax purposes, the Class II-B Certificates will bear interest at a rate equivalent to the foregoing, expressed as the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-B-1, II-B-2, II-B-3, II-B-4, II-B-5 and II-B-6.

Class II-B-1 Certificate: Any Certificate designated as a "Class II-B-1 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-B-1 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-B-2 Certificate: Any Certificate designated as a "Class II-B-2 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-B-2 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-B-3 Certificate: Any Certificate designated as a "Class II-B-3 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-B-3 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-B-4 Certificate: Any Certificate designated as a "Class II-B-4 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-B-4 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-B-5 Certificate: Any Certificate designated as a "Class II-B-5 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-B-5 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-B-6 Certificate: Any Certificate designated as a "Class II-B-6 Certificate" on the face thereof, in the form of Exhibit A-3 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-B-6 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-1X-1 Certificate: Any Certificate designated as a "Class II-1X-1 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to the Percentage Interest of distributions provided for the Class II-1X-1 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-1X-1 Pass-Through Rate: With respect to the Class II-1X-1 Certificates, on or prior to the Distribution Date in February 2009, a fixed Pass-Through Rate equal to 0.52187% per annum based on a notional amount equal to the aggregate Certificate Principal Balance of the Class II-1A Certificates. On or after the Distribution Date in March 2009, the Class II-1X-1 Certificates will not bear any interest and the Pass-Through Rate on the Class II-1X-1 Certificates will be equal to 0.00% per annum. For federal income tax purposes, the Class II-1X-1 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the excess, if any, of the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-1A-1 and II-1A-2, over (ii) (x) for any Distribution Date on or prior to the Distribution Date in February 2009, the excess, if any, of (A) the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-1A-1 and II-1A-2, over (y) for any Distribution Date on or after the Distribution Date in March 2009, the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-1A-1 and II-1A-2.

Class II-2X-1 Certificate: Any Certificate designated as a "Class II-2X-1 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to its Percentage Interest of distributions provided for the Class II-2X-1 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-2X-1 Pass-Through Rate: With respect to the Class II-2X-1 Certificates, on or prior to the Distribution Date in February 2009, a fixed Pass-Through Rate equal to 0.44082% per annum based on a notional amount equal to the aggregate Certificate Principal Balance of the Class II-2A Certificates. On or after the Distribution Date in March 2009, the Class II-2X-1 Certificates will not bear any interest and the Pass-Through Rate on the Class II-2X-1 Certificates will be equal to 0.00% per annum. For federal income tax purposes, the Class II-2X-1 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the excess, if any, of the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-2A-1 and II-2A-2, over (ii) (x) for any Distribution Date on or prior to the Distribution Date in February 2009, the excess, if any, of (A) the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-2A-1 and II-2A-2, over (B) 0.44082%, or (y) for any Distribution Date on or after the Distribution Date in March 2009, the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-2A-1 and II-2A-2.

Class II-3X-1 Certificate: Any Certificate designated as a "Class II-3X-1 Certificate" on the face thereof, in the form of Exhibit A-1 hereto, representing the right to its Percentage Interest of distributions provided for the Class II-3X-1 Certificates as set forth herein and evidencing a Regular Interest in REMIC VI.

Class II-3X-1 Pass-Through Rate: With respect to the Class II-3X-1 Certificates, on or prior to the Distribution Date in February 2009, a fixed Pass-Through Rate equal to 0.39493% per annum based on a notional amount equal to the aggregate Certificate Principal Balance of the Class II-3A Certificates. On or after the Distribution Date in March 2009, the Class II-3X-1 Certificates will not bear any interest and the Pass-Through Rate on the Class II-3X-1 Certificates will be equal to 0.00% per annum. For federal income tax purposes, the Class II-3X-1 Certificates will bear interest at the rates equivalent to the foregoing, expressed as (i) the excess, if any, of the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-3A-1 and II-3A-2, over (ii) (x) for any Distribution Date on or prior to the Distribution Date in February 2009, the excess, if any, of (A) the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-3A-1 and II-3A-2, over (B) 0.39493%, or (y) for any Distribution Date on or after the Distribution Date in March 2009, the weighted average of the Uncertificated REMIC V Pass-Through Rates on REMIC V Regular Interests II-3A-1 and II-3A-2.

Class Prepayment Distribution Trigger: A test, which shall be satisfied for a Class of Group II Subordinate Certificates for a Distribution Date if the fraction (expressed as a percentage), the numerator of which is the aggregate Certificate Principal Balance of such Class and each Class of Group II Subordinate Certificates subordinate thereto, if any, and the denominator of which is the Stated Principal Balances of all of the Mortgage Loans in Loan Group II as of the related Due Date, equals or exceeds such percentage calculated as of the Closing Date.

Closing Date: April 28, 2006.

Code: The Internal Revenue Code of 1986, including any successor or amendatory provisions.

Compensating Interest: An amount, not to exceed the Servicing Fee, to be deposited in the Distribution Account by the related Servicer to the payment of a Prepayment Interest Shortfall on a Mortgage Loan subject to this Agreement; provided that in the event the related Servicer fails to make such payment, the Master Servicer shall be obligated to do so to the extent provided in Section 5.02(b) hereof.

Controlling Class Holder: The Holder of the Class of Certificates with the lowest payment priority that is outstanding at any time with respect to the related Loan Group.

Corporate Trust Office: The designated office of the Trustee where at any particular time its corporate trust business with respect to this Agreement shall be administered, which office at the date of the execution of this Agreement is located at HSBC Bank USA, National Association, 452 Fifth Avenue, New York, New York 10018, Attention: Luminent Mortgage Trust 2006-3, or at such other address as the Trustee may designate from time to time.

Corresponding Certificate: With respect to each REMIC III Regular Interest and REMIC V Regular Interest, the Certificate with the corresponding designation.

Corresponding Interest: With respect to each REMIC II Regular Interest (other than REMIC II Regular Interests AA, ZZ, 1-Sub, 2-Sub, 1-Grp, 2-Grp, XX, IO and P), the REMIC III Regular Interest with the corresponding designation.

Corridor Contracts: The Class I-1A Corridor Contract, the Class I-2A Corridor Contract and the Subordinate Corridor Contracts, each dated as of April 28, 2006, between the Trustee and the Corridor Contract Provider.

Corridor Contract Provider: The corridor contract provider under the Corridor Contracts required to make payments to the Securities Administrator for payment to the Trust Fund pursuant to the terms of this Agreement, and any successor in interest or assign. Initially, the Corridor Contract Provider shall be Wachovia Bank, N.A.

Coupon Strip: For each Subgroup in Loan Group I and each Distribution Date beginning with the Distribution Date in May 2016 shall be an amount equal to the lesser of (a) the product of (i) 1.00%, (ii) the aggregate Stated Principal Balance as of the Due Date occurring in the month prior to such Distribution Date of the Mortgage Loans in such Subgroup with original terms to maturity in excess of 30 years and (iii) one-twelfth and (b) the product of (A) the excess of (i) the Final Maturity Reserve Account Target for such Distribution Date over (ii) the amount on deposit in the Final Maturity Reserve Account immediately prior to such Distribution Date and (B) a fraction, the numerator of which is equal to the aggregate Stated Principal Balance as of the Due Date occurring in the month prior to such Distribution Date of the Mortgage Loans in such Subgroup with original terms to maturity in excess of 30 years, and the denominator of which is equal to the aggregate Stated Principal Balance as of the Due Date occurring in the month prior to such Distribution Date of the Mortgage Loans in Loan Group I with original terms to maturity in excess of 30 years.

Coupon Strip Rate: For each Subgroup in Loan Group I and each Distribution Date beginning with the Distribution Date in May 2016, a fraction, expressed as a percentage, the numerator of which is equal to the Coupon Strip for such Subgroup, if any, payable to the Final Maturity Reserve Account on such Distribution Date, and the denominator of which is equal to the aggregate Stated Principal Balance of the Mortgage Loans in such Subgroup as of the Due Date occurring in the month prior to such Distribution Date.

Credit Enhancement Percentage: For any Distribution Date is the percentage obtained by dividing (x) the aggregate Certificate Principal Balance of the Group I Subordinate Certificates (including the Overcollateralization Amount) thereby to (y) the aggregate principal balance of the Mortgage Loans in Loan Group I, calculated after taking into account distributions of principal on the Mortgage Loans in Loan Group I and distribution of the Principal Distribution Amounts to the holders of the Group I Offered Certificates then entitled to distributions of principal on such Distribution Date.

Cross-Over Date: The Distribution Date on which the Certificate Principal Balances of the Group II Subordinate Certificates are reduced to zero.

Cumulative Loss Test Violation: If on any Distribution Date the aggregate amount of Realized Losses incurred on the Mortgage Loans in Loan Group I since the Cut-off Date through the last day of the related Due Period divided by the aggregate principal balance of the Mortgage Loans in Loan Group I as of the Cut-off Date exceeds the applicable percentages set forth below with respect to such Distribution Date:

| Distribution Date Occurring in | Percentage |
| --- | --- |
| May 2008 through April 2009 | 0.20% |
| May 2009 through April 2010 | 0.50% |
| May 2010 through April 2011 | 0.90% |
| May 2011 through April 2012 | 1.30% |
| May 2012 through April 2013 | 1.80% |
| May 2013 and thereafter | 2.00% |

Current Interest: With respect to each class of Group I Offered Certificates, Class I-B-IO Certificates and Final Maturity IO Interest and each Distribution Date, the interest accrued at the applicable Pass-Through Rate for the applicable Interest Accrual Period on the Certificate Principal Balance or Notional Amount or Uncertificated Notional Amount of such class, or otherwise distributable thereto, plus any amount previously distributed with respect to such Class that is recovered as a voidable preference by a trustee in bankruptcy reduced by, in the case of a Class I-A, Class I-M, Class I-B-IO or Class I-B Certificate, such Class's share of (x) any Net Deferred Interest allocated to such Class of Certificates, (y) the interest portion of any Realized Losses on the related Mortgage Loans allocated to that Class of Certificates and (z) any Prepayment Interest Shortfall to the extent not covered by Compensating Interest Payments and any shortfalls resulting from the application of the Relief Act, in each case to the extent allocated to such Class of Certificates as described in Section 1.02 hereof.

Current Report: The Current Report pursuant to Section 13 or 15(d) of the Exchange Act.

Custodial Agreement: An agreement, dated as of April 28, 2006, among the Depositor, the Seller, the Trustee, the Master Servicer and the Custodian in substantially the form of Exhibit J hereto.

Custodian: Wells Fargo Bank, National Association, or any successor custodian appointed pursuant to the provisions hereof and the Custodial Agreement.

Cut-off Date: The close of business on April 1, 2006.

Cut-off Date Principal Balance: As to any Mortgage Loan, the unpaid principal balance thereof as of the close of business on the Cut-off Date after application of all Principal Prepayments received prior to the Cut-off Date and scheduled payments of principal due on or before the Cut-off Date, whether or not received, but without giving effect to any installments of principal received in respect of Due Dates after the Cut-off Date.

Debt Service Reduction: With respect to any Mortgage Loan, a reduction by a court of competent jurisdiction in a proceeding under the Bankruptcy Code in the Scheduled Monthly Payment for such Mortgage Loan that became final and non-appealable, except such a reduction resulting from a Deficient Valuation or any other reduction that results in a permanent forgiveness of principal.

Deferred Interest: The amount of accrued interest on the Mortgage Loans, the payment of which is deferred and added to the principal balance of a Mortgage Loan due to the negative amortization feature.

Deficient Valuation: With respect to any Mortgage Loan, a valuation by a court of competent jurisdiction of the Mortgaged Property in an amount less than the then outstanding indebtedness under such Mortgage Loan, or any reduction in the amount of principal to be paid in connection with any Scheduled Monthly Payment that results in a permanent forgiveness of principal, which valuation or reduction results from an order of such court that is final and non-appealable in a proceeding under the Bankruptcy Code.

Definitive Certificates: As defined in Section 6.06.

Deleted Mortgage Loan: A Mortgage Loan replaced or to be replaced by a Replacement Mortgage Loan.

Delinquency Test Violation: If on any Distribution Date if the percentage obtained by dividing (x) the aggregate outstanding principal balance of Group I Mortgage Loans delinquent 60 days or more (including Mortgage Loans that are in foreclosure, have been converted to REO Properties or have been discharged by reason of bankruptcy) by (y) the aggregate outstanding principal balance of the Group I Mortgage Loans, in each case, as of the last day of the previous calendar month, exceeds (i) prior to the Distribution Date in May 2009, 26.67% of the Credit Enhancement Percentage and (ii) on or after the Distribution Date in May 2012, 33.33% of the Credit Enhancement Percentage.

Delinquent: A Mortgage Loan is "delinquent" if any payment due thereon is not made pursuant to the terms of such Mortgage Loan by the close of business on the day such payment is scheduled to be due. A Mortgage Loan is "30 days delinquent" if such payment has not been received by the close of business on the corresponding day of the month immediately succeeding the month in which such payment was due, or, if there is no such corresponding day (e.g., as when a 30-day month follows a 31-day month in which a payment was due on the 31st day of such month), then on the last day of such immediately succeeding month. Similarly for "60 days delinquent," "90 days delinquent" and so on.

Denomination: With respect to each Certificate, the amount set forth on the face thereof as the "Initial Principal Balance or initial notional amount of this Certificate".

Depositor: Structured Asset Mortgage Investments II Inc., a Delaware limited liability company, or its successor in interest.

Depository: The initial Depository shall be The Depository Trust Company ("DTC"), the nominee of which is Cede & Co., or any other organization registered as a "clearing agency" pursuant to Section 17A of the Securities Exchange Act of 1934, as amended. The Depository shall initially be the registered Holder of the Book-Entry Certificates. The Depository shall at all times be a "clearing corporation" as defined in Section 8-102(a)(5) of the Uniform Commercial Code of the State of New York.

Depository Agreement: With respect to the Class of Book-Entry Certificates, the agreement among the Depositor, the Trustee and the initial Depository, dated as of the Closing Date, substantially in the form of Exhibit H.

Depository Participant: A broker, dealer, bank or other financial institution or other Person for whom from time to time a Depository effects book-entry transfers and pledges of securities deposited with the Depository.

Determination Date: With respect to any Distribution Date, the 15th day of the month of such Distribution Date or, if such 15th day is not a Business Day, the immediately preceding Business Day.

Distribution Account: The separate Eligible Account created and maintained by the Securities Administrator pursuant to Section 4.08 in the name of the Trustee for the benefit of the Certificateholders and designated "Wells Fargo Bank, National Association, in trust for registered Holders of Structured Asset Mortgage Investments II Inc., Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3" shall be held in trust for the Certificateholders for the uses and purposes set forth in this Agreement.

Distribution Date: The 25th day of each calendar month after the initial issuance of the Certificates, or if such 25th day is not a Business Day, the next succeeding Business Day, commencing in May 2006.

Distribution Report: The Asset-Backed Issuer Distribution Report pursuant to Section 13 or 15(d) of the Exchange Act.

Due Date: As to any Mortgage Loan, the date in each month on which the related Scheduled Monthly Payment is due, as set forth in the related Mortgage Note.

Due Period: With respect to any Distribution Date, the period from the second day of the calendar month preceding the calendar month in which such Distribution Date occurs through close of business on the first day of the calendar month in which such Distribution Date occurs.

EDGAR: As defined in Section 3.18.

Eligible Account: Any of (i) an account or accounts maintained with a federal or state chartered depository institution or trust company, the long-term unsecured debt obligations and short-term unsecured debt obligations of which (or, in the case of a depository institution or trust company that is the principal subsidiary of a holding company, the debt obligations of such holding company, so long as Moody's is not a Rating Agency) are rated by each Rating Agency in one of its two highest long-term and its highest short-term rating categories respectively, at the time any amounts are held on deposit therein, or (ii) an account or accounts in a depository institution or trust company in which such accounts are insured by the FDIC (to the limits established by the FDIC) and the uninsured deposits in which accounts are otherwise secured such that, as evidenced by an Opinion of Counsel delivered to the Trustee and to each Rating Agency, the Certificateholders have a claim with respect to the funds in such account or a perfected first priority security interest against any collateral (which shall be limited to Permitted Investments) securing such funds that is superior to claims of any other depositors or creditors of the depository institution or trust company in which such account is maintained, or (iii) a trust account or accounts maintained with the corporate trust department of a federal or state chartered depository institution or trust company having capital and surplus of not less than $50,000,000, acting in its fiduciary capacity or (iv) any other account acceptable to the Rating Agencies. Eligible Accounts may bear interest, and may include, if otherwise qualified under this definition, accounts maintained with the Trustee.

EMC: EMC Mortgage Corporation.

EMC Assignment Agreement: The Assignment, Assumption and Recognition Agreement, dated as of April 28, 2006, among the Sponsor, the Trustee and EMC, attached hereto as Exhibit R-4.

EMC Mortgage Loans: Those Mortgage Loans serviced by the EMC pursuant to the terms of the related Servicing Agreement.

EMC Servicing Agreement: That certain Amended and Restated Purchase, Warranties and Servicing Agreement, dated as of April 24, 2006, among the EMC Mortgage Corporation, Maia Mortgage Finance Statutory Trust, Lumient Mortgage Capital, Inc. and Mercury Mortgage Finance Statutory Trust, as amended.

ERISA: The Employee Retirement Income Security Act of 1974, as amended.

ERISA Restricted Certificates: Any of the Class P, Class I-B-IO, Class I-B-4, Class II-B-4, Class II-B-5, Class II-B-6 and Residual Certificates.

Event of Default: As defined in Section 8.01 hereof.

Excess Cashflow: With respect to any Distribution Date and Loan Group I, means the sum of (a) the Remaining Excess Spread for such Loan Group and (b) the Overcollateralization Release Amount for such Distribution Date.

Excess Liquidation Proceeds: To the extent not required by law to be paid to the related Mortgagor, the excess, if any, of any Liquidation Proceeds with respect to a Mortgage Loan over the Stated Principal Balance of such Mortgage Loan and accrued and unpaid interest at the related Mortgage Rate through the last day of the month in which the Mortgage Loan has been liquidated.

Excess Overcollateralization Amount: With respect to any Distribution Date, the excess, if any, of the Overcollateralization Amount over the Overcollateralization Target Amount.

Excess Spread: With respect to any Distribution Date, the excess, if any, of the Interest Funds for such Distribution Date over the sum of (i) the Coupon Strip, if applicable, (ii) the Current Interest on the Group I Offered Certificates and (iv) any Interest Carry Forward Amounts on the Group I Senior Certificates on such Distribution Date.

Exchange Act: Securities Exchange Act of 1934, as amended and the rules and regulations thereunder.

Exchange Act Reports: Any reports required to be filed pursuant to Section 3.18 of this Agreement.

Exemption: Prohibited Transaction Exemption 90-30, as amended from time to time.

Extra Principal Distribution Amount: With respect to any Distribution Date, an amount derived from Excess Spread equal to the lesser of (a) the excess, if any, of the Overcollateralization Target Amount for such Distribution Date over the Overcollateralization Amount for such Distribution Date and (b) the Excess Spread for such Distribution Date.

Fannie Mae: Fannie Mae (formally, Federal National Mortgage Association), or any successor thereto.

FDIC: The Federal Deposit Insurance Corporation, or any successor thereto.

Final Maturity Reserve Account: The separate account established and maintained by the Securities Administrator pursuant to Section 4.10 hereof. Amounts on deposit in the Final Maturity Reserve Account will not be an asset of any REMIC.

Final Maturity Excess Coupon Amount: As defined in Section 4.10 of this Agreement. For purposes of clarity, the Final Maturity Excess Coupon Amount for any Distribution Date shall equal the amount payable by the Trustee on such Distribution Date to Holders of the Group I Offered Certificates, other than the Class I-2X Certificates, (excluding any Basis Risk Shortfall Carry-Forward Amounts payable to such Certificates on such Distribution Date) in excess of the amount payable on the REMIC VI Regular Interests the ownership of which is represented by such Certificates on such Distribution Date, all as further provided in Section 4.10 hereof.

Final Maturity IO Interest: An uncertificated interest in the Trust Fund evidencing a Regular Interest in REMIC VI for purposes of the REMIC Provisions and held by the Trustee as an asset of the Final Maturity Reserve Account.

Final Maturity Reserve Account Deposit: With respect to the Final Maturity Reserve Account, an amount equal to $5,000, which the Depositor shall initially deposit into the Final Maturity Reserve Account pursuant to Section 4.10 of this Agreement.

Final Maturity Reserve Account Target: For any Distribution Date beginning with the Distribution Date in May 2016, the lesser of (a) the product of (i) the aggregate Stated Principal Balance of the Group I Mortgage Loans with original terms to maturity in excess of 30 years as of the Due Date occurring in the month prior to such Distribution Date and (ii) a fraction, the numerator of which is 1.00 and the denominator of which is 0.85, and (b) $4,414,578.

Final Recovery Determination: With respect to any defaulted Mortgage Loan or any REO Property (other than a Mortgage Loan or REO Property purchased by the Sponsor or its designee pursuant to or as contemplated by Section 2.03(c) or Section 10.01), a determination made by the applicable Servicer pursuant to the related Servicing Agreement that all Insurance Proceeds, Liquidation Proceeds and other payments or recoveries which such Servicer, in its reasonable good faith judgment, expects to be finally recoverable in respect thereof have been so recovered. The Master Servicer shall maintain records, based solely on information provided by each Servicer, of each Final Recovery Determination made thereby.

Final Scheduled Distribution Date: With respect to the Group I Certificates, May 2036, and with respect to the Group II Certificates, April 2036.

Fiscal Quarter: December 1 to February 29 (or the last day in such month), March 1 to May 31, June 1 to August 31, or September 1 to November 30, as applicable.

Fitch: Fitch Inc.

Freddie Mac: Freddie Mac (formally, The Federal Home Loan Mortgage Corporation), or any successor thereto.

Global Certificate: Any Private Certificate registered in the name of the Depository or its nominee, beneficial interests in which are reflected on the books of the Depository or on the books of a Person maintaining an account with such Depository (directly or as an indirect participant in accordance with the rules of such depository).

Group I Certificates: The Group I Senior Certificates, Group I Subordinate Certificates, Class I-B-IO, Class P and Class R Certificates.

Group I Offered Certificate: The Group I Senior Certificates and Group I Subordinate Certificates.

Group I Senior Certificates: The Class I-1A, Class I-2A and Class I-2X Certificates.

Group I Subordinate Certificates: Any of the Class I-M-1, Class I-M-2, Class I-M-3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates.

Group I Sub-Trust: The portion of the Trust Fund allocated to Loan Group I.

Group II Certificates: The Group II Senior Certificates and Group II Subordinate Certificates.

Group II Interest Only Certificates: The Class II-1X-1, Class II-2X-1 and Class II-3X-1 Certificates.

Group II Non-Offered Certificate: Any of the Class II-B-4, Class II-B-5, Class II-B-Certificates.

Group II Offered Certificates: The Group II Senior Certificates and Group II Offered Subordinate Certificates.

Group II Offered Subordinate Certificates: The Class II-B-1, Class II-B-2 and Class II-B-3 Certificates.

Group II Senior Certificates: The Class II-1A, Class II-2A, Class II-3A and Group II Interest Only Certificates.

Group II Subordinate Certificates: The Class II-B-1, Class II-B-2, Class II-B-3, Class II-B-4, Class II-B-5 and Class II-B-6 Certificates.

Indemnified Persons: The Trustee, the Master Servicer, the Trust Fund and the Securities Administrator and their officers, directors, agents and employees and, with respect to the Trustee, any separate co-trustee and its officers, directors, agents and employees.

Individual Certificate: Any Private Certificate registered in the name of the Holder other than the Depository or its nominee.

IndyMac: IndyMac Bank, F.S.B.

IndyMac Assignment Agreement: The Assignment, Assumption and Recognition Agreement, dated as of April 28, 2006, among the Sponsor, the Trustee and IndyMac, attached hereto as Exhibit R-4.

IndyMac Loans: Those Mortgage Loans subject to this Agreement which were purchased by the Sponsor from IndyMac pursuant to the IndyMac Servicing Agreement.

IndyMac Servicing Agreement: That certain Flow Sale and Servicing Agreement, dated as of April 21, 2006, among Maia Mortgage Finance Statutory Trust, Luminent Mortgage Capital, Inc., Mercury Mortgage Finance Statutory Trust and the IndyMac Bank, F.S.B, as amended.

Initial Certificate Principal Balance: With respect to any Certificate, the Certificate Principal Balance of such Certificate or any predecessor Certificate on the Closing Date.

Insurance Policy: With respect to any Mortgage Loan included in the Trust Fund, any insurance policy or LPMI Policy, including all riders and endorsements thereto in effect with respect to such Mortgage Loan, including any replacement policy or policies for any Insurance Policies.

Insurance Proceeds: Proceeds paid in respect of the Mortgage Loans pursuant to any Insurance Policy or any other insurance policy covering a Mortgage Loan, to the extent such proceeds are payable to the mortgagee under the Mortgage, the related Servicer or the trustee under the deed of trust and are not applied to the restoration of the related Mortgaged Property or released to the Mortgagor in accordance with the procedures that the related Servicer would follow in servicing mortgage loans held for its own account.

Interest Accrual Period: For each Class of Group II Certificates and Class I-2X Certificates and for any Distribution Date, the calendar month preceding the month in which such Distribution Date occurs. For each Class of Group I Offered Certificates (other than the Class I-2X Certificates) and for any Distribution Date, the period commencing on the Distribution Date in the month preceding the month in which a Distribution Date occurs (or the Closing Date, in the case of the first Interest Accrual Period) and ending on the day immediately prior to such Distribution Date.

Interest Carry Forward Amount: With respect to each Class of Group I Offered Certificates and the first Distribution Date, zero, and for each Distribution Date thereafter, the sum of:

    1. the excess of:

        (a) Current Interest for such Class with respect to prior Distribution Dates, over

        (b) the amount actually distributed to such Class with respect to interest on or after such prior Distribution Dates, and

    2. interest on such excess (to the extent permitted by applicable law) at the applicable Pass-Through Rate for the related Interest Accrual Period including the Interest Accrual Period relating to such Distribution Date.

Interest Determination Date: Shall mean the second LIBOR Business Day preceding the commencement of each Interest Accrual Period.

Interest Funds: With respect to each of Subgroup I-1 and Subgroup I-2 any Distribution Date, the sum, without duplication, of:

1. all scheduled interest collected in respect of the related Mortgage Loans during the related Due Period, less the Servicing Fee and Master Servicing Fee, if any,

2. all Advances relating to interest on the related Mortgage Loans made by the related Servicer,

3. all Compensating Interest Payments with respect to the related Mortgage Loans,

4. Insurance Proceeds and Liquidation Proceeds received during the related Prepayment Period (or in the case of Subsequent Recoveries, during the related Due Period), to the extent such Liquidation Proceeds relate to interest, less all non-recoverable advances relating to interest and certain expenses, in each case, with respect to the Mortgage Loans in the related Subgroup,

5. the interest portion of proceeds from Mortgage Loans in the related Subgroup that were repurchased during the related Due Period,

6. the interest portion of the purchase price of the assets of the Trust allocated to the related Subgroup upon exercise by the Sponsor or its designee of its optional termination right, and

7. the amount of any Principal Prepayments in full, partial Principal Prepayments, Net Liquidation Proceeds, Repurchase Proceeds and scheduled principal payments, in that order, allocated to the related Subgroup that would otherwise have been included in the related Principal Funds for such Distribution Date that are applied in connection with any Deferred Interest in accordance with the definition of Net Deferred Interest,

    minus

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 23 of 279

Page 22 of 835

8. any amounts required to be reimbursed to Sponsor, the Depositor, the Master Servicer or the Trustee and allocated to the related Subgroup, pursuant to Sections 4.05 and 4.09 or as otherwise set forth in this Agreement.

<u>Interest Only Certificates</u>: The Class I-2X Certificates and the Group II Interest Only Certificates.

<u>Interest Shortfall</u>: With respect to any Distribution Date, means the aggregate shortfall, if any, in collections of interest (adjusted to the related Net Rates) on the Mortgage Loans in the related Loan Group resulting from (a) prepayments in full with respect to the related Loan Group received during the related Prepayment Period, (b) partial prepayments with respect to the related Loan Group received during the related Prepayment Period to the extent applied prior to the due date in the month of the Distribution Date and (c) interest payments on certain of the Mortgage Loans in the related Loan Group being limited pursuant to the provisions of the Relief Act or similar state or local laws.

<u>Latest Possible Maturity Date</u>: With respect to the Group I Certificates, the Distribution Date following the final scheduled maturity date of the Mortgage Loan in the portion of the Trust Fund consisting of Loan Group I having the latest scheduled maturity date as of the Cut-off Date, and with respect to the Group II Certificates, the Distribution Date following the final scheduled maturity date of the Mortgage Loan in the portion of the Trust Fund consisting of Loan Group II having the latest scheduled maturity date as of the Cut-off Date. For purposes of the Treasury regulations under Sections 860A through 860G of the Code, the latest possible maturity date of a Regular Interest issued by REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V and REMIC VI shall be the Latest Possible Maturity Date applicable to the portion of the Trust Fund related to each such REMIC.

<u>LIBOR Business Day</u>: Shall mean a day on which banks are open for dealing in foreign currency and exchange in London and New York City.

<u>Liquidated Loan</u>: With respect to any Distribution Date, a defaulted Mortgage Loan that has been liquidated through deed-in-lieu of foreclosure, foreclosure sale, trustee's sale or other realization as provided by applicable law governing the real property subject to the related Mortgage and any security agreements and as to which the related Servicer has made a Final Recovery Determination with respect thereto.

<u>Liquidation Proceeds</u>: Amounts, other than Insurance Proceeds, received in connection with the partial or complete liquidation of a Mortgage Loan, whether through trustee's sale, foreclosure sale or otherwise, or in connection with any condemnation or partial release of a Mortgaged Property and any other proceeds received with respect to an REO Property, less the sum of related unreimbursed Advances, Servicing Fees and Servicing Advances and all expenses of liquidation, including property protection expenses and foreclosure and sale costs, including court and reasonable attorneys fees.

<u>Loan Group</u>: Any of Loan Group I or Loan Group II.

<u>Loan Group I</u>: The Mortgage Loans included as part of Subgroup I-1 and Subgroup I-2 on the Mortgage Loan Schedule.

<u>Loan Group II</u>: The Mortgage Loans included as part of Subgroup II-1, Subgroup II-2 and Subgroup II-3 on the Mortgage Loan Schedule.

<u>Loan-to-Value Ratio</u>: The fraction, expressed as a percentage, the numerator of which is the original principal balance of the related Mortgage Loan and the denominator of which is the Appraised Value of the related Mortgaged Property.

<u>Loss Allocation Limitation</u>: The meaning specified in Section 5.05(e).

<u>LPMI Fee</u>: Shall mean the fee payable to the insurer for each Mortgage Loan subject to an LPMI Policy as set forth in such LPMI Policy.

<u>LPMI Policy</u>: A policy of mortgage guaranty insurance issued by an insurer meeting the requirements of Fannie Mae and Freddie Mac in which the related Servicer of the related Mortgage Loan is responsible for the payment of the LPMI Fee thereunder from collections on the related Mortgage Loan. However, such LPMI Policy is not applicable to this transaction.

<u>Marker Rate</u>: With respect to REMIC III Regular Interest I-B-IO and any Distribution Date, a per annum rate equal to two (2) times the weighted average of the Uncertificated REMIC II Pass-Through Rates for the REMIC II Regular Interests (other than REMIC II Regular Interests AA, 1-Sub, 1-Grp, 2-Sub, 2-Grp, XX, IO and P), with the rate on each such REMIC II Regular Interest (other than REMIC II Regular Interest ZZ) subject to a cap equal to the Uncertificated REMIC III Pass-Through Rate for the Corresponding Interest for the purpose of this calculation for such Distribution Date, and with the rate on REMIC II Regular Interest ZZ subject to a cap of zero for the purpose of this calculation; provided, however, that solely for this purpose, the related cap with respect to each REMIC II Regular Interest (other than REMIC II Regular Interests AA, ZZ, 1-Sub, 1-Grp, 2-Sub, 2-Grp, IO and P) shall be multiplied by a fraction, the numerator of which is 30 and the denominator of which is the actual number of days in the related Interest Accrual Period.

<u>Margin</u>: With respect to the Class I-1A-1, Class I-1A-2, Class I-1A-3, Class I-2A-1, Class I-2A-2, Class I-2A-3, Class I-M-1, Class I-M-2, Class I-M-3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates will be 0.200%, 0.250%, 0.310%, 0.210%, 0.260%, 0.310%, 0.380%, 0.400%, 0.420%, 0.580%, 0.600%, 1.750% and 2.100% per annum, respectively, provided that, after the first possible optional termination date, with respect to the Group 1 or Group 2 Mortgage Loans, as applicable, the related margin for the Class I-1A-1, Class I-1A-2, Class I-1A-3, Class I-2A-1, Class I-2A-2, Class I-2A-3, Class I-M-1, Class I-M-2, Class I-M-3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates will be 0.400%, 0.500%, 0.620%, 0.420%, 0.520%, 0.620%, 0.570%, 0.600%, 0.630%, 0.870%, 0.900%, 2.625% and 3.150% per annum, respectively.

<u>Master Servicer</u>: Wells Fargo Bank, National Association, in its capacity as master servicer, and its successors and assigns.

<u>Master Servicing Compensation</u>: The meaning specified in Section 3.14.

<u>Master Servicing Information</u>: As defined in Section 3.18(c).

<u>Maximum Uncertificated Accrued Interest Deferral Amount</u>: With respect to any Distribution Date, the excess of (i) accrued interest at the Uncertificated REMIC II Pass-Through Rate applicable to REMIC II Regular Interest ZZ for such Distribution Date on a balance equal to the Uncertificated Principal Balance of REMIC II Regular Interest ZZ minus the REMIC II Overcollateralization Amount, in each case for such Distribution Date, over (ii) the Uncertificated Accrued Interest on each REMIC II Regular Interest for which a REMIC III Regular Interest is a Corresponding Interest for the purpose of this calculation for such Distribution Date, with the rate on each such REMIC II Regular Interest subject to a cap equal to the Uncertificated REMIC III Pass-Through Rate for the Corresponding Interest; provided, however, that solely for this purpose, the related cap with respect to each REMIC II Regular Interest for which a REMIC III Regular Interest is a Corresponding Interest shall be multiplied by a fraction, the numerator of which is 30 and the denominator of which is the actual number of days in the related Accrual Period.

<u>MERS</u>: Mortgage Electronic Registration Systems, Inc., a corporation organized and existing under the laws of the State of Delaware, or any successor thereto.

<u>MERS® System</u>: The system of recording transfers of Mortgages electronically maintained by MERS.

<u>MIN</u>: The Mortgage Identification Number for Mortgage Loans registered with MERS on the MERS® System.

<u>MOM Loan</u>: With respect to any Mortgage Loan, MERS acting as the mortgagee of such Mortgage Loan, solely as nominee for the originator of such Mortgage Loan and its successors and assigns, at the origination thereof.

<u>Monthly Payments</u>: For any Mortgage Loan and any month, the scheduled payment or payments of principal and interest due during such month on such Mortgage Loan which is either is payable by a mortgagor in such month under the related Mortgage Note or in the case of any Mortgaged Property acquired through foreclosure or deed in lieu of foreclosure, would otherwise have been payable under the related Mortgage Note.

<u>Monthly Statement</u>: The statement delivered pursuant to Section 5.06.

<u>Moody's</u>: Moody's Investors Service, Inc.

<u>Mortgage</u>: The mortgage, deed of trust or other instrument creating a first lien on or first priority ownership interest in an estate in fee simple in real property securing a Mortgage Note.

<u>Mortgage File</u>: The mortgage documents listed in Section 2.01 hereof pertaining to a particular Mortgage Loan and any additional documents delivered to the Trustee or Custodian on its behalf to be added to the Mortgage File pursuant to this Agreement.

<u>Mortgage Loans</u>: Such of the Mortgage Loans transferred and assigned to the Trustee pursuant to the provisions hereof, as from time to time are held as a part of the Trust Fund (including any REO Property), the mortgage loans so held being identified in the Mortgage Loan Schedule, notwithstanding foreclosure or other acquisition of title of the related Mortgaged Property. Any mortgage loan that was intended by the parties hereto to be transferred to the Trust Fund as indicated by such Mortgage Loan Schedule which is in fact not so transferred for any reason including, without limitation, a breach of the representation contained in Section 2.03(b)(v) hereof, shall continue to be a Mortgage Loan hereunder until the Purchase Price with respect thereto has been paid to the Trust Fund.

<u>Mortgage Loan Purchase Agreement</u>: Shall mean the Mortgage Loan Purchase Agreement, dated as of April 28, 2006, among the Sponsor, Maia Mortgage Finance Statutory Trust, as seller and the Depositor, as purchaser.

<u>Mortgage Loan Purchase Price</u>: The price, calculated as set forth in Section 10.01, to be paid in connection with the repurchase of the Mortgage Loans pursuant to Section 10.01.

<u>Mortgage Loan Schedule</u>: The list of Mortgage Loans (as from time to time amended by the Master Servicer to reflect the deletion of Deleted Mortgage Loans and the addition of Replacement Mortgage Loans pursuant to the provisions of this Agreement) transferred to the Trustee as part of the Trust Fund and from time to time subject to this Agreement, the initial Mortgage Loan Schedule being attached hereto as Exhibit B, setting forth the following information with respect to each Mortgage Loan:

    (i) the loan number;

    (ii) the Loan Group;

    (iii) the Mortgage Rate in effect as of the Cut-off Date;

    (iv) the Servicer, the Servicing Fee Rate;

    (v) the LPMI Fee, if applicable;

    (vi) the Net Rate in effect as of the Cut-off Date;

    (vii) the maturity date;

    (viii) the original principal balance;

    (ix) the Cut-off Date Principal Balance;

    (x) the original term;

    (xi) the remaining term;

    (xii) the property type; and

    (xiii) the MIN with respect to each Mortgage Loan.

Such schedule shall also set forth the aggregate Cut-off Date Principal Balance for all of the Mortgage Loans in each Loan Group.

<u>Mortgage Note</u>: The original executed note or other evidence of indebtedness of a Mortgagor under a Mortgage Loan.

<u>Mortgage Rate</u>: The annual rate of interest borne by a Mortgage Note.

<u>Mortgaged Property</u>: The underlying property securing a Mortgage Loan.

<u>Mortgagor</u>: The obligors on a Mortgage Note.

<u>Net Deferred Interest</u>: On any Distribution Date, Deferred Interest on the related Mortgage Loans during the related Due Period net of Principal Prepayments in full, partial Principal Prepayments, Net Liquidation Proceeds, Repurchase Proceeds and scheduled principal payments, in that order, available to be distributed on the Group I Certificates on that Distribution Date. With respect to any Adjustable Rate Certificate as of any Distribution Date will be an amount equal to the product of (1) the difference, if any between (a) the lesser of (i) the related Pass-Through Rate for such Class, without regard to the related Net Rate Cap on such Distribution Date and (ii) the related Net Rate Cap and (b) the Adjusted Rate Cap for such Certificate and (2) the Certificate Principal Balance of such Certificate immediately prior to such Distribution Date.

<u>Net Interest Shortfalls</u>: The Interest Shortfalls net of payments by the related Servicer or the Master Servicer in respect of Compensating Interest.

<u>Net Rate</u>: With respect to any Mortgage Loan is a rate equal to the applicable interest rate borne by such Mortgage Loan less the sum of the respective rates used to calculate the Servicing Fee, the Master Servicing Fee and the Lender-Paid PMI Rate, if any.

<u>Net Rate Cap</u>: With respect to the Class I-1A Certificates and Class I-2A Certificates, the weighted average of the Net Rates of the Mortgage Loans in the related Subgroup of Loan Group I (less, if applicable, the related Coupon Strip Rate) and in the case of the Class I-2A Certificates, the Net Rate Cap will be further reduced by 1.00% per annum. With respect to the Class I-M Certificates and Class I-B Certificates, the weighted average of (i) the weighted average of the Net Rates on the Mortgage Loans in Subgroup I-1 (less, if applicable, the related Coupon Strip Rate), and (ii) the weighted average of the Net Rates on the Mortgage Loans in Subgroup I-2 (less, if applicable, the related Coupon Strip Rate), weighted on the basis of the excess of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Subgroup I-1 over the aggregate Certificate Principal Balance of the Class I-1A Certificates and (b) the aggregate Stated Principal Balance of the Mortgage Loans in Subgroup I-2 over the aggregate Certificate Principal Balance of the Class I-2A Certificates, respectively, in each case as adjusted to an effective rate reflecting the accrual of

interest on an actual/360 basis. With respect to any Distribution Date and (i) the REMIC VI Regular Interests the ownership of which is represented by the Class I-1A-1, Class I-1A-2 and Class I-1A-3 Certificates, a per annum rate equal to the weighted average (adjusted for the actual number of days elapsed in the related Interest Accrual Period) of the Uncertificated REMIC II Pass-Through Rates on REMIC II Regular Interests 1-Grp, weighted on the basis of the Uncertificated Principal Balances of each such REMIC II Regular Interest immediately prior to such Distribution Date, (ii) the REMIC VI Regular Interests the ownership of which is represented by the Class I-2A-1, Class I-2A-2 and Class I-2A-3 Certificates, a per annum rate equal to the weighted average (adjusted for the actual number of days elapsed in the related Interest Accrual Period) of the Uncertificated REMIC II Pass-Through Rate on REMIC II Regular Interest 2-Grp, weighted on the basis of the Uncertificated Principal Balance of such REMIC II Regular Interest immediately prior to such Distribution Date, minus 1.00% per annum, and (iii) the REMIC VI Regular Interests the ownership of which is represented by the Class I-M Certificates or the Class I-B Certificates, a per annum rate equal to the weighted average (adjusted for the actual number of days elapsed in the related Accrual Period) of the Uncertificated REMIC II Pass-Through Rates on (a) REMIC II Regular Interest 1-Sub, subject to a cap and a floor equal to the Uncertificated REMIC II Pass-Through Rate on REMIC II Regular Interest 1-Grp and (b) REMIC II Regular Interest 2-Sub, subject to a cap and a floor equal to the Uncertificated REMIC II Pass-Through Rate on REMIC II Regular Interest 2-Grp, weighted on the basis of the Uncertificated Principal Balances of each such REMIC II Regular Interest immediately prior to such Distribution Date.

Non-Book-Entry Certificate: Any Certificate other than a Book-Entry Certificate.

Non-Offered Certificates: The Class I-B-IO, Class R, Class P, Class II-B-4, Class II-B-5 and Class II-B-6 Certificates.

Nonrecoverable Advance: Any portion of an Advance previously made or proposed to be made by the Master Servicer pursuant to this Agreement or the related Servicer pursuant to the related Servicing Agreement, that, in the good faith judgment of the Master Servicer or the related Servicer, will not or, in the case of a proposed advance, would not, be ultimately recoverable by it from the related Mortgagor, related Liquidation Proceeds, Insurance Proceeds or otherwise.

Notional Amount: With respect to any Distribution Date and the Class I-2X Certificates, the aggregate Certificate Principal Balance of the Class I-2A Certificates; with respect to any Distribution Date and the Class II-1X-1 Certificates, the aggregate Certificate Principal Balance of the Class II-1A Certificates, with respect to any Distribution Date and the Class II-2X-1 Certificates, the aggregate Certificate Principal Balance of the Class II-2A Certificates; with respect to any Distribution Date and the Class II-3X-1 Certificates, the aggregate Certificate Principal Balance of the Class II-3A Certificates (in each case before taking into account the payment of principal on related certificates on such Distribution Date). With respect to any Distribution Date and the Class I-B-IO Certificates, an amount equal to the Stated Principal Balance of the Mortgage Loans as of the beginning of the related Due Period. The initial Notional Amount of the Class I-B-IO Certificates shall be $369,024,835.12. For federal income tax purposes, the Notional Amount for the Class I-2X Certificates for any Distribution Date shall be an amount equal to the aggregate Uncertificated Principal Balance of REMIC III Regular Interests I-2A-1, I-2A-2 and I-2A-3 for such Distribution Date; the Notional Amount for the Class II-1X-1 Certificates for any Distribution Date shall be an amount equal to the aggregate Uncertificated Principal Balance of REMIC V Regular Interests II-1A-1 and II-1A-2 for such Distribution Date; the Notional Amount for the Class II-2X-1 Certificates for any Distribution Date shall be an amount equal to the aggregate Uncertificated Principal Balance of REMIC V Regular Interests II-2A-1 and II-2A-2 for such Distribution Date; the Notional Amount for the Class II-3X-1 Certificates for any Distribution Date shall be an amount equal to the aggregate Uncertificated Principal Balance of REMIC V Regular Interests II-3A-1 and II-3A-2 for such Distribution Date; and the Notional Amount for the Class I-B-IO Certificates for any Distribution Date shall be an amount equal to the Uncertificated Notional Amount for REMIC III Regular Interest I-B-IO for such Distribution Date.

OC Floor: An amount equal to 0.50% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the Cut-of Date.

Offered Certificates: The Group I Offered Certificates and the Group II Offered Certificates.

Offered Subordinate Certificates: The Group I Subordinate Certificates and the Group II Subordinate Certificates.

Officer's Certificate: A certificate (i) signed by the Chairman of the Board, the Vice Chairman of the Board, the President, a Vice President (however denominated), an Assistant Vice President, the Treasurer, the Secretary, or one of the assistant treasurers or assistant secretaries of the Depositor or the Master Servicer (or any other officer customarily performing functions similar to those performed by any of the above designated officers and also to whom, with respect to a particular matter, such matter is referred because of such officer's knowledge of and familiarity with a particular subject) or (ii), if provided for in this Agreement, signed by a Servicing Officer, as the case may be, and delivered to the Depositor, the Sponsor, the Securities Administrator, the Master Servicer and/or the Trustee, as the case may be, as required by this Agreement.

One-Month LIBOR: With respect to any Interest Accrual Period and the LIBOR Certificates, the rate determined by the Securities Administrator on the related Interest Determination Date on the basis of the rate for U.S. dollar deposits for one month that appears on Telerate Screen Page 3750 as of 11:00 a.m. (London time) on such Interest Determination Date. If such rate does not appear on such page (or such other page as may replace that page on that service, or if such service is no longer offered, such other service for displaying One-Month LIBOR or comparable rates as may be reasonably selected by the Securities Administrator), One-Month LIBOR for the applicable Interest Accrual Period will be the Reference Bank Rate. If no such quotations can be obtained by the Securities Administrator and no Reference Bank Rate is available, One-Month LIBOR shall be One-Month LIBOR applicable to the preceding Interest Accrual Period. The establishment of One-Month LIBOR on each Interest Determination Date by the Securities Administrator and the Securities Administrator's calculation of the rate of interest applicable to the LIBOR Certificates for the related Interest Accrual Period shall, in the absence of manifest error, be final and binding.

Opinion of Counsel: A written opinion of counsel, who may be counsel for the Sponsor, the Depositor or the Master Servicer, reasonably acceptable to each addressee of such opinion; provided that with respect to Section 2.05, 7.05, 7.07 or 11.01, or the interpretation or application of the REMIC Provisions, such counsel must (i) in fact be independent of the Sponsor, Depositor and the Master Servicer, (ii) not have any direct financial interest in the Sponsor, Depositor or the Master Servicer or in any affiliate of either, and (iii) not be connected with the Sponsor, Depositor or the Master Servicer as an officer, employee, promoter, underwriter, trustee, partner, director or person performing similar functions.

Original Group II Subordinate Principal Balance: The aggregate Certificate Principal Balance of the Group II Subordinate Certificates as of the Closing Date.

Original Value: The value of the property underlying a Mortgage Loan based, in the case of the purchase of the underlying Mortgaged Property, on the lower of an appraisal or the sales price of such property or, in the case of a refinancing, on an appraisal.

Originator: With respect to each Mortgage Loan, shall mean the originator set forth in the Mortgage Loan Schedule for such Mortgage Loan.

OTS: The Office of Thrift Supervision.

Outstanding: With respect to the Certificates as of any date of determination, all Certificates theretofore executed and authenticated under this Agreement except:

(a) Certificates theretofore canceled by the Securities Administrator or delivered to the Securities Administrator for cancellation; and

(b) Certificates in exchange for which or in lieu of which other Certificates have been executed and delivered by the Securities Administrator pursuant to this Agreement.

Outstanding Mortgage Loan: As of any date of determination, a Mortgage Loan with a Stated Principal Balance greater than zero that was not the subject of a Principal Prepayment in full, and that did not become a Liquidated Loan, prior to the end of the related Prepayment Period.

Ownership Interest: As to any Certificate, any ownership interest in such Certificate including any interest in such Certificate as the Holder thereof and any other interest therein, whether direct or indirect, legal or beneficial.

Overcollateralization Amount: With respect to any Distribution Date, is the excess, if any, of (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after giving effect to Scheduled Monthly Payments of principal due during the related Due Period to the extent received or advanced, and unscheduled collections of principal received during the related Prepayment Period, including any reduction due to Realized Losses) over (b) the aggregate Certificate Principal Balance of the Adjustable Rate Certificates on such Distribution Date (after taking into account the payment of principal other than any Extra Principal Distribution Amount on such Certificates).

Unassociated Document                                                                Page 25 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 26 of 279

Overcollateralization Release Amount: With respect to any Distribution Date for which the Excess Overcollateralization Amount is, or would be, after taking into account all other distributions to be made on that Distribution Date, greater than zero, an amount equal to the lesser of (i) the Excess Overcollateralization Amount for that Distribution Date and (ii) Principal Funds for that Distribution Date.

Overcollateralization Target Amount: With respect to any Distribution Date, (i) prior to the Stepdown Date, an amount equal to approximately 1.10% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the Cut-off Date, (ii) on or after the Stepdown Date provided a Trigger Event is not in effect, the greater of (x) (1) prior to the Distribution Date in May 2012, 2.50% of the then current aggregate outstanding principal balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after giving effect to scheduled payments of principal due during the related Due Period, to the extent received or advanced, and unscheduled collections of principal received during the related Prepayment Period, and after reduction for Realized Losses incurred during the related Due Period) and (2) on or after the Distribution Date in May 2012, 2.00% of the then current aggregate outstanding principal balance of the Mortgage Loans in Loan Group I as of the last day of the related Due Period (after giving effect to scheduled payments of principal due during the related Due Period, to the extent received or advanced, and unscheduled collections of principal received during the related Prepayment Period, and after reduction for Realized Losses incurred during the related Due Period) and (y) the OC Floor or (iii) on or after the Stepdown Date and if a Trigger Event is in effect, the Overcollateralization Target Amount for the immediately preceding Distribution Date.

Pass-Through Rate: With respect to each Class of Certificates (other than the Class P, Class I-B-IO and Class R Certificates), the Class I-1A-1 Pass-Through Rate, Class I-1A-2 Pass-Through Rate, Class I-1A-3 Pass-Through Rate, Class I-2A-1 Pass-Through Rate, Class I-2A-2 Pass-Through Rate, Class I-2A-3 Pass-Through Rate, Class I-B-2 Pass-Through Rate, Class I-B-3 Pass-Through Rate, Class I-B-4 Pass-Through Rate, Class I-M-1 Pass-Through Rate, Class I-M-2 Pass-Through Rate, Class I-M-3 Pass-Through Rate, Class I-2X Pass-Through Rate, Class II-1A-1 Pass-Through Rate, Class II-1A-2 Pass-Through Rate, Class II-2A-1 Pass-Through Rate, Class II-2A-2 Pass-Through Rate, Class II-3A-1 Pass-Through Rate, Class II-3A-2 Pass-Through Rate, Class II-B Pass-Through Rate, as applicable. With respect to the Class I-B-IO Certificates, the Class I-B-IO Certificate shall not have a Pass-Through Rate, but the Current Interest for such Certificate and each Distribution Date shall be an amount equal to 100% of the amount distributable to REMIC III Regular Interest I-B-IO for such Distribution Date. The Class P Certificates shall not have a Pass-Through Rate. With respect to the Final Maturity IO Interest, the Final Maturity Interests shall not have a Pass-Through Rate, but Current Interest for such interest and each Distribution Date shall be an amount equal to 100% of the amount distributable to REMIC III Regular Interest IO for such Distribution Date.

Paul Financial: Paul Financial, LLC.

Paul Financial Assignment Agreement: The Assignment, Assumption and Recognition Agreement, dated as of April 28, 2006, among the Sponsor, the Trustee and Paul Financial, attached hereto as Exhibit R-4.

Paul Financial Loans: Those Mortgage Loans subject to this Agreement which were purchased by the Sponsor from Paul Financial pursuant to the Paul Financial Servicing Agreement.

Paul Financial Servicing Agreement: That certain Flow Sale and Servicing Agreement, dated as of January 24, 2006, among the Maia Mortgage Finance Statutory Trust, Luminent Mortgage Capital, Inc., Mercury Mortgage Finance Statutory Trust and Paul Financial, as amended.

Paying Agent: The Securities Administrator, in its capacity as paying agent, and its successors and assigns.

Percentage Interest: With respect to any Certificate of a specified Class, the Percentage Interest set forth on the face thereof or the percentage obtained by dividing the Denomination of such Certificate by the aggregate of the Denominations of all Certificates of the such Class.

Permitted Investments: At any time, any one or more of the following obligations and securities:

(i) obligations of the United States or any agency thereof, provided such obligations are backed by the full faith and credit of the United States;

(ii) general obligations of or obligations guaranteed by any state of the United States or the District of Columbia receiving the highest long-term debt rating of each Rating Agency, or such lower rating as will not result in the downgrading or withdrawal of the ratings then assigned to the Certificates by each Rating Agency;

(iii) commercial or finance company paper which is then receiving the highest commercial or finance company paper rating of each Rating Agency, or such lower rating as will not result in the downgrading or withdrawal of the ratings then assigned to the Certificates by each Rating Agency;

(iv) certificates of deposit, demand or time deposits, or bankers' acceptances issued by any depository institution or trust company incorporated under the laws of the United States or of any state thereof and subject to supervision and examination by federal and/or state banking authorities (including the Trustee in its commercial banking capacity), provided that the commercial paper and/or long term unsecured debt obligations of such depository institution or trust company are then rated one of the two highest long-term and the highest short-term ratings of each such Rating Agency for such securities, or such lower ratings as will not result in the downgrading or withdrawal of the rating then assigned to the Certificates by any Rating Agency;

(v) demand or time deposits or certificates of deposit issued by any bank or trust company or savings institution to the extent that such deposits are fully insured by the FDIC;

(vi) guaranteed reinvestment agreements issued by any bank, insurance company or other corporation containing, at the time of the issuance of such agreements, such terms and conditions as will not result in the downgrading or withdrawal of the rating then assigned to the Certificates by any such Rating Agency;

(vii) repurchase obligations with respect to any security described in clauses (i) and (ii) above, in either case entered into with a depository institution or trust company (acting as principal) described in clause (iv) above;

(viii) securities (other than stripped bonds, stripped coupons or instruments sold at a purchase price in excess of 115% of the face amount thereof) bearing interest or sold at a discount issued by any corporation incorporated under the laws of the United States or any state thereof which, at the time of such investment, have one of the two highest long term ratings of each Rating Agency (except if the Rating Agency is Moody's, such rating shall be the highest commercial paper rating of Moody's for any such securities), or such lower rating as will not result in the downgrading or withdrawal of the rating then assigned to the Certificates by any Rating Agency, as evidenced by a signed writing delivered by each Rating Agency;

(ix) interests in any money market fund (including any such fund managed or advised by the Trustee or Master Servicer or any affiliate thereof) which at the date of acquisition of the interests in such fund and throughout the time such interests are held in such fund has the highest applicable long term rating by each Rating Agency or such lower rating as will not result in the downgrading or withdrawal of the ratings then assigned to the Certificates by each Rating Agency;

(x) short term investment funds sponsored by any trust company or banking association incorporated under the laws of the United States or any state thereof (including any such fund managed or advised by the Trustee or any affiliate thereof) which on the date of acquisition has been rated by each Rating Agency in their respective highest applicable rating category or such lower rating as will not result in the downgrading or withdrawal of the ratings then assigned to the Certificates by each Rating Agency; and

(xi) such other investments having a specified stated maturity and bearing interest or sold at a discount acceptable to each Rating Agency as will not result in the downgrading or withdrawal of the rating then assigned to the Certificates by any Rating Agency, as evidenced by a signed writing delivered by each Rating Agency;

provided, that no such instrument shall be a Permitted Investment if such instrument (i) evidences the right to receive interest only payments with respect to the obligations underlying such instrument, (ii) is purchased at a premium or (iii) is purchased at a deep discount; provided further that no such instrument shall be a Permitted Investment (A) if such instrument evidences principal and interest

Unassociated Document                                                          Page 26 of 835
12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 27 of 279

payments derived from obligations underlying such instrument and the interest payments with respect to such instrument provide a yield to maturity of greater than 120% of the yield to maturity at par of such underlying obligations, or (B) if it may be redeemed at a price below the purchase price (the foregoing clause (B) not to apply to investments in units of money market funds pursuant to clause (vi) above); provided further that no amount beneficially owned by any REMIC may be invested in investments (other than money market funds) treated as equity interests for federal income tax purposes, unless the Master Servicer shall receive an Opinion of Counsel, at the expense of the Master Servicer, to the effect that such investment will not adversely affect the status of any such REMIC as a REMIC under the Code or result in imposition of a tax on any such REMIC. Permitted Investments that are subject to prepayment or call may not be purchased at a price in excess of par.

    <u>Permitted Transferee</u>: Any Person (x) other than (i) the United States, any State or political subdivision thereof, any possession of the United States or any agency or instrumentality of any of the foregoing, (ii) a foreign government, International Organization or any agency or instrumentality of either of the foregoing, (iii) an organization (except certain farmers' cooperatives described in section 521 of the Code) that is exempt from tax imposed by Chapter 1 of the Code (including the tax imposed by section 511 of the Code on unrelated business taxable income) on any excess inclusions (as defined in section 860E(c)(1) of the Code) with respect to any Residual Certificate, (iv) rural electric and telephone cooperatives described in section 1381(a)(2)(C) of the Code or (v) an electing large partnership within the meaning of Section 775(a) of the Code, (y) that is a citizen or resident of the United States, a corporation, partnership (other than a partnership that has any direct or indirect foreign partners) or other entity (treated as a corporation or a partnership for federal income tax purposes), created or organized in or under the laws of the United States, any State thereof or the District of Columbia, an estate whose income from sources without the United States is includible in gross income for United States federal income tax purposes regardless of its connection with the conduct of a trade or business within the United States, or a trust if a court within the United States is able to exercise primary supervision over the administration of the trust and one or more United States persons have authority to control all substantial decisions of the trust or if it has a valid election in effect under applicable U.S. Treasury regulations to be treated as a United States person and (z) other than any other Person so designated by the Trustee or Securities Administrator based upon an Opinion of Counsel addressed to the Trustee or Securities Administrator (which shall not be an expense of the Trustee or Securities Administrator) that states that the Transfer of an Ownership Interest in a Residual Certificate to such Person may cause REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI to fail to qualify as a REMIC at any time that any Certificates are Outstanding. The terms "United States," "State" and "International Organization" shall have the meanings set forth in section 7701 of the Code or successor provisions. A corporation will not be treated as an instrumentality of the United States or of any State or political subdivision thereof for these purposes if all of its activities are subject to tax and, with the exception of Freddie Mac, a majority of its board of directors is not selected by such government unit.

    <u>Person</u>: Any individual, corporation, partnership, joint venture, association, joint- stock company, limited liability company, trust, unincorporated organization or government, or any agency or political subdivision thereof.

    <u>Prepayment Assumption</u>: The applicable rate of prepayment, as described in the Prospectus Supplement relating to each Class of Offered Certificates.

    <u>Prepayment Charge</u>: Any prepayment premium, penalty or charge payable by a Mortgagor in connection with any Principal Prepayment on a Mortgage Loan pursuant to the terms of the related Mortgage Note.

    <u>Prepayment Charge Waiver Amount</u>: Any amount paid by the related Servicer to the Master Servicer in respect of waived Prepayment Charges relating to the related Servicing Agreement.

    <u>Prepayment Interest Shortfall</u>: With respect to any Distribution Date, for each Mortgage Loan that was the subject of a partial Principal Prepayment, a Principal Prepayment in full, or that became a Liquidated Loan during the related Prepayment Period, (other than a Principal Prepayment in full resulting from the purchase of a Mortgage Loan pursuant to Section 2.02, 2.03 or 10.01 hereof), the amount, if any, by which (i) one month's interest at the applicable Net Mortgage Rate on the Stated Principal Balance of such Mortgage Loan immediately prior to such prepayment (or liquidation) or in the case of a partial Principal Prepayment on the amount of such prepayment (or liquidation proceeds) exceeds (ii) the amount of interest paid or collected in connection with such Principal Prepayment or such liquidation proceeds less the sum of (a) the related Servicing Fee and (b) the LPMI Fee, if any.

    <u>Prepayment Period</u>: As to any Distribution Date and (i) each EMC Mortgage Loan, the period commencing on the 16th day of the month prior to the month in which the related Distribution Date occurs and ending on the 15th day of the month in which such Distribution Date occurs and (ii) any other Mortgage Loan, the period set forth in the related Servicing Agreement.

    <u>Primary Mortgage Insurance Policy</u>: Any primary mortgage guaranty insurance policy issued in connection with a Mortgage Loan which provides compensation to a Mortgage Note holder in the event of default by the obligor under such Mortgage Note or the related security instrument, if any or any replacement policy therefor through the related Interest Accrual Period for such Class relating to a Distribution Date.

    <u>Principal Distribution Amount</u>: With respect to each Distribution Date, an amount equal to

    1. the Principal Funds for both Subgroup I-1 and Subgroup I-2 for such Distribution Date, plus

    2. any Extra Principal Distribution Amount for such Distribution Date, minus

    3. any Overcollateralization Release Amount for such Distribution Date.

    <u>Principal Funds</u>: With respect to each of Subgroup I-1 and Subgroup I-2 and each Distribution Date, the sum, without duplication, of (a) the scheduled principal collected on the Mortgage Loans in the related Subgroup during the related Due Period or advanced on or before the related servicer advance date, (b) Principal Prepayments in respect of the Mortgage Loans in the related Subgroup, exclusive of any prepayment charges, collected in the related Prepayment Period, (c) the Stated Principal Balance of each Mortgage Loan in that Subgroup that was repurchased pursuant to Section 2.02 or 2.03 by the Seller or Underlying Seller, as applicable, during the related Due Period, (d) the aggregate of all Substitution Adjustment Amounts with respect to the related Mortgage Loans for the related Determination Date in connection with the substitution of related Mortgage Loans pursuant to Section 2.03(d), (e) Insurance Proceeds and all Liquidation Proceeds collected during the related Prepayment Period (or in the case of Subsequent Recoveries, during the related Due Period) on the Mortgage Loans in the related Subgroup, to the extent such Liquidation Proceeds relate to principal, less all related non-recoverable advances relating to principal reimbursed during the related Due Period, (f)amounts in respect of Principal paid by the Sponsor or its designee, as applicable, pursuant to Section 10.01 hereof, (g) the principal portion of the amounts, if any, transferred from the Final Maturity Reserve Account and allocated to the related Subgroup on such Distribution Date, minus (h)all related amounts required to be reimbursed pursuant to Sections 5.05 and 5.09 or as otherwise set forth in this Agreement, and (i) the amount of any Principal Prepayments in full, partial Principal Prepayments, Net Liquidation Proceeds, Repurchase Proceeds and scheduled principal payments, in that order, which otherwise would have been included in Principal Funds but which are included in Interest Funds in connection with any Deferred Interest in accordance with the definition of Net Deferred Interest.

    <u>Principal Prepayment</u>: Any Mortgagor payment or other recovery of (or proceeds with respect to) principal on a Mortgage Loan (including loans purchased or repurchased under Sections 2.02, 2.03 and 10.01 hereof) that is received in advance of its scheduled Due Date and is not accompanied by an amount as to interest representing scheduled interest due on any date or dates in any month or months subsequent to the month of prepayment. Partial Principal Prepayments shall be applied by the related Servicer, as appropriate, in accordance with the terms of the related Mortgage Note.

    <u>Private Certificates</u>: The Class R, Class P, Class I-B-IO, Class II-B-4, Class II-B-5 and Class II-B-6 Certificates.

    <u>Prospectus Supplement</u>: The Prospectus Supplement dated April 27, 2006 relating to the public offering of the Offered Certificates.

    <u>Protected Account</u>: Each account established and maintained by the related Servicer in accordance with the related Servicing Agreement.

    <u>PUD</u>: A Planned Unit Development.

    <u>Purchase Price</u>: With respect to any Mortgage Loan required to be repurchased by the Sponsor or Underlying Seller pursuant to Section 2.02 or 2.03 hereof, an amount equal to the sum of (i) 100% of the outstanding principal balance of the Mortgage Loan as of the date of such purchase plus (ii) accrued interest thereon at the applicable Mortgage Rate through the first day of the month in which the Purchase Price is to be distributed to Certificateholders, reduced by any portion of the Servicing Fee, Servicing Advances and Advances payable to the purchaser of the Mortgage Loan plus and (iii) any costs and damages (if any) incurred by the Trust in connection with any violation of such Mortgage Loan of any predatory lending laws.

Rating Agency: Each of Moody's, S&P and Fitch. If any such organization or its successor is no longer in existence, "Rating Agency" shall be a nationally recognized statistical rating organization, or other comparable Person, designated by the Depositor, notice of which designation shall be given to the Trustee. References herein to a given rating category of a Rating Agency shall mean such rating category without giving effect to any modifiers.

Realized Loss: With respect to each Mortgage Loan as to which a Final Recovery Determination has been made, an amount (not less than zero) equal to (i) the unpaid principal balance of such Mortgage Loan as of the commencement of the calendar month in which the Final Recovery Determination was made, plus (ii) accrued interest from the Due Date as to which interest was last paid by the Mortgagor through the end of the calendar month in which such Final Recovery Determination was made, calculated in the case of each calendar month during such period (A) at an annual rate equal to the annual rate at which interest was then accruing on such Mortgage Loan and (B) on a principal amount equal to the Stated Principal Balance of such Mortgage Loan as of the close of business on the Distribution Date during such calendar month, minus (v) the proceeds, if any, received in respect of such Mortgage Loan during the calendar month in which such Final Recovery Determination was made, net of amounts that are payable therefrom to the applicable Servicer pursuant to the related Servicing Agreement. In addition, to the extent the Master Servicer receives Subsequent Recoveries with respect to any Mortgage Loan, the amount of the Realized Loss with respect to that Mortgage Loan will be reduced to the extent such recoveries are distributed to any Class of related Subordinate Certificates or, in the case of Group I Certificates, applied to increase Excess Spread on the related Loan Group on any Distribution Date.

With respect to any REO Property as to which a Final Recovery Determination has been made, an amount (not less than zero) equal to (i) the unpaid principal balance of the related Mortgage Loan as of the date of acquisition of such REO Property on behalf of REMIC I or REMIC IV, as applicable, plus (ii) accrued interest from the Due Date as to which interest was last paid by the Mortgagor in respect of the related Mortgage Loan through the end of the calendar month immediately preceding the calendar month in which such REO Property was acquired, calculated in the case of each calendar month during such period (A) at an annual rate equal to the annual rate at which interest was then accruing on the related Mortgage Loan and (B) on a principal amount equal to the Stated Principal Balance of the related Mortgage Loan as of the close of business on the Distribution Date during such calendar month, plus (iii) REO Imputed Interest for such REO Property for each calendar month commencing with the calendar month in which such REO Property was acquired and ending with the calendar month in which such Final Recovery Determination was made, minus (iv) the aggregate of all unreimbursed Advances and Servicing Advances.

With respect to each Mortgage Loan which has become the subject of a Deficient Valuation, the difference between the principal balance of the Mortgage Loan outstanding immediately prior to such Deficient Valuation and the principal balance of the Mortgage Loan as reduced by the Deficient Valuation.

With respect to each Mortgage Loan which has become the subject of a Debt Service Reduction, the portion, if any, of the reduction in each affected Monthly Payment attributable to a reduction in the Mortgage Rate imposed by a court of competent jurisdiction. Each such Realized Loss shall be deemed to have been incurred on the Due Date for each affected Monthly Payment.

Record Date: For each Class of Group I Offered Certificates (other than the Class I-2X Certificates) and each Distribution Date, the Business Day preceding the applicable Distribution Date so long as related Certificates remain in book-entry form; and otherwise, the record date shall be the last Business Day of the month preceding the month in which such Distribution Date occurs. For each Class of Group II Offered Certificates and Class I-2X Certificates and each Distribution Date, the close of business on the last business day of the month preceding the month in which such Distribution Date occurs.

Reference Banks: Shall mean leading banks selected by the Securities Administrator and engaged in transactions in Eurodollar deposits in the international Eurocurrency market (i) with an established place of business in London, (ii) which have been designated as such by the Securities Administrator and (iii) which are not controlling, controlled by, or under common control with, the Depositor, the Sponsor or the Master Servicer.

Reference Bank Rate: With respect to any Interest Accrual Period shall mean the arithmetic mean, rounded upwards, if necessary, to the nearest whole multiple of 0.03125%, of the offered rates for United States dollar deposits for one month that are quoted by the Reference Banks as of 11:00 a.m., New York City time, on the related Interest Determination Date to prime banks in the London interbank market for a period of one month in an amount approximately equal to the aggregate Certificate Principal Balance of the LIBOR Certificates for such Interest Accrual Period, provided that at least two such Reference Banks provide such rate. If fewer than two offered rates appear, the Reference Bank Rate will be the arithmetic mean, rounded upwards, if necessary, to the nearest whole multiple of 0.03125%, of the rates quoted by one or more major banks in New York City, selected by the Securities Administrator, as of 11:00 a.m., New York City time, on such date for loans in United States dollars to leading European banks for a period of one month in amounts approximately equal to the aggregate Certificate Principal Balance of the LIBOR Certificates for such Interest Accrual Period.

Regular Certificate: Any Certificate other than a Residual Certificate.

Regular Interest: A "regular interest" in a REMIC within the meaning of Section 860G(a)(1) of the Code.

Regulation AB: Subpart 229.1100 - Asset-Backed Securities (Regulation AB), 17 C.F.R. §§229.1100-229.1123, as such may be amended from time to time, and subject to such clarification and interpretation as have been provided by the Commission in the adopting release (Asset-Backed Securities, Securities Act Release No. 33-8518, 70 Fed. Reg. 1,506, 1,531 (Jan. 7, 2005)) or by the staff of the Commission, or as may be provided by the Commission or its staff from time to time.

Relief Act: The Servicemembers Civil Relief Act, as amended, or any similar state or local law.

Remaining Excess Spread: With respect to any Distribution Date, the Excess Spread remaining after the distribution of any Extra Principal Distribution Amount for such Distribution Date.

REMIC: A "real estate mortgage investment conduit" within the meaning of section 860D of the Code.

REMIC I: The segregated pool of assets described in Section 6.07(a).

REMIC I Interests: The REMIC I Regular Interests and the Class R-1 Interest.

REMIC I Regular Interest: Any of the separate non-certificated beneficial ownership interests in REMIC I issued hereunder and designated as a Regular Interest in REMIC I. Each REMIC I Regular Interest shall accrue interest at the related Uncertificated REMIC I Pass-Through Rate in effect from time to time, and shall be entitled to distributions of principal, subject to the terms and conditions hereof, in an aggregate amount equal to its initial Uncertificated Principal Balance as set forth in the Preliminary Statement hereto. The designations for the respective REMIC I Regular Interests are set forth in the Preliminary Statement hereto.

REMIC II: The segregated pool of assets described in Section 6.07(a).

REMIC II Interest Loss Allocation Amount: With respect to any Distribution Date, an amount (subject to adjustment based on the actual number of days elapsed in the respective Accrual Period) equal to (a) the product of (i) 50% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I and the related REO Properties then outstanding and (ii) the Uncertificated REMIC II Pass-Through Rate for REMIC II Regular Interest AA minus the Marker Rate, divided by (b) 12.

REMIC II Interests: The REMIC II Regular Interests and the Class R-2 Interest.

REMIC II Marker Allocation Percentage: 50% of any amount payable or loss allocable from the Mortgage Loans in Loan Group I, which shall be allocated to REMIC II Regular Interest AA, REMIC II Regular Interest ZZ and each REMIC II Regular Interest for which a REMIC III Regular Interest is a Corresponding Interest.

REMIC II Overcollateralization Amount: With respect to any date of determination, (i) 0.50% of the aggregate Uncertificated Principal Balance of the REMIC II Regular Interests (other than REMIC II Regular Interest P) minus (ii) the aggregate Uncertificated Principal Balance of each REMIC II Regular Interest for which a REMIC III Regular Interest is a Corresponding Interest, in each case, as of such date of determination.

REMIC II Overcollateralization Target Amount: 0.50% of the Overcollateralization Target Amount.

REMIC II Principal Loss Allocation Amount: With respect to any Distribution Date, an amount equal to the product of (i) 50% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I and the related REO Properties then outstanding and (ii) 1 minus a fraction, the numerator of which is two (2) times the aggregate Uncertificated Principal Balance of each REMIC II Regular Interest for which a REMIC III Regular Interest is a Corresponding Interest, and the denominator of which is the aggregate Uncertificated Principal Balance of each REMIC II Regular Interest for which a REMIC III Regular Interest is a Corresponding Interest and REMIC III Interest ZZ.

REMIC II Regular Interest: Any of the separate non-certificated beneficial ownership interests in REMIC II issued hereunder and designated as a Regular Interest in REMIC II. Each REMIC II Regular Interest shall accrue interest at the related Uncertificated REMIC II Pass-Through Rate in effect from time to time, and, (other than REMIC II Regular Interest IO) shall be entitled to distributions of principal, subject to the terms and conditions hereof, in an aggregate amount equal to its initial Uncertificated Principal Balance as set forth in the Preliminary Statement hereto. The designations for the respective REMIC II Regular Interests are set forth in the Preliminary Statement hereto.

REMIC II Sub WAC Allocation Percentage: 50% of any amount payable or loss allocable from the Mortgage Loans in Loan Group I, which shall be allocated to REMIC II Regular Interest 1-Sub, REMIC II Regular Interest 1-Grp, REMIC II Regular Interest 2-Sub, REMIC II Regular Interest 2-Grp and REMIC II Regular Interest XX.

REMIC II Subordinated Balance Ratio: The ratio among the Uncertificated Principal Balances of each REMIC II Regular Interest ending with the designation "Sub", equal to the ratio among, with respect to each such REMIC II Regular Interest, the excess of (x) the aggregate Stated Principal Balance of the Mortgage Loans in Subgroup I-1 or the Mortgage Loans in Subgroup I-2, as applicable, over (y) the aggregate Certificate Principal Balance of the related Class I-A Certificates.

REMIC III: The segregated pool of assets described in Section 6.07(a).

REMIC III Interests: The REMIC III Regular Interests and the Class R-3 Interest.

REMIC III Regular Interest: Any of the separate non-certificated beneficial ownership interests in REMIC III issued hereunder and designated as a Regular Interest in REMIC III. Each REMIC III Regular Interest shall accrue interest at the related Uncertificated REMIC III Pass-Through Rate in effect from time to time, and (other than REMIC III Regular Interest IO) shall be entitled to distributions of principal, subject to the terms and conditions hereof, in an aggregate amount equal to its initial Uncertificated Principal Balance as set forth in the Preliminary Statement hereto. The designations for the respective REMIC III Regular Interests are set forth in the Preliminary Statement hereto.

REMIC III Regular Interest I-B-IO Distribution Amount: With respect to any Distribution Date, the sum of (i) the Uncertificated Accrued Interest for REMIC III Regular Interest I-B-IO for such Distribution Date, (ii) any Overcollateralization Release Amount for such Distribution Date and (iii) without duplication, any Subsequent Recoveries not distributed to the Group I Offered Certificates on such Distribution Date; provided, however, that on and after the Distribution Date on which the Certificate Principal Balances of the Group I Offered Certificates have been reduced to zero, the REMIC III Regular Interest I-B-IO Distribution Amount shall include the Overcollateralization Amount.

REMIC IV: The segregated pool of assets described in Section 6.07(a).

REMIC IV Interests: The REMIC IV Regular Interests and the Class R-4 Interest.

REMIC IV Regular Interest: Any of the separate non-certificated beneficial ownership interests in REMIC IV issued hereunder and designated as a Regular Interest in REMIC IV. Each REMIC IV Regular Interest shall accrue interest at the related Uncertificated REMIC IV Pass-Through Rate in effect from time to time, and shall be entitled to distributions of principal, subject to the terms and conditions hereof, in an aggregate amount equal to its initial Uncertificated Principal Balance as set forth in the Preliminary Statement hereto. The designations for the respective REMIC IV Regular Interests are set forth in the Preliminary Statement hereto.

REMIC IV Subordinated Balance Ratio: The ratio among the Uncertificated Principal Balances of each REMIC IV Regular Interest ending with the designation "Sub", equal to the ratio among, with respect to each such REMIC IV Regular Interest, the excess of (x) the aggregate Stated Principal Balance of the Mortgage Loans in Subgroup II-1 or the Mortgage Loans in Subgroup II-2 or the Mortgage Loans in Subgroup II-3, as applicable, over (y) the aggregate Certificate Principal Balance of the related Class I-A Certificates.

REMIC V: The segregated pool of assets described in Section 6.07(a).

REMIC V Interests: The REMIC V Regular Interests and the Class R-5 Interest.

REMIC V Regular Interest: Any of the separate non-certificated beneficial ownership interests in REMIC V issued hereunder and designated as a Regular Interest in REMIC V. Each REMIC V Regular Interest shall accrue interest at the related Uncertificated REMIC V Pass-Through Rate in effect from time to time, and shall be entitled to distributions of principal, subject to the terms and conditions hereof, in an aggregate amount equal to its initial Uncertificated Principal Balance as set forth in the Preliminary Statement hereto. The designations for the respective REMIC V Regular Interests are set forth in the Preliminary Statement hereto.

REMIC VI: The segregated pool of assets described in Section 6.07(a).

REMIC VI Regular Interest: The Final Maturity IO Interest or any Regular Interest in REMIC VI the ownership of which is represented by any of the Regular Certificates.

REMIC Opinion: Shall mean an Opinion of Counsel to the effect that the proposed action will not have an adverse affect on any REMIC created hereunder.

REMIC Provisions: Provisions of the federal income tax law relating to real estate mortgage investment conduits, which appear at Sections 860A through 860G of the Code, and related provisions, and proposed, temporary and final regulations and published rulings, notices and announcements promulgated thereunder, as the foregoing may be in effect from time to time, as well as provisions of applicable state laws.

REMIC Regular Interest: A REMIC I Regular Interest, REMIC II Regular Interest, REMIC III Regular Interest, REMIC IV Regular Interest or REMIC V Regular Interest.

Remittance Date: Shall mean with respect to the related Servicer, the date specified in the related Servicing Agreement.

Remittance Report: As defined in Section 6.04(g).

REO Imputed Interest: As to any REO Property, for any calendar month during which such REO Property was at any time part of REMIC I or REMIC II, one month's interest at the applicable Net Rate on the Stated Principal Balance of such REO Property (or, in the case of the first such calendar month, of the related Mortgage Loan, if appropriate) as of the close of business on the Distribution Date in such calendar month.

REO Property: A Mortgaged Property acquired by the related Servicer through foreclosure or deed-in-lieu of foreclosure in connection with a defaulted Mortgage Loan.

Replacement Mortgage Loan: A Mortgage Loan or Mortgage Loans in the aggregate substituted by the Sponsor for a Deleted Mortgage Loan, which must, on the date of such substitution, as confirmed in a Request for Release, (i) have a Stated Principal Balance, after deduction of the principal portion of the Scheduled Monthly Payment due in the month of substitution, not in excess of, and not less than 90% of, the Stated Principal Balance of the Deleted Mortgage Loan; (ii) have a fixed Mortgage Rate not less than or more than 1% per annum higher than the Mortgage Rate of the Deleted Mortgage Loan; (iii) have the same or higher credit quality characteristics than that of the Deleted Mortgage Loan; (iv) have a Loan-to-Value Ratio no higher than that of the Deleted

Unassociated Document

Page 29 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 30 of 279

Mortgage Loan; (v) have a remaining term to maturity no greater than (and not more than one year less than) that of the Deleted Mortgage Loan; (vi) not permit conversion of the Mortgage Rate from a fixed rate to a variable rate; (vii) have the same lien priority as the Deleted Mortgage Loan; (viii) constitute the same occupancy type as the Deleted Mortgage Loan or be owner occupied; and (ix) comply with each representation and warranty set forth in Section 2.03 hereof.

Reportable Event: As defined in Section 3.18.

Repurchase Price: With respect to any Mortgage Loan required to be repurchased is an amount equal to the sum of (1) 100% of the Outstanding Principal Balance of such Mortgage Loan plus accrued but unpaid interest on the Outstanding Principal Balance at the related mortgage rate through and including the last day of the month of repurchase, (2) any unreimbursed Advances and servicing advances payable to the related Servicer of the Mortgage Loan and (3) any costs and damages incurred by the trust in connection with any violation of such Mortgage Loan of any anti-predatory lending laws.

Request for Release: The Request for Release to be submitted by the Sponsor, the related Servicer or the Master Servicer to the Custodian substantially in the form of Exhibit G. Each Request for Release furnished to the Custodian by the Sponsor, the related Servicer or the Master Servicer shall be in duplicate and shall be executed by an officer of such Person or a Servicing Officer (or, if furnished electronically to the Custodian, shall be deemed to have been sent and executed by an officer of such Person or a Servicing Officer) of the related Servicer, as applicable.

Required Insurance Policy: With respect to any Mortgage Loan, any insurance policy that is required to be maintained from time to time under this Agreement or the related Servicing Agreement.

Residual Certificates: The Class R Certificates.

Residual Interest: The sole class of "residual interests" in a REMIC within the meaning of Section 860G(a)(2) of the Code.

Responsible Officer: With respect to the Trustee, any officer in the corporate trust department or similar group of the Trustee with direct responsibility for the administration of this Agreement and also, with respect to a particular corporate trust matter, any other officer to whom such matter is referred because of his or her knowledge of and familiarity with the particular subject.

RFC: Residential Funding Corporation.

RFC Assignment Agreement: The Assignment, Assumption and Recognition Agreement, dated as of April 28, 2006, among the Sponsor, the Trustee and RFC, attached hereto as Exhibit R-4.

RFC Loans: Those Mortgage Loans subject to this Agreement which were purchased by the Sponsor from RFC pursuant to the RFC Servicing Agreement.

RFC Servicing Agreement: Standard Terms and Provisions of Sale and Servicing Agreement, dated as of March 30, 2006 (the "Sale and Servicing Agreement"), among the Assignor, Luminent, Mercury and RFC, together with that certain Reference Agreement, dated as of March 30, 2006, as amended.

S&P: Standard & Poor's, a division of The McGraw-Hill Companies, Inc.

Sarbanes-Oxley Act: The Sarbanes-Oxley Act of 2002 and the rules and regulations of the Commission promulgated thereunder (including any interpretations thereof by the Commission's staff).

Sarbanes-Oxley Certification: A written certification signed by an officer of the Master Servicer that complies with (i) the Sarbanes-Oxley Act of 2002, as amended from time to time, and (ii) Exchange Act Rules 13a-14(d) and 15d-14(d), as in effect from time to time; provided that if, after the Closing Date (a) the Sarbanes-Oxley Act of 2002 is amended, (b) the Rules referred to in clause (ii) are modified or superceded by any subsequent statement, rule or regulation of the Commission or any statement of a division thereof, or (c) any future releases, rules and regulations are published by the Commission from time to time pursuant to the Sarbanes-Oxley Act of 2002, which in any such case affects the form or substance of the required certification and results in the required certification being, in the reasonable judgment of the Master Servicer, materially more onerous than that form of the required certification as of the Closing Date, the Sarbanes-Oxley Certification shall be as agreed to by the Master Servicer, the Depositor and the Seller following a negotiation in good faith to determine how to comply with any such new requirements.

Scheduled Monthly Payment: For any mortgage loan and each Due Period, the minimum payment of principal and interest due during such Due Period on such mortgage loan which either is payable by a mortgagor in such Due Period under the related mortgage note or in the case of any mortgaged property acquired through foreclosure or deed in lieu of foreclosure, would otherwise have been payable under the related mortgage note.

Securities Act: The Securities Act of 1933, as amended and the rules and regulations thereunder.

Securities Administrator: Wells Fargo Bank, National Association, in its capacity as securities administrator, transfer agent and paying agent hereunder, and its successors and assigns.

Securities Administrator Information: As defined in Section 3.18(c).

Seller: Maia Mortgage Finance Statutory Trust.

Senior Certificates: Any of the Group I Senior Certificates and Group II Senior Certificates.

Senior Optimal Principal Amount: With respect to each Subgroup included in Loan Group II and each Distribution Date will be an amount equal to the sum of the following (but in no event greater than the aggregate Certificate Principal Balance of the related Subgroup immediately prior to such Distribution Date):

(1) the applicable Senior Percentage of the principal portion of all Monthly Payments due on the Mortgage Loans in the related Subgroup on the related Due Date, as specified in the amortization schedule at the time applicable thereto (after adjustment for previous principal prepayments but before any adjustment to such amortization schedule by reason of any bankruptcy or similar proceeding or any moratorium or similar waiver or grace period if the Distribution Date occurs prior to a Cross-Over Date);

(2) the applicable Senior Prepayment Percentage of the Stated Principal Balance of each Mortgage Loan in the related Subgroup which was the subject of a prepayment in full received by the Master Servicer during the applicable Prepayment Period;

(3) the applicable Senior Prepayment Percentage of the amount of all partial prepayments allocated to principal received during the applicable Prepayment Period in respect of Mortgage Loans in the related Subgroup;

(4) the lesser of (a) the applicable Senior Prepayment Percentage of the sum of (i) all Net Liquidation Proceeds allocable to principal received in respect of each Mortgage Loan in the related Subgroup that became a Liquidated Mortgage Loan during the related Prepayment Period (other than Mortgage Loans described in the immediately following clause (ii)) and all Subsequent Recoveries received in respect of each Liquidated Mortgage Loan in the related Subgroup during the related Prepayment Period and (ii) the Stated Principal Balance of each such Mortgage Loan in the related Subgroup purchased by an insurer from the Trustee during the related Prepayment Period pursuant to the related Primary Mortgage Insurance Policy, if any, or otherwise; and (b) the applicable Senior Percentage of the sum of (i) the Stated Principal Balance of each Mortgage Loan in the related Subgroup which became a Liquidated Mortgage Loan during the related Prepayment Period (other than the Mortgage Loans described in the immediately following clause (ii)) and all Subsequent Recoveries received in respect of each Liquidated Mortgage Loan in the related Subgroup during the related Due Period and (ii) the Stated Principal Balance of each such Mortgage Loan in the related Subgroup that was purchased by an insurer from the Trustee during the related Prepayment Period pursuant

to the related Primary Mortgage Insurance Policy, if any or otherwise;

(5) any amount allocated to the Available Funds of the related Subgroup in accordance with Section 5.04(b)(E) hereof; and

(6) the applicable Senior Prepayment Percentage of the sum of (a) the Stated Principal Balance of each Mortgage Loan in the related Subgroup which was repurchased by the seller or Underlying Seller, as applicable, in connection with such Distribution Date and (b) the excess, if any, of the Stated Principal Balance of a Mortgage Loan in the related Subgroup that has been replaced by the seller or Underlying Seller, as applicable, with a substitute mortgage loan pursuant to the Mortgage Loan Purchase Agreement in connection with such Distribution Date over the Stated Principal Balance of such substitute mortgage loan.

Senior Percentage: With respect to each Subgroup related to a Subgroup in Loan Group II and any Distribution Date, the lesser of (a) 100% and (b) the percentage obtained by dividing the Certificate Principal Balance of the Senior Certificates (other than the Interest Only Certificates) in the related Subgroup by the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup as of the beginning of the related Due Period. The initial Senior Percentage for each Subgroup in Loan Group II will be equal to approximately 92.65%.

Senior Prepayment Percentage: The Senior Prepayment Percentage for the Senior Certificates of each Subgroup in Loan Group II, on any Distribution Date occurring during the periods set forth below will be as follows:

| Period (dates inclusive) | Senior Prepayment Percentage |
| --- | --- |
| May 2006 - April 2013 | 100% |
| May 2013 - April 2014 | Senior Percentage for the related Senior Certificates plus 70% of the Subordinate Percentage for the related Subgroup. |
| May 2014 - April 2015 | Senior Percentage for the related Senior Certificates plus 60% of the Subordinate Percentage for the related Subgroup. |
| May 2015 - April 2016 | Senior Percentage for the related Senior Certificates plus 40% of the Subordinate Percentage for the related Subgroup. |
| May 2016 - April 2017 | Senior Percentage for the related Senior Certificates plus 20% of the Subordinate Percentage for the related Subgroup. |
| May 2017 and thereafter | Senior Percentage for the related Senior Certificates. |

No scheduled reduction to the Senior Prepayment Percentage for the related Subgroup shall be made as of any Distribution Date unless, as of the last day of the month preceding such Distribution Date (1) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group II in all Subgroups delinquent 60 days or more (including for this purpose any such Mortgage Loans in foreclosure and such Mortgage Loans with respect to which the related Mortgaged Property has been acquired by the trust) averaged over the last six months, as a percentage of the aggregate Certificate Principal Balance of the Group II Subordinate Certificates does not exceed 50% and (2) cumulative Realized Losses on the Mortgage Loans in Loan Group II in all Subgroups do not exceed (a) 30% of the aggregate Certificate Principal Balance of the Original Group II Subordinate Principal Balance if such Distribution Date occurs between and including May 2013 and April 2014, (b) 35% of the Original Group II Subordinate Principal Balance if such Distribution Date occurs between and including May 2014 and April 2015, (c) 40% of the Original Group II Subordinate Principal Balance if such Distribution Date occurs between and including May 2015 and April 2016, (d) 45% of the Original Group II Subordinate Principal Balance if such Distribution Date occurs between and including May 2016 and April 2017, and (e) 50% of the Original Group II Subordinate Principal Balance if such Distribution Date occurs during or after May 2017.

In addition, if on any Distribution Date the weighted average of the Subordinate Percentages for such Distribution Date is equal to or greater than two times the weighted average of the initial Subordinate Percentages, and (a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group II in all Subgroups delinquent 60 days or more (including for this purpose any such Mortgage Loans in foreclosure and such Mortgage Loans with respect to which the related Mortgaged Property has been acquired by the trust), averaged over the last six months, as a percentage of the aggregate Certificate Principal Balance of the Group II Subordinate Certificates does not exceed 50% and (b)(i) on or prior to the Distribution Date occurring in April 2009, cumulative Realized Losses on the Mortgage Loans in Loan Group II in all Subgroups as of the end of the related Prepayment Period do not exceed 20% of the Original Group II Subordinate Principal Balance and (ii) after the Distribution Date occurring in April 2009, cumulative Realized Losses on the Mortgage Loans in Loan Group II in all Subgroups as of the end of the related Prepayment Period do not exceed 30% of the Original Group II Subordinate Principal Balance, then, in each case, the Senior Prepayment Percentage for the related Senior Certificates for such Distribution Date will equal the Senior Percentage for the related Subgroup; provided, however, if on such Distribution Date the Subordinate Percentage for the related Subgroup is equal to or greater than two times the initial Subordinate Percentage on or prior to the Distribution Date occurring in April 2009 and the above delinquency and loss tests are met, then the Senior Prepayment Percentage for the Senior Certificates in the related Subgroup for such Distribution Date, will equal the Senior Percentage for related certificates plus 50% of the related Subordinate Percentage on such Distribution Date.

Notwithstanding the foregoing, if on any Distribution Date, the percentage, the numerator of which is the aggregate Certificate Principal Balance of the Group II Senior Certificates immediately preceding such Distribution Date, and the denominator of which is the Stated Principal Balance of the Mortgage Loans in Loan Group II as of the beginning of the related Due Period, exceeds such percentage as of the Cut-off Date, then the Senior Prepayment Percentage with respect to all the Group II Senior Certificates for such Distribution Date will equal 100%.

Servicer: Any of EMC, IndyMac, Paul Financial, RFC or Wells Fargo.

Servicing Advances: All customary, reasonable and necessary "out of pocket" costs and expenses (including reasonable legal fees) incurred in the performance by the related Servicer of its servicing obligations hereunder or under the related Servicing Agreement, including, but not limited to, the cost of (i) the preservation, restoration and protection of a Mortgaged Property, (ii) any enforcement or judicial proceedings, including foreclosures, and including any expenses incurred in relation to any such proceedings that result from the Mortgage Loan being registered in the MERS® System, (iii) the management and liquidation of any REO Property (including, without limitation, realtor's commissions) and (iv) compliance with any obligations under Section 3.11 hereof to cause insurance to be maintained.

Servicing Agreement: Any of the EMC Servicing Agreement, the IndyMac Servicing Agreement, the Paul Financial Servicing Agreement, the RFC Servicing Agreement or the Wells Fargo Servicing Agreement.

Servicing Criteria: The "servicing criteria" set forth in Item 1122(d) of Regulation AB, as such may be amended from time to time, or those Servicing Criteria otherwise mutually agreed to by the Master Servicer and the applicable Servicer in response to evolving interpretations of Regulation AB and incorporated into a revised Exhibit N.

Servicing Fee: As to each Mortgage Loan and any Distribution Date, an amount equal to 1/12th of the Servicing Fee Rate multiplied by the Stated Principal Balance of such Mortgage Loan as of the last day of the related Due Period.

Servicing Fee Rate: With respect to each Mortgage Loan, the amount indicated on the Mortgage Loan Schedule.

Servicing Modification: With respect to any Mortgage Loan that is in default or, in the reasonable judgment of the related Servicer, as to which default is reasonably foreseeable, any modification which is effected by the related Servicer in accordance with the terms of this Agreement or the related Servicing Agreement which results in any change in the outstanding Stated Principal Balance, any change in the Mortgage Rate or any extension of the term of such Mortgage Loan.

Servicing Officer: Any officer of the related Servicer involved in, or responsible for, the administration and servicing of the Mortgage Loans in the case of the related Servicer, as to which evidence reasonably acceptable to the Trustee, as applicable, of due authorization, by such party has been furnished from time to time to the Trustee.

Significance Estimate: With respect to any Distribution Date, and in accordance with Item 1115 of Regulation AB, shall be an amount determined based on the reasonable good-faith estimate by the Sponsor or its affiliate of the aggregate maximum probable exposure of the outstanding Certificates to the Corridor Contracts.

<u>Significance Percentage</u>: With respect to any Distribution Date, and in accordance with Item 1115 of Regulation AB, shall be an percentage equal to the Significance Estimate divided by the aggregate outstanding Certificate Principal Balance of the Adjustable Rate Certificates, prior to the distribution of the Principal Distribution Amount on such Distribution Date.

<u>Sponsor</u>: Luminent Mortgage Capital, Inc., a Maryland corporation and real estate investment trust, and its successors and assigns.

<u>Sponsor Information</u>: As defined in Section 3.18(c).

<u>Startup Day</u>: The Startup Day for each REMIC formed hereunder shall be the Closing Date.

<u>Stated Principal Balance</u>: With respect to any Mortgage Loan or related REO Property and any Distribution Date, the Cut-off Date Principal Balance thereof minus the sum of (i) the principal portion of the Scheduled Monthly Payments due with respect to such Mortgage Loan during each Due Period ending prior to such Distribution Date (and irrespective of any delinquency in their payment), (ii) all Principal Prepayments with respect to such Mortgage Loan received prior to or during the related Prepayment Period, and all Liquidation Proceeds to the extent applied by the related Servicer as recoveries of principal in accordance with Section 3.13 or the related Servicing Agreement with respect to such Mortgage Loan, that were received by the related Servicer as of the close of business on the last day of the Prepayment Period related to such Distribution Date and (iii) any Realized Losses on such Mortgage Loan incurred during the related Prepayment Period. The Stated Principal Balance of a Liquidated Loan equals zero.

<u>Stepdown Date</u>: The earlier to occur of (i) the Distribution Date on which the aggregate Certificate Principal Balance of the Class I-1A Certificates and Class I-2A Certificates have been reduced to zero and (ii) the later to occur of (x) the Distribution Date occurring in May 2009 and (y) the first Distribution Date for which the aggregate Certificate Principal Balance of the Group I Subordinate Certificates plus the Overcollateralization Amount divided by the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I is greater than or equal to (i) prior to the Distribution Date in May 2012, 26.25% and (ii) on or after the Distribution Date in May 2012, 21.00%.

<u>Subgroup</u>: Any of Subgroup I-1, Subgroup I-2, Subgroup II-1, Subgroup II-2 or Subgroup II-3, as applicable.

<u>Subgroup I-1</u>: The pool of Mortgage Loans designated as Subgroup I-1. The Class I-1A Certificates correspond to Subgroup I-1.

<u>Subgroup I-1 Principal Distribution Amount</u>: The sum of (x) product of the Principal Distribution Amount and a fraction, the numerator of which is the Principal Funds for Subgroup I-1 for such Distribution Date and the denominator of which is the Principal Funds for both Subgroup I-1 and Subgroup I-2 for such Distribution Date and (y) the Class R Deposit, to the extent that the Certificate Principal Balance of the Class R Certificates remains unpaid.

<u>Subgroup I-2</u>: The pool of Mortgage Loans designated as Subgroup I-2. The Class I-2A Certificates and Class I-2X Certificates correspond to Subgroup I-2.

<u>Subgroup I-2 Principal Distribution Amount</u>: The product of the Principal Distribution Amount and a fraction, the numerator of which is the Principal Funds for Subgroup I-2 for such Distribution Date and the denominator of which is the Principal Funds for both Subgroup I-1 and Subgroup I-2 for such Distribution Date.

<u>Subgroup II-1</u>: The pool of Mortgage Loans designated as Subgroup II-1. The Class II-1A Certificates and the Class II-X-1 Certificates correspond to Subgroup II-1.

<u>Subgroup II-2</u>: The pool of Mortgage Loans designated as Subgroup II-2. The Class II-2A Certificates and Class II-2X-1 Certificates correspond to Subgroup II-2.

<u>Subgroup II-3</u>: The pool of Mortgage Loans designated as Subgroup II-3. The Class II-3A Certificates and Class II-3X-1 Certificates correspond to Subgroup II-3.

<u>Subordinate Certificates</u>: Any of the Group I Subordinate Certificates and Group II Subordinate Certificates.

<u>Subordinate Certificate Writedown Amount</u>: With respect to the Group II Subordinate Certificates, the amount by which (x) the sum of the Certificate Principal Balances of the Group II Certificates (after giving effect to the distribution of principal and the allocation of Realized Losses in reduction of the Certificate Principal Balances of the Group II Certificates on such Distribution Date) exceeds (y) the Stated Principal Balances of the Mortgage Loans in Loan Group II on the Due Date related to such Distribution Date.

<u>Subordinate Corridor Contracts</u>: The Class I-M-1 Corridor Contract, Class I-M-2 Corridor Contract, Class I-M-3 Corridor Contract, Class I-B-1 Corridor Contract, Class I-B-2 Corridor Contract, Class I-B-3 Corridor Contract and Class I-B-4 Corridor Contract.

<u>Subordinate Optimal Principal Amount</u>: With respect to any Subgroup included in Loan Group II and each Distribution Date will be an amount equal to the sum of the following (but in no event greater than the aggregate Certificate Principal Balance of the Group II Subordinate Certificates immediately prior to such Distribution Date):

(1) the related Subordinate Percentage of the principal portion of all Monthly Payments due on each Mortgage Loan in the related Subgroup on the related Due Date, as specified in the amortization schedule at the time applicable thereto (after adjustment for previous principal prepayments but before any adjustment to such amortization schedule by reason of any bankruptcy or similar proceeding or any moratorium or similar waiver or grace period);

(2) the related Subordinate Prepayment Percentage of the Stated Principal Balance of each Mortgage Loan in the related Subgroup which was the subject of a prepayment in full received by the Master Servicer during the applicable Prepayment Period;

(3) the related Subordinate Prepayment Percentage of the amount all partial prepayments of principal received in respect of Mortgage Loans in the related Subgroup during the applicable Prepayment Period;

(4) the excess, if any, of (a) the Net Liquidation Proceeds allocable to principal received in respect of each Mortgage Loan in the related Subgroup that became a Liquidated Mortgage Loan during the related Prepayment Period and all Subsequent Recoveries received in respect of each Liquidated Mortgage Loan during the related Due Period over (b) the sum of the amounts distributable to the holders of the Senior Certificates in the related Subgroup pursuant to clause (4) of the definition of "Senior Optimal Principal Amount" on such Distribution Date;

(5) the related Subordinate Prepayment Percentage of the sum of (a) the Stated Principal Balance of each Mortgage Loan in the related Subgroup which was repurchased by the Sponsor in connection with such Distribution Date and (b) the difference, if any, between the Stated Principal Balance of a Mortgage Loan in the related Subgroup that has been replaced by the Sponsor with a substitute mortgage loan pursuant to the Mortgage Loan Purchase Agreement in connection with such Distribution Date and the Stated Principal Balance of such substitute mortgage loan; and

(6) on the Distribution Date on which the aggregate Certificate Principal Balance of the Senior Certificates in the related Subgroup have all been reduced to zero, 100% of the Senior Optimal Principal Amount for such Senior Certificates.

<u>Subordinate Percentage</u>: As of any Distribution Date and with respect to any Subgroup included in Loan Group II, 100% minus the related Senior Percentage for the related Subgroup. The initial Subordinate Percentage for each Subgroup in Loan Group II will be approximately 7.35%.

<u>Subordinate Prepayment Percentage</u>: With respect to any Subgroup included in Loan Group II, and as of any Distribution Date, 100% minus the Senior Prepayment Percentage for the Senior Certificates in the related Subgroup.

<u>Subsequent Recoveries</u>: As of any Distribution Date, amounts received by any Servicer or the Master Servicer during the related Due Period or surplus amounts held by the Master Servicer

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 33 of 279

Page 32 of 835

to cover estimated expenses (including, but not limited to, recoveries in respect of the representations and warranties made by the Sponsor pursuant to the Mortgage Loan Purchase Agreement) specifically related to a Liquidated Mortgage Loan or disposition of an REO Property prior to the related Prepayment Period that resulted in a Realized Loss, after the liquidation or disposition of such Mortgage Loan.

Subservicing Agreement: Any agreement entered into between the related Servicer and a subservicer with respect to the subservicing of any Mortgage Loan hereunder by such subservicer.

Substitution Adjustment Amount: The meaning ascribed to such term pursuant to Section 2.03(d).

Successor Master Servicer: The meaning ascribed to such term pursuant to Section 8.01.

Tax Matters Person: The person designated as "tax matters person" in the manner provided under Treasury Regulation Sections 1.860F-4(d) and 301.6231(a)(7)-1T. The Holder of the greatest Percentage Interest in a Class of Residual Certificates shall be the Tax Matters Person for the related REMIC. The Securities Administrator or any successor thereto or assignee thereof shall serve as tax administrator hereunder and as agent for the related Tax Matters Person.

Transaction Documents: This Agreement, the Mortgage Loan Purchase Agreement, the Custodial Agreement, the Servicing Agreements and the Underwriting Agreement.

Transfer Affidavit: As defined in Section 6.02(c).

Transfer: Any direct or indirect transfer or sale of any Ownership Interest in a Certificate.

Trigger Event: The occurrence of either a Delinquency Test Violation or the Cumulative Loss Test Violation.

Trust or Trust Fund: The corpus of the trust created hereunder consisting of (i) the Mortgage Loans and all interest accruing and principal due with respect thereto after the Cut-off Date to the extent not applied in computing the Cut-off Date Principal Balance thereof, (ii) the Class P Certificate Account, the Basis Risk Shortfall Reserve Fund, the Distribution Account and the Final Maturity Reserve Account maintained by the Securities Administrator and the Protected Accounts maintained by the Servicers and all amounts deposited therein pursuant to the applicable provisions of this Agreement and the Servicing Agreements; (iii) property that secured a Mortgage Loan and has been acquired by foreclosure, deed in lieu of foreclosure or otherwise; (iv) the mortgagee's rights under the Insurance Policies with respect to the Mortgage Loans; (v) the Servicing Agreements and the Assignment Agreements; (vi) the rights under the Mortgage Loan Purchase Agreement; (vii) the rights under the Corridor Contracts; and (viii) all proceeds of the foregoing, including proceeds of conversion, voluntary or involuntary, of any of the foregoing into cash or other liquid property.

Trustee: HSBC Bank USA, National Association, a national banking association, solely in its capacity as trustee for the benefit of the Certificateholders under this Agreement, and any successor thereto, and any corporation or national banking association resulting from or surviving any consolidation or merger to which it or its successors may be a party and any successor trustee as may from time to time be serving as successor trustee hereunder.

Uncertificated Accrued Interest: With respect to each REMIC Regular Interest on each Distribution Date, an amount equal to one month's interest at the related Uncertificated REMIC I Pass-Through Rate, Uncertificated REMIC II Pass-Through Rate, Uncertificated REMIC III Pass-Through Rate, Uncertificated REMIC IV Pass-Through Rate or Uncertificated REMIC V Pass-Through Rate, as applicable, on the Uncertificated Principal Balance or Uncertificated Notional Amount of such REMIC Regular Interest. In each case, Uncertificated Accrued Interest will be reduced by any Net Interest Shortfalls and Net Deferred Interest in respect of Loan Group I or Loan Group II, as applicable (allocated to such REMIC Regular Interests as set forth in Section 1.02).

Uncertificated Notional Amount: With respect to REMIC II Regular Interest IO, an amount equal to the aggregate Uncertificated Principal Balance of REMIC I Regular Interests A-IO and B-IO. With respect to REMIC III Regular Interest IO, an amount equal to the Uncertificated Notional Amount for REMIC II Regular Interest IO. With respect to Final Maturity IO Interest, an amount equal to the Uncertificated Notional Amount for REMIC III Regular Interest IO.

Uncertificated Principal Balance: With respect to each REMIC Regular Interest, the principal amount of such REMIC Regular Interest outstanding as of any date of determination. As of the Closing Date, the Uncertificated Principal Balance of each REMIC Regular Interest shall equal the amount set forth in the Preliminary Statement hereto as its initial Uncertificated Principal Balance. On each Distribution Date, the Uncertificated Principal Balance of each REMIC Regular Interest (other than REMIC III Regular Interest I-B-IO) shall be reduced by all distributions of principal made on such REMIC Regular Interest on such Distribution Date pursuant to Section 6.07 and, if and to the extent necessary and appropriate, shall be further reduced on such Distribution Date by Realized Losses as provided in Section 6.05, and the Uncertificated Principal Balance of REMIC II Regular Interest ZZ shall be increased by interest deferrals as provided in Section 6.07. The Uncertificated Principal Balance of each REMIC Regular Interest shall never be less than zero. With respect to REMIC III Regular Interest I-B-IO as of any date of determination, an amount equal to the excess, if any, of (A) the then aggregate Uncertificated Principal Balance of the REMIC I Regular Interests over (B) the then aggregate Certificate Principal Balance of the Group I Offered Certificates and Class P Certificates then outstanding.

Uncertificated REMIC I Pass-Through Rate: With respect to REMIC I Regular Interests A-IO and A and any Distribution Date, a per annum rate equal to the weighted average of the Net Rates of all of the Mortgage Loans in Subgroup I-1 as of the first day of the related Due Period, weighted on the basis of the Stated Principal Balances of the Mortgage Loans in Subgroup I-1 as of the first day of the related Due Period. With respect to REMIC I Regular Interests B-IO and B and any Distribution Date, a per annum rate equal to the weighted average of the Net Rates of all of the Mortgage Loans in Subgroup I-2 as of the first day of the related Due Period, weighted on the basis of the Stated Principal Balances of the Mortgage Loans in Subgroup I-2 as of the first day of the related Due Period. With respect to REMIC I Regular Interest P and any Distribution Date, 0.00%.

Uncertificated REMIC II Pass-Through Rate: With respect to REMIC II Regular Interest AA, and REMIC II Regular Interest for which a REMIC III Regular Interest is a Corresponding Interest, REMIC II Regular Interest ZZ, REMIC II Regular Interest 1-Sub, REMIC II Regular Interest 2-Sub and REMIC II Regular Interest XX, and (i) any Distribution Date on or prior to the Distribution Date in April 2016, a per annum rate equal to the weighted average of the Uncertificated REMIC I Pass-Through Rates for the REMIC I Regular Interests (other than REMIC I Regular Interest P) for such Distribution Date, weighted on the basis of the Uncertificated Principal Balances of each such REMIC I Regular Interest for such Distribution Date, and (ii) any Distribution Date thereafter, a per annum rate equal to the weighted average of (x) the Uncertificated REMIC I Pass-Through Rates for REMIC I Regular Interests A and B for such Distribution Date, and (y) the excesses, if any, of (A) each of the Uncertificated REMIC I Pass-Through Rates for REMIC I Regular Interests A-IO and B-IO for such Distribution Date, as applicable, over (B) 1.00% per annum, in each case weighted on the basis of the Uncertificated Principal Balances of each such REMIC I Regular Interest for such Distribution Date.

With respect to REMIC II Regular Interest 1-Grp, and (i) any Distribution Date on or prior to the Distribution Date in April 2016, a per annum rate equal to the weighted average of the Uncertificated REMIC I Pass-Through Rates for REMIC I Regular Interests A-IO and A for such Distribution Date, weighted on the basis of the Uncertificated Principal Balances of each such REMIC I Regular Interest for such Distribution Date, and (ii) any Distribution Date thereafter, a per annum rate equal to the weighted average of (x) the Uncertificated REMIC I Pass-Through Rate for REMIC I Regular Interest A for such Distribution Date, and (y) the excess, if any, of (A) the Uncertificated REMIC I Pass-Through Rate for REMIC I Regular Interests A-IO for such Distribution Date, over (B) 1.00% per annum, in each case weighted on the basis of the Uncertificated Principal Balance of such REMIC I Regular Interest for such Distribution Date.

With respect to REMIC II Regular Interest 2-Grp, and (i) any Distribution Date on or prior to the Distribution Date in April 2016, a per annum rate equal to the weighted average of the Uncertificated REMIC I Pass-Through Rates for REMIC I Regular Interests B-IO and B for such Distribution Date, weighted on the basis of the Uncertificated Principal Balances of each such REMIC I Regular Interest for such Distribution Date, and (ii) any Distribution Date thereafter, a per annum rate equal to the weighted average of (x) Uncertificated REMIC I Pass-Through Rate for REMIC I Regular Interest B for such Distribution Date, and (y) the excess, if any, of (A) the Uncertificated REMIC I Pass-Through Rate for REMIC I Regular Interests B-IO for such Distribution Date, over (B) 1.00% per annum, in each case weighted on the basis of the Uncertificated Principal Balance of such REMIC I Regular Interest for such Distribution Date.

With respect to REMIC II Regular Interest IO, a per annum rate equal to the excess of (x) the weighted average of the Uncertificated REMIC I Pass-Through Rates for the REMIC I Regular Interests A-IO and B-IO, over (y) (i) for any Distribution Date on or prior to the Distribution Date in April 2016, the weighted average of the Uncertificated REMIC I Pass-Through Rates for REMIC I Regular Interests A-IO and B-IO, or (ii) for any Distribution Date thereafter, the excess, if any, of (1) the weighted average of the Uncertificated REMIC I Pass-Through Rates for REMIC I Regular Interests A-IO and B-IO, over (2) 1.00% per annum.

Uncertificated REMIC III Pass-Through Rate: With respect to the REMIC III Regular Interests, I-1A-1, I-1A-2 and I-1A-3, a rate per annum equal to the lesser of (i) the Pass-Through Rate

indicated for the Class of Corresponding Certificates as set forth in the Preliminary Statement determined without regard to the Net Rate Cap for such Certificates and (ii) a per annum rate equal to the weighted average of the Uncertificated REMIC II Pass-Through Rate for REMIC II Regular Interest 1-Grp for such Distribution Date, weighted on the basis of the Uncertificated Principal Balance of such REMIC II Regular Interest for such Distribution Date.

With respect to REMIC III Regular Interests I-2A-1, I-2A-2 and I-2A-3, a rate per annum equal to the lesser of (i) the Pass-Through Rate indicated for the Class of Corresponding Certificates as set forth in the Preliminary Statement determined without regard to the Net Rate Cap for such Certificates and (ii) a per annum rate equal to the weighted average of the Uncertificated REMIC II Pass-Through Rate for REMIC II Regular Interest 2-Grp for such Distribution Date, weighted on the basis of the Uncertificated Principal Balance of such REMIC II Regular Interest for such Distribution Date.

With respect to REMIC III Regular Interests I-M-1, I-M-2, I-M-3, I-B-1, I-B-2, I-B-3 and I-B-4, a rate per annum equal to the lesser of (i) the Pass-Through Rate indicated for the Class of Corresponding Certificates as set forth in the Preliminary Statement determined without regard to the Net Rate Cap for such Certificates and (ii) a per annum rate equal to the weighted average of the Uncertificated REMIC II Pass-Through Rates on (a) REMIC II Regular Interest 1-Sub, subject to a cap and a floor equal to the Uncertificated REMIC II Pass-Through Rate on REMIC II Regular Interest 1-Grp and (b) REMIC II Regular Interest 2-Sub, subject to a cap and a floor equal to the Uncertificated REMIC II Pass-Through Rate on REMIC II Regular Interest 2-Grp, weighted on the basis of the Uncertificated Principal Balances of each such REMIC II Regular Interest immediately prior to such Distribution Date.

With respect to REMIC III Regular Interest I-B-IO, a rate per annum equal to the percentage equivalent of a fraction, the numerator of which is the sum of the amount determined for each REMIC II Regular Interest (other than REMIC II Regular Interests 1-Sub, 1-Grp, 2-Sub, 2-Grp, XX, IO and P) equal to the product of (a) the excess, if any, of the Uncertificated REMIC II Pass-Through Rate for such REMIC II Regular Interest over the Marker Rate and (y) a notional amount equal to the Uncertificated Principal Balance of such REMIC II Regular Interest, and the denominator of which is the aggregate Uncertificated Principal Balance of such REMIC II Regular Interests.

With respect to REMIC III Regular Interest IO, REMIC III Regular Interest IO shall not have an Uncertificated Accrued Interest for such REMIC III Regular Interest and each Distribution Date shall be an amount equal to 100% of the amount distributable to REMIC II Regular Interest IO for such Distribution Date.

With respect to REMIC III Regular Interest P, 0.00%.

Uncertificated REMIC IV Pass-Through Rate: With respect to REMIC IV Regular Interest 1-Sub, REMIC IV Regular Interest 2-Sub, REMIC IV Regular Interest 3-Sub and REMIC IV Regular Interest XX, and any Distribution Date, a per annum rate equal to the weighted average of the Net Rates of all of the Mortgage Loans in Loan Group II as of the first day of the related Due Period, weighted on the basis of the Stated Principal Balances of such Mortgage Loans as of the first day of the related Due Period. With respect to REMIC IV Regular Interest 1-Grp and any Distribution Date, a per annum rate equal to the weighted average of the Net Rates of all of the Mortgage Loans in Subgroup II-1 as of the first day of the related Due Period, weighted on the basis of the Stated Principal Balances of the Mortgage Loans in Subgroup II-1 as of the first day of the related Due Period. With respect to REMIC IV Regular Interest 2-Grp and any Distribution Date, a per annum rate equal to the weighted average of the Net Rates of all of the Mortgage Loans in Subgroup II-2 as of the first day of the related Due Period, weighted on the basis of the Stated Principal Balances of the Mortgage Loans in Subgroup II-2 as of the first day of the related Due Period. With respect to REMIC IV Regular Interest 3-Grp and any Distribution Date, a per annum rate equal to the weighted average of the Net Rates of all of the Mortgage Loans in Subgroup II-3 as of the first day of the related Due Period, weighted on the basis of the Stated Principal Balances of the Mortgage Loans in Subgroup II-3 as of the first day of the related Due Period.

Uncertificated REMIC V Pass-Through Rate: With respect to REMIC V Regular Interests II-1A-1 and II-1A-2, a per annum rate equal to the weighted average of the Uncertificated REMIC IV Pass-Through Rate for REMIC IV Regular Interest 1-Grp for such Distribution Date, weighted on the basis of the Uncertificated Principal Balance of such REMIC IV Regular Interest for such Distribution Date. With respect to REMIC V Regular Interests II-2A-1 and II-2A-2, a per annum rate equal to the weighted average of the Uncertificated REMIC IV Pass-Through Rate for REMIC IV Regular Interest 2-Grp for such Distribution Date, weighted on the basis of the Uncertificated Principal Balance of such REMIC IV Regular Interest for such Distribution Date. With respect to REMIC V Regular Interests II-3A-1 and II-3A-2, a per annum rate equal to the weighted average of the Uncertificated REMIC IV Pass-Through Rate for REMIC IV Regular Interest 3-Grp for such Distribution Date, weighted on the basis of the Uncertificated Principal Balance of such REMIC IV Regular Interest for such Distribution Date. With respect to REMIC V Regular Interests II-B-1, II-B-2, II-B-3, II-B-4, II-B-5 and II-B-6, a per annum rate equal to the weighted average of the Uncertificated REMIC IV Pass-Through Rates on (a) REMIC IV Regular Interest 1-Sub, subject to a cap and a floor equal to the Uncertificated REMIC IV Pass-Through Rate on REMIC IV Regular Interest 1-Grp, (b) REMIC IV Regular Interest 2-Sub, subject to a cap and a floor equal to the Uncertificated REMIC IV Pass-Through Rate on REMIC IV Regular Interest 2-Grp and (c) REMIC IV Regular Interest 3-Sub, subject to a cap and a floor equal to the Uncertificated REMIC IV Pass-Through Rate on REMIC IV Regular Interest 3-Grp, weighted on the basis of the Uncertificated Principal Balances of each such REMIC IV Regular Interest immediately prior to such Distribution Date.

Underlying Sale Agreement: The Servicing Agreements (other than the Wells Fargo Servicing Agreement) and the AmNet Sale Agreement, as amended.

Underlying Seller: Any of AmNet, RFC, Paul Financial, IndyMac and EMC.

Unpaid Realized Loss Amount: With respect to any Class of Group I Offered Certificates and as to any Distribution Date, the excess of

    1. Applied Realized Loss Amounts with respect to such Class over

    2. the sum of all distributions in reduction of the Applied Realized Loss Amounts on all previous Distribution Dates.

Any amounts distributed to a Class of Group I Offered Certificates in respect of any Unpaid Realized Loss Amount will not be applied to reduce the Certificate Principal Balance of such Class.

Voting Rights: The portion of the voting rights of all the Group I Certificates that is allocated to any Group I Certificate for purposes of the voting provisions hereunder shall be allocated as follows: (i) to the Group I Certificates (other than the Class I-B-IO, Class I-2X and Class R Certificates), 96.50% with respect to matters relating to Loan Group I, and 48.25% with respect to matters relating to both Loan Groups, (ii) to each of the Class I-2X, Class P and Class I-B-IO Certificates, 1% with respect to matters relating to Loan Group I, and 0.50% with respect to matters relating to both Loan Groups, and (iii) to the Class R Certificates and Class II-1R-2 Certificates, 0.50% with respect to matters relating to Loan Group I, and 0.25% with respect to matters relating to both Loan Groups. The portion of the voting rights of all the Group II Certificates that is allocated to any Group II Certificate for purposes of the voting provisions hereunder shall be allocated as follows: (i) to the Group II Certificates (other than the Group II Interest Only Certificates), 97.00% with respect to matters relating to Loan Group II, and 48.50% with respect to matters relating to both Loan Groups and (ii) to each of the Group II Interest Only Certificates, 1% with respect to matters relating to Loan Group II, and 0.50% with respect to matters relating to both Loan Groups. The allocation among the Certificates, other than the Interest Only Certificates will be in proportion to the Certificate Principal Balance of each such Class relative to the Certificate Principal Balance of all other such Classes. Voting Rights will be allocated among the Certificates of each such Class in accordance with their respective Percentage Interests. Matters which solely affect the Group I Certificates or Group II Certificates will be voted on solely by the related Classes.

Wells Fargo: Wells Fargo Bank, N.A., and any successor thereto.

Wells Fargo Assignment Agreement: The Assignment, Assumption and Recognition Agreement, dated as of April 28, 2006, among the Sponsor, the Trustee and Wells Fargo, attached hereto as Exhibit R-4.

Wells Fargo Loans: Those Mortgage Loans subject to this Agreement which were purchased by the Sponsor from AmNet pursuant to the AmNet Sale Agreement.

Wells Fargo Servicing Agreement: The Servicing Agreement, dated as of April 25, 2006, among Maia Mortgage Finance Statutory Trust, Luminent Mortgage Capital, Inc, Mercury Mortgage Finance Statutory Trust and Wells Fargo, attached hereto as Exhibit Q-4, as modified by the Wells Fargo Assignment Agreement, as amended.

Unassociated Document                                                                              Page 34 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 35 of 279

Section 1.02 Allocation of Certain Interest Shortfalls. For purposes of calculating the amount of the Current Interest for the Adjustable Rate Certificates and Class I-B-IO Certificates for any Distribution Date, (1) the aggregate amount of any Net Interest Shortfalls in respect of Loan Group I for any Distribution Date shall be allocated first, in reduction of amounts otherwise distributable to the Class I-B-IO Certificates, and thereafter, among the Adjustable Rate Certificates in proportion to the amount of the Current Interest that would have been allocated to such Certificates in the absence of such Net Interest Shortfalls, (2) the aggregate amount of any Net Deferred Interest in respect of Loan Group I for any Distribution Date shall be allocated among the Adjustable Rate Certificates in accordance with the definition of "Net Deferred Interest" herein and (3) the interest portion of Realized Losses for Loan Group I will be allocated first, to the Class I-B-IO Certificates second to the Class I-B-4, Class I-B-3, Class I-B-2, Class I-B-1, Class I-M-3, Class I-M-2 and Class I-M-1 Certificates, in that order, and third, (I) the interest portion of a Realized Loss on a Subgroup I-1 Mortgage Loans will be allocated on any Distribution Date first to the Class I-1A-3 Certificates, then to the Class I-1A-2 Certificates and then to the Class I-1A-1 Certificates and (II) the interest portion of a Realized Loss on a Subgroup I-2 Mortgage Loans on any Distribution Date will be allocated first to the Class I-2A-3 Certificates, then to the Class I-2A-2 Certificates and then to the Class I-2A-1 Certificates, in each case, based on, and to the extent of, one month's interest at the then applicable respective Pass-Through Rates on the respective Certificate Principal Balance or Notional Amount of each such Certificate.

For purposes of calculating the amount of the Accrued Certificate Interest for the Group II Offered Certificates and the Class II-B-4, Class II-B-5 and Class II-B-6 Certificates for any Distribution Date, (1) the aggregate amount of any Net Interest Shortfalls in respect of Loan Group II for any Distribution Date shall be allocated first, among the Group II Offered Certificates and the Class II-B-4, Class II-B-5 and Class II-B-6 Certificates in proportion to the amount of the Accrued Certificate Interest that would have been allocated to such Certificates in the absence of such Net Interest Shortfalls, and (2) the interest portion of Realized Losses for Loan Group II shall be allocated first, to the Class II-B-6 Certificates, second to the Class II-B-5 Certificates, third to the Class II-B-4 Certificates, fourth to the Class II-B-3 Certificates, fifth to the Class II-B-2 Certificates and sixth to the Class II-B-1 Certificates, and following the Cross-Over Date, fourth, to the Group II Senior Certificates as follows: (I) the interest portion of a Realized Loss on a Subgroup II-1 Mortgage Loans will be allocated on any Distribution Date first to the Class II-1A-2 Certificates and then to the Class II-1A-1 Certificate, (II) the interest portion of a Realized Loss on a Subgroup II-2 Mortgage Loans on any Distribution Date first to the Class II-2A-2 Certificates and then to the Class II-2A-1 Certificates, and (III) the interest portion of a Realized Loss on a Subgroup II-3 Mortgage Loans on any Distribution Date first to the Class II-3A-2 Certificates and then to the Class II-3A-1 Certificates.

For purposes of calculating the amount of Uncertificated Accrued Interest for the REMIC I Regular Interests for any Distribution Date, (i) the aggregate amount of any Net Interest Shortfalls incurred in respect of Subgroup I-1 and Subgroup I-2 shall be allocated first, to REMIC I Regular Interest A and REMIC I Regular Interest B, respectively, and then, to REMIC I Regular Interest A-IO and REMIC I Regular Interest B-IO, respectively, in each case based on, and to the extent of, one month's interest at the then applicable respective Uncertificated REMIC I Pass-Through Rates on the Uncertificated Principal Balances of each such REMIC I Regular Interest, and (ii) the aggregate amount of any Net Deferred Interest incurred in respect of the Mortgage Loans in Subgroup I-1 with original terms to maturity in excess of 30 years and the Mortgage Loans in Subgroup I-2 with original terms to maturity in excess of 30 years shall be allocated to REMIC I Regular Interest A-IO and REMIC I Regular Interest B-IO, respectively, and the aggregate amount of any Net Deferred Interest incurred in respect of the other Mortgage Loans in Subgroup I-1 and the other Mortgage Loans in Subgroup I-2 shall be allocated to REMIC I Regular Interest A and REMIC I Regular Interest B, respectively, in each case, based on, and to the extent of, one month's interest at the then applicable respective Uncertificated REMIC I Pass-Through Rates on the Uncertificated Principal Balances of each such REMIC I Regular Interest.

For purposes of calculating the amount of Uncertificated Accrued Interest for the REMIC II Regular Interests for any Distribution Date, (i) (x) the REMIC II Marker Allocation Percentage of the aggregate amount of any Net Interest Shortfalls incurred in respect of the Mortgage Loans in Loan Group I for any Distribution Date shall be allocated first, to Uncertificated Accrued Interest payable to REMIC II Regular Interest AA and REMIC II Regular Interest ZZ up to an aggregate amount equal to the REMIC II Interest Loss Allocation Amount, 98% and 2%, respectively, and thereafter among REMIC II Regular Interest AA, each REMIC II Regular Interest for which a REMIC III Regular Interest is the Corresponding Interest and REMIC III Regular Interest ZZ, in proportion to the amount of the Uncertificated Accrued Interest that would have been allocated to such REMIC II Regular Interests in the absence of such Net Interest Shortfalls, and (y) the REMIC II Marker Allocation Percentage of the aggregate amount of any Net Deferred Interest incurred in respect of the Mortgage Loans in Loan Group I for any Distribution Date shall be allocated among REMIC II Regular Interest AA, each REMIC II Regular Interest for which a REMIC III Regular Interest is the Corresponding Interest and REMIC III Regular Interest ZZ, based on, and to the extent of, one month's interest at the then applicable respective Uncertificated REMIC II Pass-Through Rates on the Uncertificated Principal Balances of each such REMIC II Regular Interest, and (ii) (x) the REMIC II Sub WAC Allocation Percentage of the aggregate amount of any Net Interest Shortfalls incurred in respect of the Mortgage Loans in Loan Group I for any Distribution Date shall be allocated among REMIC II Regular Interest 1-Sub, REMIC II Regular Interest 1-Grp, REMIC II Regular Interest 2-Sub, REMIC II Regular Interest 2-Grp and REMIC II Regular Interest XX, in proportion to the amount of the Uncertificated Accrued Interest that would have been allocated to such REMIC II Regular Interests in the absence of such Net Interest Shortfalls, and (y) the REMIC II Sub WAC Allocation Percentage of the aggregate amount of any Net Deferred Interest incurred in respect of the Mortgage Loans in Loan Group I for any Distribution Date shall be allocated among REMIC II Regular Interest 1-Sub, REMIC II Regular Interest 1-Grp, REMIC II Regular Interest 2-Sub, REMIC II Regular Interest 2-Grp and REMIC II Regular Interest XX in the following manner: first, so as to keep the Uncertificated Principal Balance of each REMIC II Regular Interest ending with the designation "Grp" equal to 0.01% of the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup; second, to each REMIC II Regular Interest ending with the designation "Sub" so that the Uncertificated Principal Balance of each such REMIC II Regular Interest is equal to 0.01% of the excess of (1) the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup over (2) the current aggregate Certificate Principal Balance of the Class I-A Certificates related to such Subgroup (except that if any such excess is a larger number than in the preceding distribution period, the least amount of Net Deferred Interest shall be applied to such REMIC II Regular Interests such that the REMIC II Subordinated Balance Ratio is maintained); and third, any remaining Net Deferred Interest shall be allocated to REMIC II Regular Interest XX.

For purposes of calculating the amount of Uncertificated Accrued Interest for the REMIC III Regular Interests for any Distribution Date, the aggregate amount of any Net Interest Shortfalls and Net Deferred Interest incurred in respect of the Mortgage Loans in Loan Group I for any Distribution Date shall be allocated among the REMIC III Regular Interests in the same manner and priority as such amounts are allocable to the Corresponding Certificates; provided, however, that solely for purposes of the foregoing, any shortfalls allocable to the Class I-2X Certificates shall be deemed to be allocated to the Class I-2A-1, Class I-2A-2 and Class I-2A-3 Certificates on a pro rata basis.

For purposes of calculating the amount of Uncertificated Accrued Interest for the REMIC IV Regular Interests for any Distribution Date, the aggregate amount of any Net Interest Shortfalls incurred in respect of the Mortgage Loans in Loan Group II for any Distribution Date shall be allocated among REMIC IV Regular Interest 1-Sub, REMIC IV Regular Interest 1-Grp, REMIC IV Regular Interest 2-Sub, REMIC IV Regular Interest 2-Grp, REMIC IV Regular Interest 3-Sub, REMIC IV Regular Interest 3-Grp and REMIC IV Regular Interest XX, in proportion to the amount of the Uncertificated Accrued Interest that would have been allocated to such REMIC IV Regular Interests in the absence of such Net Interest Shortfalls.

For purposes of calculating the amount of Uncertificated Accrued Interest for the REMIC V Regular Interests for any Distribution Date, the aggregate amount of any Net Interest Shortfalls incurred in respect of the Mortgage Loans in Loan Group II for any Distribution Date shall be allocated among the REMIC V Regular Interests in the same manner and priority as such amounts are allocable to the Corresponding Certificates; provided, however, that solely for purposes of the foregoing, any shortfalls allocable to the Class II-1X-1 Certificates shall be deemed to be allocated to the Class II-1A-1 Certificates and Class II-1A-2 Certificates on a pro rata basis, any shortfalls allocable to the Class II-2X-1 Certificates shall be deemed to be allocated to the Class II-2A-1 Certificates and Class II-2A-2 Certificates on a pro rata basis, and any shortfalls allocable to the Class II-3X-1 Certificates shall be deemed to be allocated to the Class II-3A-1 Certificates and Class II-3A-2 Certificates on a pro rata basis.

### ARTICLE II

### CONVEYANCE OF TRUST FUND
### REPRESENTATIONS AND WARRANTIES

Section 2.01 Conveyance of Trust Fund. Pursuant to the Mortgage Loan Purchase Agreement, the Seller sold, transferred, assigned, set over and otherwise conveyed to the Depositor, without recourse, all the right, title and interest of the Seller in and to the assets in the Trust Fund.

The Sponsor has entered into this Agreement in consideration for the purchase of the Mortgage Loans by the Depositor pursuant to the Mortgage Loan Purchase Agreement and has agreed to take the actions specified herein.

The Depositor, concurrently with the execution and delivery hereof, hereby sells, transfers, assigns, sets over and otherwise conveys to the Trustee for the use and benefit of the Certificateholders without recourse, all the right, title and interest of the Depositor in and to the Trust Fund.

The Depositor hereby assigns the representations, warranties and remedies with respect to the AmNet Mortgage Loans, including the assignment of the representations, warranties and remedies set forth in Section 3.1, 3.2 and 3.3 of AmNet Sale Agreement, to the Trustee on behalf of the Certificateholders.

The Depositor, concurrently with the execution and delivery hereof, hereby sells, transfers, assigns, sets over and otherwise conveys to the Trustee for the use and benefit of the Certificateholders without recourse, the rights with respect to each of the Servicing Agreements as assigned to the Trustee by the related Assignment Agreement.

In connection with such sale, the Depositor has delivered to, and deposited with, the Trustee or the Custodian, as its agent, the following documents or instruments with respect to each Mortgage Loan so assigned: (i) the original Mortgage Note, including any riders thereto, endorsed without recourse (A) to the order of "HSBC Bank USA, National Association, as Trustee for certificateholders of Structured Asset Mortgage Investments II Inc., Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3," or in blank or (B) in the case of a loan registered on the MERS system, in blank, and in each case showing to the extent available to the Sponsor an unbroken chain of endorsements from the original payee thereof to the Person endorsing it to the Trustee, (ii) the original Mortgage and, if the related Mortgage Loan is a MOM Loan, noting the presence of the MIN and language indicating that such Mortgage Loan is a MOM Loan, which shall have been recorded (or if the original is not available, a copy), with evidence of such recording indicated thereon (or if clause (x) in the proviso below applies, shall be in recordable form), (iii) unless the Mortgage Loan is a MOM Loan, the assignment (either an original or a copy, which may be in the form of a blanket assignment if permitted in the jurisdiction in which the Mortgaged Property is located) to the Trustee of the Mortgage with respect to each Mortgage Loan in the name of "HSBC Bank USA, National Association, as Trustee for certificateholders of Structured Asset Mortgage Investments II Inc., Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3," which shall have been recorded (or if clause (x) in the proviso below applies, shall be in recordable form) (iv) an original or a copy of all intervening assignments of the Mortgage, if any, to the extent available to the Sponsor, with evidence of recording thereon, (v) the original policy of title insurance or mortgagee's certificate of title insurance or commitment or binder for title insurance, if available, or a copy thereof, or, in the event that such original title insurance policy is unavailable, a photocopy thereof, or in lieu thereof, a current lien search on the related Mortgaged Property and (vi) originals or copies of all available assumption, modification or substitution agreements, if any; provided, however, that in lieu of the foregoing, the Sponsor may deliver the following documents, under the circumstances set forth below: (x) if any Mortgage, assignment thereof to the Trustee or intervening assignments thereof have been delivered or are being delivered to recording offices for recording and have not been returned in time to permit their delivery as specified above, the Depositor may deliver a true copy thereof with a certification by the Sponsor or the title company issuing the commitment for title insurance, on the face of such copy, substantially as follows: "Certified to be a true and correct copy of the original, which has been transmitted for recording"; and (y) in lieu of the Mortgage Notes relating to the Mortgage Loans identified in the list set forth in Exhibit I, the Depositor may deliver a lost note affidavit and indemnity and a copy of the original note, if available; and provided, further, however, that in the case of Mortgage Loans which have been prepaid in full after the Cut-off Date and prior to the Closing Date, the Depositor, in lieu of delivering the above documents, may deliver to the Trustee and its Custodian a certification of a Servicing Officer to such effect and in such case shall deposit all amounts paid in respect of such Mortgage Loans, in the Distribution Account on the Closing Date. In the case of the documents referred to in clause (x) above, the Depositor shall deliver such documents to the Trustee or its Custodian promptly after they are received. The Seller shall cause, at its expense, the Mortgage and intervening assignments, if any, and to the extent required in accordance with the foregoing, the assignment of the Mortgage to the Trustee to be submitted for recording promptly after the Closing Date provided that the Seller need not cause to be recorded any assignment (a) in any jurisdiction under the laws of which, as evidenced by an Opinion of Counsel addressed to the Trustee delivered by the Seller to the Trustee and the Rating Agencies, the recordation of such assignment is not necessary to protect the Trustee's interest in the related Mortgage Loan or (b) if MERS is identified on the Mortgage or on a properly recorded assignment of the Mortgage as mortgagee of record solely as nominee for Seller and its successors and assigns. In the event that the Seller, the Depositor or the Master Servicer gives written notice to the Trustee that a court has recharacterized the sale of the Mortgage Loans as a financing, the Seller shall submit or cause to be submitted for recording as specified above or, should the Seller fail to perform such obligations, the Master Servicer shall cause each such previously unrecorded assignment to be submitted for recording as specified above at the expense of the Trust. In the event a Mortgage File is released to the related Servicer as a result of such Person having completed a Request for Release, the Custodian shall, if not so completed, complete the assignment of the related Mortgage in the manner specified in clause (iii) above.

In connection with the assignment of any Mortgage Loan registered on the MERS® System, the Seller further agrees that it will cause, at the Seller's own expense, within 30 days after the Closing Date, the MERS® System to indicate that such Mortgage Loans have been assigned by the Seller to the Depositor and by the Depositor to the Trustee in accordance with this Agreement for the benefit of the Certificateholders by including (or deleting, in the case of Mortgage Loans which are repurchased in accordance with this Agreement) in such computer files (a) the code in the field which identifies the specific Trustee and (b) the code in the field "Pool Field" which identifies the series of the Certificates issued in connection with such Mortgage Loans. The Seller further agrees that it will not, and will not permit any Servicer or the Master Servicer to, and the Master Servicer agrees that it will not, alter the codes referenced in this paragraph with respect to any Mortgage Loan during the term of this Agreement unless and until such Mortgage Loan is repurchased in accordance with the terms of this Agreement or the Mortgage Loan Purchase Agreement.

It is agreed and understood by the Depositor, the Sponsor, the Seller, the Master Servicer, the Securities Administrator and the Trustee that it is not intended that any Mortgage Loan be included in the Trust Fund that is a "High-Cost Home Loan" as defined in the New Jersey Home Ownership Act, effective as of November 27, 2003, or The Home Loan Protection Act of New Mexico, effective as January 1, 2004, or that is a "High Cost Home Mortgage Loan" as defined in the Massachusetts Predatory Home Loan Practices Act, effective as of November 7, 2004, or that is an "Indiana High Cost Home Mortgage Loan" as defined in the Indiana High Cost Home Loan Act, effective as of January 1, 2005.

Notwithstanding anything to the contrary contained herein, the parties hereto acknowledge that the functions of the Trustee with respect to the custody, acceptance, inspection and release of Mortgage Files, including but not limited to certain insurance policies and documents contemplated by Section 3.11 of this Agreement, and preparation and delivery of the certifications shall be performed by the Custodian(s) pursuant to the terms and conditions of the Custodial Agreement(s) for so long as such Custodial Agreements are in effect.

Section 2.02 Acceptance of the Mortgage Loans.

(a) Based on the Initial Certification received by it from the Custodian, the Trustee acknowledges receipt of, subject to the further review and exceptions reported by Custodian pursuant to the procedures described below, the documents (or certified copies thereof) delivered to the Trustee or the Custodian on its behalf pursuant to Section 2.01 and declares that it holds and will continue to hold directly or through a custodian those documents and any amendments, replacements or supplements thereto and all other assets of the Trust Fund delivered to it in trust for the use and benefit of all present and future Holders of the Certificates. On the Closing Date, the Trustee or the Custodian on its behalf will deliver to the Seller, the Servicers and the Trustee an Initial Certification confirming whether or not it has received the Mortgage File for each Mortgage Loan, but without review of the Trust Fund documents. Except to the extent necessary to confirm whether such Mortgage File contains the original Mortgage Note or a lost note affidavit and indemnity in lieu thereof. No later than 90 days after the Closing Date, the Trustee or the Custodian on its behalf shall, for the benefit of the Certificateholders, review each Mortgage File delivered to it and execute and deliver to Seller and the Servicers and, if reviewed by the Custodian, the Trustee, an Interim Certification. In conducting such review, the Trustee or the Custodian on its behalf will ascertain whether all required documents have been executed and received and whether those documents relate, determined on the basis of the Mortgagor name, original principal balance and loan number, to the Mortgage Loans identified in Exhibit B to this Agreement, as supplemented (provided, however, that with respect to those documents described in subclauses (iv) and (vi) of Section 2.01, such obligations shall extend only to documents actually delivered pursuant to such subclauses). In performing any such review, the Trustee and the Custodian may conclusively rely on the purported due execution and genuineness of any such document and on the purported genuineness of any signature thereon. If the Trustee or the Custodian on its behalf finds any document constituting part of the Mortgage File not to have been executed or received, or to be unrelated to the Mortgage Loans identified in Exhibit B or to appear to be defective on its face, the Trustee or the Custodian on its behalf shall include such information in the exception report. The Seller or related Underlying

Seller, as applicable, shall correct or cure any such defect or, if prior to the end of the second anniversary of the Closing Date, the Seller or related Underlying Seller, as applicable, may substitute for the related Mortgage Loan a Replacement Mortgage Loan, which substitution shall be accomplished in the manner and subject to the conditions set forth in Section 2.03 or shall deliver to the Trustee an Opinion of Counsel addressed to the Trustee to the effect that such defect does not materially or adversely affect the interests of the Certificateholders in such Mortgage Loan (within 60 days from the date of notice from the Trustee of the defect and if the Seller or related Underlying Seller, as applicable, fails to correct or cure the defect or deliver such opinion within such period, the Seller or related Underlying Seller, as applicable, will, subject to Section 2.03, within 90 days from the notification of the Trustee purchase such Mortgage Loan at the Purchase Price; provided, however, that if such defect relates solely to the inability of the Seller or related Underlying Seller, as applicable, to deliver the Mortgage, assignment thereof to the Trustee, or intervening assignments thereof with evidence of recording thereon because such documents have been submitted for recording and have not been returned by the applicable jurisdiction, the Seller or related Underlying Seller, as applicable, shall not be required to purchase such Mortgage Loan if the Seller or related Underlying Seller, as applicable, delivers such documents promptly upon receipt, but in no event later than 360 days after the Closing Date.

(b) No later than 180 days after the Closing Date, the Trustee or the Custodian on its behalf will review, for the benefit of the Certificateholders, the Mortgage Files and will execute and deliver or cause to be executed and delivered to the Seller and Servicers and, if reviewed by the Custodian, the Trustee, a Final Certification. In conducting such review, the Trustee or the Custodian on its behalf will ascertain whether each document required to be recorded has been returned from the recording office with evidence of recording thereon and the Trustee or the Custodian on its behalf has received either an original or a copy thereof, as required in Section 2.01 (provided, however, that with respect to those documents described in subclauses (iv) and (vi) of Section 2.01, such obligations shall extend only to documents actually delivered pursuant to such subclauses). If the Trustee or the Custodian on its behalf finds any document with respect to a Mortgage Loan has not been received, or to be unrelated, determined on the basis of the Mortgagor name, original principal balance and loan number, to the Mortgage Loans identified in Exhibit B or to appear defective on its face, the Trustee or the Custodian on its behalf shall note such defect in the exception report attached to the Final Certification and shall promptly notify the Seller or related Underlying Seller, as applicable. The Seller or related Underlying Seller, as applicable, shall correct or cure any such defect or, if prior to the end of the second anniversary of the Closing Date, the Seller or related Underlying Seller, as applicable, may substitute for the related Mortgage Loan a Replacement Mortgage Loan, which substitution shall be accomplished in the manner and subject to the conditions set forth in Section 2.03 or shall deliver to the Trustee an Opinion of Counsel addressed to the Trustee to the effect that such defect does not materially or adversely affect the interests of the Certificateholders in such Mortgage Loan within 60 days from the date of notice from the Trustee of the defect and if the Seller or related Underlying Seller, as applicable, is unable within such period to correct or cure such defect, or to substitute the related Mortgage Loan with a Replacement Mortgage Loan or to deliver such opinion, the Seller or related Underlying Seller, as applicable, shall, subject to Section 2.03, within 90 days from the notification of the Trustee, purchase such Mortgage Loan at the Purchase Price; provided, however, that if such defect relates solely to the inability of the Seller or related Underlying Seller, as applicable, to deliver the Mortgage, assignment thereof to the Trustee or intervening assignments thereof with evidence of recording thereon, because such documents have not been returned by the applicable jurisdiction, the Seller or related Underlying Seller, as applicable, shall not be required to purchase such Mortgage Loan, if the Seller or related Underlying Seller, as applicable, delivers such documents promptly upon receipt, but in no event later than 360 days after the Closing Date.

(c) In the event that a Mortgage Loan is purchased by the Seller or related Underlying Seller, as applicable, in accordance with subsections 2.02(a) or (b) above or Section 2.03 or the related Underlying Sale Agreement, the Seller or related Underlying Seller, as applicable, shall remit the applicable Purchase Price to the Master Servicer, who in turn will remit to the Securities Administrator, for deposit in the Distribution Account and shall provide written notice to the Trustee detailing the components of the Purchase Price, signed by a Servicing Officer. Upon receipt of written notice of the deposit of the Purchase Price in the Distribution Account and upon receipt of a Request for Release with respect to such Mortgage Loan, the Trustee or the Custodian will release to the Seller or related Underlying Seller, as applicable, the related Mortgage File and the Trustee shall execute and deliver all instruments of transfer or assignment, without recourse, representation or warranty furnished to it by the Sponsor, as are necessary to vest in the Seller or related Underlying Seller, as applicable, title to and rights under the Mortgage Loan. Such purchase shall be deemed to have occurred on the date on which the deposit into the Distribution Account was made. The Trustee shall promptly notify the Rating Agencies of such repurchase. The obligation of the Seller or related Underlying Seller, as applicable, to cure, repurchase or substitute for any Mortgage Loan as to which a defect in a constituent document exists shall be the sole remedies respecting such defect available to the Certificateholders or to the Trustee on their behalf.

(d) The Seller or related Underlying Seller, as applicable, shall deliver to the Trustee or the Custodian on its behalf, and Trustee agrees to accept the Mortgage Note and other documents constituting the Mortgage File with respect to any Replacement Mortgage Loan, which the Trustee or the Custodian will review as provided in subsections 2.02(a) and 2.02(b), provided, that the Closing Date referred to therein shall instead be the date of delivery of the Mortgage File with respect to each Replacement Mortgage Loan.

Section 2.03 Representations, Warranties and Covenants of the Master Servicer and the Sponsor.

(a) Wells Fargo Bank, National Association, in its capacity as Master Servicer and Securities Administrator hereby represents and warrants to the Sponsor, the Depositor and the Trustee as follows, as of the Closing Date:

(i) (i) It is a national banking association duly formed, validly existing and in good standing under the laws of the United States of America and is duly authorized and qualified to transact any and all business contemplated by this Agreement to be conducted by the Master Servicer and the Securities Administrator in any state in which a Mortgaged Property is located or is otherwise not required under applicable law to effect such qualification and, in any event, is in compliance with the doing business laws of any such state, to the extent necessary to ensure its ability to enforce each Mortgage Loan, to service the Mortgage Loans in accordance with the terms of this Agreement and any other Transaction Documents to which it is a party and to perform any of its other obligations under this Agreement in accordance with the terms hereof or thereof;

(ii) (ii) It has the full corporate power and authority to execute, deliver and perform, and to enter into and consummate the transactions contemplated by this Agreement and any other Transaction Documents to which it is a party and this Agreement and any other Transaction Documents to which it is a party, assuming the due authorization, execution and delivery hereof by the other parties hereto, constitutes its legal, valid and binding obligation, enforceable against it in accordance with its terms, except that (a) the enforceability hereof may be limited by bankruptcy, insolvency, moratorium, receivership and other similar laws relating to creditors' rights generally and (b) the remedy of specific performance and injunctive and other forms of equitable relief may be subject to equitable defenses and to the discretion of the court before which any proceeding therefore may be brought;

(iii) (iii) The execution and delivery of this Agreement and any other Transaction Documents to which it is a party by it, the consummation of any of the transactions contemplated by this Agreement, and any other Transaction Documents to which it is a party and the fulfillment of or compliance with the terms hereof are in its ordinary course of business and will not (A) result in a material breach of any term or provision of its charter or by-laws or (B) materially conflict with, result in a material breach, violation or acceleration of, or result in a material default under, the terms of any other material agreement or instrument to which it is a party or by which it may be bound, or (C) constitute a material violation of any statute, order or regulation applicable to it of any court, regulatory body, administrative agency or governmental body having jurisdiction over it; and it is not in breach or violation of any material indenture or other material agreement or instrument, or in violation of any statute, order or regulation of any court, regulatory body, administrative agency or governmental body having jurisdiction over it which breach or violation may materially impair its ability to perform or meet any of its obligations under this Agreement and any other Transaction Documents to which it is a party.

(iv) (iv) No litigation is pending or, to the best of its knowledge, threatened, against it that would materially and adversely affect the execution, delivery or enforceability of this Agreement and any other Transaction Documents to which it is a party or its ability to perform any of its other obligations under this Agreement and any other Transaction Documents to which it is a party in accordance with the terms hereof.

(v) (v) No consent, approval, authorization or order of any court or governmental agency or body is required for its execution, delivery and performance of, or compliance with, this Agreement and any other Transaction Documents to which it is a party or the consummation of the transactions contemplated hereby or thereby, or if any such consent, approval, authorization or order is required, it has obtained the same.

(b) The Sponsor hereby represents and warrants to the Depositor, the Securities Administrator, the Master Servicer and the Trustee as follows, as of the Closing Date:

(i) (i) The Sponsor is duly organized as a Maryland corporation and is validly existing and in good standing under the laws of the State of Maryland and is duly authorized and qualified to transact any and all business contemplated by this Agreement and any other Transaction Documents to which it is a party to be conducted by the Sponsor and to perform any of its other obligations under this Agreement and any other Transaction Documents to which it is a party in accordance with the terms hereof or thereof.

Unassociated Document                                                                    Page 38 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 39 of 279

(ii) (ii) The Sponsor has the full entity power and authority to execute, deliver and perform, and to enter into and consummate the transactions contemplated by this Agreement and any other Transaction Documents to which it is a party and has duly authorized by all necessary corporate action on the part of the Sponsor the execution, delivery and performance of this Agreement and any other Transaction Documents to which it is a party; and this Agreement and any other Transaction Documents to which it is a party, assuming the due authorization, execution and delivery hereof by the other parties hereto or thereto, as applicable, constitutes a legal, valid and binding obligation of the Sponsor, enforceable against the Sponsor in accordance with its terms, except that (a) the enforceability hereof may be limited by bankruptcy, insolvency, moratorium, receivership and other similar laws relating to creditors' rights generally and (b) the remedy of specific performance and injunctive and other forms of equitable relief may be subject to equitable defenses and to the discretion of the court before which any proceeding therefor may be brought.

(iii) (iii) The execution and delivery of this Agreement and any other Transaction Documents to which it is a party by the Sponsor, the consummation of any other of the transactions contemplated by this Agreement and any other Transaction Documents to which it is a party, and the fulfillment of or compliance with the terms hereof and thereof are in the ordinary course of business of the Sponsor and will not (A) result in a breach of any term or provision of the charter or by-laws of the Sponsor or (B) conflict with, result in a breach, violation or acceleration of, or result in a default under, the terms of any other material agreement or instrument to which the Sponsor is a party or by which it may be bound, or (C) constitute a violation of any statute, order or regulation applicable to the Sponsor of any court, regulatory body, administrative agency or governmental body having jurisdiction over the Sponsor; and the Sponsor is not in breach or violation of any material indenture or other material agreement or instrument, or in violation of any statute, order or regulation of any court, regulatory body, administrative agency or governmental body having jurisdiction over it which breach or violation may materially impair the Sponsor's ability to perform or meet any of its obligations under this Agreement and any other Transaction Documents to which it is a party.

(iv) (v) No litigation is pending or, to the best of the Sponsor's knowledge, threatened, against the Sponsor that would materially and adversely affect the execution, delivery or enforceability of this Agreement and any other Transaction Documents to which it is a party or the ability of the Sponsor to sell the Mortgage Loans or to perform any of its other obligations under this Agreement and any other Transaction Documents to which it is a party in accordance with the terms hereof or thereof.

(v) (vi) No consent, approval, authorization or order of any court or governmental agency or body is required for the execution, delivery and performance by the Sponsor of, or compliance by the Sponsor with, this Agreement and any other Transaction Documents to which it is a party or the consummation of the transactions contemplated hereby or thereby, or if any such consent, approval, authorization or order is required, the Sponsor has obtained the same.

(vi) (vii) As of the Closing Date, the representations and warranties concerning the Mortgage Loans set forth in Section 7 of the Mortgage Loan Purchase Agreement are true and correct in all material respects.

(c) Upon discovery by any of the parties hereto of a breach of a representation or warranty set forth in Section 7 of the Mortgage Loan Purchase Agreement or in any Underlying Sale Agreement that materially and adversely affects the interests of the Certificateholders in any Mortgage Loan, the party discovering such breach shall give prompt written notice thereof to the other parties. The Seller hereby covenants with respect to the representations and warranties set forth in Section 7 of the Mortgage Loan Purchase Agreement and each Underlying Seller hereby covenants with respect to the representations and warranties set forth in the related Underlying Sale Agreement, as modified by the related Assignment, Assumption and Recognition Agreement, that within 90 days of the discovery of a breach of any representation or warranty set forth therein that materially and adversely affects the interests of the Certificateholders in any Mortgage Loan, it shall cure such breach in all material respects and, if such breach is not so cured, (i) if such 90-day period expires prior to the second anniversary of the Closing Date, remove such Mortgage Loan (a "Deleted Mortgage Loan") from the Trust Fund and substitute in its place a Replacement Mortgage Loan, in the manner and subject to the conditions set forth in this Section; or (ii) repurchase the affected Mortgage Loan or Mortgage Loans from the Trustee at the Purchase Price in the manner set forth below; provided that, any such substitution pursuant to (i) above or repurchase pursuant to (ii) above shall not be effected prior to the delivery to the Trustee, the Securities Administrator of an Opinion of Counsel if required by Section 2.05 hereof and any such substitution pursuant to (i) above shall not be effected prior to the additional delivery to the Securities Administrator and the Trustee of a Request for Release. The Seller or Underlying Seller, as applicable, shall promptly reimburse the Master Servicer, the Securities Administrator and the Trustee for any expenses reasonably incurred by the Master Servicer, the Securities Administrator or the Trustee in respect of enforcing the remedies for such breach. To enable the Securities Administrator to amend the Mortgage Loan Schedule, the Seller or Underlying Seller, as applicable, shall, unless it cures such breach in a timely fashion pursuant to this Section 2.03, promptly notify the Securities Administrator whether it intends either to repurchase, or to substitute for, the Mortgage Loan affected by such breach. With respect to the representations and warranties in Section 7 of the Mortgage Loan Purchase Agreement or the representations and warranties contained in each Underlying Sale Agreement that are made to the best of the Seller's or Underlying Seller's knowledge, as applicable, if it is discovered by any of the Depositor, the Master Servicer, the Sponsor, the Securities Administrator, the Trustee that the substance of such representation and warranty is inaccurate and such inaccuracy materially and adversely affects the value of the related Mortgage Loan, notwithstanding the Seller's or Underlying Seller's knowledge, as applicable, lack of knowledge with respect to the substance of such representation or warranty, the Seller or Underlying Seller, as applicable, shall nevertheless be required to cure, substitute for or repurchase the affected Mortgage Loan in accordance with the foregoing. Notwithstanding the foregoing, to the extent that any fact, condition or event with respect to a Mortgage Loan constitutes a breach of a representation or warranty of Paul Financial under the related Underlying Sale Agreement which materially adversely affects the value of such Mortgage Loan or the interest therein of the Certificateholders, the Trustee shall request that Paul Financial cure such breach or repurchase such Mortgage Loan and if Paul Financial fails to cure such breach or repurchase such Mortgage Loan within 60 days of receipt of such request from the Trustee, the Trustee shall then request that the Seller cure such breach or repurchase such Mortgage Loan, and if the Seller fails to cure such breach or repurchase such Mortgage Loan within 60 days of receipt of such request from the Trustee, the Trustee shall then request that the Sponsor cure such breach or repurchase such Mortgage Loan.

With respect to any Replacement Mortgage Loan or Loans, the Seller or Underlying Seller, as applicable, shall deliver to the Trustee for the benefit of the Certificateholders such documents and agreements as are required by Section 2.01. No substitution shall be made in any calendar month after the Determination Date for such month. Scheduled Monthly Payments due with respect to Replacement Mortgage Loans in the Due Period related to the Distribution Date on which such proceeds are to be distributed shall not be part of the Trust Fund and shall be retained by the Seller or Underlying Seller, as applicable. For the month of substitution, distributions to Certificateholders will include the Scheduled Monthly Payment due on any Deleted Mortgage Loan for the related Due Period and thereafter the Seller or Underlying Seller, as applicable, shall be entitled to retain all amounts received in respect of such Deleted Mortgage Loan. The Securities Administrator shall amend the Mortgage Loan Schedule for the benefit of the Certificateholders to reflect the removal of such Deleted Mortgage Loan and the substitution of the Replacement Mortgage Loan or Loans and the Securities Administrator shall deliver the amended Mortgage Loan Schedule to the Trustee and the Custodian. Upon such substitution, the Replacement Mortgage Loan or Loans shall be subject to the terms of this Agreement in all respects, and the Seller shall be deemed to have made with respect to such Replacement Mortgage Loan or Loans, as of the date of substitution, the representations and warranties set forth in Section 7 of the Mortgage Loan Purchase Agreement with respect to such Mortgage Loan. Upon any such substitution and the deposit into the Distribution Account of the amount required to be deposited therein in connection with such substitution as described in the following paragraph and receipt by the Securities Administrator and the Trustee of a Request for Release for such Mortgage Loan, the Trustee or the Custodian shall release to the Seller or Underlying Seller, as applicable, the Mortgage File relating to such Deleted Mortgage Loan and held for the benefit of the Certificateholders and the Trustee shall execute and deliver at the Seller's or Underlying Seller's, as applicable, direction such instruments of transfer or assignment as have been prepared by the Seller or Underlying Seller, as applicable,, in each case without recourse, representation or warranty as shall be necessary to vest in the Seller or Underlying Seller, as applicable,, or its respective designee, title to the Trustee's interest in any Deleted Mortgage Loan substituted for pursuant to this Section 2.03.

For any month in which the Seller or Underlying Seller, as applicable, substitutes one or more Replacement Mortgage Loans for a Deleted Mortgage Loan, the Master Servicer will determine the amount (if any) by which the aggregate principal balance of all the Replacement Mortgage Loans as of the date of substitution is less than the Stated Principal Balance (after application of the principal portion of the Scheduled Monthly Payment due in the month of substitution) of such Deleted Mortgage Loan, including any costs incurred by the Trust in connection with any violation of such Mortgage Loan of any predatory lending laws. An amount equal to the aggregate of such deficiencies, described in the preceding sentence for any Distribution Date (such amount, the "Substitution Adjustment Amount") shall be deposited into the Distribution Account by the Securities Administrator upon receipt from the Seller or Underlying Seller, as applicable, delivering such Replacement Mortgage Loan on the Determination Date for the Distribution Date relating to the Prepayment Period during which the related Mortgage Loan became required to be purchased or replaced hereunder.

In the event that the Seller or Underlying Seller, as applicable, shall have repurchased a Mortgage Loan, the Purchase Price therefor shall be deposited into the Distribution Account maintained by the Securities Administrator, on the Determination Date for the Distribution Date in the month following the month during which the Seller or Underlying Seller, as applicable, became obligated to repurchase or replace such Mortgage Loan and upon such deposit of the Purchase Price, the delivery of an Opinion of Counsel if required by Section 2.05 and the receipt of a Request for Release, the Trustee or the Custodian shall release the Mortgage File held for the benefit of the Certificateholders to the Seller or Underlying Seller, as applicable, and the Trustee shall execute and deliver at such Person's direction the related instruments of transfer or assignment prepared by the Seller or Underlying Seller, as applicable, in each case without recourse, representation or warranty as shall be necessary to transfer title from the Trustee for the benefit of the Certificateholders and transfer the Trustee's interest to the Seller or Underlying Seller, as applicable, to any Mortgage Loan purchased pursuant to this Section 2.03. In connection with any repurchase or substitution of a Mortgage Loan pursuant to this Section 2.03, the Seller shall, or such cause the

Underlying Seller, to furnish to the Securities Administrator an officer's certificate, signed by a duly authorized officer of the Seller or Underlying Seller, as the case may be, to the effect that such repurchase or substitution has been made in accordance with the terms and conditions of this Agreement and that all conditions precedent to such repurchase or substitution have been satisfied, including the delivery to the Securities Administrator of the Purchase Price or Substitution Adjustment Amount, as applicable, for deposit into the Distribution Account, together with copies of any Opinion of Counsel required to be delivered pursuant to this Agreement and the related Request for Release. Solely for purposes of the Securities Administrator providing an Assessment of Compliance upon receipt of such documentation, the Securities Administrator shall approve such repurchase or substitution, as applicable, and which approval shall consist solely of the Securities Administrator's receipt of such documentation and deposits. It is understood and agreed that the obligation under this Agreement and the Mortgage Loan Purchase Agreement of the Sponsor to cure, repurchase or replace any Mortgage Loan as to which a breach has occurred and is continuing shall constitute the sole remedies against the Sponsor respecting such breach available to Certificateholders, the Depositor or the Trustee.

(d) The representations and warranties set forth in Section 2.03 hereof shall survive delivery of the respective Mortgage Loans and Mortgage Files to the Trustee or the Custodian for the benefit of the Certificateholders.

Section 2.04 Representations and Warranties of the Depositor. The Depositor hereby represents and warrants to the Master Servicer, the Securities Administrator and the Trustee as follows, as of the date hereof and as of the Closing Date:

(i) The Depositor is duly organized and is validly existing as limited liability company in good standing under the laws of the State of Delaware and has full power and authority necessary to own or hold its properties and to conduct its business as now conducted by it and to enter into and perform its obligations under this Agreement and any other Transaction Documents to which it is a party.

(ii) The Depositor has the full corporate power and authority to sell each Mortgage Loan to execute, deliver and perform, and to enter into and consummate the transactions contemplated by, this Agreement and any other Transaction Documents to which it is a party and has duly authorized, by all necessary action on its part, the execution, delivery and performance of this Agreement and any other Transaction Documents to which it is a party; and this Agreement and any other Transaction Documents to which it is a party, assuming the due authorization, execution and delivery hereof and thereof by the other parties hereto and thereto, constitutes a legal, valid and binding obligation of the Depositor, enforceable against the Depositor in accordance with its terms, subject, as to enforceability, to (i) bankruptcy, insolvency, reorganization, moratorium and other similar laws affecting creditors' rights generally and (ii) general principles of equity, regardless of whether enforcement is sought in a proceeding in equity or at law.

(iii) The execution and delivery of this Agreement and any other Transaction Documents to which it is a party by the Depositor, the consummation of the transactions contemplated by this Agreement and any other Transaction Documents to which it is a party, and the fulfillment of or compliance with the terms hereof are in the ordinary course of business of the Depositor and will not (A) result in a breach of any term or provision of the organizational documents of the Depositor or (B) conflict with, result in a breach, violation or acceleration of, or result in a default under, the terms of any other material agreement or instrument to which the Depositor is a party or by which it may be bound or (C) constitute a violation of any statute, order or regulation applicable to the Depositor of any court, regulatory body, administrative agency or governmental body having jurisdiction over the Depositor; and the Depositor is not in breach or violation of any material indenture or other material agreement or instrument, or in violation of any statute, order or regulation of any court, regulatory body, administrative agency or governmental body having jurisdiction over it which breach or violation may materially impair the Depositor's ability to perform or meet any of its obligations under this Agreement and any other Transaction Documents to which it is a party.

(iv) No litigation is pending, or, to the best of the Depositor's knowledge, threatened, against the Depositor that would materially and adversely affect the execution, delivery or enforceability of this Agreement and any other Transaction Documents to which it is a party or the ability of the Depositor to perform its obligations under this Agreement and any other Transaction Documents to which it is a party in accordance with the terms hereof.

(v) No consent, approval, authorization or order of any court or governmental agency or body is required for the execution, delivery and performance by the Depositor of, or compliance by the Depositor with, this Agreement and any other Transaction Documents to which it is a party or the consummation of the transactions contemplated hereby, or if any such consent, approval, authorization or order is required, the Depositor has obtained the same.

(vi) The Depositor has filed all reports required to be filed by Section 13 or Section 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the Depositor was required to file such reports) and it has been subject to such filing requirements for the past 90 days.

The Depositor hereby represents and warrants to the Trustee as of the Closing Date, following the transfer of the Mortgage Loans to it by the Seller, the Depositor had good title to the Mortgage Loans and the related Mortgage Notes were subject to no offsets, claims, defenses or counterclaims.

It is understood and agreed that the representations and warranties set forth in the immediately preceding paragraph shall survive delivery of the Mortgage Files to the Trustee or the Custodian for the benefit of the Certificateholders. Upon discovery by the Depositor or the Trustee of a breach of such representations and warranties, the party discovering such breach shall give prompt written notice to the others and to each Rating Agency.

Section 2.05 Delivery of Opinion of Counsel in Connection with Substitutions and Repurchases.

(a) Notwithstanding any contrary provision of this Agreement, with respect to any Mortgage Loan that is not in default or as to which default is not imminent, no repurchase or substitution pursuant to Sections 2.02 or 2.03 shall be made unless the Seller or Underlying Seller, as applicable, delivers to the Trustee an Opinion of Counsel, addressed to the Trustee, to the effect that such repurchase or substitution would not (i) result in the imposition of the tax on "prohibited transactions" of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI or contributions after the Closing Date, as defined in Sections 860F(a)(2) and 860G(d) of the Code, respectively, or (ii) cause any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI to fail to qualify as a REMIC at any time that any Certificates are outstanding. Any Mortgage Loan as to which repurchase or substitution was delayed pursuant to this paragraph shall be repurchased or the substitution therefor shall occur (subject to compliance with Sections 2.02 or 2.03) upon the earlier of (a) the occurrence of a default or imminent default with respect to such Mortgage Loan and (b) receipt by the Trustee of an Opinion of Counsel addressed to the Trustee to the effect that such repurchase or substitution, as applicable, will not result in the events described in clause (i) or clause (ii) of the preceding sentence.

(b) Upon discovery by the Depositor, the Sponsor, the Custodian or the Master Servicer that any Mortgage Loan does not constitute a "qualified mortgage" within the meaning of Section 860G(a)(3) of the Code, the party discovering such fact shall promptly (and in any event within 5 Business Days of discovery) give written notice thereof to the other parties and the Trustee. In connection therewith, the Trustee, or the Custodian on its behalf, shall require the Seller, at the Seller's option, to either (i) substitute, if the conditions in Section 2.03 with respect to substitutions are satisfied, a Replacement Mortgage Loan for the affected Mortgage Loan, or (ii) repurchase the affected Mortgage Loan within 90 days of such discovery in the same manner as it would a Mortgage Loan for a breach of representation or warranty contained in Section 2.03. The Trustee, or the Custodian on its behalf, shall recovey to the Seller the Mortgage Loan to be released pursuant hereto (and the Custodian shall deliver the related Mortgage File) in the same manner, and on the same terms and conditions, as it would a Mortgage Loan repurchased for breach of a representation or warranty contained in Section 2.03.

Section 2.06 Countersignature and Delivery of Certificates.

(a) The Trustee acknowledges the sale, transfer and assignment to it of the Trust Fund and, concurrently with such transfer and assignment, the Securities Administrator has executed, countersigned and delivered, to or upon the order of the Depositor, the Certificates in authorized denominations evidencing the entire ownership of the Trust Fund. The Trustee agrees to hold the Trust Fund and exercise the rights referred to above for the benefit of all present and future Holders of the Certificates and to perform the duties set forth in this Agreement in accordance with its terms.

(b) The Depositor, concurrently with the execution and delivery hereof, does hereby transfer, assign, set over and otherwise convey in trust to the Trustee without recourse all the right, title and interest of the Depositor in and to the REMIC I Regular Interests and the other assets of REMIC II for the benefit of the holders of the REMIC II Interests. The Trustee acknowledges receipt of

the REMIC I Regular Interests (all of which are uncertificated) and the other assets of REMIC II and declares that it holds and will hold the same in trust for the exclusive use and benefit of the holders of the REMIC II Interests.

The Depositor, concurrently with the execution and delivery hereof, does hereby transfer, assign, set over and otherwise convey in trust to the Trustee without recourse all the right, title and interest of the Depositor in and to the REMIC II Regular Interests and the other assets of REMIC III for the benefit of the holders of the REMIC III Interests. The Trustee acknowledges receipt of the REMIC II Regular Interests (all of which are uncertificated) and the other assets of REMIC III and declares that it holds and will hold the same in trust for the exclusive use and benefit of the holders of the REMIC III Interests.

The Depositor, concurrently with the execution and delivery hereof, does hereby transfer, assign, set over and otherwise convey in trust to the Trustee without recourse all the right, title and interest of the Depositor in and to the REMIC IV Regular Interests and the other assets of REMIC V for the benefit of the holders of the REMIC V Interests. The Trustee acknowledges receipt of the REMIC IV Regular Interests (all of which are uncertificated) and the other assets of REMIC V and declares that it holds and will hold the same in trust for the exclusive use and benefit of the holders of the REMIC V Interests.

The Depositor, concurrently with the execution and delivery hereof, does hereby transfer, assign, set over and otherwise convey in trust to the Trustee without recourse all the right, title and interest of the Depositor in and to the REMIC III Regular Interests and the REMIC V Regular Interests and the other assets of REMIC VI for the benefit of the Holders of the Regular Certificates and the Class R Certificates (in respect of the Class R-6 Interest). The Trustee acknowledges receipt of the REMIC III Regular Interests (all of which are uncertificated) and the REMIC V Regular Interests (all of which are uncertificated) and the other assets of REMIC VI and declares that it holds and will hold the same in trust for the exclusive use and benefit of the Holders of the Regular Certificates and the Class R Certificates (in respect of the Class R-6 Interest).

Section 2.07 Purposes and Powers of the Trust.

The purpose of the common law trust, as created hereunder, is to engage in the following activities:

(a) acquire and hold the Mortgage Loans and the other assets of the Trust Fund and the proceeds therefrom;

(b) to issue the Certificates sold to the Depositor in exchange for the Mortgage Loans;

(c) to make payments on the Certificates;

(d) to engage in those activities that are necessary, suitable or convenient to accomplish the foregoing or are incidental thereto or connected therewith; and

(e) subject to compliance with this Agreement, to engage in such other activities as may be required in connection with conservation of the Trust Fund and the making of distributions to the Certificateholders.

The trust is hereby authorized to engage in the foregoing activities. The Trustee shall not cause the trust to engage in any activity other than in connection with the foregoing or other than as required or authorized by the terms of this Agreement while any Certificate is outstanding, and this Section 2.07 may not be amended, without the consent of the Certificateholders evidencing 51% or more of the aggregate voting rights of the Certificates.

ARTICLE III

ADMINISTRATION AND MASTER
SERVICING OF MORTGAGE LOANS BY
MASTER SERVICER

Section 3.01 Master Servicer. The Master Servicer shall, beginning on the Closing Date, supervise, monitor and oversee the obligation of the related Servicer to service and administer their respective Mortgage Loans in accordance with the terms of this Agreement and the related Servicing Agreement and shall have full power and authority to do any and all things which it may deem necessary or desirable in connection with such master servicing and administration. In performing its obligations hereunder, the Master Servicer shall act in a manner consistent with Accepted Master Servicing Practices. Furthermore, the Master Servicer shall oversee and consult with the related Servicer as necessary from time to time to carry out the Master Servicer's obligations hereunder, shall receive, review and evaluate all reports, information and other data provided to the Master Servicer by the related Servicer and shall cause the related Servicer to perform and observe the covenants, obligations and conditions to be performed or observed by such Person under this Agreement and the related Servicing Agreement. The Master Servicer shall independently and separately monitor the related Servicer's servicing activities with respect to each related Mortgage Loan, reconcile the results of such servicing with such information provided in the previous sentence on a monthly basis and coordinate corrective adjustments to the related Servicer's and Master Servicer's records, and based on such reconciled and corrected information, the Master Servicer shall provide such information to the Securities Administrator as shall be necessary in order for it to prepare the statements specified in Section 5.06 and any other information and statements required hereunder. The Master Servicer shall reconcile the results of its Mortgage Loan monitoring with the actual remittances of each Servicer pursuant to this Agreement and the related Servicing Agreement.

In addition to the foregoing, in connection with a modification of any Mortgage Loan by a Servicer, if the Master Servicer is unable to enforce the obligations of the Servicer with respect to such modification, the Master Servicer shall notify the Depositor of such Servicer's failure to comply with the terms of the related Servicing Agreement or this Agreement. If the related Servicing Agreement requires the approval of the Master Servicer for a modification to a Mortgage Loan, the Master Servicer shall approve such modification if, based upon its receipt of written notification from the related Servicer outlining the terms of such modification and appropriate supporting documentation, the Master Servicer determines that the modification is permitted under the terms of such Servicing Agreement and that any conditions to such modification set forth in the Servicing Agreement have been satisfied. Furthermore, if the related Servicing Agreement requires the oversight and monitoring of loss mitigation measures with respect to the related Mortgage Loans, the Master Servicer will monitor any loss mitigation procedure or recovery action related to a defaulted Mortgage Loan (to the extent it receives notice of such from the related Servicer) and confirm that such loss mitigation procedure or recovery action is initiated, conducted and concluded in accordance with any timeframes and any other requirements set forth in such Servicing Agreement, and the Master Servicer shall notify the Depositor in any case in which the Master Servicer believes that the related Servicer is not complying with such timeframes and/or other requirements.

The Trustee shall furnish the Servicers and the Master Servicer with any powers of attorney and other documents in form as acceptable to it necessary or appropriate to enable the related Servicers and the Master Servicer to service and administer the related Mortgage Loans and REO Property.

The Trustee or the Custodian on its behalf and the Securities Administrator shall provide access to the records and documentation in possession of the Trustee or the Custodian on its behalf or the Securities Administrator regarding the related Mortgage Loans and REO Property and the servicing thereof to the Certificateholders, the FDIC, and the supervisory agents and examiners of the FDIC, such access being afforded only upon reasonable prior written request and during normal business hours at the office of the Trustee, the Custodian or the Securities Administrator; provided, however, that, unless otherwise required by law, neither the Trustee, the Custodian nor the Securities Administrator shall be required to provide access to such records and documentation if the provision thereof would violate the legal right to privacy of any Mortgagor. The Trustee, the Custodian and the Securities Administrator shall allow representatives of the above entities to photocopy any of the records and documentation and shall provide equipment for that purpose at a charge that covers the Trustee's, the Custodian's or the Securities Administrator's actual costs.

The Trustee shall execute and deliver to the related Servicer and the Master Servicer any court pleadings, requests for trustee's sale or other documents necessary or desirable to (i) the foreclosure or trustee's sale with respect to a Mortgaged Property; (ii) any legal action brought to obtain judgment against any Mortgagor on the Mortgage Note or Security Instrument; (iii) obtain a deficiency judgment against the Mortgagor; or (iv) enforce any other rights or remedies provided by the Mortgage Note or Security Instrument or otherwise available at law or equity.

Section 3.02 REMIC-Related Covenants. For as long as each REMIC created hereunder shall exist, the Trustee and the Securities Administrator shall act in accordance herewith to assure continuing treatment of such REMIC as a REMIC, and the Trustee and the Securities Administrator shall comply with any directions of the Sponsor, the Servicers or the Master Servicer to assure such continuing treatment. In particular, the Trustee shall not (a) sell or permit the sale of all or any portion of the Mortgage Loans or of any investment of deposits in an Account unless such sale is as a result of a repurchase of the Mortgage Loans pursuant to this Agreement or the Trustee has received a REMIC Opinion addressed to the Trustee prepared at the expense of the Trust Fund; and (b) other than with respect to a substitution pursuant to the Mortgage Loan Purchase Agreement or Section 2.03 of this Agreement, as applicable, accept any contribution to any REMIC after the Startup Day without receipt of a REMIC Opinion.

Section 3.03 Monitoring of the Servicers.

(a) The Master Servicer shall be responsible for reporting to the Trustee and the Sponsor the compliance by the related Servicer with its duties under the related Servicing Agreement. In the review of the related Servicer's activities, the Master Servicer may rely upon an Officer's Certificate of the related Servicer with regard to such Person's compliance with the terms of the related Servicing Agreement. In the event that the Master Servicer, in its judgment, determines that the related Servicer should be terminated in accordance with the related Servicing Agreement, or that a notice should be sent pursuant to this Agreement or the related Servicing Agreement with respect to the occurrence of an event that, unless cured, would constitute grounds for such termination, the Master Servicer shall notify the Sponsor and the Trustee thereof and the Master Servicer shall issue such notice or take such other action as it deems appropriate.

(b) The Master Servicer, for the benefit of the Trustee and the Certificateholders, shall enforce the obligations of the related Servicer under the related Servicing Agreement, and shall, in the event that the related Servicer fails to perform its obligations in accordance with the related Servicing Agreement, subject to the preceding paragraph, terminate the rights and obligations of such Person thereunder and act as servicer of the related Mortgage Loans or to cause the Trustee to enter into a new Servicing Agreement with a successor servicer selected by the Master Servicer; provided, however, it is understood and acknowledged by the parties hereto that there shall be a period of transition (not to exceed 90 days) before the actual servicing functions can be fully transferred to such successor servicer. Such enforcement, including, without limitation, the legal prosecution of claims, termination of the related Servicing Agreement and the pursuit of other appropriate remedies, shall be in such form and carried out to such an extent and at such time as the Master Servicer, in its good faith business judgment, would require were it the owner of the related Mortgage Loans. The Master Servicer shall pay the costs of such enforcement at its own expense, subject to its right of reimbursement pursuant to the provisions of this Agreement or the related Servicing Agreement, provided that the Master Servicer shall not be required to prosecute or defend any legal action except to the extent that the Master Servicer shall have received reasonable indemnity for its costs and expenses in pursuing such action.

(c) To the extent that the costs and expenses of the Master Servicer related to any termination of the related Servicer, appointment of a successor servicer or the transfer and assumption of servicing by the Master Servicer with respect to this Agreement or the related Servicing Agreement (including, without limitation, (i) all legal costs and expenses and all due diligence costs and expenses associated with an evaluation of the potential termination of the related Servicer as a result of an event of default by such Person and (ii) all costs and expenses associated with the complete transfer of servicing, including all servicing files and all servicing data and the completion, correction or manipulation of such servicing data as may be required by the successor servicer to correct any errors or insufficiencies in the servicing data or otherwise to enable the successor servicer to service the Mortgage Loans in accordance with the related Servicing Agreement) are not fully and timely reimbursed by the terminated Servicer, the Master Servicer shall be entitled to reimbursement of such costs and expenses from the Distribution Account.

(d) The Master Servicer shall require the related Servicer to comply with the remittance requirements and other obligations set forth in the related Servicing Agreement.

(e) If the Master Servicer acts as a servicer, it will not assume liability for the representations and warranties of the related Servicer, if any, that it replaces.

Section 3.04 Fidelity Bond. The Master Servicer, at its expense, shall maintain in effect a blanket fidelity bond and an errors and omissions insurance policy, affording coverage with respect

Unassociated Document                                                                 Page 42 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2   FST-CV-09-5011591 Doc. 163   Exhibit D   Part 1 of 3   Pg 43 of 279

to all directors, officers, employees and other Persons acting on such Master Servicer's behalf, and covering errors and omissions in the performance of the Master Servicer's obligations hereunder. The errors and omissions insurance policy and the fidelity bond shall be in such form and amount generally acceptable for entities serving as master servicers or trustees.

Section 3.05 Power to Act; Procedures. The Master Servicer shall master service the Mortgage Loans and shall have full power and authority, subject to the REMIC Provisions and the provisions of Article X hereof, to do any and all things that it may deem necessary or desirable in connection with the master servicing and administration of the Mortgage Loans, including but not limited to the power and authority (i) to execute and deliver, on behalf of the Certificateholders and the Trustee, customary consents or waivers and other instruments and documents, (ii) to consent to transfers of any Mortgaged Property and assumptions of the Mortgage Notes and related Mortgages, (iii) to collect any Insurance Proceeds and Liquidation Proceeds and (iv) to effectuate foreclosure or other conversion of the ownership of the Mortgaged Property securing any Mortgage Loan, in each case, in accordance with the provisions of this Agreement and the related Servicing Agreement, as applicable; provided, however, that the Master Servicer shall not (and, consistent with its responsibilities under Section 3.03, shall not permit the related Servicer to) knowingly or intentionally take any action, or fail to take (or fail to cause to be taken) any action reasonably within its control and the scope of duties more specifically set forth herein, that, under the REMIC Provisions, if taken or not taken, as the case may be, would cause REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI to fail to qualify as a REMIC or result in the imposition of a tax upon the Trust Fund (including but not limited to the tax on prohibited transactions as defined in Section 860F(a)(2) of the Code and the tax on contributions to a REMIC set forth in Section 860G(d) of the Code) unless the Master Servicer has received an Opinion of Counsel (but not at the expense of the Master Servicer) to the effect that the contemplated action, or failure to take action, will not cause REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI to fail to qualify as a REMIC or result in the imposition of a tax upon REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI as the case may be. The Trustee shall furnish the Master Servicer, upon written request from a Servicing Officer, with any powers of attorney (in form acceptable to the Master Servicer and the Trustee) empowering the Master Servicer or the related Servicer to execute and deliver instruments of satisfaction or cancellation, or of partial or full release or discharge, and to foreclose upon or otherwise liquidate Mortgaged Property, and to appeal, prosecute or defend in any court action relating to the Mortgage Loans or the Mortgaged Property, in accordance with the related Servicing Agreement and this Agreement, and the Trustee shall execute and deliver such other documents, as the Master Servicer may request, to enable the Master Servicer to master service and administer the Mortgage Loans and carry out its duties hereunder, in each case in accordance with Accepted Master Servicing Practices (and the Trustee shall have no liability for misuse of any such powers of attorney by the Master Servicer or the related Servicer). If the Master Servicer or the Trustee has been advised that it is likely that the laws of the state in which action is to be taken prohibit such action if taken in the name of the Trustee or that the Trustee would be adversely affected under the "doing business" or tax laws of such state if such action is taken in its name, the Master Servicer shall join with the Trustee in the appointment of a co-trustee pursuant to Section 9.11 hereof. In the performance of its duties hereunder, the Master Servicer shall be an independent contractor and shall not, except in those instances where it is taking action in the name of the Trustee, be deemed to be the agent of the Trustee.

Section 3.06 Due-on-Sale Clauses; Assumption Agreements. To the extent provided in this Agreement or the related Servicing Agreement, to the extent Mortgage Loans contain enforceable due-on-sale clauses, the Master Servicer shall cause the related Servicer to enforce such clauses in accordance with the related Servicing Agreement. If applicable law prohibits the enforcement of a due-on-sale clause or such clause is otherwise not enforced in accordance with this Agreement or the related Servicing Agreement, and, as a consequence, a Mortgage Loan is assumed, the original Mortgagor may be released from liability in accordance with this Agreement or the related Servicing Agreement.

Section 3.07 Release of Mortgage Files.

(a) Upon becoming aware of the payment in full of any Mortgage Loan, or the receipt by the related Servicer of a notification that payment in full has been escrowed in a manner customary for such purposes for payment to Certificateholders on the next Distribution Date or the related Servicer will, if required under the related Servicing Agreement (or if the related Servicer does not, the Master Servicer may), promptly furnish to the Custodian, on behalf of the Trustee, two copies of a certification substantially in the form of Exhibit G hereto signed by a Servicing Officer or in a mutually agreeable electronic format which will, in lieu of a signature on its face, originate from a Servicing Officer (which certification shall include a statement to the effect that all amounts received in connection with such payment that are required to be deposited in the Protected Account maintained by the related Servicer pursuant to the related Servicing Agreement have been or will be so deposited) and shall request that the Custodian, on behalf of the Trustee, deliver to the related Servicer the related Mortgage File. Upon receipt of such certification and request, the Custodian, on behalf of the Trustee, shall promptly release the related Mortgage File to the related Servicer and the Trustee and Custodian shall have no further responsibility with regard to such Mortgage File. Upon any such payment in full, the related Servicer is authorized, to give, as agent for the Trustee, as the mortgagee under the Mortgage that secured the Mortgage Loan, an instrument of satisfaction (or assignment of mortgage without recourse, representation or warranty) regarding the Mortgaged Property subject to the Mortgage, which instrument of satisfaction or assignment, as the case may be, shall be delivered to the Person or Persons entitled thereto against receipt therefor of such payment, it being understood and agreed that no expenses incurred in connection with such instrument of satisfaction or assignment, as the case may be, shall be chargeable to the Protected Account.

(b) From time to time and as appropriate for the servicing or foreclosure of any Mortgage Loan and in accordance with this Agreement or the related Servicing Agreement, the Trustee shall execute such documents as shall be prepared and furnished to the Trustee by the related Servicer or the Master Servicer (in form reasonably acceptable to the Trustee) and as are necessary to the prosecution of any such proceedings. The Custodian, on behalf of the Trustee, shall, upon the request of the related Servicer or the Master Servicer, and delivery to the Custodian, on behalf of the Trustee, of two copies of a request for release signed by a Servicing Officer substantially in the form of Exhibit G (or in a mutually agreeable electronic format which will, in lieu of a signature on its face, originate from a Servicing Officer), release the related Mortgage File held in its possession or control to the related Servicer or the Master Servicer, as applicable. Such trust receipt shall obligate the related Servicer or the Master Servicer to return the Mortgage File to the Custodian on behalf of the Trustee, when the need therefor by such Person no longer exists unless the Mortgage Loan shall be liquidated, in which case, upon receipt of a certificate of a Servicing Officer similar to that hereinabove specified, the Mortgage File shall be released by the Custodian, on behalf of the Trustee, to the related Servicer or the Master Servicer.

Section 3.08 Documents, Records and Funds in Possession of Master Servicer and related Servicer To Be Held for Trustee.

(a) The Master Servicer shall transmit and the related Servicer (to the extent required by the related Servicing Agreement) shall transmit to the Trustee or Custodian such documents and instruments coming into the possession of such Person from time to time as are required by the terms hereof, or in the case of the related Servicer, the related Servicing Agreement, to be delivered to the Trustee or Custodian. Any funds received by the Master Servicer or by the related Servicer in respect of any Mortgage Loan or which otherwise are collected by the Master Servicer, by the related Servicer as Liquidation Proceeds or Insurance Proceeds in respect of any Mortgage Loan shall be held for the benefit of the Trustee, the Certificateholders subject to the Securities Administrator's right to retain or withdraw from the Distribution Account, the Master Servicing Compensation and other amounts provided in this Agreement, and to the right of the related Servicer to retain its Servicing Fee and other amounts as provided in the related Servicing Agreement. The Master Servicer shall, and (to the extent provided in the related Servicing Agreement) shall cause the related Servicer to, provide access to information and documentation regarding the Mortgage Loans to the Trustee and and, and their respective agents and accountants at any time upon reasonable request and during normal business hours, and to Certificateholders that are savings and loan associations, banks or insurance companies, the Office of Thrift Supervision, the FDIC and the supervisory agents and examiners of such Office and Corporation or examiners of any other federal or state banking or insurance regulatory authority if so required by applicable regulations of the Office of Thrift Supervision or other regulatory authority, such access to be afforded without charge but only upon reasonable request in writing and during normal business hours at the offices of the Master Servicer designated by it. In fulfilling such a request the Master Servicer shall not be responsible for determining the sufficiency of such information.

(b) All Master Servicer Files and funds collected or held by, or under the control of, the Master Servicer, in respect of any Mortgage Loans, whether from the collection of principal and interest payments or from Liquidation Proceeds or Insurance Proceeds, shall be held by the Master Servicer for and on behalf of the Trustee and the Certificateholders and shall be and remain the sole and exclusive property of the Trustee; provided, however, that the Master Servicer and the related Servicer shall be entitled to setoff against, and deduct from, any such funds any amounts that are properly due and payable to the Master Servicer or such Servicer under this Agreement or the related Servicing Agreement.

Section 3.09 Standard Hazard Insurance and Flood Insurance Policies.

(a) For each Mortgage Loan, the Master Servicer shall enforce any obligation of the related Servicer under the related Servicing Agreement to maintain or cause to be maintained standard fire and casualty insurance and, where applicable, flood insurance, all in accordance with the provisions of the related Servicing Agreement. It is understood and agreed that such insurance shall be with insurers meeting the eligibility requirements set forth in the related Servicing Agreement and that no earthquake or other additional insurance is to be required of any Mortgagor or to be maintained on property acquired in respect of a defaulted loan, other than pursuant to such applicable laws and regulations as shall at any time be in force and as shall require such additional insurance.

(b) Pursuant to Section 4.04 any amounts collected by the Servicers or the Master Servicer, or by the Servicers, under any insurance policies (other than amounts to be applied to the restoration or repair of the property subject to the related Mortgage or released to the Mortgagor in accordance with the Servicing Agreements) shall be deposited by the related Servicer or the Master Servicer into the Distribution Account, subject to withdrawal pursuant to Section 4.05. Any cost incurred by the Master Servicer or the related Servicer in maintaining any such insurance if the

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 44 of 279

Page 43 of 835

Mortgagor defaults in its obligation to do so shall be added to the amount owing under the Mortgage Loan where the terms of the Mortgage Loan so permit; provided, however, that the addition of any such cost shall not be taken into account for purposes of calculating the distributions to be made to Certificateholders and shall be recoverable by the Master Servicer or the related Servicer pursuant to Section 4.05.

Section 3.10 Presentment of Claims and Collection of Proceeds. The Master Servicer shall (to the extent provided in the related Servicing Agreement) cause the related Servicer to, prepare and present on behalf of the Trustee and the Certificateholders all claims under the Insurance Policies and take such actions (including the negotiation, settlement, compromise or enforcement of the insured's claim) as shall be necessary to realize recovery under such policies. Any proceeds disbursed to the Master Servicer (or disbursed to the related Servicer and remitted to the Master Servicer) in respect of such policies, bonds or contracts shall be promptly deposited in the Distribution Account upon receipt, except that any amounts realized that are to be applied to the repair or restoration of the related Mortgaged Property as a condition precedent to the presentation of claims on the related Mortgage Loan to the insurer under any applicable Insurance Policy need not be so deposited (or remitted).

Section 3.11 Maintenance of the Primary Mortgage Insurance Policies.

(a) The Master Servicer shall not take, or permit the related Servicer (to the extent such action is prohibited under the related Servicing Agreement) to take, any action that would result in noncoverage under any applicable Primary Mortgage Insurance Policy of any loss which, but for the actions of the Master Servicer or the related Servicer, would have been covered thereunder. The Master Servicer shall use its best reasonable efforts to cause the related Servicer (to the extent required under the related Servicing Agreement) to keep in force and effect (to the extent that the Mortgage Loan requires the Mortgagor to maintain such insurance), primary mortgage insurance applicable to each Mortgage Loan (including any LPMI Policy) in accordance with the provisions of this Agreement and the related Servicing Agreement, as applicable. The Master Servicer shall not, and shall not permit the related Servicer (to the extent required under this Agreement or the related Servicing Agreement) to, cancel or refuse to renew any such Primary Mortgage Insurance Policy that is in effect at the date of the initial issuance of the Mortgage Note and is required to be kept in force hereunder except in accordance with the provisions of this Agreement and the related Servicing Agreement, as applicable.

(b) The Master Servicer agrees to cause the related Servicer (to the extent required under the related Servicing Agreement) to present, on behalf of the Trustee and the Certificateholders, claims to the insurer under any Primary Mortgage Insurance Policies and, in this regard, to take such reasonable action as shall be necessary to permit recovery under any Primary Mortgage Insurance Policies respecting defaulted Mortgage Loans. Pursuant to Section 4.05, any amounts collected by the related Servicer under any Primary Mortgage Insurance Policies shall be deposited by the Securities Administrator in the Distribution Account.

Section 3.12 Trustee to Retain Possession of Certain Insurance Policies and Documents. The Trustee (or the Custodian, as directed by the Trustee), shall retain possession and custody of the originals (to the extent available) of any Primary Mortgage Insurance Policies, or certificate of insurance if applicable, and any certificates of renewal as to the foregoing as may be issued from time to time as contemplated by this Agreement. Until all amounts distributable in respect of the Certificates have been distributed in full and the Master Servicer otherwise has fulfilled its obligations under this Agreement, the Trustee (or its Custodian, if any, as directed by the Trustee) shall also retain possession and custody of each Mortgage File in accordance with and subject to the terms and conditions of this Agreement. The Master Servicer shall promptly deliver or cause to be delivered to the Trustee (or the Custodian, as directed by the Trustee), upon the execution or receipt thereof the originals of any Primary Mortgage Insurance Policies, any certificates of renewal, and such other documents or instruments that constitute portions of the Mortgage File that come into the possession of the Master Servicer from time to time.

Section 3.13 Realization Upon Defaulted Mortgage Loans. Subject to the limitations set forth in Section 3.21 hereof, the Master Servicer shall cause the related Servicer (to the extent required under the related Servicing Agreement) to foreclose upon, repossess or otherwise comparably convert the ownership of Mortgaged Properties securing such of the Mortgage Loans as come into and continue in default and as to which no satisfactory arrangements can be made for collection of delinquent payments, all in accordance with the related Servicing Agreement.

Section 3.14 Compensation for the Master Servicer. The Master Servicer shall be entitled to (i) a master servicing fee rate of 0.0015% per annum and (ii) all income and gain realized from any investment of funds on Permitted Investments in the Distribution Account during the six business days prior to the Distribution Date as compensation for the performance of its obligations hereunder ("Master Servicing Compensation"). The Master Servicer shall be required to pay all expenses incurred by it in connection with its activities hereunder and shall not be entitled to reimbursement therefor except as provided in this Agreement.

Section 3.15 REO Property.

(a) In the event the Trust Fund acquires ownership of any REO Property in respect of any related Mortgage Loan, the deed or certificate of sale shall be issued to the Trustee, or to its nominee, on behalf of the related Certificateholders. The Master Servicer shall, to the extent provided in the related Servicing Agreement, cause the related Servicer to sell, any REO Property as expeditiously as possible and in accordance with the provisions of the related Servicing Agreement. Pursuant to its efforts to sell such REO Property, the Master Servicer shall cause the related Servicer to protect and conserve, such REO Property in the manner and to the extent required by the related Servicing Agreement, in accordance with the REMIC Provisions and in a manner that does not result in a tax on "net income from foreclosure property" or cause such REO Property to fail to qualify as "foreclosure property" within the meaning of Section 860G(a)(8) of the Code.

(b) The Master Servicer shall, to the extent required by the related Servicing Agreement, cause the related Servicer to deposit all funds collected and received in connection with the operation of any REO Property in the Protected Account.

(c) The Master Servicer or the related Servicer, upon the final disposition of any REO Property, shall be entitled to reimbursement for any related unreimbursed Advances and other unreimbursed advances as well as any unpaid Servicing Fees from Liquidation Proceeds received in connection with the final disposition of such REO Property; provided, that any such unreimbursed Advances as well as any unpaid Servicing Fees may be reimbursed or paid, as the case may be, prior to final disposition, out of any net rental income or other net amounts derived from such REO Property.

(d) To the extent provided in this Agreement or the related Servicing Agreement, the Liquidation Proceeds from the final disposition of the REO Property, net of any payment to the Master Servicer or the related Servicer as provided above shall be deposited in the Protected Account on or prior to the Determination Date in the month following receipt thereof and be remitted by wire transfer in immediately available funds to the Securities Administrator for deposit into the related Distribution Account on the next succeeding Remittance Date.

(e) The Master Servicer shall, to the extent required by the related Servicing Agreement, cause each Servicer to prepare and deliver to the Trustee, the Master Servicer and the Securities Administrator a statement with respect to each REO Property that has been rented showing the aggregate rental income received and all expenses incurred in connection with the management and maintenance of such REO Property at such times as is necessary to enable the Securities Administrator to comply with the reporting requirements of the REMIC Provisions, and shall cause each Servicer to perform the tax reporting and withholding related to foreclosures, abandonments and cancellation of indebtedness income as specified by Sections 1445, 6050J and 6050P of the Code by preparing and filing such tax and information returns as may be required.

Section 3.16 Annual Statement as to Compliance.

The Master Servicer and the Securities Administrator shall deliver (or otherwise make available) to the Depositor and the Securities Administrator, and in the case of the Master Servicer, the Trustee, no later than March 15th of each calendar year beginning in 2007, an Officer's Certificate (an "Annual Statement of Compliance") stating, as to each signatory thereof, that (i) a review of the activities of each such party during the preceding calendar year and of its performance under this Agreement or other applicable servicing agreement has been made under such officer's supervision and (ii) to the best of such officer's knowledge, based on such review, such party has fulfilled all of its obligations under this Agreement or other applicable servicing agreement in all material respects throughout such year, or, if there has been a failure to fulfill any such obligation in any material respect, specifying each such failure known to such officer and the nature and status of the cure provisions thereof. Such Annual Statement of Compliance shall contain no restrictions or limitations on its use. The Master Servicer shall enforce the obligations of each Servicer, to the extent set forth in the related Servicing Agreement, to deliver a similar Annual Statement of Compliance by that Servicer to the Depositor, the Securities Administrator as described above and when required with respect to the Master Servicer. In the event that certain servicing responsibilities with respect to any Mortgage Loan have been delegated by the Master Servicer, the Securities Administrator or a Servicer to a subservicer or subcontractor, each such entity shall cause such subservicer or subcontractor (and with respect to each Servicer, the Master Servicer shall enforce the obligation of such Servicer to the extent required under the related Servicing Agreement) to deliver a similar Annual Statement of Compliance by such subservicer or subcontractor to the Depositor,

the Securities Administrator as described above as and when required with respect to the Master Servicer or the related Servicer (as the case may be).

Failure of the Master Servicer to comply with this Section 3.16 (including with respect to the timeframes required herein) shall be deemed an Event of Default, and at the written direction of the Depositor the Trustee shall, in addition to whatever rights the Trustee may have under this Agreement and at law or equity or to damages, including injunctive relief and specific performance, upon notice immediately terminate all of the rights and obligations of the Securities Administrator under this Agreement and in and to the Mortgage Loans and the proceeds thereof without compensating the Master Servicer for the same. Failure of the Securities Administrator to comply with this Section 3.16 (including with respect to the timeframes required in this Section) which failure results in a failure to timely file the related Form 10-K, shall be deemed a default and the Trustee at the written direction of the Depositor shall, in addition to whatever rights the Trustee may have under this Agreement and at law or equity or to damages, including injunctive relief and specific performance, upon notice immediately terminate all of the rights and obligations of the Securities Administrator under this Agreement and in and to the Mortgage Loans and the proceeds thereof without compensating the Securities Administrator for the same. This paragraph shall supersede any other provision in this Agreement or any other agreement to the contrary.

Section 3.17 Assessments of Compliance and Attestation Reports.

Pursuant to Rules 13a-18 and 15d-18 of the Exchange Act and Item 1122 of Regulation AB, each of the Master Servicer, the Securities Administrator and the Custodian (to the extent set forth in this Section) (each, an "Attesting Party") shall deliver (or otherwise make available) to the Master Servicer, the Securities Administrator and the Depositor on or before March 15th of each calendar year beginning in 2007, a report regarding such Attesting Party's assessment of compliance (an "Assessment of Compliance") with the Servicing Criteria during the preceding calendar year. The Assessment of Compliance, as set forth in Regulation AB, must contain the following:

(a) A statement by an authorized officer of such Attesting Party of its authority and responsibility for assessing compliance with the Servicing Criteria applicable to the related Attesting Party;

(b) A statement by an authorized officer that such Attesting Party used the Servicing Criteria attached as Exhibit N hereto, and which will also be attached to the Assessment of Compliance, to assess compliance with the Servicing Criteria applicable to the related Attesting Party;

(c) An assessment by such officer of the related Attesting Party's compliance with the applicable Servicing Criteria for the period consisting of the preceding calendar year, including disclosure of any material instance of noncompliance with respect thereto during such period, which assessment shall be based on the activities such Attesting Party performs with respect to asset-backed securities transactions taken as a whole involving the related Attesting Party, that are backed by the same asset type as the Mortgage Loans;

(d) A statement that a registered public accounting firm has issued an attestation report on the related Attesting Party's Assessment of Compliance for the period consisting of the preceding calendar year; and

(e) A statement as to which of the Servicing Criteria, if any, are not applicable to the related Attesting Party, which statement shall be based on the activities such Attesting Party performs with respect to asset-backed securities transactions taken as a whole involving such Attesting Party, that are backed by the same asset type as the Mortgage Loans.

Such report at a minimum shall address each of the Servicing Criteria specified on Exhibit N hereto which are indicated as applicable to the related Attesting Party.

On or before March 15th of each calendar year beginning in 2007, each Attesting Party shall furnish to the Master Servicer, the Depositor and the Securities Administrator a report (an "Attestation Report") by a registered public accounting firm that attests to, and reports on, the Assessment of Compliance made by the related Attesting Party, as required by Rules 13a-18 and 15d-18 of the Exchange Act and Item 1122(b) of Regulation AB, which Attestation Report must be made in accordance with standards for attestation reports issued or adopted by the Public Company Accounting Oversight Board.

The Master Servicer shall enforce the obligation of each Servicer to deliver to the Securities Administrator, the Master Servicer, the Depositor an Assessment of Compliance and Attestation Report as and when provided in the related Servicing Agreement. Each of the Master Servicer and the Securities Administrator shall cause, and the Master Servicer shall enforce the obligation (as and when provided in the related Servicing Agreement) of each Servicer to cause, any subservicer and each subcontractor (to the extent such subcontractor is determined by the Master Servicer or the Securities Administrator, as applicable, to be "participating in the servicing function" within the meaning of Item 1122 of Regulation AB) that is engaged by the Master Servicer or the Securities Administrator, as applicable, to deliver to the Securities Administrator, the Master Servicer and the Depositor an Assessment of Compliance and Attestation Report as and when provided above. Such Assessment of Compliance, as to any subservicer or subcontractor, shall at a minimum address the applicable Servicing Criteria specified on Exhibit N hereto which are indicated as applicable to any "primary servicer" (to the extent such subservicer or subcontractor is performing any servicing function for the party who engages it and to the extent such party is not itself addressing the Servicing Criteria related to such servicing function in its own Assessment of Compliance. The Securities Administrator shall confirm that each of the Assessments of Compliance delivered to it, taken as a whole, address all of the Servicing Criteria and taken individually address the Servicing Criteria for each party as set forth in Exhibit N and notify the Depositor of any exceptions. Notwithstanding the foregoing, as to any subcontractor, an Assessment of Compliance is not required to be delivered unless it is required as part of a Form 10-K with respect to the Trust Fund.

The Custodian shall deliver to the Master Servicer, the Securities Administrator and the Depositor an Assessment of Compliance and Attestation Report, as and when provided above, which shall at a minimum address each of the Servicing Criteria specified on Exhibit N hereto which are indicated as applicable to a "custodian". Notwithstanding the foregoing, an Assessment of Compliance or Attestation Report is not required to be delivered by any Custodian unless it is required as part of a Form 10-K with respect to the Trust Fund.

Failure of the Master Servicer to comply with this Section 3.17 (including with respect to the timeframes required herein) shall be deemed an Event of Default, and at the written direction of the Depositor the Trustee shall, in addition to whatever rights the Trustee may have under this Agreement and at law or equity or to damages, including injunctive relief and specific performance, upon notice immediately terminate all of the rights and obligations of the Master Servicer under this Agreement and in and to the Mortgage Loans and the proceeds thereof without compensating the Master Servicer for the same (but subject to the Master Servicer's rights to payment of any Master Servicing Compensation and reimbursement of all amounts for which it is entitled to be reimbursed prior to the date of termination). Failure of the Securities Administrator to comply with this Section 3.17 (including with respect to the timeframes required in this Section) which failure results in a failure to timely file the related Form 10-K, shall constitute a default and at the written direction of the Depositor, the Trustee shall, in addition to whatever rights the Trustee may have under this Agreement and at law or equity or to damages, including injunctive relief and specific performance, upon notice immediately terminate all of the rights and obligations of the Securities Administrator under this Agreement and in and to the Mortgage Loans and the proceeds thereof without compensating the Securities Administrator for the same (but subject to the Securities Administrator's right to reimbursement of all amounts for which it is entitled to be reimbursed prior to the date of termination). This paragraph shall supersede any other provision in this Agreement or any other agreement to the contrary.

Section 3.18 Reports Filed with Securities and Exchange Commission.

(a)       (i) (A) Within 15 days after each Distribution Date, the Securities Administrator shall, in accordance with industry standards, prepare and file with the Commission via the Electronic Data Gathering and Retrieval System ("EDGAR"), a Distribution Report on Form 10-D, signed by the Master Servicer, with a copy of the Monthly Statement to be furnished by the Securities Administrator to the Certificateholders for such Distribution Date; provided that, the Securities Administrator shall have received no later than five (5) calendar days after the related Distribution Date, all information required to be provided to the Securities Administrator as described in clause (a)(iv) below. Any disclosure that is in addition to the Monthly Statement and that is required to be included on Form 10-D ("Additional Form 10-D Disclosure") shall be, pursuant to the paragraph immediately below, reported by the parties set forth on Exhibit O to the Securities Administrator and the Depositor and approved for inclusion by the Depositor, and the Securities Administrator will have no duty or liability for any failure hereunder to determine or prepare any Additional Form 10-D Disclosure absent such reporting (other than in the case where the Securities Administrator is the reporting party as set forth in Exhibit O) and approval.

(B) Within five (5) calendar days after the related Distribution Date, (i) the parties set forth in Exhibit O shall be required to provide, and the Master Servicer shall enforce the obligations of each Servicer (to the extent provided in the related Servicing Agreement) to provide, pursuant to Section 3.18(a)(iv) below, to the Securities Administrator and the Depositor, to the extent known by a responsible officer thereof, in EDGAR-compatible format, or in such other form as otherwise agreed upon by the Securities Administrator and the Depositor and such party, the form and substance of any Additional Form 10-D Disclosure, if applicable, and (ii) the Depositor will approve, as to form and substance, or disapprove, as the case may be, the inclusion of the Additional Form 10-D Disclosure on Form 10-D. The Depositor shall be responsible for any reasonable fees and expenses assessed or incurred by the Securities Administrator in connection with

including any Additional Form 10-D Disclosure on Form 10-D pursuant to this Section.

(C) After preparing the Form 10-D, the Securities Administrator shall forward electronically a copy of the Form 10-D to the Depositor (in the case of any Additional 10-D Disclosure and otherwise if requested by the Depositor) and the Master Servicer for review. Within two Business Days after receipt of such copy, but no later than the 12th calendar day after the Distribution Date (provided that, the Securities Administrator forwards a copy of the Form 10-D no later than the 10th calendar day after the Distribution Date), the Depositor shall notify the Securities Administrator in writing (which may be furnished electronically) of any changes to or approval of such Form 10-D. In the absence of receipt of any written changes or approval, the Securities Administrator shall be entitled to assume that such Form 10-D is in final form and the Securities Administrator may proceed with the execution and filing of the Form 10-D. No later than the 13th calendar day after the related Distribution Date, a duly authorized officer of the Master Servicer shall sign the Form 10-D and, in the case where the Master Servicer and the Securities Administrator are not affiliated, return an electronic or fax copy of such signed Form 10-D (with an original executed hard copy to follow by overnight mail) to the Securities Administrator. If a Form 10-D cannot be filed on time or if a previously filed Form 10-D needs to be amended, the Securities Administrator shall follow the procedures set forth in Section 3.18(a)(v). Promptly (but no later than one (1) Business Day) after filing with the Commission, the Securities Administrator shall make available on its internet website identified in Section 5.06 a final executed copy of each Form 10-D filed by the Securities Administrator. The signing party at the Master Servicer can be contacted as set forth in Section 11.05. Form 10-D requires the registrant to indicate (by checking "yes" or "no") that (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. The Securities Administrator in writing, no later than the fifth calendar day after the related Distribution Date with respect to the filing of a report on Form 10-D if the answer to the questions should be "no". The Securities Administrator shall be entitled to rely on the representations in Section 2.04(vi) and in any such notice in preparing, executing and/or filing any such report. The parties to this Agreement acknowledge that the performance by the Master Servicer and the Securities Administrator of their respective duties under Sections 3.18(a)(i) and (v) related to the timely preparation, execution and filing of Form 10-D is contingent upon such parties strictly observing all applicable deadlines in the performance of their duties under such Sections. Neither the Master Servicer nor the Securities Administrator shall have any liability for any loss, expense, damage, claim arising out of or with respect to any failure to properly prepare, execute and/or timely file such Form 10-D, where such failure results from a party's failure to deliver on a timely basis, any information from such party needed to prepare, arrange for execution or file such Form 10-D, not resulting from its own negligence, bad faith or willful misconduct.

(ii) (A) Within four (4) Business Days after the occurrence of an event requiring disclosure on Form 8-K (each such event, a "Reportable Event"), the Securities Administrator shall prepare and file, at the direction of the Depositor, on behalf of the Trust, any Form 8-K, as required by the Exchange Act. Each Form 8-K shall file the initial Form 8-K in connection with the issuance of the Certificates. Any disclosure or information related to a Reportable Event or that is otherwise required to be included on Form 8-K ("Form 8-K Disclosure Information") shall be, pursuant to the paragraph immediately below, reported by the parties set forth on Exhibit O to the Securities Administrator and the Depositor and approved for inclusion by the Depositor, and the Securities Administrator will have no duty or liability for any failure hereunder to determine or prepare any Form 8-K Disclosure Information absent such reporting (other than in the case where the Securities Administrator is the reporting party as set forth in Exhibit O) and approval.

(B) For so long as the Trust is subject to the Exchange Act reporting requirements, no later than the close of business on the 2nd Business Day after the occurrence of a Reportable Event (i) the parties set forth in Exhibit O shall be required pursuant to Section 3.18(a)(iv) below to provide, and the Master Servicer will enforce the obligations of each Servicer (to the extent provided in the related Servicing Agreement) to provide, to the Securities Administrator and the Depositor, to the extent known by a responsible officer thereof, in EDGAR-compatible format, or in such other form as otherwise agreed upon by the Securities Administrator and the Depositor and such party, the form and substance of any Form 8-K Disclosure Information, if applicable, and (ii) the Depositor shall approve, as to form and substance, or disapprove, as the case may be, the inclusion of the Form 8-K Disclosure Information on Form 8-K. The Depositor shall be responsible for any reasonable fees and expenses assessed or incurred by the Securities Administrator in connection with including any Form 8-K Disclosure Information pursuant to this Section.

(C) After preparing the Form 8-K, the Securities Administrator shall forward electronically a copy of the Form 8-K to the Depositor and the Master Servicer for review. No later than the close of business New York City time on the 3rd Business Day after the Reportable Event, or in the case where the Master Servicer and Securities Administrator are affiliated, no later than noon New York City time on the 4th Business Day after the Reportable Event, a duly authorized officer of the Master Servicer shall sign the Form 8-K and, in the case where the Master Servicer and the Securities Administrator are not affiliated, return an electronic or fax copy of such signed Form 8-K (with an original executed hard copy to follow by overnight mail) to the Securities Administrator. Promptly, but no later than the close of business on the 3rd Business Day after the Reportable Event (provided that, the Securities Administrator forwards a copy of the Form 8-K no later than noon New York time on the third Business Day after the Reportable Event), the Depositor shall notify the Securities Administrator in writing (which may be furnished electronically) of any changes to or approval of such Form 8-K. In the absence of receipt of any written changes or approval, the Securities Administrator shall be entitled to assume that such Form 8-K is in final form and the Securities Administrator may proceed with the execution and filing of the Form 8-K. If a Form 8-K cannot be filed on time or if a previously filed Form 8-K needs to be amended, the Securities Administrator shall follow the procedures set forth in Section 3.18(a)(v). Promptly (but no later than one (1) Business Day) after filing with the Commission, the Securities Administrator shall, make available on its internet website a final executed copy of each Form 8-K filed by the Securities Administrator. The signing party at the Master Servicer can be contacted as set forth in Section 11.05. The parties to this Agreement acknowledge that the performance by the Master Servicer and the Securities Administrator of their respective duties under this Section 3.16(a)(ii) related to the timely preparation, execution and filing of Form 8-K is contingent upon such parties strictly observing all applicable deadlines in the performance of their duties under this Section 3.18(a)(ii). Neither the Master Servicer nor the Securities Administrator shall have any liability for any loss, expense, damage, claim arising out of or with respect to any failure to properly prepare, execute and/or timely file such Form 8-K, where such failure results from a party's failure to deliver on a timely basis, any information from such party needed to prepare, arrange for execution or file such Form 8-K, not resulting from its own negligence, bad faith or willful misconduct.

(iii) (A) Within 90 days after the end of each fiscal year of the Trust or such earlier date as may be required by the Exchange Act (the "10-K Filing Deadline") (it being understood that the fiscal year for the Trust ends on December 31st of each year), commencing in March 2007, the Securities Administrator shall prepare and file on behalf of the Trust a Form 10-K, in form and substance as required by the Exchange Act. Each such Form 10-K shall include the following items, in each case to the extent they have been delivered to the Securities Administrator within the applicable time frames set forth in this Agreement, (I) an annual compliance statement for the Master Servicer, each Servicer, the Securities Administrator and any subservicer or subcontractor, as applicable, as described under Section 3.16, (II)(A) the annual reports on assessment of compliance with Servicing Criteria for the Master Servicer, each Servicer, each subservicer and subcontractor participating in the servicing function, the Securities Administrator and the Custodian, as described under Section 3.17, and (B) if any such report on assessment of compliance with Servicing Criteria described under Section 3.17 identifies any material instance of noncompliance, disclosure identifying such instance of noncompliance, or if any such report on assessment of compliance with Servicing Criteria described under Section 3.17 is not included as an exhibit to such Form 10-K, disclosure that such report is not included and an explanation why such report is not included, (III)(A) the registered public accounting firm attestation report for the Master Servicer, each Servicer, the Securities Administrator, each subservicer, each subcontractor, as applicable, and the Custodian, as described under Section 3.17, and (B) if any registered public accounting firm attestation report described under Section 3.17 identifies any material instance of noncompliance, disclosure identifying such instance of noncompliance, or if any such registered public accounting firm attestation report is not included as an exhibit to such Form 10-K, disclosure that such report is not included and an explanation why such report is not included, and (IV) a Sarbanes-Oxley Certification as described in Section 3.16 (a)(iii)(D) below (provided, however, that the Securities Administrator, at its discretion, may omit from the Form 10-K any annual compliance statement, assessment of compliance or attestation report that is not required to be filed with such Form 10-K pursuant to Regulation AB). Any disclosure or information in addition to (I) through (IV) above that is required to be included on Form 10-K ("Additional Form 10-K Disclosure") shall be, pursuant to the paragraph immediately below, reported by the parties set forth on Exhibit O to the Securities Administrator and the Depositor and approved for inclusion by the Depositor, and the Securities Administrator will have no duty or liability for any failure hereunder to determine or prepare any Additional Form 10-K Disclosure absent such reporting (other than in the case where the Securities Administrator is the reporting party as set forth in Exhibit O) and approval.

(B) No later than March 15th of each year that the Trust is subject to the Exchange Act reporting requirements, commencing in 2007, (i) the parties set forth in Exhibit O shall be required to provide, and the Master Servicer shall enforce the obligations of each Servicer (to the extent provided in the related Servicing Agreement) to provide, pursuant to Section 3.18(a)(v) below to the Securities Administrator and the Depositor, to the extent known by a responsible officer thereof, in EDGAR-compatible format, or in such other form as otherwise agreed upon by the Securities Administrator and the Depositor and such party, the form and substance of any Additional Form 10-K Disclosure, if applicable, and (ii) the Depositor will approve, as to form and substance, or disapprove, as the case may be, the inclusion of the Additional Form 10-K Disclosure on Form 10-K. The Depositor shall be responsible for any reasonable fees and expenses assessed or incurred by the Securities Administrator in connection with including any Additional Form 10-K Disclosure on Form 10-K pursuant to this Section.

(C) After preparing the Form 10-K, the Securities Administrator shall forward electronically a copy of the Form 10-K to the Depositor (only in the case where such Form 10-K includes Additional Form 10-K Disclosure and otherwise if requested by the Depositor) and the Master Servicer for review. Within three Business Days after receipt of such copy, but no later than March 25th (provided that, the Securities Administrator forwards a copy of the Form 10-K no later than the third Business Day prior to March 25th), the Depositor shall notify the Securities Administrator in writing (which may be furnished electronically) of any changes to or approval of such Form 10-K. In the absence of receipt of any written changes or approval, the Securities Administrator shall be entitled to assume that such Form 10-K is in final form and the Securities Administrator may proceed with the execution and filing of the Form 10-K. No later than the close of business Eastern Standard time on the 4th Business Day prior to the 10-K Filing Deadline, an officer of the Master Servicer in charge of the master servicing function shall sign the Form 10-K and, in the case where the Master Servicer and the Securities Administrator are unaffiliated, return an electronic or fax copy of such signed Form 10-K (with an original executed hard copy to follow by overnight mail) to the Securities Administrator. If a Form 10-K cannot be filed on time or if a previously filed Form 10-K needs to be amended, the Securities Administrator will follow the procedures set forth in Section 3.18(a)(vi). Promptly (but no later than one (1) Business Day) after filing with the Commission, the Securities Administrator shall make available on its internet website a final

executed copy of each Form 10-K filed by the Securities Administrator. The signing party at the Master Servicer can be contacted as set forth in Section 11.05. Form 10-K requires the registrant to indicate (by checking "yes" or "no") that it (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. The Depositor shall notify the Securities Administrator in writing, no later than March 15th after the related Distribution Date with respect to the filing of a report on Form 10-K, if the answer to the questions should be "no". The Securities Administrator shall be entitled to rely on the representations in Section 2.04(vi) and in any such notice in preparing, executing and/or filing any such report. The parties to this Agreement acknowledge that the performance by the Master Servicer and the Securities Administrator of their respective duties under Sections 3.18(a)(iv) and (v) related to the timely preparation, execution and filing of Form 10-K is contingent upon such parties strictly observing all applicable deadlines in the performance of their duties under such Sections and Sections 3.16 and Section 3.17. Neither the Master Servicer nor the Securities Administrator shall have any liability for any loss, expense, damage, claim arising out of or with respect to any failure to properly prepare, execute and/or timely file such Form 10-K, where such failure results from the Master Servicer's or the Securities Administrator's inability or failure to receive, on a timely basis, any information from any other party hereto needed to prepare, arrange for execution or file such Form 10-K, not resulting from its own negligence, bad faith or willful misconduct.

(D) Each Form 10-K shall include a Sarbanes-Oxley Certification required to be included therewith pursuant to the Sarbanes-Oxley Act which shall be signed by the Certifying Person and delivered to the Securities Administrator no later than March 15th of each year in which the Trust is subject to the reporting requirements of the Exchange Act. The Master Servicer shall cause any Servicer, and any subservicer or subcontractor engaged by it to, provide to the Person who signs the Sarbanes-Oxley Certification (the "Certifying Person"), by March 10th of each year in which the Trust is subject to the reporting requirements of the Exchange Act (or such other date specified in the related Servicing Agreement) and otherwise within a reasonable period of time upon request, a certification (each, a "Back-Up Certification"), in the form attached hereto as Exhibit L, upon which the Certifying Person, the entity for which the Certifying Person acts as an officer, and such entity's officers, directors and Affiliates (collectively with the Certifying Person, "Certification Parties") can reasonably rely. An officer of the Master Servicer in charge of the master servicing function shall serve as the Certifying Person on behalf of the Trust. Such officer of the Certifying Person can be contacted as set forth in Section 11.05.

(iv) With respect to any Additional Form 10-D Disclosure, Additional Form 10-K Disclosure or any Form 8-K Disclosure Information (collectively, the "Additional Disclosure") relating to the Trust Fund, the Securities Administrator's obligation to include such Additional Information in the applicable Exchange Act report is subject to receipt from the entity that is indicated in Exhibit O as the responsible party for providing that information, if other than the Securities Administrator, as and when required as described in Section 3.18(a)(i) through (iv) above. Such Additional Disclosure shall be accompanied by a notice substantially in the form of Exhibit P. Each of the Master Servicer, the Sponsor, the Securities Administrator and the Depositor hereby agrees to notify and provide, and the Master Servicer agrees to enforce the obligations (to the extent provided in the related Servicing Agreement) of each Servicer to notify and provide, to the extent known to the Master Servicer, the Sponsor, the Securities Administrator and the Depositor of Additional Disclosure relating to the Trust Fund, with respect to which such party is indicated in Exhibit O as the responsible party for providing that information. Within five Business Days of each Distribution Date of each year that the Trust is subject to the Exchange Act reporting requirements, the Depositor shall make available to the Securities Administrator the related Significance Estimate and the Securities Administrator shall use such information to calculate the related Significance Percentage. If the Significance Percentage meets either of the threshold levels detailed in Item 1115(b)(1) or 1115(b)(2) of Regulation AB, the Securities Administrator shall deliver written notification to the Depositor and the Corridor Contract Provider to that effect. The Securities Administrator shall request and the Depositor shall obtain from the Corridor Contract Provider any information required under Regulation AB to the extent required under the Corridor Contracts. The Depositor will be obligated pursuant to the Corridor Contracts to provide to the Securities Administrator any information that may be required to be included in any Form 10-D, Form 8-K or Form 10-K or written notification instructing the Securities Administrator that such Additional Disclosure regarding the Corridor Contract Provider is not necessary for such Distribution Date. The Depositor shall be responsible for any reasonable fees and expenses assessed or incurred by the Securities Administrator in connection with including any Additional Disclosure information pursuant to this Section.

So long as the Depositor is subject to the filing requirements of the Exchange Act with respect to the Trust Fund, the Trustee shall notify the Securities Administrator and the Depositor of any bankruptcy or receivership with respect to the Trustee or of any proceedings of the type described under Item 1117 of Regulation AB that have occurred as of the related Due Period, together with a description thereof, no later than the date on which such information is required of other parties hereto as set forth under this Section 3.18. In addition, the Trustee shall notify the Securities Administrator and the Depositor of any affiliations or relationships that develop after the Closing Date between the Trustee and the Depositor, the Sponsor, the Securities Administrator, the Master Servicer or the Custodian of the type described under Item 1119 of Regulation AB, together with a description thereof, no later than March 15 of each year that the Trust is subject to the Exchange Act reporting requirements, commencing in 2007. Should the identification of any of the Depositor, the Sponsor, the Securities Administrator, the Master Servicer or the Custodian change, the Depositor shall promptly notify the Trustee.

(v) (A) On or prior to January 30th of the first year in which the Securities Administrator is able to do so under applicable law, the Securities Administrator shall prepare and file a Form 15 relating to the automatic suspension of reporting in respect of the Trust under the Exchange Act.

(B) In the event that the Securities Administrator is unable to timely file with the Commission all or any required portion of any Form 8-K, 10-D or 10-K required to be filed by this Agreement because required disclosure information was either not delivered to it or delivered to it after the delivery deadlines set forth in this Agreement or for any other reason, the Securities Administrator shall promptly notify the Depositor and the Master Servicer. In the case of Form 10-D and 10-K, the Depositor, the Master Servicer and the Securities Administrator shall cooperate to prepare and file a Form 12b-25 and a 10-DA and 10-KA as applicable, pursuant to Rule 12b-25 of the Exchange Act. In the case of Form 8-K, the Securities Administrator will, upon receipt of all required Form 8-K Disclosure Information and upon the approval and direction of the Depositor, include such disclosure information on the next Form 10-D. In the event that any previously filed Form 8-K, 10-D or 10-K needs to be amended, and such amendment relates to any Additional Disclosure, the Securities Administrator shall notify the Depositor and the parties affected thereby and such parties will cooperate to prepare any necessary Form 8-K, 10-DA or 10-KA. Any Form 15, Form 12b-25 or any amendment to Form 8-K, 10-D or 10-K shall be signed by an appropriate officer of the Master Servicer. The parties hereto acknowledge that the performance by the Master Servicer and the Securities Administrator of their respective duties under this Section 3.16(a)(v) related to the timely preparation, execution and filing of Form 15, a Form 12b-25 or any amendment to Form 8-K, 10-D or 10-K is contingent upon the Master Servicer and the Depositor timely performing their duties under this Section. Neither the Master Servicer nor the Securities Administrator shall have any liability for any loss, expense, damage or claim arising out of or with respect to any failure to properly prepare, execute and/or timely file any such Form 12b-25 or any amendments to Form 8-K, 10-D or 10-K, where such failure results from a party's failure to deliver on a timely basis, any information from such party needed to prepare, arrange for execution or file such Form 15, Form 12b-25 or any amendments to Form 8-K, 10-D or 10-K, not resulting from its own negligence, bad faith or willful misconduct.

The Depositor agrees to promptly furnish to the Securities Administrator, from time to time upon request, such further information, reports and financial statements within its control related to this Agreement, the Mortgage Loans as the Securities Administrator reasonably deems appropriate to prepare and file all necessary reports with the Commission. The Securities Administrator shall have no responsibility to file any items other than those specified in this Section 3.18; provided, however, the Securities Administrator shall cooperate with the Depositor in connection with any additional filings with respect to the Trust Fund as the Depositor deems necessary under the Exchange Act. Fees and expenses incurred by the Securities Administrator in connection with this Section 3.18 shall not be reimbursable from the Trust Fund.

(b) The Securities Administrator shall indemnify and hold harmless, the Depositor and the Master Servicer and each of its officers, directors and affiliates from and against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments and other costs and expenses arising out of or based upon a breach of the Securities Administrator's obligations under Sections 3.16, 3.17 and 3.18 or the Securities Administrator's negligence, bad faith or willful misconduct in connection therewith. In addition, the Securities Administrator shall indemnify and hold harmless the Depositor and the Master Servicer and each of their respective officers, directors and affiliates from and against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments and other costs and expenses arising out of or based upon (i) any untrue statement or alleged untrue statement of any material fact contained in any Back-Up Certification, any Annual Statement of Compliance, any Assessment of Compliance or any Additional Disclosure provided by the Securities Administrator on its behalf or on behalf of any subservicer or subcontractor engaged by the Securities Administrator pursuant to Section 3.16, 3.17 or 3.18 (the "Securities Administrator Information"), or (ii) any omission or alleged omission to state therein a material fact required to be stated therein or necessary to make the statements therein, in light of the circumstances in which they were made, not misleading; provided, by way of clarification, that this paragraph shall be construed solely by reference to the Securities Administrator Information and not to any other information communicated in connection with the Certificates, without regard to whether the Securities Administrator Information or any portion thereof is presented together with or separately from such other information.

The Depositor shall indemnify and hold harmless the Securities Administrator and the Master Servicer and each of its officers, directors and affiliates from and against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments and other costs and expenses arising out of or based upon a breach of the obligations of the Depositor under Sections 3.16, 3.17 and 3.18 or the Depositor's negligence, bad faith or willful misconduct in connection therewith. In addition, the Depositor shall indemnify and hold harmless the Master Servicer, the Securities Administrator and each of their officers, directors and affiliates from and against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments and other costs and expenses arising out of or based upon (i) any untrue statement or alleged untrue statement of any material fact contained in any Additional Disclosure provided by the Depositor that is required to be filed pursuant to this Section 3.18 (the "Depositor Information"), or (ii) any omission or alleged omission to state therein a material fact required to be stated therein or necessary to make the statements therein, in light of the circumstances in which they were made, not misleading; provided, by way of clarification, that this paragraph shall be construed solely by reference to the Depositor Information that is required to be filed and not to any other information communicated in connection with the Certificates, without regard to whether the Depositor Information or any portion thereof is presented together with or separately from such other information.

Unassociated Document                                                                 Page 47 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2   FST-CV-09-5011591 Doc. 163   Exhibit D   Part 1 of 3   Pg 48 of 279

The Master Servicer shall indemnify and hold harmless the Securities Administrator and the Depositor and each of its respective officers, directors and affiliates from and against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments and other costs and expenses arising out of or based upon a breach of the obligations of the Master Servicer under Sections 3.16, 3.17 and 3.18 or the Master Servicer's negligence, bad faith or willful misconduct in connection therewith. In addition, the Master Servicer shall indemnify and hold harmless the Depositor and each of its officers, directors and affiliates from and against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments and other costs and expenses arising out of or based upon (i) any untrue statement or alleged untrue statement of any material fact contained in any Annual Statement of Compliance, any Assessment of Compliance or any Additional Disclosure provided by the Master Servicer on its behalf or on behalf of any subservicer or subcontractor engaged by the Master Servicer pursuant to Sections 3.16, 3.17 and 3.18 (the "Master Servicer Information"), or (ii) any omission or alleged omission to state therein a material fact required to be stated therein or necessary to make the statements therein, in light of the circumstances in which they were made, not misleading; provided, by way of clarification, that this paragraph shall be construed solely by reference to the Master Servicer Information and not to any other information communicated in connection with the Certificates, without regard to whether the Master Servicer Information or any portion thereof is presented together with or separately from such other information.

The Sponsor shall indemnify and hold harmless the Depositor, the Securities Administrator and the Master Servicer and each of its officers, directors and affiliates from and against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments and other costs and expenses arising out of or based upon a breach of the obligations of the Sponsor under Section 3.18(a)(iv) or the Sponsor's negligence, bad faith or willful misconduct in connection therewith. In addition, the Sponsor shall indemnify and hold harmless the Depositor and the Master Servicer and each of their respective officers, directors and affiliates and the Master Servicer from and against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments and other costs and expenses arising out of or based upon (i) any untrue statement or alleged untrue statement of any material fact contained in any Additional Disclosure provided by the Sponsor on its behalf or on behalf of any subservicer or subcontractor pursuant to Section 3.18(a)(iv) (the "Sponsor Information"), or (ii) any omission or alleged omission to state therein a material fact required to be stated therein or necessary to make the statements therein, in light of the circumstances in which they were made, not misleading; provided, by way of clarification, that this paragraph shall be construed solely by reference to the Sponsor Information and not to any other information communicated in connection with the Certificates, without regard to whether the Sponsor Information or any portion thereof is presented together with or separately from such other information.

If the indemnification provided for herein is unavailable or insufficient to hold harmless the Depositor, the Securities Administrator or the Master Servicer, as applicable, then the defaulting party, in connection with any conduct for which it is providing indemnification under this Section 3.18(c), agrees that it shall contribute to the amount paid or payable by the other parties as a result of the losses, claims, damages or liabilities of the other party in such proportion as is appropriate to reflect the relative fault and the relative benefit of the respective parties.

The indemnification provisions set forth in this Section 3.18(c) shall survive the termination of this Agreement or the termination of any party to this Agreement.

(c) [reserved.]

(d) Failure of the Master Servicer to comply with this Section 3.18 (including with respect to the timeframes required herein) shall be deemed an Event of Default, and at the written direction of the Depositor the Trustee shall, in addition to whatever rights the Trustee may have under this Agreement and at law or equity or to damages, including injunctive relief and specific performance, upon notice immediately terminate all of the rights and obligations of the Master Servicer under this Agreement and in and to the Mortgage Loans and the proceeds thereof without compensating the Master Servicer for the same (but subject to the Master Servicer rights to payment of any Master Servicing Compensation and reimbursement of all amounts for which it is entitled to be reimbursed prior to the date of termination). Failure of the Securities Administrator to comply with this Section 3.18 (including with respect to the timeframes required in this Section) which failure results in a failure to timely file the related Form 10-K, shall, at the written direction of the Depositor, constitute a default and the Trustee at the written direction of the Depositor shall, in addition to whatever rights the Trustee may have under this Agreement and at law or equity or to damages, including injunctive relief and specific performance, upon notice immediately terminate all of the rights and obligations of the Securities Administrator under this Agreement and in and to the Mortgage Loans and the proceeds thereof without compensating the Securities Administrator for the same (but subject to the Securities Administrator's right to reimbursement of all amounts for which it is entitled to be reimbursed prior to the date of termination). This paragraph shall supersede any other provision in this Agreement or any other agreement to the contrary. In connection with any termination under this Section 3.18(d), the Trustee shall be entitled to reimbursement of all costs and expenses associated with such termination in the event set forth in Section 9.05. Notwithstanding anything to the contrary in this Agreement, no Event of Default by the Master Servicer or default by the Securities Administrator shall have occurred with respect to any failure to properly prepare, execute and/or timely file any report on Form 8-K, Form 10-D or Form 10-K, any Form 15 or Form 12b-25 or any amendments to Form 8-K, 10-D or 10-K, where such failure results from any party's failure to deliver, on a timely basis, any information from such party needed to prepare, arrange for execution or file any such report, Form or amendment, and does not result from its own negligence, bad faith or willful misconduct.

(e) Notwithstanding the provisions of Section 11.01, this Section 3.18 may be amended without the consent of the Certificateholders.

(f) Any report, notice or notification to be delivered by the Master Servicer or the Securities Administrator to the Depositor pursuant to this Section 3.18, may be delivered via email to RegABNotifications@bear.com or, in the case of a notification, telephonically by calling Reg AB Compliance Manager at 212-272-7525.

Section 3.19 Intention of the Parties and Interpretation.

Each of the parties acknowledges and agrees that the purpose of Sections 3.16, 3.17 and 3.18 of this Agreement is to facilitate compliance by the Sponsor, the Depositor and the Master Servicer with the provisions of Regulation AB. Therefore, each of the parties agrees that (a) the obligations of the parties hereunder shall be interpreted in such a manner as to accomplish that purpose, (b) the parties' obligations hereunder will be supplemented and modified as necessary to be consistent with any such amendments, interpretive advice or guidance, convention or consensus among active participants in the asset-backed securities markets, advice of counsel, or otherwise in respect of the requirements of Regulation AB, (c) the parties shall comply with reasonable requests made by the Sponsor, the Depositor, the Master Servicer or the Securities Administrator for delivery of additional or different information as the Sponsor, the Depositor, the Master Servicer or the Securities Administrator may determine in good faith is necessary to comply with the provisions of Regulation AB, and (d) no amendment of this Agreement shall be required to effect any such changes in the obligations of the parties to this transaction as are necessary to accommodate evolving interpretations of the provisions of Regulation AB.

Section 3.20 UCC. The Depositor shall cause the filing of any financing statements, continuation statements or amendments thereto required by any change in the Uniform Commercial Code.

Section 3.21 Special Foreclosure Rights.

The related Servicer will not commence foreclosure proceedings with respect to a Mortgage Loan unless (i) no later than five Business Days prior to such commencement, it notifies the Master Servicer of its intention to do so, and (ii) Controlling Class Holder, either directly or through the Master Servicer, does not, within such period, affirmatively object to such action. If the Controlling Class Holder timely and affirmatively objects to such action, then it will instruct the Master Servicer to hire three appraisal firms identified in the related Servicing Agreement to compute the fair value of the Mortgaged Property relating to the Mortgage Loan utilizing the Fannie Mae Form 2055 Exterior-Only Inspection Residential Appraisal Report (each such appraisal firm computation, a "Fair Value Price"), in each case no later than 30 days from the date of the Controlling Class Holder's objection. The Controlling Class Holder will, no later than 5 days after the expiration of such 30-day period, purchase such Mortgage Loan in amount equal to the lesser of (i) the unpaid principal balance of the Mortgage Loan and (ii) the average of the three Fair Value Prices and remit such amount to the Securities Administrator for deposit in the Distribution Account.

In the event that the related Servicer determines not to proceed with foreclosure proceedings with respect to a Mortgage Loan that is 60 or 90 days' or more delinquent, as stated in the related Servicing Agreement, prior to taking any action with respect to such Mortgage Loan the related Servicer must promptly provide the Master Servicer with notice of such determination and a description of such other action as it intends to take with respect to such Mortgage Loan. The related Servicer is not permitted to proceed with any such action unless the Controlling Class Holder, either directly or through the Master Servicer, does not, within three or five Business Days following such notice, as stated in the related Servicing Agreement, affirmatively objects to the related Servicer taking such action.

Notwithstanding anything in this Agreement to the contrary, the Controlling Class Holder shall not be entitled to any of its rights described in this Section 3.21 with respect to a Mortgage Loan following its failure to purchase such Mortgage Loan (at the price set forth above) during the time frame set forth in the related Servicing Agreement following its objection to the related Servicer action.

**ARTICLE IV**

**ACCOUNTS**

Section 4.01 [Reserved].

Section 4.02 [Reserved].

Section 4.03  [Reserved].

Section 4.04 [Reserved].

Section 4.05 Servicer Protected Accounts.

(a) The Master Servicer shall enforce the obligation of the Servicers to establish and maintain a Protected Account in accordance with the related Servicing Agreements, with records to be kept with respect thereto on a Mortgage Loan by Mortgage Loan basis, into which accounts shall be deposited within one Business Day (or as of such other time specified in the related Servicing Agreements) of receipt all collections of principal and interest on any Mortgage Loan and with respect to any REO Property received by the related Servicer, including Principal Prepayments, Insurance Proceeds, Liquidation Proceeds, Subsequent Recoveries, and advances made from such Servicer's own funds (less servicing compensation as permitted by the related Servicing Agreement) and all other amounts to be deposited in the Protected Accounts. Each of the Servicers is hereby authorized to make withdrawals from and deposits to the related Protected Account for purposes required or permitted by this Agreement or the related Servicing Agreements. To the extent provided in this Agreement or the related Servicing Agreements, the Protected Account shall be held in a Designated Depository Institution and segregated on the books of such institution in the name of the Trustee for the benefit of Certificateholders.

(b) To the extent provided in this Agreement or any Servicing Agreement, amounts on deposit in a Protected Account may be invested in Permitted Investments in the name of the Trustee for the benefit of Certificateholders and, except as provided in the preceding paragraph, not commingled with any other funds, such Permitted Investments to mature, or to be subject to redemption or withdrawal, no later than the date on which such funds are required to be withdrawn for deposit in the Distribution Account, and shall be held until required for such deposit. The income earned from Permitted Investments made pursuant to this Section 4.05 shall be paid to the related Servicer under the related Servicing Agreement, and the risk of loss of moneys required to be distributed to the Certificateholders resulting from such investments shall be borne by and be the risk of the related Servicer. The related Servicer (to the extent provided in this Agreement or the related Servicing Agreement) shall deposit the amount of any such loss in the Protected Account within two Business Days of receipt of notification of such loss but not later than the second Business Day prior to the Distribution Date on which the moneys so invested are required to be distributed to the Certificateholders.

(c) To the extent provided in this Agreement or the related Servicing Agreement and subject to this Article IV, on or before each Remittance Date, the related Servicer shall withdraw or shall cause to be withdrawn from its Protected Account and shall immediately deposit or cause to be deposited in the Distribution Account amounts representing the following collections and payments (other than with respect to principal of or interest on the Mortgage Loans due on or before the Cut-off Date):

(i) With respect to each Loan Group Scheduled Monthly Payments on the Mortgage Loans received or any related portion thereof advanced by the related Servicer pursuant to the related Servicing Agreement which were due on or before the related Due Date, net of the amount thereof comprising the Servicing Fees;

(ii) with respect to each Loan Group, Full Principal Prepayments and any Liquidation Proceeds received by the related Servicer with respect to such Mortgage Loans in the related Prepayment Period, with interest to the date of prepayment or liquidation, plus any Compensating Interest Payments, net of the amount thereof comprising the Servicing Fees and LPMI Fees, if any;

(iii) With respect to each Loan Group, Partial Principal Prepayments received by the related Servicer for such Mortgage Loans in the related Prepayment Period;

(iv) With respect to each Loan Group any amount to be used as an Advance; and

(v) With respect to the Paul Financial Mortgage Loans, the amount of any Prepayment Charges collected with respect to the Paul Financial Mortgage Loans and the amount of any Prepayment Charges paid by Paul Financial in connection with the waiver of a Prepayment Charge in a manner that is not permitted under the Paul Financial Servicing Agreement.

(d) with respect to each Loan Group, withdrawals may be made from a Protected Account by the Master Servicer or the related Servicer only to make remittances as provided in Section 4.05 (c); to reimburse the Master Servicer or the related Servicer for Advances which have been recovered by subsequent collection from the related Mortgagor; to remove amounts deposited in error; to remove fees, charges or other such amounts deposited on a temporary basis; or to clear and terminate the account at the termination of this Agreement in accordance with Section 10.01. As provided in Section 4.05(c) certain amounts otherwise due to the related Servicer may be retained by the related Servicer and need not be deposited in the Distribution Account.

Section 4.06 [Reserved].

Section 4.07 [Reserved].

Section 4.08 Distribution Account.

(a) The Securities Administrator shall establish and maintain in the name of the Trustee, for the benefit of the Certificateholders, the Distribution Account as a segregated trust account or accounts. The Distribution Account shall be an Eligible Account. The Master Servicer or Servicer, as the case may be, will remit to the Securities Administrator for deposit in the Distribution Account the following amounts:

(i) with respect to each Loan Group, any Advance and any Compensating Interest Payments;

(ii) with respect to each Loan Group, any Insurance Proceeds, Liquidation Proceeds or Subsequent Recoveries received by or on behalf of the Master Servicer or which were not deposited in a Protected Account;

(iii) with respect to each Loan Group, the Repurchase Price with respect to any Mortgage Loans purchased by the Seller or Underlying Seller pursuant to Section 2.02 or 2.03 or any Underlying Sale Agreement, as applicable, any amounts which are to be treated pursuant to Section 4.09 of this Agreement as the payment of such a Repurchase Price, and all proceeds of any Mortgage Loans or property acquired with respect thereto repurchased by the Sponsor or its designee pursuant to Section 10.01;

(iv) with respect to each Loan Group, any amounts required to be deposited with respect to losses on investments of deposits in an Account;

(v) the purchase price for any Mortgage Loan purchased by the Controlling Class Holder pursuant to Section 3.21 hereof; and

(vi) with respect to each Loan Group, any other amounts received by or on behalf of the Master Servicer or the Trustee and required to be deposited in the Distribution Account pursuant to this Agreement.

(b) All amounts deposited to the Distribution Account shall be held by the Securities Administrator in the name of the Trustee in trust for the benefit of the Certificateholders in accordance with the terms and provisions of this Agreement. The requirements for crediting the Distribution Account shall be exclusive, it being understood and agreed that, without limiting the generality of the foregoing, payments in the nature of late payment charges or assumption, tax service, statement account or payoff, substitution, satisfaction, release and other like fees and charges, need not be credited by the Master Servicer or the related Servicer to the Distribution Account. In the event that the Master Servicer shall deposit or cause to be deposited to the Distribution Account any amount not required to be credited thereto, the Securities Administrator, upon receipt of a written request therefor signed by a Servicing Officer of the Master Servicer, shall promptly transfer such amount to the Master Servicer, any provision herein to the contrary notwithstanding.

(c) The Distribution Account shall constitute a trust account of the Trust Fund segregated on the books of the Securities Administrator and held by the Securities Administrator and the Distribution Account and the funds deposited therein shall not be subject to, and shall be protected from, all claims, liens, and encumbrances of any creditors or depositors of the Securities Administrator (whether made directly, or indirectly through a liquidator or receiver of the Securities Administrator). The amount at any time credited to the Distribution Account may be, as directed by the Master Servicer, held either uninvested in a trust or deposit account of the Securities Administrator with no liability for interest or other compensation thereof, except as otherwise agreed in writing with the Master Servicer, or invested in the name of the Trustee, in such Permitted Investments as may be selected by the Master Servicer which mature not later than the Business Day next preceding the succeeding Distribution Date, except if such Permitted Investment is an obligation of or is managed by the institution that maintains such fund or account, then such Permitted Investment shall mature not later than such Distribution Date. Permitted Investments in respect of the Distribution Account shall not be sold or disposed of prior to their maturity. The Master Servicer shall be permitted to receive distribution of all investment earnings from the Distribution Account earned during the six business days prior to each each Distribution Date and shall distribute to the Sponsor all investment earnings from the Distribution Account for any remaining days. If there is any loss on a Permitted Investment or demand deposit, the Master Servicer shall deposit the amount of the loss in the Distribution Account incurred during the six business days pursuant to the prior sentence. With respect to the Distribution Account and the funds deposited therein, the Securities Administrator shall take such action as may be necessary to ensure that the Certificateholders shall be entitled to the priorities afforded to such a trust account (in addition to a claim against the estate of the Securities Administrator) as provided by 12 U.S.C. § 92a(e), and applicable regulations pursuant thereto, if applicable, or any applicable comparable state statute applicable to state chartered banking corporations.

Section 4.09 Permitted Withdrawals and Transfers from the Distribution Account.

(a) The Securities Administrator will make such withdrawals or transfers from the Distribution Account as the Master Servicer has designated for such transfer or withdrawal pursuant to this Agreement or any Servicing Agreement (limited in the case of amounts due the Master Servicer to those not withdrawn from the Distribution Account in accordance with the terms of this Agreement; provided that the Securities Administrator shall not be responsible for such determination and may rely on the Master Servicer's instructions under this Section 4.09):

(i) to reimburse the Master Servicer or the related Servicer for any Advance or Servicing Advance of its own funds, the right of the Master Servicer or the related Servicer to reimbursement pursuant to this subclause (i) being limited to amounts received on a particular Mortgage Loan (including, for this purpose, the Repurchase Price therefor, Insurance Proceeds and Liquidation Proceeds) which represent late payments or recoveries of the principal of or interest on such Mortgage Loan respecting which such Advance or Servicing Advance was made;

(ii) to reimburse the Master Servicer or the related Servicer from Insurance Proceeds or Liquidation Proceeds relating to a particular Mortgage Loan for amounts expended by the Master Servicer or the related Servicer in good faith in connection with the restoration of the related Mortgaged Property which was damaged by an uninsured cause or in connection with the liquidation of such Mortgage Loan;

(iii) to reimburse the Master Servicer or the related Servicer from Insurance Proceeds relating to a particular Mortgage Loan for insured expenses incurred with respect to such Mortgage Loan and to reimburse the Master Servicer or the related Servicer from Liquidation Proceeds from a particular Mortgage Loan for Liquidation Expenses incurred with respect to such Mortgage Loan; provided that the Master Servicer shall not be entitled to reimbursement for Liquidation Expenses with respect to a Mortgage Loan to the extent that (i) any amounts with respect to such Mortgage Loan were paid as Excess Liquidation Proceeds pursuant to clause (viii) of this Subsection (a) to the Master Servicer; and (ii) such Liquidation Expenses were not included in the computation of such Excess Liquidation Proceeds;

(iv) to reimburse the Master Servicer or the related Servicer for advances of funds pursuant to this Agreement or the related Servicing Agreement, and the right to reimbursement pursuant to this subclause being limited to amounts received on the related Mortgage Loan (including, for this purpose, the Repurchase Price therefor, Insurance Proceeds and Liquidation Proceeds) which represent late recoveries of the payments for which such advances were made;

(v) to reimburse the Master Servicer or a Servicer for any Advance or advance, after a Realized Loss has been allocated with respect to the related Mortgage Loan if the Advance or advance has not been reimbursed pursuant to clauses (i) through (iv);

(vi) to pay the Master Servicer as set forth in Section 3.14;

(vii) to reimburse the Master Servicer for expenses, costs and liabilities incurred by and reimbursable to it pursuant to Sections 7.04(c) and (d) and 11.02 or otherwise reimbursable to it pursuant to this Agreement;

(viii) to pay to the Master Servicer, as additional servicing compensation, any Excess Liquidation Proceeds with respect to each Loan Group to the extent not retained by the related Servicer;

(ix) to reimburse or pay the related Servicer any such amounts as are due thereto under the related Servicing Agreement and have not been retained by or paid to the related Servicer, to the extent provided in the related Servicing Agreement;

(x) to reimburse the Trustee, the Custodian or the Securities Administrator for expenses, costs and liabilities incurred by or reimbursable to it pursuant to this Agreement;

(xi) to remove amounts deposited in error;

(xii) to pay the Sponsor as set forth in Section 4.08(c); and

(xiii) to clear and terminate the Distribution Account pursuant to Section 10.01.

(b) The Master Servicer shall keep and maintain separate accounting, on a Mortgage Loan by Mortgage Loan basis, for the purpose of accounting for any reimbursement from the Distribution Account pursuant to subclauses (i) through (iv), inclusive, and (v) or with respect to any such amounts which would have been covered by such subclauses had the amounts not been retained by the Master Servicer without being deposited in the Distribution Account under Section 4.08.

(c) On each Distribution Date, the Securities Administrator shall distribute the Interest Funds, Principal Distribution Amount and Group II Available Funds to the extent of funds on deposit

in the Distribution Account to the Holders of the related Certificates in accordance with the Remittance Report upon which the Securities Administrator may conclusively rely.

Section 4.10 Final Maturity Reserve Account.

(a) On or before the Closing Date, the Securities Administrator shall establish a Final Maturity Reserve Account on behalf of the Holders of the Group I Certificates. On the Closing Date, the Depositor shall cause an amount equal to the Final Maturity Reserve Account Deposit to be deposited into the Final Maturity Reserve Account. The Final Maturity Reserve Account must be an Eligible Account. The Final Maturity Reserve Account shall be entitled "Final Maturity Reserve Account, Wells Fargo Bank, N.A. as Securities Administrator on behalf of HSBC Bank USA, National Association as Trustee for the benefit of holders of Group I Certificates". On each Distribution Date as to which there is a Coupon Strip required to be applied to Group I Offered Certificates, the Securities Administrator shall deposit such Coupon Strip into the Final Maturity Reserve Account, and the Securities Administrator has been directed by the Class I-B-IO Certificateholder, as beneficial owner of the Final Maturity Reserve Account, to distribute amounts in the Final Maturity Reserve Account to the Holders of the Group I Offered Certificates in the manner and priorities set forth in clause (d) below. Any amount paid to the Holders of Group I Offered Certificates pursuant to clause (d) below in respect of Basis Risk Shortfall Carry-Forward Amounts shall be treated as distributed in respect of the Final Maturity IO Interest to the Securities Administrator for deposit into the Final Maturity Reserve Account on behalf of the Holder of the Class I-B-IO Certificates, as beneficial owner of the Final Maturity Reserve Account, and then paid by the Securities Administrator on behalf of the Holder of the Class I-B-IO Certificates to the Holders of the Group I Offered Certificates. Any payments to the Holders of the Group I Offered Certificates in respect of Basis Risk Shortfall Carry-Forward Amounts pursuant to clause (d) below shall not be payments with respect to a Regular Interest in a REMIC within the meaning of Code Section 860(G)(a)(1).

(b) The Final Maturity Reserve Account is an "outside reserve fund" within the meaning of Treasury Regulation Section 1.860G-2(h) and shall be an asset of the Trust Fund but not an asset of any REMIC. The Securities Administrator on behalf of the Trust shall be the nominal owner of the Final Maturity Reserve Account. The Class I-B-IO Certificateholder shall be the beneficial owner of the Final Maturity Reserve Account, subject to the power of the Securities Administrator to transfer amounts under clause (d) below. Amounts in the Final Maturity Reserve Account shall, at the direction of the Class I-B-IO Certificateholder, be invested in Permitted Investments that mature no later than the Business Day prior to the next succeeding Distribution Date. All net income and gain from such investments shall be distributed to the Class I-B-IO Certificateholder, not as a distribution in respect of any interest in any REMIC, on such Distribution Date. All amounts earned on amounts on deposit in the Final Maturity Reserve Account shall be taxable to the Class I-B-IO Certificateholder. Any losses on such investments shall be deposited in the Final Maturity Reserve Account by the Class I-B-IO Certificateholder out of its own funds immediately as realized. In the event that the Class I-B-IO Certificateholder shall fail to provide investment instructions to the Securities Administrator, the amounts on deposit in the Final Maturity Reserve Account shall be held uninvested.

(c) On each Distribution Date, any amounts on deposit in the Final Maturity Reserve Account in excess of the lesser of (i) the Certificate Principal Balance of the Group I Offered Certificates and (ii) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I with original terms to maturity in excess of 30 years, will be distributed to the Class I-B-IO Certificateholder.

(d) On the earlier of the Distribution Date occurring in May 2036 and the Distribution Date on which the final distribution of payments from the Mortgage Loans in Loan Group I and the other assets in the trust is expected to be made, any remaining amounts on deposit in the Final Maturity Reserve Account will be distributed to the Group I Offered Certificates in the following order of priority:

     (1) to the Class I-1A Certificates and Class I-2A Certificates, *pro rata*, in accordance with their respective outstanding Certificate Principal Balances, after giving effect to principal distributions on such Distribution Date, until the Certificate Principal Balances thereof have been reduced to zero;

     (2) sequentially, to the Class I-M-1, Class I-M-2, Class I-M--3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates, in that order, after giving effect to principal distributions on such Distribution Date, until the Certificate Principal Balances thereof have been reduced to zero;

     (4) to each class of Group I Offered Certificates, any Current Interest and Interest Carry Forward Amount for each such Class remaining unpaid after giving effect to interest distributions on such Distribution Date in accordance with payment priorities set forth in Section 5.04(a) *First*, *Third* and *Fourth* herein;

     (5) to each class of Group I Offered Certificates, any Basis Risk Shortfall Carry-Forward Amount for each such Class remaining unpaid after giving effect to the distributions on such Distribution Date in accordance with payment priorities set forth in Section 5.04(a) *Fifth* herein; and

     (6) to the Class I-B-IO Certificates, any remaining amount.

     If the Mortgage Loans are purchased in connection with an optional termination of the trust estate, the funds on deposit in the Final Maturity Reserve Account will be used to make payments in accordance with priorities (5) and (6) above after application of the purchase price pursuant to the exercise of the optional termination.

(e) On each Distribution Date on or after the Distribution Date in May 2016 and with respect to each Class of Group I Offered Certificate, the excess, if any, of (i) the amount distributed in respect of interest on such Certificates on such Distribution Date (excluding any Basis Risk Shortfall Carry-Forward Amounts), over (ii) the amount distributable in respect of interest to the REMIC VI Regular Interest the ownership of which is represented by such Certificates on such Distribution Date (such excess, a "Final Maturity Excess Coupon Amount"), shall be treated for federal income tax purposes not as amounts received in respect to such REMIC VI Regular Interest but rather as amounts having been distributed to the Securities Administrator in respect of the Final Maturity IO Interest on behalf of the Holder of the Class I-B-IO Certificates, as beneficial owner of the Final Maturity Reserve Account, and then paid by the Securities Administrator on behalf of the Holder of the Class I-B-IO Certificates to the Holders of such Group I Offered Certificates.

**ARTICLE V**

**DISTRIBUTIONS AND ADVANCES**

Section 5.01 Advances.

(a) The Master Servicer shall cause the related Servicer to remit any Advance required pursuant to the terms of the related Servicing Agreement. The related Servicer shall be obligated to make any such Advance only to the extent that such advance would not be a Nonrecoverable Advance. If the related Servicer shall have determined that it has made a Nonrecoverable Advance or that a proposed Advance or a lesser portion of such Advance would constitute a Nonrecoverable Advance, the related Servicer shall deliver (i) to the Securities Administrator for the benefit of the Certificateholders funds constituting the remaining portion of such Advance, if applicable, and (ii) to the Depositor, the Sponsor, the Master Servicer, each Rating Agency and the Trustee an Officer's Certificate setting forth the basis for such determination. Subject to the Master Servicer's recoverability determination, in the event that the related Servicer (other than Wells Fargo) fails to make a required Advance, the Master Servicer, as successor servicer, shall be required to remit the amount of such Advance to the Distribution Account. In the event that Wells Fargo as Servicer or the Master Servicer fails to make a required Advance, the Trustee, as successor servicer or successor master servicer, as applicable, shall be required to remit the amount of such Advance to the Distribution Account.

(b) If the Scheduled Monthly Payment on a Mortgage Loan that was due on a related Due Date and is delinquent other than as a result of application of the Relief Act and for which the related Servicer was required to make an Advance pursuant to related Servicing Agreement exceeds the related Servicing Fee with respect to such Mortgage Loan, the Master Servicer as successor servicer or any successor servicer appointy by the Master Servicer will remit to the Securities Administrator, who in turn will deposit in the Distribution Account not later than the Business Day prior to the Distribution Date an amount equal to such deficiency, net of the Servicing Fee for such Mortgage Loan except to the extent the Master Servicer determines any such Advance to be nonrecoverable from Liquidation Proceeds, Insurance Proceeds or future payments on the Mortgage Loan for which such Advance was made. Subject to the foregoing, the Master Servicer as successor servicer or any successor servicer appointd by the Master Servicer shall continue to make such Advances through the date that the related Servicer is required to do so under the related Servicing Agreement, as applicable. If applicable, on the related Remittance Date, the Master Servicer shall present an Officer's Certificate to the Trustee (i) stating that the Master Servicer elects not to make an Advance in a stated amount and (ii) detailing the reason it deems the advance to be nonrecoverable.

Subject to and in accordance with the provisions of Article VIII hereof, in the event the Master Servicer fails to make such Advance, then the Trustee, as successor master servicer, shall be obligated to make such Advance, subject to the provisions of this Section 5.01.

Section 5.02 Compensating Interest Payments.

(a) The Master Servicer shall cause each Servicer under the related Servicing Agreement to remit any required Compensating Interest Payments to the Distribution Account on the Remittance Date to the extent required under the related Servicing Agreement.

(b) The Master Servicer shall be required to remit the amount of any such Prepayment Interest Shortfalls, to the extent of the Master Servicing Compensation for such Distribution Date, in the event the related Servicer is required to make such payment but fails to do so.

Section 5.03 REMIC Distributions. On each Distribution Date, the Securities Administrator, as agent for the Trustee, shall be deemed to make distributions to the REMIC Regular Interests and the Final Maturity IO Interest in accordance with Section 6.07 hereof.

Section 5.04 Distributions.

(a) On each Distribution Date, the Interest Funds and Principal Distribution Amount for such Distribution Date shall be withdrawn by the Securities Administrator to the extent of funds on deposit in the Distribution Account with respect to Loan Group I and distributed as directed in accordance with the Remittance Report for such Distribution Date, in the following order of priority:

*First*, to pay any accrued and unpaid interest on the related Group I Offered Certificates and, if applicable, to fund the Final Maturity Reserve Account, in the following order of priority:

1. From Interest Funds in respect of Subgroup I-1 and Subgroup I-2, on each Distribution Date on and after the Distribution Date in May 2016, if applicable, to the Final Maturity Reserve Account, an amount equal to the Coupon Strip for such Distribution Date;

2. From remaining Interest Funds in respect of:

(a) Subgroup I-1, concurrently, to each Class of Class I-1A Certificates, the Current Interest and then any Interest Carry Forward Amount for each such Class, *pro rata*, based on the amounts owed to such Class; and

(b) Subgroup I-2, concurrently, to each Class of Class I-2A Certificates and the Class I-2X Certificates, the Current Interest and then any Interest Carry Forward Amount for each such Class, *pro rata*, based on the amounts owed to such Class;

3. From remaining Interest Funds in respect of both Subgroup I-1 and Subgroup I-2, sequentially, to the Class I-M-1, Class I-M-2, Class I-M-3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates, in that order, the Current Interest for each such Class;

4. Any Excess Spread to the extent necessary to meet a level of overcollateralization equal to the Overcollateralization Target Amount will be the Extra Principal Distribution Amount and will be included as part of the Principal Distribution Amount and distributed in accordance with *Second* (A) and (B) below; and

5. Any remaining Excess Spread will be the Remaining Excess Spread and will be applied, together with the Overcollateralization Release Amount, as Excess Cashflow pursuant to clauses *Third* through *Seventh* below.

*Second*, to pay as principal on the Adjustable Rate Certificates and Residual Certificates, in the following order of priority:

(A)    On each Distribution Date (i) prior to the Stepdown Date or (ii) on which a Trigger Event is in effect, from the Principal Distribution Amount for such Distribution Date:

1. Concurrently as follows:

(a) An amount equal to the Subgroup I-1 Principal Distribution Amount will be distributed sequentially to (i) to the Class R Certificates until the Certificate Principal Balance thereof is reduced to zero and (ii) to each Class of Class I-1A Certificates on a *pro rata* basis until the Certificate Principal Balance of each such Class is reduced to zero;

(b) An amount equal to the Subgroup I-2 Principal Distribution Amount will be distributed to each Class of Class I-2A Certificates on a *pro rata* basis until the Certificate Principal Balance of each such Class is reduced to zero; and

2. Any remaining Principal Distribution Amount will be distributed sequentially, to the Class I-M-1, Class I-M-2, Class I-M-3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates, in that order, in each case until the Certificate Principal Balance thereof is reduced to zero.

(B)     On each Distribution Date on or after the Stepdown Date, so long as a Trigger Event is not in effect, from the Principal Distribution Amount for such Distribution Date:

1. Concurrently as follows:

(a) An amount up to the Class I-1A Principal Distribution Amount will be distributed to each Class of Class I-1A Certificates on a *pro rata* basis until the Certificate Principal Balance of each such Class is reduced to zero;

(b) An amount up to the Class I-2A Principal Distribution Amount will be distributed to each Class of Class I-2A Certificates on a *pro rata* basis until the Certificate Principal Balance of each such Class is reduced to zero;

2. To the Class I-M-1 Certificates, from any remaining Principal Distribution Amount, the Class I-M-1 Principal Distribution Amount, until the Certificate Principal Balance thereof is reduced to zero;

3. To the Class I-M-2 Certificates, from any remaining Principal Distribution Amount, the Class I-M-2 Principal Distribution Amount, until the Certificate Principal Balance thereof is reduced to zero;

4. To the Class I-M-3 Certificates, from any remaining Principal Distribution Amount, the Class I-M-3 Principal Distribution Amount, until the Certificate Principal Balance thereof is reduced to zero;

5. To the Class I-B-1 Certificates, from any remaining Principal Distribution Amount, the Class I-B-1 Principal Distribution Amount, until the Certificate Principal Balance thereof is reduced to zero;

6. To the Class I-B-2 Certificates, from any remaining Principal Distribution Amount, the Class I-B-2 Principal Distribution Amount, until the Certificate Principal Balance thereof is reduced to zero;

7. To the Class I-B-3 Certificates, from any remaining Principal Distribution Amount, the Class I-B-3 Principal Distribution Amount, until the Certificate Principal Balance thereof is reduced to zero; and

8. To the Class I-B-4 Certificates, from any remaining Principal Distribution Amount, the Class I-B-4 Principal Distribution Amount, until the Certificate Principal Balance thereof is reduced to zero.

(C)     Notwithstanding the provisions of clauses *Second* (A) and (B) above, if on any Distribution Date the certificates in a Subgroup are no longer outstanding, the portion of the Principal Distribution Amount or the Class I-1A or Class I-2A Principal Distribution Amount, as applicable, otherwise allocable to such Subgroup will be allocated among the other Subgroup, after giving effect to distributions in *Second* (A) and (B) above, and will be distributed among the Certificates in each Subgroup in the manner set forth in *Second* (A) or (B) above, as applicable, until the Certificate Principal Balance of each such Class is reduced to zero.

*Third*, from any Excess Cashflow, to the Class I-1A, Class I-2A Certificates and Class I-2X Certificates, *pro rata* in accordance with the respective amounts owed to each such Class, (i) any Interest Carry-Forward Amount for each such Class to the extent not fully paid pursuant to subclauses *First* 1 above and (ii) any Unpaid Realized Loss Amount for each such Class, allocated to such Class from mortgage loans in the related Loan Group, for such Distribution Date;

*Fourth*, from any remaining Excess Cashflow, sequentially, to the Class I-M-1, Class I-M-2, Class I-M-3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates, in that order, in each case, first in an amount equal to any Interest Carry Forward Amount for such Class, and second in an amount equal to any Unpaid Realized Loss Amount for such Class;

*Fifth*, from any remaining Excess Cashflow otherwise distributable to the Class I-B-IO Certificates, to the Basis Risk Shortfall Reserve Fund, (i) first, to pay to the Classes of Class I-A Certificates any Basis Risk Shortfall Carry-Forward Amount for such Classes for such Distribution Date, on a *pro rata* basis, based on the amount of the Basis Risk Shortfall Carry Forward Amount for each such Class, in each case to the extent such amount exceeds the amounts then on deposit in the Basis Risk Shortfall Reserve Fund, (ii) second, to pay to the Class I-M-1, Class I-M-2, Class I-M-3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates, sequentially in that order, any Basis Risk Shortfall Carry Forward Amount for each such Class for such Distribution Date, if any, in each case to the extent such amount exceeds the amounts then on deposit in the Basis Risk Shortfall Reserve Fund, and (iii) third, to maintain a balance in the Basis Risk Shortfall Reserve Fund equal to the Basis Risk Shortfall Reserve Fund Deposit;

*Sixth*, , from any remaining Excess Cashflow, to the Class I-B-IO Certificates, an amount equal to the Class I-B-IO Distribution Amount reduced by amounts distributed in priority *fifth* above; and

*Seventh*, any remaining Excess Cashflow to the Class R Certificates.

On each Distribution Date, all amounts representing Prepayment Charges in respect of the Paul Financial Mortgage Loans received during the related Prepayment Period and deposited in the Distribution Account shall be withdrawn from the Distribution Account and distributed in accordance with the Remittance Report to the Class P Certificates and shall not be available for distribution to the Holders of any other Class of Certificates. The payment of such Prepayment Charges shall not reduce the Certificate Principal Balance of the Class P Certificates.

(b) On each Distribution Date, the Available Funds for each Subgroup included in Loan Group II for such Distribution Date shall be withdrawn by the Securities Administrator to the extent of such Available Funds on deposit in the Distribution Account and distributed as directed in accordance with the Remittance Report for such Distribution Date, in the following order of priority:

(A) On each Distribution Date, the Available Funds for Subgroup II-1 will be distributed to the Class II-1A-1, Class II-1A-2 and Class II-1X-1 Certificates as follows:

*first*, to the Class II-1A-1, Class II-1A-2 and Class II-1X-1 Certificates, the Accrued Certificate Interest on each such Class for such Distribution Date, *pro rata*, based on the Accrued Certificate Interest owed to each such Class;

*second*, to the Class II-1A-1, Class II-1A-2 and Class II-1X-1 Certificates, any Accrued Certificate Interest thereon remaining undistributed from previous Distribution Dates, *pro rata*, based on the undistributed Accrued Certificate Interest owed to each Class, to the extent of remaining Available Funds for Subgroup II-1; and

*third*, to the Class II-1A-1 Certificates and Class II-1A-2 Certificates, in reduction of their Certificate Principal Balances, *pro rata*, based on each respective Certificate Principal Balance, the Senior Optimal Principal Amount with respect to the Senior Certificates in Subgroup II-1 for such Distribution Date, to the extent of remaining Available Funds for

Unassociated Document            Page 54 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 55 of 279

Subgroup II-1 until each such Certificate Principal Balance has been reduced to zero.

(B) On each Distribution Date, the Available Funds for Subgroup II-2 will be distributed to the Class II-2A-1, Class II-2A-2 and Class II-2X-1 Certificates as follows:

*first*, to the Class II-2A-1, Class II-2A-2 and Class II-2X-1 Certificates, the Accrued Certificate Interest on each such Class for such Distribution Date, *pro rata*, based on the Accrued Certificate Interest owed to each such Class;

*second*, to the Class II-2A-1, Class II-2A-2 and Class II-2X-1 Certificates, any Accrued Certificate Interest thereon remaining undistributed from previous Distribution Dates, *pro rata*, based on the undistributed Accrued Certificate Interest owed to each class, to the extent of remaining Available Funds for Subgroup II-2; and

*third*, to the Class II-2A-1 Certificates and Class II-2A-2 Certificates, in reduction of their Certificate Principal Balances, *pro rata*, based on each respective Certificate Principal Balance, the Senior Optimal Principal Amount with respect to the Senior Certificates in Subgroup II-2 for such Distribution Date, to the extent of remaining Available Funds for Subgroup II-2, until each such Certificate Principal Balance has been reduced to zero.

(C) On each Distribution Date, the Available Funds for Subgroup II-3 will be distributed to the Class II-3A-1, Class II-3A-2 and Class II-3X-1 Certificates as follows:

*first*, to the Class II-3A-1, Class II-3A-2 and Class II-3X-1 Certificates, the Accrued Certificate Interest on each such Class for such Distribution Date, *pro rata*, based on the Accrued Certificate Interest owed to each such Class;

*second*, to the Class II-3A-1, Class II-3A-2 and Class II-3X-1 Certificates, any Accrued Certificate Interest thereon remaining undistributed from previous Distribution Dates, *pro rata*, based on the undistributed Accrued Certificate Interest owed to each Class, to the extent of remaining Available Funds for Subgroup II-3; and

*third*, to the Class II-3A-1 Certificates and Class II-3A-2 Certificates, in reduction of their Certificate Principal Balances, *pro rata*, based on each respective Certificate Principal Balance, the Senior Optimal Principal Amount with respect to the Senior Certificates in Subgroup II-3 for such Distribution Date, to the extent of remaining Available Funds for Subgroup II-3, until each such Certificate Principal Balance has been reduced to zero.

(D) Except as provided in paragraphs (E) and (F) below, on each Distribution Date on or prior to the Cross-Over Date, an amount equal to the sum of the remaining Available Funds for all Subgroups in Loan Group II after the distributions set forth in paragraphs (A) through (C) above, will be distributed sequentially to the Class II-B-1, Class II-B-2, Class II-B-3, Class II-B-4, Class II-B-5 and Class II-B-6 Certificates, in that order, in each case up to an amount equal to and in the following order: (a) the Accrued Certificate Interest thereon for such Distribution Date, (b) any Accrued Certificate Interest thereon remaining undistributed from previous Distribution Dates and (c) such Class's Allocable Share for such Distribution Date, in each case, to the extent of the remaining Available Funds for all Subgroups in Loan Group II.

(E) On each Distribution Date prior to the Cross-Over Date but after the reduction of the aggregate Certificate Principal Balance of the Group II Senior Certificates in any Subgroup or Groups to zero, the remaining Subgroups will be entitled to receive in reduction of their Certificate Principal Balances, *pro rata*, based upon the aggregate Certificate Principal Balance of the Group II Senior Certificates in each Subgroup immediately prior to such Distribution Date, in addition to any Principal Prepayments related to such remaining Senior Certificates' respective Subgroup allocated to such Senior Certificates, 100% of the Principal Prepayments on any Mortgage Loan in Loan Group II in the Subgroup relating to the fully paid Subgroup. Such amounts allocated to Group II Senior Certificates shall be treated as part of the Available Funds for the related Subgroup and distributed as part of the related Senior Optimal Principal Amount in accordance with the priorities set forth in clause *third* in each of paragraphs (A) through (C) above, in reduction of the Certificate Principal Balances thereof. Notwithstanding the foregoing, if (i) the weighted average of the Subordinate Percentages on such Distribution Date equals or exceeds two times the initial weighted average of the Subordinate Percentages and (ii) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group II in all Subgroups delinquent 60 days or more (including for this purpose any such Mortgage Loans in foreclosure and Mortgage Loans with respect to which the related Mortgaged Property has been acquired by the Trust), averaged over the last six months, as a percentage of the sum of the aggregate Certificate Principal Balance of the Group II Subordinate Certificates does not exceed 100%, then the additional allocation of Principal Prepayments to the Group II Senior Certificates in accordance with this paragraph (E) will not be made and 100% of the Principal Prepayments on any Mortgage Loans in Loan Group II in the Subgroup relating to the fully paid Subgroup will be allocated to the Group II Subordinate Certificates.

(F) If on any Distribution Date on which the aggregate Certificate Principal Balance of the Group II Senior Certificates in a Subgroup would be greater than the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group II in its related Subgroup and any Group II Subordinate Certificates are still outstanding, in each case, after giving effect to distributions to be made on such Distribution Date, (i) 100% of amounts otherwise allocable to the Group II Subordinate Certificates in respect of principal will be distributed to such Group II Senior Certificates in reduction of the Certificate Principal Balances thereof, until the aggregate Certificate Principal Balance of such Group II Senior Certificates is equal to the aggregate Stated Principal Balance of the Mortgage Loans in its related Subgroup, and (ii) the Accrued Certificate Interest otherwise allocable to the Group II Subordinate Certificates on such Distribution Date will be reduced and distributed to such Group II Senior Certificates, to the extent of any amount due and unpaid on such Group II Senior Certificates, in an amount equal to the Accrued Certificate Interest for such Distribution Date on the excess of (x) the aggregate Certificate Principal Balance of such Group II Senior Certificates over (y) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group II in the related Subgroup. Any such reduction in the Accrued Certificate Interest on the Group II Subordinate Certificates will be allocated first to the Group II Subordinate Certificates in reverse order of their respective numerical designations, commencing with the Class II-B-6 Certificates. If there exists more than one undercollateralized Subgroup on a Distribution Date, amounts distributable to such undercollateralized Subgroups pursuant to this paragraph will be allocated between such undercollateralized Subgroups, *pro rata*, based upon the amount by which their respective aggregate Certificate Principal Balances exceed the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group II in their respective Subgroups.

(G) If, after distributions have been made pursuant to priorities first and second of paragraphs (A) through (C) above on any Distribution Date, the remaining Available Funds for any Subgroup is less than the Senior Optimal Principal Amount for that Subgroup, the Senior Optimal Principal Amount for that Subgroup shall be reduced by that amount, and the remaining Available Funds for that Subgroup will be distributed as principal among the related classes of Senior Certificates in Loan Group II, *pro rata*, based on their respective Certificate Principal Balances.

(c) On each Distribution Date on or prior to the applicable Corridor Contract Termination Date, amounts allocated to the Trust Fund in respect of each Corridor Contract for such Distribution Date will be deposited in the Basis Risk Shortfall Reserve Fund and then distributed by the Securities Administrator to the Adjustable Rate Certificates and Class I-B-IO Certificates, as applicable, to as follows:

*first*, (i) to the Holders of the Class I-1A Certificates, pro rata, from payments from the Class I-1A Corridor Contract, an amount equal to any Basis Risk Shortfall Carry-Forward Amount for such Class for such Distribution Date, (ii) to the Holders of the Class I-2A Certificates, pro rata, from payments from the Class I-2A Corridor Contract, an amount equal to any Basis Risk Shortfall Carry-Forward Amount for such Class for such Distribution Date, (iii) to the Holders of the related Class of Certificates, respectively, from payments from each Subordinate Corridor Contract, an amount equal to any Basis Risk Shortfall Carry-Forward Amount for such Class for such Distribution Date and (iv) to maintain a balance in the Basis Risk Shortfall Reserve Fund equal to the Basis Risk Shortfall Reserve Fund Deposit, in each case to the extent not covered under clause (a) *Fifth* above;

*second*, (i) to the Holders of the Class I-1A Certificates, pro rata, from remaining payments from the Class I-1A Corridor Contract, an amount equal to any Current Interest and any Interest Carryforward Amount for such Class for such Distribution Date, (ii) to the Holders of the Class I-2A Certificates, pro rata, from remaining payments from the Corridor Contract relating to the Class I-2A Certificates, an amount equal to any Current Interest and any Interest Carryforward Amount for such Class for such Distribution Date and (iii) to the Holders of each Group I Subordinate Certificate, from remaining payments from the related Subordinate Corridor Contract, an amount equal to any Current Interest and any Interest Carryforward Amount for such Class for such Distribution Date, in each case to the extent due to the interest portion of a Realized Loss with respect to the related Mortgage Loans, and in each case to the extent not covered under clause (a) *Second*, *Third* and *Fourth* above;

*third*, to the extent not paid in clauses *first* and *second* above, (a) concurrently on a pro rata basis, (i) to the Holders of the Class I-1A Certificates, pro rata, from remaining amounts paid on such Distribution Date pursuant to the Corridor Contracts other than the Class I-1A Corridor Contract, an amount equal to the sum of (A) any Basis Risk Shortfall Carry-Forward Amounts for such Class for such Distribution Date and (B) any Current Interest and any Interest Carryforward Amount, in each case to the extent due to the interest portion of a Realized Loss with respect to the related Mortgage Loans, for such Class for such Distribution Date and (ii) to the Holders of the Class I-2A Certificates, pro rata, from remaining amounts paid on such Distribution Date pursuant to the Corridor Contracts other than the Class I-2A Corridor Contract, an amount equal to the sum of (A) any Basis Risk

Shortfall Carry-Forward Amounts for such Class for such Distribution Date and (B) any Current Interest and any Interest Carryforward Amount, in each case to the extent due to the interest portion of a Realized Loss with respect to the related Mortgage Loans, for such Class for such Distribution Date, (b) sequentially, to the Holders of the Class I-M-1, Class I-M-2, Class I-M-3, Class I-B-1, Class I-B-2, Class I-B-3 and Class I-B-4 Certificates, in that order, in each case from remaining amounts paid on such Distribution Date pursuant to the Corridor Contracts other than the related Subordinate Corridor Contract, an amount equal to the sum of (A) any Basis Risk Shortfall Carry-Forward Amounts for such Class for such Distribution Date and (B) any Current Interest and any Interest Carryforward Amount, in each case to the extent due to the interest portion of a Realized Loss with respect to the related Mortgage Loans, for such Class for such Distribution Date and (c) to maintain a balance in the Basis Risk Shortfall Reserve Fund equal to the Basis Risk Shortfall Reserve Fund Deposit; and

(i) *fourth*, from any remaining amounts, to the Holder of the Class I-B-IO Certificates.

(d) Subject to Section 10.02 hereof respecting the final distribution, on each Distribution Date the Securities Administrator shall make distributions to each Certificateholder of record on the preceding Record Date either by wire transfer in immediately available funds to the account of such Holder at a bank or other entity having appropriate facilities therefor, if (i) such Holder has so notified the Securities Administrator at least 5 Business Days prior to the related Record Date and (ii) such Holder shall hold Regular Certificates with aggregate principal denominations of not less than $1,000,000 or evidencing a Percentage Interest aggregating 10% or more with respect to such Class or, if not, by check mailed by first class mail to such Certificateholder at the address of such Holder appearing in the Certificate Register. Notwithstanding the foregoing, but subject to Section 10.02 hereof respecting the final distribution, distributions with respect to Certificates registered in the name of a Depository shall be made to such Depository in immediately available funds.

(e) On or before 5:00 p.m. Eastern time on the fifth Business Day immediately preceding each Distribution Date, the Master Servicer shall deliver a report to the Securities Administrator in the form of a computer readable magnetic tape (or by such other means as the Master Servicer and the Securities Administrator may agree from time to time) containing such data and information, as agreed to by the Master Servicer and the Securities Administrator such as to permit the Securities Administrator to prepare the Monthly Statement to Certificateholders and to direct the Securities Administrator in writing to make the required distributions for the related Distribution Date (the "Remittance Report").

Section 5.05 Allocation of Realized Losses.

(a) On or prior to each Determination Date, the Master Servicer shall determine the amount of any Realized Loss in respect of each Loan Group in respect of each related Mortgage Loan that occurred during the immediately preceding calendar month.

(b) The interest portion of Realized Losses with respect to each Loan Group shall be allocated to the related Certificates as described in Section 1.02 hereof.

(c) The principal portion of all Realized Losses on Loan Group I shall be allocated on each Distribution Date as follows: first, to Excess Cashflow as part of the payment of the Overcollateralization Increase Amount; second, in reduction of the Overcollateralization Amount, until reduced to zero; third, in an amount equal to the related Applied Realized Loss Amount, sequentially, to the Class I-B-4, Class I-B-3, Class I-B-2, Class I-B-1, Class I-M-3, Class I-M-2 and Class I-M-1 Certificates, in that order, in each case until the Certificate Principal Balance of such Class has been reduced to zero. Thereafter, the principal portion of Realized Losses on (I) the Subgroup I-1 Mortgage Loans will be allocated first to the Class I-A-3 Certificates and then to the Class I-1A-2 Certificates and then to the Class I-1A-1 Certificates in each case until the Certificate Principal Balance thereof has been reduced to zero and (II) the Subgroup I-2 Mortgage Loans will be allocated first to the Class I-2A-3 Certificates, then to the Class I-2A-2 Certificates and then to the Class I-2A-1 Certificates, in each until the Certificate Principal Balance thereof has been reduced to zero.

(d) The principal portion of Realized Losses on the Group II Mortgage Loans will be allocated on any Distribution Date as follows: first, to the Class II-B-6 Certificates; second, to the Class II-B-5 Certificates; third, to the Class II-B-4 Certificates; fourth, to the Class II-B-3 Certificates; fifth, to the Class II-B-2 Certificates; and sixth, to the Class II-B-1 Certificates; in each case until the Certificate Principal Balance of such Class has been reduced to zero. Thereafter, the principal portion of Realized Losses on the Group II Senior Certificates (other than the Group II Interest Only Certificates) in the related Subgroup. Once any of the Class II-1A-1 Certificates and Class II-1A-2 Certificates, in the aggregate, the Class II-2A-1 Certificates and Class II-2A-2 Certificates, in the aggregate, or the Class II-3A-1 Certificates and Class II-3A-2 Certificates, in the aggregate, have been reduced to zero, the principal portion of Realized Losses on the mortgage loans in the related Subgroup (if any) will be allocated *pro rata* based upon their respective Certificate Principal Balances to the remaining outstanding Senior Certificates of the other Subgroups, *pro rata*, based upon their respective Certificate Principal Balances. The principal portion of any Realized Losses that are allocated to the Certificates in Subgroup II-1 will be allocated first to the Class II-1A-2 Certificates and then to the Class II-1A-1 Certificates, in each case until the Certificate Principal Balance thereof has been reduced to zero. The principal portion of any Realized Losses that are allocated to the Certificates in Subgroup II-2 will be allocated first to the Class II-2A-2 Certificates and then to the Class II-2A-1 Certificates, in each case until the Certificate Principal Balance thereof has been reduced to zero. The principal portion of any Realized Losses that are allocated to the Certificates in Subgroup II-3 will be allocated first to the Class II-3A-2 Certificates and then to the Class II-3A-1 Certificates, in each case until the Certificate Principal Balance thereof has been reduced to zero.

(e) Notwithstanding the foregoing clause (d), no such allocation of any Realized Loss shall be made on a Distribution Date to any Class of (i) Group 1 Certificates to the extent that such allocation would result in the reduction of the aggregate Certificate Principal Balance of all the Group 1 Certificates as of such Distribution Date, after giving effect to all distributions and prior allocations of Realized Losses on the Group 1 Mortgage Loans on such date, to an amount less than the aggregate Stated Principal Balance of all of the Group 1 Mortgage Loans as of the first day of the month of such Distribution Date or (ii) Group II Certificates to the extent that such allocation would result in the reduction of the aggregate Certificate Principal Balance of all the Group II Certificates as of such Distribution Date, after giving effect to all distributions and prior allocations of Realized Losses on the related Mortgage Loans on such date, to an amount less than the aggregate Stated Principal Balance of all of the Mortgage Loans as of the first day of the month of such Distribution Date (such limitation, the "Loss Allocation Limitation").

(f) No reduction of the Certificate Principal Balance of any Class of a related Group II Senior Certificate (other than related the Interest Only Certificates) shall be made on any Distribution Date on account of Realized Losses to the extent that such reduction would have the effect of reducing the aggregate Certificate Principal Balance of all of the Classes of the related Group II Senior Certificates (other than the related Interest Only Certificates) and Group II Subordinate Certificates as of such Distribution Date to an amount less than the Stated Principal Balances of the related Mortgage Loans in Loan Group II as of the related Due Date.

(g) All Realized Losses to be allocated to the Certificate Principal Balances of all related Classes on any Distribution Date shall be so allocated after the actual distributions to be made on such date as provided above. All references above to the Certificate Principal Balance of any Class of Certificates shall be to the Certificate Principal Balance of such Class immediately prior to the relevant Distribution Date, before reduction thereof by any Realized Losses, in each case to be allocated to such Class of Certificates, on such Distribution Date.

(h) Any allocation of the principal portion of Realized Losses with respect to each Loan Group to a related Certificate on any Distribution Date shall be made by reducing the Certificate Principal Balance thereof by the amount so allocated; with respect to Loan Group I, any allocation of Realized Losses to Excess Cashflow shall be made by reducing the amount otherwise payable in respect of the Class I-B-IO Certificates pursuant to priority *Sixth* of Section 5.04(a). No allocations of any Realized Losses shall be made to the Certificate Principal Balances of the Class P Certificates or Class R Certificates.

(i) All Realized Losses and all other losses allocated to a Class of Certificates hereunder shall be allocated among the Certificates of such Class in proportion to the Percentage Interests evidenced thereby.

(j) In addition, in the event that the Master Servicer receives any Subsequent Recoveries in respect of a Loan Group from the related Servicer, the Master Servicer shall deposit such funds for such Loan Group into the Distribution Account pursuant to Section 5.07. If, after taking into account such Subsequent Recoveries, the amount of a Realized Loss is reduced, the amount of such Subsequent Recoveries shall be applied to increase the Certificate Principal Balance of the related Class of Subordinate Certificates with the highest payment priority to which Subsequent Recoveries with respect to such Loan Group have been allocated, but not by more than the amount of Realized Losses previously allocated to that Class of Subordinate Certificates pursuant to this Section 5.05 and, in the case of the Group I Subordinate Certificates, not previously reimbursed to such Class of Subordinate Certificates with Excess Cashflow pursuant to priority *Fourth* of Section 5.04(a); provided, however, in the case of the Group I Subordinate Certificates, to the extent that no reductions to a Certificate Principal Balance of such Class of Subordinate Certificates currently exists as the result of a prior allocation of a Realized Loss with respect to Loan Group I, such Subsequent Recoveries with respect to such Loan Group shall be applied as Excess Spread to such Loan Group. Holders of

Unassociated Document

Page 56 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 57 of 279

Certificates will not be entitled to any payment in respect of current interest on the amount of increases described herein for any Interest Accrual Period preceding the Distribution Date on which such increase occurs. Any such increases shall be applied to the Certificate Principal Balance of each related Subordinate Certificate of such Class in accordance with its respective Percentage Interest.

(j) (i) All Realized Losses on the Mortgage Loans in Subgroup I-1 shall be allocated on each Distribution Date to REMIC I Regular Interests A and A-IO on a *pro rata* basis, and all Realized Losses on the Mortgage Loans in Subgroup I-2 shall be allocated on each Distribution Date to REMIC I Regular Interests B and B-IO on a *pro rata* basis.

(ii) (1) The REMIC II Marker Allocation Percentage of the aggregate amount of any interest portion of Realized Losses on the Mortgage Loans in Loan Group I shall be allocated on each Distribution Date first, to Uncertificated Accrued Interest payable to REMIC II Regular Interest AA and REMIC II Regular Interest ZZ on an aggregate amount equal to the REMIC II Interest Loss Allocation Amount (without duplication of any such amount attributable to allocations of Net Interest Shortfalls on such Distribution Date pursuant to Section 1.02), 98% and 2%, respectively, and thereafter, to Uncertificated Accrued Interest payable to the REMIC II Regular Interests (other than REMIC II Regular Interests P, IO, 1-Sub, 1-Grp, 2-Sub, 2-Grp and XX), pro rata, based on the Uncertificated Accrued Interest for each such REMIC II Regular Interest prior to such allocation. The REMIC II Marker Allocation Percentage of the aggregate amount of any principal portion of Realized Losses on the Mortgage Loans in Loan Group I shall be allocated on each Distribution Date to the following REMIC II Regular Interests in the specified percentages, as follows: first, to Uncertificated Accrued Interest payable to REMIC II Regular Interest AA and REMIC II Regular Interest ZZ up to an aggregate amount equal to the REMIC II Interest Loss Allocation Amount (without duplication of any such amount attributable to allocations of Net Interest Shortfalls or the interest portion of Realized Losses on such Distribution Date pursuant to Section 1.02 or the preceding sentence), 98% and 2%, respectively; second, to the Uncertificated Principal Balances of the REMIC II Regular Interest AA and REMIC II Regular Interest ZZ up to an aggregate amount equal to the REMIC II Principal Loss Allocation Amount, 98% and 2%, respectively; third, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-B-4 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-B-4 has been reduced to zero; fourth, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-B-3 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-B-3 has been reduced to zero; fifth, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-B-2 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-B-2 has been reduced to zero; sixth, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-B-1 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-B-1 has been reduced to zero; seventh, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-M-3 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-M-3 has been reduced to zero; eighth, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-M-2 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-M-2 has been reduced to zero; and ninth, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-M-1 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-M-1 has been reduced to zero. Thereafter, (i) the REMIC II Marker Allocation Percentage of the aggregate amount of any principal portion of Realized Losses on the Mortgage Loans in Subgroup I-1 remaining after the allocations in the preceding sentence shall be allocated on each Distribution Date to the following REMIC II Regular Interests in the specified percentages, as follows: first, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-1A-3 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-1A-3 has been reduced to zero; second, to the Uncertificated Principal Balances of REMIC II Regular Interest AA and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-1A-2 has been reduced to zero; and third, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-1A-1 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-1A-1 has been reduced to zero, and (ii) the REMIC II Marker Allocation Percentage of the aggregate amount of any principal portion of Realized Losses on the Mortgage Loans in Subgroup I-2 remaining after the allocations in the preceding sentence shall be allocated on each Distribution Date to the following REMIC II Regular Interests in the specified percentages, as follows: first, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-2A-3 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-2A-3 has been reduced to zero; second, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-2A-2 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-2A-2 has been reduced to zero; and third, to the Uncertificated Principal Balances of REMIC II Regular Interest AA, REMIC II Regular Interest I-2A-1 and REMIC II Regular Interest ZZ, 98%, 1% and 1%, respectively, until the Uncertificated Principal Balance of REMIC II Regular Interest I-2A-1 has been reduced to zero.

(2) The REMIC II Sub WAC Allocation Percentage of the aggregate amount of any interest portion of Realized Losses on the Mortgage Loans in Loan Group I shall be allocated on each Distribution Date to Uncertificated Accrued Interest payable to the REMIC II Regular Interests 1-Sub, 1-Grp, 2-Sub, 2-Grp and XX, *pro rata*, based on the Uncertificated Accrued Interest for each such REMIC II Regular Interest prior to such allocation. The REMIC II Sub WAC Allocation Percentage of the aggregate amount of any principal portion of Realized Losses on the Mortgage Loans in Loan Group I shall be allocated on each Distribution Date first, so as to keep the Uncertificated Principal Balance of each REMIC II Regular Interest ending with the designation "Grp" equal to 0.01% of the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup; second, to each REMIC II Regular Interest ending with the designation "Sub" so that the Uncertificated Principal Balance of each such REMIC II Regular Interest is equal to 0.01% of the excess of (x) the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup over (y) the current aggregate Certificate Principal Balance of the Class I-A Certificates related to such Subgroup (except that if any such excess is a larger number than in the preceding distribution period, the least amount of Realized Losses shall be applied to such REMIC II Regular Interests such that the REMIC II Subordinated Balance Ratio is maintained); and third, any remaining Realized Losses shall be allocated to REMIC II Regular Interest XX.

(iii) All Realized Losses incurred in respect of the Mortgage Loans in Loan Group I for any Distribution Date shall be allocated among the REMIC III Regular Interests in the same manner and priority as such amounts are allocable to the Corresponding Certificates; provided, however, that solely for purposes of the foregoing, any losses allocable to the Class I-2X Certificates shall be deemed to be allocated to the Class I-2A-1, Class I-2A-2 and Class I-2A-3 Certificates on a *pro rata* basis.

(iv) The aggregate amount of any interest portion of Realized Losses on the Mortgage Loans in Loan Group II shall be allocated on each Distribution Date to Uncertificated Accrued Interest payable to the REMIC IV Regular Interests 1-Sub, 1-Grp, 2-Sub, 2-Grp, 3-Sub, 3-Grp and XX, *pro rata*, based on the Uncertificated Accrued Interest for each such REMIC IV Regular Interest prior to such allocation. The aggregate amount of any principal portion of Realized Losses on the Mortgage Loans in Loan Group II shall be allocated on each Distribution Date first, so as to keep the Uncertificated Principal Balance of each REMIC IV Regular Interest ending with the designation "Grp" equal to 0.01% of the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup; second, to each REMIC IV Regular Interest ending with the designation "Sub" so that the Uncertificated Principal Balance of each such REMIC IV Regular Interest is equal to 0.01% of the excess of (x) the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup over (y) the current aggregate Certificate Principal Balance of the Class II-A Certificates related to such Subgroup (except that if any such excess is a larger number than in the preceding distribution period, the least amount of Realized Losses shall be applied to such REMIC IV Regular Interests such that the REMIC IV Subordinated Balance Ratio is maintained); and third, any remaining Realized Losses shall be allocated to REMIC IV Regular Interest XX.

(iv) All Realized Losses incurred in respect of the Mortgage Loans in Loan Group II for any Distribution Date shall be allocated among the REMIC V Regular Interests in the same manner and priority as such amounts are allocable to the Corresponding Certificates; provided, however, that solely for purposes of the foregoing, any losses allocable to the Class II-X-1 Certificates shall be deemed to be allocated to the Class II-1A-1 Certificates and Class II-1A-2 Certificates on a *pro rata* basis, any losses allocable to the Class II-2X-1 Certificates shall be deemed to be allocated to the Class II-2A-1 Certificates and Class II-2A-2 Certificates on a *pro rata* basis, and any losses allocable to the Class II-3X-1 Certificates shall be deemed to be allocated to the Class II-3A-1 Certificates and Class II-3A-2 Certificates on a *pro rata* basis.

Section 5.06 Monthly Statements to Certificateholders.

(a) Not later than each Distribution Date, the Securities Administrator shall prepare and make available to each Holder of Certificates, the Trustee, the Master Servicer and the Depositor a statement setting forth for the Certificates:

(i)  the applicable accrual periods for calculating distributions and general distribution dates;

(ii)  with respect to each Loan Group, the total cash flows received and the general sources thereof;

(iii)  the amount, if any, of fees or expenses accrued and paid, with an identification of the payee and the general purpose of such fees;

(iv)  with respect to each Loan Group, the amount of the related distribution to holders of the offered certificates (by class) allocable to principal, separately

identifying (A) the aggregate amount of any principal prepayments included therein, (B) the aggregate of all scheduled payments of principal included therein and (C) any Extra Principal Distribution Amount included therein;

(v)    with respect to Loan Group I, the Basis Risk Shortfall Carry-forward Amounts and any accrued but unpaid interest for the Group I Offered Certificates (if any);

(vi)    with respect to each Loan Group, the Certificate Principal Balance of the related Offered Certificates before and after giving effect to the distribution of principal and allocation of Realized Losses on such Distribution Date;

(vii)    with respect to each Loan Group, the number and Stated Principal Balance of all the mortgage loans for the following Distribution Date;

(viii)    the Pass-Through Rate for each class of Offered Certificates for such Distribution Date;

(ix)    with respect to each Loan Group and any Mortgage Loan that was liquidated during the preceding calendar month, the loan number and Stated Principal Balance of, and Realized Loss on, such mortgage loan as of the end of the related Prepayment Period;

(x)    with respect to Loan Group I, whether a Stepdown Date or a Trigger Event is in effect;

(xi)    with respect to each Loan Group, the total number and principal balance of any real estate owned, or REO, properties as of the end of the related Prepayment Period;

(xii)    with respect to each Loan Group, the cumulative Realized Losses through the end of the preceding month;

(xiii)    [reserved];

(xiv)    with respect to the Paul Financial Mortgage Loans, the amount of the Prepayment Charges remitted by Paul Financial;

(xv)    the amount, if any, received under each Corridor Contract;

(xvi)    the amount distributable on the Class P Certificates; and

(xvii)    the special hazard amount, fraud loss amount and bankruptcy amount, if applicable, as of the close of business on the applicable Distribution Date.

The Securities Administrator may make the foregoing Monthly Statement (and, at its option, any additional files containing the same information in an alternative format) available each month to Certificateholders via the Securities Administrator's internet website. The Securities Administrator's internet website shall initially be located at "www.ctslink.com". Assistance in using the website can be obtained by calling the Securities Administrator's customer service desk at (301) 815-6600. Parties that are unable to use the above distribution options are entitled to have a paper copy mailed to them via first class mail by calling the customer service desk and indicating such. The Securities Administrator may change the way Monthly Statements are distributed in order to make such distributions more convenient or more accessible to the above parties.

(b) The Securities Administrator's responsibility for making the above information available to the Certificateholders is limited to the availability, timeliness and accuracy of the information derived from the Master Servicer and the Servicers. The Securities Administrator will make available a copy of each statement provided pursuant to this Section 5.06 to each Rating Agency.

(c) Within a reasonable period of time after the end of each calendar year, the Securities Administrator shall furnish upon request to each Person who at any time during the calendar year was a Certificateholder, the information set forth in clauses (a)(i) and (a)(ii) of this Section 5.06 aggregated for such calendar year or applicable portion thereof during which such Person was a Certificateholder. Such obligation of the Securities Administrator shall be deemed to have been satisfied to the extent that substantially comparable information shall be provided by the Trustee or the Securities Administrator pursuant to any requirements of the Code as from time to time in effect.

(d) Upon filing with the Internal Revenue Service, the Securities Administrator shall furnish to the Holders of the Residual Certificates the applicable Form 1066 and each applicable Form 1066Q and shall respond promptly to written requests made not more frequently than quarterly by any Holder of a Residual Certificate with respect to the following matters:

(i) (i) The original projected principal and interest cash flows on the Closing Date on each class of related Regular Interests and related Residual Interests created hereunder and on the related Mortgage Loans, based on the Prepayment Assumption;

(ii) (ii) The projected remaining principal and interest cash flows as of the end of any calendar quarter with respect to each related class of Regular Interests and Residual Interests created hereunder and the related Mortgage Loans, based on the Prepayment Assumption;

(iii) (iii) The applicable Prepayment Assumption and any interest rate assumptions used in determining the projected principal and interest cash flows described above;

(iv) (iv) The original issue discount (or, in the case of the Mortgage Loans, market discount) or premium accrued or amortized through the end of such calendar quarter with respect to each related class of Regular Interests or Residual Interests created hereunder and to the related Mortgage Loans, together with each constant yield to maturity used in computing the same;

(v) (v) The treatment of losses realized with respect to the related Mortgage Loans or the Regular Interests created hereunder, including the timing and amount of any cancellation of indebtedness income of a REMIC with respect to such Regular Interests or bad debt deductions claimed with respect to the related Mortgage Loans;

(vi) (vi) The amount and timing of any non-interest expenses of a REMIC; and

(vii) (vii) Any taxes (including penalties and interest) imposed on the REMIC, including, without limitation, taxes on "prohibited transactions," "contributions" or "net income from foreclosure property" or state or local income or franchise taxes.

The information pursuant to clauses (i), (ii), (iii) and (iv) above shall be provided by the Depositor pursuant to Section 10.12.

Section 5.07 REMIC Designations and REMIC Distributions.

(a) The Securities Administrator, on behalf of the Trustee, shall elect that each of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V and REMIC VI shall be treated as a REMIC under Section 860D of the Code. Any inconsistencies or ambiguities in this Agreement or in the administration of this Agreement shall be resolved in a manner that preserves the validity of such REMIC elections. The assets of REMIC I shall include the Mortgage Loans in Loan Group I and all interest owing in respect of and principal due thereon, the portion of the funds related to Loan Group I in the Distribution Account and the Protected Accounts maintained by the Securities Administrator and the Servicers, and any related REO Property, and any other assets related to Loan Group I subject

to this Agreement (other than the Basis Risk Shortfall Reserve Fund, any Prepayment Charge Waiver Amounts, the Final Maturity Reserve Account and the Corridor Contracts). The REMIC I Regular Interests shall constitute the assets of REMIC II. The REMIC II Regular Interests shall constitute the assets of REMIC III. The assets of REMIC IV shall include the Mortgage Loans in Loan Group II and all interest owing in respect of and principal due thereon, the portion of the funds related to Loan Group II in the Distribution Account and the Protected Accounts maintained by the Securities Administrator and the Servicers, and any related REO Property, and any other assets related to Loan Group II subject to this Agreement. The REMIC IV Regular Interests shall constitute the assets of REMIC V. The REMIC III Regular Interests and the REMIC IV Regular Interests shall constitute the assets of REMIC VI.

(b)    (1) On each Distribution Date, the following amounts with respect to Subgroup I-1, in the following order of priority and in accordance with the Remittance Report, shall be deemed distributed by REMIC I to REMIC II on account of REMIC I Regular Interests A-IO and A or withdrawn from the Distribution Account and distributed to the Holders of the Class R Certificates (in respect of the Class R-1 Interest):

(i) from Interest Funds for Subgroup I-1 attributable to the Mortgage Loans in such Subgroup with original terms to maturity in excess of 30 years, to holders of REMIC I Regular Interest A-IO, an amount equal to (A) the Uncertificated Accrued Interest for such REMIC I Regular Interest for such Distribution Date, plus (B) any amounts payable in respect thereof remaining unpaid from previous Distribution Dates;

(ii) from Interest Funds for Subgroup I-1 attributable to the Mortgage Loans in such Subgroup with original terms to maturity of 30 years or less, to holders of REMIC I Regular Interest A, an amount equal to (A) the Uncertificated Accrued Interest for such REMIC I Regular Interest for such Distribution Date, plus (B) any amounts payable in respect thereof remaining unpaid from previous Distribution Dates;

(iii) from the Class R Deposit deemed to be included in the Subgroup I-1 Principal Distribution Amount, to the Holders of the Class R Certificates (in respect of the Class R-1 Interest) in reduction of the Certificate Principal Balance of such Certificates, until the Uncertificated Principal Balance of such Certificates is reduced to zero;

(iv) to the extent of Interest Funds and Principal Funds for Subgroup I-1 attributable to the Mortgage Loans in such Subgroup with original terms to maturity in excess of 30 years remaining after the distribution made pursuant to clause (i) above, to REMIC I Regular Interest A-IO, until the Uncertificated Principal Balance of such REMIC I Regular Interest is reduced to zero;

(v) to the extent of Interest Funds and Principal Funds for Subgroup I-1 attributable to the Mortgage Loans in such Subgroup with original terms to maturity of 30 years or less remaining after the distribution made pursuant to clause (ii) above, to REMIC I Regular Interest A, until the Uncertificated Principal Balance of such REMIC I Regular Interest is reduced to zero; and

(vi) any remaining amount to the Holders of the Class R Certificates (in respect of the Class R-1 Interest).

(2) On each Distribution Date, the following amounts with respect to Subgroup I-2, in the following order of priority and in accordance with the Remittance Report, shall be deemed distributed by REMIC I to REMIC II on account of REMIC I Regular Interests B-IO and B or withdrawn from the Distribution Account and distributed to the Holders of the Class R Certificates (in respect of the Class R-1 Interest):

(i) from Interest Funds for Subgroup I-2 attributable to the Mortgage Loans in such Subgroup with original terms to maturity in excess of 30 years, to holders of REMIC I Regular Interest B-IO, an amount equal to (A) the Uncertificated Accrued Interest for such REMIC I Regular Interest for such Distribution Date, plus (B) any amounts payable in respect thereof remaining unpaid from previous Distribution Dates;

(ii) from Interest Funds for Subgroup I-2 attributable to the Mortgage Loans in such Subgroup with original terms to maturity of 30 years or less, to holders of REMIC I Regular Interest B, an amount equal to (A) the Uncertificated Accrued Interest for such REMIC I Regular Interest for such Distribution Date, plus (B) any amounts payable in respect thereof remaining unpaid from previous Distribution Dates;

(iii) to the extent of Interest Funds and Principal Funds for Subgroup I-2 attributable to the Mortgage Loans in such Subgroup with original terms to maturity in excess of 30 years remaining after the distribution made pursuant to clause (i) above, to REMIC I Regular Interest B-IO, until the Uncertificated Principal Balance of such REMIC I Regular Interest is reduced to zero;

(iv) to the extent of Interest Funds and Principal Funds for Subgroup I-2 attributable to the Mortgage Loans in such Subgroup with original terms to maturity of 30 years or less remaining after the distribution made pursuant to clause (ii) above, to REMIC I Regular Interest B, until the Uncertificated Principal Balance of such REMIC I Regular Interest is reduced to zero; and

(v) any remaining amount to the Holders of the Class R Certificates (in respect of the Class R-1 Interest).

(3) On each Distribution Date, amounts representing Prepayment Charges on the Mortgage Loans in Loan Group I originated by Paul Financial, LLC shall be deemed distributed to REMIC I Regular Interest P, provided that such amounts shall not reduce the Uncertificated Principal Balance of REMIC I Regular Interest P. On the Distribution Date in June 2009, $100 shall be deemed distributed in respect of REMIC I Regular Interest P in reduction of the Uncertificated Principal Balance thereof.

(c)    (1) On each Distribution Date, the following amounts with respect to Loan Group I, in the following order of priority and in accordance with the Remittance Report, shall be deemed distributed by REMIC II to REMIC III on account of the REMIC II Regular Interests (other than REMIC II Regular Interest P) or withdrawn from the Distribution Account and distributed to the Holders of the Class R Certificates (in respect of the Class R-2 Interest):

(i) from Interest Funds for Loan Group I, to the holders of REMIC II Regular Interest IO, in an amount equal to (A) the Uncertificated Accrued Interest for such REMIC II Regular Interest for such Distribution Date, plus (B) any amounts in respect thereof remaining unpaid from previous Distribution Dates;

(ii) to the extent of the REMIC II Marker Allocation Percentage of the Interest Funds for Loan Group I remaining after the distributions pursuant to clause (i), to the holders of each REMIC II Regular Interest (other than REMIC II Regular Interests IO, 1-Sub, 1-Grp, 2-Sub, 2-Grp, XX and P), *pro rata*, in an amount equal to (A) the Uncertificated Accrued Interest for such REMIC II Regular Interest for such Distribution Date, plus (B) any amounts in respect thereof remaining unpaid from previous Distribution Dates. Amounts payable as Uncertificated Accrued Interest in respect of REMIC II Regular Interest ZZ shall be reduced when the REMIC II Overcollateralization Amount is less than the REMIC II Overcollateralization Target Amount, by the lesser of (x) the amount of such difference and (y) the Maximum Uncertificated Accrued Interest Deferral Amount, and such amount will be payable to the holders of each REMIC II Regular Interest for which a REMIC III Regular Interest is the Corresponding Interest in the same proportion as the Extra Principal Distribution Amount is allocated to the Corresponding Interests, and the Uncertificated Principal Balance of REMIC II Regular Interest ZZ shall be increased by such amount;

(iii) to the extent of the REMIC II Sub WAC Allocation Percentage of the Interest Funds for Loan Group I remaining after the distribution pursuant to clause (i), to the holders of REMIC II Regular Interest 1-Sub, REMIC II Regular Interest 1-Grp, REMIC II Regular Interest 2-Sub, REMIC II Regular Interest 2-Grp and REMIC II Regular Interest XX, *pro rata*, an amount equal to (A) the Uncertificated Accrued Interest for such Distribution Date, plus (B) any amounts in respect thereof remaining unpaid from previous Distribution Dates;

(iv) to the holders of REMIC II Regular Interests (other than REMIC II Regular Interests IO, 1-Sub, 1-Grp, 2-Sub, 2-Grp, XX and P) in an amount equal to the REMIC II Marker Allocation Percentage of the remainder of the Interest Funds and Principal Funds for Loan Group I for such Distribution Date after the distributions made pursuant to clauses (i), (ii) and (iii) above, allocated as follows:

(A) 98% of such remainder to the holders of REMIC II Regular Interest AA, until the Uncertificated Principal Balance of such REMIC II Regular Interest is reduced to zero;

(B) 2% of such remainder, first, to the holders of each REMIC II Regular Interest for which a REMIC III Regular Interest is the Corresponding Interest, in an aggregate amount equal to 1.00% of and in the same proportion as principal payments are allocated to the Corresponding Interests for each such REMIC II Regular Interest, until the Uncertificated Principal Balances of such REMIC II Regular Interests are reduced to zero; and second, to the holders of REMIC II Regular Interest ZZ, until the Uncertificated Principal Balance of such REMIC II Regular Interest is reduced to zero; and

(C) any remaining amount to the Holders of the Class R Certificates (in respect of the Class R-2 Interest); and

(v) to the holders of REMIC II Regular Interest 1-Sub, REMIC II Regular Interest 1-Grp, REMIC II Regular Interest 2-Sub, REMIC II Regular Interest 2-Grp and REMIC II Regular Interest XX, in an amount equal to the REMIC II Sub WAC Allocation Percentage of the remainder of the Interest Funds and Principal Funds for Loan Group I for such Distribution Date after the distributions made pursuant to clauses (i), (ii) and (iii) above, first, so as to keep the Uncertificated Principal Balance of each REMIC II Regular Interest ending with the designation "Grp" equal to 0.01% of the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup; second, to each REMIC II Regular Interest ending with the designation "Sub," so that the Uncertificated Principal Balance of each such REMIC II Regular Interest is equal to 0.01% of the excess of (x) the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup over (y) the current aggregate Certificate Principal Balance of the Class I-A Certificates related to such Subgroup (except that if any such excess is a larger number than in the preceding distribution period, the least amount of principal shall be distributed to such REMIC II Regular Interests such that the REMIC II Subordinated Balance Ratio is maintained); third, any remaining amount to REMIC II Regular Interest XX, until the Uncertificated Principal Balance of such REMIC II Regular Interest is reduced to zero; and fourth, any remaining amount to the Holders of the Class R Certificates (in respect of the Class R-2 Interest).

(2) On each Distribution Date, 100% of the amounts deemed distributed on REMIC I Regular Interest P shall be deemed distributed to REMIC II Regular Interest P, provided that such amounts shall not reduce the Uncertificated Principal Balance of REMIC II Regular Interest P. On the Distribution Date in June 2009, $100 shall be deemed distributed in respect of REMIC II Regular Interest P in reduction of the Uncertificated Principal Balance thereof.

(d)     (1) On each Distribution Date, the following amounts with respect to Loan Group I, in the following order of priority and in accordance with the Remittance Report, shall be deemed distributed by REMIC III to REMIC VI on account of the REMIC III Regular Interests (other than REMIC III Regular Interest P) or withdrawn from the Distribution Account and distributed to the Holders of the Class R Certificates (in respect of the Class R-3 Interest):

(i) from Interest Funds for Loan Group I, to the holders of the REMIC III Regular Interest IO, in an amount equal to 100% of the amount deemed distributed on REMIC II Regular Interest IO;

(ii) from Interest Funds for Loan Group I remaining after the distributions made pursuant to clause (i) above, to the holders of the REMIC III Regular Interests (other than REMIC III Regular Interest P), in the same manner and priority as paid to the Corresponding Certificates and Class I-B-IO Certificates, in an amount equal to (A) the Uncertificated Accrued Interest (or, in the case of REMIC III Regular Interest I-B-IO, the REMIC III Regular Interest I-B-IO Distribution Amount) for each such REMIC III Regular Interest for such Distribution Date, plus (B) any amounts in respect thereof remaining unpaid from previous Distribution Dates;

(iii) to the holders of the REMIC III Regular Interests (other than REMIC III Regular Interest P), from the remainder of the Interest Funds and Principal Funds for Loan Group I for such Distribution Date after the distributions made pursuant to clauses (i) and (ii) above, amounts allocated in the same manner and priority as paid to the Corresponding Certificates; and

(iv) any remaining amount to the Holders of the Class R Certificates (in respect of the Class R-3 Interest).

(2) On each Distribution Date, 100% of the amount deemed distributed on REMIC II Regular Interest P shall be deemed distributed to REMIC III Regular Interest P, provided that such amounts shall not reduce the Uncertificated Principal Balance of REMIC III Regular Interest P. On the Distribution Date in June 2009, $100 shall be deemed distributed in respect of REMIC III Regular Interest P in reduction of the Uncertificated Principal Balance thereof.

(e) On each Distribution Date, the following amounts with respect to Loan Group II, in the following order of priority and in accordance with the Remittance Report, shall be deemed distributed by REMIC IV to REMIC V on account of the REMIC IV Regular Interests or withdrawn from the Distribution Account and distributed to the Holders of the Class R Certificates (in respect of the Class R-4 Interest):

(i) from Available Funds for Loan Group II, to the holders of REMIC IV Regular Interest 1-Sub, REMIC IV Regular Interest 1-Grp, REMIC IV Regular Interest 2-Sub, REMIC IV Regular Interest 2-Grp, REMIC IV Regular Interest 3-Sub, REMIC IV Regular Interest 3-Grp and REMIC IV Regular Interest XX, pro rata, an amount equal to (A) the Uncertificated Accrued Interest for such Distribution Date, plus (B) any amounts in respect thereof remaining unpaid from previous Distribution Dates; and

(ii) to the holders of REMIC IV Regular Interest 1-Sub, REMIC IV Regular Interest 1-Grp, REMIC IV Regular Interest 2-Sub, REMIC IV Regular Interest 2-Grp, REMIC IV Regular Interest 3-Sub, REMIC IV Regular Interest 3-Grp and REMIC IV Regular Interest XX, in an amount equal to the remainder of the Available Funds for Loan Group II for such Distribution Date after the distributions made pursuant to clause (i) above, first, so as to keep the Uncertificated Principal Balance of each REMIC IV Regular Interest ending with the designation "Grp" equal to 0.01% of the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup; second, to each REMIC IV Regular Interest ending with the designation "Sub," so that the Uncertificated Principal Balance of each such REMIC IV Regular Interest is equal to 0.01% of the excess of (x) the aggregate Stated Principal Balance of the Mortgage Loans in the related Subgroup over (y) the current aggregate Certificate Principal Balance of the Class II-A Certificates related to such Subgroup (except that if any such excess is a larger number than in the preceding distribution period, the least amount of principal shall be distributed to such REMIC IV Regular Interests such that the REMIC IV Subordinated Balance Ratio is maintained); third, any remaining amount to REMIC IV Regular Interest XX, until the Uncertificated Principal Balance of such REMIC IV Regular Interest is reduced to zero; and fourth, any remaining amount to the Holders of the Class R Certificates (in respect of the Class R-4 Interest).

(f) On each Distribution Date, the following amounts with respect to Loan Group II, in the following order of priority and in accordance with the Remittance Report, shall be deemed distributed by REMIC V to REMIC VI on account of the REMIC V Regular Interests or withdrawn from the Distribution Account and distributed to the Holders of the Class R Certificates (in respect of the Class R-5 Interest):

(i) from Available Funds for Loan Group II, to the holders of the REMIC V Regular Interests, in the same manner and priority as paid to the Corresponding Certificates, in an amount equal to (A) the Uncertificated Accrued Interest for each such REMIC V Regular Interest for such Distribution Date, plus (B) any amounts in respect thereof remaining unpaid from previous Distribution Dates;

(ii) to the holders of the REMIC V Regular Interests, from the remainder of the Available Funds for Loan Group II for such Distribution Date after the distributions made pursuant to clause (i) above, amounts allocated in the same manner and priority as paid to the Corresponding Certificates; and

(iii) any remaining amount to the Holders of the Class R Certificates (in respect of the Class R-5 Interest).

(g) On each Distribution Date, an amount equal to the amounts distributed pursuant to priorities fifth and sixth of Section 5.04(a) on such date shall be deemed distributed by REMIC VI in respect of the Class I-B-IO Distribution Amount distributable to the Class I-B-IO Certificates.

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 61 of 279

Page 60 of 835

(h) On each Distribution Date, 100% of the amount deemed distributed on REMIC III Regular Interest IO shall be deemed distributed by REMIC VI in respect of the Final Maturity IO Interest. Such amounts shall be deemed distributed by REMIC VI to the Securities Administrator for deposit into the Final Maturity Reserve Account on behalf of the Holder of the Class I-B-IO Certificates, as the beneficial owner of the Final Maturity Reserve Account.

Section 5.08 Basis Risk Shortfall Reserve Fund.

(a) On or before the Closing Date, the Securities Administrator shall establish a Basis Risk Shortfall Reserve Fund on behalf of the Holders of the Group I Certificates. On the Closing Date, the Depositor shall cause an amount equal to the Basis Risk Shortfall Reserve Fund Deposit to be deposited into the Basis Risk Shortfall Reserve Fund. The Basis Risk Shortfall Reserve Fund must be an Eligible Account. The Basis Risk Shortfall Reserve Fund shall be entitled "Basis Risk Shortfall Reserve Fund, Wells Fargo Bank, N.A. as Securities Administrator on behalf of HSBC Bank USA, National Association as Trustee for the benefit of holders of the Group I Certificates". Amounts allocated to the Trust Fund in respect of each Corridor Contract for each Distribution Date will be deposited in the Basis Risk Shortfall Reserve Fund and then distributed by the Securities Administrator in the manner provided in Section 5.04(c). In addition, on each Distribution Date as to which there is a Basis Risk Shortfall Carry-Forward Amount payable to any Class of Adjustable Rate Certificates, the Securities Administrator shall deposit the amounts distributable pursuant to priority *fifth* of Section 5.04(a) into the Basis Risk Shortfall Reserve Fund, and the Securities Administrator has been directed by the Class I-B-IO Certificateholder to distribute amounts in respect of the Basis Risk Shortfall Carry-Forward Amount to the Holders of the Adjustable Rate Certificates in the priorities set forth in priority *fifth* of Section 5.04(a). Any amount paid to the Holders of Adjustable Rate Certificates pursuant to the preceding sentence in respect of the Basis Risk Shortfall Carry-Forward Amount from amounts distributable pursuant to priority *fifth* of Section 5.04(a) shall be treated as distributed to the Class I-B-IO Certificateholder in respect of the Class I-B-IO Certificates and paid by the Class I-B-IO Certificateholder to the Holders of the Adjustable Rate Certificates. Any payments to the Holders of the Adjustable Rate Certificates in respect of Basis Risk Shortfall Carry-Forward Amounts, whether pursuant to the second preceding sentence, clause (b) below or Section 5.04(c), shall not be payments with respect to a Regular Interest in a REMIC within the meaning of Code Section 860(G)(a)(1).

(b) If a Corridor Contract is subject to early termination, early termination payments allocated to the Securities Administrator by the Corridor Contract Provider shall be deposited in the Basis Risk Shortfall Reserve Fund by the Securities Administrator and withdrawn from the Basis Risk Shortfall Reserve Fund, as necessary, to pay any Basis Risk Shortfall Carry-forward Amount in the priorities set forth in Section 5.04(a) *Fifth* until the related Corridor Contract Termination Date. In the event that an early termination date is designated with respect to a Corridor Contract, the Sponsor, but only to the extent of any termination payment received by the Securities Administrator from the Corridor Contract Provider, shall cause a new corridor contract provider to enter into a new corridor contract with the Trustee having substantially similar terms as those set forth in such terminated Corridor Contract.

(c) The Basis Risk Shortfall Reserve Fund is an "outside reserve fund" within the meaning of Treasury Regulation Section 1.860G-2(h) and shall be an asset of the Trust Fund but not an asset of any REMIC. The Securities Administrator on behalf of the Trust shall be the nominal owner of the Basis Risk Shortfall Reserve Fund. The Class I-B-IO Certificateholder shall be the beneficial owner of the Basis Risk Shortfall Reserve Fund, subject to the power of the Securities Administrator to transfer amounts under Section 5.04. Amounts in the Basis Risk Shortfall Reserve Fund shall, at the direction of the Class I-B-IO Certificateholder, be invested in Permitted Investments that mature no later than the Business Day prior to the next succeeding Distribution Date. All net income and gain from such investments shall be distributed to the Class I-B-IO Certificateholder, not as a distribution in respect of any interest in any REMIC, on such Distribution Date. All amounts earned on amounts on deposit in the Basis Risk Shortfall Reserve Fund shall be taxable to the Class I-B-IO Certificateholder. Any losses on such investments shall be deposited in the Basis Risk Shortfall Reserve Fund by the Class I-B-IO Certificateholder out of its own funds immediately as realized. In the event that the Class I-B-IO Certificateholder shall fail to provide investment instructions to the Securities Administrator, the amounts on deposit in the Basis Risk Shortfall Reserve Fund shall be held uninvested.

Section 5.09 Class P Certificate Account. The Securities Administrator shall establish and maintain with itself a separate, segregated trust account for the Class P Certificates, titled "Structured Asset Mortgage Investments II Inc., Luminent Mortgage Trust 2006-3 Class P Certificate Account" (the "Class P Certificate Account"). On the Closing Date, the Depositor will deposit, or cause to be deposited in each Class P Certificate Account $100.00. Prepayment charges with respect to the Paul Financial Mortgage Loans shall be allocated to the Class P Certificate. The amount on deposit in each Class P Certificate Account shall be held uninvested. On the Distribution Date in June 2009, the Securities Administrator shall withdraw the amount on deposit in the Class P Certificate Account and remit such amount to the Holders of the Class P Certificates in reduction of the Certificate Principal Balance thereof.

Section 5.10 [reserved].

Unassociated Document

Page 61 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 62 of 279

ARTICLE VI

THE CERTIFICATES

Section 6.01 The Certificates. The Certificates shall be substantially in the forms attached hereto as Exhibits A-1 through A-6. The Certificates shall be issuable in registered form, in the minimum dollar denominations, integral dollar multiples in excess thereof (except that one Certificate of each Class may be issued in a different amount which must be in excess of the applicable minimum dollar denomination) and aggregate dollar denominations as set forth in the following table:

| Class | Minimum Denomination | Integral Multiple in Excess of Minimum | Initial Certificate Principal Balance | | Pass-Through Rate |
|---|---|---|---|---|---|
| I-1A-1 | $25,000 | $1.00 | $ | 100,908,000.00 | Class I-1A-1 Pass-Through Rate |
| I-1A-2 | $25,000 | $1.00 | $ | 50,454,000.00 | Class I-1A-2 Pass-Through Rate |
| I-1A-3 | $25,000 | $1.00 | $ | 16,818,000.00 | Class I-1A-3 Pass-Through Rate |
| I-2A-1 | $25,000 | $1.00 | $ | 97,258,000.00 | Class I-2A-1 Pass-Through Rate |
| I-2A-2 | $25,000 | $1.00 | $ | 48,629,000.00 | Class I-2A-2 Pass-Through Rate |
| I-2A-3 | $25,000 | $1.00 | $ | 16,210,000.00 | Class I-2A-3 Pass-Through Rate |
| I-2X | $25,000 | $1.00 | $ | 0.00 | 1.000% |
| II-1A-1 | $25,000 | $1.00 | $ | 47,535,000.00 | Class II-1A-1 Pass-Through Rate |
| II-1A-2 | $25,000 | $1.00 | $ | 4,096,000.00 | Class II-1A-2 Pass-Through Rate |
| II-1X-1 | $25,000 | $1.00 | $ | 0.00 | 0.52187% |
| II-2A-1 | $25,000 | $1.00 | $ | 147,795,000.00 | Class II-2A-1 Pass-Through Rate |
| II-2A-2 | $25,000 | $1.00 | $ | 12,735,000.00 | Class II-2A-2 Pass-Through Rate |
| II-2X-1 | $25,000 | $1.00 | $ | 0.00 | 0.44082% |
| II-3A-1 | $25,000 | $1.00 | $ | 72,093,000.00 | Class II-3A-1 Pass-Through Rate |
| II-3A-2 | $25,000 | $1.00 | $ | 6,212,000.00 | Class II-3A-2 Pass-Through Rate |
| II-3X-1 | $25,000 | $1.00 | $ | 0.00 | 0.39493% |
| I-M-1 | $25,000 | $1.00 | $ | 11,809,000.00 | Class I-M-1 Pass-Through Rate |
| I-M-2 | $25,000 | $1.00 | $ | 7,380,000.00 | Class I-M-2 Pass-Through Rate |
| I-M-3 | $25,000 | $1.00 | $ | 2,583,000.00 | Class I-M-3 Pass-Through Rate |
| I-B-1 | $25,000 | $1.00 | $ | 4,244,000.00 | Class I-B-1 Pass-Through Rate |
| I-B-2 | $25,000 | $1.00 | $ | 1,845,000.00 | Class I-B-2 Pass-Through Rate |
| I-B-3 | $25,000 | $1.00 | $ | 4,982,000.00 | Class I-B-3 Pass-Through Rate |
| I-B-4 | $25,000 | $1.00 | $ | 1,845,000.00 | Class I-B-4 Pass-Through Rate |
| II-B-1 | $25,000 | $1.00 | $ | 11,755,000.00 | Class II-B-1 Pass-Through Rate |
| II-B-2 | $25,000 | $1.00 | $ | 3,763,000.00 | Class II-B-2 Pass-Through Rate |
| II-B-3 | $25,000 | $1.00 | $ | 2,822,000.00 | Class II-B-3 Pass-Through Rate |
| I-B-IO | 100% | N/A | $ | 4,059,835.12 | N/A |
| R | 100% | N/A | $ | 50.00 | N/A |
| P | $100 | N/A | $ | 100.00 | N/A |
| II-B-4 | $25,000 | $1.00 | $ | 1,879,000.00 | Class II-B-4 Pass-Through Rate |
| II-B-5 | $25,000 | $1.00 | $ | 1,569,000.00 | Class II-B-5 Pass-Through Rate |
| II-B-6 | $25,000 | $1.00 | $ | 1,257,042.18 | Class II-B-6 Pass-Through Rate |

.

The Certificates shall be executed by manual or facsimile signature on behalf of the Securities Administrator by an authorized officer. Certificates bearing the manual or facsimile signatures of individuals who were, at the time when such signatures were affixed, authorized to sign on behalf of the Securities Administrator shall bind the Securities Administrator, notwithstanding that such individuals or any of them have ceased to be so authorized prior to the authentication and delivery of such Certificates or did not hold such offices at the date of such authentication and delivery. No Certificate shall be entitled to any benefit under this Agreement, or be valid for any purpose, unless there appears on such Certificate the countersignature of the Securities Administrator by manual signature, and such countersignature upon any Certificate shall be conclusive evidence, and the only evidence, that such Certificate has been duly countersigned and delivered hereunder. All Certificates shall be dated the date of their countersignature. On the Closing Date, the Securities Administrator shall authenticate the Certificates to be issued at the written direction of the Depositor, or any affiliate thereof.

The Depositor shall provide, or cause to be provided, to the Securities Administrator on a continuous basis, an adequate inventory of Certificates to facilitate transfers.

Section 6.02 Certificate Register; Registration of Transfer and Exchange of Certificates.

(a) The Securities Administrator shall maintain, or cause to be maintained in accordance with the provisions of Section 6.09 hereof, a Certificate Register for the Trust Fund in which, subject to the provisions of subsections (b) and (c) below and to such reasonable regulations as it may prescribe, the Securities Administrator shall provide for the registration of Certificates and of Transfers and exchanges of Certificates as herein provided. Upon surrender for registration of Transfer of any Certificate, the Securities Administrator shall authenticate and deliver, in the name of the designated transferee or transferees, one or more new Certificates of the same Class and of like aggregate Percentage Interest.

At the option of a Certificateholder, Certificates may be exchanged for other Certificates of the same Class in authorized denominations and evidencing the same aggregate Percentage Interest upon surrender of the Certificates to be exchanged at the office or agency of the Securities Administrator. Whenever any Certificates are so surrendered for exchange, the Securities Administrator shall execute, authenticate, and deliver the Certificates that the Certificateholder making the exchange is entitled to receive. Every Certificate presented or surrendered for registration of Transfer or exchange shall be accompanied by a written instrument of Transfer in form satisfactory to the Securities Administrator duly executed by the Holder thereof or his attorney duly authorized in writing.

No service charge to the Certificateholders shall be made for any registration of Transfer or exchange of Certificates, but payment of a sum sufficient to cover any tax or governmental charge that may be imposed in connection with any Transfer or exchange of Certificates may be required.

All Certificates surrendered for registration of Transfer or exchange shall be canceled and subsequently destroyed by the Securities Administrator in accordance with the Securities Administrator's customary procedures.

(b) No Transfer of a Private Certificate shall be made unless such Transfer is made pursuant to an effective registration statement under the Securities Act and any applicable state securities laws or is exempt from the registration requirements under the Securities Act and such state securities laws. In the event that a Transfer is to be made in reliance upon an exemption from the Securities Act and such laws, in order to assure compliance with the Securities Act and such laws, the Certificateholder desiring to effect such Transfer and such Certificateholder's prospective transferee shall each certify to the Securities Administrator in writing the facts surrounding the Transfer in substantially the forms set forth in Exhibit D (the "Transferor Certificate") and (x) deliver a letter in

Unassociated Document                Page 62 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 63 of 279

substantially the form of either Exhibit E (the "Investment Letter") or Exhibit F (the "Rule 144A Letter") or (y) there shall be delivered to the Securities Administrator an Opinion of Counsel addressed to the Securities Administrator that such Transfer may be made pursuant to an exemption from the Securities Act, which Opinion of Counsel shall not be an expense of the Depositor, the Sponsor, the Master Servicer, the Securities Administrator or the Trustee. The Depositor shall provide to any Holder of a Private Certificate and any prospective transferee designated by any such Holder, information regarding the related Certificates and the Mortgage Loans and such other information as shall be necessary to satisfy the condition to eligibility set forth in Rule 144A(d)(4) for Transfer of any such Certificate without registration thereof under the Securities Act pursuant to the registration exemption provided by Rule 144A. The Securities Administrator and the Master Servicer shall cooperate with the Depositor in providing the Rule 144A information referenced in the preceding sentence, including providing to the Depositor such information regarding the Certificates, the Mortgage Loans and other matters regarding the Trust Fund as the Depositor shall reasonably request to meet its obligation under the preceding sentence. Notwithstanding the provisions of the immediately preceding sentence, no restrictions shall apply with respect to the transfer or registration of transfer of a beneficial interest in any Certificate that is a Global Certificate of a Class to a transferee that takes delivery in the form of a beneficial interest in the Global Certificate of such Class provided that each such transferee shall be deemed to have made such representations and warranties contained in the Rule 144A and Related Matters Certificate as to establish that it is a QIB. Each Holder of a Private Certificate desiring to effect such Transfer shall, and does hereby agree to, indemnify the Trustee, the Depositor, the Sponsor, the Securities Administrator and the Master Servicer against any liability that may result if the Transfer is not so exempt or is not made in accordance with such federal and state laws.

No Transfer of an ERISA Restricted Certificate shall be made unless either (i) the Master Servicer and the Securities Administrator shall have received a representation from the transferee of such Certificate acceptable to and in form and substance satisfactory to the Master Servicer and the Securities Administrator, to the effect that such transferee is not an employee benefit plan subject to Section 406 of ERISA and/or a plan subject to Section 4975 of the Code, or a Person acting on behalf of any such plan or using the assets of any such plan, or (ii) in the case of any such ERISA Restricted Certificate presented for registration in the name of an employee benefit plan subject to ERISA, or a plan subject to Section 4975 of the Code (or comparable provisions of any subsequent enactments), or a trustee of any such plan or any other person acting on behalf of any such plan, the Securities Administrator shall have received an Opinion of Counsel for the benefit of the Trustee, the Master Servicer and the Securities Administrator and on which they may rely, satisfactory to the Securities Administrator, to the effect that the purchase and holding of such ERISA Restricted Certificate is permissible under applicable law, will not constitute or result in the assets of the Trust being deemed to be "plan assets" under ERISA or the Code, will not result in any prohibited transactions under ERISA or Section 4975 of the Code and will not subject the Trustee, the Master Servicer, the Depositor or the Securities Administrator to any obligation in addition to those expressly undertaken in this Agreement, which Opinion of Counsel shall not be an expense of the Trustee, the Master Servicer, the Depositor or the Securities Administrator, or, in the case of a Class I-B-IO, Class II-B-4, Class II-B-5 or Class II-B-6 Certificate, the transferee provides a representation, or deemed representation in the case of the Global Certificate or an Opinion of Counsel to the effect that the proposed transfer and holding of such Certificate and the servicing, management and operation of the Trustee and its assets: (I) will not result in any prohibited transaction which is not covered under an individual or class prohibited transaction exemption, including, but not limited to, Prohibited Transaction Exemption ("PTE") 84-14, PTE 91-38, PTE 90-1, PTE 95-60 or PTE 96-23 and (II) will not give rise to any additional obligations on the part of the Depositor, the Securities Administrator, the Master Servicer or the Trustee. Notwithstanding anything else to the contrary herein, any purported transfer of an ERISA Restricted Certificate to or on behalf of an employee benefit plan subject to Section 406 of ERISA and/or a plan subject to Section 4975 of the Code without a representation, deemed representation or the delivery of the Opinion of Counsel as described above shall be void and of no effect. None of the Trustee, the Securities Administrator or the Master Servicer shall be required to monitor, determine or inquire as to compliance with the transfer restrictions with respect to any ERISA Restricted Certificate that is a Book-Entry Certificate, and none of the Trustee, the Securities Administrator or the Master Servicer shall have any liability for transfers of any such Book-Entry Certificates made through the book-entry facilities of any Depository or between or among participants of the Depository or Certificate Owners made in violation of the transfer restrictions set forth herein. None of the Trustee, the Securities Administrator or the Master Servicer shall be under any liability to any Person for any registration of transfer of any ERISA Restricted Certificate that is in fact not permitted by this Section 6.02(b) or for making any payments due on such Certificate to the Holder thereof or taking any other action with respect to such Holder under the provisions of this Agreement. The Trustee and the Securities Administrator shall each be entitled, but not obligated, to recover from any Holder of any ERISA Restricted Certificate that was in fact an employee benefit plan subject to Section 406 of ERISA or a plan subject to Section 4975 of the Code or a Person acting on behalf of any such plan at the time it became a Holder or, at such subsequent time as it became such a plan or Person acting on behalf of such a plan, all payments made on such ERISA Restricted Certificate at and after either such time. Any such payments so recovered by the Trustee or the Securities Administrator shall be paid and delivered by the Trustee or the Securities Administrator to the last preceding Holder of such Certificate that is not such a plan or Person acting on behalf of a plan.

Each beneficial owner of a Class I-M, Class I-B, Class II-B-1, Class II-B-2 and Class II-B-3 Certificate or any interest therein shall be deemed to have represented, by virtue of its acquisition or holding of that certificate or interest therein, that either (i) it is not a Plan or investing with "Plan Assets", (ii) it has acquired and is holding such certificate in reliance on the Exemption, and that it understands that there are certain conditions to the availability of the Exemption, including that the certificate must be rated, at the time of purchase, not lower than "BBB-"(or its equivalent) by S&P, Fitch Ratings or Moody's, and the certificate is so rated or (iii) (1) it is an insurance company, (2) the source of funds used to acquire or hold the certificate or interest therein is an "insurance company general account," as such term is defined in Prohibited Transaction Exemption ("PTE") 95-60, and (3) the conditions in Sections I and III of PTE 95-60 have been satisfied.

(c) Each Person who has or who acquires any Ownership Interest in a Residual Certificate shall be deemed by the acceptance or acquisition of such Ownership Interest to have agreed to be bound by the following provisions, and the rights of each Person acquiring any Ownership Interest in a Residual Certificate are expressly subject to the following provisions:

(i) Each Person holding or acquiring any Ownership Interest in a Residual Certificate shall be a Permitted Transferee and shall promptly notify the Trustee and the Securities Administrator of any change or impending change in its status as a Permitted Transferee.

(ii) No Ownership Interest in a Residual Certificate may be registered on the Closing Date or thereafter transferred, and the Securities Administrator shall not register the Transfer of any Residual Certificate unless, in addition to the certificates required to be delivered to the Securities Administrator under subparagraph (b) above, the Securities Administrator shall have been furnished with an affidavit (a "Transfer Affidavit") of the initial owner or the proposed transferee in the form attached hereto as Exhibit C.

(iii) Each Person holding or acquiring any Ownership Interest in a Residual Certificate shall agree (A) to obtain a Transfer Affidavit from any other Person to whom such Person attempts to Transfer its Ownership Interest in a Residual Certificate, (B) to obtain a Transfer Affidavit from any Person for whom such Person is acting as nominee, trustee or agent in connection with any Transfer of a Residual Certificate and (C) not to Transfer its Ownership Interest in a Residual Certificate or to cause the Transfer of an Ownership Interest in a Residual Certificate to any other Person if it has actual knowledge that such Person is not a Permitted Transferee.

(iv) Any attempted or purported Transfer of any Ownership Interest in a Residual Certificate in violation of the provisions of this Section 6.02(c) shall be absolutely null and void and shall vest no rights in the purported Transferee. If any purported transferee shall become a Holder of a Residual Certificate in violation of the provisions of this Section 6.02(c), then the last preceding Permitted Transferee shall be restored to all rights as Holder thereof retroactive to the date of registration of Transfer of such Residual Certificate. Neither the Trustee nor the Securities Administrator shall be under any liability to any Person for any registration of Transfer of a Residual Certificate that is in fact not permitted by Section 6.02(b) and this Section 6.02(c) or for making any payments due on such Certificate to the Holder thereof or taking any other action with respect to such Holder under the provisions of this Agreement so long as the Transfer was registered after receipt of the related Transfer Affidavit. The Securities Administrator shall be entitled but not obligated to recover from any Holder of a Residual Certificate that was in fact not a Permitted Transferee at the time it became a Holder or, at such subsequent time as it became other than a Permitted Transferee, all payments made on such Residual Certificate at and after either such time. Any such payments so recovered by the Securities Administrator shall be paid and delivered by the Securities Administrator to the last preceding Permitted Transferee of such Certificate.

(v) The Master Servicer shall make available within 60 days of written request from the Securities Administrator, all information necessary to compute any tax imposed under Section 860E(e) of the Code as a result of a Transfer of an Ownership Interest in a Residual Certificate to any Holder who is not a Permitted Transferee.

The restrictions on Transfers of a Residual Certificate set forth in this Section 6.02(c) shall cease to apply (and the applicable portions of the legend on a Residual Certificate may be deleted) with respect to Transfers occurring after delivery to the Securities Administrator of an Opinion of Counsel addressed to the Securities Administrator, which Opinion of Counsel shall not be an expense of the Trustee, the Securities Administrator, the Sponsor or the Master Servicer to the effect that the elimination of such restrictions, or any transfer allowed by such elimination, will not cause REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI, as applicable, to fail to qualify as a REMIC at any time that the Certificates are outstanding or result in the imposition of any tax on the Trust Fund, a Certificateholder or another Person. Each Person holding or acquiring any Ownership Interest in a Residual Certificate hereby consents to any amendment of this Agreement that, based on an Opinion of Counsel addressed to the Securities Administrator and furnished to the Securities Administrator, is reasonably necessary (a) to ensure that the record ownership of, or any beneficial interest in, a Residual Certificate is not transferred, directly or indirectly, to a Person that is not a Permitted Transferee and (b) to provide for a means to compel the Transfer of a Residual Certificate that is held by a Person that is not a Permitted Transferee to a Holder that is a Permitted Transferee.

(d) The preparation and delivery of all certificates and opinions referred to above in this Section 6.02 shall not be an expense of the Trust Fund, the Trustee, the Depositor, the Sponsor, the Securities Administrator or the Master Servicer.

(e) Subject to Subsection 6.02(i), so long as a Global Certificate of such Class is outstanding and is held by or on behalf of the Depository, transfers of beneficial interests in such Global Certificate, or transfers by holders of Individual Certificates of such Class to transferees that take delivery in the form of beneficial interests in the Global Certificate, may be made only in accordance with Subsection 6.02(b) and in accordance with the rules of the Depository:

(i) In the case of a beneficial interest in the Global Certificate being transferred to an Institutional Accredited Investor, such transferee shall be required to take delivery in the form of an Individual Certificate or Certificates and the Securities Administrator shall register such transfer only upon compliance with the provisions of Subsection 6.02(b).

(ii) In the case of a beneficial interest in a Class of Global Certificates being transferred to a transferee that takes delivery in the form of an Individual Certificate or Certificates of such Class, except as set forth in clause (i) above, the Securities Administrator shall register such transfer only upon compliance with the provisions of Subsection 6.02(b).

(iii) In the case of an Individual Certificate of a Class being transferred to a transferee that takes delivery in the form of a beneficial interest in a Global Certificate of such Class, the Securities Administrator shall register such transfer if the transferee has provided the Securities Administrator with a Rule 144A and Related Matters Certificate or comparable evidence as to its QIB status.

(iv) No restrictions shall apply with respect to the transfer or registration of transfer of a beneficial interest in the Global Certificate of a Class to a transferee that takes delivery in the form of a beneficial interest in the Global Certificate of such Class; provided that each such transferee shall be deemed to have made such representations and warranties contained in the Rule 144A and Related Matters Certificate as are sufficient to establish that it is a QIB.

(f) Subject to Subsection 6.02(h), an exchange of a beneficial interest in a Global Certificate of a Class for an Individual Certificate or Certificates of such Class, an exchange of an Individual Certificate or Certificates of a Class for a beneficial interest in the Global Certificate of such Class and an exchange of an Individual Certificate or Certificates of a Class for another Individual Certificate or Certificates of such Class (in each case, whether or not such exchange is made in anticipation of subsequent transfer, and, in the case of the Global Certificate of such Class, so long as such Certificate is outstanding and is held by or on behalf of the Depository) may be made only in accordance with this Subsection 6.02(e) and in accordance with the rules of the Depository:

(i) A holder of a beneficial interest in a Global Certificate of a Class may at any time exchange such beneficial interest for an Individual Certificate or Certificates of such Class.

(ii) A holder of an Individual Certificate or Certificates of a Class may exchange such Certificate or Certificates for a beneficial interest in the Global Certificate of such Class if such holder furnishes to the Securities Administrator a Rule 144A and Related Matters Certificate or comparable evidence as to its QIB status.

(iii) A holder of an Individual Certificate of a Class may exchange such Certificate for an equal aggregate principal amount of Individual Certificates of such Class in different authorized denominations without any certification.

(g) (i) Upon acceptance for exchange or transfer of an Individual Certificate of a Class for a beneficial interest in a Global Certificate of such Class as provided herein, the Securities Administrator shall cancel such Individual Certificate and shall (or shall request the Depository to) endorse on the schedule affixed to the applicable Global Certificate (or on a continuation of such schedule affixed to the Global Certificate and made a part thereof) or otherwise make in its books and records an appropriate notation evidencing the date of such exchange or transfer and an increase in the certificate balance of the Global Certificate equal to the certificate balance of such Individual Certificate exchanged or transferred therefor.

(ii) Upon acceptance for exchange or transfer of a beneficial interest in a Global Certificate of a Class for an Individual Certificate of such Class as provided herein, the Securities Administrator shall (or shall request the Depository to) endorse on the schedule affixed to such Global Certificate (or on a continuation of such schedule affixed to such Global Certificate and made a part thereof) or otherwise make in its books and records an appropriate notation evidencing the date of such exchange or transfer and a decrease in the certificate balance of such Global Certificate equal to the certificate balance of such Individual Certificate issued in exchange therefor or upon transfer thereof.

(h) Any Individual Certificate issued in exchange for or upon transfer of another Individual Certificate or of a beneficial interest in a Global Certificate shall bear the applicable legends set forth in Exhibit A-2.

(i) Subject to the restrictions on transfer and exchange set forth in this Section 6.02, the holder of any Individual Certificate may transfer or exchange the same in whole or in part (in an initial certificate balance equal to the minimum authorized denomination set forth in Section 6.01 above or any integral multiple of $1.00 in excess thereof) by surrendering such Certificate at the Corporate Trust Office, or at the office of any transfer agent, together with an executed instrument of assignment and transfer satisfactory in form and substance to the Securities Administrator and the Securities Administrator in the case of transfer and a written request for exchange in the case of exchange. The holder of a beneficial interest in a Global Certificate may, subject to the rules and procedures of the Depository, cause the Depository (or its nominee) to notify the Securities Administrator and the Securities Administrator in writing of a request for transfer or exchange of such beneficial interest for an Individual Certificate or Certificates. Following a proper request for transfer or exchange, the Securities Administrator shall, within five Business Days of such request made at the Corporate Trust Office, sign, countersign and deliver at the Corporate Trust Office, to the transferee (in the case of transfer) or holder (in the case of exchange) or send by first class mail at the risk of the transferee (in the case of transfer) or holder (in the case of exchange) to such address as the transferee or holder, as applicable, may request, an Individual Certificate or Certificates, as the case may require, for a like aggregate Percentage Interest and in such authorized denomination or denominations as may be requested. The presentation for transfer or exchange of any Individual Certificate shall not be valid unless made at the Corporate Trust Office by the registered holder in person, or by a duly authorized attorney-in-fact.

Neither the Trustee nor the Securities Administrator nor the Master Servicer shall be required to monitor, determine or inquire as to compliance with the transfer restrictions with respect to the Global Certificates. Any attempted or purported transfer of any Certificate in violation of the provisions of Subsections (a) or (b) above shall be void ab initio and such Certificate shall be considered to have been held continuously by the prior permitted Certificateholder. Any transferor of any Certificate in violation of such provisions, shall indemnify and hold harmless the Trustee, the Securities Administrator and the Master Servicer from and against any and all liabilities, claims, costs or expenses incurred by the Securities Administrator, the Trustee or the Master Servicer as a result of such attempted or purported transfer. Neither the Trustee nor the Securities Administrator shall have any liability for transfer of any such Global Certificates in or through book-entry facilities of any Depository or between or among Depository Participants or Certificate Owners made in violation of the transfer restrictions set forth herein.

Section 6.03 Mutilated, Destroyed, Lost or Stolen Certificates. If (a) any mutilated Certificate is surrendered to the Securities Administrator, or the Securities Administrator receives evidence to its satisfaction of the destruction, loss or theft of any Certificate and of the ownership thereof and (b) there is delivered to the Securities Administrator and the Securities Administrator such security or indemnity as may be required by them to save each of them harmless, then, in the absence of notice to the Securities Administrator that such Certificate has been acquired by a bona fide purchaser, the Securities Administrator shall execute, authenticate and deliver, in exchange for or in lieu of any such mutilated, destroyed, lost or stolen Certificate, a new Certificate of like Class, tenor and Percentage Interest. In connection with the issuance of any new Certificate under this Section 6.03, the Securities Administrator may require the payment of a sum sufficient to cover any tax or other governmental charge that may be imposed in relation thereto and any other expenses (including the fees and expenses of the Securities Administrator) connected therewith. Any replacement Certificate issued pursuant to this Section 6.03 shall constitute complete and indefeasible evidence of ownership in the Trust Fund, as if originally issued, whether or not the lost, stolen or destroyed Certificate shall be found at any time. All Certificates surrendered to the Securities Administrator under the terms of this Section 7.03 shall be canceled and destroyed by the Securities Administrator in accordance with its standard procedures without liability on its part.

Section 6.04 Persons Deemed Owners. The Securities Administrator, the Trustee and any agent of the Securities Administrator or the Trustee may treat the person in whose name any Certificate is registered as the owner of such Certificate for the purpose of receiving distributions as provided in this Agreement and for all other purposes whatsoever, and neither the Securities Administrator, the Trustee nor any agent of the Securities Administrator or the Trustee shall be affected by any notice to the contrary.

Section 6.05 Access to List of Certificateholders' Names and Addresses. If three or more Certificateholders (a) request such information in writing from the Securities Administrator, (b) state that such Certificateholders desire to communicate with other Certificateholders with respect to their rights under this Agreement or under the Certificates, and (c) provide a copy of the

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 65 of 279

Page 64 of 835

communication that such Certificateholders propose to transmit or if the Depositor or the Master Servicer shall request such information in writing from the Securities Administrator, then the Securities Administrator shall, within ten Business Days after the receipt of such request, provide the Depositor, the Master Servicer or such Certificateholders at such recipients' expense the most recent list of the Certificateholders of the Trust Fund held by the Securities Administrator, if any. The Depositor and every Certificateholder, by receiving and holding a Certificate, agree that the Securities Administrator shall not be held accountable by reason of the disclosure of any such information as to the list of the Certificateholders hereunder, regardless of the source from which such information was derived.

Section 6.06 Book-Entry Certificates. The Offered Certificates, upon original issuance, shall be issued in the form of one or more typewritten Certificates representing the Book-Entry Certificates, to be delivered to the Depository by or on behalf of the Depositor. Such Certificates shall initially be registered on the Certificate Register in the name of the Depository or its nominee, and no Certificate Owner of such Certificates will receive a definitive certificate representing such Certificate Owner's interest in such Certificates, except as provided in Section 6.08. Unless and until definitive, fully registered Certificates ("Definitive Certificates") have been issued to the Certificate Owners of such Certificates pursuant to Section 6.08:

(a) the provisions of this Section shall be in full force and effect;

(b) the Depositor, the Securities Administrator and the Trustee may deal with the Depository and the Depository Participants for all purposes (including the making of distributions) as the authorized representative of the respective Certificate Owners of such Certificates;

(c) registration of the Book-Entry Certificates may not be transferred by the Trustee except to another Depository;

(d) the rights of the respective Certificate Owners of such Certificates shall be exercised only through the Depository and the Depository Participants and shall be limited to those established by law and agreements between the Owners of such Certificates and the Depository and/or the Depository Participants. Pursuant to the Depository Agreement, unless and until Definitive Certificates are issued pursuant to Section 6.08, the Depository will make book-entry transfers among the Depository Participants and receive and transmit distributions of principal and interest on the related Certificates to such Depository Participants;

(e) the Depository may collect its usual and customary fees, charges and expenses from its Depository Participants;

(f) the Securities Administrator may rely and shall be fully protected in relying upon information furnished by the Depository with respect to its Depository Participants; and

(g) to the extent that the provisions of this Section conflict with any other provisions of this Agreement, the provisions of this Section shall control.

For purposes of any provision of this Agreement requiring or permitting actions with the consent of, or at the direction of, Certificateholders evidencing a specified percentage of the aggregate unpaid principal amount of any Class of Certificates, such direction or consent may be given by Certificate Owners (acting through the Depository and the Depository Participants) owning Book-Entry Certificates evidencing the requisite percentage of principal amount of such Class of Certificates.

The Private Certificates shall initially be held in fully registered certificated form. If at any time the Holders of all of the Certificates of one or more such Classes request that the Securities Administrator cause such Class to become Global Certificates, the Depositor (with the assistance of the Securities Administrator) will take such action as may be reasonably required to cause the Depository to accept such Class or Classes for trading if it may legally be so traded. If at anytime there are to be Global Certificates, the Global Certificates shall be delivered to the Depository by the Depositor or deposited with the Securities Administrator as custodian for the Depository.

All transfers by Certificate Owners of such respective Classes of Book-Entry Certificates and any Global Certificates shall be made in accordance with the procedures established by the Depository Participant or brokerage firm representing such Certificate Owners. Each Depository Participant shall only transfer Book-Entry Certificates of Certificate Owners it represents or of brokerage firms for which it acts as agent in accordance with the Depository's normal procedures.

Section 6.07 Notices to Depository. Whenever any notice or other communication is required to be given to Certificateholders of a Class with respect to which Book-Entry Certificates have been issued, unless and until Definitive Certificates shall have been issued to the related Certificate Owners, the Securities Administrator shall give all such notices and communications to the Depository.

Section 6.08 Definitive Certificates. If, after Book-Entry Certificates have been issued with respect to any Certificates, (a) the Depositor or the Depository advises the Securities Administrator that the Depository is no longer willing or able to discharge properly its responsibilities under the Depository Agreement with respect to such Certificates and the Depositor is unable to locate a qualified successor, (b) the Depositor, at its sole option, advises the Securities Administrator that it elects to terminate the book-entry system with respect to such Certificates through the Depository or (c) after the occurrence and continuation of an Event of Default, Certificate Owners of such Book-Entry Certificates having not less than 51% of the Voting Rights evidenced by any Class of Book-Entry Certificates advise the Securities Administrator and the Depository in writing through the Depository Participants that the continuation of a book-entry system with respect to Certificates of such Class through the Depository (or its successor) is no longer in the best interests of the Certificate Owners of such Class, then the Securities Administrator shall notify all Certificate Owners of such Certificates, through the Depository, of the occurrence of any such event and of the availability of Definitive Certificates to applicable Certificate Owners requesting the same. The Depositor shall provide the Securities Administrator with an adequate inventory of certificates to facilitate the issuance and transfer of Definitive Certificates. Upon surrender to the Securities Administrator of any such Certificates by the Depository, accompanied by registration instructions from the Depository for registration, the Securities Administrator shall countersign and deliver such Definitive Certificates. Neither the Depositor nor the Securities Administrator shall be liable for any delay in delivery of such instructions and each may conclusively rely on, and shall be protected in relying on, such instructions. Upon the issuance of such Definitive Certificates, all references herein to obligations imposed upon or to be performed by the Depository shall be deemed to be imposed upon and performed by the Securities Administrator, to the extent applicable with respect to such Definitive Certificates and the Trustee and the Securities Administrator shall recognize the Holders of such Definitive Certificates as Certificateholders hereunder.

Section 6.09 Maintenance of Office or Agency. The Securities Administrator will maintain or cause to be maintained at its expense an office or offices or agency or agencies at Wells Fargo Bank, National Association, Sixth Street and Marquette Avenue, Minneapolis, Minnesota 55479 where Certificates may be surrendered for registration of transfer or exchange. The Securities Administrator will give prompt written notice to the Certificateholders of any change in such location of any such office or agency.

Unassociated Document Page 65 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 66 of 279

ARTICLE VII

THE MASTER SERVICER

Section 7.01 Liabilities of the Depositor and the Master Servicer. Each of the Depositor and the Master Servicer shall be liable in accordance herewith only to the extent of the obligations specifically imposed upon and undertaken by it herein.

Section 7.02 Merger or Consolidation of the Depositor or the Master Servicer.

(a) Each of the Depositor and the Master Servicer will keep in full force and effect its existence, rights and franchises as a corporation under the laws of the state of its incorporation, and will obtain and preserve its qualification to do business as a foreign corporation in each jurisdiction in which such qualification is or shall be necessary to protect the validity and enforceability of this Agreement and the other Transaction Documents to which it is a party, the Certificates or any of the Mortgage Loans and to perform its duties under this Agreement and the other Transaction Documents to which it is a party.

(b) Any Person into which the Depositor or the Master Servicer may be merged or consolidated, or any corporation resulting from any merger or consolidation to which the Depositor or the Master Servicer shall be a party, or any Person succeeding to the business of the Depositor or the Master Servicer, shall be the successor of the Depositor or the Master Servicer hereunder, without the execution or filing of any paper or further act on the part of any of the parties hereto, anything herein to the contrary notwithstanding.

Section 7.03 Indemnification of the Trustee, the Master Servicer and the Securities Administrator.

(a) The Master Servicer agrees to indemnify the Indemnified Persons for, and to hold them harmless against, any loss, liability or expense (including reasonable legal fees and disbursements of counsel) incurred on their part that may be sustained in connection with, arising out of, or relating to, any claim or legal action (including any pending or threatened claim or legal action) relating to this Agreement, including the powers of attorney delivered pursuant to Sections 3.01 and 3.05 hereof, the Assignment Agreements, the Custodial Agreement or the Certificates (i) related to the Master Servicer's failure to perform its duties in compliance with this Agreement (except as any such loss, liability or expense shall be otherwise reimbursable pursuant to this Agreement) or (ii) incurred by reason of the Master Servicer's willful misfeasance, bad faith or gross negligence in the performance of duties hereunder or by reason of reckless disregard of obligations and duties hereunder; provided, in each case, that with respect to any such claim or legal action (or pending or threatened claim or legal action), the Trustee shall have given the Master Servicer and the Sponsor written notice thereof promptly after the Trustee shall have with respect to such claim or legal action knowledge thereof; provided, however, the failure to give such notice shall not relieve the Master Servicer of its indemnification obligations hereunder. This indemnity shall survive the resignation or removal of the Trustee, Master Servicer or the Securities Administrator and the termination of this Agreement.

Section 7.04 Limitations on Liability of the Depositor, the Master Servicer and Others. Subject to the obligation of the Sponsor and the Master Servicer to indemnify the Indemnified Persons pursuant to Section 7.03:

(a) Neither the Depositor, the Master Servicer nor any of the directors, officers, employees or agents of the Depositor and the Master Servicer shall be under any liability to the Indemnified Persons, the Trust Fund or the Certificateholders for taking any action or for refraining from taking any action in good faith pursuant to this Agreement, or for errors in judgment; provided, however, that this provision shall not protect the Depositor, the Master Servicer or any such Person against any breach of warranties or representations made herein or any liability which would otherwise be imposed by reason of such Person's willful misfeasance, bad faith or gross negligence in the performance of duties or by reason of reckless disregard of obligations and duties hereunder.

(b) The Depositor, the Master Servicer and any director, officer, employee or agent of the Depositor and the Master Servicer may rely in good faith on any document of any kind prima facie properly executed and submitted by any Person respecting any matters arising hereunder.

(c) The Depositor, the Master Servicer the Securities Administrator, the Trustee, the Custodian and any director, officer, employee or agent of the Depositor, the Master Servicer, the Securities Administrator and the Trustee or the Custodian shall be indemnified by the Trust and held harmless thereby against any loss, liability or expense (including reasonable legal fees and disbursements of counsel) incurred on their part that may be sustained in connection with, arising out of, or related to, any claim or legal action (including any pending or threatened claim or legal action) relating to this Agreement, the Assignment Agreements, the Custodial Agreement, the Certificates or the Servicing Agreements (except with respect to the Master Servicer only, to the extent that the Master Servicer is indemnified by the related Servicer under the related Servicing Agreement), other than (i) any such loss, liability or expense related to the Master Servicer's failure to perform its respective duties in compliance with this Agreement (except as any such loss, liability or expense shall be otherwise reimbursable pursuant to this Agreement), or to the Custodian's failure to perform its duties under the Custodial Agreement, or (ii) any such loss, liability or expense incurred by reason of the Master Servicer's or the Custodian's willful misfeasance, bad faith or gross negligence in the performance of duties hereunder or under the Custodial Agreement, as applicable, or by reason of reckless disregard of obligations and duties hereunder or under the Custodial Agreement, as applicable.

(d) Neither the Depositor nor the Master Servicer shall be under any obligation to appear in, prosecute or defend any legal action that is not incidental to its duties under this Agreement and that in its opinion may involve it in any expense or liability; provided, however, the Master Servicer may in its discretion, with the consent of the Trustee (which consent shall not be unreasonably withheld), undertake any such action which it may deem necessary or desirable with respect to this Agreement and the rights and duties of the parties hereto and the interests of the Certificateholders hereunder. In such event, the legal expenses and costs of such action and any liability resulting therefrom shall be expenses, costs and liabilities of the Trust Fund, and the Master Servicer shall be entitled to be reimbursed therefor out of the Distribution Account as provided by Section 4.09. Nothing in this Subsection 7.04(d) shall affect the Master Servicer's obligation to supervise.

(e) In taking or recommending any course of action pursuant to this Agreement, unless specifically required to do so pursuant to this Agreement, the Master Servicer shall not be required to investigate or make recommendations concerning potential liabilities which the Trust might incur as a result of such course of action by reason of the condition of the Mortgaged Properties but shall give notice to the Trustee if it has notice of such potential liabilities.

(f) The Master Servicer shall not be liable for any acts or omissions of the Servicers, except as otherwise expressly provided herein.

Section 7.05 Master Servicer Not to Resign. Except as provided in Section 7.07, the Master Servicer shall not resign from the obligations and duties hereby imposed on it except (i) with the prior written consent of the Trustee (which consent shall not be unreasonably withheld) or (ii) upon a determination that any such duties hereunder are no longer permissible under applicable law and such impermissibility cannot be cured. Any such determination permitting the resignation of the Master Servicer shall be evidenced by an Opinion of Counsel to such effect, addressed to and delivered to, the Trustee. No such resignation by the Master Servicer shall become effective until the Trustee or a successor to the Master Servicer reasonably satisfactory to the Trustee shall have assumed the responsibilities and obligations of the Master Servicer in accordance with Section 8.02 hereof. The Trustee shall notify the Rating Agencies of the resignation of the Master Servicer.

Section 7.06 Successor Master Servicer. In connection with the appointment of any successor Master Servicer or the assumption of the duties of the Master Servicer or the Trustee may make such arrangements for the compensation of such successor master servicer out of payments on the Mortgage Loans as the Trustee and such successor master servicer shall agree. If the successor master servicer does not agree that such market value is a fair price, such successor master servicer shall obtain two quotations of market value from third parties actively engaged in the servicing of single-family mortgage loans. In no event shall the compensation of any successor master servicer exceed that permitted the Master Servicer without the consent of all of the Certificateholders.

Section 7.07 Sale and Assignment of Master Servicing. The Master Servicer may sell and assign its rights and delegate its duties and obligations in its entirety as Master Servicer under this Agreement; provided, however, that: (i) the purchaser or transferee accepting such assignment and delegation (a) shall be a Person which (or an Affiliate thereof the primary business of which is the

servicing of conventional residential mortgage loans) shall be qualified to service mortgage loans for Fannie Mae or Freddie Mac; (b) shall have a net worth of not less than $10,000,000 (unless otherwise approved by each Rating Agency pursuant to clause (ii) below); (c) shall be reasonably satisfactory to the Trustee (as evidenced in a writing signed by the Trustee); and (d) shall execute and deliver to the Trustee an agreement, in form and substance reasonably satisfactory to the Trustee, which contains an assumption by such Person of the due and punctual performance and observance of each covenant and condition to be performed or observed by it as master servicer under this Agreement, any custodial agreement from and after the effective date of such agreement; (ii) each Rating Agency shall be given prior written notice of the identity of the proposed successor to the Master Servicer and each Rating Agency's rating of the Certificates in effect immediately prior to such assignment, sale and delegation will not be downgraded, qualified or withdrawn as a result of such assignment, sale and delegation, as evidenced by a letter to such effect delivered to the Master Servicer and the Trustee; and (iii) the Master Servicer assigning and selling the master servicing shall deliver to the Trustee an Officer's Certificate and an Opinion of Counsel addressed to the Trustee, each stating that all conditions precedent to such action under this Agreement have been completed and such action is permitted by and complies with the terms of this Agreement. No such assignment or delegation shall affect any liability of the Master Servicer arising prior to the effective date thereof.

ARTICLE VIII

DEFAULT; TERMINATION OF MASTER SERVICER;

Section 8.01 Events of Default. "Event of Default," wherever used herein, means any one of the following events:

(i) any failure by the Master Servicer to remit to the Securities Administrator any amounts received or collected by the Master Servicer in respect of the Mortgage Loans and required to be remitted by it hereunder or any Advance required to be made by it pursuant to this Agreement, which failure shall continue unremedied for one Business Day after the date on which written notice of such failure shall have been given to the Master Servicer by the Trustee or the Depositor, or to the Trustee and the Master Servicer by the Holders of Certificates evidencing not less than 25% of the Voting Rights evidenced by the Certificates; or

(ii) any failure by the Master Servicer to observe or perform in any material respect any other of the covenants or agreements on the part of the Master Servicer contained in this Agreement or any breach of a representation or warranty by the Master Servicer, which failure or breach shall continue unremedied for a period of 60 days after the date on which written notice of such failure shall have been given to Master Servicer by the Trustee or the Depositor, or to the Trustee and the Master Servicer by the Holders of Certificates evidencing not less than 25% of the Voting Rights evidenced by the Certificates; or

(iii) a decree or order of a court or agency or supervisory authority having jurisdiction in the premises for the appointment of a receiver or liquidator in any insolvency, readjustment of debt, marshalling of assets and liabilities or similar proceedings, or for the winding-up or liquidation of its affairs, shall have been entered against the Master Servicer and such decree or order shall have remained in force undischarged or unstayed for a period of 60 consecutive days; or

(iv) the Master Servicer shall consent to the appointment of a receiver or liquidator in any insolvency, readjustment of debt, marshalling of assets and liabilities or similar proceedings of or relating to the Master Servicer or all or substantially all of the property of the Master Servicer; or

(v) the Master Servicer shall admit in writing its inability to pay its debts generally as they become due, file a petition to take advantage of, or commence a voluntary case under, any applicable insolvency or reorganization statute, make an assignment for the benefit of its creditors, or voluntarily suspend payment of its obligations;

(vi) the Master Servicer assigns or delegates its duties or rights under this Agreement in contravention of the provisions permitting such assignment or delegation under Sections 7.05 or 7.07; or

(vii) The Master Servicer fails to deposit, or cause to be deposited, in the Distribution Account any Advance required to be made by the Master Servicer (other than a Nonrecoverable Advance) by 5:00 p.m. New York City time on the Remittance Date.

If an Event of Default shall occur, then, and in each and every such case, so long as such Event of Default shall not have been remedied, the Trustee may, and at the direction of the Holders of Certificates evidencing not less than 25% of the Voting Rights evidenced by the Certificates, the Trustee shall, by notice in writing to the Master Servicer, with a copy to the Rating Agencies, may terminate all of the rights and obligations (but not the liabilities) of the Master Servicer (and the Securities Administrator if the Master Servicer and the Securities Administrator are the same entity) under this Agreement and in and to the Mortgage Loans and the proceeds thereof, other than its rights as a Certificateholder hereunder. On or after the receipt by the Master Servicer of such written notice, all authority and power of the Master Servicer (and, if applicable, the Securities Administrator) hereunder, whether with respect to the Mortgage Loans or otherwise, shall pass to and be vested in the Trustee, or any successor appointed pursuant to Section 8.02 (a "Successor Master Servicer" and, if applicable, "Successor Securities Administrator"). Such Successor Master Servicer shall thereupon if such Successor Master Servicer is a successor to the Master Servicer, make any Advance required by Article V, subject, in the case of the Trustee, to Section 8.02. The Trustee is hereby authorized and empowered to execute and deliver, on behalf of the terminated Master Servicer and, if applicable, the terminated Securities Administrator, as attorney- in-fact or otherwise, any and all documents and other instruments, and to do or accomplish all other acts or things necessary or appropriate to effect the purposes of such notice of termination, whether to complete the transfer and endorsement or assignment of any Mortgage Loans and related documents, or otherwise. Unless expressly provided in such written notice, no such termination shall affect any obligation of the Master Servicer to pay amounts owed pursuant to Article VII or Article IX. The Master Servicer and, if applicable, the Securities Administrator agrees to cooperate with the Trustee in effecting the termination of the Master Servicer's and, if applicable, the Securities Administrator's responsibilities and rights hereunder, including, without limitation, the transfer to the applicable Successor Master Servicer of all cash amounts which shall at the time be credited to the Distribution Account maintained pursuant to Section 4.08, or thereafter be received with respect to the applicable Mortgage Loans. The Trustee shall promptly notify the Rating Agencies of the occurrence of an Event of Default known to the Trustee.

Notwithstanding any termination of the activities of the Master Servicer hereunder, the Master Servicer shall be entitled to receive, out of any late collection of a Scheduled Monthly Payment on a Mortgage Loan that was due prior to the notice terminating the Master Servicer's rights and obligations as Master Servicer hereunder and received after such notice, that portion thereof to which the Master Servicer would have been entitled pursuant to Section 4.05 and to receive any other amounts payable to the Master Servicer hereunder the entitlement to which arose prior to the termination of its activities hereunder.

Notwithstanding the foregoing, if an Event of Default described in clause (vii) of this Section 8.01 shall occur and the Master Servicer fails to make such Advance described in clause (vii), the Trustee shall, by notice in writing to the Master Servicer, which may be delivered by telecopy, immediately terminate all of the rights and obligations of the Master Servicer thereafter arising under this Agreement, but without prejudice to any rights it may have as a Certificateholder or to reimbursement of Advances and other advances of its own funds, and the Trustee shall act as provided in Section 7.02 to carry out the duties of the Master Servicer, including the obligation to make any Advance the nonpayment of which was an Event of Default described in clause (vii) of this Section 8.01. Any such action taken by the Trustee must be prior to the distribution on the relevant Distribution Date.

Section 8.02 Trustee to Act; Appointment of Successor. On and after the time the Master Servicer receives a notice of termination pursuant to Section 8.01 hereof the Trustee shall automatically become the successor to the Master Servicer with respect to the transactions set forth or provided for herein and after a transition period (not to exceed 90 days), shall be subject to all the responsibilities, duties and liabilities relating thereto placed on the Master Servicer by the terms and provisions hereof; provided, however, that, pursuant to Article V hereof, the Trustee in its capacity as successor Master Servicer shall be responsible for making any Advances required to be made by the Master Servicer immediately upon the termination of the Master Servicer and any such Advance shall be made on the Distribution Date on which such Advance was required to be made by the predecessor Master Servicer. Effective on the date of such notice of termination, as compensation therefor, the Trustee shall be entitled to all compensation, reimbursement of expenses and indemnifications that the Master Servicer would have been entitled to if it had continued to act hereunder, provided, however, that the Trustee shall not be (i) liable for any acts or omissions of the Master Servicer, (ii) obligated to make Advances if it is prohibited from doing so under applicable law, (iii) responsible for expenses of the Master Servicer pursuant to Section 2.03 or (iv) obligated to deposit losses on any Permitted Investment directed by the Master Servicer. Notwithstanding the foregoing, the Trustee may, if it shall be unwilling to so act, or shall, if it is prohibited by applicable law from making Advances pursuant to Article V or if it is otherwise unable to so act, appoint, or petition a court of competent jurisdiction to appoint, any established mortgage loan servicing institution the appointment of which does not adversely affect the then current rating of the Certificates by each Rating Agency as the successor to the Master Servicer hereunder in the assumption of all or any part of the responsibilities, duties or liabilities of the Master Servicer hereunder. Any Successor Master Servicer shall (i) be an institution that is a Fannie Mae and Freddie Mac approved seller/servicer in good standing, that has a net worth of at least $15,000,000, and (ii) be willing to act as successor servicer of any Mortgage Loans under the related Servicing Agreement with respect to which the original related Servicer has been terminated as servicer, and shall have executed and delivered to the Depositor and the Trustee an agreement accepting such delegation and assignment, that contains an assumption by such Person of the rights, powers, duties, responsibilities, obligations and liabilities of the Master Servicer (other than any liabilities of the Master Servicer hereof incurred prior to termination of the Master Servicer under Section 8.01 or as otherwise set forth herein), with like effect as if originally named as a party to this Agreement, provided that each Rating Agency shall have acknowledged in writing that its rating of the Certificates in effect immediately prior to such assignment and delegation will not be qualified or reduced as a result of such assignment and delegation. If the Trustee assumes the duties and responsibilities of the Master Servicer in accordance with this Section 8.02, the Trustee shall not resign as Master Servicer until a successor master servicer has been appointed and has accepted such appointment. Pending appointment of a successor to the Master Servicer hereunder, the Trustee, unless the Trustee is prohibited by law from so acting, shall, subject to Section 3.04 hereof, act in such capacity as

hereinabove provided. In connection with such appointment and assumption, the Trustee may make such arrangements for the compensation of such successor out of payments on Mortgage Loans or otherwise as it and such successor shall agree; provided that no such compensation unless agreed to by the Certificateholders shall be in excess of that permitted the Master Servicer hereunder. The Trustee and such successor shall take such action, consistent with this Agreement, as shall be necessary to effectuate any such succession. Neither the Trustee nor any other Successor Master Servicer shall be deemed to be in default hereunder by reason of any failure to make, or any delay in making, any distribution hereunder or any portion thereof or any failure to perform, or any delay in performing, any duties or responsibilities hereunder, in either case caused by the failure of the Master Servicer and the Securities Administrator to deliver or provide, or any delay in delivering or providing, any cash, information, documents or records to it.

The costs and expenses of the Trustee in connection with the termination of the Master Servicer, appointment of a Successor Master Servicer and, if applicable, any transfer of servicing, including, without limitation, all costs and expenses associated with the complete transfer of all servicing data and the completion, correction or manipulation of such servicing data as may be required by the Trustee to correct any errors or insufficiencies in the servicing data or otherwise to enable the Trustee or the Successor Master Servicer to service the related Mortgage Loans properly and effectively, to the extent not paid by the terminated Master Servicer, shall be payable to the Trustee pursuant to Section 9.05. Any successor to the Master Servicer as successor servicer under any Subservicing Agreement shall give notice to the applicable Mortgagors of such change of servicer and shall, during the term of its service as successor servicer maintain in force the policy or policies that the Master Servicer is required to maintain pursuant to Section 3.04.

Section 8.03 Notification to Certificateholders and Rating Agencies.

(a) Upon any termination of or appointment of a successor to the Master Servicer, the Trustee shall give prompt written notice thereof to Certificateholders and to each Rating Agency.

(b) Within 60 days after the occurrence of any Event of Default, the Trustee shall transmit by mail to all Certificateholders notice of each such Event of Default hereunder actually known to a Responsible Officer of the Trustee, unless such Event of Default shall have been cured or waived.

Section 8.04 Waiver of Defaults. The Trustee shall transmit by mail to all Certificateholders, within 60 days after the occurrence of any Event of Default actually known to a Responsible Officer of the Trustee, unless such Event of Default shall have been cured, notice of each such Event of Default hereunder known to the Trustee. The Holders of Certificates evidencing not less than 51% of the Voting Rights may, on behalf of all Certificateholders, waive any default by the Master Servicer in the performance of its obligations hereunder and the consequences thereof, except a default in the making of or the causing to be made of any required distribution on the Certificates. Upon any such waiver of a past default, such default shall be deemed to cease to exist, and any Event of Default arising therefrom shall be deemed to have been timely remedied for every purpose of this Agreement. No such waiver shall extend to any subsequent or other default or impair any right consequent thereon except to the extent expressly so waived. The Trustee shall give notice of any such waiver to the Rating Agencies.

ARTICLE IX

CONCERNING THE TRUSTEE AND THE
SECURITIES ADMINISTRATOR

Section 9.01 Duties of Trustee and Securities Administrator.

(a) The Trustee, prior to the occurrence of an Event of Default and after the curing or waiver of all Events of Default which may have occurred, and the Securities Administrator each undertake to perform such duties and only such duties as are specifically set forth in this Agreement as duties of the Trustee and the Securities Administrator, respectively. If an Event of Default has occurred and has not been cured or waived, the Trustee shall exercise such of the rights and powers vested in it by this Agreement, and the same degree of care and skill in their exercise, as a prudent person would exercise under the circumstances in the conduct of such Person's own affairs.

(b) Upon receipt of all resolutions, certificates, statements, opinions, reports, documents, orders or other instruments which are specifically required to be furnished to the Trustee or the Securities Administrator pursuant to any provision of this Agreement, the Trustee or the Securities Administrator, respectively, shall examine them to determine whether they are, on their face, in the form required by this Agreement; provided, however, that neither the Trustee nor the Securities Administrator shall be responsible for the accuracy or content of any resolution, certificate, statement, opinion, report, document, order or other instrument furnished by the Master Servicer; provided, further, that neither the Trustee nor the Securities Administrator shall be responsible for the accuracy or verification of any calculation provided to it pursuant to this Agreement.

(c) On each Distribution Date, the Securities Administrator shall make monthly distributions and the final distribution to the related Certificateholders from related funds in the Distribution Account as provided in Sections 5.04 and 10.02 herein based solely on the applicable Remittance Report.

(d) No provision of this Agreement shall be construed to relieve the Trustee or the Securities Administrator from liability for its own negligent action, its own negligent failure to act or its own willful misconduct; provided, however, that:

(i) Prior to the occurrence of an Event of Default, and after the curing or waiver of all such Events of Default which may have occurred with respect to the Trustee and at all times with respect to the Securities Administrator, the duties and obligations of the Trustee and the Securities Administrator shall be determined solely by the express provisions of this Agreement, neither the Trustee nor the Securities Administrator shall be liable except for the performance of their respective duties and obligations as are specifically set forth in this Agreement, no implied covenants or obligations shall be read into this Agreement against the Trustee or the Securities Administrator and, in the absence of bad faith on the part of the Trustee or the Securities Administrator, respectively, the Trustee or the Securities Administrator, respectively, may conclusively rely, as to the truth of the statements and the correctness of the opinions expressed therein, upon any certificates or opinions furnished to the Trustee or the Securities Administrator, respectively, and conforming to the requirements of this Agreement;

(ii) Neither the Trustee nor the Securities Administrator shall be liable in its individual capacity for an error of judgment made in good faith by a Responsible Officer of the Trustee or Responsible Officers of the Trustee or an officer or officers of the Securities Administrator, respectively, unless it shall be proved that the Trustee or the Securities Administrator, respectively, was negligent in ascertaining the pertinent facts;

(iii) Neither the Trustee nor the Securities Administrator shall be liable with respect to any action taken, suffered or omitted to be taken by it in good faith in accordance with the directions of the Holders of Certificates evidencing not less than 25% of the aggregate Voting Rights of the Certificates (or such other percentage as specifically set forth herein), if such action or non-action relates to the time, method and place of conducting any proceeding for any remedy available to the Trustee or the Securities Administrator, respectively, or exercising any trust or other power conferred upon the Trustee or the Securities Administrator, respectively, under this Agreement;

(iv) The Trustee shall not be required to take notice or be deemed to have notice or knowledge of any default or Event of Default unless a Responsible Officer of the Trustee shall have actual knowledge thereof. In the absence of such notice, the Trustee may conclusively assume there is no such default or Event of Default;

(v) The Securities Administrator shall not in any way be liable by reason of any insufficiency in any Account held in the name of Trustee unless it is determined by a court of competent jurisdiction in a non-appealable judgment that the Securities Administrator's gross negligence or willful misconduct was the primary cause of such insufficiency (except to the extent that the Securities Administrator is obligor and has defaulted thereon);

(vi) The Trustee shall not in any way be liable by reason of any insufficiency in any Account held in the name of Trustee unless it is determined by a court of competent jurisdiction in a non-appealable judgment that the Trustee's gross negligence or willful misconduct was the primary cause of such insufficiency (except to the extent that the Trustee is obligor and has defaulted thereon);

(vii) Anything in this Agreement to the contrary notwithstanding, in no event shall the Trustee or the Securities Administrator be liable for special, indirect or consequential loss or damage of any kind whatsoever (including but not limited to lost profits), even if the Trustee or the Securities Administrator, respectively, has been advised of the likelihood of such loss or damage and regardless of the form of action; and

(viii) None of the Securities Administrator, the Master Servicer, the Sponsor, the Depositor or the Trustee shall be responsible for the acts or omissions of the other, it being understood that this Agreement shall not be construed to render them partners, joint venturers or agents of one another.

Neither the Trustee nor the Securities Administrator shall be required to expend or risk its own funds or otherwise incur financial liability in the performance of any of its duties hereunder, or in the exercise of any of its rights or powers, if there is reasonable ground for believing that the repayment of such funds or adequate indemnity against such risk or liability is not reasonably assured to it, and none of the provisions contained in this Agreement shall in any event require the Trustee or the Securities Administrator to perform, or be responsible for the manner of performance of, any of the obligations of the Master Servicer hereunder or any Servicer under the related Servicing Agreement.

(e) All funds received by the Securities Administrator and required to be deposited in the Distribution Account pursuant to this Agreement shall be promptly so deposited by the Securities Administrator.

Section 9.02 Certain Matters Affecting the Trustee and the Securities Administrator.

(a) Except as otherwise provided in Section 9.01:

(i) The Trustee and the Securities Administrator may rely and shall be protected in acting or refraining from acting in reliance on any resolution or certificate of the Sponsor, the Master Servicer or the related Servicer, any certificates of auditors or any other certificate, statement, instrument, opinion, report, notice, request, consent, order, appraisal, bond or other paper or document believed by it to be genuine and to have been signed or presented by the proper party or parties;

(ii) The Trustee and the Securities Administrator may consult with counsel and any advice of such counsel or any Opinion of Counsel shall be full and complete

Unassociated Document          Page 70 of 835

12-12020-mg    Doc 5106-8     Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 71 of 279

authorization and protection with respect to any action taken or suffered or omitted by it hereunder in good faith and in accordance with such advice or Opinion of Counsel;

(iii) Neither the Trustee nor the Securities Administrator shall be under any obligation to exercise any of the trusts or powers vested in it by this Agreement, other than its obligation to give notices pursuant to this Agreement, or to institute, conduct or defend any litigation hereunder or in relation hereto at the request, order or direction of any of the Certificateholders pursuant to the provisions of this Agreement, unless such Certificateholders shall have offered to the Trustee or the Securities Administrator, as applicable, reasonable security or indemnity against the costs, expenses and liabilities which may be incurred therein or thereby. Nothing contained herein shall, however, relieve the Trustee of the obligation, upon the occurrence of an Event of Default of which a Responsible Officer of the Trustee has actual knowledge (which has not been cured or waived), to exercise such of the rights and powers vested in it by this Agreement, and to use the same degree of care and skill in their exercise, as a prudent person would exercise under the circumstances in the conduct of his own affairs;

(iv) Prior to the occurrence of an Event of Default hereunder and after the curing or waiver of all Events of Default which may have occurred with respect to the Trustee and at all times with respect to the Securities Administrator, neither the Trustee nor the Securities Administrator shall be liable in its individual capacity for any action taken, suffered or omitted by it in good faith and believed by it to be authorized or within the discretion or rights or powers conferred upon it by this Agreement;

(v) Neither the Trustee nor the Securities Administrator shall be bound to make any investigation into the facts or matters stated in any resolution, certificate, statement, instrument, opinion, report, notice, request, consent, order, approval, bond or other paper or document, unless requested in writing to do so by Holders of Certificates evidencing not less than 25% of the aggregate Voting Rights of the Certificates and provided that the payment within a reasonable time to the Trustee or the Securities Administrator, as applicable, of the costs, expenses or liabilities likely to be incurred by it in the making of such investigation is, in the opinion of the Trustee or the Securities Administrator, as applicable, reasonably assured to the Trustee or the Securities Administrator, as applicable, by the security afforded to it by the terms of this Agreement. The Trustee or the Securities Administrator may require reasonable indemnity against such expense or liability as a condition to taking any such action. The reasonable expense of every such examination shall be paid by the Certificateholders requesting the investigation;

(vi) The Trustee and the Securities Administrator may execute any of the trusts or powers hereunder or perform any duties hereunder either directly or through Affiliates, agents or attorneys; provided, however, that the Trustee may not appoint any paying agent other than the Securities Administrator to perform any paying agent functions under this Agreement without the express written consent of the Master Servicer, which consents will not be unreasonably withheld. Neither the Trustee nor the Securities Administrator shall be liable or responsible for the misconduct or negligence of any of the Trustee's or the Securities Administrator's agents or attorneys or paying agent appointed hereunder by the Trustee or the Securities Administrator with due care and, when required, with the consent of the Master Servicer;

(vii) Should the Trustee and the Securities Administrator deem the nature of any action required on its part to be unclear, the Trustee or the Securities Administrator, respectively, may require prior to such action that it be provided by the Depositor with reasonable further instructions; the right of the Trustee or the Securities Administrator to perform any discretionary act enumerated in this Agreement shall not be construed as a duty, and neither the Trustee nor the Securities Administrator shall be accountable for other than its negligence or willful misconduct in the performance of any such act;

(viii) Neither the Trustee nor the Securities Administrator shall be required to give any bond or surety with respect to the execution of the trust created hereby or the powers granted hereunder, except as provided in Subsection 9.07; and

(ix) Neither the Trustee nor the Securities Administrator shall have any duty to conduct any affirmative investigation as to the occurrence of any condition requiring the repurchase of any Mortgage Loan by any Person pursuant to this Agreement, or the eligibility of any Mortgage Loan for purposes of this Agreement.

(b) The Securities Administrator is hereby directed by the Depositor to execute and deliver the Corridor Contracts and to make the representations required therein. The Securities Administrator shall not have any liability for any failure or delay in payments to the Trust which are required under the Corridor Contracts where such failure or delay is due to the failure or delay of the Corridor Contract Provider in making such payment to the Securities Administrator. Wells Fargo Bank, N.A., in its individual capacity and as Securities Administrator, shall be entitled to be indemnified and held harmless by the Trust from and against any and all losses, claims, expenses or other liabilities that arise by reason of or in connection with the performance or observance by the Securities Administrator of its duties or obligations under the Corridor Contracts, except to the extent the same is due to the Securities Administrator's gross negligence, willful misconduct or fraud.

Section 9.03 Trustee and Securities Administrator Not Liable for Certificates or Mortgage Loans. The recitals contained herein and in the Certificates (other than the signature and countersignature of the Securities Administrator on the Certificates) shall be taken as the statements of the Depositor, and neither the Trustee nor the Securities Administrator shall have any responsibility for their correctness. Neither the Trustee nor the Securities Administrator makes any representation as to the validity or sufficiency of the Certificates (other than the signature and countersignature of the Securities Administrator on the Certificates) or of any Mortgage Loan except as expressly provided in Sections 2.02 and 2.06 hereof; provided, however, that the foregoing shall not relieve the Trustee, or the Custodian on its behalf, of the obligation to review the Mortgage Files pursuant to Section 2.02 of this Agreement. The Securities Administrator's signature and countersignature (or countersignature of its agent) on the Certificates shall be solely in its capacity as Securities Administrator and shall not constitute the Certificates an obligation of Securities Administrator in any other capacity. Neither the Trustee nor the Securities Administrator shall be accountable for the use or application by the Depositor of any of the Certificates or of the proceeds of such Certificates, or for the use or application of any funds paid to the Depositor with respect to the Mortgage Loans. Subject to Section 2.06, neither the Trustee nor the Securities Administrator shall be responsible for the legality or validity of this Agreement, any other Transaction Document or any document or instrument relating to this Agreement, the validity of the execution of this Agreement or of any supplement hereto or instrument of further assurance, or the validity, priority, perfection or sufficiency of the security for the Certificates issued hereunder or intended to be issued hereunder. Neither the Trustee nor the Securities Administrator shall at any time have any responsibility or liability for or with respect to the legality, validity and enforceability of any Mortgage or any Mortgage Loan, or the perfection and priority of any Mortgage or the maintenance of any such perfection and priority, or for or with respect to the sufficiency of the Trust Fund or its ability to generate the payments to be distributed to Certificateholders, under this Agreement. Neither the Trustee nor the Securities Administrator shall have any responsibility for filing any financing or continuation statement in any public office at any time or to otherwise perfect or maintain the perfection of any security interest or lien granted to it hereunder or to record this Agreement.

Section 9.04 Trustee and Securities Administrator May Own Certificates. Each of the Trustee and the Securities Administrator in its individual capacity or in any capacity other than as Trustee or Securities Administrator hereunder may become the owner or pledgee of any Certificates with the same rights it would have if it were not the Trustee or the Securities Administrator, as applicable, and may otherwise deal with the parties hereto.

Section 9.05 Trustee's and Securities Administrator's Fees and Expenses. The fees and expenses of the Trustee and the Securities Administrator shall be paid in accordance with a side letter agreement with the Master Servicer and at the expense of the Master Servicer. In addition, the Trustee and the Securities Administrator shall be entitled to recover from the Distribution Account pursuant to Section 4.09 all reasonable out-of-pocket expenses, disbursements and advances and the expenses of the Trustee and the Securities Administrator, respectively, in connection with any Event of Default, any breach of this Agreement or any claim or legal action (including any pending or threatened claim or legal action) incurred or made by the Trustee or the Securities Administrator, respectively, in the administration of the trusts hereunder or under any other Transaction Document (including the reasonable compensation, expenses and disbursements of its counsel) except any such expense, disbursement or advance as may arise from its negligence or intentional misconduct or which is the responsibility of the Certificateholders or the Trust Fund hereunder. If funds in the Distribution Account are insufficient therefor, the Trustee and the Securities Administrator shall recover such expenses, disbursements or advances from the Depositor and the Depositor hereby agrees to pay such expenses, disbursements or advances upon demand. Such compensation and reimbursement obligation shall not be limited by any provision of law in regard to the compensation of a trustee of an express trust.

Section 9.06 Eligibility Requirements for Trustee and Securities Administrator. The Trustee and any successor Trustee and the Securities Administrator and any successor Securities Administrator shall during the entire duration of this Agreement be a state bank or trust company or a national banking association organized and doing business under the laws of a state or the United States of America, authorized under such laws to exercise corporate trust powers, having a combined capital and surplus and undivided profits of at least $40,000,000 or, in the case of a successor Trustee, $50,000,000, subject to supervision or examination by federal or state authority and, in the case of the Trustee, rated "BBB" or higher by Fitch, Inc. with respect to their long-term rating and rated "BBB" or higher by Standard & Poor's and "Baa2" or higher by Moody's with respect to any outstanding long-term unsecured unsubordinated debt, and, in the case of a successor Trustee or successor Securities Administrator other than pursuant to Section 9.10, rated in one of the two highest long-term debt categories of, or otherwise acceptable to, each of the Rating Agencies (which consent shall not be unreasonably withheld). The Trustee shall not be an Affiliate of the Master Servicer. If the Trustee publishes reports of condition at least annually, pursuant to law or to the requirements of the aforesaid supervising or examining authority, then for the purposes of this Section 9.06 the combined capital and surplus of such corporation shall be deemed to be its total equity

Unassociated Document                                Page 71 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 72 of 279

capital (combined capital and surplus) as set forth in its most recent report of condition so published. In case at any time the Trustee or the Securities Administrator, as applicable, shall cease to be eligible in accordance with the provisions of this Section 9.06, the Trustee or the Securities Administrator shall resign immediately in the manner and with the effect specified in Section 9.08.

Section 9.07 Insurance. The Securities Administrator, at its own expense, shall at all times maintain and keep in full force and effect: (i) fidelity insurance, (ii) theft of documents insurance and (iii) forgery insurance (which may be collectively satisfied by a "Financial Institution Bond" and/or a "Bankers' Blanket Bond"). All such insurance shall be in amounts, with standard coverage and subject to deductibles, as are customary for insurance typically maintained by banks or their affiliates which act as custodians for investor-owned mortgage pools. A certificate of an officer of the Securities Administrator or to the Securities Administrator's, respectively, compliance with this Section 9.07 shall be furnished to any Certificateholder upon reasonable written request.

Section 9.08 Resignation and Removal of Trustee and Securities Administrator. The Trustee and the Securities Administrator may at any time resign (including, in the case of the Securities Administrator, in connection with the resignation or termination of the Master Servicer) and be discharged from the Trust hereby created by giving written notice thereof to the Depositor, the Sponsor, the Securities Administrator (or the Trustee, if the Securities Administrator resigns) and the Master Servicer, with a copy to the Rating Agencies. Upon receiving such notice of resignation, the Depositor shall promptly appoint a successor trustee or successor securities administrator, as applicable, by written instrument, in triplicate, one copy of which instrument shall be delivered to each of the resigning trustee or securities administrator, as applicable, and the successor trustee or securities administrator, as applicable. If no successor trustee or successor securities administrator shall have been so appointed and have accepted appointment within 30 days after the giving of such notice of resignation, the resigning Trustee or Securities Administrator may petition any court of competent jurisdiction for the appointment of a successor trustee or securities administrator.

If at any time (i) the Trustee or the Securities Administrator shall cease to be eligible in accordance with the provisions of Section 9.06 hereof and shall fail to resign after written request thereto by the Depositor, (ii) the Trustee or the Securities Administrator shall become incapable of acting, or shall be adjudged as bankrupt or insolvent, or a receiver of the Trustee or the Securities Administrator or of its property shall be appointed, or any public officer shall take charge or control of the Trustee or the Securities Administrator or of its property or affairs for the purpose of rehabilitation, conservation or liquidation, or (iii)(A) a tax is imposed with respect to the Trust Fund by any state in which the Trustee or the Securities Administrator or the Trust Fund is located, (B) the imposition of such tax would be avoided by the appointment of a different trustee or securities administrator and (C) the Trustee or the Securities Administrator, as applicable fails to indemnify the Trust Fund against such tax, then the Depositor or the Master Servicer may remove the Trustee or the Securities Administrator, as applicable, and appoint a successor trustee or successor securities administrator, as applicable, by written instrument, in multiple copies, a copy of which instrument shall be delivered to the Trustee, the Securities Administrator, each Master Servicer and the successor trustee or successor securities administrator, as applicable.

The Holders evidencing at least 51% of the Voting Rights of each Class of Certificates may at any time remove the Trustee or Securities Administrator and appoint a successor trustee or securities administrator by written instrument or instruments, in multiple copies, signed by such Holders or their attorneys-in-fact duly authorized, one complete set of which instruments shall be delivered by the successor trustee or successor securities administrator to each of the Master Servicer, the Trustee or Securities Administrator so removed and the successor trustee or successor securities administrator so appointed. Notice of any removal of the Trustee or Securities Administrator shall be given to each Rating Agency by the Trustee or successor trustee.

Any resignation or removal of the Trustee or Securities Administrator and appointment of a successor trustee or securities administrator pursuant to any of the provisions of this Section 9.08 shall become effective upon acceptance of appointment by the successor trustee or securities administrator as provided in Section 10.09 hereof.

Section 9.09 Successor Trustee or Securities Administrator. Any successor trustee or securities administrator appointed as provided in Section 9.08 hereof shall execute, acknowledge and deliver to the Depositor and to its predecessor trustee or predecessor securities administrator, as applicable, and the Master Servicer an instrument accepting such appointment hereunder and thereupon the resignation or removal of the predecessor trustee or securities administrator shall become effective and such successor trustee or securities administrator, without any further act, deed or conveyance, shall become fully vested with all the rights, powers, duties and obligations of its predecessor hereunder, with the like effect as if originally named as trustee or securities administrator herein.

No successor trustee or securities administrator shall accept appointment as provided in this Section 9.09 unless at the time of such acceptance such successor trustee or securities administrator shall be eligible under the provisions of Section 9.06 hereof and its appointment shall not adversely affect the then current rating of the Certificates.

Upon acceptance of appointment by a successor trustee or securities administrator as provided in this Section 9.09, the successor trustee or securities administrator shall mail notice of the succession of such trustee or securities administrator hereunder to all Holders of Certificates. If the successor trustee or securities administrator fails to mail such notice within ten days after acceptance of appointment, the Depositor shall cause such notice to be mailed at the expense of the Trust Fund.

Section 9.10 Merger or Consolidation of Trustee or Securities Administrator. Any corporation, state bank or national banking association into which the Trustee or the Securities Administrator may be merged or converted or with which it may be consolidated or any corporation, state bank or national banking association resulting from any merger, conversion or consolidation to which the Trustee or the Securities Administrator shall be a party, or any corporation, state bank or national banking association succeeding to substantially all of the corporate trust business of the Trustee or of the business of the Securities Administrator, shall be the successor of the Trustee or the Securities Administrator hereunder, provided that such corporation shall be eligible under the provisions of Section 9.06 hereof without the execution or filing of any paper or further act on the part of any of the parties hereto, anything herein to the contrary notwithstanding.

Section 9.11 Appointment of Co-Trustee or Separate Trustee. Notwithstanding any other provisions of this Agreement, at any time, for the purpose of meeting any legal requirements of any jurisdiction in which any part of the Trust Fund or property securing any Mortgage Note may at the time be located, the Master Servicer and the Trustee acting jointly shall have the power and shall execute and deliver all instruments to appoint one or more Persons approved by the Trustee to act as co-trustee or co-trustees jointly with the Trustee, or separate trustee or separate trustees, of all or any part of the Trust Fund, and to vest in such Person or Persons, in such capacity and for the benefit of the Certificateholders, such title to the Trust Fund or any part thereof, whichever is applicable, and, subject to the other provisions of this Section 9.11, such powers, duties, obligations, rights and trusts as the Master Servicer and the Trustee may consider necessary or desirable. If the Master Servicer shall not have joined in such appointment within 15 days after the receipt by it of a request to do so, or in the case an Event of Default shall have occurred and be continuing, the Trustee alone shall have the power to make such appointment. No co-trustee or separate trustee hereunder shall be required to meet the terms of eligibility as a successor trustee under Section 9.06 and no notice to Certificateholders of the appointment of any co-trustee or separate trustee shall be required under Section 9.09.

Every separate trustee and co-trustee shall, to the extent permitted by law, be appointed and act subject to the following provisions and conditions:

(i) (i) All rights, powers, duties and obligations conferred or imposed upon the Trustee, except for the obligation of the Trustee under this Agreement to advance funds on behalf of the Master Servicer, shall be conferred or imposed upon and exercised or performed by the Trustee and such separate trustee or co-trustee jointly (it being understood that such separate trustee or co-trustee is not authorized to act separately without the Trustee joining in such act), except to the extent that under any law of any jurisdiction in which any particular act or acts are to be performed (whether a Trustee hereunder or as a Successor Master Servicer hereunder), the Trustee shall be incompetent or unqualified to perform such act or acts, in which event such rights, powers, duties and obligations (including the holding of title to the Trust Fund or any portion thereof in any such jurisdiction) shall be exercised and performed singly by such separate trustee or co-trustee, but solely at the direction of the Trustee;

(ii) (ii) No trustee hereunder shall be held personally liable by reason of any act or omission of any other trustee hereunder; and

(iii) (iii) The Trustee may at any time accept the resignation of or remove any separate trustee or co-trustee.

Any notice, request or other writing given to the Trustee shall be deemed to have been given to each of the then separate trustees and co-trustees, as effectively as if given to each of them. Every instrument appointing any separate trustee or co-trustee shall refer to this Agreement and the conditions of this Article IX. Each separate trustee and co-trustee, upon its acceptance of the trusts conferred, shall be vested with the estates or property specified in its instrument of appointment, either jointly with the Trustee or separately, as may be provided therein, subject to all the provisions of this Agreement, specifically including every provision of this Agreement relating to the conduct of, affecting the liability of, or affording protection to, the Trustee. Every such instrument shall be filed with the Trustee and a copy thereof given to the Master Servicer and the Depositor.

Any separate trustee or co-trustee may, at any time, constitute the Trustee its agent or attorney-in-fact, with full power and authority, to the extent not prohibited by law, to do any lawful act under or in respect of this Agreement on its behalf and in its name. If any separate trustee or co- trustee shall die, become incapable of acting, resign or be removed, all of its estates, properties, rights,

remedies and trusts shall vest in and be exercised by the Trustee, to the extent permitted by law, without the appointment of a new or successor trustee.

Section 9.12 Tax Matters. It is intended that the Trust Fund shall constitute one or more REMICs, and that the affairs of the Trust Fund shall be conducted so that each REMIC formed hereunder qualifies as a "real estate mortgage investment conduit" as defined in and in accordance with the REMIC Provisions. In furtherance of such intention, the Securities Administrator covenants and agrees that it shall act as agent for so long as it is also Master Servicer (and the Securities Administrator is hereby appointed to act as agent) on behalf of the Trust Fund. The Trustee and/or the Securities Administrator, as agent on behalf of the Trust Fund, shall do or refrain from doing, as applicable, the following: (a) the Securities Administrator shall prepare and file, or cause to be prepared and filed, in a timely manner, U.S. Real Estate Mortgage Investment Conduit Income Tax Returns (Form 1066 or any successor form adopted by the Internal Revenue Service) and prepare and file or cause to be prepared and filed with the Internal Revenue Service and applicable state or local tax authorities income tax or information returns for each taxable year with respect to each such REMIC containing such information and at the times and in the manner as may be required by the Code or state or local tax laws, regulations or rules, and furnish or cause to be furnished, to Certificateholders the schedules, statements or information at such times and in such manner as may be required thereby; (b) the Securities Administrator shall apply for an employer identification number with the Internal Revenue Service via a Form SS-4 or other comparable method for each REMIC that is or becomes a taxable entity, and within thirty days of the Closing Date, furnish or cause to be furnished to the Internal Revenue Service on Forms 8811 or as otherwise may be required by the Code, the name, title, address, and telephone number of the person that the Holders of the Certificates may contact for tax information relating thereto, together with such additional information as may be required by such form, and update such information at the time or times in the manner required by the Code for the Trust Fund; (c) the Securities Administrator on behalf of the Trustee shall make, or cause to be made, elections on behalf of each REMIC formed hereunder to be treated as a REMIC on the federal tax return of each REMIC for its first taxable year (and, if necessary, under applicable state law); (d) the Securities Administrator shall prepare and forward, or cause to be prepared and forwarded, to the Certificateholders and to the Internal Revenue Service and, if necessary, state tax authorities, all information returns and reports as and when required to be provided to them in accordance with the REMIC Provisions, including without limitation, the calculation of any original issue discount using the Prepayment Assumption; (e) the Securities Administrator shall provide information within the Securities Administrator's possession that may be necessary for the computation of tax imposed on the transfer of a Residual Certificate to a Person that is not a Permitted Transferee, or an agent (including a broker, nominee or other middleman) of a Person that is not a Permitted Transferee, or a pass-through entity in which a Person that is not a Permitted Transferee is the record Holder of an interest (the reasonable cost of computing and furnishing such information may be charged to the Person liable for such tax); (f) each of the Securities Administrator and the Trustee shall, to the extent under its control, conduct the affairs of the Trust Fund at all times that any Certificates are outstanding so as to maintain the status of each REMIC formed hereunder as a REMIC under the REMIC Provisions; (g) neither the Trustee nor the Securities Administrator shall knowingly or intentionally take any action or omit to take any action that would cause the termination of the REMIC status of any REMIC formed hereunder; (h) the Securities Administrator shall pay, from the sources specified in this Section 9.12, the amount of any federal, state and local taxes, including prohibited transaction taxes as described below, imposed on any REMIC formed hereunder prior to the termination of the Trust Fund when and as the same shall be due and payable (but such obligation shall not prevent the Trustee, the Securities Administrator at the written request of the Trustee, or any other appropriate Person from contesting any such tax in appropriate proceedings and shall not prevent the Securities Administrator from withholding payment of such tax, if permitted by law, pending the outcome of such proceedings); (i) the Trustee shall sign or cause to be signed federal, state or local income tax or information returns or any other document prepared by the Securities Administrator pursuant to this Section 9.12 requiring a signature thereon by the Trustee; (j) the Securities Administrator shall maintain records relating to each REMIC formed hereunder including but not limited to the income, expenses, assets and liabilities of each such REMIC and adjusted basis of the Trust Fund property determined at such intervals as may be required by the Code, as may be necessary to prepare the foregoing returns, schedules, statements or information; (k) the Securities Administrator shall, for federal income tax purposes, maintain books and records with respect to the REMICs on a calendar year and on an accrual basis; (l) neither the Trustee nor the Master Servicer shall enter into any arrangement not otherwise provided for in this Agreement by which the REMICs will receive a fee or other compensation for services nor permit the REMICs to receive any income from assets other than "qualified mortgages" as defined in Section 860G(a)(3) of the Code or "permitted investments" as defined in Section 860G(a)(5) of the Code; and (m) as and when necessary and appropriate, the Trustee, or at the written request of the Trustee, the Securities Administrator, shall represent the Trust Fund in any administrative or judicial proceedings relating to an examination or audit by any governmental taxing authority, request an administrative adjustment as to any taxable year of any REMIC formed hereunder, enter into settlement agreements with any governmental taxing agency, extend any statute of limitations relating to any tax item of the Trust Fund, and otherwise act on behalf of each REMIC formed hereunder in relation to any tax matter involving any such REMIC.

In order to enable each of the Trustee and the Securities Administrator to perform its duties as set forth herein, the Depositor shall provide, or cause to be provided, to the Trustee or the Securities Administrator within 10 days after the Closing Date all information or data that the Trustee or the Securities Administrator requests in writing and determines to be relevant for tax purposes to the valuations and offering prices of the Certificates, including, without limitation, the price, yield, prepayment assumption and projected cash flows of the Certificates and the related Mortgage Loans. Thereafter, the Depositor shall provide to the Trustee or the Securities Administrator promptly upon written request therefor, any such additional information or data that the Trustee or the Securities Administrator may, from time to time, request in order to enable the Trustee or the Securities Administrator to perform its duties as set forth herein. The Depositor hereby indemnifies each of Trustee and the Securities Administrator for any losses, liabilities, damages, claims or expenses of the Trustee or the Securities Administrator arising from any errors or miscalculations of the Trustee or the Securities Administrator, as applicable, that result from any failure of the Depositor to provide, or to cause to be provided, accurate information or data to the Trustee or the Securities Administrator, as applicable, on a timely basis.

In the event that any tax is imposed on "prohibited transactions" of any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI as defined in Section 860F(a)(2) of the Code, on the "net income from foreclosure property" of the Trust Fund as defined in Section 860G(c) of the Code, on any contribution to any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI after the Startup Day pursuant to Section 860G(d) of the Code, or any other tax is imposed, including, without limitation, any federal, state or local tax or minimum tax imposed upon any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI, and is, in each case, attributable to the activities of REMIC II or REMIC III or related to Loan Group 1 and not paid as otherwise provided for herein, such tax shall be paid (i) by the Trustee or the Securities Administrator, if any such tax arises out of or results from a breach by the Trustee or the Securities Administrator, respectively, of any of its obligations under this Agreement, (ii) by any party hereto (other than the Trustee or the Securities Administrator) to the extent any such tax arises out of or results from a breach by such other party of any of its obligations under this Agreement or (iii) in all other cases, or in the event that any liable party hereto fails to honor its obligations under the preceding clauses (i) or (ii), first with amounts otherwise to be distributed to the Class R Certificateholders, and second, with amounts otherwise to be distributed to all Adjustable Rate Certificateholders in the following order of priority: first, to the Class I-B-4 Certificates, second, to the Class I-B-3 Certificates, third, to the Class I-B-2 Certificates, fourth, to the Class I-B-1 Certificates, fifth, to the Class I-M-3 Certificates, sixth, to the Class I-M-2 Certificates, seventh, to the Class I-M-1 Certificates and eighth, to the Class I-A Certificates, on a pro rata basis, based on the amounts to be distributed.

In the event that any tax is imposed on "prohibited transactions" of any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI as defined in Section 860F(a)(2) of the Code, on the "net income from foreclosure property" of the Trust Fund as defined in Section 860G(c) of the Code, on any contribution to any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI after the Startup Day pursuant to Section 860G(d) of the Code, or any other tax is imposed, including, without limitation, any federal, state or local tax or minimum tax imposed upon any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI, and is, in each case, attributable to the activities of REMIC IV or REMIC V or related to Loan Group II and not paid as otherwise provided for herein, such tax shall be paid (i) by the Trustee or the Securities Administrator, if any such tax arises out of or results from a breach by the Trustee or the Securities Administrator, respectively, of any of its obligations under this Agreement, (ii) by any party hereto (other than the Trustee or the Securities Administrator) to the extent any such tax arises out of or results from a breach by such other party of any of its obligations under this Agreement or (iii) in all other cases, or in the event that any liable party hereto fails to honor its obligations under the preceding clauses (i) or (ii), first with amounts otherwise to be distributed to the Class R Certificateholders, and second, with amounts otherwise to be distributed to the following Classes of Group II Certificateholders in the following order of priority: first, to the Class II-B-6 Certificates, second, to the Class II-B-5 Certificates, third, to the Class II-B-4 Certificates, fourth, to the Class II-B-3 Certificates, fifth, to the Class II-B-2 Certificates, sixth, to the Class II-B-1 Certificates and seventh to the Class II-A Certificates, on a pro rata basis, based on the amounts to be distributed.

Notwithstanding anything to the contrary contained herein, to the extent that such tax is payable by the Holder of any Certificates, the Securities Administrator is hereby authorized to retain on any Distribution Date, from the Holders of the Class R Certificates (and, if necessary, from the Holders of the other related Certificates in the priority specified in the preceding sentence), funds otherwise distributable to such Holders in an amount sufficient to pay such tax. The Securities Administrator shall include in its Remittance Report instructions as to distributions to such parties taking into account the priorities described in the second preceding sentence. The Securities Administrator agrees to promptly notify in writing the party liable for any such tax of the amount thereof and the due date for the payment thereof.

The Trustee and the Securities Administrator each agree that, in the event it should obtain any information necessary for the other party to perform its obligations pursuant to this Section 9.12, it will promptly notify and provide such information to such other party. Notwithstanding anything in this Agreement to the contrary, the Trustee agrees that, in the event that the Trustee obtains actual knowledge that the Securities Administrator has breached any of its obligations pursuant to this Section 9.12, the Trustee shall (i) perform such obligations on its behalf to the extent that the Trustee possesses all documents necessary to so perform and receives reasonable compensation therefor or (ii) terminate the Securities Administrator and appoint a successor securities administrator.

Notwithstanding anything to the contrary contained herein, the liability of the Trustee and the Securities Administrator pursuant to this Article IX, shall not be joint and several and in no case shall the Trustee or the Securities Administrator be liable for the other's actions.

# ARTICLE X

## TERMINATION

Section 10.01 *Termination upon Liquidation or Repurchase of all Mortgage Loans.* Subject to Section 10.03, the obligations and responsibilities of the Depositor, the Master Servicer, the Securities Administrator, the Sponsor and the Trustee created hereby with respect to the related Sub-Trust shall terminate, with respect to Loan Group I, upon the earlier of (a) the purchase by the Sponsor or its designee of all of the Group I Mortgage Loans and related REO Properties remaining in the Trust Fund at a price (the "Group I Mortgage Loan Purchase Price") equal to the sum of (i) 100% of the Stated Principal Balance of each related Mortgage Loan (other than in respect of related REO Property), (ii) accrued interest thereon at the applicable Mortgage Rate to, but not including, the first day of the month of such purchase, (iii) the appraised value of any REO Property in the Group I Sub-Trust (up to the Stated Principal Balance of the related Mortgage Loan), such appraisal to be conducted by an appraiser mutually agreed upon by the Master Servicer and the Trustee, (iv) unreimbursed out-of pocket costs of the Servicers or the Master Servicer, including, without duplication, unreimbursed servicing advances and the principal portion of any unreimbursed Advances made on Loan Group I prior to the exercise of such repurchase right and (v) such Loan Group's pro rata share (based on the then outstanding aggregate Stated Principal Balance thereof) of any unreimbursed costs and expenses of the Trustee and the Securities Administrator payable pursuant to Section 9.05 and (b) the later of (i) the maturity or other liquidation (or any Advance with respect thereto) of the last Mortgage Loan remaining in the Group I Sub-Trust and the disposition of all related REO Property and (ii) the distribution to Group I Certificateholders of all amounts required to be distributed to them pursuant to this Agreement.

Subject to Section 10.03, the obligations and responsibilities of the Depositor, the Master Servicer, the Securities Administrator, the Sponsor and the Trustee created hereby with respect to the related Sub-Trust shall terminate, with respect to Loan Group II, upon the earlier of (a) the purchase by the Sponsor or its designee of all of the Group II Mortgage Loans (and related REO Properties) remaining in the Trust Fund at a price (the "Group II Mortgage Loan Purchase Price") equal to the sum of (i) 100% of the Stated Principal Balance of each related Mortgage Loan (other than in respect of related REO Property), (ii) accrued interest thereon at the applicable Mortgage Rate to, but not including, the first day of the month of such purchase, (iii) the appraised value of any REO Property in the Group II Sub-Trust (up to the Stated Principal Balance of the related Mortgage Loan), such appraisal to be conducted by an appraiser mutually agreed upon by the Master Servicer and the Trustee and (iv) unreimbursed out-of-pocket costs of the Servicers or the Master Servicer, including, without duplication, unreimbursed servicing advances and the principal portion of any unreimbursed Advances made on Loan Group II prior to the exercise of such repurchase right, and (v) such Loan Group's pro rata share (based on the then outstanding aggregate Stated Principal Balance thereof) of any unreimbursed costs and expenses of the Trustee and the Securities Administrator payable pursuant to Section 9.05 and (b) the later of (i) the maturity or other liquidation (or any Advance with respect thereto) of the last Mortgage Loan remaining in the Group II Sub-Trust and the disposition of all related REO Property and (ii) the distribution to Group II Certificateholders of all amounts required to be distributed to them pursuant to this Agreement, as applicable.

In no event shall the Sub-Trusts created hereby continue beyond the earlier of (i) the expiration of 21 years from the death of the last survivor of the descendants of Joseph P. Kennedy, the late Ambassador of the United States to the Court of St. James, living on the date hereof and (ii) the related Latest Possible Maturity Date.

The right to repurchase all Mortgage Loans in Loan Group I and related REO Properties pursuant to the first paragraph in this Section 10.01 shall be exercisable on any Distribution Date on which the aggregate Stated Principal Balance of the Group I Mortgage Loans is less than 10% of the aggregate Stated Principal Balance of the Group I Mortgage Loans as of the Cut-off Date.

The right to repurchase all Mortgage Loans in Loan Group II and related REO Properties pursuant to the second paragraph in this Section 10.01 shall be exercisable on any Distribution Date on which the aggregate Stated Principal Balance of the Group II Mortgage Loans is less than 10% of the aggregate Stated Principal Balance of the Group II Mortgage Loans as of the Cut-off Date.

Notwithstanding anything to the contrary herein, the Class R Certificates will not be retired until the retirement of all the Certificates (other than the Class R Certificates).

Section 10.02 *Final Distribution on the Group I Certificates and Group II Certificates.* If on any Determination Date, (i) the Master Servicer determines that there are no related Outstanding Mortgage Loans and no other funds or assets in the related Sub-Trust other than the funds in the Distribution Account, the Master Servicer shall direct the Securities Administrator to send a final distribution notice promptly to each related Certificateholder or (ii) the Securities Administrator determines that a Class of Certificates shall be retired after a final distribution on such Class, the Securities Administrator shall notify the related Certificateholders within five (5) Business Days after such Determination Date that the final distribution in retirement of such Class of Certificates is scheduled to be made on the immediately following Distribution Date. Any final distribution made pursuant to the immediately preceding sentence shall be made only upon presentation and surrender of the related Certificates at the office of the Securities Administrator specified in the final distribution notice to related Certificateholders. If the Sponsor or its designee elects to terminate the related Sub-Trust pursuant to Section 10.01, at least 20 days prior to the date notice is to be mailed to the Certificateholders, the Sponsor or its designee shall notify the Depositor, the Securities Administrator, the Trustee of the date the Sponsor or its designee intends to terminate the related Sub-Trust. The Master Servicer shall remit the related Mortgage Loan Purchase Price to the Securities Administrator on the Business Day prior to the Distribution Date for such termination by the Sponsor or its designee.

Notice of any termination of the related Sub-Trust, specifying the Distribution Date on which related Certificateholders may surrender their Certificates for payment of the final distribution and cancellation, shall be given promptly by the Securities Administrator by letter to related Certificateholders mailed not earlier than the 10th day and no later than the 15th day of the month immediately preceding the month of such final distribution. Any such notice shall specify (a) the Distribution Date upon which final distribution on the related Certificates shall be made upon presentation and surrender of related Certificates at the office therein designated, (b) the amount of such final distribution, (c) the location of the office or agency at which such presentation and surrender must be made and (d) that the Record Date otherwise applicable to such Distribution Date is not applicable, distributions being made only upon presentation and surrender of the related Certificates at the office therein specified. The Securities Administrator will give such notice to each Rating Agency at the time such notice is given to related Certificateholders.

In the event such notice is given, the Master Servicer shall cause all related funds to be remitted to the Securities Administrator for deposit in the Distribution Account on the Business Day prior to the applicable Distribution Date in an amount equal to the final distribution in respect of the related Certificates. Upon such final deposit with respect to the Sub-Trust and the receipt by the Trustee of a Request for Release therefor, the Trustee or the Custodian shall promptly release to the Master Servicer, as applicable the Mortgage Files for the related Mortgage Loans and the Trustee shall execute and deliver any documents prepared and delivered to it which are necessary to transfer any REO Property.

Upon presentation and surrender of the related Certificates, the Securities Administrator shall cause to be distributed to related Certificateholders of each Class in accordance with the Remittance Report the amounts allocable to such Certificates held in the Distribution Account in the order and priority set forth in Section 5.04 hereof on the final Distribution Date and in proportion to their respective Percentage Interests.

In the event that any affected Certificateholders shall not surrender Certificates for cancellation within six months after the date specified in the above mentioned written notice, the Securities Administrator shall give a second written notice to the remaining Certificateholders to surrender their Certificates for cancellation and receive the final distribution with respect thereto. If within six months after the second notice all the applicable Certificates shall not have been surrendered for cancellation, the Securities Administrator may take appropriate steps, or may appoint an agent to take appropriate steps, to contact the remaining Certificateholders concerning surrender of their Certificates, and the cost thereof shall be paid out of the funds and other assets that remain a part of the related Sub-Trusts. If within one year after the second notice all related Certificates shall not have been surrendered for cancellation, the related Residual Certificateholders shall be entitled to all unclaimed funds and other assets of the Trust Fund that remain subject hereto.

Section 10.03 *Additional Termination Requirements.*

(a) Upon exercise by the Sponsor or its designee of its purchase option as provided in Section 10.01, the related Sub-Trust shall be terminated in accordance with the following additional requirements, unless each of the Trustee and the Securities Administrator have been supplied with an Opinion of Counsel addressed to the Trustee, at the expense of the Sponsor or its designee to the effect that the failure of the Sub-Trust to comply with the requirements of this Section 10.03 will not (i) result in the imposition of taxes on "prohibited transactions" of a REMIC, or (ii) cause a REMIC to fail to qualify as a REMIC at any time that any Certificates are outstanding:

(1) The Sponsor or its designee shall establish a 90-day liquidation period for REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI as applicable, and notify the Trustee and Securities Administrator thereof, and the Securities Administrator shall in turn specify the first day of such period in a statement attached to the tax return for REMIC I, REMIC II,

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 76 of 279

Page 75 of 835

REMIC III, REMIC IV, REMIC V or REMIC VI, as applicable, pursuant to Treasury Regulation Section 1.860F-1. The Sponsor or its designee shall satisfy all the requirements of a qualified liquidation under Section 860F of the Code and any regulations thereunder with respect to each REMIC related to the terminated Sub-Trust, as evidenced by an Opinion of Counsel addressed to the Trustee obtained at the expense of the Sponsor or its designee;

(2) During such 90-day liquidation period, and at or prior to the time of making the final payment on the Certificates, the Securities Administrator as agent of the Trustee shall sell all of the assets of REMIC I or REMIC IV, as applicable, for cash; and

(3) At the time of the making of the final payment on the related Certificates, the Securities Administrator as agent for the Trustee shall distribute or credit, or cause to be distributed or credited, to the Holders of the related Residual Certificates all cash on hand (other than cash retained to meet claims), and REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI, as applicable, shall terminate at that time.

(b) By their acceptance of the related Certificates, the Holders thereof hereby authorize the adoption of a 90-day liquidation period and plan of liquidation for the related REMIC, which authorization shall be binding upon all successor related Certificateholders.

(c) The Securities Administrator, as agent for each related REMIC, hereby agrees to adopt and sign such a plan of complete liquidation upon the written request of the Sponsor or its designee and the receipt of the Opinion of Counsel referred to in Section 10.03(a)(1), and to take such other action in connection therewith as may be reasonably requested by the Sponsor or its designee.

ARTICLE XI

MISCELLANEOUS PROVISIONS

Section 11.01 Amendment. This Agreement may be amended from time to time by parties hereto, without the consent of any of the Certificateholders to cure any ambiguity, to correct or supplement any provisions herein (including to give effect to the expectations of investors), to change the manner in which the Distribution Account maintained by the Securities Administrator is maintained or to make such other provisions with respect to matters or questions arising under this Agreement as shall not be inconsistent with any other provisions herein if such action shall not, as evidenced by an Opinion of Counsel addressed to the Trustee, adversely affect in any material respect the interests of any Certificateholder; provided that any such amendment shall be deemed not to adversely affect in any material respect the interests of the Certificateholders and no such Opinion of Counsel shall be required if the Person requesting such amendment obtains a letter from each Rating Agency stating that such amendment would not result in the downgrading or withdrawal of the respective ratings then assigned to the Certificates.

Notwithstanding the foregoing, without the consent of the Certificateholders, the parties hereto may at any time and from time to time amend this Agreement to modify, eliminate or add to any of its provisions to such extent as shall be necessary or appropriate to maintain the qualification of each of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI, as a REMIC under the Code or to avoid or minimize the risk of the imposition of any tax on any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI pursuant to the Code that would be a claim against any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI at any time prior to the final redemption of the Certificates, provided that the Trustee have been provided an Opinion of Counsel addressed to the Trustee, which opinion shall be an expense of the party requesting such opinion but in any case shall not be an expense of the Trustee, the Securities Administrator or the Trust Fund, to the effect that such action is necessary or appropriate to maintain such qualification or to avoid or minimize the risk of the imposition of such a tax.

This Agreement may also be amended from time to time by the parties hereto with the consent of the Holders of each Class of Certificates affected thereby evidencing over 50% of the Voting Rights of such Class or Classes for the purpose of adding any provisions to or changing in any manner or eliminating any of the provisions of this Agreement or of modifying in any manner the rights of the Holders of Certificates; provided that no such amendment shall (i) reduce in any manner the amount of, or delay the timing of, payments required to be distributed on any Certificate without the consent of the Holder of such Certificate, (ii) cause any of REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI to cease to qualify as a REMIC or (iii) reduce the aforesaid percentages of Certificates of each Class the Holders of which are required to consent to any such amendment without the consent of the Holders of all Certificates of such Class then outstanding.

Notwithstanding any contrary provision of this Agreement, the Trustee shall not consent to any amendment to this Agreement unless it shall have first received an Opinion of Counsel addressed to the Trustee, which opinion shall be an expense of the party requesting such amendment but in any case shall not be an expense of the Trustee or the Securities Administrator, to the effect that such amendment will not (other than an amendment pursuant to clause (ii) of, and in accordance with, the preceding paragraph) cause the imposition of any tax on REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI or the Certificateholders or cause REMIC I, REMIC II, REMIC III, REMIC IV, REMIC V or REMIC VI to cease to qualify as a REMIC at any time that any Certificates are outstanding. Further, nothing in this Agreement shall require the Trustee to enter into an amendment without receiving an Opinion of Counsel, satisfactory to the Trustee (i) that such amendment is permitted and is not prohibited by this Agreement and (ii) that all requirements for amending this Agreement (including any consent of the applicable Certificateholders) have been complied with.

Promptly after the execution of any amendment to this Agreement requiring the consent of Certificateholders, the Trustee shall furnish written notification of the substance of such amendment to each Certificateholder, the Corridor Contract Provider and each Rating Agency.

It shall not be necessary for the consent of Certificateholders under this Section to approve the particular form of any proposed amendment, but it shall be sufficient if such consent shall approve the substance thereof. The manner of obtaining such consents and of evidencing the authorization of the execution thereof by Certificateholders shall be subject to such reasonable regulations as the Trustee may prescribe.

The Trustee may, but shall not be obligated to, enter into any such amendment which affects the Trustee's own rights, duties or immunities under this Agreement.

Section 11.02 Recordation of Agreement; Counterparts. To the extent permitted by applicable law, this Agreement is subject to recordation in all appropriate public offices for real property records in all of the counties or other comparable jurisdictions in which any or all of the Mortgaged Properties are situated, and in any other appropriate public recording office or elsewhere. The Master Servicer shall effect such recordation at the Trust's expense upon the request in writing of a Certificateholder, but only if such direction is accompanied by an Opinion of Counsel (provided at the expense of the Certificateholder requesting recordation) to the effect that such recordation would materially and beneficially affect the interests of the Certificateholders or is required by law.

For the purpose of facilitating the recordation of this Agreement as herein provided and for other purposes, this Agreement may be executed simultaneously in any number of counterparts, each of which counterparts shall be deemed to be an original, and such counterparts shall constitute but one and the same instrument.

Section 11.03 Governing Law.

**THIS AGREEMENT SHALL BE CONSTRUED IN ACCORDANCE WITH AND GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF NEW YORK APPLICABLE TO AGREEMENTS MADE AND TO BE PERFORMED IN THE STATE OF NEW YORK AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE PARTIES HERETO AND THE CERTIFICATEHOLDERS SHALL BE DETERMINED IN ACCORDANCE WITH SUCH LAWS WITHOUT REGARD TO THE CONFLICTS OF LAWS PRINCIPLES THEREOF (OTHER THAN SECTION 5-1401 OF THE GENERAL OBLIGATIONS LAWS).**

Section 11.04 Intention of Parties. It is the express intent of the parties hereto that the conveyance of the Mortgage Notes, Mortgages, assignments of Mortgages, title insurance policies and any modifications, extensions and/or assumption agreements and private mortgage insurance policies relating to the Mortgage Loans by the Seller to the Depositor, and by the Depositor to the Trustee be, and be construed as, an absolute sale thereof to the Depositor or the Trustee, as applicable. It is, further, not the intention of the parties that such conveyance be deemed a pledge thereof by the Seller to the Depositor, or by the Depositor to the Trustee. However, in the event that, notwithstanding the intent of the parties, such assets are held to be the property of the Seller or the Depositor, as applicable, or if for any other reason the Mortgage Loan Purchase Agreement or this Agreement is held or deemed to create a security interest in such assets, then (i) the Mortgage Loan Purchase Agreement and this Agreement shall each be deemed to be a security agreement within the meaning of the Uniform Commercial Code of the State of New York and (ii) the conveyance provided for in the Mortgage Loan Purchase Agreement from the Seller to the Depositor, and the conveyance provided for in this Agreement from the Depositor to the Trustee, shall be deemed to be an assignment and a grant by the Seller or the Depositor, as applicable, for the benefit of the Certificateholders, of a security interest in all of the assets that constitute the Trust Fund, whether now owned or hereafter acquired.

The Depositor for the benefit of the Certificateholders shall, to the extent consistent with this Agreement, take such actions as may be necessary to ensure that, if this Agreement were deemed to create a security interest in the assets of the Trust Fund, such security interest would be deemed to be a perfected security interest of first priority under applicable law and shall be maintained as such throughout the term of the Agreement.

Section 11.05 Notices.

(a) The Trustee shall use its best efforts to promptly provide notice to each Rating Agency with respect to each of the following of which a Responsible Officer of the Trustee has actual knowledge:

(i) (i) Any material change or amendment to this Agreement;

(ii) (ii) The occurrence of any Event of Default that has not been cured;

(iii) (iii) The resignation or termination of the Master Servicer, the Securities Administrator or the Trustee and the appointment of any successor;

(iv) (iv) With respect to each Loan Group, the repurchase or substitution of related Mortgage Loans pursuant to Sections 2.02, 2.03 and 10.01; and

(v) (v) With respect to each Loan Group, the final payment to Certificateholders.

(b) All directions, demands and notices hereunder shall be in writing and shall be deemed to have been duly given when delivered at or mailed by registered mail, return receipt requested, postage prepaid, or by recognized overnight courier, or by facsimile transmission to a number provided by the appropriate party if receipt of such transmission is confirmed to (i) in the case of the Depositor, Structured Asset Mortgage Investments II Inc., 383 Madison Avenue, New York, New York 10179, Attention: Chief Counsel; (ii) in the case of the Sponsor, Luminent Mortgage Capital, Inc., One Commerce Square, 2005 Market Street, Suite 2100, Philadelphia, PA 19103, Attention: Megan Mahoney or such other address as may be hereafter furnished to the other parties hereto by the Master Servicer in writing; (iii) in the case of the Trustee, at each Corporate Trust Office or such other address as the Trustee may hereafter furnish to the other parties hereto; (iv) in the case of the Master Servicer or the Securities Administrator, P. O. Box 98, Columbia, Maryland 21046 (or, for overnight deliveries, 9062 Old Annapolis Road, Columbia, Maryland 21045), Attention: Luminent 2006-3 or such other address as may be hereafter furnished to the other parties hereto by the Securities Administrator in writing, and (v) in the case of the Rating Agencies, (x) Moody's Investors Service, Inc., 99 Church Street, New York, New York 10007, Attention: MBS Monitoring Department, (y) Standard & Poor's, 55 Water Street, 41st Floor, New York, New York 10041, Attention: Mortgage Surveillance Group and (z) Fitch Inc., One State Street Plaza, 33rd Floor, New York, NY 10004. Any notice delivered to the Sponsor, the Master Servicer, the Securities Administrator or the Trustee under this Agreement shall be effective only upon receipt. Any notice required or permitted to be mailed to a Certificateholder, unless otherwise provided herein, shall be given by first-class mail, postage prepaid, at the address of such Certificateholder as shown in the Certificate Register; any notice so mailed within the time prescribed in this Agreement shall be conclusively presumed to have been duly given, whether or not the Certificateholder receives such notice.

Section 11.06 Severability of Provisions. If any one or more of the covenants, agreements, provisions or terms of this Agreement shall be for any reason whatsoever held invalid, then such covenants, agreements, provisions or terms shall be deemed severable from the remaining covenants, agreements, provisions or terms of this Agreement and shall in no way affect the validity or enforceability of the other provisions of this Agreement or of the Certificates or the rights of the Holders thereof.

Section 11.07 Assignment. Notwithstanding anything to the contrary contained herein, except as provided pursuant to Section 7.07, this Agreement may not be assigned by the Master Servicer, the Sponsor or the Depositor.

Section 11.08 Limitation on Rights of Certificateholders. The death or incapacity of any Certificateholder shall not operate to terminate this Agreement or the Trust Fund, nor entitle such Certificateholder's legal representative or heirs to claim an accounting or to take any action or commence any proceeding in any court for a petition or winding up of the Trust Fund, or otherwise affect the rights, obligations and liabilities of the parties hereto or of any of them.

No Certificateholder shall have any right to vote (except as provided herein) or in any manner otherwise control the operation and management of the Trust Fund, or the obligations of the parties hereto, nor shall anything herein set forth or contained in the terms of the Certificates be construed so as to constitute the Certificateholders from time to time as partners or members of an association; nor shall any Certificateholder be under any liability to any third party by reason of any action taken by the parties to this Agreement pursuant to any provision hereof.

No Certificateholder shall have any right by virtue or by availing itself of any provisions of this Agreement to institute any suit, action or proceeding in equity or at law upon or under or with respect to this Agreement, unless such Holder previously shall have given to the Trustee or the Securities Administrator, as appropriate, a written notice of an Event of Default and of the continuance thereof, as hereinbefore provided, the Holders of Certificates evidencing not less than 25% of the Voting Rights evidenced by the Certificates shall also have made written request to the Trustee or the Securities Administrator, as appropriate to institute such action, suit or proceeding in its own name as Trustee or the Securities Administrator, as appropriate, hereunder and shall have offered to the Trustee or the Securities Administrator, as appropriate, such reasonable indemnity as it may require against the costs, expenses, and liabilities to be incurred therein or thereby, and the Trustee or the Securities Administrator, as appropriate, for 60 days after its receipt of such notice, request and offer of indemnity shall have neglected or refused to institute any such action, suit or proceeding; it being understood and intended, and being expressly covenanted by each Certificateholder with every other Certificateholder and the Trustee, that no one or more Holders of Certificates shall have any right in any manner whatever by virtue or by availing itself of themselves of any provisions of this Agreement to affect, disturb or prejudice the rights of the Holders of any other of the Certificates, or to obtain or seek to obtain priority over or preference to any other such Holder or to enforce any right under this Agreement, except in the manner herein provided and for the common benefit of all Certificateholders. For the protection and enforcement of the provisions of this Section 11.08, each and every Certificateholder, the Trustee or the Securities Administrator shall be entitled to such relief as can be given either at law or in equity.

Section 11.09 Inspection and Audit Rights. The Master Servicer agrees that, on reasonable prior notice, it will permit any representative of the Depositor or the Trustee during the Master Servicer's normal business hours, to examine all the books of account, records, reports and other papers of the Master Servicer relating to the Mortgage Loans, to make copies and extracts therefrom, to cause such books to be audited by independent certified public accountants selected by the Depositor or the Trustee and to discuss its affairs, finances and accounts relating to such Mortgage Loans with its officers, employees and independent public accountants (and by this provision the Master Servicer hereby authorizes such accountants to discuss with such representative such affairs, finances and accounts), all at such reasonable times and as often as may be reasonably requested. Any out-of-pocket expense incident to the exercise by the Depositor or the Trustee of any right under this Section 11.09 shall be borne by the party requesting such inspection, subject to such party's right to reimbursement hereunder (in the case of the Trustee, pursuant to Section 9.05 hereof).

Section 11.10 Certificates Nonassessable and Fully Paid.

It is the intention of the Depositor that Certificateholders shall not be personally liable for obligations of the Trust Fund, that the interests in the Trust Fund represented by the Certificates shall be nonassessable for any reason whatsoever, and that the Certificates, upon due authentication thereof by the Trustee pursuant to this Agreement, are and shall be deemed fully paid.

Section 11.11 [reserved].

* * *

IN WITNESS WHEREOF, the Depositor, the Master Servicer, the Sponsor, the Securities Administrator and the Trustee have caused their names to be signed hereto by their respective officers thereunto duly authorized as of the day and year first above written.

STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.,
as Depositor

By:     /s/ Baron Silverstein
        Name: Baron Silverstein
        Title: Vice President

LUMINENT MORTGAGE CAPITAL, INC.,
as Sponsor

Unassociated Document                                                                Page 78 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 79 of 279

By:    /s/ Christopher J. Zyda
           Name: Christopher J. Zyda
           Title: Chief Financial Officer


WELLS FARGO BANK, NATIONAL ASSOCIATION,
as Securities Administrator and Master Servicer


By:    /s/ Amy Doyle
           Name: Amy Doyle
           Title: Vice President


HSBC BANK USA, NATIONAL ASSOCIATION,
as Trustee


By:    /s/ Elena Zheng
           Name: Elena Zheng
           Title: Assistant Vice President

STATE OF NEW YORK          )
                           )      ss.:
COUNTY OF NEW YORK         )


       On this 28th day of April, 2006, before me, a notary public in and for said State, appeared Baron Silverstein, personally known to me on the basis of satisfactory evidence to be an authorized representative of Structured Asset Mortgage Investments II Inc., one of the companies that executed the within instrument, and also known to me to be the person who executed it on behalf of such limited liability company and acknowledged to me that such limited liability company executed the within instrument.

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.


                     /s/ Ravind Karamsingh
                     Notary Public


[Notarial Seal]

Unassociated Document                                                                 Page 80 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 81 of 279

STATE OF CALIFORNIA                    )
                                      )      ss.:
COUNTY OF SAN FRANCISCO    )


      On this 28th day of April, 2006, before me, a notary public in and for said State, appeared Christopher Zyda, personally known to me on the basis of satisfactory evidence to be an authorized representative of Luminent Mortgage Capital, Inc. that executed the within instrument, and also known to me to be the person who executed it on behalf of such national banking association, and acknowledged to me that such national banking association executed the within instrument.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.


          /s/ Gerry Cruz
          Notary Public


[Notarial Seal]

Unassociated Document

Page 81 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 82 of 279

STATE OF MARYLAND      )

                       )     ss.:

COUNTY OF ANNE ARUNDEL   )

         On this 28th day of April, 2006, before me, a notary public in and for said State, appeared Amy Doyle, personally known to me on the basis of satisfactory evidence to be an authorized representative of Wells Fargo Bank, National Association that executed the within instrument, and also known to me to be the person who executed it on behalf of such national banking association, and acknowledged to me that such national banking association executed the within instrument.

         IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

                                   /s/ Joanne K. Stahling
                                   Notary Public

[Notarial Seal]

Unassociated Document

Page 82 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 83 of 279

STATE OF NEW YORK                    )
                                    )       ss.:
COUNTY OF NEW YORK             )

　　　　On this 28th day of April, 2006, before me, a notary public in and for said State, appeared Elena Zheng, personally known to me on the basis of satisfactory evidence to be an authorized representative of HSBC Bank USA, National Association that executed the within instrument, and also known to me to be the person who executed it on behalf of such corporation, and acknowledged to me that such corporation executed the within instrument.

　　　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

                                              /s/ Ecliff C. Jackman
                                              Notary Public

[Notarial Seal]

EXHIBIT A-1

**FORM OF CLASS [_-[_]A-_] CERTIFICATE**

SOLELY FOR U.S. FEDERAL INCOME TAX PURPOSES, THIS CERTIFICATE REPRESENTS A "REGULAR INTEREST" IN A "REAL ESTATE MORTGAGE INVESTMENT CONDUIT," AS THOSE TERMS ARE DEFINED, RESPECTIVELY, IN SECTIONS 860G AND 860D OF THE INTERNAL REVENUE CODE OF 1986 (THE "CODE").

THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DECREASED BY THE PRINCIPAL PAYMENTS HEREON. ACCORDINGLY, FOLLOWING THE INITIAL ISSUANCE OF THE CERTIFICATES, THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DIFFERENT FROM THE DENOMINATION SHOWN BELOW. ANYONE ACQUIRING THIS CERTIFICATE MAY ASCERTAIN ITS CERTIFICATE PRINCIPAL BALANCE BY INQUIRY OF THE SECURITIES ADMINISTRATOR NAMED HEREIN.

UNLESS THIS CERTIFICATE IS PRESENTED BY AN AUTHORIZED REPRESENTATIVE OF THE DEPOSITORY TRUST COMPANY TO THE DEPOSITOR OR ITS AGENT FOR REGISTRATION OF TRANSFER, EXCHANGE OR PAYMENT, AND ANY CERTIFICATE ISSUED IS REGISTERED IN THE NAME OF CEDE & CO. OR SUCH OTHER NAME AS REQUESTED BY AN AUTHORIZED REPRESENTATIVE OF THE DEPOSITORY TRUST COMPANY AND ANY PAYMENT IS MADE TO CEDE & CO., ANY TRANSFER, PLEDGE OR OTHER USE HEREOF FOR VALUE OR OTHERWISE BY OR TO ANY PERSON IS WRONGFUL SINCE THE REGISTERED OWNER HEREOF, CEDE & CO., HAS AN INTEREST HEREIN.

Certificate No.1                                           [Adjustable][Fixed][Floating] Pass-Through Rate

Class [_-[_]A-_]Senior

Date of Pooling and Servicing Agreement and Cut-off Date:           Aggregate Initial Certificate [Principal Balance][Notional Amount] of this Certificate as of the Cut-off Date:
April 1, 2006

$[_____]

First Distribution Date:                           Initial [Certificate Principal][Notional] Balance of this Certificate as of the Cut-off Date:
May 25, 2006

$[_____]

Master Servicer:                                   CUSIP: _____
Wells Fargo Bank, National Association

Assumed Final Distribution Date:
May 25, 2036

MORTGAGE PASS-THROUGH CERTIFICATE

SERIES 2006-3

evidencing a percentage interest in the distributions allocable to the Class [_-[_]A-_] Certificates with respect to a Trust Fund consisting primarily of a pool of conventional one- to four-family fixed interest rate mortgage loans sold by STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.

This Certificate is payable solely from the assets of the Trust Fund, and does not represent an obligation of or interest in Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator referred to below or any of their affiliates or any other person. Neither this Certificate nor the underlying Mortgage Loans are guaranteed or insured by any governmental entity or by Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator or any of their affiliates or any other person. None of Structured Asset Mortgage Investments II Inc., the Master Servicer or any of their affiliates will have any obligation with respect to any certificate or other obligation secured by or payable from payments on the Certificates.

This certifies that Cede & Co. is the registered owner of the Percentage Interest evidenced hereby in the beneficial ownership interest of Certificates of the same Class as this Certificate in a trust (the "Trust Fund") generally consisting of conventional first lien, fixed rate mortgage loans secured by one- to four- family residences (collectively, the "Mortgage Loans") sold by Structured Asset Mortgage Investments II Inc. ("SAMI II"). The Mortgage Loans were sold by Maia Mortgage Finance Statutory Trust ("Maia") to SAMI II. Wells Fargo Bank, National Association will act as master servicer of the Mortgage Loans (the "Master Servicer," which term includes any successors thereto under the Agreement referred to below). The Trust Fund was created pursuant to the Pooling and Servicing Agreement dated as of the Cut-off Date specified above (the "Agreement"), among SAMI II, as depositor (the "Depositor"), Luminent Mortgage Capital, Inc. as Sponsor, Wells Fargo Bank, National Association, as Master Servicer and securities administrator (the "Securities Administrator") and HSBC Bank USA, National Association, as trustee (the "Trustee"), a summary of certain of the pertinent provisions of which is set forth hereafter. To the extent not defined herein, capitalized terms used herein shall have the meaning ascribed to them in the Agreement. This Certificate is issued under and is subject to the terms, provisions and conditions of the Agreement, to which Agreement the Holder of this Certificate by virtue of its acceptance hereof assents and by which such Holder is bound.

Interest on this Certificate will accrue from and including the 25th day of the calendar month preceding the month in which a Distribution Date (as hereinafter defined) occurs (or, with respect to the first accrual period, the Closing Date) to and including the 24th day of the calendar month in which that Distribution Date occurs on the Certificate Principal Balance hereof at a per annum rate equal to the Pass-Through Rate set forth above and as further described in the Agreement. The Securities Administrator will distribute on the 25th day of each month, or, if such 25th day is not a Business Day, the immediately following Business Day (each, a "Distribution Date"), commencing on the First Distribution Date specified above, to the Person in whose name this Certificate is registered at the close of business on the Business Day immediately preceding such Distribution Date, an amount equal to the product of the Percentage Interest evidenced by this Certificate and the amount (of interest and principal, if any) required to be distributed to the Holders of Certificates of the same Class as this Certificate. The Assumed Final Distribution Date is the Distribution Date in the month immediately following the month of the latest scheduled maturity date of any Mortgage Loan and is not likely to be the date on which the Certificate Principal Balance of this Class of Certificates will be reduced to zero.

Distributions on this Certificate will be made by the Securities Administrator by check mailed to the address of the Person entitled thereto as such name and address shall appear on the Certificate Register or, if such Person so requests by notifying the Securities Administrator in writing as specified in the Agreement. Notwithstanding the above, the final distribution on this Certificate will be made after due notice by the Securities Administrator of the pendency of such distribution and only upon presentation and surrender of this Certificate at the office or agency appointed by the Securities Administrator for that purpose and designated in such notice. The Initial Certificate Principal Balance of this Certificate is set forth above. The Certificate Principal Balance hereof will be reduced to the extent of distributions allocable to principal hereon.

This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the "Certificates"). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

The Certificateholder, by its acceptance of this Certificate, agrees that it will look solely to the Trust Fund for payment hereunder and that the Trustee or the Securities Administrator is not liable to the Certificateholders for any amount payable under this Certificate or the Agreement or, except as expressly provided in the Agreement, subject to any liability under the Agreement.

This Certificate does not purport to summarize the Agreement and reference is made to the Agreement for the interests, rights and limitations of rights, benefits, obligations and duties evidenced hereby, and the rights, duties and immunities of the Trustee and the Securities Administrator.

The Agreement permits, with certain exceptions therein provided, the amendment thereof and the modification of the rights and obligations of the Depositor and the rights of the Certificateholders under the Agreement from time to time by the parties thereto with the consent of the Holders of the Class or Classes of Certificates affected thereby evidencing over 50% of the Voting Rights of such Class or Classes. Any such consent by the Holder of this Certificate shall be conclusive and binding on such Holder and upon all future Holders of this Certificate and of any Certificate issued upon the transfer hereof or in lieu hereof whether or not notation of such consent is made upon this Certificate. The Agreement also permits the amendment thereof, in certain limited circumstances, without the consent of the Holders of any of the Certificates.

As provided in the Agreement and subject to certain limitations therein set forth, the transfer of this Certificate is registrable with the Securities Administrator upon surrender of this Certificate for registration of transfer at the offices or agencies maintained by the Securities Administrator for such purposes, duly endorsed by, or accompanied by a written instrument of transfer in form satisfactory to the Securities Administrator duly executed by the Holder hereof or such Holder's attorney duly authorized in writing, and thereupon one or more new Certificates in authorized

Unassociated Document                                                                 Page 85 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 86 of 279

denominations representing a like aggregate Percentage Interest will be issued to the designated transferee.

The Certificates are issuable only as registered Certificates without coupons in the Classes and denominations specified in the Agreement. As provided in the Agreement and subject to certain limitations therein set forth, this Certificate is exchangeable for one or more new Certificates evidencing the same Class and in the same aggregate Percentage Interest, as requested by the Holder surrendering the same.

No service charge will be made to the Certificateholders for any such registration of transfer, but the Securities Administrator may require payment of a sum sufficient to cover any tax or other governmental charge payable in connection therewith. The Depositor, the Master Servicer, Securities Administrator, the Trustee and any agent of any of them may treat the Person in whose name this Certificate is registered as the owner hereof for all purposes, and none of Depositor, the Master Servicer, Securities Administrator, the Trustee or any such agent shall be affected by notice to the contrary.

The obligations created by the Agreement and the Group I Sub-Trust created thereby (other than the obligations to make payments to related Certificateholders with respect to the termination of the Agreement) shall terminate upon the earlier of (i) the later of (A) the maturity or other liquidation (or Advance with respect thereto) of the last Group I Mortgage Loan remaining in the Group I Sub-Trust and disposition of all property acquired upon foreclosure or deed in lieu of foreclosure of any Group I Mortgage Loan and (B) the remittance of all related funds due under the Agreement, or (ii) the optional repurchase by the party named in the Agreement of all the Mortgage Loans in Loan Group I and other related assets of the Group I Sub-Trust in accordance with the terms of the Agreement. Such optional repurchase may be made only on or after the earlier of (i) the first Distribution Date on which the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I is less than or equal to 10% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group I as of the Cut-off Date. The exercise of such right will effect the early retirement of the Group I Certificates. In no event, however, will the Group I Sub-Trust created by the Agreement continue beyond the earlier of (i) the expiration of beyond the expiration of 21 years after the death of certain persons identified in the Agreement and (ii) the related Latest Possible Maturity Date.

Unless this Certificate has been countersigned by an authorized signatory of the Securities Administrator by manual signature, this Certificate shall not be entitled to any benefit under the Agreement, or be valid for any purpose.

Unassociated Document                                                    Page 86 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 87 of 279

IN WITNESS WHEREOF, the Securities Administrator has caused this Certificate to be duly executed.

Dated: April 28, 2006

WELLS FARGO BANK,
NATIONAL ASSOCIATION,
as Securities Administrator

By: _____

Authorized Signatory


**CERTIFICATE OF AUTHENTICATION**

This is one of the Class [_-[_]A-_] Certificates referred to in the within-mentioned Agreement.

WELLS FARGO BANK,
NATIONAL ASSOCIATION,
as Securities Administrator

By: _____

Authorized Signatory

Unassociated Document

Page 87 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 88 of 279

ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby sell(s), assign(s) and transfer(s) unto _____ (Please print or typewrite name and address including postal zip code of assignee) a Percentage Interest evidenced by the within Asset-Backed Certificate and hereby authorizes the transfer of registration of such interest to assignee on the Certificate Register of the Trust Fund.

I (We) further direct the Certificate Registrar to issue a new Certificate of a like denomination and Class, to the above named assignee and deliver such Certificate to the following address:

_____

_____ .

Dated: _____

_____

Signature by or on behalf of assignor

_____

Signature Guaranteed

DISTRIBUTION INSTRUCTIONS

This assignee should include the following for purposes of distribution:

Distributions shall be made, by wire transfer or otherwise, in immediately available funds

to _____ .

for the account of _____ .

account number_____, or, if mailed by check, to _____ .

Applicable statements should be mailed to _____ .

_____

This information is provided by _____ .

the assignee named above, or _____ .

as its agent.

Unassociated Document          Page 88 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 89 of 279

EXHIBIT A-2

FORM OF CLASS [I-M-[_]][[_]-B-[_]] CERTIFICATE

THIS CERTIFICATE IS SUBORDINATED IN RIGHT OF PAYMENT TO THE RELATED SENIOR CERTIFICATES AS DESCRIBED IN THE AGREEMENT (AS DEFINED BELOW).

SOLELY FOR U.S. FEDERAL INCOME TAX PURPOSES, THIS CERTIFICATE REPRESENTS A "REGULAR INTEREST" IN A "REAL ESTATE MORTGAGE INVESTMENT CONDUIT," AS THOSE TERMS ARE DEFINED, RESPECTIVELY, IN SECTIONS 860G AND 860D OF THE INTERNAL REVENUE CODE OF 1986 (THE "CODE").

THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DECREASED BY THE PRINCIPAL PAYMENTS HEREON AND REALIZED LOSSES ALLOCABLE HERETO AS DESCRIBED IN THE AGREEMENT. ACCORDINGLY, FOLLOWING THE INITIAL ISSUANCE OF THE CERTIFICATES, THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DIFFERENT FROM THE DENOMINATION SHOWN BELOW. ANYONE ACQUIRING THIS CERTIFICATE MAY ASCERTAIN ITS CERTIFICATE PRINCIPAL BALANCE BY INQUIRY OF THE SECURITIES ADMINISTRATOR NAMED HEREIN.

UNLESS THIS CERTIFICATE IS PRESENTED BY AN AUTHORIZED REPRESENTATIVE OF THE DEPOSITORY TRUST COMPANY TO THE DEPOSITOR OR ITS AGENT FOR REGISTRATION OF TRANSFER, EXCHANGE OR PAYMENT, AND ANY CERTIFICATE ISSUED IS REGISTERED IN THE NAME OF CEDE & CO. OR SUCH OTHER NAME AS REQUESTED BY AN AUTHORIZED REPRESENTATIVE OF THE DEPOSITORY TRUST COMPANY AND ANY PAYMENT IS MADE TO CEDE & CO., ANY TRANSFER, PLEDGE OR OTHER USE HEREOF FOR VALUE OR OTHERWISE BY OR TO ANY PERSON IS WRONGFUL SINCE THE REGISTERED OWNER HEREOF, CEDE & CO., HAS AN INTEREST HEREIN.

EACH BENEFICIAL OWNER OF THIS CERTIFICATE OR ANY INTEREST HEREIN SHALL BE DEEMED TO HAVE REPRESENTED, BY VIRTUE OF ITS ACQUISITION OR HOLDING OF THIS CERTIFICATE OR INTEREST HEREIN, THAT EITHER (I) IT IS NOT AN EMPLOYEE BENEFIT PLAN OR OTHER RETIREMENT ARRANGEMENT SUBJECT TO THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, AS AMENDED OR SECTION 4975 OF THE INTERNAL REVENUE CODE OF 1986, AS AMENDED ("PLAN"), OR INVESTING WITH ASSETS OF A PLAN OR (II) IT HAS ACQUIRED AND IS HOLDING SUCH CERTIFICATE IN RELIANCE ON PROHIBITED TRANSACTION EXEMPTION 90-30, AS AMENDED FROM TIME TO TIME ("EXEMPTION"), AND THAT IT UNDERSTANDS THAT THERE ARE CERTAIN CONDITIONS TO THE AVAILABILITY OF THE EXEMPTION, INCLUDING THAT THE CERTIFICATE MUST BE RATED, AT THE TIME OF PURCHASE, NOT LOWER THAN "BBB-" (OR ITS EQUIVALENT) BY STANDARD & POOR'S, FITCH, INC. OR MOODY'S INVESTORS SERVICE, INC., AND THE CERTIFICATE IS SO RATED OR (III) (1) IT IS AN INSURANCE COMPANY, (2) THE SOURCE OF FUNDS USED TO ACQUIRE OR HOLD THE CERTIFICATE OR INTEREST HEREIN IS AN "INSURANCE COMPANY GENERAL ACCOUNT", AS SUCH TERM IS DEFINED IN PROHIBITED TRANSACTION CLASS EXEMPTION ("PTCE") 95-60, AND (3) THE CONDITIONS IN SECTIONS I AND III OF PTCE 95-60 HAVE BEEN SATISFIED.

---

Unassociated Document                                                                                           Page 89 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 90 of 279

Certificate No.1                                                          Variable Pass-Through Rate

CLASS [I-M-[_]][[_]-B-[_]] Subordinate

Date of Pooling and Servicing Agreement and Cut-off Date:                Aggregate Initial Certificate Principal Balance of this Certificate as of the Cut-off Date:
April 1, 2006                                                            $_____

First Distribution Date:                                                Initial Certificate Principal Balance of this Certificate as of the Cut-off Date:
May 25, 2006                                                            $_____

Master Servicer:                                                        CUSIP: _____
Wells Fargo Bank, National Association

Assumed Final Distribution Date:
[April][May] 25, 2036

MORTGAGE PASS-THROUGH CERTIFICATE
SERIES 2006-3

evidencing a percentage interest in the distributions allocable to the CLASS [I-M-[_]][[_]-B-[_]] Certificates with respect to a Trust Fund consisting primarily of a pool of conventional one- to four-family fixed interest rate mortgage loans sold by STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.

This Certificate is payable solely from the assets of the Trust Fund, and does not represent an obligation of or interest in Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator referred to below or any of their affiliates or any other person. Neither this Certificate nor the underlying Mortgage Loans are guaranteed or insured by any governmental entity or by Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator or any of their affiliates or any other person. None of Structured Asset Mortgage Investments II Inc., the Master Servicer or any of their affiliates will have any obligation with respect to any certificate or other obligation secured by or payable from payments on the Certificates.

This certifies that Cede & Co. is the registered owner of the Percentage Interest evidenced hereby in the beneficial ownership interest of Certificates of the same Class as this Certificate in a trust (the ATrust Fund@) generally consisting of conventional first lien, fixed rate mortgage loans secured by one- to four- family residences (collectively, the AMortgage Loans@) sold by Structured Asset Mortgage Investments II Inc. (ASAMI II@). The Mortgage Loans were sold by Maia Mortgage Finance Statutory Trust (AMaia@) to SAMI II. Wells Fargo Bank, National Association will act as master servicer of the Mortgage Loans (the AMaster Servicer,@ which term includes any successors thereto under the Agreement referred to below). The Trust Fund was created pursuant to the Pooling and Servicing Agreement dated as of the Cut-off Date specified above (the AAgreement@), among SAMI II, as depositor (the ADepositor@), Luminent Mortgage Capital, Inc. as Sponsor, Wells Fargo Bank, National Association, as Master Servicer and securities administrator (the ASecurities Administrator@) and HSBC Bank USA, National Association, as trustee (the ATrustee@), a summary of certain of the pertinent provisions of which is set forth hereafter. To the extent not defined herein, capitalized terms used herein shall have the meaning ascribed to them in the Agreement. This Certificate is issued under and is subject to the terms, provisions and conditions of the Agreement, to which Agreement the Holder of this Certificate by virtue of its acceptance hereof assents and by which such Holder is bound.

Interest on this Certificate will accrue during the month prior to the month in which a Distribution Date (as hereinafter defined) occurs on the Certificate Principal Balance hereof at a per annum rate equal to the Pass-Through Rate set forth above. The Securities Administrator will distribute on the 25th day of each month, or, if such 25th day is not a Business Day, the immediately following Business Day (each, a ADistribution Date"), commencing on the First Distribution Date specified above, to the Person in whose name this Certificate is registered at the close of business on the last day (or if such last day is not a Business Day, the Business Day immediately preceding such last day) of the calendar month immediately preceding the month in which the Distribution Date occurs, an amount equal to the product of the Percentage Interest evidenced by this Certificate and the amount (of interest and principal, if any) required to be distributed to the Holders of Certificates of the same Class as this Certificate. The Assumed Final Distribution Date is the Distribution Date in the month following the latest scheduled maturity date of any Mortgage Loan and is not likely to be the date on which the Certificate Principal Balance of this Class of Certificates will be reduced to zero.

Distributions on this Certificate will be made by the Securities Administrator by check mailed to the address of the Person entitled thereto as such name and address shall appear on the Certificate Register or, if such Person so requests by notifying the Securities Administrator in writing as specified in the Agreement. Notwithstanding the above, the final distribution on this Certificate will be made after due notice by the Securities Administrator of the pendency of such distribution and only upon presentation and surrender of this Certificate at the office or agency appointed by the Securities Administrator for that purpose and designated in such notice. The Initial Certificate Principal Balance of this Class of Certificates is set forth above. The Certificate Principal Balance hereof will be reduced to the extent of distributions allocable to principal hereon and any Realized Losses allocable hereto.

This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the ACertificates@). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

Each beneficial owner of this Certificate or any interest herein shall be deemed to have represented, by virtue of its acquisition or holding of this certificate or interest herein, that either (i) it is not an employee benefit plan or other retirement arrangement subject to the Employee Retirement Income Security Act of 1974, as amended or section 4975 of the Internal Revenue Code of 1986, as amended (APlan@), or investing with assets of a Plan or (ii) it has acquired and is holding such certificate in reliance on Prohibited Transaction Exemption 90-30, as amended from time to time (AExemption@), and that it understands that there are certain conditions to the availability of the Exemption, including that the certificate must be rated, at the time of purchase, not lower than ABBB-A (or its equivalent) by Standard & Poor's, Fitch, Inc. or Moody's Investors Service, Inc., and the certificate is so rated or (iii) (1) it is an insurance company, (2) the source of funds used to acquire or hold the certificate or interest herein is an Ainsurance company general account@, as such term is defined in Prohibited Transaction Class Exemption (APTCE@) 95-60, and (3) the conditions in Sections I and III of PTCE 95-60 have been satisfied.

The Certificateholder, by its acceptance of this Certificate, agrees that it will look solely to the Trust Fund for payment hereunder and that the Trustee or the Securities Administrator is not liable to the Certificateholders for any amount payable under this Certificate or the Agreement or, except as expressly provided in the Agreement, subject to any liability under the Agreement.

This Certificate does not purport to summarize the Agreement and reference is made to the Agreement for the interests, rights and limitations of rights, benefits, obligations and duties evidenced hereby, and the rights, duties and immunities of the Trustee and the Securities Administrator.

The Agreement permits, with certain exceptions therein provided, the amendment thereof and the modification of the rights and obligations of the Depositor and the rights of the Certificateholders under the Agreement from time to time by the parties thereto with the consent of the Holders of the Class or Classes of Certificates affected thereby evidencing over 50% of the Voting Rights of such Class or Classes. Any such consent by the Holder of this Certificate shall be conclusive and binding on such Holder and upon all future Holders of this Certificate and of any

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 91 of 279

Page 90 of 835

Certificate issued upon the transfer hereof or in lieu hereof whether or not notation of such consent is made upon this Certificate. The Agreement also permits the amendment thereof, in certain limited circumstances, without the consent of the Holders of any of the Certificates.

As provided in the Agreement and subject to certain limitations therein set forth, the transfer of this Certificate is registrable with the Securities Administrator upon surrender of this Certificate for registration of transfer at the offices or agencies maintained by the Securities Administrator for such purposes, duly endorsed by, or accompanied by a written instrument of transfer in form satisfactory to the Securities Administrator duly executed by the Holder hereof or such Holder's attorney duly authorized in writing, and thereupon one or more new Certificates in authorized denominations representing a like aggregate Percentage Interest will be issued to the designated transferee.

The Certificates are issuable only as registered Certificates without coupons in the Classes and denominations specified in the Agreement. As provided in the Agreement and subject to certain limitations therein set forth, this Certificate is exchangeable for one or more new Certificates evidencing the same Class and in the same aggregate Percentage Interest, as requested by the Holder surrendering the same.

No service charge will be made to the Certificateholders for any such registration of transfer, but the Securities Administrator may require payment of a sum sufficient to cover any tax or other governmental charge payable in connection therewith. The Depositor, the Master Servicer, the Securities Administrator, the Trustee and any agent of any of them may treat the Person in whose name this Certificate is registered as the owner hereof for all purposes, and none of the Depositor, the Master Servicer, the Securities Administrator, the Trustee or any such agent shall be affected by notice to the contrary.

The obligations created by the Agreement and the Group II Sub-Trust created thereby (other than the obligations to make payments to related Certificateholders with respect to the termination of the Agreement) shall terminate upon the earlier of (i) the later of (A) the maturity or other liquidation (or Advance with respect thereto) of the last Group II Mortgage Loan remaining in the Group II Sub-Trust and disposition of all property acquired upon foreclosure or deed in lieu of foreclosure of any Group II Mortgage Loan and (B) the remittance of all related funds due under the Agreement, or (ii) the optional repurchase by the party named in the Agreement of all the Group II Mortgage Loans and other assets of the Group II Sub-Trust in accordance with the terms of the Agreement. Such optional repurchase may be made only on or after the Distribution Date on which the aggregate Stated Principal Balance of the Group II Mortgage Loans is less than the percentage of the aggregate Stated Principal Balance specified in the Agreement of the Group II Mortgage Loans at the Cut-off Date. The exercise of such right will effect the early retirement of the Group II Certificates. In no event, however, will the Group II Sub-Trust created by the Agreement continue beyond the earlier of (i) the expiration of beyond the expiration of 21 years after the death of certain persons identified in the Agreement and (ii) the related Latest Possible Maturity Date.

Unless this Certificate has been countersigned by an authorized signatory of the Securities Administrator by manual signature, this Certificate shall not be entitled to any benefit under the Agreement, or be valid for any purpose.

Unassociated Document                                                                                  Page 91 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 92 of 279

IN WITNESS WHEREOF, the Securities Administrator has caused this Certificate to be duly executed.

Dated: _____, 20__                                  WELLS FARGO BANK, NATIONAL ASSOCIATION,
                                                          as Securities Administrator


                                                          By: _____
                                                                          Authorized Signatory


**CERTIFICATE OF AUTHENTICATION**

This is one of the CLASS [I-M-[_]][[_]-B-[_]] Certificates referred to in the within-mentioned Agreement.

                                                          WELLS FARGO BANK, NATIONAL ASSOCIATION, as Securities Administrator


                                                          By: _____
                                                                          Authorized Signatory

<u>ASSIGNMENT</u>

FOR VALUE RECEIVED, the undersigned hereby sell(s), assign(s) and transfer(s) unto _____ (Please print or typewrite name and address including postal zip code of assignee) a Percentage Interest evidenced by the within Asset-Backed Certificate and hereby authorizes the transfer of registration of such interest to assignee on the Certificate Register of the Trust Fund.

I (We) further direct the Certificate Registrar to issue a new Certificate of a like denomination and Class, to the above named assignee and deliver such Certificate to the following address:

_____

_____.

Dated: _____

_____
Signature by or on behalf of assignor

_____
Signature Guaranteed

DISTRIBUTION INSTRUCTIONS

This assignee should include the following for purposes of distribution:

Distributions shall be made, by wire transfer or otherwise, in immediately available funds
to _____.
for the account of _____.
account number_____, or, if mailed by check, to
_____.
Applicable statements should be mailed to _____
_____.

This information is provided by
the assignee named above, or _____.
as its agent. _____.

EXHIBIT A-3

**FORM OF CLASS [_]-[_]X-[_] CERTIFICATE**

 SOLELY FOR U.S. FEDERAL INCOME TAX PURPOSES, THIS CERTIFICATE REPRESENTS A "REGULAR INTEREST" IN A "REAL ESTATE MORTGAGE INVESTMENT CONDUIT," AS THOSE TERMS ARE DEFINED, RESPECTIVELY, IN SECTIONS 860G AND 860D OF THE INTERNAL REVENUE CODE OF 1986 (THE "CODE").

 UNLESS THIS CERTIFICATE IS PRESENTED BY AN AUTHORIZED REPRESENTATIVE OF THE DEPOSITORY TRUST COMPANY TO THE DEPOSITOR OR ITS AGENT FOR REGISTRATION OF TRANSFER, EXCHANGE OR PAYMENT, AND ANY CERTIFICATE ISSUED IS REGISTERED IN THE NAME OF CEDE & CO. OR SUCH OTHER NAME AS REQUESTED BY AN AUTHORIZED REPRESENTATIVE OF THE DEPOSITORY TRUST COMPANY AND ANY PAYMENT IS MADE TO CEDE & CO., ANY TRANSFER, PLEDGE OR OTHER USE HEREOF FOR VALUE OR OTHERWISE BY OR TO ANY PERSON IS WRONGFUL SINCE THE REGISTERED OWNER HEREOF, CEDE & CO., HAS AN INTEREST HEREIN.

---

Unassociated Document

Page 94 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 95 of 279

Certificate No.1

Fixed

CLASS [_]-[_]X-[_] Subordinate

Date of Pooling and Servicing Agreement and Cut-off Date:
April 1, 2006

Aggregate Initial Certificate Principal Balance of this Certificate as of the Cut-off Date:
$_____

First Distribution Date:
May 25, 2006

Initial Certificate Principal Balance of this Certificate as of the Cut-off Date:
$_____

Master Servicer:
Wells Fargo Bank, National Association

CUSIP: _____

Assumed Final Distribution Date:
April 25, 2036

MORTGAGE PASS-THROUGH CERTIFICATE
SERIES 2006-3

evidencing a percentage interest in the distributions allocable to the CLASS [_]-[_] X-[_] Certificates with respect to a Trust Fund consisting primarily of a pool of conventional one-to four-family fixed interest rate mortgage loans sold by STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.

This Certificate is payable solely from the assets of the Trust Fund, and does not represent an obligation of or interest in Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator referred to below or any of their affiliates or any other person. Neither this Certificate nor the underlying Mortgage Loans are guaranteed or insured by any governmental entity or by Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator or any of their affiliates or any other person. None of Structured Asset Mortgage Investments II Inc., the Master Servicer or any of their affiliates will have any obligation with respect to any certificate or other obligation secured by or payable from payments on the Certificates.

This certifies that Cede & Co. is the registered owner of the Percentage Interest evidenced hereby in the beneficial ownership interest of Certificates of the same Class as this Certificate in a trust (the "Trust Fund") generally consisting of conventional first lien, fixed rate mortgage loans secured by one- to four- family residences (collectively, the "Mortgage Loans") sold by Structured Asset Mortgage Investments II Inc. ("SAMI II"). The Mortgage Loans were sold by Maia Mortgage Finance Statutory Trust ("Maia") to SAMI II. Wells Fargo Bank, National Association will act as master servicer of the Mortgage Loans (the "Master Servicer," which term includes any successors thereto under the Agreement referred to below). The Trust Fund was created pursuant to the Pooling and Servicing Agreement dated as of the Cut-off Date specified above (the "Agreement"), among SAMI II, as depositor (the "Depositor"), Luminent Mortgage Capital, Inc. as Sponsor, Wells Fargo Bank, National Association, as Master Servicer and securities administrator (the "Securities Administrator") and HSBC Bank USA, National Association, as trustee (the "Trustee"), a summary of certain of the pertinent provisions of which is set forth hereafter. To the extent not defined herein, capitalized terms used herein shall have the meaning ascribed to them in the Agreement. This Certificate is issued under and is subject to the terms, provisions and conditions of the Agreement, to which Agreement the Holder of this Certificate by virtue of its acceptance hereof assents and by which such Holder is bound.

Interest on this Certificate will accrue during the month prior to the month in which a Distribution Date (as hereinafter defined) occurs on the Certificate Principal Balance hereof at a per annum rate equal to the Pass-Through Rate set forth above. The Securities Administrator will distribute on the 25th day of each month, or, if such 25th day is not a Business Day, the immediately following Business Day (each, a "Distribution Date"), commencing on the First Distribution Date specified above, to the Person in whose name this Certificate is registered at the close of business on the last day (or if such last day is not a Business Day, the Business Day immediately preceding such last day) of the calendar month immediately preceding the month in which the Distribution Date occurs, an amount equal to the product of the Percentage Interest evidenced by this Certificate and the amount (of interest and principal, if any) required to be distributed to the Holders of Certificates of the same Class as this Certificate. The Assumed Final Distribution Date is the Distribution Date in the month following the latest scheduled maturity date of any Mortgage Loan and is not likely to be the date on which the Notional Amount of this Class of Certificates will be reduced to zero. The Class II-1X Certificates have no Certificate Principal Balance.

Distributions on this Certificate will be made by the Securities Administrator by check mailed to the address of the Person entitled thereto as such name and address shall appear on the Certificate Register or, if such Person so requests by notifying the Securities Administrator in writing as specified in the Agreement. Notwithstanding the above, the final distribution on this Certificate will be made after due notice by the Securities Administrator of the pendency of such distribution and only upon presentation and surrender of this Certificate at the office or agency appointed by the Securities Administrator for that purpose and designated in such notice. The Initial Notional Amount of this Certificate is set forth above.

This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the "Certificates"). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

The Certificateholder, by its acceptance of this Certificate, agrees that it will look solely to the Trust Fund for payment hereunder and that the Trustee or the Securities Administrator is not liable to the Certificateholders for any amount payable under this Certificate or the Agreement or, except as expressly provided in the Agreement, subject to any liability under the Agreement.

This Certificate does not purport to summarize the Agreement and reference is made to the Agreement for the interests, rights and limitations of rights, benefits, obligations and duties evidenced hereby, and the rights, duties and immunities of the Trustee and the Securities Administrator.

The Agreement permits, with certain exceptions therein provided, the amendment thereof and the modification of the rights and obligations of the Depositor and the rights of the Certificateholders under the Agreement from time to time by the parties thereto with the consent of the Holders of the Class or Classes of Certificates affected thereby evidencing over 50% of the Voting Rights of such Class or Classes. Any such consent by the Holder of this Certificate shall be conclusive and binding on such Holder and upon all future Holders of this Certificate and of any Certificate issued upon the transfer hereof or in lieu hereof whether or not notation of such consent is made upon this Certificate. The Agreement also permits the amendment thereof, in certain limited circumstances, without the consent of the Holders of any of the Certificates.

As provided in the Agreement and subject to certain limitations therein set forth, the transfer of this Certificate is registrable with the Securities Administrator upon surrender of this Certificate for registration of transfer at the offices or agencies maintained by the Securities Administrator for such purposes, duly endorsed by, or accompanied by a written instrument of transfer in form satisfactory to the Securities Administrator duly executed by the Holder hereof or such Holder's attorney duly authorized in writing, and thereupon one or more new Certificates in authorized denominations representing a like aggregate Percentage Interest will be issued to the designated transferee.

The Certificates are issuable only as registered Certificates without coupons in the Classes and denominations specified in the Agreement. As provided in the Agreement and subject

Unassociated Document

Page 95 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 96 of 279

to certain limitations therein set forth, this Certificate is exchangeable for one or more new Certificates evidencing the same Class and in the same aggregate Percentage Interest, as requested by the Holder surrendering the same.

No service charge will be made to the Certificateholders for any such registration of transfer, but the Securities Administrator may require payment of a sum sufficient to cover any tax or other governmental charge payable in connection therewith. The Depositor, the Master Servicer, the Securities Administrator, the Trustee and any agent of any of them may treat the Person in whose name this Certificate is registered as the owner hereof for all purposes, and none of Depositor, the Master Servicer, the Securities Administrator, the Trustee or any such agent shall be affected by notice to the contrary.

The obligations created by the Agreement and the Group II Sub-Trust created thereby (other than the obligations to make payments to related Certificateholders with respect to the termination of the Agreement) shall terminate upon the earlier of (i) the later of (A) the maturity or other liquidation (or Advance with respect thereto) of the last Group II Mortgage Loan remaining in the Group II Sub-Trust and disposition of all property acquired upon foreclosure or deed in lieu of foreclosure of any Group II Mortgage Loan and (B) the remittance of all related funds due under the Agreement, or (ii) the optional repurchase by the party named in the Agreement of all the Group II Mortgage Loans and other assets of the Group II Sub-Trust in accordance with the terms of the Agreement. Such optional repurchase may be made only on or after the Distribution Date on which the aggregate Stated Principal Balance of the Group II Mortgage Loans is less than the percentage the aggregate Stated Principal Balance specified in the Agreement of the Group II Mortgage Loans at the Cut-off Date. The exercise of such right will effect the early retirement of the Group II Certificates. In no event, however, will the Group II Sub-Trust created by the Agreement continue beyond the earlier of (i) the expiration of beyond the expiration of 21 years after the death of certain persons identified in the Agreement and (ii) the related Latest Possible Maturity Date.

Unless this Certificate has been countersigned by an authorized signatory of the Securities Administrator by manual signature, this Certificate shall not be entitled to any benefit under the Agreement, or be valid for any purpose.

 

 

IN WITNESS WHEREOF, the Securities Administrator has caused this
Certificate to be duly executed.

Dated: April 28, 2006                                   WELLS FARGO BANK,
                                                        NATIONAL ASSOCIATION,
                                                        as Securities Administrator

                                                   By: _____
                                                                    Authorized Signatory

### CERTIFICATE OF AUTHENTICATION

This is one of the Class [_]-[_]X-[_] Certificates referred to in the within-mentioned Agreement.

                                                   WELLS FARGO BANK, NATIONAL ASSOCIATION, as Securities Administrator

                                                   By: _____
                                                                    Authorized Signatory

Unassociated Document

Page 97 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 98 of 279

ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby sell(s), assign(s) and transfer(s) unto _____ (Please print or typewrite name and address including postal zip code of assignee) a Percentage Interest evidenced by the within Asset-Backed Certificate and hereby authorizes the transfer of registration of such interest to assignee on the Certificate Register of the Trust Fund.

I (We) further direct the Certificate Registrar to issue a new Certificate of a like denomination and Class, to the above named assignee and deliver such Certificate to the following address:

_____

_____.

Dated: _____

_____
Signature by or on behalf of assignor

_____
Signature Guaranteed

DISTRIBUTION INSTRUCTIONS

This assignee should include the following for purposes of distribution:

Distributions shall be made, by wire transfer or otherwise, in immediately available funds

to _____.

for the account of _____.

account number_____, or, if mailed by check, to _____.

Applicable statements should be mailed to _____

_____

This information is provided by _____.

the assignee named above, or _____.

as its agent.

Unassociated Document          Page 98 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 99 of 279

EXHIBIT A-4

FORM OF CLASS R CERTIFICATE

THIS CERTIFICATE MAY NOT BE HELD BY OR TRANSFERRED TO A NON-UNITED STATES PERSON OR A DISQUALIFIED ORGANIZATION (AS DEFINED BELOW).

SOLELY FOR U.S. FEDERAL INCOME TAX PURPOSES, THIS CERTIFICATE IS A "RESIDUAL INTEREST" IN A "REAL ESTATE MORTGAGE INVESTMENT CONDUIT" AS THOSE TERMS ARE DEFINED, RESPECTIVELY, IN SECTIONS 860G AND 860D OF THE INTERNAL REVENUE CODE OF 1986 (THE "CODE").

THIS CERTIFICATE MAY NOT BE ACQUIRED DIRECTLY OR INDIRECTLY BY, OR ON BEHALF OF, AN EMPLOYEE BENEFIT PLAN OR OTHER RETIREMENT ARRANGEMENT WHICH IS SUBJECT TO TITLE I OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, AS AMENDED, OR SECTION 4975 OF THE INTERNAL REVENUE CODE OF 1986, AS AMENDED, UNLESS THE PROPOSED TRANSFEREE PROVIDES THE SECURITIES ADMINISTRATOR WITH AN OPINION OF COUNSEL ADDRESSED TO THE TRUSTEE, DEPOSITOR, MASTER SERVICER AND SECURITIES ADMINISTRATOR AND ON WHICH THEY MAY RELY THAT IS SATISFACTORY TO THE SECURITIES ADMINISTRATOR THAT THE PURCHASE OF CERTIFICATES ON BEHALF OF SUCH PERSON WILL NOT RESULT IN OR CONSTITUTE A NON-EXEMPT PROHIBITED TRANSACTION, IS PERMISSIBLE UNDER APPLICABLE LAW AND WILL NOT GIVE RISE TO ANY ADDITIONAL OBLIGATIONS ON THE PART OF THE DEPOSITOR, THE MASTER SERVICER, THE SECURITIES ADMINISTRATOR OR THE TRUSTEE.

ANY RESALE, TRANSFER OR OTHER DISPOSITION OF THIS CERTIFICATE MAY BE MADE ONLY IF THE PROPOSED TRANSFEREE PROVIDES A TRANSFER AFFIDAVIT TO THE MASTER SERVICER AND THE TRUSTEE THAT (1) SUCH TRANSFEREE IS NOT (A) THE UNITED STATES, ANY STATE OR POLITICAL SUBDIVISION THEREOF, ANY POSSESSION OF THE UNITED STATES, OR ANY AGENCY OR INSTRUMENTALITY OF ANY OF THE FOREGOING (OTHER THAN AN INSTRUMENTALITY WHICH IS A CORPORATION IF ALL OF ITS ACTIVITIES ARE SUBJECT TO TAX AND EXCEPT FOR FREDDIE MAC, A MAJORITY OF ITS BOARD OF DIRECTORS IS NOT SELECTED BY SUCH GOVERNMENTAL UNIT), (B) A FOREIGN GOVERNMENT, ANY INTERNATIONAL ORGANIZATION, OR ANY AGENCY OR INSTRUMENTALITY OF EITHER OF THE FOREGOING, (C) ANY ORGANIZATION (OTHER THAN CERTAIN FARMERS= COOPERATIVES DESCRIBED IN SECTION 521 OF THE CODE) WHICH IS EXEMPT FROM THE TAX IMPOSED BY CHAPTER 1 OF THE CODE UNLESS SUCH ORGANIZATION IS SUBJECT TO THE TAX IMPOSED BY SECTION 511 OF THE CODE (INCLUDING THE TAX IMPOSED BY SECTION 511 OF THE CODE ON UNRELATED BUSINESS TAXABLE INCOME), (D) RURAL ELECTRIC AND TELEPHONE COOPERATIVES DESCRIBED IN SECTION 1381(a)(2)(C) OF THE CODE, (E) AN ELECTING LARGE PARTNERSHIP UNDER SECTION 775(a) OF THE CODE (ANY SUCH PERSON DESCRIBED IN THE FOREGOING CLAUSES (A), (B), (C), (D) OR (E) BEING HEREIN REFERRED TO AS A "DISQUALIFIED ORGANIZATION"), OR (F) AN AGENT OF A DISQUALIFIED ORGANIZATION, (2) NO PURPOSE OF SUCH TRANSFER IS TO IMPEDE THE ASSESSMENT OR COLLECTION OF TAX, (3) SUCH TRANSFEREE SATISFIES CERTAIN ADDITIONAL CONDITIONS RELATING TO THE FINANCIAL CONDITION OF THE PROPOSED TRANSFEREE, AND (4) SUCH TRANSFEREE IS A UNITED STATES PERSON. NOTWITHSTANDING THE REGISTRATION IN THE CERTIFICATE REGISTER OR ANY TRANSFER, SALE OR OTHER DISPOSITION OF THIS CERTIFICATE TO A DISQUALIFIED ORGANIZATION OR AN AGENT OF A DISQUALIFIED ORGANIZATION A NON-UNITED STATES PERSON, SUCH REGISTRATION SHALL BE DEEMED TO BE OF NO LEGAL FORCE OR EFFECT WHATSOEVER AND SUCH PERSON SHALL NOT BE DEEMED TO BE A CERTIFICATEHOLDER FOR ANY PURPOSE HEREUNDER, INCLUDING, BUT NOT LIMITED TO, THE RECEIPT OF DISTRIBUTIONS ON THIS CERTIFICATE. EACH HOLDER OF THIS CERTIFICATE BY ACCEPTANCE OF THIS CERTIFICATE SHALL BE DEEMED TO HAVE CONSENTED TO THE PROVISIONS OF THIS PARAGRAPH.

---

Certificate No. 1

Class R

Date of Pooling and Servicing Agreement
and Cut-off Date:
April 1, 2006

Aggregate Initial Current Principal Amount of this Certificate as of the Cut-off Date:
$_____

First Distribution Date:
May 25, 2006

Initial Current Principal Amount of this Certificate as of the Cut-off Date:
$_____

Master Servicer:
Wells Fargo Bank, National Association

CUSIP: _____

Assumed Final Distribution Date:
May 25, 2036

MORTGAGE PASS-THROUGH CERTIFICATE
SERIES 2006-3

evidencing a percentage interest in the distributions allocable to the Class R Certificates with respect to a Trust Fund consisting primarily of a pool of conventional one- to four-family fixed interest rate mortgage loans sold by STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.

This Certificate is payable solely from the assets of the Trust Fund, and does not represent an obligation of or interest in Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator referred to below or any of their affiliates or any other person. Neither this Certificate nor the underlying Mortgage Loans are guaranteed or insured by any governmental entity or by Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator or any of their affiliates or any other person. None of Structured Asset Mortgage Investments II Inc., the Master Servicer or any of their affiliates will have any obligation with respect to any certificate or other obligation secured by or payable from payments on the Certificates.

This certifies that Bear, Stearns Securities Corp. is the registered owner of the Percentage Interest evidenced hereby in the beneficial ownership interest of Certificates of the same Class as this Certificate in a trust (the "Trust Fund") generally consisting of conventional first lien, fixed rate mortgage loans secured by one- to four- family residences (collectively, the "Mortgage Loans") sold by Structured Asset Mortgage Investments II Inc. ("SAMI II"). The Mortgage Loans were sold by Maia Mortgage Finance Statutory Trust ("Maia") to SAMI II. Wells Fargo Bank, National Association will act as master servicer of the Mortgage Loans (the "Master Servicer," which term includes any successors thereto under the Agreement referred to below). The Trust Fund was created pursuant to the Pooling and Servicing Agreement dated as of the Cut-off Date specified above (the "Agreement"), among SAMI II, as depositor (the "Depositor"), Luminent Mortgage Capital, Inc., as sponsor, Wells Fargo Bank, National Association, as Master Servicer and securities administrator (the "Securities Administrator") and HSBC Bank USA, National Association, as trustee (the "Trustee"), a summary of certain of the pertinent provisions of which is set forth hereafter. To the extent not defined herein, capitalized terms used herein shall have the meaning ascribed to them in the Agreement. This Certificate is issued under and is subject to the terms, provisions and conditions of the Agreement, to which Agreement the Holder of this Certificate by virtue of its acceptance hereof assents and by which such Holder is bound.

Each Holder of this Certificate will be deemed to have agreed to be bound by the restrictions set forth in the Agreement to the effect that (i) each person holding or acquiring any Ownership Interest in this Certificate must be a United States Person and a Permitted Transferee, (ii) the transfer of any Ownership Interest in this Certificate will be conditioned upon the delivery to the Securities Administrator of, among other things, an affidavit to the effect that it is a United States Person and Permitted Transferee, (iii) any attempted or purported transfer of any Ownership Interest in this Certificate in violation of such restrictions will be absolutely null and void and will vest no rights in the purported transferee, and (iv) if any person other than a United States Person and a Permitted Transferee acquires any Ownership Interest in this Certificate in violation of such restrictions, then the Depositor will have the right, in its sole discretion and without notice to the Holder of this Certificate, to sell this Certificate to a purchaser selected by the Depositor, which purchaser may be the Depositor, or any affiliate of the Depositor, on such terms and conditions as the Depositor may choose.

The Securities Administrator will distribute on the 25th day of each month, or, if such 25th day is not a Business Day, the immediately following Business Day (each, a "Distribution Date"), commencing on the First Distribution Date specified above, to the Person in whose name this Certificate is registered at the close of business on the last day (or if such last day is not a Business Day, the Business Day immediately preceding such last day) of the calendar month immediately preceding the month in which the Distribution Date occurs, an amount equal to the product of the Percentage Interest evidenced by this Certificate and the amounts required to be distributed to the Holders of Certificates of the same Class as this Certificate. The Assumed Final Distribution Date is the Distribution Date in the month following the latest scheduled maturity date of any Mortgage Loan.

Distributions on this Certificate will be made by the Securities Administrator by check mailed to the address of the Person entitled thereto as such name and address shall appear on the Certificate Register or, if such Person so requests by notifying the Securities Administrator in writing as specified in the Agreement. Notwithstanding the above, the final distribution on this Certificate will be made after due notice by the Securities Administrator of the pendency of such distribution and only upon presentation and surrender of this Certificate at the office or agency appointed by the Securities Administrator for that purpose and designated in such notice.

This certificate may not be acquired directly or indirectly by, or on behalf of, an employee benefit plan or other retirement arrangement which is subject to Title I of the Employee Retirement Income Security Act of 1974, as amended, or section 4975 of the Internal Revenue Code of 1986, as amended, unless the proposed transferee provides the Securities Administrator with an Opinion of Counsel addressed to the Trustee, Master Servicer and the Securities Administrator and on which they may rely (which shall not be at the expense of the Trustee, Master Servicer or the Securities Administrator) which is acceptable to the Securities Administrator, that the purchase of this Certificate will not result in or constitute a non-exempt prohibited transaction, is permissible under applicable law and will not give rise to any additional obligations on the part of the Depositor, the Master Servicer, the Securities Administrator or the Trustee.

This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the "Certificates"). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

The Certificateholder, by its acceptance of this Certificate, agrees that it will look solely to the Trust Fund for payment hereunder and that the Trustee or the Securities Administrator is not liable to the Certificateholders for any amount payable under this Certificate or the Agreement or, except as expressly provided in the Agreement, subject to any liability under the Agreement.

This Certificate does not purport to summarize the Agreement and reference is made to the Agreement for the interests, rights and limitations of rights, benefits, obligations and duties evidenced hereby, and the rights, duties and immunities of the Trustee and the Securities Administrator.

The Agreement permits, with certain exceptions therein provided, the amendment thereof and the modification of the rights and obligations of the Depositor and the rights of the Certificateholders under the Agreement from time to time by the parties thereto with the consent of the Holders of the Class or Classes of Certificates affected thereby evidencing over 50% of the Voting Rights of such Class or Classes. The Agreement also permits the amendment thereof, in certain limited circumstances, without the consent of the Holders of any of the Certificates.

As provided in the Agreement and subject to certain limitations therein set forth, the transfer of this Certificate is registrable with the Securities Administrator upon surrender of this Certificate for registration of transfer at the offices or agencies maintained by the Securities Administrator for such purposes, duly endorsed by, or accompanied by a written instrument of transfer in

Unassociated Document

Page 100 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 101 of 279

form satisfactory to the Securities Administrator duly executed by the Holder hereof or such Holder's attorney duly authorized in writing, and thereupon one or more new Certificates in authorized denominations representing a like aggregate Percentage Interest will be issued to the designated transferee.

The Certificates are issuable only as registered Certificates without coupons in the Classes and denominations specified in the Agreement. As provided in the Agreement and subject to certain limitations therein set forth, this Certificate is exchangeable for one or more new Certificates evidencing the same Class and in the same aggregate Percentage Interest, as requested by the Holder surrendering the same.

No service charge will be made to the Certificateholders for any such registration of transfer, but the Securities Administrator may require payment of a sum sufficient to cover any tax or other governmental charge payable in connection therewith. The Depositor, the Master Servicer, the Securities Administrator, the Trustee and any agent of any of them may treat the Person in whose name this Certificate is registered as the owner hereof for all purposes, and none of Depositor, the Master Servicer, the Securities Administrator, the Trustee or any such agent shall be affected by notice to the contrary.

The obligations created by the Agreement and each of the Group I Sub-Trust and Group II Sub-Trust created thereby (other than the obligations to make payments to related Certificateholders with respect to the termination of the Agreement) shall terminate upon the earlier of (i) the later of (A) the maturity or other liquidation (or Advance with respect thereto) of the last Mortgage Loan remaining in the Trust and disposition of all property acquired upon foreclosure or deed in lieu of foreclosure of any Mortgage Loan and (B) the remittance of all related funds due under the Agreement, or (ii) the optional repurchase by the party or parties named in the Agreement of all the related Mortgage Loans in each Loan Group and other related assets of the Trust in accordance with the terms of the Agreement. Each such optional repurchase may be made only on or after the earlier of the first Distribution Date on which the aggregate Stated Principal Balance of the related Mortgage Loans is less than or equal to 10% of the aggregate Stated Principal Balance of the related Mortgage Loans as of the Cut-off Date. The exercise of such right will effect the early retirement of the related Certificates (other than the Class R Certificates to the extent that any other Certificates remain outstanding). In no event, however, will the each of the Group I Sub-Trust and Group II Sub-Trustcreated by the Agreement continue beyond the earlier of (i) the expiration of beyond the expiration of 21 years after the death of certain persons identified in the Agreement and (ii) the related Latest Possible Maturity Date.

Unless this Certificate has been countersigned by an authorized signatory of the Securities Administrator by manual signature, this Certificate shall not be entitled to any benefit under the Agreement, or be valid for any purpose.

---

Unassociated Document                                                         Page 101 of 835

12-12020-mg   Doc 5106-8   Filed 09/18/13   Entered 09/18/13 18:18:12   Exhibit 7
Part 2   FST-CV-09-5011591 Doc. 163   Exhibit D   Part 1 of 3   Pg 102 of 279

IN WITNESS WHEREOF, the Securities Administrator has caused this Certificate to be duly executed.

Dated: April 28, 2006                                          WELLS FARGO BANK, NATIONAL
                                                               ASSOCIATION,
                                                               as Securities Administrator


                                                               By:_____
                                                                              Authorized Signatory


### CERTIFICATE OF AUTHENTICATION

This is one of the Class R Certificates referred to in the within-mentioned Agreement.

                                                               WELLS FARGO BANK, NATIONAL
                                                               ASSOCIATION,
                                                               as Securities Administrator


                                                               By:_____
                                                                              Authorized Signatory

Unassociated Document                                                    Page 102 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 103 of 279

<u>ASSIGNMENT</u>

FOR VALUE RECEIVED, the undersigned hereby sell(s), assign(s) and transfer(s) unto _____ (Please print or typewrite name and address including postal zip code of assignee) a Percentage Interest evidenced by the within Asset-Backed Certificate and hereby authorizes the transfer of registration of such interest to assignee on the Certificate Register of the Trust Fund.

I (We) further direct the Certificate Registrar to issue a new Certificate of a like denomination and Class, to the above named assignee and deliver such Certificate to the following address:

_____

_____.

Dated: _____                          _____

Signature by or on behalf of assignor

_____

Signature Guaranteed

DISTRIBUTION INSTRUCTIONS

This assignee should include the following for purposes of distribution:

Distributions shall be made, by wire transfer or otherwise, in immediately available funds

to _____.

for the account of _____.

account number_____, or, if mailed by check, to _____.

Applicable statements should be mailed to _____.

This information is provided by _____.

the assignee named above, or _____.

as its agent.

_____

Unassociated Document                                                                    Page 103 of 835

12-12020-mg   Doc 5106-8   Filed 09/18/13   Entered 09/18/13 18:18:12   Exhibit 7
Part 2   FST-CV-09-5011591 Doc. 163   Exhibit D   Part 1 of 3   Pg 104 of 279

EXHIBIT A-5

**FORM OF CLASS I-B-IO CERTIFICATES**

THIS CERTIFICATE IS SUBORDINATED IN RIGHT OF PAYMENT TO THE RELATED SENIOR CERTIFICATES, CLASS I-M-1, CLASS I-M-2, CLASS I-M-3, CLASS I-B-1, CLASS I-B-2 AND CLASS I-B-3 CERTIFICATES AS DESCRIBED IN THE AGREEMENT (AS DEFINED BELOW).

SOLELY FOR U.S. FEDERAL INCOME TAX PURPOSES, THIS CERTIFICATE REPRESENTS A "REGULAR INTEREST" IN A "REAL ESTATE MORTGAGE INVESTMENT CONDUIT," AS THOSE TERMS ARE DEFINED, RESPECTIVELY, IN SECTIONS 860G AND 860D OF THE INTERNAL REVENUE CODE OF 1986 (THE "CODE").

THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DECREASED BY THE PRINCIPAL PAYMENTS HEREON AND REALIZED LOSSES ALLOCABLE HERETO AS DESCRIBED IN THE AGREEMENT. ACCORDINGLY, FOLLOWING THE INITIAL ISSUANCE OF THE CERTIFICATES, THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DIFFERENT FROM THE DENOMINATION SHOWN BELOW. ANYONE ACQUIRING THIS CERTIFICATE MAY ASCERTAIN ITS CERTIFICATE PRINCIPAL BALANCE BY INQUIRY OF THE SECURITIES ADMINISTRATOR NAMED HEREIN.

THIS CERTIFICATE HAS NOT BEEN AND WILL NOT BE REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR UNDER ANY STATE SECURITIES LAWS. THE HOLDER HEREOF, BY PURCHASING THIS CERTIFICATE, AGREES THAT THIS CERTIFICATE MAY BE REOFFERED, RESOLD, PLEDGED OR OTHERWISE TRANSFERRED ONLY IN COMPLIANCE WITH THE SECURITIES ACT AND OTHER APPLICABLE LAWS AND ONLY (1) PURSUANT TO RULE 144A UNDER THE SECURITIES ACT ("RULE 144A") TO A PERSON THAT THE HOLDER REASONABLY BELIEVES IS A QUALIFIED INSTITUTIONAL BUYER WITHIN THE MEANING OF RULE 144A (A "QIB"), PURCHASING FOR ITS OWN ACCOUNT OR A QIB PURCHASING FOR THE ACCOUNT OF A QIB, WHOM THE HOLDER HAS INFORMED, IN EACH CASE, THAT THE REOFFER, RESALE, PLEDGE OR OTHER TRANSFER IS BEING MADE IN RELIANCE ON RULE 144A, (2) PURSUANT TO AN EXEMPTION FROM REGISTRATION PROVIDED BY RULE 144 UNDER THE SECURITIES ACT (IF AVAILABLE) OR (3) IN CERTIFICATED FORM TO AN "INSTITUTIONAL ACCREDITED INVESTOR" WITHIN THE MEANING THEREOF IN RULE 501(a)(1), (2), (3) or (7) OF REGULATION D UNDER THE ACT OR ANY ENTITY IN WHICH ALL OF THE EQUITY OWNERS COME WITHIN SUCH PARAGRAPHS PURCHASING NOT FOR DISTRIBUTION IN VIOLATION OF THE SECURITIES ACT, SUBJECT TO (A) THE RECEIPT BY THE SECURITIES ADMINISTRATOR OF A LETTER SUBSTANTIALLY IN THE FORM PROVIDED IN THE AGREEMENT AND (B) THE RECEIPT BY THE SECURITIES ADMINISTRATOR OF SUCH OTHER EVIDENCE ACCEPTABLE TO THE SECURITIES ADMINISTRATOR THAT SUCH REOFFER, RESALE, PLEDGE OR TRANSFER IS IN COMPLIANCE WITH THE SECURITIES ACT AND OTHER APPLICABLE LAWS OR IN EACH CASE IN ACCORDANCE WITH ALL APPLICABLE SECURITIES LAWS OF THE UNITED STATES AND ANY OTHER APPLICABLE JURISDICTION.

THIS CERTIFICATE MAY NOT BE ACQUIRED DIRECTLY OR INDIRECTLY BY, OR ON BEHALF OF, AN EMPLOYEE BENEFIT PLAN OR OTHER RETIREMENT ARRANGEMENT WHICH IS SUBJECT TO TITLE I OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, AS AMENDED, OR SECTION 4975 OF THE INTERNAL REVENUE CODE OF 1986, AS AMENDED, UNLESS THE TRANSFEREE CERTIFIES OR REPRESENTS THAT THE PROPOSED TRANSFER AND HOLDING OF A CERTIFICATE AND THE SERVICING, MANAGEMENT AND OPERATION OF THE TRUST AND ITS ASSETS: (I) WILL NOT RESULT IN ANY PROHIBITED TRANSACTION WHICH IS NOT COVERED UNDER AN INDIVIDUAL OR CLASS PROHIBITED TRANSACTION EXEMPTION, INCLUDING, BUT NOT LIMITED TO, PROHIBITED TRANSACTION EXEMPTION ("PTE") 84-14, PTE 91-38, PTE 90-1, PTE 95-60 OR PTE 96-23 AND (II) WILL NOT GIVE RISE TO ANY ADDITIONAL OBLIGATIONS ON THE PART OF THE DEPOSITOR, THE MASTER SERVICER, THE TRUSTEE OR THE SECURITIES ADMINISTRATOR, WHICH WILL BE DEEMED REPRESENTED BY AN OWNER OF A BOOK-ENTRY CERTIFICATE OR A GLOBAL CERTIFICATE OR UNLESS AN OPINION OF COUNSEL SPECIFIED IN SECTION 6.02 OF THE AGREEMENT IS PROVIDED.

Certificate No.1

Class I-B-IO Subordinate

Date of Pooling and Servicing Agreement and Cut-off Date:      Initial Certificate Notional Amount of this Certificate as of the Cut-off Date:
April 1, 2006      $100.00

First Distribution Date:      Aggregate Certificate Notional Amount of this Certificate as of the Cut-off Date:
May 25, 2006      $100.00

Master Servicer:      CUSIP: _____
Wells Fargo Bank, National Association

Assumed Final Distribution Date:
March 25, 2036

MORTGAGE PASS-THROUGH CERTIFICATE
SERIES 2006-3

evidencing a percentage interest in the distributions allocable to the Class I-B-IO Certificates with respect to a Trust Fund consisting primarily of a pool of conventional one- to four-family fixed interest rate mortgage loans sold by STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.

This Certificate is payable solely from the assets of the Trust Fund, and does not represent an obligation of or interest in Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator referred to below or any of their affiliates or any other person. Neither this Certificate nor the underlying Mortgage Loans are guaranteed or insured by any governmental entity or by Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator or any of their affiliates or any other person. None of Structured Asset Mortgage Investments II Inc., the Master Servicer or any of their affiliates will have any obligation with respect to any certificate or other obligation secured by or payable from payments on the Certificates.

This certifies that Bear, Stearns Securities Corp. is the registered owner of the Percentage Interest evidenced hereby in the beneficial ownership interest of Certificates of the same Class as this Certificate in a trust (the "Trust Fund") generally consisting of conventional first lien, fixed rate mortgage loans secured by one- to four- family residences (collectively, the "Mortgage Loans") sold by Structured Asset Mortgage Investments II Inc. ("SAMI II"). The Mortgage Loans were sold by Maia Mortgage Finance Statutory Trust ("Maia") to SAMI II. Wells Fargo Bank, National Association will act as master servicer of the Mortgage Loans (the AMaster Servicer,@ which term includes any successors thereto under the Agreement referred to below). The Trust Fund was created pursuant to the Pooling and Servicing Agreement dated as of the Cut-off Date specified above (the "Agreement"), among SAMI II, as depositor (the "Depositor"), Luminent Mortgage Capital, Inc., as sponsor, Wells Fargo Bank, National Association, as Master Servicer and securities administrator (the "Securities Administrator") and HSBC Bank USA, National Association, as trustee (the "Trustee"), a summary of certain of the pertinent provisions of which is set forth hereafter. To the extent not defined herein, capitalized terms used herein shall have the meaning ascribed to them in the Agreement. This Certificate is issued under and is subject to the terms, provisions and conditions of the Agreement, to which Agreement the Holder of this Certificate by virtue of its acceptance hereof assents and by which such Holder is bound.

Interest on this Certificate will accrue during the month prior to the month in which a Distribution Date (as hereinafter defined) occurs on the Certificate Principal Balance hereof at a per annum rate equal to the Pass-Through Rate set forth above. The Securities Administrator will distribute on the 25th day of each month, or, if such 25th day is not a Business Day, the immediately following Business Day (each, a ADistribution Date"), commencing on the First Distribution Date specified above, to the Person in whose name this Certificate is registered at the close of business on the last day (or if such last day is not a Business Day, the Business Day immediately preceding such last day) of the calendar month immediately preceding the month in which the Distribution Date occurs, an amount equal to the product of the Percentage Interest evidenced by this Certificate and the amount (of interest and principal, if any) required to be distributed to the Holders of Certificates of the same Class as this Certificate. The Assumed Final Distribution Date is the Distribution Date in the month following the latest scheduled maturity date of any Mortgage Loan and is not likely to be the date on which the Certificate Principal Balance of this Class of Certificates will be reduced to zero.

Distributions on this Certificate will be made by the Securities Administrator by check mailed to the address of the Person entitled thereto as such name and address shall appear on the Certificate Register or, if such Person so requests by notifying the Securities Administrator in writing as specified in the Agreement. Notwithstanding the above, the final distribution on this Certificate will be made after due notice by the Securities Administrator of the pendency of such distribution and only upon presentation and surrender of this Certificate at the office or agency appointed by the Securities Administrator for that purpose and designated in such notice. The Initial Certificate Principal Balance of this Certificate is set forth above. The Certificate Principal Balance hereof will be reduced to the extent of distributions allocable to principal hereon and any Realized Losses allocable hereto.

No transfer of this Certificate shall be made unless the transfer is made pursuant to an effective registration statement under the Securities Act of 1933, as amended (the "1933 Act"), and an effective registration or qualification under applicable state securities laws, or is made in a transaction that does not require such registration or qualification. In the event that such a transfer of this Certificate is to be made without registration or qualification, the Securities Administrator shall require receipt of (i) if such transfer is purportedly being made in reliance upon Rule 144A under the 1933 Act, written certifications from the Holder of the Certificate desiring to effect the transfer, and from such Holder's prospective transferee, substantially in the forms attached to the Agreement as Exhibit E and either F or G, as applicable, and (ii) in all other cases, an Opinion of Counsel satisfactory to it that such transfer may be made without such registration or qualification (which Opinion of Counsel shall not be an expense of the Trust Fund or of the Depositor, the Trustee, the Securities Administrator or the Master Servicer in their respective capacities as such), together with copies of the written certification(s) of the Holder of the Certificate desiring to effect the transfer and/or such Holder's prospective transferee upon which such Opinion of Counsel is based. Neither the Depositor, the Securities Administrator nor the Trustee is obligated to register or qualify the Class of Certificates specified on the face hereof under the 1933 Act or any other securities law or to take any action not otherwise required under the Agreement to permit the transfer of such Certificates without registration or qualification. Any Holder desiring to effect a transfer of this Certificate shall be required to indemnify the Trustee, the Securities Administrator, the Depositor, the Seller and the Master Servicer against any liability that may result if the transfer is not so exempt or is not made in accordance with such federal and state laws.

This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the "Certificates"). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

The Certificateholder, by its acceptance of this Certificate, agrees that it will look solely to the Trust Fund for payment hereunder and that the Trustee or the Securities Administrator is not liable to the Certificateholders for any amount payable under this Certificate or the Agreement or, except as expressly provided in the Agreement, subject to any liability under the Agreement.

This Certificate does not purport to summarize the Agreement and reference is made to the Agreement for the interests, rights and limitations of rights, benefits, obligations and duties evidenced hereby, and the rights, duties and immunities of the Trustee and the Securities Administrator.

The Agreement permits, with certain exceptions therein provided, the amendment thereof and the modification of the rights and obligations of the Depositor and the rights of the Certificateholders under the Agreement from time to time by the parties thereto with the consent of the Holders of the Class or Classes of Certificates affected thereby evidencing over 50% of the Voting Rights of such Class or Classes. The Agreement also permits the amendment thereof, in certain limited circumstances, without the consent of the Holders of any of the Certificates.

As provided in the Agreement and subject to certain limitations therein set forth, the transfer of this Certificate is registrable with the Securities Administrator upon surrender of this Certificate for registration of transfer at the offices or agencies maintained by the Securities Administrator for such purposes, duly endorsed by, or accompanied by a written instrument of transfer in form satisfactory to the Securities Administrator duly executed by the Holder hereof or such Holder's attorney duly authorized in writing, and thereupon one or more new Certificates in authorized denominations representing a like aggregate Percentage Interest will be issued to the designated transferee.

This Certificate may not be acquired directly or indirectly by, or on behalf of, an employee benefit plan or other retirement arrangement which is subject to Title I of the Employee Retirement Income Security Act of 1974, as amended, or Section 4975 of the Internal Revenue Code of 1986, as amended, unless the transferee certifies or represents that the proposed transfer and holding of a Certificate and the servicing, management and operation of the trust and its assets: (i) will not result in any prohibited transaction which is not covered under an individual or class prohibited transaction exemption, including, but not limited to, Prohibited Transaction Exemption ("PTE") 84-14, PTE 91-38, PTE 90-1, PTE 95-60 or PTE 96-23 and (ii) will not give rise to any additional obligations on the part of the Depositor, the Master Servicer, the Trustee or the Securities Administrator, which will be deemed represented by an owner of a Book-Entry Certificate or a Global Certificate or unless an Opinion of Counsel specified in section 6.02 of the Agreement is provided. This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the "Certificates"). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

The Certificates are issuable only as registered Certificates without coupons in the Classes and denominations specified in the Agreement. As provided in the Agreement and subject to certain limitations therein set forth, this Certificate is exchangeable for one or more new Certificates evidencing the same Class and in the same aggregate Percentage Interest, as requested by the Holder surrendering the same.

No service charge will be made to the Certificateholders for any such registration of transfer, but the Securities Administrator may require payment of a sum sufficient to cover any tax or other governmental charge payable in connection therewith. The Depositor, the Master Servicer, the Securities Administrator, the Trustee and any agent of any of them may treat the Person in whose name this Certificate is registered as the owner hereof for all purposes, and none of the Depositor, the Master Servicer, the Securities Administrator, the Trustee or any such agent shall be affected by notice to the contrary.

The obligations created by the Agreement and the Group I Sub-Trust created thereby (other than the obligations to make payments to related Certificateholders with respect to the termination of the Agreement) shall terminate upon the earlier of (i) the later of (A) the maturity or other liquidation (or Advance with respect thereto) of the last Group I Mortgage Loan remaining in the Group I Sub-Trust and disposition of all property acquired upon foreclosure or deed in lieu of foreclosure of any Group I Mortgage Loan and (B) the remittance of all related funds due under the Agreement, or (ii) the optional repurchase by the party named in the Agreement of all the Group I Mortgage Loans and other related assets of the Group I Sub-Trust in accordance with the terms of the Agreement. Such optional repurchase may be made only on or after the earlier of the first Distribution Date on which the aggregate Stated Principal Balance of the Group I Mortgage Loans is less than or equal to 10% of the aggregate Stated Principal Balance of the Group I Mortgage Loans as of the Cut-off Date. The exercise of such right will effect the early retirement of the Group I Certificates. In no event, however, will the Group I Sub-Trust created by the Agreement continue beyond the earlier of (i) the expiration of beyond the expiration of 21 years after the death of certain persons identified in the Agreement and (ii) the related Latest Possible Maturity Date.

Unless this Certificate has been countersigned by an authorized signatory of the Securities Administrator by manual signature, this Certificate shall not be entitled to any benefit under the Agreement, or be valid for any purpose.

IN WITNESS WHEREOF, the Securities Administrator has caused this Certificate to be duly executed.

Dated: April 28, 2006

WELLS FARGO BANK, NATIONAL
ASSOCIATION,
as Securities Administrator

By: _____

Authorized Signatory

**<u>CERTIFICATE OF AUTHENTICATION</u>**

This is one of the Class I-B-IO Certificates referred to in the within-mentioned Agreement.

WELLS FARGO BANK, NATIONAL
ASSOCIATION,
as Securities Administrator

By: _____

Authorized Signatory

Unassociated Document

Page 107 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 108 of 279

ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby sell(s), assign(s) and transfer(s) unto _____ (Please print or typewrite name and address including postal zip code of assignee) a Percentage Interest evidenced by the within Asset-Backed Certificate and hereby authorizes the transfer of registration of such interest to assignee on the Certificate Register of the Trust Fund.

I (We) further direct the Certificate Registrar to issue a new Certificate of a like denomination and Class, to the above named assignee and deliver such Certificate to the following address:

_____

_____.

Dated: _____

_____
Signature by or on behalf of assignor

_____
Signature Guaranteed

DISTRIBUTION INSTRUCTIONS

This assignee should include the following for purposes of distribution:

Distributions shall be made, by wire transfer or otherwise, in immediately available funds to _____.

for the account of _____.

account number_____, or, if mailed by check, to _____.

Applicable statements should be mailed to _____.

This information is provided by _____.

the assignee named above, or

as its agent. _____.

EXHIBIT A-6

FORM OF CLASS II-B-[_] CERTIFICATE

THIS CERTIFICATE IS SUBORDINATED IN RIGHT OF PAYMENT TO THE RELATED SENIOR CERTIFICATES, CLASS II-B-1, CLASS II-B-2 AND CLASS II-B-3 CERTIFICATES AS DESCRIBED IN THE AGREEMENT (AS DEFINED BELOW).

SOLELY FOR U.S. FEDERAL INCOME TAX PURPOSES, THIS CERTIFICATE REPRESENTS A "REGULAR INTEREST" IN A "REAL ESTATE MORTGAGE INVESTMENT CONDUIT," AS THOSE TERMS ARE DEFINED, RESPECTIVELY, IN SECTIONS 860G AND 860D OF THE INTERNAL REVENUE CODE OF 1986 (THE "CODE").

THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DECREASED BY THE PRINCIPAL PAYMENTS HEREON AND REALIZED LOSSES ALLOCABLE HERETO AS DESCRIBED IN THE AGREEMENT. ACCORDINGLY, FOLLOWING THE INITIAL ISSUANCE OF THE CERTIFICATES, THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DIFFERENT FROM THE DENOMINATION SHOWN BELOW. ANYONE ACQUIRING THIS CERTIFICATE MAY ASCERTAIN ITS CERTIFICATE PRINCIPAL BALANCE BY INQUIRY OF THE SECURITIES ADMINISTRATOR NAMED HEREIN.

THIS CERTIFICATE HAS NOT BEEN AND WILL NOT BE REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR UNDER ANY STATE SECURITIES LAWS. THE HOLDER HEREOF, BY PURCHASING THIS CERTIFICATE, AGREES THAT THIS CERTIFICATE MAY BE REOFFERED, RESOLD, PLEDGED OR OTHERWISE TRANSFERRED ONLY IN COMPLIANCE WITH THE SECURITIES ACT AND OTHER APPLICABLE LAWS AND ONLY (1) PURSUANT TO RULE 144A UNDER THE SECURITIES ACT ("RULE 144A") TO A PERSON THAT THE HOLDER REASONABLY BELIEVES IS A QUALIFIED INSTITUTIONAL BUYER WITHIN THE MEANING OF RULE 144A (A "QIB"), PURCHASING FOR ITS OWN ACCOUNT OR A QIB PURCHASING FOR THE ACCOUNT OF A QIB, WHOM THE HOLDER HAS INFORMED, IN EACH CASE, THAT THE REOFFER, RESALE, PLEDGE OR OTHER TRANSFER IS BEING MADE IN RELIANCE ON RULE 144A, (2) PURSUANT TO AN EXEMPTION FROM REGISTRATION PROVIDED BY RULE 144 UNDER THE SECURITIES ACT (IF AVAILABLE) OR (3) IN CERTIFICATED FORM TO AN "INSTITUTIONAL ACCREDITED INVESTOR" WITHIN THE MEANING THEREOF IN RULE 501(a)(1), (2), (3) or (7) OF REGULATION D UNDER THE ACT OR ANY ENTITY IN WHICH ALL OF THE EQUITY OWNERS COME WITHIN SUCH PARAGRAPHS PURCHASING NOT FOR DISTRIBUTION IN VIOLATION OF THE SECURITIES ACT, SUBJECT TO (A) THE RECEIPT BY THE SECURITIES ADMINISTRATOR OF A LETTER SUBSTANTIALLY IN THE FORM PROVIDED IN THE AGREEMENT AND (B) THE RECEIPT BY THE SECURITIES ADMINISTRATOR OF SUCH OTHER EVIDENCE ACCEPTABLE TO THE SECURITIES ADMINISTRATOR THAT SUCH REOFFER, RESALE, PLEDGE OR TRANSFER IS IN COMPLIANCE WITH THE SECURITIES ACT AND OTHER APPLICABLE LAWS OR IN EACH CASE IN ACCORDANCE WITH ALL APPLICABLE SECURITIES LAWS OF THE UNITED STATES AND ANY OTHER APPLICABLE JURISDICTION.

THIS CERTIFICATE MAY NOT BE ACQUIRED DIRECTLY OR INDIRECTLY BY, OR ON BEHALF OF, AN EMPLOYEE BENEFIT PLAN OR OTHER RETIREMENT ARRANGEMENT WHICH IS SUBJECT TO TITLE I OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, AS AMENDED, OR SECTION 4975 OF THE INTERNAL REVENUE CODE OF 1986, AS AMENDED, UNLESS THE TRANSFEREE CERTIFIES OR REPRESENTS THAT THE PROPOSED TRANSFER AND HOLDING OF A CERTIFICATE AND THE SERVICING, MANAGEMENT AND OPERATION OF THE TRUST AND ITS ASSETS: (I) WILL NOT RESULT IN ANY PROHIBITED TRANSACTION WHICH IS NOT COVERED UNDER AN INDIVIDUAL OR CLASS PROHIBITED TRANSACTION EXEMPTION, INCLUDING, BUT NOT LIMITED TO, PROHIBITED TRANSACTION EXEMPTION ("PTE") 84-14, PTE 91-38, PTE 90-1, PTE 95-60 OR PTE 96-23 AND (II) WILL NOT GIVE RISE TO ANY ADDITIONAL OBLIGATIONS ON THE PART OF THE DEPOSITOR, THE MASTER SERVICER, THE TRUSTEE OR THE SECURITIES ADMINISTRATOR, WHICH WILL BE DEEMED REPRESENTED BY AN OWNER OF A BOOK-ENTRY CERTIFICATE OR A GLOBAL CERTIFICATE OR UNLESS AN OPINION OF COUNSEL SPECIFIED IN SECTION 6.02 OF THE AGREEMENT IS PROVIDED.

Unassociated Document                                                          Page 109 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 110 of 279

Certificate No.1                                                    Adjustable


CLASS II-B-[_] Subordinate


Date of Pooling and Servicing Agreement and Cut-off Date:
April 1, 2006

Aggregate Initial Certificate Principal Balance of this Certificate as of the Cut-off Date: _____

First Distribution Date:
May 25, 2006

Initial Certificate Principal Balance of this Certificate as of the Cut-off Date:_____

Master Servicer:
Wells Fargo Bank, National Association

CUSIP: _____

Assumed Final Distribution Date:
April 25, 2036


MORTGAGE PASS-THROUGH CERTIFICATE
SERIES 2006-3

evidencing a percentage interest in the distributions allocable to the CLASS II-B-[_] Certificates with respect to a Trust Fund consisting primarily of a pool of conventional one- to four-family fixed interest rate mortgage loans sold by STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.

This Certificate is payable solely from the assets of the Trust Fund, and does not represent an obligation of or interest in Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator referred to below or any of their affiliates or any other person. Neither this Certificate nor the underlying Mortgage Loans are guaranteed or insured by any governmental entity or by Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator or any of their affiliates or any other person. None of Structured Asset Mortgage Investments II Inc., the Master Servicer or any of their affiliates will have any obligation with respect to any certificate or other obligation secured by or payable from payments on the Certificates.

This certifies that Bear, Stearns Securities Corp. is the registered owner of the Percentage Interest evidenced hereby in the beneficial ownership interest of Certificates of the same Class as this Certificate in a trust (the "Trust Fund") generally consisting of conventional first lien, fixed rate mortgage loans secured by one- to four- family residences (collectively, the "Mortgage Loans") sold by Structured Asset Mortgage Investments II Inc. ("SAMI II"). The Mortgage Loans were sold by Maia Mortgage Finance Statutory Trust ("Maia") to SAMI II. Wells Fargo Bank, National Association will act as master servicer of the Mortgage Loans (the "Master Servicer,@ which term includes any successors thereto under the Agreement referred to below). The Trust Fund was created pursuant to the Pooling and Servicing Agreement dated as of the Cut-off Date specified above (the "Agreement"), among SAMI II, as depositor (the "Depositor"), Luminent Mortgage Capital, Inc., as sponsor, Wells Fargo Bank, National Association, as Master Servicer and securities administrator (the "Securities Administrator") and HSBC Bank USA, National Association, as trustee (the "Trustee"), a summary of certain of the pertinent provisions of which is set forth hereafter. To the extent not defined herein, capitalized terms used herein shall have the meaning ascribed to them in the Agreement. This Certificate is issued under and is subject to the terms, provisions and conditions of the Agreement, to which Agreement the Holder of this Certificate by virtue of its acceptance hereof assents and by which such Holder is bound.

Each Holder of this Certificate will be deemed to have agreed to be bound by the restrictions set forth in the Agreement to the effect that (i) each person holding or acquiring any Ownership Interest in this Certificate must be a United States Person and a Permitted Transferee, (ii) the transfer of any Ownership Interest in this Certificate will be conditioned upon the delivery to the Trustee of, among other things, an affidavit to the effect that it is a United States Person and Permitted Transferee, (iii) any attempted or purported transfer of any Ownership Interest in this Certificate in violation of such restrictions will be absolutely null and void and will vest no rights in the purported transferee, and (iv) if any person other than a United States Person and a Permitted Transferee acquires any Ownership Interest in this Certificate in violation of such restrictions, then the Depositor will have the right, in its sole discretion and without notice to the Holder of this Certificate, to sell this Certificate to a purchaser selected by the Depositor, which purchaser may be the Depositor, or any affiliate of the Depositor, on such terms and conditions as the Depositor may choose.

Interest on this Certificate will accrue during the month prior to the month in which a Distribution Date (as hereinafter defined) occurs on the Certificate Principal Balance hereof at a per annum rate equal to the Pass-Through Rate set forth above. The Securities Administrator will distribute on the 25th day of each month, or, if such 25th day is not a Business Day, the immediately following Business Day (each, a ADistribution Date"), commencing on the First Distribution Date specified above, to the Person in whose name this Certificate is registered at the close of business on the last day (or if such last day is not a Business Day, the Business Day immediately preceding such day) of the calendar month immediately preceding the month in which the Distribution Date occurs, an amount equal to the product of the Percentage Interest evidenced by this Certificate and the amount (of interest and principal, if any) required to be distributed to the Holders of Certificates of the same Class as this Certificate. The Assumed Final Distribution Date is the Distribution Date in the month following the latest scheduled maturity date of any Mortgage Loan and is not likely to be the date on which the Certificate Principal Balance of this Class of Certificates will be reduced to zero.

Distributions on this Certificate will be made by the Securities Administrator by check mailed to the address of the Person entitled thereto as such name and address shall appear on the Certificate Register or, if such Person so requests by notifying the Securities Administrator in writing as specified in the Agreement. Notwithstanding the above, the final distribution on this Certificate will be made after due notice by the Securities Administrator of the pendency of such distribution and only upon presentation and surrender of this Certificate at the office or agency appointed by the Securities Administrator for that purpose and designated in such notice. The Initial Certificate Principal Balance of this Certificate is set forth above. The Certificate Principal Balance hereof will be reduced to the extent of distributions allocable to principal hereon and any Realized Losses allocable hereto.

No transfer of this Certificate shall be made unless the transfer is made pursuant to an effective registration statement under the Securities Act of 1933, as amended (the "1933 Act"), and an effective registration or qualification under applicable state securities laws, or is made in a transaction that does not require such registration or qualification. In the event that such a transfer of this Certificate is to be made without registration or qualification, the Securities Administrator shall require receipt of (i) if such transfer is purportedly being made in reliance upon Rule 144A under the 1933 Act, written certifications from the Holder of the Certificate desiring to effect the transfer, and from such Holder's prospective transferee, substantially in the forms attached to the Agreement as Exhibit E and either F or G, as applicable, and (ii) in all other cases, an Opinion of Counsel satisfactory to it that such transfer may be made without such registration or qualification (which Opinion of Counsel shall not be an expense of the Trust Fund or of the Depositor, the Trustee, the Securities Administrator or the Master Servicer in their respective capacities as such), together with copies of the written certification(s) of the Holder of the Certificate desiring to effect the transfer and/or such Holder's prospective transferee upon which such Opinion of Counsel is based. Neither the Depositor, the Securities Administrator nor the Trustee is obligated to register or qualify the Class of Certificates specified on the face hereof under the 1933 Act or any other securities law or to take any action not otherwise required under the Agreement to permit the transfer of such Certificates without registration or qualification. Any Holder desiring to effect a transfer of this Certificate shall be required to indemnify the Trustee, the Securities Administrator, the Depositor, the Seller and the Master Servicer against any liability that may result if the transfer is not so exempt or is not made in accordance with such federal and state laws.

This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the "Certificates"). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

The Certificateholder, by its acceptance of this Certificate, agrees that it will look solely to the Trust Fund for payment hereunder and that the Trustee or the Securities Administrator is not liable to the Certificateholders for any amount payable under this Certificate or the Agreement or, except as expressly provided in the Agreement, subject to any liability under the Agreement.

This Certificate does not purport to summarize the Agreement and reference is made to the Agreement for the interests, rights and limitations of rights, benefits, obligations and duties evidenced hereby, and the rights, duties and immunities of the Trustee and the Securities Administrator.

The Agreement permits, with certain exceptions therein provided, the amendment thereof and the modification of the rights and obligations of the Depositor and the rights of the Certificateholders under the Agreement from time to time by the parties thereto with the consent of the Holders of the Class or Classes of Certificates affected thereby evidencing over 50% of the Voting Rights of such Class or Classes. The Agreement also permits the amendment thereof, in certain limited circumstances, without the consent of the Holders of any of the Certificates.

As provided in the Agreement and subject to certain limitations therein set forth, the transfer of this Certificate is registrable with the Securities Administrator upon surrender of this Certificate for registration of transfer at the offices or agencies maintained by the Securities Administrator for such purposes, duly endorsed by, or accompanied by a written instrument of transfer in form satisfactory to the Securities Administrator duly executed by the Holder hereof or such Holder's attorney duly authorized in writing, and thereupon one or more new Certificates in authorized denominations representing a like aggregate Percentage Interest will be issued to the designated transferee.

This Certificate may not be acquired directly or indirectly by, or on behalf of, an employee benefit plan or other retirement arrangement which is subject to Title I of the Employee Retirement Income Security Act of 1974, as amended, or Section 4975 of the Internal Revenue Code of 1986, as amended, unless the transferee certifies or represents that the proposed transfer and holding of a Certificate and the servicing, management and operation of the trust and its assets: (i) will not result in any prohibited transaction which is not covered under an individual or class prohibited transaction exemption, including, but not limited to, Prohibited Transaction Exemption ("PTE") 84-14, PTE 91-38, PTE 90-1, PTE 95-60 or PTE 96-23 and (ii) will not give rise to any additional obligations on the part of the Depositor, the Master Servicer, the Securities Administrator or the Trustee, which will be deemed represented by an owner of a Book-Entry Certificate or a Global Certificate unless an Opinion of Counsel specified in section 6.02 of the Agreement is provided. This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the "Certificates"). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

The Certificates are issuable only as registered Certificates without coupons in the Classes and denominations specified in the Agreement. As provided in the Agreement and subject to certain limitations therein set forth, this Certificate is exchangeable for one or more new Certificates evidencing the same Class and in the same aggregate Percentage Interest, as requested by the Holder surrendering the same.

No service charge will be made to the Certificateholders for any such registration of transfer, but the Securities Administrator may require payment of a sum sufficient to cover any tax or other governmental charge payable in connection therewith. The Depositor, the Master Servicer, the Securities Administrator, the Trustee and any agent of any of them may treat the Person in whose name this Certificate is registered as the owner hereof for all purposes, and none of the Depositor, the Master Servicer, the Securities Administrator, the Trustee or any such agent shall be affected by notice to the contrary.

The obligations created by the Agreement and the Group II Sub-Trust created thereby (other than the obligations to make payments to related Certificateholders with respect to the termination of the Agreement) shall terminate upon the earlier of (i) the later of (A) the maturity or other liquidation (or Advance with respect thereto) of the last Group II Mortgage Loan remaining in the Group II Sub-Trust and disposition of all property acquired upon foreclosure or deed in lieu of foreclosure of any Group II Mortgage Loan and (B) the remittance of all related funds due under the

Unassociated Document                                                      Page 111 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 112 of 279

Agreement, or (ii) the optional repurchase by the party named in the Agreement of all the Mortgage Loans in Loan Group II and other assets of the Group II Sub-Trust in accordance with the terms of the Agreement. Such optional repurchase may be made only on or after the Distribution Date on which the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group II is less than the percentage of the aggregate Stated Principal Balance specified in the Agreement of the Mortgage Loans in Loan Group II at the Cut-off Date. The exercise of such right will effect the early retirement of the Group II Certificates. In no event, however, will the Group II Sub-Trust created by the Agreement continue beyond the earlier of (i) the expiration of beyond the expiration of 21 years after the death of certain persons identified in the Agreement and (ii) the related Latest Possible Maturity Date.

Unless this Certificate has been countersigned by an authorized signatory of the Securities Administrator by manual signature, this Certificate shall not be entitled to any benefit under the Agreement, or be valid for any purpose.

Unassociated Document                                                          Page 112 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 113 of 279

IN WITNESS WHEREOF, the Securities Administrator has caused this Certificate to be duly executed.

Dated: April 28, 2006                                    WELLS FARGO BANK, NATIONAL ASSOCIATION,
                                                         as Securities Administrator


                                                         By: _____
                                                              Authorized Signatory


### CERTIFICATE OF AUTHENTICATION

This is one of the CLASS II-B-[_] Certificates referred to in the within-mentioned Agreement.

                                                         WELLS FARGO BANK, NATIONAL
                                                         ASSOCIATION,
                                                         as Securities Administrator


                                                         By: _____
                                                              Authorized Signatory

Unassociated Document
12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 114 of 279

Page 113 of 835

ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby sell(s), assign(s) and transfer(s) unto _____ (Please print or typewrite name and address including postal zip code of assignee) a Percentage Interest evidenced by the within Asset-Backed Certificate and hereby authorizes the transfer of registration of such interest to assignee on the Certificate Register of the Trust Fund.

I (We) further direct the Certificate Registrar to issue a new Certificate of a like denomination and Class, to the above named assignee and deliver such Certificate to the following address:

_____

_____.

Dated: _____

_____
Signature by or on behalf of assignor

_____
Signature Guaranteed

DISTRIBUTION INSTRUCTIONS

This assignee should include the following for purposes of distribution:

Distributions shall be made, by wire transfer or otherwise, in immediately available funds to _____.
for the account of _____.
account number_____, or, if mailed by check, to _____.
Applicable statements should be mailed to _____
_____.

This information is provided by _____.
the assignee named above, or _____.
as its agent.

EXHIBIT A-7

FORM OF CLASS P CERTIFICATE

SOLELY FOR U.S. FEDERAL INCOME TAX PURPOSES, THIS CERTIFICATE REPRESENTS A "REGULAR INTEREST" IN A "REAL ESTATE MORTGAGE INVESTMENT CONDUIT," AS THOSE TERMS ARE DEFINED, RESPECTIVELY, IN SECTIONS 860G AND 860D OF THE INTERNAL REVENUE CODE OF 1986 (THE "CODE").

THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DECREASED BY THE PRINCIPAL PAYMENTS HEREON. ACCORDINGLY, FOLLOWING THE INITIAL ISSUANCE OF THE CERTIFICATES, THE CERTIFICATE PRINCIPAL BALANCE OF THIS CERTIFICATE WILL BE DIFFERENT FROM THE DENOMINATION SHOWN BELOW. ANYONE ACQUIRING THIS CERTIFICATE MAY ASCERTAIN ITS CERTIFICATE PRINCIPAL BALANCE BY INQUIRY OF THE SECURITIES ADMINISTRATOR NAMED HEREIN.

THIS CERTIFICATE HAS NOT BEEN AND WILL NOT BE REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR UNDER ANY STATE SECURITIES LAWS. THE HOLDER HEREOF, BY PURCHASING THIS CERTIFICATE, AGREES THAT THIS CERTIFICATE MAY BE REOFFERED, RESOLD, PLEDGED OR OTHERWISE TRANSFERRED ONLY IN COMPLIANCE WITH THE SECURITIES ACT AND OTHER APPLICABLE LAWS AND ONLY (1) PURSUANT TO RULE 144A UNDER THE SECURITIES ACT ("RULE 144A") TO A PERSON THAT THE HOLDER REASONABLY BELIEVES IS A QUALIFIED INSTITUTIONAL BUYER WITHIN THE MEANING OF RULE 144A (A "QIB"), PURCHASING FOR ITS OWN ACCOUNT OR A QIB PURCHASING FOR THE ACCOUNT OF A QIB, WHOM THE HOLDER HAS INFORMED, IN EACH CASE, THAT THE REOFFER, RESALE, PLEDGE OR OTHER TRANSFER IS BEING MADE IN RELIANCE ON RULE 144A, (2) PURSUANT TO AN EXEMPTION FROM REGISTRATION PROVIDED BY RULE 144 UNDER THE SECURITIES ACT (IF AVAILABLE) OR (3) IN CERTIFICATED FORM TO AN "INSTITUTIONAL ACCREDITED INVESTOR" WITHIN THE MEANING THEREOF IN RULE 501(a)(1), (2), (3) or (7) OF REGULATION D UNDER THE ACT OR ANY ENTITY IN WHICH ALL OF THE EQUITY OWNERS COME WITHIN SUCH PARAGRAPHS PURCHASING NOT FOR DISTRIBUTION IN VIOLATION OF THE SECURITIES ACT, SUBJECT TO (A) THE RECEIPT BY THE SECURITIES ADMINISTRATOR OF A LETTER SUBSTANTIALLY IN THE FORM PROVIDED IN THE AGREEMENT AND (B) THE RECEIPT BY THE SECURITIES ADMINISTRATOR OF SUCH OTHER EVIDENCE ACCEPTABLE TO THE SECURITIES ADMINISTRATOR THAT SUCH REOFFER, RESALE, PLEDGE OR TRANSFER IS IN COMPLIANCE WITH THE SECURITIES ACT AND OTHER APPLICABLE LAWS OR IN EACH CASE IN ACCORDANCE WITH ALL APPLICABLE SECURITIES LAWS OF THE UNITED STATES AND ANY OTHER APPLICABLE JURISDICTION.

THIS CERTIFICATE MAY NOT BE ACQUIRED DIRECTLY OR INDIRECTLY BY, OR ON BEHALF OF, AN EMPLOYEE BENEFIT PLAN OR OTHER RETIREMENT ARRANGEMENT WHICH IS SUBJECT TO TITLE I OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, AS AMENDED, OR SECTION 4975 OF THE INTERNAL REVENUE CODE OF 1986, AS AMENDED, UNLESS THE PROPOSED TRANSFEREE PROVIDES THE SECURITIES ADMINISTRATOR WITH AN OPINION OF COUNSEL ADDRESSED TO THE TRUSTEE, DEPOSITOR, MASTER SERVICER AND SECURITIES ADMINISTRATOR AND ON WHICH THEY MAY RELY THAT IS SATISFACTORY TO THE SECURITIES ADMINISTRATOR THAT THE PURCHASE OF CERTIFICATES ON BEHALF OF SUCH PERSON WILL NOT RESULT IN OR CONSTITUTE A NONEXEMPT PROHIBITED TRANSACTION, IS PERMISSIBLE UNDER APPLICABLE LAW AND WILL NOT GIVE RISE TO ANY ADDITIONAL OBLIGATIONS ON THE PART OF THE DEPOSITOR, THE MASTER SERVICER, THE SECURITIES ADMINISTRATOR OR THE TRUSTEE.

Unassociated Document                                                    Page 116 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 117 of 279

Certificate No.1                                              Percentage Interest: 100%


CLASS P


Date of Pooling and Servicing Agreement and Cut-off Date:        Aggregate Initial Certificate Principal Balance of this Certificate as of the Cut-off Date:
April 1, 2006                                                    $100.00


First Distribution Date:                                         Initial Certificate Principal Balance of this Certificate as of the Cut-off Date:
May 25, 2006                                                     $100.00


Master Servicer:                                                 CUSIP: _____
Wells Fargo Bank, National Association


Assumed Final Distribution Date:
May 25, 2036


MORTGAGE PASS-THROUGH CERTIFICATE
SERIES 2006-3

evidencing a percentage interest in the distributions allocable to the CLASS P Certificates with respect to a Trust Fund consisting primarily of a pool of conventional one- to four-family fixed interest rate mortgage loans sold by STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.

This Certificate is payable solely from the assets of the Trust Fund, and does not represent an obligation of or interest in Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator referred to below or any of their affiliates or any other person. Neither this Certificate nor the underlying Mortgage Loans are guaranteed or insured by any governmental entity or by Structured Asset Mortgage Investments II Inc., the Master Servicer, the Trustee or the Securities Administrator or any of their affiliates or any other person. None of Structured Asset Mortgage Investments II Inc., the Master Servicer or any of their affiliates will have any obligation with respect to any certificate or other obligation secured by or payable from payments on the Certificates.

This certifies that Bear, Stearns Securities Corp. is the registered owner of the Percentage Interest evidenced hereby in the beneficial ownership interest of Certificates of the same Class as this Certificate in a trust (the "Trust Fund") generally consisting of conventional first lien, fixed rate mortgage loans secured by one- to four- family residences (collectively, the "Mortgage Loans") sold by Structured Asset Mortgage Investments II Inc. ("SAMI II"). The Mortgage Loans were sold by Maia Mortgage Finance Statutory Trust ("Maia") to SAMI II. Wells Fargo Bank, National Association will act as master servicer of the Mortgage Loans (the "Master Servicer," which term includes any successors thereto under the Agreement referred to below). The Trust Fund was created pursuant to the Pooling and Servicing Agreement dated as of the Cut-off Date specified above (the "Agreement"), among SAMI II, as depositor (the "Depositor"), Luminent Mortgage Capital, Inc., as sponsor, Wells Fargo Bank, National Association, as Master Servicer and securities administrator (the "Securities Administrator") and HSBC Bank USA, National Association, as trustee (the "Trustee"), a summary of certain of the pertinent provisions of which is set forth hereafter. To the extent not defined herein, capitalized terms used herein shall have the meaning ascribed to them in the Agreement. This Certificate is issued under and is subject to the terms, provisions and conditions of the Agreement, to which Agreement the Holder of this Certificate by virtue of its acceptance hereof assents and by which such Holder is bound.

The Securities Administrator will distribute on the 25th day of each month, or, if such 25th day is not a Business Day, the immediately following Business Day (each, a "Distribution Date"), commencing on the First Distribution Date specified above, to the Person in whose name this Certificate is registered at the close of business on the last day (or if such last day is not a Business Day, the Business Day immediately preceding such last day) of the calendar month immediately preceding the month in which the Distribution Date occurs, an amount equal to the product of the Percentage Interest evidenced by this Certificate and the amounts required to be distributed to the Holders of Certificates of the same Class as this Certificate. The Assumed Final Distribution Date is the Distribution Date in the month following the latest scheduled maturity date of any Mortgage Loan.

Distributions on this Certificate will be made by the Securities Administrator by check mailed to the address of the Person entitled thereto as such name and address shall appear on the Certificate Register or, if such Person so requests by notifying the Securities Administrator in writing as specified in the Agreement. Notwithstanding the above, the final distribution on this Certificate will be made after due notice by the Securities Administrator of the pendency of such distribution and only upon presentation and surrender of this Certificate at the office or agency appointed by the Securities Administrator for that purpose and designated in such notice.

No transfer of this Certificate shall be made unless the transfer is made pursuant to an effective registration statement under the Securities Act of 1933, as amended (the "1933 Act"), and an effective registration or qualification under applicable state securities laws, or is made in a transaction that does not require such registration or qualification. In the event that such a transfer of this Certificate is to be made without registration or qualification, the Securities Administrator shall require receipt of (i) if such transfer is purportedly being made in reliance upon Rule 144A under the 1933 Act, written certifications from the Holder of the Certificate desiring to effect the transfer, and from such Holder's prospective transferee, substantially in the forms attached to the Agreement as Exhibit E and either F or G, as applicable, and (ii) in all other cases, an Opinion of Counsel satisfactory to it that such transfer may be made without such registration or qualification (which Opinion of Counsel shall not be an expense of the Trust Fund or of the Depositor, the Trustee, the Securities Administrator or the Master Servicer in their respective capacities as such), together with copies of the written certification(s) of the Holder of the Certificate desiring to effect the transfer and/or such Holder's prospective transferee upon which such Opinion of Counsel is based. Neither the Depositor, the Securities Administrator nor the Trustee is obligated to register or qualify the Class of Certificates specified on the face hereof under the 1933 Act or any other securities law or to take any action not otherwise required under the Agreement to permit the transfer of such Certificates without registration or qualification. Any Holder desiring to effect a transfer of this Certificate shall be required to indemnify the Trustee, the Securities Administrator, the Depositor, the Seller and the Master Servicer against any liability that may result if the transfer is not so exempt or is not made in accordance with such federal and state laws.

This certificate may not be acquired directly or indirectly by, or on behalf of, an employee benefit plan or other retirement arrangement which is subject to Title I of the Employee Retirement Income Security Act of 1974, as amended, or section 4975 of the Internal Revenue Code of 1986, as amended, unless the proposed transferee provides the Securities Administrator with an opinion of counsel addressed to the Trustee, Master Servicer and the Securities Administrator and on which they may rely (which shall not be at the expense of the Trustee, Master Servicer or the Securities Administrator) which is acceptable to the Securities Administrator, that the purchase of this Certificate will not result in or constitute a nonexempt prohibited transaction, is permissible under applicable law and will not give rise to any additional obligations on the part of the Depositor, the Master Servicer, the Securities Administrator or the Trustee.

This Certificate is one of a duly authorized issue of Certificates designated as set forth on the face hereof (the "Certificates"). The Certificates, in the aggregate, evidence the entire beneficial ownership interest in the Trust Fund formed pursuant to the Agreement.

The Certificateholder, by its acceptance of this Certificate, agrees that it will look solely to the Trust Fund for payment hereunder and that the Trustee or the Securities Administrator is not liable to the Certificateholders for any amount payable under this Certificate or the Agreement or, except as expressly provided in the Agreement, subject to any liability under the Agreement.

Unassociated Document                                                                    Page 117 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 118 of 279

This Certificate does not purport to summarize the Agreement and reference is made to the Agreement for the interests, rights and limitations of rights, benefits, obligations and duties evidenced hereby, and the rights, duties and immunities of the Trustee and the Securities Administrator.

The Agreement permits, with certain exceptions therein provided, the amendment thereof and the modification of the rights and obligations of the Depositor and the rights of the Certificateholders under the Agreement from time to time by the parties thereto with the consent of the the Holders of the Class or Classes of Certificates affected thereby evidencing over 50% of the Voting Rights of such Class or Classes. The Agreement also permits the amendment thereof, in certain limited circumstances, without the consent of the Holders of any of the Certificates.

As provided in the Agreement and subject to certain limitations therein set forth, the transfer of this Certificate is registrable with the Securities Administrator upon surrender of this Certificate for registration of transfer at the offices or agencies maintained by the Securities Administrator for such purposes, duly endorsed by, or accompanied by a written instrument of transfer in form satisfactory to the Securities Administrator duly executed by the Holder hereof or such Holder's attorney duly authorized in writing, and thereupon one or more new Certificates in authorized denominations representing a like aggregate Percentage Interest will be issued to the designated transferee.

The Certificates are issuable only as registered Certificates without coupons in the Classes and denominations specified in the Agreement. As provided in the Agreement and subject to certain limitations therein set forth, this Certificate is exchangeable for one or more new Certificates evidencing the same Class and in the same aggregate Percentage Interest, as requested by the Holder surrendering the same.

No service charge will be made to the Certificateholders for any such registration of transfer, but the Securities Administrator may require payment of a sum sufficient to cover any tax or other governmental charge payable in connection therewith. The Depositor, the Master Servicer, the Securities Administrator, the Trustee and any agent of any of them may treat the Person in whose name this Certificate is registered as the owner hereof for all purposes, and none of the Depositor, the Master Servicer, the Trustee or any such agent shall be affected by notice to the contrary.

The obligations created by the Agreement and the Group I Sub-Trust created thereby (other than the obligations to make payments to related Certificateholders with respect to the termination of the Agreement) shall terminate upon the earlier of (i) the later of (A) the maturity or other liquidation (or Advance with respect thereto) of the last Group I Mortgage Loan remaining in the Group I Sub-Trust and disposition of all property acquired upon foreclosure or deed in lieu of foreclosure of any Group I Mortgage Loan and (B) the remittance of all related funds due under the Agreement, or (ii) the optional repurchase by the party named in the Agreement of all the Group I Mortgage Loans and other related assets of the Group I Sub-Trust in accordance with the terms of the Agreement. Such optional repurchase may be made only on or after the earlier of the first Distribution Date on which the aggregate Stated Principal Balance of the Group I Mortgage Loans is less than or equal to 10% of the aggregate Stated Principal Balance of the Group I Mortgage Loans as of the Cut-off Date. The exercise of such right will effect the early retirement of the Group I Certificates. In no event, however, will the Group I Sub-Trust created by the Agreement continue beyond the earlier of (i) the expiration of beyond the expiration of 21 years after the death of certain persons identified in the Agreement and (ii) the related Latest Possible Maturity Date.

Unless this Certificate has been countersigned by an authorized signatory of the Securities Administrator by manual signature, this Certificate shall not be entitled to any benefit under the Agreement, or be valid for any purpose.

Unassociated Document                                           Page 118 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 119 of 279

IN WITNESS WHEREOF, the Securities Administrator has caused this Certificate to be duly executed.

Dated: April 28, 2006                                    WELLS FARGO BANK, NATIONAL ASSOCIATION,
                                                         as Securities Administrator


                                                         By: _____
                                                             Authorized Signatory


### CERTIFICATE OF AUTHENTICATION

This is one of the CLASS P Certificates referred to in the within-mentioned Agreement.

                                                         WELLS FARGO BANK, NATIONAL
                                                         ASSOCIATION,
                                                         as Securities Administrator


                                                         By: _____
                                                             Authorized Signatory

<u>ASSIGNMENT</u>

FOR VALUE RECEIVED, the undersigned hereby sell(s), assign(s) and transfer(s) unto _____ (Please print or typewrite name and address including postal zip code of assignee) a Percentage Interest evidenced by the within Asset-Backed Certificate and hereby authorizes the transfer of registration of such interest to assignee on the Certificate Register of the Trust Fund.

I (We) further direct the Certificate Registrar to issue a new Certificate of a like denomination and Class, to the above named assignee and deliver such Certificate to the following address:

_____

_____.

Dated: _____

_____
Signature by or on behalf of assignor

_____
Signature Guaranteed

DISTRIBUTION INSTRUCTIONS

This assignee should include the following for purposes of distribution:

Distributions shall be made, by wire transfer or otherwise, in immediately available funds to _____.
for the account of _____.
account number_____, or, if mailed by check, to _____.
Applicable statements should be mailed to _____

_____

This information is provided by _____.
the assignee named above, or _____.
as its agent.

EXHIBIT B

MORTGAGE LOAN SCHEDULE

| LOAN_SEQ | Lum_ID | DEAL_INFO | Group | CURRENT_BALANCE |
|----------|--------|-----------|-------|-----------------|
| 16180262 | 240278065 | GR2: 5 YR Conf | II-2 | 199920 |
| 122405144 | 240268673 | GR4: NON3YRHARD | I-1 | 394177.24 |
| 16178479 | 240267092 | GR2: 5 YR Conf | II-2 | 104400 |
| 16179674 | 240272099 | GR5: 3YRHARD | I-2 | 239428.06 |
| 16180224 | 240278027 | GR2: 5 YR Conf | II-2 | 134927.93 |
| 16179289 | 240290662 | GR4: NON3YRHARD | I-1 | 438601.69 |
| 16179228 | 240290618 | GR4: NON3YRHARD | I-1 | 977920.58 |
| 16178371 | 240266201 | GR3: 5 YR Non-Conf | II-3 | 650150 |
| 16179245 | 240290741 | GR4: NON3YRHARD | I-1 | 697761.46 |
| 16179852 | 240272597 | GR5: 3YRHARD | I-2 | 602723.07 |
| 16180263 | 240278066 | GR2: 5 YR Conf | II-2 | 100825.59 |
| 16179810 | 240272544 | GR5: 3YRHARD | I-2 | 318498.13 |
| 16178940 | 240268674 | GR4: NON3YRHARD | I-1 | 456561.44 |
| 16180106 | 240258330 | GR4: NON3YRHARD | I-1 | 665250 |
| 16180161 | 240258264 | GR4: NON3YRHARD | I-1 | 184800 |
| 16180225 | 240278028 | GR2: 5 YR Conf | II-2 | 227859.63 |
| 16179773 | 240272796 | GR5: 3YRHARD | I-2 | 435264.26 |
| 16178566 | 240267159 | GR2: 5 YR Conf | II-2 | 130000 |
| 16179511 | 240272512 | GR5: 3YRHARD | I-2 | 224297.7 |
| 16179290 | 240290727 | GR4: NON3YRHARD | I-1 | 448523.2 |
| 16179920 | 240272661 | GR5: 3YRHARD | I-2 | 241600 |
| 16179019 | 240269278 | GR4: NON3YRHARD | I-1 | 357004.91 |
| 16180362 | 240278167 | GR3: 5 YR Non-Conf | II-3 | 1400000 |
| 16180264 | 240278067 | GR2: 5 YR Conf | II-2 | 173000 |
| 16179811 | 240272545 | GR5: 3YRHARD | I-2 | 584014.25 |
| 16178420 | 240266243 | GR2: 5 YR Conf | II-2 | 212400 |
| 16179566 | 240272387 | GR5: 3YRHARD | I-2 | 367106.67 |
| 16179675 | 240272100 | GR5: 3YRHARD | I-2 | 157653.94 |
| 16180122 | 240258281 | GR4: NON3YRHARD | I-1 | 287000 |
| 16178735 | 240266512 | GR2: 5 YR Conf | II-2 | 133120 |
| 16180226 | 240278029 | GR2: 5 YR Conf | II-2 | 336798.33 |
| 16179512 | 240272513 | GR5: 3YRHARD | I-2 | 168901.48 |
| 16179214 | 240268449 | GR4: NON3YRHARD | I-1 | 420286.96 |
| 16179133 | 240290623 | GR4: NON3YRHARD | I-1 | 160355.06 |
| 16179373 | 240272436 | GR5: 3YRHARD | I-2 | 100014.03 |
| 16180363 | 240278168 | GR3: 5 YR Non-Conf | II-3 | 628000 |
| 16180265 | 240278068 | GR2: 5 YR Conf | II-2 | 127985.74 |
| 16179703 | 240272174 | GR5: 3YRHARD | I-2 | 201917.67 |
| 16179567 | 240272384 | GR5: 3YRHARD | I-2 | 347170.69 |
| 16178332 | 240266955 | GR2: 5 YR Conf | II-2 | 149600 |
| 16178522 | 240267125 | GR2: 5 YR Conf | II-2 | 343200 |
| 16179482 | 240272212 | GR5: 3YRHARD | I-2 | 191542.45 |
| 16179118 | 240290731 | GR4: NON3YRHARD | I-1 | 360877.73 |
| 16179134 | 240290647 | GR4: NON3YRHARD | I-1 | 463892.11 |
| 16179772 | 240272794 | GR5: 3YRHARD | I-2 | 380000 |
| 16179374 | 240272420 | GR5: 3YRHARD | I-2 | 103033.36 |
| 16180364 | 240278169 | GR2: 5 YR Conf | II-2 | 220800 |
| 16178546 | 240267143 | GR2: 5 YR Conf | II-2 | 176000 |
| 16178967 | 240268856 | GR4: NON3YRHARD | I-1 | 274654.84 |
| 16180266 | 240278069 | GR2: 5 YR Conf | II-2 | 135000 |
| 16179812 | 240272546 | GR5: 3YRHARD | I-2 | 500000 |
| 16179704 | 240272176 | GR5: 3YRHARD | I-2 | 162019.85 |
| 16179034 | 240269409 | GR4: NON3YRHARD | I-1 | 239942.82 |
| 16179692 | 240272163 | GR5: 3YRHARD | I-2 | 318076.12 |
| 16180137 | 240258381 | GR5: 3YRHARD | I-2 | 550735.45 |
| 16178328 | 240266162 | GR3: 5 YR Non-Conf | II-3 | 492000 |
| 16179278 | 240290736 | GR4: NON3YRHARD | I-1 | 463503.53 |
| 16180228 | 240278031 | GR2: 5 YR Conf | II-2 | 150000 |
| 16178855 | 240266609 | GR2: 5 YR Conf | II-2 | 127093.14 |
| 16180185 | 240278945 | GR4: NON3YRHARD | I-1 | 585000 |
| 16179922 | 240272667 | GR5: 3YRHARD | I-2 | 532000 |
| 16179942 | 240272649 | GR5: 3YRHARD | I-2 | 295900 |
| 16180598 | 240278411 | GR2: 5 YR Conf | II-2 | 177406 |
| 16179008 | 240269174 | GR4: NON3YRHARD | I-1 | 286598.15 |
| 16179013 | 240269238 | GR4: NON3YRHARD | I-1 | 245411.64 |
| 16179203 | 240268319 | GR4: NON3YRHARD | I-1 | 144136.44 |
| 16179449 | 240272321 | GR5: 3YRHARD | I-2 | 216069.94 |
| 16180431 | 240278239 | GR2: 5 YR Conf | II-2 | 321600 |
| 16178813 | 240266580 | GR2: 5 YR Conf | II-2 | 161100 |
| 16179102 | 240290573 | GR4: NON3YRHARD | I-1 | 246800.87 |
| 16179328 | 240272208 | GR5: 3YRHARD | I-2 | 230304.88 |
| 16178996 | 240269083 | GR4: NON3YRHARD | I-1 | 252415.44 |
| 16179428 | 240272477 | GR5: 3YRHARD | I-2 | 272630.04 |
| 16178441 | 240267053 | GR2: 5 YR Conf | II-2 | 150000 |
| 16179747 | 240272127 | GR5: 3YRHARD | I-2 | 67408.91 |
| 16178706 | 240267279 | GR2: 5 YR Conf | II-2 | 137600 |
| 16179393 | 240272445 | GR5: 3YRHARD | I-2 | 114216.62 |
| 16178681 | 240267257 | GR2: 5 YR Conf | II-2 | 144000 |
| 16178669 | 240266457 | GR3: 5 YR Non-Conf | II-3 | 496000 |
| 16178528 | 240267131 | GR2: 5 YR Conf | II-2 | 264000 |
| 16179255 | 240290813 | GR4: NON3YRHARD | I-1 | 740125.56 |
| 16178249 | 240266105 | GR2: 5 YR Conf | II-2 | 170700 |
| 16180076 | 240258351 | GR4: NON3YRHARD | I-1 | 160922.73 |

| | | | | |
|---|---|---|---|---|
| 16178600 | 240266392 | GR2: 5 YR Conf | II-2 | 352000 |
| 16179895 | 240272590 | GR5: 3YRHARD | II-2 | 118735.98 |
| 16180599 | 240278412 | GR3: 5 YR Non-Conf | II-3 | 439799.41 |
| 16179993 | 240272705 | GR5: 3YRHARD | I-2 | 101600 |
| 16180432 | 240278240 | GR2: 5 YR Conf | II-2 | 386456 |
| 16179173 | 240268114 | GR4: NON3YRHARD | I-1 | 131607.44 |
| 16179429 | 240272449 | GR5: 3YRHARD | I-2 | 164516.78 |
| 16180129 | 240258375 | GR4: NON3YRHARD | I-1 | 700000 |
| 16179748 | 240272128 | GR5: 3YRHARD | I-2 | 128041.46 |
| 16179968 | 240272733 | GR5: 3YRHARD | I-2 | 124502.59 |
| 16179029 | 240269369 | GR4: NON3YRHARD | I-1 | 276103.57 |
| 16178912 | 240268590 | GR4: NON3YRHARD | I-1 | 221965.15 |
| 16178931 | 240268641 | GR4: NON3YRHARD | I-1 | 279113.19 |
| 16178335 | 240265902 | GR2: 5 YR Conf | II-2 | 400000 |
| 16179650 | 240272811 | GR5: 3YRHARD | I-2 | 576000 |
| 16178310 | 240266937 | GR2: 5 YR Conf | II-2 | 270000 |
| 16178218 | 240266069 | GR3: 5 YR Non-Conf | II-3 | 649800 |
| 16179205 | 240268349 | GR4: NON3YRHARD | I-1 | 339239.02 |
| 16178739 | 240267305 | GR3: 5 YR Non-Conf | II-3 | 516000 |
| 16180016 | 240272715 | GR5: 3YRHARD | I-2 | 363132.56 |
| 16178266 | 240266120 | GR2: 5 YR Conf | II-2 | 138750 |
| 16179847 | 240272562 | GR5: 3YRHARD | I-2 | 184411 |
| 16179896 | 240272570 | GR5: 3YRHARD | I-2 | 1211941.99 |
| 16179123 | 240290549 | GR4: NON3YRHARD | I-1 | 295059.32 |
| 16180600 | 240278413 | GR2: 5 YR Conf | II-2 | 159643.85 |
| 16179204 | 240269972 | GR4: NON3YRHARD | I-1 | 208414.39 |
| 16179450 | 240272316 | GR5: 3YRHARD | I-2 | 209646.1 |
| 16178997 | 240269085 | GR4: NON3YRHARD | I-1 | 221626.05 |
| 16178781 | 240267343 | GR2: 5 YR Conf | II-2 | 130000 |
| 16179969 | 240272734 | GR5: 3YRHARD | I-2 | 260000 |
| 16178953 | 240268730 | GR4: NON3YRHARD | I-1 | 297209.73 |
| 16178309 | 240266147 | GR2: 5 YR Conf | II-2 | 132770.33 |
| 16179242 | 240290688 | GR4: NON3YRHARD | I-1 | 470512.8 |
| 16178250 | 240266106 | GR2: 5 YR Conf | II-2 | 400000 |
| 16180017 | 240272716 | GR5: 3YRHARD | I-2 | 312000 |
| 16180601 | 240278414 | GR2: 5 YR Conf | II-2 | 171950 |
| 16179014 | 240269241 | GR4: NON3YRHARD | I-1 | 273231.61 |
| 16180433 | 240278241 | GR3: 5 YR Non-Conf | II-3 | 815980 |
| 16178805 | 240267363 | GR2: 5 YR Conf | II-2 | 218750 |
| 16179355 | 240272475 | GR5: 3YRHARD | I-2 | 116037.56 |
| 16179042 | 240269460 | GR4: NON3YRHARD | I-1 | 291294.14 |
| 16180091 | 240258258 | GR5: 3YRHARD | I-2 | 137320.73 |
| 16178590 | 240267175 | GR3: 5 YR Non-Conf | II-3 | 521600 |
| 16178219 | 240266070 | GR2: 5 YR Conf | II-2 | 230400 |
| 16178264 | 240266907 | GR2: 5 YR Conf | II-2 | 196700 |
| 16179897 | 240272591 | GR5: 3YRHARD | I-2 | 580127.58 |
| 16179125 | 240290763 | GR4: NON3YRHARD | I-1 | 251313.5 |
| 16179193 | 240269920 | GR4: NON3YRHARD | I-1 | 348539.67 |
| 16180602 | 240278415 | GR2: 5 YR Conf | II-2 | 272000 |
| 16179198 | 240267887 | GR4: NON3YRHARD | I-1 | 308050.24 |
| 16179451 | 240272340 | GR5: 3YRHARD | I-2 | 253477.86 |
| 16178726 | 240267294 | GR2: 5 YR Conf | II-2 | 217600 |
| 16180048 | 240258327 | GR4: NON3YRHARD | I-1 | 618635.25 |
| 16180170 | 240258405 | GR5: 3YRHARD | I-2 | 210000 |
| 16179970 | 240272735 | GR5: 3YRHARD | I-2 | 173600 |
| 16179022 | 240269308 | GR4: NON3YRHARD | I-1 | 272581.88 |
| 16178295 | 240266137 | GR3: 5 YR Non-Conf | II-3 | 479900 |
| 16178575 | 240267165 | GR2: 5 YR Conf | II-2 | 132000 |
| 16178666 | 240266453 | GR2: 5 YR Conf | II-2 | 258700 |
| 16180116 | 240258332 | GR4: NON3YRHARD | I-1 | 683069.43 |
| 16178601 | 240267182 | GR3: 5 YR Non-Conf | II-3 | 429592 |
| 16178251 | 240266107 | GR2: 5 YR Conf | II-2 | 192692.62 |
| 16179783 | 240272799 | GR5: 3YRHARD | I-2 | 632787.42 |
| 16179849 | 240272563 | GR5: 3YRHARD | I-2 | 253955.83 |
| 16179898 | 240272634 | GR5: 3YRHARD | I-2 | 255458.78 |
| 16179194 | 240267824 | GR4: NON3YRHARD | I-1 | 104720.36 |
| 16180603 | 240278416 | GR2: 5 YR Conf | II-2 | 154400 |
| 16179452 | 240272332 | GR5: 3YRHARD | I-2 | 115787.33 |
| 16180627 | 240266048 | GR2: 5 YR Conf | II-2 | 105598.1 |
| 16179396 | 240272452 | GR5: 3YRHARD | I-2 | 200648.62 |
| 16178936 | 240268669 | GR4: NON3YRHARD | I-1 | 402784.45 |
| 16178954 | 240268733 | GR4: NON3YRHARD | I-1 | 462744.89 |
| 16178913 | 240268594 | GR4: NON3YRHARD | I-1 | 528654.6 |
| 16179672 | 240272097 | GR5: 3YRHARD | I-2 | 192582.35 |
| 16180110 | 240258367 | GR5: 3YRHARD | I-2 | 303900 |
| 16178291 | 240266923 | GR2: 5 YR Conf | II-2 | 218160 |
| 16179264 | 240290562 | GR4: NON3YRHARD | I-1 | 470460.02 |
| 16178220 | 240266071 | GR2: 5 YR Conf | II-2 | 180000 |
| 16180018 | 240272717 | GR5: 3YRHARD | I-2 | 256150.75 |
| 16179784 | 240272802 | GR5: 3YRHARD | I-2 | 472000 |
| 16179108 | 240290617 | GR4: NON3YRHARD | I-1 | 206579.89 |
| 16179453 | 240272456 | GR5: 3YRHARD | I-2 | 910294.74 |
| 16180259 | 240278062 | GR2: 5 YR Conf | II-2 | 399950 |
| 16179673 | 240272098 | GR5: 3YRHARD | I-2 | 133500 |
| 16178689 | 240267263 | GR2: 5 YR Conf | II-2 | 188000 |
| 16178822 | 240266587 | GR2: 5 YR Conf | II-2 | 96000 |
| 16179265 | 240290691 | GR4: NON3YRHARD | I-1 | 491433.24 |
| 16179217 | 240290721 | GR4: NON3YRHARD | I-1 | 553677.4 |
| 16179243 | 240290729 | GR4: NON3YRHARD | I-1 | 575181.96 |
| 16179201 | 240268285 | GR4: NON3YRHARD | I-1 | 129109.41 |
| 16179850 | 240272592 | GR5: 3YRHARD | I-2 | 225647.7 |
| 16179899 | 240272572 | GR5: 3YRHARD | I-2 | 259380.4 |
| 16179454 | 240272347 | GR5: 3YRHARD | I-2 | 159785.43 |
| 16180260 | 240278063 | GR2: 5 YR Conf | II-2 | 291200 |
| 16179149 | 240290635 | GR4: NON3YRHARD | I-1 | 301359.67 |

| | | | | |
|---|---|---|---|---|
| 16179033 | 240269404 | GR4: NON3YRHARD | I-1 | 343706.14 |
| 16179564 | 240272368 | GR5: 3YRHARD | I-2 | 273934.83 |
| 16178550 | 240267147 | GR2: 5 YR Conf | II-2 | 492000 |
| 16178937 | 240268671 | GR4: NON3YRHARD | I-1 | 406857.08 |
| 16179790 | 240272803 | GR5: 3YRHARD | I-2 | 519200 |
| 16180190 | 240278947 | GR4: NON3YRHARD | I-1 | 279332.73 |
| 16178581 | 240267168 | GR3: 5 YR Non-Conf | II-3 | 495000 |
| 16178568 | 240267160 | GR2: 5 YR Conf | II-2 | 296000 |
| 16179132 | 240290734 | GR4: NON3YRHARD | I-1 | 506789.4 |
| 16179918 | 240272656 | GR5: 3YRHARD | I-2 | 324000 |
| 16178221 | 240266072 | GR2: 5 YR Conf | II-2 | 322432.03 |
| 16179244 | 240290652 | GR4: NON3YRHARD | I-1 | 499408.72 |
| 16179017 | 240269275 | GR4: NON3YRHARD | I-1 | 489825.57 |
| 16179109 | 240290802 | GR4: NON3YRHARD | I-1 | 710235.68 |
| 16178364 | 240266195 | GR3: 5 YR Non-Conf | II-3 | 480000 |
| 16179351 | 240272813 | GR5: 3YRHARD | I-2 | 731253.21 |
| 16179398 | 240272309 | GR5: 3YRHARD | I-2 | 137231.07 |
| 16180261 | 240278064 | GR2: 5 YR Conf | II-2 | 162400 |
| 16179052 | 240269554 | GR4: NON3YRHARD | I-1 | 472118.27 |
| 16179565 | 240272379 | GR5: 3YRHARD | I-1 | 277350.85 |
| 16178938 | 240268672 | GR4: NON3YRHARD | I-1 | 349082.24 |
| 16178339 | 240266171 | GR2: 5 YR Conf | II-2 | 268916.61 |
| 16180105 | 240258273 | GR4: NON3YRHARD | I-1 | 250000 |
| 16180088 | 240258266 | GR5: 3YRHARD | I-2 | 208000 |
| 16178281 | 240266915 | GR2: 5 YR Conf | II-2 | 412000 |
| 16179919 | 240272657 | GR5: 3YRHARD | I-2 | 232000 |
| 16178192 | 240266854 | GR2: 5 YR Conf | II-2 | 378750 |
| 16179018 | 240269276 | GR4: NON3YRHARD | I-1 | 468117.27 |
| 16179851 | 240272564 | GR5: 3YRHARD | I-2 | 167758.07 |
| 16179456 | 240272313 | GR5: 3YRHARD | I-2 | 425336.07 |
| 16178773 | 240267335 | GR2: 5 YR Conf | I-2 | 259764.95 |
| 16178640 | 240267218 | GR2: 5 YR Conf | II-2 | 174200 |
| 16178688 | 240267262 | GR2: 5 YR Conf | II-2 | 176000 |
| 16179294 | 240290645 | GR4: NON3YRHARD | I-1 | 500745.11 |
| 16179235 | 240290801 | GR4: NON3YRHARD | I-1 | 647951.95 |
| 16180220 | 240278023 | GR2: 5 YR Conf | II-2 | 211896.84 |
| 16179250 | 240290660 | GR4: NON3YRHARD | I-1 | 533488.57 |
| 16179207 | 240268382 | GR4: NON3YRHARD | I-1 | 77397.52 |
| 16180070 | 240258284 | GR4: NON3YRHARD | I-1 | 303300 |
| 16179478 | 240272462 | GR5: 3YRHARD | I-2 | 304465.49 |
| 16179370 | 240272484 | GR5: 3YRHARD | I-2 | 471176.68 |
| 16179526 | 240272213 | GR5: 3YRHARD | I-2 | 150032.99 |
| 16180452 | 240278260 | GR2: 5 YR Conf | II-2 | 240000 |
| 16180289 | 240278092 | GR2: 5 YR Conf | II-2 | 198225.99 |
| 16180358 | 240278163 | GR2: 5 YR Conf | II-2 | 246740 |
| 16179163 | 240268057 | GR4: NON3YRHARD | I-1 | 283509.78 |
| 16179036 | 240269428 | GR4: NON3YRHARD | I-1 | 123247.08 |
| 16179586 | 240272374 | GR5: 3YRHARD | I-2 | 147693.29 |
| 16178784 | 240267346 | GR2: 5 YR Conf | II-2 | 173000 |
| 16178485 | 240267097 | GR2: 5 YR Conf | I-2 | 190490 |
| 16179654 | 240272164 | GR5: 3YRHARD | I-2 | 203654.17 |
| 16180036 | 240258305 | GR5: 3YRHARD | I-2 | 415084.29 |
| 16180163 | 240258399 | GR5: 3YRHARD | I-2 | 512000 |
| 16179273 | 240290711 | GR4: NON3YRHARD | I-1 | 674997.23 |
| 16180221 | 240278024 | GR3: 5 YR Non-Conf | II-3 | 599137.62 |
| 16178387 | 240267003 | GR2: 5 YR Conf | II-2 | 348000 |
| 16178359 | 240266980 | GR2: 5 YR Conf | II-2 | 439100.6 |
| 16178897 | 240267658 | GR4: NON3YRHARD | I-1 | 155399.14 |
| 16180077 | 240258352 | GR4: NON3YRHARD | I-1 | 153437.96 |
| 16179371 | 240272453 | GR5: 3YRHARD | I-2 | 238077.07 |
| 16180453 | 240278261 | GR2: 5 YR Conf | II-2 | 114991.14 |
| 16180290 | 240278093 | GR2: 5 YR Conf | II-2 | 236196 |
| 16179716 | 240272145 | GR5: 3YRHARD | I-2 | 211680.12 |
| 16179061 | 240269647 | GR4: NON3YRHARD | I-1 | 140047.08 |
| 16179764 | 240272139 | GR5: 3YRHARD | I-2 | 283391.04 |
| 16179143 | 240290732 | GR4: NON3YRHARD | I-1 | 548689.32 |
| 16179807 | 240272541 | GR5: 3YRHARD | I-2 | 457964.32 |
| 16178809 | 240266010 | GR1: 3 YR Hybrids | II-1 | 562500 |
| 16179024 | 240269338 | GR4: NON3YRHARD | I-1 | 578536.71 |
| 16178793 | 240267353 | GR2: 5 YR Conf | II-2 | 238840 |
| 16180139 | 240278955 | GR4: NON3YRHARD | I-1 | 455250 |
| 16179274 | 240290600 | GR4: NON3YRHARD | I-1 | 286140.06 |
| 16179295 | 240290607 | GR4: NON3YRHARD | I-1 | 348887.7 |
| 16180222 | 240278025 | GR2: 5 YR Conf | II-2 | 118400 |
| 16178842 | 240266603 | GR2: 5 YR Conf | II-2 | 371200 |
| 16178510 | 240267116 | GR2: 5 YR Conf | II-2 | 120000 |
| 16180622 | 240278435 | GR2: 5 YR Conf | I-2 | 160000 |
| 16180454 | 240278262 | GR2: 5 YR Conf | II-2 | 157840 |
| 16179166 | 240268074 | GR4: NON3YRHARD | I-1 | 301234.11 |
| 16179073 | 240269749 | GR4: NON3YRHARD | I-1 | 385530.72 |
| 16180291 | 240278094 | GR2: 5 YR Conf | II-2 | 169600 |
| 16180359 | 240278164 | GR3: 5 YR Non-Conf | II-3 | 650000 |
| 16178448 | 240267061 | GR3: 5 YR Non-Conf | II-3 | 500000 |
| 16180065 | 240278957 | GR2: 5 YR Conf | I-2 | 520000 |
| 16179808 | 240272542 | GR5: 3YRHARD | I-2 | 641541.51 |
| 16179587 | 240272370 | GR5: 3YRHARD | I-2 | 130089.25 |
| 16178638 | 240267215 | GR2: 5 YR Conf | II-2 | 89585.24 |
| 16179702 | 240272166 | GR5: 3YRHARD | I-2 | 227456.66 |
| 16179655 | 240272167 | GR5: 3YRHARD | I-2 | 113236.65 |
| 16179025 | 240268534 | GR4: NON3YRHARD | I-1 | 117877.95 |
| 16179691 | 240272117 | GR5: 3YRHARD | I-2 | 215652.43 |
| 16178587 | 240267173 | GR2: 5 YR Conf | II-2 | 228800 |
| 16178523 | 240267126 | GR2: 5 YR Conf | II-2 | 266000 |
| 16180223 | 240278026 | GR2: 5 YR Conf | II-2 | 400000 |
| 16179372 | 240272432 | GR5: 3YRHARD | I-2 | 280765.4 |

| | | | | |
|---|---|---|---|---|
| 16180623 | 240278436 | GR2: 5 YR Conf | II-2 | 80800 |
| 16180389 | 240278195 | GR2: 5 YR Conf | II-2 | 297744.47 |
| 16180455 | 240278263 | GR3: 5 YR Non-Conf | II-3 | 636000 |
| 16179074 | 240269750 | GR4: NON3YRHARD | I-1 | 336195.51 |
| 16180292 | 240278095 | GR2: 5 YR Conf | II-2 | 126000 |
| 16180360 | 240278165 | GR2: 5 YR Conf | II-2 | 344000 |
| 16179809 | 240272543 | GR5: 3YRHARD | I-2 | 436000 |
| 16180141 | 240258384 | GR4: NON3YRHARD | I-1 | 551200 |
| 16178620 | 240267200 | GR2: 5 YR Conf | II-2 | 129850 |
| 16178699 | 240267274 | GR2: 5 YR Conf | II-2 | 135000 |
| 16178629 | 240267208 | GR3: 5 YR Non-Conf | II-3 | 498953.44 |
| 16180084 | 240258306 | GR4: NON3YRHARD | I-1 | 430970.51 |
| 16178825 | 240266590 | GR3: 5 YR Non-Conf | II-3 | 572000 |
| 16179275 | 240290776 | GR4: NON3YRHARD | I-1 | 466766.32 |
| 16180181 | 240258412 | GR4: NON3YRHARD | I-1 | 1200000 |
| 16178378 | 240266997 | GR2: 5 YR Conf | II-2 | 383935.56 |
| 16180624 | 240278437 | GR2: 5 YR Conf | II-2 | 314678.46 |
| 16180390 | 240278196 | GR3: 5 YR Non-Conf | II-3 | 264000 |
| 16179184 | 240269893 | GR4: NON3YRHARD | I-1 | 336099.37 |
| 16180456 | 240278264 | GR2: 5 YR Conf | II-2 | 195000 |
| 16180293 | 240278096 | GR2: 5 YR Conf | II-2 | 109600 |
| 16179825 | 240272533 | GR5: 3YRHARD | I-2 | 316000 |
| 16180361 | 240278166 | GR3: 5 YR Non-Conf | II-3 | 613911.79 |
| 16178449 | 240267062 | GR2: 5 YR Conf | II-2 | 307936.41 |
| 16179717 | 240272147 | GR5: 3YRHARD | I-2 | 386431.31 |
| 16180192 | 240278952 | GR4: NON3YRHARD | I-1 | 618750 |
| 16178652 | 240266437 | GR2: 5 YR Conf | II-2 | 277600 |
| 16180156 | 240278954 | GR4: NON3YRHARD | I-1 | 350400 |
| 16178945 | 240268702 | GR4: NON3YRHARD | I-1 | 154890.97 |
| 16178639 | 240267216 | GR2: 5 YR Conf | II-2 | 98400 |
| 16178778 | 240267340 | GR2: 5 YR Conf | II-2 | 182000 |
| 16178304 | 240247652 | GR2: 5 YR Conf | II-2 | 133000 |
| 16178325 | 240266948 | GR2: 5 YR Conf | II-2 | 179997.04 |
| 16179775 | 240272795 | GR5: 3YRHARD | I-2 | 496948.16 |
| 16179236 | 240290611 | GR4: NON3YRHARD | I-1 | 466512.7 |
| 16178551 | 240267148 | GR2: 5 YR Conf | II-2 | 149600 |
| 16180556 | 240278367 | GR2: 5 YR Conf | II-2 | 162904.12 |
| 16180625 | 240278438 | GR2: 5 YR Conf | II-2 | 163119.73 |
| 16180391 | 240278197 | GR2: 5 YR Conf | II-2 | 332100 |
| 16179185 | 240268235 | GR4: NON3YRHARD | I-1 | 401427.45 |
| 16180457 | 240278265 | GR2: 5 YR Conf | II-2 | 180800 |
| 16179082 | 240269823 | GR4: NON3YRHARD | I-1 | 333254.13 |
| 16180294 | 240278097 | GR2: 5 YR Conf | II-2 | 417000 |
| 16179826 | 240272534 | GR5: 3YRHARD | I-2 | 673516.66 |
| 16179718 | 240272149 | GR5: 3YRHARD | I-2 | 208948.84 |
| 16179037 | 240269432 | GR4: NON3YRHARD | I-1 | 104039.73 |
| 16180151 | 240258272 | GR4: NON3YRHARD | I-1 | 236000 |
| 16178693 | 240267268 | GR2: 5 YR Conf | II-2 | 134550 |
| 16178865 | 240266616 | GR2: 5 YR Conf | II-2 | 156000 |
| 16179276 | 240290728 | GR4: NON3YRHARD | I-1 | 439678.64 |
| 16179499 | 240272500 | GR5: 3YRHARD | I-2 | 259878.31 |
| 16178512 | 240266329 | GR2: 5 YR Conf | II-2 | 228000 |
| 16178228 | 240266083 | GR2: 5 YR Conf | II-2 | 360000 |
| 16180557 | 240278368 | GR2: 5 YR Conf | II-2 | 181348 |
| 16180392 | 240278198 | GR2: 5 YR Conf | II-2 | 250000 |
| 16180458 | 240278266 | GR2: 5 YR Conf | II-2 | 237000 |
| 16180172 | 240258293 | GR4: NON3YRHARD | I-1 | 369108.33 |
| 16180295 | 240278098 | GR2: 5 YR Conf | II-2 | 99794.3 |
| 16178407 | 240267019 | GR2: 5 YR Conf | II-2 | 163920 |
| 16180157 | 240258395 | GR4: NON3YRHARD | I-1 | 407027.71 |
| 16179062 | 240269652 | GR4: NON3YRHARD | I-1 | 373715.99 |
| 16178708 | 240267280 | GR2: 5 YR Conf | II-2 | 388000 |
| 16178338 | 240266959 | GR2: 5 YR Conf | II-2 | 359650 |
| 16178525 | 240267128 | GR3: 5 YR Non-Conf | II-3 | 488091.78 |
| 16178181 | 240247742 | GR2: 5 YR Conf | II-2 | 176200 |
| 16179303 | 240290535 | GR4: NON3YRHARD | I-1 | 446496.51 |
| 16178391 | 240267006 | GR2: 5 YR Conf | II-2 | 372000 |
| 16179277 | 240290615 | GR4: NON3YRHARD | I-1 | 463522.23 |
| 16179500 | 240272501 | GR5: 3YRHARD | I-2 | 267718.6 |
| 16179648 | 240272791 | GR5: 3YRHARD | I-2 | 280084 |
| 16180074 | 240258255 | GR4: NON3YRHARD | I-1 | 132979.56 |
| 16180558 | 240278369 | GR2: 5 YR Conf | II-2 | 198400 |
| 16180327 | 240278130 | GR3: 5 YR Non-Conf | II-3 | 1000000 |
| 16180586 | 240278399 | GR2: 5 YR Conf | II-2 | 319589.7 |
| 16179932 | 240272683 | GR5: 3YRHARD | I-2 | 215574.24 |
| 16179985 | 240272728 | GR5: 3YRHARD | I-2 | 264000 |
| 16178959 | 240268752 | GR4: NON3YRHARD | I-1 | 172486.95 |
| 16180326 | 240278129 | GR2: 5 YR Conf | II-2 | 231200 |
| 16179646 | 240272808 | GR5: 3YRHARD | I-2 | 236298.56 |
| 16179148 | 240290546 | GR4: NON3YRHARD | I-1 | 343875.24 |
| 16179162 | 240290668 | GR4: NON3YRHARD | I-1 | 535507.37 |
| 16179740 | 240272120 | GR5: 3YRHARD | I-2 | 307248.96 |
| 16178713 | 240266495 | GR2: 5 YR Conf | II-2 | 183200 |
| 16178645 | 240267221 | GR2: 5 YR Conf | II-2 | 285600 |
| 16178548 | 240267145 | GR2: 5 YR Conf | II-2 | 119782.45 |
| 16178243 | 240266099 | GR2: 5 YR Conf | II-2 | 351953.24 |
| 16180518 | 240278327 | GR2: 5 YR Conf | II-2 | 281250 |
| 16179121 | 240290720 | GR4: NON3YRHARD | I-1 | 372755.02 |
| 16180587 | 240278400 | GR2: 5 YR Conf | II-2 | 224451.1 |
| 16179933 | 240272685 | GR5: 3YRHARD | I-2 | 409304.96 |
| 16180186 | 240258414 | GR5: 3YRHARD | I-2 | 399900 |
| 16179986 | 240272701 | GR5: 3YRHARD | I-2 | 319323.49 |
| 16180420 | 240278228 | GR2: 5 YR Conf | II-2 | 354900.95 |
| 16178733 | 240267300 | GR2: 5 YR Conf | II-2 | 87668.72 |
| 16180487 | 240278296 | GR2: 5 YR Conf | II-2 | 121589.49 |

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 125 of 279

Page 124 of 835

| | | | | |
|---|---|---|---|---|
| 16179067 | 240269713 | GR4: NON3YRHARD | I-1 | 256664.4 |
| 16179170 | 240268104 | GR4: NON3YRHARD | I-1 | 338891.36 |
| 16178416 | 240267028 | GR2: 5 YR Conf | II-2 | 168000 |
| 16180067 | 240258253 | GR4: NON3YRHARD | I-1 | 94591.32 |
| 16179057 | 240269613 | GR4: NON3YRHARD | I-1 | 331855.07 |
| 16178200 | 240265859 | GR1: 3 YR Hybrids | II-1 | 348000 |
| 16178201 | 240265860 | GR1: 3 YR Hybrids | II-1 | 316000 |
| 16178202 | 240265861 | GR1: 3 YR Hybrids | II-1 | 248000 |
| 16178203 | 240265862 | GR1: 3 YR Hybrids | II-1 | 242000 |
| 16178204 | 240265863 | GR1: 3 YR Hybrids | II-1 | 558400 |
| 16178205 | 240265864 | GR1: 3 YR Hybrids | II-1 | 241800 |
| 16178206 | 240265865 | GR1: 3 YR Hybrids | II-1 | 359999.94 |
| 16178207 | 240265866 | GR1: 3 YR Hybrids | II-1 | 428000 |
| 16178208 | 240265867 | GR1: 3 YR Hybrids | II-1 | 485000 |
| 16178209 | 240265868 | GR1: 3 YR Hybrids | II-1 | 139200 |
| 16178841 | 240266602 | GR3: 5 YR Non-Conf | II-3 | 572000 |
| 16178762 | 240266535 | GR2: 5 YR Conf | II-2 | 82388.81 |
| 16178843 | 240266026 | GR1: 3 YR Hybrids | II-1 | 247000 |
| 16178763 | 240267325 | GR2: 5 YR Conf | II-2 | 68800 |
| 16178845 | 240266605 | GR3: 5 YR Non-Conf | II-3 | 506400 |
| 16178846 | 240266027 | GR1: 3 YR Hybrids | II-1 | 231200 |
| 16178684 | 240265981 | GR1: 3 YR Hybrids | II-1 | 206910 |
| 16178847 | 240266028 | GR1: 3 YR Hybrids | II-1 | 202400 |
| 16178685 | 240265982 | GR1: 3 YR Hybrids | II-1 | 160000 |
| 16178686 | 240265983 | GR1: 3 YR Hybrids | II-1 | 83931.15 |
| 16178848 | 240266606 | GR2: 5 YR Conf | II-2 | 99925.79 |
| 16178849 | 240266029 | GR1: 3 YR Hybrids | II-1 | 455992 |
| 16178687 | 240267261 | GR2: 5 YR Conf | II-2 | 270400 |
| 16178210 | 240265869 | GR1: 3 YR Hybrids | II-1 | 166400 |
| 16178211 | 240265870 | GR1: 3 YR Hybrids | II-1 | 172000 |
| 16178212 | 240265871 | GR1: 3 YR Hybrids | II-1 | 525000 |
| 16178213 | 240265872 | GR1: 3 YR Hybrids | II-1 | 168000 |
| 16178214 | 240265873 | GR1: 3 YR Hybrids | II-1 | 315600 |
| 16178215 | 240265874 | GR1: 3 YR Hybrids | II-1 | 283934.95 |
| 16178850 | 240266030 | GR1: 3 YR Hybrids | II-1 | 365600 |
| 16178852 | 240266031 | GR1: 3 YR Hybrids | II-1 | 143150 |
| 16178853 | 240266608 | GR2: 5 YR Conf | II-2 | 147208 |
| 16178772 | 240266545 | GR2: 5 YR Conf | II-2 | 76743 |
| 16178854 | 240266032 | GR1: 3 YR Hybrids | II-1 | 127807.14 |
| 16178692 | 240266478 | GR2: 5 YR Conf | II-2 | 76743 |
| 16178774 | 240266001 | GR1: 3 YR Hybrids | II-1 | 171000 |
| 16178857 | 240266033 | GR1: 3 YR Hybrids | II-1 | 67068.51 |
| 16178858 | 240266034 | GR1: 3 YR Hybrids | II-1 | 256500 |
| 16178859 | 240266035 | GR1: 3 YR Hybrids | II-1 | 58400 |
| 16178697 | 240265984 | GR1: 3 YR Hybrids | II-1 | 112000 |
| 16178779 | 240266002 | GR1: 3 YR Hybrids | II-1 | 669333.01 |
| 16178301 | 240247250 | GR1: 3 YR Hybrids | II-1 | 175950 |
| 16178303 | 240266143 | GR2: 5 YR Conf | II-2 | 118932.96 |
| 16178305 | 240265893 | GR1: 3 YR Hybrids | II-1 | 311450.05 |
| 16178307 | 240247258 | GR1: 3 YR Hybrids | II-1 | 184000 |
| 16179831 | 240272761 | GR5: 3YRHARD | I-2 | 112033 |
| 16178860 | 240266036 | GR1: 3 YR Hybrids | II-1 | 294862 |
| 16178863 | 240266614 | GR2: 5 YR Conf | II-2 | 183200 |
| 16178866 | 240266617 | GR2: 5 YR Conf | II-2 | 200000 |
| 16178786 | 240266003 | GR1: 3 YR Hybrids | II-1 | 124800 |
| 16178868 | 240266037 | GR1: 3 YR Hybrids | II-1 | 388000 |
| 16178787 | 240266004 | GR1: 3 YR Hybrids | II-1 | 105600 |
| 16178869 | 240266038 | GR1: 3 YR Hybrids | II-1 | 59482.7 |
| 16178311 | 240247366 | GR1: 3 YR Hybrids | II-1 | 399999.33 |
| 16180194 | 240277997 | GR1: 3 YR Hybrids | II-1 | 980000 |
| 16180195 | 240277998 | GR1: 3 YR Hybrids | II-1 | 263572.3 |
| 16180196 | 240277999 | GR1: 3 YR Hybrids | II-1 | 83874.91 |
| 16180197 | 240278000 | GR1: 3 YR Hybrids | II-1 | 260000 |
| 16178317 | 240265896 | GR1: 3 YR Hybrids | II-1 | 384408.57 |
| 16180198 | 240278001 | GR1: 3 YR Hybrids | II-1 | 185200 |
| 16180199 | 240278002 | GR1: 3 YR Hybrids | II-1 | 122399.16 |
| 16179921 | 240272666 | GR5: 3YRHARD | I-2 | 131400 |
| 16178319 | 240266944 | GR2: 5 YR Conf | II-2 | 169698.28 |
| 16178870 | 240266039 | GR1: 3 YR Hybrids | II-1 | 255200 |
| 16178790 | 240266005 | GR1: 3 YR Hybrids | II-1 | 132000 |
| 16178872 | 240266040 | GR1: 3 YR Hybrids | II-1 | 112800 |
| 16178873 | 240266041 | GR1: 3 YR Hybrids | II-1 | 97600 |
| 16178792 | 240267352 | GR2: 5 YR Conf | II-2 | 82500 |
| 16178874 | 240266042 | GR1: 3 YR Hybrids | II-1 | 572000 |
| 16178794 | 240267354 | GR2: 5 YR Conf | II-2 | 375000 |
| 16178875 | 240266043 | GR1: 3 YR Hybrids | II-1 | 92000 |
| 16178876 | 240266044 | GR1: 3 YR Hybrids | II-1 | 275768.13 |
| 16178795 | 240266006 | GR1: 3 YR Hybrids | II-1 | 372000 |
| 16178877 | 240266620 | GR2: 5 YR Conf | II-2 | 200250 |
| 16178322 | 240247285 | GR1: 3 YR Hybrids | II-1 | 209639.93 |
| 16178880 | 240266625 | GR2: 5 YR Conf | II-2 | 201726.39 |
| 16179771 | 240272763 | GR5: 3YRHARD | I-2 | 434162.89 |
| 16178882 | 240266046 | GR1: 3 YR Hybrids | II-1 | 188000 |
| 16178883 | 240266627 | GR2: 5 YR Conf | II-2 | 400000 |
| 16179778 | 240272764 | GR5: 3YRHARD | I-2 | 344000 |
| 16178170 | 240247322 | GR1: 3 YR Hybrids | II-1 | 272350 |
| 16178173 | 240265843 | GR1: 3 YR Hybrids | II-1 | 245000 |
| 16178336 | 240265903 | GR1: 3 YR Hybrids | II-1 | 228000 |
| 16178174 | 240247342 | GR1: 3 YR Hybrids | II-1 | 320000 |
| 16178177 | 240247245 | GR1: 3 YR Hybrids | II-1 | 171920 |
| 16178259 | 240247215 | GR1: 3 YR Hybrids | II-1 | 136000 |
| 16178178 | 240247296 | GR1: 3 YR Hybrids | II-1 | 228000 |
| 16178179 | 240265847 | GR1: 3 YR Hybrids | II-1 | 118400 |
| 16179785 | 240272776 | GR5: 3YRHARD | I-2 | 315137.4 |
| 16179787 | 240272777 | GR5: 3YRHARD | I-2 | 361800 |

| | | | | |
|---|---|---|---|---|
| 16178502 | 240265931 | GR1: 3 YR Hybrids | II-1 | 404000 |
| 16180626 | 240265841 | GR1: 3 YR Hybrids | II-1 | 247889.44 |
| 16178503 | 240267111 | GR2: 5 YR Conf | II-2 | 83795.29 |
| 16178180 | 240247223 | GR1: 3 YR Hybrids | II-1 | 144500 |
| 16178504 | 240265932 | GR1: 3 YR Hybrids | II-1 | 159920 |
| 16178263 | 240247257 | GR1: 3 YR Hybrids | II-1 | 183200 |
| 16178506 | 240265933 | GR1: 3 YR Hybrids | II-1 | 320000 |
| 16178184 | 240266848 | GR2: 5 YR Conf | II-2 | 194400 |
| 16178508 | 240265934 | GR1: 3 YR Hybrids | II-1 | 335925.7 |
| 16178186 | 240265849 | GR1: 3 YR Hybrids | II-1 | 75990 |
| 16178267 | 240247302 | GR1: 3 YR Hybrids | II-1 | 231046.88 |
| 16180385 | 240278191 | GR2: 5 YR Conf | II-2 | 246600 |
| 16180449 | 240278257 | GR2: 5 YR Conf | II-2 | 230400 |
| 16179601 | 240272396 | GR5: 3YRHARD | I-2 | 302912.45 |
| 16180286 | 240278089 | GR2: 5 YR Conf | II-2 | 271494.8 |
| 16178355 | 240266188 | GR2: 5 YR Conf | II-2 | 147624.86 |
| 16179713 | 240272142 | GR5: 3YRHARD | I-2 | 142098.95 |
| 16180054 | 240258301 | GR5: 3YRHARD | I-2 | 403110.71 |
| 16179761 | 240272133 | GR5: 3YRHARD | I-2 | 243648.63 |
| 16178775 | 240267336 | GR2: 5 YR Conf | II-2 | 348000 |
| 16178286 | 240266918 | GR3: 5 YR Non-Conf | II-3 | 573600 |
| 16179516 | 240272816 | GR5: 3YRHARD | I-2 | 336000 |
| 16179407 | 240272300 | GR5: 3YRHARD | I-2 | 161092.66 |
| 16180246 | 240278049 | GR2: 5 YR Conf | II-2 | 130400 |
| 16178481 | 240267094 | GR2: 5 YR Conf | II-2 | 295200 |
| 16178519 | 240267122 | GR2: 5 YR Conf | II-2 | 219600 |
| 16180479 | 240278288 | GR2: 5 YR Conf | II-2 | 177964.27 |
| 16178890 | 240267528 | GR4: NON3YRHARD | I-1 | 198824.68 |
| 16180549 | 240278360 | GR2: 5 YR Conf | II-2 | 313262 |
| 16180319 | 240278122 | GR2: 5 YR Conf | II-2 | 68800 |
| 16179089 | 240269848 | GR4: NON3YRHARD | I-1 | 470519.95 |
| 16180450 | 240278258 | GR2: 5 YR Conf | II-2 | 198798.73 |
| 16179165 | 240268071 | GR4: NON3YRHARD | I-1 | 155379.13 |
| 16180058 | 240258349 | GR4: NON3YRHARD | I-1 | 436000 |
| 16178405 | 240267017 | GR2: 5 YR Conf | II-2 | 228788.46 |
| 16178314 | 240266152 | GR2: 5 YR Conf | II-2 | 100630.15 |
| 16179714 | 240272143 | GR5: 3YRHARD | I-2 | 74821.27 |
| 16178783 | 240267345 | GR3: 5 YR Non-Conf | II-3 | 592000 |
| 16178524 | 240267127 | GR3: 5 YR Non-Conf | II-3 | 630000 |
| 16180247 | 240278050 | GR2: 5 YR Conf | II-2 | 140760 |
| 16179390 | 240272487 | GR5: 3YRHARD | I-2 | 152275.2 |
| 16179982 | 240272698 | GR5: 3YRHARD | I-2 | 216600 |
| 16180480 | 240278289 | GR2: 5 YR Conf | II-2 | 396000 |
| 16180550 | 240278361 | GR2: 5 YR Conf | II-2 | 427500 |
| 16180320 | 240278123 | GR3: 5 YR Non-Conf | II-3 | 504000 |
| 16179415 | 240272314 | GR5: 3YRHARD | I-2 | 146051.11 |
| 16179738 | 240272243 | GR5: 3YRHARD | I-2 | 97630.25 |
| 16180451 | 240278259 | GR2: 5 YR Conf | II-2 | 344719.96 |
| 16180144 | 240258387 | GR4: NON3YRHARD | I-1 | 384000 |
| 16179602 | 240272383 | GR5: 3YRHARD | I-2 | 177344.25 |
| 16179146 | 240290591 | GR4: NON3YRHARD | I-1 | 106662.87 |
| 16178428 | 240267040 | GR2: 5 YR Conf | II-2 | 276792 |
| 16178644 | 240267220 | GR2: 5 YR Conf | II-2 | 157500 |
| 16178401 | 240267013 | GR2: 5 YR Conf | II-2 | 251000 |
| 16178691 | 240267266 | GR3: 5 YR Non-Conf | II-3 | 524000 |
| 16179301 | 240290654 | GR4: NON3YRHARD | I-1 | 447373.71 |
| 16180248 | 240278051 | GR2: 5 YR Conf | II-2 | 124999.99 |
| 16179254 | 240290679 | GR4: NON3YRHARD | I-1 | 449464.01 |
| 16179391 | 240272411 | GR5: 3YRHARD | I-2 | 121882.85 |
| 16179983 | 240272751 | GR5: 3YRHARD | I-2 | 297350 |
| 16178225 | 240266079 | GR2: 5 YR Conf | II-2 | 263555.15 |
| 16178562 | 240267156 | GR2: 5 YR Conf | II-2 | 101500 |
| 16180481 | 240278290 | GR2: 5 YR Conf | II-2 | 204800 |
| 16178489 | 240266310 | GR3: 5 YR Non-Conf | II-3 | 523992 |
| 16180551 | 240278362 | GR2: 5 YR Conf | II-2 | 247999.91 |
| 16180321 | 240278124 | GR2: 5 YR Conf | II-2 | 140000 |
| 16179779 | 240272773 | GR5: 3YRHARD | I-2 | 227833.31 |
| 16179009 | 240269194 | GR4: NON3YRHARD | I-1 | 460455.67 |
| 16180386 | 240278192 | GR2: 5 YR Conf | II-2 | 183533.59 |
| 16178785 | 240267347 | GR2: 5 YR Conf | II-2 | 155200 |
| 16179048 | 240269517 | GR4: NON3YRHARD | I-1 | 460175.76 |
| 16179715 | 240272144 | GR5: 3YRHARD | I-2 | 154073.58 |
| 16180138 | 240258382 | GR5: 3YRHARD | I-2 | 196300 |
| 16178390 | 240267005 | GR2: 5 YR Conf | II-2 | 359523.84 |
| 16179984 | 240272752 | GR5: 3YRHARD | I-2 | 159000 |
| 16180416 | 240278224 | GR2: 5 YR Conf | II-2 | 352000 |
| 16180482 | 240278291 | GR2: 5 YR Conf | II-2 | 187951.78 |
| 16180552 | 240278363 | GR2: 5 YR Conf | II-2 | 364000 |
| 16180322 | 240278125 | GR2: 5 YR Conf | II-2 | 140000 |
| 16179416 | 240272328 | GR5: 3YRHARD | I-2 | 252429.31 |
| 16179090 | 240269850 | GR4: NON3YRHARD | I-1 | 201782.68 |
| 16178976 | 240268909 | GR4: NON3YRHARD | I-1 | 96358.34 |
| 16180387 | 240278193 | GR2: 5 YR Conf | II-2 | 279999.99 |
| 16179183 | 240268232 | GR4: NON3YRHARD | I-1 | 403080.22 |
| 16180052 | 240258326 | GR5: 3YRHARD | I-2 | 618000 |
| 16180178 | 240258409 | GR4: NON3YRHARD | I-1 | 375000 |
| 16179739 | 240272244 | GR5: 3YRHARD | I-2 | 179261.33 |
| 16178992 | 240269039 | GR4: NON3YRHARD | I-1 | 256605.07 |
| 16179072 | 240269748 | GR4: NON3YRHARD | I-1 | 231031.43 |
| 16178429 | 240267041 | GR2: 5 YR Conf | II-2 | 300000 |
| 16178226 | 240266080 | GR3: 5 YR Non-Conf | II-3 | 660000 |
| 16179202 | 240268304 | GR4: NON3YRHARD | I-1 | 404293.02 |
| 16180417 | 240278225 | GR2: 5 YR Conf | II-2 | 91040 |
| 16180483 | 240278292 | GR2: 5 YR Conf | II-2 | 300000 |
| 16178473 | 240267087 | GR3: 5 YR Non-Conf | II-3 | 559900 |

Unassociated Document
12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 127 of 279

Page 126 of 835

| | | | | |
|---|---|---|---|---|
| 16180553 | 240278364 | GR2: 5 YR Conf | II-2 | 260000 |
| 16180323 | 240278126 | GR2: 5 YR Conf | II-2 | 149600 |
| 16180388 | 240278194 | GR2: 5 YR Conf | II-2 | 270000 |
| 16179830 | 240272806 | GR5: 3YRHARD | | 247041 |
| 16178297 | 240266138 | GR2: 5 YR Conf | II-2 | 113498.82 |
| 16178505 | 240267112 | GR2: 5 YR Conf | II-2 | 300000 |
| 16178483 | 240267096 | GR2: 5 YR Conf | II-2 | 130500 |
| 16179306 | 240226645 | GR5: 3YRHARD | I-2 | 142659.68 |
| 16180079 | 240258279 | GR5: 3YRHARD | I-2 | 278984.54 |
| 16180584 | 240278397 | GR2: 5 YR Conf | II-2 | 199948.96 |
| 16180418 | 240278226 | GR2: 5 YR Conf | II-2 | 417000 |
| 16180484 | 240278293 | GR2: 5 YR Conf | II-2 | 195627.07 |
| 16180554 | 240278365 | GR3: 5 YR Non-Conf | II-3 | 613591.99 |
| 16180324 | 240278127 | GR2: 5 YR Conf | II-2 | 156000 |
| 16179417 | 240272311 | GR5: 3YRHARD | I-2 | 293676.6 |
| 16179091 | 240269852 | GR4: NON3YRHARD | I-1 | 561230.37 |
| 16178437 | 240267049 | GR2: 5 YR Conf | II-2 | 105500 |
| 16180169 | 240258404 | GR4: NON3YRHARD | I-1 | 600000 |
| 16179619 | 240272824 | GR5: 3YRHARD | I-2 | 288000 |
| 16179960 | 240272718 | GR5: 3YRHARD | I-2 | 276000 |
| 16178541 | 240267138 | GR3: 5 YR Non-Conf | II-3 | 427900 |
| 16178265 | 240266908 | GR2: 5 YR Conf | II-2 | 180000 |
| 16178462 | 240267078 | GR2: 5 YR Conf | II-2 | 176800 |
| 16179196 | 240267871 | GR4: NON3YRHARD | I-1 | 405169.79 |
| 16180585 | 240278398 | GR2: 5 YR Conf | II-2 | 416000 |
| 16179931 | 240272682 | GR5: 3YRHARD | I-2 | 287200 |
| 16178227 | 240266081 | GR3: 5 YR Non-Conf | II-3 | 500000 |
| 16178511 | 240267117 | GR2: 5 YR Conf | II-2 | 144687.23 |
| 16180419 | 240278227 | GR3: 5 YR Non-Conf | II-3 | 675000 |
| 16180485 | 240278294 | GR2: 5 YR Conf | II-2 | 152509.27 |
| 16180555 | 240278366 | GR2: 5 YR Conf | II-2 | 341850 |
| 16180325 | 240278128 | GR2: 5 YR Conf | II-2 | 153397.88 |
| 16179418 | 240272434 | GR5: 3YRHARD | I-2 | 179705.63 |
| 16178717 | 240267288 | GR2: 5 YR Conf | II-2 | 169850.01 |
| 16179177 | 240268166 | GR4: NON3YRHARD | I-1 | 370918.98 |
| 16179092 | 240269853 | GR4: NON3YRHARD | I-1 | 283107.32 |
| 16179161 | 240290780 | GR4: NON3YRHARD | I-1 | 197530.86 |
| 16178729 | 240267297 | GR2: 5 YR Conf | II-2 | 90867.76 |
| 16178406 | 240267018 | GR2: 5 YR Conf | II-2 | 339027.12 |
| 16178716 | 240267287 | GR2: 5 YR Conf | II-2 | 228000 |
| 16180047 | 240258296 | GR4: NON3YRHARD | I-1 | 375172.34 |
| 16179348 | 240272272 | GR5: 3YRHARD | I-2 | 97991 |
| 16179531 | 240272352 | GR5: 3YRHARD | I-2 | 291294.32 |
| 16178189 | 240266062 | GR2: 5 YR Conf | II-2 | 344337.26 |
| 16180099 | 240258288 | GR4: NON3YRHARD | I-1 | 340098.91 |
| 16179884 | 240272581 | GR5: 3YRHARD | I-2 | 173232.99 |
| 16179684 | 240272109 | GR5: 3YRHARD | I-2 | 266513.96 |
| 16180152 | 240258391 | GR5: 3YRHARD | I-2 | 800000 |
| 16180092 | 240258269 | GR4: NON3YRHARD | I-1 | 216000 |
| 16178829 | 240266592 | GR2: 5 YR Conf | II-2 | 122400 |
| 16178761 | 240267323 | GR2: 5 YR Conf | II-2 | 279960 |
| 16179774 | 240272798 | GR5: 3YRHARD | I-2 | 729507.38 |
| 16178961 | 240268781 | GR4: NON3YRHARD | I-1 | 265216.92 |
| 16179206 | 240268373 | GR4: NON3YRHARD | I-1 | 279665.42 |
| 16180443 | 240278251 | GR2: 5 YR Conf | II-2 | 295959.99 |
| 16178280 | 240266914 | GR2: 5 YR Conf | II-2 | 140994.18 |
| 16180281 | 240278084 | GR2: 5 YR Conf | II-2 | 287200 |
| 16180350 | 240278154 | GR2: 5 YR Conf | II-2 | 335884.7 |
| 16179757 | 240272159 | GR5: 3YRHARD | I-2 | 187230 |
| 16180241 | 240278044 | GR2: 5 YR Conf | II-2 | 104000 |
| 16179293 | 240290681 | GR4: NON3YRHARD | I-1 | 462516.18 |
| 16178468 | 240267084 | GR3: 5 YR Non-Conf | II-3 | 481099.96 |
| 16179232 | 240290606 | GR4: NON3YRHARD | I-1 | 545969.42 |
| 16180053 | 240258262 | GR4: NON3YRHARD | I-1 | 175081.77 |
| 16180061 | 240258292 | GR5: 3YRHARD | I-2 | 367253.13 |
| 16179386 | 240272186 | GR5: 3YRHARD | I-2 | 188861.14 |
| 16179367 | 240272444 | GR5: 3YRHARD | I-2 | 189543.82 |
| 16178610 | 240267190 | GR2: 5 YR Conf | II-2 | 228000 |
| 16180444 | 240278252 | GR3: 5 YR Non-Conf | II-3 | 549002.88 |
| 16179070 | 240269739 | GR4: NON3YRHARD | I-1 | 153746.73 |
| 16180282 | 240278085 | GR2: 5 YR Conf | II-2 | 139400 |
| 16180351 | 240278155 | GR2: 5 YR Conf | II-2 | 400000 |
| 16179710 | 240272138 | GR5: 3YRHARD | I-2 | 130902.19 |
| 16179758 | 240272129 | GR5: 3YRHARD | I-2 | 100833.29 |
| 16179579 | 240272393 | GR5: 3YRHARD | I-2 | 269393.65 |
| 16178944 | 240268692 | GR4: NON3YRHARD | I-1 | 440998.42 |
| 16179142 | 240290653 | GR4: NON3YRHARD | I-1 | 315992.57 |
| 16180193 | 240278949 | GR4: NON3YRHARD | I-1 | 274400 |
| 16178696 | 240267272 | GR2: 5 YR Conf | II-2 | 124700 |
| 16178712 | 240266493 | GR2: 5 YR Conf | II-2 | 195350 |
| 16178269 | 240266910 | GR2: 5 YR Conf | II-2 | 229998.5 |
| 16180242 | 240278045 | GR2: 5 YR Conf | II-2 | 207449.41 |
| 16179491 | 240272492 | GR5: 3YRHARD | I-2 | 159137.47 |
| 16180381 | 240278187 | GR2: 5 YR Conf | II-2 | 160515.47 |
| 16180445 | 240278253 | GR2: 5 YR Conf | II-2 | 244439.99 |
| 16179164 | 240268066 | GR4: NON3YRHARD | I-1 | 413270.12 |
| 16180283 | 240278086 | GR2: 5 YR Conf | II-2 | 179875.97 |
| 16178427 | 240267039 | GR2: 5 YR Conf | II-2 | 329000 |
| 16180352 | 240278156 | GR2: 5 YR Conf | II-2 | 95611.04 |
| 16179759 | 240272130 | GR5: 3YRHARD | I-2 | 100034.22 |
| 16179580 | 240272403 | GR5: 3YRHARD | I-2 | 295291.17 |
| 16178789 | 240266561 | GR2: 5 YR Conf | II-2 | 180000 |
| 16180039 | 240258347 | GR4: NON3YRHARD | I-1 | 648800 |
| 16179298 | 240290690 | GR4: NON3YRHARD | I-1 | 617481.9 |
| 16180243 | 240278046 | GR2: 5 YR Conf | II-2 | 217500 |

| | | | | |
|---|---|---|---|---|
| 16179253 | 240290630 | GR4: NON3YRHARD | I-1 | 633545.98 |
| 16179492 | 240272493 | GR5: 3YRHARD | I-2 | 267829.46 |
| 16180382 | 240278188 | GR2: 5 YR Conf | II-2 | 314243.23 |
| 16180446 | 240278254 | GR3: 5 YR Non-Conf | II-3 | 754000 |
| 16179071 | 240269741 | GR4: NON3YRHARD | I-1 | 170782.99 |
| 16180284 | 240278087 | GR2: 5 YR Conf | II-2 | 299481.94 |
| 16180353 | 240278157 | GR2: 5 YR Conf | II-2 | 202759 |
| 16180166 | 240258402 | GR5: 3YRHARD | I-2 | 552000 |
| 16178803 | 240267361 | GR3: 5 YR Non-Conf | II-3 | 860000 |
| 16179711 | 240272140 | GR5: 3YRHARD | I-2 | 435078.24 |
| 16179777 | 240272772 | GR5: 3YRHARD | I-2 | 288800 |
| 16179828 | 240272789 | GR5: 3YRHARD | I-2 | 197129.11 |
| 16180155 | 240258303 | GR5: 3YRHARD | I-2 | 407000 |
| 16180127 | 240258331 | GR4: NON3YRHARD | I-1 | 666529.59 |
| 16179581 | 240272380 | GR5: 3YRHARD | I-2 | 274940.87 |
| 16180165 | 240258268 | GR4: NON3YRHARD | I-1 | 212800 |
| 16180037 | 240258333 | GR4: NON3YRHARD | I-1 | 695216.21 |
| 16180130 | 240258270 | GR4: NON3YRHARD | I-1 | 215524.54 |
| 16179493 | 240272494 | GR5: 3YRHARD | I-2 | 200504.26 |
| 16179388 | 240272184 | GR5: 3YRHARD | I-2 | 114372.77 |
| 16178660 | 240267235 | GR2: 5 YR Conf | II-2 | 148000 |
| 16180383 | 240278189 | GR2: 5 YR Conf | II-2 | 409600 |
| 16180447 | 240278255 | GR2: 5 YR Conf | II-2 | 231096 |
| 16178991 | 240269034 | GR4: NON3YRHARD | I-1 | 549422.26 |
| 16178963 | 240268806 | GR4: NON3YRHARD | I-1 | 415465.02 |
| 16179600 | 240272397 | GR5: 3YRHARD | I-2 | 241423.3 |
| 16180285 | 240278008 | GR2: 5 YR Conf | II-2 | 349999.95 |
| 16179035 | 240269425 | GR4: NON3YRHARD | I-1 | 272829.58 |
| 16179582 | 240272399 | GR5: 3YRHARD | I-2 | 316843.14 |
| 16178597 | 240267179 | GR2: 5 YR Conf | II-2 | 187950 |
| 16180045 | 240258334 | GR5: 3YRHARD | I-2 | 696816.73 |
| 16180244 | 240278047 | GR2: 5 YR Conf | II-2 | 103200 |
| 16178320 | 240265899 | GR1: 3 YR Hybrids | II-1 | 346500 |
| 16179139 | 240290610 | GR4: NON3YRHARD | I-1 | 257407.17 |
| 16178377 | 240266207 | GR2: 5 YR Conf | II-2 | 304000 |
| 16180547 | 240278358 | GR2: 5 YR Conf | II-2 | 97520 |
| 16180317 | 240278120 | GR2: 5 YR Conf | II-2 | 71600 |
| 16178171 | 240266839 | GR2: 5 YR Conf | II-2 | 204250 |
| 16180384 | 240278190 | GR2: 5 YR Conf | II-2 | 135921.76 |
| 16180448 | 240278256 | GR2: 5 YR Conf | II-2 | 388800 |
| 16178404 | 240266227 | GR2: 5 YR Conf | II-2 | 378653.46 |
| 16179155 | 240290619 | GR4: NON3YRHARD | I-1 | 291072.02 |
| 16179712 | 240272141 | GR5: 3YRHARD | I-2 | 126209.28 |
| 16180191 | 240278948 | GR4: NON3YRHARD | I-1 | 235000 |
| 16178928 | 240268634 | GR4: NON3YRHARD | I-1 | 490976.78 |
| 16179760 | 240272132 | GR5: 3YRHARD | I-2 | 282071.01 |
| 16178833 | 240266596 | GR2: 5 YR Conf | II-2 | 115200 |
| 16179583 | 240272398 | GR5: 3YRHARD | I-2 | 155764.62 |
| 16178625 | 240266415 | GR3: 5 YR Non-Conf | II-3 | 470400 |
| 16178622 | 240267202 | GR2: 5 YR Conf | II-2 | 200000 |
| 16179299 | 240290588 | GR4: NON3YRHARD | I-1 | 259010.12 |
| 16180245 | 240278048 | GR2: 5 YR Conf | II-2 | 131200 |
| 16179484 | 240272282 | GR5: 3YRHARD | I-2 | 332417.15 |
| 16179272 | 240290646 | GR4: NON3YRHARD | I-1 | 482214.55 |
| 16179495 | 240272496 | GR5: 3YRHARD | I-2 | 301641.29 |
| 16178608 | 240267188 | GR2: 5 YR Conf | II-2 | 168000 |
| 16180548 | 240278359 | GR3: 5 YR Non-Conf | II-3 | 448000 |
| 16180318 | 240278121 | GR2: 5 YR Conf | II-2 | 315999.99 |
| 16179260 | 240290783 | GR4: NON3YRHARD | I-1 | 590082.52 |
| 16178863 | 240272598 | GR5: 3YRHARD | I-2 | 287391.13 |
| 16179195 | 240267843 | GR4: NON3YRHARD | I-1 | 239360.83 |
| 16180621 | 240278434 | GR2: 5 YR Conf | II-2 | 216000 |
| 16178884 | 240267507 | GR4: NON3YRHARD | I-1 | 271087.48 |
| 16179405 | 240272461 | GR5: 3YRHARD | I-2 | 299056.34 |
| 16180347 | 240278150 | GR2: 5 YR Conf | II-2 | 332072 |
| 16179575 | 240272404 | GR5: 3YRHARD | I-2 | 260111.23 |
| 16178892 | 240239816 | GR4: NON3YRHARD | I-1 | 401425.15 |
| 16178851 | 240266607 | GR2: 5 YR Conf | II-2 | 154256.99 |
| 16179792 | 240272778 | GR5: 3YRHARD | I-2 | 343200 |
| 16178736 | 240266513 | GR3: 5 YR Non-Conf | II-3 | 508000 |
| 16178767 | 240266540 | GR3: 5 YR Non-Conf | II-3 | 534000 |
| 16179230 | 240290696 | GR4: NON3YRHARD | I-1 | 670966.38 |
| 16179113 | 240290725 | GR4: NON3YRHARD | I-1 | 582110.82 |
| 16179864 | 240272599 | GR5: 3YRHARD | I-2 | 324110.92 |
| 16178369 | 240266989 | GR2: 5 YR Conf | II-2 | 276000 |
| 16179365 | 240272415 | GR5: 3YRHARD | I-2 | 202390.4 |
| 16180278 | 240278081 | GR2: 5 YR Conf | II-2 | 325430 |
| 16180348 | 240278151 | GR2: 5 YR Conf | II-2 | 99200 |
| 16179802 | 240272536 | GR5: 3YRHARD | I-2 | 533172.12 |
| 16178626 | 240267205 | GR2: 5 YR Conf | II-2 | 254196.58 |
| 16179137 | 240290560 | GR4: NON3YRHARD | I-1 | 41684.33 |
| 16179248 | 240290773 | GR4: NON3YRHARD | I-1 | 673079.87 |
| 16178386 | 240267002 | GR2: 5 YR Conf | II-2 | 335000 |
| 16179261 | 240290579 | GR4: NON3YRHARD | I-1 | 591719.85 |
| 16179910 | 240272644 | GR5: 3YRHARD | I-2 | 432766.22 |
| 16179487 | 240272518 | GR5: 3YRHARD | I-2 | 324785.42 |
| 16180279 | 240278082 | GR2: 5 YR Conf | II-2 | 271999.9 |
| 16179060 | 240269635 | GR4: NON3YRHARD | I-1 | 321375.67 |
| 16179577 | 240272390 | GR5: 3YRHARD | I-2 | 308000 |
| 16179803 | 240272537 | GR5: 3YRHARD | I-2 | 491250 |
| 16179618 | 240272825 | GR5: 3YRHARD | I-2 | 324000 |
| 16178764 | 240267326 | GR2: 5 YR Conf | II-2 | 128501.95 |
| 16178282 | 240266916 | GR3: 5 YR Non-Conf | II-3 | 631993.8 |
| 16179292 | 240290809 | GR4: NON3YRHARD | I-1 | 430627.11 |
| 16179231 | 240290719 | GR4: NON3YRHARD | I-1 | 641927.47 |

| | | | | |
|---|---|---|---|---|
| 16179138 | 240290559 | GR4: NON3YRHARD | I-1 | 43180.19 |
| 16178376 | 240266206 | GR2: 5 YR Conf | II-2 | 343000 |
| 16179100 | 240290718 | GR4: NON3YRHARD | I-1 | 538112.4 |
| 16180184 | 240258263 | GR4: NON3YRHARD | I-1 | 176000 |
| 16180442 | 240278250 | GR2: 5 YR Conf | II-2 | 119280 |
| 16180349 | 240278153 | GR2: 5 YR Conf | II-2 | 224075.64 |
| 16179578 | 240272377 | GR5: 3YRHARD | I-2 | 187551.98 |
| 16179804 | 240272538 | GR5: 3YRHARD | I-2 | 460964.21 |
| 16179045 | 240269478 | GR4: NON3YRHARD | I-1 | 451782.21 |
| 16180051 | 240258277 | GR5: 3YRHARD | I-2 | 264596.74 |
| 16178893 | 240267605 | GR4: NON3YRHARD | I-1 | 324758.51 |
| 16179806 | 240272540 | GR5: 3YRHARD | I-2 | 425979.38 |
| 16180257 | 240278060 | GR3: 5 YR Non-Conf | II-3 | 1020000 |
| 16179700 | 240272064 | GR5: 3YRHARD | I-2 | 144000 |
| 16178828 | 240266591 | GR2: 5 YR Conf | II-2 | 186661.37 |
| 16178748 | 240267313 | GR2: 5 YR Conf | II-2 | 104000 |
| 16178668 | 240266455 | GR2: 5 YR Conf | II-2 | 117600 |
| 16178589 | 240265958 | GR1: 3 YR Hybrids | II-1 | 261225.56 |
| 16180075 | 240258324 | GR4: NON3YRHARD | I-1 | 600000 |
| 16180159 | 240258308 | GR5: 3YRHARD | I-2 | 462996.57 |
| 16179801 | 240272787 | GR5: 3YRHARD | I-2 | 124000 |
| 16178830 | 240266021 | GR1: 3 YR Hybrids | II-1 | 223560 |
| 16178831 | 240266593 | GR2: 5 YR Conf | II-2 | 55230.98 |
| 16179628 | 240272066 | GR5: 3YRHARD | I-2 | 259495.94 |
| 16180582 | 240278394 | GR3: 5 YR Non-Conf | II-3 | 463999.99 |
| 16179439 | 240272222 | GR5: 3YRHARD | I-2 | 191261.92 |
| 16180415 | 240278223 | GR2: 5 YR Conf | II-2 | 166000 |
| 16180146 | 240258257 | GR4: NON3YRHARD | I-1 | 135200 |
| 16180115 | 240258370 | GR5: 3YRHARD | I-2 | 120000 |
| 16178415 | 240267027 | GR2: 5 YR Conf | II-2 | 329017 |
| 16179665 | 240272090 | GR5: 3YRHARD | I-2 | 215878.27 |
| 16180119 | 240258372 | GR5: 3YRHARD | I-2 | 299339.63 |
| 16178588 | 240267174 | GR2: 5 YR Conf | II-2 | 280000 |
| 16179520 | 240272286 | GR5: 3YRHARD | I-2 | 191542.45 |
| 16178368 | 240266199 | GR3: 5 YR Non-Conf | II-3 | 552750 |
| 16180620 | 240278433 | GR3: 5 YR Non-Conf | II-3 | 896846 |
| 16179953 | 240272674 | GR5: 3YRHARD | I-2 | 528000 |
| 16180109 | 240258315 | GR5: 3YRHARD | I-2 | 520000 |
| 16179563 | 240272386 | GR5: 3YRHARD | I-2 | 290778.15 |
| 16178832 | 240266594 | GR2: 5 YR Conf | II-2 | 83937.66 |
| 16179480 | 240272249 | GR5: 3YRHARD | I-2 | 283512.64 |
| 16179481 | 240272284 | GR5: 3YRHARD | I-2 | 468803.75 |
| 16178834 | 240266022 | GR1: 3 YR Hybrids | II-1 | 84000 |
| 16178591 | 240265959 | GR1: 3 YR Hybrids | II-1 | 711201.75 |
| 16179644 | 240272247 | GR5: 3YRHARD | I-2 | 375000 |
| 16178754 | 240265998 | GR1: 3 YR Hybrids | II-1 | 192000 |
| 16179483 | 240272281 | GR5: 3YRHARD | I-2 | 246400 |
| 16178835 | 240266023 | GR1: 3 YR Hybrids | II-1 | 125250 |
| 16178836 | 240266597 | GR3: 5 YR Non-Conf | II-3 | 960000 |
| 16178755 | 240265999 | GR1: 3 YR Hybrids | II-1 | 478360 |
| 16178593 | 240265960 | GR1: 3 YR Hybrids | II-1 | 158164.65 |
| 16178756 | 240266000 | GR1: 3 YR Hybrids | II-1 | 136000 |
| 16180183 | 240258413 | GR4: NON3YRHARD | I-1 | 572000 |
| 16180174 | 240258406 | GR5: 3YRHARD | I-2 | 650000 |
| 16180044 | 240258274 | GR4: NON3YRHARD | I-1 | 253840.01 |
| 16179545 | 240272361 | GR5: 3YRHARD | I-2 | 167978.98 |
| 16180346 | 240278149 | GR2: 5 YR Conf | II-2 | 274591.47 |
| 16178323 | 240266946 | GR2: 5 YR Conf | II-2 | 252305.45 |
| 16178586 | 240267172 | GR2: 5 YR Conf | II-2 | 97500 |
| 16180219 | 240278022 | GR2: 5 YR Conf | II-2 | 240450 |
| 16180188 | 240258416 | GR5: 3YRHARD | I-2 | 449237.14 |
| 16179916 | 240272654 | GR5: 3YRHARD | I-2 | 952000 |
| 16178455 | 240267068 | GR2: 5 YR Conf | II-2 | 383754.11 |
| 16179621 | 240272827 | GR5: 3YRHARD | I-2 | 280000 |
| 16180288 | 240278091 | GR2: 5 YR Conf | II-2 | 275200 |
| 16178594 | 240265961 | GR1: 3 YR Hybrids | II-1 | 630000 |
| 16178676 | 240265978 | GR1: 3 YR Hybrids | II-1 | 159716.88 |
| 16178757 | 240267319 | GR2: 5 YR Conf | II-2 | 260000 |
| 16178838 | 240266599 | GR2: 5 YR Conf | II-2 | 240000 |
| 16178758 | 240266531 | GR2: 5 YR Conf | II-2 | 60255.25 |
| 16178596 | 240265963 | GR1: 3 YR Hybrids | II-1 | 344000 |
| 16178759 | 240267321 | GR2: 5 YR Conf | II-2 | 259268 |
| 16179569 | 240272193 | GR5: 3YRHARD | I-2 | 68254.14 |
| 16178678 | 240267255 | GR5: 3YRHARD | I-2 | 409600 |
| 16178679 | 240265980 | GR1: 3 YR Hybrids | II-1 | 575200 |
| 16179327 | 240272301 | GR5: 3YRHARD | I-2 | 315334.85 |
| 16178780 | 240267341 | GR2: 5 YR Conf | II-2 | 457500 |
| 16179347 | 240272271 | GR5: 3YRHARD | I-2 | 338916.5 |
| 16180614 | 240278427 | GR2: 5 YR Conf | II-2 | 320000 |
| 16179948 | 240272669 | GR5: 3YRHARD | I-2 | 439069.79 |
| 16178656 | 240267230 | GR3: 5 YR Non-Conf | II-3 | 970000 |
| 16179044 | 240268029 | GR4: NON3YRHARD | I-1 | 359542.6 |
| 16179620 | 240272823 | GR5: 3YRHARD | I-2 | 183200 |
| 16180132 | 240258377 | GR4: NON3YRHARD | I-1 | 224657.61 |
| 16178771 | 240266544 | GR3: 5 YR Non-Conf | II-3 | 932000 |
| 16178682 | 240267259 | GR2: 5 YR Conf | II-2 | 356250 |
| 16179136 | 240290561 | GR4: NON3YRHARD | I-1 | 41684.33 |
| 16179175 | 240268133 | GR4: NON3YRHARD | I-1 | 126369.96 |
| 16180357 | 240278162 | GR2: 5 YR Conf | II-2 | 135599.99 |
| 16179763 | 240272137 | GR5: 3YRHARD | I-2 | 121793.18 |
| 16179585 | 240272337 | GR5: 3YRHARD | I-2 | 376003.4 |
| 16180258 | 240278061 | GR2: 5 YR Conf | II-2 | 178080 |
| 16179701 | 240272161 | GR5: 3YRHARD | I-2 | 116377.6 |
| 16179653 | 240272162 | GR5: 3YRHARD | I-2 | 375205.09 |
| 16178922 | 240268494 | GR4: NON3YRHARD | I-1 | 309257.25 |

| | | | | |
|---|---|---|---|---|
| 16178598 | 240265964 | GR1: 3 YR Hybrids | II-1 | 146240 |
| 16178599 | 240267180 | GR2: 5 YR Conf | II-2 | 95600 |
| 16180512 | 240278321 | GR2: 5 YR Conf | II-2 | 297446.51 |
| 16179247 | 240290730 | GR4: NON3YRHARD | I-1 | 457487.68 |
| 16179099 | 240290808 | GR4: NON3YRHARD | I-1 | 464073.45 |
| 16179952 | 240272673 | GR5: 3YRHARD | I-2 | 478400 |
| 16179466 | 240272464 | GR5: 3YRHARD | I-2 | 127993.61 |
| 16179364 | 240272425 | GR5: 3YRHARD | I-2 | 126420.6 |
| 16178659 | 240267234 | GR2: 5 YR Conf | II-2 | 257600 |
| 16178820 | 240266016 | GR1: 3 YR Hybrids | II-1 | 128000 |
| 16178741 | 240265996 | GR1: 3 YR Hybrids | II-1 | 176000 |
| 16179552 | 240272766 | GR5: 3YRHARD | I-2 | 376000 |
| 16178742 | 240267308 | GR2: 5 YR Conf | II-2 | 188900 |
| 16178580 | 240265956 | GR1: 3 YR Hybrids | II-1 | 470960 |
| 16178661 | 240265977 | GR1: 3 YR Hybrids | II-1 | 311880 |
| 16178823 | 240266589 | GR2: 5 YR Conf | II-2 | 186661.37 |
| 16178743 | 240265997 | GR1: 3 YR Hybrids | II-1 | 359920 |
| 16179553 | 240272296 | GR5: 3YRHARD | I-2 | 298400 |
| 16178824 | 240266018 | GR1: 3 YR Hybrids | II-1 | 138000 |
| 16179554 | 240272297 | GR5: 3YRHARD | I-2 | 271242.02 |
| 16178663 | 240267239 | GR2: 5 YR Conf | II-2 | 168000 |
| 16178826 | 240266019 | GR1: 3 YR Hybrids | II-1 | 247775.8 |
| 16178745 | 240266521 | GR2: 5 YR Conf | II-2 | 239817.38 |
| 16178583 | 240265957 | GR1: 3 YR Hybrids | II-1 | 180792 |
| 16179404 | 240272435 | GR5: 3YRHARD | I-2 | 272054.57 |
| 16180345 | 240278148 | GR2: 5 YR Conf | II-2 | 140000 |
| 16179683 | 240272108 | GR5: 3YRHARD | I-2 | 243374.37 |
| 16179829 | 240272788 | GR5: 3YRHARD | I-2 | 365600 |
| 16179762 | 240272136 | GR5: 3YRHARD | I-2 | 106265.57 |
| 16180126 | 240258290 | GR4: NON3YRHARD | I-1 | 362200.96 |
| 16180033 | 240258295 | GR4: NON3YRHARD | I-1 | 375172.34 |
| 16179555 | 240272260 | GR5: 3YRHARD | I-2 | 399900 |
| 16178827 | 240266020 | GR1: 3 YR Hybrids | II-1 | 180000 |
| 16179670 | 240272095 | GR5: 3YRHARD | I-2 | 315246.94 |
| 16179861 | 240272620 | GR5: 3YRHARD | I-2 | 262705.24 |
| 16178675 | 240267253 | GR2: 5 YR Conf | II-2 | 329600 |
| 16179249 | 240290772 | GR4: NON3YRHARD | I-1 | 840172.59 |
| 16179115 | 240290568 | GR4: NON3YRHARD | I-1 | 179432.85 |
| 16178398 | 240265913 | GR1: 3 YR Hybrids | II-1 | 213500 |
| 16180200 | 240278003 | GR1: 3 YR Hybrids | II-1 | 262119.81 |
| 16180201 | 240278004 | GR1: 3 YR Hybrids | II-1 | 208000 |
| 16179216 | 240290713 | GR4: NON3YRHARD | I-1 | 159618.71 |
| 16179315 | 240272275 | GR5: 3YRHARD | I-2 | 137459.5 |
| 16180202 | 240278005 | GR1: 3 YR Hybrids | II-1 | 324000 |
| 16180204 | 240278007 | GR1: 3 YR Hybrids | II-1 | 128891.26 |
| 16180205 | 240278008 | GR1: 3 YR Hybrids | II-1 | 200000 |
| 16180206 | 240278009 | GR1: 3 YR Hybrids | II-1 | 178400 |
| 16180207 | 240278010 | GR1: 3 YR Hybrids | II-1 | 228000 |
| 16180208 | 240278011 | GR1: 3 YR Hybrids | II-1 | 67200 |
| 16180209 | 240278012 | GR1: 3 YR Hybrids | II-1 | 265000 |
| 16179476 | 240272188 | GR5: 3YRHARD | I-2 | 254881.24 |
| 16180179 | 240278956 | GR5: 3YRHARD | I-2 | 430000 |
| 16179530 | 240272295 | GR5: 3YRHARD | I-2 | 111733.09 |
| 16179611 | 240272253 | GR5: 3YRHARD | I-2 | 264000 |
| 16180255 | 240278058 | GR2: 5 YR Conf | II-2 | 309410.17 |
| 16178920 | 240268493 | GR4: NON3YRHARD | I-1 | 395265.08 |
| 16178801 | 240266007 | GR1: 3 YR Hybrids | II-1 | 420000 |
| 16179613 | 240272257 | GR5: 3YRHARD | I-2 | 287415.49 |
| 16178641 | 240265970 | GR1: 3 YR Hybrids | II-1 | 143820 |
| 16178722 | 240267291 | GR2: 5 YR Conf | II-2 | 284000 |
| 16178444 | 240267057 | GR2: 5 YR Conf | II-2 | 178800 |
| 16179561 | 240272363 | GR5: 3YRHARD | I-2 | 214039.16 |
| 16178804 | 240266008 | GR1: 3 YR Hybrids | II-1 | 201413.28 |
| 16178561 | 240265949 | GR1: 3 YR Hybrids | II-1 | 189570 |
| 16180414 | 240278222 | GR2: 5 YR Conf | II-2 | 248000 |
| 16178436 | 240267048 | GR2: 5 YR Conf | II-2 | 288500 |
| 16179226 | 240290642 | GR4: NON3YRHARD | I-1 | 169193.69 |
| 16180619 | 240278432 | GR3: 5 YR Non-Conf | II-3 | 452680 |
| 16178290 | 240266922 | GR2: 5 YR Conf | II-2 | 272000 |
| 16178293 | 240247886 | GR2: 5 YR Conf | II-2 | 232000 |
| 16178770 | 240266543 | GR3: 5 YR Non-Conf | II-3 | 677876.35 |
| 16179233 | 240290571 | GR4: NON3YRHARD | I-1 | 80162.16 |
| 16178642 | 240267219 | GR2: 5 YR Conf | II-2 | 160000 |
| 16178724 | 240265993 | GR1: 3 YR Hybrids | II-1 | 248000 |
| 16179346 | 240272270 | GR5: 3YRHARD | I-2 | 130485.37 |
| 16179840 | 240272623 | GR5: 3YRHARD | I-2 | 243483.83 |
| 16180217 | 240278020 | GR2: 5 YR Conf | II-2 | 190323 |
| 16178643 | 240265971 | GR1: 3 YR Hybrids | II-1 | 130400 |
| 16178806 | 240266009 | GR1: 3 YR Hybrids | II-1 | 325000 |
| 16178484 | 240265927 | GR1: 3 YR Hybrids | II-1 | 150400 |
| 16178565 | 240265950 | GR1: 3 YR Hybrids | II-1 | 221300 |
| 16178889 | 240267525 | GR4: NON3YRHARD | I-1 | 311529.53 |
| 16179632 | 240272070 | GR5: 3YRHARD | I-2 | 120265.42 |
| 16178646 | 240265972 | GR1: 3 YR Hybrids | II-1 | 56442.4 |
| 16178727 | 240267295 | GR2: 5 YR Conf | II-2 | 147360 |
| 16178647 | 240267223 | GR2: 5 YR Conf | II-2 | 127200 |
| 16178567 | 240265951 | GR1: 3 YR Hybrids | II-1 | 390000 |
| 16179947 | 240272668 | GR5: 3YRHARD | I-2 | 164800 |
| 16179488 | 240272519 | GR5: 3YRHARD | I-2 | 223193.53 |
| 16179914 | 240272652 | GR5: 3YRHARD | I-2 | 152000 |
| 16178486 | 240265928 | GR1: 3 YR Hybrids | II-1 | 135988.51 |
| 16178649 | 240265973 | GR1: 3 YR Hybrids | II-1 | 197500 |
| 16178488 | 240265929 | GR1: 3 YR Hybrids | II-1 | 211314.65 |
| 16180210 | 240278013 | GR1: 3 YR Hybrids | II-1 | 204000 |
| 16180211 | 240278014 | GR1: 3 YR Hybrids | II-1 | 784000 |

| | | | | |
|---|---|---|---|---|
| 16180212 | 240278015 | GR1: 3 YR Hybrids | II-1 | 397438.69 |
| 16180147 | 240278946 | GR5: 3YRHARD | I-2 | 525600 |
| 16180213 | 240278016 | GR1: 3 YR Hybrids | II-1 | 252027.43 |
| 16180214 | 240278017 | GR1: 3 YR Hybrids | II-1 | 288000 |
| 16180215 | 240278018 | GR1: 3 YR Hybrids | II-1 | 200000 |
| 16180216 | 240278019 | GR1: 3 YR Hybrids | II-1 | 628550 |
| 16178172 | 240266840 | GR2: 5 YR Conf | II-2 | 176000 |
| 16178493 | 240267103 | GR2: 5 YR Conf | II-2 | 245000 |
| 16180355 | 240278160 | GR2: 5 YR Conf | II-2 | 202424 |
| 16178730 | 240265994 | GR1: 3 YR Hybrids | II-1 | 279600 |
| 16178811 | 240266011 | GR1: 3 YR Hybrids | II-1 | 202345.91 |
| 16178812 | 240266012 | GR1: 3 YR Hybrids | II-1 | 124000 |
| 16178650 | 240265974 | GR1: 3 YR Hybrids | II-1 | 181900 |
| 16179622 | 240272195 | GR5: 3YRHARD | I-2 | 262266.64 |
| 16178570 | 240265952 | GR1: 3 YR Hybrids | II-1 | 123391.74 |
| 16180256 | 240278059 | GR2: 5 YR Conf | II-2 | 171978.33 |
| 16179032 | 240269401 | GR4: NON3YRHARD | I-1 | 456836.58 |
| 16178921 | 240268616 | GR4: NON3YRHARD | I-1 | 284864.01 |
| 16179081 | 240269816 | GR4: NON3YRHARD | I-1 | 361660.64 |
| 16178447 | 240267060 | GR2: 5 YR Conf | II-2 | 166400 |
| 16178571 | 240265953 | GR1: 3 YR Hybrids | II-1 | 763000 |
| 16178814 | 240266013 | GR1: 3 YR Hybrids | II-1 | 348000 |
| 16179562 | 240272385 | GR5: 3YRHARD | I-2 | 183035.42 |
| 16178799 | 240267358 | GR3: 5 YR Non-Conf | II-3 | 453935 |
| 16178490 | 240267100 | GR2: 5 YR Conf | II-2 | 344800 |
| 16179624 | 240272298 | GR5: 3YRHARD | I-2 | 364000 |
| 16179363 | 240272412 | GR5: 3YRHARD | I-2 | 160504.18 |
| 16179051 | 240269539 | GR4: NON3YRHARD | I-1 | 284107.54 |
| 16178549 | 240267146 | GR3: 5 YR Non-Conf | II-3 | 512400 |
| 16178605 | 240267186 | GR3: 5 YR Non-Conf | II-3 | 572000 |
| 16179234 | 240290629 | GR4: NON3YRHARD | I-1 | 179367.92 |
| 16178815 | 240266014 | GR1: 3 YR Hybrids | II-1 | 304840.8 |
| 16178734 | 240265995 | GR1: 3 YR Hybrids | II-1 | 224796.6 |
| 16178241 | 240266096 | GR2: 5 YR Conf | II-2 | 61563.62 |
| 16179105 | 240290710 | GR4: NON3YRHARD | I-1 | 365556.58 |
| 16180218 | 240278021 | GR2: 5 YR Conf | II-2 | 150999.95 |
| 16178318 | 240265898 | GR1: 3 YR Hybrids | II-1 | 215000 |
| 16178654 | 240265975 | GR1: 3 YR Hybrids | II-1 | 324000 |
| 16178655 | 240265976 | GR1: 3 YR Hybrids | II-1 | 240000 |
| 16179915 | 240272653 | GR5: 3YRHARD | I-2 | 133600 |
| 16178818 | 240266583 | GR2: 5 YR Conf | II-2 | 244600 |
| 16179819 | 240266015 | GR1: 3 YR Hybrids | II-1 | 224800 |
| 16179221 | 240290540 | GR4: NON3YRHARD | I-1 | 315246.95 |
| 16178495 | 240265930 | GR1: 3 YR Hybrids | II-1 | 160530 |
| 16178576 | 240265954 | GR1: 3 YR Hybrids | II-1 | 276757.86 |
| 16178496 | 240267105 | GR2: 5 YR Conf | II-2 | 203996.6 |
| 16179549 | 240272218 | GR5: 3YRHARD | I-2 | 479186.29 |
| 16178578 | 240265955 | GR1: 3 YR Hybrids | II-1 | 400000 |
| 16178497 | 240267106 | GR2: 5 YR Conf | II-2 | 88000 |
| 16179477 | 240272428 | GR5: 3YRHARD | I-2 | 234976.06 |
| 16179369 | 240272323 | GR5: 3YRHARD | I-2 | 231274.87 |
| 16180287 | 240278090 | GR2: 5 YR Conf | II-2 | 237000 |
| 16180356 | 240278161 | GR3: 5 YR Non-Conf | II-3 | 880000 |
| 16178632 | 240265969 | GR1: 3 YR Hybrids | II-1 | 215499.8 |
| 16179524 | 240272250 | GR5: 3YRHARD | I-2 | 207504.31 |
| 16178471 | 240265921 | GR1: 3 YR Hybrids | II-1 | 205300 |
| 16178552 | 240265947 | GR1: 3 YR Hybrids | II-1 | 110320 |
| 16178633 | 240266421 | GR2: 5 YR Conf | II-2 | 101099.25 |
| 16178634 | 240267211 | GR2: 5 YR Conf | II-2 | 180000 |
| 16179525 | 240272293 | GR5: 3YRHARD | I-2 | 107932.83 |
| 16180254 | 240278057 | GR2: 5 YR Conf | II-2 | 304000 |
| 16178919 | 240268615 | GR4: NON3YRHARD | I-1 | 339189.76 |
| 16178472 | 240265922 | GR1: 3 YR Hybrids | II-1 | 196400 |
| 16178392 | 240265911 | GR1: 3 YR Hybrids | II-1 | 577427.34 |
| 16179608 | 240272194 | GR5: 3YRHARD | I-2 | 265713.61 |
| 16178555 | 240266362 | GR2: 5 YR Conf | II-2 | 118219.26 |
| 16179527 | 240272292 | GR5: 3YRHARD | I-2 | 224343.76 |
| 16179609 | 240272769 | GR5: 3YRHARD | I-2 | 360000 |
| 16178556 | 240265948 | GR1: 3 YR Hybrids | II-1 | 302250 |
| 16178475 | 240265923 | GR1: 3 YR Hybrids | II-1 | 236380.99 |
| 16178394 | 240267008 | GR2: 5 YR Conf | II-2 | 363119.99 |
| 16179366 | 240272430 | GR5: 3YRHARD | I-2 | 119122.99 |
| 16178637 | 240267214 | GR2: 5 YR Conf | II-2 | 126600 |
| 16178718 | 240265991 | GR1: 3 YR Hybrids | II-1 | 288800 |
| 16178476 | 240267090 | GR2: 5 YR Conf | II-2 | 106400 |
| 16178719 | 240265992 | GR1: 3 YR Hybrids | II-1 | 207722.72 |
| 16180581 | 240278393 | GR2: 5 YR Conf | II-2 | 211794.55 |
| 16179438 | 240272472 | GR5: 3YRHARD | I-2 | 265533.62 |
| 16179529 | 240272294 | GR5: 3YRHARD | I-2 | 261634.02 |
| 16178395 | 240267009 | GR3: 5 YR Non-Conf | II-3 | 462760 |
| 16178396 | 240267011 | GR2: 5 YR Conf | II-2 | 171200 |
| 16178798 | 240267357 | GR3: 5 YR Non-Conf | II-3 | 475700 |
| 16178952 | 240268729 | GR4: NON3YRHARD | I-1 | 143409.53 |
| 16178958 | 240268749 | GR4: NON3YRHARD | I-1 | 232967.62 |
| 16179011 | 240269224 | GR4: NON3YRHARD | I-1 | 307141.09 |
| 16179368 | 240272467 | GR5: 3YRHARD | I-2 | 95946.01 |
| 16178397 | 240265912 | GR1: 3 YR Hybrids | II-1 | 174659.69 |
| 16178238 | 240266093 | GR2: 5 YR Conf | II-2 | 171444.88 |
| 16180577 | 240278388 | GR2: 5 YR Conf | II-2 | 184000 |
| 16179980 | 240272740 | GR5: 3YRHARD | I-2 | 217600 |
| 16178224 | 240266076 | GR2: 5 YR Conf | II-2 | 350000 |
| 16179179 | 240268184 | GR4: NON3YRHARD | I-1 | 206299.71 |
| 16180409 | 240278217 | GR2: 5 YR Conf | II-2 | 360000 |
| 16179786 | 240272800 | GR5: 3YRHARD | I-2 | 193936.73 |
| 16179066 | 240269702 | GR4: NON3YRHARD | I-1 | 861588.69 |

Unassociated Document                                        Page 131 of 835

12-12020-mg    Doc 5106-8     Filed 09/18/13    Entered 09/18/13 18:18:12     Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 132 of 279

| | | | | |
|---|---|---|---|---|
| 16180545 | 240278356 | GR2: 5 YR Conf | II-2 | 108000 |
| 16180315 | 240278118 | GR2: 5 YR Conf | II-2 | 232000 |
| 16178413 | 240267025 | GR2: 5 YR Conf | II-2 | 227500 |
| 16178985 | 240268967 | GR4: NON3YRHARD | I-1 | 215451.47 |
| 16179313 | 240272407 | GR5: 3YRHARD | I-2 | 220977.06 |
| 16178403 | 240267015 | GR2: 5 YR Conf | II-2 | 134997.74 |
| 16180125 | 240258321 | GR4: NON3YRHARD | I-1 | 571650 |
| 16178891 | 240267571 | GR4: NON3YRHARD | I-1 | 160803.34 |
| 16178750 | 240267315 | GR3: 5 YR Non-Conf | II-3 | 625000 |
| 16178299 | 240266929 | GR2: 5 YR Conf | II-2 | 308289 |
| 16178560 | 240267155 | GR2: 5 YR Conf | II-2 | 101500 |
| 16179208 | 240268393 | GR4: NON3YRHARD | I-1 | 131277.73 |
| 16179880 | 240272605 | GR5: 3YRHARD | I-2 | 239400 |
| 16179307 | 240272254 | GR5: 3YRHARD | I-2 | 168732.97 |
| 16179180 | 240268185 | GR4: NON3YRHARD | I-1 | 217593.04 |
| 16180410 | 240278218 | GR3: 5 YR Non-Conf | II-3 | 488000 |
| 16180476 | 240278285 | GR2: 5 YR Conf | II-2 | 231609.06 |
| 16179836 | 240272547 | GR5: 3YRHARD | I-2 | 725000 |
| 16180066 | 240258313 | GR4: NON3YRHARD | I-1 | 479841.22 |
| 16180316 | 240278119 | GR2: 5 YR Conf | II-2 | 320000 |
| 16178974 | 240268903 | GR4: NON3YRHARD | I-1 | 90278.1 |
| 16178435 | 240267047 | GR2: 5 YR Conf | II-2 | 270250 |
| 16178723 | 240267292 | GR2: 5 YR Conf | II-2 | 416200 |
| 16178183 | 240266058 | GR2: 5 YR Conf | II-2 | 159290 |
| 16179344 | 240272200 | GR5: 3YRHARD | I-2 | 154340.52 |
| 16179309 | 240272490 | GR5: 3YRHARD | I-2 | 232409.25 |
| 16179341 | 240272481 | GR5: 3YRHARD | I-2 | 555399.31 |
| 16178302 | 240266931 | GR2: 5 YR Conf | II-2 | 125559.5 |
| 16178239 | 240266094 | GR2: 5 YR Conf | II-2 | 177497.14 |
| 16179209 | 240268394 | GR4: NON3YRHARD | I-1 | 157533.28 |
| 16180509 | 240278318 | GR3: 5 YR Non-Conf | II-3 | 612000 |
| 16179010 | 240269221 | GR4: NON3YRHARD | I-1 | 359155.71 |
| 16180411 | 240278219 | GR2: 5 YR Conf | II-2 | 363639.1 |
| 16180477 | 240278286 | GR2: 5 YR Conf | II-2 | 154697.93 |
| 16179837 | 240272548 | GR5: 3YRHARD | I-2 | 110000 |
| 16179413 | 240272414 | GR5: 3YRHARD | I-2 | 331237.81 |
| 16178414 | 240267026 | GR2: 5 YR Conf | II-2 | 141068.76 |
| 16178975 | 240268904 | GR4: NON3YRHARD | I-1 | 200072.16 |
| 16180040 | 240258325 | GR4: NON3YRHARD | I-1 | 606661.66 |
| 16178509 | 240267115 | GR2: 5 YR Conf | II-2 | 370241.63 |
| 16180510 | 240278319 | GR2: 5 YR Conf | II-2 | 217200 |
| 16178494 | 240267104 | GR2: 5 YR Conf | II-2 | 378000 |
| 16180579 | 240278391 | GR2: 5 YR Conf | II-2 | 334399.99 |
| 16179781 | 240272775 | GR5: 3YRHARD | I-2 | 212800 |
| 16179436 | 240272307 | GR5: 3YRHARD | I-2 | 118852.49 |
| 16180412 | 240278220 | GR3: 5 YR Non-Conf | II-3 | 649900 |
| 16180478 | 240278287 | GR2: 5 YR Conf | II-2 | 114320 |
| 16179001 | 240269126 | GR4: NON3YRHARD | I-1 | 457881.64 |
| 16179736 | 240272241 | GR5: 3YRHARD | I-2 | 175627.92 |
| 16178621 | 240267201 | GR2: 5 YR Conf | II-2 | 103999 |
| 16179503 | 240272504 | GR5: 3YRHARD | I-2 | 242653.49 |
| 16178617 | 240266408 | GR3: 5 YR Non-Conf | II-3 | 420000 |
| 16178572 | 240267162 | GR2: 5 YR Conf | II-2 | 109200 |
| 16178753 | 240267318 | GR2: 5 YR Conf | II-2 | 112800 |
| 16179623 | 240272826 | GR5: 3YRHARD | I-2 | 379094.43 |
| 16178240 | 240266095 | GR2: 5 YR Conf | II-2 | 308000 |
| 16180580 | 240278392 | GR2: 5 YR Conf | II-2 | 280000 |
| 16179981 | 240272703 | GR5: 3YRHARD | I-2 | 219534.89 |
| 16179437 | 240272459 | GR5: 3YRHARD | I-2 | 118676.09 |
| 16180413 | 240278221 | GR3: 5 YR Non-Conf | II-3 | 650000 |
| 16179076 | 240269776 | GR4: NON3YRHARD | I-1 | 158024.08 |
| 16179737 | 240272242 | GR5: 3YRHARD | I-2 | 150748.89 |
| 16178340 | 240266961 | GR2: 5 YR Conf | II-2 | 300000 |
| 16178816 | 240266581 | GR2: 5 YR Conf | II-2 | 128800 |
| 16179627 | 240272065 | GR5: 3YRHARD | I-2 | 224579.73 |
| 16179006 | 240269157 | GR4: NON3YRHARD | I-1 | 519696.62 |
| 16178518 | 240267121 | GR2: 5 YR Conf | II-2 | 350000 |
| 16179977 | 240272737 | GR5: 3YRHARD | I-2 | 127729.39 |
| 16179190 | 240267439 | GR4: NON3YRHARD | I-1 | 383240.11 |
| 16180472 | 240278280 | GR2: 5 YR Conf | II-2 | 335894.92 |
| 16180541 | 240278352 | GR2: 5 YR Conf | II-2 | 125599.85 |
| 16180311 | 240278114 | GR2: 5 YR Conf | II-2 | 282400 |
| 16179410 | 240272437 | GR5: 3YRHARD | I-2 | 159028.28 |
| 16178658 | 240267233 | GR2: 5 YR Conf | II-2 | 278000 |
| 16179176 | 240268152 | GR4: NON3YRHARD | I-1 | 302200.9 |
| 16180378 | 240278184 | GR2: 5 YR Conf | II-2 | 132600 |
| 16178989 | 240269029 | GR4: NON3YRHARD | I-1 | 258851.38 |
| 16179732 | 240272237 | GR5: 3YRHARD | I-2 | 148050.65 |
| 16178728 | 240267296 | GR2: 5 YR Conf | II-2 | 264000 |
| 16178454 | 240267067 | GR2: 5 YR Conf | II-2 | 184000 |
| 16178402 | 240267014 | GR2: 5 YR Conf | II-2 | 253600 |
| 16179697 | 240272154 | GR5: 3YRHARD | I-2 | 171636.37 |
| 16178595 | 240267177 | GR2: 5 YR Conf | II-2 | 246750 |
| 16180107 | 240258365 | GR5: 3YRHARD | I-2 | 135000 |
| 16180240 | 240278043 | GR2: 5 YR Conf | II-2 | 283182.99 |
| 16178363 | 240266983 | GR2: 5 YR Conf | II-2 | 219200 |
| 16178602 | 240267183 | GR2: 5 YR Conf | II-2 | 294000 |
| 16179978 | 240272738 | GR5: 3YRHARD | I-2 | 187716.33 |
| 16180406 | 240278214 | GR2: 5 YR Conf | II-2 | 224306 |
| 16180473 | 240278281 | GR2: 5 YR Conf | II-2 | 191634.69 |
| 16180542 | 240278353 | GR2: 5 YR Conf | II-2 | 106400 |
| 16180312 | 240278115 | GR2: 5 YR Conf | II-2 | 81197.8 |
| 16179411 | 240272308 | GR5: 3YRHARD | I-2 | 321308.13 |
| 16179056 | 240269598 | GR4: NON3YRHARD | I-1 | 438011.21 |
| 16180379 | 240278185 | GR2: 5 YR Conf | II-2 | 109326.99 |

| | | | | |
|---|---|---|---|---|
| 16178434 | 240267046 | GR3: 5 YR Non-Conf | II-3 | 633600 |
| 16179733 | 240272238 | GR5: 3YRHARD | I-2 | 199577.18 |
| 16178704 | 240267278 | GR2: 5 YR Conf | II-2 | 155897 |
| 16179820 | 240272528 | GR5: 3YRHARD | I-2 | 611997.27 |
| 16180128 | 240258374 | GR4: NON3YRHARD | I-1 | 358400 |
| 16180153 | 240258392 | GR4: NON3YRHARD | I-1 | 336258.19 |
| 16178426 | 240267038 | GR2: 5 YR Conf | II-2 | 358172.18 |
| 16179698 | 240272155 | GR5: 3YRHARD | I-2 | 193989.01 |
| 16180114 | 240258369 | GR5: 3YRHARD | I-2 | 116200 |
| 16179283 | 240290550 | GR4: NON3YRHARD | I-1 | 438103.26 |
| 16178381 | 240266999 | GR2: 5 YR Conf | II-2 | 155000 |
| 16178900 | 240267621 | GR4: NON3YRHARD | I-1 | 396101.9 |
| 16178342 | 240266963 | GR2: 5 YR Conf | II-2 | 199242.39 |
| 16178223 | 240266075 | GR3: 5 YR Non-Conf | II-3 | 459939.3 |
| 16180407 | 240278215 | GR3: 5 YR Non-Conf | II-3 | 465600 |
| 16180474 | 240278282 | GR3: 5 YR Non-Conf | II-3 | 440000 |
| 16179168 | 240268093 | GR4: NON3YRHARD | I-1 | 421637.93 |
| 16180543 | 240278354 | GR2: 5 YR Conf | II-2 | 281593.23 |
| 16180313 | 240278116 | GR2: 5 YR Conf | I-2 | 112896 |
| 16179087 | 240269842 | GR4: NON3YRHARD | I-1 | 248894.21 |
| 16180380 | 240278186 | GR3: 5 YR Non-Conf | II-3 | 548000 |
| 16179734 | 240272239 | GR5: 3YRHARD | I-2 | 222877.81 |
| 16178715 | 240267286 | GR2: 5 YR Conf | II-2 | 105724.64 |
| 16179521 | 240272291 | GR5: 3YRHARD | I-2 | 491001.47 |
| 16178327 | 240266950 | GR2: 5 YR Conf | II-2 | 313000 |
| 16179284 | 240290586 | GR4: NON3YRHARD | I-1 | 438601.69 |
| 16178613 | 240267193 | GR3: 5 YR Non-Conf | II-3 | 520000 |
| 16180576 | 240278387 | GR3: 5 YR Non-Conf | II-3 | 580000 |
| 16178557 | 240267152 | GR2: 5 YR Conf | II-2 | 192000 |
| 16179979 | 240272739 | GR5: 3YRHARD | I-2 | 399383.33 |
| 16180408 | 240278216 | GR2: 5 YR Conf | II-2 | 457600 |
| 16179835 | 240272552 | GR5: 3YRHARD | I-2 | 99761.69 |
| 16180475 | 240278283 | GR2: 5 YR Conf | II-2 | 225000 |
| 16179169 | 240268094 | GR4: NON3YRHARD | I-1 | 269940.94 |
| 16180544 | 240278355 | GR2: 5 YR Conf | II-2 | 200000 |
| 16180314 | 240278117 | GR2: 5 YR Conf | II-2 | 269606 |
| 16179088 | 240269843 | GR4: NON3YRHARD | I-1 | 258587.35 |
| 16179160 | 240290793 | GR4: NON3YRHARD | I-1 | 264168.97 |
| 16178990 | 240269032 | GR4: NON3YRHARD | I-1 | 504894.68 |
| 16179735 | 240272240 | GR5: 3YRHARD | I-2 | 239428.06 |
| 16178306 | 240266934 | GR2: 5 YR Conf | I-2 | 132000 |
| 16179039 | 240269449 | GR4: NON3YRHARD | I-1 | 130409.65 |
| 16178949 | 240268719 | GR4: NON3YRHARD | I-1 | 528337.93 |
| 16179334 | 240272199 | GR5: 3YRHARD | I-2 | 140623.49 |
| 16179135 | 240290797 | GR4: NON3YRHARD | I-1 | 568204.02 |
| 16179489 | 240272520 | GR5: 3YRHARD | I-2 | 178526.31 |
| 16178894 | 240239823 | GR4: NON3YRHARD | I-1 | 416293.83 |
| 16179381 | 240272469 | GR5: 3YRHARD | I-2 | 71248.22 |
| 16180536 | 240278347 | GR2: 5 YR Conf | II-2 | 78174.53 |
| 16179598 | 240272400 | GR5: 3YRHARD | I-2 | 199698.23 |
| 16179816 | 240272524 | GR5: 3YRHARD | I-2 | 485165.76 |
| 16180276 | 240278079 | GR2: 5 YR Conf | II-2 | 159900 |
| 16179144 | 240290760 | GR4: NON3YRHARD | I-1 | 506647.08 |
| 16178700 | 240267275 | GR2: 5 YR Conf | II-2 | 192000 |
| 16179573 | 240272345 | GR5: 3YRHARD | I-2 | 480205.35 |
| 16180124 | 240258300 | GR4: NON3YRHARD | I-1 | 401115.11 |
| 16178619 | 240267199 | GR2: 5 YR Conf | II-2 | 332000 |
| 16179282 | 240290799 | GR4: NON3YRHARD | I-1 | 685752.26 |
| 16178374 | 240266204 | GR3: 5 YR Non-Conf | II-3 | 492000 |
| 16179928 | 240272679 | GR5: 3YRHARD | I-2 | 216400 |
| 16179382 | 240272471 | GR5: 3YRHARD | I-2 | 123692.94 |
| 16180537 | 240278348 | GR2: 5 YR Conf | II-2 | 125965.22 |
| 16180307 | 240278110 | GR2: 5 YR Conf | II-2 | 287200 |
| 16180374 | 240278180 | GR2: 5 YR Conf | II-2 | 244000 |
| 16179064 | 240269663 | GR4: NON3YRHARD | I-1 | 347086.95 |
| 16180439 | 240278247 | GR2: 5 YR Conf | II-2 | 159707.85 |
| 16178714 | 240267285 | GR2: 5 YR Conf | II-2 | 195000 |
| 16179599 | 240272402 | GR5: 3YRHARD | I-2 | 175734.44 |
| 16179817 | 240272525 | GR5: 3YRHARD | I-2 | 600000 |
| 16178927 | 240268627 | GR4: NON3YRHARD | I-1 | 443732.46 |
| 16179755 | 240272180 | GR5: 3YRHARD | I-2 | 118117.84 |
| 16178878 | 240266621 | GR2: 5 YR Conf | II-2 | 187672.5 |
| 16178349 | 240266182 | GR3: 5 YR Non-Conf | II-3 | 419983.86 |
| 16180022 | 240272556 | GR5: 3YRHARD | I-2 | 223506.93 |
| 16180236 | 240278039 | GR2: 5 YR Conf | II-2 | 61600 |
| 16179929 | 240272680 | GR5: 3YRHARD | I-2 | 162655.4 |
| 16178895 | 240239822 | GR4: NON3YRHARD | I-1 | 398841.35 |
| 16180538 | 240278349 | GR2: 5 YR Conf | II-2 | 286640.29 |
| 16180308 | 240278111 | GR3: 5 YR Non-Conf | II-3 | 504000 |
| 16180375 | 240278181 | GR2: 5 YR Conf | II-2 | 215000 |
| 16180440 | 240278248 | GR3: 5 YR Non-Conf | II-3 | 700000 |
| 16178547 | 240267144 | GR2: 5 YR Conf | II-2 | 92800 |
| 16179818 | 240272526 | GR5: 3YRHARD | I-2 | 400000 |
| 16180277 | 240278080 | GR2: 5 YR Conf | II-2 | 205600 |
| 16179153 | 240290667 | GR4: NON3YRHARD | I-1 | 179427.96 |
| 16178980 | 240268932 | GR4: NON3YRHARD | I-1 | 248687.9 |
| 16179054 | 240269569 | GR4: NON3YRHARD | I-1 | 409655.07 |
| 16178424 | 240267036 | GR2: 5 YR Conf | II-2 | 151867.92 |
| 16179708 | 240272131 | GR5: 3YRHARD | I-2 | 301760.69 |
| 16180140 | 240258383 | GR4: NON3YRHARD | I-1 | 233484.91 |
| 16180023 | 240272555 | GR5: 3YRHARD | I-2 | 276000 |
| 16178768 | 240266541 | GR2: 5 YR Conf | II-2 | 400939.72 |
| 16178260 | 240266115 | GR2: 5 YR Conf | II-2 | 236000 |
| 16180237 | 240278040 | GR2: 5 YR Conf | II-2 | 316000 |
| 16178375 | 240266994 | GR3: 5 YR Non-Conf | II-3 | 564850 |

| | | | | |
|---|---|---|---|---|
| 16178864 | 240266615 | GR2: 5 YR Conf | II-2 | 179600 |
| 16178341 | 240266962 | GR3: 5 YR Non-Conf | II-3 | 515359.19 |
| 16178611 | 240267191 | GR3: 5 YR Non-Conf | II-3 | 547969.26 |
| 16179383 | 240272450 | GR5: 3YRHARD | I-2 | 292920.12 |
| 16178222 | 240266074 | GR2: 5 YR Conf | II-2 | 228000 |
| 16180539 | 240278350 | GR2: 5 YR Conf | II-2 | 193600 |
| 16180309 | 240278112 | GR2: 5 YR Conf | II-2 | 304391.22 |
| 16180376 | 240278182 | GR2: 5 YR Conf | II-2 | 188400 |
| 16178948 | 240268717 | GR4: NON3YRHARD | I-1 | 146361.9 |
| 16178970 | 240268867 | GR4: NON3YRHARD | I-1 | 241601.14 |
| 16180171 | 240258260 | GR4: NON3YRHARD | I-1 | 150000 |
| 16178879 | 240266622 | GR2: 5 YR Conf | II-2 | 126880 |
| 16180133 | 240258302 | GR5: 3YRHARD | I-2 | 403336.53 |
| 16178651 | 240267225 | GR2: 5 YR Conf | II-2 | 112395.87 |
| 16180024 | 240272558 | GR5: 3YRHARD | I-2 | 365000 |
| 16180238 | 240278041 | GR2: 5 YR Conf | II-2 | 240000 |
| 16179352 | 240272299 | GR5: 3YRHARD | I-2 | 391065.84 |
| 16179384 | 240272442 | GR5: 3YRHARD | I-2 | 308098.86 |
| 16179976 | 240272736 | GR5: 3YRHARD | I-2 | 383420.61 |
| 16180471 | 240278279 | GR2: 5 YR Conf | II-2 | 166828 |
| 16180540 | 240278351 | GR2: 5 YR Conf | II-2 | 312000 |
| 16178983 | 240268963 | GR4: NON3YRHARD | I-1 | 209661.56 |
| 16180377 | 240278183 | GR2: 5 YR Conf | II-2 | 127150 |
| 16180441 | 240278249 | GR3: 5 YR Non-Conf | II-3 | 488000 |
| 16179731 | 240272236 | GR5: 3YRHARD | I-2 | 195532.91 |
| 16179819 | 240272527 | GR5: 3YRHARD | I-2 | 395951.4 |
| 16178971 | 240268868 | GR4: NON3YRHARD | I-1 | 230382.49 |
| 16178425 | 240267037 | GR2: 5 YR Conf | II-2 | 272000 |
| 16180162 | 240258276 | GR5: 3YRHARD | I-2 | 262500 |
| 16180143 | 240258386 | GR4: NON3YRHARD | I-1 | 92950 |
| 16179709 | 240272134 | GR5: 3YRHARD | I-2 | 83822.41 |
| 16179696 | 240272183 | GR5: 3YRHARD | I-2 | 99761.69 |
| 16178313 | 240247867 | GR2: 5 YR Conf | II-2 | 222994.27 |
| 16180025 | 240272557 | GR5: 3YRHARD | I-2 | 367000 |
| 16178592 | 240267176 | GR2: 5 YR Conf | II-2 | 224150 |
| 16179310 | 240272479 | GR5: 3YRHARD | I-2 | 195007.95 |
| 16180239 | 240278042 | GR2: 5 YR Conf | II-2 | 299918.74 |
| 16178380 | 240266998 | GR2: 5 YR Conf | II-2 | 265000 |
| 16179252 | 240290811 | GR4: NON3YRHARD | I-1 | 496032.14 |
| 16178856 | 240266610 | GR2: 5 YR Conf | II-2 | 181200 |
| 16180436 | 240278244 | GR2: 5 YR Conf | II-2 | 188000 |
| 16180273 | 240278076 | GR3: 5 YR Non-Conf | II-3 | 596000 |
| 16178175 | 240266841 | GR2: 5 YR Conf | II-2 | 293606.7 |
| 16179707 | 240272158 | GR5: 3YRHARD | I-2 | 159528.76 |
| 16178925 | 240268498 | GR4: NON3YRHARD | I-1 | 234225.59 |
| 16179695 | 240272175 | GR5: 3YRHARD | I-2 | 155628.24 |
| 16178796 | 240267355 | GR2: 5 YR Conf | II-2 | 121600 |
| 16180177 | 240278951 | GR4: NON3YRHARD | I-1 | 563200 |
| 16178635 | 240266423 | GR2: 5 YR Conf | II-2 | 300000 |
| 16178531 | 240267133 | GR3: 5 YR Non-Conf | II-3 | 431117.79 |
| 16179682 | 240272107 | GR5: 3YRHARD | I-2 | 146898.8 |
| 16180108 | 240258366 | GR5: 3YRHARD | I-2 | 138700 |
| 16178337 | 240266958 | GR2: 5 YR Conf | II-2 | 120500 |
| 16179297 | 240290533 | GR4: NON3YRHARD | I-1 | 214815.14 |
| 16180234 | 240278037 | GR2: 5 YR Conf | II-2 | 104908 |
| 16179925 | 240272676 | GR5: 3YRHARD | I-2 | 194288.38 |
| 16179641 | 240272807 | GR5: 3YRHARD | I-2 | 616000 |
| 16179379 | 240272488 | GR5: 3YRHARD | I-2 | 203546.17 |
| 16179362 | 240272448 | GR5: 3YRHARD | I-2 | 274763.08 |
| 16179182 | 240268214 | GR4: NON3YRHARD | I-1 | 280882.31 |
| 16180372 | 240278177 | GR2: 5 YR Conf | II-2 | 305000 |
| 16180437 | 240278245 | GR2: 5 YR Conf | II-2 | 263900 |
| 16178969 | 240268864 | GR4: NON3YRHARD | I-1 | 333279.23 |
| 16179047 | 240269503 | GR4: NON3YRHARD | I-1 | 261199.36 |
| 16180274 | 240278077 | GR2: 5 YR Conf | II-2 | 172000 |
| 16179815 | 240272523 | GR5: 3YRHARD | I-2 | 635987.24 |
| 16178423 | 240267035 | GR2: 5 YR Conf | II-2 | 392000 |
| 16178315 | 240266942 | GR2: 5 YR Conf | II-2 | 125500 |
| 16179753 | 240272177 | GR5: 3YRHARD | I-2 | 138070.18 |
| 16178821 | 240266585 | GR2: 5 YR Conf | II-2 | 291742.37 |
| 16179270 | 240290685 | GR4: NON3YRHARD | I-1 | 541274.35 |
| 16179120 | 240290531 | GR4: NON3YRHARD | I-1 | 406540.23 |
| 16180062 | 240258323 | GR5: 3YRHARD | I-2 | 598679.27 |
| 16179926 | 240272677 | GR5: 3YRHARD | I-2 | 166400 |
| 16179098 | 240290536 | GR4: NON3YRHARD | I-1 | 203394.39 |
| 16179380 | 240272433 | GR5: 3YRHARD | I-2 | 150433.07 |
| 16180373 | 240278178 | GR3: 5 YR Non-Conf | II-3 | 503061.09 |
| 16178662 | 240267237 | GR2: 5 YR Conf | II-2 | 312000 |
| 16180438 | 240278246 | GR2: 5 YR Conf | II-2 | 163959 |
| 16180275 | 240278078 | GR2: 5 YR Conf | II-2 | 328000 |
| 16178802 | 240267360 | GR2: 5 YR Conf | II-2 | 291960 |
| 16178926 | 240268625 | GR4: NON3YRHARD | I-1 | 211958.94 |
| 16179572 | 240272331 | GR5: 3YRHARD | I-2 | 182763.42 |
| 16178760 | 240267322 | GR2: 5 YR Conf | II-2 | 92920 |
| 16180235 | 240278038 | GR2: 5 YR Conf | II-2 | 114399.96 |
| 16179271 | 240290672 | GR4: NON3YRHARD | I-1 | 578133.43 |
| 16179640 | 240272079 | GR5: 3YRHARD | I-2 | 189447.21 |
| 16178887 | 240267520 | GR4: NON3YRHARD | I-1 | 223798.87 |
| 16179354 | 240272422 | GR5: 3YRHARD | I-2 | 200064.78 |
| 16180354 | 240278158 | GR2: 5 YR Conf | II-2 | 279999.99 |
| 16179805 | 240272539 | GR5: 3YRHARD | I-2 | 310682.09 |
| 16179128 | 240290622 | GR4: NON3YRHARD | I-1 | 566113.01 |
| 16180618 | 240278431 | GR2: 5 YR Conf | II-2 | 372000 |
| 16180006 | 240272747 | GR5: 3YRHARD | I-2 | 131685.43 |
| 16178960 | 240268762 | GR4: NON3YRHARD | I-1 | 192416.59 |

| | | | | |
|---|---|---|---|---|
| 16180517 | 240278326 | GR2: 5 YR Conf | II-2 | 178043.91 |
| 16179630 | 240272068 | GR5: 3YRHARD | I-2 | 217120.6 |
| 16179442 | 240272302 | GR5: 3YRHARD | I-2 | 151951.07 |
| 16178934 | 240268656 | GR4: NON3YRHARD | I-1 | 201728.37 |
| 16178262 | 240266906 | GR3: 5 YR Non-Conf | II-3 | 619164.79 |
| 16178837 | 240266598 | GR2: 5 YR Conf | II-2 | 332000 |
| 16180117 | 240258371 | GR4: NON3YRHARD | I-1 | 500000 |
| 16178563 | 240267157 | GR2: 5 YR Conf | II-2 | 282674.01 |
| 16179212 | 240268428 | GR4: NON3YRHARD | I-1 | 361579.71 |
| 16179860 | 240272619 | GR5: 3YRHARD | I-2 | 174031.29 |
| 16179129 | 240290735 | GR4: NON3YRHARD | I-1 | 338919.48 |
| 16179909 | 240272611 | GR5: 3YRHARD | I-2 | 195267.02 |
| 16179016 | 240269259 | GR4: NON3YRHARD | I-1 | 308448.81 |
| 16178999 | 240269101 | GR4: NON3YRHARD | I-1 | 434628.38 |
| 16179631 | 240272069 | GR5: 3YRHARD | I-2 | 220025.52 |
| 16179443 | 240272342 | GR5: 3YRHARD | I-2 | 311416.63 |
| 16178909 | 240268581 | GR4: NON3YRHARD | I-1 | 380011.86 |
| 16179664 | 240272089 | GR5: 3YRHARD | I-2 | 106436.42 |
| 16180027 | 240258341 | GR4: NON3YRHARD | I-1 | 682500 |
| 16178499 | 240267108 | GR3: 5 YR Non-Conf | II-3 | 525600 |
| 16179858 | 240272565 | GR5: 3YRHARD | I-2 | 223990.3 |
| 16179551 | 240272217 | GR5: 3YRHARD | I-2 | 372959.48 |
| 16180270 | 240278073 | GR2: 5 YR Conf | II-2 | 260000 |
| 16179151 | 240290665 | GR4: NON3YRHARD | I-1 | 217998.21 |
| 16179750 | 240272171 | GR5: 3YRHARD | I-2 | 175580.58 |
| 16178942 | 240268681 | GR4: NON3YRHARD | I-1 | 463327.43 |
| 16179141 | 240290788 | GR4: NON3YRHARD | I-1 | 482432.33 |
| 16178354 | 240248250 | GR3: 5 YR Non-Conf | II-3 | 532500 |
| 16179680 | 240272105 | GR5: 3YRHARD | I-2 | 282520.8 |
| 16178690 | 240267265 | GR2: 5 YR Conf | II-2 | 188000 |
| 16180034 | 240258289 | GR4: NON3YRHARD | I-1 | 343251.94 |
| 16179268 | 240290675 | GR4: NON3YRHARD | I-1 | 514374.17 |
| 16179514 | 240272515 | GR5: 3YRHARD | I-2 | 224426.17 |
| 16178372 | 240266991 | GR2: 5 YR Conf | II-2 | 232000 |
| 16179097 | 240290724 | GR4: NON3YRHARD | I-1 | 569997.65 |
| 16179859 | 240272585 | GR5: 3YRHARD | I-2 | 267433.41 |
| 16178367 | 240266198 | GR2: 5 YR Conf | II-2 | 297600 |
| 16179464 | 240272457 | GR5: 3YRHARD | I-2 | 103186.01 |
| 16180434 | 240278242 | GR3: 5 YR Non-Conf | II-3 | 481000 |
| 16178487 | 240267098 | GR2: 5 YR Conf | II-2 | 144000 |
| 16180271 | 240278074 | GR2: 5 YR Conf | II-2 | 329387.07 |
| 16178191 | 240266853 | GR2: 5 YR Conf | II-2 | 379747.48 |
| 16179152 | 240290595 | GR4: NON3YRHARD | I-1 | 410690.66 |
| 16178979 | 240268926 | GR4: NON3YRHARD | I-1 | 307429.06 |
| 16178924 | 240268497 | GR4: NON3YRHARD | I-1 | 653818.92 |
| 16178943 | 240268682 | GR4: NON3YRHARD | I-1 | 600010.43 |
| 16179610 | 240272818 | GR5: 3YRHARD | I-2 | 630000 |
| 16179269 | 240290529 | GR4: NON3YRHARD | I-1 | 645046.79 |
| 16179519 | 240272288 | GR5: 3YRHARD | I-2 | 420179.67 |
| 16179923 | 240272672 | GR5: 3YRHARD | I-2 | 279332.73 |
| 16179360 | 240272408 | GR5: 3YRHARD | I-2 | 104869.65 |
| 16180073 | 240258314 | GR4: NON3YRHARD | I-1 | 495457.47 |
| 16180435 | 240278243 | GR2: 5 YR Conf | II-2 | 199999.14 |
| 16180272 | 240278075 | GR2: 5 YR Conf | II-2 | 250206.09 |
| 16179752 | 240272173 | GR5: 3YRHARD | I-2 | 171401.65 |
| 16178545 | 240267142 | GR2: 5 YR Conf | II-2 | 202500 |
| 16178648 | 240267224 | GR2: 5 YR Conf | II-2 | 188720 |
| 16178915 | 240268604 | GR4: NON3YRHARD | I-1 | 257699.46 |
| 16179681 | 240272106 | GR5: 3YRHARD | I-2 | 223578.24 |
| 16178584 | 240267170 | GR3: 5 YR Non-Conf | II-3 | 464000 |
| 16180233 | 240278036 | GR2: 5 YR Conf | II-2 | 287869.61 |
| 16179291 | 240290655 | GR4: NON3YRHARD | I-1 | 499305.49 |
| 16178373 | 240266992 | GR2: 5 YR Conf | II-2 | 260000 |
| 16179361 | 240272426 | GR5: 3YRHARD | I-2 | 224026 |
| 16180250 | 240278053 | GR2: 5 YR Conf | II-2 | 157600 |
| 16178935 | 240268662 | GR4: NON3YRHARD | I-1 | 653859.13 |
| 16179556 | 240272447 | GR5: 3YRHARD | I-2 | 144260.3 |
| 16178962 | 240268789 | GR4: NON3YRHARD | I-1 | 297365.42 |
| 16178791 | 240267351 | GR2: 5 YR Conf | II-2 | 136000 |
| 16178292 | 240266924 | GR2: 5 YR Conf | II-2 | 220865 |
| 16180083 | 240258356 | GR4: NON3YRHARD | I-1 | 304000 |
| 16178334 | 240266168 | GR2: 5 YR Conf | II-2 | 149382.42 |
| 16179262 | 240290649 | GR4: NON3YRHARD | I-1 | 490449.78 |
| 16178667 | 240266454 | GR2: 5 YR Conf | II-2 | 236800 |
| 16179241 | 240290775 | GR4: NON3YRHARD | I-1 | 450535.99 |
| 16179958 | 240272642 | GR5: 3YRHARD | I-2 | 356000 |
| 16178357 | 240266190 | GR2: 5 YR Conf | II-2 | 154000 |
| 16178216 | 240266067 | GR2: 5 YR Conf | II-2 | 320000 |
| 16180013 | 240272725 | GR5: 3YRHARD | I-2 | 164000 |
| 16179846 | 240272561 | GR5: 3YRHARD | I-2 | 195001.82 |
| 16179637 | 240272076 | GR5: 3YRHARD | I-2 | 421991.96 |
| 16180251 | 240278054 | GR2: 5 YR Conf | II-2 | 224000 |
| 16180102 | 240258310 | GR4: NON3YRHARD | I-1 | 469364.55 |
| 16178683 | 240267260 | GR2: 5 YR Conf | II-2 | 232000 |
| 16178300 | 240247692 | GR2: 5 YR Conf | II-2 | 152000 |
| 16178765 | 240266538 | GR2: 5 YR Conf | II-2 | 337500 |
| 16179796 | 240272767 | GR5: 3YRHARD | I-2 | 259472.31 |
| 16178564 | 240267158 | GR2: 5 YR Conf | II-2 | 266000 |
| 16179114 | 240290674 | GR4: NON3YRHARD | I-1 | 473088.95 |
| 16178383 | 240267000 | GR2: 5 YR Conf | II-2 | 292000 |
| 16180014 | 240272726 | GR5: 3YRHARD | I-2 | 602200 |
| 16179473 | 240272330 | GR5: 3YRHARD | I-2 | 228949.85 |
| 16179794 | 240272785 | GR5: 3YRHARD | I-2 | 332006.91 |
| 16180176 | 240258408 | GR4: NON3YRHARD | I-1 | 654805.45 |
| 16179007 | 240269173 | GR4: NON3YRHARD | I-1 | 310947.73 |

```
16180252      240278055      GR2: 5 YR Conf              II-2           99782.75
16179699      240272118      GR5: 3YRHARD                I-2          371762.3
16179041      240269456      GR4: NON3YRHARD             I-1          267528.4
16180111      240258317      GR5: 3YRHARD                I-2           525000
16179614      240272820      GR5: 3YRHARD                I-2           337500
16178517      240267120      GR2: 5 YR Conf              II-2           226500
16179213      240268438      GR4: NON3YRHARD             I-1          332142.04
16179215      240290526      GR4: NON3YRHARD             I-1          410656.82
16179639      240272078      GR5: 3YRHARD                I-2          423066.69
16179353      240272463      GR5: 3YRHARD                I-2          168054.41
16180253      240278056      GR2: 5 YR Conf              II-2          169949.73
16178951      240268728      GR4: NON3YRHARD             I-1          652422.48
16179669      240272094      GR5: 3YRHARD                I-2          305378.96
16180030      240258343      GR5: 3YRHARD                I-2          648569.21
16179263      240290742      GR4: NON3YRHARD             I-1          582144.06
16179506      240272507      GR5: 3YRHARD                I-2          192020.77
16179131      240290608      GR4: NON3YRHARD             I-1          224291.06
16179227      240290648      GR4: NON3YRHARD             I-1          452101.4
16179913      240272689      GR5: 3YRHARD                I-2          152414.45
16178365      240266196      GR3: 5 YR Non-Conf          II-3         615998.17
16178862      240266613      GR3: 5 YR Non-Conf          II-3          496000
16179946      240272659      GR5: 3YRHARD                I-2          180804.08
16180612      240278425      GR2: 5 YR Conf              II-2         167695.42
16179461      240272334      GR5: 3YRHARD                I-2          373172.21
16180057      240258340      GR4: NON3YRHARD             I-1         1291913.93
16179339      240272210      GR5: 3YRHARD                I-2          207387.66
16179617      240272780      GR5: 3YRHARD                I-2           497600
16179023      240269316      GR4: NON3YRHARD             I-1          422561.95
16178482      240267095      GR2: 5 YR Conf              II-2          228000
16178906      240267647      GR4: NON3YRHARD             I-1          230686.38
16178769      240266542      GR2: 5 YR Conf              II-2          400000
16179219      240290703      GR4: NON3YRHARD             I-1          243917.34
16178384      240267001      GR2: 5 YR Conf              II-2          250000
16179096      240290785      GR4: NON3YRHARD             I-1          628831.39
16178256      240266112      GR2: 5 YR Conf              II-2          195200
16179112      240290738      GR4: NON3YRHARD             I-1          188646.97
16179856      240272614      GR5: 3YRHARD                I-2          241388.59
16179224      240290664      GR4: NON3YRHARD             I-1          643306.35
16180613      240278426      GR2: 5 YR Conf              II-2          193500
16179462      240272220      GR5: 3YRHARD                I-2          207224.04
16178721      240267290      GR2: 5 YR Conf              II-2          197600
16179358      240272306      GR5: 3YRHARD                I-2          134802.1
16179408      240272280      GR5: 3YRHARD                I-2          238629.97
16178941      240268679      GR4: NON3YRHARD             I-1          444059.9
16179043      240269470      GR4: NON3YRHARD             I-1          266921.5
16178914      240268602      GR4: NON3YRHARD             I-1          464836.27
16179678      240272103      GR5: 3YRHARD                I-2          224076.68
16178933      240268651      GR4: NON3YRHARD             I-1          347880.23
16178766      240266539      GR3: 5 YR Non-Conf          II-3          560000
16178569      240267161      GR2: 5 YR Conf              II-2          251896.38
16179220      240290563      GR4: NON3YRHARD             I-1          651643.38
16179211      240268423      GR4: NON3YRHARD             I-1          340145.46
16179857      240272615      GR5: 3YRHARD                I-2          151761.12
16178361      240266192      GR2: 5 YR Conf              II-2          267292.79
16179127      240290810      GR4: NON3YRHARD             I-1          460104.89
16179906      240272604      GR5: 3YRHARD                I-2          487297.27
16178366      240266197      GR2: 5 YR Conf              II-2          271200
16179463      240272417      GR5: 3YRHARD                I-2          220374.8
16179403      240272185      GR5: 3YRHARD                I-2          302113.82
16178657      240267232      GR2: 5 YR Conf              II-2          152000
16179749      240272170      GR5: 3YRHARD                I-2          119870.1
16179570      240272401      GR5: 3YRHARD                I-2          220672.86
16179140      240290792      GR4: NON3YRHARD             I-1          307021.18
16179031      240269382      GR4: NON3YRHARD             I-1          435166.21
16179679      240272104      GR5: 3YRHARD                I-2          310991.14
16178261      240266116      GR2: 5 YR Conf              II-2          104988.94
16180080      240258354      GR5: 3YRHARD                I-2          374004.2
16179267      240290545      GR4: NON3YRHARD             I-1          462949.34
16179259      240290593      GR4: NON3YRHARD             I-1          449513.93
16179287      240290602      GR4: NON3YRHARD             I-1          560213.96
16179130      240290761      GR4: NON3YRHARD             I-1          438601.69
16179956      240272663      GR5: 3YRHARD                I-2           520000
16180011      240272723      GR5: 3YRHARD                I-2          191594.09
16178840      240266601      GR2: 5 YR Conf              II-2          144674
16178817      240266582      GR3: 5 YR Non-Conf          II-3          530400
16179890      240272576      GR5: 3YRHARD                I-2          384131.47
16180524      240278334      GR2: 5 YR Conf              II-2          308000
16179642      240272781      GR5: 3YRHARD                I-2          239000
16179446      240272191      GR5: 3YRHARD                I-2          115525.39
16179012      240269235      GR4: NON3YRHARD             I-1          199243.81
16180249      240278052      GR2: 5 YR Conf              II-2          250000
16179040      240268543      GR4: NON3YRHARD             I-1          282888.62
16178950      240268725      GR4: NON3YRHARD             I-1          161278.13
16179504      240272505      GR5: 3YRHARD                I-2           99462.24
16179288      240290677      GR4: NON3YRHARD             I-1          519983.39
16179911      240272650      GR5: 3YRHARD                I-2           391050
16179957      240272641      GR5: 3YRHARD                I-2           153224
16180012      240272724      GR5: 3YRHARD                I-2           400000
16180069      240258350      GR5: 3YRHARD                I-2           790000
16180060      240258280      GR4: NON3YRHARD             I-1          279350
16180525      240278335      GR2: 5 YR Conf              II-2          203000
16179447      240272303      GR5: 3YRHARD                I-2          192062.18
16179973      240272750      GR5: 3YRHARD                I-2           131000
16180134      240258378      GR5: 3YRHARD                I-2          920812.03
16178908      240268574      GR4: NON3YRHARD             I-1          483594.01
```

| | | | | |
|---|---|---|---|---|
| 16179657 | 240272081 | GR5: 3YRHARD | I-2 | 201473.16 |
| 16179788 | 240272804 | GR5: 3YRHARD | I-2 | 355051.84 |
| 16180032 | 240258344 | GR5: 3YRHARD | I-2 | 720000 |
| 16179110 | 240290632 | GR4: NON3YRHARD | I-2 | 340943.3 |
| 16178674 | 240267252 | GR2: 5 YR Conf | II-1 | 336000 |
| 16179901 | 240272578 | GR5: 3YRHARD | I-2 | 332320.76 |
| 16180608 | 240278421 | GR2: 5 YR Conf | II-2 | 304000 |
| 16179457 | 240272333 | GR5: 3YRHARD | I-2 | 268844.5 |
| 16179997 | 240272709 | GR5: 3YRHARD | I-2 | 186235.62 |
| 16180049 | 240258294 | GR4: NON3YRHARD | I-1 | 371181.15 |
| 16179104 | 240290528 | GR4: NON3YRHARD | I-1 | 150185.43 |
| 16180508 | 240278317 | GR2: 5 YR Conf | II-2 | 275900 |
| 16179174 | 240268122 | GR4: NON3YRHARD | I-1 | 407395.86 |
| 16179435 | 240272325 | GR5: 3YRHARD | I-2 | 124258.5 |
| 16178782 | 240267344 | GR2: 5 YR Conf | II-2 | 316000 |
| 16180046 | 240258316 | GR4: NON3YRHARD | I-1 | 520850.97 |
| 16179030 | 240269376 | GR4: NON3YRHARD | I-1 | 319882.85 |
| 16179020 | 240269286 | GR4: NON3YRHARD | I-1 | 419323.11 |
| 16178585 | 240267171 | GR2: 5 YR Conf | II-2 | 186750 |
| 16180098 | 240258336 | GR4: NON3YRHARD | I-1 | 801232.43 |
| 16178574 | 240267164 | GR2: 5 YR Conf | II-2 | 90985.06 |
| 16178289 | 240266921 | GR2: 5 YR Conf | II-2 | 250001 |
| 16178254 | 240266110 | GR2: 5 YR Conf | II-2 | 140064.94 |
| 16179853 | 240272609 | GR5: 3YRHARD | I-2 | 127146.28 |
| 16179902 | 240272602 | GR5: 3YRHARD | I-2 | 177974.86 |
| 16180609 | 240278422 | GR2: 5 YR Conf | II-2 | 176000 |
| 16179458 | 240272339 | GR5: 3YRHARD | I-2 | 714425.84 |
| 16179998 | 240272706 | GR5: 3YRHARD | I-2 | 103353.11 |
| 16179005 | 240269154 | GR4: NON3YRHARD | I-1 | 349297.72 |
| 16179400 | 240272423 | GR5: 3YRHARD | I-2 | 116037.57 |
| 16178932 | 240268647 | GR4: NON3YRHARD | I-1 | 269887.75 |
| 16180081 | 240258312 | GR5: 3YRHARD | I-2 | 480000 |
| 16178582 | 240267169 | GR2: 5 YR Conf | II-2 | 234670 |
| 16179257 | 240290578 | GR4: NON3YRHARD | I-1 | 837313.77 |
| 16178615 | 240267195 | GR2: 5 YR Conf | II-2 | 360000 |
| 16179126 | 240290644 | GR4: NON3YRHARD | I-1 | 986880.67 |
| 16179903 | 240272573 | GR5: 3YRHARD | I-2 | 516176.65 |
| 16180610 | 240278423 | GR2: 5 YR Conf | II-2 | 180000 |
| 16180160 | 240258398 | GR5: 3YRHARD | I-2 | 134000 |
| 16179459 | 240272341 | GR5: 3YRHARD | I-2 | 348973.8 |
| 16179626 | 240272119 | GR5: 3YRHARD | I-2 | 172419.63 |
| 16178443 | 240267056 | GR2: 5 YR Conf | II-2 | 227950 |
| 16179357 | 240272409 | GR5: 3YRHARD | I-2 | 180058.29 |
| 16179401 | 240272482 | GR5: 3YRHARD | I-2 | 124827.45 |
| 16179021 | 240268527 | GR4: NON3YRHARD | I-1 | 361359.88 |
| 16178331 | 240266165 | GR2: 5 YR Conf | II-2 | 252342.85 |
| 16179658 | 240272083 | GR5: 3YRHARD | I-2 | 313100 |
| 16180041 | 240258271 | GR4: NON3YRHARD | I-1 | 217000 |
| 16179218 | 240290626 | GR4: NON3YRHARD | I-1 | 622512.97 |
| 16178465 | 240267080 | GR2: 5 YR Conf | II-2 | 147400 |
| 16178665 | 240266452 | GR2: 5 YR Conf | II-2 | 283748.05 |
| 16178255 | 240266111 | GR2: 5 YR Conf | II-2 | 114102.84 |
| 16179854 | 240272612 | GR5: 3YRHARD | I-2 | 339800 |
| 16179904 | 240272595 | GR5: 3YRHARD | I-2 | 378516.67 |
| 16179945 | 240272658 | GR5: 3YRHARD | I-2 | 153600 |
| 16180611 | 240278424 | GR2: 5 YR Conf | II-2 | 193999.04 |
| 16179402 | 240272413 | GR5: 3YRHARD | I-2 | 316102.34 |
| 16179974 | 240272696 | GR5: 3YRHARD | I-2 | 158115.01 |
| 16178957 | 240268741 | GR4: NON3YRHARD | I-1 | 454259.88 |
| 16178480 | 240267093 | GR3: 5 YR Non-Conf | II-3 | 560000 |
| 16179677 | 240272102 | GR5: 3YRHARD | I-2 | 212359.26 |
| 16180093 | 240258278 | GR4: NON3YRHARD | I-1 | 274945.85 |
| 16178285 | 240266128 | GR2: 5 YR Conf | II-2 | 380000 |
| 16178346 | 240266179 | GR2: 5 YR Conf | II-2 | 414900 |
| 16179111 | 240290527 | GR4: NON3YRHARD | I-1 | 124954.33 |
| 16179855 | 240272584 | GR5: 3YRHARD | I-2 | 211494.79 |
| 16179905 | 240272603 | GR5: 3YRHARD | I-2 | 400000 |
| 16180168 | 240258291 | GR4: NON3YRHARD | I-1 | 363750 |
| 16178703 | 240267277 | GR2: 5 YR Conf | II-2 | 405000 |
| 16178695 | 240267271 | GR2: 5 YR Conf | II-2 | 291999.94 |
| 16178777 | 240267339 | GR2: 5 YR Conf | II-2 | 225200 |
| 16178235 | 240266090 | GR2: 5 YR Conf | II-2 | 198400 |
| 16179994 | 240272713 | GR5: 3YRHARD | I-2 | 289961.83 |
| 16179876 | 240272588 | GR5: 3YRHARD | I-2 | 543077.79 |
| 16180501 | 240278310 | GR2: 5 YR Conf | II-2 | 151877.26 |
| 16180571 | 240278382 | GR2: 5 YR Conf | II-2 | 143726 |
| 16179094 | 240269868 | GR4: NON3YRHARD | I-1 | 224122.45 |
| 16178356 | 240266978 | GR2: 5 YR Conf | II-2 | 127125 |
| 16180339 | 240278142 | GR2: 5 YR Conf | II-2 | 306900 |
| 16180403 | 240278211 | GR3: 5 YR Non-Conf | II-3 | 710918.51 |
| 16179730 | 240272235 | GR5: 3YRHARD | I-2 | 315334.85 |
| 16179343 | 240272278 | GR5: 3YRHARD | I-2 | 218431.7 |
| 16180086 | 240258322 | GR4: NON3YRHARD | I-1 | 584710.09 |
| 16178673 | 240267250 | GR2: 5 YR Conf | II-2 | 110800 |
| 16178185 | 240266849 | GR2: 5 YR Conf | II-2 | 208200 |
| 16179995 | 240272707 | GR5: 3YRHARD | I-2 | 275416.5 |
| 16180502 | 240278311 | GR2: 5 YR Conf | II-2 | 231900 |
| 16180572 | 240278383 | GR2: 5 YR Conf | II-2 | 127699.1 |
| 16180187 | 240278953 | GR4: NON3YRHARD | I-1 | 320000 |
| 16179430 | 240272441 | GR5: 3YRHARD | I-2 | 192605.01 |
| 16180340 | 240278143 | GR2: 5 YR Conf | II-2 | 132092.96 |
| 16180404 | 240278212 | GR3: 5 YR Non-Conf | II-3 | 693000 |
| 16178810 | 240266578 | GR2: 5 YR Conf | II-2 | 129600 |
| 16178973 | 240268897 | GR4: NON3YRHARD | I-1 | 311474.17 |
| 16179050 | 240269535 | GR4: NON3YRHARD | I-1 | 301253.45 |

| | | | | |
|---|---|---|---|---|
| 16178433 | 240267045 | GR2: 5 YR Conf | II-2 | 276000 |
| 16178329 | 240266952 | GR2: 5 YR Conf | II-2 | 169950 |
| 16178308 | 240266146 | GR2: 5 YR Conf | II-2 | 121500 |
| 16178236 | 240266091 | GR2: 5 YR Conf | II-2 | 232000 |
| 16180503 | 240278312 | GR2: 5 YR Conf | II-2 | 215016 |
| 16179877 | 240272580 | GR5: 3YRHARD | I-2 | 560142.22 |
| 16180573 | 240278384 | GR2: 5 YR Conf | II-2 | 114981.08 |
| 16179078 | 240269799 | GR4: NON3YRHARD | I-1 | 278258.6 |
| 16179095 | 240269870 | GR4: NON3YRHARD | I-1 | 434629.55 |
| 16179431 | 240272473 | GR5: 3YRHARD | I-2 | 416134.73 |
| 16180341 | 240278144 | GR2: 5 YR Conf | II-2 | 348000 |
| 16180405 | 240278213 | GR2: 5 YR Conf | II-2 | 416879.25 |
| 16179832 | 240272553 | GR5: 3YRHARD | I-2 | 211485.86 |
| 16180113 | 240258338 | GR4: NON3YRHARD | I-1 | 999908.21 |
| 16179971 | 240272748 | GR5: 3YRHARD | I-2 | 248000 |
| 16178903 | 240267633 | GR4: NON3YRHARD | I-1 | 607810.81 |
| 16179768 | 240272793 | GR5: 3YRHARD | I-2 | 203200 |
| 16178788 | 240267349 | GR3: 5 YR Non-Conf | II-3 | 571200 |
| 16178902 | 240267632 | GR4: NON3YRHARD | I-1 | 362266.15 |
| 16179237 | 240290555 | GR4: NON3YRHARD | I-1 | 742323.08 |
| 16180604 | 240278417 | GR2: 5 YR Conf | II-2 | 127489.98 |
| 16179547 | 240272346 | GR5: 3YRHARD | I-2 | 171590.11 |
| 16179103 | 240290553 | GR4: NON3YRHARD | I-1 | 376808.98 |
| 16180504 | 240278313 | GR2: 5 YR Conf | II-2 | 202320 |
| 16180574 | 240278385 | GR2: 5 YR Conf | II-2 | 199966.37 |
| 16179432 | 240272317 | GR5: 3YRHARD | I-2 | 120038.86 |
| 16180342 | 240278145 | GR3: 5 YR Non-Conf | II-3 | 521650 |
| 16179833 | 240272550 | GR5: 3YRHARD | I-2 | 395128.32 |
| 16178800 | 240266570 | GR2: 5 YR Conf | II-2 | 228797.83 |
| 16179541 | 240272360 | GR5: 3YRHARD | I-2 | 112500 |
| 16178288 | 240266920 | GR2: 5 YR Conf | II-2 | 285000 |
| 16178464 | 240266290 | GR2: 5 YR Conf | II-2 | 144000 |
| 16178252 | 240266108 | GR2: 5 YR Conf | II-2 | 150000 |
| 16178343 | 240266175 | GR2: 5 YR Conf | II-2 | 116000 |
| 16178554 | 240267150 | GR2: 5 YR Conf | II-2 | 163200 |
| 16180605 | 240278418 | GR2: 5 YR Conf | II-2 | 50000 |
| 16179944 | 240272665 | GR5: 3YRHARD | I-2 | 4031145.91 |
| 16178526 | 240267129 | GR2: 5 YR Conf | II-2 | 238000 |
| 16178237 | 240266092 | GR2: 5 YR Conf | II-2 | 270399.74 |
| 16180505 | 240278314 | GR2: 5 YR Conf | II-2 | 204999.99 |
| 16179878 | 240272601 | GR5: 3YRHARD | I-2 | 155670.2 |
| 16180575 | 240278386 | GR2: 5 YR Conf | II-2 | 294300 |
| 16178474 | 240267088 | GR2: 5 YR Conf | II-2 | 171108.6 |
| 16179433 | 240272315 | GR5: 3YRHARD | I-2 | 164705.43 |
| 16179780 | 240272774 | GR5: 3YRHARD | I-2 | 290000 |
| 16180343 | 240278146 | GR2: 5 YR Conf | II-2 | 182400 |
| 16179834 | 240272551 | GR5: 3YRHARD | I-2 | 238000 |
| 16178412 | 240267024 | GR2: 5 YR Conf | II-2 | 408000 |
| 16178698 | 240267273 | GR2: 5 YR Conf | II-2 | 268000 |
| 16179905 | 240267646 | GR4: NON3YRHARD | I-1 | 599164.49 |
| 16180131 | 240258376 | GR5: 3YRHARD | I-2 | 235599.92 |
| 16180104 | 240258256 | GR5: 3YRHARD | I-2 | 134702.83 |
| 16180031 | 240258335 | GR4: NON3YRHARD | I-1 | 718415.13 |
| 16178751 | 240267316 | GR2: 5 YR Conf | II-2 | 182000 |
| 16179256 | 240290682 | GR4: NON3YRHARD | I-1 | 881194.13 |
| 16178467 | 240267082 | GR2: 5 YR Conf | II-2 | 292000 |
| 16179222 | 240290612 | GR4: NON3YRHARD | I-1 | 301813.77 |
| 16179900 | 240272577 | GR5: 3YRHARD | I-2 | 271424.96 |
| 16178749 | 240267314 | GR2: 5 YR Conf | II-2 | 268000 |
| 16180606 | 240278419 | GR2: 5 YR Conf | II-2 | 324000 |
| 16178559 | 240267154 | GR2: 5 YR Conf | II-2 | 160000 |
| 16178553 | 240267149 | GR2: 5 YR Conf | II-2 | 158344.85 |
| 16179199 | 240267891 | GR4: NON3YRHARD | I-1 | 367775.03 |
| 16180506 | 240278315 | GR2: 5 YR Conf | II-2 | 287199.99 |
| 16179767 | 240272790 | GR5: 3YRHARD | I-2 | 474865.66 |
| 16180344 | 240278147 | GR2: 5 YR Conf | II-2 | 153353.59 |
| 16178442 | 240267055 | GR2: 5 YR Conf | II-2 | 417000 |
| 16179972 | 240272749 | GR5: 3YRHARD | I-2 | 225600 |
| 16179769 | 240272792 | GR5: 3YRHARD | I-2 | 316000 |
| 16178253 | 240266109 | GR3: 5 YR Non-Conf | II-3 | 648000 |
| 16179210 | 240268416 | GR4: NON3YRHARD | I-1 | 257710.21 |
| 16180607 | 240278420 | GR2: 5 YR Conf | II-2 | 153314.02 |
| 16179996 | 240272708 | GR5: 3YRHARD | I-2 | 175092.92 |
| 16178492 | 240267102 | GR3: 5 YR Non-Conf | II-3 | 540000 |
| 16180507 | 240278316 | GR2: 5 YR Conf | II-2 | 169299.76 |
| 16179879 | 240272569 | GR5: 3YRHARD | I-2 | 209955.18 |
| 16179079 | 240269803 | GR4: NON3YRHARD | I-1 | 214395.67 |
| 16179434 | 240272304 | GR5: 3YRHARD | I-2 | 208066.74 |
| 16178720 | 240267289 | GR2: 5 YR Conf | II-2 | 200520 |
| 16180043 | 240258348 | GR4: NON3YRHARD | I-1 | 713200 |
| 16178871 | 240266619 | GR2: 5 YR Conf | II-2 | 240000 |
| 16179281 | 240290715 | GR4: NON3YRHARD | I-1 | 446576.25 |
| 16178233 | 240266088 | GR2: 5 YR Conf | II-2 | 151611.01 |
| 16180567 | 240278378 | GR2: 5 YR Conf | II-2 | 154400 |
| 16180335 | 240278138 | GR2: 5 YR Conf | II-2 | 240000 |
| 16180399 | 240278207 | GR2: 5 YR Conf | II-2 | 271518.71 |
| 16180068 | 240258275 | GR4: NON3YRHARD | I-1 | 254438.69 |
| 16180467 | 240278275 | GR2: 5 YR Conf | II-2 | 160720 |
| 16179086 | 240269834 | GR4: NON3YRHARD | I-1 | 374930.96 |
| 16180305 | 240278108 | GR2: 5 YR Conf | II-2 | 200000 |
| 16178411 | 240267023 | GR3: 5 YR Non-Conf | II-3 | 612000 |
| 16178400 | 240267012 | GR2: 5 YR Conf | II-2 | 243056.15 |
| 16178452 | 240267065 | GR2: 5 YR Conf | II-2 | 276000 |
| 16179615 | 240272821 | GR5: 3YRHARD | I-2 | 195200 |
| 16178500 | 240267109 | GR3: 5 YR Non-Conf | II-3 | 453000 |

Unassociated Document

Page 138 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 139 of 279

| | | | | |
|---|---|---|---|---|
| 16179873 | 240272636 | GR5: 3YRHARD | I-2 | 143595.77 |
| 16180568 | 240278379 | GR2: 5 YR Conf | II-2 | 237500 |
| 16180336 | 240278139 | GR2: 5 YR Conf | II-2 | 214480 |
| 16180400 | 240278208 | GR2: 5 YR Conf | II-2 | 190800 |
| 16180306 | 240278109 | GR2: 5 YR Conf | II-2 | 91920 |
| 16179645 | 240272809 | GR5: 3YRHARD | I-2 | 213600 |
| 16180154 | 240258393 | GR5: 3YRHARD | I-2 | 484000 |
| 16179728 | 240272233 | GR5: 3YRHARD | I-2 | 207504.31 |
| 16180021 | 240272554 | GR5: 3YRHARD | I-2 | 727500 |
| 16179616 | 240272822 | GR5: 3YRHARD | I-2 | 267200 |
| 16178234 | 240266089 | GR2: 5 YR Conf | II-2 | 317640.03 |
| 16180499 | 240278308 | GR2: 5 YR Conf | II-2 | 136000 |
| 16179874 | 240272567 | GR5: 3YRHARD | I-2 | 243773.97 |
| 16180569 | 240278380 | GR2: 5 YR Conf | II-2 | 383993.84 |
| 16180337 | 240278140 | GR2: 5 YR Conf | II-2 | 171612 |
| 16180175 | 240258407 | GR4: NON3YRHARD | I-1 | 284800 |
| 16179479 | 240272221 | GR5: 3YRHARD | I-2 | 108001.3 |
| 16180401 | 240278209 | GR2: 5 YR Conf | II-2 | 416000 |
| 16178994 | 240269054 | GR4: NON3YRHARD | I-1 | 231259.97 |
| 16180468 | 240278276 | GR2: 5 YR Conf | II-2 | 248000 |
| 16179729 | 240272234 | GR5: 3YRHARD | I-2 | 181262.03 |
| 16178453 | 240267066 | GR2: 5 YR Conf | II-2 | 320800 |
| 16180096 | 240258362 | GR5: 3YRHARD | I-2 | 261000 |
| 16178677 | 240267254 | GR2: 5 YR Conf | II-2 | 212208 |
| 16178461 | 240267076 | GR2: 5 YR Conf | II-2 | 234176 |
| 16178182 | 240247982 | GR2: 5 YR Conf | II-2 | 281141.97 |
| 16180078 | 240258353 | GR5: 3YRHARD | I-2 | 472000 |
| 16180500 | 240278309 | GR2: 5 YR Conf | II-2 | 160999.99 |
| 16179875 | 240272568 | GR5: 3YRHARD | I-2 | 367916.87 |
| 16180570 | 240278381 | GR2: 5 YR Conf | II-2 | 109600 |
| 16180338 | 240278141 | GR2: 5 YR Conf | II-2 | 202458.26 |
| 16180402 | 240278210 | GR3: 5 YR Non-Conf | II-3 | 835902.5 |
| 16180469 | 240278277 | GR3: 5 YR Non-Conf | II-3 | 650000 |
| 16178653 | 240267227 | GR3: 5 YR Non-Conf | II-3 | 650000 |
| 16179075 | 240269765 | GR4: NON3YRHARD | I-1 | 321008.35 |
| 16179049 | 240269534 | GR4: NON3YRHARD | I-1 | 600887.53 |
| 16180118 | 240258320 | GR4: NON3YRHARD | I-1 | 560000 |
| 16179501 | 240272502 | GR5: 3YRHARD | I-2 | 280061.59 |
| 16180229 | 240278032 | GR2: 5 YR Conf | II-2 | 207000 |
| 16178362 | 240266193 | GR3: 5 YR Non-Conf | II-3 | 617660.44 |
| 16178744 | 240267309 | GR2: 5 YR Conf | II-2 | 128000 |
| 16179376 | 240272419 | GR5: 3YRHARD | I-2 | 192002.33 |
| 16179546 | 240272375 | GR5: 3YRHARD | I-2 | 143656.83 |
| 16180529 | 240278339 | GR3: 5 YR Non-Conf | II-3 | 919700 |
| 16180298 | 240278101 | GR2: 5 YR Conf | II-2 | 312000 |
| 16180366 | 240278171 | GR2: 5 YR Conf | II-2 | 189500 |
| 16178421 | 240267033 | GR2: 5 YR Conf | II-2 | 315844.58 |
| 16179693 | 240272165 | GR5: 3YRHARD | I-2 | 312133.47 |
| 16180123 | 240258261 | GR4: NON3YRHARD | I-1 | 162400 |
| 16180035 | 240258337 | GR4: NON3YRHARD | I-1 | 934417.9 |
| 16179776 | 240272797 | GR5: 3YRHARD | I-2 | 351161.15 |
| 16180230 | 240278033 | GR2: 5 YR Conf | II-2 | 236800 |
| 16179502 | 240272503 | GR5: 3YRHARD | I-2 | 272088.1 |
| 16180063 | 240258304 | GR5: 3YRHARD | I-2 | 407101.9 |
| 16180180 | 240258411 | GR5: 3YRHARD | I-2 | 458000 |
| 16179189 | 240270229 | GR4: NON3YRHARD | I-1 | 212044.79 |
| 16180461 | 240278269 | GR2: 5 YR Conf | II-2 | 164000 |
| 16180530 | 240278340 | GR2: 5 YR Conf | II-2 | 176000 |
| 16180299 | 240278102 | GR2: 5 YR Conf | II-2 | 312000 |
| 16180367 | 240278172 | GR3: 5 YR Non-Conf | II-3 | 432000 |
| 16178491 | 240267101 | GR3: 5 YR Non-Conf | II-3 | 609233.77 |
| 16178450 | 240267063 | GR2: 5 YR Conf | II-2 | 280000 |
| 16178946 | 240268707 | GR4: NON3YRHARD | I-1 | 293873.01 |
| 16178968 | 240268859 | GR4: NON3YRHARD | I-1 | 193050.43 |
| 16179046 | 240269498 | GR4: NON3YRHARD | I-1 | 208916.03 |
| 16178709 | 240267281 | GR3: 5 YR Non-Conf | II-3 | 806500 |
| 16180112 | 240258368 | GR5: 3YRHARD | I-2 | 997616.93 |
| 16179053 | 240269561 | GR4: NON3YRHARD | I-1 | 201669.02 |
| 16179705 | 240272181 | GR5: 3YRHARD | I-2 | 106746.39 |
| 16178624 | 240267203 | GR2: 5 YR Conf | II-2 | 156000 |
| 16180103 | 240258364 | GR4: NON3YRHARD | I-1 | 348000 |
| 16180231 | 240278034 | GR2: 5 YR Conf | II-2 | 168800 |
| 16179119 | 240290698 | GR4: NON3YRHARD | I-1 | 582608.29 |
| 16180462 | 240278270 | GR2: 5 YR Conf | II-2 | 204000 |
| 16180531 | 240278341 | GR2: 5 YR Conf | II-2 | 308000 |
| 16180300 | 240278103 | GR3: 5 YR Non-Conf | II-3 | 638789.82 |
| 16180368 | 240278173 | GR2: 5 YR Conf | II-2 | 71267.37 |
| 16179722 | 240272227 | GR5: 3YRHARD | I-2 | 215543.35 |
| 16178694 | 240267269 | GR2: 5 YR Conf | II-2 | 215000 |
| 16180050 | 240258286 | GR5: 3YRHARD | I-2 | 325000 |
| 16180149 | 240258390 | GR4: NON3YRHARD | I-1 | 167131.3 |
| 16179279 | 240290787 | GR4: NON3YRHARD | I-1 | 606067.78 |
| 16179296 | 240290656 | GR4: NON3YRHARD | I-1 | 458500.33 |
| 16180072 | 240258259 | GR5: 3YRHARD | I-2 | 143683.02 |
| 16180232 | 240278035 | GR3: 5 YR Non-Conf | II-3 | 431553.99 |
| 16178886 | 240267519 | GR4: NON3YRHARD | I-1 | 338219.25 |
| 16179308 | 240227604 | GR5: 3YRHARD | I-2 | 395710.22 |
| 16179377 | 240272429 | GR5: 3YRHARD | I-2 | 283991.39 |
| 16180463 | 240278271 | GR2: 5 YR Conf | II-2 | 135723.94 |
| 16180532 | 240278342 | GR2: 5 YR Conf | II-2 | 313000 |
| 16179147 | 240290597 | GR4: NON3YRHARD | I-1 | 286089.58 |
| 16179084 | 240269830 | GR4: NON3YRHARD | I-1 | 305402.33 |
| 16180301 | 240278104 | GR2: 5 YR Conf | II-2 | 188699.99 |
| 16180369 | 240278174 | GR2: 5 YR Conf | II-2 | 324351.3 |
| 16179723 | 240272228 | GR5: 3YRHARD | I-2 | 263370.87 |

| | | | | |
|---|---|---|---|---|
| 16178451 | 240267064 | GR3: 5 YR Non-Conf | II-3 | 434000 |
| 16179813 | 240272521 | GR5: 3YRHARD | I-2 | 376000 |
| 16179027 | 240269347 | GR4: NON3YRHARD | I-1 | 420318.6 |
| 16179706 | 240272182 | GR5: 3YRHARD | I-2 | 167986.1 |
| 16178326 | 240266949 | GR2: 5 YR Conf | II-2 | 230000 |
| 16180089 | 240258283 | GR4: NON3YRHARD | I-1 | 295000 |
| 16178388 | 240267004 | GR2: 5 YR Conf | II-2 | 405000 |
| 16178670 | 240267247 | GR2: 5 YR Conf | II-2 | 139920 |
| 16179378 | 240272320 | GR5: 3YRHARD | I-2 | 277222 |
| 16180464 | 240278272 | GR2: 5 YR Conf | II-2 | 252000 |
| 16180533 | 240278343 | GR2: 5 YR Conf | II-2 | 238000 |
| 16180302 | 240278105 | GR2: 5 YR Conf | II-2 | 183920 |
| 16180370 | 240278175 | GR2: 5 YR Conf | II-2 | 200000 |
| 16179724 | 240272229 | GR5: 3YRHARD | I-2 | 199577.18 |
| 16179766 | 240272148 | GR5: 3YRHARD | I-2 | 195585.63 |
| 16178702 | 240267276 | GR2: 5 YR Conf | II-2 | 124000 |
| 16178947 | 240268710 | GR4: NON3YRHARD | I-1 | 606074.59 |
| 16179814 | 240272522 | GR5: 3YRHARD | I-2 | 1430000 |
| 16178422 | 240267034 | GR2: 5 YR Conf | II-2 | 280000 |
| 16180094 | 240258360 | GR4: NON3YRHARD | I-1 | 500000 |
| 16180150 | 240258309 | GR4: NON3YRHARD | I-1 | 462978.64 |
| 16179515 | 240272285 | GR5: 3YRHARD | I-2 | 631221.91 |
| 16178740 | 240267306 | GR3: 5 YR Non-Conf | II-3 | 600000 |
| 16180398 | 240278205 | GR2: 5 YR Conf | II-2 | 281599.5 |
| 16180465 | 240278273 | GR2: 5 YR Conf | II-2 | 322500 |
| 16180534 | 240278344 | GR3: 5 YR Non-Conf | II-3 | 480000 |
| 16179085 | 240269832 | GR4: NON3YRHARD | I-1 | 407285.81 |
| 16178972 | 240268892 | GR4: NON3YRHARD | I-1 | 357006.24 |
| 16180303 | 240278106 | GR2: 5 YR Conf | II-2 | 108121.99 |
| 16180158 | 240258396 | GR4: NON3YRHARD | I-1 | 232000 |
| 16179159 | 240290582 | GR4: NON3YRHARD | I-1 | 588333.4 |
| 16180371 | 240278176 | GR2: 5 YR Conf | II-2 | 240000 |
| 16179063 | 240269659 | GR4: NON3YRHARD | I-1 | 345586.84 |
| 16178987 | 240269022 | GR4: NON3YRHARD | I-1 | 631606.98 |
| 16179725 | 240272230 | GR5: 3YRHARD | I-2 | 287607.86 |
| 16179595 | 240272388 | GR5: 3YRHARD | I-2 | 399954.68 |
| 16178797 | 240267356 | GR2: 5 YR Conf | II-2 | 95000 |
| 16180135 | 240258379 | GR4: NON3YRHARD | I-1 | 400000 |
| 16178606 | 240267187 | GR2: 5 YR Conf | II-2 | 300000 |
| 16179342 | 240272224 | GR5: 3YRHARD | I-2 | 220071.25 |
| 16178899 | 240239855 | GR4: NON3YRHARD | I-1 | 226091.04 |
| 16180566 | 240278377 | GR2: 5 YR Conf | II-2 | 395697.92 |
| 16180466 | 240278274 | GR2: 5 YR Conf | II-2 | 236720 |
| 16178965 | 240268823 | GR4: NON3YRHARD | I-1 | 602767.72 |
| 16180535 | 240278345 | GR2: 5 YR Conf | II-2 | 224000 |
| 16180304 | 240278107 | GR2: 5 YR Conf | II-2 | 183550 |
| 16178432 | 240267044 | GR3: 5 YR Non-Conf | II-3 | 680000 |
| 16178988 | 240269023 | GR4: NON3YRHARD | I-1 | 435576.93 |
| 16179726 | 240272231 | GR5: 3YRHARD | I-2 | 194741.89 |
| 16178881 | 240266626 | GR2: 5 YR Conf | II-2 | 216750 |
| 16180055 | 240258297 | GR4: NON3YRHARD | I-1 | 390267.74 |
| 16179962 | 240272694 | GR5: 3YRHARD | I-2 | 183200 |
| 16178910 | 240268582 | GR4: NON3YRHARD | I-1 | 211126.43 |
| 16178573 | 240267163 | GR2: 5 YR Conf | II-2 | 251919.67 |
| 16179239 | 240290695 | GR4: NON3YRHARD | I-1 | 793347.67 |
| 16179305 | 240226646 | GR5: 3YRHARD | I-2 | 328358.31 |
| 16178244 | 240266100 | GR2: 5 YR Conf | II-2 | 256000 |
| 16178664 | 240266451 | GR2: 5 YR Conf | II-2 | 117015.53 |
| 16178513 | 240267119 | GR2: 5 YR Conf | II-2 | 258600 |
| 16179841 | 240272596 | GR5: 3YRHARD | I-2 | 157965.98 |
| 16179887 | 240272618 | GR5: 3YRHARD | I-2 | 211640.61 |
| 16180520 | 240278329 | GR2: 5 YR Conf | II-2 | 331967.49 |
| 16180589 | 240278402 | GR2: 5 YR Conf | II-2 | 349316 |
| 16179988 | 240272722 | GR5: 3YRHARD | I-2 | 238000 |
| 16180422 | 240278230 | GR3: 5 YR Non-Conf | II-3 | 694999.99 |
| 16180182 | 240278950 | GR4: NON3YRHARD | I-1 | 710000 |
| 16179171 | 240267433 | GR4: NON3YRHARD | I-1 | 252105.66 |
| 16178417 | 240267029 | GR2: 5 YR Conf | II-2 | 191900 |
| 16178275 | 240266913 | GR2: 5 YR Conf | II-2 | 308000 |
| 16178478 | 240267091 | GR3: 5 YR Non-Conf | II-3 | 532000 |
| 16178190 | 240266852 | GR2: 5 YR Conf | II-2 | 349550 |
| 16180120 | 240258373 | GR5: 3YRHARD | I-2 | 229493.72 |
| 16180009 | 240272700 | GR5: 3YRHARD | I-2 | 304000 |
| 16179842 | 240272579 | GR5: 3YRHARD | I-2 | 100564.5 |
| 16179633 | 240272071 | GR5: 3YRHARD | I-2 | 199523.39 |
| 16180521 | 240278330 | GR2: 5 YR Conf | II-2 | 271950 |
| 16180590 | 240278403 | GR2: 5 YR Conf | II-2 | 279925.22 |
| 16179936 | 240272664 | GR5: 3YRHARD | I-2 | 176800 |
| 16179444 | 240272421 | GR5: 3YRHARD | I-2 | 216069.95 |
| 16180059 | 240258299 | GR4: NON3YRHARD | I-1 | 399046.77 |
| 16180423 | 240278231 | GR3: 5 YR Non-Conf | II-3 | 448751.88 |
| 16179963 | 240272695 | GR5: 3YRHARD | I-2 | 744000 |
| 16179770 | 240272783 | GR5: 3YRHARD | I-2 | 420000 |
| 16179954 | 240272684 | GR5: 3YRHARD | I-2 | 400000 |
| 16178245 | 240266101 | GR2: 5 YR Conf | II-2 | 220000 |
| 16180522 | 240278331 | GR2: 5 YR Conf | II-2 | 256000 |
| 16179634 | 240272072 | GR5: 3YRHARD | I-2 | 203822.54 |
| 16179122 | 240290566 | GR4: NON3YRHARD | I-1 | 324035.04 |
| 16180591 | 240278404 | GR2: 5 YR Conf | II-2 | 109600 |
| 16179782 | 240272801 | GR5: 3YRHARD | I-2 | 410220.08 |
| 16180424 | 240278232 | GR2: 5 YR Conf | II-2 | 364600 |
| 16178418 | 240267030 | GR2: 5 YR Conf | II-2 | 238750 |
| 16179964 | 240272711 | GR5: 3YRHARD | I-2 | 187200 |
| 16178911 | 240268585 | GR4: NON3YRHARD | I-1 | 497261.81 |
| 16179667 | 240272092 | GR5: 3YRHARD | I-2 | 143752.46 |

| | | | | |
|---|---|---|---|---|
| 16179240 | 240290699 | GR4: NON3YRHARD | I-1 | 526185.53 |
| 16179955 | 240272686 | GR5: 3YRHARD | I-2 | 308000 |
| 16179844 | 240272583 | GR5: 3YRHARD | I-2 | 3172277.82 |
| 16179635 | 240272073 | GR5: 3YRHARD | I-2 | 164365.74 |
| 16179889 | 240272575 | GR5: 3YRHARD | I-2 | 287391.13 |
| 16180523 | 240278332 | GR2: 5 YR Conf | II-2 | 214590.92 |
| 16179197 | 240267877 | GR4: NON3YRHARD | I-1 | 149040.53 |
| 16180592 | 240278405 | GR2: 5 YR Conf | II-2 | 124000 |
| 16179937 | 240272643 | GR5: 3YRHARD | I-2 | 203100 |
| 16178457 | 240267074 | GR2: 5 YR Conf | II-2 | 190320 |
| 16179445 | 240272336 | GR5: 3YRHARD | I-2 | 650142.98 |
| 16178725 | 240267293 | GR2: 5 YR Conf | II-2 | 86072.2 |
| 16179069 | 240269718 | GR4: NON3YRHARD | I-1 | 428219.13 |
| 16178543 | 240267140 | GR2: 5 YR Conf | II-2 | 200000 |
| 16179668 | 240272093 | GR5: 3YRHARD | I-2 | 279332.73 |
| 16180085 | 240258318 | GR4: NON3YRHARD | I-1 | 536000 |
| 16179311 | 240272225 | GR5: 3YRHARD | I-2 | 196029.66 |
| 16178680 | 240267256 | GR2: 5 YR Conf | II-2 | 120000 |
| 16179286 | 240290796 | GR4: NON3YRHARD | I-1 | 418837.84 |
| 16180010 | 240272721 | GR5: 3YRHARD | I-2 | 107009.16 |
| 16178246 | 240266102 | GR2: 5 YR Conf | II-2 | 291507.97 |
| 16178844 | 240266604 | GR2: 5 YR Conf | II-2 | 120000 |
| 16179793 | 240272784 | GR5: 3YRHARD | I-2 | 129336.97 |
| 16179636 | 240272074 | GR5: 3YRHARD | I-2 | 225026.11 |
| 16180593 | 240278406 | GR2: 5 YR Conf | II-2 | 194846.11 |
| 16178419 | 240267031 | GR2: 5 YR Conf | II-2 | 244000 |
| 16179789 | 240272768 | GR5: 3YRHARD | I-2 | 438800 |
| 16180136 | 240258380 | GR4: NON3YRHARD | I-1 | 336000 |
| 16178333 | 240266956 | GR2: 5 YR Conf | II-2 | 300000 |
| 16178176 | 240266842 | GR2: 5 YR Conf | II-2 | 365400 |
| 16179375 | 240272443 | GR5: 3YRHARD | I-2 | 203840.28 |
| 16179550 | 240272216 | GR5: 3YRHARD | I-2 | 630319.57 |
| 16180528 | 240278338 | GR2: 5 YR Conf | II-2 | 195949.99 |
| 16180297 | 240278100 | GR2: 5 YR Conf | II-2 | 214000 |
| 16179158 | 240290576 | GR4: NON3YRHARD | I-1 | 438828.19 |
| 16180365 | 240278170 | GR2: 5 YR Conf | II-2 | 238400 |
| 16179038 | 240268541 | GR4: NON3YRHARD | I-1 | 390798.74 |
| 16180267 | 240278070 | GR2: 5 YR Conf | II-2 | 104400 |
| 16179591 | 240272366 | GR5: 3YRHARD | I-2 | 284510.09 |
| 16179026 | 240269343 | GR4: NON3YRHARD | I-1 | 263710.89 |
| 16178312 | 240266939 | GR2: 5 YR Conf | II-2 | 262500 |
| 16179568 | 240272362 | GR5: 3YRHARD | I-2 | 180877.34 |
| 16178324 | 240266947 | GR2: 5 YR Conf | II-2 | 168000 |
| 16178711 | 240265989 | GR1: 3 YR Hybrids | II-1 | 544000 |
| 16178630 | 240267209 | GR2: 5 YR Conf | II-2 | 340000 |
| 16179522 | 240272289 | GR5: 3YRHARD | I-2 | 259779.45 |
| 16178631 | 240265968 | GR1: 3 YR Hybrids | II-1 | 116900 |
| 16179523 | 240272290 | GR5: 3YRHARD | I-2 | 370115.88 |
| 16178470 | 240265920 | GR1: 3 YR Hybrids | II-1 | 140000 |
| 16180095 | 240258361 | GR4: NON3YRHARD | I-1 | 480000 |
| 16179961 | 240272710 | GR5: 3YRHARD | I-2 | 157500 |
| 16179532 | 240272326 | GR5: 3YRHARD | I-2 | 407027.71 |
| 16178393 | 240267007 | GR2: 5 YR Conf | II-2 | 415008.28 |
| 16180101 | 240258339 | GR5: 3YRHARD | I-2 | 1117330.96 |
| 16180087 | 240258357 | GR4: NON3YRHARD | I-1 | 358500 |
| 16180100 | 240258363 | GR4: NON3YRHARD | I-1 | 201500 |
| 16178737 | 240266514 | GR2: 5 YR Conf | II-2 | 132000 |
| 16178614 | 240267194 | GR2: 5 YR Conf | II-2 | 533850 |
| 16180519 | 240278328 | GR3: 5 YR Non-Conf | II-3 | 650000 |
| 16179886 | 240272617 | GR5: 3YRHARD | I-2 | 169195.82 |
| 16180588 | 240278401 | GR2: 5 YR Conf | II-2 | 191868.02 |
| 16179934 | 240272687 | GR5: 3YRHARD | I-2 | 199200 |
| 16179987 | 240272702 | GR5: 3YRHARD | I-2 | 180850 |
| 16180421 | 240278229 | GR2: 5 YR Conf | II-2 | 121999.99 |
| 16178986 | 240269008 | GR4: NON3YRHARD | I-1 | 487866.29 |
| 16180488 | 240278297 | GR2: 5 YR Conf | II-2 | 75875.03 |
| 16178995 | 240269073 | GR4: NON3YRHARD | I-1 | 651748.98 |
| 16179420 | 240272226 | GR5: 3YRHARD | I-2 | 122757.87 |
| 16178287 | 240266919 | GR2: 5 YR Conf | II-2 | 255000 |
| 16178438 | 240267050 | GR2: 5 YR Conf | II-2 | 150000 |
| 16178752 | 240267317 | GR2: 5 YR Conf | II-2 | 244176 |
| 16178229 | 240266084 | GR3: 5 YR Non-Conf | II-3 | 464000 |
| 16180489 | 240278298 | GR3: 5 YR Non-Conf | II-3 | 476000 |
| 16179865 | 240272625 | GR5: 3YRHARD | I-2 | 280755.19 |
| 16180559 | 240278370 | GR2: 5 YR Conf | II-2 | 328000 |
| 16180394 | 240278200 | GR3: 5 YR Non-Conf | II-3 | 424000 |
| 16180459 | 240278267 | GR3: 5 YR Non-Conf | II-3 | 960000 |
| 16178408 | 240267020 | GR2: 5 YR Conf | II-2 | 294400 |
| 16179606 | 240272812 | GR5: 3YRHARD | I-2 | 517803.61 |
| 16179625 | 240272828 | GR5: 3YRHARD | I-2 | 159618.7 |
| 16179982 | 240268950 | GR4: NON3YRHARD | I-1 | 621465.41 |
| 16179720 | 240272152 | GR5: 3YRHARD | I-2 | 463133.3 |
| 16180038 | 240258254 | GR5: 3YRHARD | I-2 | 99680.1 |
| 16180082 | 240258355 | GR4: NON3YRHARD | I-1 | 404000 |
| 16178867 | 240266618 | GR3: 5 YR Non-Conf | II-3 | 423999.99 |
| 16179989 | 240272727 | GR5: 3YRHARD | I-2 | 143461.49 |
| 16179866 | 240272626 | GR5: 3YRHARD | I-2 | 169228.59 |
| 16180490 | 240278299 | GR2: 5 YR Conf | II-2 | 146500 |
| 16180560 | 240278371 | GR2: 5 YR Conf | II-2 | 131920 |
| 16179421 | 240272322 | GR5: 3YRHARD | I-2 | 376640.57 |
| 16180329 | 240278132 | GR2: 5 YR Conf | II-2 | 180880 |
| 16180395 | 240278201 | GR2: 5 YR Conf | II-2 | 415430 |
| 16180460 | 240278268 | GR2: 5 YR Conf | II-2 | 180000 |
| 16178807 | 240267364 | GR2: 5 YR Conf | II-2 | 330000 |
| 16179167 | 240268080 | GR4: NON3YRHARD | I-1 | 271883.84 |

| | | | | |
|---|---|---|---|---|
| 16180164 | 240258401 | GR4: NON3YRHARD | I-1 | 540852.59 |
| 16180056 | 240258311 | GR4: NON3YRHARD | I-1 | 479501.14 |
| 16179827 | 240272535 | GR5: 3YRHARD | I-2 | 260525.02 |
| 16178430 | 240267042 | GR2: 5 YR Conf | II-2 | 391200 |
| 16178530 | 240267132 | GR2: 5 YR Conf | II-2 | 331530 |
| 16178776 | 240267338 | GR2: 5 YR Conf | II-2 | 151859.22 |
| 16179534 | 240272348 | GR5: 3YRHARD | I-2 | 144761.89 |
| 16179517 | 240272516 | GR5: 3YRHARD | I-2 | 306496.21 |
| 16178230 | 240266085 | GR3: 5 YR Non-Conf | II-3 | 650000 |
| 16179990 | 240272699 | GR5: 3YRHARD | I-2 | 93809.22 |
| 16179867 | 240272627 | GR5: 3YRHARD | I-2 | 101827.08 |
| 16180491 | 240278300 | GR3: 5 YR Non-Conf | II-3 | 676000 |
| 16180561 | 240278372 | GR2: 5 YR Conf | II-2 | 416897.92 |
| 16178977 | 240268917 | GR4: NON3YRHARD | I-1 | 327919.1 |
| 16180330 | 240278133 | GR2: 5 YR Conf | II-2 | 247200 |
| 16180396 | 240278202 | GR2: 5 YR Conf | II-2 | 348900 |
| 16178409 | 240267021 | GR2: 5 YR Conf | II-2 | 247991.64 |
| 16179721 | 240272153 | GR5: 3YRHARD | I-2 | 213148.42 |
| 16179312 | 240272255 | GR5: 3YRHARD | I-2 | 125735.18 |
| 16179535 | 240272355 | GR5: 3YRHARD | I-2 | 128127.76 |
| 16179304 | 240290723 | GR4: NON3YRHARD | I-1 | 333928.71 |
| 16178577 | 240267166 | GR2: 5 YR Conf | II-2 | 120000 |
| 16178671 | 240267248 | GR2: 5 YR Conf | II-2 | 343960 |
| 16178746 | 240267311 | GR2: 5 YR Conf | II-2 | 247000 |
| 16178507 | 240266325 | GR2: 5 YR Conf | II-2 | 132720 |
| 16178558 | 240267153 | GR2: 5 YR Conf | II-2 | 316000 |
| 16180425 | 240278233 | GR2: 5 YR Conf | II-2 | 164000 |
| 16180492 | 240278301 | GR2: 5 YR Conf | II-2 | 235720 |
| 16180562 | 240278373 | GR2: 5 YR Conf | II-2 | 60000 |
| 16179002 | 240269139 | GR4: NON3YRHARD | I-1 | 529799.13 |
| 16180331 | 240278134 | GR2: 5 YR Conf | II-2 | 214400 |
| 16178439 | 240267051 | GR2: 5 YR Conf | II-2 | 287960 |
| 16179058 | 240268560 | GR4: NON3YRHARD | I-1 | 404154.36 |
| 16178431 | 240267043 | GR2: 5 YR Conf | II-2 | 316000 |
| 16180167 | 240258403 | GR4: NON3YRHARD | I-1 | 140000 |
| 16179536 | 240272357 | GR5: 3YRHARD | I-2 | 616811.72 |
| 16179332 | 240272276 | GR5: 3YRHARD | I-2 | 527104.92 |
| 16180071 | 240258267 | GR5: 3YRHARD | I-2 | 210043.45 |
| 16179938 | 240272645 | GR5: 3YRHARD | I-2 | 320000 |
| 16178231 | 240266086 | GR3: 5 YR Non-Conf | II-3 | 442216.14 |
| 16180426 | 240278234 | GR3: 5 YR Non-Conf | II-3 | 719812.5 |
| 16179868 | 240272566 | GR5: 3YRHARD | I-2 | 179619.46 |
| 16180493 | 240278302 | GR2: 5 YR Conf | II-2 | 112000 |
| 16180563 | 240278374 | GR2: 5 YR Conf | II-2 | 203630.16 |
| 16178978 | 240268918 | GR4: NON3YRHARD | I-1 | 455610.69 |
| 16179647 | 240272810 | GR5: 3YRHARD | I-2 | 100000 |
| 16180332 | 240278135 | GR2: 5 YR Conf | II-2 | 100000 |
| 16180397 | 240278204 | GR3: 5 YR Non-Conf | II-3 | 542914.17 |
| 16179743 | 240272123 | GR5: 3YRHARD | I-2 | 261845.26 |
| 16180142 | 240258385 | GR4: NON3YRHARD | I-1 | 336000 |
| 16179965 | 240272729 | GR5: 3YRHARD | I-2 | 291382.67 |
| 16179537 | 240272372 | GR5: 3YRHARD | I-2 | 231977.87 |
| 16178672 | 240267249 | GR2: 5 YR Conf | II-2 | 239900 |
| 16180189 | 240258417 | GR4: NON3YRHARD | I-1 | 240900 |
| 16179939 | 240272646 | GR5: 3YRHARD | I-2 | 255458.79 |
| 16180594 | 240278407 | GR2: 5 YR Conf | II-2 | 379600 |
| 16179991 | 240272720 | GR5: 3YRHARD | I-2 | 362850 |
| 16180427 | 240278235 | GR2: 5 YR Conf | II-2 | 184000 |
| 16179869 | 240272593 | GR5: 3YRHARD | I-2 | 251467.24 |
| 16180494 | 240278303 | GR2: 5 YR Conf | II-2 | 378750 |
| 16180564 | 240278375 | GR2: 5 YR Conf | II-2 | 92000 |
| 16179003 | 240269141 | GR4: NON3YRHARD | I-1 | 501409.26 |
| 16179093 | 240269862 | GR4: NON3YRHARD | I-1 | 357121.79 |
| 16180333 | 240278136 | GR2: 5 YR Conf | II-2 | 268000 |
| 16178993 | 240269049 | GR4: NON3YRHARD | I-1 | 370028.47 |
| 16179798 | 240272805 | GR5: 3YRHARD | I-2 | 425000 |
| 16179538 | 240272356 | GR5: 3YRHARD | I-2 | 150962.23 |
| 16179338 | 240272209 | GR5: 3YRHARD | I-2 | 261711.91 |
| 16178276 | 240265883 | GR1: 3 YR Hybrids | II-1 | 704000 |
| 16178542 | 240266350 | GR2: 5 YR Conf | II-2 | 270000 |
| 16178247 | 240266103 | GR2: 5 YR Conf | II-2 | 251304.09 |
| 16180595 | 240278408 | GR2: 5 YR Conf | II-2 | 176800 |
| 16178232 | 240266087 | GR3: 5 YR Non-Conf | II-3 | 435000 |
| 16180428 | 240278236 | GR2: 5 YR Conf | II-2 | 217600 |
| 16179870 | 240272587 | GR5: 3YRHARD | I-2 | 231509.52 |
| 16180495 | 240278304 | GR3: 5 YR Non-Conf | II-3 | 720000 |
| 16180565 | 240278376 | GR2: 5 YR Conf | II-2 | 308000 |
| 16179172 | 240268110 | GR4: NON3YRHARD | I-1 | 172040.6 |
| 16179425 | 240272427 | GR5: 3YRHARD | I-2 | 611412.93 |
| 16178410 | 240267022 | GR2: 5 YR Conf | II-2 | 170000 |
| 16178929 | 240268637 | GR4: NON3YRHARD | I-1 | 271964.63 |
| 16178747 | 240267312 | GR2: 5 YR Conf | II-2 | 205200 |
| 16179940 | 240272647 | GR5: 3YRHARD | I-2 | 121500 |
| 16180596 | 240278409 | GR2: 5 YR Conf | II-2 | 295121.59 |
| 16179992 | 240272714 | GR5: 3YRHARD | I-2 | 202400 |
| 16180429 | 240278237 | GR2: 5 YR Conf | II-2 | 69457.71 |
| 16179871 | 240272631 | GR5: 3YRHARD | I-2 | 143695.56 |
| 16180496 | 240278305 | GR3: 5 YR Non-Conf | II-3 | 680000 |
| 16180173 | 240258328 | GR4: NON3YRHARD | I-1 | 620000 |
| 16179426 | 240272466 | GR5: 3YRHARD | I-2 | 333046.16 |
| 16180334 | 240278137 | GR2: 5 YR Conf | II-2 | 193600 |
| 16178440 | 240267052 | GR2: 5 YR Conf | II-2 | 236005 |
| 16179745 | 240272125 | GR5: 3YRHARD | I-2 | 126098.77 |
| 16178808 | 240267365 | GR2: 5 YR Conf | II-2 | 142400 |
| 16179966 | 240272731 | GR5: 3YRHARD | I-2 | 251898.28 |

| | | | | |
|---|---|---|---|---|
| 16179028 | 240269366 | GR4: NON3YRHARD | I-1 | 601687.9 |
| 16178930 | 240268638 | GR4: NON3YRHARD | I-1 | 161130.71 |
| 16178344 | 240266965 | GR2: 5 YR Conf | II-2 | 349000 |
| 16178248 | 240266104 | GR2: 5 YR Conf | II-2 | 275999.66 |
| 16179893 | 240272628 | GR5: 3YRHARD | I-2 | 592345.07 |
| 16179941 | 240272648 | GR5: 3YRHARD | I-2 | 458337.48 |
| 16180597 | 240278410 | GR2: 5 YR Conf | II-2 | 155000 |
| 16179181 | 240268206 | GR4: NON3YRHARD | I-1 | 39894.55 |
| 16180430 | 240278238 | GR2: 5 YR Conf | II-2 | 300000 |
| 16179186 | 240268275 | GR4: NON3YRHARD | I-1 | 363622.98 |
| 16179872 | 240272632 | GR5: 3YRHARD | I-2 | 235501.07 |
| 16180497 | 240278306 | GR2: 5 YR Conf | II-2 | 196000 |
| 16178861 | 240266611 | GR2: 5 YR Conf | II-2 | 213858 |
| 16179004 | 240269144 | GR4: NON3YRHARD | I-1 | 237885.22 |
| 16179427 | 240272468 | GR5: 3YRHARD | I-2 | 190423.85 |
| 16178731 | 240267298 | GR2: 5 YR Conf | II-2 | 90867.76 |
| 16180145 | 240258287 | GR5: 3YRHARD | I-2 | 324449.04 |
| 16179967 | 240272732 | GR5: 3YRHARD | I-2 | 155628.24 |
| 16179539 | 240272371 | GR5: 3YRHARD | I-2 | 171590.11 |
| 16178539 | 240267137 | GR2: 5 YR Conf | II-2 | 44167.82 |
| 16180121 | 240258307 | GR5: 3YRHARD | I-2 | 437434.99 |
| 16178345 | 240266178 | GR2: 5 YR Conf | II-2 | 183174.02 |
| 16178217 | 240266068 | GR3: 5 YR Non-Conf | II-3 | 419500 |
| 16178738 | 240267304 | GR2: 5 YR Conf | II-2 | 95970.28 |
| 16178498 | 240267107 | GR2: 5 YR Conf | II-2 | 144000 |
| 16180015 | 240272719 | GR5: 3YRHARD | I-2 | 508000 |
| 16178609 | 240267189 | GR2: 5 YR Conf | II-2 | 243920 |
| 16179894 | 240272629 | GR5: 3YRHARD | I-2 | 242071.75 |
| 16180002 | 240272744 | GR5: 3YRHARD | I-2 | 107771.67 |
| 16179187 | 240267744 | GR4: NON3YRHARD | I-1 | 400171.12 |
| 16178501 | 240266321 | GR2: 5 YR Conf | II-2 | 184000 |
| 16180513 | 240278322 | GR2: 5 YR Conf | II-2 | 375999.99 |
| 16179882 | 240272610 | GR5: 3YRHARD | I-2 | 125354.67 |
| 16179440 | 240272219 | GR5: 3YRHARD | I-2 | 222577.24 |
| 16178445 | 240267058 | GR2: 5 YR Conf | II-2 | 311189.57 |
| 16178316 | 240266943 | GR2: 5 YR Conf | II-2 | 264000 |
| 16180064 | 240258285 | GR4: NON3YRHARD | I-1 | 310000 |
| 16179543 | 240272329 | GR5: 3YRHARD | I-2 | 255389.93 |
| 16178907 | 240239854 | GR4: NON3YRHARD | I-1 | 546976.22 |
| 16178347 | 240266969 | GR2: 5 YR Conf | II-2 | 202750 |
| 16179649 | 240272814 | GR5: 3YRHARD | I-2 | 223500 |
| 16178257 | 240266113 | GR2: 5 YR Conf | II-2 | 136500 |
| 16179200 | 240270232 | GR4: NON3YRHARD | I-1 | 148031.27 |
| 16180615 | 240278428 | GR2: 5 YR Conf | II-2 | 232000 |
| 16180003 | 240272745 | GR5: 3YRHARD | I-2 | 191200 |
| 16178242 | 240266097 | GR2: 5 YR Conf | II-2 | 400000 |
| 16178321 | 240266945 | GR2: 5 YR Conf | II-2 | 160000 |
| 16178998 | 240269098 | GR4: NON3YRHARD | I-1 | 629484.31 |
| 16180514 | 240278323 | GR3: 5 YR Non-Conf | II-3 | 674908 |
| 16179629 | 240272067 | GR5: 3YRHARD | I-2 | 189069.63 |
| 16180583 | 240278396 | GR2: 5 YR Conf | II-2 | 203600 |
| 16179441 | 240272318 | GR5: 3YRHARD | I-2 | 211740.31 |
| 16179340 | 240272277 | GR5: 3YRHARD | I-2 | 259380.4 |
| 16178274 | 240266912 | GR3: 5 YR Non-Conf | II-3 | 635000 |
| 16178538 | 240267136 | GR2: 5 YR Conf | II-2 | 239981.63 |
| 16179612 | 240272819 | GR5: 3YRHARD | I-2 | 96070.51 |
| 16179651 | 240272782 | GR5: 3YRHARD | I-2 | 385000 |
| 16178904 | 240267639 | GR4: NON3YRHARD | I-1 | 297867.56 |
| 16178579 | 240267167 | GR2: 5 YR Conf | II-2 | 161600 |
| 16180090 | 240258329 | GR4: NON3YRHARD | I-1 | 627914.78 |
| 16178616 | 240266407 | GR2: 5 YR Conf | II-2 | 150360 |
| 16179907 | 240272606 | GR5: 3YRHARD | I-2 | 472000 |
| 16180616 | 240278429 | GR2: 5 YR Conf | II-2 | 194400 |
| 16179949 | 240272670 | GR5: 3YRHARD | I-2 | 203568.58 |
| 16179188 | 240267746 | GR4: NON3YRHARD | I-1 | 87627.65 |
| 16180515 | 240278324 | GR2: 5 YR Conf | II-2 | 406250.06 |
| 16179080 | 240269812 | GR4: NON3YRHARD | I-1 | 190326.44 |
| 16178446 | 240267059 | GR2: 5 YR Conf | II-2 | 172000 |
| 16179800 | 240272786 | GR5: 3YRHARD | I-2 | 242620.44 |
| 16178839 | 240266600 | GR3: 5 YR Non-Conf | II-3 | 511182 |
| 16179661 | 240272086 | GR5: 3YRHARD | I-2 | 272064.85 |
| 16178348 | 240266970 | GR3: 5 YR Non-Conf | II-3 | 745000 |
| 16178330 | 240266953 | GR2: 5 YR Conf | II-2 | 162499.98 |
| 16178258 | 240266114 | GR2: 5 YR Conf | II-2 | 149632.4 |
| 16180097 | 240258319 | GR4: NON3YRHARD | I-1 | 559665.48 |
| 16179908 | 240272607 | GR5: 3YRHARD | I-2 | 291200 |
| 16179238 | 240290757 | GR4: NON3YRHARD | I-1 | 495580.47 |
| 16180617 | 240278430 | GR2: 5 YR Conf | II-2 | 167148.39 |
| 16179192 | 240267808 | GR4: NON3YRHARD | I-1 | 344093.86 |
| 16180516 | 240278325 | GR2: 5 YR Conf | II-2 | 266499.48 |
| 16180148 | 240258388 | GR4: NON3YRHARD | I-1 | 716000 |
| 16178732 | 240267299 | GR2: 5 YR Conf | II-2 | 87668.72 |
| 16179662 | 240272087 | GR5: 3YRHARD | I-2 | 135698.33 |
| 16178187 | 240247187 | GR1: 3 YR Hybrids | II-1 | 82400 |
| 16178268 | 240247406 | GR1: 3 YR Hybrids | II-1 | 646000 |
| 16178188 | 240247214 | GR1: 3 YR Hybrids | II-1 | 135199.83 |
| 16179791 | 240272765 | GR5: 3YRHARD | I-2 | 304000 |
| 16179795 | 240272779 | GR5: 3YRHARD | I-2 | 586320 |
| 16179797 | 240272759 | GR5: 3YRHARD | I-2 | 411200 |
| 16179959 | 240272762 | GR5: 3YRHARD | I-2 | 528000 |
| 16179799 | 240272760 | GR5: 3YRHARD | I-2 | 288000 |
| 16178350 | 240248164 | GR2: 5 YR Conf | II-2 | 384000 |
| 16178351 | 240266973 | GR3: 5 YR Non-Conf | II-3 | 828000 |
| 16178270 | 240247383 | GR1: 3 YR Hybrids | II-1 | 470400 |
| 16178514 | 240265935 | GR1: 3 YR Hybrids | II-1 | 236800 |

| LOAN_SEQ | PAYMENT | STATED_ORIGINAL_ | STATED_REM_TERM | CURRENT_NET_COUPON | |
|---|---|---|---|---|---|
| 16178352 | 240266974 | GR2: 5 YR Conf | | II-2 | 264000 |
| 16178271 | 240247364 | GR1: 3 YR Hybrids | | II-1 | 394299.24 |
| 16178272 | 240247355 | GR1: 3 YR Hybrids | | II-1 | 356000 |
| 16179325 | 240272246 | GR5: 3YRHARD | | I-2 | 144157.46 |
| 16179406 | 240272211 | GR5: 3YRHARD | | I-2 | 533494.07 |
| 16178515 | 240265936 | GR1: 3 YR Hybrids | | II-1 | 208000 |
| 16179326 | 240272251 | GR5: 3YRHARD | | I-2 | 288387.96 |
| 16178516 | 240265937 | GR1: 3 YR Hybrids | | II-1 | 135200 |
| 16178273 | 240247712 | GR2: 5 YR Conf | | II-2 | 164778.68 |
| 16178193 | 240247254 | GR1: 3 YR Hybrids | | II-1 | 180000 |
| 16179409 | 240272279 | GR5: 3YRHARD | | I-2 | 237033.78 |
| 16178194 | 240247249 | GR1: 3 YR Hybrids | | II-1 | 175920 |
| 16178195 | 240247644 | GR2: 5 YR Conf | | II-2 | 128697.96 |
| 16178196 | 240247196 | GR1: 3 YR Hybrids | | II-1 | 105422.18 |
| 16178277 | 240265884 | GR1: 3 YR Hybrids | | II-1 | 428419.24 |
| 16178358 | 240247222 | GR1: 3 YR Hybrids | | II-1 | 144000 |
| 16178197 | 240247208 | GR1: 3 YR Hybrids | | II-1 | 128706.27 |
| 16178278 | 240247240 | GR1: 3 YR Hybrids | | II-1 | 164700 |
| 16178198 | 240265857 | GR1: 3 YR Hybrids | | II-1 | 259204 |
| 16178279 | 240247315 | GR1: 3 YR Hybrids | | II-1 | 261600 |
| 16178199 | 240265858 | GR1: 3 YR Hybrids | | II-1 | 172000 |
| 16180004 | 240272704 | GR5: 3YRHARD | | I-2 | 113336.17 |
| 16178520 | 240265939 | GR1: 3 YR Hybrids | | II-1 | 559018.26 |
| 16178603 | 240267184 | GR2: 5 YR Conf | | II-2 | 142000 |
| 16178360 | 240247253 | GR1: 3 YR Hybrids | | II-1 | 179600 |
| 16178604 | 240267185 | GR2: 5 YR Conf | | II-2 | 145700 |
| 16178607 | 240265965 | GR1: 3 YR Hybrids | | II-1 | 102000 |
| 16179336 | 240272771 | GR5: 3YRHARD | | I-2 | 163200 |
| 16178283 | 240247307 | GR1: 3 YR Hybrids | | II-1 | 235308.35 |
| 16178284 | 240247276 | GR1: 3 YR Hybrids | | II-1 | 200000 |
| 16179337 | 240272770 | GR5: 3YRHARD | | I-2 | 163200 |
| 16178527 | 240266341 | GR2: 5 YR Conf | | II-2 | 244000 |
| 16178529 | 240265940 | GR1: 3 YR Hybrids | | II-1 | 650000 |
| 16179892 | 240272582 | GR5: 3YRHARD | | I-2 | 135638.96 |
| 16180019 | 240272756 | GR5: 3YRHARD | | I-2 | 209200 |
| 16178612 | 240267192 | GR2: 5 YR Conf | | II-2 | 55950 |
| 16178370 | 240265906 | GR1: 3 YR Hybrids | | II-1 | 572580.39 |
| 16178533 | 240265941 | GR1: 3 YR Hybrids | | II-1 | 492668.43 |
| 16178534 | 240265942 | GR1: 3 YR Hybrids | | II-1 | 439995.52 |
| 16178535 | 240267135 | GR2: 5 YR Conf | | II-2 | 187360 |
| 16178536 | 240265943 | GR1: 3 YR Hybrids | | II-1 | 142141.85 |
| 16178537 | 240265944 | GR1: 3 YR Hybrids | | II-1 | 247146.14 |
| 16178456 | 240265915 | GR1: 3 YR Hybrids | | II-1 | 467998.43 |
| 16178294 | 240247202 | GR1: 3 YR Hybrids | | II-1 | 116250 |
| 16178618 | 240267198 | GR2: 5 YR Conf | | II-2 | 171500 |
| 16178296 | 240247346 | GR1: 3 YR Hybrids | | II-1 | 335000 |
| 16178459 | 240265917 | GR1: 3 YR Hybrids | | II-1 | 100000 |
| 16178298 | 240247232 | GR1: 3 YR Hybrids | | II-1 | 152010 |
| 16178379 | 240265907 | GR1: 3 YR Hybrids | | II-1 | 564728.36 |
| 16180020 | 240272758 | GR5: 3YRHARD | | I-2 | 308000 |
| 16178701 | 240265985 | GR1: 3 YR Hybrids | | II-1 | 372000 |
| 16178540 | 240265945 | GR1: 3 YR Hybrids | | II-1 | 171200 |
| 16179350 | 240272252 | GR5: 3YRHARD | | I-2 | 320800 |
| 16178460 | 240265918 | GR1: 3 YR Hybrids | | II-1 | 131920 |
| 16178623 | 240265966 | GR1: 3 YR Hybrids | | II-1 | 89747 |
| 16178705 | 240265986 | GR1: 3 YR Hybrids | | II-1 | 180000 |
| 16178463 | 240265919 | GR1: 3 YR Hybrids | | II-1 | 79900 |
| 16178382 | 240265908 | GR1: 3 YR Hybrids | | II-1 | 307200 |
| 16178544 | 240265946 | GR1: 3 YR Hybrids | | II-1 | 195500 |
| 16178707 | 240265987 | GR1: 3 YR Hybrids | | II-1 | 470000 |
| 16179518 | 240272287 | GR5: 3YRHARD | | I-2 | 256065.17 |
| 16178627 | 240267206 | GR2: 5 YR Conf | | II-2 | 97600 |
| 16178385 | 240265909 | GR1: 3 YR Hybrids | | II-1 | 438300 |
| 16178628 | 240267207 | GR2: 5 YR Conf | | II-2 | 150400 |
| 16178466 | 240267081 | GR2: 5 YR Conf | | II-2 | 220000 |
| 16178469 | 240267086 | GR2: 5 YR Conf | | II-2 | 120300 |
| 16178389 | 240265910 | GR1: 3 YR Hybrids | | II-1 | 288000 |
| 16178710 | 240265988 | GR1: 3 YR Hybrids | | II-1 | 164771.36 |
| 16180393 | 240278199 | GR2: 5 YR Conf | | II-2 | 79795.61 |
| 16178964 | 240268816 | GR4: NON3YRHARD | | I-1 | 497061.07 |
| 16179000 | 240269109 | GR4: NON3YRHARD | | I-1 | 210382.02 |
| 16179083 | 240269825 | GR4: NON3YRHARD | | I-1 | 128081.36 |
| 16180296 | 240278099 | GR2: 5 YR Conf | | II-2 | 183749.99 |
| 16179605 | 240272817 | GR5: 3YRHARD | | I-2 | 315246.94 |
| 16179157 | 240290814 | GR4: NON3YRHARD | | I-1 | 305143.94 |
| 16179719 | 240272151 | GR5: 3YRHARD | | I-2 | 239328.3 |
| 16180042 | 240258298 | GR5: 3YRHARD | | I-2 | 391326.67 |
| 16178532 | 240267134 | GR3: 5 YR Non-Conf | | II-3 | 532000 |
| 16178521 | 240267124 | GR2: 5 YR Conf | | II-2 | 165084 |
| 16179486 | 240272517 | GR5: 3YRHARD | | I-2 | 362971.24 |
| 16178896 | 240267615 | GR4: NON3YRHARD | | I-1 | 440700.7 |
| 99999001 | 240278333 | GR2: 5 YR Conf | | II-2 | 83858.43 |
| 99999004 | 240278346 | GR2: 5 YR Conf | | II-2 | 109600 |
| 99999005 | 240278389 | GR2: 5 YR Conf | | II-2 | 361600 |
| 99999007 | 240278206 | GR2: 5 YR Conf | | II-2 | 220099.99 |
| 99999010 | 240268643 | GR4: NON3YRHARD | | I-1 | 188667.95 |
| 15980136 | 240272474 | GR5: 3YRHARD | | I-2 | 225423.14 |
| 99999200 | 240278179 | GR3: 5 YR Non-Conf | | II-3 | 760521.46 |
| 99999201 | 240278152 | GR2: 5 YR Conf | | II-2 | 448200 |
| 99999202 | 240278203 | GR2: 5 YR Conf | | II-2 | 288000 |

| LOAN_SEQ | PAYMENT | STATED_ORIGINAL_ | STATED_REM_TERM | CURRENT_NET_COUPON |
|---|---|---|---|---|

TERM

| | | | | |
|---|---|---|---|---|
| 16180262 | 1041.25 | 360 | 358 | 5.9985 |
| 122405144 | 1264.04 | 360 | 355 | 6.4115 |
| 16178479 | 532.88 | 360 | 358 | 5.8235 |
| 16179674 | 771.93 | 360 | 358 | 6.6235 |
| 16180224 | 854.56 | 360 | 358 | 6.2485 |
| 16179289 | 1415.21 | 360 | 358 | 7.0365 |
| 16179228 | 3135.99 | 360 | 355 | 6.4115 |
| 16178371 | 2979.85 | 360 | 356 | 5.1985 |
| 16179245 | 2251.48 | 360 | 358 | 6.9115 |
| 16179852 | 2157.75 | 360 | 358 | 6.9985 |
| 16180263 | 655.09 | 360 | 358 | 6.4985 |
| 16179810 | 1019.6 | 360 | 357 | 6.6235 |
| 16178940 | 1459.44 | 360 | 356 | 7.3115 |
| 16180106 | 2193.85 | 480 | 479 | 6.9985 |
| 16180161 | 683.06 | 360 | 359 | 7.6235 |
| 16180225 | 1306.25 | 360 | 358 | 6.6235 |
| 16179773 | 1403.33 | 360 | 359 | 6.9985 |
| 16178566 | 677.08 | 360 | 358 | 5.9485 |
| 16179511 | 773.07 | 360 | 358 | 6.8735 |
| 16179290 | 1447.38 | 360 | 358 | 6.4115 |
| 16179920 | 863.1 | 360 | 359 | 6.9985 |
| 16179019 | 1145.04 | 360 | 356 | 7.3865 |
| 16180362 | 8750 | 360 | 358 | 7.2485 |
| 16180264 | 883.02 | 360 | 358 | 5.8735 |
| 16179811 | 1881.59 | 360 | 358 | 6.6235 |
| 16178420 | 1216.88 | 360 | 357 | 6.5735 |
| 16179566 | 1183.63 | 360 | 358 | 6.9985 |
| 16179675 | 563.02 | 360 | 358 | 6.9985 |
| 16180122 | 1025.29 | 360 | 359 | 7.1235 |
| 16178735 | 790.4 | 360 | 358 | 6.8235 |
| 16180226 | 1754.17 | 360 | 358 | 5.9985 |
| 16179512 | 540.35 | 360 | 356 | 6.8735 |
| 16179214 | 1350.89 | 360 | 358 | 7.2115 |
| 16179133 | 635.35 | 360 | 358 | 6.4115 |
| 16179373 | 321.64 | 360 | 357 | 6.9985 |
| 16180363 | 3532.5 | 360 | 358 | 6.4985 |
| 16180265 | 800 | 360 | 358 | 7.2485 |
| 16179703 | 651 | 360 | 358 | 6.9985 |
| 16179567 | 1119.31 | 360 | 358 | 6.9985 |
| 16178332 | 857.08 | 360 | 357 | 6.5735 |
| 16178522 | 1894.75 | 360 | 358 | 6.3235 |
| 16179482 | 617.55 | 360 | 358 | 6.6235 |
| 16179118 | 1337.65 | 360 | 358 | 7.0365 |
| 16179134 | 1497.55 | 360 | 358 | 6.6615 |
| 16179772 | 1150.74 | 480 | 479 | 7.4985 |
| 16179374 | 331.29 | 360 | 357 | 6.9985 |
| 16180364 | 1426 | 360 | 358 | 7.4985 |
| 16178546 | 861.67 | 360 | 358 | 5.5735 |
| 16178967 | 883.48 | 360 | 356 | 6.5615 |
| 16180266 | 787.5 | 360 | 358 | 6.7485 |
| 16179812 | 1608.2 | 360 | 358 | 6.2485 |
| 16179704 | 522.34 | 360 | 358 | 6.9985 |
| 16179034 | 771.93 | 360 | 357 | 7.2115 |
| 16179692 | 1138.71 | 360 | 358 | 6.9985 |
| 16180137 | 1839.55 | 360 | 359 | 5.8735 |
| 16178328 | 2818.75 | 360 | 357 | 6.5735 |
| 16179278 | 1495.62 | 360 | 358 | 6.7865 |
| 16180228 | 781.25 | 360 | 358 | 5.9985 |
| 16178855 | 835.61 | 360 | 359 | 6.5735 |
| 16180185 | 1881.6 | 360 | 359 | 6.2485 |
| 16179922 | 1541.92 | 480 | 479 | 6.7485 |
| 16179942 | 1057.08 | 360 | 359 | 6.9985 |
| 16180598 | 979.43 | 360 | 358 | 6.3735 |
| 16179008 | 918.53 | 360 | 357 | 7.2115 |
| 16179013 | 784.8 | 360 | 356 | 7.0115 |
| 16179203 | 518 | 360 | 358 | 7.4365 |
| 16179449 | 694.74 | 360 | 357 | 6.9985 |
| 16180431 | 1842.5 | 360 | 358 | 6.6235 |
| 16178813 | 956.53 | 360 | 359 | 6.8235 |
| 16179102 | 914.81 | 360 | 358 | 7.0365 |
| 16179328 | 795.16 | 360 | 355 | 6.8735 |
| 16178996 | 802.81 | 360 | 355 | 7.9115 |
| 16179428 | 874.86 | 360 | 357 | 6.4985 |
| 16178441 | 781.25 | 360 | 357 | 5.9485 |
| 16179747 | 336.62 | 360 | 358 | 6.96183 |
| 16178706 | 702.33 | 360 | 359 | 5.8235 |
| 16179393 | 367.63 | 360 | 357 | 6.9985 |
| 16178681 | 825 | 360 | 359 | 6.5735 |
| 16178669 | 2790 | 360 | 358 | 6.4485 |
| 16178528 | 1512.5 | 360 | 358 | 6.5735 |
| 16179255 | 2388.17 | 360 | 358 | 6.9115 |
| 16178249 | 906.84 | 360 | 354 | 5.9485 |
| 16180076 | 596.02 | 360 | 359 | 6.9985 |
| 16178600 | 1796.67 | 360 | 358 | 5.8235 |
| 16179895 | 380.82 | 360 | 356 | 6.9985 |
| 16180599 | 2612.5 | 360 | 358 | 6.8735 |
| 16179993 | 362.96 | 360 | 358 | 6.9985 |
| 16180432 | 2012.79 | 360 | 358 | 5.9985 |
| 16179173 | 574.48 | 360 | 356 | 7.4365 |
| 16179429 | 527.49 | 360 | 357 | 6.9985 |
| 16180129 | 2415.85 | 360 | 359 | 6.3735 |
| 16179748 | 411.7 | 360 | 358 | 6.8735 |
| 16179968 | 401.41 | 360 | 359 | 6.9985 |

| | | | | |
|---|---|---|---|---|
| 16179029 | 887.73 | 360 | 357 | 7.8615 |
| 16178912 | 707.61 | 360 | 355 | 7.5115 |
| 16178931 | 887.73 | 360 | 355 | 7.9115 |
| 16178335 | 1916.67 | 360 | 357 | 5.4485 |
| 16179650 | 1852.65 | 360 | 359 | 6.9985 |
| 16178310 | 1490.63 | 360 | 358 | 6.3235 |
| 16178218 | 3723.39 | 360 | 357 | 6.4485 |
| 16179205 | 1257.45 | 360 | 358 | 7.0365 |
| 16178739 | 2526.25 | 360 | 359 | 5.5735 |
| 16180016 | 1170.77 | 360 | 359 | 6.9985 |
| 16178266 | 780.47 | 360 | 357 | 6.4485 |
| 16179847 | 657.33 | 360 | 358 | 6.9985 |
| 16179896 | 3069.68 | 480 | 478 | 6.8735 |
| 16179123 | 952.05 | 360 | 358 | 7.0365 |
| 16180600 | 1037.24 | 360 | 358 | 6.4985 |
| 16179204 | 747.71 | 360 | 358 | 7.4365 |
| 16179450 | 674.16 | 360 | 357 | 6.8735 |
| 16178997 | 710.18 | 360 | 356 | 7.5115 |
| 16178781 | 771.88 | 360 | 359 | 6.8235 |
| 16179969 | 836.26 | 360 | 359 | 6.9985 |
| 16178953 | 1661.04 | 360 | 358 | 7.5115 |
| 16178309 | 862.64 | 360 | 358 | 6.4485 |
| 16179242 | 1518.14 | 360 | 358 | 7.2115 |
| 16178250 | 2125 | 360 | 354 | 5.9485 |
| 16180017 | 904.28 | 480 | 479 | 6.9985 |
| 16180601 | 860 | 360 | 358 | 5.7485 |
| 16179014 | 874.86 | 360 | 356 | 6.5115 |
| 16180433 | 4080 | 360 | 358 | 5.7485 |
| 16178805 | 1139.32 | 360 | 359 | 5.9485 |
| 16179355 | 373.1 | 360 | 357 | 6.9985 |
| 16179042 | 934.36 | 360 | 357 | 6.7615 |
| 16180091 | 508.6 | 360 | 358 | 7.4985 |
| 16178590 | 2608 | 360 | 358 | 5.6985 |
| 16178219 | 1224 | 360 | 356 | 5.9485 |
| 16178264 | 1167.91 | 360 | 357 | 6.8235 |
| 16179897 | 1865.51 | 360 | 358 | 6.8735 |
| 16179125 | 995.7 | 360 | 358 | 6.6615 |
| 16179193 | 1125.74 | 360 | 357 | 6.6615 |
| 16180602 | 1558.33 | 360 | 358 | 6.6235 |
| 16179198 | 1216.97 | 360 | 358 | 7.0365 |
| 16179451 | 815.52 | 360 | 357 | 6.9985 |
| 16178726 | 1201.33 | 360 | 359 | 6.3235 |
| 16180048 | 2139.75 | 360 | 358 | 6.6235 |
| 16180170 | 675.45 | 360 | 359 | 6.2485 |
| 16179970 | 438.96 | 480 | 479 | 6.7485 |
| 16179022 | 874.86 | 360 | 356 | 7.0115 |
| 16178295 | 2399.5 | 360 | 358 | 5.6985 |
| 16178575 | 728.75 | 360 | 358 | 6.3235 |
| 16178666 | 1455.19 | 360 | 356 | 6.4485 |
| 16180116 | 2255.36 | 480 | 478 | 6.8735 |
| 16178601 | 2461.2 | 360 | 358 | 6.5735 |
| 16178251 | 1044.05 | 360 | 355 | 6.0735 |
| 16179783 | 2040.16 | 360 | 359 | 6.9985 |
| 16179849 | 816.64 | 360 | 358 | 6.7485 |
| 16179898 | 914.54 | 360 | 358 | 6.6235 |
| 16179194 | 414.88 | 360 | 358 | 7.0365 |
| 16180603 | 884.58 | 360 | 358 | 6.6235 |
| 16179452 | 436.99 | 360 | 357 | 6.9985 |
| 16180627 | 505.99 | 360 | 348 | 5.4485 |
| 16179396 | 714.82 | 480 | 477 | 6.71183 |
| 16178936 | 1286.56 | 360 | 355 | 6.6615 |
| 16178954 | 1697.95 | 360 | 356 | 7.5115 |
| 16178913 | 1688.61 | 360 | 354 | 6.6115 |
| 16179672 | 619.16 | 360 | 358 | 6.9985 |
| 16180110 | 1048.83 | 360 | 359 | 6.8735 |
| 16178291 | 1227.15 | 360 | 357 | 6.4485 |
| 16179264 | 1519.75 | 360 | 358 | 6.5365 |
| 16178220 | 956.25 | 360 | 358 | 5.9485 |
| 16180018 | 776.75 | 480 | 479 | 6.9985 |
| 16179784 | 1193.49 | 480 | 479 | 6.9985 |
| 16179108 | 765.11 | 360 | 359 | 6.9115 |
| 16179453 | 2926.92 | 360 | 357 | 6.9985 |
| 16180259 | 1999.75 | 360 | 358 | 5.7485 |
| 16179673 | 501.83 | 360 | 358 | 6.9985 |
| 16178689 | 1037.92 | 360 | 359 | 6.3235 |
| 16178822 | 580 | 360 | 359 | 6.9485 |
| 16179265 | 1585.68 | 360 | 358 | 7.0365 |
| 16179217 | 1785.1 | 360 | 359 | 6.5365 |
| 16179243 | 1855.86 | 360 | 358 | 7.2115 |
| 16179201 | 446.93 | 360 | 358 | 6.9115 |
| 16179850 | 655.02 | 480 | 478 | 6.9985 |
| 16179899 | 836.26 | 360 | 358 | 6.9985 |
| 16179454 | 514.62 | 360 | 357 | 6.1235 |
| 16180260 | 1486.33 | 360 | 358 | 5.8735 |
| 16179149 | 972.48 | 360 | 358 | 7.0365 |
| 16179033 | 1106.44 | 360 | 357 | 6.6115 |
| 16179564 | 693.84 | 480 | 478 | 6.7485 |
| 16178550 | 2613.75 | 360 | 358 | 6.0735 |
| 16178937 | 1302.64 | 360 | 356 | 6.6115 |
| 16179790 | 1312.83 | 480 | 479 | 6.9985 |
| 16180190 | 900.6 | 360 | 359 | 6.6235 |
| 16178581 | 2578.13 | 360 | 358 | 5.9485 |
| 16178568 | 1726.67 | 360 | 358 | 6.6985 |
| 16179132 | 1633.93 | 360 | 359 | 6.6615 |
| 16179918 | 1042.11 | 360 | 359 | 6.9985 |

Unassociated Document          Page 146 of 835
12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 147 of 279

| | | | | |
|---|---|---|---|---|
| 16178221 | 1870.88 | 360 | 353 | 5.1985 |
| 16179244 | 1607.55 | 360 | 357 | 6.9115 |
| 16179017 | 1564.45 | 360 | 356 | 7.5115 |
| 16179109 | 2291.68 | 360 | 358 | 7.0365 |
| 16178364 | 2200 | 360 | 355 | 5.1985 |
| 16179351 | 2357.62 | 360 | 359 | 6.9985 |
| 16179398 | 440 | 360 | 357 | 6.9985 |
| 16180261 | 998.08 | 360 | 358 | 7.1235 |
| 16179052 | 1518.14 | 360 | 357 | 7.7115 |
| 16179565 | 1031.24 | 360 | 358 | 6.8735 |
| 16178938 | 1125.74 | 360 | 356 | 7.0115 |
| 16178339 | 1771.08 | 360 | 357 | 6.5735 |
| 16180105 | 632.15 | 480 | 479 | 6.7485 |
| 16180088 | 669.02 | 360 | 359 | 6.7485 |
| 16178281 | 2017.08 | 360 | 357 | 5.5735 |
| 16179919 | 828.8 | 360 | 359 | 6.9985 |
| 16178192 | 2091.02 | 360 | 357 | 6.3235 |
| 16179018 | 1505.27 | 360 | 357 | 7.7115 |
| 16179851 | 486.92 | 480 | 478 | 6.9985 |
| 16179456 | 1363.75 | 360 | 357 | 6.9985 |
| 16178773 | 1643.38 | 360 | 359 | 6.1985 |
| 16178640 | 979.88 | 360 | 358 | 6.4485 |
| 16178688 | 935 | 360 | 359 | 6.0735 |
| 16179294 | 1733.37 | 360 | 358 | 7.0365 |
| 16179235 | 2090.66 | 360 | 358 | 7.2115 |
| 16180220 | 1192.5 | 360 | 358 | 6.4985 |
| 16179250 | 1723.99 | 360 | 358 | 6.6615 |
| 16179207 | 347.56 | 360 | 358 | 7.0365 |
| 16180070 | 766.92 | 480 | 479 | 7.1235 |
| 16179478 | 1280.04 | 360 | 357 | 6.83683 |
| 16179370 | 1984.06 | 360 | 357 | 6.96183 |
| 16179526 | 482.46 | 360 | 358 | 6.7485 |
| 16180452 | 1375 | 360 | 358 | 6.6235 |
| 16180289 | 1197.62 | 360 | 358 | 6.9985 |
| 16180358 | 1413.61 | 360 | 357 | 6.6235 |
| 16179163 | 1052.49 | 360 | 354 | 7.0365 |
| 16179036 | 396.26 | 360 | 357 | 7.9115 |
| 16179586 | 476.03 | 360 | 358 | 6.9985 |
| 16178784 | 1027.19 | 360 | 359 | 6.8235 |
| 16178485 | 1071.51 | 360 | 358 | 6.4485 |
| 16179654 | 515.83 | 480 | 478 | 6.9985 |
| 16180036 | 1435.71 | 360 | 358 | 7.1235 |
| 16180163 | 1419.13 | 480 | 479 | 7.3735 |
| 16179273 | 2178.3 | 360 | 358 | 6.1615 |
| 16180221 | 3375 | 360 | 358 | 6.4985 |
| 16178387 | 1703.75 | 360 | 357 | 5.5735 |
| 16178359 | 2602.77 | 360 | 358 | 5.5735 |
| 16178897 | 615.2 | 360 | 356 | 7.2115 |
| 16180077 | 568.29 | 360 | 359 | 6.9985 |
| 16179371 | 765.5 | 360 | 357 | 6.9985 |
| 16180453 | 728.15 | 360 | 358 | 6.2485 |
| 16180290 | 1377.81 | 360 | 358 | 6.7485 |
| 16179716 | 980.6 | 360 | 358 | 6.96183 |
| 16179061 | 449.97 | 360 | 358 | 7.7115 |
| 16179764 | 823.13 | 480 | 478 | 6.9985 |
| 16179143 | 1769.02 | 360 | 359 | 6.1615 |
| 16179807 | 1466.68 | 360 | 358 | 6.2485 |
| 16178809 | 3046.88 | 360 | 359 | 6.1985 |
| 16179024 | 1852.64 | 360 | 357 | 7.7115 |
| 16178793 | 1368.35 | 360 | 359 | 6.5735 |
| 16180139 | 807.59 | 360 | 360 | 1.1235 |
| 16179274 | 990.5 | 360 | 358 | 7.0365 |
| 16179295 | 1125.74 | 360 | 358 | 7.0365 |
| 16180222 | 592 | 360 | 358 | 5.7485 |
| 16178842 | 2049.33 | 360 | 359 | 6.3235 |
| 16178510 | 612.5 | 360 | 358 | 5.8235 |
| 16180622 | 1050 | 360 | 358 | 7.6235 |
| 16180454 | 822.08 | 360 | 358 | 5.9985 |
| 16179166 | 964.92 | 360 | 355 | 6.8365 |
| 16179073 | 1235.1 | 360 | 357 | 7.5115 |
| 16180291 | 1060 | 360 | 358 | 7.2485 |
| 16180359 | 3723.96 | 360 | 358 | 6.6235 |
| 16178448 | 2812.5 | 360 | 357 | 6.4485 |
| 16180065 | 2305.41 | 360 | 360 | 1.1235 |
| 16179808 | 2058.49 | 360 | 358 | 6.7485 |
| 16179587 | 419.42 | 360 | 358 | 6.9985 |
| 16178638 | 552.64 | 360 | 358 | 5.9485 |
| 16179702 | 733.34 | 360 | 358 | 5.9985 |
| 16179655 | 364.1 | 360 | 358 | 6.8735 |
| 16179025 | 378.25 | 360 | 356 | 7.1115 |
| 16179691 | 774.15 | 360 | 358 | 6.9985 |
| 16178587 | 1215.5 | 360 | 358 | 6.0735 |
| 16178523 | 1523.96 | 360 | 358 | 6.5735 |
| 16180223 | 2166.67 | 360 | 358 | 6.2485 |
| 16179372 | 900.59 | 360 | 357 | 6.7485 |
| 16180623 | 471.33 | 360 | 358 | 6.7485 |
| 16180389 | 1844.39 | 360 | 358 | 5.9985 |
| 16180455 | 3378.75 | 360 | 358 | 6.1235 |
| 16179074 | 1077.49 | 360 | 357 | 7.3115 |
| 16180292 | 682.5 | 360 | 358 | 6.2485 |
| 16180360 | 1720 | 360 | 358 | 5.7485 |
| 16179809 | 1402.35 | 360 | 359 | 6.2485 |
| 16180141 | 1902.31 | 360 | 359 | 6.6235 |
| 16178620 | 743.93 | 360 | 358 | 6.5735 |
| 16178699 | 787.5 | 360 | 359 | 6.6985 |

| | | | | |
|---|---|---|---|---|
| 16178629 | 2917.86 | 360 | 358 | 5.4485 |
| 16180084 | 1389.49 | 360 | 359 | 6.7485 |
| 16178825 | 2979.17 | 360 | 359 | 5.9485 |
| 16179275 | 1849.17 | 360 | 358 | 7.2115 |
| 16180181 | 4141.45 | 360 | 359 | 6.7485 |
| 16178378 | 1960 | 360 | 357 | 5.8235 |
| 16180624 | 1992.6 | 360 | 358 | 6.2485 |
| 16180390 | 4217.92 | 360 | 358 | 6.3735 |
| 16179184 | 1156.15 | 360 | 357 | 7.2115 |
| 16180456 | 1096.88 | 360 | 358 | 6.4985 |
| 16180293 | 627.92 | 360 | 358 | 6.6235 |
| 16179825 | 1016.38 | 360 | 358 | 6.4985 |
| 16180361 | 3937.92 | 360 | 358 | 6.3735 |
| 16178449 | 1764.58 | 360 | 358 | 6.5735 |
| 16179717 | 1383.43 | 360 | 358 | 6.9985 |
| 16180192 | 1014.24 | 360 | 360 | 1.1235 |
| 16178652 | 1561.5 | 360 | 357 | 6.4485 |
| 16180156 | 1943.72 | 360 | 360 | 1.1235 |
| 16178945 | 495.32 | 360 | 356 | 7.0115 |
| 16178639 | 584.25 | 360 | 358 | 6.8235 |
| 16178778 | 1023.75 | 360 | 358 | 6.4485 |
| 16178304 | 775.83 | 360 | 357 | 6.6985 |
| 16178325 | 881.25 | 360 | 357 | 5.5735 |
| 16179775 | 1254.17 | 480 | 479 | 6.9985 |
| 16179236 | 1505.27 | 360 | 358 | 7.0365 |
| 16178551 | 841.5 | 360 | 356 | 6.4485 |
| 16180556 | 1031.54 | 360 | 358 | 6.2485 |
| 16180625 | 917.55 | 360 | 358 | 6.4985 |
| 16180391 | 2075.63 | 360 | 358 | 7.2485 |
| 16179185 | 1286.56 | 360 | 357 | 7.2115 |
| 16180457 | 1111.17 | 360 | 357 | 7.1235 |
| 16179082 | 1067.84 | 360 | 357 | 7.3865 |
| 16180294 | 2215.31 | 360 | 358 | 6.1235 |
| 16179826 | 2161.42 | 360 | 358 | 6.4985 |
| 16179718 | 712.22 | 360 | 358 | 6.9985 |
| 16179037 | 334.51 | 360 | 357 | 7.9115 |
| 16180151 | 814.49 | 360 | 359 | 6.8735 |
| 16178693 | 784.88 | 360 | 359 | 6.6985 |
| 16178865 | 893.75 | 360 | 359 | 6.5735 |
| 16179276 | 1521.98 | 360 | 358 | 7.0365 |
| 16179499 | 833.69 | 360 | 357 | 6.9985 |
| 16178512 | 1140 | 360 | 358 | 5.6985 |
| 16178228 | 2025 | 360 | 357 | 6.3235 |
| 16180557 | 944.52 | 360 | 358 | 5.9985 |
| 16180392 | 1302.08 | 360 | 358 | 5.9985 |
| 16180458 | 1160.31 | 360 | 358 | 5.6235 |
| 16180172 | 1190.07 | 360 | 359 | 7.4985 |
| 16180295 | 632.07 | 360 | 358 | 6.2485 |
| 16178407 | 904.98 | 360 | 357 | 6.3235 |
| 16180157 | 1312.29 | 360 | 359 | 6.6235 |
| 16179062 | 1196.5 | 360 | 357 | 7.9115 |
| 16178708 | 2061.25 | 360 | 359 | 6.0735 |
| 16178338 | 1948.1 | 360 | 357 | 6.1985 |
| 16178525 | 3050.72 | 360 | 358 | 6.0735 |
| 16178181 | 1009.48 | 360 | 355 | 6.5735 |
| 16179303 | 1440.69 | 360 | 358 | 7.0365 |
| 16178391 | 1743.75 | 360 | 357 | 5.3235 |
| 16179277 | 1495.62 | 360 | 358 | 7.0365 |
| 16179500 | 1232.52 | 360 | 356 | 6.9985 |
| 16179648 | 903.17 | 360 | 359 | 6.9985 |
| 16180074 | 492.52 | 360 | 358 | 6.6235 |
| 16180558 | 1095.33 | 360 | 358 | 6.3735 |
| 16180327 | 5833.33 | 360 | 358 | 6.7485 |
| 16180586 | 1921.4 | 360 | 358 | 5.7485 |
| 16179932 | 998.64 | 360 | 359 | 6.96183 |
| 16179985 | 943.12 | 360 | 359 | 6.9985 |
| 16178959 | 550.39 | 360 | 356 | 7.9115 |
| 16180326 | 1276.42 | 360 | 358 | 6.3735 |
| 16179646 | 598.77 | 480 | 479 | 6.9985 |
| 16179148 | 1109.66 | 360 | 358 | 6.5365 |
| 16179162 | 1727.85 | 360 | 358 | 7.2115 |
| 16179740 | 1099.95 | 360 | 358 | 6.9985 |
| 16178713 | 973.25 | 360 | 358 | 6.0735 |
| 16178645 | 1666 | 360 | 358 | 6.6985 |
| 16178548 | 758.48 | 360 | 358 | 6.1985 |
| 16178243 | 1686.52 | 360 | 356 | 5.3235 |
| 16180518 | 1611.33 | 360 | 358 | 6.6235 |
| 16179121 | 1206.15 | 360 | 358 | 7.0365 |
| 16180587 | 1348.39 | 360 | 358 | 5.7485 |
| 16179933 | 1036.71 | 480 | 479 | 6.8735 |
| 16180186 | 1380.14 | 360 | 359 | 6.3735 |
| 16179986 | 1143.18 | 360 | 359 | 6.9985 |
| 16180420 | 2335.39 | 360 | 358 | 6.6235 |
| 16178733 | 547.45 | 360 | 359 | 6.0735 |
| 16180487 | 646 | 360 | 358 | 6.1235 |
| 16179067 | 823.4 | 360 | 356 | 7.2615 |
| 16179170 | 1139.56 | 360 | 355 | 7.2865 |
| 16178416 | 840 | 360 | 358 | 5.6985 |
| 16180067 | 327.18 | 360 | 358 | 7.3735 |
| 16179057 | 1062.7 | 360 | 357 | 7.7115 |
| 16178200 | 1667.5 | 360 | 358 | 5.3235 |
| 16178201 | 1711.67 | 360 | 358 | 6.0735 |
| 16178202 | 1188.33 | 360 | 357 | 5.3235 |
| 16178203 | 1285.63 | 360 | 358 | 5.9485 |
| 16178204 | 3082.83 | 360 | 358 | 6.1985 |

| | | | | |
|---|---|---|---|---|
| 16178205 | 1183.81 | 360 | 358 | 5.4485 |
| 16178206 | 1987.5 | 360 | 357 | 6.1985 |
| 16178207 | 2229.17 | 360 | 357 | 5.8235 |
| 16178208 | 2323.96 | 360 | 358 | 5.3235 |
| 16178209 | 725 | 360 | 357 | 5.8235 |
| 16178841 | 3515.42 | 360 | 359 | 7.0735 |
| 16178762 | 576.5 | 360 | 359 | 7.1985 |
| 16178843 | 1492.29 | 360 | 359 | 6.9485 |
| 16178763 | 430 | 360 | 359 | 7.1985 |
| 16178845 | 3165 | 360 | 359 | 7.1985 |
| 16178846 | 1420.92 | 360 | 359 | 7.0735 |
| 16178684 | 1271.63 | 360 | 359 | 7.0735 |
| 16178847 | 1033.08 | 360 | 359 | 5.8235 |
| 16178685 | 866.67 | 360 | 358 | 6.1985 |
| 16178686 | 558.85 | 360 | 359 | 6.6985 |
| 16178848 | 699.21 | 360 | 359 | 7.1985 |
| 16178849 | 2422.46 | 360 | 359 | 6.0735 |
| 16178687 | 1661.83 | 360 | 359 | 7.0735 |
| 16178210 | 953.33 | 360 | 358 | 6.4485 |
| 16178211 | 913.75 | 360 | 358 | 5.9485 |
| 16178212 | 2789.06 | 360 | 359 | 5.9485 |
| 16178213 | 945 | 360 | 358 | 6.3235 |
| 16178214 | 1709.5 | 360 | 358 | 6.0735 |
| 16178215 | 1301.67 | 360 | 358 | 5.0735 |
| 16178850 | 2056.5 | 360 | 359 | 6.4485 |
| 16178852 | 745.83 | 360 | 359 | 5.9485 |
| 16178853 | 920.05 | 360 | 359 | 7.1985 |
| 16178772 | 537 | 360 | 359 | 7.1985 |
| 16178854 | 819.09 | 360 | 359 | 6.3235 |
| 16178692 | 537 | 360 | 359 | 7.1985 |
| 16178774 | 1050.94 | 360 | 359 | 7.0735 |
| 16178857 | 463.58 | 360 | 359 | 7.0735 |
| 16178858 | 1282.5 | 360 | 359 | 5.6985 |
| 16178859 | 322.42 | 360 | 359 | 6.3235 |
| 16178697 | 688.33 | 360 | 358 | 7.0735 |
| 16178779 | 4016.99 | 360 | 359 | 5.6985 |
| 16178301 | 1081.36 | 360 | 358 | 7.0735 |
| 16178303 | 833.46 | 360 | 357 | 7.1985 |
| 16178305 | 1656.97 | 360 | 357 | 6.0735 |
| 16178307 | 1073.33 | 360 | 358 | 6.6985 |
| 16179831 | 283.29 | 480 | 480 | 0.6235 |
| 16178860 | 1412.88 | 360 | 359 | 5.4485 |
| 16178863 | 1145 | 360 | 359 | 7.1985 |
| 16178866 | 1250 | 360 | 359 | 7.1985 |
| 16178786 | 676 | 360 | 359 | 6.1985 |
| 16178868 | 2222.92 | 360 | 359 | 6.5735 |
| 16178787 | 649 | 360 | 359 | 7.0735 |
| 16178869 | 411.15 | 360 | 359 | 7.0735 |
| 16178311 | 2083.33 | 360 | 357 | 5.9485 |
| 16180194 | 5614.58 | 360 | 357 | 6.6235 |
| 16180195 | 1769.72 | 360 | 358 | 6.8235 |
| 16180196 | 587.35 | 360 | 358 | 7.2485 |
| 16180197 | 1381.25 | 360 | 358 | 6.1235 |
| 16178317 | 2125.52 | 360 | 357 | 6.3235 |
| 16180198 | 1041.75 | 360 | 358 | 6.4985 |
| 16180199 | 765 | 360 | 358 | 7.2485 |
| 16179921 | 553.28 | 360 | 359 | 6.96183 |
| 16178319 | 972.24 | 360 | 356 | 6.5735 |
| 16178870 | 1568.42 | 360 | 359 | 7.0735 |
| 16178790 | 687.5 | 360 | 359 | 5.9485 |
| 16178872 | 611 | 360 | 359 | 6.1985 |
| 16178873 | 498.17 | 360 | 359 | 5.8235 |
| 16178792 | 515.63 | 360 | 359 | 7.1985 |
| 16178874 | 3396.25 | 360 | 359 | 6.8235 |
| 16178794 | 2343.75 | 360 | 359 | 7.1985 |
| 16178875 | 507.92 | 360 | 359 | 6.3235 |
| 16178876 | 1813.12 | 360 | 359 | 6.5735 |
| 16178795 | 2170 | 360 | 359 | 6.6985 |
| 16178877 | 1251.56 | 360 | 359 | 7.1985 |
| 16178322 | 1379.55 | 360 | 358 | 6.5735 |
| 16178880 | 1394.33 | 360 | 359 | 7.0735 |
| 16179771 | 1399.78 | 360 | 359 | 6.9985 |
| 16178882 | 1155.42 | 360 | 359 | 7.0735 |
| 16178883 | 2500 | 360 | 359 | 7.1985 |
| 16179778 | 1271.5 | 360 | 360 | 1.6235 |
| 16178170 | 1503.6 | 360 | 354 | 6.3235 |
| 16178173 | 1454.69 | 360 | 353 | 6.8235 |
| 16178336 | 1092.5 | 360 | 356 | 5.4485 |
| 16178174 | 1933.33 | 360 | 356 | 6.9485 |
| 16178177 | 931.23 | 360 | 356 | 6.1985 |
| 16178259 | 793.33 | 360 | 357 | 6.6985 |
| 16178178 | 1377.5 | 360 | 355 | 6.9485 |
| 16178179 | 653.67 | 360 | 357 | 6.3235 |
| 16179785 | 1016.39 | 360 | 360 | 0.6235 |
| 16179787 | 1163.69 | 360 | 359 | 6.3735 |
| 16178502 | 1977.92 | 360 | 358 | 5.5735 |
| 16180626 | 1214.12 | 360 | 344 | 5.5735 |
| 16178503 | 525 | 360 | 358 | 7.1985 |
| 16178180 | 707.45 | 360 | 356 | 5.5735 |
| 16178504 | 949.53 | 360 | 358 | 6.8235 |
| 16178263 | 896.92 | 360 | 356 | 5.5735 |
| 16178506 | 1833.33 | 360 | 358 | 6.5735 |
| 16178184 | 1215 | 360 | 356 | 7.1985 |
| 16178508 | 1820 | 360 | 358 | 6.1985 |
| 16178186 | 467.02 | 360 | 356 | 7.0735 |

| | | | | |
|---|---|---|---|---|
| 16178267 | 1372.37 | 360 | 356 | 5.5735 |
| 16180385 | 1489.88 | 360 | 358 | 6.9985 |
| 16180449 | 1320 | 360 | 358 | 6.6235 |
| 16179601 | 876.46 | 480 | 478 | 6.9985 |
| 16180286 | 1696.93 | 360 | 358 | 6.1235 |
| 16178355 | 972.25 | 360 | 357 | 6.5735 |
| 16179713 | 508.71 | 360 | 358 | 6.9985 |
| 16180054 | 1394.29 | 360 | 359 | 6.7485 |
| 16179761 | 707.2 | 480 | 478 | 6.9985 |
| 16178775 | 1993.75 | 360 | 359 | 6.5735 |
| 16178286 | 3166.75 | 360 | 358 | 6.3235 |
| 16179516 | 1080.71 | 360 | 359 | 6.9985 |
| 16179407 | 519.45 | 360 | 358 | 6.9985 |
| 16180246 | 747.08 | 360 | 358 | 6.6235 |
| 16178481 | 1722 | 360 | 358 | 6.6985 |
| 16178519 | 1212.38 | 360 | 358 | 6.3235 |
| 16180479 | 982.71 | 360 | 358 | 6.3735 |
| 16178890 | 674.07 | 360 | 354 | 7.4115 |
| 16180549 | 1664.41 | 360 | 358 | 6.1235 |
| 16180319 | 372.67 | 360 | 358 | 6.2485 |
| 16179089 | 1518.14 | 360 | 358 | 7.3115 |
| 16180450 | 1134.82 | 360 | 358 | 6.5985 |
| 16179165 | 586.41 | 360 | 358 | 7.5615 |
| 16180058 | 1102.46 | 480 | 479 | 7.2485 |
| 16178405 | 1448.73 | 360 | 358 | 6.1985 |
| 16178314 | 662.18 | 360 | 358 | 6.5735 |
| 16179714 | 241.23 | 360 | 358 | 6.7485 |
| 16178783 | 3145 | 360 | 359 | 6.0735 |
| 16178524 | 3281.25 | 360 | 358 | 5.9485 |
| 16180247 | 821.1 | 360 | 358 | 6.7485 |
| 16179390 | 488.89 | 360 | 357 | 6.9985 |
| 16179982 | 771.65 | 360 | 359 | 6.9985 |
| 16180480 | 2062.5 | 360 | 358 | 5.9985 |
| 16180550 | 2271.09 | 360 | 358 | 6.1235 |
| 16180320 | 2940 | 360 | 358 | 6.7485 |
| 16179415 | 470.88 | 360 | 357 | 6.9985 |
| 16179738 | 331.86 | 360 | 358 | 6.4985 |
| 16180451 | 1974.96 | 360 | 358 | 6.6235 |
| 16180144 | 1235.1 | 360 | 359 | 6.6235 |
| 16179602 | 514.75 | 480 | 478 | 6.9985 |
| 16179146 | 344.15 | 360 | 358 | 7.2115 |
| 16178428 | 1441.63 | 360 | 358 | 5.9485 |
| 16178644 | 787.5 | 360 | 358 | 5.6985 |
| 16178401 | 1228.85 | 360 | 357 | 5.5735 |
| 16178691 | 2892.92 | 360 | 359 | 6.3235 |
| 16179301 | 1443.52 | 360 | 358 | 7.0365 |
| 16180248 | 703.13 | 360 | 358 | 6.4985 |
| 16179254 | 1447.38 | 360 | 357 | 7.0365 |
| 16179391 | 390.79 | 360 | 357 | 6.9985 |
| 16179983 | 1099.06 | 360 | 359 | 6.9985 |
| 16178225 | 1734.29 | 360 | 358 | 6.4485 |
| 16178562 | 539.22 | 360 | 358 | 6.0735 |
| 16180481 | 1045.33 | 360 | 358 | 5.8735 |
| 16178489 | 2729.13 | 360 | 358 | 5.9485 |
| 16180551 | 1291.67 | 360 | 358 | 5.9985 |
| 16180321 | 875 | 360 | 358 | 7.2485 |
| 16179779 | 734.89 | 360 | 359 | 6.9985 |
| 16179009 | 1479.54 | 360 | 356 | 6.3865 |
| 16180386 | 1208.75 | 360 | 357 | 6.6235 |
| 16178785 | 840.67 | 360 | 359 | 6.1985 |
| 16179048 | 1479.54 | 360 | 357 | 7.9115 |
| 16179715 | 551.58 | 360 | 358 | 6.9985 |
| 16180138 | 677.48 | 360 | 359 | 7.1235 |
| 16178390 | 1762.5 | 360 | 357 | 5.5735 |
| 16179984 | 669.49 | 360 | 359 | 6.96183 |
| 16180416 | 2053.33 | 360 | 358 | 6.7485 |
| 16180482 | 959.58 | 360 | 358 | 5.8735 |
| 16180552 | 1820 | 360 | 358 | 5.7485 |
| 16180322 | 875 | 360 | 358 | 7.2485 |
| 16179416 | 637.2 | 480 | 477 | 6.9985 |
| 16179090 | 651 | 360 | 358 | 7.9115 |
| 16178976 | 308.77 | 360 | 356 | 7.9115 |
| 16180387 | 1429.17 | 360 | 358 | 5.8735 |
| 16179183 | 1294.28 | 360 | 357 | 6.1615 |
| 16180052 | 1987.74 | 360 | 359 | 6.4985 |
| 16180178 | 1294.21 | 360 | 359 | 8.1235 |
| 16179739 | 640.18 | 360 | 358 | 6.9985 |
| 16178992 | 823.4 | 360 | 356 | 7.1115 |
| 16179072 | 742.99 | 360 | 357 | 7.6365 |
| 16178429 | 1625 | 360 | 358 | 6.1985 |
| 16178226 | 3575 | 360 | 355 | 6.0735 |
| 16179202 | 1304.57 | 360 | 358 | 6.7615 |
| 16180417 | 455.2 | 360 | 358 | 5.7485 |
| 16180483 | 1812.5 | 360 | 358 | 6.9985 |
| 16178473 | 2975 | 360 | 358 | 6.0735 |
| 16180553 | 1327.08 | 360 | 358 | 5.8735 |
| 16180323 | 935 | 360 | 358 | 7.2485 |
| 16180388 | 1546.88 | 360 | 358 | 6.6235 |
| 16179830 | 794.59 | 360 | 359 | 6.9985 |
| 16178297 | 728.03 | 360 | 358 | 6.3235 |
| 16178505 | 1750 | 360 | 358 | 6.6985 |
| 16178483 | 720.47 | 360 | 358 | 6.3235 |
| 16179306 | 458.01 | 360 | 352 | 6.9985 |
| 16180079 | 964.96 | 360 | 358 | 6.9985 |
| 16180584 | 1020.83 | 360 | 358 | 5.8735 |

| | | | | |
|---|---|---|---|---|
| 16180418 | 2258.75 | 360 | 358 | 6.2485 |
| 16180484 | 1206.81 | 360 | 358 | 5.9985 |
| 16180554 | 3259.71 | 360 | 358 | 6.1235 |
| 16180324 | 975 | 360 | 358 | 7.2485 |
| 16179417 | 740.24 | 480 | 477 | 6.9985 |
| 16179091 | 1810.83 | 360 | 357 | 7.2615 |
| 16178437 | 593.44 | 360 | 358 | 6.4485 |
| 16180169 | 1929.84 | 360 | 359 | 6.6235 |
| 16179619 | 926.33 | 360 | 359 | 6.9985 |
| 16179960 | 986.45 | 480 | 479 | 6.3865 |
| 16178541 | 2095.42 | 360 | 358 | 5.5735 |
| 16178265 | 1012.5 | 360 | 357 | 6.4485 |
| 16178462 | 1012.92 | 360 | 358 | 6.5735 |
| 16179196 | 1600.24 | 360 | 358 | 7.2115 |
| 16180585 | 2080 | 360 | 358 | 5.7485 |
| 16179931 | 1026 | 360 | 359 | 6.9985 |
| 16178227 | 2604.17 | 360 | 355 | 5.8235 |
| 16178511 | 916.18 | 360 | 358 | 6.1985 |
| 16180419 | 3445.31 | 360 | 358 | 5.8735 |
| 16180485 | 940.82 | 360 | 358 | 5.9985 |
| 16180555 | 1816.08 | 360 | 358 | 6.1235 |
| 16180325 | 862.88 | 360 | 358 | 6.4985 |
| 16179418 | 453.62 | 480 | 477 | 6.9985 |
| 16178717 | 1088.53 | 360 | 359 | 6.3235 |
| 16179177 | 1188.78 | 360 | 357 | 7.2115 |
| 16179092 | 913.46 | 360 | 358 | 7.2615 |
| 16179161 | 889.11 | 360 | 358 | 7.0365 |
| 16178729 | 567.42 | 360 | 359 | 6.0735 |
| 16178406 | 2093.44 | 360 | 357 | 5.9485 |
| 16178716 | 1330 | 360 | 359 | 6.6985 |
| 16180047 | 1297.66 | 360 | 358 | 6.6235 |
| 16179348 | 315.21 | 360 | 357 | 6.4985 |
| 16179531 | 936.61 | 360 | 357 | 6.9985 |
| 16178189 | 1757.88 | 360 | 358 | 5.8235 |
| 16180099 | 1259.67 | 360 | 358 | 6.7485 |
| 16179884 | 620.17 | 360 | 358 | 6.9985 |
| 16179684 | 856.85 | 360 | 358 | 6.9985 |
| 16180152 | 2573.12 | 360 | 359 | 6.9985 |
| 16180092 | 745.46 | 360 | 359 | 6.7485 |
| 16178829 | 714 | 360 | 359 | 6.6985 |
| 16178761 | 1487.29 | 360 | 359 | 6.0735 |
| 16179774 | 2351.99 | 360 | 359 | 6.1235 |
| 16178961 | 849.13 | 360 | 357 | 7.9415 |
| 16179206 | 966.34 | 360 | 358 | 7.0365 |
| 16180443 | 1664.78 | 360 | 358 | 6.4985 |
| 16178280 | 719.66 | 360 | 358 | 5.8235 |
| 16180281 | 1436 | 360 | 358 | 5.7485 |
| 16180350 | 1819.46 | 360 | 358 | 6.2485 |
| 16179757 | 543.44 | 480 | 478 | 6.9985 |
| 16180241 | 574.17 | 360 | 358 | 6.3735 |
| 16179293 | 1492.41 | 360 | 358 | 6.9115 |
| 16178468 | 2605.96 | 360 | 358 | 6.1985 |
| 16179232 | 1757.76 | 360 | 357 | 6.5365 |
| 16180053 | 564.48 | 360 | 358 | 7.2485 |
| 16180061 | 1360.2 | 360 | 358 | 6.9985 |
| 16179386 | 607.26 | 360 | 357 | 6.9985 |
| 16179367 | 609.83 | 360 | 357 | 6.9985 |
| 16178610 | 1377.5 | 360 | 358 | 6.9485 |
| 16180444 | 3476.38 | 360 | 358 | 6.2485 |
| 16179070 | 492.75 | 360 | 357 | 7.2615 |
| 16180282 | 755.08 | 360 | 358 | 6.2485 |
| 16180351 | 1958.33 | 360 | 356 | 5.6235 |
| 16179710 | 606.4 | 360 | 358 | 6.9985 |
| 16179758 | 466.94 | 360 | 358 | 6.96183 |
| 16179579 | 915.72 | 360 | 358 | 6.8735 |
| 16178944 | 1415.21 | 360 | 356 | 6.3115 |
| 16179142 | 1019.6 | 360 | 358 | 7.0365 |
| 16180193 | 1283.85 | 360 | 360 | 1.6235 |
| 16178696 | 727.42 | 360 | 359 | 6.6985 |
| 16178712 | 997.1 | 360 | 357 | 5.8235 |
| 16178269 | 1221.88 | 360 | 356 | 6.0735 |
| 16180242 | 1040 | 360 | 358 | 5.7485 |
| 16179491 | 1028.52 | 360 | 355 | 6.9985 |
| 16180381 | 1029.62 | 360 | 358 | 6.3735 |
| 16180445 | 1247.97 | 360 | 358 | 5.8735 |
| 16179164 | 1317.44 | 360 | 355 | 7.2115 |
| 16180283 | 1012.5 | 360 | 358 | 6.4985 |
| 16178427 | 1816.35 | 360 | 358 | 6.3235 |
| 16180352 | 598.92 | 360 | 358 | 6.1235 |
| 16179759 | 357.24 | 360 | 358 | 6.9985 |
| 16179580 | 1246.35 | 360 | 358 | 6.96183 |
| 16178789 | 1031.25 | 360 | 359 | 6.5735 |
| 16180039 | 2239.14 | 360 | 359 | 6.4985 |
| 16179298 | 1994.17 | 360 | 358 | 7.0365 |
| 16180243 | 1359.38 | 360 | 358 | 7.2485 |
| 16179253 | 2058.49 | 360 | 358 | 5.9115 |
| 16179492 | 856.85 | 360 | 355 | 6.9985 |
| 16180382 | 1640.62 | 360 | 358 | 5.9985 |
| 16180446 | 4241.25 | 360 | 358 | 6.4985 |
| 16179071 | 546.79 | 360 | 357 | 7.9115 |
| 16180284 | 1945.8 | 360 | 358 | 6.4985 |
| 16180353 | 1077.16 | 360 | 358 | 6.1235 |
| 16180166 | 1395.77 | 480 | 479 | 6.8735 |
| 16178803 | 4120.83 | 360 | 359 | 5.4485 |
| 16179711 | 1557.58 | 360 | 358 | 1.3735 |

| | | | | |
|---|---|---|---|---|
| 16179777 | 1217.59 | 360 | 359 | 8.2485 |
| 16179828 | 635.56 | 360 | 359 | 6.9985 |
| 16180155 | 1029.13 | 480 | 479 | 7.3735 |
| 16180127 | 1571.16 | 360 | 359 | 6.7485 |
| 16179581 | 1018.3 | 360 | 358 | 6.9985 |
| 16180165 | 734.42 | 360 | 359 | 6.8735 |
| 16180037 | 2404.63 | 360 | 359 | 7.6235 |
| 16180130 | 745.46 | 360 | 358 | 7.4985 |
| 16179493 | 678.31 | 360 | 355 | 6.9985 |
| 16179388 | 367.96 | 360 | 357 | 6.9985 |
| 16178660 | 832.5 | 360 | 359 | 6.4485 |
| 16180383 | 2560 | 360 | 357 | 7.2485 |
| 16180447 | 1275.84 | 360 | 358 | 6.3735 |
| 16178991 | 1762.58 | 360 | 356 | 7.2615 |
| 16178963 | 1325.15 | 360 | 353 | 7.2615 |
| 16179600 | 778.37 | 360 | 358 | 6.9985 |
| 16180285 | 1859.38 | 360 | 358 | 6.1235 |
| 16179035 | 874.86 | 360 | 356 | 7.5115 |
| 16179582 | 1021.53 | 360 | 358 | 6.9985 |
| 16178597 | 998.48 | 360 | 358 | 6.0735 |
| 16180045 | 1764.94 | 480 | 479 | 6.7485 |
| 16180244 | 569.75 | 360 | 358 | 6.3735 |
| 16178320 | 1840.78 | 360 | 357 | 6.0735 |
| 16179139 | 955.1 | 360 | 358 | 6.7865 |
| 16178377 | 1330 | 360 | 355 | 4.9485 |
| 16180547 | 558.71 | 360 | 358 | 6.6235 |
| 16180317 | 417.67 | 360 | 358 | 6.7485 |
| 16178171 | 1191.46 | 360 | 353 | 6.6985 |
| 16180384 | 779.17 | 360 | 358 | 6.6235 |
| 16180448 | 2025 | 360 | 358 | 5.9985 |
| 16178404 | 2053.46 | 360 | 357 | 6.1985 |
| 16179155 | 939.19 | 360 | 358 | 7.0365 |
| 16179712 | 584.66 | 360 | 358 | 6.96183 |
| 16180191 | 2135.44 | 360 | 360 | 0.6235 |
| 16178928 | 1569.6 | 360 | 356 | 7.1115 |
| 16179760 | 714.44 | 480 | 478 | 6.9985 |
| 16178833 | 672 | 360 | 359 | 6.6985 |
| 16179583 | 721.58 | 360 | 358 | 6.96183 |
| 16178625 | 2499 | 360 | 358 | 6.0735 |
| 16178622 | 1062.5 | 360 | 358 | 6.0735 |
| 16179299 | 836.26 | 360 | 358 | 7.0365 |
| 16180245 | 683.33 | 360 | 358 | 5.9985 |
| 16179484 | 1068.73 | 360 | 358 | 6.9985 |
| 16179272 | 1555.93 | 360 | 358 | 7.0615 |
| 16179495 | 964.92 | 360 | 355 | 6.9985 |
| 16178608 | 840 | 360 | 358 | 5.6985 |
| 16180548 | 2240 | 360 | 358 | 5.7485 |
| 16180318 | 1711.67 | 360 | 358 | 6.2485 |
| 16179260 | 1904.11 | 360 | 358 | 6.6615 |
| 16179863 | 1028.86 | 360 | 358 | 6.9985 |
| 16179195 | 948.29 | 360 | 358 | 7.0365 |
| 16180621 | 1192.5 | 360 | 358 | 6.3735 |
| 16178884 | 861.99 | 360 | 353 | 7.2115 |
| 16179405 | 758.57 | 480 | 477 | 6.9985 |
| 16180347 | 1798.72 | 360 | 358 | 6.2485 |
| 16179575 | 836.26 | 360 | 358 | 6.9985 |
| 16178892 | 1273.69 | 360 | 351 | 6.7865 |
| 16178851 | 963.26 | 360 | 359 | 6.0735 |
| 16179792 | 1103.87 | 360 | 359 | 3.1235 |
| 16178736 | 2857.5 | 360 | 358 | 6.4485 |
| 16178767 | 2614.38 | 360 | 358 | 5.5735 |
| 16179230 | 2414.07 | 360 | 356 | 7.4615 |
| 16179113 | 1878.37 | 360 | 358 | 6.9115 |
| 16179864 | 1157.47 | 360 | 358 | 6.9985 |
| 16178369 | 1178.75 | 360 | 355 | 4.8235 |
| 16179365 | 747.93 | 360 | 357 | 6.9985 |
| 16180278 | 1864.44 | 360 | 358 | 6.6235 |
| 16180348 | 630.33 | 360 | 358 | 7.3735 |
| 16179802 | 1711.12 | 360 | 358 | 6.2485 |
| 16178626 | 1456.58 | 360 | 358 | 6.5735 |
| 16179137 | 165.16 | 360 | 358 | 6.4115 |
| 16179248 | 2411.39 | 360 | 358 | 7.4615 |
| 16178386 | 1535.42 | 360 | 357 | 5.1985 |
| 16179261 | 1904.11 | 360 | 357 | 7.0365 |
| 16179910 | 1395.27 | 360 | 359 | 6.9985 |
| 16179487 | 1044.85 | 360 | 357 | 6.3735 |
| 16180279 | 1416.67 | 360 | 358 | 5.9985 |
| 16179060 | 1028.92 | 360 | 357 | 7.9115 |
| 16179577 | 990.65 | 360 | 358 | 6.9985 |
| 16179803 | 1580.05 | 360 | 358 | 6.2485 |
| 16179618 | 819.25 | 480 | 479 | 6.9985 |
| 16178764 | 844.88 | 360 | 359 | 6.5735 |
| 16178282 | 3555 | 360 | 357 | 6.4485 |
| 16179292 | 1389.48 | 360 | 358 | 7.0365 |
| 16179231 | 2071.36 | 360 | 358 | 6.7865 |
| 16179138 | 171.09 | 360 | 358 | 6.4115 |
| 16178376 | 1536.35 | 360 | 355 | 5.0735 |
| 16179100 | 1736.85 | 360 | 358 | 7.0365 |
| 16180184 | 607.42 | 360 | 359 | 7.2485 |
| 16180442 | 670.95 | 360 | 358 | 6.4985 |
| 16180349 | 1330.96 | 360 | 356 | 5.6235 |
| 16179578 | 604.68 | 360 | 358 | 6.9985 |
| 16179804 | 1479.54 | 360 | 358 | 6.2485 |
| 16179045 | 1447.38 | 360 | 357 | 7.6365 |
| 16180051 | 734.51 | 480 | 478 | 7.9985 |

| | | | | |
|---|---|---|---|---|
| 16178893 | 1029.25 | 360 | 352 | 6.9615 |
| 16179806 | 1366.97 | 360 | 358 | 6.6235 |
| 16180257 | 5737.5 | 360 | 358 | 6.4985 |
| 16179700 | 606.33 | 360 | 358 | 6.96183 |
| 16178828 | 1306.13 | 360 | 359 | 7.1985 |
| 16178748 | 639.17 | 360 | 359 | 7.0735 |
| 16178668 | 722.75 | 360 | 358 | 7.0735 |
| 16178589 | 1654.12 | 360 | 358 | 6.1985 |
| 16180075 | 2293.48 | 360 | 359 | 6.9985 |
| 16180159 | 1773.24 | 360 | 359 | 6.7485 |
| 16179801 | 398.84 | 360 | 360 | 0.6235 |
| 16178830 | 1304.1 | 360 | 359 | 6.6985 |
| 16178831 | 386.47 | 360 | 359 | 7.1985 |
| 16179628 | 897.31 | 360 | 358 | 6.9985 |
| 16180582 | 2561.67 | 360 | 358 | 6.3735 |
| 16179439 | 614.97 | 360 | 357 | 6.9985 |
| 16180415 | 864.58 | 360 | 358 | 5.9985 |
| 16180146 | 499.73 | 360 | 359 | 6.8735 |
| 16180115 | 414.15 | 360 | 359 | 7.6235 |
| 16178415 | 1782.18 | 360 | 358 | 6.1985 |
| 16179665 | 910.55 | 360 | 359 | 6.96183 |
| 16180119 | 1035.37 | 360 | 359 | 6.8735 |
| 16178588 | 1487.5 | 360 | 358 | 6.0735 |
| 16179520 | 617.55 | 360 | 358 | 6.9985 |
| 16178368 | 2591.02 | 360 | 356 | 5.3235 |
| 16180620 | 5138.18 | 360 | 358 | 6.6235 |
| 16179953 | 1886.25 | 360 | 359 | 6.9985 |
| 16180109 | 1314.86 | 480 | 479 | 6.7485 |
| 16179563 | 844 | 480 | 478 | 6.9985 |
| 16178832 | 587.34 | 360 | 359 | 7.1985 |
| 16179480 | 1197.36 | 360 | 359 | 8.3735 |
| 16179481 | 1187.42 | 480 | 478 | 6.9985 |
| 16178834 | 516.25 | 360 | 359 | 7.0735 |
| 16178591 | 4503.48 | 360 | 358 | 6.1985 |
| 16179644 | 1206.15 | 360 | 359 | 6.9985 |
| 16178754 | 1140 | 360 | 359 | 6.8235 |
| 16179483 | 623.04 | 480 | 479 | 6.9985 |
| 16178835 | 652.34 | 360 | 359 | 5.9485 |
| 16178836 | 5900 | 360 | 359 | 7.0735 |
| 16178755 | 2740.6 | 360 | 359 | 6.5735 |
| 16178593 | 1014.54 | 360 | 359 | 6.3235 |
| 16178756 | 793.33 | 360 | 359 | 6.6985 |
| 16180183 | 1886.34 | 480 | 479 | 6.8735 |
| 16180174 | 2243.29 | 360 | 359 | 6.7485 |
| 16180044 | 877.99 | 360 | 358 | 6.7485 |
| 16179545 | 654.1 | 360 | 358 | 6.4985 |
| 16180346 | 1699.38 | 360 | 355 | 5.9985 |
| 16178323 | 1239.15 | 360 | 357 | 5.5735 |
| 16178586 | 568.75 | 360 | 358 | 6.6985 |
| 16180219 | 1202.25 | 360 | 358 | 5.7485 |
| 16180188 | 755.86 | 480 | 479 | 7.2485 |
| 16179916 | 3400.96 | 360 | 359 | 6.9985 |
| 16178455 | 1959.09 | 360 | 357 | 5.8235 |
| 16179621 | 900.59 | 360 | 359 | 6.9985 |
| 16180288 | 1519.33 | 360 | 358 | 6.3735 |
| 16178594 | 3084.38 | 360 | 358 | 5.5735 |
| 16178676 | 1024.5 | 360 | 358 | 6.3235 |
| 16178757 | 1625 | 360 | 359 | 7.1985 |
| 16178838 | 1500 | 360 | 359 | 7.1985 |
| 16178758 | 421.63 | 360 | 359 | 7.1985 |
| 16178596 | 1863.33 | 360 | 358 | 6.1985 |
| 16178759 | 1620.43 | 360 | 359 | 7.1985 |
| 16179569 | 287.38 | 360 | 358 | 6.96183 |
| 16178678 | 2560 | 360 | 359 | 7.1985 |
| 16178679 | 2876 | 360 | 359 | 5.6985 |
| 16179327 | 1013.81 | 360 | 358 | 6.9985 |
| 16178780 | 2478.13 | 360 | 359 | 6.1985 |
| 16179347 | 1250.79 | 360 | 356 | 6.6235 |
| 16180614 | 1800 | 360 | 358 | 6.4985 |
| 16179948 | 1571.87 | 360 | 359 | 6.9985 |
| 16178656 | 4748.96 | 360 | 358 | 5.5735 |
| 16179044 | 1157.42 | 360 | 357 | 6.6115 |
| 16179620 | 554.78 | 480 | 479 | 7.4985 |
| 16180132 | 623.64 | 480 | 479 | 7.7485 |
| 16178771 | 4465.83 | 360 | 358 | 5.4485 |
| 16178682 | 1929.69 | 360 | 359 | 6.1985 |
| 16179136 | 165.16 | 360 | 358 | 6.4115 |
| 16179175 | 453.7 | 360 | 358 | 7.4615 |
| 16180357 | 776.88 | 360 | 358 | 6.6235 |
| 16179763 | 308.48 | 480 | 478 | 6.9985 |
| 16179585 | 1346.09 | 360 | 358 | 1.3735 |
| 16180258 | 890.4 | 360 | 358 | 5.7485 |
| 16179701 | 453.17 | 360 | 358 | 6.4985 |
| 16179653 | 1343.24 | 360 | 358 | 6.9985 |
| 16178922 | 997.08 | 360 | 355 | 6.4615 |
| 16178598 | 700.73 | 360 | 358 | 5.4485 |
| 16178599 | 587.54 | 360 | 358 | 7.0735 |
| 16180512 | 1859.14 | 360 | 358 | 6.1235 |
| 16179247 | 1476.33 | 360 | 358 | 6.4115 |
| 16179099 | 1838.5 | 360 | 358 | 7.2115 |
| 16179952 | 1709.05 | 360 | 359 | 6.9985 |
| 16179466 | 538.96 | 360 | 357 | 6.96183 |
| 16179364 | 406.55 | 360 | 357 | 6.9985 |
| 16178659 | 1583.17 | 360 | 358 | 7.0735 |
| 16178820 | 786.67 | 360 | 359 | 7.0735 |

| | | | | |
|---|---|---|---|---|
| 16178741 | 990 | 360 | 359 | 6.4485 |
| 16179552 | 950.74 | 480 | 479 | 6.9985 |
| 16178742 | 1180.63 | 360 | 359 | 7.1985 |
| 16178580 | 2551.03 | 360 | 358 | 6.1985 |
| 16178661 | 1591.89 | 360 | 359 | 5.8235 |
| 16178823 | 1306.13 | 360 | 359 | 7.1985 |
| 16178743 | 1949.57 | 360 | 359 | 6.1985 |
| 16179553 | 754.53 | 480 | 479 | 6.9985 |
| 16178824 | 690 | 360 | 359 | 5.6985 |
| 16179554 | 874.51 | 360 | 359 | 6.9985 |
| 16178663 | 1050 | 360 | 359 | 7.1985 |
| 16178826 | 1567.53 | 360 | 359 | 6.1985 |
| 16178745 | 1657.62 | 360 | 359 | 7.0735 |
| 16178583 | 1073.45 | 360 | 358 | 6.8235 |
| 16179404 | 872.29 | 360 | 357 | 6.9985 |
| 16180345 | 714.58 | 360 | 356 | 5.8735 |
| 16179683 | 871.32 | 360 | 358 | 6.9985 |
| 16179829 | 1107.14 | 480 | 479 | 7.4985 |
| 16179762 | 367.55 | 360 | 358 | 6.8735 |
| 16180126 | 1252.79 | 360 | 359 | 6.6235 |
| 16180033 | 1297.66 | 360 | 359 | 7.4985 |
| 16179555 | 1474.79 | 360 | 359 | 7.2485 |
| 16178827 | 900 | 360 | 359 | 5.6985 |
| 16179670 | 1016.38 | 360 | 358 | 6.9985 |
| 16179861 | 943.12 | 360 | 358 | 6.9985 |
| 16178675 | 1785.33 | 360 | 359 | 6.1985 |
| 16179249 | 2704.99 | 360 | 357 | 6.4615 |
| 16179115 | 578.95 | 360 | 358 | 7.2115 |
| 16178398 | 1134.22 | 360 | 354 | 6.0735 |
| 16180200 | 1419.82 | 360 | 358 | 6.2485 |
| 16180201 | 1083.33 | 360 | 358 | 5.9985 |
| 16179216 | 514.62 | 360 | 359 | 6.6615 |
| 16179315 | 531.68 | 360 | 353 | 6.4985 |
| 16180202 | 1788.75 | 360 | 358 | 6.3735 |
| 16180204 | 874.81 | 360 | 357 | 6.9235 |
| 16180205 | 1083.33 | 360 | 357 | 6.2485 |
| 16180206 | 1022.08 | 360 | 358 | 6.6235 |
| 16180207 | 1330 | 360 | 358 | 6.7485 |
| 16180208 | 420 | 360 | 358 | 7.2485 |
| 16180209 | 1584.48 | 360 | 358 | 6.9235 |
| 16179476 | 1073.72 | 360 | 357 | 6.46183 |
| 16180179 | 1484.02 | 360 | 359 | 7.6235 |
| 16179530 | 360.24 | 360 | 358 | 6.9985 |
| 16179611 | 975.8 | 360 | 359 | 7.3735 |
| 16180255 | 1908.73 | 360 | 358 | 5.9985 |
| 16178920 | 1260.83 | 360 | 355 | 7.0115 |
| 16178801 | 2231.25 | 360 | 359 | 6.0735 |
| 16179613 | 1064.51 | 360 | 359 | 7.4985 |
| 16178641 | 794.56 | 360 | 359 | 6.3235 |
| 16178722 | 1775 | 360 | 359 | 7.1985 |
| 16178444 | 949.88 | 360 | 358 | 6.0735 |
| 16179561 | 725.79 | 360 | 358 | 6.7485 |
| 16178804 | 1257.72 | 360 | 359 | 6.0735 |
| 16178561 | 947.85 | 360 | 358 | 5.6985 |
| 16180414 | 1420.83 | 360 | 358 | 6.6235 |
| 16178436 | 1562.71 | 360 | 358 | 6.1985 |
| 16179226 | 540.35 | 360 | 354 | 7.0365 |
| 16180619 | 2263.4 | 360 | 358 | 5.7485 |
| 16178290 | 1501.67 | 360 | 357 | 6.3235 |
| 16178293 | 1353.33 | 360 | 357 | 6.6985 |
| 16178770 | 4126.89 | 360 | 358 | 5.8235 |
| 16179233 | 257.31 | 360 | 356 | 6.9615 |
| 16178642 | 983.33 | 360 | 358 | 7.0735 |
| 16178724 | 1420.83 | 360 | 358 | 6.5735 |
| 16179346 | 482.35 | 360 | 357 | 6.6235 |
| 16179840 | 871.67 | 360 | 358 | 6.9985 |
| 16180217 | 971.44 | 360 | 358 | 5.8735 |
| 16178643 | 706.33 | 360 | 358 | 6.1985 |
| 16178806 | 1557.29 | 360 | 359 | 5.4485 |
| 16178484 | 877.33 | 360 | 358 | 6.6985 |
| 16178565 | 1337.02 | 360 | 358 | 6.9485 |
| 16178889 | 990.65 | 360 | 354 | 7.2115 |
| 16179632 | 445.43 | 360 | 358 | 6.8735 |
| 16178646 | 348.19 | 360 | 358 | 5.9485 |
| 16178727 | 921 | 360 | 359 | 7.1985 |
| 16178647 | 795 | 360 | 359 | 7.1985 |
| 16178567 | 2112.5 | 360 | 358 | 6.1985 |
| 16179947 | 530.06 | 360 | 359 | 6.9985 |
| 16179488 | 825.24 | 360 | 357 | 6.3735 |
| 16179914 | 488.89 | 360 | 359 | 6.9985 |
| 16178486 | 736.67 | 360 | 358 | 6.1985 |
| 16178649 | 1110.94 | 360 | 358 | 6.4485 |
| 16178488 | 1320.72 | 360 | 358 | 7.1985 |
| 16180210 | 1168.75 | 360 | 358 | 6.6235 |
| 16180211 | 4491.67 | 360 | 358 | 6.6235 |
| 16180212 | 2153.13 | 360 | 358 | 6.2485 |
| 16180147 | 1601.36 | 360 | 360 | 1.1235 |
| 16180213 | 1618.07 | 360 | 357 | 6.3735 |
| 16180214 | 1560 | 360 | 358 | 6.2485 |
| 16180215 | 1125 | 360 | 358 | 6.4985 |
| 16180216 | 3142.75 | 360 | 357 | 5.7485 |
| 16178172 | 898.33 | 360 | 356 | 5.8235 |
| 16178493 | 1301.56 | 360 | 358 | 6.0735 |
| 16180355 | 1159.72 | 360 | 358 | 6.6235 |
| 16178730 | 1718.38 | 360 | 359 | 7.0735 |

| | | | | |
|---|---|---|---|---|
| 16178811 | 1398.62 | 360 | 359 | 7.0735 |
| 16178812 | 762.08 | 360 | 359 | 7.0735 |
| 16178650 | 1098.98 | 360 | 358 | 6.9485 |
| 16179622 | 971.36 | 360 | 358 | 7.4985 |
| 16178570 | 811.96 | 360 | 358 | 6.5735 |
| 16180256 | 967.5 | 360 | 358 | 6.4985 |
| 16179032 | 1469.89 | 360 | 357 | 7.1115 |
| 16178921 | 916.67 | 360 | 355 | 7.0115 |
| 16179081 | 1157.9 | 360 | 357 | 7.8865 |
| 16178447 | 936 | 360 | 358 | 6.4485 |
| 16178571 | 4530.31 | 360 | 358 | 6.8235 |
| 16178814 | 2175 | 360 | 359 | 7.1985 |
| 16179562 | 874.05 | 360 | 358 | 6.96183 |
| 16178799 | 2458.81 | 360 | 359 | 6.1985 |
| 16178490 | 2155 | 360 | 358 | 7.1985 |
| 16179624 | 1170.77 | 360 | 358 | 6.9985 |
| 16179363 | 514.62 | 360 | 357 | 6.9985 |
| 16179051 | 913.46 | 360 | 357 | 7.8865 |
| 16178549 | 2882.25 | 360 | 358 | 6.4485 |
| 16178605 | 3038.75 | 360 | 358 | 6.0735 |
| 16179234 | 578.95 | 360 | 357 | 7.0365 |
| 16178815 | 1873.5 | 360 | 359 | 7.0735 |
| 16178734 | 1422.15 | 360 | 359 | 6.1985 |
| 16178241 | 380.51 | 360 | 356 | 5.8235 |
| 16179105 | 1353.92 | 360 | 359 | 7.0365 |
| 16180218 | 865.1 | 360 | 356 | 6.6235 |
| 16178318 | 1074.82 | 360 | 357 | 5.6975 |
| 16178654 | 1721.25 | 360 | 359 | 6.0735 |
| 16178655 | 1375 | 360 | 359 | 6.5735 |
| 16179915 | 477.28 | 360 | 359 | 6.9985 |
| 16178818 | 1528.75 | 360 | 358 | 7.1985 |
| 16178819 | 1147.42 | 360 | 359 | 5.8235 |
| 16179221 | 1016.38 | 360 | 359 | 6.6615 |
| 16178495 | 986.59 | 360 | 358 | 7.0735 |
| 16178576 | 1821.17 | 360 | 358 | 6.5735 |
| 16178496 | 1274.98 | 360 | 358 | 7.1985 |
| 16179549 | 1213.71 | 480 | 478 | 6.9985 |
| 16178578 | 2208.33 | 360 | 358 | 6.3235 |
| 16178497 | 550 | 360 | 358 | 7.1985 |
| 16179477 | 755.53 | 360 | 357 | 6.9985 |
| 16179369 | 743.63 | 360 | 357 | 6.9985 |
| 16180287 | 1185 | 360 | 358 | 5.7485 |
| 16180356 | 5225 | 360 | 357 | 6.8735 |
| 16178632 | 1147.37 | 360 | 358 | 6.0735 |
| 16179524 | 669.02 | 360 | 359 | 6.9985 |
| 16178471 | 1091.19 | 360 | 358 | 6.0735 |
| 16178552 | 563.09 | 360 | 357 | 5.8235 |
| 16178633 | 707.95 | 360 | 358 | 7.1985 |
| 16178634 | 1125 | 360 | 359 | 7.1985 |
| 16179525 | 327.3 | 480 | 479 | 7.4985 |
| 16180254 | 1583.33 | 360 | 358 | 5.9985 |
| 16178919 | 1093.57 | 360 | 355 | 6.9115 |
| 16178472 | 1043.38 | 360 | 358 | 6.0735 |
| 16178392 | 2827.34 | 360 | 357 | 5.5735 |
| 16179608 | 854.28 | 360 | 358 | 6.9985 |
| 16178555 | 817.76 | 360 | 358 | 7.0735 |
| 16179527 | 830.91 | 360 | 358 | 7.2485 |
| 16179609 | 1157.91 | 360 | 360 | 0.6235 |
| 16178556 | 1857.58 | 360 | 358 | 7.0735 |
| 16178475 | 1516.26 | 360 | 358 | 6.3235 |
| 16178394 | 2231.67 | 360 | 358 | 7.0735 |
| 16179366 | 526.32 | 360 | 357 | 6.46183 |
| 16178637 | 792.5 | 360 | 358 | 7.1985 |
| 16178718 | 1504.17 | 360 | 359 | 5.9485 |
| 16178476 | 665 | 360 | 358 | 7.1985 |
| 16178719 | 1280.2 | 360 | 359 | 5.9485 |
| 16180581 | 1275.37 | 360 | 358 | 5.7485 |
| 16179438 | 852.35 | 360 | 357 | 6.9985 |
| 16179529 | 843.53 | 360 | 358 | 6.9985 |
| 16178395 | 2892.25 | 360 | 358 | 7.1985 |
| 16178396 | 1070 | 360 | 358 | 7.1985 |
| 16178798 | 2527.16 | 360 | 359 | 6.0735 |
| 16178952 | 458.5 | 360 | 356 | 7.1615 |
| 16178958 | 745.24 | 360 | 356 | 6.9115 |
| 16179011 | 984.22 | 360 | 356 | 7.8865 |
| 16179368 | 423.88 | 360 | 357 | 6.46183 |
| 16178397 | 1054.73 | 360 | 355 | 5.6985 |
| 16178238 | 1158.8 | 360 | 356 | 6.6985 |
| 16180577 | 977.5 | 360 | 358 | 6.1235 |
| 16179980 | 777.36 | 360 | 359 | 6.9985 |
| 16178224 | 1713.54 | 360 | 355 | 5.4485 |
| 16179179 | 763.26 | 360 | 357 | 6.6615 |
| 16180409 | 2062.5 | 360 | 358 | 6.6235 |
| 16179786 | 625.27 | 360 | 359 | 6.9985 |
| 16179066 | 2772.53 | 360 | 357 | 7.0115 |
| 16180545 | 675 | 360 | 358 | 7.2485 |
| 16180315 | 1329.17 | 360 | 358 | 6.6235 |
| 16178413 | 1232.29 | 360 | 357 | 6.1985 |
| 16178985 | 689.6 | 360 | 355 | 6.7115 |
| 16179313 | 807.67 | 360 | 355 | 6.9985 |
| 16178403 | 731.25 | 360 | 357 | 6.1985 |
| 16180125 | 1972.88 | 360 | 359 | 6.4985 |
| 16178891 | 542.65 | 360 | 355 | 7.4365 |
| 16178750 | 3450.52 | 360 | 359 | 6.3235 |
| 16178299 | 1702.01 | 360 | 357 | 6.3235 |

| | | | | |
|---|---|---|---|---|
| 16178560 | 560.36 | 360 | 358 | 6.3235 |
| 16179208 | 518.6 | 360 | 358 | 7.0365 |
| 16179880 | 855.64 | 480 | 479 | 6.83683 |
| 16179307 | 635.75 | 360 | 358 | 6.9985 |
| 16179180 | 699.57 | 360 | 358 | 6.9615 |
| 16180410 | 2592.5 | 360 | 358 | 6.1235 |
| 16180476 | 1524.08 | 360 | 358 | 6.6235 |
| 16179836 | 2331.89 | 360 | 359 | 6.6235 |
| 16180066 | 1660.03 | 360 | 359 | 6.9985 |
| 16180316 | 1733.33 | 360 | 358 | 6.2485 |
| 16178974 | 288.19 | 360 | 356 | 7.7115 |
| 16178435 | 1463.85 | 360 | 358 | 6.1985 |
| 16178723 | 2254.42 | 360 | 359 | 6.1985 |
| 16178183 | 879.47 | 360 | 356 | 6.3235 |
| 16179344 | 495.32 | 360 | 356 | 6.6235 |
| 16179309 | 623.22 | 480 | 474 | 6.9985 |
| 16179341 | 180.12 | 360 | 357 | 6.9985 |
| 16178302 | 693.42 | 360 | 358 | 6.3235 |
| 16178239 | 1019.79 | 360 | 358 | 6.4485 |
| 16179209 | 622.32 | 360 | 358 | 7.0365 |
| 16180509 | 3570 | 360 | 358 | 6.7485 |
| 16179010 | 1149.7 | 360 | 356 | 7.8865 |
| 16180411 | 1820 | 360 | 358 | 5.7485 |
| 16180477 | 941.8 | 360 | 358 | 5.8735 |
| 16179837 | 353.8 | 360 | 359 | 6.8735 |
| 16179413 | 1065.27 | 360 | 357 | 6.9985 |
| 16178414 | 764.75 | 360 | 358 | 6.1985 |
| 16178975 | 643.28 | 360 | 357 | 7.8865 |
| 16180040 | 2098.34 | 360 | 358 | 6.7485 |
| 16178509 | 2194.61 | 360 | 358 | 5.5735 |
| 16180510 | 1153.88 | 360 | 358 | 6.1235 |
| 16178494 | 1968.75 | 360 | 358 | 5.9485 |
| 16180579 | 2055.17 | 360 | 358 | 7.1235 |
| 16179781 | 868.74 | 360 | 359 | 8.2485 |
| 16179436 | 438.37 | 360 | 357 | 6.7485 |
| 16180412 | 3452.59 | 360 | 358 | 6.1235 |
| 16180478 | 607.33 | 360 | 358 | 6.1235 |
| 16179001 | 1479.54 | 360 | 356 | 7.3115 |
| 16179736 | 628.75 | 360 | 358 | 6.9985 |
| 16178621 | 552.49 | 360 | 359 | 6.0735 |
| 16179503 | 774.51 | 360 | 358 | 6.8735 |
| 16178617 | 2275 | 360 | 359 | 6.1985 |
| 16178572 | 614.25 | 360 | 358 | 6.4485 |
| 16178753 | 658 | 360 | 359 | 6.6985 |
| 16179623 | 1222.24 | 360 | 359 | 6.9985 |
| 16178240 | 1700.42 | 360 | 358 | 6.1985 |
| 16180580 | 1545.83 | 360 | 358 | 6.3735 |
| 16179981 | 785.94 | 360 | 359 | 6.9985 |
| 16179437 | 381.63 | 360 | 357 | 6.8735 |
| 16180413 | 3656.25 | 360 | 358 | 6.4985 |
| 16179076 | 590.59 | 360 | 357 | 7.9605 |
| 16179737 | 566.67 | 360 | 358 | 6.9985 |
| 16178340 | 1718.75 | 360 | 357 | 6.5735 |
| 16178816 | 737.92 | 360 | 359 | 6.5735 |
| 16179627 | 889.02 | 360 | 358 | 6.9985 |
| 16179006 | 1672.53 | 360 | 356 | 7.5115 |
| 16178518 | 1859.38 | 360 | 358 | 6.0735 |
| 16179977 | 457.27 | 360 | 359 | 6.9985 |
| 16179190 | 1235.1 | 360 | 358 | 7.0365 |
| 16180472 | 1960 | 360 | 358 | 6.7485 |
| 16180541 | 693.42 | 360 | 358 | 6.3735 |
| 16180311 | 1588.5 | 360 | 358 | 6.4985 |
| 16179410 | 589.91 | 360 | 357 | 6.9985 |
| 16178658 | 1592.71 | 360 | 359 | 6.5735 |
| 16179176 | 1198.01 | 360 | 358 | 7.2115 |
| 16180378 | 759.69 | 360 | 358 | 6.6235 |
| 16178989 | 825.97 | 360 | 356 | 7.9115 |
| 16179732 | 528.72 | 360 | 358 | 6.9985 |
| 16178728 | 1457.5 | 360 | 359 | 6.3235 |
| 16178454 | 1054.17 | 360 | 358 | 6.5735 |
| 16178402 | 1347.25 | 360 | 357 | 6.0735 |
| 16179697 | 614.46 | 360 | 358 | 6.9985 |
| 16178595 | 1310.86 | 360 | 358 | 6.0735 |
| 16180107 | 465.92 | 360 | 359 | 7.6235 |
| 16180240 | 1504.41 | 360 | 358 | 6.1235 |
| 16178363 | 1096 | 360 | 357 | 5.6985 |
| 16178602 | 1653.75 | 360 | 358 | 6.4485 |
| 16179978 | 869.59 | 360 | 359 | 6.96183 |
| 16180406 | 1148.44 | 360 | 358 | 5.8735 |
| 16180473 | 1182.18 | 360 | 358 | 5.9985 |
| 16180542 | 598.5 | 360 | 358 | 6.4985 |
| 16180312 | 473.67 | 360 | 358 | 6.7485 |
| 16179411 | 1350.57 | 360 | 357 | 6.96183 |
| 16179056 | 1402.35 | 360 | 357 | 7.9115 |
| 16180379 | 603.58 | 360 | 358 | 6.3735 |
| 16178434 | 3432 | 360 | 358 | 6.1985 |
| 16179733 | 714.49 | 360 | 358 | 6.9985 |
| 16178704 | 844.44 | 360 | 358 | 6.1985 |
| 16179820 | 1966.02 | 360 | 358 | 6.2485 |
| 16180128 | 1236.92 | 360 | 359 | 6.6235 |
| 16180153 | 1163.06 | 360 | 359 | 6.4985 |
| 16178426 | 2211.66 | 360 | 357 | 5.9485 |
| 16179698 | 694.48 | 360 | 358 | 6.9985 |
| 16180114 | 401.03 | 360 | 359 | 7.6235 |
| 16179283 | 1413.61 | 360 | 358 | 7.0365 |

| | | | | |
|---|---|---|---|---|
| 16178381 | 758.85 | 360 | 357 | 5.5735 |
| 16178900 | 1457.22 | 360 | 356 | 7.0365 |
| 16178342 | 1313.33 | 360 | 356 | 6.5735 |
| 16178223 | 2958.24 | 360 | 355 | 6.1985 |
| 16180407 | 2425 | 360 | 358 | 5.9985 |
| 16180474 | 2704.17 | 360 | 358 | 7.1235 |
| 16179168 | 1350.89 | 360 | 356 | 6.2365 |
| 16180543 | 1730.67 | 360 | 358 | 7.1235 |
| 16180313 | 705.6 | 360 | 358 | 7.2485 |
| 16179087 | 800.24 | 360 | 357 | 7.8865 |
| 16180380 | 2968.33 | 360 | 358 | 6.2485 |
| 16179734 | 797.9 | 360 | 358 | 6.9985 |
| 16178715 | 634.56 | 360 | 359 | 5.6985 |
| 16179521 | 1818.53 | 360 | 358 | 7.3735 |
| 16178327 | 1597.6 | 360 | 357 | 5.8235 |
| 16179284 | 1415.21 | 360 | 358 | 7.0365 |
| 16178613 | 2870.83 | 360 | 359 | 6.3235 |
| 16180576 | 3443.75 | 360 | 358 | 6.8735 |
| 16178557 | 1040 | 360 | 358 | 6.1985 |
| 16179979 | 1159.34 | 480 | 479 | 6.9985 |
| 16180408 | 2574 | 360 | 358 | 6.4985 |
| 16179835 | 321.64 | 360 | 359 | 6.7485 |
| 16180475 | 1218.75 | 360 | 358 | 6.2485 |
| 16179169 | 870.03 | 360 | 356 | 6.9615 |
| 16180544 | 1041.67 | 360 | 358 | 5.9985 |
| 16180314 | 1376.11 | 360 | 358 | 5.8735 |
| 16179088 | 827.9 | 360 | 357 | 7.9115 |
| 16179160 | 851.7 | 360 | 359 | 6.7865 |
| 16178990 | 1621.06 | 360 | 356 | 7.8865 |
| 16179735 | 771.93 | 360 | 358 | 6.9985 |
| 16178306 | 701.25 | 360 | 358 | 6.0735 |
| 16179039 | 418.13 | 360 | 357 | 7.0115 |
| 16178949 | 1703.4 | 360 | 356 | 6.7615 |
| 16179334 | 474.82 | 360 | 355 | 6.7485 |
| 16179135 | 1833.35 | 360 | 358 | 7.2115 |
| 16179489 | 705.69 | 360 | 357 | 6.3735 |
| 16178894 | 1326.76 | 360 | 354 | 6.6615 |
| 16179381 | 241.65 | 360 | 357 | 6.2235 |
| 16180536 | 488.62 | 360 | 358 | 6.1235 |
| 16179598 | 925.1 | 360 | 358 | 6.96183 |
| 16179816 | 1556.74 | 360 | 358 | 6.6235 |
| 16180276 | 866.13 | 360 | 358 | 6.2485 |
| 16179144 | 2007.21 | 360 | 358 | 7.0365 |
| 16178700 | 1080 | 360 | 358 | 6.4485 |
| 16179573 | 1543.87 | 360 | 358 | 6.9985 |
| 16180124 | 1387.39 | 360 | 359 | 6.7485 |
| 16178619 | 1729.17 | 360 | 358 | 5.9485 |
| 16179282 | 2219.31 | 360 | 358 | 6.5365 |
| 16178374 | 2306.25 | 360 | 355 | 5.3235 |
| 16179928 | 911.18 | 360 | 359 | 6.96183 |
| 16179382 | 419.7 | 360 | 357 | 6.4985 |
| 16180537 | 695.62 | 360 | 358 | 6.3735 |
| 16180307 | 1675.33 | 360 | 358 | 6.7485 |
| 16180374 | 1245.42 | 360 | 358 | 5.8735 |
| 16179064 | 1116.09 | 360 | 357 | 7.7115 |
| 16180439 | 1011.31 | 360 | 358 | 6.2485 |
| 16178714 | 1117.19 | 360 | 358 | 6.5735 |
| 16179599 | 814.09 | 360 | 358 | 6.96183 |
| 16179817 | 1929.84 | 360 | 358 | 6.4985 |
| 16178927 | 1415.21 | 360 | 355 | 7.1115 |
| 16179755 | 380.82 | 360 | 358 | 6.9985 |
| 16178878 | 1670.82 | 360 | 359 | 6.8235 |
| 16178349 | 2231.25 | 360 | 357 | 6.0735 |
| 16180022 | 773.07 | 360 | 359 | 6.9985 |
| 16180236 | 308 | 360 | 358 | 5.7485 |
| 16179929 | 582.31 | 360 | 359 | 6.9985 |
| 16178895 | 1270.48 | 360 | 330 | 6.7865 |
| 16180538 | 1745.06 | 360 | 358 | 5.8735 |
| 16180308 | 2677.5 | 360 | 358 | 6.1235 |
| 16180375 | 1097.4 | 360 | 358 | 5.8735 |
| 16180440 | 3791.67 | 360 | 358 | 6.2485 |
| 16178547 | 483.33 | 360 | 358 | 5.9485 |
| 16179818 | 1286.56 | 360 | 358 | 6.6235 |
| 16180277 | 1177.92 | 360 | 358 | 6.6235 |
| 16179153 | 578.95 | 360 | 358 | 7.0365 |
| 16178980 | 794.45 | 360 | 356 | 7.4515 |
| 16179054 | 1317.11 | 360 | 357 | 7.8865 |
| 16178424 | 759.61 | 360 | 357 | 5.6985 |
| 16179708 | 1080.3 | 360 | 358 | 6.9985 |
| 16180140 | 1813.96 | 360 | 359 | 7.3735 |
| 16180023 | 952.53 | 360 | 359 | 6.9985 |
| 16178768 | 2671.85 | 360 | 358 | 6.6985 |
| 16178260 | 1352.08 | 360 | 359 | 6.5735 |
| 16180237 | 1645.83 | 360 | 358 | 5.9985 |
| 16178375 | 2941.93 | 360 | 355 | 5.9485 |
| 16178864 | 1028.96 | 360 | 359 | 6.5735 |
| 16178341 | 2740.98 | 360 | 357 | 6.0735 |
| 16178611 | 3082.5 | 360 | 358 | 6.4485 |
| 16179383 | 939.19 | 360 | 357 | 6.9985 |
| 16178222 | 1235 | 360 | 358 | 6.0735 |
| 16180539 | 1068.83 | 360 | 358 | 6.3735 |
| 16180309 | 1828.63 | 360 | 358 | 5.7485 |
| 16180376 | 942 | 360 | 358 | 5.7485 |
| 16178948 | 468.015 | 360 | 356 | 7.0115 |
| 16178970 | 771.93 | 360 | 355 | 7.8115 |

| | | | | |
|---|---|---|---|---|
| 16180171 | 517.69 | 360 | 359 | 6.8735 |
| 16178879 | 726.92 | 360 | 359 | 6.5735 |
| 16180133 | 1300.39 | 360 | 359 | 6.7485 |
| 16178651 | 711.71 | 360 | 358 | 6.1985 |
| 16180024 | 1173.98 | 360 | 359 | 6.9985 |
| 16180238 | 1275 | 360 | 358 | 6.1235 |
| 16179352 | 1260.83 | 360 | 358 | 6.9985 |
| 16179384 | 990.65 | 360 | 357 | 6.9985 |
| 16179976 | 1776.19 | 360 | 359 | 6.96183 |
| 16180471 | 921.03 | 360 | 358 | 6.3735 |
| 16180540 | 1560 | 360 | 358 | 5.7485 |
| 16178983 | 669.01 | 360 | 356 | 7.9115 |
| 16180377 | 768.2 | 360 | 358 | 6.9985 |
| 16180441 | 2643.33 | 360 | 358 | 6.2485 |
| 16179731 | 630.41 | 360 | 358 | 6.9985 |
| 16179819 | 1270.48 | 360 | 358 | 6.6235 |
| 16178971 | 746.2 | 360 | 355 | 7.0115 |
| 16178425 | 1501.67 | 360 | 358 | 6.3235 |
| 16180162 | 970.26 | 360 | 359 | 7.9985 |
| 16180143 | 320.79 | 360 | 359 | 7.3735 |
| 16179709 | 300.08 | 360 | 358 | 1.3735 |
| 16179696 | 321.64 | 360 | 358 | 6.9985 |
| 16178313 | 1283.33 | 360 | 357 | 6.5735 |
| 16180025 | 1266.59 | 360 | 359 | 6.9985 |
| 16178592 | 1354.24 | 360 | 358 | 6.9485 |
| 16179310 | 624.95 | 360 | 352 | 6.7485 |
| 16180239 | 1625 | 360 | 358 | 6.2485 |
| 16178380 | 1325 | 360 | 357 | 5.6985 |
| 16179252 | 1600.48 | 360 | 358 | 7.2115 |
| 16178856 | 1094.75 | 360 | 359 | 6.9485 |
| 16180436 | 1018.33 | 360 | 358 | 6.2485 |
| 16180273 | 3352.5 | 360 | 358 | 6.4985 |
| 16178175 | 1315.11 | 360 | 354 | 5.0735 |
| 16179707 | 404.57 | 480 | 478 | 6.9985 |
| 16178925 | 746.2 | 360 | 355 | 7.4115 |
| 16179695 | 501.76 | 360 | 358 | 6.7485 |
| 16178796 | 595.33 | 360 | 359 | 5.5735 |
| 16180177 | 2283.65 | 360 | 360 | 1.1235 |
| 16178635 | 1500 | 360 | 358 | 5.6985 |
| 16178531 | 2694.62 | 360 | 358 | 6.0735 |
| 16179682 | 525.86 | 360 | 358 | 6.9985 |
| 16180108 | 478.69 | 360 | 359 | 7.6235 |
| 16178337 | 615.05 | 360 | 357 | 5.8235 |
| 16179297 | 693.13 | 360 | 358 | 7.0365 |
| 16180234 | 524.54 | 360 | 358 | 5.7485 |
| 16179925 | 695.55 | 360 | 359 | 6.9985 |
| 16179641 | 1557.6 | 480 | 479 | 6.9985 |
| 16179379 | 513.8 | 480 | 477 | 6.9985 |
| 16179362 | 880.97 | 360 | 357 | 6.9985 |
| 16179182 | 900.59 | 360 | 357 | 7.0365 |
| 16180372 | 1822.19 | 360 | 358 | 5.8735 |
| 16180437 | 1511.93 | 360 | 358 | 6.6235 |
| 16178969 | 1067.44 | 360 | 355 | 6.9115 |
| 16179047 | 836.26 | 360 | 357 | 7.8865 |
| 16180274 | 913.75 | 360 | 358 | 6.1235 |
| 16179815 | 2047.31 | 360 | 358 | 6.7485 |
| 16178423 | 2123.33 | 360 | 357 | 6.1985 |
| 16178315 | 705.94 | 360 | 358 | 6.4485 |
| 16179753 | 445.15 | 360 | 358 | 6.9985 |
| 16178821 | 1869.71 | 360 | 359 | 6.3235 |
| 16179120 | 1746.5 | 360 | 358 | 7.0365 |
| 16179120 | 1506.94 | 360 | 358 | 6.9115 |
| 16180062 | 2070.73 | 360 | 358 | 6.7485 |
| 16179926 | 594.45 | 360 | 359 | 6.9985 |
| 16179098 | 754.02 | 360 | 358 | 7.2115 |
| 16179380 | 483.75 | 360 | 357 | 6.8735 |
| 16180373 | 2778.08 | 360 | 358 | 6.3735 |
| 16178662 | 1690 | 360 | 358 | 6.1985 |
| 16180438 | 820 | 360 | 358 | 5.7485 |
| 16180275 | 1742.5 | 360 | 358 | 6.1235 |
| 16178802 | 1581.45 | 360 | 359 | 6.1985 |
| 16178926 | 684.45 | 360 | 355 | 7.2115 |
| 16179572 | 589.24 | 360 | 358 | 6.9985 |
| 16178760 | 560.18 | 360 | 359 | 6.9485 |
| 16180235 | 631.58 | 360 | 358 | 6.3735 |
| 16179271 | 1865.51 | 360 | 358 | 6.7865 |
| 16179640 | 611.12 | 360 | 358 | 6.6235 |
| 16178887 | 711.63 | 360 | 354 | 7.2115 |
| 16179354 | 643.28 | 360 | 358 | 6.9985 |
| 16180354 | 1516.61 | 360 | 358 | 6.2485 |
| 16179805 | 997.08 | 360 | 358 | 6.4985 |
| 16179128 | 1826.91 | 360 | 358 | 6.7865 |
| 16180618 | 1937.5 | 360 | 358 | 5.9985 |
| 16180006 | 424.56 | 360 | 359 | 6.6235 |
| 16178960 | 615.14 | 360 | 356 | 7.1365 |
| 16180517 | 1069.6 | 360 | 358 | 5.7485 |
| 16179630 | 750.98 | 360 | 358 | 6.7485 |
| 16179442 | 488.89 | 360 | 357 | 6.4985 |
| 16179934 | 642.94 | 360 | 355 | 7.2615 |
| 16178262 | 3225 | 360 | 358 | 5.9485 |
| 16178837 | 1936.67 | 360 | 359 | 6.6985 |
| 16180117 | 1725.61 | 360 | 359 | 6.3735 |
| 16178563 | 1766.8 | 360 | 358 | 6.0735 |
| 16179212 | 1162.24 | 360 | 358 | 7.2115 |
| 16179860 | 623.03 | 360 | 358 | 6.9985 |

Unassociated Document                                                                   Page 158 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 159 of 279

| | | | | |
|---|---|---|---|---|
| 16179129 | 1093.57 | 360 | 358 | 7.0365 |
| 16179909 | 774.44 | 360 | 358 | 2.1235 |
| 16179016 | 984.54 | 360 | 356 | 7.7615 |
| 16178999 | 1397.2 | 360 | 356 | 6.1115 |
| 16179631 | 707.61 | 360 | 358 | 6.6235 |
| 16179443 | 786.64 | 480 | 477 | 6.9985 |
| 16178909 | 1209.36 | 360 | 354 | 7.0115 |
| 16179664 | 380.11 | 360 | 358 | 6.9985 |
| 16180027 | 2195.19 | 360 | 359 | 6.2485 |
| 16178499 | 2956.5 | 360 | 358 | 6.4485 |
| 16179858 | 943.19 | 360 | 358 | 6.83683 |
| 16179551 | 1199.08 | 360 | 358 | 6.9985 |
| 16180270 | 1354.17 | 360 | 358 | 5.9985 |
| 16179151 | 805.78 | 360 | 358 | 6.6615 |
| 16179750 | 566.09 | 360 | 358 | 6.9985 |
| 16178942 | 1483.56 | 360 | 356 | 7.9115 |
| 16179141 | 1556.74 | 360 | 358 | 6.6615 |
| 16178354 | 3161.72 | 360 | 358 | 6.8235 |
| 16179680 | 908.31 | 360 | 358 | 6.9985 |
| 16178690 | 998.75 | 360 | 358 | 6.0735 |
| 16180034 | 1271.31 | 360 | 358 | 6.6235 |
| 16179268 | 1659.66 | 360 | 358 | 7.2115 |
| 16179514 | 773.07 | 360 | 356 | 6.8735 |
| 16178372 | 1208.33 | 360 | 356 | 5.9485 |
| 16179097 | 1839.46 | 360 | 358 | 6.1615 |
| 16179859 | 957.41 | 360 | 358 | 6.9985 |
| 16178367 | 1271 | 360 | 355 | 4.8235 |
| 16179464 | 331.93 | 360 | 357 | 6.9985 |
| 16180434 | 2505.21 | 360 | 358 | 5.9985 |
| 16178487 | 825 | 360 | 358 | 6.5735 |
| 16180271 | 2058.78 | 360 | 358 | 6.1235 |
| 16178191 | 2058.33 | 360 | 357 | 6.1985 |
| 16179152 | 1325.15 | 360 | 358 | 7.0365 |
| 16178979 | 977.78 | 360 | 355 | 7.9115 |
| 16178924 | 2090.66 | 360 | 355 | 6.5115 |
| 16178943 | 1916.97 | 360 | 358 | 7.4115 |
| 16179610 | 2026.33 | 360 | 359 | 6.9985 |
| 16179269 | 2077.79 | 360 | 357 | 6.0365 |
| 16179519 | 1350.89 | 360 | 358 | 6.9985 |
| 16179923 | 900.59 | 360 | 359 | 6.7485 |
| 16179360 | 339.17 | 360 | 358 | 6.3735 |
| 16180073 | 1256.7 | 480 | 478 | 7.8735 |
| 16180435 | 1229.17 | 360 | 358 | 7.1235 |
| 16180272 | 1329.32 | 360 | 358 | 6.1235 |
| 16179752 | 614.46 | 360 | 358 | 6.9985 |
| 16178545 | 1075.78 | 360 | 358 | 6.0735 |
| 16178648 | 1100.87 | 360 | 358 | 6.6985 |
| 16178915 | 823.4 | 360 | 355 | 6.6115 |
| 16179681 | 646.91 | 480 | 478 | 6.9985 |
| 16178584 | 2416.67 | 360 | 358 | 5.9485 |
| 16180233 | 1679.53 | 360 | 358 | 6.7485 |
| 16179291 | 1972.44 | 360 | 358 | 7.0365 |
| 16178373 | 1381.25 | 360 | 355 | 6.0735 |
| 16179361 | 720.47 | 360 | 357 | 6.7485 |
| 16180250 | 788 | 360 | 358 | 5.7485 |
| 16178935 | 2090.66 | 360 | 356 | 7.1115 |
| 16179556 | 364.11 | 480 | 478 | 6.9985 |
| 16178962 | 952.05 | 360 | 357 | 7.8865 |
| 16178791 | 821.67 | 360 | 359 | 6.9485 |
| 16178292 | 1196.89 | 360 | 357 | 6.1985 |
| 16180083 | 1049.17 | 360 | 359 | 6.4985 |
| 16178334 | 732.42 | 360 | 355 | 5.5735 |
| 16179262 | 1582.47 | 360 | 358 | 7.2115 |
| 16178667 | 1332 | 360 | 356 | 6.4485 |
| 16179241 | 1453.81 | 360 | 358 | 6.6615 |
| 16179958 | 1271.79 | 360 | 359 | 6.9985 |
| 16178357 | 882.29 | 360 | 358 | 6.5735 |
| 16178216 | 1733.33 | 360 | 356 | 6.0735 |
| 16180013 | 556.21 | 360 | 359 | 6.3735 |
| 16179846 | 698.2 | 360 | 358 | 6.9985 |
| 16179637 | 1360.54 | 360 | 358 | 6.6235 |
| 16180251 | 1166.67 | 360 | 358 | 5.9985 |
| 16180102 | 1623.45 | 360 | 359 | 7.9985 |
| 16178683 | 1329.17 | 360 | 359 | 6.5735 |
| 16178300 | 886.67 | 360 | 358 | 6.6985 |
| 16178765 | 1792.97 | 360 | 359 | 6.0735 |
| 16179796 | 961.02 | 360 | 359 | 7.3735 |
| 16178564 | 1496.25 | 360 | 358 | 6.4485 |
| 16179114 | 1527.79 | 360 | 358 | 7.0615 |
| 16178383 | 1581.67 | 360 | 357 | 6.1985 |
| 16180014 | 2151.32 | 360 | 359 | 6.9985 |
| 16179473 | 817.93 | 480 | 477 | 6.01183 |
| 16179794 | 1070.42 | 360 | 359 | 6.8735 |
| 16180176 | 2264.86 | 360 | 359 | 7.6235 |
| 16179007 | 997.08 | 360 | 356 | 7.5615 |
| 16180252 | 632.07 | 360 | 358 | 6.2485 |
| 16179699 | 1330.91 | 360 | 358 | 6.9985 |
| 16179041 | 856.53 | 360 | 357 | 7.9115 |
| 16180111 | 1811.89 | 360 | 358 | 6.4985 |
| 16179614 | 1085.54 | 360 | 359 | 6.9985 |
| 16178517 | 1226.88 | 360 | 358 | 6.1985 |
| 16179213 | 1067.84 | 360 | 358 | 7.0365 |
| 16179215 | 1325.15 | 360 | 358 | 6.5365 |
| 16179639 | 1463.31 | 360 | 358 | 6.9985 |
| 16179353 | 540.35 | 360 | 357 | 6.9985 |

Unassociated Document                                                    Page 159 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 160 of 279

| | | | | |
|---|---|---|---|---|
| 16180253 | 938.54 | 360 | 358 | 6.3735 |
| 16178951 | 2086.64 | 360 | 356 | 6.9115 |
| 16179669 | 1131.04 | 360 | 358 | 6.9985 |
| 16180030 | 2243.29 | 360 | 359 | 6.8735 |
| 16179263 | 1878.37 | 360 | 358 | 7.0365 |
| 16179506 | 658.32 | 360 | 355 | 6.8735 |
| 16179131 | 723.69 | 360 | 358 | 7.2115 |
| 16179227 | 1447.38 | 360 | 355 | 7.0365 |
| 16179913 | 491.47 | 360 | 359 | 6.9985 |
| 16178365 | 2823.33 | 360 | 355 | 5.1985 |
| 16178862 | 2893.33 | 360 | 359 | 6.6985 |
| 16179946 | 646.91 | 480 | 479 | 6.58683 |
| 16180612 | 1061.88 | 360 | 358 | 6.2485 |
| 16179461 | 1196.5 | 360 | 357 | 6.9985 |
| 16180057 | 4165.24 | 360 | 358 | 6.7485 |
| 16179339 | 525.54 | 480 | 478 | 6.6235 |
| 16179617 | 1600.48 | 360 | 359 | 6.9985 |
| 16179023 | 1350.89 | 360 | 356 | 7.1115 |
| 16178482 | 1235 | 360 | 358 | 6.1985 |
| 16178906 | 1009.68 | 360 | 356 | 7.4615 |
| 16178769 | 2208.33 | 360 | 358 | 6.3235 |
| 16179219 | 786.41 | 360 | 359 | 6.4115 |
| 16178384 | 1197.92 | 360 | 357 | 5.4485 |
| 16179096 | 2028.96 | 360 | 358 | 7.2115 |
| 16178256 | 1057.33 | 360 | 358 | 6.0735 |
| 16179112 | 746.78 | 360 | 359 | 6.1615 |
| 16179856 | 864.17 | 360 | 358 | 6.9985 |
| 16179224 | 2063.64 | 360 | 355 | 6.2865 |
| 16180613 | 1027.97 | 360 | 358 | 6.1235 |
| 16179462 | 666.44 | 360 | 357 | 6.7485 |
| 16178721 | 1008.58 | 360 | 359 | 5.8235 |
| 16179358 | 432.28 | 360 | 357 | 6.9985 |
| 16179408 | 769.36 | 360 | 358 | 6.9985 |
| 16178941 | 1418.43 | 360 | 356 | 7.4615 |
| 16179043 | 852.34 | 360 | 356 | 7.6115 |
| 16178914 | 1485.97 | 360 | 355 | 6.7115 |
| 16179678 | 800.23 | 360 | 358 | 6.9985 |
| 16178933 | 1106.44 | 360 | 355 | 7.9115 |
| 16178766 | 2741.67 | 360 | 358 | 5.5735 |
| 16178569 | 1312.29 | 360 | 358 | 5.9485 |
| 16179220 | 2100.95 | 360 | 359 | 6.6615 |
| 16179211 | 1093.57 | 360 | 358 | 7.0365 |
| 16179857 | 440.55 | 480 | 478 | 6.9985 |
| 16178361 | 1559.25 | 360 | 358 | 6.6985 |
| 16179127 | 1484.69 | 360 | 358 | 6.6615 |
| 16179906 | 1414.39 | 480 | 478 | 6.9985 |
| 16178366 | 1243 | 360 | 355 | 5.1985 |
| 16179463 | 556.28 | 480 | 477 | 6.9985 |
| 16179403 | 762.61 | 480 | 477 | 6.9985 |
| 16178657 | 823.33 | 360 | 359 | 6.1985 |
| 16179749 | 428.89 | 480 | 478 | 6.96183 |
| 16179570 | 711.47 | 360 | 358 | 6.9985 |
| 16179140 | 990.65 | 360 | 358 | 7.0365 |
| 16179031 | 1399.13 | 360 | 357 | 7.9115 |
| 16179679 | 1113.35 | 360 | 358 | 6.9985 |
| 16178261 | 579.63 | 360 | 357 | 6.3235 |
| 16180080 | 1292.48 | 360 | 359 | 7.3735 |
| 16179267 | 1495.62 | 360 | 358 | 6.1615 |
| 16179259 | 1447.38 | 360 | 357 | 6.6615 |
| 16179287 | 1807.61 | 360 | 358 | 7.0365 |
| 16179130 | 1415.21 | 360 | 358 | 7.0365 |
| 16179956 | 2189.54 | 360 | 359 | 6.96183 |
| 16180011 | 685.91 | 360 | 359 | 6.9985 |
| 16178840 | 859 | 360 | 359 | 6.8235 |
| 16178817 | 2928.25 | 360 | 359 | 6.3235 |
| 16179890 | 1371.81 | 360 | 358 | 6.9985 |
| 16180524 | 1796.67 | 360 | 358 | 6.7485 |
| 16179642 | 883.4 | 360 | 359 | 7.9985 |
| 16179446 | 371.49 | 360 | 357 | 6.8735 |
| 16179012 | 640.71 | 360 | 356 | 7.0115 |
| 16180249 | 1380.21 | 360 | 358 | 6.3735 |
| 16179040 | 907.02 | 360 | 357 | 7.0615 |
| 16178950 | 514.62 | 360 | 356 | 7.8865 |
| 16179504 | 321.64 | 360 | 356 | 6.8735 |
| 16179288 | 1678.96 | 360 | 358 | 6.9115 |
| 16179911 | 1257.77 | 360 | 359 | 6.9985 |
| 16179957 | 548.73 | 360 | 359 | 6.9985 |
| 16180012 | 1159.34 | 480 | 479 | 6.9985 |
| 16180069 | 2726.45 | 360 | 359 | 6.7485 |
| 16180060 | 966.34 | 360 | 358 | 7.3735 |
| 16180525 | 1078.44 | 360 | 358 | 6.1235 |
| 16179447 | 617.55 | 360 | 357 | 6.9985 |
| 16179973 | 396.7 | 480 | 479 | 6.9985 |
| 16180134 | 2332.6 | 480 | 479 | 7.2485 |
| 16178908 | 1543.87 | 360 | 355 | 6.8115 |
| 16179657 | 721.27 | 360 | 358 | 6.6235 |
| 16179788 | 1144.72 | 360 | 359 | 6.9985 |
| 16180032 | 2484.87 | 360 | 359 | 6.4985 |
| 16179110 | 1264.1 | 360 | 358 | 7.2115 |
| 16178674 | 1855 | 360 | 359 | 6.3235 |
| 16179901 | 964.57 | 480 | 478 | 6.9985 |
| 16180608 | 1583.33 | 360 | 358 | 5.9985 |
| 16179457 | 861.99 | 360 | 357 | 6.9985 |
| 16179997 | 602.11 | 360 | 359 | 6.9985 |
| 16180049 | 1794.63 | 360 | 359 | 6.6235 |

Unassociated Document

Page 160 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 161 of 279

| | | | | |
|---|---|---|---|---|
| 16179104 | 595.53 | 360 | 357 | 6.7865 |
| 16180508 | 1551.94 | 360 | 358 | 6.4985 |
| 16179174 | 1464.7 | 360 | 357 | 7.4615 |
| 16179435 | 398.83 | 360 | 357 | 6.7485 |
| 16178782 | 1777.5 | 360 | 359 | 6.4485 |
| 16180046 | 1801.53 | 360 | 358 | 7.4985 |
| 16179030 | 1026.67 | 360 | 356 | 7.0115 |
| 16179020 | 1338.02 | 360 | 356 | 7.9115 |
| 16178585 | 1050.47 | 360 | 358 | 6.4485 |
| 16180098 | 2771.32 | 360 | 358 | 5.7485 |
| 16178574 | 492.92 | 360 | 358 | 6.1985 |
| 16178289 | 1380.21 | 360 | 357 | 6.3235 |
| 16178254 | 957.78 | 360 | 357 | 6.8235 |
| 16179853 | 409.93 | 360 | 358 | 6.9985 |
| 16179902 | 573.8 | 360 | 358 | 6.8735 |
| 16180609 | 898.33 | 360 | 358 | 5.8735 |
| 16179458 | 1804.89 | 480 | 477 | 6.4985 |
| 16179998 | 333.22 | 360 | 359 | 6.8735 |
| 16179005 | 1119.31 | 360 | 356 | 7.8865 |
| 16179400 | 373.1 | 360 | 357 | 6.9985 |
| 16178932 | 861.99 | 360 | 356 | 7.5115 |
| 16180081 | 1543.87 | 360 | 359 | 7.1235 |
| 16178582 | 1393.35 | 360 | 358 | 6.8235 |
| 16179257 | 2701.77 | 360 | 358 | 6.9115 |
| 16178615 | 1875 | 360 | 358 | 5.9485 |
| 16179126 | 3184.23 | 360 | 358 | 7.2115 |
| 16179903 | 1843.38 | 360 | 358 | 6.9985 |
| 16180610 | 1068.75 | 360 | 358 | 6.8735 |
| 16180160 | 431 | 360 | 359 | 6.8735 |
| 16179459 | 1119.14 | 360 | 357 | 6.8735 |
| 16179626 | 596.37 | 360 | 358 | 6.9985 |
| 16178443 | 1187.24 | 360 | 358 | 5.9485 |
| 16179357 | 578.95 | 360 | 357 | 6.9985 |
| 16179401 | 401.41 | 360 | 357 | 6.8735 |
| 16179021 | 1157.9 | 360 | 357 | 7.3915 |
| 16178331 | 1640.95 | 360 | 357 | 6.4485 |
| 16179658 | 1007.05 | 360 | 358 | 6.9985 |
| 16180041 | 748.92 | 360 | 359 | 7.3735 |
| 16179218 | 2007.03 | 360 | 359 | 6.6615 |
| 16178465 | 859.83 | 360 | 358 | 6.6985 |
| 16178665 | 1818.48 | 360 | 357 | 6.3235 |
| 16178255 | 742 | 360 | 357 | 6.3235 |
| 16179854 | 1092.93 | 360 | 359 | 6.9985 |
| 16179904 | 960.85 | 480 | 478 | 6.9985 |
| 16179945 | 548.73 | 360 | 359 | 6.9985 |
| 16180611 | 1071.04 | 360 | 358 | 6.3735 |
| 16179402 | 1016.38 | 360 | 357 | 6.9985 |
| 16179974 | 566.05 | 360 | 359 | 6.9985 |
| 16178957 | 1453.81 | 360 | 356 | 6.8115 |
| 16178480 | 3033.33 | 360 | 358 | 6.1985 |
| 16179677 | 614.45 | 480 | 478 | 6.9985 |
| 16180093 | 884.51 | 360 | 358 | 6.3735 |
| 16178285 | 1979.17 | 360 | 357 | 5.9485 |
| 16178346 | 2247.38 | 360 | 356 | 6.1985 |
| 16179111 | 495.04 | 360 | 358 | 7.0365 |
| 16179855 | 681.88 | 360 | 358 | 6.9985 |
| 16179905 | 1428.97 | 360 | 359 | 6.9985 |
| 16180168 | 1255.38 | 360 | 359 | 6.7485 |
| 16178703 | 2193.75 | 360 | 359 | 6.1985 |
| 16178695 | 1520.83 | 360 | 358 | 5.9485 |
| 16178777 | 1196.38 | 360 | 359 | 6.0735 |
| 16178235 | 950.67 | 360 | 356 | 5.3235 |
| 16179994 | 1343.24 | 360 | 359 | 6.96183 |
| 16179876 | 1375.54 | 480 | 478 | 6.9985 |
| 16180501 | 854.55 | 360 | 358 | 6.4985 |
| 16180571 | 886.64 | 360 | 358 | 5.9985 |
| 16179094 | 720.47 | 360 | 358 | 7.9515 |
| 16178356 | 683.3 | 360 | 356 | 6.1485 |
| 16180339 | 1758.28 | 360 | 358 | 6.6235 |
| 16180403 | 4929.75 | 360 | 358 | 7.1485 |
| 16179730 | 1013.81 | 360 | 358 | 6.9985 |
| 16179343 | 806.95 | 360 | 358 | 7.2485 |
| 16180086 | 2022.41 | 360 | 358 | 6.4985 |
| 16178673 | 623.25 | 360 | 359 | 6.4485 |
| 16178185 | 1127.75 | 360 | 356 | 6.1985 |
| 16179995 | 985.99 | 360 | 359 | 6.9985 |
| 16180502 | 1135.34 | 360 | 358 | 5.6235 |
| 16180572 | 829.69 | 360 | 358 | 6.4985 |
| 16180187 | 1104.39 | 360 | 359 | 7.1235 |
| 16179430 | 617.55 | 360 | 357 | 6.9985 |
| 16180340 | 902.52 | 360 | 358 | 6.9985 |
| 16180404 | 4475.62 | 360 | 358 | 7.4985 |
| 16178810 | 742.5 | 360 | 359 | 6.5735 |
| 16178973 | 990.65 | 360 | 355 | 7.8865 |
| 16179050 | 964.92 | 360 | 357 | 7.6115 |
| 16178433 | 1495 | 360 | 358 | 6.1985 |
| 16178329 | 903.13 | 360 | 357 | 6.0735 |
| 16178308 | 632.81 | 360 | 358 | 5.9485 |
| 16178236 | 1256.67 | 360 | 354 | 6.0735 |
| 16180503 | 1119.87 | 360 | 358 | 5.9985 |
| 16179877 | 1625.82 | 480 | 478 | 6.9985 |
| 16180573 | 728.15 | 360 | 358 | 6.2485 |
| 16179078 | 892.55 | 360 | 357 | 6.7615 |
| 16179095 | 1402.35 | 360 | 358 | 7.2615 |
| 16179431 | 1338.02 | 360 | 357 | 6.9985 |

| | | | | |
|---|---|---|---|---|
| 16180341 | 1885 | 360 | 358 | 6.2485 |
| 16180405 | 2302.19 | 360 | 358 | 6.3735 |
| 16179832 | 681.88 | 360 | 359 | 6.4985 |
| 16180113 | 3216.4 | 360 | 358 | 6.4985 |
| 16179971 | 718.79 | 480 | 479 | 6.9985 |
| 16178903 | 1942.7 | 360 | 356 | 7.2115 |
| 16179768 | 751.07 | 360 | 359 | 7.2485 |
| 16178788 | 2796.5 | 360 | 359 | 5.5735 |
| 16178902 | 1157.9 | 360 | 356 | 7.2115 |
| 16179237 | 2388.17 | 360 | 357 | 7.2115 |
| 16180604 | 693.33 | 360 | 358 | 6.2485 |
| 16179547 | 553.22 | 360 | 358 | 6.8735 |
| 16179103 | 1215.8 | 360 | 358 | 7.2115 |
| 16180504 | 1180.2 | 360 | 358 | 6.7485 |
| 16180574 | 1083.33 | 360 | 358 | 6.2485 |
| 16179432 | 385.97 | 360 | 357 | 6.9985 |
| 16180342 | 2934.28 | 360 | 358 | 6.4985 |
| 16179833 | 1366.68 | 360 | 358 | 6.9985 |
| 16178800 | 1167.83 | 360 | 359 | 5.8235 |
| 16179541 | 415.82 | 360 | 358 | 6.9985 |
| 16178288 | 1603.13 | 360 | 357 | 6.4485 |
| 16178464 | 795 | 360 | 358 | 6.3235 |
| 16178252 | 796.88 | 360 | 357 | 5.9485 |
| 16178343 | 664.58 | 360 | 356 | 6.5735 |
| 16178554 | 867 | 360 | 358 | 6.0735 |
| 16180605 | 281.25 | 360 | 358 | 6.4985 |
| 16179944 | 1443.26 | 360 | 359 | 6.9985 |
| 16178526 | 1313.96 | 360 | 358 | 6.3235 |
| 16178237 | 1295.67 | 360 | 358 | 5.3235 |
| 16180505 | 1174.48 | 360 | 358 | 6.6235 |
| 16179878 | 557.3 | 360 | 358 | 6.9985 |
| 16180575 | 1624.78 | 360 | 358 | 6.3735 |
| 16178474 | 962.55 | 360 | 358 | 6.4485 |
| 16179433 | 414.68 | 480 | 477 | 6.9985 |
| 16179780 | 733.29 | 480 | 479 | 6.7485 |
| 16180343 | 988 | 360 | 358 | 6.2485 |
| 16179834 | 765.5 | 360 | 359 | 6.6235 |
| 16178412 | 2252.5 | 360 | 358 | 6.3235 |
| 16178698 | 1535.42 | 360 | 359 | 6.5735 |
| 16178905 | 1929.84 | 360 | 356 | 7.2115 |
| 16180131 | 596.75 | 480 | 479 | 6.9985 |
| 16180104 | 465.92 | 360 | 358 | 7.4985 |
| 16180031 | 2484.87 | 360 | 358 | 6.7485 |
| 16178751 | 985.83 | 360 | 358 | 6.1985 |
| 16179256 | 2843.29 | 360 | 358 | 7.0615 |
| 16178467 | 1642.5 | 360 | 358 | 6.4485 |
| 16179222 | 956.88 | 360 | 350 | 6.3115 |
| 16179900 | 971.7 | 360 | 358 | 6.9985 |
| 16178749 | 1479.58 | 360 | 359 | 6.3235 |
| 16180606 | 1653.75 | 360 | 358 | 5.8735 |
| 16178559 | 950 | 360 | 358 | 6.8235 |
| 16178553 | 894.83 | 360 | 352 | 5.0735 |
| 16179199 | 1183.63 | 360 | 358 | 5.7615 |
| 16180506 | 1555.67 | 360 | 358 | 6.2485 |
| 16179767 | 1531.01 | 360 | 359 | 6.9985 |
| 16180344 | 1034.84 | 360 | 358 | 6.8735 |
| 16178442 | 2258.75 | 360 | 358 | 6.1985 |
| 16179972 | 570.44 | 480 | 479 | 6.8735 |
| 16179769 | 799.03 | 480 | 479 | 6.9985 |
| 16178253 | 3105 | 360 | 357 | 5.3235 |
| 16179210 | 828.54 | 360 | 358 | 7.0365 |
| 16180607 | 958.27 | 360 | 358 | 6.1235 |
| 16179996 | 562.87 | 360 | 359 | 6.9985 |
| 16178492 | 3262.5 | 360 | 358 | 6.9485 |
| 16180507 | 1085.97 | 360 | 358 | 6.3735 |
| 16179879 | 751.64 | 360 | 358 | 6.9985 |
| 16179079 | 686.7 | 360 | 357 | 7.6115 |
| 16179434 | 669.01 | 360 | 357 | 6.9985 |
| 16178720 | 1086.15 | 360 | 359 | 6.1985 |
| 16180043 | 2351.98 | 480 | 479 | 6.7485 |
| 16178871 | 1350 | 360 | 359 | 6.4485 |
| 16179281 | 1440.95 | 360 | 358 | 7.0365 |
| 16178233 | 935.27 | 360 | 358 | 5.8235 |
| 16180567 | 820.25 | 360 | 358 | 6.1235 |
| 16180335 | 1350 | 360 | 358 | 6.4985 |
| 16180399 | 1741.65 | 360 | 358 | 6.3735 |
| 16180068 | 880.06 | 360 | 359 | 7.6235 |
| 16180467 | 870.57 | 360 | 358 | 6.2485 |
| 16179086 | 1206.79 | 360 | 357 | 6.8115 |
| 16180305 | 1166.67 | 360 | 358 | 6.7485 |
| 16178411 | 3442.5 | 360 | 357 | 6.4485 |
| 16178400 | 1520.6 | 360 | 357 | 6.0735 |
| 16178452 | 1466.25 | 360 | 358 | 6.0735 |
| 16179615 | 591.12 | 480 | 479 | 7.4985 |
| 16178500 | 2453.75 | 360 | 358 | 6.1985 |
| 16179873 | 514.07 | 360 | 359 | 6.9985 |
| 16180568 | 1311.2 | 360 | 358 | 6.3735 |
| 16180336 | 1072.4 | 360 | 358 | 5.7485 |
| 16180400 | 914.25 | 360 | 358 | 6.4985 |
| 16180306 | 478.75 | 360 | 358 | 5.9985 |
| 16179645 | 540.11 | 480 | 479 | 6.2485 |
| 16180154 | 1223.83 | 480 | 479 | 7.2485 |
| 16179728 | 669.01 | 360 | 358 | 6.9985 |
| 16180021 | 2510.75 | 360 | 359 | 6.7485 |
| 16179616 | 859.43 | 360 | 359 | 6.9985 |

| | | | | |
|---|---|---|---|---|
| 16178234 | 1522.07 | 360 | 354 | 5.3235 |
| 16180499 | 722.5 | 360 | 358 | 6.1235 |
| 16179874 | 871.67 | 360 | 358 | 6.9985 |
| 16180569 | 2120 | 360 | 358 | 6.3735 |
| 16180337 | 1036.82 | 360 | 358 | 6.9985 |
| 16180175 | 916.03 | 360 | 359 | 6.3735 |
| 16179479 | 347.37 | 360 | 357 | 6.6235 |
| 16180401 | 2383.33 | 360 | 358 | 6.6235 |
| 16178994 | 741.06 | 360 | 356 | 7.9115 |
| 16180468 | 1420.83 | 360 | 358 | 6.6235 |
| 16179729 | 647.33 | 360 | 358 | 6.9985 |
| 16178453 | 1771.08 | 360 | 358 | 6.3235 |
| 16180096 | 964.71 | 360 | 359 | 6.8735 |
| 16178677 | 1215.78 | 360 | 358 | 6.5735 |
| 16178461 | 1219.67 | 360 | 358 | 5.9485 |
| 16178182 | 1493.95 | 360 | 357 | 6.0735 |
| 16180078 | 1518.14 | 360 | 359 | 6.8735 |
| 16180500 | 922.4 | 360 | 358 | 6.6235 |
| 16179875 | 1183.63 | 360 | 358 | 6.8735 |
| 16180570 | 582.25 | 360 | 358 | 6.1235 |
| 16180338 | 1332.26 | 360 | 358 | 6.6235 |
| 16180402 | 4702.5 | 360 | 358 | 6.4985 |
| 16180469 | 3994.79 | 360 | 358 | 7.1235 |
| 16178653 | 3250 | 360 | 359 | 5.6985 |
| 16179075 | 1029.25 | 360 | 357 | 7.0115 |
| 16179049 | 1926.62 | 360 | 357 | 7.0115 |
| 16180118 | 1932.68 | 360 | 359 | 6.4985 |
| 16179501 | 900.59 | 360 | 356 | 6.9985 |
| 16180229 | 1164.38 | 360 | 358 | 6.4985 |
| 16178362 | 2831.99 | 360 | 355 | 5.1985 |
| 16178744 | 720 | 360 | 359 | 6.4485 |
| 16179376 | 617.55 | 360 | 357 | 6.6235 |
| 16179546 | 463.16 | 360 | 358 | 6.9985 |
| 16180529 | 4598.5 | 360 | 358 | 5.7485 |
| 16180298 | 1560 | 360 | 358 | 5.7485 |
| 16180366 | 1144.9 | 360 | 358 | 6.9985 |
| 16178421 | 1744.58 | 360 | 357 | 6.3235 |
| 16179693 | 1003.52 | 360 | 358 | 6.9985 |
| 16180123 | 560.48 | 360 | 359 | 7.1235 |
| 16180035 | 3012.64 | 360 | 358 | 6.6235 |
| 16179776 | 1132.18 | 360 | 358 | 6.4985 |
| 16180230 | 1184 | 360 | 358 | 5.7485 |
| 16179502 | 874.86 | 360 | 357 | 6.9985 |
| 16180063 | 1408.1 | 360 | 358 | 6.6235 |
| 16180180 | 1158.09 | 480 | 479 | 7.2485 |
| 16179189 | 837.66 | 360 | 358 | 7.0365 |
| 16180461 | 990.83 | 360 | 358 | 6.9985 |
| 16180530 | 990 | 360 | 358 | 6.4985 |
| 16180299 | 1852.5 | 360 | 358 | 6.8735 |
| 16180367 | 2115 | 360 | 358 | 5.6235 |
| 16178491 | 2982.71 | 360 | 358 | 5.5735 |
| 16178450 | 1458.33 | 360 | 358 | 5.9485 |
| 16178946 | 939.19 | 360 | 356 | 7.2615 |
| 16178968 | 617.55 | 360 | 356 | 6.8865 |
| 16179046 | 669.01 | 360 | 357 | 7.7115 |
| 16178709 | 4620.57 | 360 | 359 | 6.5735 |
| 16180112 | 3216.4 | 360 | 359 | 6.9985 |
| 16179053 | 648.4 | 360 | 357 | 7.9115 |
| 16179705 | 382.96 | 360 | 358 | 1.3735 |
| 16178624 | 942.5 | 360 | 358 | 6.9485 |
| 16180103 | 1201.02 | 360 | 359 | 7.4985 |
| 16180231 | 879.17 | 360 | 358 | 5.9985 |
| 16179119 | 1878.37 | 360 | 359 | 6.1615 |
| 16180462 | 1190 | 360 | 358 | 6.7485 |
| 16180531 | 1668.33 | 360 | 358 | 6.2485 |
| 16180300 | 4044.92 | 360 | 358 | 6.2485 |
| 16180368 | 445.45 | 360 | 358 | 6.1235 |
| 16179722 | 771.65 | 360 | 358 | 6.9985 |
| 16178694 | 1231.77 | 360 | 359 | 6.5735 |
| 16180050 | 821.79 | 480 | 479 | 6.9985 |
| 16180149 | 578.08 | 360 | 359 | 6.8735 |
| 16179279 | 1955.57 | 360 | 358 | 7.0365 |
| 16179296 | 1479.54 | 360 | 358 | 6.5365 |
| 16180072 | 496.98 | 360 | 358 | 7.4985 |
| 16180232 | 2337.62 | 360 | 358 | 6.2485 |
| 16178886 | 1080.71 | 360 | 354 | 6.7615 |
| 16179308 | 1428.97 | 360 | 354 | 7.4985 |
| 16179377 | 913.46 | 360 | 357 | 6.9985 |
| 16180463 | 721.23 | 360 | 358 | 6.1235 |
| 16180532 | 1565 | 360 | 358 | 5.7485 |
| 16179147 | 1060.44 | 360 | 358 | 7.0365 |
| 16179084 | 977.78 | 360 | 357 | 7.8865 |
| 16180301 | 1061.44 | 360 | 358 | 6.4985 |
| 16180369 | 1948.54 | 360 | 358 | 5.7485 |
| 16179723 | 849.13 | 360 | 358 | 6.9985 |
| 16178451 | 2350.83 | 360 | 358 | 6.1985 |
| 16179813 | 1209.36 | 360 | 358 | 6.7485 |
| 16179027 | 1350.89 | 360 | 356 | 6.4115 |
| 16179706 | 600.17 | 360 | 358 | 6.4985 |
| 16178326 | 1102.08 | 360 | 357 | 5.4485 |
| 16180089 | 1018.11 | 360 | 359 | 6.6235 |
| 16178388 | 1982.81 | 360 | 357 | 5.5735 |
| 16178670 | 787.05 | 360 | 359 | 6.4485 |
| 16179378 | 994.57 | 360 | 357 | 7.4985 |
| 16180464 | 1365 | 360 | 358 | 6.2485 |

| | | | | |
|---|---|---|---|---|
| 16180533 | 1388.33 | 360 | 358 | 6.7485 |
| 16180302 | 996.23 | 360 | 358 | 6.2485 |
| 16180370 | 1020.83 | 360 | 358 | 5.8735 |
| 16179724 | 714.49 | 360 | 358 | 6.9985 |
| 16179766 | 700.2 | 360 | 358 | 6.9985 |
| 16178702 | 671.67 | 360 | 359 | 6.1985 |
| 16178947 | 1937.56 | 360 | 356 | 7.1365 |
| 16179814 | 4599.45 | 360 | 358 | 6.3735 |
| 16178422 | 1604.17 | 360 | 357 | 6.5735 |
| 16180094 | 1725.61 | 360 | 359 | 7.3735 |
| 16180150 | 1209.31 | 360 | 359 | 6.7485 |
| 16179515 | 2029.4 | 360 | 358 | 6.9985 |
| 16178740 | 2812.5 | 360 | 359 | 5.3235 |
| 16180398 | 1701.33 | 360 | 358 | 6.9985 |
| 16180465 | 1914.84 | 360 | 358 | 6.8735 |
| 16180534 | 3000 | 360 | 358 | 7.2485 |
| 16179085 | 1304.25 | 360 | 357 | 7.7615 |
| 16178972 | 1145.04 | 360 | 356 | 7.4115 |
| 16180303 | 529.35 | 360 | 358 | 5.6235 |
| 16180158 | 800.68 | 360 | 359 | 7.2485 |
| 16179159 | 2180.75 | 360 | 358 | 7.0365 |
| 16180371 | 1225 | 360 | 358 | 5.8735 |
| 16179063 | 1106.44 | 360 | 357 | 7.9115 |
| 16178987 | 2027.62 | 360 | 356 | 6.9115 |
| 16179725 | 872.14 | 480 | 478 | 6.9985 |
| 16179595 | 1212.82 | 480 | 478 | 5.7485 |
| 16178797 | 534.38 | 360 | 359 | 6.4485 |
| 16180135 | 1011.43 | 480 | 479 | 6.9985 |
| 16178606 | 1718.75 | 360 | 358 | 6.5735 |
| 16179342 | 707.61 | 360 | 357 | 6.9985 |
| 16178899 | 723.69 | 360 | 358 | 7.0365 |
| 16180566 | 2065.1 | 360 | 358 | 5.9985 |
| 16180466 | 1232.92 | 360 | 358 | 5.9985 |
| 16178965 | 1929.84 | 360 | 357 | 7.8865 |
| 16180535 | 1213.33 | 360 | 358 | 6.2485 |
| 16180304 | 956.25 | 360 | 358 | 5.9985 |
| 16178432 | 3825 | 360 | 357 | 6.4485 |
| 16178988 | 1389.48 | 360 | 355 | 7.0115 |
| 16179726 | 603.42 | 480 | 478 | 6.9985 |
| 16178881 | 1083.75 | 360 | 359 | 5.6985 |
| 16180055 | 1258.26 | 360 | 359 | 7.6235 |
| 16179962 | 589.24 | 360 | 359 | 6.9985 |
| 16178910 | 671.58 | 360 | 355 | 7.9115 |
| 16178573 | 1338.75 | 360 | 358 | 6.0735 |
| 16179239 | 2857.95 | 360 | 357 | 7.4615 |
| 16179305 | 1066.4 | 360 | 358 | 6.3735 |
| 16178244 | 1253.33 | 360 | 356 | 5.4485 |
| 16178664 | 646.03 | 360 | 356 | 6.3235 |
| 16178513 | 1400.75 | 360 | 358 | 6.1985 |
| 16179841 | 398.88 | 480 | 478 | 6.6235 |
| 16179887 | 536.05 | 480 | 478 | 6.9985 |
| 16180520 | 1867.5 | 360 | 358 | 6.4985 |
| 16180589 | 2183.23 | 360 | 358 | 7.2485 |
| 16179988 | 1100.81 | 360 | 359 | 6.96183 |
| 16180422 | 4054.17 | 360 | 358 | 6.7485 |
| 16180182 | 1137.86 | 360 | 360 | 0.6235 |
| 16179171 | 995.7 | 360 | 358 | 7.2115 |
| 16178417 | 1039.46 | 360 | 357 | 6.1985 |
| 16178275 | 1636.25 | 360 | 358 | 6.0735 |
| 16178478 | 2826.25 | 360 | 358 | 6.0735 |
| 16178190 | 1784.16 | 360 | 357 | 5.8235 |
| 16180120 | 793.78 | 360 | 359 | 6.8735 |
| 16180009 | 768.68 | 480 | 479 | 6.7485 |
| 16179842 | 372.58 | 360 | 358 | 6.9985 |
| 16179633 | 643.28 | 360 | 358 | 6.7485 |
| 16180521 | 1473.33 | 360 | 358 | 6.2485 |
| 16180590 | 1487.5 | 360 | 358 | 6.1235 |
| 16179936 | 817.79 | 360 | 359 | 6.96183 |
| 16179444 | 694.74 | 360 | 357 | 6.9985 |
| 16180059 | 1286.56 | 360 | 358 | 7.2485 |
| 16180423 | 2484.37 | 360 | 358 | 6.3735 |
| 16179963 | 2393 | 360 | 359 | 6.9985 |
| 16179770 | 1770.74 | 360 | 359 | 8.7485 |
| 16179954 | 1011.42 | 480 | 479 | 6.9985 |
| 16178245 | 1122.92 | 360 | 356 | 5.6985 |
| 16180522 | 1466.67 | 360 | 358 | 6.6235 |
| 16179634 | 656.14 | 360 | 358 | 6.6235 |
| 16179122 | 1121.64 | 360 | 358 | 7.2115 |
| 16180591 | 582.25 | 360 | 358 | 6.1235 |
| 16179782 | 1322.59 | 360 | 359 | 6.9985 |
| 16180424 | 1974.92 | 360 | 358 | 6.2485 |
| 16178418 | 1342.97 | 360 | 358 | 6.4485 |
| 16179964 | 668.76 | 360 | 359 | 6.9985 |
| 16178911 | 1585.68 | 360 | 355 | 7.1115 |
| 16179667 | 606.34 | 360 | 358 | 6.8735 |
| 16179240 | 1946.05 | 360 | 357 | 7.0365 |
| 16179955 | 892.69 | 480 | 479 | 6.9985 |
| 16179844 | 1135.86 | 360 | 358 | 6.9985 |
| 16179635 | 608.76 | 360 | 358 | 6.7485 |
| 16179889 | 1028.86 | 360 | 358 | 6.9985 |
| 16180523 | 1323.8 | 360 | 358 | 5.9985 |
| 16179197 | 514.23 | 360 | 358 | 6.9115 |
| 16180592 | 671.67 | 360 | 358 | 6.2485 |
| 16179937 | 725.56 | 360 | 359 | 6.9985 |
| 16178457 | 1011.08 | 360 | 358 | 6.0735 |

| | | | | |
|---|---|---|---|---|
| 16179445 | 2090.66 | 360 | 357 | 6.8735 |
| 16178725 | 537.48 | 360 | 359 | 6.0735 |
| 16179069 | 1376.62 | 360 | 357 | 7.5115 |
| 16178543 | 1104.17 | 360 | 358 | 6.3235 |
| 16179668 | 900.59 | 360 | 358 | 6.9985 |
| 16180085 | 1723.99 | 360 | 359 | 6.8735 |
| 16179311 | 659.32 | 360 | 353 | 6.8735 |
| 16178680 | 675 | 360 | 358 | 6.4485 |
| 16179286 | 1659.51 | 360 | 358 | 6.4115 |
| 16180010 | 446.95 | 480 | 479 | 6.96183 |
| 16178246 | 1918.23 | 360 | 358 | 6.4485 |
| 16178844 | 662.5 | 360 | 359 | 6.3235 |
| 16179793 | 479.03 | 360 | 359 | 7.2485 |
| 16179636 | 723.69 | 360 | 358 | 6.6235 |
| 16180593 | 1233.8 | 360 | 358 | 6.2485 |
| 16178419 | 1321.67 | 360 | 357 | 6.1985 |
| 16179789 | 1411.36 | 360 | 359 | 6.9985 |
| 16180136 | 1159.61 | 360 | 359 | 7.2485 |
| 16178333 | 1312.5 | 360 | 357 | 4.9485 |
| 16178176 | 1750.88 | 360 | 356 | 5.4485 |
| 16179375 | 653.57 | 360 | 357 | 6.9985 |
| 16179550 | 2032.77 | 360 | 358 | 6.9985 |
| 16180528 | 1061.4 | 360 | 358 | 6.2485 |
| 16180297 | 1337.5 | 360 | 358 | 7.2485 |
| 16179158 | 1738.53 | 360 | 358 | 7.0365 |
| 16180365 | 1539.67 | 360 | 358 | 7.4985 |
| 16179038 | 1265.97 | 360 | 357 | 7.2115 |
| 16180267 | 587.25 | 360 | 358 | 6.4985 |
| 16179591 | 1200.04 | 360 | 358 | 6.83683 |
| 16179026 | 844.3 | 360 | 357 | 7.8865 |
| 16178312 | 1339.84 | 360 | 358 | 5.8235 |
| 16179568 | 581.52 | 360 | 358 | 6.9985 |
| 16178324 | 840 | 360 | 357 | 5.6985 |
| 16178711 | 2946.67 | 360 | 358 | 6.1985 |
| 16178630 | 2125 | 360 | 359 | 7.1985 |
| 16179522 | 837.55 | 360 | 358 | 6.9985 |
| 16178631 | 633.21 | 360 | 358 | 6.1985 |
| 16179523 | 1193.29 | 360 | 358 | 6.9985 |
| 16178470 | 758.33 | 360 | 358 | 6.1985 |
| 16180095 | 1543.87 | 360 | 359 | 6.6235 |
| 16179961 | 785.45 | 360 | 358 | 6.96183 |
| 16179532 | 1312.29 | 360 | 358 | 6.9985 |
| 16178393 | 2166.73 | 360 | 358 | 5.9485 |
| 16180101 | 3602.37 | 360 | 358 | 6.7485 |
| 16180087 | 1237.26 | 360 | 359 | 7.2485 |
| 16180100 | 695.42 | 360 | 359 | 7.6235 |
| 16178737 | 783.75 | 360 | 359 | 6.8235 |
| 16178614 | 2947.3 | 360 | 358 | 6.3235 |
| 16180519 | 3588.54 | 360 | 358 | 6.3735 |
| 16179886 | 545.5 | 360 | 359 | 6.9985 |
| 16180588 | 1039.57 | 360 | 358 | 6.2485 |
| 16179934 | 711.63 | 360 | 359 | 6.9985 |
| 16179987 | 581.69 | 360 | 359 | 6.9985 |
| 16180421 | 648.13 | 360 | 358 | 6.1235 |
| 16178986 | 1556.74 | 360 | 356 | 7.9115 |
| 16180488 | 505.63 | 360 | 358 | 6.7485 |
| 16178995 | 2084.22 | 360 | 356 | 7.0115 |
| 16179420 | 310 | 480 | 477 | 6.4985 |
| 16178287 | 1328.13 | 360 | 357 | 5.9485 |
| 16178438 | 812.5 | 360 | 358 | 6.1985 |
| 16178752 | 1271.75 | 360 | 359 | 5.9485 |
| 16178229 | 2610 | 360 | 358 | 6.3235 |
| 16180489 | 2380 | 360 | 358 | 5.7485 |
| 16179865 | 1005.1 | 360 | 358 | 6.9985 |
| 16180559 | 1845 | 360 | 358 | 6.4985 |
| 16180394 | 2385 | 360 | 358 | 6.4985 |
| 16180459 | 5400 | 360 | 358 | 6.4985 |
| 16178408 | 1533.33 | 360 | 357 | 5.9485 |
| 16179606 | 1314.86 | 480 | 479 | 6.9985 |
| 16179625 | 514.63 | 360 | 359 | 6.9985 |
| 16178982 | 1994.17 | 360 | 356 | 7.1115 |
| 16179720 | 1833.36 | 360 | 358 | 2.1235 |
| 16180038 | 344.78 | 360 | 359 | 7.1235 |
| 16180082 | 1299.43 | 360 | 359 | 6.4985 |
| 16178867 | 2340.83 | 360 | 359 | 6.3235 |
| 16179989 | 568.97 | 360 | 358 | 2.1235 |
| 16179866 | 681.65 | 480 | 478 | 6.96183 |
| 16180490 | 915.63 | 360 | 358 | 7.2485 |
| 16180560 | 687.08 | 360 | 358 | 5.9985 |
| 16179421 | 950.74 | 480 | 477 | 6.9985 |
| 16180329 | 1017.45 | 360 | 358 | 6.4985 |
| 16180395 | 2206.97 | 360 | 358 | 6.1235 |
| 16180460 | 1068.75 | 360 | 358 | 6.8735 |
| 16178807 | 1787.5 | 360 | 358 | 6.1985 |
| 16179167 | 870.03 | 360 | 355 | 7.2115 |
| 16180164 | 1507.82 | 480 | 479 | 7.2485 |
| 16180056 | 1894.61 | 360 | 358 | 6.7485 |
| 16179827 | 881.8 | 360 | 358 | 6.3735 |
| 16178430 | 2200.5 | 360 | 358 | 6.4485 |
| 16178530 | 1761.25 | 360 | 358 | 6.0735 |
| 16178776 | 948.28 | 360 | 359 | 6.0735 |
| 16179534 | 465.42 | 360 | 358 | 6.9985 |
| 16179517 | 977.78 | 360 | 357 | 6.9985 |
| 16178230 | 3588.54 | 360 | 358 | 6.1985 |
| 16179990 | 347.44 | 360 | 359 | 6.7485 |

| | | | | |
|---|---|---|---|---|
| 16179867 | 257.91 | 480 | 478 | 6.9985 |
| 16180491 | 3802.5 | 360 | 358 | 6.4985 |
| 16180561 | 2041.56 | 360 | 358 | 5.6235 |
| 16178977 | 1054.98 | 360 | 357 | 7.3115 |
| 16180330 | 1236 | 360 | 358 | 5.7485 |
| 16180396 | 1817.19 | 360 | 358 | 5.9985 |
| 16178409 | 1420.83 | 360 | 358 | 6.5735 |
| 16179721 | 763.07 | 360 | 358 | 6.9985 |
| 16179312 | 316.07 | 480 | 476 | 6.6235 |
| 16179535 | 538.54 | 360 | 357 | 6.96183 |
| 16179304 | 1077.49 | 360 | 358 | 6.9115 |
| 16178577 | 662.5 | 360 | 358 | 6.3235 |
| 16178671 | 1863.12 | 360 | 359 | 6.1985 |
| 16178746 | 1337.92 | 360 | 359 | 6.1985 |
| 16178507 | 746.55 | 360 | 358 | 6.4485 |
| 16178558 | 1909.17 | 360 | 358 | 6.9485 |
| 16180425 | 871.25 | 360 | 358 | 6.1235 |
| 16180492 | 1154.05 | 360 | 358 | 5.6235 |
| 16180562 | 362.5 | 360 | 358 | 6.9985 |
| 16179002 | 1698.26 | 360 | 357 | 7.5115 |
| 16180331 | 1295.33 | 360 | 358 | 6.9985 |
| 16178439 | 1649.77 | 360 | 358 | 6.5735 |
| 16179058 | 1299.42 | 360 | 357 | 7.9115 |
| 16178431 | 1678.75 | 360 | 358 | 6.0735 |
| 16180167 | 483.17 | 360 | 359 | 7.1235 |
| 16179536 | 1984.84 | 360 | 357 | 6.9985 |
| 16179332 | 1335.08 | 480 | 478 | 6.7485 |
| 16180071 | 675.45 | 360 | 358 | 6.8735 |
| 16179938 | 1143.18 | 360 | 359 | 6.9985 |
| 16178231 | 2836.58 | 360 | 358 | 6.1985 |
| 16180426 | 3750 | 360 | 358 | 5.9985 |
| 16179868 | 643.04 | 360 | 358 | 6.9985 |
| 16180493 | 641.67 | 360 | 358 | 6.6235 |
| 16180563 | 1289.42 | 360 | 358 | 6.2485 |
| 16178978 | 1453.81 | 360 | 356 | 7.9115 |
| 16179647 | 321.64 | 360 | 358 | 6.9985 |
| 16180332 | 671.67 | 360 | 358 | 7.4985 |
| 16180397 | 3261.56 | 360 | 358 | 5.7485 |
| 16179743 | 937.41 | 360 | 358 | 6.9985 |
| 16180142 | 1159.61 | 360 | 359 | 7.2485 |
| 16179965 | 1043.15 | 360 | 358 | 6.9985 |
| 16179537 | 788.53 | 360 | 358 | 6.9985 |
| 16178672 | 1349.44 | 360 | 359 | 6.4485 |
| 16180189 | 831.4 | 360 | 359 | 7.2485 |
| 16179939 | 914.54 | 360 | 359 | 6.9985 |
| 16180594 | 1977.08 | 360 | 358 | 5.9985 |
| 16179991 | 1296.26 | 360 | 359 | 6.9985 |
| 16180427 | 1035 | 360 | 358 | 6.4985 |
| 16179869 | 900.25 | 360 | 358 | 6.9985 |
| 16180494 | 2327.73 | 360 | 358 | 7.1235 |
| 16180564 | 575 | 360 | 358 | 7.2485 |
| 16179003 | 1608.2 | 360 | 356 | 6.4615 |
| 16179093 | 1145.04 | 360 | 357 | 7.0115 |
| 16180333 | 1367.92 | 360 | 358 | 5.8735 |
| 16178993 | 1183.31 | 360 | 356 | 7.0115 |
| 16179798 | 1366.97 | 360 | 359 | 4.4985 |
| 16179538 | 634.54 | 360 | 357 | 6.96183 |
| 16179338 | 841.41 | 360 | 358 | 6.9985 |
| 16178276 | 3886.67 | 360 | 357 | 6.3235 |
| 16178542 | 1406.25 | 360 | 358 | 5.9485 |
| 16178247 | 1592.81 | 360 | 357 | 6.0735 |
| 16180595 | 939.25 | 360 | 358 | 6.1235 |
| 16178232 | 2356.25 | 360 | 355 | 6.0735 |
| 16180428 | 1337.33 | 360 | 358 | 7.1235 |
| 16179870 | 828.8 | 360 | 358 | 6.9985 |
| 16180495 | 3975 | 360 | 358 | 6.3735 |
| 16180565 | 1668.33 | 360 | 358 | 6.2485 |
| 16179172 | 681.58 | 360 | 358 | 7.0365 |
| 16179425 | 1962 | 360 | 357 | 6.4985 |
| 16178410 | 923 | 360 | 358 | 6.1985 |
| 16178929 | 868.43 | 360 | 355 | 6.7115 |
| 16178747 | 1111.5 | 360 | 359 | 6.1985 |
| 16179940 | 456.72 | 360 | 359 | 6.9985 |
| 16180596 | 1568.25 | 360 | 358 | 6.1235 |
| 16179992 | 723.06 | 360 | 359 | 6.9985 |
| 16180429 | 411.72 | 360 | 358 | 5.6235 |
| 16179871 | 514.43 | 360 | 359 | 6.9985 |
| 16180496 | 3683.33 | 360 | 358 | 6.2485 |
| 16180173 | 2139.75 | 360 | 358 | 5.9985 |
| 16179426 | 1067.84 | 360 | 357 | 6.9985 |
| 16180334 | 988.17 | 360 | 358 | 5.8735 |
| 16178440 | 1253.78 | 360 | 358 | 6.0735 |
| 16179745 | 406.55 | 360 | 358 | 6.9985 |
| 16178808 | 845.5 | 360 | 359 | 6.8235 |
| 16179966 | 812.14 | 360 | 359 | 6.4985 |
| 16179028 | 1929.81 | 360 | 356 | 7.4115 |
| 16178930 | 514.62 | 360 | 355 | 6.6615 |
| 16178344 | 1854.06 | 360 | 357 | 6.0735 |
| 16178248 | 1351.25 | 360 | 354 | 5.4485 |
| 16179893 | 2120.6 | 360 | 358 | 6.9985 |
| 16179941 | 2188.7 | 360 | 359 | 6.9115 |
| 16180597 | 758.85 | 360 | 358 | 5.6235 |
| 16179181 | 158.05 | 360 | 358 | 7.2115 |
| 16180430 | 1875 | 360 | 358 | 7.2485 |
| 16179186 | 1170.77 | 360 | 357 | 6.9615 |

| | | | | |
|---|---|---|---|---|
| 16179872 | 843.09 | 360 | 359 | 6.9985 |
| 16180497 | 1041.25 | 360 | 358 | 6.1235 |
| 16178861 | 1180.67 | 360 | 359 | 6.3235 |
| 16179004 | 759.07 | 360 | 356 | 7.9115 |
| 16179427 | 612.4 | 360 | 357 | 6.9985 |
| 16178731 | 567.42 | 360 | 359 | 6.0735 |
| 16180145 | 821.79 | 480 | 479 | 7.4985 |
| 16179967 | 501.76 | 360 | 359 | 6.9985 |
| 16179539 | 553.22 | 360 | 358 | 6.9985 |
| 16178539 | 276.06 | 360 | 358 | 6.0735 |
| 16180121 | 1513.01 | 360 | 359 | 6.8735 |
| 16178345 | 992.33 | 360 | 356 | 6.1985 |
| 16178217 | 2359.69 | 360 | 357 | 6.3235 |
| 16178738 | 470 | 360 | 359 | 5.5735 |
| 16178498 | 750 | 360 | 358 | 5.9485 |
| 16180015 | 1814.8 | 360 | 359 | 6.9985 |
| 16178609 | 980.41 | 360 | 358 | 6.0735 |
| 16179894 | 780.46 | 360 | 358 | 6.9985 |
| 16180002 | 385.82 | 360 | 359 | 6.9985 |
| 16179187 | 1286.56 | 360 | 358 | 7.0365 |
| 16178501 | 1035 | 360 | 358 | 6.4485 |
| 16180513 | 2036.67 | 360 | 358 | 6.2485 |
| 16179882 | 317.59 | 480 | 478 | 6.8735 |
| 16179440 | 800.23 | 360 | 357 | 7.3735 |
| 16178445 | 2023.63 | 360 | 357 | 6.4485 |
| 16178316 | 1512.5 | 360 | 358 | 6.5735 |
| 16180064 | 997.09 | 360 | 359 | 6.7485 |
| 16179543 | 823.4 | 360 | 358 | 6.9985 |
| 16178907 | 1749.72 | 360 | 356 | 6.9115 |
| 16178347 | 1161.59 | 360 | 357 | 6.5735 |
| 16179649 | 718.87 | 360 | 358 | 6.8735 |
| 16178257 | 710.94 | 360 | 358 | 5.8235 |
| 16179200 | 584.78 | 360 | 358 | 7.0365 |
| 16180615 | 1208.33 | 360 | 358 | 5.9985 |
| 16180003 | 483.46 | 480 | 479 | 6.9985 |
| 16178242 | 2166.67 | 360 | 358 | 6.0735 |
| 16178321 | 750 | 360 | 358 | 5.3235 |
| 16178998 | 2019.9 | 360 | 356 | 7.1115 |
| 16180514 | 3444.84 | 360 | 358 | 5.8735 |
| 16179629 | 652.28 | 360 | 358 | 6.9985 |
| 16180583 | 1145.25 | 360 | 358 | 6.4985 |
| 16179941 | 892.66 | 360 | 357 | 6.96183 |
| 16179340 | 836.27 | 360 | 358 | 6.9985 |
| 16178274 | 3505.73 | 360 | 358 | 6.3235 |
| 16178538 | 1300 | 360 | 358 | 6.1985 |
| 16179612 | 309.74 | 360 | 359 | 6.8735 |
| 16179651 | 973.5 | 480 | 479 | 6.9985 |
| 16178904 | 952.05 | 360 | 356 | 7.2115 |
| 16178579 | 976.33 | 360 | 358 | 6.9485 |
| 16180090 | 2171.85 | 360 | 358 | 7.6235 |
| 16178616 | 861.44 | 360 | 358 | 6.5735 |
| 16179907 | 1686.19 | 360 | 359 | 6.9985 |
| 16180616 | 1012.5 | 360 | 358 | 5.9985 |
| 16179949 | 728.78 | 360 | 359 | 6.9985 |
| 16179188 | 314.37 | 360 | 358 | 7.4615 |
| 16180515 | 2158.73 | 360 | 358 | 6.1235 |
| 16179080 | 705.76 | 360 | 357 | 7.5515 |
| 16178446 | 931.67 | 360 | 357 | 6.1985 |
| 16179800 | 782.23 | 360 | 359 | 6.9985 |
| 16178839 | 2982 | 360 | 359 | 6.6985 |
| 16179661 | 971.7 | 360 | 358 | 6.8735 |
| 16178348 | 3569.79 | 360 | 357 | 5.4485 |
| 16178330 | 930.99 | 360 | 357 | 6.5735 |
| 16178258 | 985.39 | 360 | 358 | 6.4485 |
| 16180097 | 1801.19 | 360 | 359 | 6.7485 |
| 16179908 | 1346.94 | 360 | 359 | 6.96183 |
| 16179238 | 1595.33 | 360 | 357 | 6.6615 |
| 16180617 | 1085 | 360 | 358 | 7.2485 |
| 16179192 | 1239.46 | 360 | 358 | 7.0615 |
| 16180516 | 1304.74 | 360 | 358 | 5.6235 |
| 16180148 | 2471.07 | 360 | 359 | 6.2485 |
| 16178732 | 547.45 | 360 | 359 | 6.0735 |
| 16179662 | 485.85 | 360 | 358 | 1.3735 |
| 16178187 | 506.42 | 360 | 357 | 7.0735 |
| 16178268 | 3230 | 360 | 356 | 5.6985 |
| 16178188 | 816.83 | 360 | 356 | 6.9485 |
| 16179791 | 977.79 | 360 | 360 | 0.6235 |
| 16179795 | 1482.55 | 480 | 480 | 0.6235 |
| 16179797 | 1322.59 | 360 | 360 | 0.6235 |
| 16179959 | 1335.08 | 480 | 480 | 0.6235 |
| 16179799 | 1064.51 | 360 | 360 | 1.6235 |
| 16178350 | 2400 | 360 | 358 | 7.1985 |
| 16178351 | 5175 | 360 | 357 | 7.1985 |
| 16178270 | 2303 | 360 | 357 | 5.5735 |
| 16178514 | 1332 | 360 | 358 | 6.4485 |
| 16178352 | 1485 | 360 | 357 | 6.4485 |
| 16178271 | 2012.57 | 360 | 356 | 5.8235 |
| 16178272 | 1817.08 | 360 | 356 | 5.8235 |
| 16179325 | 587.87 | 360 | 358 | 8.2485 |
| 16179406 | 1351.26 | 480 | 478 | 6.9985 |
| 16178515 | 1256.67 | 360 | 358 | 6.9485 |
| 16179326 | 1214.22 | 360 | 358 | 8.6235 |
| 16178516 | 732.33 | 360 | 358 | 6.1985 |
| 16178273 | 1029.87 | 360 | 357 | 7.1985 |
| 16178193 | 1050 | 360 | 356 | 6.6985 |

| | | | | |
|---|---|---|---|---|
| 16179409 | 764.22 | 360 | 358 | 6.9985 |
| 16178194 | 1026.2 | 360 | 357 | 6.6985 |
| 16178195 | 807.19 | 360 | 356 | 7.1985 |
| 16178196 | 648.64 | 360 | 357 | 7.0735 |
| 16178277 | 1830.05 | 360 | 358 | 4.8235 |
| 16178358 | 825 | 360 | 358 | 6.5735 |
| 16178197 | 750.79 | 360 | 357 | 6.6985 |
| 16178278 | 909.28 | 360 | 357 | 6.3235 |
| 16178198 | 1296.02 | 360 | 356 | 5.6985 |
| 16178279 | 1607.75 | 360 | 357 | 7.0735 |
| 16178199 | 877.92 | 360 | 357 | 5.8235 |
| 16180004 | 541.21 | 360 | 359 | 6.71183 |
| 16178520 | 3029 | 360 | 358 | 6.1985 |
| 16178603 | 872.71 | 360 | 358 | 7.0735 |
| 16178360 | 935.42 | 360 | 358 | 5.9485 |
| 16178604 | 910.63 | 360 | 358 | 7.1985 |
| 16178607 | 541.88 | 360 | 358 | 6.0735 |
| 16179336 | 494.22 | 480 | 480 | 1.6235 |
| 16178283 | 1433.96 | 360 | 357 | 5.8235 |
| 16178284 | 1166.67 | 360 | 357 | 6.6985 |
| 16179337 | 494.22 | 480 | 480 | 1.6235 |
| 16178527 | 1525 | 360 | 358 | 7.1985 |
| 16178529 | 3520.83 | 360 | 358 | 6.1985 |
| 16179892 | 484.29 | 480 | 478 | 6.58683 |
| 16180019 | 528.98 | 480 | 480 | 0.6235 |
| 16178612 | 350 | 360 | 359 | 7.1985 |
| 16178370 | 2685.94 | 360 | 355 | 5.3235 |
| 16178533 | 3241.94 | 360 | 358 | 6.5735 |
| 16178534 | 2245.83 | 360 | 358 | 5.8235 |
| 16178535 | 1151.48 | 360 | 358 | 7.0735 |
| 16178536 | 900.06 | 360 | 358 | 6.1985 |
| 16178537 | 1339 | 360 | 358 | 6.1985 |
| 16178456 | 2827.5 | 360 | 358 | 6.9485 |
| 16178294 | 714.45 | 360 | 357 | 7.0735 |
| 16178618 | 946.82 | 360 | 358 | 6.3235 |
| 16178296 | 1744.79 | 360 | 358 | 5.9485 |
| 16178459 | 614.58 | 360 | 358 | 7.0735 |
| 16178298 | 934.23 | 360 | 357 | 7.0735 |
| 16178379 | 2766.64 | 360 | 357 | 5.5735 |
| 16180020 | 990.65 | 360 | 360 | 0.6235 |
| 16178701 | 2286.25 | 360 | 359 | 7.0735 |
| 16178540 | 998.67 | 360 | 358 | 6.6985 |
| 16179350 | 811.17 | 480 | 479 | 6.9985 |
| 16178460 | 810.76 | 360 | 358 | 7.0735 |
| 16178623 | 568.29 | 360 | 358 | 6.1985 |
| 16178705 | 918.75 | 360 | 358 | 5.8235 |
| 16178463 | 416.15 | 360 | 358 | 5.9485 |
| 16178382 | 1504 | 360 | 357 | 5.5735 |
| 16178544 | 1201.51 | 360 | 358 | 7.0735 |
| 16178707 | 2643.75 | 360 | 359 | 6.4485 |
| 16179518 | 648.58 | 480 | 478 | 6.9985 |
| 16178627 | 599.83 | 360 | 358 | 7.0735 |
| 16178385 | 2145.84 | 360 | 357 | 5.5735 |
| 16178628 | 924.33 | 360 | 359 | 7.0735 |
| 16178466 | 1352.08 | 360 | 358 | 7.0735 |
| 16178469 | 751.88 | 360 | 358 | 7.1985 |
| 16178389 | 1260 | 360 | 357 | 4.9485 |
| 16178710 | 1124.91 | 360 | 359 | 6.9485 |
| 16180393 | 512.25 | 360 | 358 | 6.3735 |
| 16178964 | 1595.33 | 360 | 356 | 7.0115 |
| 16179000 | 674.16 | 360 | 356 | 7.9115 |
| 16179083 | 411.7 | 360 | 358 | 7.2515 |
| 16180296 | 1110.16 | 360 | 358 | 6.9985 |
| 16179605 | 1016.39 | 360 | 359 | 6.8735 |
| 16179157 | 1131.04 | 360 | 358 | 7.2115 |
| 16179719 | 771.61 | 360 | 358 | 6.9985 |
| 16180042 | 991.2 | 480 | 478 | 7.3735 |
| 16178532 | 2770.83 | 360 | 358 | 5.9485 |
| 16178521 | 791.03 | 360 | 357 | 5.4485 |
| 16179486 | 1342.33 | 360 | 357 | 6.1235 |
| 16178896 | 1402.35 | 360 | 354 | 7.0365 |
| 99999001 | 551.83 | 360 | 358 | 6.6235 |
| 99999004 | 659.88 | 360 | 358 | 6.9735 |
| 99999005 | 2071.67 | 360 | 358 | 6.6235 |
| 99999007 | 1266.15 | 360 | 358 | 6.6235 |
| 99999010 | 604.68 | 360 | 355 | 6.6115 |
| 15980136 | 73.78 | 360 | 357 | 6.6235 |
| 99999200 | 5456.2 | 360 | 358 | 7.4985 |
| 99999201 | 2474.44 | 360 | 357 | 6.3735 |
| 99999202 | 1740 | 360 | 358 | 6.9985 |

| LOAN_SEQ | TRUSTFEE | LPMI | MSERV | SERV_FEE |
|---|---|---|---|---|
| 16180262 | 0.0015 | 0 | 0 | 0.25 |
| 122405144 | 0.0015 | 0 | 0 | 0.375 |
| 16178479 | 0.0015 | 0 | 0 | 0.3 |
| 16179674 | 0.0015 | 0 | 0 | 0.375 |
| 16180224 | 0.0015 | 0 | 0 | 0.25 |
| 16179289 | 0.0015 | 0 | 0 | 0.375 |
| 16179228 | 0.0015 | 0 | 0 | 0.375 |
| 16178371 | 0.0015 | 0 | 0 | 0.3 |
| 16179245 | 0.0015 | 0 | 0 | 0.375 |
| 16179852 | 0.0015 | 0 | 0 | 0.375 |

| | | | | |
|---|---|---|---|---|
| 16180263 | 0.0015 | 0 | 0 | 0.25 |
| 16179810 | 0.0015 | 0 | 0 | 0.375 |
| 16178940 | 0.0015 | 0 | 0 | 0.375 |
| 16180106 | 0.0015 | 0 | 0 | 0.375 |
| 16180161 | 0.0015 | 0 | 0 | 0.375 |
| 16180225 | 0.0015 | 0 | 0 | 0.25 |
| 16179773 | 0.0015 | 0 | 0 | 0.375 |
| 16178566 | 0.0015 | 0 | 0 | 0.3 |
| 16179511 | 0.0015 | 0 | 0 | 0.375 |
| 16179290 | 0.0015 | 0 | 0 | 0.375 |
| 16179920 | 0.0015 | 0 | 0 | 0.375 |
| 16179019 | 0.0015 | 0 | 0 | 0.375 |
| 16180362 | 0.0015 | 0 | 0 | 0.25 |
| 16180264 | 0.0015 | 0 | 0 | 0.25 |
| 16179811 | 0.0015 | 0 | 0 | 0.375 |
| 16178420 | 0.0015 | 0 | 0 | 0.3 |
| 16179566 | 0.0015 | 0 | 0 | 0.375 |
| 16179675 | 0.0015 | 0 | 0 | 0.375 |
| 16180122 | 0.0015 | 0 | 0 | 0.375 |
| 16178735 | 0.0015 | 0 | 0 | 0.3 |
| 16180226 | 0.0015 | 0 | 0 | 0.25 |
| 16179512 | 0.0015 | 0 | 0 | 0.375 |
| 16179214 | 0.0015 | 0 | 0 | 0.375 |
| 16179133 | 0.0015 | 0 | 0 | 0.375 |
| 16179373 | 0.0015 | 0 | 0 | 0.375 |
| 16180363 | 0.0015 | 0 | 0 | 0.25 |
| 16180265 | 0.0015 | 0 | 0 | 0.25 |
| 16179703 | 0.0015 | 0 | 0 | 0.375 |
| 16179567 | 0.0015 | 0 | 0 | 0.375 |
| 16178332 | 0.0015 | 0 | 0 | 0.3 |
| 16178522 | 0.0015 | 0 | 0 | 0.3 |
| 16179482 | 0.0015 | 0 | 0 | 0.375 |
| 16179118 | 0.0015 | 0 | 0 | 0.375 |
| 16179134 | 0.0015 | 0 | 0 | 0.375 |
| 16179772 | 0.0015 | 0 | 0 | 0.375 |
| 16179374 | 0.0015 | 0 | 0 | 0.375 |
| 16180364 | 0.0015 | 0 | 0 | 0.25 |
| 16178546 | 0.0015 | 0 | 0 | 0.3 |
| 16178967 | 0.0015 | 0 | 0 | 0.375 |
| 16180266 | 0.0015 | 0 | 0 | 0.25 |
| 16179812 | 0.0015 | 0 | 0 | 0.375 |
| 16179704 | 0.0015 | 0 | 0 | 0.375 |
| 16179034 | 0.0015 | 0 | 0 | 0.375 |
| 16179692 | 0.0015 | 0 | 0 | 0.375 |
| 16180137 | 0.0015 | 0 | 0 | 0.375 |
| 16178328 | 0.0015 | 0 | 0 | 0.3 |
| 16179278 | 0.0015 | 0 | 0 | 0.375 |
| 16180228 | 0.0015 | 0 | 0 | 0.25 |
| 16178855 | 0.0015 | 0 | 0 | 0.3 |
| 16180185 | 0.0015 | 0 | 0 | 0.375 |
| 16179922 | 0.0015 | 0 | 0 | 0.375 |
| 16179942 | 0.0015 | 0 | 0 | 0.375 |
| 16180598 | 0.0015 | 0 | 0 | 0.25 |
| 16179008 | 0.0015 | 0 | 0 | 0.375 |
| 16179013 | 0.0015 | 0 | 0 | 0.375 |
| 16179203 | 0.0015 | 0 | 0 | 0.375 |
| 16179449 | 0.0015 | 0 | 0 | 0.375 |
| 16180431 | 0.0015 | 0 | 0 | 0.25 |
| 16178813 | 0.0015 | 0 | 0 | 0.3 |
| 16179102 | 0.0015 | 0 | 0 | 0.375 |
| 16179328 | 0.0015 | 0 | 0 | 0.375 |
| 16178996 | 0.0015 | 0 | 0 | 0.375 |
| 16179428 | 0.0015 | 0 | 0 | 0.375 |
| 16178441 | 0.0015 | 0 | 0 | 0.3 |
| 16179747 | 0.0015 | 0 | 0 | 0.375 |
| 16178706 | 0.0015 | 0 | 0 | 0.3 |
| 16179393 | 0.0015 | 0 | 0 | 0.375 |
| 16178681 | 0.0015 | 0 | 0 | 0.3 |
| 16178669 | 0.0015 | 0 | 0 | 0.3 |
| 16178528 | 0.0015 | 0 | 0 | 0.3 |
| 16179255 | 0.0015 | 0 | 0 | 0.375 |
| 16178249 | 0.0015 | 0 | 0 | 0.425 |
| 16180076 | 0.0015 | 0 | 0 | 0.375 |
| 16178600 | 0.0015 | 0 | 0 | 0.3 |
| 16179895 | 0.0015 | 0 | 0 | 0.375 |
| 16180599 | 0.0015 | 0 | 0 | 0.25 |
| 16179993 | 0.0015 | 0 | 0 | 0.375 |
| 16180432 | 0.0015 | 0 | 0 | 0.25 |
| 16179173 | 0.0015 | 0 | 0 | 0.375 |
| 16179429 | 0.0015 | 0 | 0 | 0.375 |
| 16180129 | 0.0015 | 0 | 0 | 0.375 |
| 16179748 | 0.0015 | 0 | 0 | 0.375 |
| 16179968 | 0.0015 | 0 | 0 | 0.375 |
| 16179029 | 0.0015 | 0 | 0 | 0.375 |
| 16178912 | 0.0015 | 0 | 0 | 0.375 |
| 16178931 | 0.0015 | 0 | 0 | 0.375 |
| 16178335 | 0.0015 | 0 | 0 | 0.3 |
| 16179650 | 0.0015 | 0 | 0 | 0.375 |
| 16178310 | 0.0015 | 0 | 0 | 0.3 |
| 16178218 | 0.0015 | 0 | 0 | 0.425 |
| 16179205 | 0.0015 | 0 | 0 | 0.375 |
| 16178739 | 0.0015 | 0 | 0 | 0.3 |
| 16180016 | 0.0015 | 0 | 0 | 0.375 |
| 16178266 | 0.0015 | 0 | 0 | 0.3 |
| 16179847 | 0.0015 | 0 | 0 | 0.375 |

Unassociated Document                                    Page 169 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 170 of 279

| | | | | |
|---|---|---|---|---|
| 16179896 | 0.0015 | 0 | 0 | 0.375 |
| 16179123 | 0.0015 | 0 | 0 | 0.375 |
| 16180600 | 0.0015 | 0 | 0 | 0.25 |
| 16179204 | 0.0015 | 0 | 0 | 0.375 |
| 16179450 | 0.0015 | 0 | 0 | 0.375 |
| 16178997 | 0.0015 | 0 | 0 | 0.375 |
| 16178781 | 0.0015 | 0 | 0 | 0.3 |
| 16179969 | 0.0015 | 0 | 0 | 0.375 |
| 16178953 | 0.0015 | 0 | 0 | 0.375 |
| 16178309 | 0.0015 | 0 | 0 | 0.3 |
| 16179242 | 0.0015 | 0 | 0 | 0.375 |
| 16178250 | 0.0015 | 0 | 0 | 0.425 |
| 16180017 | 0.0015 | 0 | 0 | 0.375 |
| 16180601 | 0.0015 | 0 | 0 | 0.25 |
| 16179014 | 0.0015 | 0 | 0 | 0.375 |
| 16180433 | 0.0015 | 0 | 0 | 0.25 |
| 16178805 | 0.0015 | 0 | 0 | 0.3 |
| 16179355 | 0.0015 | 0 | 0 | 0.375 |
| 16179042 | 0.0015 | 0 | 0 | 0.375 |
| 16180091 | 0.0015 | 0 | 0 | 0.375 |
| 16178590 | 0.0015 | 0 | 0 | 0.3 |
| 16178219 | 0.0015 | 0 | 0 | 0.425 |
| 16178264 | 0.0015 | 0 | 0 | 0.3 |
| 16179897 | 0.0015 | 0 | 0 | 0.375 |
| 16179125 | 0.0015 | 0 | 0 | 0.375 |
| 16179193 | 0.0015 | 0 | 0 | 0.375 |
| 16180602 | 0.0015 | 0 | 0 | 0.25 |
| 16179198 | 0.0015 | 0 | 0 | 0.375 |
| 16179451 | 0.0015 | 0 | 0 | 0.375 |
| 16178726 | 0.0015 | 0 | 0 | 0.3 |
| 16180048 | 0.0015 | 0 | 0 | 0.375 |
| 16180170 | 0.0015 | 0 | 0 | 0.375 |
| 16179970 | 0.0015 | 0 | 0 | 0.375 |
| 16179022 | 0.0015 | 0 | 0 | 0.375 |
| 16178295 | 0.0015 | 0 | 0 | 0.3 |
| 16178575 | 0.0015 | 0 | 0 | 0.3 |
| 16178666 | 0.0015 | 0 | 0 | 0.3 |
| 16180116 | 0.0015 | 0 | 0 | 0.375 |
| 16178601 | 0.0015 | 0 | 0 | 0.3 |
| 16178251 | 0.0015 | 0 | 0 | 0.425 |
| 16179783 | 0.0015 | 0 | 0 | 0.375 |
| 16179849 | 0.0015 | 0 | 0 | 0.375 |
| 16179898 | 0.0015 | 0 | 0 | 0.375 |
| 16179194 | 0.0015 | 0 | 0 | 0.375 |
| 16180603 | 0.0015 | 0 | 0 | 0.25 |
| 16179452 | 0.0015 | 0 | 0 | 0.375 |
| 16180627 | 0.0015 | 0 | 0 | 0.3 |
| 16179396 | 0.0015 | 0 | 0 | 0.375 |
| 16178936 | 0.0015 | 0 | 0 | 0.375 |
| 16178954 | 0.0015 | 0 | 0 | 0.375 |
| 16178913 | 0.0015 | 0 | 0 | 0.375 |
| 16179672 | 0.0015 | 0 | 0 | 0.375 |
| 16180110 | 0.0015 | 0 | 0 | 0.375 |
| 16178291 | 0.0015 | 0 | 0 | 0.3 |
| 16179264 | 0.0015 | 0 | 0 | 0.375 |
| 16178220 | 0.0015 | 0 | 0 | 0.425 |
| 16180018 | 0.0015 | 0 | 0 | 0.375 |
| 16179784 | 0.0015 | 0 | 0 | 0.375 |
| 16179108 | 0.0015 | 0 | 0 | 0.375 |
| 16179453 | 0.0015 | 0 | 0 | 0.375 |
| 16180259 | 0.0015 | 0 | 0 | 0.25 |
| 16179673 | 0.0015 | 0 | 0 | 0.375 |
| 16178689 | 0.0015 | 0 | 0 | 0.3 |
| 16178822 | 0.0015 | 0 | 0 | 0.3 |
| 16179265 | 0.0015 | 0 | 0 | 0.375 |
| 16179217 | 0.0015 | 0 | 0 | 0.375 |
| 16179243 | 0.0015 | 0 | 0 | 0.375 |
| 16179201 | 0.0015 | 0 | 0 | 0.375 |
| 16179850 | 0.0015 | 0 | 0 | 0.375 |
| 16179899 | 0.0015 | 0 | 0 | 0.375 |
| 16179454 | 0.0015 | 0 | 0 | 0.375 |
| 16180260 | 0.0015 | 0 | 0 | 0.25 |
| 16179149 | 0.0015 | 0 | 0 | 0.375 |
| 16179033 | 0.0015 | 0 | 0 | 0.375 |
| 16179564 | 0.0015 | 0 | 0 | 0.375 |
| 16178550 | 0.0015 | 0 | 0 | 0.3 |
| 16178937 | 0.0015 | 0 | 0 | 0.375 |
| 16179790 | 0.0015 | 0 | 0 | 0.375 |
| 16180190 | 0.0015 | 0 | 0 | 0.375 |
| 16178581 | 0.0015 | 0 | 0 | 0.3 |
| 16178568 | 0.0015 | 0 | 0 | 0.3 |
| 16179132 | 0.0015 | 0 | 0 | 0.375 |
| 16179918 | 0.0015 | 0 | 0 | 0.375 |
| 16178221 | 0.0015 | 0 | 0 | 0.425 |
| 16179244 | 0.0015 | 0 | 0 | 0.375 |
| 16179017 | 0.0015 | 0 | 0 | 0.375 |
| 16179109 | 0.0015 | 0 | 0 | 0.375 |
| 16178364 | 0.0015 | 0 | 0 | 0.3 |
| 16179351 | 0.0015 | 0 | 0 | 0.375 |
| 16179398 | 0.0015 | 0 | 0 | 0.375 |
| 16180261 | 0.0015 | 0 | 0 | 0.25 |
| 16179052 | 0.0015 | 0 | 0 | 0.375 |
| 16179565 | 0.0015 | 0 | 0 | 0.375 |
| 16178938 | 0.0015 | 0 | 0 | 0.375 |
| 16178339 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16180105 | 0.0015 | 0 | 0 | 0.375 |
| 16180088 | 0.0015 | 0 | 0 | 0.375 |
| 16178281 | 0.0015 | 0 | 0 | 0.3 |
| 16179919 | 0.0015 | 0 | 0 | 0.375 |
| 16178192 | 0.0015 | 0 | 0 | 0.3 |
| 16179018 | 0.0015 | 0 | 0 | 0.375 |
| 16179851 | 0.0015 | 0 | 0 | 0.375 |
| 16179456 | 0.0015 | 0 | 0 | 0.375 |
| 16178773 | 0.0015 | 0 | 0 | 0.3 |
| 16178640 | 0.0015 | 0 | 0 | 0.3 |
| 16178688 | 0.0015 | 0 | 0 | 0.3 |
| 16179294 | 0.0015 | 0 | 0 | 0.375 |
| 16179235 | 0.0015 | 0 | 0 | 0.375 |
| 16180220 | 0.0015 | 0 | 0 | 0.25 |
| 16179250 | 0.0015 | 0 | 0 | 0.375 |
| 16179207 | 0.0015 | 0 | 0 | 0.375 |
| 16180070 | 0.0015 | 0 | 0 | 0.375 |
| 16179478 | 0.0015 | 0 | 0 | 0.375 |
| 16179370 | 0.0015 | 0 | 0 | 0.375 |
| 16179526 | 0.0015 | 0 | 0 | 0.375 |
| 16180452 | 0.0015 | 0 | 0 | 0.25 |
| 16180289 | 0.0015 | 0 | 0 | 0.25 |
| 16180358 | 0.0015 | 0 | 0 | 0.25 |
| 16179163 | 0.0015 | 0 | 0 | 0.375 |
| 16179036 | 0.0015 | 0 | 0 | 0.375 |
| 16179586 | 0.0015 | 0 | 0 | 0.375 |
| 16178784 | 0.0015 | 0 | 0 | 0.3 |
| 16178485 | 0.0015 | 0 | 0 | 0.3 |
| 16179654 | 0.0015 | 0 | 0 | 0.375 |
| 16180036 | 0.0015 | 0 | 0 | 0.375 |
| 16180163 | 0.0015 | 0 | 0 | 0.375 |
| 16179273 | 0.0015 | 0 | 0 | 0.375 |
| 16180221 | 0.0015 | 0 | 0 | 0.25 |
| 16178387 | 0.0015 | 0 | 0 | 0.3 |
| 16178359 | 0.0015 | 0 | 0 | 0.3 |
| 16178897 | 0.0015 | 0 | 0 | 0.375 |
| 16180077 | 0.0015 | 0 | 0 | 0.375 |
| 16179371 | 0.0015 | 0 | 0 | 0.375 |
| 16180453 | 0.0015 | 0 | 0 | 0.25 |
| 16180290 | 0.0015 | 0 | 0 | 0.25 |
| 16179716 | 0.0015 | 0 | 0 | 0.375 |
| 16179061 | 0.0015 | 0 | 0 | 0.375 |
| 16179764 | 0.0015 | 0 | 0 | 0.375 |
| 16179143 | 0.0015 | 0 | 0 | 0.375 |
| 16179807 | 0.0015 | 0 | 0 | 0.375 |
| 16178809 | 0.0015 | 0 | 0 | 0.3 |
| 16179024 | 0.0015 | 0 | 0 | 0.375 |
| 16178793 | 0.0015 | 0 | 0 | 0.3 |
| 16180139 | 0.0015 | 0 | 0 | 0.375 |
| 16179274 | 0.0015 | 0 | 0 | 0.375 |
| 16179295 | 0.0015 | 0 | 0 | 0.375 |
| 16180222 | 0.0015 | 0 | 0 | 0.25 |
| 16178842 | 0.0015 | 0 | 0 | 0.3 |
| 16178510 | 0.0015 | 0 | 0 | 0.3 |
| 16180622 | 0.0015 | 0 | 0 | 0.25 |
| 16180454 | 0.0015 | 0 | 0 | 0.25 |
| 16179166 | 0.0015 | 0 | 0 | 0.375 |
| 16179073 | 0.0015 | 0 | 0 | 0.375 |
| 16180291 | 0.0015 | 0 | 0 | 0.25 |
| 16180359 | 0.0015 | 0 | 0 | 0.25 |
| 16178448 | 0.0015 | 0 | 0 | 0.3 |
| 16180065 | 0.0015 | 0 | 0 | 0.375 |
| 16179808 | 0.0015 | 0 | 0 | 0.375 |
| 16179587 | 0.0015 | 0 | 0 | 0.375 |
| 16178638 | 0.0015 | 0 | 0 | 0.3 |
| 16179702 | 0.0015 | 0 | 0 | 0.375 |
| 16179655 | 0.0015 | 0 | 0 | 0.375 |
| 16179025 | 0.0015 | 0 | 0 | 0.375 |
| 16179691 | 0.0015 | 0 | 0 | 0.375 |
| 16178587 | 0.0015 | 0 | 0 | 0.3 |
| 16178523 | 0.0015 | 0 | 0 | 0.3 |
| 16180223 | 0.0015 | 0 | 0 | 0.25 |
| 16179372 | 0.0015 | 0 | 0 | 0.375 |
| 16180623 | 0.0015 | 0 | 0 | 0.25 |
| 16180389 | 0.0015 | 0 | 0 | 0.25 |
| 16180455 | 0.0015 | 0 | 0 | 0.25 |
| 16179074 | 0.0015 | 0 | 0 | 0.375 |
| 16180292 | 0.0015 | 0 | 0 | 0.25 |
| 16180360 | 0.0015 | 0 | 0 | 0.25 |
| 16179809 | 0.0015 | 0 | 0 | 0.375 |
| 16180141 | 0.0015 | 0 | 0 | 0.375 |
| 16178620 | 0.0015 | 0 | 0 | 0.3 |
| 16178699 | 0.0015 | 0 | 0 | 0.3 |
| 16178629 | 0.0015 | 0 | 0 | 0.3 |
| 16180084 | 0.0015 | 0 | 0 | 0.375 |
| 16178825 | 0.0015 | 0 | 0 | 0.3 |
| 16179275 | 0.0015 | 0 | 0 | 0.375 |
| 16180181 | 0.0015 | 0 | 0 | 0.375 |
| 16178378 | 0.0015 | 0 | 0 | 0.3 |
| 16180624 | 0.0015 | 0 | 0 | 0.25 |
| 16180390 | 0.0015 | 0 | 0 | 0.25 |
| 16179184 | 0.0015 | 0 | 0 | 0.375 |
| 16180456 | 0.0015 | 0 | 0 | 0.25 |
| 16180293 | 0.0015 | 0 | 0 | 0.25 |
| 16179825 | 0.0015 | 0 | 0 | 0.375 |

| | | | | |
|---|---|---|---|---|
| 16180361 | 0.0015 | 0 | 0 | 0.25 |
| 16178449 | 0.0015 | 0 | 0 | 0.3 |
| 16179717 | 0.0015 | 0 | 0 | 0.375 |
| 16180192 | 0.0015 | 0 | 0 | 0.375 |
| 16178652 | 0.0015 | 0 | 0 | 0.3 |
| 16180156 | 0.0015 | 0 | 0 | 0.375 |
| 16178945 | 0.0015 | 0 | 0 | 0.375 |
| 16178639 | 0.0015 | 0 | 0 | 0.3 |
| 16178778 | 0.0015 | 0 | 0 | 0.3 |
| 16178304 | 0.0015 | 0 | 0 | 0.3 |
| 16178325 | 0.0015 | 0 | 0 | 0.3 |
| 16179775 | 0.0015 | 0 | 0 | 0.375 |
| 16179236 | 0.0015 | 0 | 0 | 0.375 |
| 16178551 | 0.0015 | 0 | 0 | 0.3 |
| 16180556 | 0.0015 | 0 | 0 | 0.25 |
| 16180625 | 0.0015 | 0 | 0 | 0.25 |
| 16180391 | 0.0015 | 0 | 0 | 0.25 |
| 16179185 | 0.0015 | 0 | 0 | 0.375 |
| 16180457 | 0.0015 | 0 | 0 | 0.25 |
| 16179082 | 0.0015 | 0 | 0 | 0.375 |
| 16180294 | 0.0015 | 0 | 0 | 0.25 |
| 16179826 | 0.0015 | 0 | 0 | 0.375 |
| 16179718 | 0.0015 | 0 | 0 | 0.375 |
| 16179037 | 0.0015 | 0 | 0 | 0.375 |
| 16180151 | 0.0015 | 0 | 0 | 0.375 |
| 16178693 | 0.0015 | 0 | 0 | 0.3 |
| 16178865 | 0.0015 | 0 | 0 | 0.3 |
| 16179276 | 0.0015 | 0 | 0 | 0.375 |
| 16179499 | 0.0015 | 0 | 0 | 0.375 |
| 16178512 | 0.0015 | 0 | 0 | 0.3 |
| 16178228 | 0.0015 | 0 | 0 | 0.425 |
| 16180557 | 0.0015 | 0 | 0 | 0.25 |
| 16180392 | 0.0015 | 0 | 0 | 0.25 |
| 16180458 | 0.0015 | 0 | 0 | 0.25 |
| 16180172 | 0.0015 | 0 | 0 | 0.375 |
| 16180295 | 0.0015 | 0 | 0 | 0.25 |
| 16178407 | 0.0015 | 0 | 0 | 0.3 |
| 16180157 | 0.0015 | 0 | 0 | 0.375 |
| 16179062 | 0.0015 | 0 | 0 | 0.375 |
| 16178708 | 0.0015 | 0 | 0 | 0.3 |
| 16178338 | 0.0015 | 0 | 0 | 0.3 |
| 16178525 | 0.0015 | 0 | 0 | 0.3 |
| 16178181 | 0.0015 | 0 | 0 | 0.3 |
| 16179303 | 0.0015 | 0 | 0 | 0.375 |
| 16178391 | 0.0015 | 0 | 0 | 0.3 |
| 16179277 | 0.0015 | 0 | 0 | 0.375 |
| 16179500 | 0.0015 | 0 | 0 | 0.375 |
| 16179648 | 0.0015 | 0 | 0 | 0.375 |
| 16180074 | 0.0015 | 0 | 0 | 0.375 |
| 16180558 | 0.0015 | 0 | 0 | 0.25 |
| 16180327 | 0.0015 | 0 | 0 | 0.25 |
| 16180586 | 0.0015 | 0 | 0 | 0.25 |
| 16179932 | 0.0015 | 0 | 0 | 0.375 |
| 16179985 | 0.0015 | 0 | 0 | 0.375 |
| 16178959 | 0.0015 | 0 | 0 | 0.375 |
| 16180326 | 0.0015 | 0 | 0 | 0.25 |
| 16179646 | 0.0015 | 0 | 0 | 0.375 |
| 16179148 | 0.0015 | 0 | 0 | 0.375 |
| 16179162 | 0.0015 | 0 | 0 | 0.375 |
| 16179740 | 0.0015 | 0 | 0 | 0.375 |
| 16178713 | 0.0015 | 0 | 0 | 0.3 |
| 16178645 | 0.0015 | 0 | 0 | 0.3 |
| 16178548 | 0.0015 | 0 | 0 | 0.3 |
| 16178243 | 0.0015 | 0 | 0 | 0.425 |
| 16180518 | 0.0015 | 0 | 0 | 0.25 |
| 16179121 | 0.0015 | 0 | 0 | 0.375 |
| 16180587 | 0.0015 | 0 | 0 | 0.25 |
| 16179933 | 0.0015 | 0 | 0 | 0.375 |
| 16180186 | 0.0015 | 0 | 0 | 0.375 |
| 16179986 | 0.0015 | 0 | 0 | 0.375 |
| 16180420 | 0.0015 | 0 | 0 | 0.25 |
| 16178733 | 0.0015 | 0 | 0 | 0.3 |
| 16180487 | 0.0015 | 0 | 0 | 0.25 |
| 16179067 | 0.0015 | 0 | 0 | 0.375 |
| 16179170 | 0.0015 | 0 | 0 | 0.375 |
| 16178416 | 0.0015 | 0 | 0 | 0.3 |
| 16180067 | 0.0015 | 0 | 0 | 0.375 |
| 16179057 | 0.0015 | 0 | 0 | 0.375 |
| 16178200 | 0.0015 | 0 | 0 | 0.425 |
| 16178201 | 0.0015 | 0 | 0 | 0.425 |
| 16178202 | 0.0015 | 0 | 0 | 0.425 |
| 16178203 | 0.0015 | 0 | 0 | 0.425 |
| 16178204 | 0.0015 | 0 | 0 | 0.425 |
| 16178205 | 0.0015 | 0 | 0 | 0.425 |
| 16178206 | 0.0015 | 0 | 0 | 0.425 |
| 16178207 | 0.0015 | 0 | 0 | 0.425 |
| 16178208 | 0.0015 | 0 | 0 | 0.425 |
| 16178209 | 0.0015 | 0 | 0 | 0.425 |
| 16178841 | 0.0015 | 0 | 0 | 0.3 |
| 16178762 | 0.0015 | 0 | 0 | 0.3 |
| 16178843 | 0.0015 | 0 | 0 | 0.3 |
| 16178763 | 0.0015 | 0 | 0 | 0.3 |
| 16178845 | 0.0015 | 0 | 0 | 0.3 |
| 16178846 | 0.0015 | 0 | 0 | 0.3 |
| 16178684 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16178847 | 0.0015 | 0 | 0 | 0.3 |
| 16178685 | 0.0015 | 0 | 0 | 0.3 |
| 16178686 | 0.0015 | 0 | 0 | 0.3 |
| 16178848 | 0.0015 | 0 | 0 | 0.3 |
| 16178849 | 0.0015 | 0 | 0 | 0.3 |
| 16178687 | 0.0015 | 0 | 0 | 0.3 |
| 16178210 | 0.0015 | 0 | 0 | 0.425 |
| 16178211 | 0.0015 | 0 | 0 | 0.425 |
| 16178212 | 0.0015 | 0 | 0 | 0.425 |
| 16178213 | 0.0015 | 0 | 0 | 0.425 |
| 16178214 | 0.0015 | 0 | 0 | 0.425 |
| 16178215 | 0.0015 | 0 | 0 | 0.425 |
| 16178850 | 0.0015 | 0 | 0 | 0.3 |
| 16178852 | 0.0015 | 0 | 0 | 0.3 |
| 16178853 | 0.0015 | 0 | 0 | 0.3 |
| 16178772 | 0.0015 | 0 | 0 | 0.3 |
| 16178854 | 0.0015 | 0 | 0 | 0.3 |
| 16178692 | 0.0015 | 0 | 0 | 0.3 |
| 16178774 | 0.0015 | 0 | 0 | 0.3 |
| 16178857 | 0.0015 | 0 | 0 | 0.3 |
| 16178858 | 0.0015 | 0 | 0 | 0.3 |
| 16178859 | 0.0015 | 0 | 0 | 0.3 |
| 16178697 | 0.0015 | 0 | 0 | 0.3 |
| 16178779 | 0.0015 | 0 | 0 | 0.3 |
| 16178301 | 0.0015 | 0 | 0 | 0.3 |
| 16178303 | 0.0015 | 0 | 0 | 0.3 |
| 16178305 | 0.0015 | 0 | 0 | 0.3 |
| 16178307 | 0.0015 | 0 | 0 | 0.3 |
| 16179831 | 0.0015 | 0 | 0 | 0.375 |
| 16178860 | 0.0015 | 0 | 0 | 0.3 |
| 16178863 | 0.0015 | 0 | 0 | 0.3 |
| 16178866 | 0.0015 | 0 | 0 | 0.3 |
| 16178786 | 0.0015 | 0 | 0 | 0.3 |
| 16178868 | 0.0015 | 0 | 0 | 0.3 |
| 16178787 | 0.0015 | 0 | 0 | 0.3 |
| 16178869 | 0.0015 | 0 | 0 | 0.3 |
| 16178311 | 0.0015 | 0 | 0 | 0.3 |
| 16180194 | 0.0015 | 0 | 0 | 0.25 |
| 16180195 | 0.0015 | 0 | 0 | 0.25 |
| 16180196 | 0.0015 | 0 | 0 | 0.25 |
| 16180197 | 0.0015 | 0 | 0 | 0.25 |
| 16178317 | 0.0015 | 0 | 0 | 0.3 |
| 16180198 | 0.0015 | 0 | 0 | 0.25 |
| 16180199 | 0.0015 | 0 | 0 | 0.25 |
| 16179921 | 0.0015 | 0 | 0 | 0.375 |
| 16178319 | 0.0015 | 0 | 0 | 0.3 |
| 16178870 | 0.0015 | 0 | 0 | 0.3 |
| 16178790 | 0.0015 | 0 | 0 | 0.3 |
| 16178872 | 0.0015 | 0 | 0 | 0.3 |
| 16178873 | 0.0015 | 0 | 0 | 0.3 |
| 16178792 | 0.0015 | 0 | 0 | 0.3 |
| 16178874 | 0.0015 | 0 | 0 | 0.3 |
| 16178794 | 0.0015 | 0 | 0 | 0.3 |
| 16178875 | 0.0015 | 0 | 0 | 0.3 |
| 16178876 | 0.0015 | 0 | 0 | 0.3 |
| 16178795 | 0.0015 | 0 | 0 | 0.3 |
| 16178877 | 0.0015 | 0 | 0 | 0.3 |
| 16178322 | 0.0015 | 0 | 0 | 0.3 |
| 16178880 | 0.0015 | 0 | 0 | 0.3 |
| 16179771 | 0.0015 | 0 | 0 | 0.375 |
| 16178882 | 0.0015 | 0 | 0 | 0.3 |
| 16178883 | 0.0015 | 0 | 0 | 0.3 |
| 16179778 | 0.0015 | 0 | 0 | 0.375 |
| 16178170 | 0.0015 | 0 | 0 | 0.3 |
| 16178173 | 0.0015 | 0 | 0 | 0.3 |
| 16178336 | 0.0015 | 0 | 0 | 0.3 |
| 16178174 | 0.0015 | 0 | 0 | 0.3 |
| 16178177 | 0.0015 | 0 | 0 | 0.3 |
| 16178259 | 0.0015 | 0 | 0 | 0.3 |
| 16178178 | 0.0015 | 0 | 0 | 0.3 |
| 16178179 | 0.0015 | 0 | 0 | 0.3 |
| 16179785 | 0.0015 | 0 | 0 | 0.375 |
| 16179787 | 0.0015 | 0 | 0 | 0.375 |
| 16178502 | 0.0015 | 0 | 0 | 0.3 |
| 16180626 | 0.0015 | 0 | 0 | 0.3 |
| 16178503 | 0.0015 | 0 | 0 | 0.3 |
| 16178180 | 0.0015 | 0 | 0 | 0.3 |
| 16178504 | 0.0015 | 0 | 0 | 0.3 |
| 16178263 | 0.0015 | 0 | 0 | 0.3 |
| 16178506 | 0.0015 | 0 | 0 | 0.3 |
| 16178184 | 0.0015 | 0 | 0 | 0.3 |
| 16178508 | 0.0015 | 0 | 0 | 0.3 |
| 16178186 | 0.0015 | 0 | 0 | 0.3 |
| 16178267 | 0.0015 | 0 | 0 | 0.3 |
| 16180385 | 0.0015 | 0 | 0 | 0.25 |
| 16180449 | 0.0015 | 0 | 0 | 0.25 |
| 16179601 | 0.0015 | 0 | 0 | 0.375 |
| 16180286 | 0.0015 | 0 | 0 | 0.25 |
| 16178355 | 0.0015 | 0 | 0 | 0.3 |
| 16179713 | 0.0015 | 0 | 0 | 0.375 |
| 16180054 | 0.0015 | 0 | 0 | 0.375 |
| 16179761 | 0.0015 | 0 | 0 | 0.375 |
| 16178775 | 0.0015 | 0 | 0 | 0.3 |
| 16178286 | 0.0015 | 0 | 0 | 0.3 |
| 16179516 | 0.0015 | 0 | 0 | 0.375 |

| | | | | |
|---|---|---|---|---|
| 16179407 | 0.0015 | 0 | 0 | 0.375 |
| 16180246 | 0.0015 | 0 | 0 | 0.25 |
| 16178481 | 0.0015 | 0 | 0 | 0.3 |
| 16178519 | 0.0015 | 0 | 0 | 0.3 |
| 16180479 | 0.0015 | 0 | 0 | 0.25 |
| 16178890 | 0.0015 | 0 | 0 | 0.375 |
| 16180549 | 0.0015 | 0 | 0 | 0.25 |
| 16180319 | 0.0015 | 0 | 0 | 0.25 |
| 16179089 | 0.0015 | 0 | 0 | 0.375 |
| 16180450 | 0.0015 | 0 | 0 | 0.25 |
| 16179165 | 0.0015 | 0 | 0 | 0.375 |
| 16180058 | 0.0015 | 0 | 0 | 0.375 |
| 16178405 | 0.0015 | 0 | 0 | 0.3 |
| 16178314 | 0.0015 | 0 | 0 | 0.3 |
| 16179714 | 0.0015 | 0 | 0 | 0.375 |
| 16178783 | 0.0015 | 0 | 0 | 0.3 |
| 16178524 | 0.0015 | 0 | 0 | 0.3 |
| 16180247 | 0.0015 | 0 | 0 | 0.25 |
| 16179390 | 0.0015 | 0 | 0 | 0.375 |
| 16179982 | 0.0015 | 0 | 0 | 0.375 |
| 16180480 | 0.0015 | 0 | 0 | 0.25 |
| 16180550 | 0.0015 | 0 | 0 | 0.25 |
| 16180320 | 0.0015 | 0 | 0 | 0.25 |
| 16179415 | 0.0015 | 0 | 0 | 0.375 |
| 16179738 | 0.0015 | 0 | 0 | 0.375 |
| 16180451 | 0.0015 | 0 | 0 | 0.25 |
| 16180144 | 0.0015 | 0 | 0 | 0.375 |
| 16179602 | 0.0015 | 0 | 0 | 0.375 |
| 16179146 | 0.0015 | 0 | 0 | 0.375 |
| 16178428 | 0.0015 | 0 | 0 | 0.3 |
| 16178644 | 0.0015 | 0 | 0 | 0.3 |
| 16178401 | 0.0015 | 0 | 0 | 0.3 |
| 16178691 | 0.0015 | 0 | 0 | 0.3 |
| 16179301 | 0.0015 | 0 | 0 | 0.375 |
| 16180248 | 0.0015 | 0 | 0 | 0.25 |
| 16179254 | 0.0015 | 0 | 0 | 0.375 |
| 16179391 | 0.0015 | 0 | 0 | 0.375 |
| 16179983 | 0.0015 | 0 | 0 | 0.375 |
| 16178225 | 0.0015 | 0 | 0 | 0.425 |
| 16178562 | 0.0015 | 0 | 0 | 0.3 |
| 16180481 | 0.0015 | 0 | 0 | 0.25 |
| 16178489 | 0.0015 | 0 | 0 | 0.3 |
| 16180551 | 0.0015 | 0 | 0 | 0.25 |
| 16180321 | 0.0015 | 0 | 0 | 0.25 |
| 16179779 | 0.0015 | 0 | 0 | 0.375 |
| 16179009 | 0.0015 | 0 | 0 | 0.375 |
| 16180386 | 0.0015 | 0 | 0 | 0.25 |
| 16178785 | 0.0015 | 0 | 0 | 0.3 |
| 16179048 | 0.0015 | 0 | 0 | 0.375 |
| 16179715 | 0.0015 | 0 | 0 | 0.375 |
| 16180138 | 0.0015 | 0 | 0 | 0.375 |
| 16178390 | 0.0015 | 0 | 0 | 0.3 |
| 16179984 | 0.0015 | 0 | 0 | 0.375 |
| 16180416 | 0.0015 | 0 | 0 | 0.25 |
| 16180482 | 0.0015 | 0 | 0 | 0.25 |
| 16180552 | 0.0015 | 0 | 0 | 0.25 |
| 16180322 | 0.0015 | 0 | 0 | 0.25 |
| 16179416 | 0.0015 | 0 | 0 | 0.375 |
| 16179090 | 0.0015 | 0 | 0 | 0.375 |
| 16178976 | 0.0015 | 0 | 0 | 0.375 |
| 16180387 | 0.0015 | 0 | 0 | 0.25 |
| 16179183 | 0.0015 | 0 | 0 | 0.375 |
| 16180052 | 0.0015 | 0 | 0 | 0.375 |
| 16180178 | 0.0015 | 0 | 0 | 0.375 |
| 16179739 | 0.0015 | 0 | 0 | 0.375 |
| 16178992 | 0.0015 | 0 | 0 | 0.375 |
| 16179072 | 0.0015 | 0 | 0 | 0.375 |
| 16178429 | 0.0015 | 0 | 0 | 0.3 |
| 16178226 | 0.0015 | 0 | 0 | 0.425 |
| 16179202 | 0.0015 | 0 | 0 | 0.375 |
| 16180417 | 0.0015 | 0 | 0 | 0.25 |
| 16180483 | 0.0015 | 0 | 0 | 0.25 |
| 16178473 | 0.0015 | 0 | 0 | 0.3 |
| 16180553 | 0.0015 | 0 | 0 | 0.25 |
| 16180323 | 0.0015 | 0 | 0 | 0.25 |
| 16180388 | 0.0015 | 0 | 0 | 0.25 |
| 16179830 | 0.0015 | 0 | 0 | 0.375 |
| 16178297 | 0.0015 | 0 | 0 | 0.3 |
| 16178505 | 0.0015 | 0 | 0 | 0.3 |
| 16178483 | 0.0015 | 0 | 0 | 0.3 |
| 16179306 | 0.0015 | 0 | 0 | 0.375 |
| 16180079 | 0.0015 | 0 | 0 | 0.375 |
| 16180584 | 0.0015 | 0 | 0 | 0.25 |
| 16180418 | 0.0015 | 0 | 0 | 0.25 |
| 16180484 | 0.0015 | 0 | 0 | 0.25 |
| 16180554 | 0.0015 | 0 | 0 | 0.25 |
| 16180324 | 0.0015 | 0 | 0 | 0.25 |
| 16179417 | 0.0015 | 0 | 0 | 0.375 |
| 16179091 | 0.0015 | 0 | 0 | 0.375 |
| 16178437 | 0.0015 | 0 | 0 | 0.3 |
| 16180169 | 0.0015 | 0 | 0 | 0.375 |
| 16179619 | 0.0015 | 0 | 0 | 0.375 |
| 16179960 | 0.0015 | 0 | 0 | 0.375 |
| 16178541 | 0.0015 | 0 | 0 | 0.3 |
| 16178265 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16178462 | 0.0015 | 0 | 0 | 0.3 |
| 16179196 | 0.0015 | 0 | 0 | 0.375 |
| 16180585 | 0.0015 | 0 | 0 | 0.25 |
| 16179931 | 0.0015 | 0 | 0 | 0.375 |
| 16178227 | 0.0015 | 0 | 0 | 0.425 |
| 16178511 | 0.0015 | 0 | 0 | 0.3 |
| 16180419 | 0.0015 | 0 | 0 | 0.25 |
| 16180485 | 0.0015 | 0 | 0 | 0.25 |
| 16180555 | 0.0015 | 0 | 0 | 0.25 |
| 16180325 | 0.0015 | 0 | 0 | 0.25 |
| 16179418 | 0.0015 | 0 | 0 | 0.375 |
| 16178717 | 0.0015 | 0 | 0 | 0.3 |
| 16179177 | 0.0015 | 0 | 0 | 0.375 |
| 16179092 | 0.0015 | 0 | 0 | 0.375 |
| 16179161 | 0.0015 | 0 | 0 | 0.375 |
| 16178729 | 0.0015 | 0 | 0 | 0.3 |
| 16178406 | 0.0015 | 0 | 0 | 0.3 |
| 16178716 | 0.0015 | 0 | 0 | 0.3 |
| 16180047 | 0.0015 | 0 | 0 | 0.375 |
| 16179348 | 0.0015 | 0 | 0 | 0.375 |
| 16179531 | 0.0015 | 0 | 0 | 0.375 |
| 16178189 | 0.0015 | 0 | 0 | 0.3 |
| 16180099 | 0.0015 | 0 | 0 | 0.375 |
| 16179884 | 0.0015 | 0 | 0 | 0.375 |
| 16179684 | 0.0015 | 0 | 0 | 0.375 |
| 16180152 | 0.0015 | 0 | 0 | 0.375 |
| 16180092 | 0.0015 | 0 | 0 | 0.375 |
| 16178829 | 0.0015 | 0 | 0 | 0.3 |
| 16178761 | 0.0015 | 0 | 0 | 0.3 |
| 16179774 | 0.0015 | 0 | 0 | 0.375 |
| 16178961 | 0.0015 | 0 | 0 | 0.375 |
| 16179206 | 0.0015 | 0 | 0 | 0.375 |
| 16180443 | 0.0015 | 0 | 0 | 0.25 |
| 16178280 | 0.0015 | 0 | 0 | 0.3 |
| 16180281 | 0.0015 | 0 | 0 | 0.25 |
| 16180350 | 0.0015 | 0 | 0 | 0.25 |
| 16179757 | 0.0015 | 0 | 0 | 0.375 |
| 16180241 | 0.0015 | 0 | 0 | 0.25 |
| 16179293 | 0.0015 | 0 | 0 | 0.375 |
| 16178468 | 0.0015 | 0 | 0 | 0.3 |
| 16179232 | 0.0015 | 0 | 0 | 0.375 |
| 16180053 | 0.0015 | 0 | 0 | 0.375 |
| 16180061 | 0.0015 | 0 | 0 | 0.375 |
| 16179386 | 0.0015 | 0 | 0 | 0.375 |
| 16179367 | 0.0015 | 0 | 0 | 0.375 |
| 16178610 | 0.0015 | 0 | 0 | 0.3 |
| 16180444 | 0.0015 | 0 | 0 | 0.25 |
| 16179070 | 0.0015 | 0 | 0 | 0.375 |
| 16180282 | 0.0015 | 0 | 0 | 0.25 |
| 16180351 | 0.0015 | 0 | 0 | 0.25 |
| 16179710 | 0.0015 | 0 | 0 | 0.375 |
| 16179758 | 0.0015 | 0 | 0 | 0.375 |
| 16179579 | 0.0015 | 0 | 0 | 0.375 |
| 16178944 | 0.0015 | 0 | 0 | 0.375 |
| 16179142 | 0.0015 | 0 | 0 | 0.375 |
| 16180193 | 0.0015 | 0 | 0 | 0.375 |
| 16178696 | 0.0015 | 0 | 0 | 0.3 |
| 16178712 | 0.0015 | 0 | 0 | 0.3 |
| 16178269 | 0.0015 | 0 | 0 | 0.3 |
| 16180242 | 0.0015 | 0 | 0 | 0.25 |
| 16179491 | 0.0015 | 0 | 0 | 0.375 |
| 16180381 | 0.0015 | 0 | 0 | 0.25 |
| 16180445 | 0.0015 | 0 | 0 | 0.25 |
| 16179164 | 0.0015 | 0 | 0 | 0.375 |
| 16180283 | 0.0015 | 0 | 0 | 0.25 |
| 16178427 | 0.0015 | 0 | 0 | 0.3 |
| 16180352 | 0.0015 | 0 | 0 | 0.25 |
| 16179759 | 0.0015 | 0 | 0 | 0.375 |
| 16179580 | 0.0015 | 0 | 0 | 0.375 |
| 16178789 | 0.0015 | 0 | 0 | 0.3 |
| 16180039 | 0.0015 | 0 | 0 | 0.375 |
| 16179298 | 0.0015 | 0 | 0 | 0.375 |
| 16180243 | 0.0015 | 0 | 0 | 0.25 |
| 16179253 | 0.0015 | 0 | 0 | 0.375 |
| 16179492 | 0.0015 | 0 | 0 | 0.375 |
| 16180382 | 0.0015 | 0 | 0 | 0.25 |
| 16180446 | 0.0015 | 0 | 0 | 0.25 |
| 16179071 | 0.0015 | 0 | 0 | 0.375 |
| 16180284 | 0.0015 | 0 | 0 | 0.25 |
| 16180353 | 0.0015 | 0 | 0 | 0.25 |
| 16180166 | 0.0015 | 0 | 0 | 0.375 |
| 16178803 | 0.0015 | 0 | 0 | 0.3 |
| 16179711 | 0.0015 | 0 | 0 | 0.375 |
| 16179777 | 0.0015 | 0 | 0 | 0.375 |
| 16179828 | 0.0015 | 0 | 0 | 0.375 |
| 16180155 | 0.0015 | 0 | 0 | 0.375 |
| 16180127 | 0.0015 | 0 | 0 | 0.375 |
| 16179581 | 0.0015 | 0 | 0 | 0.375 |
| 16180165 | 0.0015 | 0 | 0 | 0.375 |
| 16180037 | 0.0015 | 0 | 0 | 0.375 |
| 16180130 | 0.0015 | 0 | 0 | 0.375 |
| 16179493 | 0.0015 | 0 | 0 | 0.375 |
| 16179388 | 0.0015 | 0 | 0 | 0.375 |
| 16178660 | 0.0015 | 0 | 0 | 0.3 |
| 16180383 | 0.0015 | 0 | 0 | 0.25 |

| | | | | |
|---|---|---|---|---|
| 16180447 | 0.0015 | 0 | 0 | 0.25 |
| 16178991 | 0.0015 | 0 | 0 | 0.375 |
| 16178963 | 0.0015 | 0 | 0 | 0.375 |
| 16179600 | 0.0015 | 0 | 0 | 0.375 |
| 16180285 | 0.0015 | 0 | 0 | 0.25 |
| 16179035 | 0.0015 | 0 | 0 | 0.375 |
| 16179582 | 0.0015 | 0 | 0 | 0.375 |
| 16178597 | 0.0015 | 0 | 0 | 0.3 |
| 16180045 | 0.0015 | 0 | 0 | 0.375 |
| 16180244 | 0.0015 | 0 | 0 | 0.25 |
| 16178320 | 0.0015 | 0 | 0 | 0.3 |
| 16179139 | 0.0015 | 0 | 0 | 0.375 |
| 16178377 | 0.0015 | 0 | 0 | 0.3 |
| 16180547 | 0.0015 | 0 | 0 | 0.25 |
| 16180317 | 0.0015 | 0 | 0 | 0.25 |
| 16178171 | 0.0015 | 0 | 0 | 0.3 |
| 16180384 | 0.0015 | 0 | 0 | 0.25 |
| 16180448 | 0.0015 | 0 | 0 | 0.25 |
| 16178404 | 0.0015 | 0 | 0 | 0.3 |
| 16179155 | 0.0015 | 0 | 0 | 0.375 |
| 16179712 | 0.0015 | 0 | 0 | 0.375 |
| 16180191 | 0.0015 | 0 | 0 | 0.375 |
| 16178928 | 0.0015 | 0 | 0 | 0.375 |
| 16179760 | 0.0015 | 0 | 0 | 0.375 |
| 16178833 | 0.0015 | 0 | 0 | 0.3 |
| 16179583 | 0.0015 | 0 | 0 | 0.375 |
| 16178625 | 0.0015 | 0 | 0 | 0.3 |
| 16178622 | 0.0015 | 0 | 0 | 0.3 |
| 16179299 | 0.0015 | 0 | 0 | 0.375 |
| 16180245 | 0.0015 | 0 | 0 | 0.25 |
| 16179484 | 0.0015 | 0 | 0 | 0.375 |
| 16179272 | 0.0015 | 0 | 0 | 0.375 |
| 16179495 | 0.0015 | 0 | 0 | 0.375 |
| 16178608 | 0.0015 | 0 | 0 | 0.3 |
| 16180548 | 0.0015 | 0 | 0 | 0.25 |
| 16180318 | 0.0015 | 0 | 0 | 0.25 |
| 16179260 | 0.0015 | 0 | 0 | 0.375 |
| 16179863 | 0.0015 | 0 | 0 | 0.375 |
| 16179195 | 0.0015 | 0 | 0 | 0.375 |
| 16180621 | 0.0015 | 0 | 0 | 0.25 |
| 16178884 | 0.0015 | 0 | 0 | 0.375 |
| 16179405 | 0.0015 | 0 | 0 | 0.375 |
| 16180347 | 0.0015 | 0 | 0 | 0.25 |
| 16179575 | 0.0015 | 0 | 0 | 0.375 |
| 16178892 | 0.0015 | 0 | 0 | 0.375 |
| 16178851 | 0.0015 | 0 | 0 | 0.3 |
| 16179792 | 0.0015 | 0 | 0 | 0.375 |
| 16178736 | 0.0015 | 0 | 0 | 0.3 |
| 16178767 | 0.0015 | 0 | 0 | 0.3 |
| 16179230 | 0.0015 | 0 | 0 | 0.375 |
| 16179113 | 0.0015 | 0 | 0 | 0.375 |
| 16179864 | 0.0015 | 0 | 0 | 0.375 |
| 16178369 | 0.0015 | 0 | 0 | 0.3 |
| 16179365 | 0.0015 | 0 | 0 | 0.375 |
| 16180278 | 0.0015 | 0 | 0 | 0.25 |
| 16180348 | 0.0015 | 0 | 0 | 0.25 |
| 16179802 | 0.0015 | 0 | 0 | 0.375 |
| 16178626 | 0.0015 | 0 | 0 | 0.3 |
| 16179137 | 0.0015 | 0 | 0 | 0.375 |
| 16179248 | 0.0015 | 0 | 0 | 0.375 |
| 16178386 | 0.0015 | 0 | 0 | 0.3 |
| 16179261 | 0.0015 | 0 | 0 | 0.375 |
| 16179910 | 0.0015 | 0 | 0 | 0.375 |
| 16179487 | 0.0015 | 0 | 0 | 0.375 |
| 16180279 | 0.0015 | 0 | 0 | 0.25 |
| 16179060 | 0.0015 | 0 | 0 | 0.375 |
| 16179577 | 0.0015 | 0 | 0 | 0.375 |
| 16179803 | 0.0015 | 0 | 0 | 0.375 |
| 16179618 | 0.0015 | 0 | 0 | 0.375 |
| 16178764 | 0.0015 | 0 | 0 | 0.3 |
| 16178282 | 0.0015 | 0 | 0 | 0.3 |
| 16179292 | 0.0015 | 0 | 0 | 0.375 |
| 16179231 | 0.0015 | 0 | 0 | 0.375 |
| 16179138 | 0.0015 | 0 | 0 | 0.375 |
| 16178376 | 0.0015 | 0 | 0 | 0.3 |
| 16179100 | 0.0015 | 0 | 0 | 0.375 |
| 16180184 | 0.0015 | 0 | 0 | 0.375 |
| 16180442 | 0.0015 | 0 | 0 | 0.25 |
| 16180349 | 0.0015 | 0 | 0 | 0.25 |
| 16179578 | 0.0015 | 0 | 0 | 0.375 |
| 16179804 | 0.0015 | 0 | 0 | 0.375 |
| 16179045 | 0.0015 | 0 | 0 | 0.375 |
| 16180051 | 0.0015 | 0 | 0 | 0.375 |
| 16178893 | 0.0015 | 0 | 0 | 0.375 |
| 16179806 | 0.0015 | 0 | 0 | 0.375 |
| 16180257 | 0.0015 | 0 | 0 | 0.25 |
| 16179700 | 0.0015 | 0 | 0 | 0.375 |
| 16178828 | 0.0015 | 0 | 0 | 0.3 |
| 16178748 | 0.0015 | 0 | 0 | 0.3 |
| 16178668 | 0.0015 | 0 | 0 | 0.3 |
| 16178589 | 0.0015 | 0 | 0 | 0.3 |
| 16180075 | 0.0015 | 0 | 0 | 0.375 |
| 16180159 | 0.0015 | 0 | 0 | 0.375 |
| 16179801 | 0.0015 | 0 | 0 | 0.375 |
| 16178830 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16178831 | 0.0015 | 0 | 0 | 0.3 |
| 16179628 | 0.0015 | 0 | 0 | 0.375 |
| 16180582 | 0.0015 | 0 | 0 | 0.25 |
| 16179439 | 0.0015 | 0 | 0 | 0.375 |
| 16180415 | 0.0015 | 0 | 0 | 0.25 |
| 16180146 | 0.0015 | 0 | 0 | 0.375 |
| 16180115 | 0.0015 | 0 | 0 | 0.375 |
| 16178415 | 0.0015 | 0 | 0 | 0.3 |
| 16179665 | 0.0015 | 0 | 0 | 0.375 |
| 16180119 | 0.0015 | 0 | 0 | 0.375 |
| 16178588 | 0.0015 | 0 | 0 | 0.3 |
| 16179520 | 0.0015 | 0 | 0 | 0.375 |
| 16178368 | 0.0015 | 0 | 0 | 0.3 |
| 16180620 | 0.0015 | 0 | 0 | 0.25 |
| 16179953 | 0.0015 | 0 | 0 | 0.375 |
| 16180109 | 0.0015 | 0 | 0 | 0.375 |
| 16179563 | 0.0015 | 0 | 0 | 0.375 |
| 16178832 | 0.0015 | 0 | 0 | 0.3 |
| 16179480 | 0.0015 | 0 | 0 | 0.375 |
| 16179481 | 0.0015 | 0 | 0 | 0.375 |
| 16178834 | 0.0015 | 0 | 0 | 0.3 |
| 16178591 | 0.0015 | 0 | 0 | 0.3 |
| 16179644 | 0.0015 | 0 | 0 | 0.375 |
| 16178754 | 0.0015 | 0 | 0 | 0.3 |
| 16179483 | 0.0015 | 0 | 0 | 0.375 |
| 16178835 | 0.0015 | 0 | 0 | 0.3 |
| 16178836 | 0.0015 | 0 | 0 | 0.3 |
| 16178755 | 0.0015 | 0 | 0 | 0.3 |
| 16178593 | 0.0015 | 0 | 0 | 0.3 |
| 16178756 | 0.0015 | 0 | 0 | 0.3 |
| 16180183 | 0.0015 | 0 | 0 | 0.375 |
| 16180174 | 0.0015 | 0 | 0 | 0.375 |
| 16180044 | 0.0015 | 0 | 0 | 0.375 |
| 16179545 | 0.0015 | 0 | 0 | 0.375 |
| 16180346 | 0.0015 | 0 | 0 | 0.25 |
| 16178323 | 0.0015 | 0 | 0 | 0.3 |
| 16178586 | 0.0015 | 0 | 0 | 0.3 |
| 16180219 | 0.0015 | 0 | 0 | 0.25 |
| 16180188 | 0.0015 | 0 | 0 | 0.375 |
| 16179916 | 0.0015 | 0 | 0 | 0.375 |
| 16178455 | 0.0015 | 0 | 0 | 0.3 |
| 16179621 | 0.0015 | 0 | 0 | 0.375 |
| 16180288 | 0.0015 | 0 | 0 | 0.25 |
| 16178594 | 0.0015 | 0 | 0 | 0.3 |
| 16178676 | 0.0015 | 0 | 0 | 0.3 |
| 16178757 | 0.0015 | 0 | 0 | 0.3 |
| 16178838 | 0.0015 | 0 | 0 | 0.3 |
| 16178758 | 0.0015 | 0 | 0 | 0.3 |
| 16178596 | 0.0015 | 0 | 0 | 0.3 |
| 16178759 | 0.0015 | 0 | 0 | 0.3 |
| 16179569 | 0.0015 | 0 | 0 | 0.375 |
| 16178678 | 0.0015 | 0 | 0 | 0.3 |
| 16178679 | 0.0015 | 0 | 0 | 0.3 |
| 16179327 | 0.0015 | 0 | 0 | 0.375 |
| 16178780 | 0.0015 | 0 | 0 | 0.3 |
| 16179347 | 0.0015 | 0 | 0 | 0.375 |
| 16180614 | 0.0015 | 0 | 0 | 0.25 |
| 16179948 | 0.0015 | 0 | 0 | 0.375 |
| 16178656 | 0.0015 | 0 | 0 | 0.3 |
| 16179044 | 0.0015 | 0 | 0 | 0.375 |
| 16179620 | 0.0015 | 0 | 0 | 0.375 |
| 16180132 | 0.0015 | 0 | 0 | 0.375 |
| 16178771 | 0.0015 | 0 | 0 | 0.3 |
| 16178682 | 0.0015 | 0 | 0 | 0.3 |
| 16179136 | 0.0015 | 0 | 0 | 0.375 |
| 16179175 | 0.0015 | 0 | 0 | 0.375 |
| 16180357 | 0.0015 | 0 | 0 | 0.25 |
| 16179763 | 0.0015 | 0 | 0 | 0.375 |
| 16179585 | 0.0015 | 0 | 0 | 0.375 |
| 16180258 | 0.0015 | 0 | 0 | 0.25 |
| 16179701 | 0.0015 | 0 | 0 | 0.375 |
| 16179653 | 0.0015 | 0 | 0 | 0.375 |
| 16178922 | 0.0015 | 0 | 0 | 0.375 |
| 16178598 | 0.0015 | 0 | 0 | 0.3 |
| 16178599 | 0.0015 | 0 | 0 | 0.3 |
| 16180512 | 0.0015 | 0 | 0 | 0.25 |
| 16179247 | 0.0015 | 0 | 0 | 0.375 |
| 16179099 | 0.0015 | 0 | 0 | 0.375 |
| 16179952 | 0.0015 | 0 | 0 | 0.375 |
| 16179466 | 0.0015 | 0 | 0 | 0.375 |
| 16179364 | 0.0015 | 0 | 0 | 0.375 |
| 16178659 | 0.0015 | 0 | 0 | 0.3 |
| 16178820 | 0.0015 | 0 | 0 | 0.3 |
| 16178741 | 0.0015 | 0 | 0 | 0.3 |
| 16179552 | 0.0015 | 0 | 0 | 0.375 |
| 16178742 | 0.0015 | 0 | 0 | 0.3 |
| 16178580 | 0.0015 | 0 | 0 | 0.3 |
| 16178661 | 0.0015 | 0 | 0 | 0.3 |
| 16178823 | 0.0015 | 0 | 0 | 0.3 |
| 16178743 | 0.0015 | 0 | 0 | 0.3 |
| 16179553 | 0.0015 | 0 | 0 | 0.375 |
| 16178824 | 0.0015 | 0 | 0 | 0.3 |
| 16179554 | 0.0015 | 0 | 0 | 0.375 |
| 16178663 | 0.0015 | 0 | 0 | 0.3 |
| 16178826 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16178745 | 0.0015 | 0 | 0 | 0.3 |
| 16178583 | 0.0015 | 0 | 0 | 0.3 |
| 16179404 | 0.0015 | 0 | 0 | 0.375 |
| 16180345 | 0.0015 | 0 | 0 | 0.25 |
| 16179683 | 0.0015 | 0 | 0 | 0.375 |
| 16179829 | 0.0015 | 0 | 0 | 0.375 |
| 16179762 | 0.0015 | 0 | 0 | 0.375 |
| 16180126 | 0.0015 | 0 | 0 | 0.375 |
| 16180033 | 0.0015 | 0 | 0 | 0.375 |
| 16179555 | 0.0015 | 0 | 0 | 0.375 |
| 16178827 | 0.0015 | 0 | 0 | 0.3 |
| 16179670 | 0.0015 | 0 | 0 | 0.375 |
| 16179861 | 0.0015 | 0 | 0 | 0.375 |
| 16178675 | 0.0015 | 0 | 0 | 0.3 |
| 16179249 | 0.0015 | 0 | 0 | 0.375 |
| 16179115 | 0.0015 | 0 | 0 | 0.375 |
| 16178398 | 0.0015 | 0 | 0 | 0.3 |
| 16180200 | 0.0015 | 0 | 0 | 0.25 |
| 16180201 | 0.0015 | 0 | 0 | 0.25 |
| 16179216 | 0.0015 | 0 | 0 | 0.375 |
| 16179315 | 0.0015 | 0 | 0 | 0.375 |
| 16180202 | 0.0015 | 0 | 0 | 0.25 |
| 16180204 | 0.0015 | 0 | 0 | 0.25 |
| 16180205 | 0.0015 | 0 | 0 | 0.25 |
| 16180206 | 0.0015 | 0 | 0 | 0.25 |
| 16180207 | 0.0015 | 0 | 0 | 0.25 |
| 16180208 | 0.0015 | 0 | 0 | 0.25 |
| 16180209 | 0.0015 | 0 | 0 | 0.25 |
| 16179476 | 0.0015 | 0 | 0 | 0.375 |
| 16180179 | 0.0015 | 0 | 0 | 0.375 |
| 16179530 | 0.0015 | 0 | 0 | 0.375 |
| 16179611 | 0.0015 | 0 | 0 | 0.375 |
| 16180255 | 0.0015 | 0 | 0 | 0.25 |
| 16178920 | 0.0015 | 0 | 0 | 0.375 |
| 16178801 | 0.0015 | 0 | 0 | 0.3 |
| 16179613 | 0.0015 | 0 | 0 | 0.375 |
| 16178641 | 0.0015 | 0 | 0 | 0.3 |
| 16178722 | 0.0015 | 0 | 0 | 0.3 |
| 16178444 | 0.0015 | 0 | 0 | 0.3 |
| 16179561 | 0.0015 | 0 | 0 | 0.375 |
| 16178804 | 0.0015 | 0 | 0 | 0.3 |
| 16178561 | 0.0015 | 0 | 0 | 0.3 |
| 16180414 | 0.0015 | 0 | 0 | 0.25 |
| 16178436 | 0.0015 | 0 | 0 | 0.3 |
| 16179226 | 0.0015 | 0 | 0 | 0.375 |
| 16180619 | 0.0015 | 0 | 0 | 0.25 |
| 16178290 | 0.0015 | 0 | 0 | 0.3 |
| 16178293 | 0.0015 | 0 | 0 | 0.3 |
| 16178770 | 0.0015 | 0 | 0 | 0.3 |
| 16179233 | 0.0015 | 0 | 0 | 0.375 |
| 16178642 | 0.0015 | 0 | 0 | 0.3 |
| 16178724 | 0.0015 | 0 | 0 | 0.3 |
| 16179346 | 0.0015 | 0 | 0 | 0.375 |
| 16179840 | 0.0015 | 0 | 0 | 0.375 |
| 16180217 | 0.0015 | 0 | 0 | 0.25 |
| 16178643 | 0.0015 | 0 | 0 | 0.3 |
| 16178806 | 0.0015 | 0 | 0 | 0.3 |
| 16178484 | 0.0015 | 0 | 0 | 0.3 |
| 16178565 | 0.0015 | 0 | 0 | 0.3 |
| 16178889 | 0.0015 | 0 | 0 | 0.375 |
| 16179632 | 0.0015 | 0 | 0 | 0.375 |
| 16178646 | 0.0015 | 0 | 0 | 0.3 |
| 16178727 | 0.0015 | 0 | 0 | 0.3 |
| 16178647 | 0.0015 | 0 | 0 | 0.3 |
| 16178567 | 0.0015 | 0 | 0 | 0.3 |
| 16179947 | 0.0015 | 0 | 0 | 0.375 |
| 16179488 | 0.0015 | 0 | 0 | 0.375 |
| 16179914 | 0.0015 | 0 | 0 | 0.375 |
| 16178486 | 0.0015 | 0 | 0 | 0.3 |
| 16178649 | 0.0015 | 0 | 0 | 0.3 |
| 16178488 | 0.0015 | 0 | 0 | 0.3 |
| 16180210 | 0.0015 | 0 | 0 | 0.25 |
| 16180211 | 0.0015 | 0 | 0 | 0.25 |
| 16180212 | 0.0015 | 0 | 0 | 0.25 |
| 16180147 | 0.0015 | 0 | 0 | 0.375 |
| 16180213 | 0.0015 | 0 | 0 | 0.25 |
| 16180214 | 0.0015 | 0 | 0 | 0.25 |
| 16180215 | 0.0015 | 0 | 0 | 0.25 |
| 16180216 | 0.0015 | 0 | 0 | 0.25 |
| 16178172 | 0.0015 | 0 | 0 | 0.3 |
| 16178493 | 0.0015 | 0 | 0 | 0.3 |
| 16180355 | 0.0015 | 0 | 0 | 0.25 |
| 16178730 | 0.0015 | 0 | 0 | 0.3 |
| 16178811 | 0.0015 | 0 | 0 | 0.3 |
| 16178812 | 0.0015 | 0 | 0 | 0.3 |
| 16178650 | 0.0015 | 0 | 0 | 0.3 |
| 16179622 | 0.0015 | 0 | 0 | 0.375 |
| 16178570 | 0.0015 | 0 | 0 | 0.3 |
| 16180256 | 0.0015 | 0 | 0 | 0.25 |
| 16179032 | 0.0015 | 0 | 0 | 0.375 |
| 16178921 | 0.0015 | 0 | 0 | 0.375 |
| 16179081 | 0.0015 | 0 | 0 | 0.375 |
| 16178447 | 0.0015 | 0 | 0 | 0.3 |
| 16178571 | 0.0015 | 0 | 0 | 0.3 |
| 16178814 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16179562 | 0.0015 | 0 | 0 | 0.375 |
| 16178799 | 0.0015 | 0 | 0 | 0.3 |
| 16178490 | 0.0015 | 0 | 0 | 0.3 |
| 16179624 | 0.0015 | 0 | 0 | 0.375 |
| 16179363 | 0.0015 | 0 | 0 | 0.375 |
| 16179051 | 0.0015 | 0 | 0 | 0.375 |
| 16178549 | 0.0015 | 0 | 0 | 0.3 |
| 16178605 | 0.0015 | 0 | 0 | 0.3 |
| 16179234 | 0.0015 | 0 | 0 | 0.375 |
| 16178815 | 0.0015 | 0 | 0 | 0.3 |
| 16178734 | 0.0015 | 0 | 0 | 0.3 |
| 16182241 | 0.0015 | 0 | 0 | 0.425 |
| 16179105 | 0.0015 | 0 | 0 | 0.375 |
| 16180218 | 0.0015 | 0 | 0 | 0.25 |
| 16178318 | 0.0015 | 0 | 0 | 0.3 |
| 16178654 | 0.0015 | 0 | 0 | 0.3 |
| 16178655 | 0.0015 | 0 | 0 | 0.3 |
| 16179915 | 0.0015 | 0 | 0 | 0.375 |
| 16178818 | 0.0015 | 0 | 0 | 0.3 |
| 16178819 | 0.0015 | 0 | 0 | 0.3 |
| 16179221 | 0.0015 | 0 | 0 | 0.375 |
| 16178495 | 0.0015 | 0 | 0 | 0.3 |
| 16178576 | 0.0015 | 0 | 0 | 0.3 |
| 16178496 | 0.0015 | 0 | 0 | 0.3 |
| 16179549 | 0.0015 | 0 | 0 | 0.375 |
| 16178578 | 0.0015 | 0 | 0 | 0.3 |
| 16178497 | 0.0015 | 0 | 0 | 0.3 |
| 16179477 | 0.0015 | 0 | 0 | 0.375 |
| 16179369 | 0.0015 | 0 | 0 | 0.375 |
| 16180287 | 0.0015 | 0 | 0 | 0.25 |
| 16180356 | 0.0015 | 0 | 0 | 0.25 |
| 16178632 | 0.0015 | 0 | 0 | 0.3 |
| 16179524 | 0.0015 | 0 | 0 | 0.375 |
| 16178471 | 0.0015 | 0 | 0 | 0.3 |
| 16178552 | 0.0015 | 0 | 0 | 0.3 |
| 16178633 | 0.0015 | 0 | 0 | 0.3 |
| 16178634 | 0.0015 | 0 | 0 | 0.3 |
| 16179525 | 0.0015 | 0 | 0 | 0.375 |
| 16180254 | 0.0015 | 0 | 0 | 0.25 |
| 16178919 | 0.0015 | 0 | 0 | 0.375 |
| 16178472 | 0.0015 | 0 | 0 | 0.3 |
| 16178392 | 0.0015 | 0 | 0 | 0.3 |
| 16179608 | 0.0015 | 0 | 0 | 0.375 |
| 16178555 | 0.0015 | 0 | 0 | 0.3 |
| 16179527 | 0.0015 | 0 | 0 | 0.375 |
| 16179609 | 0.0015 | 0 | 0 | 0.375 |
| 16178556 | 0.0015 | 0 | 0 | 0.3 |
| 16178475 | 0.0015 | 0 | 0 | 0.3 |
| 16178394 | 0.0015 | 0 | 0 | 0.3 |
| 16179366 | 0.0015 | 0 | 0 | 0.375 |
| 16178637 | 0.0015 | 0 | 0 | 0.3 |
| 16178718 | 0.0015 | 0 | 0 | 0.3 |
| 16178476 | 0.0015 | 0 | 0 | 0.3 |
| 16178719 | 0.0015 | 0 | 0 | 0.3 |
| 16180581 | 0.0015 | 0 | 0 | 0.25 |
| 16179438 | 0.0015 | 0 | 0 | 0.375 |
| 16179529 | 0.0015 | 0 | 0 | 0.375 |
| 16178395 | 0.0015 | 0 | 0 | 0.3 |
| 16178396 | 0.0015 | 0 | 0 | 0.3 |
| 16178798 | 0.0015 | 0 | 0 | 0.3 |
| 16178952 | 0.0015 | 0 | 0 | 0.375 |
| 16178958 | 0.0015 | 0 | 0 | 0.375 |
| 16179011 | 0.0015 | 0 | 0 | 0.375 |
| 16179368 | 0.0015 | 0 | 0 | 0.375 |
| 16178397 | 0.0015 | 0 | 0 | 0.3 |
| 16178238 | 0.0015 | 0 | 0 | 0.425 |
| 16180577 | 0.0015 | 0 | 0 | 0.25 |
| 16179980 | 0.0015 | 0 | 0 | 0.375 |
| 16178224 | 0.0015 | 0 | 0 | 0.425 |
| 16179179 | 0.0015 | 0 | 0 | 0.375 |
| 16180409 | 0.0015 | 0 | 0 | 0.25 |
| 16179786 | 0.0015 | 0 | 0 | 0.375 |
| 16179066 | 0.0015 | 0 | 0 | 0.375 |
| 16180545 | 0.0015 | 0 | 0 | 0.25 |
| 16180315 | 0.0015 | 0 | 0 | 0.25 |
| 16178413 | 0.0015 | 0 | 0 | 0.3 |
| 16178985 | 0.0015 | 0 | 0 | 0.375 |
| 16179313 | 0.0015 | 0 | 0 | 0.375 |
| 16178403 | 0.0015 | 0 | 0 | 0.3 |
| 16180125 | 0.0015 | 0 | 0 | 0.375 |
| 16178891 | 0.0015 | 0 | 0 | 0.375 |
| 16178750 | 0.0015 | 0 | 0 | 0.3 |
| 16178299 | 0.0015 | 0 | 0 | 0.3 |
| 16178560 | 0.0015 | 0 | 0 | 0.3 |
| 16179208 | 0.0015 | 0 | 0 | 0.375 |
| 16179880 | 0.0015 | 0 | 0 | 0.375 |
| 16179307 | 0.0015 | 0 | 0 | 0.375 |
| 16179180 | 0.0015 | 0 | 0 | 0.375 |
| 16180410 | 0.0015 | 0 | 0 | 0.25 |
| 16180476 | 0.0015 | 0 | 0 | 0.25 |
| 16179836 | 0.0015 | 0 | 0 | 0.375 |
| 16180066 | 0.0015 | 0 | 0 | 0.375 |
| 16180316 | 0.0015 | 0 | 0 | 0.25 |
| 16178974 | 0.0015 | 0 | 0 | 0.375 |
| 16178435 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16178723 | 0.0015 | 0 | 0 | 0.3 |
| 16178183 | 0.0015 | 0 | 0 | 0.3 |
| 16179344 | 0.0015 | 0 | 0 | 0.375 |
| 16179309 | 0.0015 | 0 | 0 | 0.375 |
| 16179341 | 0.0015 | 0 | 0 | 0.375 |
| 16178302 | 0.0015 | 0 | 0 | 0.3 |
| 16178239 | 0.0015 | 0 | 0 | 0.425 |
| 16179209 | 0.0015 | 0 | 0 | 0.375 |
| 16180509 | 0.0015 | 0 | 0 | 0.25 |
| 16179010 | 0.0015 | 0 | 0 | 0.375 |
| 16180477 | 0.0015 | 0 | 0 | 0.25 |
| 16179837 | 0.0015 | 0 | 0 | 0.375 |
| 16179413 | 0.0015 | 0 | 0 | 0.375 |
| 16178414 | 0.0015 | 0 | 0 | 0.3 |
| 16178975 | 0.0015 | 0 | 0 | 0.375 |
| 16180040 | 0.0015 | 0 | 0 | 0.375 |
| 16178509 | 0.0015 | 0 | 0 | 0.3 |
| 16180510 | 0.0015 | 0 | 0 | 0.25 |
| 16178494 | 0.0015 | 0 | 0 | 0.3 |
| 16180579 | 0.0015 | 0 | 0 | 0.25 |
| 16179781 | 0.0015 | 0 | 0 | 0.375 |
| 16179436 | 0.0015 | 0 | 0 | 0.375 |
| 16180412 | 0.0015 | 0 | 0 | 0.25 |
| 16180478 | 0.0015 | 0 | 0 | 0.25 |
| 16179001 | 0.0015 | 0 | 0 | 0.375 |
| 16179736 | 0.0015 | 0 | 0 | 0.375 |
| 16178621 | 0.0015 | 0 | 0 | 0.3 |
| 16179503 | 0.0015 | 0 | 0 | 0.375 |
| 16178617 | 0.0015 | 0 | 0 | 0.3 |
| 16178572 | 0.0015 | 0 | 0 | 0.3 |
| 16178753 | 0.0015 | 0 | 0 | 0.3 |
| 16179623 | 0.0015 | 0 | 0 | 0.375 |
| 16178240 | 0.0015 | 0 | 0 | 0.425 |
| 16180580 | 0.0015 | 0 | 0 | 0.25 |
| 16179981 | 0.0015 | 0 | 0 | 0.375 |
| 16179437 | 0.0015 | 0 | 0 | 0.375 |
| 16180413 | 0.0015 | 0 | 0 | 0.25 |
| 16179076 | 0.0015 | 0 | 0 | 0.375 |
| 16179737 | 0.0015 | 0 | 0 | 0.375 |
| 16178340 | 0.0015 | 0 | 0 | 0.3 |
| 16178816 | 0.0015 | 0 | 0 | 0.3 |
| 16179627 | 0.0015 | 0 | 0 | 0.375 |
| 16179006 | 0.0015 | 0 | 0 | 0.375 |
| 16178518 | 0.0015 | 0 | 0 | 0.3 |
| 16179977 | 0.0015 | 0 | 0 | 0.375 |
| 16179190 | 0.0015 | 0 | 0 | 0.375 |
| 16180472 | 0.0015 | 0 | 0 | 0.25 |
| 16180541 | 0.0015 | 0 | 0 | 0.25 |
| 16180311 | 0.0015 | 0 | 0 | 0.25 |
| 16179410 | 0.0015 | 0 | 0 | 0.375 |
| 16178658 | 0.0015 | 0 | 0 | 0.3 |
| 16179176 | 0.0015 | 0 | 0 | 0.375 |
| 16180378 | 0.0015 | 0 | 0 | 0.25 |
| 16178989 | 0.0015 | 0 | 0 | 0.375 |
| 16179732 | 0.0015 | 0 | 0 | 0.375 |
| 16178728 | 0.0015 | 0 | 0 | 0.3 |
| 16178454 | 0.0015 | 0 | 0 | 0.3 |
| 16178402 | 0.0015 | 0 | 0 | 0.3 |
| 16179697 | 0.0015 | 0 | 0 | 0.375 |
| 16178595 | 0.0015 | 0 | 0 | 0.3 |
| 16180107 | 0.0015 | 0 | 0 | 0.375 |
| 16180240 | 0.0015 | 0 | 0 | 0.25 |
| 16178363 | 0.0015 | 0 | 0 | 0.3 |
| 16178602 | 0.0015 | 0 | 0 | 0.3 |
| 16179978 | 0.0015 | 0 | 0 | 0.375 |
| 16180406 | 0.0015 | 0 | 0 | 0.25 |
| 16180473 | 0.0015 | 0 | 0 | 0.25 |
| 16180542 | 0.0015 | 0 | 0 | 0.25 |
| 16180312 | 0.0015 | 0 | 0 | 0.25 |
| 16179411 | 0.0015 | 0 | 0 | 0.375 |
| 16179056 | 0.0015 | 0 | 0 | 0.375 |
| 16180379 | 0.0015 | 0 | 0 | 0.25 |
| 16178434 | 0.0015 | 0 | 0 | 0.3 |
| 16179733 | 0.0015 | 0 | 0 | 0.375 |
| 16178704 | 0.0015 | 0 | 0 | 0.3 |
| 16179820 | 0.0015 | 0 | 0 | 0.375 |
| 16180128 | 0.0015 | 0 | 0 | 0.375 |
| 16180153 | 0.0015 | 0 | 0 | 0.375 |
| 16178426 | 0.0015 | 0 | 0 | 0.3 |
| 16179698 | 0.0015 | 0 | 0 | 0.375 |
| 16180114 | 0.0015 | 0 | 0 | 0.375 |
| 16179283 | 0.0015 | 0 | 0 | 0.375 |
| 16178381 | 0.0015 | 0 | 0 | 0.3 |
| 16178900 | 0.0015 | 0 | 0 | 0.375 |
| 16178342 | 0.0015 | 0 | 0 | 0.3 |
| 16178223 | 0.0015 | 0 | 0 | 0.425 |
| 16180407 | 0.0015 | 0 | 0 | 0.25 |
| 16180474 | 0.0015 | 0 | 0 | 0.25 |
| 16179168 | 0.0015 | 0 | 0 | 0.375 |
| 16180543 | 0.0015 | 0 | 0 | 0.25 |
| 16180313 | 0.0015 | 0 | 0 | 0.25 |
| 16179087 | 0.0015 | 0 | 0 | 0.375 |
| 16180380 | 0.0015 | 0 | 0 | 0.25 |
| 16179734 | 0.0015 | 0 | 0 | 0.375 |

| | | | | |
|---|---|---|---|---|
| 16178715 | 0.0015 | 0 | 0 | 0.3 |
| 16179521 | 0.0015 | 0 | 0 | 0.375 |
| 16178327 | 0.0015 | 0 | 0 | 0.3 |
| 16179284 | 0.0015 | 0 | 0 | 0.375 |
| 16178613 | 0.0015 | 0 | 0 | 0.3 |
| 16180576 | 0.0015 | 0 | 0 | 0.25 |
| 16178557 | 0.0015 | 0 | 0 | 0.3 |
| 16179979 | 0.0015 | 0 | 0 | 0.375 |
| 16180408 | 0.0015 | 0 | 0 | 0.25 |
| 16179835 | 0.0015 | 0 | 0 | 0.375 |
| 16180475 | 0.0015 | 0 | 0 | 0.25 |
| 16179169 | 0.0015 | 0 | 0 | 0.375 |
| 16180544 | 0.0015 | 0 | 0 | 0.25 |
| 16180314 | 0.0015 | 0 | 0 | 0.25 |
| 16179088 | 0.0015 | 0 | 0 | 0.375 |
| 16179160 | 0.0015 | 0 | 0 | 0.375 |
| 16178990 | 0.0015 | 0 | 0 | 0.375 |
| 16179735 | 0.0015 | 0 | 0 | 0.375 |
| 16178306 | 0.0015 | 0 | 0 | 0.3 |
| 16179039 | 0.0015 | 0 | 0 | 0.375 |
| 16178949 | 0.0015 | 0 | 0 | 0.375 |
| 16179334 | 0.0015 | 0 | 0 | 0.375 |
| 16179135 | 0.0015 | 0 | 0 | 0.375 |
| 16179489 | 0.0015 | 0 | 0 | 0.375 |
| 16178894 | 0.0015 | 0 | 0 | 0.375 |
| 16179381 | 0.0015 | 0 | 0 | 0.375 |
| 16180536 | 0.0015 | 0 | 0 | 0.25 |
| 16179598 | 0.0015 | 0 | 0 | 0.375 |
| 16179816 | 0.0015 | 0 | 0 | 0.375 |
| 16180276 | 0.0015 | 0 | 0 | 0.25 |
| 16179144 | 0.0015 | 0 | 0 | 0.375 |
| 16178700 | 0.0015 | 0 | 0 | 0.3 |
| 16179573 | 0.0015 | 0 | 0 | 0.375 |
| 16180124 | 0.0015 | 0 | 0 | 0.375 |
| 16178619 | 0.0015 | 0 | 0 | 0.3 |
| 16179282 | 0.0015 | 0 | 0 | 0.375 |
| 16178374 | 0.0015 | 0 | 0 | 0.3 |
| 16179928 | 0.0015 | 0 | 0 | 0.375 |
| 16179382 | 0.0015 | 0 | 0 | 0.375 |
| 16180537 | 0.0015 | 0 | 0 | 0.25 |
| 16180307 | 0.0015 | 0 | 0 | 0.25 |
| 16180374 | 0.0015 | 0 | 0 | 0.25 |
| 16179064 | 0.0015 | 0 | 0 | 0.375 |
| 16180439 | 0.0015 | 0 | 0 | 0.25 |
| 16178714 | 0.0015 | 0 | 0 | 0.3 |
| 16179599 | 0.0015 | 0 | 0 | 0.375 |
| 16179817 | 0.0015 | 0 | 0 | 0.375 |
| 16178927 | 0.0015 | 0 | 0 | 0.375 |
| 16179755 | 0.0015 | 0 | 0 | 0.375 |
| 16178778 | 0.0015 | 0 | 0 | 0.3 |
| 16178349 | 0.0015 | 0 | 0 | 0.3 |
| 16180022 | 0.0015 | 0 | 0 | 0.375 |
| 16180236 | 0.0015 | 0 | 0 | 0.25 |
| 16179929 | 0.0015 | 0 | 0 | 0.375 |
| 16178895 | 0.0015 | 0 | 0 | 0.375 |
| 16180538 | 0.0015 | 0 | 0 | 0.25 |
| 16180308 | 0.0015 | 0 | 0 | 0.25 |
| 16180375 | 0.0015 | 0 | 0 | 0.25 |
| 16180440 | 0.0015 | 0 | 0 | 0.25 |
| 16178547 | 0.0015 | 0 | 0 | 0.3 |
| 16179818 | 0.0015 | 0 | 0 | 0.375 |
| 16180277 | 0.0015 | 0 | 0 | 0.25 |
| 16179153 | 0.0015 | 0 | 0 | 0.375 |
| 16178980 | 0.0015 | 0 | 0 | 0.375 |
| 16179054 | 0.0015 | 0 | 0 | 0.375 |
| 16178424 | 0.0015 | 0 | 0 | 0.3 |
| 16179708 | 0.0015 | 0 | 0 | 0.375 |
| 16180140 | 0.0015 | 0 | 0 | 0.375 |
| 16180023 | 0.0015 | 0 | 0 | 0.375 |
| 16178768 | 0.0015 | 0 | 0 | 0.3 |
| 16178260 | 0.0015 | 0 | 0 | 0.3 |
| 16180237 | 0.0015 | 0 | 0 | 0.25 |
| 16178375 | 0.0015 | 0 | 0 | 0.3 |
| 16178864 | 0.0015 | 0 | 0 | 0.3 |
| 16178341 | 0.0015 | 0 | 0 | 0.3 |
| 16178611 | 0.0015 | 0 | 0 | 0.3 |
| 16179383 | 0.0015 | 0 | 0 | 0.375 |
| 16178222 | 0.0015 | 0 | 0 | 0.425 |
| 16180539 | 0.0015 | 0 | 0 | 0.25 |
| 16180309 | 0.0015 | 0 | 0 | 0.25 |
| 16180376 | 0.0015 | 0 | 0 | 0.25 |
| 16178948 | 0.0015 | 0 | 0 | 0.375 |
| 16178970 | 0.0015 | 0 | 0 | 0.375 |
| 16180171 | 0.0015 | 0 | 0 | 0.375 |
| 16178879 | 0.0015 | 0 | 0 | 0.3 |
| 16180133 | 0.0015 | 0 | 0 | 0.375 |
| 16178651 | 0.0015 | 0 | 0 | 0.3 |
| 16180024 | 0.0015 | 0 | 0 | 0.375 |
| 16180238 | 0.0015 | 0 | 0 | 0.25 |
| 16179352 | 0.0015 | 0 | 0 | 0.375 |
| 16179384 | 0.0015 | 0 | 0 | 0.375 |
| 16179976 | 0.0015 | 0 | 0 | 0.375 |
| 16180471 | 0.0015 | 0 | 0 | 0.25 |
| 16180540 | 0.0015 | 0 | 0 | 0.25 |
| 16178983 | 0.0015 | 0 | 0 | 0.375 |

| | | | | |
|---|---|---|---|---|
| 16180377 | 0.0015 | 0 | 0 | 0.25 |
| 16180441 | 0.0015 | 0 | 0 | 0.25 |
| 16179731 | 0.0015 | 0 | 0 | 0.375 |
| 16179819 | 0.0015 | 0 | 0 | 0.375 |
| 16178971 | 0.0015 | 0 | 0 | 0.375 |
| 16178425 | 0.0015 | 0 | 0 | 0.3 |
| 16180162 | 0.0015 | 0 | 0 | 0.375 |
| 16180143 | 0.0015 | 0 | 0 | 0.375 |
| 16179709 | 0.0015 | 0 | 0 | 0.375 |
| 16179696 | 0.0015 | 0 | 0 | 0.375 |
| 16178313 | 0.0015 | 0 | 0 | 0.3 |
| 16180025 | 0.0015 | 0 | 0 | 0.375 |
| 16178592 | 0.0015 | 0 | 0 | 0.3 |
| 16179310 | 0.0015 | 0 | 0 | 0.375 |
| 16180239 | 0.0015 | 0 | 0 | 0.25 |
| 16178380 | 0.0015 | 0 | 0 | 0.3 |
| 16179252 | 0.0015 | 0 | 0 | 0.375 |
| 16178856 | 0.0015 | 0 | 0 | 0.3 |
| 16180436 | 0.0015 | 0 | 0 | 0.25 |
| 16180273 | 0.0015 | 0 | 0 | 0.25 |
| 16178175 | 0.0015 | 0 | 0 | 0.3 |
| 16179707 | 0.0015 | 0 | 0 | 0.375 |
| 16178925 | 0.0015 | 0 | 0 | 0.375 |
| 16179695 | 0.0015 | 0 | 0 | 0.375 |
| 16178796 | 0.0015 | 0 | 0 | 0.3 |
| 16180177 | 0.0015 | 0 | 0 | 0.375 |
| 16178635 | 0.0015 | 0 | 0 | 0.3 |
| 16178531 | 0.0015 | 0 | 0 | 0.3 |
| 16179682 | 0.0015 | 0 | 0 | 0.375 |
| 16180108 | 0.0015 | 0 | 0 | 0.375 |
| 16178337 | 0.0015 | 0 | 0 | 0.3 |
| 16179297 | 0.0015 | 0 | 0 | 0.375 |
| 16180234 | 0.0015 | 0 | 0 | 0.25 |
| 16179925 | 0.0015 | 0 | 0 | 0.375 |
| 16179641 | 0.0015 | 0 | 0 | 0.375 |
| 16179379 | 0.0015 | 0 | 0 | 0.375 |
| 16179362 | 0.0015 | 0 | 0 | 0.375 |
| 16179182 | 0.0015 | 0 | 0 | 0.375 |
| 16180372 | 0.0015 | 0 | 0 | 0.25 |
| 16180437 | 0.0015 | 0 | 0 | 0.25 |
| 16178969 | 0.0015 | 0 | 0 | 0.375 |
| 16179047 | 0.0015 | 0 | 0 | 0.375 |
| 16180274 | 0.0015 | 0 | 0 | 0.25 |
| 16179815 | 0.0015 | 0 | 0 | 0.375 |
| 16178423 | 0.0015 | 0 | 0 | 0.3 |
| 16178315 | 0.0015 | 0 | 0 | 0.3 |
| 16179753 | 0.0015 | 0 | 0 | 0.375 |
| 16178821 | 0.0015 | 0 | 0 | 0.3 |
| 16179270 | 0.0015 | 0 | 0 | 0.375 |
| 16179120 | 0.0015 | 0 | 0 | 0.375 |
| 16180062 | 0.0015 | 0 | 0 | 0.375 |
| 16179926 | 0.0015 | 0 | 0 | 0.375 |
| 16179098 | 0.0015 | 0 | 0 | 0.375 |
| 16179380 | 0.0015 | 0 | 0 | 0.375 |
| 16180373 | 0.0015 | 0 | 0 | 0.25 |
| 16178662 | 0.0015 | 0 | 0 | 0.3 |
| 16180438 | 0.0015 | 0 | 0 | 0.25 |
| 16180275 | 0.0015 | 0 | 0 | 0.25 |
| 16178802 | 0.0015 | 0 | 0 | 0.3 |
| 16178926 | 0.0015 | 0 | 0 | 0.375 |
| 16179572 | 0.0015 | 0 | 0 | 0.375 |
| 16178760 | 0.0015 | 0 | 0 | 0.3 |
| 16180235 | 0.0015 | 0 | 0 | 0.25 |
| 16179271 | 0.0015 | 0 | 0 | 0.375 |
| 16179640 | 0.0015 | 0 | 0 | 0.375 |
| 16178887 | 0.0015 | 0 | 0 | 0.375 |
| 16179354 | 0.0015 | 0 | 0 | 0.375 |
| 16180354 | 0.0015 | 0 | 0 | 0.25 |
| 16179805 | 0.0015 | 0 | 0 | 0.375 |
| 16179128 | 0.0015 | 0 | 0 | 0.375 |
| 16180618 | 0.0015 | 0 | 0 | 0.25 |
| 16180006 | 0.0015 | 0 | 0 | 0.375 |
| 16178960 | 0.0015 | 0 | 0 | 0.375 |
| 16180517 | 0.0015 | 0 | 0 | 0.25 |
| 16179630 | 0.0015 | 0 | 0 | 0.375 |
| 16179442 | 0.0015 | 0 | 0 | 0.375 |
| 16178934 | 0.0015 | 0 | 0 | 0.375 |
| 16178262 | 0.0015 | 0 | 0 | 0.3 |
| 16178837 | 0.0015 | 0 | 0 | 0.3 |
| 16180117 | 0.0015 | 0 | 0 | 0.375 |
| 16178563 | 0.0015 | 0 | 0 | 0.3 |
| 16179212 | 0.0015 | 0 | 0 | 0.375 |
| 16179860 | 0.0015 | 0 | 0 | 0.375 |
| 16179129 | 0.0015 | 0 | 0 | 0.375 |
| 16179909 | 0.0015 | 0 | 0 | 0.375 |
| 16179016 | 0.0015 | 0 | 0 | 0.375 |
| 16178999 | 0.0015 | 0 | 0 | 0.375 |
| 16179631 | 0.0015 | 0 | 0 | 0.375 |
| 16179443 | 0.0015 | 0 | 0 | 0.375 |
| 16178909 | 0.0015 | 0 | 0 | 0.375 |
| 16179664 | 0.0015 | 0 | 0 | 0.375 |
| 16180027 | 0.0015 | 0 | 0 | 0.375 |
| 16178499 | 0.0015 | 0 | 0 | 0.3 |
| 16179858 | 0.0015 | 0 | 0 | 0.375 |
| 16179551 | 0.0015 | 0 | 0 | 0.375 |

Unassociated Document                                                    Page 182 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 183 of 279

| | | | | |
|---|---|---|---|---|
| 16180270 | 0.0015 | 0 | 0 | 0.25 |
| 16179151 | 0.0015 | 0 | 0 | 0.375 |
| 16179750 | 0.0015 | 0 | 0 | 0.375 |
| 16178942 | 0.0015 | 0 | 0 | 0.375 |
| 16179141 | 0.0015 | 0 | 0 | 0.375 |
| 16178354 | 0.0015 | 0 | 0 | 0.3 |
| 16179680 | 0.0015 | 0 | 0 | 0.375 |
| 16178690 | 0.0015 | 0 | 0 | 0.3 |
| 16180034 | 0.0015 | 0 | 0 | 0.375 |
| 16179268 | 0.0015 | 0 | 0 | 0.375 |
| 16179514 | 0.0015 | 0 | 0 | 0.375 |
| 16178372 | 0.0015 | 0 | 0 | 0.3 |
| 16179097 | 0.0015 | 0 | 0 | 0.375 |
| 16179859 | 0.0015 | 0 | 0 | 0.375 |
| 16178367 | 0.0015 | 0 | 0 | 0.3 |
| 16179464 | 0.0015 | 0 | 0 | 0.375 |
| 16180434 | 0.0015 | 0 | 0 | 0.25 |
| 16178487 | 0.0015 | 0 | 0 | 0.3 |
| 16180271 | 0.0015 | 0 | 0 | 0.25 |
| 16178191 | 0.0015 | 0 | 0 | 0.3 |
| 16179152 | 0.0015 | 0 | 0 | 0.375 |
| 16178979 | 0.0015 | 0 | 0 | 0.375 |
| 16178924 | 0.0015 | 0 | 0 | 0.375 |
| 16178943 | 0.0015 | 0 | 0 | 0.375 |
| 16179610 | 0.0015 | 0 | 0 | 0.375 |
| 16179269 | 0.0015 | 0 | 0 | 0.375 |
| 16179519 | 0.0015 | 0 | 0 | 0.375 |
| 16179923 | 0.0015 | 0 | 0 | 0.375 |
| 16179360 | 0.0015 | 0 | 0 | 0.375 |
| 16180073 | 0.0015 | 0 | 0 | 0.375 |
| 16180435 | 0.0015 | 0 | 0 | 0.25 |
| 16180272 | 0.0015 | 0 | 0 | 0.25 |
| 16179752 | 0.0015 | 0 | 0 | 0.375 |
| 16178545 | 0.0015 | 0 | 0 | 0.3 |
| 16178648 | 0.0015 | 0 | 0 | 0.3 |
| 16178915 | 0.0015 | 0 | 0 | 0.375 |
| 16179681 | 0.0015 | 0 | 0 | 0.375 |
| 16178584 | 0.0015 | 0 | 0 | 0.3 |
| 16180233 | 0.0015 | 0 | 0 | 0.25 |
| 16179291 | 0.0015 | 0 | 0 | 0.375 |
| 16178373 | 0.0015 | 0 | 0 | 0.3 |
| 16179361 | 0.0015 | 0 | 0 | 0.375 |
| 16180250 | 0.0015 | 0 | 0 | 0.25 |
| 16178935 | 0.0015 | 0 | 0 | 0.375 |
| 16179556 | 0.0015 | 0 | 0 | 0.375 |
| 16178962 | 0.0015 | 0 | 0 | 0.375 |
| 16178791 | 0.0015 | 0 | 0 | 0.3 |
| 16178292 | 0.0015 | 0 | 0 | 0.3 |
| 16180083 | 0.0015 | 0 | 0 | 0.375 |
| 16178334 | 0.0015 | 0 | 0 | 0.3 |
| 16179262 | 0.0015 | 0 | 0 | 0.375 |
| 16178667 | 0.0015 | 0 | 0 | 0.3 |
| 16179241 | 0.0015 | 0 | 0 | 0.375 |
| 16179958 | 0.0015 | 0 | 0 | 0.375 |
| 16178357 | 0.0015 | 0 | 0 | 0.3 |
| 16178216 | 0.0015 | 0 | 0 | 0.425 |
| 16180013 | 0.0015 | 0 | 0 | 0.375 |
| 16179846 | 0.0015 | 0 | 0 | 0.375 |
| 16179637 | 0.0015 | 0 | 0 | 0.375 |
| 16180251 | 0.0015 | 0 | 0 | 0.25 |
| 16180102 | 0.0015 | 0 | 0 | 0.375 |
| 16178683 | 0.0015 | 0 | 0 | 0.3 |
| 16178300 | 0.0015 | 0 | 0 | 0.3 |
| 16178765 | 0.0015 | 0 | 0 | 0.3 |
| 16179796 | 0.0015 | 0 | 0 | 0.375 |
| 16178564 | 0.0015 | 0 | 0 | 0.3 |
| 16179114 | 0.0015 | 0 | 0 | 0.375 |
| 16178383 | 0.0015 | 0 | 0 | 0.3 |
| 16180014 | 0.0015 | 0 | 0 | 0.375 |
| 16179473 | 0.0015 | 0 | 0 | 0.375 |
| 16179794 | 0.0015 | 0 | 0 | 0.375 |
| 16180176 | 0.0015 | 0 | 0 | 0.375 |
| 16179007 | 0.0015 | 0 | 0 | 0.375 |
| 16180252 | 0.0015 | 0 | 0 | 0.25 |
| 16176699 | 0.0015 | 0 | 0 | 0.375 |
| 16179041 | 0.0015 | 0 | 0 | 0.375 |
| 16180111 | 0.0015 | 0 | 0 | 0.375 |
| 16179614 | 0.0015 | 0 | 0 | 0.375 |
| 16178517 | 0.0015 | 0 | 0 | 0.3 |
| 16179213 | 0.0015 | 0 | 0 | 0.375 |
| 16179215 | 0.0015 | 0 | 0 | 0.375 |
| 16179639 | 0.0015 | 0 | 0 | 0.375 |
| 16179353 | 0.0015 | 0 | 0 | 0.375 |
| 16180253 | 0.0015 | 0 | 0 | 0.25 |
| 16178951 | 0.0015 | 0 | 0 | 0.375 |
| 16179669 | 0.0015 | 0 | 0 | 0.375 |
| 16180030 | 0.0015 | 0 | 0 | 0.375 |
| 16179263 | 0.0015 | 0 | 0 | 0.375 |
| 16179506 | 0.0015 | 0 | 0 | 0.375 |
| 16179131 | 0.0015 | 0 | 0 | 0.375 |
| 16179227 | 0.0015 | 0 | 0 | 0.375 |
| 16179913 | 0.0015 | 0 | 0 | 0.375 |
| 16178365 | 0.0015 | 0 | 0 | 0.3 |
| 16178862 | 0.0015 | 0 | 0 | 0.3 |
| 16179946 | 0.0015 | 0 | 0 | 0.375 |

| | | | | |
|---|---|---|---|---|
| 16180612 | 0.0015 | 0 | 0 | 0.25 |
| 16179461 | 0.0015 | 0 | 0 | 0.375 |
| 16180057 | 0.0015 | 0 | 0 | 0.375 |
| 16179339 | 0.0015 | 0 | 0 | 0.375 |
| 16179617 | 0.0015 | 0 | 0 | 0.375 |
| 16179023 | 0.0015 | 0 | 0 | 0.375 |
| 16178482 | 0.0015 | 0 | 0 | 0.3 |
| 16178906 | 0.0015 | 0 | 0 | 0.375 |
| 16178769 | 0.0015 | 0 | 0 | 0.3 |
| 16179219 | 0.0015 | 0 | 0 | 0.375 |
| 16178384 | 0.0015 | 0 | 0 | 0.3 |
| 16179096 | 0.0015 | 0 | 0 | 0.375 |
| 16178256 | 0.0015 | 0 | 0 | 0.425 |
| 16179112 | 0.0015 | 0 | 0 | 0.375 |
| 16179856 | 0.0015 | 0 | 0 | 0.375 |
| 16179224 | 0.0015 | 0 | 0 | 0.375 |
| 16180613 | 0.0015 | 0 | 0 | 0.25 |
| 16179462 | 0.0015 | 0 | 0 | 0.375 |
| 16178721 | 0.0015 | 0 | 0 | 0.3 |
| 16179358 | 0.0015 | 0 | 0 | 0.375 |
| 16179408 | 0.0015 | 0 | 0 | 0.375 |
| 16178941 | 0.0015 | 0 | 0 | 0.375 |
| 16179043 | 0.0015 | 0 | 0 | 0.375 |
| 16178914 | 0.0015 | 0 | 0 | 0.375 |
| 16179678 | 0.0015 | 0 | 0 | 0.375 |
| 16178933 | 0.0015 | 0 | 0 | 0.375 |
| 16178766 | 0.0015 | 0 | 0 | 0.3 |
| 16178569 | 0.0015 | 0 | 0 | 0.3 |
| 16179220 | 0.0015 | 0 | 0 | 0.375 |
| 16179211 | 0.0015 | 0 | 0 | 0.375 |
| 16179857 | 0.0015 | 0 | 0 | 0.375 |
| 16178361 | 0.0015 | 0 | 0 | 0.3 |
| 16179127 | 0.0015 | 0 | 0 | 0.375 |
| 16179906 | 0.0015 | 0 | 0 | 0.375 |
| 16178366 | 0.0015 | 0 | 0 | 0.3 |
| 16179463 | 0.0015 | 0 | 0 | 0.375 |
| 16179403 | 0.0015 | 0 | 0 | 0.375 |
| 16178657 | 0.0015 | 0 | 0 | 0.3 |
| 16179749 | 0.0015 | 0 | 0 | 0.375 |
| 16179570 | 0.0015 | 0 | 0 | 0.375 |
| 16179140 | 0.0015 | 0 | 0 | 0.375 |
| 16179031 | 0.0015 | 0 | 0 | 0.375 |
| 16179679 | 0.0015 | 0 | 0 | 0.375 |
| 16178261 | 0.0015 | 0 | 0 | 0.3 |
| 16180080 | 0.0015 | 0 | 0 | 0.375 |
| 16179267 | 0.0015 | 0 | 0 | 0.375 |
| 16179259 | 0.0015 | 0 | 0 | 0.375 |
| 16179287 | 0.0015 | 0 | 0 | 0.375 |
| 16179130 | 0.0015 | 0 | 0 | 0.375 |
| 16179956 | 0.0015 | 0 | 0 | 0.375 |
| 16180011 | 0.0015 | 0 | 0 | 0.375 |
| 16178840 | 0.0015 | 0 | 0 | 0.3 |
| 16178817 | 0.0015 | 0 | 0 | 0.3 |
| 16179890 | 0.0015 | 0 | 0 | 0.375 |
| 16180524 | 0.0015 | 0 | 0 | 0.25 |
| 16179642 | 0.0015 | 0 | 0 | 0.375 |
| 16179446 | 0.0015 | 0 | 0 | 0.375 |
| 16179012 | 0.0015 | 0 | 0 | 0.375 |
| 16180249 | 0.0015 | 0 | 0 | 0.25 |
| 16179040 | 0.0015 | 0 | 0 | 0.375 |
| 16178950 | 0.0015 | 0 | 0 | 0.375 |
| 16179504 | 0.0015 | 0 | 0 | 0.375 |
| 16179288 | 0.0015 | 0 | 0 | 0.375 |
| 16179911 | 0.0015 | 0 | 0 | 0.375 |
| 16179957 | 0.0015 | 0 | 0 | 0.375 |
| 16180012 | 0.0015 | 0 | 0 | 0.375 |
| 16180069 | 0.0015 | 0 | 0 | 0.375 |
| 16180060 | 0.0015 | 0 | 0 | 0.375 |
| 16180525 | 0.0015 | 0 | 0 | 0.25 |
| 16179447 | 0.0015 | 0 | 0 | 0.375 |
| 16179973 | 0.0015 | 0 | 0 | 0.375 |
| 16180134 | 0.0015 | 0 | 0 | 0.375 |
| 16178908 | 0.0015 | 0 | 0 | 0.375 |
| 16179657 | 0.0015 | 0 | 0 | 0.375 |
| 16179788 | 0.0015 | 0 | 0 | 0.375 |
| 16180032 | 0.0015 | 0 | 0 | 0.375 |
| 16179110 | 0.0015 | 0 | 0 | 0.375 |
| 16178674 | 0.0015 | 0 | 0 | 0.3 |
| 16179901 | 0.0015 | 0 | 0 | 0.375 |
| 16180608 | 0.0015 | 0 | 0 | 0.25 |
| 16179457 | 0.0015 | 0 | 0 | 0.375 |
| 16179997 | 0.0015 | 0 | 0 | 0.375 |
| 16180049 | 0.0015 | 0 | 0 | 0.375 |
| 16179104 | 0.0015 | 0 | 0 | 0.375 |
| 16180508 | 0.0015 | 0 | 0 | 0.25 |
| 16179174 | 0.0015 | 0 | 0 | 0.375 |
| 16179435 | 0.0015 | 0 | 0 | 0.375 |
| 16178782 | 0.0015 | 0 | 0 | 0.3 |
| 16180046 | 0.0015 | 0 | 0 | 0.375 |
| 16179030 | 0.0015 | 0 | 0 | 0.375 |
| 16179020 | 0.0015 | 0 | 0 | 0.375 |
| 16178585 | 0.0015 | 0 | 0 | 0.3 |
| 16180098 | 0.0015 | 0 | 0 | 0.375 |
| 16178574 | 0.0015 | 0 | 0 | 0.3 |
| 16178289 | 0.0015 | 0 | 0 | 0.3 |

Unassociated Document                                      Page 184 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 185 of 279

| | | | | |
|---|---|---|---|---|
| 16178254 | 0.0015 | 0 | 0 | 0.425 |
| 16179853 | 0.0015 | 0 | 0 | 0.375 |
| 16179902 | 0.0015 | 0 | 0 | 0.375 |
| 16180609 | 0.0015 | 0 | 0 | 0.25 |
| 16179458 | 0.0015 | 0 | 0 | 0.375 |
| 16179998 | 0.0015 | 0 | 0 | 0.375 |
| 16179005 | 0.0015 | 0 | 0 | 0.375 |
| 16179400 | 0.0015 | 0 | 0 | 0.375 |
| 16178932 | 0.0015 | 0 | 0 | 0.375 |
| 16180081 | 0.0015 | 0 | 0 | 0.375 |
| 16178582 | 0.0015 | 0 | 0 | 0.3 |
| 16179257 | 0.0015 | 0 | 0 | 0.375 |
| 16178615 | 0.0015 | 0 | 0 | 0.3 |
| 16179126 | 0.0015 | 0 | 0 | 0.375 |
| 16179903 | 0.0015 | 0 | 0 | 0.375 |
| 16180610 | 0.0015 | 0 | 0 | 0.25 |
| 16180160 | 0.0015 | 0 | 0 | 0.375 |
| 16179459 | 0.0015 | 0 | 0 | 0.375 |
| 16179626 | 0.0015 | 0 | 0 | 0.375 |
| 16178443 | 0.0015 | 0 | 0 | 0.3 |
| 16179357 | 0.0015 | 0 | 0 | 0.375 |
| 16179401 | 0.0015 | 0 | 0 | 0.375 |
| 16179021 | 0.0015 | 0 | 0 | 0.375 |
| 16178331 | 0.0015 | 0 | 0 | 0.3 |
| 16179658 | 0.0015 | 0 | 0 | 0.375 |
| 16180041 | 0.0015 | 0 | 0 | 0.375 |
| 16179218 | 0.0015 | 0 | 0 | 0.375 |
| 16178465 | 0.0015 | 0 | 0 | 0.3 |
| 16178665 | 0.0015 | 0 | 0 | 0.3 |
| 16178255 | 0.0015 | 0 | 0 | 0.425 |
| 16179854 | 0.0015 | 0 | 0 | 0.375 |
| 16179904 | 0.0015 | 0 | 0 | 0.375 |
| 16179945 | 0.0015 | 0 | 0 | 0.375 |
| 16180611 | 0.0015 | 0 | 0 | 0.25 |
| 16179402 | 0.0015 | 0 | 0 | 0.375 |
| 16179974 | 0.0015 | 0 | 0 | 0.375 |
| 16178957 | 0.0015 | 0 | 0 | 0.375 |
| 16178480 | 0.0015 | 0 | 0 | 0.3 |
| 16179677 | 0.0015 | 0 | 0 | 0.375 |
| 16180093 | 0.0015 | 0 | 0 | 0.375 |
| 16178285 | 0.0015 | 0 | 0 | 0.3 |
| 16178346 | 0.0015 | 0 | 0 | 0.3 |
| 16179111 | 0.0015 | 0 | 0 | 0.375 |
| 16179855 | 0.0015 | 0 | 0 | 0.375 |
| 16179905 | 0.0015 | 0 | 0 | 0.375 |
| 16180168 | 0.0015 | 0 | 0 | 0.375 |
| 16178703 | 0.0015 | 0 | 0 | 0.3 |
| 16178695 | 0.0015 | 0 | 0 | 0.3 |
| 16178777 | 0.0015 | 0 | 0 | 0.3 |
| 16178235 | 0.0015 | 0 | 0 | 0.425 |
| 16179994 | 0.0015 | 0 | 0 | 0.375 |
| 16179876 | 0.0015 | 0 | 0 | 0.375 |
| 16180501 | 0.0015 | 0 | 0 | 0.25 |
| 16180571 | 0.0015 | 0 | 0 | 0.25 |
| 16179094 | 0.0015 | 0 | 0 | 0.375 |
| 16178356 | 0.0015 | 0 | 0 | 0.3 |
| 16180339 | 0.0015 | 0 | 0 | 0.25 |
| 16180403 | 0.0015 | 0 | 0 | 0.25 |
| 16179730 | 0.0015 | 0 | 0 | 0.375 |
| 16179343 | 0.0015 | 0 | 0 | 0.375 |
| 16180086 | 0.0015 | 0 | 0 | 0.375 |
| 16178673 | 0.0015 | 0 | 0 | 0.3 |
| 16178185 | 0.0015 | 0 | 0 | 0.3 |
| 16179995 | 0.0015 | 0 | 0 | 0.375 |
| 16180502 | 0.0015 | 0 | 0 | 0.25 |
| 16180572 | 0.0015 | 0 | 0 | 0.25 |
| 16180187 | 0.0015 | 0 | 0 | 0.375 |
| 16179430 | 0.0015 | 0 | 0 | 0.375 |
| 16180340 | 0.0015 | 0 | 0 | 0.25 |
| 16180404 | 0.0015 | 0 | 0 | 0.25 |
| 16178810 | 0.0015 | 0 | 0 | 0.3 |
| 16178973 | 0.0015 | 0 | 0 | 0.375 |
| 16179050 | 0.0015 | 0 | 0 | 0.375 |
| 16178433 | 0.0015 | 0 | 0 | 0.3 |
| 16178329 | 0.0015 | 0 | 0 | 0.3 |
| 16178308 | 0.0015 | 0 | 0 | 0.3 |
| 16178236 | 0.0015 | 0 | 0 | 0.425 |
| 16180503 | 0.0015 | 0 | 0 | 0.25 |
| 16179877 | 0.0015 | 0 | 0 | 0.375 |
| 16180573 | 0.0015 | 0 | 0 | 0.25 |
| 16179078 | 0.0015 | 0 | 0 | 0.375 |
| 16179095 | 0.0015 | 0 | 0 | 0.375 |
| 16179431 | 0.0015 | 0 | 0 | 0.375 |
| 16180341 | 0.0015 | 0 | 0 | 0.25 |
| 16180405 | 0.0015 | 0 | 0 | 0.25 |
| 16179832 | 0.0015 | 0 | 0 | 0.375 |
| 16180113 | 0.0015 | 0 | 0 | 0.375 |
| 16179971 | 0.0015 | 0 | 0 | 0.375 |
| 16178903 | 0.0015 | 0 | 0 | 0.375 |
| 16179768 | 0.0015 | 0 | 0 | 0.375 |
| 16178788 | 0.0015 | 0 | 0 | 0.3 |
| 16178902 | 0.0015 | 0 | 0 | 0.375 |
| 16179237 | 0.0015 | 0 | 0 | 0.375 |
| 16180604 | 0.0015 | 0 | 0 | 0.25 |
| 16179547 | 0.0015 | 0 | 0 | 0.375 |

| | | | | |
|---|---|---|---|---|
| 16179103 | 0.0015 | 0 | 0 | 0.375 |
| 16180504 | 0.0015 | 0 | 0 | 0.25 |
| 16180574 | 0.0015 | 0 | 0 | 0.25 |
| 16179432 | 0.0015 | 0 | 0 | 0.375 |
| 16180342 | 0.0015 | 0 | 0 | 0.25 |
| 16179833 | 0.0015 | 0 | 0 | 0.375 |
| 16178800 | 0.0015 | 0 | 0 | 0.3 |
| 16179541 | 0.0015 | 0 | 0 | 0.375 |
| 16178288 | 0.0015 | 0 | 0 | 0.3 |
| 16178464 | 0.0015 | 0 | 0 | 0.3 |
| 16178252 | 0.0015 | 0 | 0 | 0.425 |
| 16178343 | 0.0015 | 0 | 0 | 0.3 |
| 16178554 | 0.0015 | 0 | 0 | 0.3 |
| 16180605 | 0.0015 | 0 | 0 | 0.25 |
| 16179944 | 0.0015 | 0 | 0 | 0.375 |
| 16178526 | 0.0015 | 0 | 0 | 0.3 |
| 16178237 | 0.0015 | 0 | 0 | 0.425 |
| 16180505 | 0.0015 | 0 | 0 | 0.25 |
| 16179878 | 0.0015 | 0 | 0 | 0.375 |
| 16180575 | 0.0015 | 0 | 0 | 0.25 |
| 16178474 | 0.0015 | 0 | 0 | 0.3 |
| 16179433 | 0.0015 | 0 | 0 | 0.375 |
| 16179780 | 0.0015 | 0 | 0 | 0.375 |
| 16180343 | 0.0015 | 0 | 0 | 0.25 |
| 16179834 | 0.0015 | 0 | 0 | 0.375 |
| 16178412 | 0.0015 | 0 | 0 | 0.3 |
| 16178698 | 0.0015 | 0 | 0 | 0.3 |
| 16178905 | 0.0015 | 0 | 0 | 0.375 |
| 16180131 | 0.0015 | 0 | 0 | 0.375 |
| 16180104 | 0.0015 | 0 | 0 | 0.375 |
| 16180031 | 0.0015 | 0 | 0 | 0.375 |
| 16178751 | 0.0015 | 0 | 0 | 0.3 |
| 16179256 | 0.0015 | 0 | 0 | 0.375 |
| 16178467 | 0.0015 | 0 | 0 | 0.3 |
| 16179222 | 0.0015 | 0 | 0 | 0.375 |
| 16179900 | 0.0015 | 0 | 0 | 0.375 |
| 16178749 | 0.0015 | 0 | 0 | 0.3 |
| 16180606 | 0.0015 | 0 | 0 | 0.25 |
| 16178559 | 0.0015 | 0 | 0 | 0.3 |
| 16178553 | 0.0015 | 0 | 0 | 0.3 |
| 16179199 | 0.0015 | 0 | 0 | 0.375 |
| 16180506 | 0.0015 | 0 | 0 | 0.25 |
| 16179767 | 0.0015 | 0 | 0 | 0.375 |
| 16180344 | 0.0015 | 0 | 0 | 0.25 |
| 16178442 | 0.0015 | 0 | 0 | 0.3 |
| 16179972 | 0.0015 | 0 | 0 | 0.375 |
| 16179769 | 0.0015 | 0 | 0 | 0.375 |
| 16178253 | 0.0015 | 0 | 0 | 0.425 |
| 16179210 | 0.0015 | 0 | 0 | 0.375 |
| 16180607 | 0.0015 | 0 | 0 | 0.25 |
| 16179996 | 0.0015 | 0 | 0 | 0.375 |
| 16178492 | 0.0015 | 0 | 0 | 0.3 |
| 16180507 | 0.0015 | 0 | 0 | 0.25 |
| 16179879 | 0.0015 | 0 | 0 | 0.375 |
| 16179079 | 0.0015 | 0 | 0 | 0.375 |
| 16179434 | 0.0015 | 0 | 0 | 0.375 |
| 16178720 | 0.0015 | 0 | 0 | 0.3 |
| 16180043 | 0.0015 | 0 | 0 | 0.375 |
| 16178871 | 0.0015 | 0 | 0 | 0.3 |
| 16179281 | 0.0015 | 0 | 0 | 0.375 |
| 16178233 | 0.0015 | 0 | 0 | 0.425 |
| 16180567 | 0.0015 | 0 | 0 | 0.25 |
| 16180335 | 0.0015 | 0 | 0 | 0.25 |
| 16180399 | 0.0015 | 0 | 0 | 0.25 |
| 16180068 | 0.0015 | 0 | 0 | 0.375 |
| 16180467 | 0.0015 | 0 | 0 | 0.25 |
| 16179086 | 0.0015 | 0 | 0 | 0.375 |
| 16180305 | 0.0015 | 0 | 0 | 0.25 |
| 16178411 | 0.0015 | 0 | 0 | 0.3 |
| 16178400 | 0.0015 | 0 | 0 | 0.3 |
| 16178452 | 0.0015 | 0 | 0 | 0.3 |
| 16179615 | 0.0015 | 0 | 0 | 0.375 |
| 16178500 | 0.0015 | 0 | 0 | 0.3 |
| 16179873 | 0.0015 | 0 | 0 | 0.375 |
| 16180568 | 0.0015 | 0 | 0 | 0.25 |
| 16180336 | 0.0015 | 0 | 0 | 0.25 |
| 16180400 | 0.0015 | 0 | 0 | 0.25 |
| 16180306 | 0.0015 | 0 | 0 | 0.25 |
| 16179645 | 0.0015 | 0 | 0 | 0.375 |
| 16180154 | 0.0015 | 0 | 0 | 0.375 |
| 16179728 | 0.0015 | 0 | 0 | 0.375 |
| 16180021 | 0.0015 | 0 | 0 | 0.375 |
| 16179616 | 0.0015 | 0 | 0 | 0.375 |
| 16178234 | 0.0015 | 0 | 0 | 0.425 |
| 16180499 | 0.0015 | 0 | 0 | 0.25 |
| 16179874 | 0.0015 | 0 | 0 | 0.375 |
| 16180569 | 0.0015 | 0 | 0 | 0.25 |
| 16180337 | 0.0015 | 0 | 0 | 0.25 |
| 16180175 | 0.0015 | 0 | 0 | 0.375 |
| 16179479 | 0.0015 | 0 | 0 | 0.375 |
| 16180401 | 0.0015 | 0 | 0 | 0.25 |
| 16178994 | 0.0015 | 0 | 0 | 0.375 |
| 16180468 | 0.0015 | 0 | 0 | 0.25 |
| 16179729 | 0.0015 | 0 | 0 | 0.375 |
| 16178453 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16180096 | 0.0015 | 0 | 0 | 0.375 |
| 16178677 | 0.0015 | 0 | 0 | 0.3 |
| 16178461 | 0.0015 | 0 | 0 | 0.3 |
| 16178182 | 0.0015 | 0 | 0 | 0.3 |
| 16180078 | 0.0015 | 0 | 0 | 0.375 |
| 16180500 | 0.0015 | 0 | 0 | 0.25 |
| 16179875 | 0.0015 | 0 | 0 | 0.375 |
| 16180570 | 0.0015 | 0 | 0 | 0.25 |
| 16180338 | 0.0015 | 0 | 0 | 0.25 |
| 16180402 | 0.0015 | 0 | 0 | 0.25 |
| 16180469 | 0.0015 | 0 | 0 | 0.25 |
| 16178653 | 0.0015 | 0 | 0 | 0.3 |
| 16179075 | 0.0015 | 0 | 0 | 0.375 |
| 16179049 | 0.0015 | 0 | 0 | 0.375 |
| 16180118 | 0.0015 | 0 | 0 | 0.375 |
| 16179501 | 0.0015 | 0 | 0 | 0.375 |
| 16180229 | 0.0015 | 0 | 0 | 0.25 |
| 16178362 | 0.0015 | 0 | 0 | 0.3 |
| 16178744 | 0.0015 | 0 | 0 | 0.3 |
| 16179376 | 0.0015 | 0 | 0 | 0.375 |
| 16179546 | 0.0015 | 0 | 0 | 0.375 |
| 16180529 | 0.0015 | 0 | 0 | 0.25 |
| 16180298 | 0.0015 | 0 | 0 | 0.25 |
| 16180366 | 0.0015 | 0 | 0 | 0.25 |
| 16178421 | 0.0015 | 0 | 0 | 0.3 |
| 16179693 | 0.0015 | 0 | 0 | 0.375 |
| 16180123 | 0.0015 | 0 | 0 | 0.375 |
| 16180035 | 0.0015 | 0 | 0 | 0.375 |
| 16179776 | 0.0015 | 0 | 0 | 0.375 |
| 16180230 | 0.0015 | 0 | 0 | 0.25 |
| 16179502 | 0.0015 | 0 | 0 | 0.375 |
| 16180063 | 0.0015 | 0 | 0 | 0.375 |
| 16180180 | 0.0015 | 0 | 0 | 0.375 |
| 16179189 | 0.0015 | 0 | 0 | 0.375 |
| 16180461 | 0.0015 | 0 | 0 | 0.25 |
| 16180530 | 0.0015 | 0 | 0 | 0.25 |
| 16180299 | 0.0015 | 0 | 0 | 0.25 |
| 16180367 | 0.0015 | 0 | 0 | 0.25 |
| 16178491 | 0.0015 | 0 | 0 | 0.3 |
| 16178450 | 0.0015 | 0 | 0 | 0.3 |
| 16178946 | 0.0015 | 0 | 0 | 0.375 |
| 16178968 | 0.0015 | 0 | 0 | 0.375 |
| 16179046 | 0.0015 | 0 | 0 | 0.375 |
| 16178709 | 0.0015 | 0 | 0 | 0.3 |
| 16180112 | 0.0015 | 0 | 0 | 0.375 |
| 16179053 | 0.0015 | 0 | 0 | 0.375 |
| 16179705 | 0.0015 | 0 | 0 | 0.375 |
| 16178624 | 0.0015 | 0 | 0 | 0.3 |
| 16180103 | 0.0015 | 0 | 0 | 0.375 |
| 16180231 | 0.0015 | 0 | 0 | 0.25 |
| 16179119 | 0.0015 | 0 | 0 | 0.375 |
| 16180462 | 0.0015 | 0 | 0 | 0.25 |
| 16180531 | 0.0015 | 0 | 0 | 0.25 |
| 16180300 | 0.0015 | 0 | 0 | 0.25 |
| 16180368 | 0.0015 | 0 | 0 | 0.25 |
| 16179722 | 0.0015 | 0 | 0 | 0.375 |
| 16178694 | 0.0015 | 0 | 0 | 0.3 |
| 16180050 | 0.0015 | 0 | 0 | 0.375 |
| 16180149 | 0.0015 | 0 | 0 | 0.375 |
| 16179279 | 0.0015 | 0 | 0 | 0.375 |
| 16179296 | 0.0015 | 0 | 0 | 0.375 |
| 16180072 | 0.0015 | 0 | 0 | 0.375 |
| 16180232 | 0.0015 | 0 | 0 | 0.25 |
| 16178886 | 0.0015 | 0 | 0 | 0.375 |
| 16179308 | 0.0015 | 0 | 0 | 0.375 |
| 16179377 | 0.0015 | 0 | 0 | 0.375 |
| 16180463 | 0.0015 | 0 | 0 | 0.25 |
| 16180532 | 0.0015 | 0 | 0 | 0.25 |
| 16179147 | 0.0015 | 0 | 0 | 0.375 |
| 16179084 | 0.0015 | 0 | 0 | 0.375 |
| 16180301 | 0.0015 | 0 | 0 | 0.25 |
| 16180369 | 0.0015 | 0 | 0 | 0.25 |
| 16179723 | 0.0015 | 0 | 0 | 0.375 |
| 16178451 | 0.0015 | 0 | 0 | 0.3 |
| 16179813 | 0.0015 | 0 | 0 | 0.375 |
| 16179027 | 0.0015 | 0 | 0 | 0.375 |
| 16179706 | 0.0015 | 0 | 0 | 0.375 |
| 16178326 | 0.0015 | 0 | 0 | 0.3 |
| 16180089 | 0.0015 | 0 | 0 | 0.375 |
| 16178388 | 0.0015 | 0 | 0 | 0.3 |
| 16178670 | 0.0015 | 0 | 0 | 0.3 |
| 16179378 | 0.0015 | 0 | 0 | 0.375 |
| 16180464 | 0.0015 | 0 | 0 | 0.25 |
| 16180533 | 0.0015 | 0 | 0 | 0.25 |
| 16180302 | 0.0015 | 0 | 0 | 0.25 |
| 16180370 | 0.0015 | 0 | 0 | 0.25 |
| 16179724 | 0.0015 | 0 | 0 | 0.375 |
| 16179766 | 0.0015 | 0 | 0 | 0.375 |
| 16178702 | 0.0015 | 0 | 0 | 0.3 |
| 16178947 | 0.0015 | 0 | 0 | 0.375 |
| 16179814 | 0.0015 | 0 | 0 | 0.375 |
| 16178422 | 0.0015 | 0 | 0 | 0.3 |
| 16180094 | 0.0015 | 0 | 0 | 0.375 |
| 16180150 | 0.0015 | 0 | 0 | 0.375 |
| 16179515 | 0.0015 | 0 | 0 | 0.375 |

Unassociated Document         Page 187 of 835
12-12020-mg  Doc 5106-8  Filed 09/18/13  Entered 09/18/13 18:18:12  Exhibit 7
Part 2  FST-CV-09-5011591 Doc. 163  Exhibit D  Part 1 of 3  Pg 188 of 279

| | | | | |
|---|---|---|---|---|
| 16178740 | 0.0015 | 0 | 0 | 0.3 |
| 16180398 | 0.0015 | 0 | 0 | 0.25 |
| 16180465 | 0.0015 | 0 | 0 | 0.25 |
| 16180534 | 0.0015 | 0 | 0 | 0.25 |
| 16179085 | 0.0015 | 0 | 0 | 0.375 |
| 16178972 | 0.0015 | 0 | 0 | 0.375 |
| 16180303 | 0.0015 | 0 | 0 | 0.25 |
| 16180158 | 0.0015 | 0 | 0 | 0.375 |
| 16179159 | 0.0015 | 0 | 0 | 0.375 |
| 16180371 | 0.0015 | 0 | 0 | 0.25 |
| 16179063 | 0.0015 | 0 | 0 | 0.375 |
| 16178987 | 0.0015 | 0 | 0 | 0.375 |
| 16179725 | 0.0015 | 0 | 0 | 0.375 |
| 16179595 | 0.0015 | 0 | 0 | 0.375 |
| 16178797 | 0.0015 | 0 | 0 | 0.3 |
| 16180135 | 0.0015 | 0 | 0 | 0.375 |
| 16178606 | 0.0015 | 0 | 0 | 0.3 |
| 16179342 | 0.0015 | 0 | 0 | 0.375 |
| 16178899 | 0.0015 | 0 | 0 | 0.375 |
| 16180566 | 0.0015 | 0 | 0 | 0.25 |
| 16180466 | 0.0015 | 0 | 0 | 0.25 |
| 16178965 | 0.0015 | 0 | 0 | 0.375 |
| 16180535 | 0.0015 | 0 | 0 | 0.25 |
| 16180304 | 0.0015 | 0 | 0 | 0.25 |
| 16178432 | 0.0015 | 0 | 0 | 0.3 |
| 16178988 | 0.0015 | 0 | 0 | 0.375 |
| 16179726 | 0.0015 | 0 | 0 | 0.375 |
| 16178881 | 0.0015 | 0 | 0 | 0.3 |
| 16180055 | 0.0015 | 0 | 0 | 0.375 |
| 16179962 | 0.0015 | 0 | 0 | 0.375 |
| 16178910 | 0.0015 | 0 | 0 | 0.375 |
| 16178573 | 0.0015 | 0 | 0 | 0.3 |
| 16179239 | 0.0015 | 0 | 0 | 0.375 |
| 16179305 | 0.0015 | 0 | 0 | 0.375 |
| 16178244 | 0.0015 | 0 | 0 | 0.425 |
| 16178664 | 0.0015 | 0 | 0 | 0.3 |
| 16178513 | 0.0015 | 0 | 0 | 0.3 |
| 16179841 | 0.0015 | 0 | 0 | 0.375 |
| 16179887 | 0.0015 | 0 | 0 | 0.375 |
| 16180520 | 0.0015 | 0 | 0 | 0.25 |
| 16180589 | 0.0015 | 0 | 0 | 0.25 |
| 16179988 | 0.0015 | 0 | 0 | 0.375 |
| 16180422 | 0.0015 | 0 | 0 | 0.25 |
| 16180182 | 0.0015 | 0 | 0 | 0.375 |
| 16179171 | 0.0015 | 0 | 0 | 0.375 |
| 16178417 | 0.0015 | 0 | 0 | 0.3 |
| 16178275 | 0.0015 | 0 | 0 | 0.3 |
| 16178478 | 0.0015 | 0 | 0 | 0.3 |
| 16178190 | 0.0015 | 0 | 0 | 0.3 |
| 16180120 | 0.0015 | 0 | 0 | 0.375 |
| 16180009 | 0.0015 | 0 | 0 | 0.375 |
| 16179842 | 0.0015 | 0 | 0 | 0.375 |
| 16179633 | 0.0015 | 0 | 0 | 0.375 |
| 16180521 | 0.0015 | 0 | 0 | 0.25 |
| 16180590 | 0.0015 | 0 | 0 | 0.25 |
| 16179936 | 0.0015 | 0 | 0 | 0.375 |
| 16179444 | 0.0015 | 0 | 0 | 0.375 |
| 16180059 | 0.0015 | 0 | 0 | 0.375 |
| 16180423 | 0.0015 | 0 | 0 | 0.25 |
| 16179963 | 0.0015 | 0 | 0 | 0.375 |
| 16179770 | 0.0015 | 0 | 0 | 0.375 |
| 16179954 | 0.0015 | 0 | 0 | 0.375 |
| 16178245 | 0.0015 | 0 | 0 | 0.425 |
| 16180522 | 0.0015 | 0 | 0 | 0.25 |
| 16179634 | 0.0015 | 0 | 0 | 0.375 |
| 16179122 | 0.0015 | 0 | 0 | 0.375 |
| 16180591 | 0.0015 | 0 | 0 | 0.25 |
| 16179782 | 0.0015 | 0 | 0 | 0.375 |
| 16180424 | 0.0015 | 0 | 0 | 0.25 |
| 16178418 | 0.0015 | 0 | 0 | 0.3 |
| 16179964 | 0.0015 | 0 | 0 | 0.375 |
| 16178911 | 0.0015 | 0 | 0 | 0.375 |
| 16179667 | 0.0015 | 0 | 0 | 0.375 |
| 16179240 | 0.0015 | 0 | 0 | 0.375 |
| 16179955 | 0.0015 | 0 | 0 | 0.375 |
| 16179844 | 0.0015 | 0 | 0 | 0.375 |
| 16179635 | 0.0015 | 0 | 0 | 0.375 |
| 16179889 | 0.0015 | 0 | 0 | 0.375 |
| 16180523 | 0.0015 | 0 | 0 | 0.25 |
| 16179197 | 0.0015 | 0 | 0 | 0.375 |
| 16180592 | 0.0015 | 0 | 0 | 0.25 |
| 16179937 | 0.0015 | 0 | 0 | 0.375 |
| 16178457 | 0.0015 | 0 | 0 | 0.3 |
| 16179445 | 0.0015 | 0 | 0 | 0.375 |
| 16178725 | 0.0015 | 0 | 0 | 0.3 |
| 16179069 | 0.0015 | 0 | 0 | 0.375 |
| 16178543 | 0.0015 | 0 | 0 | 0.3 |
| 16179668 | 0.0015 | 0 | 0 | 0.375 |
| 16180085 | 0.0015 | 0 | 0 | 0.375 |
| 16179311 | 0.0015 | 0 | 0 | 0.375 |
| 16178680 | 0.0015 | 0 | 0 | 0.3 |
| 16179286 | 0.0015 | 0 | 0 | 0.375 |
| 16180010 | 0.0015 | 0 | 0 | 0.375 |
| 16178246 | 0.0015 | 0 | 0 | 0.425 |
| 16178844 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16179793 | 0.0015 | 0 | 0 | 0.375 |
| 16179636 | 0.0015 | 0 | 0 | 0.375 |
| 16180593 | 0.0015 | 0 | 0 | 0.25 |
| 16178419 | 0.0015 | 0 | 0 | 0.3 |
| 16179789 | 0.0015 | 0 | 0 | 0.375 |
| 16180136 | 0.0015 | 0 | 0 | 0.375 |
| 16178333 | 0.0015 | 0 | 0 | 0.3 |
| 16178176 | 0.0015 | 0 | 0 | 0.3 |
| 16179375 | 0.0015 | 0 | 0 | 0.375 |
| 16179550 | 0.0015 | 0 | 0 | 0.375 |
| 16180528 | 0.0015 | 0 | 0 | 0.25 |
| 16180297 | 0.0015 | 0 | 0 | 0.25 |
| 16179158 | 0.0015 | 0 | 0 | 0.375 |
| 16180365 | 0.0015 | 0 | 0 | 0.25 |
| 16179038 | 0.0015 | 0 | 0 | 0.375 |
| 16180267 | 0.0015 | 0 | 0 | 0.25 |
| 16179591 | 0.0015 | 0 | 0 | 0.375 |
| 16179026 | 0.0015 | 0 | 0 | 0.375 |
| 16178312 | 0.0015 | 0 | 0 | 0.3 |
| 16179568 | 0.0015 | 0 | 0 | 0.375 |
| 16178324 | 0.0015 | 0 | 0 | 0.3 |
| 16178711 | 0.0015 | 0 | 0 | 0.3 |
| 16178630 | 0.0015 | 0 | 0 | 0.3 |
| 16179522 | 0.0015 | 0 | 0 | 0.375 |
| 16178631 | 0.0015 | 0 | 0 | 0.3 |
| 16179523 | 0.0015 | 0 | 0 | 0.375 |
| 16178470 | 0.0015 | 0 | 0 | 0.3 |
| 16180095 | 0.0015 | 0 | 0 | 0.375 |
| 16179961 | 0.0015 | 0 | 0 | 0.375 |
| 16179532 | 0.0015 | 0 | 0 | 0.375 |
| 16178393 | 0.0015 | 0 | 0 | 0.3 |
| 16180101 | 0.0015 | 0 | 0 | 0.375 |
| 16180087 | 0.0015 | 0 | 0 | 0.375 |
| 16180100 | 0.0015 | 0 | 0 | 0.375 |
| 16178737 | 0.0015 | 0 | 0 | 0.3 |
| 16178614 | 0.0015 | 0 | 0 | 0.3 |
| 16180519 | 0.0015 | 0 | 0 | 0.25 |
| 16179886 | 0.0015 | 0 | 0 | 0.375 |
| 16180588 | 0.0015 | 0 | 0 | 0.25 |
| 16179934 | 0.0015 | 0 | 0 | 0.375 |
| 16179987 | 0.0015 | 0 | 0 | 0.375 |
| 16180421 | 0.0015 | 0 | 0 | 0.25 |
| 16178986 | 0.0015 | 0 | 0 | 0.375 |
| 16180488 | 0.0015 | 0 | 0 | 0.25 |
| 16178995 | 0.0015 | 0 | 0 | 0.375 |
| 16179420 | 0.0015 | 0 | 0 | 0.375 |
| 16178287 | 0.0015 | 0 | 0 | 0.3 |
| 16178438 | 0.0015 | 0 | 0 | 0.3 |
| 16178752 | 0.0015 | 0 | 0 | 0.3 |
| 16178229 | 0.0015 | 0 | 0 | 0.425 |
| 16180489 | 0.0015 | 0 | 0 | 0.25 |
| 16179865 | 0.0015 | 0 | 0 | 0.375 |
| 16180559 | 0.0015 | 0 | 0 | 0.25 |
| 16180394 | 0.0015 | 0 | 0 | 0.25 |
| 16180459 | 0.0015 | 0 | 0 | 0.25 |
| 16178408 | 0.0015 | 0 | 0 | 0.3 |
| 16179606 | 0.0015 | 0 | 0 | 0.375 |
| 16179625 | 0.0015 | 0 | 0 | 0.375 |
| 16178982 | 0.0015 | 0 | 0 | 0.375 |
| 16179720 | 0.0015 | 0 | 0 | 0.375 |
| 16180038 | 0.0015 | 0 | 0 | 0.375 |
| 16180082 | 0.0015 | 0 | 0 | 0.375 |
| 16178867 | 0.0015 | 0 | 0 | 0.3 |
| 16179989 | 0.0015 | 0 | 0 | 0.375 |
| 16179866 | 0.0015 | 0 | 0 | 0.375 |
| 16180490 | 0.0015 | 0 | 0 | 0.25 |
| 16180560 | 0.0015 | 0 | 0 | 0.25 |
| 16179421 | 0.0015 | 0 | 0 | 0.375 |
| 16180329 | 0.0015 | 0 | 0 | 0.25 |
| 16180395 | 0.0015 | 0 | 0 | 0.25 |
| 16180460 | 0.0015 | 0 | 0 | 0.25 |
| 16178807 | 0.0015 | 0 | 0 | 0.3 |
| 16179167 | 0.0015 | 0 | 0 | 0.375 |
| 16180164 | 0.0015 | 0 | 0 | 0.375 |
| 16180056 | 0.0015 | 0 | 0 | 0.375 |
| 16179827 | 0.0015 | 0 | 0 | 0.375 |
| 16178430 | 0.0015 | 0 | 0 | 0.3 |
| 16178530 | 0.0015 | 0 | 0 | 0.3 |
| 16178776 | 0.0015 | 0 | 0 | 0.3 |
| 16179534 | 0.0015 | 0 | 0 | 0.375 |
| 16179517 | 0.0015 | 0 | 0 | 0.375 |
| 16178230 | 0.0015 | 0 | 0 | 0.425 |
| 16179990 | 0.0015 | 0 | 0 | 0.375 |
| 16179867 | 0.0015 | 0 | 0 | 0.375 |
| 16180491 | 0.0015 | 0 | 0 | 0.25 |
| 16180561 | 0.0015 | 0 | 0 | 0.25 |
| 16178977 | 0.0015 | 0 | 0 | 0.375 |
| 16180330 | 0.0015 | 0 | 0 | 0.25 |
| 16180396 | 0.0015 | 0 | 0 | 0.25 |
| 16178409 | 0.0015 | 0 | 0 | 0.3 |
| 16179721 | 0.0015 | 0 | 0 | 0.375 |
| 16179312 | 0.0015 | 0 | 0 | 0.375 |
| 16179535 | 0.0015 | 0 | 0 | 0.375 |
| 16179304 | 0.0015 | 0 | 0 | 0.375 |
| 16178577 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16178671 | 0.0015 | 0 | 0 | 0.3 |
| 16178746 | 0.0015 | 0 | 0 | 0.3 |
| 16178507 | 0.0015 | 0 | 0 | 0.3 |
| 16178558 | 0.0015 | 0 | 0 | 0.3 |
| 16180425 | 0.0015 | 0 | 0 | 0.25 |
| 16180492 | 0.0015 | 0 | 0 | 0.25 |
| 16180562 | 0.0015 | 0 | 0 | 0.25 |
| 16179002 | 0.0015 | 0 | 0 | 0.375 |
| 16180331 | 0.0015 | 0 | 0 | 0.25 |
| 16178439 | 0.0015 | 0 | 0 | 0.3 |
| 16179058 | 0.0015 | 0 | 0 | 0.375 |
| 16178431 | 0.0015 | 0 | 0 | 0.3 |
| 16180167 | 0.0015 | 0 | 0 | 0.375 |
| 16179536 | 0.0015 | 0 | 0 | 0.375 |
| 16179332 | 0.0015 | 0 | 0 | 0.375 |
| 16180071 | 0.0015 | 0 | 0 | 0.375 |
| 16179938 | 0.0015 | 0 | 0 | 0.375 |
| 16178231 | 0.0015 | 0 | 0 | 0.425 |
| 16180426 | 0.0015 | 0 | 0 | 0.25 |
| 16179868 | 0.0015 | 0 | 0 | 0.375 |
| 16180493 | 0.0015 | 0 | 0 | 0.25 |
| 16180563 | 0.0015 | 0 | 0 | 0.25 |
| 16178978 | 0.0015 | 0 | 0 | 0.375 |
| 16179647 | 0.0015 | 0 | 0 | 0.375 |
| 16180332 | 0.0015 | 0 | 0 | 0.25 |
| 16180397 | 0.0015 | 0 | 0 | 0.25 |
| 16179743 | 0.0015 | 0 | 0 | 0.375 |
| 16180142 | 0.0015 | 0 | 0 | 0.375 |
| 16179965 | 0.0015 | 0 | 0 | 0.375 |
| 16179537 | 0.0015 | 0 | 0 | 0.375 |
| 16178672 | 0.0015 | 0 | 0 | 0.3 |
| 16180189 | 0.0015 | 0 | 0 | 0.375 |
| 16179939 | 0.0015 | 0 | 0 | 0.375 |
| 16180594 | 0.0015 | 0 | 0 | 0.25 |
| 16179991 | 0.0015 | 0 | 0 | 0.375 |
| 16180427 | 0.0015 | 0 | 0 | 0.25 |
| 16179869 | 0.0015 | 0 | 0 | 0.375 |
| 16180494 | 0.0015 | 0 | 0 | 0.25 |
| 16180564 | 0.0015 | 0 | 0 | 0.25 |
| 16179003 | 0.0015 | 0 | 0 | 0.375 |
| 16179093 | 0.0015 | 0 | 0 | 0.375 |
| 16180333 | 0.0015 | 0 | 0 | 0.25 |
| 16178993 | 0.0015 | 0 | 0 | 0.375 |
| 16179798 | 0.0015 | 0 | 0 | 0.375 |
| 16179538 | 0.0015 | 0 | 0 | 0.375 |
| 16179338 | 0.0015 | 0 | 0 | 0.375 |
| 16178276 | 0.0015 | 0 | 0 | 0.3 |
| 16178542 | 0.0015 | 0 | 0 | 0.3 |
| 16178247 | 0.0015 | 0 | 0 | 0.425 |
| 16180595 | 0.0015 | 0 | 0 | 0.25 |
| 16178232 | 0.0015 | 0 | 0 | 0.425 |
| 16180428 | 0.0015 | 0 | 0 | 0.25 |
| 16179870 | 0.0015 | 0 | 0 | 0.375 |
| 16180495 | 0.0015 | 0 | 0 | 0.25 |
| 16180565 | 0.0015 | 0 | 0 | 0.25 |
| 16179172 | 0.0015 | 0 | 0 | 0.375 |
| 16179425 | 0.0015 | 0 | 0 | 0.375 |
| 16178410 | 0.0015 | 0 | 0 | 0.3 |
| 16178929 | 0.0015 | 0 | 0 | 0.375 |
| 16178747 | 0.0015 | 0 | 0 | 0.3 |
| 16179940 | 0.0015 | 0 | 0 | 0.375 |
| 16180596 | 0.0015 | 0 | 0 | 0.25 |
| 16179992 | 0.0015 | 0 | 0 | 0.375 |
| 16180429 | 0.0015 | 0 | 0 | 0.25 |
| 16179871 | 0.0015 | 0 | 0 | 0.375 |
| 16180496 | 0.0015 | 0 | 0 | 0.25 |
| 16180173 | 0.0015 | 0 | 0 | 0.375 |
| 16179426 | 0.0015 | 0 | 0 | 0.375 |
| 16180334 | 0.0015 | 0 | 0 | 0.25 |
| 16178440 | 0.0015 | 0 | 0 | 0.3 |
| 16179745 | 0.0015 | 0 | 0 | 0.375 |
| 16178808 | 0.0015 | 0 | 0 | 0.3 |
| 16179966 | 0.0015 | 0 | 0 | 0.375 |
| 16179028 | 0.0015 | 0 | 0 | 0.375 |
| 16178930 | 0.0015 | 0 | 0 | 0.375 |
| 16178344 | 0.0015 | 0 | 0 | 0.3 |
| 16178248 | 0.0015 | 0 | 0 | 0.425 |
| 16179893 | 0.0015 | 0 | 0 | 0.375 |
| 16179941 | 0.0015 | 0 | 0 | 0.375 |
| 16180597 | 0.0015 | 0 | 0 | 0.25 |
| 16179181 | 0.0015 | 0 | 0 | 0.375 |
| 16180430 | 0.0015 | 0 | 0 | 0.25 |
| 16179186 | 0.0015 | 0 | 0 | 0.375 |
| 16179872 | 0.0015 | 0 | 0 | 0.375 |
| 16180497 | 0.0015 | 0 | 0 | 0.25 |
| 16178861 | 0.0015 | 0 | 0 | 0.3 |
| 16179004 | 0.0015 | 0 | 0 | 0.375 |
| 16179427 | 0.0015 | 0 | 0 | 0.375 |
| 16178731 | 0.0015 | 0 | 0 | 0.3 |
| 16180145 | 0.0015 | 0 | 0 | 0.375 |
| 16179967 | 0.0015 | 0 | 0 | 0.375 |
| 16179539 | 0.0015 | 0 | 0 | 0.375 |
| 16178539 | 0.0015 | 0 | 0 | 0.3 |
| 16180121 | 0.0015 | 0 | 0 | 0.375 |
| 16178345 | 0.0015 | 0 | 0 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 16178217 | 0.0015 | 0 | 0 | 0.425 |
| 16178738 | 0.0015 | 0 | 0 | 0.3 |
| 16178498 | 0.0015 | 0 | 0 | 0.3 |
| 16180015 | 0.0015 | 0 | 0 | 0.375 |
| 16178609 | 0.0015 | 0 | 0 | 0.3 |
| 16179894 | 0.0015 | 0 | 0 | 0.375 |
| 16180002 | 0.0015 | 0 | 0 | 0.375 |
| 16179187 | 0.0015 | 0 | 0 | 0.375 |
| 16178501 | 0.0015 | 0 | 0 | 0.3 |
| 16180513 | 0.0015 | 0 | 0 | 0.25 |
| 16179882 | 0.0015 | 0 | 0 | 0.375 |
| 16179440 | 0.0015 | 0 | 0 | 0.375 |
| 16178445 | 0.0015 | 0 | 0 | 0.3 |
| 16178316 | 0.0015 | 0 | 0 | 0.3 |
| 16180064 | 0.0015 | 0 | 0 | 0.375 |
| 16179543 | 0.0015 | 0 | 0 | 0.375 |
| 16178907 | 0.0015 | 0 | 0 | 0.375 |
| 16178347 | 0.0015 | 0 | 0 | 0.3 |
| 16179649 | 0.0015 | 0 | 0 | 0.375 |
| 16178257 | 0.0015 | 0 | 0 | 0.425 |
| 16179200 | 0.0015 | 0 | 0 | 0.375 |
| 16180615 | 0.0015 | 0 | 0 | 0.25 |
| 16180003 | 0.0015 | 0 | 0 | 0.375 |
| 16178242 | 0.0015 | 0 | 0 | 0.425 |
| 16178321 | 0.0015 | 0 | 0 | 0.3 |
| 16178998 | 0.0015 | 0 | 0 | 0.375 |
| 16180514 | 0.0015 | 0 | 0 | 0.25 |
| 16179629 | 0.0015 | 0 | 0 | 0.375 |
| 16180583 | 0.0015 | 0 | 0 | 0.25 |
| 16179441 | 0.0015 | 0 | 0 | 0.375 |
| 16179340 | 0.0015 | 0 | 0 | 0.375 |
| 16178274 | 0.0015 | 0 | 0 | 0.3 |
| 16178538 | 0.0015 | 0 | 0 | 0.3 |
| 16179612 | 0.0015 | 0 | 0 | 0.375 |
| 16179651 | 0.0015 | 0 | 0 | 0.375 |
| 16178904 | 0.0015 | 0 | 0 | 0.375 |
| 16178579 | 0.0015 | 0 | 0 | 0.3 |
| 16180090 | 0.0015 | 0 | 0 | 0.375 |
| 16178616 | 0.0015 | 0 | 0 | 0.3 |
| 16179907 | 0.0015 | 0 | 0 | 0.375 |
| 16180616 | 0.0015 | 0 | 0 | 0.25 |
| 16179949 | 0.0015 | 0 | 0 | 0.375 |
| 16179188 | 0.0015 | 0 | 0 | 0.375 |
| 16180515 | 0.0015 | 0 | 0 | 0.25 |
| 16179080 | 0.0015 | 0 | 0 | 0.375 |
| 16178446 | 0.0015 | 0 | 0 | 0.3 |
| 16179800 | 0.0015 | 0 | 0 | 0.375 |
| 16178839 | 0.0015 | 0 | 0 | 0.3 |
| 16179661 | 0.0015 | 0 | 0 | 0.375 |
| 16178348 | 0.0015 | 0 | 0 | 0.3 |
| 16178330 | 0.0015 | 0 | 0 | 0.3 |
| 16178258 | 0.0015 | 0 | 0 | 0.425 |
| 16180097 | 0.0015 | 0 | 0 | 0.375 |
| 16179908 | 0.0015 | 0 | 0 | 0.375 |
| 16179238 | 0.0015 | 0 | 0 | 0.375 |
| 16180617 | 0.0015 | 0 | 0 | 0.25 |
| 16179192 | 0.0015 | 0 | 0 | 0.375 |
| 16180516 | 0.0015 | 0 | 0 | 0.25 |
| 16180148 | 0.0015 | 0 | 0 | 0.375 |
| 16178732 | 0.0015 | 0 | 0 | 0.3 |
| 16179662 | 0.0015 | 0 | 0 | 0.375 |
| 16178187 | 0.0015 | 0 | 0 | 0.3 |
| 16178268 | 0.0015 | 0 | 0 | 0.3 |
| 16178188 | 0.0015 | 0 | 0 | 0.3 |
| 16179791 | 0.0015 | 0 | 0 | 0.375 |
| 16179795 | 0.0015 | 0 | 0 | 0.375 |
| 16179797 | 0.0015 | 0 | 0 | 0.375 |
| 16179959 | 0.0015 | 0 | 0 | 0.375 |
| 16179799 | 0.0015 | 0 | 0 | 0.375 |
| 16178350 | 0.0015 | 0 | 0 | 0.3 |
| 16178351 | 0.0015 | 0 | 0 | 0.3 |
| 16178270 | 0.0015 | 0 | 0 | 0.3 |
| 16178514 | 0.0015 | 0 | 0 | 0.3 |
| 16178352 | 0.0015 | 0 | 0 | 0.3 |
| 16178271 | 0.0015 | 0 | 0 | 0.3 |
| 16178272 | 0.0015 | 0 | 0 | 0.3 |
| 16179325 | 0.0015 | 0 | 0 | 0.375 |
| 16179406 | 0.0015 | 0 | 0 | 0.375 |
| 16178515 | 0.0015 | 0 | 0 | 0.3 |
| 16179326 | 0.0015 | 0 | 0 | 0.375 |
| 16178516 | 0.0015 | 0 | 0 | 0.3 |
| 16178273 | 0.0015 | 0 | 0 | 0.3 |
| 16178193 | 0.0015 | 0 | 0 | 0.3 |
| 16179409 | 0.0015 | 0 | 0 | 0.375 |
| 16178194 | 0.0015 | 0 | 0 | 0.3 |
| 16178195 | 0.0015 | 0 | 0 | 0.3 |
| 16178196 | 0.0015 | 0 | 0 | 0.3 |
| 16178277 | 0.0015 | 0 | 0 | 0.3 |
| 16178358 | 0.0015 | 0 | 0 | 0.3 |
| 16178197 | 0.0015 | 0 | 0 | 0.3 |
| 16178278 | 0.0015 | 0 | 0 | 0.3 |
| 16178198 | 0.0015 | 0 | 0 | 0.3 |
| 16178279 | 0.0015 | 0 | 0 | 0.3 |
| 16178199 | 0.0015 | 0 | 0 | 0.3 |
| 16180004 | 0.0015 | 0 | 0 | 0.375 |

| | | | | |
|---|---|---|---|---|
| 16178520 | 0.0015 | 0 | 0 | 0.3 |
| 16178603 | 0.0015 | 0 | 0 | 0.3 |
| 16178360 | 0.0015 | 0 | 0 | 0.3 |
| 16178604 | 0.0015 | 0 | 0 | 0.3 |
| 16178607 | 0.0015 | 0 | 0 | 0.3 |
| 16179336 | 0.0015 | 0 | 0 | 0.375 |
| 16178283 | 0.0015 | 0 | 0 | 0.3 |
| 16178284 | 0.0015 | 0 | 0 | 0.3 |
| 16179337 | 0.0015 | 0 | 0 | 0.375 |
| 16178527 | 0.0015 | 0 | 0 | 0.3 |
| 16178529 | 0.0015 | 0 | 0 | 0.3 |
| 16179892 | 0.0015 | 0 | 0 | 0.375 |
| 16180019 | 0.0015 | 0 | 0 | 0.375 |
| 16178612 | 0.0015 | 0 | 0 | 0.3 |
| 16178370 | 0.0015 | 0 | 0 | 0.3 |
| 16178533 | 0.0015 | 0 | 0 | 0.3 |
| 16178534 | 0.0015 | 0 | 0 | 0.3 |
| 16178535 | 0.0015 | 0 | 0 | 0.3 |
| 16178536 | 0.0015 | 0 | 0 | 0.3 |
| 16178537 | 0.0015 | 0 | 0 | 0.3 |
| 16178456 | 0.0015 | 0 | 0 | 0.3 |
| 16178294 | 0.0015 | 0 | 0 | 0.3 |
| 16178618 | 0.0015 | 0 | 0 | 0.3 |
| 16178296 | 0.0015 | 0 | 0 | 0.3 |
| 16178459 | 0.0015 | 0 | 0 | 0.3 |
| 16178298 | 0.0015 | 0 | 0 | 0.3 |
| 16178379 | 0.0015 | 0 | 0 | 0.3 |
| 16180020 | 0.0015 | 0 | 0 | 0.375 |
| 16178701 | 0.0015 | 0 | 0 | 0.3 |
| 16178540 | 0.0015 | 0 | 0 | 0.3 |
| 16179350 | 0.0015 | 0 | 0 | 0.375 |
| 16178460 | 0.0015 | 0 | 0 | 0.3 |
| 16178623 | 0.0015 | 0 | 0 | 0.3 |
| 16178705 | 0.0015 | 0 | 0 | 0.3 |
| 16178463 | 0.0015 | 0 | 0 | 0.3 |
| 16178382 | 0.0015 | 0 | 0 | 0.3 |
| 16178544 | 0.0015 | 0 | 0 | 0.3 |
| 16178707 | 0.0015 | 0 | 0 | 0.3 |
| 16179518 | 0.0015 | 0 | 0 | 0.375 |
| 16178627 | 0.0015 | 0 | 0 | 0.3 |
| 16178385 | 0.0015 | 0 | 0 | 0.3 |
| 16178628 | 0.0015 | 0 | 0 | 0.3 |
| 16178466 | 0.0015 | 0 | 0 | 0.3 |
| 16178469 | 0.0015 | 0 | 0 | 0.3 |
| 16178389 | 0.0015 | 0 | 0 | 0.3 |
| 16178710 | 0.0015 | 0 | 0 | 0.3 |
| 16180393 | 0.0015 | 0 | 0 | 0.25 |
| 16178964 | 0.0015 | 0 | 0 | 0.375 |
| 16179000 | 0.0015 | 0 | 0 | 0.375 |
| 16179083 | 0.0015 | 0 | 0 | 0.375 |
| 16180296 | 0.0015 | 0 | 0 | 0.25 |
| 16179605 | 0.0015 | 0 | 0 | 0.375 |
| 16179157 | 0.0015 | 0 | 0 | 0.375 |
| 16179719 | 0.0015 | 0 | 0 | 0.375 |
| 16180042 | 0.0015 | 0 | 0 | 0.375 |
| 16178532 | 0.0015 | 0 | 0 | 0.3 |
| 16178521 | 0.0015 | 0 | 0 | 0.3 |
| 16179486 | 0.0015 | 0 | 0 | 0.375 |
| 16178896 | 0.0015 | 0 | 0 | 0.375 |
| 99999001 | 0.0015 | 0 | 0 | 0.25 |
| 99999004 | 0.0015 | 0 | 0 | 0.25 |
| 99999005 | 0.0015 | 0 | 0 | 0.25 |
| 99999007 | 0.0015 | 0 | 0 | 0.25 |
| 99999010 | 0.0015 | 0 | 0 | 0.375 |
| 15980136 | 0.0015 | 0 | 0 | 0.375 |
| 99999200 | 0.0015 | 0 | 0 | 0.25 |
| 99999201 | 0.0015 | 0 | 0 | 0.25 |
| 99999202 | 0.0015 | 0 | 0 | 0.25 |

| LOAN_SEQ | Servicer | CURRENT_GROSS_COUPON |
|---|---|---|
| 16180262 | Wells Fargo | 6.25 |
| 122405144 | INDYMAC | 6.788 |
| 16178479 | GMAC | 6.125 |
| 16179674 | EMC Mortgage | 7 |
| 16180224 | Wells Fargo | 6.5 |
| 16179289 | INDYMAC | 7.41 |
| 16179228 | INDYMAC | 6.788 |
| 16178371 | GMAC | 5.5 |
| 16179245 | INDYMAC | 7.288 |
| 16179852 | EMC Mortgage | 7.375 |
| 16180263 | Wells Fargo | 6.75 |
| 16179810 | EMC Mortgage | 7 |
| 16178940 | INDYMAC | 7.688 |
| 16180106 | PAUL FINANCIAL | 7.375 |
| 16180161 | PAUL FINANCIAL | 8 |
| 16180225 | Wells Fargo | 6.875 |
| 16179773 | EMC Mortgage | 7.375 |
| 16178566 | GMAC | 6.25 |
| 16179511 | EMC Mortgage | 7.25 |
| 16179290 | INDYMAC | 6.788 |
| 16179920 | EMC Mortgage | 7.375 |

| | | |
|---|---|---|
| 16179019 | INDYMAC | 7.763 |
| 16180362 | Wells Fargo | 7.5 |
| 16180264 | Wells Fargo | 6.125 |
| 16179811 | EMC Mortgage | 7 |
| 16178420 | GMAC | 6.875 |
| 16179566 | EMC Mortgage | 7.375 |
| 16179675 | EMC Mortgage | 7.375 |
| 16180122 | PAUL FINANCIAL | 7.5 |
| 16178735 | GMAC | 7.125 |
| 16180226 | Wells Fargo | 6.25 |
| 16179512 | EMC Mortgage | 7.25 |
| 16179214 | INDYMAC | 7.588 |
| 16179133 | INDYMAC | 6.788 |
| 16179373 | EMC Mortgage | 7.375 |
| 16180363 | Wells Fargo | 6.75 |
| 16180265 | Wells Fargo | 7.5 |
| 16179703 | EMC Mortgage | 7.375 |
| 16179567 | EMC Mortgage | 7.375 |
| 16178332 | GMAC | 6.875 |
| 16178522 | GMAC | 6.625 |
| 16179482 | EMC Mortgage | 7 |
| 16179118 | INDYMAC | 7.413 |
| 16179134 | INDYMAC | 7.038 |
| 16179772 | EMC Mortgage | 7.875 |
| 16179374 | EMC Mortgage | 7.375 |
| 16180364 | Wells Fargo | 7.75 |
| 16178546 | GMAC | 5.875 |
| 16178967 | INDYMAC | 6.938 |
| 16180266 | Wells Fargo | 7 |
| 16179812 | EMC Mortgage | 6.625 |
| 16179704 | EMC Mortgage | 7.375 |
| 16179034 | INDYMAC | 7.588 |
| 16179692 | EMC Mortgage | 7.375 |
| 16180137 | PAUL FINANCIAL | 6.25 |
| 16178328 | GMAC | 6.875 |
| 16179278 | INDYMAC | 7.163 |
| 16180228 | Wells Fargo | 6.25 |
| 16178855 | GMAC | 6.875 |
| 16180185 | PAUL FINANCIAL | 6.625 |
| 16179922 | EMC Mortgage | 7.125 |
| 16179942 | EMC Mortgage | 7.375 |
| 16180598 | Wells Fargo | 6.625 |
| 16179008 | INDYMAC | 7.588 |
| 16179013 | INDYMAC | 7.388 |
| 16179203 | INDYMAC | 7.813 |
| 16179449 | EMC Mortgage | 7.375 |
| 16180431 | Wells Fargo | 6.875 |
| 16178813 | GMAC | 7.125 |
| 16179102 | INDYMAC | 7.413 |
| 16179328 | EMC Mortgage | 7.25 |
| 16178996 | INDYMAC | 8.288 |
| 16179428 | EMC Mortgage | 6.875 |
| 16178441 | GMAC | 6.25 |
| 16179747 | EMC Mortgage | 7.338833 |
| 16178706 | GMAC | 6.125 |
| 16179393 | EMC Mortgage | 7.375 |
| 16178681 | GMAC | 6.875 |
| 16178669 | GMAC | 6.75 |
| 16178528 | GMAC | 6.875 |
| 16179255 | INDYMAC | 7.288 |
| 16178249 | GMAC | 6.375 |
| 16180076 | PAUL FINANCIAL | 7.375 |
| 16178600 | GMAC | 6.125 |
| 16179895 | EMC Mortgage | 7.375 |
| 16180599 | Wells Fargo | 7.125 |
| 16179993 | EMC Mortgage | 7.375 |
| 16180432 | Wells Fargo | 6.25 |
| 16179173 | INDYMAC | 7.813 |
| 16179429 | EMC Mortgage | 7.375 |
| 16180129 | PAUL FINANCIAL | 6.75 |
| 16179748 | EMC Mortgage | 7.25 |
| 16179968 | EMC Mortgage | 7.375 |
| 16179029 | INDYMAC | 8.238 |
| 16178912 | INDYMAC | 7.888 |
| 16178931 | INDYMAC | 8.288 |
| 16178335 | GMAC | 5.75 |
| 16179650 | EMC Mortgage | 7.375 |
| 16178310 | GMAC | 6.625 |
| 16178218 | GMAC | 6.875 |
| 16179205 | INDYMAC | 7.413 |
| 16178739 | GMAC | 5.875 |
| 16180016 | EMC Mortgage | 7.375 |
| 16178266 | GMAC | 6.75 |
| 16179847 | EMC Mortgage | 7.375 |
| 16179896 | EMC Mortgage | 7.25 |
| 16179123 | INDYMAC | 7.413 |
| 16180600 | Wells Fargo | 6.75 |
| 16179204 | INDYMAC | 7.813 |
| 16179450 | EMC Mortgage | 7.25 |
| 16178997 | INDYMAC | 7.888 |
| 16178781 | GMAC | 7.125 |
| 16179969 | EMC Mortgage | 7.375 |
| 16178953 | INDYMAC | 7.888 |
| 16178309 | GMAC | 6.75 |
| 16179242 | INDYMAC | 7.588 |

| | | |
|---|---|---|
| 16178250 | GMAC | 6.375 |
| 16180017 | EMC Mortgage | 7.375 |
| 16180601 | Wells Fargo | 6 |
| 16179014 | INDYMAC | 6.888 |
| 16180433 | Wells Fargo | 6 |
| 16178805 | GMAC | 6.25 |
| 16179355 | EMC Mortgage | 7.375 |
| 16179042 | INDYMAC | 7.138 |
| 16180091 | PAUL FINANCIAL | 7.875 |
| 16178590 | GMAC | 6 |
| 16178219 | GMAC | 6.375 |
| 16178264 | GMAC | 7.125 |
| 16179897 | EMC Mortgage | 7.25 |
| 16179125 | INDYMAC | 7.038 |
| 16179193 | INDYMAC | 7.038 |
| 16180602 | Wells Fargo | 6.875 |
| 16179198 | INDYMAC | 7.413 |
| 16179451 | EMC Mortgage | 7.375 |
| 16178726 | GMAC | 6.625 |
| 16180048 | PAUL FINANCIAL | 7 |
| 16180170 | PAUL FINANCIAL | 6.625 |
| 16179970 | EMC Mortgage | 7.125 |
| 16179022 | INDYMAC | 7.388 |
| 16178295 | GMAC | 6 |
| 16178575 | GMAC | 6.625 |
| 16178666 | GMAC | 6.75 |
| 16180116 | PAUL FINANCIAL | 7.25 |
| 16178601 | GMAC | 6.875 |
| 16178251 | GMAC | 6.5 |
| 16179783 | EMC Mortgage | 7.375 |
| 16179849 | EMC Mortgage | 7.125 |
| 16179898 | EMC Mortgage | 7 |
| 16179194 | INDYMAC | 7.413 |
| 16180603 | Wells Fargo | 6.875 |
| 16179452 | EMC Mortgage | 7.375 |
| 16180627 | GMAC | 5.75 |
| 16179396 | EMC Mortgage | 7.08833 |
| 16178936 | INDYMAC | 6.988 |
| 16178954 | INDYMAC | 7.888 |
| 16178913 | INDYMAC | 6.988 |
| 16179672 | EMC Mortgage | 7.375 |
| 16180110 | PAUL FINANCIAL | 7.25 |
| 16178291 | GMAC | 6.75 |
| 16179264 | INDYMAC | 6.913 |
| 16178220 | GMAC | 6.375 |
| 16180018 | EMC Mortgage | 7.375 |
| 16179784 | EMC Mortgage | 7.375 |
| 16179108 | INDYMAC | 7.288 |
| 16179453 | EMC Mortgage | 7.375 |
| 16180259 | Wells Fargo | 6 |
| 16179673 | EMC Mortgage | 7.375 |
| 16178689 | GMAC | 6.625 |
| 16178822 | GMAC | 7.25 |
| 16179265 | INDYMAC | 7.413 |
| 16179217 | INDYMAC | 6.913 |
| 16179243 | INDYMAC | 7.588 |
| 16179201 | INDYMAC | 7.288 |
| 16179850 | EMC Mortgage | 7.375 |
| 16179899 | EMC Mortgage | 7.375 |
| 16179454 | EMC Mortgage | 6.5 |
| 16180260 | Wells Fargo | 6.125 |
| 16179149 | INDYMAC | 7.413 |
| 16179033 | INDYMAC | 6.988 |
| 16179564 | EMC Mortgage | 7.125 |
| 16178550 | GMAC | 6.375 |
| 16178937 | INDYMAC | 6.988 |
| 16179790 | EMC Mortgage | 7.375 |
| 16180190 | PAUL FINANCIAL | 7 |
| 16178581 | GMAC | 6.25 |
| 16178568 | GMAC | 7 |
| 16179132 | INDYMAC | 7.038 |
| 16179918 | EMC Mortgage | 7.375 |
| 16178221 | GMAC | 5.625 |
| 16179244 | INDYMAC | 7.288 |
| 16179017 | INDYMAC | 7.888 |
| 16179109 | INDYMAC | 7.413 |
| 16178364 | GMAC | 5.5 |
| 16179351 | EMC Mortgage | 7.375 |
| 16179398 | EMC Mortgage | 7.375 |
| 16180261 | Wells Fargo | 7.375 |
| 16179052 | INDYMAC | 8.088 |
| 16179565 | EMC Mortgage | 7.25 |
| 16178938 | INDYMAC | 7.388 |
| 16178339 | GMAC | 6.875 |
| 16180105 | PAUL FINANCIAL | 7.125 |
| 16180088 | PAUL FINANCIAL | 7.125 |
| 16178281 | GMAC | 5.875 |
| 16179919 | EMC Mortgage | 7.375 |
| 16178192 | GMAC | 6.625 |
| 16179018 | INDYMAC | 8.088 |
| 16179851 | EMC Mortgage | 7.375 |
| 16179456 | EMC Mortgage | 7.375 |
| 16178773 | GMAC | 6.5 |
| 16178640 | GMAC | 6.75 |
| 16178688 | GMAC | 6.375 |

| | | |
|---|---|---|
| 16179294 | INDYMAC | 7.413 |
| 16179235 | INDYMAC | 7.588 |
| 16180220 | Wells Fargo | 6.75 |
| 16179250 | INDYMAC | 7.038 |
| 16179207 | INDYMAC | 7.413 |
| 16180070 | PAUL FINANCIAL | 7.5 |
| 16179478 | EMC Mortgage | 7.21333 |
| 16179370 | EMC Mortgage | 7.33833 |
| 16179526 | EMC Mortgage | 7.125 |
| 16180452 | Wells Fargo | 6.875 |
| 16180289 | Wells Fargo | 7.25 |
| 16180358 | Wells Fargo | 6.875 |
| 16179163 | INDYMAC | 7.413 |
| 16179036 | INDYMAC | 8.288 |
| 16179586 | EMC Mortgage | 7.375 |
| 16178784 | GMAC | 7.125 |
| 16178485 | GMAC | 6.75 |
| 16179654 | EMC Mortgage | 7.375 |
| 16180036 | PAUL FINANCIAL | 7.5 |
| 16180163 | PAUL FINANCIAL | 7.75 |
| 16179273 | INDYMAC | 6.538 |
| 16180221 | Wells Fargo | 6.75 |
| 16178387 | GMAC | 5.875 |
| 16178359 | GMAC | 5.875 |
| 16178897 | INDYMAC | 7.588 |
| 16180077 | PAUL FINANCIAL | 7.375 |
| 16179371 | EMC Mortgage | 7.375 |
| 16180453 | Wells Fargo | 6.5 |
| 16180290 | Wells Fargo | 7 |
| 16179716 | EMC Mortgage | 7.33833 |
| 16179061 | INDYMAC | 8.088 |
| 16179764 | EMC Mortgage | 7.375 |
| 16179143 | INDYMAC | 6.538 |
| 16179807 | EMC Mortgage | 6.625 |
| 16178809 | GMAC | 6.5 |
| 16179024 | INDYMAC | 8.088 |
| 16178793 | GMAC | 6.875 |
| 16180139 | PAUL FINANCIAL | 1.5 |
| 16179274 | INDYMAC | 7.413 |
| 16179295 | INDYMAC | 7.413 |
| 16180222 | Wells Fargo | 6 |
| 16178842 | GMAC | 6.625 |
| 16178510 | GMAC | 6.125 |
| 16180622 | Wells Fargo | 7.875 |
| 16180454 | Wells Fargo | 6.25 |
| 16179166 | INDYMAC | 7.213 |
| 16179073 | INDYMAC | 7.888 |
| 16180291 | Wells Fargo | 7.5 |
| 16180359 | Wells Fargo | 6.875 |
| 16178448 | GMAC | 6.75 |
| 16180065 | PAUL FINANCIAL | 1.5 |
| 16179808 | EMC Mortgage | 7.125 |
| 16179587 | EMC Mortgage | 7.375 |
| 16178638 | GMAC | 6.25 |
| 16179702 | EMC Mortgage | 6.375 |
| 16179655 | EMC Mortgage | 7.25 |
| 16179025 | INDYMAC | 7.488 |
| 16179691 | EMC Mortgage | 7.375 |
| 16178587 | GMAC | 6.375 |
| 16178523 | GMAC | 6.875 |
| 16180223 | Wells Fargo | 6.5 |
| 16179372 | EMC Mortgage | 7.125 |
| 16180623 | Wells Fargo | 7 |
| 16180389 | Wells Fargo | 6.25 |
| 16180455 | Wells Fargo | 6.375 |
| 16179074 | INDYMAC | 7.688 |
| 16180292 | Wells Fargo | 6.5 |
| 16180360 | Wells Fargo | 6 |
| 16179809 | EMC Mortgage | 6.625 |
| 16180141 | PAUL FINANCIAL | 7 |
| 16178620 | GMAC | 6.875 |
| 16178699 | GMAC | 7 |
| 16178629 | GMAC | 5.75 |
| 16180084 | PAUL FINANCIAL | 7.125 |
| 16178825 | GMAC | 6.25 |
| 16179275 | INDYMAC | 7.588 |
| 16180181 | PAUL FINANCIAL | 7.125 |
| 16178378 | GMAC | 6.125 |
| 16180624 | Wells Fargo | 6.5 |
| 16180390 | Wells Fargo | 6.625 |
| 16179184 | INDYMAC | 7.588 |
| 16180456 | Wells Fargo | 6.75 |
| 16180293 | Wells Fargo | 6.875 |
| 16179825 | EMC Mortgage | 6.875 |
| 16180361 | Wells Fargo | 6.625 |
| 16178449 | GMAC | 6.875 |
| 16179717 | EMC Mortgage | 7.375 |
| 16180192 | PAUL FINANCIAL | 1.5 |
| 16178652 | GMAC | 6.75 |
| 16180156 | PAUL FINANCIAL | 1.5 |
| 16178945 | INDYMAC | 7.388 |
| 16178639 | GMAC | 7.125 |
| 16178778 | GMAC | 6.75 |
| 16178304 | GMAC | 7 |
| 16178325 | GMAC | 5.875 |

Unassociated Document                                    Page 195 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 196 of 279

| | | |
|---|---|---|
| 16179775 | EMC Mortgage | 7.375 |
| 16179236 | INDYMAC | 7.413 |
| 16178551 | GMAC | 6.75 |
| 16180556 | Wells Fargo | 6.5 |
| 16180625 | Wells Fargo | 6.75 |
| 16180391 | Wells Fargo | 7.5 |
| 16179185 | INDYMAC | 7.588 |
| 16180457 | Wells Fargo | 7.375 |
| 16179082 | INDYMAC | 7.763 |
| 16180294 | Wells Fargo | 6.375 |
| 16179826 | EMC Mortgage | 6.875 |
| 16179718 | EMC Mortgage | 7.375 |
| 16179037 | INDYMAC | 8.288 |
| 16180151 | PAUL FINANCIAL | 7.25 |
| 16178693 | GMAC | 7 |
| 16178865 | GMAC | 6.875 |
| 16179276 | INDYMAC | 7.413 |
| 16179499 | EMC Mortgage | 7.375 |
| 16178512 | GMAC | 6 |
| 16178228 | GMAC | 6.75 |
| 16180557 | Wells Fargo | 6.25 |
| 16180392 | Wells Fargo | 6.25 |
| 16180458 | Wells Fargo | 5.875 |
| 16180172 | PAUL FINANCIAL | 7.875 |
| 16180295 | Wells Fargo | 6.5 |
| 16178407 | GMAC | 6.625 |
| 16180157 | PAUL FINANCIAL | 7 |
| 16179062 | INDYMAC | 8.288 |
| 16178708 | GMAC | 6.375 |
| 16178338 | GMAC | 6.5 |
| 16178525 | GMAC | 6.375 |
| 16178181 | GMAC | 6.875 |
| 16179303 | INDYMAC | 7.413 |
| 16178391 | GMAC | 5.625 |
| 16179277 | INDYMAC | 7.413 |
| 16179500 | EMC Mortgage | 7.375 |
| 16179648 | EMC Mortgage | 7.375 |
| 16180074 | PAUL FINANCIAL | 7 |
| 16180558 | Wells Fargo | 6.625 |
| 16180327 | Wells Fargo | 7 |
| 16180586 | Wells Fargo | 6 |
| 16179932 | EMC Mortgage | 7.33833 |
| 16179985 | EMC Mortgage | 7.375 |
| 16178959 | INDYMAC | 8.288 |
| 16180326 | Wells Fargo | 6.625 |
| 16179646 | EMC Mortgage | 7.375 |
| 16179148 | INDYMAC | 6.913 |
| 16179162 | INDYMAC | 7.588 |
| 16179740 | EMC Mortgage | 7.375 |
| 16178713 | GMAC | 6.375 |
| 16178645 | GMAC | 7 |
| 16178548 | GMAC | 6.5 |
| 16178243 | GMAC | 5.75 |
| 16180518 | Wells Fargo | 6.875 |
| 16179121 | INDYMAC | 7.413 |
| 16180587 | Wells Fargo | 6 |
| 16179933 | EMC Mortgage | 7.25 |
| 16180186 | PAUL FINANCIAL | 6.75 |
| 16179986 | EMC Mortgage | 7.375 |
| 16180420 | Wells Fargo | 6.875 |
| 16178733 | GMAC | 6.375 |
| 16180487 | Wells Fargo | 6.375 |
| 16179067 | INDYMAC | 7.638 |
| 16179170 | INDYMAC | 7.663 |
| 16178416 | GMAC | 6 |
| 16180067 | PAUL FINANCIAL | 7.75 |
| 16179057 | INDYMAC | 8.088 |
| 16178200 | GMAC | 5.75 |
| 16178201 | GMAC | 6.5 |
| 16178202 | GMAC | 5.75 |
| 16178203 | GMAC | 6.375 |
| 16178204 | GMAC | 6.625 |
| 16178205 | GMAC | 5.875 |
| 16178206 | GMAC | 6.625 |
| 16178207 | GMAC | 6.25 |
| 16178208 | GMAC | 5.75 |
| 16178209 | GMAC | 6.25 |
| 16178841 | GMAC | 7.375 |
| 16178762 | GMAC | 7.5 |
| 16178843 | GMAC | 7.25 |
| 16178763 | GMAC | 7.5 |
| 16178845 | GMAC | 7.5 |
| 16178846 | GMAC | 7.375 |
| 16178684 | GMAC | 7.375 |
| 16178847 | GMAC | 6.125 |
| 16178685 | GMAC | 6.5 |
| 16178686 | GMAC | 7 |
| 16178848 | GMAC | 7.5 |
| 16178849 | GMAC | 6.375 |
| 16178687 | GMAC | 7.375 |
| 16178210 | GMAC | 6.875 |
| 16178211 | GMAC | 6.375 |
| 16178212 | GMAC | 6.375 |
| 16178213 | GMAC | 6.75 |
| 16178214 | GMAC | 6.5 |

Unassociated Document

Page 196 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 197 of 279

| | | |
|---|---|---|
| 16178215 | GMAC | 5.5 |
| 16178850 | GMAC | 6.75 |
| 16178852 | GMAC | 6.25 |
| 16178853 | GMAC | 7.5 |
| 16178772 | GMAC | 7.5 |
| 16178854 | GMAC | 6.625 |
| 16178692 | GMAC | 7.5 |
| 16178774 | GMAC | 7.375 |
| 16178857 | GMAC | 7.375 |
| 16178858 | GMAC | 6 |
| 16178859 | GMAC | 6.625 |
| 16178697 | GMAC | 7.375 |
| 16178779 | GMAC | 6 |
| 16178301 | GMAC | 7.375 |
| 16178303 | GMAC | 7.5 |
| 16178305 | GMAC | 6.375 |
| 16178307 | GMAC | 7 |
| 16179831 | EMC Mortgage | 1 |
| 16178860 | GMAC | 5.75 |
| 16178863 | GMAC | 7.5 |
| 16178866 | GMAC | 7.5 |
| 16178786 | GMAC | 6.5 |
| 16178868 | GMAC | 6.875 |
| 16178787 | GMAC | 7.375 |
| 16178869 | GMAC | 7.375 |
| 16178311 | GMAC | 6.25 |
| 16180194 | Wells Fargo | 6.875 |
| 16180195 | Wells Fargo | 7.075 |
| 16180196 | Wells Fargo | 7.5 |
| 16180197 | Wells Fargo | 6.375 |
| 16178317 | GMAC | 6.625 |
| 16180198 | Wells Fargo | 6.75 |
| 16180199 | Wells Fargo | 7.5 |
| 16179921 | EMC Mortgage | 7.33833 |
| 16178319 | GMAC | 6.875 |
| 16178870 | GMAC | 7.375 |
| 16178790 | GMAC | 6.25 |
| 16178872 | GMAC | 6.5 |
| 16178873 | GMAC | 6.125 |
| 16178792 | GMAC | 7.5 |
| 16178874 | GMAC | 7.125 |
| 16178794 | GMAC | 7.5 |
| 16178875 | GMAC | 6.625 |
| 16178876 | GMAC | 6.875 |
| 16178795 | GMAC | 7 |
| 16178877 | GMAC | 7.5 |
| 16178322 | GMAC | 6.875 |
| 16178880 | GMAC | 7.375 |
| 16179771 | EMC Mortgage | 7.375 |
| 16178882 | GMAC | 7.375 |
| 16178883 | GMAC | 7.5 |
| 16179778 | EMC Mortgage | 2 |
| 16178170 | GMAC | 6.625 |
| 16178173 | GMAC | 7.125 |
| 16178336 | GMAC | 5.75 |
| 16178174 | GMAC | 7.25 |
| 16178177 | GMAC | 6.5 |
| 16178259 | GMAC | 7 |
| 16178178 | GMAC | 7.25 |
| 16178179 | GMAC | 6.625 |
| 16179785 | EMC Mortgage | 1 |
| 16179787 | EMC Mortgage | 6.75 |
| 16178502 | GMAC | 5.875 |
| 16180626 | GMAC | 5.875 |
| 16178503 | GMAC | 7.5 |
| 16178180 | GMAC | 5.875 |
| 16178504 | GMAC | 7.125 |
| 16178263 | GMAC | 5.875 |
| 16178506 | GMAC | 6.875 |
| 16178184 | GMAC | 7.5 |
| 16178508 | GMAC | 6.5 |
| 16178186 | GMAC | 7.375 |
| 16178267 | GMAC | 5.875 |
| 16180385 | Wells Fargo | 7.25 |
| 16180449 | Wells Fargo | 6.875 |
| 16179601 | EMC Mortgage | 7.375 |
| 16180286 | Wells Fargo | 6.375 |
| 16178355 | GMAC | 6.875 |
| 16179713 | EMC Mortgage | 7.375 |
| 16180054 | PAUL FINANCIAL | 7.125 |
| 16179761 | EMC Mortgage | 7.375 |
| 16178775 | GMAC | 6.875 |
| 16178286 | GMAC | 6.625 |
| 16179516 | EMC Mortgage | 7.375 |
| 16179407 | EMC Mortgage | 7.375 |
| 16180246 | Wells Fargo | 6.875 |
| 16178481 | GMAC | 7 |
| 16178519 | GMAC | 6.625 |
| 16180479 | Wells Fargo | 6.625 |
| 16178890 | INDYMAC | 7.788 |
| 16180549 | Wells Fargo | 6.375 |
| 16180319 | Wells Fargo | 6.5 |
| 16179089 | INDYMAC | 7.688 |
| 16180450 | Wells Fargo | 6.85 |
| 16179165 | INDYMAC | 7.938 |

| | | |
|---|---|---|
| 16180058 | PAUL FINANCIAL | 7.625 |
| 16178405 | GMAC | 6.5 |
| 16178314 | GMAC | 6.875 |
| 16179714 | EMC Mortgage | 7.125 |
| 16178783 | GMAC | 6.375 |
| 16178524 | GMAC | 6.25 |
| 16180247 | Wells Fargo | 7 |
| 16179390 | EMC Mortgage | 7.375 |
| 16179982 | EMC Mortgage | 7.375 |
| 16180480 | Wells Fargo | 6.25 |
| 16180550 | Wells Fargo | 6.375 |
| 16180320 | Wells Fargo | 7 |
| 16179415 | EMC Mortgage | 7.375 |
| 16179738 | EMC Mortgage | 6.875 |
| 16180451 | Wells Fargo | 6.875 |
| 16180144 | PAUL FINANCIAL | 7 |
| 16179602 | EMC Mortgage | 7.375 |
| 16179146 | INDYMAC | 7.588 |
| 16178428 | GMAC | 6.25 |
| 16178644 | GMAC | 6 |
| 16178401 | GMAC | 5.875 |
| 16178691 | GMAC | 6.625 |
| 16179301 | INDYMAC | 7.413 |
| 16180248 | Wells Fargo | 6.75 |
| 16179254 | INDYMAC | 7.413 |
| 16179391 | EMC Mortgage | 7.375 |
| 16179983 | EMC Mortgage | 7.375 |
| 16178225 | GMAC | 6.875 |
| 16178562 | GMAC | 6.375 |
| 16180481 | Wells Fargo | 6.125 |
| 16178489 | GMAC | 6.25 |
| 16180551 | Wells Fargo | 6.25 |
| 16180321 | Wells Fargo | 7.5 |
| 16179779 | EMC Mortgage | 7.375 |
| 16179009 | INDYMAC | 6.763 |
| 16180386 | Wells Fargo | 6.875 |
| 16178785 | GMAC | 6.5 |
| 16179048 | INDYMAC | 8.288 |
| 16179715 | EMC Mortgage | 7.375 |
| 16180138 | PAUL FINANCIAL | 7.5 |
| 16178390 | GMAC | 5.875 |
| 16179984 | EMC Mortgage | 7.33833 |
| 16180416 | Wells Fargo | 7 |
| 16180482 | Wells Fargo | 6.125 |
| 16180552 | Wells Fargo | 6 |
| 16180322 | Wells Fargo | 7.5 |
| 16179416 | EMC Mortgage | 7.375 |
| 16179090 | INDYMAC | 8.288 |
| 16178976 | INDYMAC | 8.288 |
| 16180387 | Wells Fargo | 6.125 |
| 16179183 | INDYMAC | 6.538 |
| 16180052 | PAUL FINANCIAL | 6.875 |
| 16180178 | PAUL FINANCIAL | 8.5 |
| 16179739 | EMC Mortgage | 7.375 |
| 16178992 | INDYMAC | 7.488 |
| 16179072 | INDYMAC | 8.013 |
| 16178429 | GMAC | 6.5 |
| 16178226 | GMAC | 6.5 |
| 16179202 | INDYMAC | 7.138 |
| 16180417 | Wells Fargo | 6 |
| 16180483 | Wells Fargo | 7.25 |
| 16178473 | GMAC | 6.375 |
| 16180553 | Wells Fargo | 6.125 |
| 16180323 | Wells Fargo | 7.5 |
| 16180388 | Wells Fargo | 6.875 |
| 16179830 | EMC Mortgage | 7.375 |
| 16178297 | GMAC | 6.625 |
| 16178505 | GMAC | 7 |
| 16178483 | GMAC | 6.625 |
| 16179306 | EMC Mortgage | 7.375 |
| 16180079 | PAUL FINANCIAL | 7.375 |
| 16180584 | Wells Fargo | 6.125 |
| 16180418 | Wells Fargo | 6.5 |
| 16180484 | Wells Fargo | 6.25 |
| 16180554 | Wells Fargo | 6.375 |
| 16180324 | Wells Fargo | 7.5 |
| 16179417 | EMC Mortgage | 7.375 |
| 16179091 | INDYMAC | 7.638 |
| 16178437 | GMAC | 6.75 |
| 16180169 | PAUL FINANCIAL | 7 |
| 16179619 | EMC Mortgage | 7.375 |
| 16179960 | EMC Mortgage | 6.763 |
| 16178541 | GMAC | 5.875 |
| 16178265 | GMAC | 6.75 |
| 16178462 | GMAC | 6.875 |
| 16179196 | INDYMAC | 7.588 |
| 16180585 | Wells Fargo | 6 |
| 16179931 | EMC Mortgage | 7.375 |
| 16178227 | GMAC | 6.25 |
| 16178511 | GMAC | 6.5 |
| 16180419 | Wells Fargo | 6.125 |
| 16180485 | Wells Fargo | 6.25 |
| 16180555 | Wells Fargo | 6.375 |
| 16180325 | Wells Fargo | 6.75 |
| 16179418 | EMC Mortgage | 7.375 |

| | | |
|---|---|---|
| 16178717 | GMAC | 6.625 |
| 16179177 | INDYMAC | 7.588 |
| 16179092 | INDYMAC | 7.638 |
| 16179161 | INDYMAC | 7.413 |
| 16178729 | GMAC | 6.375 |
| 16178406 | GMAC | 6.25 |
| 16178716 | GMAC | 7 |
| 16180047 | PAUL FINANCIAL | 7 |
| 16179348 | EMC Mortgage | 6.875 |
| 16179531 | EMC Mortgage | 7.375 |
| 16178189 | GMAC | 6.125 |
| 16180099 | PAUL FINANCIAL | 7.125 |
| 16179884 | EMC Mortgage | 7.375 |
| 16179684 | EMC Mortgage | 7.375 |
| 16180152 | PAUL FINANCIAL | 7.375 |
| 16180092 | PAUL FINANCIAL | 7.125 |
| 16178829 | GMAC | 7 |
| 16178761 | GMAC | 6.375 |
| 16179774 | EMC Mortgage | 6.5 |
| 16178961 | INDYMAC | 8.318 |
| 16179206 | INDYMAC | 7.413 |
| 16180443 | Wells Fargo | 6.75 |
| 16178280 | GMAC | 6.125 |
| 16180281 | Wells Fargo | 6 |
| 16180350 | Wells Fargo | 6.5 |
| 16179757 | EMC Mortgage | 7.375 |
| 16180241 | Wells Fargo | 6.625 |
| 16179293 | INDYMAC | 7.288 |
| 16178468 | GMAC | 6.5 |
| 16179232 | INDYMAC | 6.913 |
| 16180053 | PAUL FINANCIAL | 7.625 |
| 16180061 | PAUL FINANCIAL | 7.375 |
| 16179386 | EMC Mortgage | 7.375 |
| 16179367 | EMC Mortgage | 7.375 |
| 16178610 | GMAC | 7.25 |
| 16180444 | Wells Fargo | 6.5 |
| 16179070 | INDYMAC | 7.638 |
| 16180282 | Wells Fargo | 6.5 |
| 16180351 | Wells Fargo | 5.875 |
| 16179710 | EMC Mortgage | 7.375 |
| 16179758 | EMC Mortgage | 7.33833 |
| 16179579 | EMC Mortgage | 7.25 |
| 16178944 | INDYMAC | 6.688 |
| 16179142 | INDYMAC | 7.413 |
| 16180193 | PAUL FINANCIAL | 2 |
| 16178696 | GMAC | 7 |
| 16178712 | GMAC | 6.125 |
| 16178269 | GMAC | 6.375 |
| 16180242 | Wells Fargo | 6 |
| 16179491 | EMC Mortgage | 7.375 |
| 16180381 | Wells Fargo | 6.625 |
| 16180445 | Wells Fargo | 6.125 |
| 16179164 | INDYMAC | 7.588 |
| 16180283 | Wells Fargo | 6.75 |
| 16178427 | GMAC | 6.625 |
| 16180352 | Wells Fargo | 6.375 |
| 16179759 | EMC Mortgage | 7.375 |
| 16179580 | EMC Mortgage | 7.33833 |
| 16178789 | GMAC | 6.875 |
| 16180039 | PAUL FINANCIAL | 6.875 |
| 16179298 | INDYMAC | 7.413 |
| 16180243 | Wells Fargo | 7.5 |
| 16179253 | INDYMAC | 6.288 |
| 16179492 | EMC Mortgage | 7.375 |
| 16180382 | Wells Fargo | 6.25 |
| 16180446 | Wells Fargo | 6.75 |
| 16179071 | INDYMAC | 8.288 |
| 16180284 | Wells Fargo | 6.75 |
| 16180353 | Wells Fargo | 6.375 |
| 16180166 | PAUL FINANCIAL | 7.25 |
| 16178803 | GMAC | 5.75 |
| 16179711 | EMC Mortgage | 1.75 |
| 16179777 | EMC Mortgage | 8.625 |
| 16179828 | EMC Mortgage | 7.375 |
| 16180155 | PAUL FINANCIAL | 7.75 |
| 16180127 | PAUL FINANCIAL | 7.125 |
| 16179581 | EMC Mortgage | 7.375 |
| 16180165 | PAUL FINANCIAL | 7.25 |
| 16180037 | PAUL FINANCIAL | 8 |
| 16180130 | PAUL FINANCIAL | 7.875 |
| 16179493 | EMC Mortgage | 7.375 |
| 16179388 | EMC Mortgage | 7.375 |
| 16178660 | GMAC | 6.75 |
| 16180383 | Wells Fargo | 7.5 |
| 16180447 | Wells Fargo | 6.625 |
| 16178991 | INDYMAC | 7.638 |
| 16178963 | INDYMAC | 7.638 |
| 16179600 | EMC Mortgage | 7.375 |
| 16180285 | Wells Fargo | 6.375 |
| 16179035 | INDYMAC | 7.888 |
| 16179582 | EMC Mortgage | 7.375 |
| 16178597 | GMAC | 6.375 |
| 16180045 | PAUL FINANCIAL | 7.125 |
| 16180244 | Wells Fargo | 6.625 |
| 16178320 | GMAC | 6.375 |

Unassociated Document

Page 199 of 835

12-12020-mg   Doc 5106-8   Filed 09/18/13   Entered 09/18/13 18:18:12   Exhibit 7
Part 2   FST-CV-09-5011591 Doc. 163   Exhibit D   Part 1 of 3   Pg 200 of 279

| | | |
|---|---|---|
| 16179139 | INDYMAC | 7.163 |
| 16178377 | GMAC | 5.25 |
| 16180547 | Wells Fargo | 6.875 |
| 16180317 | Wells Fargo | 7 |
| 16178171 | GMAC | 7 |
| 16180384 | Wells Fargo | 6.875 |
| 16180448 | Wells Fargo | 6.25 |
| 16178404 | GMAC | 6.5 |
| 16179155 | INDYMAC | 7.413 |
| 16179712 | EMC Mortgage | 7.33833 |
| 16180191 | PAUL FINANCIAL | 1 |
| 16178928 | INDYMAC | 7.488 |
| 16179760 | EMC Mortgage | 7.375 |
| 16178833 | GMAC | 7 |
| 16179583 | EMC Mortgage | 7.33833 |
| 16178625 | GMAC | 6.375 |
| 16178622 | GMAC | 6.375 |
| 16179299 | INDYMAC | 7.413 |
| 16180245 | Wells Fargo | 6.25 |
| 16179484 | EMC Mortgage | 7.375 |
| 16179272 | INDYMAC | 7.438 |
| 16179495 | EMC Mortgage | 7.375 |
| 16178608 | GMAC | 6 |
| 16180548 | Wells Fargo | 6 |
| 16180318 | Wells Fargo | 6.5 |
| 16179260 | INDYMAC | 7.038 |
| 16179863 | EMC Mortgage | 7.375 |
| 16179195 | INDYMAC | 7.413 |
| 16180621 | Wells Fargo | 6.625 |
| 16178884 | INDYMAC | 7.588 |
| 16179405 | EMC Mortgage | 7.375 |
| 16180347 | Wells Fargo | 6.5 |
| 16179575 | EMC Mortgage | 7.375 |
| 16178892 | INDYMAC | 7.163 |
| 16178851 | GMAC | 6.375 |
| 16179792 | EMC Mortgage | 3.5 |
| 16178736 | GMAC | 6.75 |
| 16178767 | GMAC | 5.875 |
| 16179230 | INDYMAC | 7.838 |
| 16179113 | INDYMAC | 7.288 |
| 16179864 | EMC Mortgage | 7.375 |
| 16178369 | GMAC | 5.125 |
| 16179365 | EMC Mortgage | 7.375 |
| 16180278 | Wells Fargo | 6.875 |
| 16180348 | Wells Fargo | 7.625 |
| 16179802 | EMC Mortgage | 6.625 |
| 16178626 | GMAC | 6.875 |
| 16179137 | INDYMAC | 6.788 |
| 16179248 | INDYMAC | 7.838 |
| 16178386 | GMAC | 5.5 |
| 16179261 | INDYMAC | 7.413 |
| 16179910 | EMC Mortgage | 7.375 |
| 16179487 | EMC Mortgage | 6.75 |
| 16180279 | Wells Fargo | 6.25 |
| 16179060 | INDYMAC | 8.288 |
| 16179577 | EMC Mortgage | 7.375 |
| 16179803 | EMC Mortgage | 6.625 |
| 16179618 | EMC Mortgage | 7.375 |
| 16178764 | GMAC | 6.875 |
| 16178282 | GMAC | 6.75 |
| 16179292 | INDYMAC | 7.413 |
| 16179231 | INDYMAC | 7.163 |
| 16179138 | INDYMAC | 6.788 |
| 16178376 | GMAC | 5.375 |
| 16179100 | INDYMAC | 7.413 |
| 16180184 | PAUL FINANCIAL | 7.625 |
| 16180442 | Wells Fargo | 6.75 |
| 16180349 | Wells Fargo | 5.875 |
| 16179578 | EMC Mortgage | 7.375 |
| 16179804 | EMC Mortgage | 6.625 |
| 16179045 | INDYMAC | 8.013 |
| 16180051 | PAUL FINANCIAL | 8.375 |
| 16178893 | INDYMAC | 7.338 |
| 16179806 | EMC Mortgage | 7 |
| 16180257 | Wells Fargo | 6.75 |
| 16179700 | EMC Mortgage | 7.33833 |
| 16178828 | GMAC | 7.5 |
| 16178748 | GMAC | 7.375 |
| 16178668 | GMAC | 7.375 |
| 16178589 | GMAC | 6.5 |
| 16180075 | PAUL FINANCIAL | 7.375 |
| 16180159 | PAUL FINANCIAL | 7.125 |
| 16179801 | EMC Mortgage | 1 |
| 16178830 | GMAC | 7 |
| 16178831 | GMAC | 7.5 |
| 16179628 | EMC Mortgage | 7.375 |
| 16180582 | Wells Fargo | 6.625 |
| 16179439 | EMC Mortgage | 7.375 |
| 16180415 | Wells Fargo | 6.25 |
| 16180146 | PAUL FINANCIAL | 7.25 |
| 16180115 | PAUL FINANCIAL | 8 |
| 16178415 | GMAC | 6.5 |
| 16179665 | EMC Mortgage | 7.33833 |
| 16180119 | PAUL FINANCIAL | 7.25 |
| 16178588 | GMAC | 6.375 |

Unassociated Document

Page 200 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 201 of 279

| | | |
|---|---|---|
| 16179520 | EMC Mortgage | 7.375 |
| 16178368 | GMAC | 5.625 |
| 16180620 | Wells Fargo | 6.875 |
| 16179953 | EMC Mortgage | 7.375 |
| 16180109 | PAUL FINANCIAL | 7.125 |
| 16179563 | EMC Mortgage | 7.375 |
| 16178832 | GMAC | 7.5 |
| 16179480 | EMC Mortgage | 8.75 |
| 16179481 | EMC Mortgage | 7.375 |
| 16178834 | GMAC | 7.375 |
| 16178591 | GMAC | 6.5 |
| 16179644 | EMC Mortgage | 7.375 |
| 16178754 | GMAC | 7.125 |
| 16179483 | EMC Mortgage | 7.375 |
| 16178835 | GMAC | 6.25 |
| 16178836 | GMAC | 7.375 |
| 16178755 | GMAC | 6.875 |
| 16178593 | GMAC | 6.625 |
| 16178756 | GMAC | 7 |
| 16180183 | PAUL FINANCIAL | 7.25 |
| 16180174 | PAUL FINANCIAL | 7.125 |
| 16180044 | PAUL FINANCIAL | 7.125 |
| 16179545 | EMC Mortgage | 6.875 |
| 16180346 | Wells Fargo | 6.25 |
| 16178323 | GMAC | 5.875 |
| 16178586 | GMAC | 7 |
| 16180219 | Wells Fargo | 6 |
| 16180188 | PAUL FINANCIAL | 7.625 |
| 16179916 | EMC Mortgage | 7.375 |
| 16178455 | GMAC | 6.125 |
| 16179621 | EMC Mortgage | 7.375 |
| 16180288 | Wells Fargo | 6.625 |
| 16178594 | GMAC | 5.875 |
| 16178676 | GMAC | 6.625 |
| 16178757 | GMAC | 7.5 |
| 16178838 | GMAC | 7.5 |
| 16178758 | GMAC | 7.5 |
| 16178596 | GMAC | 6.5 |
| 16178759 | GMAC | 7.5 |
| 16179569 | EMC Mortgage | 7.33833 |
| 16178678 | GMAC | 7.5 |
| 16178679 | GMAC | 6 |
| 16179327 | EMC Mortgage | 7.375 |
| 16178780 | GMAC | 6.5 |
| 16179347 | EMC Mortgage | 7 |
| 16180614 | Wells Fargo | 6.75 |
| 16179948 | EMC Mortgage | 7.375 |
| 16178656 | GMAC | 5.875 |
| 16179044 | INDYMAC | 6.988 |
| 16179620 | EMC Mortgage | 7.875 |
| 16180132 | PAUL FINANCIAL | 8.125 |
| 16178771 | GMAC | 5.75 |
| 16178682 | GMAC | 6.5 |
| 16179136 | INDYMAC | 6.788 |
| 16179175 | INDYMAC | 7.838 |
| 16180357 | Wells Fargo | 6.875 |
| 16179763 | EMC Mortgage | 7.375 |
| 16179585 | EMC Mortgage | 1.75 |
| 16180258 | Wells Fargo | 6 |
| 16179701 | EMC Mortgage | 6.875 |
| 16179653 | EMC Mortgage | 7.375 |
| 16178922 | INDYMAC | 6.838 |
| 16178598 | GMAC | 5.75 |
| 16178599 | GMAC | 7.375 |
| 16180512 | Wells Fargo | 6.375 |
| 16179247 | INDYMAC | 6.788 |
| 16179099 | INDYMAC | 7.588 |
| 16179952 | EMC Mortgage | 7.375 |
| 16179466 | EMC Mortgage | 7.33833 |
| 16179364 | EMC Mortgage | 7.375 |
| 16178659 | GMAC | 7.375 |
| 16178820 | GMAC | 7.375 |
| 16178741 | GMAC | 6.75 |
| 16179552 | EMC Mortgage | 7.375 |
| 16178742 | GMAC | 7.5 |
| 16178580 | GMAC | 6.5 |
| 16178661 | GMAC | 6.125 |
| 16178823 | GMAC | 7.5 |
| 16178743 | GMAC | 6.5 |
| 16179553 | EMC Mortgage | 7.375 |
| 16178824 | GMAC | 6 |
| 16179554 | EMC Mortgage | 7.375 |
| 16178663 | GMAC | 7.5 |
| 16178826 | GMAC | 6.5 |
| 16178745 | GMAC | 7.375 |
| 16178583 | GMAC | 7.125 |
| 16179404 | EMC Mortgage | 7.375 |
| 16180345 | Wells Fargo | 6.125 |
| 16179683 | EMC Mortgage | 7.375 |
| 16179829 | EMC Mortgage | 7.875 |
| 16179762 | EMC Mortgage | 7.25 |
| 16180126 | PAUL FINANCIAL | 7 |
| 16180033 | PAUL FINANCIAL | 7.875 |
| 16179555 | EMC Mortgage | 7.625 |
| 16178827 | GMAC | 6 |

Unassociated Document

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 202 of 279

Page 201 of 835

| | | |
|---|---|---|
| 16179670 | EMC Mortgage | 7.375 |
| 16179861 | EMC Mortgage | 7.375 |
| 16178675 | GMAC | 6.5 |
| 16179249 | INDYMAC | 6.838 |
| 16179115 | INDYMAC | 7.588 |
| 16178398 | GMAC | 6.375 |
| 16180200 | Wells Fargo | 6.5 |
| 16180201 | Wells Fargo | 6.25 |
| 16179216 | INDYMAC | 7.038 |
| 16179315 | EMC Mortgage | 6.875 |
| 16180202 | Wells Fargo | 6.625 |
| 16180204 | Wells Fargo | 7.175 |
| 16180205 | Wells Fargo | 6.5 |
| 16180206 | Wells Fargo | 6.875 |
| 16180207 | Wells Fargo | 7 |
| 16180208 | Wells Fargo | 7.5 |
| 16180209 | Wells Fargo | 7.175 |
| 16179476 | EMC Mortgage | 6.83833 |
| 16180179 | PAUL FINANCIAL | 8 |
| 16179530 | EMC Mortgage | 7.375 |
| 16179611 | EMC Mortgage | 7.75 |
| 16180255 | Wells Fargo | 6.25 |
| 16178920 | INDYMAC | 7.388 |
| 16178801 | GMAC | 6.375 |
| 16179613 | EMC Mortgage | 7.875 |
| 16178641 | GMAC | 6.625 |
| 16178722 | GMAC | 7.5 |
| 16178444 | GMAC | 6.375 |
| 16179561 | EMC Mortgage | 7.125 |
| 16178804 | GMAC | 6.375 |
| 16178561 | GMAC | 6 |
| 16180414 | Wells Fargo | 6.875 |
| 16178436 | GMAC | 6.5 |
| 16179226 | INDYMAC | 7.413 |
| 16180619 | Wells Fargo | 6 |
| 16178290 | GMAC | 6.625 |
| 16178293 | GMAC | 7 |
| 16178770 | GMAC | 6.125 |
| 16179233 | INDYMAC | 7.338 |
| 16178642 | GMAC | 7.375 |
| 16178724 | GMAC | 6.875 |
| 16179346 | EMC Mortgage | 7 |
| 16179840 | EMC Mortgage | 7.375 |
| 16180217 | Wells Fargo | 6.125 |
| 16178643 | GMAC | 6.5 |
| 16178806 | GMAC | 5.75 |
| 16178484 | GMAC | 7 |
| 16178565 | GMAC | 7.25 |
| 16178889 | INDYMAC | 7.588 |
| 16179632 | EMC Mortgage | 7.25 |
| 16178646 | GMAC | 6.25 |
| 16178727 | GMAC | 7.5 |
| 16178647 | GMAC | 7.5 |
| 16178567 | GMAC | 6.5 |
| 16179947 | EMC Mortgage | 7.375 |
| 16179488 | EMC Mortgage | 6.75 |
| 16179914 | EMC Mortgage | 7.375 |
| 16178486 | GMAC | 6.5 |
| 16178649 | GMAC | 6.75 |
| 16178488 | GMAC | 7.5 |
| 16180210 | Wells Fargo | 6.875 |
| 16180211 | Wells Fargo | 6.875 |
| 16180212 | Wells Fargo | 6.5 |
| 16180147 | PAUL FINANCIAL | 1.5 |
| 16180213 | Wells Fargo | 6.625 |
| 16180214 | Wells Fargo | 6.5 |
| 16180215 | Wells Fargo | 6.75 |
| 16180216 | Wells Fargo | 6 |
| 16178172 | GMAC | 6.125 |
| 16178493 | GMAC | 6.375 |
| 16180355 | Wells Fargo | 6.875 |
| 16178730 | GMAC | 7.375 |
| 16178811 | GMAC | 7.375 |
| 16178812 | GMAC | 7.375 |
| 16178650 | GMAC | 7.25 |
| 16179622 | EMC Mortgage | 7.875 |
| 16178570 | GMAC | 6.875 |
| 16180256 | Wells Fargo | 6.75 |
| 16179032 | INDYMAC | 7.488 |
| 16178921 | INDYMAC | 7.388 |
| 16179081 | INDYMAC | 8.263 |
| 16178447 | GMAC | 6.75 |
| 16178571 | GMAC | 7.125 |
| 16178814 | GMAC | 7.5 |
| 16179562 | EMC Mortgage | 7.33833 |
| 16178799 | GMAC | 6.5 |
| 16178490 | GMAC | 7.5 |
| 16179624 | EMC Mortgage | 7.375 |
| 16179363 | EMC Mortgage | 7.375 |
| 16179051 | INDYMAC | 8.263 |
| 16178549 | GMAC | 6.75 |
| 16178605 | GMAC | 6.375 |
| 16179234 | INDYMAC | 7.413 |
| 16178815 | GMAC | 7.375 |
| 16178734 | GMAC | 6.5 |

| | | |
|---|---|---|
| 16178241 | GMAC | 6.25 |
| 16179105 | INDYMAC | 7.413 |
| 16180218 | Wells Fargo | 6.875 |
| 16178318 | GMAC | 5.999 |
| 16178654 | GMAC | 6.375 |
| 16178655 | GMAC | 6.875 |
| 16179915 | EMC Mortgage | 7.375 |
| 16178818 | GMAC | 7.5 |
| 16178819 | GMAC | 6.125 |
| 16179221 | INDYMAC | 7.038 |
| 16178495 | GMAC | 7.375 |
| 16178576 | GMAC | 6.875 |
| 16178496 | GMAC | 7.5 |
| 16179549 | EMC Mortgage | 7.375 |
| 16178578 | GMAC | 6.625 |
| 16178497 | GMAC | 7.5 |
| 16179477 | EMC Mortgage | 7.375 |
| 16179369 | EMC Mortgage | 7.375 |
| 16180287 | Wells Fargo | 6 |
| 16180356 | Wells Fargo | 7.125 |
| 16178632 | GMAC | 6.375 |
| 16179524 | EMC Mortgage | 7.375 |
| 16178471 | GMAC | 6.375 |
| 16178552 | GMAC | 6.125 |
| 16178633 | GMAC | 7.5 |
| 16178634 | GMAC | 7.5 |
| 16179525 | EMC Mortgage | 7.875 |
| 16180254 | Wells Fargo | 6.25 |
| 16178919 | INDYMAC | 7.288 |
| 16178472 | GMAC | 6.375 |
| 16178392 | GMAC | 5.875 |
| 16179608 | EMC Mortgage | 7.375 |
| 16178555 | GMAC | 7.375 |
| 16179527 | EMC Mortgage | 7.625 |
| 16179609 | EMC Mortgage | 1 |
| 16178556 | GMAC | 7.375 |
| 16178475 | GMAC | 6.625 |
| 16178394 | GMAC | 7.375 |
| 16179366 | EMC Mortgage | 6.83833 |
| 16178637 | GMAC | 7.5 |
| 16178718 | GMAC | 6.25 |
| 16178476 | GMAC | 7.5 |
| 16178719 | GMAC | 6.25 |
| 16180581 | Wells Fargo | 6 |
| 16179438 | EMC Mortgage | 7.375 |
| 16179529 | EMC Mortgage | 7.375 |
| 16178395 | GMAC | 7.5 |
| 16178396 | GMAC | 7.5 |
| 16178798 | GMAC | 6.375 |
| 16178952 | INDYMAC | 7.538 |
| 16178958 | INDYMAC | 7.288 |
| 16179011 | INDYMAC | 8.263 |
| 16179368 | EMC Mortgage | 6.83833 |
| 16178397 | GMAC | 6 |
| 16178238 | GMAC | 7.125 |
| 16180577 | Wells Fargo | 6.375 |
| 16179980 | EMC Mortgage | 7.375 |
| 16178224 | GMAC | 5.875 |
| 16179179 | INDYMAC | 7.038 |
| 16180409 | Wells Fargo | 6.875 |
| 16179786 | EMC Mortgage | 7.375 |
| 16179066 | INDYMAC | 7.388 |
| 16180545 | Wells Fargo | 7.5 |
| 16180315 | Wells Fargo | 6.875 |
| 16178413 | GMAC | 6.5 |
| 16178985 | INDYMAC | 7.088 |
| 16179313 | EMC Mortgage | 7.375 |
| 16178403 | GMAC | 6.5 |
| 16180125 | PAUL FINANCIAL | 6.875 |
| 16178891 | INDYMAC | 7.813 |
| 16178750 | GMAC | 6.625 |
| 16178299 | GMAC | 6.625 |
| 16178560 | GMAC | 6.625 |
| 16179208 | INDYMAC | 7.413 |
| 16179880 | EMC Mortgage | 7.21333 |
| 16179307 | EMC Mortgage | 7.375 |
| 16179180 | INDYMAC | 7.338 |
| 16180410 | Wells Fargo | 6.375 |
| 16180476 | Wells Fargo | 6.875 |
| 16179836 | EMC Mortgage | 7 |
| 16180066 | PAUL FINANCIAL | 7.375 |
| 16180316 | Wells Fargo | 6.5 |
| 16178974 | INDYMAC | 8.088 |
| 16178435 | GMAC | 6.5 |
| 16178723 | GMAC | 6.5 |
| 16178183 | GMAC | 6.625 |
| 16179344 | EMC Mortgage | 7 |
| 16179309 | EMC Mortgage | 7.375 |
| 16179341 | EMC Mortgage | 7.375 |
| 16178302 | GMAC | 6.625 |
| 16178239 | GMAC | 6.875 |
| 16179209 | INDYMAC | 7.413 |
| 16180509 | Wells Fargo | 7 |
| 16179010 | INDYMAC | 8.263 |
| 16180411 | Wells Fargo | 6 |

| | | |
|---|---|---|
| 16180477 | Wells Fargo | 6.125 |
| 16179837 | EMC Mortgage | 7.25 |
| 16179413 | EMC Mortgage | 7.375 |
| 16178414 | GMAC | 6.5 |
| 16178975 | INDYMAC | 8.263 |
| 16180040 | PAUL FINANCIAL | 7.125 |
| 16178509 | GMAC | 5.875 |
| 16180510 | Wells Fargo | 6.375 |
| 16178494 | GMAC | 6.25 |
| 16180579 | Wells Fargo | 7.375 |
| 16179781 | EMC Mortgage | 8.625 |
| 16179436 | EMC Mortgage | 7.125 |
| 16180412 | Wells Fargo | 6.375 |
| 16180478 | Wells Fargo | 6.375 |
| 16179001 | INDYMAC | 7.688 |
| 16179736 | EMC Mortgage | 7.375 |
| 16178621 | GMAC | 6.375 |
| 16179503 | EMC Mortgage | 7.25 |
| 16178617 | GMAC | 6.5 |
| 16178572 | GMAC | 6.75 |
| 16178753 | GMAC | 7 |
| 16179623 | EMC Mortgage | 7.375 |
| 16178240 | GMAC | 6.625 |
| 16180580 | Wells Fargo | 6.625 |
| 16179981 | EMC Mortgage | 7.375 |
| 16179437 | EMC Mortgage | 7.25 |
| 16180413 | Wells Fargo | 6.75 |
| 16179076 | INDYMAC | 8.337 |
| 16179737 | EMC Mortgage | 7.375 |
| 16178340 | GMAC | 6.875 |
| 16178816 | GMAC | 6.875 |
| 16179627 | EMC Mortgage | 7.375 |
| 16179006 | INDYMAC | 7.888 |
| 16178518 | GMAC | 6.375 |
| 16179977 | EMC Mortgage | 7.375 |
| 16179190 | INDYMAC | 7.413 |
| 16180472 | Wells Fargo | 7 |
| 16180541 | Wells Fargo | 6.625 |
| 16180311 | Wells Fargo | 6.75 |
| 16179410 | EMC Mortgage | 7.375 |
| 16178658 | GMAC | 6.875 |
| 16179176 | INDYMAC | 7.588 |
| 16180378 | Wells Fargo | 6.875 |
| 16178989 | INDYMAC | 8.288 |
| 16179732 | EMC Mortgage | 7.375 |
| 16178728 | GMAC | 6.625 |
| 16178454 | GMAC | 6.875 |
| 16178402 | GMAC | 6.375 |
| 16179697 | EMC Mortgage | 7.375 |
| 16178595 | GMAC | 6.375 |
| 16180107 | PAUL FINANCIAL | 8 |
| 16180240 | Wells Fargo | 6.375 |
| 16178363 | GMAC | 6 |
| 16178602 | GMAC | 6.75 |
| 16179978 | EMC Mortgage | 7.33833 |
| 16180406 | Wells Fargo | 6.125 |
| 16180473 | Wells Fargo | 6.25 |
| 16180542 | Wells Fargo | 6.75 |
| 16180312 | Wells Fargo | 7 |
| 16179411 | EMC Mortgage | 7.33833 |
| 16179056 | INDYMAC | 8.288 |
| 16180379 | Wells Fargo | 6.625 |
| 16178434 | GMAC | 6.5 |
| 16179733 | EMC Mortgage | 7.375 |
| 16178704 | GMAC | 6.5 |
| 16179820 | EMC Mortgage | 6.625 |
| 16180128 | PAUL FINANCIAL | 7 |
| 16180153 | PAUL FINANCIAL | 6.875 |
| 16178426 | GMAC | 6.25 |
| 16179698 | EMC Mortgage | 7.375 |
| 16180114 | PAUL FINANCIAL | 8 |
| 16179283 | INDYMAC | 7.413 |
| 16178381 | GMAC | 5.875 |
| 16178900 | INDYMAC | 7.413 |
| 16178342 | GMAC | 6.875 |
| 16178223 | GMAC | 6.625 |
| 16180407 | Wells Fargo | 6.25 |
| 16180474 | Wells Fargo | 7.375 |
| 16179168 | INDYMAC | 6.613 |
| 16180543 | Wells Fargo | 7.375 |
| 16180313 | Wells Fargo | 7.5 |
| 16179087 | INDYMAC | 8.263 |
| 16180380 | Wells Fargo | 6.5 |
| 16179734 | EMC Mortgage | 7.375 |
| 16178715 | GMAC | 6 |
| 16179521 | EMC Mortgage | 7.75 |
| 16178327 | GMAC | 6.125 |
| 16179284 | INDYMAC | 7.413 |
| 16178613 | GMAC | 6.625 |
| 16180576 | Wells Fargo | 7.125 |
| 16178557 | GMAC | 6.5 |
| 16179979 | EMC Mortgage | 7.375 |
| 16180408 | Wells Fargo | 6.75 |
| 16179835 | EMC Mortgage | 7.125 |
| 16180475 | Wells Fargo | 6.5 |

Unassociated Document                                                    Page 204 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 205 of 279

| | | |
|---|---|---|
| 16179169 | INDYMAC | 7.338 |
| 16180544 | Wells Fargo | 6.25 |
| 16180314 | Wells Fargo | 6.25 |
| 16179088 | INDYMAC | 8.288 |
| 16179160 | INDYMAC | 7.163 |
| 16178990 | INDYMAC | 8.263 |
| 16179735 | EMC Mortgage | 7.375 |
| 16178306 | GMAC | 6.375 |
| 16179039 | INDYMAC | 7.388 |
| 16178949 | INDYMAC | 7.138 |
| 16179334 | EMC Mortgage | 7.125 |
| 16179135 | INDYMAC | 7.588 |
| 16179489 | EMC Mortgage | 6.75 |
| 16178894 | INDYMAC | 7.038 |
| 16179381 | EMC Mortgage | 7 |
| 16180536 | Wells Fargo | 6.375 |
| 16179598 | EMC Mortgage | 7.33833 |
| 16179816 | EMC Mortgage | 7 |
| 16180276 | Wells Fargo | 6.5 |
| 16179144 | INDYMAC | 7.413 |
| 16178700 | GMAC | 6.75 |
| 16179573 | EMC Mortgage | 7.375 |
| 16180124 | PAUL FINANCIAL | 7.125 |
| 16178619 | GMAC | 6.25 |
| 16179282 | INDYMAC | 6.913 |
| 16178374 | GMAC | 5.625 |
| 16179928 | EMC Mortgage | 7.33833 |
| 16179382 | EMC Mortgage | 6.875 |
| 16180537 | Wells Fargo | 6.625 |
| 16180307 | Wells Fargo | 7 |
| 16180374 | Wells Fargo | 6.125 |
| 16179064 | INDYMAC | 8.088 |
| 16180439 | Wells Fargo | 6.5 |
| 16178714 | GMAC | 6.875 |
| 16179599 | EMC Mortgage | 7.33833 |
| 16179817 | EMC Mortgage | 6.875 |
| 16178927 | INDYMAC | 7.488 |
| 16179755 | EMC Mortgage | 7.375 |
| 16178878 | GMAC | 7.125 |
| 16178349 | GMAC | 6.375 |
| 16180022 | EMC Mortgage | 7.375 |
| 16180236 | Wells Fargo | 6 |
| 16179929 | EMC Mortgage | 7.375 |
| 16178895 | INDYMAC | 7.163 |
| 16180538 | Wells Fargo | 6.125 |
| 16180308 | Wells Fargo | 6.375 |
| 16180375 | Wells Fargo | 6.125 |
| 16180440 | Wells Fargo | 6.5 |
| 16178547 | GMAC | 6.25 |
| 16179818 | EMC Mortgage | 7 |
| 16180277 | Wells Fargo | 6.875 |
| 16179153 | INDYMAC | 7.413 |
| 16178980 | INDYMAC | 7.828 |
| 16179054 | INDYMAC | 8.263 |
| 16178424 | GMAC | 6 |
| 16179708 | EMC Mortgage | 7.375 |
| 16180140 | PAUL FINANCIAL | 7.75 |
| 16180023 | EMC Mortgage | 7.375 |
| 16178768 | GMAC | 7 |
| 16178260 | GMAC | 6.875 |
| 16180237 | Wells Fargo | 6.25 |
| 16178375 | GMAC | 6.25 |
| 16178864 | GMAC | 6.875 |
| 16178341 | GMAC | 6.375 |
| 16178611 | GMAC | 6.75 |
| 16179383 | EMC Mortgage | 7.375 |
| 16178222 | GMAC | 6.5 |
| 16180539 | Wells Fargo | 6.625 |
| 16180309 | Wells Fargo | 6 |
| 16180376 | Wells Fargo | 6 |
| 16178948 | INDYMAC | 7.388 |
| 16178970 | INDYMAC | 8.188 |
| 16180171 | PAUL FINANCIAL | 7.25 |
| 16178879 | GMAC | 6.875 |
| 16180133 | PAUL FINANCIAL | 7.125 |
| 16178651 | GMAC | 6.5 |
| 16180024 | EMC Mortgage | 7.375 |
| 16180238 | Wells Fargo | 6.375 |
| 16179352 | EMC Mortgage | 7.375 |
| 16179384 | EMC Mortgage | 7.375 |
| 16179976 | EMC Mortgage | 7.33833 |
| 16180471 | Wells Fargo | 6.625 |
| 16180540 | Wells Fargo | 6 |
| 16178983 | INDYMAC | 8.288 |
| 16180377 | Wells Fargo | 7.25 |
| 16180441 | Wells Fargo | 6.5 |
| 16179731 | EMC Mortgage | 7.375 |
| 16179819 | EMC Mortgage | 7 |
| 16178971 | INDYMAC | 7.388 |
| 16178425 | GMAC | 6.625 |
| 16180162 | PAUL FINANCIAL | 8.375 |
| 16180143 | PAUL FINANCIAL | 7.75 |
| 16179709 | EMC Mortgage | 1.75 |
| 16179696 | EMC Mortgage | 7.375 |
| 16178313 | GMAC | 6.875 |

| | | |
|---|---|---|
| 16180025 | EMC Mortgage | 7.375 |
| 16178592 | GMAC | 7.25 |
| 16179310 | EMC Mortgage | 7.125 |
| 16180239 | Wells Fargo | 6.5 |
| 16178380 | GMAC | 6 |
| 16179252 | INDYMAC | 7.588 |
| 16178856 | GMAC | 7.25 |
| 16180436 | Wells Fargo | 6.5 |
| 16180273 | Wells Fargo | 6.75 |
| 16178175 | GMAC | 5.375 |
| 16179707 | EMC Mortgage | 7.375 |
| 16178925 | INDYMAC | 7.788 |
| 16179695 | EMC Mortgage | 7.125 |
| 16178796 | GMAC | 5.875 |
| 16180177 | PAUL FINANCIAL | 1.5 |
| 16178635 | GMAC | 6 |
| 16178531 | GMAC | 6.375 |
| 16179682 | EMC Mortgage | 7.375 |
| 16180108 | PAUL FINANCIAL | 8 |
| 16178337 | GMAC | 6.125 |
| 16179297 | INDYMAC | 7.413 |
| 16180234 | Wells Fargo | 6 |
| 16179925 | EMC Mortgage | 7.375 |
| 16179641 | EMC Mortgage | 7.375 |
| 16179379 | EMC Mortgage | 7.375 |
| 16179362 | EMC Mortgage | 7.375 |
| 16179182 | INDYMAC | 7.413 |
| 16180372 | Wells Fargo | 6.125 |
| 16180437 | Wells Fargo | 6.875 |
| 16178969 | INDYMAC | 7.288 |
| 16179047 | INDYMAC | 8.263 |
| 16180274 | Wells Fargo | 6.375 |
| 16179815 | EMC Mortgage | 7.125 |
| 16178423 | GMAC | 6.5 |
| 16178315 | GMAC | 6.75 |
| 16179753 | EMC Mortgage | 7.375 |
| 16178821 | GMAC | 6.625 |
| 16179270 | INDYMAC | 7.413 |
| 16179120 | INDYMAC | 7.288 |
| 16180062 | PAUL FINANCIAL | 7.125 |
| 16179926 | EMC Mortgage | 7.375 |
| 16179098 | INDYMAC | 7.588 |
| 16179380 | EMC Mortgage | 7.25 |
| 16180373 | Wells Fargo | 6.625 |
| 16178662 | GMAC | 6.5 |
| 16180438 | Wells Fargo | 6 |
| 16180275 | Wells Fargo | 6.375 |
| 16178802 | GMAC | 6.5 |
| 16178926 | INDYMAC | 7.588 |
| 16179572 | EMC Mortgage | 7.375 |
| 16178760 | GMAC | 7.25 |
| 16180235 | Wells Fargo | 6.625 |
| 16179271 | INDYMAC | 7.163 |
| 16179640 | EMC Mortgage | 7 |
| 16178887 | INDYMAC | 7.588 |
| 16179354 | EMC Mortgage | 7.375 |
| 16180354 | Wells Fargo | 6.5 |
| 16179805 | EMC Mortgage | 6.875 |
| 16179128 | INDYMAC | 7.163 |
| 16180618 | Wells Fargo | 6.25 |
| 16180006 | EMC Mortgage | 7 |
| 16178960 | INDYMAC | 7.513 |
| 16180517 | Wells Fargo | 6 |
| 16179630 | EMC Mortgage | 7.125 |
| 16179442 | EMC Mortgage | 6.875 |
| 16178934 | INDYMAC | 7.638 |
| 16178262 | GMAC | 6.25 |
| 16178837 | GMAC | 7 |
| 16180117 | PAUL FINANCIAL | 6.75 |
| 16178563 | GMAC | 6.375 |
| 16179212 | INDYMAC | 7.588 |
| 16179860 | EMC Mortgage | 7.375 |
| 16179129 | INDYMAC | 7.413 |
| 16179909 | EMC Mortgage | 2.5 |
| 16179016 | INDYMAC | 8.138 |
| 16178999 | INDYMAC | 6.488 |
| 16179631 | EMC Mortgage | 7 |
| 16179443 | EMC Mortgage | 7.375 |
| 16178909 | INDYMAC | 7.388 |
| 16179664 | EMC Mortgage | 7.375 |
| 16180027 | PAUL FINANCIAL | 6.625 |
| 16178499 | GMAC | 6.75 |
| 16179858 | EMC Mortgage | 7.21333 |
| 16179551 | EMC Mortgage | 7.375 |
| 16180270 | Wells Fargo | 6.25 |
| 16179151 | INDYMAC | 7.038 |
| 16179750 | EMC Mortgage | 7.375 |
| 16178942 | INDYMAC | 8.288 |
| 16179141 | INDYMAC | 7.038 |
| 16178354 | GMAC | 7.125 |
| 16179680 | EMC Mortgage | 7.375 |
| 16178690 | GMAC | 6.375 |
| 16180034 | PAUL FINANCIAL | 7 |
| 16179268 | INDYMAC | 7.588 |
| 16179514 | EMC Mortgage | 7.25 |

| | | |
|---|---|---|
| 16178372 | GMAC | 6.25 |
| 16179097 | INDYMAC | 6.538 |
| 16179859 | EMC Mortgage | 7.375 |
| 16178367 | GMAC | 5.125 |
| 16179464 | EMC Mortgage | 7.375 |
| 16180434 | Wells Fargo | 6.25 |
| 16178487 | GMAC | 6.875 |
| 16180271 | Wells Fargo | 6.375 |
| 16178191 | GMAC | 6.5 |
| 16179152 | INDYMAC | 7.413 |
| 16178979 | INDYMAC | 8.288 |
| 16178924 | INDYMAC | 6.888 |
| 16178943 | INDYMAC | 7.788 |
| 16179610 | EMC Mortgage | 7.375 |
| 16179269 | INDYMAC | 6.413 |
| 16179519 | EMC Mortgage | 7.375 |
| 16179923 | EMC Mortgage | 7.125 |
| 16179360 | EMC Mortgage | 6.75 |
| 16180073 | PAUL FINANCIAL | 8.25 |
| 16180435 | Wells Fargo | 7.375 |
| 16180272 | Wells Fargo | 6.375 |
| 16179752 | EMC Mortgage | 7.375 |
| 16178545 | GMAC | 6.375 |
| 16178648 | GMAC | 7 |
| 16178915 | INDYMAC | 6.988 |
| 16179681 | EMC Mortgage | 7.375 |
| 16178584 | GMAC | 6.25 |
| 16180233 | Wells Fargo | 7 |
| 16179291 | INDYMAC | 7.413 |
| 16178373 | GMAC | 6.375 |
| 16179361 | EMC Mortgage | 7.125 |
| 16180250 | Wells Fargo | 6 |
| 16178935 | INDYMAC | 7.488 |
| 16179556 | EMC Mortgage | 7.375 |
| 16178962 | INDYMAC | 8.263 |
| 16178791 | GMAC | 7.25 |
| 16178292 | GMAC | 6.5 |
| 16180083 | PAUL FINANCIAL | 6.875 |
| 16178334 | GMAC | 5.875 |
| 16179262 | INDYMAC | 7.588 |
| 16178667 | GMAC | 6.75 |
| 16179241 | INDYMAC | 7.038 |
| 16179958 | EMC Mortgage | 7.375 |
| 16178357 | GMAC | 6.875 |
| 16178216 | GMAC | 6.5 |
| 16180013 | EMC Mortgage | 6.75 |
| 16179846 | EMC Mortgage | 7.375 |
| 16179637 | EMC Mortgage | 7 |
| 16180251 | Wells Fargo | 6.25 |
| 16180102 | PAUL FINANCIAL | 8.375 |
| 16178683 | GMAC | 6.875 |
| 16178300 | GMAC | 7 |
| 16178765 | GMAC | 6.375 |
| 16179796 | EMC Mortgage | 7.75 |
| 16178564 | GMAC | 6.75 |
| 16179114 | INDYMAC | 7.438 |
| 16178383 | GMAC | 6.5 |
| 16180014 | EMC Mortgage | 7.375 |
| 16179473 | EMC Mortgage | 6.38833 |
| 16179794 | EMC Mortgage | 7.25 |
| 16180176 | PAUL FINANCIAL | 8 |
| 16179007 | INDYMAC | 7.938 |
| 16180252 | Wells Fargo | 6.5 |
| 16179699 | EMC Mortgage | 7.375 |
| 16179041 | INDYMAC | 8.288 |
| 16180111 | PAUL FINANCIAL | 6.875 |
| 16179614 | EMC Mortgage | 7.375 |
| 16178517 | GMAC | 6.5 |
| 16179213 | INDYMAC | 7.413 |
| 16179215 | INDYMAC | 6.913 |
| 16179639 | EMC Mortgage | 7.375 |
| 16179353 | EMC Mortgage | 7.375 |
| 16180253 | Wells Fargo | 6.625 |
| 16178951 | INDYMAC | 7.288 |
| 16179669 | EMC Mortgage | 7.375 |
| 16180030 | PAUL FINANCIAL | 7.25 |
| 16179263 | INDYMAC | 7.413 |
| 16179506 | EMC Mortgage | 7.25 |
| 16179131 | INDYMAC | 7.588 |
| 16179227 | INDYMAC | 7.413 |
| 16179913 | EMC Mortgage | 7.375 |
| 16178365 | GMAC | 5.5 |
| 16178862 | GMAC | 7 |
| 16179946 | EMC Mortgage | 6.96333 |
| 16180612 | Wells Fargo | 6.5 |
| 16179461 | EMC Mortgage | 7.375 |
| 16180057 | PAUL FINANCIAL | 7.125 |
| 16179339 | EMC Mortgage | 7 |
| 16179617 | EMC Mortgage | 7.375 |
| 16179023 | INDYMAC | 7.488 |
| 16178482 | GMAC | 6.5 |
| 16178906 | INDYMAC | 7.838 |
| 16178769 | GMAC | 6.625 |
| 16179219 | INDYMAC | 6.788 |
| 16178384 | GMAC | 5.75 |

| | | |
|---|---|---|
| 16179096 | INDYMAC | 7.588 |
| 16178256 | GMAC | 6.5 |
| 16179112 | INDYMAC | 6.538 |
| 16179856 | EMC Mortgage | 7.375 |
| 16179224 | INDYMAC | 6.663 |
| 16180613 | Wells Fargo | 6.375 |
| 16179462 | EMC Mortgage | 7.125 |
| 16178721 | GMAC | 6.125 |
| 16179358 | EMC Mortgage | 7.375 |
| 16179408 | EMC Mortgage | 7.375 |
| 16178941 | INDYMAC | 7.838 |
| 16179043 | INDYMAC | 7.988 |
| 16178914 | INDYMAC | 7.088 |
| 16179678 | EMC Mortgage | 7.375 |
| 16178933 | INDYMAC | 8.288 |
| 16178766 | GMAC | 5.875 |
| 16178569 | GMAC | 6.25 |
| 16179220 | INDYMAC | 7.038 |
| 16179211 | INDYMAC | 7.413 |
| 16179857 | EMC Mortgage | 7.375 |
| 16178361 | GMAC | 7 |
| 16179127 | INDYMAC | 7.038 |
| 16179906 | EMC Mortgage | 7.375 |
| 16178366 | GMAC | 5.5 |
| 16179463 | EMC Mortgage | 7.375 |
| 16179403 | EMC Mortgage | 7.375 |
| 16178657 | GMAC | 6.5 |
| 16179749 | EMC Mortgage | 7.33833 |
| 16179570 | EMC Mortgage | 7.375 |
| 16179140 | INDYMAC | 7.413 |
| 16179031 | INDYMAC | 8.288 |
| 16179679 | EMC Mortgage | 7.375 |
| 16178261 | GMAC | 6.625 |
| 16180080 | PAUL FINANCIAL | 7.75 |
| 16179267 | INDYMAC | 6.538 |
| 16179259 | INDYMAC | 7.038 |
| 16179287 | INDYMAC | 7.413 |
| 16179130 | INDYMAC | 7.413 |
| 16179956 | EMC Mortgage | 7.33833 |
| 16180011 | EMC Mortgage | 7.375 |
| 16178840 | GMAC | 7.125 |
| 16178817 | GMAC | 6.625 |
| 16179890 | EMC Mortgage | 7.375 |
| 16180524 | Wells Fargo | 7 |
| 16179642 | EMC Mortgage | 8.375 |
| 16179446 | EMC Mortgage | 7.25 |
| 16179012 | INDYMAC | 7.388 |
| 16180249 | Wells Fargo | 6.625 |
| 16179040 | INDYMAC | 7.438 |
| 16178950 | INDYMAC | 8.263 |
| 16179504 | EMC Mortgage | 7.25 |
| 16179288 | INDYMAC | 7.288 |
| 16179911 | EMC Mortgage | 7.375 |
| 16179957 | EMC Mortgage | 7.375 |
| 16180012 | EMC Mortgage | 7.375 |
| 16180069 | PAUL FINANCIAL | 7.125 |
| 16180060 | PAUL FINANCIAL | 7.75 |
| 16180525 | Wells Fargo | 6.375 |
| 16179447 | EMC Mortgage | 7.375 |
| 16179973 | EMC Mortgage | 7.375 |
| 16180134 | PAUL FINANCIAL | 7.625 |
| 16178908 | INDYMAC | 7.188 |
| 16179657 | EMC Mortgage | 7 |
| 16179788 | EMC Mortgage | 7.375 |
| 16180032 | PAUL FINANCIAL | 6.875 |
| 16179110 | INDYMAC | 7.588 |
| 16178674 | GMAC | 6.625 |
| 16179901 | EMC Mortgage | 7.375 |
| 16180608 | Wells Fargo | 6.25 |
| 16179457 | EMC Mortgage | 7.375 |
| 16179997 | EMC Mortgage | 7.375 |
| 16180049 | PAUL FINANCIAL | 7 |
| 16179104 | INDYMAC | 7.163 |
| 16180508 | Wells Fargo | 6.75 |
| 16179174 | INDYMAC | 7.838 |
| 16179435 | EMC Mortgage | 7.125 |
| 16178782 | GMAC | 6.75 |
| 16180046 | PAUL FINANCIAL | 7.875 |
| 16179030 | INDYMAC | 7.388 |
| 16179020 | INDYMAC | 8.288 |
| 16178585 | GMAC | 6.75 |
| 16180098 | PAUL FINANCIAL | 6.125 |
| 16178574 | GMAC | 6.5 |
| 16178289 | GMAC | 6.625 |
| 16178254 | GMAC | 7.25 |
| 16179853 | EMC Mortgage | 7.375 |
| 16179902 | EMC Mortgage | 7.25 |
| 16180609 | Wells Fargo | 6.125 |
| 16179458 | EMC Mortgage | 6.875 |
| 16179998 | EMC Mortgage | 7.25 |
| 16179005 | INDYMAC | 8.263 |
| 16179400 | EMC Mortgage | 7.375 |
| 16178932 | INDYMAC | 7.888 |
| 16180081 | PAUL FINANCIAL | 7.5 |
| 16178582 | GMAC | 7.125 |

| | | |
|---|---|---|
| 16179257 | INDYMAC | 7.288 |
| 16178615 | GMAC | 6.25 |
| 16179126 | INDYMAC | 7.588 |
| 16179903 | EMC Mortgage | 7.375 |
| 16180610 | Wells Fargo | 7.125 |
| 16180160 | PAUL FINANCIAL | 7.25 |
| 16179459 | EMC Mortgage | 7.25 |
| 16179626 | EMC Mortgage | 7.375 |
| 16178443 | GMAC | 6.25 |
| 16179357 | EMC Mortgage | 7.375 |
| 16179401 | EMC Mortgage | 7.25 |
| 16179021 | INDYMAC | 7.768 |
| 16178331 | GMAC | 6.75 |
| 16179658 | EMC Mortgage | 7.375 |
| 16180041 | PAUL FINANCIAL | 7.75 |
| 16179218 | INDYMAC | 7.038 |
| 16178465 | GMAC | 7 |
| 16178665 | GMAC | 6.625 |
| 16178255 | GMAC | 6.75 |
| 16179854 | EMC Mortgage | 7.375 |
| 16179904 | EMC Mortgage | 7.375 |
| 16179945 | EMC Mortgage | 7.375 |
| 16180611 | Wells Fargo | 6.625 |
| 16179402 | EMC Mortgage | 7.375 |
| 16179974 | EMC Mortgage | 7.375 |
| 16178957 | INDYMAC | 7.188 |
| 16178480 | GMAC | 6.5 |
| 16179677 | EMC Mortgage | 7.375 |
| 16180093 | PAUL FINANCIAL | 6.75 |
| 16178285 | GMAC | 6.25 |
| 16178346 | GMAC | 6.5 |
| 16179111 | INDYMAC | 7.413 |
| 16179855 | EMC Mortgage | 7.375 |
| 16179905 | EMC Mortgage | 7.375 |
| 16180168 | PAUL FINANCIAL | 7.125 |
| 16178703 | GMAC | 6.5 |
| 16178695 | GMAC | 6.25 |
| 16178777 | GMAC | 6.375 |
| 16178235 | GMAC | 5.75 |
| 16179994 | EMC Mortgage | 7.33833 |
| 16179876 | EMC Mortgage | 7.375 |
| 16180501 | Wells Fargo | 6.75 |
| 16180571 | Wells Fargo | 6.25 |
| 16179094 | INDYMAC | 8.328 |
| 16178356 | GMAC | 6.45 |
| 16180339 | Wells Fargo | 6.875 |
| 16180403 | Wells Fargo | 7.4 |
| 16179730 | EMC Mortgage | 7.375 |
| 16179343 | EMC Mortgage | 7.625 |
| 16180086 | PAUL FINANCIAL | 6.875 |
| 16178673 | GMAC | 6.75 |
| 16178185 | GMAC | 6.5 |
| 16179995 | EMC Mortgage | 7.375 |
| 16180502 | Wells Fargo | 5.875 |
| 16180572 | Wells Fargo | 6.75 |
| 16180187 | PAUL FINANCIAL | 7.5 |
| 16179430 | EMC Mortgage | 7.375 |
| 16180340 | Wells Fargo | 7.25 |
| 16180404 | Wells Fargo | 7.75 |
| 16178810 | GMAC | 6.875 |
| 16178973 | INDYMAC | 8.263 |
| 16179050 | INDYMAC | 7.988 |
| 16178433 | GMAC | 6.5 |
| 16178329 | GMAC | 6.375 |
| 16178308 | GMAC | 6.25 |
| 16178236 | GMAC | 6.5 |
| 16180503 | Wells Fargo | 6.25 |
| 16179877 | EMC Mortgage | 7.375 |
| 16180573 | Wells Fargo | 6.5 |
| 16179078 | INDYMAC | 7.138 |
| 16179095 | INDYMAC | 7.638 |
| 16179431 | EMC Mortgage | 7.375 |
| 16180341 | Wells Fargo | 6.5 |
| 16180405 | Wells Fargo | 6.625 |
| 16179832 | EMC Mortgage | 6.875 |
| 16180113 | PAUL FINANCIAL | 6.875 |
| 16179971 | EMC Mortgage | 7.375 |
| 16178903 | INDYMAC | 7.588 |
| 16179768 | EMC Mortgage | 7.625 |
| 16178788 | GMAC | 5.875 |
| 16178902 | INDYMAC | 7.588 |
| 16179237 | INDYMAC | 7.588 |
| 16180604 | Wells Fargo | 6.5 |
| 16179547 | EMC Mortgage | 7.25 |
| 16179103 | INDYMAC | 7.588 |
| 16180504 | Wells Fargo | 7 |
| 16180574 | Wells Fargo | 6.5 |
| 16179432 | EMC Mortgage | 7.375 |
| 16180342 | Wells Fargo | 6.75 |
| 16179833 | EMC Mortgage | 7.375 |
| 16178800 | GMAC | 6.125 |
| 16179541 | EMC Mortgage | 7.375 |
| 16178288 | GMAC | 6.75 |
| 16178464 | GMAC | 6.625 |
| 16178252 | GMAC | 6.375 |

| | | |
|---|---|---|
| 16178343 | GMAC | 6.875 |
| 16178554 | GMAC | 6.375 |
| 16180605 | Wells Fargo | 6.75 |
| 16179944 | EMC Mortgage | 7.375 |
| 16178526 | GMAC | 6.625 |
| 16178237 | GMAC | 5.75 |
| 16180505 | Wells Fargo | 6.875 |
| 16179878 | EMC Mortgage | 7.375 |
| 16180575 | Wells Fargo | 6.625 |
| 16178474 | GMAC | 6.75 |
| 16179433 | EMC Mortgage | 7.375 |
| 16179780 | EMC Mortgage | 7.125 |
| 16180343 | Wells Fargo | 6.5 |
| 16179834 | EMC Mortgage | 7 |
| 16178412 | GMAC | 6.625 |
| 16178698 | GMAC | 6.875 |
| 16178905 | INDYMAC | 7.588 |
| 16180131 | PAUL FINANCIAL | 7.375 |
| 16180104 | PAUL FINANCIAL | 7.875 |
| 16180031 | PAUL FINANCIAL | 7.125 |
| 16178751 | GMAC | 6.5 |
| 16179256 | INDYMAC | 7.25 |
| 16178467 | GMAC | 6.75 |
| 16179222 | INDYMAC | 6.688 |
| 16179900 | EMC Mortgage | 7.375 |
| 16178749 | GMAC | 6.625 |
| 16180606 | Wells Fargo | 6.125 |
| 16178559 | GMAC | 7.125 |
| 16178553 | GMAC | 5.375 |
| 16179199 | INDYMAC | 6.138 |
| 16180506 | Wells Fargo | 6.5 |
| 16179767 | EMC Mortgage | 7.375 |
| 16180344 | Wells Fargo | 7.125 |
| 16178442 | GMAC | 6.5 |
| 16179972 | EMC Mortgage | 7.25 |
| 16179769 | EMC Mortgage | 7.375 |
| 16178253 | GMAC | 5.75 |
| 16179210 | INDYMAC | 7.413 |
| 16180607 | Wells Fargo | 6.375 |
| 16179996 | EMC Mortgage | 7.375 |
| 16178492 | GMAC | 7.25 |
| 16180507 | Wells Fargo | 6.625 |
| 16179879 | EMC Mortgage | 7.375 |
| 16179079 | INDYMAC | 7.988 |
| 16179434 | EMC Mortgage | 7.375 |
| 16178720 | GMAC | 6.5 |
| 16180043 | PAUL FINANCIAL | 7.125 |
| 16178871 | GMAC | 6.75 |
| 16179281 | INDYMAC | 7.413 |
| 16178233 | GMAC | 6.25 |
| 16180567 | Wells Fargo | 6.375 |
| 16180335 | Wells Fargo | 6.75 |
| 16180399 | Wells Fargo | 6.625 |
| 16180068 | PAUL FINANCIAL | 8 |
| 16180467 | Wells Fargo | 6.5 |
| 16179086 | INDYMAC | 7.188 |
| 16180305 | Wells Fargo | 7 |
| 16178411 | GMAC | 6.75 |
| 16178400 | GMAC | 6.375 |
| 16178452 | GMAC | 6.375 |
| 16179615 | EMC Mortgage | 7.875 |
| 16178500 | GMAC | 6.5 |
| 16179873 | EMC Mortgage | 7.375 |
| 16180568 | Wells Fargo | 6.625 |
| 16180336 | Wells Fargo | 6 |
| 16180400 | Wells Fargo | 5.75 |
| 16180306 | Wells Fargo | 6.25 |
| 16179645 | EMC Mortgage | 6.625 |
| 16180154 | PAUL FINANCIAL | 7.625 |
| 16179728 | EMC Mortgage | 7.375 |
| 16180021 | EMC Mortgage | 7.125 |
| 16179616 | EMC Mortgage | 7.375 |
| 16178234 | GMAC | 5.75 |
| 16180499 | Wells Fargo | 6.375 |
| 16179874 | EMC Mortgage | 7.375 |
| 16180569 | Wells Fargo | 6.625 |
| 16180337 | Wells Fargo | 7.25 |
| 16180175 | PAUL FINANCIAL | 6.75 |
| 16179479 | EMC Mortgage | 7 |
| 16180401 | Wells Fargo | 6.875 |
| 16178994 | INDYMAC | 8.288 |
| 16180468 | Wells Fargo | 6.875 |
| 16179729 | EMC Mortgage | 7.375 |
| 16178453 | GMAC | 6.625 |
| 16180096 | PAUL FINANCIAL | 7.25 |
| 16178677 | GMAC | 6.875 |
| 16178461 | GMAC | 6.25 |
| 16178182 | GMAC | 6.375 |
| 16180078 | PAUL FINANCIAL | 7.25 |
| 16180500 | Wells Fargo | 6.875 |
| 16179875 | EMC Mortgage | 7.25 |
| 16180570 | Wells Fargo | 6.375 |
| 16180338 | Wells Fargo | 6.875 |
| 16180402 | Wells Fargo | 6.75 |
| 16180469 | Wells Fargo | 7.375 |

Unassociated Document                                                    Page 210 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 211 of 279

| | | |
|---|---|---|
| 16178653 | GMAC | 6 |
| 16179075 | INDYMAC | 7.388 |
| 16179049 | INDYMAC | 7.388 |
| 16180118 | PAUL FINANCIAL | 6.875 |
| 16179501 | EMC Mortgage | 7.375 |
| 16180229 | Wells Fargo | 6.75 |
| 16178362 | GMAC | 5.5 |
| 16178744 | GMAC | 6.75 |
| 16179376 | EMC Mortgage | 7 |
| 16179546 | EMC Mortgage | 7.375 |
| 16180529 | Wells Fargo | 6 |
| 16180298 | Wells Fargo | 6 |
| 16180366 | Wells Fargo | 7.25 |
| 16178421 | GMAC | 6.625 |
| 16179693 | EMC Mortgage | 7.375 |
| 16180123 | PAUL FINANCIAL | 7.5 |
| 16180035 | PAUL FINANCIAL | 7 |
| 16179776 | EMC Mortgage | 6.875 |
| 16180230 | Wells Fargo | 6 |
| 16179502 | EMC Mortgage | 7.375 |
| 16180063 | PAUL FINANCIAL | 7 |
| 16180180 | PAUL FINANCIAL | 7.625 |
| 16179189 | INDYMAC | 7.413 |
| 16180461 | Wells Fargo | 7.25 |
| 16180530 | Wells Fargo | 6.75 |
| 16180299 | Wells Fargo | 7.125 |
| 16180367 | Wells Fargo | 5.875 |
| 16178491 | GMAC | 5.875 |
| 16178450 | GMAC | 6.25 |
| 16178946 | INDYMAC | 7.638 |
| 16178968 | INDYMAC | 7.263 |
| 16179046 | INDYMAC | 8.088 |
| 16178709 | GMAC | 6.875 |
| 16180112 | PAUL FINANCIAL | 7.375 |
| 16179053 | INDYMAC | 8.288 |
| 16179705 | EMC Mortgage | 1.75 |
| 16178624 | GMAC | 7.25 |
| 16180103 | PAUL FINANCIAL | 7.875 |
| 16180231 | Wells Fargo | 6.25 |
| 16179119 | INDYMAC | 6.538 |
| 16180462 | Wells Fargo | 7 |
| 16180531 | Wells Fargo | 6.5 |
| 16180300 | Wells Fargo | 6.5 |
| 16180368 | Wells Fargo | 6.375 |
| 16179722 | EMC Mortgage | 7.375 |
| 16178694 | GMAC | 6.875 |
| 16180050 | PAUL FINANCIAL | 7.375 |
| 16180149 | PAUL FINANCIAL | 7.25 |
| 16179279 | INDYMAC | 7.413 |
| 16179296 | INDYMAC | 6.913 |
| 16180072 | PAUL FINANCIAL | 7.875 |
| 16180232 | Wells Fargo | 6.5 |
| 16178886 | INDYMAC | 7.138 |
| 16179308 | EMC Mortgage | 7.875 |
| 16179377 | EMC Mortgage | 7.375 |
| 16180463 | Wells Fargo | 6.375 |
| 16180532 | Wells Fargo | 6 |
| 16179147 | INDYMAC | 7.413 |
| 16179084 | INDYMAC | 8.263 |
| 16180301 | Wells Fargo | 6.75 |
| 16180369 | Wells Fargo | 6 |
| 16179723 | EMC Mortgage | 7.375 |
| 16178451 | GMAC | 6.5 |
| 16179813 | EMC Mortgage | 7.125 |
| 16179027 | INDYMAC | 6.788 |
| 16179706 | EMC Mortgage | 6.875 |
| 16178326 | GMAC | 5.75 |
| 16180089 | PAUL FINANCIAL | 7 |
| 16178388 | GMAC | 5.875 |
| 16178670 | GMAC | 6.75 |
| 16179378 | EMC Mortgage | 7.875 |
| 16180464 | Wells Fargo | 6.5 |
| 16180533 | Wells Fargo | 7 |
| 16180302 | Wells Fargo | 6.5 |
| 16180370 | Wells Fargo | 6.125 |
| 16179724 | EMC Mortgage | 7.375 |
| 16179766 | EMC Mortgage | 7.375 |
| 16178702 | GMAC | 6.5 |
| 16178947 | INDYMAC | 7.513 |
| 16179814 | EMC Mortgage | 6.75 |
| 16178422 | GMAC | 6.875 |
| 16180094 | PAUL FINANCIAL | 7.75 |
| 16180150 | PAUL FINANCIAL | 7.125 |
| 16179515 | EMC Mortgage | 7.375 |
| 16178740 | GMAC | 5.625 |
| 16180398 | Wells Fargo | 7.25 |
| 16180465 | Wells Fargo | 7.125 |
| 16180534 | Wells Fargo | 7.5 |
| 16179085 | INDYMAC | 8.138 |
| 16178972 | INDYMAC | 7.788 |
| 16180303 | Wells Fargo | 5.875 |
| 16180158 | PAUL FINANCIAL | 7.625 |
| 16179159 | INDYMAC | 7.413 |
| 16180371 | Wells Fargo | 6.125 |
| 16179063 | INDYMAC | 8.288 |

| | | |
|---|---|---|
| 16178987 | INDYMAC | 7.288 |
| 16179725 | EMC Mortgage | 7.375 |
| 16179595 | EMC Mortgage | 6.125 |
| 16178797 | GMAC | 6.75 |
| 16180135 | PAUL FINANCIAL | 7.375 |
| 16178606 | GMAC | 6.875 |
| 16179342 | EMC Mortgage | 7.375 |
| 16178899 | INDYMAC | 7.413 |
| 16180566 | Wells Fargo | 6.25 |
| 16180466 | Wells Fargo | 6.25 |
| 16178965 | INDYMAC | 8.263 |
| 16180535 | Wells Fargo | 6.5 |
| 16180304 | Wells Fargo | 6.25 |
| 16178432 | GMAC | 6.75 |
| 16178988 | INDYMAC | 7.388 |
| 16179726 | EMC Mortgage | 7.375 |
| 16178881 | GMAC | 6 |
| 16180055 | PAUL FINANCIAL | 8 |
| 16179962 | EMC Mortgage | 7.375 |
| 16178910 | INDYMAC | 8.288 |
| 16178573 | GMAC | 6.375 |
| 16179239 | INDYMAC | 7.838 |
| 16179305 | EMC Mortgage | 6.75 |
| 16178244 | GMAC | 5.875 |
| 16178664 | GMAC | 6.625 |
| 16178513 | GMAC | 6.5 |
| 16179841 | EMC Mortgage | 7 |
| 16179887 | EMC Mortgage | 7.375 |
| 16180520 | Wells Fargo | 6.75 |
| 16180589 | Wells Fargo | 7.5 |
| 16179988 | EMC Mortgage | 7.33833 |
| 16180422 | Wells Fargo | 7 |
| 16180182 | PAUL FINANCIAL | 1 |
| 16179171 | INDYMAC | 7.588 |
| 16178417 | GMAC | 6.5 |
| 16178275 | GMAC | 6.375 |
| 16178478 | GMAC | 6.375 |
| 16178190 | GMAC | 6.125 |
| 16180120 | PAUL FINANCIAL | 7.25 |
| 16180009 | EMC Mortgage | 7.125 |
| 16179842 | EMC Mortgage | 7.375 |
| 16179633 | EMC Mortgage | 7.125 |
| 16180521 | Wells Fargo | 6.5 |
| 16180590 | Wells Fargo | 6.375 |
| 16179936 | EMC Mortgage | 7.33833 |
| 16179444 | EMC Mortgage | 7.375 |
| 16180059 | PAUL FINANCIAL | 7.625 |
| 16180423 | Wells Fargo | 6.625 |
| 16179963 | EMC Mortgage | 7.375 |
| 16179770 | EMC Mortgage | 9.125 |
| 16179954 | EMC Mortgage | 7.375 |
| 16178245 | GMAC | 6.125 |
| 16180522 | Wells Fargo | 6.875 |
| 16179634 | EMC Mortgage | 7 |
| 16179122 | INDYMAC | 7.588 |
| 16180591 | Wells Fargo | 6.375 |
| 16179782 | EMC Mortgage | 7.375 |
| 16180424 | Wells Fargo | 6.5 |
| 16178418 | GMAC | 6.75 |
| 16179964 | EMC Mortgage | 7.375 |
| 16178911 | INDYMAC | 7.488 |
| 16179667 | EMC Mortgage | 7.25 |
| 16179240 | INDYMAC | 7.413 |
| 16179955 | EMC Mortgage | 7.375 |
| 16179844 | EMC Mortgage | 7.375 |
| 16179635 | EMC Mortgage | 7.125 |
| 16179889 | EMC Mortgage | 7.375 |
| 16180523 | Wells Fargo | 6.25 |
| 16179197 | INDYMAC | 7.288 |
| 16180592 | Wells Fargo | 6.5 |
| 16179937 | EMC Mortgage | 7.375 |
| 16178457 | GMAC | 6.375 |
| 16179445 | EMC Mortgage | 7.25 |
| 16178725 | GMAC | 6.375 |
| 16179069 | INDYMAC | 7.888 |
| 16178543 | GMAC | 6.625 |
| 16179668 | EMC Mortgage | 7.375 |
| 16180085 | PAUL FINANCIAL | 7.25 |
| 16179311 | EMC Mortgage | 7.25 |
| 16178680 | GMAC | 6.75 |
| 16179286 | INDYMAC | 6.788 |
| 16180010 | EMC Mortgage | 7.33833 |
| 16178246 | GMAC | 6.875 |
| 16178844 | GMAC | 6.625 |
| 16179793 | EMC Mortgage | 7.625 |
| 16179636 | EMC Mortgage | 7 |
| 16180593 | Wells Fargo | 6.5 |
| 16178419 | GMAC | 6.5 |
| 16179789 | EMC Mortgage | 7.375 |
| 16180136 | PAUL FINANCIAL | 7.625 |
| 16178333 | GMAC | 5.25 |
| 16178176 | GMAC | 5.75 |
| 16179375 | EMC Mortgage | 7.375 |
| 16179550 | EMC Mortgage | 7.375 |
| 16180528 | Wells Fargo | 6.5 |

| | | |
|---|---|---|
| 16180297 | Wells Fargo | 7.5 |
| 16179158 | INDYMAC | 7.413 |
| 16180365 | Wells Fargo | 7.75 |
| 16179038 | INDYMAC | 7.588 |
| 16180267 | Wells Fargo | 6.75 |
| 16179591 | EMC Mortgage | 7.21333 |
| 16179026 | INDYMAC | 8.263 |
| 16178312 | GMAC | 6.125 |
| 16179568 | EMC Mortgage | 7.375 |
| 16178324 | GMAC | 6 |
| 16178711 | GMAC | 6.5 |
| 16178630 | GMAC | 7.5 |
| 16179522 | EMC Mortgage | 7.375 |
| 16178631 | GMAC | 6.5 |
| 16179523 | EMC Mortgage | 7.375 |
| 16178470 | GMAC | 6.5 |
| 16180095 | PAUL FINANCIAL | 7 |
| 16179961 | EMC Mortgage | 7.33833 |
| 16179532 | EMC Mortgage | 7.375 |
| 16178393 | GMAC | 6.25 |
| 16180101 | PAUL FINANCIAL | 7.125 |
| 16180087 | PAUL FINANCIAL | 7.625 |
| 16180100 | PAUL FINANCIAL | 8 |
| 16178737 | GMAC | 7.125 |
| 16178614 | GMAC | 6.625 |
| 16180519 | Wells Fargo | 6.625 |
| 16179886 | EMC Mortgage | 7.375 |
| 16180588 | Wells Fargo | 6.5 |
| 16179934 | EMC Mortgage | 7.375 |
| 16179987 | EMC Mortgage | 7.375 |
| 16180421 | Wells Fargo | 6.375 |
| 16178986 | INDYMAC | 8.288 |
| 16180488 | Wells Fargo | 7 |
| 16178995 | INDYMAC | 7.388 |
| 16179420 | EMC Mortgage | 6.875 |
| 16178287 | GMAC | 6.25 |
| 16178438 | GMAC | 6.5 |
| 16178752 | GMAC | 6.25 |
| 16178229 | GMAC | 6.75 |
| 16180489 | Wells Fargo | 6 |
| 16179865 | EMC Mortgage | 7.375 |
| 16180559 | Wells Fargo | 6.75 |
| 16180394 | Wells Fargo | 6.75 |
| 16180459 | Wells Fargo | 6.75 |
| 16178408 | GMAC | 6.25 |
| 16179606 | EMC Mortgage | 7.375 |
| 16179625 | EMC Mortgage | 7.375 |
| 16178982 | INDYMAC | 7.488 |
| 16179720 | EMC Mortgage | 2.5 |
| 16180038 | PAUL FINANCIAL | 7.5 |
| 16180082 | PAUL FINANCIAL | 6.875 |
| 16178867 | GMAC | 6.625 |
| 16179989 | EMC Mortgage | 2.5 |
| 16179866 | EMC Mortgage | 7.33833 |
| 16180490 | Wells Fargo | 7.5 |
| 16180560 | Wells Fargo | 6.25 |
| 16179421 | EMC Mortgage | 7.375 |
| 16180329 | Wells Fargo | 6.75 |
| 16180395 | Wells Fargo | 6.375 |
| 16180460 | Wells Fargo | 7.125 |
| 16178807 | GMAC | 6.5 |
| 16179167 | INDYMAC | 7.588 |
| 16180164 | PAUL FINANCIAL | 7.625 |
| 16180056 | PAUL FINANCIAL | 7.125 |
| 16179827 | EMC Mortgage | 6.75 |
| 16178430 | GMAC | 6.75 |
| 16178530 | GMAC | 6.375 |
| 16178776 | GMAC | 6.375 |
| 16179534 | EMC Mortgage | 7.375 |
| 16179517 | EMC Mortgage | 7.375 |
| 16178230 | GMAC | 6.625 |
| 16179990 | EMC Mortgage | 7.125 |
| 16179867 | EMC Mortgage | 7.375 |
| 16180491 | Wells Fargo | 6.75 |
| 16180561 | Wells Fargo | 5.875 |
| 16178977 | INDYMAC | 7.688 |
| 16180330 | Wells Fargo | 6 |
| 16180396 | Wells Fargo | 6.25 |
| 16178409 | GMAC | 6.875 |
| 16179721 | EMC Mortgage | 7.375 |
| 16179312 | EMC Mortgage | 7 |
| 16179535 | EMC Mortgage | 7.33833 |
| 16179304 | INDYMAC | 7.288 |
| 16178577 | GMAC | 6.625 |
| 16178671 | GMAC | 6.5 |
| 16178746 | GMAC | 6.5 |
| 16178507 | GMAC | 6.75 |
| 16178558 | GMAC | 7.25 |
| 16180425 | Wells Fargo | 6.375 |
| 16180492 | Wells Fargo | 5.875 |
| 16180562 | Wells Fargo | 7.25 |
| 16179002 | INDYMAC | 7.888 |
| 16180331 | Wells Fargo | 7.25 |
| 16178439 | GMAC | 6.875 |
| 16179058 | INDYMAC | 8.288 |

| | | |
|---|---|---|
| 16178431 | GMAC | 6.375 |
| 16180167 | PAUL FINANCIAL | 7.5 |
| 16179536 | EMC Mortgage | 7.375 |
| 16179332 | EMC Mortgage | 7.125 |
| 16180071 | PAUL FINANCIAL | 7.25 |
| 16179938 | EMC Mortgage | 7.375 |
| 16178231 | GMAC | 6.625 |
| 16180426 | Wells Fargo | 6.25 |
| 16179868 | EMC Mortgage | 7.375 |
| 16180493 | Wells Fargo | 6.875 |
| 16180563 | Wells Fargo | 6.5 |
| 16178978 | INDYMAC | 8.288 |
| 16179647 | EMC Mortgage | 7.375 |
| 16180332 | Wells Fargo | 7.75 |
| 16180397 | Wells Fargo | 6 |
| 16179743 | EMC Mortgage | 7.375 |
| 16180142 | PAUL FINANCIAL | 7.625 |
| 16179965 | EMC Mortgage | 7.375 |
| 16179537 | EMC Mortgage | 7.375 |
| 16178672 | GMAC | 6.75 |
| 16180189 | PAUL FINANCIAL | 7.625 |
| 16179939 | EMC Mortgage | 7.375 |
| 16180594 | Wells Fargo | 6.25 |
| 16179991 | EMC Mortgage | 7.375 |
| 16180427 | Wells Fargo | 6.75 |
| 16179869 | EMC Mortgage | 7.375 |
| 16180494 | Wells Fargo | 7.375 |
| 16180564 | Wells Fargo | 7.5 |
| 16179003 | INDYMAC | 6.838 |
| 16179093 | INDYMAC | 7.388 |
| 16180333 | Wells Fargo | 6.125 |
| 16178993 | INDYMAC | 7.388 |
| 16179798 | EMC Mortgage | 4.875 |
| 16179538 | EMC Mortgage | 7.33833 |
| 16179338 | EMC Mortgage | 7.375 |
| 16178276 | GMAC | 6.625 |
| 16178542 | GMAC | 6.25 |
| 16178247 | GMAC | 6.5 |
| 16180595 | Wells Fargo | 6.375 |
| 16178232 | GMAC | 6.5 |
| 16180428 | Wells Fargo | 7.375 |
| 16179870 | EMC Mortgage | 7.375 |
| 16180495 | Wells Fargo | 6.625 |
| 16180565 | Wells Fargo | 6.5 |
| 16179172 | INDYMAC | 7.413 |
| 16179425 | EMC Mortgage | 6.875 |
| 16178410 | GMAC | 6.5 |
| 16178929 | INDYMAC | 7.088 |
| 16178747 | GMAC | 6.5 |
| 16179940 | EMC Mortgage | 7.375 |
| 16180596 | Wells Fargo | 6.375 |
| 16179992 | EMC Mortgage | 7.375 |
| 16180429 | Wells Fargo | 5.875 |
| 16179871 | EMC Mortgage | 7.375 |
| 16180496 | Wells Fargo | 6.5 |
| 16180173 | PAUL FINANCIAL | 6.375 |
| 16179426 | EMC Mortgage | 7.375 |
| 16180334 | Wells Fargo | 6.125 |
| 16178440 | GMAC | 6.375 |
| 16179745 | EMC Mortgage | 7.375 |
| 16178808 | GMAC | 7.125 |
| 16179966 | EMC Mortgage | 6.875 |
| 16179028 | INDYMAC | 7.788 |
| 16178930 | INDYMAC | 7.038 |
| 16178344 | GMAC | 6.375 |
| 16178248 | GMAC | 5.875 |
| 16179893 | EMC Mortgage | 7.375 |
| 16179941 | EMC Mortgage | 7.288 |
| 16180597 | Wells Fargo | 5.875 |
| 16179181 | INDYMAC | 7.588 |
| 16180430 | Wells Fargo | 7.5 |
| 16179186 | INDYMAC | 7.338 |
| 16179872 | EMC Mortgage | 7.375 |
| 16180497 | Wells Fargo | 6.375 |
| 16178861 | GMAC | 6.625 |
| 16179004 | INDYMAC | 8.288 |
| 16179427 | EMC Mortgage | 7.375 |
| 16178731 | GMAC | 6.375 |
| 16180145 | PAUL FINANCIAL | 7.875 |
| 16179967 | EMC Mortgage | 7.375 |
| 16179539 | EMC Mortgage | 7.375 |
| 16178539 | GMAC | 6.375 |
| 16180121 | PAUL FINANCIAL | 7.25 |
| 16178345 | GMAC | 6.5 |
| 16178217 | GMAC | 6.75 |
| 16178738 | GMAC | 5.875 |
| 16178498 | GMAC | 6.25 |
| 16180015 | EMC Mortgage | 7.375 |
| 16178609 | GMAC | 6.375 |
| 16179894 | EMC Mortgage | 7.375 |
| 16180002 | EMC Mortgage | 7.375 |
| 16179187 | INDYMAC | 7.413 |
| 16178501 | GMAC | 6.75 |
| 16180513 | Wells Fargo | 6.5 |
| 16179882 | EMC Mortgage | 7.25 |

| | | |
|---|---|---|
| 16179440 | EMC Mortgage | 7.75 |
| 16179445 | GMAC | 6.75 |
| 16178316 | GMAC | 6.875 |
| 16180064 | PAUL FINANCIAL | 7.125 |
| 16179543 | EMC Mortgage | 7.375 |
| 16178907 | INDYMAC | 7.288 |
| 16178347 | GMAC | 6.875 |
| 16179649 | EMC Mortgage | 7.25 |
| 16178257 | GMAC | 6.25 |
| 16179200 | INDYMAC | 7.413 |
| 16180615 | Wells Fargo | 6.25 |
| 16180003 | EMC Mortgage | 7.375 |
| 16178242 | GMAC | 6.5 |
| 16178321 | GMAC | 5.625 |
| 16178998 | INDYMAC | 7.488 |
| 16180514 | Wells Fargo | 6.125 |
| 16179629 | EMC Mortgage | 7.375 |
| 16180583 | Wells Fargo | 6.75 |
| 16179441 | EMC Mortgage | 7.33833 |
| 16179340 | EMC Mortgage | 7.375 |
| 16178274 | GMAC | 6.625 |
| 16178538 | GMAC | 6.5 |
| 16179612 | EMC Mortgage | 7.25 |
| 16179651 | EMC Mortgage | 7.375 |
| 16178904 | INDYMAC | 7.588 |
| 16178579 | GMAC | 7.25 |
| 16180090 | PAUL FINANCIAL | 8 |
| 16178616 | GMAC | 6.875 |
| 16179907 | EMC Mortgage | 7.375 |
| 16180616 | Wells Fargo | 6.25 |
| 16179949 | EMC Mortgage | 7.375 |
| 16179188 | INDYMAC | 7.838 |
| 16180515 | Wells Fargo | 6.375 |
| 16179080 | INDYMAC | 7.888 |
| 16178446 | GMAC | 6.5 |
| 16179800 | EMC Mortgage | 7.375 |
| 16178839 | GMAC | 7 |
| 16179661 | EMC Mortgage | 7.25 |
| 16178348 | GMAC | 5.75 |
| 16178330 | GMAC | 6.875 |
| 16178258 | GMAC | 6.875 |
| 16180097 | PAUL FINANCIAL | 7.125 |
| 16179908 | EMC Mortgage | 7.33833 |
| 16179238 | INDYMAC | 7.038 |
| 16180617 | Wells Fargo | 7.5 |
| 16179192 | INDYMAC | 7.438 |
| 16180516 | Wells Fargo | 5.875 |
| 16180148 | PAUL FINANCIAL | 6.625 |
| 16178732 | GMAC | 6.375 |
| 16179662 | EMC Mortgage | 1.75 |
| 16178187 | GMAC | 7.375 |
| 16178268 | GMAC | 6 |
| 16178188 | GMAC | 7.25 |
| 16179791 | EMC Mortgage | 1 |
| 16179795 | EMC Mortgage | 1 |
| 16179797 | EMC Mortgage | 1 |
| 16179959 | EMC Mortgage | 1 |
| 16179799 | EMC Mortgage | 2 |
| 16178350 | GMAC | 7.5 |
| 16178351 | GMAC | 7.5 |
| 16178270 | GMAC | 5.875 |
| 16178514 | GMAC | 6.75 |
| 16178352 | GMAC | 6.75 |
| 16178271 | GMAC | 6.125 |
| 16178272 | GMAC | 6.125 |
| 16179325 | EMC Mortgage | 8.625 |
| 16179406 | EMC Mortgage | 7.375 |
| 16178515 | GMAC | 7.25 |
| 16179326 | EMC Mortgage | 9 |
| 16178516 | GMAC | 6.5 |
| 16178273 | GMAC | 7.5 |
| 16178193 | GMAC | 7 |
| 16179409 | EMC Mortgage | 7.375 |
| 16178194 | GMAC | 7 |
| 16178195 | GMAC | 7.5 |
| 16178196 | GMAC | 7.375 |
| 16178277 | GMAC | 5.125 |
| 16178358 | GMAC | 6.875 |
| 16178197 | GMAC | 7 |
| 16178278 | GMAC | 6.625 |
| 16178198 | GMAC | 6 |
| 16178279 | GMAC | 7.375 |
| 16178199 | GMAC | 6.125 |
| 16180004 | EMC Mortgage | 7.08833 |
| 16178520 | GMAC | 6.5 |
| 16178603 | GMAC | 7.375 |
| 16178360 | GMAC | 6.25 |
| 16178604 | GMAC | 7.5 |
| 16178607 | GMAC | 6.375 |
| 16179336 | EMC Mortgage | 2 |
| 16178283 | GMAC | 6.125 |
| 16178284 | GMAC | 7 |
| 16179337 | EMC Mortgage | 2 |
| 16178527 | GMAC | 7.5 |
| 16178529 | GMAC | 6.5 |

| | | |
|---|---|---|
| 16179892 | EMC Mortgage | 6.96333 |
| 16180019 | EMC Mortgage | 1 |
| 16178612 | GMAC | 7.5 |
| 16178370 | GMAC | 5.625 |
| 16178533 | GMAC | 6.875 |
| 16178534 | GMAC | 6.125 |
| 16178535 | GMAC | 7.375 |
| 16178536 | GMAC | 6.5 |
| 16178537 | GMAC | 6.5 |
| 16178456 | GMAC | 7.25 |
| 16178294 | GMAC | 7.375 |
| 16178618 | GMAC | 6.625 |
| 16178296 | GMAC | 6.25 |
| 16178459 | GMAC | 7.375 |
| 16178298 | GMAC | 7.375 |
| 16178379 | GMAC | 5.875 |
| 16180020 | EMC Mortgage | 1 |
| 16178701 | GMAC | 7.375 |
| 16178540 | GMAC | 7 |
| 16179350 | EMC Mortgage | 7.375 |
| 16178460 | GMAC | 7.375 |
| 16178623 | GMAC | 6.5 |
| 16178705 | GMAC | 6.125 |
| 16178463 | GMAC | 6.25 |
| 16178382 | GMAC | 5.875 |
| 16178544 | GMAC | 7.375 |
| 16178707 | GMAC | 6.75 |
| 16179518 | EMC Mortgage | 7.375 |
| 16178627 | GMAC | 7.375 |
| 16178385 | GMAC | 5.875 |
| 16178628 | GMAC | 7.375 |
| 16178466 | GMAC | 7.375 |
| 16178469 | GMAC | 7.5 |
| 16178389 | GMAC | 5.25 |
| 16178710 | GMAC | 7.25 |
| 16180393 | Wells Fargo | 6.625 |
| 16178964 | INDYMAC | 7.388 |
| 16179000 | INDYMAC | 8.288 |
| 16179083 | INDYMAC | 7.628 |
| 16180296 | Wells Fargo | 7.25 |
| 16179605 | EMC Mortgage | 7.25 |
| 16179157 | INDYMAC | 7.588 |
| 16179719 | EMC Mortgage | 7.375 |
| 16180042 | PAUL FINANCIAL | 7.75 |
| 16178532 | GMAC | 6.25 |
| 16178521 | GMAC | 5.75 |
| 16179486 | EMC Mortgage | 6.5 |
| 16178896 | INDYMAC | 7.413 |
| 99999001 | Wells Fargo | 6.875 |
| 99999004 | Wells Fargo | 7.225 |
| 99999005 | Wells Fargo | 6.875 |
| 99999007 | Wells Fargo | 6.875 |
| 99999010 | INDYMAC | 6.988 |
| 15980136 | EMC Mortgage | 7 |
| 99999200 | Wells Fargo | 7.75 |
| 99999201 | Wells Fargo | 6.625 |
| 99999202 | Wells Fargo | 7.25 |

| LOAN_SEQ | CITY1 | STATE | ZIP_CODE |
|---|---|---|---|
| 16180262 | OSWEGO | IL | 60543 |
| 122405144 | SAN DIEGO | CA | 92139 |
| 16178479 | LOVELAND | CO | 80537 |
| 16179674 | SOUTH WINDSOR | CT | 6074 |
| 16180224 | WINSTON SALEM | NC | 27107 |
| 16179289 | SAN LEANDRO | CA | 94577 |
| 16179228 | POWAY | CA | 92064 |
| 16178371 | SCOTTSDALE | AZ | 85260 |
| 16179245 | CORONA | CA | 92883 |
| 16179852 | DENVER | CO | 80204 |
| 16180263 | HALETHORPE | MD | 21227 |
| 16179810 | SAN DIEGO | CA | 92113 |
| 16178940 | LOS ANGELES | CA | 90026 |
| 16180106 | SAN RAMON | CA | 94582 |
| 16180161 | COLORADO SPRINGS | CO | 80909 |
| 16180225 | KANSAS CITY | MO | 64119 |
| 16179773 | CORONA | CA | 92880 |
| 16178566 | PEORIA | AZ | 85345 |
| 16179511 | READING STATION | PA | 19606 |
| 16179290 | LIVERMORE | CA | 94551 |
| 16179920 | COTTONWOOD HEIGHTS | UT | 84121 |
| 16179019 | RANCHO CUCAMONGA | CA | 91739 |
| 16180362 | ALPINE | NJ | 7620 |
| 16180264 | SKOKIE | IL | 60076 |
| 16179811 | LOXAHATCHEE | FL | 33470 |
| 16178420 | LAS VEGAS | NV | 89147 |
| 16179566 | PARKER | CO | 80138 |
| 16179675 | CLEARWATER | FL | 33763 |
| 16180122 | DOS PALOS | CA | 93620 |
| 16178735 | DORAL | FL | 33166 |
| 16180226 | PASO ROBLES | CA | 93446 |
| 16179512 | OLDSMAR | FL | 34677 |
| 16179214 | ESCONDIDO | CA | 92027 |

| | | | |
|---|---|---|---|
| 16179133 | MESA | AZ | 85207 |
| 16179373 | ORLANDO | FL | 32826 |
| 16180363 | NORTHRIDGE AREA | CA | 91324 |
| 16180265 | WAUKEGAN | IL | 60085 |
| 16179703 | LAS VEGAS | NV | 89102 |
| 16179567 | CENTENNIAL | CO | 80112 |
| 16178332 | HORSESHOE BAY | TX | 78657 |
| 16178522 | ROSEVILLE | CA | 95661 |
| 16179482 | BANNING | CA | 92220 |
| 16179118 | SUN CITY | CA | 92586 |
| 16179134 | DALY CITY | CA | 94014 |
| 16179772 | SAN DIEGO | CA | 92154 |
| 16179374 | MIAMI | FL | 33172 |
| 16180364 | SPRING HILL | FL | 34609 |
| 16178546 | DENVER | CO | 80223 |
| 16178967 | STUART | FL | 34997 |
| 16180266 | SHASTA LAKE | CA | 96019 |
| 16179812 | LONG BEACH | CA | 90815 |
| 16179704 | CEDAR HILLS | UT | 84062 |
| 16179034 | INGLEWOOD | CA | 90301 |
| 16179692 | HESPERIA | CA | 92344 |
| 16180137 | SANTA CRUZ | CA | 95060 |
| 16178328 | GARDENA | CA | 90247 |
| 16179278 | GLENDALE | CA | 91204 |
| 16180228 | ROHNERT PARK | CA | 94928 |
| 16178855 | LOUISVILLE | KY | 40220 |
| 16180185 | WALNUT CREEK | CA | 94597 |
| 16179922 | HENDERSON | NV | 89052 |
| 16179942 | FORT MYERS | FL | 33913 |
| 16180598 | QUEEN CREEK | AZ | 85242 |
| 16179008 | SAN JACINTO | CA | 92582 |
| 16179013 | PEORIA | AZ | 85382 |
| 16179203 | DAVENPORT | FL | 33837 |
| 16179449 | HOLLYWOOD | FL | 33024 |
| 16180431 | PHOENIX | AZ | 85086 |
| 16178813 | GREEN BAY | WI | 54311 |
| 16179102 | CHANDLER | AZ | 85224 |
| 16179328 | CHEHALIS | WA | 98532 |
| 16178996 | GOODYEAR | AZ | 85338 |
| 16179428 | FRESNO | CA | 93726 |
| 16178441 | CULVER CITY | CA | 90066 |
| 16179747 | DETROIT | MI | 48228 |
| 16178706 | SPANAWAY | WA | 98387 |
| 16179393 | PITTSBURGH | PA | 15239 |
| 16178681 | TACOMA | WA | 98405 |
| 16178669 | TEMPLE CITY | CA | 91780 |
| 16178528 | EDMONDS | WA | 98026 |
| 16179255 | SALINAS | CA | 93908 |
| 16178249 | FORT COLLINS | CO | 80525 |
| 16180076 | VISALIA | CA | 93292 |
| 16178600 | FONTANA | CA | 92335 |
| 16179895 | LAWRENCEVILLE | GA | 30044 |
| 16180599 | ELK GROVE | CA | 95624 |
| 16179993 | ACWORTH | GA | 30102 |
| 16180432 | SMITHTOWN | NY | 11787 |
| 16179173 | NORTH PORT | FL | 34287 |
| 16179429 | AURORA | CO | 80015 |
| 16180129 | SANTA ROSA | CA | 95404 |
| 16179748 | DAVISON | MI | 48423 |
| 16179968 | HIGHLANDS RANCH | CO | 80126 |
| 16179029 | CALEXICO | CA | 92231 |
| 16178912 | NORTH LAS VEGAS | NV | 89032 |
| 16178931 | LAS VEGAS | NV | 89135 |
| 16178335 | RIALTO | CA | 92377 |
| 16179650 | IRVINE | CA | 92603 |
| 16178310 | ROSEVILLE | CA | 95678 |
| 16178218 | LOS ANGELES | CA | 90272 |
| 16179205 | SACRAMENTO | CA | 95824 |
| 16178739 | CHULA VISTA | CA | 91911 |
| 16180016 | SAN DIEGO | CA | 92139 |
| 16178266 | DECATUR | GA | 30034 |
| 16179847 | GOLDEN | CO | 80403 |
| 16179896 | SAN FRANCISCO | CA | 94118 |
| 16179123 | TORRANCE | CA | 90502 |
| 16180600 | MELROSE PARK | IL | 60160 |
| 16179204 | MIAMI BEACH | FL | 33140 |
| 16179450 | MIAMI | FL | 33190 |
| 16178997 | SAN BERNARDINO | CA | 92410 |
| 16178781 | NORTH SAINT PAUL | MN | 55109 |
| 16179969 | BRIGHTON | CO | 80601 |
| 16178953 | SUNNYVALE | CA | 94086 |
| 16178309 | MIDLAND | MI | 48642 |
| 16179242 | GARDEN GROVE | CA | 92844 |
| 16178250 | STOCKTON | CA | 95206 |
| 16180017 | SAN DIEGO | CA | 92116 |
| 16180601 | OLATHE | KS | 66061 |
| 16179014 | RIVERSIDE | CA | 92503 |
| 16180433 | CARLSBAD | CA | 92009 |
| 16178805 | CONCORD | NC | 28027 |
| 16179355 | HOUSTON | TX | 77089 |
| 16179042 | CITRUS HEIGHTS | CA | 95621 |
| 16180091 | GREELEY | CO | 80634 |
| 16178590 | ELIZABETH | CO | 80107 |
| 16178219 | PHOENIX | AZ | 85041 |
| 16178264 | PALM BAY | FL | 32909 |

| | | | |
|---|---|---|---|
| 16179897 | WAIANAE | HI | 96792 |
| 16179125 | SACRAMENTO | CA | 95864 |
| 16179193 | BEAUMONT | CA | 92223 |
| 16180602 | EVERETT | WA | 98208 |
| 16179198 | FRESNO | CA | 93711 |
| 16179451 | MIAMI | FL | 33186 |
| 16178726 | TAMPA | FL | 33647 |
| 16180048 | WATSONVILLE | CA | 95076 |
| 16180170 | SUISUN CITY | CA | 94585 |
| 16179970 | LITTLETON | CO | 80123 |
| 16179022 | LITCHFIELD PARK | AZ | 85340 |
| 16178295 | WASHINGTON | DC | 20001 |
| 16178575 | ANCHORAGE | AK | 99507 |
| 16178666 | PALM BEACH GARDENS | FL | 33410 |
| 16180116 | FAIRFIELD | CA | 94534 |
| 16178601 | FONTANA | CA | 92336 |
| 16178251 | HOPKINS | MN | 55343 |
| 16179783 | MANASSAS | VA | 20112 |
| 16179849 | PARKER | CO | 80134 |
| 16179898 | CARLSBAD | CA | 92008 |
| 16179194 | PUEBLO WEST | CO | 81007 |
| 16180603 | MT PROSPECT | IL | 60056 |
| 16179452 | LAUDERHILL | FL | 33319 |
| 16180627 | WESLEY CHAPEL | FL | 33543 |
| 16179396 | PALMETTO | FL | 34221 |
| 16178936 | WILMINGTON AREA | CA | 90744 |
| 16178954 | TENAFLY | NJ | 7670 |
| 16178913 | ENCINITAS | CA | 92024 |
| 16179672 | MIAMI | FL | 33178 |
| 16180110 | FAIRFIELD | CA | 94533 |
| 16178291 | TAVARES | FL | 32778 |
| 16179264 | SAN JOSE | CA | 95111 |
| 16178220 | PHOENIX | AZ | 85018 |
| 16180018 | REDDING | CA | 96003 |
| 16179784 | LAS VEGAS | NV | 89109 |
| 16179108 | CHICAGO | IL | 60639 |
| 16179453 | VIRGINIA BEACH | VA | 23456 |
| 16180259 | TRACY | CA | 95376 |
| 16179673 | MASON | MI | 48854 |
| 16178689 | KIRKLAND | WA | 98034 |
| 16178822 | CAMP VERDE | AZ | 86322 |
| 16179265 | MILPITAS | CA | 95035 |
| 16179217 | LOS ANGELES (NORTHRIDGE A | CA | 91326 |
| 16179243 | VENTURA | CA | 93001 |
| 16179201 | OROVILLE | CA | 95966 |
| 16179850 | CONIFER | CO | 80433 |
| 16179899 | RANCHO CUCAMONGA | CA | 91737 |
| 16179454 | BRIDGEPORT | CT | 6606 |
| 16180260 | ESCONDIDO | CA | 92025 |
| 16179149 | INDIO | CA | 92201 |
| 16179033 | MESA | AZ | 85207 |
| 16179564 | BRIGHTON | CO | 80601 |
| 16178550 | HONOLULU | HI | 96819 |
| 16179790 | SANTA PAULA | CA | 93060 |
| 16179790 | VALLEJO | CA | 94591 |
| 16180190 | PALMDALE | CA | 93552 |
| 16178581 | GILBERT | AZ | 85233 |
| 16178568 | EVERETT | WA | 98208 |
| 16179132 | DIXON | CA | 95620 |
| 16179918 | PARKER | CO | 80138 |
| 16178221 | CARSON | CA | 90745 |
| 16179244 | RIVERSIDE | CA | 92508 |
| 16179017 | COVINA | CA | 91724 |
| 16179109 | RIVERSIDE | CA | 92508 |
| 16178364 | TEMECULA | CA | 92592 |
| 16179351 | ESCONDIDO | CA | 92026 |
| 16179398 | STONEWALL | LA | 71078 |
| 16180261 | GALION | OH | 44833 |
| 16179052 | MISSION VIEJO | CA | 92692 |
| 16179565 | COLORADO SPRINGS | CO | 80920 |
| 16178938 | CHULA VISTA | CA | 91911 |
| 16178339 | MOUNT PROSPECT | IL | 60056 |
| 16180105 | DANVILLE | CA | 94506 |
| 16180088 | GOODYEAR | AZ | 85338 |
| 16178281 | RIVERSIDE | CA | 92508 |
| 16179919 | GOODYEAR | AZ | 85338 |
| 16178192 | SPRINGFIELD | VA | 22153 |
| 16179018 | NOVATO | CA | 94947 |
| 16179851 | SALT LAKE CITY | UT | 84120 |
| 16179456 | WASHINGTON | DC | 20011 |
| 16178773 | PEA RIDGE | AR | 72751 |
| 16178640 | TEMPE | AZ | 85281 |
| 16178688 | LOS LUNAS | NM | 87031 |
| 16179294 | YORBA LINDA | CA | 92887 |
| 16179235 | ZIMMERMAN | MN | 55398 |
| 16180220 | RIALTO | CA | 92376 |
| 16179250 | VENTURA | CA | 93004 |
| 16179207 | NAMPA | ID | 83651 |
| 16180070 | RANCHO CORDOVA | CA | 95742 |
| 16179478 | VISTA | CA | 92084 |
| 16179370 | LAKE MARY | FL | 32746 |
| 16179526 | PHILADELPHIA | PA | 19103 |
| 16180452 | NORTH LAS VEGAS | NV | 89030 |
| 16180289 | QUEEN CREEK | AZ | 85242 |
| 16180358 | CHICAGO | IL | 60657 |

| | | | |
|---|---|---|---|
| 16179163 | LOS ANGELES | CA | 90011 |
| 16179036 | CHANDLER | AZ | 85225 |
| 16179586 | EAST HARTFORD | CT | 6108 |
| 16178784 | GLENDALE | AZ | 85304 |
| 16178485 | HOUSTON | TX | 77008 |
| 16179654 | KENNESAW | GA | 30152 |
| 16180036 | STOCKTON | CA | 95219 |
| 16180163 | PETALUMA | CA | 94952 |
| 16179273 | EL DORADO HILLS | CA | 95762 |
| 16180221 | ROHNERT PARK | CA | 94928 |
| 16178387 | ROWLAND HEIGHTS | CA | 91748 |
| 16178359 | BROOKLYN | NY | 11237 |
| 16178897 | DORAL | FL | 33178 |
| 16180077 | FARMERSVILLE | CA | 93223 |
| 16179371 | PEMBROKER PINES | FL | 33026 |
| 16180453 | WILMINGTON | DE | 19804 |
| 16180290 | GILBERT | AZ | 85236 |
| 16179716 | KISSIMMEE | FL | 34744 |
| 16179061 | CORAL SPRINGS | FL | 33065 |
| 16179764 | LONG BEACH | CA | 90802 |
| 16179143 | HENDERSON | NV | 89015 |
| 16179807 | SAN LORENZO | CA | 94580 |
| 16178809 | CHULA VISTA | CA | 91913 |
| 16179024 | SAN JOSE | CA | 95148 |
| 16178793 | SPOKANE | WA | 99208 |
| 16180139 | SANTA CLARITA | CA | 91355 |
| 16179274 | MURRIETA | CA | 92562 |
| 16179295 | CORONA | CA | 92882 |
| 16180222 | BLANCHARD | ND | 58009 |
| 16178842 | SURPRISE | AZ | 85379 |
| 16178510 | FENTON | MO | 63026 |
| 16180622 | SAINT PAUL | MN | 55104 |
| 16180454 | PHOENIX | AZ | 85033 |
| 16179166 | SAN DIEGO | CA | 92105 |
| 16179073 | DIAMOND BAR | CA | 91765 |
| 16180291 | NEW PORT RICHEY | FL | 34654 |
| 16180359 | SHERMAN OAKS AREA | CA | 91423 |
| 16178448 | LINCOLN | CA | 95648 |
| 16180065 | RICHMOND | CA | 94801 |
| 16179808 | GRANADA HILLS | CA | 91344 |
| 16179587 | SOUTHFIELD | MI | 48034 |
| 16178638 | SAN ANTONIO | TX | 78244 |
| 16179702 | WEST BLOOMFIELD | MI | 48322 |
| 16179655 | NORCROSS | GA | 30093 |
| 16179025 | IMPERIAL | CA | 92251 |
| 16179691 | DEARBORN | MI | 48126 |
| 16178587 | COLORADO SPRINGS | CO | 80920 |
| 16178523 | LAS VEGAS | NV | 89123 |
| 16180223 | LYNN | MA | 1902 |
| 16179372 | ORLANDO | FL | 32836 |
| 16180623 | ST HELENS | OR | 97051 |
| 16180389 | FRESNO | CA | 93727 |
| 16180455 | PITTSBURG | CA | 94565 |
| 16179074 | SAN LUIS OBISPO | CA | 93405 |
| 16180292 | GLADSTONE | MO | 64118 |
| 16180360 | FAIRFIELD | CA | 94533 |
| 16179809 | SANTA ANA | CA | 92707 |
| 16180141 | SALINAS | CA | 93907 |
| 16178620 | NEWBERRY | FL | 32669 |
| 16178699 | GREELEY | CO | 80634 |
| 16178629 | BRECKENRIDGE | CO | 80424 |
| 16180084 | SAN CARLOS | CA | 94070 |
| 16178825 | TRABUCO CANYON | CA | 92679 |
| 16179275 | CLOVIS | CA | 93611 |
| 16180181 | BRISBANE | CA | 94005 |
| 16178378 | VACAVILLE | CA | 95687 |
| 16180624 | CHICAGO | IL | 60622 |
| 16180390 | ALAMEDA | CA | 94501 |
| 16179184 | HOLLISTER | CA | 95023 |
| 16180456 | ANNANDALE | VA | 22003 |
| 16180293 | KANSAS CITY | MO | 64110 |
| 16179825 | (NORTHRIDGE AREA) LOS ANG | CA | 91325 |
| 16180361 | BATTLE GROUND | WA | 98604 |
| 16178449 | MESA | AZ | 85209 |
| 16179717 | BOYNTON BEACH | FL | 33437 |
| 16180192 | TUSTIN | CA | 92780 |
| 16178652 | LEESBURG | VA | 20176 |
| 16180156 | HAYWARD | CA | 94541 |
| 16178945 | FORT MYERS | FL | 33905 |
| 16178639 | ATLANTA | GA | 30310 |
| 16178778 | SURPRISE | AZ | 85374 |
| 16178304 | PHOENIX | AZ | 85053 |
| 16178325 | WHITTIER | CA | 90604 |
| 16179775 | HUNTINGTON BEACH | CA | 92648 |
| 16179236 | NAPA | CA | 94558 |
| 16178551 | CASSELBERRY | FL | 32707 |
| 16180556 | PHOENIX | AZ | 85006 |
| 16180625 | PORTLAND | OR | 97218 |
| 16180391 | CRESCENT CITY | FL | 32112 |
| 16179185 | CANOGA PARK | CA | 91304 |
| 16180457 | DORAL | FL | 33166 |
| 16179082 | SOUTH GATE | CA | 90280 |
| 16180294 | LAUREL | MD | 20708 |
| 16179826 | VENICE | CA | 90291 |
| 16179718 | POMPANO BEACH | FL | 33064 |

| | | | |
|---|---|---|---|
| 16179037 | CHANDLER | AZ | 85225 |
| 16180151 | NORTH HIGHLANDS | CA | 95660 |
| 16178693 | PALM BAY | FL | 32907 |
| 16178865 | DENVER | CO | 80249 |
| 16179276 | SAN JOSE | CA | 95138 |
| 16179499 | BAKERSFIELD | CA | 93313 |
| 16178512 | SEATTLE | WA | 98178 |
| 16178228 | COLTON | CA | 92324 |
| 16180557 | TOLLESON | AZ | 85353 |
| 16180392 | LOS ANGELES | CA | 90018 |
| 16180458 | MORENO VALLEY | CA | 92553 |
| 16180172 | WOODINVILLE | WA | 98072 |
| 16180295 | NORTHFIELD | NH | 3276 |
| 16178407 | CORNELIUS | OR | 97113 |
| 16180157 | VENICE | CA | 90291 |
| 16179062 | WEST COVINA | CA | 91790 |
| 16178708 | SAN DIEGO | CA | 92126 |
| 16178338 | LARKSPUR | CO | 80118 |
| 16178525 | LAS VEGAS | NV | 89138 |
| 16178181 | ORANGE PARK | FL | 32065 |
| 16179303 | STATEN ISLAND | NY | 10301 |
| 16178391 | LA MESA | CA | 91941 |
| 16179277 | COLORADO SPRINGS | CO | 80919 |
| 16179500 | WHITTIER | CA | 90601 |
| 16179648 | LONG BEACH | CA | 90814 |
| 16180074 | ENGLEWOOD | CO | 80112 |
| 16180558 | SURPRISE | AZ | 85379 |
| 16180327 | GREAT FALLS | VA | 22066 |
| 16180586 | FLOWERY BRANCH | GA | 30542 |
| 16179932 | LARGO | FL | 33771 |
| 16179985 | HOLLYWOOD | FL | 33021 |
| 16178959 | HANFORD | CA | 93230 |
| 16180326 | HASTINGS | MN | 55033 |
| 16179646 | GLENDALE | CA | 91205 |
| 16179148 | FAIRPLAY | MD | 21733 |
| 16179162 | CONCORD | CA | 94521 |
| 16179740 | VICTORVILLE | CA | 92394 |
| 16178713 | RICHMOND | VA | 23223 |
| 16178645 | LAKE WORTH | FL | 33467 |
| 16178548 | SUMANEE | GA | 30024 |
| 16178243 | CITRUS HEIGHTS | CA | 95610 |
| 16180518 | ORLANDO | FL | 32837 |
| 16179121 | ANAHEIM | CA | 92802 |
| 16180587 | GALESVILLE | MD | 20765 |
| 16179933 | WEEKI WACHEE | FL | 34613 |
| 16180186 | MONROE | WA | 98272 |
| 16179986 | MIAMI | FL | 33165 |
| 16180420 | COCOA BEACH | FL | 32931 |
| 16178733 | WILMINGTON | NC | 28412 |
| 16180487 | OLATHE | KS | 66062 |
| 16179067 | REDLANDS | CA | 92373 |
| 16179170 | REDDING | CA | 96003 |
| 16178416 | PHOENIX | AZ | 85027 |
| 16180067 | AURORA | CO | 80011 |
| 16179057 | LOS BANOS | CA | 93635 |
| 16178200 | HAYWARD | CA | 94545 |
| 16178201 | ORLAND | CA | 95963 |
| 16178202 | SACRAMENTO | CA | 95823 |
| 16178203 | SACRAMENTO | CA | 95820 |
| 16178204 | MILPITAS | CA | 95035 |
| 16178205 | LYNNWOOD | WA | 98036 |
| 16178206 | PHELAN | CA | 92371 |
| 16178207 | CONCORD | OH | 44077 |
| 16178208 | CAPE CORAL | FL | 33914 |
| 16178209 | WINTER SPRINGS | FL | 32708 |
| 16178841 | TUSTIN | CA | 92780 |
| 16178762 | MEMPHIS | TN | 38104 |
| 16178843 | SACRAMENTO | CA | 95820 |
| 16178763 | CASPER | WY | 82601 |
| 16178845 | SCOTTSDALE | AZ | 85258 |
| 16178846 | HOLLYWOOD | FL | 33020 |
| 16178684 | PEMBROKE PINES | FL | 33024 |
| 16178847 | MIAMI | FL | 33157 |
| 16178685 | PARKER | CO | 80138 |
| 16178686 | ST.LOUIS | MO | 63116 |
| 16178848 | HOUSTON | TX | 77064 |
| 16178849 | NATIONAL CITY | CA | 91950 |
| 16178687 | NORTH MIAMI | FL | 33181 |
| 16178210 | HAMPSHIRE | IL | 60140 |
| 16178211 | ORTING | WA | 98360 |
| 16178212 | SAN JOSE | CA | 95111 |
| 16178213 | BRANDYWINE | MD | 20613 |
| 16178214 | STOCKTON | CA | 95206 |
| 16178215 | BOULDER | CO | 80302 |
| 16178850 | TOQUERVILLE | UT | 84774 |
| 16178852 | CHARLESTON | SC | 29492 |
| 16178853 | SUMMERVILLE | SC | 29485 |
| 16178772 | DERBY | KS | 67037 |
| 16178854 | FAIRBANKS | AK | 99709 |
| 16178692 | LITTLE RIVER | SC | 29566 |
| 16178774 | FRESNO | CA | 93704 |
| 16178857 | TAYLORS | SC | 29687 |
| 16178858 | NORTH PORT | FL | 34286 |
| 16178859 | AUSTIN | TX | 78753 |
| 16178697 | PORT ORANGE | FL | 32129 |

| | | | |
|---|---|---|---|
| 16178779 | DESTIN | FL | 32541 |
| 16178301 | MAUMELLE | AR | 72113 |
| 16178303 | TOMBALL | TX | 77375 |
| 16178305 | NORTH LAS VEGAS | NV | 89031 |
| 16178307 | PONTIAC | MI | 48341 |
| 16179831 | LITHONIA | GA | 30038 |
| 16178860 | LANCASTER | CA | 93535 |
| 16178863 | ATLANTA | GA | 30312 |
| 16178866 | POMONA | CA | 91767 |
| 16178786 | AURORA | CO | 80010 |
| 16178868 | WEST COVINA | CA | 91791 |
| 16178787 | PONTIAC | MI | 48342 |
| 16178869 | HARVEY | LA | 70058 |
| 16178311 | SAN LEANDRO | CA | 94578 |
| 16180194 | SOMIS | CA | 93066 |
| 16180195 | OLATHE | KS | 66062 |
| 16180196 | APOPKA | FL | 32712 |
| 16180197 | PROVIDENCE | RI | 2909 |
| 16178317 | VISTA | CA | 92081 |
| 16180198 | FAIRVIEW | TN | 37062 |
| 16180199 | PUEBLO | CO | 81006 |
| 16179921 | KENNESAW | GA | 30144 |
| 16178319 | LOS ANGELES | CA | 90006 |
| 16178870 | TAMARAC | FL | 33321 |
| 16178790 | AURORA | CO | 80010 |
| 16178872 | COLORADO SPRINGS | CO | 80916 |
| 16178873 | ALABASTER | AL | 35007 |
| 16178792 | CLAYTON | NC | 27520 |
| 16178874 | IRVINE | CA | 92604 |
| 16178794 | SEATTLE | WA | 98122 |
| 16178875 | DEERFIELD BEACH | FL | 33441 |
| 16178876 | CHICAGO | IL | 60656 |
| 16178795 | LA MESA | CA | 91942 |
| 16178877 | GILBERT | AZ | 85296 |
| 16178322 | SAINT LOUIS | MO | 63110 |
| 16178880 | BRIDGEPORT | CT | 6607 |
| 16179771 | DOWNEY | CA | 90242 |
| 16178882 | HARTFORD | CT | 6114 |
| 16178883 | EDMONDS | WA | 98026 |
| 16179778 | FRESNO | CA | 93726 |
| 16178170 | STERLING | VA | 20165 |
| 16178173 | FT LAUDERDALE | FL | 33312 |
| 16178336 | RALEIGH | NC | 27601 |
| 16178174 | LIGHTHOUSE POINT | FL | 33064 |
| 16178177 | MERRIMACK | NH | 3054 |
| 16178259 | FRESNO | CA | 93705 |
| 16178178 | ANOKA | MN | 55303 |
| 16178179 | SALT LAKE CITY | UT | 84118 |
| 16179785 | STERLING | VA | 20165 |
| 16179787 | CENTREVILLE | VA | 20120 |
| 16178502 | CARSON | CA | 90745 |
| 16180626 | ENGLEWOOD | CO | 80111 |
| 16178503 | SAINT PETERSBURG | FL | 33712 |
| 16178180 | SCOTTSDALE | AZ | 85251 |
| 16178504 | WEST PALM BEACH | FL | 33401 |
| 16178263 | LAS VEGAS | NV | 89108 |
| 16178506 | MURRIETA | CA | 92563 |
| 16178184 | SEDONA | AZ | 86351 |
| 16178508 | TOLLESON | AZ | 85353 |
| 16178186 | COLUMBIANA | AL | 35051 |
| 16178267 | BERLIN | CT | 6037 |
| 16180385 | JACKSONVILLE | FL | 32246 |
| 16180449 | LAKE BLUFF | IL | 60044 |
| 16179601 | BALDWIN PARK | CA | 91706 |
| 16180286 | CHICAGO | IL | 60624 |
| 16178355 | LAHAINA | HI | 96761 |
| 16179713 | MIAMI | FL | 33172 |
| 16180054 | SAN LEANDRO | CA | 94577 |
| 16179761 | SACRAMENTO | CA | 95827 |
| 16178775 | SAN DIEGO | CA | 92128 |
| 16178286 | WASHINGTON | DC | 20010 |
| 16179516 | FONTANA | CA | 92336 |
| 16179407 | LEES SUMMIT | MO | 64063 |
| 16180246 | TAMPA | FL | 33619 |
| 16178481 | DEER PARK | NY | 11729 |
| 16178519 | NEW ORLEANS | LA | 70117 |
| 16180479 | AURORA | CO | 80013 |
| 16178890 | MIAMI | FL | 33055 |
| 16180549 | HESPERIA | CA | 92344 |
| 16180319 | FARGO | ND | 58103 |
| 16179089 | WESTON | FL | 33332 |
| 16180450 | NORTH LAS VEGAS | NV | 89031 |
| 16179165 | AVENTURA | FL | 33108 |
| 16180058 | SNOHOMISH | WA | 98296 |
| 16178405 | VISALIA | CA | 93291 |
| 16178314 | GREEN BAY | WI | 54304 |
| 16179714 | NORTH PORT | FL | 34286 |
| 16178783 | SAN JOSE | CA | 95124 |
| 16178524 | HERCULES | CA | 94547 |
| 16180247 | WINTER HAVEN | FL | 33880 |
| 16179390 | NORTH LAWRENCE | OH | 44666 |
| 16179982 | FORT LAUDERDALE | FL | 33311 |
| 16180480 | CANOGA PARK AREA | CA | 91303 |
| 16180550 | CHICAGO | IL | 60659 |
| 16180320 | CAMARILLO | CA | 93010 |

| 16179415 | LAWRENCEVILLE | GA | 30045 |
| 16179738 | PORTSMOUTH | VA | 23707 |
| 16180451 | CHICAGO | IL | 60601 |
| 16180144 | ROMOLAND | CA | 92585 |
| 16179602 | TUCSON | AZ | 85743 |
| 16179146 | ALBUQUERQUE | NM | 87121 |
| 16178428 | MERCED | CA | 95348 |
| 16178644 | BURLINGTON | WA | 98233 |
| 16178401 | CARSON | CA | 90745 |
| 16178691 | ANAHEIM | CA | 92807 |
| 16179301 | STOCKTON | CA | 95206 |
| 16180248 | LONG BEACH | NY | 11561 |
| 16179254 | OXNARD | CA | 93033 |
| 16179391 | STOW | OH | 44224 |
| 16179983 | CAPE CORAL | FL | 33993 |
| 16178225 | RIVERSIDE AREA | CA | 92509 |
| 16178562 | WILMINGTON | NC | 28411 |
| 16180481 | MARIETTA | GA | 30062 |
| 16178489 | DISCOVERY BAY | CA | 94514 |
| 16180551 | CHULA VISTA | CA | 91911 |
| 16180321 | SAINT PAUL | MN | 55106 |
| 16179779 | CHANDLER | AZ | 85249 |
| 16179009 | ANAHEIM | CA | 92805 |
| 16180386 | E LONGMEADOW | MA | 1028 |
| 16178785 | FOUNTAIN | CO | 80817 |
| 16179048 | TURLOCK | CA | 95382 |
| 16179715 | BRANDON | FL | 33510 |
| 16180138 | LAS VEGAS | NV | 89106 |
| 16178390 | CASTROVILLE | CA | 95012 |
| 16179984 | LAS VEGAS | NV | 89110 |
| 16180416 | CATHEDRAL CITY | CA | 90234 |
| 16180482 | CRIPPLE CREEK | CO | 80813 |
| 16180552 | ESCONDIDO | CA | 92027 |
| 16180322 | ST. PAUL | MN | 55106 |
| 16179416 | HAVERHILL | FL | 33417 |
| 16179090 | CLEARWATER | FL | 33762 |
| 16178976 | PORTSMOUTH | VA | 23703 |
| 16180387 | PORT CHARLOTTE | FL | 33981 |
| 16179183 | ROCKLIN | CA | 95765 |
| 16180052 | DISCOVERY BAY | CA | 94514 |
| 16180178 | LOS ANGELES | CA | 90044 |
| 16179739 | VIRGINIA BEACH | VA | 23454 |
| 16178992 | LAS VEGAS | NV | 89141 |
| 16179072 | PORT ST. LUCIE | FL | 34986 |
| 16178429 | DAYTON | NV | 89403 |
| 16178226 | SAN JOSE | CA | 95127 |
| 16179202 | SAN DIEGO | CA | 92115 |
| 16180417 | SALEM | OR | 97302 |
| 16180483 | SILVER SPRING | MD | 20906 |
| 16178473 | SEASIDE | CA | 93955 |
| 16180553 | ATLANTA | GA | 30305 |
| 16180323 | ST. PAUL | MN | 55106 |
| 16180388 | LONG BEACH | CA | 90807 |
| 16179830 | SURPRISE | AZ | 85388 |
| 16178297 | CHARLOTTESVILLE | VA | 22901 |
| 16178505 | HAMILTON | NJ | 8620 |
| 16178483 | SANDY | UT | 84070 |
| 16179306 | BRANDON | FL | 33510 |
| 16180079 | LAS VEGAS | NV | 89144 |
| 16180584 | COMMERCE CITY | CO | 80022 |
| 16180418 | DENVER | CO | 80210 |
| 16180484 | BEND | OR | 97702 |
| 16180554 | FAIRFIELD | CA | 94534 |
| 16180324 | ST. PAUL | MN | 55119 |
| 16179417 | HEMET | CA | 92545 |
| 16179091 | GLENDORA | CA | 91741 |
| 16178437 | HUNTINGTON BEACH | CA | 92649 |
| 16180169 | NOVATO | CA | 94945 |
| 16179619 | RANCHO SANTA MARGARITA | CA | 92688 |
| 16179960 | ARVADA | CO | 80004 |
| 16178541 | LA HABRA | CA | 90631 |
| 16178265 | COLORADO SPRINGS | CO | 80922 |
| 16178462 | BEND | OR | 97702 |
| 16179196 | STOCKTON | CA | 95219 |
| 16180585 | FAIR OAKS | CA | 95628 |
| 16179931 | JACKSONVILLE | FL | 32225 |
| 16178227 | SAN JOSE | CA | 95111 |
| 16178511 | VERO BEACH | FL | 32963 |
| 16180419 | DISCOVERY BAY | CA | 94514 |
| 16180485 | MONTGOMERY | IL | 60538 |
| 16180555 | MURRELLS INLET | SC | 29576 |
| 16180325 | LEVITTOWN | PA | 19055 |
| 16179418 | SANGER | CA | 93657 |
| 16178717 | PHOENIX | AZ | 85043 |
| 16179177 | SUISUN CITY | CA | 94585 |
| 16179092 | GARDENA | CA | 90247 |
| 16179161 | SANDY | UT | 84094 |
| 16178729 | WILMINGTON | NC | 28412 |
| 16178406 | VICTORVILLE | CA | 92395 |
| 16178716 | SCOTTSDALE | AZ | 85251 |
| 16180047 | WATSONVILLE | CA | 95076 |
| 16179348 | PINELLAS PARK | FL | 33781 |
| 16179531 | ATLANTA | GA | 30319 |
| 16178189 | RUTHER GLEN | VA | 22546 |
| 16180099 | BOULDER | CO | 80305 |

| | | | |
|---|---|---|---|
| 16179884 | FARMINGTON | MI | 48335 |
| 16179684 | CULPEPER | VA | 22701 |
| 16180152 | SANTA ROSA | CA | 95409 |
| 16180092 | AURORA | CO | 80015 |
| 16178829 | EASLEY | SC | 29642 |
| 16178761 | KENT | WA | 98032 |
| 16179774 | SEAL BEACH | CA | 90743 |
| 16178961 | COLTON | CA | 92324 |
| 16179206 | CAMERON PARK | CA | 95682 |
| 16180443 | LONG BEACH | NY | 11561 |
| 16178280 | CHANDLER | AZ | 85225 |
| 16180281 | PINOLE | CA | 94564 |
| 16180350 | LANCASTER | CA | 93536 |
| 16179757 | CINCINNATI | OH | 45247 |
| 16180241 | GILLETT | WI | 54124 |
| 16179293 | INDIO | CA | 92203 |
| 16178468 | CORONA | CA | 92883 |
| 16179232 | WILDOMAR (AREA) | CA | 92595 |
| 16180053 | YUBA CITY | CA | 95991 |
| 16180061 | COMMERCE CITY | CO | 80022 |
| 16179386 | WOOSTER | OH | 44691 |
| 16179367 | RIVERVIEW | FL | 33569 |
| 16178610 | SAHUARITA | AZ | 85629 |
| 16180444 | WESTON | FL | 33327 |
| 16179070 | MYRTLE BEACH | SC | 29588 |
| 16180282 | ORANGE PARK | FL | 32003 |
| 16180351 | ENCINITAS | CA | 92024 |
| 16179710 | TULSA | OK | 74134 |
| 16179758 | JACKSON | MO | 63755 |
| 16179579 | MIAMI | FL | 33165 |
| 16178944 | NEWHALL AREA | CA | 91321 |
| 16179142 | OAKLAND | CA | 94621 |
| 16180193 | LITTLETON | CO | 80125 |
| 16178696 | BATTLE GROUND | WA | 98604 |
| 16178712 | ACWORTH | GA | 30101 |
| 16178269 | DUVALL | WA | 98019 |
| 16180242 | LITTLETON | CO | 80127 |
| 16179491 | CEDARPINES | CA | 92322 |
| 16180381 | THOMASVILLE | NC | 27360 |
| 16180445 | ORANGEVALE | CA | 95662 |
| 16179164 | GRASS VALLEY | CA | 95945 |
| 16180283 | RALEIGH | NC | 27613 |
| 16178427 | CHOWCHILLA | CA | 93610 |
| 16180352 | PORTALES | NM | 88130 |
| 16179759 | LOUISVILLE | KY | 40218 |
| 16179580 | DORAL | FL | 33178 |
| 16178789 | PFLUGERVILLE | TX | 78660 |
| 16180039 | FREMONT | CA | 94539 |
| 16179298 | PLEASANTON | CA | 94588 |
| 16180243 | BULLHEAD CITY | AZ | 86442 |
| 16179253 | HOLLISTER | CA | 95023 |
| 16179492 | LOS ANGELES | CA | 91325 |
| 16180382 | SPRING VALLEY | CA | 91977 |
| 16180446 | OAKLAND | CA | 94619 |
| 16179071 | LAS VEGAS | NV | 89106 |
| 16180284 | OLD BRIDGE | NJ | 8857 |
| 16180353 | VALRICO | FL | 33594 |
| 16180166 | PETALUMA | CA | 94952 |
| 16178803 | PEORIA | AZ | 85383 |
| 16179711 | ORLANDO | FL | 32801 |
| 16179777 | SAN BERNARDINO | CA | 92405 |
| 16179828 | PHOENIX | AZ | 85016 |
| 16180155 | NAPA | CA | 94559 |
| 16180127 | MISSION VIEJO | CA | 92692 |
| 16179581 | DAVIE | FL | 33325 |
| 16180165 | LAS VEGAS | NV | 89149 |
| 16180037 | DANVILLE | CA | 94526 |
| 16180130 | OCEANSIDE | CA | 92056 |
| 16179493 | BAKERSFIELD | CA | 93307 |
| 16179388 | HARTVILLE | OH | 44632 |
| 16178660 | SUMMERVILLE | SC | 29485 |
| 16180383 | BOSTON | MA | 2124 |
| 16180447 | ALISO VIEJO | CA | 92656 |
| 16178991 | LOS GATOS | CA | 95033 |
| 16178963 | SANTA ANA | CA | 92706 |
| 16179600 | MARYSVILLE | WA | 98270 |
| 16180285 | MILTON | MA | 2186 |
| 16179035 | SAN DIEGO | CA | 92105 |
| 16179582 | PEMBROKE PINES | FL | 33029 |
| 16178597 | EVERETT | WA | 98205 |
| 16180045 | SANTA ROSA | CA | 95404 |
| 16180244 | LAVERGNE | TN | 37086 |
| 16178320 | INGLEWOOD | CA | 90302 |
| 16179139 | KENT | WA | 98030 |
| 16178377 | FONTANA | CA | 92336 |
| 16180547 | WICHITA | KS | 67209 |
| 16180317 | WATERVILLE | MN | 56096 |
| 16178171 | PUYALLUP | WA | 98374 |
| 16180384 | SAINT PAUL | MN | 55119 |
| 16180448 | MISSION VIEJO | CA | 92694 |
| 16178404 | CHOWCHILLA | CA | 93610 |
| 16179155 | OCEANSIDE | CA | 92057 |
| 16179712 | PLANT CITY | FL | 33563 |
| 16180191 | VALLEJO | CA | 94589 |
| 16178928 | SUNNYVALE | CA | 94089 |

| | | | |
|---|---|---|---|
| 16179760 | SAN JACINTO | CA | 92583 |
| 16178833 | BOILING SPRINGS | SC | 29316 |
| 16179583 | WEST PALM BEACH | FL | 33407 |
| 16178625 | NAPA | CA | 94558 |
| 16178622 | WOODLAND | CA | 95695 |
| 16179299 | NEWPORT RICHEY | FL | 34655 |
| 16180245 | BLUE SPRINGS | MO | 64014 |
| 16179484 | LEESBURG | VA | 20176 |
| 16179272 | MANALAPAN | NJ | 7726 |
| 16179495 | LOS ANGELES | CA | 91325 |
| 16178608 | MAUMEE | OH | 43537 |
| 16180548 | CONCORD | CA | 94519 |
| 16180318 | BOXFORD | MA | 1921 |
| 16179260 | SAN JOSE | CA | 95127 |
| 16179863 | BOCA RATON | FL | 33433 |
| 16179195 | NORTH LAS VEGAS | NV | 89031 |
| 16180621 | TALLAHASSEE | FL | 32317 |
| 16178884 | MORENO VALLEY | CA | 92555 |
| 16179405 | SAN LEANDRO | CA | 94578 |
| 16180347 | MENIFEE | CA | 92585 |
| 16179575 | NAPLES | FL | 34109 |
| 16178892 | SANTA PAULA | CA | 93060 |
| 16178851 | SPOKANE | WA | 99208 |
| 16179792 | ASHBURN | VA | 20147 |
| 16178736 | HAYWARD | CA | 94545 |
| 16178767 | UPLAND | CA | 91784 |
| 16179230 | SAN JOSE | CA | 95131 |
| 16179113 | CAMARILLO | CA | 93010 |
| 16179864 | PEMBROKE PINES | FL | 33028 |
| 16178369 | TAHOE CITY | CA | 96145 |
| 16179365 | TAMPA | FL | 33635 |
| 16180278 | MIAMI | FL | 33131 |
| 16180348 | FOREST PARK | GA | 30297 |
| 16179802 | NORTH HOLLYWOOD | CA | 91606 |
| 16178626 | KENNEWICK | WA | 99338 |
| 16179137 | PHOENIX | AZ | 85009 |
| 16179248 | LOS ANGELES (SHERMAN OAKS) | CA | 91423 |
| 16178386 | MANASSAS | VA | 20112 |
| 16179261 | PALM CITY | FL | 34990 |
| 16179910 | MARIETTA | GA | 30064 |
| 16179487 | LAS VEGAS | NV | 89123 |
| 16180279 | GUALALA | CA | 95445 |
| 16179060 | PERRIS | CA | 92571 |
| 16179577 | NAPLES | FL | 34120 |
| 16179803 | CASTROVILLE | CA | 95012 |
| 16179618 | BURKE | VA | 22015 |
| 16178764 | CHARLOTTE | NC | 28208 |
| 16178282 | WOODBRIDGE | VA | 22193 |
| 16179292 | STOCKTON | CA | 95219 |
| 16179231 | CUPERTINO | CA | 95014 |
| 16179138 | PHOENIX | AZ | 85009 |
| 16178376 | SAN DIEGO | CA | 92131 |
| 16179100 | LOS ANGELES | CA | 90042 |
| 16180184 | DENVER | CO | 80220 |
| 16180442 | CHICAGO | IL | 60645 |
| 16180349 | RANCHO CORDOVA | CA | 95670 |
| 16179578 | FORT WALTON BEACH | FL | 32548 |
| 16179804 | ESTERO | FL | 33928 |
| 16179045 | LA MESA | CA | 91942 |
| 16180051 | OAKLAND | CA | 94605 |
| 16178893 | HAWTHORNE | CA | 90250 |
| 16179806 | HAYWARD | CA | 94544 |
| 16180257 | SACRAMENTO | CA | 95818 |
| 16179700 | ATLANTA | GA | 30312 |
| 16178828 | SCOTTSDALE | AZ | 85258 |
| 16178748 | WARREN | MI | 48092 |
| 16178668 | WAYNESBORO | PA | 17268 |
| 16178589 | PORT SAINT LUCIE | FL | 34986 |
| 16180075 | SAN RAFAEL | CA | 94903 |
| 16180159 | PORT HUENEME | CA | 93041 |
| 16179801 | MESA | AZ | 85210 |
| 16178830 | CLINTON | MD | 20735 |
| 16178831 | SAN ANTONIO | TX | 78244 |
| 16179628 | MESA | AZ | 85215 |
| 16180582 | PLACERVILLE | CA | 95667 |
| 16179439 | KISSIMMEE | FL | 34759 |
| 16180415 | GULF BREEZE | FL | 32563 |
| 16180146 | LAKEWOOD | CO | 80214 |
| 16180115 | OROVILLE | CA | 95966 |
| 16178415 | STOCKTON | CA | 95206 |
| 16179665 | PICKERINGTON | OH | 43147 |
| 16180119 | LAS VEGAS | NV | 89131 |
| 16178588 | FORT COLLINS | CO | 80525 |
| 16179520 | LAS VEGAS | NV | 89107 |
| 16178368 | WOODBURY | MN | 55129 |
| 16180620 | ORLANDO | FL | 32814 |
| 16179953 | LITCHFIELD PARK | AZ | 85340 |
| 16180109 | PETALUMA | CA | 94954 |
| 16179563 | RENTON | WA | 98055 |
| 16178832 | SAN ANTONIO | TX | 78244 |
| 16179480 | SAN BERNARDINO | CA | 92404 |
| 16179481 | BUCKEYE | AZ | 85396 |
| 16178834 | COLORADO SPRINGS | CO | 80906 |
| 16178591 | DAVIE | FL | 33330 |
| 16179644 | HUNTINGDON VALLEY | PA | 19006 |

| | | | |
|---|---|---|---|
| 16178754 | KANSAS CITY | MO | 64119 |
| 16179483 | CHANDLER | AZ | 85224 |
| 16178835 | AVONDALE | AZ | 85323 |
| 16178836 | SCOTTSDALE | AZ | 85262 |
| 16178755 | SEATTLE | WA | 98103 |
| 16178593 | TITUSVILLE | FL | 32780 |
| 16178756 | MIAMI | FL | 33145 |
| 16180183 | MODESTO | CA | 95356 |
| 16180174 | SAN FRANCISCO | CA | 94134 |
| 16180044 | FREMONT | CA | 94538 |
| 16179545 | PALM BAY | FL | 32905 |
| 16180346 | MADISON | AL | 35757 |
| 16178323 | LAKE ELSINORE | CA | 92530 |
| 16178586 | BARSTOW | CA | 92311 |
| 16180219 | RENTON | WA | 98058 |
| 16180188 | HAYWARD | CA | 94544 |
| 16179916 | CORDOVA | TN | 38016 |
| 16178455 | STEPHENS CITY | VA | 22655 |
| 16179621 | SACRAMENTO | CA | 95823 |
| 16180288 | PRINCETON | MN | 55371 |
| 16178594 | ORANGE BEACH | AL | 36561 |
| 16178676 | ISLAMORADA | FL | 33036 |
| 16178757 | TEMPE | AZ | 85282 |
| 16178838 | NORTH PALM BEACH | FL | 33408 |
| 16178758 | DETROIT | MI | 48216 |
| 16178596 | DENVER | CO | 80207 |
| 16178759 | DENVER | CO | 80230 |
| 16179569 | ORRVILLE | OH | 44667 |
| 16178678 | SEASIDE PARK | NJ | 8752 |
| 16178679 | SCOTTSDALE | AZ | 85255 |
| 16179327 | DUARTE | CA | 91010 |
| 16178780 | GARDENA | CA | 90247 |
| 16179347 | ORANGE PARK | FL | 32065 |
| 16180614 | CHICAGO | IL | 60659 |
| 16179948 | DELRAY BEACH | FL | 33444 |
| 16178656 | WRIGHTSVILLE BEACH | NC | 28480 |
| 16179044 | OAKLEY | CA | 94561 |
| 16179620 | QUEEN CREEK | AZ | 85242 |
| 16180132 | SACRAMENTO | CA | 95838 |
| 16178771 | BURBANK | CA | 91501 |
| 16178682 | BOCA RATON | FL | 33433 |
| 16179136 | PHOENIX | AZ | 85009 |
| 16179175 | FLORISSANT | MO | 63033 |
| 16180357 | DELTONA | FL | 32725 |
| 16179763 | SEFFNER | FL | 33584 |
| 16179585 | SMITHFIELD | VA | 23430 |
| 16180258 | GRANTS PASS | OR | 97527 |
| 16179701 | FOREST PARK | GA | 30297 |
| 16179653 | MARIETTA | GA | 30062 |
| 16178922 | NAPA | CA | 94558 |
| 16178598 | FORT LAUDERDALE | FL | 33312 |
| 16178599 | SUMMERVILLE | SC | 29483 |
| 16180512 | BRENTWOOD | NY | 11717 |
| 16179247 | LINCOLN | CA | 95648 |
| 16179099 | LAS VEGAS | NV | 89113 |
| 16179952 | NORTHRIDGE | CA | 91343 |
| 16179466 | HUBER HEIGHTS | OH | 45424 |
| 16179364 | NASHVILLE | TN | 37205 |
| 16178659 | COMPTON (LA) | CA | 90059 |
| 16178820 | GOLDEN VALLEY | AZ | 86413 |
| 16178741 | SAINT GEORGE | UT | 84770 |
| 16179552 | REDLANDS | CA | 92373 |
| 16178742 | FLETCHER | NC | 28732 |
| 16178580 | SYLMAR | CA | 91342 |
| 16178661 | RENTON | WA | 98056 |
| 16178823 | SCOTTSDALE | AZ | 85258 |
| 16178743 | STEPHENS CITY | VA | 22655 |
| 16179553 | MESA | AZ | 85212 |
| 16178824 | SENECA | SC | 29672 |
| 16179554 | RICHMOND | VA | 23227 |
| 16178663 | NORTHGLEN | CO | 80233 |
| 16178826 | PATERSON | NJ | 7502 |
| 16178745 | STEVENSVILLE | MI | 49127 |
| 16178583 | SAINT PETERSBURG | FL | 33703 |
| 16179404 | MISSION VIEJO | CA | 92691 |
| 16180345 | SKOWHEGAN | ME | 4976 |
| 16179683 | DOVER | DE | 19904 |
| 16179829 | SCOTTSDALE | AZ | 85260 |
| 16179762 | LOUISVILLE | KY | 40215 |
| 16180126 | FAIRFIELD | CA | 94534 |
| 16180033 | BAKERSFIELD | CA | 93314 |
| 16179555 | KISSIMMEE | FL | 34746 |
| 16178827 | WARWICK | RI | 2889 |
| 16179670 | HIALEAH | FL | 33015 |
| 16179861 | HIALEAH GARDENS | FL | 33018 |
| 16178675 | ANCHORAGE | AK | 99516 |
| 16179249 | SAN RAMON | CA | 94582 |
| 16179115 | HYATTSVILLE | MD | 20785 |
| 16178398 | CAPE CORAL | FL | 33991 |
| 16180200 | HERMITAGE | TN | 37076 |
| 16180201 | ZANESVILLE | OH | 43701 |
| 16179216 | SEVIERVILLE | TN | 37876 |
| 16179315 | SEBRING | FL | 33870 |
| 16180202 | WOODBRIDGE | VA | 22192 |
| 16180204 | ST. LOUIS | MO | 63123 |

| | | | |
|---|---|---|---|
| 16180205 | CLARKSTON | GA | 30021 |
| 16180206 | BELTSVILLE | MD | 20705 |
| 16180207 | SUGAR GROVE | IL | 60554 |
| 16180208 | CINCINNATI | OH | 45223 |
| 16180209 | OAKLAND | CA | 94611 |
| 16179476 | STOCKTON | CA | 95207 |
| 16180179 | SANTA ROSA | CA | 95407 |
| 16179530 | VIRGINIA BEACH | VA | 23462 |
| 16179611 | WOODBRIDGE | VA | 22193 |
| 16180255 | CHICAGO | IL | 60618 |
| 16178920 | LOS ANGELES | CA | 91402 |
| 16178801 | RIVERSIDE | CA | 92505 |
| 16179613 | LAKE ELSINORE | CA | 92530 |
| 16178641 | SUWANEE | GA | 30024 |
| 16178722 | CAMANO ISLAND | WA | 98282 |
| 16178444 | BEAVERTON | OR | 97006 |
| 16179561 | MEDFORD | OR | 97501 |
| 16178804 | LOUISVILLE | KY | 40214 |
| 16178561 | RUTHER GLEN | VA | 22546 |
| 16180414 | EVERETT | WA | 98203 |
| 16178436 | GLENDALE | AZ | 85310 |
| 16179226 | TUCSON | AZ | 85742 |
| 16180619 | CORONA | CA | 92883 |
| 16178290 | TAMPA | FL | 33647 |
| 16178293 | FREDERICK | MD | 21703 |
| 16178770 | HUNTINGTON BEACH | CA | 92648 |
| 16179233 | FLORISSANT | MO | 63033 |
| 16178642 | PALM BAY | FL | 32907 |
| 16178724 | MIAMI | FL | 33183 |
| 16179346 | PENSACOLA | FL | 32526 |
| 16179840 | STONE MOUNTAIN | GA | 30087 |
| 16180217 | COLORADO SPRINGS | CO | 80911 |
| 16178643 | SOUTH SAINT PAUL | MN | 55075 |
| 16178806 | SAN JOSE | CA | 95110 |
| 16178484 | FORT LAUDERDALE | FL | 33317 |
| 16178565 | PORT ST. LUCIE | FL | 34953 |
| 16178889 | FAIR OAKS | CA | 95628 |
| 16179632 | TAMPA | FL | 33624 |
| 16178646 | SAINT PETERSBURG | FL | 33702 |
| 16178727 | LYNCHBURG | VA | 24501 |
| 16178647 | PUYALLUP | WA | 98371 |
| 16178567 | MIDDLE ISLAND | NY | 11953 |
| 16179947 | HORTON | MI | 49246 |
| 16179488 | HOMESTEAD | FL | 33032 |
| 16179914 | CASA GRANDE | AZ | 85222 |
| 16178486 | THORNTON | CO | 80229 |
| 16178649 | SACRAMENTO | CA | 95822 |
| 16178488 | CAPE CORAL | FL | 33909 |
| 16180210 | DENVER | CO | 80205 |
| 16180211 | SAN DIEGO | CA | 92110 |
| 16180212 | STAFFORD | VA | 22556 |
| 16180147 | SAN JOSE | CA | 95123 |
| 16180213 | VIRGINIA BEACH | VA | 23451 |
| 16180214 | SOMERVILLE | NJ | 8876 |
| 16180215 | PITTSBURG | CA | 94565 |
| 16180216 | DISCOVERY BAY | CA | 94514 |
| 16178172 | BUNKER HILL | WV | 25413 |
| 16178493 | PERRIS | CA | 92571 |
| 16180355 | LEES SUMMIT | MO | 64082 |
| 16178730 | EL CAJON | CA | 92019 |
| 16178811 | FLORENCE | KY | 41042 |
| 16178812 | MIAMI BEACH | FL | 33139 |
| 16178650 | ALBUQUERQUE | NM | 87114 |
| 16179622 | HIGLEY | AZ | 85236 |
| 16178570 | KELLER | TX | 76248 |
| 16180256 | ORLANDO | FL | 32811 |
| 16179032 | SALINAS | CA | 93905 |
| 16178921 | PALMDALE | CA | 93551 |
| 16179081 | OZONE PARK | NY | 11417 |
| 16178447 | AURORA | CO | 80011 |
| 16178571 | ROYAL PALM BEACH | FL | 33411 |
| 16178814 | CLEARWATER BEACH | FL | 33767 |
| 16179562 | FAIRFIELD | OH | 45014 |
| 16178799 | CORONA | CA | 92883 |
| 16178490 | HERRIMAN | UT | 84065 |
| 16179624 | MIAMI | FL | 33131 |
| 16179363 | NASHVILLE | TN | 37207 |
| 16179051 | LAS VEGAS | NV | 89148 |
| 16178549 | DULUTH | GA | 30097 |
| 16178605 | FULLERTON | CA | 92832 |
| 16179234 | MODESTO | CA | 95356 |
| 16178815 | ORLANDO | FL | 32835 |
| 16178734 | PROVIDENCE | RI | 2907 |
| 16178241 | PHILADELPHIA | PA | 19120 |
| 16179105 | ORANGE PARK | FL | 32003 |
| 16180218 | PALM COAST | FL | 32164 |
| 16178318 | SACRAMENTO | CA | 95864 |
| 16178654 | LOGANVILLE | GA | 30052 |
| 16178655 | CENTRAL ISLIP | NY | 11722 |
| 16179915 | KENNESAW | GA | 30144 |
| 16178818 | FORT LAUDERDALE | FL | 33312 |
| 16178819 | KISSIMMEE | FL | 34744 |
| 16179221 | LOS BANOS | CA | 93635 |
| 16178495 | FERNANDINA BEACH | FL | 32034 |
| 16178576 | DRAPER | UT | 84020 |

| | | | |
|---|---|---|---|
| 16178496 | PHOENIX | AZ | 85018 |
| 16179549 | SPRINGFIELD | VA | 22153 |
| 16178578 | WOODBURY | MN | 55129 |
| 16178497 | CANTONMENT | FL | 32533 |
| 16179477 | SUN CITY WEST | AZ | 85375 |
| 16179369 | DORAL | FL | 33178 |
| 16180287 | VANCOUVER | WA | 98683 |
| 16180356 | PALM COAST | FL | 32137 |
| 16178632 | FEDERAL WAY | WA | 98023 |
| 16179524 | CHESAPEAKE | VA | 23320 |
| 16178471 | BRICK | NJ | 8724 |
| 16178552 | TAMPA | FL | 33619 |
| 16178633 | JACKSONVILLE | FL | 32205 |
| 16178634 | BYRAM TOWNSHIP | NJ | 7874 |
| 16179525 | AUSTELL | GA | 30106 |
| 16180254 | ESCONDIDO | CA | 92026 |
| 16178919 | ONTARIO | CA | 91762 |
| 16178472 | FAIRFAX | VA | 22033 |
| 16178392 | LUTZ | FL | 33548 |
| 16179608 | PHOENIX | AZ | 85037 |
| 16178555 | LYMAN | SC | 29365 |
| 16179527 | FEDERAL WAY | WA | 98003 |
| 16179609 | LAS VEGAS | NV | 89144 |
| 16178556 | MIAMI | FL | 33131 |
| 16178475 | CENTERVILLE | MA | 2632 |
| 16178394 | SHAVANO PARK | TX | 78249 |
| 16179366 | ST. PETERSBURG | FL | 33705 |
| 16178637 | LACEY | WA | 98503 |
| 16178718 | LOMA LINDA | CA | 92354 |
| 16178476 | TACOMA | WA | 98409 |
| 16178719 | ORLANDO | FL | 32825 |
| 16180581 | JOLIET | IL | 60431 |
| 16179438 | BRIGHTON | CO | 80603 |
| 16179529 | SURPRISE | AZ | 85388 |
| 16178395 | LAKE ELSINORE | CA | 92532 |
| 16178396 | TUCSON | AZ | 85730 |
| 16178798 | FONTANA | CA | 92336 |
| 16178952 | MYRTLE BEACH | SC | 29588 |
| 16178958 | PALMDALE | CA | 93550 |
| 16179011 | ROSEVILLE | CA | 95678 |
| 16179368 | ST. PETERSBURG | FL | 33701 |
| 16178397 | FALL RIVER | MA | 2720 |
| 16178238 | NEW HOPE | MN | 55428 |
| 16180577 | LONGWOOD | FL | 32779 |
| 16179980 | OVIEDO | FL | 32765 |
| 16178224 | LOS ANGELES | CA | 90011 |
| 16179179 | SURPRISE | AZ | 85388 |
| 16180409 | CLARENDON HILLS | IL | 60514 |
| 16179786 | SURPRISE | AZ | 85379 |
| 16190666 | SAN RAMON | CA | 94583 |
| 16180545 | PORT RICHEY | FL | 34668 |
| 16180315 | KEY LARGO | FL | 33037 |
| 16178413 | PORTLAND | OR | 97219 |
| 16178985 | BAKERSFIELD | CA | 93313 |
| 16179313 | RENTON | WA | 98058 |
| 16178403 | SANGER | CA | 93657 |
| 16180125 | IRVINE | CA | 92612 |
| 16178891 | WEST SACRAMENTO | CA | 95691 |
| 16178750 | PEORIA | AZ | 85383 |
| 16178299 | ANAHEIM | CA | 92801 |
| 16178560 | WILMINGTON | NC | 28411 |
| 16179208 | COLORADO SPRINGS | CO | 80919 |
| 16179880 | QUINTON | VA | 23141 |
| 16179307 | MANITOU SPRINGS | CO | 80829 |
| 16179180 | SAN DIEGO | CA | 92126 |
| 16180410 | CANYON COUNTRY | CA | 91387 |
| 16180476 | HARTFORD | CT | 6106 |
| 16179836 | WESTON | FL | 33327 |
| 16180066 | HENDERSON | NV | 89052 |
| 16180316 | MARLBOROUGH | MA | 1752 |
| 16178974 | SAINT PETERSBURG | FL | 33711 |
| 16178435 | CHOWCHILLA | CA | 93610 |
| 16178723 | FONTANA | CA | 92336 |
| 16178183 | GERRARDSTOWN | WV | 25420 |
| 16179344 | PALM COAST | FL | 32164 |
| 16179309 | CHANDLER | AZ | 85249 |
| 16179341 | TEXARKANA | TX | 75503 |
| 16178302 | FORT COLLINS | CO | 80524 |
| 16178239 | HENDERSON | NV | 89014 |
| 16179209 | MANITOU SPRINGS | CO | 80829 |
| 16180509 | SAN FRANCISCO | CA | 94132 |
| 16179010 | NORTH LAS VEGAS | NV | 89086 |
| 16180411 | VAN NUYS AREA | CA | 91406 |
| 16180477 | BARTLETT | IL | 60103 |
| 16179837 | HIALEAH | FL | 33012 |
| 16179413 | ATLANTA | GA | 30319 |
| 16178414 | OGDEN | UT | 84405 |
| 16178975 | LOS OSOS | CA | 93402 |
| 16180040 | BRENTWOOD | CA | 94513 |
| 16178509 | SEATTLE | WA | 98121 |
| 16180510 | CASTLE ROCK | CO | 80104 |
| 16178494 | FAIRFIELD | CA | 94533 |
| 16180579 | WALL TOWNSHIP | NJ | 7719 |
| 16179781 | LYNNWOOD | WA | 98036 |
| 16179436 | HENDERSONVILLE | TN | 37075 |

| | | | |
|---|---|---|---|
| 16180412 | PORT SAINT JOE | FL | 32456 |
| 16180478 | MURRAYVILLE | GA | 30564 |
| 16179001 | STOCKTON | CA | 95212 |
| 16179736 | FORT WALTON BEACH | FL | 32547 |
| 16178621 | TOMBALL | TX | 77377 |
| 16179503 | CAPE CORAL | FL | 33991 |
| 16178617 | TUCSON | AZ | 85737 |
| 16178572 | SAINT MICHAEL | MN | 55376 |
| 16178753 | ASHEVILLE | NC | 28804 |
| 16179623 | WESTMINSTER | CA | 92683 |
| 16178240 | HENDERSON | NV | 89074 |
| 16180580 | FONTANA | CA | 92336 |
| 16179981 | MIAMI | FL | 33196 |
| 16179437 | CIBOLO | TX | 78108 |
| 16180413 | YULEE | FL | 32097 |
| 16179076 | MIAMI | FL | 33173 |
| 16179737 | VIRGINIA BEACH | VA | 23452 |
| 16178340 | FONTANA | CA | 92336 |
| 16178816 | HUTTO | TX | 78634 |
| 16179627 | SACRAMENTO | CA | 95827 |
| 16179006 | CAMAS | WA | 98607 |
| 16178518 | LOS ANGELES | CA | 90015 |
| 16179977 | PORT RICHEY | FL | 34668 |
| 16179190 | LA PUENTE | CA | 91744 |
| 16180472 | MIAMI BEACH | FL | 33140 |
| 16180541 | APPLE VALLEY | MN | 55124 |
| 16180311 | CHICAGO | IL | 60641 |
| 16179410 | SUWANEE | GA | 30024 |
| 16178658 | SHORELINE | WA | 98133 |
| 16179176 | ALBANY | CA | 94706 |
| 16180378 | PORT SAINT LUCIE | FL | 34952 |
| 16178989 | DIAMOND BAR | CA | 91765 |
| 16179732 | DEERFIED BEACH | FL | 33441 |
| 16178728 | SAN BERNARDINO | CA | 92405 |
| 16178454 | PHOENIX | AZ | 85008 |
| 16178402 | SCAPPOOSE | OR | 97056 |
| 16179697 | MESA | AZ | 85209 |
| 16178595 | SILVER SPRING | MD | 20906 |
| 16180107 | OROVILLE | CA | 95966 |
| 16180240 | YORKVILLE | IL | 60560 |
| 16178363 | KILL DEVIL HILLS | NC | 27948 |
| 16178602 | SCOTTSDALE | AZ | 85259 |
| 16179978 | KISSIMMEE | FL | 34759 |
| 16180406 | LOS ANGELES | CA | 90044 |
| 16180473 | PORTLAND | OR | 97225 |
| 16180542 | TALLAHASSEE | FL | 32311 |
| 16180312 | AURORA | CO | 80018 |
| 16179411 | LAGRANGE | GA | 30240 |
| 16179056 | SAN LORENZO | CA | 94580 |
| 16180379 | AURORA | CO | 80011 |
| 16178434 | VISTA | CA | 92084 |
| 16179733 | SARASOTA | FL | 34232 |
| 16178704 | SCOTTSDALE | AZ | 85260 |
| 16179820 | VALLEJO PLACE | CA | 94590 |
| 16180128 | CANYON LAKE | CA | 92587 |
| 16180153 | SIMI VALLEY | CA | 93065 |
| 16178426 | PORTLAND | OR | 97219 |
| 16179698 | SCOTTSDALE | AZ | 85257 |
| 16180114 | OROVILLE | CA | 95966 |
| 16179283 | SCOTTSDALE | AZ | 85255 |
| 16178381 | PHOENIX | AZ | 85043 |
| 16178900 | NORTH LAS VEGAS | NV | 89081 |
| 16178342 | ORLANDO | FL | 32828 |
| 16178223 | FOUNTAIN VALLEY | CA | 92708 |
| 16180407 | DENAIR | CA | 95316 |
| 16180474 | CASTAIC AREA | CA | 91384 |
| 16179168 | ESCONDIDO | CA | 92025 |
| 16180543 | BEAVERTON | OR | 97006 |
| 16180313 | WEST DEPTFORD TWP | NJ | 8086 |
| 16179087 | EDGEWOOD | WA | 98372 |
| 16180380 | CAPE CORAL | FL | 33914 |
| 16179734 | PORT SAINT LUCIE | FL | 34953 |
| 16178715 | OGDEN | UT | 84404 |
| 16179521 | NOKESVILLE | VA | 20181 |
| 16178327 | LA MIRADA | CA | 90638 |
| 16179284 | SAN DIEGO | CA | 92117 |
| 16178613 | SAN JOSE | CA | 95127 |
| 16180576 | HAYWARD | CA | 94544 |
| 16178557 | ORTING | WA | 98360 |
| 16179979 | SAFETY HARBOR | FL | 34695 |
| 16180408 | WOODHAVEN | NY | 11421 |
| 16179835 | PHOENIX | AZ | 85033 |
| 16180475 | ANNANDALE | VA | 22003 |
| 16179169 | SPRING VALLEY | CA | 91977 |
| 16180544 | TOLLESON | AZ | 85353 |
| 16180314 | EL CENTRO | CA | 92243 |
| 16179088 | SAINT CHARLES | IL | 60175 |
| 16179160 | OCOEE | FL | 34761 |
| 16178990 | PASADENA | CA | 91107 |
| 16179735 | DORAL | FL | 33178 |
| 16178306 | OLYMPIA | WA | 98513 |
| 16179039 | MADERA | CA | 93638 |
| 16178949 | CAMARILLO | CA | 93010 |
| 16179334 | MINNEAPOLIS | MN | 55413 |
| 16179135 | PASO ROBLES | CA | 93446 |

| | | | |
|---|---|---|---|
| 16179489 | LAS VEGAS | NV | 89178 |
| 16178894 | VACAVILLE | CA | 95687 |
| 16179381 | VIRGINIA BEACH | VA | 23452 |
| 16180536 | MANCHESTER | NH | 3102 |
| 16179598 | NEWPORT | MI | 48166 |
| 16179816 | CHULA VISTA | CA | 91915 |
| 16180276 | TUCSON | AZ | 85741 |
| 16179144 | LOS ANGELES | CA | 90042 |
| 16178700 | RIVERSIDE | CA | 92507 |
| 16179573 | MIAMI | FL | 33172 |
| 16180124 | LITTLETON | CO | 80123 |
| 16178619 | RIVERSIDE | CA | 92509 |
| 16179282 | MOORPARK | CA | 93021 |
| 16178374 | SAN JOSE | CA | 95121 |
| 16179928 | HUMBLE | TX | 77396 |
| 16179382 | VIRGINIA BEACH | VA | 23452 |
| 16180537 | NORTH BRANCH | MN | 55056 |
| 16180307 | ROUND LAKE | IL | 60073 |
| 16180374 | SAN BERNARDINO | CA | 92405 |
| 16179064 | ELK GROVE | CA | 95757 |
| 16180439 | GLOUCESTER CITY | NJ | 8030 |
| 16178714 | TEHACHAPI | CA | 93561 |
| 16179599 | HATTIESBURG | MS | 39402 |
| 16179817 | CORONA | CA | 92880 |
| 16178927 | TRACY | CA | 95376 |
| 16179755 | HIGHLAND | MI | 48356 |
| 16178878 | LOVELAND | CO | 80537 |
| 16178349 | WHITE PLAINS | MD | 20695 |
| 16180022 | MIAMI | FL | 33162 |
| 16180236 | CLEVELAND | OH | 44104 |
| 16179929 | KELLER | TX | 76248 |
| 16178895 | VISTA | CA | 92084 |
| 16180538 | MOUNTLAKE TERRACE | WA | 98043 |
| 16180308 | SEATTLE | WA | 98103 |
| 16180375 | RIVERSIDE | CA | 92506 |
| 16180440 | WESTON | FL | 33332 |
| 16178547 | WEST VALLEY CITY | UT | 84119 |
| 16179818 | SAN DIEGO | CA | 92126 |
| 16180277 | MIAMI GARDENS | FL | 33169 |
| 16179153 | EL MIRAGE | AZ | 85335 |
| 16178980 | HENDERSON | NV | 89015 |
| 16179054 | BAKERSFIELD | CA | 93314 |
| 16178424 | BEAVERTON | OR | 97005 |
| 16179708 | PASADENA | CA | 91106 |
| 16180140 | RIVERSIDE | CA | 92504 |
| 16180023 | CORONA | CA | 92879 |
| 16178768 | LOS ANGELES PANORAMA | CA | 91402 |
| 16178260 | OAKLAND PARK | FL | 33334 |
| 16180237 | SAN DIEGO | CA | 92111 |
| 16178375 | VANCOUVER | WA | 98685 |
| 16178864 | PEYTON | CO | 80831 |
| 16178341 | CENTREVILLE | VA | 20120 |
| 16178611 | MOUNT PLEASANT | SC | 29466 |
| 16179383 | WARRENTON | VA | 20186 |
| 16178222 | MERCED | CA | 95348 |
| 16180539 | GLENDALE | AZ | 85302 |
| 16180309 | BURKE | VA | 22015 |
| 16180376 | ANCHORAGE | AK | 99507 |
| 16178948 | MYRTLE BEACH | SC | 29588 |
| 16178970 | GRASS VALLEY | CA | 95945 |
| 16180171 | SAN FRANCISCO | CA | 94110 |
| 16178879 | LYNNWOOD | WA | 98037 |
| 16180133 | SAN JOSE | CA | 95127 |
| 16178651 | FRESNO | CA | 93703 |
| 16180024 | ANAHEIM | CA | 92802 |
| 16180238 | LAS VEGAS | NV | 89123 |
| 16179352 | MANASSAS | VA | 20110 |
| 16179384 | FAIRFAX | VA | 22032 |
| 16179976 | NORTH MIAMI BEACH | FL | 33160 |
| 16180471 | PHOENIX | AZ | 85037 |
| 16180540 | KENNESAW | GA | 30144 |
| 16178983 | LAKE HAVASU CITY | AZ | 86403 |
| 16180377 | BELLINGHAM | WA | 98226 |
| 16180441 | SANTEE | CA | 92071 |
| 16179731 | TAMPA | FL | 33612 |
| 16179819 | LOS BANOS | CA | 93635 |
| 16178971 | SAN BERNARDINO | CA | 92410 |
| 16178425 | SAN DIEGO | CA | 92114 |
| 16180162 | SACRAMENTO | CA | 95820 |
| 16180143 | DENVER | CO | 80221 |
| 16179709 | LA VERGNE | TN | 37086 |
| 16179696 | PHOENIX | AZ | 85013 |
| 16178313 | SPARKS | NV | 89431 |
| 16180025 | WINCHESTER | CA | 92596 |
| 16178592 | PALM BAY | FL | 32909 |
| 16179310 | LUTZ | FL | 33559 |
| 16180239 | SAN DIEGO | CA | 92107 |
| 16178380 | PALM DESERT | CA | 92260 |
| 16179252 | LOS ANGELES (NORTHRIDGE A | CA | 91324 |
| 16178856 | ARDEN | NC | 28704 |
| 16180436 | SAHUARITA | AZ | 85629 |
| 16180273 | ANTHEM | AZ | 85086 |
| 16178175 | MIAMI | FL | 33155 |
| 16179707 | COLORADO SPRINGS | CO | 80922 |
| 16178925 | OAKLAND | CA | 94603 |

| | | | |
|---|---|---|---|
| 16179695 | BREMERTON | WA | 98312 |
| 16178796 | TALLAHASSEE | FL | 32303 |
| 16180177 | IRVINE | CA | 92612 |
| 16178635 | RANCHO CORDOVA | CA | 95670 |
| 16178531 | METHUEN | MA | 1844 |
| 16179682 | VIRGINIA BEACH | VA | 23455 |
| 16180108 | OROVILLE | CA | 95966 |
| 16178337 | PHOENIX | AZ | 85016 |
| 16179297 | BRANFORD | CT | 6405 |
| 16180234 | CORNELIUS | NC | 28031 |
| 16179925 | NASHVILLE | TN | 37215 |
| 16179641 | LONG BEACH | CA | 90808 |
| 16179379 | ALEXANDRIA | VA | 22311 |
| 16179362 | MONTGOMERY | IL | 60538 |
| 16179182 | CRESTLINE | CA | 92325 |
| 16180372 | LOS ANGELES | CA | 90032 |
| 16180437 | RIO LINDA | CA | 95673 |
| 16178969 | GUSTINE | CA | 95322 |
| 16179047 | UNINCORPORATED AREA OF HE | CA | 92544 |
| 16180274 | MORENO VALLEY | CA | 92553 |
| 16179815 | LA QUINTA | CA | 92253 |
| 16178423 | BAKERSFIELD | CA | 93314 |
| 16178315 | GLENDALE | AZ | 85302 |
| 16179753 | CUYAHOGA FALLS | OH | 44223 |
| 16178821 | REXBURG | ID | 83440 |
| 16179270 | WESTMINSTER | CA | 92683 |
| 16179120 | RESTON | VA | 20191 |
| 16180062 | DALY CITY | CA | 94015 |
| 16179926 | HENDERSONVILLE | TN | 37075 |
| 16179098 | APOLLO BEACH | FL | 33572 |
| 16179380 | VIRGINIA BEACH | VA | 23452 |
| 16180373 | OXNARD | CA | 93033 |
| 16178662 | BELLPORT | NY | 11713 |
| 16180438 | AURORA | CO | 80013 |
| 16180275 | WELLINGTON | FL | 33414 |
| 16178802 | RENTON | WA | 98059 |
| 16178926 | QUEEN CREEK | AZ | 85242 |
| 16179572 | MADISON | MS | 39110 |
| 16178760 | SUMMERVILLE | SC | 29485 |
| 16180235 | JACKSONVILLE | FL | 32210 |
| 16179271 | SAN FRANCISCO | CA | 94112 |
| 16179640 | WOODBRIDGE | VA | 22191 |
| 16178887 | BAKERSFIELD | CA | 93311 |
| 16179354 | SMYRNA | GA | 30082 |
| 16180354 | CAMANO ISLAND | WA | 98282 |
| 16179805 | SALINAS | CA | 93906 |
| 16179128 | LOS ANGELES | CA | 91367 |
| 16180618 | CHAGRIN FALLS | OH | 44023 |
| 16180006 | ARVADA | CO | 80004 |
| 16178960 | PAHOA | HI | 96778 |
| 16180517 | HILLSBORO | OR | 97123 |
| 16179630 | SACRAMENTO | CA | 95820 |
| 16179442 | JACKSONVILLE | FL | 32246 |
| 16178934 | VANCOUVER | WA | 98662 |
| 16178262 | HAMILTON | VA | 20158 |
| 16178837 | COEUR D' ALENE | ID | 83815 |
| 16180117 | HERCULES | CA | 94547 |
| 16178563 | TOMBALL | TX | 77375 |
| 16179212 | SANTA CLARITA (CANYON COU | CA | 91387 |
| 16179860 | TALLAHASSEE | FL | 32309 |
| 16179129 | MURRIETA | CA | 92563 |
| 16179909 | MESA | AZ | 85204 |
| 16179016 | CHULA VISTA | CA | 91915 |
| 16178999 | MURRIETA | CA | 92562 |
| 16179631 | LOS ANGELES | CA | 90023 |
| 16179443 | ORLANDO | FL | 32827 |
| 16178909 | PEMBROKE PINES | FL | 33029 |
| 16179664 | ORLANDO | FL | 32810 |
| 16180027 | TRACY | CA | 95376 |
| 16178499 | CORONA | CA | 92883 |
| 16179858 | FORT LAUDERDALE | FL | 33334 |
| 16179551 | RICHMOND | VA | 23221 |
| 16180270 | UPPER MARLBORO | MD | 20774 |
| 16179151 | FULSHEAR | TX | 77441 |
| 16179750 | OPA LOCKA | FL | 33055 |
| 16178942 | CONCORD | CA | 94518 |
| 16179141 | WATSONVILLE | CA | 95076 |
| 16178354 | CASTAIC | CA | 91384 |
| 16179680 | HAVERTOWN | PA | 19083 |
| 16178690 | LARGO | FL | 33774 |
| 16180034 | SANTA ROSA | CA | 95403 |
| 16179268 | TRACY | CA | 95376 |
| 16179514 | MERRIMACK | NH | 3054 |
| 16178372 | CARSON CITY | NV | 89703 |
| 16179097 | LATHROP | CA | 95330 |
| 16179859 | BONITA SPRINGS | FL | 34135 |
| 16178367 | PORTLAND | OR | 97219 |
| 16179464 | FARGO | ND | 58103 |
| 16180434 | TEMPLETON | CA | 93465 |
| 16178487 | WINCHESTER | VA | 22601 |
| 16180271 | RIVERSIDE | CA | 92503 |
| 16178191 | NEWPORT NEWS | VA | 23606 |
| 16179152 | ROCKLIN | CA | 95677 |
| 16178979 | PHOENIX | AZ | 85044 |
| 16178924 | OXNARD | CA | 93039 |

| | | | |
|---|---|---|---|
| 16178943 | SAN JOSE | CA | 95136 |
| 16179610 | RANCHO CUCAMONGA | CA | 91739 |
| 16179269 | MIAMI | FL | 33176 |
| 16179519 | CENTREVILLE | VA | 20120 |
| 16179923 | GALLATIN | TN | 37066 |
| 16179360 | STRASBURG | CO | 80136 |
| 16180073 | NOVATO | CA | 94945 |
| 16180435 | MEDFORD | OR | 97504 |
| 16180272 | MABLETON | GA | 30126 |
| 16179752 | STERLING HEIGHTS | MI | 48310 |
| 16178545 | GRANTS PASS | OR | 97526 |
| 16178648 | PUYALLUP | WA | 98374 |
| 16178915 | VICTORVILLE | CA | 92392 |
| 16179681 | SNOQUALMIE | WA | 98065 |
| 16178584 | PHOENIX | AZ | 85045 |
| 16180233 | LOWELL | MA | 1854 |
| 16179291 | MOUNTAIN HOUSE | CA | 95391 |
| 16178373 | ROSEVILLE | CA | 95747 |
| 16179361 | AURORA | CO | 80013 |
| 16180250 | DENVER | CO | 80205 |
| 16178935 | UNION CITY | CA | 94587 |
| 16179556 | WATERFORD | MI | 48329 |
| 16178962 | STOCKTON | CA | 95212 |
| 16178791 | RAINIER | WA | 98576 |
| 16178292 | WESLEY CHAPEL | FL | 33543 |
| 16180083 | GILBERT | AZ | 85297 |
| 16178334 | THORNTON | CO | 80260 |
| 16179262 | HAYWARD | CA | 94544 |
| 16178667 | HAYWARD | CA | 94545 |
| 16179241 | ANTIOCH | CA | 94509 |
| 16179958 | OAKLAND | CA | 94605 |
| 16178357 | HUNTERSVILLE | NC | 28078 |
| 16178216 | LINCOLN | CA | 95648 |
| 16180013 | PHOENIX | AZ | 85031 |
| 16179846 | TEMPLE | GA | 30179 |
| 16179637 | WOODBRIDGE | VA | 22193 |
| 16180251 | SEATTLE | WA | 98144 |
| 16180102 | LOS ANGELES | CA | 90016 |
| 16178683 | SUN VALLEY | NV | 89433 |
| 16178300 | HILLSBORO | OR | 97123 |
| 16178765 | LA PALMA | CA | 90623 |
| 16179796 | ADELANTO | CA | 92301 |
| 16178564 | CHANDLER | AZ | 85225 |
| 16179114 | ACCOKEEK | MD | 20607 |
| 16178383 | SACRAMENTO | CA | 95841 |
| 16180014 | ARROYO GRANDE | CA | 93420 |
| 16179473 | AVON | IN | 46123 |
| 16179794 | ONTARIO | CA | 91762 |
| 16180176 | SANTA CLARA | CA | 95050 |
| 16179007 | PLACENTIA | CA | 92870 |
| 16180252 | BALLSTON SPA | NY | 12020 |
| 16179699 | FAYETTEVILLE | GA | 30214 |
| 16179041 | OLYMPIC VALLEY | CA | 96146 |
| 16180111 | BURLINGAME | CA | 94010 |
| 16179614 | ESCONDIDO | CA | 92027 |
| 16178517 | TACOMA | WA | 98422 |
| 16179213 | ATWATER | CA | 95301 |
| 16179215 | BIXBY | OK | 74008 |
| 16179639 | MANASSAS | VA | 20110 |
| 16179353 | CUMMING | GA | 30040 |
| 16180253 | SEATAC | WA | 98188 |
| 16178951 | SNOQUALMIE | WA | 98065 |
| 16179669 | LAUDERHILL | FL | 33351 |
| 16180030 | SANTA ROSA | CA | 95403 |
| 16179263 | TRACY | CA | 95377 |
| 16179506 | ATLANTIC BEACH | FL | 32233 |
| 16179131 | SPRINGFIELD | VA | 22151 |
| 16179227 | NORWALK | CA | 90650 |
| 16179913 | ATLANTA | GA | 30340 |
| 16178365 | CULVER CITY | CA | 90230 |
| 16178862 | SAN JOSE | CA | 95131 |
| 16179946 | BROOKVILLE | OH | 45309 |
| 16180612 | ENGLEWOOD | CO | 80110 |
| 16179461 | CHANTILLY | VA | 20151 |
| 16180057 | GREENBRAE | CA | 94904 |
| 16179339 | LAS VEGAS | NV | 89107 |
| 16179617 | OXNARD | CA | 93035 |
| 16179023 | LOS ANGELES | CA | 90002 |
| 16178482 | ADELANTO | CA | 92301 |
| 16178906 | CHANDLER | AZ | 85248 |
| 16178769 | LOS ANGELES | CA | 90007 |
| 16179219 | CHANDLER | AZ | 85249 |
| 16178384 | NORTHRIDGE AREA LOS ANGEL | CA | 91325 |
| 16179096 | NORCO | CA | 92860 |
| 16178256 | MIRAMAR | FL | 33023 |
| 16179112 | RIO LINDA | CA | 95673 |
| 16179856 | SAINT AUGUSTINE | FL | 32092 |
| 16179224 | ROSEVILLE | CA | 95747 |
| 16180613 | AVONDALE | AZ | 85323 |
| 16179462 | SAVANNAH | GA | 31410 |
| 16178721 | WENATCHEE | WA | 98801 |
| 16179358 | GROTON | SD | 57445 |
| 16179408 | BIG BEAR CITY | CA | 92314 |
| 16179941 | SAN DIEGO | CA | 92107 |
| 16179043 | AMERICAN CANYON | CA | 94503 |

Unassociated Document                                                    Page 231 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 232 of 279

| | | | |
|---|---|---|---|
| 16178914 | CONCORD | CA | 94519 |
| 16179678 | NAPLES | FL | 34113 |
| 16178933 | GRASS VALLEY | CA | 95945 |
| 16178766 | CORONA | CA | 92883 |
| 16178569 | KENT | WA | 98031 |
| 16179220 | SCOTTSDALE | AZ | 85255 |
| 16179211 | LOS BANOS | CA | 93635 |
| 16179857 | SAINT PETERSBURG | FL | 33712 |
| 16178361 | BALTIMORE | MD | 21217 |
| 16179127 | LAKEWOOD | CA | 90715 |
| 16179906 | LAKEWOOD | CA | 90712 |
| 16178366 | VANCOUVER | WA | 98684 |
| 16179463 | PAINESVILLE | OH | 44077 |
| 16179403 | PALMDALE | CA | 93551 |
| 16178657 | DENVER | CO | 80239 |
| 16179749 | COLUMBUS | OH | 43230 |
| 16179570 | ORLANDO | FL | 32829 |
| 16179140 | MESA | AZ | 85209 |
| 16179031 | DURHAM | CA | 95938 |
| 16179679 | OVIEDO | FL | 32766 |
| 16178261 | TROUTDALE | OR | 97060 |
| 16180080 | SAN JOSE | CA | 95126 |
| 16179267 | CORONA AREA | CA | 92880 |
| 16179259 | LAGUNA HILLS | CA | 92653 |
| 16179287 | DOWNEY | CA | 90241 |
| 16179130 | FAIRFAX | VA | 22032 |
| 16179956 | SAN CLEMENTE | CA | 92672 |
| 16180011 | ORANGE PARK | FL | 32065 |
| 16178840 | MONROE | NC | 28110 |
| 16178817 | SOUTH SAN FRANCISCO | CA | 94080 |
| 16179890 | ASHBURN | VA | 20147 |
| 16180524 | ELK GROVE | CA | 95758 |
| 16179642 | BAKERSFIELD | CA | 93306 |
| 16179446 | BOYNTON BEACH | FL | 33437 |
| 16179012 | HAYDEN | ID | 83835 |
| 16180249 | PARAMUS | NJ | 7652 |
| 16179040 | WINNETKA AREA | CA | 91306 |
| 16178950 | MORENO VALLEY | CA | 92557 |
| 16179504 | STANDISH | ME | 4084 |
| 16179288 | WESTMINSTER | CA | 92683 |
| 16179911 | SMYRNA | GA | 30082 |
| 16179957 | BULLHEAD CITY | AZ | 86442 |
| 16180012 | LAKE ELSINORE | CA | 92532 |
| 16180069 | SANTA ROSA | CA | 95407 |
| 16180060 | OAKLAND | CA | 94609 |
| 16180525 | ST AUGUSTINE | FL | 32080 |
| 16179447 | MIAMI | FL | 33032 |
| 16179973 | LAVERGNE | TN | 37086 |
| 16180134 | AGUA DULCE AREA | CA | 91390 |
| 16178908 | LONG BEACH | CA | 90815 |
| 16179657 | HARVEST | AL | 35749 |
| 16179788 | ASHBURN | VA | 20147 |
| 16180032 | HENDERSON | NV | 89052 |
| 16179110 | MORRIS PLAINS | NJ | 7950 |
| 16178674 | LONG BEACH | CA | 90805 |
| 16179901 | SAN DIEGO | CA | 92111 |
| 16180608 | SACRAMENTO | CA | 95826 |
| 16179457 | DUMFRIES | VA | 22026 |
| 16179997 | OLMSTED FALLS | OH | 44138 |
| 16180049 | LAGUNA NIGUEL | CA | 92677 |
| 16179104 | KISSIMMEE | FL | 34741 |
| 16180508 | NORTH LAS VEGAS | NV | 89081 |
| 16179174 | STUDIO CITY | CA | 91604 |
| 16179435 | ENGLEWOOD | CO | 80110 |
| 16178782 | BEAUMONT | CA | 92223 |
| 16180046 | BERMUDA DUNES | CA | 92203 |
| 16179030 | ALISO VIEJO | CA | 92656 |
| 16179020 | LATHROP | CA | 95330 |
| 16178585 | HARDYSTON TOWNSHIP | NJ | 7419 |
| 16180098 | ELK GROVE | CA | 95624 |
| 16178574 | VALLEY CENTER | KS | 67147 |
| 16178289 | ARLINGTON | VA | 22204 |
| 16178254 | TWENTYNINE PALMS | CA | 92277 |
| 16179853 | TOOELE | UT | 84074 |
| 16179902 | SIERRA VISTA | AZ | 85635 |
| 16180609 | DEARBORN HEIGHTS | MI | 48127 |
| 16179458 | ASHBURN | VA | 20147 |
| 16179998 | SAINT LOUIS | MO | 63123 |
| 16179005 | CORONA | CA | 92883 |
| 16179400 | ST LOUIS | MO | 63112 |
| 16178932 | LA QUINTA | CA | 92253 |
| 16180081 | NATIONAL CITY | CA | 91950 |
| 16178582 | PALM BAY | FL | 32909 |
| 16179257 | LONG BEACH | CA | 90803 |
| 16178615 | SANTA MARIA | CA | 93455 |
| 16179126 | LAGUNA HILLS | CA | 92653 |
| 16179903 | LITCHFIELD PARK | AZ | 85340 |
| 16180610 | LAKE HAVASU CITY | AZ | 86406 |
| 16180160 | ALBANY | CA | 94706 |
| 16179459 | FAYETTEVILLE | GA | 30214 |
| 16179626 | STOCKTON | CA | 95205 |
| 16178443 | KENT | WA | 98030 |
| 16179357 | PHOENIX | AZ | 85027 |
| 16179401 | FORT WORTH | TX | 76123 |
| 16179021 | QUEENS VILLAGE | NY | 11427 |

| | | | |
|---|---|---|---|
| 16178331 | VICTORVILLE | CA | 92395 |
| 16179658 | ESCONDIDO | CA | 92027 |
| 16180041 | SAN LORENZO | CA | 94580 |
| 16179218 | DALY CITY | CA | 94015 |
| 16178465 | JEFFERSON TOWNSHIP | NJ | 7438 |
| 16178665 | ATLANTA | GA | 30309 |
| 16182255 | ENGLEWOOD | CO | 80112 |
| 16179854 | JENKS | OK | 74037 |
| 16179904 | SAN JOSE | CA | 95116 |
| 16179945 | ELYRIA | OH | 44035 |
| 16180611 | GLENDALE HEIGHTS | IL | 60139 |
| 16179402 | IRVING | TX | 75063 |
| 16179974 | BRANDON | FL | 33511 |
| 16178957 | CAMARILLO | CA | 93010 |
| 16178480 | RIVERSIDE | CA | 92505 |
| 16179677 | MARGATE | FL | 33063 |
| 16180093 | PLACERVILLE | CA | 95667 |
| 16178285 | ELIZABETH | NJ | 7206 |
| 16178346 | ALEXANDRIA | VA | 22309 |
| 16179111 | LEHI | UT | 84043 |
| 16179855 | SANFORD | FL | 32771 |
| 16179905 | RAMONA | CA | 92065 |
| 16180168 | LOS ANGELES | CA | 91406 |
| 16178703 | OCEANO | CA | 93445 |
| 16178695 | MINNEAPOLIS | MN | 55408 |
| 16178777 | LAKE WORTH | FL | 33463 |
| 16178235 | WEST JORDAN | UT | 84088 |
| 16179994 | FALLS CHURCH | VA | 22042 |
| 16179876 | MURRIETA | CA | 92562 |
| 16180501 | JACKSONVILLE | FL | 32225 |
| 16180571 | DENVER | CO | 80239 |
| 16179094 | STOCKTON | CA | 95204 |
| 16178356 | NORTH LAS VEGAS | NV | 89030 |
| 16180339 | JACKSONVILLE | FL | 32226 |
| 16180403 | ACAMPO | CA | 95220 |
| 16179730 | MIAMI | FL | 33186 |
| 16179343 | GILBERT | AZ | 85297 |
| 16180086 | LOS ANGELES | CA | 90007 |
| 16178673 | AUSTIN | TX | 78728 |
| 16178185 | LAS VEGAS | NV | 89149 |
| 16179995 | WOODBRIDGE | VA | 22192 |
| 16180502 | SAINT GEORGE | UT | 84770 |
| 16180572 | WARWICK | RI | 2889 |
| 16180187 | OAKLAND | CA | 94605 |
| 16179430 | WOODLAND PARK | CO | 80863 |
| 16180340 | DUNEDIN | FL | 34698 |
| 16180404 | BROOKLYN | NY | 11220 |
| 16178810 | HIRAM | GA | 30141 |
| 16178973 | LAS VEGAS | NV | 89148 |
| 16179050 | VISTA | CA | 92084 |
| 16178433 | PALM DESERT | CA | 92211 |
| 16178329 | GILBERT | AZ | 85233 |
| 16178308 | LAUDERDALE LAKES | FL | 33319 |
| 16178236 | NAPERVILLE | IL | 60564 |
| 16180503 | ATLANTA | GA | 30312 |
| 16179877 | PURCELLVILLE | VA | 20132 |
| 16180573 | CLEARWATER | FL | 33756 |
| 16179078 | POMONA | CA | 91766 |
| 16179095 | CHULA VISTA | CA | 91911 |
| 16179431 | SAMMAMISH | WA | 98074 |
| 16180341 | MESA | AZ | 85207 |
| 16180405 | EL SEGUNDO | CA | 90245 |
| 16179832 | SALIDA | CA | 95368 |
| 16180113 | SAN CLEMENTE | CA | 92673 |
| 16179971 | BROOMFIELD | CO | 80020 |
| 16178903 | LAGUNA HILLS | CA | 92653 |
| 16179768 | AVONDALE | AZ | 85323 |
| 16178788 | WOODBRIDGE | VA | 22192 |
| 16179802 | ANTIOCH | CA | 94509 |
| 16179237 | ROSLYN | NY | 11576 |
| 16180604 | MILWAUKEE | WI | 53224 |
| 16179547 | CICERO | IL | 60804 |
| 16179103 | FREEHOLD | NJ | 7728 |
| 16180504 | BRADENTON | FL | 34212 |
| 16180574 | SAN BERNARDINO | CA | 92404 |
| 16179432 | BISMARCK | ND | 58501 |
| 16180342 | BRENTWOOD | CA | 94513 |
| 16179833 | CAMERON PARK | CA | 95682 |
| 16178800 | SACRAMENTO | CA | 95864 |
| 16179541 | SOUTHFIELD | MI | 48076 |
| 16178288 | MANASSAS | VA | 20109 |
| 16178464 | VANCOUVER | WA | 98665 |
| 16178252 | SOQUEL | CA | 95073 |
| 16178343 | ATLANTA | GA | 30312 |
| 16178554 | COLONIAL HEIGHTS | VA | 23834 |
| 16180605 | HILLSBORO | NH | 3244 |
| 16179944 | ALEXANDRIA | VA | 22310 |
| 16178526 | VICTORVILLE | CA | 92392 |
| 16182237 | MARIETTA | GA | 30066 |
| 16180505 | METHUEN | MA | 1844 |
| 16179878 | CHESAPEAKE | VA | 23320 |
| 16180575 | HYATTSVILLE | MD | 20783 |
| 16178474 | ARVADA | CO | 80005 |
| 16179433 | BROOMFIELD | CO | 80020 |
| 16179780 | LAVEEN | AZ | 85339 |

Unassociated Document                                            Page 233 of 835
12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 234 of 279

| | | | |
|---|---|---|---|
| 16180343 | TAMPA | FL | 33615 |
| 16179834 | MADERA | CA | 93637 |
| 16178412 | SAN DIEGO | CA | 92126 |
| 16178698 | SAN DIEGO | CA | 92101 |
| 16178905 | LOS ANGELES (NORTH HILLS | CA | 91343 |
| 16180131 | SACRAMENTO | CA | 95828 |
| 16180104 | BRIGHTON | CO | 80602 |
| 16180031 | GRANITE BAY | CA | 95746 |
| 16178751 | TUCSON | AZ | 85745 |
| 16179256 | CORONA | CA | 92883 |
| 16178467 | MOUNT PLEASANT | SC | 29464 |
| 16179222 | NEW YORK | NY | 10035 |
| 16179900 | WEST SACRAMENTO | CA | 95605 |
| 16178749 | BEND | OR | 97702 |
| 16180606 | OCEANSIDE | CA | 92054 |
| 16178559 | CARY | NC | 27519 |
| 16178553 | MIAMI | FL | 33176 |
| 16179199 | LOS ANGELES (NORTH HOLLYW | CA | 91602 |
| 16180506 | GIBSONTON | FL | 33534 |
| 16179767 | VISTA | CA | 92084 |
| 16180344 | YORK | ME | 3909 |
| 16178442 | TEHACHAPI | CA | 93561 |
| 16179972 | APISON | TN | 37302 |
| 16179769 | CORONA | CA | 92881 |
| 16178253 | CYPRESS | CA | 90630 |
| 16179210 | SAN DIEGO | CA | 92129 |
| 16180607 | SCHAUMBURG | IL | 60194 |
| 16179996 | NORMAN | OK | 73072 |
| 16178492 | COLORADO SPRINGS | CO | 80920 |
| 16180507 | BARTLETT | IL | 60103 |
| 16179879 | JOHNSTON | RI | 2919 |
| 16179079 | COALINGA | CA | 93210 |
| 16179434 | ARVADA | CO | 80004 |
| 16178720 | LEMOORE | CA | 93245 |
| 16180043 | TRACY | CA | 95304 |
| 16178871 | GRAY | TN | 37615 |
| 16179281 | ELK GROVE | CA | 95757 |
| 16178233 | RENTON | WA | 98055 |
| 16180567 | WHITE HOUSE | TN | 37188 |
| 16180335 | OAKLAND PARK | FL | 33334 |
| 16180399 | WARREN | RI | 2885 |
| 16180068 | SACRAMENTO | CA | 95821 |
| 16180467 | PHOENIX | AZ | 85054 |
| 16179086 | MURRIETA | CA | 92563 |
| 16180305 | LAKE BARRINGTON | IL | 60010 |
| 16178411 | MALIBU | CA | 90265 |
| 16178400 | SINKING SPRING | PA | 19608 |
| 16178452 | CITRUS HEIGHTS | CA | 95610 |
| 16179615 | SURPRISE | AZ | 85379 |
| 16178500 | SUNNYVALE | CA | 94086 |
| 16179873 | POMPANO BEACH | FL | 33069 |
| 16180568 | FORT PIERCE | FL | 34951 |
| 16180336 | ST MICHAEL | MN | 55376 |
| 16180400 | ELK RIVER | MN | 55330 |
| 16180306 | ST LOUIS PARK | MN | 55426 |
| 16179645 | BELLINGHAM | WA | 98226 |
| 16180154 | LOS ANGELES | CA | 90291 |
| 16179728 | ORLANDO | FL | 32824 |
| 16180021 | MIAMI | FL | 33176 |
| 16179616 | PERRIS | CA | 92571 |
| 16178234 | MENIFEE | CA | 92584 |
| 16180499 | EDMONDS | WA | 98026 |
| 16179874 | CHESAPEAKE | VA | 23320 |
| 16180569 | REDMOND | WA | 98052 |
| 16180337 | CHARLOTTE | NC | 28269 |
| 16180175 | LINCOLN | CA | 95648 |
| 16179479 | SAVANNAH | GA | 31404 |
| 16180401 | NORTH HOLLYWOOD AREA | CA | 91601 |
| 16178994 | SEVERN | MD | 21144 |
| 16180468 | NORTH BRANFORD | CT | 6471 |
| 16179729 | HOMESTEAD | FL | 33035 |
| 16178453 | KIRKLAND | WA | 98034 |
| 16180096 | ELK GROVE | CA | 95624 |
| 16178677 | GLENDALE | AZ | 85307 |
| 16178461 | GILBERT | AZ | 85296 |
| 16178182 | ROCKVILLE | MD | 20850 |
| 16180078 | SAN JOSE | CA | 95127 |
| 16180500 | PHOENIX | AZ | 85043 |
| 16179875 | BRISTOL | RI | 2809 |
| 16180570 | FAIRFIELD | OH | 45014 |
| 16180338 | LINO LAKES | MN | 55014 |
| 16180402 | CORONA | CA | 92881 |
| 16180469 | SARASOTA | FL | 34242 |
| 16178653 | RIVERSIDE | CA | 92503 |
| 16179075 | DAMASCUS | MD | 20872 |
| 16179049 | IRVINE | CA | 92620 |
| 16180118 | NOVATO | CA | 94945 |
| 16179501 | STOCKTON | CA | 95219 |
| 16180229 | KANSAS CITY | MO | 64151 |
| 16178362 | WEST SACRAMENTO | CA | 95691 |
| 16178744 | ROYAL OAK | MI | 48073 |
| 16179376 | TAMARAC | FL | 33321 |
| 16179546 | GLENWOOD | IL | 60425 |
| 16180529 | MIAMI BEACH | FL | 33139 |
| 16180298 | LAGUNA NIGUEL | CA | 92677 |

| | | | |
|---|---|---|---|
| 16180366 | PORT ST. LUCIE | FL | 34953 |
| 16178421 | STOCKTON | CA | 95206 |
| 16179693 | ANTIOCH | CA | 94509 |
| 16180123 | BOISE | ID | 83713 |
| 16180035 | CORONA | CA | 92881 |
| 16179776 | SPRINGFIELD | MO | 65803 |
| 16180230 | YUBA CITY | CA | 95991 |
| 16179502 | LANCASTER | CA | 93535 |
| 16180063 | ANAHEIM | CA | 92808 |
| 16180180 | LAS VEGAS | NV | 89123 |
| 16179189 | GLENDALE | AZ | 85308 |
| 16180461 | MIAMI | FL | 33183 |
| 16180530 | EVERETT | WA | 98201 |
| 16180299 | CHARLOTTE | NC | 28270 |
| 16180367 | NORTH HOLLYWOOD | CA | 91605 |
| 16178491 | AMERICAN CANYON | CA | 94503 |
| 16178450 | VANCOUVER | WA | 98686 |
| 16178946 | SAN BERARNDINO | CA | 92324 |
| 16178968 | DELRAY BEACH | FL | 33444 |
| 16179046 | REEDLEY | CA | 93654 |
| 16178709 | SYLMAR AREA (LA) | CA | 91342 |
| 16180112 | SANTA BARBARA | CA | 93101 |
| 16179053 | MIRAMAR | FL | 33025 |
| 16179705 | MURRAY | UT | 84107 |
| 16178624 | SALT LAKE CITY | UT | 84106 |
| 16180103 | SAN DIEGO | CA | 92101 |
| 16180231 | RIVERDALE | UT | 84405 |
| 16179119 | AMERICAN CANYON | CA | 94503 |
| 16180462 | BRIGHTON | CO | 80601 |
| 16180531 | LOS ANGELES | CA | 90002 |
| 16180300 | MUKILTEO | WA | 98275 |
| 16180368 | MYRTLE BEACH | SC | 29579 |
| 16179722 | CLEARWATER | FL | 33756 |
| 16178694 | PATERSON | NJ | 7522 |
| 16180050 | ELK GROVE | CA | 95757 |
| 16180149 | CASTLE ROCK | CO | 80104 |
| 16179279 | REDWOOD CITY | CA | 94063 |
| 16179296 | ANTIOCH | CA | 94509 |
| 16180072 | BELLEVUE | WA | 98007 |
| 16180232 | FONTANA | CA | 92336 |
| 16178886 | LORTON | VA | 22079 |
| 16179308 | ATLANTA | GA | 30338 |
| 16179377 | ORLANDO | FL | 32828 |
| 16180463 | PORTLAND | OR | 97266 |
| 16180532 | LINCOLN | CA | 95648 |
| 16179147 | GILBERT | AZ | 85233 |
| 16179084 | STOCKTON | CA | 95206 |
| 16180301 | TAMPA | FL | 33624 |
| 16180369 | NEW BRUNSWICK | NJ | 8901 |
| 16179723 | MARGATE | FL | 33063 |
| 16178451 | PACHECO | CA | 94553 |
| 16179813 | HELENDALE | CA | 92342 |
| 16179027 | ANTIOCH | CA | 94531 |
| 16179706 | SANTAQUIN | UT | 84655 |
| 16178326 | YORBA LINDA | CA | 92886 |
| 16180089 | POLLOCK PINES | CA | 95726 |
| 16178388 | CLAREMONT | CA | 91711 |
| 16178670 | SALEM | OR | 97302 |
| 16179378 | MIAMI | FL | 33193 |
| 16180464 | ALGONA | WA | 98001 |
| 16180533 | LAS VEGAS | NV | 89131 |
| 16180302 | NORTHGLENN | CO | 80260 |
| 16180370 | RIVERSIDE | CA | 92503 |
| 16179724 | ORLANDO | FL | 32821 |
| 16179766 | EL MIRAGE | AZ | 85335 |
| 16178702 | AURORA | CO | 80010 |
| 16178947 | RANCHO MIRAGE | CA | 92270 |
| 16179814 | HUNTINGTON BEACH | CA | 92648 |
| 16178422 | TOLLESON | AZ | 85353 |
| 16180094 | LA QUINTA | CA | 92253 |
| 16180150 | TRACY | CA | 95377 |
| 16179515 | LAS VEGAS | NV | 89149 |
| 16178740 | BROKEN ARROW | OK | 74014 |
| 16180398 | MIAMI | FL | 33137 |
| 16180465 | MORENO VALLEY | CA | 92553 |
| 16180534 | SURPRISE | AZ | 85388 |
| 16179085 | ELBURN | IL | 60119 |
| 16178972 | POMONA | CA | 91768 |
| 16180303 | PORT ST LUCIE | FL | 34952 |
| 16180158 | SACRAMENTO | CA | 95823 |
| 16179159 | SAN DIEGO | CA | 92126 |
| 16180371 | RIVERSIDE | CA | 92505 |
| 16179063 | MURRIETA | CA | 92563 |
| 16178987 | SAN BRUNO | CA | 94066 |
| 16179725 | MIAMI | FL | 33179 |
| 16179595 | MEDINAH | IL | 60157 |
| 16178797 | GREEN MOUNTAIN FALLS | CO | 80819 |
| 16180135 | WINDSOR | CA | 95492 |
| 16178606 | SPRINGFIELD | MO | 65810 |
| 16179342 | LYONS | IL | 60534 |
| 16178899 | SARASOTA | FL | 34243 |
| 16180566 | NORTH MIAMI BEACH | FL | 33180 |
| 16180466 | MARIETTA | GA | 30064 |
| 16178965 | SAN GABRIEL | CA | 91775 |
| 16180535 | COPIAGUE | NY | 11726 |

| | | | |
|---|---|---|---|
| 16180304 | AUBURN | WA | 98002 |
| 16178432 | SAN MATEO | CA | 94403 |
| 16178988 | LOS ANGELES | CA | 91436 |
| 16179726 | CAPE CORAL | FL | 33909 |
| 16178881 | HOMESTEAD | FL | 33032 |
| 16180055 | SANTA FE | NM | 87501 |
| 16179962 | NEWNAN | GA | 30265 |
| 16178910 | SANDY | UT | 84070 |
| 16178573 | HEMET | CA | 92544 |
| 16179239 | FOSTER CITY | CA | 94404 |
| 16179305 | NAPLES | FL | 34114 |
| 16178244 | SACRAMENTO | CA | 95827 |
| 16178664 | MADISON | WI | 53719 |
| 16178513 | CROZET | VA | 22932 |
| 16179841 | UNION CITY | GA | 30291 |
| 16179887 | WATERFORD | MI | 48327 |
| 16180520 | LOS ANGELES | CA | 90016 |
| 16180589 | AVONDALE | AZ | 85323 |
| 16179988 | TAMPA | FL | 33634 |
| 16180422 | TARZANA AREA | CA | 91356 |
| 16180182 | HEALDSBURG | CA | 95448 |
| 16179171 | VALLEJO | CA | 94591 |
| 16178417 | NEWBERG | OR | 97132 |
| 16178275 | STAFFORD | VA | 22554 |
| 16178478 | LAFAYETTE | LA | 70508 |
| 16178190 | FREDERICKSBURG | VA | 22401 |
| 16180120 | MADERA | CA | 93638 |
| 16180009 | LOUISVILLE | KY | 40245 |
| 16179842 | CHEYENNE | WY | 82001 |
| 16179633 | MODESTO | CA | 95351 |
| 16180521 | JAMAICA | NY | 11434 |
| 16180590 | CHESHIRE | CT | 6410 |
| 16179936 | OPA LOCKA | FL | 33056 |
| 16179444 | SAN DIEGO | CA | 92154 |
| 16180059 | INCLINE VILLAGE | NV | 89451 |
| 16180423 | REDLANDS | CA | 92374 |
| 16179963 | BARRINGTON | IL | 60010 |
| 16179770 | LAS VEGAS | NV | 89108 |
| 16179954 | ANTIOCH | CA | 94531 |
| 16178245 | CARMICHAEL | CA | 95608 |
| 16180522 | KINGMAN | AZ | 86401 |
| 16179634 | MIRAMAR | FL | 33023 |
| 16179122 | AMERICAN CANYON | CA | 94503 |
| 16180591 | ORLANDO | FL | 32819 |
| 16179782 | HENDERSON | NV | 89074 |
| 16180424 | WOODLAND HILLS AREA | CA | 91367 |
| 16178418 | RENO | NV | 89521 |
| 16179964 | LAS VEGAS | NV | 89103 |
| 16178911 | MURRIETA | CA | 92562 |
| 16179667 | DUNEDIN | FL | 34698 |
| 16179240 | CHULA VISTA | CA | 91911 |
| 16179955 | PHOENIX | AZ | 85032 |
| 16179844 | HEMET | CA | 92545 |
| 16179635 | WEST PALM BEACH | FL | 33407 |
| 16179889 | CHICAGO | IL | 60641 |
| 16180523 | BARTLETT | IL | 60103 |
| 16179197 | RED BLUFF | CA | 96080 |
| 16180592 | TAMPA | FL | 33604 |
| 16179937 | HOMESTEAD | FL | 33032 |
| 16178457 | MIAMI | FL | 33055 |
| 16179445 | POMPANO BEACH | FL | 33067 |
| 16178725 | WILMINGTON | NC | 28412 |
| 16179069 | WAIPAHU | HI | 96797 |
| 16178543 | FORT COLLINS | CO | 80528 |
| 16179668 | CUMMING | GA | 30041 |
| 16180085 | NORTH HOLLYWOOD | CA | 91606 |
| 16179311 | SACRAMENTO | CA | 95815 |
| 16178680 | LOVELAND | CO | 80537 |
| 16179286 | BELLFLOWER | CA | 90706 |
| 16180010 | LUBBOCK | TX | 79424 |
| 16178246 | NILES | IL | 60714 |
| 16178844 | FEDERAL WAY | WA | 98003 |
| 16179793 | TEMPE | AZ | 85281 |
| 16179636 | NORWALK | CA | 90650 |
| 16180593 | ZEPHYRHILLS | FL | 33544 |
| 16178419 | DELHI | CA | 95315 |
| 16179789 | VALLEJO | CA | 94591 |
| 16180136 | STOCKTON | CA | 95212 |
| 16178333 | VALLEJO | CA | 94591 |
| 16178176 | STEPHENS CITY | VA | 22655 |
| 16179375 | KISSIMMEE | FL | 34746 |
| 16179550 | MANASSAS | VA | 20112 |
| 16180528 | LACEY | WA | 98513 |
| 16180297 | GRAND JUNCTION | CO | 81503 |
| 16179158 | RAMONA | CA | 92065 |
| 16180365 | SPRING HILL | FL | 34609 |
| 16179038 | LOS ANGELES (SYLMAR AREA) | CA | 91342 |
| 16180267 | AURORA | CO | 80017 |
| 16179591 | SOUTHFIELD | MI | 48034 |
| 16179026 | RIVERBANK | CA | 95367 |
| 16178312 | SACRAMENTO | CA | 95826 |
| 16179568 | KISSIMMEE | FL | 34758 |
| 16178324 | AVONDALE | AZ | 85323 |
| 16178711 | PANAMA CITY BEACH | FL | 32413 |
| 16178630 | SAN DIEGO | CA | 92104 |

| | | | |
|---|---|---|---|
| 16179522 | BOTHELL | WA | 98012 |
| 16178631 | TROY | MI | 48083 |
| 16179523 | MESA | AZ | 85207 |
| 16178470 | RIGBY | ID | 83442 |
| 16180095 | MURRIETA | CA | 92563 |
| 16179961 | PENSACOLA | FL | 32514 |
| 16179532 | ALPHARETTA | GA | 30022 |
| 16178393 | HENDERSON | NV | 89015 |
| 16180101 | MILL VALLEY | CA | 94941 |
| 16180087 | SAN FRANCISCO | CA | 94108 |
| 16180100 | SAN DIEGO | CA | 92111 |
| 16178737 | LOVELAND | CO | 80537 |
| 16178614 | SAN PEDRO (LA) | CA | 90731 |
| 16180519 | SCOTTSDALE | AZ | 85259 |
| 16179886 | NORTH RIDGEVILLE | OH | 44039 |
| 16180588 | HIGHLANDS RANCH | CO | 80130 |
| 16179934 | APOPKA | FL | 32703 |
| 16179987 | INDIANAPOLIS | IN | 46237 |
| 16180421 | LITHONIA | GA | 30058 |
| 16178986 | MURRIETA | CA | 92562 |
| 16180488 | COLUMBUS | OH | 43223 |
| 16178995 | SAN BRUNO | CA | 94066 |
| 16179420 | RAPID CITY | SD | 57701 |
| 16178287 | LEESBURG | VA | 20175 |
| 16178438 | FRESNO | CA | 93710 |
| 16178752 | JACKSONVILLE | FL | 32258 |
| 16178229 | SAN JOSE | CA | 95112 |
| 16180489 | ORANGE | CA | 92867 |
| 16179865 | LANCASTER | CA | 93536 |
| 16180559 | VALLEY STREAM | NY | 11580 |
| 16180394 | HAYESVILLE | NC | 28904 |
| 16180459 | KISSIMMEE | FL | 34747 |
| 16178408 | ANTELOPE | CA | 95843 |
| 16179606 | MISSION VIEJO | CA | 92691 |
| 16179625 | PHOENIX | AZ | 85006 |
| 16178982 | AUBURN | CA | 95602 |
| 16179720 | PARKLAND | FL | 33067 |
| 16180038 | PUEBLO | CO | 81008 |
| 16180082 | WILDOMAR | CA | 92595 |
| 16178867 | CONCORD | CA | 94520 |
| 16179989 | KISSIMMEE | FL | 34741 |
| 16179866 | MIAMI | FL | 33172 |
| 16180490 | TUCSON | AZ | 85746 |
| 16180560 | URBANA | OH | 43078 |
| 16179421 | HENDERSON | NV | 89014 |
| 16180329 | APPLE VALLEY | MN | 55124 |
| 16180395 | BEND | OR | 97702 |
| 16180460 | TUCSON | AZ | 85757 |
| 16178807 | SCOTTSDALE | AZ | 85257 |
| 16179167 | STATEN ISLAND | NY | 10301 |
| 16180164 | PETALUMA | CA | 94952 |
| 16180056 | DUBLIN | CA | 94568 |
| 16179827 | OAKLEY | CA | 94561 |
| 16178430 | SANTA MARIA | CA | 93454 |
| 16178530 | BESSEMER | AL | 35022 |
| 16178776 | PERRY | UT | 84302 |
| 16179534 | ELLIJAY | GA | 30540 |
| 16179517 | LAS VEGAS | NV | 89139 |
| 16178230 | HALF MOON BAY | CA | 94019 |
| 16179990 | SAVANNAH | GA | 31419 |
| 16179867 | MIAMI | FL | 33193 |
| 16180491 | WOODSIDE | NY | 11377 |
| 16180561 | COVINA | CA | 91724 |
| 16178977 | STOCKTON | CA | 95203 |
| 16180330 | BAKERSFIELD | CA | 93313 |
| 16180396 | LANCASTER | CA | 93536 |
| 16178409 | NORTH PLAINS | OR | 97133 |
| 16179721 | MIAMI | FL | 33177 |
| 16179312 | PINE GROVE | CA | 95665 |
| 16179535 | WINDER | GA | 30680 |
| 16179304 | FAIRFIELD | CA | 94534 |
| 16178577 | COLORADO SPRINGS | CO | 80903 |
| 16178671 | KENMORE | WA | 98028 |
| 16178746 | SACRAMENTO | CA | 95838 |
| 16178507 | OTIS ORCHARDS | WA | 99027 |
| 16178558 | PALM HARBOR | FL | 34683 |
| 16180425 | CINCINNATI | OH | 45251 |
| 16180492 | COLORADO SPRINGS | CO | 80922 |
| 16180562 | SPOKANE | WA | 99207 |
| 16179002 | SACRAMENTO | CA | 95834 |
| 16180331 | PORT ST LUCIE | FL | 34953 |
| 16178439 | GOLDEN | CO | 80401 |
| 16179058 | CORONA | CA | 92881 |
| 16178431 | ESCALON | CA | 95320 |
| 16180167 | CLEARLAKE | CA | 95422 |
| 16179536 | ALPHARETTA | GA | 30004 |
| 16179332 | SEATTLE | WA | 98119 |
| 16180071 | STOCKTON | CA | 95206 |
| 16179938 | WESTON | FL | 33327 |
| 16178231 | MODESTO | CA | 95355 |
| 16180426 | CLIFFSIDE PARK | NJ | 7010 |
| 16179868 | ORANGE PARK | FL | 32073 |
| 16180493 | WAKEFIELD | MA | 1880 |
| 16180563 | PHOENIX | AZ | 85014 |
| 16178978 | ANAHEIM | CA | 92801 |

| | | | |
|---|---|---|---|
| 16179647 | RICHMOND | VA | 23222 |
| 16180332 | ELLENWOOD | GA | 30294 |
| 16180397 | BROOKHAVEN | NY | 11719 |
| 16179743 | SMYRNA | GA | 30082 |
| 16180142 | STOCKTON | CA | 95212 |
| 16179965 | LAS VEGAS | NV | 89118 |
| 16179537 | MARIETTA | GA | 30068 |
| 16178672 | CALDWELL | ID | 83607 |
| 16180189 | DENVER | CO | 80203 |
| 16179939 | NORTH MIAMI BEACH | FL | 33162 |
| 16180594 | ANTHEM | AZ | 85086 |
| 16179991 | CHESAPEAKE | VA | 23323 |
| 16180427 | TUCSON | AZ | 85747 |
| 16179869 | MIAMI | FL | 33174 |
| 16180494 | SYLMAR AREA | CA | 91342 |
| 16180564 | SPOKANE | WA | 99201 |
| 16179003 | SANTA MONICA | CA | 90404 |
| 16179093 | FULLERTON | CA | 92833 |
| 16180333 | ANTELOPE | CA | 95843 |
| 16178993 | SOUTH LAKE TAHOE | CA | 96150 |
| 16179798 | HOLLAND | PA | 18966 |
| 16179538 | BETHLEHEM | GA | 30620 |
| 16179338 | LAS VEGAS | NV | 89117 |
| 16178276 | PINECREST | FL | 33156 |
| 16178542 | RIALTO | CA | 92335 |
| 16178247 | SEATTLE | WA | 98126 |
| 16180595 | SUNRISE | FL | 33313 |
| 16178232 | SAN JUAN CAPISTRANO | CA | 92675 |
| 16180428 | DENVER | CO | 80211 |
| 16179870 | TAMARAC | FL | 33321 |
| 16180495 | HAYESVILLE | NC | 28904 |
| 16180565 | FREEPORT | NY | 11520 |
| 16179172 | PHOENIX | AZ | 85020 |
| 16179425 | KANEOHE | HI | 96744 |
| 16178410 | CORNELIUS | OR | 97113 |
| 16178929 | EL CENTRO | CA | 92243 |
| 16178747 | REDDING | CA | 96001 |
| 16179940 | JACKSONVILLE | FL | 32256 |
| 16180596 | SEATTLE | WA | 98103 |
| 16179992 | KISSIMMEE | FL | 34746 |
| 16180429 | WILMINGTON | DE | 19802 |
| 16179871 | HIALEAH | FL | 33016 |
| 16180496 | BELLEVUE | WA | 98004 |
| 16180173 | LAFAYETTE | CA | 94549 |
| 16179426 | NEW CASTLE | CO | 81647 |
| 16180334 | SMYRNA | GA | 30080 |
| 16178440 | MERCED | CA | 95340 |
| 16179745 | NORTH OLMSTED | OH | 44070 |
| 16178808 | AUSTIN | TX | 78748 |
| 16179966 | RAPID CITY | SD | 57701 |
| 16179028 | SANTA ANA | CA | 92703 |
| 16178930 | VICTORVILLE | CA | 92395 |
| 16178344 | BUENA PARK | CA | 90620 |
| 16178248 | AURORA | CO | 80014 |
| 16179893 | HEATH | TX | 75032 |
| 16179941 | MIAMI | FL | 33178 |
| 16180597 | MCKINLEYVILLE | CA | 95519 |
| 16179181 | PHILADELPHIA | PA | 19120 |
| 16180430 | GILBERT | AZ | 85296 |
| 16179186 | VALLEJO | CA | 94591 |
| 16179872 | HIALEAH | FL | 33010 |
| 16180497 | WHEATRIDGE | CO | 80212 |
| 16178861 | MT PLEASANT | SC | 29464 |
| 16179004 | CONCORD | CA | 94520 |
| 16179427 | LAFAYETTE | CO | 80026 |
| 16178731 | WILMINGTON | NC | 28412 |
| 16180145 | ONTARIO | CA | 91764 |
| 16179967 | AURORA | CO | 80013 |
| 16179539 | NORTH PORT | FL | 34286 |
| 16178539 | SOUTH BEND | IN | 46628 |
| 16180121 | CORONA | CA | 92883 |
| 16178345 | CHICAGO | IL | 60614 |
| 16178217 | SANTA ROSA | CA | 95407 |
| 16178738 | WAYNE | MI | 48184 |
| 16178498 | SPRINGFIELD | OR | 97477 |
| 16180015 | CORONA | CA | 92880 |
| 16178609 | PALM COAST | FL | 32137 |
| 16179894 | MANSFIELD | TX | 76063 |
| 16180002 | TWIN LAKE | MI | 49457 |
| 16179187 | OAKLAND | CA | 94619 |
| 16178501 | KUNA | ID | 83634 |
| 16180513 | FAR ROCKAWAY | NY | 11691 |
| 16179882 | GROVE CITY | OH | 43123 |
| 16179440 | ORANGE PARK | FL | 32003 |
| 16178445 | PHOENIX | AZ | 85086 |
| 16178316 | WEST JORDAN | UT | 84084 |
| 16180064 | PITTSBURG | CA | 94565 |
| 16179543 | ARVADA | CO | 80003 |
| 16178907 | WESTON | FL | 33332 |
| 16178347 | PHOENIX | AZ | 85041 |
| 16179649 | FLORISSANT | MO | 63034 |
| 16178257 | LONGMONT | CO | 80501 |
| 16179200 | KUNA | ID | 83634 |
| 16180615 | MANITOU SPRINGS | CO | 80829 |
| 16180003 | LIBERTY TOWNSHIP | OH | 45011 |

| | | | |
|---|---|---|---|
| 16178242 | SANFORD | FL | 32771 |
| 16178321 | GOODYEAR | AZ | 85338 |
| 16178998 | SAN JOSE | CA | 95148 |
| 16180514 | RANCHO CUCAMONGA | CA | 91739 |
| 16179629 | STOCKTON | CA | 95206 |
| 16180583 | CHICAGO | IL | 60625 |
| 16179441 | LUTZ | FL | 33558 |
| 16179340 | RIVERSIDE | CA | 92509 |
| 16178274 | ELKWOOD | VA | 22718 |
| 16178538 | NEW PRAGUE | MN | 56071 |
| 16179612 | SAINT LOUIS | MO | 63135 |
| 16179651 | RANCHO CUCAMONGA | CA | 91730 |
| 16178904 | MEGALIA | CA | 95954 |
| 16178579 | MT PLEASANT | SC | 29464 |
| 16180090 | CAMPBELL | CA | 95008 |
| 16178616 | KENT | WA | 98042 |
| 16179907 | SANTA CLARITA | CA | 91350 |
| 16180616 | KANSAS CITY | MO | 64157 |
| 16179949 | NORTHFIELD | OH | 44067 |
| 16179188 | DESOTO | MO | 63020 |
| 16180515 | KENT | WA | 98031 |
| 16179080 | FORT MYERS | FL | 33919 |
| 16178446 | APACHE JUNCTION | AZ | 85219 |
| 16179800 | FT LAUDERDALE | FL | 33301 |
| 16178839 | LIVERMORE | CA | 94551 |
| 16179661 | LEBANON | TN | 37090 |
| 16178348 | HONOLULU | HI | 96825 |
| 16178330 | BAKERSFIELD | CA | 93304 |
| 16178258 | PENNSAUKEN | NJ | 8110 |
| 16180097 | SAN FRANCISCO | CA | 94110 |
| 16179908 | CULVER CITY | CA | 90230 |
| 16179238 | SCOTTSDALE | AZ | 85254 |
| 16180617 | BARRINGTON | NJ | 8007 |
| 16179192 | ST. AUGUSTINE | FL | 32095 |
| 16180516 | FONTANA | CA | 92336 |
| 16180148 | CASTRO VALLEY | CA | 94552 |
| 16178732 | WILMINGTON | NC | 28412 |
| 16179662 | WHITE HOUSE | TN | 37188 |
| 16178187 | EAGLE | ID | 83616 |
| 16178268 | COLFAX | CA | 95713 |
| 16178188 | MISSOURI CITY | TX | 77489 |
| 16179791 | STERLING | VA | 20165 |
| 16179795 | RICHMOND | CA | 94806 |
| 16179797 | LA VERNE | CA | 91750 |
| 16179959 | LAKEWOOD | CA | 90712 |
| 16179799 | SHORELINE | WA | 98133 |
| 16178350 | SEATTLE | WA | 98122 |
| 16178351 | SAN FRANCISCO | CA | 94133 |
| 16178270 | EWA BEACH | HI | 96706 |
| 16178514 | AVONDALE | AZ | 85323 |
| 16178352 | GREENBELT | MD | 20770 |
| 16178271 | ALTADENA | CA | 91001 |
| 16178272 | LAUREL | MD | 20707 |
| 16179325 | CHANDLER | AZ | 85225 |
| 16179406 | ANNANDALE | VA | 22003 |
| 16178515 | ANNAPOLIS | MD | 21403 |
| 16179326 | CHANDLER | AZ | 85225 |
| 16178516 | JACKSONVILLE | FL | 32259 |
| 16178273 | ROSWELL | GA | 30076 |
| 16178193 | LAKE ORION | MI | 48359 |
| 16179409 | MONROE | WA | 98272 |
| 16178194 | TAMPA | FL | 33607 |
| 16178195 | SAN ANTONIO | TX | 78251 |
| 16178196 | COLORADO SPRINGS | CO | 80917 |
| 16178277 | LORTON | VA | 22079 |
| 16178358 | OREM | UT | 84057 |
| 16178197 | ARIZONA CITY | AZ | 85223 |
| 16178278 | CAPE CORAL | FL | 33993 |
| 16178198 | BRADENTON | FL | 34203 |
| 16178279 | BRECKENRIDGE | CO | 80424 |
| 16178199 | SPOKANE | WA | 99205 |
| 16180004 | CAMBY | IN | 46113 |
| 16178520 | SAN JOSE | CA | 95133 |
| 16178603 | THORNTON | CO | 80229 |
| 16178360 | KIMBERLY | AL | 35091 |
| 16178604 | OCALA | FL | 34472 |
| 16178607 | ABERDEEN | NJ | 7747 |
| 16179336 | RIVERVIEW | FL | 33569 |
| 16178283 | TUCSON | AZ | 85704 |
| 16178284 | HOLLYWOOD | FL | 33020 |
| 16179337 | RIVERVIEW | FL | 33569 |
| 16178527 | SACRAMENTO | CA | 95842 |
| 16178529 | WESTON | CT | 6883 |
| 16179892 | FAIRBURN | GA | 30213 |
| 16180019 | MOUNT VERNON | WA | 98273 |
| 16178612 | NORTH CHARLESTON | SC | 29405 |
| 16178370 | MIDDLEBURY | CT | 6762 |
| 16178533 | ALPHARETTA | GA | 30005 |
| 16178534 | CORONA | CA | 92883 |
| 16178535 | LIBERTY LAKE | WA | 99019 |
| 16178536 | BIRMINGHAM | AL | 35244 |
| 16178537 | LYNNWOOD | WA | 98087 |
| 16178456 | TORRANCE | CA | 90501 |
| 16178294 | CLINTON | UT | 84015 |
| 16178618 | PRESCOTT | AZ | 86301 |

| | | | |
|---|---|---|---|
| 16178296 | PALM BEACH GARDENS | FL | 33410 |
| 16178459 | LAFAYETTE | AL | 36862 |
| 16178298 | MIAMI | FL | 33166 |
| 16178379 | LAUREL | MD | 20723 |
| 16180020 | LAGUNA NIGUEL | CA | 92677 |
| 16178701 | MILFORD | MI | 48380 |
| 16178540 | DAYTONA BEACH | FL | 32117 |
| 16179350 | DESERT HOT SPRINGS | CA | 92240 |
| 16178460 | DORAL | FL | 33166 |
| 16178623 | INDIANAPOLIS | IN | 46221 |
| 16178705 | PUYALLUP | WA | 98371 |
| 16178463 | FENTON | MO | 63026 |
| 16178382 | DENAIR | CA | 95316 |
| 16178544 | VERO BEACH | FL | 32967 |
| 16178707 | NEWCASTLE | CA | 95658 |
| 16179518 | AVONDALE | AZ | 85323 |
| 16178627 | FOUNTAIN | CO | 80817 |
| 16178385 | SAN MARCOS | CA | 92078 |
| 16178628 | COLORADO SPRINGS | CO | 80906 |
| 16178466 | WITTMANN | AZ | 85361 |
| 16178469 | GAHANNA | OH | 43230 |
| 16178389 | WEST COVINA | CA | 91792 |
| 16178710 | LIMA | OH | 45805 |
| 16180393 | ATLANTA | GA | 30317 |
| 16178964 | HAWTHORNE | NJ | 7506 |
| 16179000 | DESERT HOT SPRINGS | CA | 92240 |
| 16179083 | MIAMI | FL | 33141 |
| 16180296 | KISSIMMEE | FL | 34758 |
| 16179605 | MESA | AZ | 85213 |
| 16179157 | DANBURY | CT | 6811 |
| 16179719 | CAPE CORAL | FL | 33990 |
| 16180042 | ELK GROVE | CA | 95757 |
| 16178532 | LAYTON | UT | 84040 |
| 16178521 | GRANTSVILLE | UT | 84029 |
| 16179486 | MIAMI GARDENS | FL | 33169 |
| 16178896 | SPRING VALLEY | CA | 91977 |
| 99999001 | INDEPENDENCE | MO | 64054 |
| 99999004 | BLUE SPRINGS | MO | 64014 |
| 99999005 | ST AUGUSTINE | FL | 32086 |
| 99999007 | OCEANSIDE | CA | 92057 |
| 99999010 | SACRAMENTO | CA | 95820 |
| 15980136 | Lakewood | CO | 80226 |
| 99999200 | WINCHESTER | MA | 1890 |
| 99999201 | DORCHESTER | MA | 2124 |
| 99999202 | MARSTON MILLS | MA | 2648 |

| LOAN_SEQ | PROPTYPE | MATURITY_ DATE | ORIGINAL_ BALANCE | FIRST_PAY_ DATE |
|---|---|---|---|---|
| 16180262 | Single Family | 20360201 | 199920 | 20060301 |
| 122405144 | PUD | 20351101 | 393000 | 20051201 |
| 16178479 | Single Family | 20360201 | 104400 | 20060301 |
| 16179674 | Single Family | 20360201 | 240000 | 20060301 |
| 16180224 | Single Family | 20360201 | 135200 | 20060301 |
| 16179289 | Condominium | 20360201 | 440000 | 20060301 |
| 16179228 | Single Family | 20351101 | 975000 | 20051201 |
| 16178371 | Single Family | 20351201 | 650150 | 20060101 |
| 16179245 | PUD | 20360201 | 700000 | 20060301 |
| 16179852 | Condominium | 20360201 | 604000 | 20060301 |
| 16180263 | Single Family | 20360201 | 101000 | 20060301 |
| 16179810 | Single Family | 20360101 | 317000 | 20060201 |
| 16178940 | Single Family | 20351201 | 453750 | 20060101 |
| 16180106 | PUD | 20460301 | 665250 | 20060401 |
| 16180161 | 2-4 Family | 20360301 | 184800 | 20060401 |
| 16180225 | Single Family | 20360201 | 228000 | 20060301 |
| 16179773 | Single Family | 20360301 | 436304 | 20060401 |
| 16178566 | Single Family | 20360201 | 130000 | 20060301 |
| 16179511 | Single Family | 20351201 | 224000 | 20060101 |
| 16179290 | PUD | 20360201 | 450000 | 20060301 |
| 16179920 | Single Family | 20360301 | 241600 | 20060401 |
| 16179019 | Single Family | 20351201 | 356000 | 20060101 |
| 16180362 | Single Family | 20360201 | 1400000 | 20060301 |
| 16180264 | Single Family | 20360201 | 173200 | 20060301 |
| 16179811 | Single Family | 20360201 | 585000 | 20060301 |
| 16178420 | Single Family | 20360101 | 212400 | 20060201 |
| 16179566 | Single Family | 20360201 | 368000 | 20060301 |
| 16179675 | Single Family | 20360201 | 157600 | 20060301 |
| 16180122 | Single Family | 20360301 | 287000 | 20060401 |
| 16178735 | Condominium | 20360201 | 133120 | 20060301 |
| 16180226 | Single Family | 20360201 | 336800 | 20060301 |
| 16179512 | PUD | 20351201 | 168000 | 20060101 |
| 16179214 | Single Family | 20360201 | 420000 | 20060301 |
| 16179133 | Single Family | 20360201 | 160800 | 20060301 |
| 16179373 | PUD | 20360101 | 100000 | 20060201 |
| 16180363 | Single Family | 20360201 | 628000 | 20060301 |
| 16180265 | 2-4 Family | 20360201 | 128000 | 20060301 |
| 16179703 | Single Family | 20360201 | 202400 | 20060301 |
| 16179567 | PUD | 20360201 | 348000 | 20060301 |
| 16178332 | PUD | 20360101 | 149600 | 20060201 |
| 16178522 | Single Family | 20360201 | 343200 | 20060301 |
| 16179482 | Single Family | 20360201 | 192000 | 20060301 |
| 16179118 | Single Family | 20360201 | 361900 | 20060301 |
| 16179134 | Single Family | 20360201 | 465600 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16179772 | Single Family | 20460301 | 380000 | 20060401 |
| 16179374 | Condominium | 20360101 | 103000 | 20060201 |
| 16180364 | Single Family | 20360201 | 220800 | 20060301 |
| 16178546 | Single Family | 20360201 | 176000 | 20060301 |
| 16178967 | PUD | 20351201 | 274680 | 20060101 |
| 16180266 | Single Family | 20360201 | 135000 | 20060301 |
| 16179812 | Single Family | 20360201 | 500000 | 20060301 |
| 16179704 | PUD | 20360201 | 162400 | 20060301 |
| 16179034 | Condominium | 20360101 | 240000 | 20060201 |
| 16179692 | Single Family | 20360201 | 318750 | 20060301 |
| 16180137 | Single Family | 20360301 | 552000 | 20060401 |
| 16178328 | Condominium | 20360101 | 492000 | 20060201 |
| 16179278 | Single Family | 20360201 | 465000 | 20060301 |
| 16180228 | Single Family | 20360201 | 150000 | 20060301 |
| 16178855 | Single Family | 20360301 | 127200 | 20060401 |
| 16180185 | Single Family | 20360301 | 585000 | 20060401 |
| 16179922 | PUD | 20460301 | 532000 | 20060401 |
| 16179942 | PUD | 20360301 | 295900 | 20060401 |
| 16180598 | Single Family | 20360201 | 177406 | 20060301 |
| 16179008 | Single Family | 20360101 | 285579 | 20060201 |
| 16179013 | PUD | 20351201 | 244000 | 20060101 |
| 16179203 | PUD | 20360201 | 145000 | 20060301 |
| 16179449 | Single Family | 20360101 | 216000 | 20060201 |
| 16180431 | Single Family | 20360201 | 321600 | 20060301 |
| 16178813 | Single Family | 20360301 | 161100 | 20060401 |
| 16179102 | Single Family | 20360201 | 247500 | 20060301 |
| 16179328 | Single Family | 20351101 | 230400 | 20051201 |
| 16178996 | PUD | 20351101 | 249600 | 20051201 |
| 16179428 | Single Family | 20360101 | 272000 | 20060201 |
| 16178441 | Single Family | 20360101 | 150000 | 20060201 |
| 16179747 | Single Family | 20360201 | 67500 | 20060301 |
| 16178706 | Single Family | 20360301 | 137600 | 20060401 |
| 16179393 | Single Family | 20360101 | 114300 | 20060201 |
| 16178681 | Single Family | 20360301 | 144000 | 20060401 |
| 16178669 | Condominium | 20360201 | 496000 | 20060301 |
| 16178528 | Single Family | 20360201 | 264000 | 20060301 |
| 16179255 | Single Family | 20360201 | 742500 | 20060301 |
| 16178249 | Single Family | 20351001 | 170700 | 20051101 |
| 16180076 | Single Family | 20360301 | 161250 | 20060401 |
| 16178600 | Single Family | 20360201 | 352000 | 20060301 |
| 16179895 | Single Family | 20351201 | 118400 | 20060101 |
| 16180599 | Single Family | 20360201 | 440000 | 20060301 |
| 16179993 | Single Family | 20360301 | 101600 | 20060401 |
| 16180432 | Single Family | 20360201 | 386456 | 20060301 |
| 16179173 | Single Family | 20351201 | 132000 | 20060101 |
| 16179429 | Single Family | 20360101 | 164000 | 20060201 |
| 16180129 | Single Family | 20360301 | 700000 | 20060401 |
| 16179748 | Single Family | 20360201 | 128000 | 20060301 |
| 16179968 | Condominium | 20360301 | 124800 | 20060401 |
| 16179029 | Single Family | 20360101 | 276000 | 20060201 |
| 16179912 | Single Family | 20351101 | 220000 | 20051201 |
| 16178931 | PUD | 20351101 | 276000 | 20051201 |
| 16178335 | Single Family | 20360101 | 400000 | 20060201 |
| 16179650 | Condominium | 20360301 | 576000 | 20060401 |
| 16178310 | Single Family | 20360201 | 270000 | 20060301 |
| 16178218 | Single Family | 20360101 | 649900 | 20060201 |
| 16179205 | Single Family | 20360201 | 340200 | 20060301 |
| 16178739 | Single Family | 20360301 | 516000 | 20060401 |
| 16180016 | 2-4 Family | 20360301 | 364000 | 20060401 |
| 16178266 | Single Family | 20360101 | 138750 | 20060201 |
| 16179847 | Single Family | 20360201 | 184000 | 20060301 |
| 16179896 | Single Family | 20460201 | 1214000 | 20060301 |
| 16179123 | Condominium | 20360201 | 296000 | 20060301 |
| 16180600 | Single Family | 20360201 | 159920 | 20060301 |
| 16179204 | Condominium | 20360201 | 209300 | 20060301 |
| 16179450 | PUD | 20360101 | 209600 | 20060201 |
| 16178997 | Single Family | 20351201 | 220800 | 20060101 |
| 16178781 | Single Family | 20360301 | 130000 | 20060401 |
| 16179969 | Single Family | 20360301 | 260000 | 20060401 |
| 16178953 | PUD | 20351201 | 450000 | 20060101 |
| 16178309 | Single Family | 20360201 | 133000 | 20060301 |
| 16179242 | Single Family | 20360201 | 472000 | 20060301 |
| 16178250 | Single Family | 20351001 | 400000 | 20051101 |
| 16180017 | Condominium | 20460301 | 312000 | 20060401 |
| 16180601 | Single Family | 20360201 | 172000 | 20060301 |
| 16179014 | Single Family | 20351201 | 272000 | 20060101 |
| 16180433 | Single Family | 20360201 | 816000 | 20060301 |
| 16178805 | PUD | 20360301 | 218750 | 20060401 |
| 16179355 | PUD | 20360101 | 116000 | 20060201 |
| 16179042 | Single Family | 20360101 | 290500 | 20060201 |
| 16180091 | Single Family | 20360201 | 137600 | 20060301 |
| 16178590 | Single Family | 20360201 | 521600 | 20060301 |
| 16178219 | PUD | 20351201 | 230400 | 20060101 |
| 16178264 | PUD | 20360101 | 196700 | 20060201 |
| 16179897 | Single Family | 20360101 | 580000 | 20060201 |
| 16179125 | Single Family | 20360201 | 252000 | 20060301 |
| 16179193 | PUD | 20360101 | 350000 | 20060201 |
| 16180602 | Single Family | 20360201 | 272000 | 20060301 |
| 16179198 | Single Family | 20360201 | 308000 | 20060301 |
| 16179451 | PUD | 20360101 | 253550 | 20060201 |
| 16178726 | PUD | 20360301 | 217600 | 20060401 |
| 16180048 | Single Family | 20360201 | 620000 | 20060301 |
| 16180170 | Single Family | 20360301 | 210000 | 20060401 |
| 16179970 | Single Family | 20460301 | 173600 | 20060401 |
| 16179022 | PUD | 20351201 | 272000 | 20060101 |

Unassociated Document

12-12020-mg   Doc 5106-8   Filed 09/18/13   Entered 09/18/13 18:18:12   Exhibit 7
Part 2   FST-CV-09-5011591 Doc. 163   Exhibit D   Part 1 of 3   Pg 242 of 279

Page 241 of 835

| | | | | |
|---|---|---|---|---|
| 16178295 | Condominium | 20360201 | 479900 | 20060301 |
| 16178575 | Townhouse | 20360201 | 132000 | 20060301 |
| 16178666 | Single Family | 20351201 | 258700 | 20060101 |
| 16180116 | Single Family | 20460201 | 683900 | 20060301 |
| 16178601 | Single Family | 20360201 | 429592 | 20060301 |
| 16178251 | Single Family | 20351101 | 192800 | 20051201 |
| 16179783 | PUD | 20360301 | 634299 | 20060401 |
| 16179849 | PUD | 20360201 | 253900 | 20060301 |
| 16179898 | Condominium | 20360201 | 256000 | 20060301 |
| 16179194 | Single Family | 20360201 | 105000 | 20060301 |
| 16180603 | Single Family | 20360201 | 154400 | 20060301 |
| 16179452 | Condominium | 20360101 | 116250 | 20060201 |
| 16180627 | PUD | 20350401 | 105600 | 20050501 |
| 16179396 | Single Family | 20460101 | 200000 | 20060201 |
| 16178936 | Single Family | 20351101 | 400000 | 20051201 |
| 16178954 | Single Family | 20351201 | 460000 | 20060101 |
| 16178913 | Single Family | 20351101 | 525000 | 20051101 |
| 16179672 | Condominium | 20360201 | 192500 | 20060301 |
| 16180110 | Single Family | 20360301 | 303900 | 20060401 |
| 16178291 | PUD | 20360101 | 218160 | 20060201 |
| 16179264 | Single Family | 20360201 | 472500 | 20060301 |
| 16178220 | Condominium | 20360201 | 180000 | 20060301 |
| 16180018 | Single Family | 20460301 | 256500 | 20060401 |
| 16179784 | PUD | 20460301 | 472000 | 20060401 |
| 16179108 | Single Family | 20360301 | 207000 | 20060401 |
| 16179453 | Single Family | 20360101 | 910000 | 20060201 |
| 16180259 | Single Family | 20360201 | 399950 | 20060301 |
| 16179673 | Single Family | 20360201 | 133500 | 20060301 |
| 16178689 | Condominium | 20360301 | 188000 | 20060401 |
| 16178822 | Single Family | 20360301 | 96000 | 20060401 |
| 16179265 | Single Family | 20360201 | 493000 | 20060301 |
| 16179217 | Single Family | 20360301 | 555000 | 20060401 |
| 16179243 | Single Family | 20360201 | 577000 | 20060301 |
| 16179201 | Single Family | 20360201 | 129500 | 20060301 |
| 16179850 | Single Family | 20460201 | 226000 | 20060301 |
| 16179899 | Condominium | 20360201 | 260000 | 20060301 |
| 16179454 | Condominium | 20360101 | 160000 | 20060201 |
| 16180260 | Condominium | 20360201 | 291200 | 20060301 |
| 16179149 | PUD | 20360201 | 302350 | 20060301 |
| 16179033 | Single Family | 20360101 | 344000 | 20060201 |
| 16179564 | PUD | 20460201 | 274400 | 20060301 |
| 16178550 | Single Family | 20360201 | 492000 | 20060301 |
| 16178937 | Single Family | 20351201 | 405000 | 20060101 |
| 16179790 | PUD | 20460301 | 519200 | 20060401 |
| 16180190 | Single Family | 20360301 | 280000 | 20060401 |
| 16178581 | PUD | 20360201 | 495000 | 20060301 |
| 16178568 | Single Family | 20360201 | 296000 | 20060301 |
| 16179132 | Single Family | 20360301 | 508000 | 20060401 |
| 16179918 | Single Family | 20360301 | 324000 | 20060401 |
| 16178221 | Single Family | 22350901 | 325000 | 20051001 |
| 16179244 | PUD | 20360101 | 499800 | 20060201 |
| 16179017 | Single Family | 20351201 | 486400 | 20060101 |
| 16179109 | Single Family | 20360201 | 712500 | 20060301 |
| 16178364 | PUD | 20351101 | 480000 | 20051201 |
| 16179351 | Single Family | 20360101 | 731253.21 | 20060401 |
| 16179398 | Single Family | 20360101 | 136800 | 20060201 |
| 16180261 | Single Family | 20360201 | 162400 | 20060301 |
| 16179052 | PUD | 20360101 | 472000 | 20060201 |
| 16179565 | Single Family | 20360201 | 279000 | 20060301 |
| 16178938 | Single Family | 20351201 | 350000 | 20060101 |
| 16178339 | Single Family | 20360101 | 269600 | 20060201 |
| 16180105 | Single Family | 20460301 | 250000 | 20060401 |
| 16180088 | PUD | 20360301 | 208000 | 20060401 |
| 16178281 | Single Family | 20360101 | 412000 | 20060201 |
| 16179919 | PUD | 20360101 | 232000 | 20060401 |
| 16178192 | PUD | 20360101 | 378750 | 20060201 |
| 16179018 | Single Family | 20360101 | 468000 | 20060201 |
| 16179851 | Single Family | 20460201 | 168000 | 20060301 |
| 16179456 | Single Family | 20360101 | 424000 | 20060201 |
| 16178773 | Single Family | 20360301 | 260000 | 20060401 |
| 16178640 | PUD | 20360201 | 174200 | 20060301 |
| 16178688 | Single Family | 20360301 | 176000 | 20060401 |
| 16179294 | Single Family | 20360301 | 502250 | 20060301 |
| 16179235 | Single Family | 20360201 | 650000 | 20060301 |
| 16180220 | Condominium | 20360201 | 212000 | 20060301 |
| 16179250 | Single Family | 20360201 | 536000 | 20060301 |
| 16179207 | Single Family | 20360201 | 77400 | 20060301 |
| 16180070 | PUD | 20460301 | 303300 | 20060401 |
| 16179478 | Single Family | 20360301 | 304000 | 20060201 |
| 16179370 | PUD | 20360101 | 471200 | 20060201 |
| 16179526 | Condominium | 20360201 | 150000 | 20060301 |
| 16180452 | 2-4 Family | 20360201 | 240000 | 20060301 |
| 16180289 | Single Family | 20360201 | 198226 | 20060301 |
| 16180358 | Condominium | 20360101 | 246740 | 20060301 |
| 16179163 | Single Family | 20351001 | 284750 | 20051101 |
| 16179036 | Condominium | 20360101 | 123200 | 20060201 |
| 16179586 | 2-4 Family | 20360201 | 148000 | 20060301 |
| 16178784 | Single Family | 20360301 | 173000 | 20060401 |
| 16178485 | Single Family | 20360201 | 190490 | 20060301 |
| 16179654 | PUD | 20460201 | 204000 | 20060301 |
| 16180036 | PUD | 20360201 | 416000 | 20060301 |
| 16180163 | Single Family | 20460301 | 512000 | 20060401 |
| 16179273 | Single Family | 20360201 | 677250 | 20060301 |
| 16180221 | Single Family | 20360201 | 600000 | 20060301 |
| 16178387 | Single Family | 20360101 | 348000 | 20060201 |

| | | | | |
|---|---|---|---|---|
| 16178359 | 2-4 Family | 20360201 | 440000 | 20060301 |
| 16178897 | Condominium | 20351201 | 155700 | 20060101 |
| 16180077 | Single Family | 20360301 | 153750 | 20060401 |
| 16179371 | PUD | 20360101 | 238000 | 20060201 |
| 16180453 | Single Family | 20360201 | 115200 | 20060301 |
| 16180290 | Single Family | 20360201 | 236196 | 20060301 |
| 16179716 | Single Family | 20360201 | 212000 | 20060301 |
| 16179061 | Condominium | 20360201 | 139900 | 20060301 |
| 16179764 | Condominium | 20460201 | 284000 | 20060301 |
| 16179143 | Single Family | 20360301 | 550000 | 20060401 |
| 16179807 | Single Family | 20360201 | 456000 | 20060301 |
| 16178809 | PUD | 20360301 | 562500 | 20060401 |
| 16179024 | Single Family | 20360101 | 576000 | 20060201 |
| 16178793 | Single Family | 20360301 | 238840 | 20060401 |
| 16180139 | PUD | 20360401 | 455250 | 20060501 |
| 16179274 | Single Family | 20360201 | 287000 | 20060301 |
| 16179295 | PUD | 20360201 | 350000 | 20060301 |
| 16180222 | Single Family | 20360201 | 118400 | 20060301 |
| 16178842 | PUD | 20360301 | 371200 | 20060401 |
| 16178510 | PUD | 20360201 | 120000 | 20060301 |
| 16180622 | Single Family | 20360201 | 160000 | 20060301 |
| 16180454 | Single Family | 20360201 | 157840 | 20060301 |
| 16179166 | Single Family | 20351101 | 300000 | 20051201 |
| 16179073 | Condominium | 20360101 | 384000 | 20060201 |
| 16180291 | Single Family | 20360201 | 169600 | 20060301 |
| 16180359 | Single Family | 20360201 | 650000 | 20060301 |
| 16178448 | Single Family | 20360101 | 500000 | 20060201 |
| 16180065 | 2-4 Family | 20360401 | 520000 | 20060501 |
| 16179808 | Single Family | 20360201 | 640000 | 20060301 |
| 16179587 | Condominium | 20360201 | 130400 | 20060301 |
| 16178638 | PUD | 20360201 | 89756 | 20060301 |
| 16179702 | Single Family | 20360201 | 228000 | 20060301 |
| 16179655 | Single Family | 20360201 | 113200 | 20060301 |
| 16179025 | Single Family | 20351201 | 117600 | 20060101 |
| 16179691 | Single Family | 20360201 | 216700 | 20060301 |
| 16178587 | Single Family | 20360201 | 228800 | 20060301 |
| 16178523 | PUD | 20360201 | 266000 | 20060301 |
| 16180223 | 2-4 Family | 20360201 | 400000 | 20060301 |
| 16179372 | PUD | 20360101 | 280000 | 20060201 |
| 16180623 | Single Family | 20360201 | 80800 | 20060301 |
| 16180389 | Single Family | 20360201 | 299550 | 20060301 |
| 16180455 | Single Family | 20360201 | 636000 | 20060301 |
| 16179074 | Single Family | 20360101 | 335000 | 20060201 |
| 16180292 | Single Family | 20360201 | 126000 | 20060301 |
| 16180360 | Single Family | 20360201 | 344000 | 20060301 |
| 16179809 | Single Family | 20360301 | 436000 | 20060401 |
| 16180141 | Single Family | 20360301 | 551200 | 20060401 |
| 16178620 | Condominium | 20360201 | 129850 | 20060301 |
| 16178699 | Single Family | 20360301 | 135000 | 20060401 |
| 16178629 | Single Family | 20360201 | 500000 | 20060301 |
| 16180084 | Condominium | 20360301 | 432000 | 20060401 |
| 16178825 | PUD | 20360301 | 572000 | 20060401 |
| 16179275 | Single Family | 20360201 | 468000 | 20060301 |
| 16180181 | Single Family | 20360301 | 1200000 | 20060401 |
| 16178378 | Single Family | 20360101 | 384000 | 20060201 |
| 16180624 | Single Family | 20360201 | 315250 | 20060301 |
| 16180390 | Single Family | 20360201 | 764000 | 20060301 |
| 16179184 | Single Family | 20360101 | 335000 | 20060201 |
| 16180456 | Condominium | 20360201 | 195000 | 20060301 |
| 16180293 | Single Family | 20360201 | 109600 | 20060301 |
| 16179825 | Condominium | 20360201 | 316000 | 20060301 |
| 16180361 | Single Family | 20360201 | 615000 | 20060301 |
| 16178449 | PUD | 20360201 | 308000 | 20060301 |
| 16179717 | PUD | 20360201 | 387250 | 20060301 |
| 16180192 | Single Family | 20360401 | 618750 | 20060501 |
| 16178652 | PUD | 20360101 | 277600 | 20060201 |
| 16180156 | Single Family | 20360401 | 350400 | 20060501 |
| 16178945 | Single Family | 20351201 | 154000 | 20060101 |
| 16178639 | Single Family | 20360201 | 98400 | 20060301 |
| 16178778 | PUD | 20360301 | 182000 | 20060401 |
| 16178304 | PUD | 20360101 | 133000 | 20060201 |
| 16178325 | Single Family | 20360101 | 180000 | 20060201 |
| 16179775 | Townhouse | 20460301 | 496000 | 20060401 |
| 16179236 | Single Family | 20360201 | 468000 | 20060301 |
| 16178551 | PUD | 20351201 | 149600 | 20060101 |
| 16180556 | Single Family | 20360201 | 163200 | 20060301 |
| 16180625 | Single Family | 20360201 | 163120 | 20060301 |
| 16180391 | Single Family | 20360201 | 332100 | 20060301 |
| 16179185 | Single Family | 20360201 | 400000 | 20060301 |
| 16180457 | Condominium | 20360201 | 180800 | 20060301 |
| 16179082 | Single Family | 20360101 | 332000 | 20060201 |
| 16180294 | Single Family | 20360201 | 417000 | 20060301 |
| 16179826 | Single Family | 20360201 | 672000 | 20060301 |
| 16179718 | Single Family | 20360201 | 210000 | 20060301 |
| 16179037 | Condominium | 20360101 | 104000 | 20060201 |
| 16180151 | Single Family | 20360301 | 236000 | 20060401 |
| 16178693 | Single Family | 20360301 | 134550 | 20060401 |
| 16178865 | Single Family | 20360301 | 156000 | 20060401 |
| 16179276 | Single Family | 20360101 | 441000 | 20060301 |
| 16179499 | Single Family | 20360201 | 259200 | 20060201 |
| 16178512 | Single Family | 20360201 | 228000 | 20060301 |
| 16178228 | Single Family | 20360101 | 360000 | 20060201 |
| 16180557 | Single Family | 20360201 | 181348 | 20060301 |
| 16180392 | 2-4 Family | 20360201 | 250000 | 20060301 |
| 16180458 | Single Family | 20360201 | 237000 | 20060301 |

Unassociated Document

Page 243 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 244 of 279

| | | | | |
|---|---|---|---|---|
| 16180172 | Single Family | 20360301 | 370000 | 20060401 |
| 16180295 | Condominium | 20360301 | 100000 | 20060301 |
| 16178407 | PUD | 20360101 | 163920 | 20060201 |
| 16180157 | Single Family | 20360301 | 408000 | 20060401 |
| 16179062 | Single Family | 20360101 | 372000 | 20060201 |
| 16178708 | Single Family | 20360301 | 388000 | 20060401 |
| 16178338 | Single Family | 20360101 | 359650 | 20060201 |
| 16178525 | PUD | 20360201 | 489000 | 20060301 |
| 16178181 | Single Family | 20351101 | 176200 | 20051201 |
| 16179303 | Single Family | 20360201 | 447920 | 20060301 |
| 16178391 | Single Family | 20360101 | 372000 | 20060201 |
| 16179277 | Single Family | 20360201 | 465000 | 20060301 |
| 16179500 | Condominium | 20351201 | 268000 | 20060101 |
| 16179648 | Condominium | 20360301 | 280800 | 20060401 |
| 16180074 | Condominium | 20360201 | 133250 | 20060301 |
| 16180558 | Single Family | 20360201 | 198400 | 20060301 |
| 16180327 | Single Family | 20360201 | 100000 | 20060301 |
| 16180586 | Single Family | 20360201 | 320472 | 20060301 |
| 16179932 | PUD | 20360301 | 215900 | 20060401 |
| 16179985 | Single Family | 20360301 | 264000 | 20060401 |
| 16178959 | Single Family | 20351201 | 171120 | 20060101 |
| 16180326 | Single Family | 20360201 | 231200 | 20060301 |
| 16179646 | Condominium | 20460301 | 236800 | 20060401 |
| 16179148 | Single Family | 20360201 | 345000 | 20060301 |
| 16179162 | Single Family | 20360201 | 537200 | 20060301 |
| 16179740 | Single Family | 20360201 | 307900 | 20060301 |
| 16178713 | PUD | 20360201 | 183200 | 20060301 |
| 16178645 | PUD | 20360201 | 285600 | 20060301 |
| 16178548 | Single Family | 20360201 | 120000 | 20060301 |
| 16178243 | Single Family | 20351201 | 352000 | 20060101 |
| 16180518 | Single Family | 20360201 | 281250 | 20060301 |
| 16179121 | Single Family | 20360201 | 375000 | 20060301 |
| 16180587 | Single Family | 20360201 | 224900 | 20060301 |
| 16179933 | PUD | 20460301 | 410000 | 20060401 |
| 16180186 | PUD | 20360301 | 399900 | 20060401 |
| 16179986 | Single Family | 20360301 | 320000 | 20060401 |
| 16180420 | Condominium | 20360201 | 355500 | 20060301 |
| 16178733 | PUD | 20360301 | 87750 | 20060401 |
| 16180487 | Single Family | 20360201 | 121600 | 20060301 |
| 16179067 | PUD | 20351201 | 256000 | 20060101 |
| 16179170 | Single Family | 20351101 | 336000 | 20051201 |
| 16178416 | PUD | 20360201 | 168000 | 20060301 |
| 16180067 | Single Family | 20360201 | 94800 | 20060301 |
| 16179057 | Single Family | 20360101 | 330400 | 20060201 |
| 16178200 | PUD | 20360201 | 348000 | 20060301 |
| 16178201 | Single Family | 20360101 | 316000 | 20060201 |
| 16178202 | Single Family | 20360101 | 248000 | 20060201 |
| 16178203 | 2-4 Family | 20360201 | 242000 | 20060301 |
| 16178204 | Single Family | 20360201 | 558400 | 20060301 |
| 16178205 | Single Family | 20360201 | 241800 | 20060301 |
| 16178206 | Single Family | 20360101 | 360000 | 20060201 |
| 16178207 | Single Family | 20360101 | 428000 | 20060201 |
| 16178208 | Single Family | 20360201 | 485000 | 20060301 |
| 16178209 | PUD | 20360101 | 139200 | 20060201 |
| 16178841 | Single Family | 20360301 | 572000 | 20060401 |
| 16178762 | Single Family | 20360301 | 82450 | 20060401 |
| 16178843 | Single Family | 20360301 | 247000 | 20060401 |
| 16178763 | Single Family | 20360301 | 68800 | 20060401 |
| 16178845 | PUD | 20360301 | 506400 | 20060401 |
| 16178846 | 2-4 Family | 20360301 | 231200 | 20060401 |
| 16178684 | Condominium | 20360301 | 206910 | 20060401 |
| 16178847 | Single Family | 20360301 | 202400 | 20060401 |
| 16178685 | Single Family | 20360201 | 160000 | 20060301 |
| 16178686 | Single Family | 20360301 | 84000 | 20060401 |
| 16178848 | PUD | 20360301 | 100000 | 20060401 |
| 16178849 | Condominium | 20360301 | 455992 | 20060401 |
| 16178687 | Condominium | 20360301 | 270400 | 20060401 |
| 16178210 | PUD | 20360201 | 166400 | 20060301 |
| 16178211 | Single Family | 20360201 | 172000 | 20060301 |
| 16178212 | Single Family | 20360201 | 525000 | 20060301 |
| 16178213 | Single Family | 20360201 | 168000 | 20060301 |
| 16178214 | Single Family | 20360201 | 315600 | 20060301 |
| 16178215 | Single Family | 20360201 | 284000 | 20060301 |
| 16178850 | PUD | 20360301 | 365600 | 20060401 |
| 16178852 | Condominium | 20360301 | 143200 | 20060401 |
| 16178853 | PUD | 20360301 | 147208 | 20060401 |
| 16178772 | PUD | 20360301 | 76800 | 20060401 |
| 16178854 | Single Family | 20360301 | 127920 | 20060401 |
| 16178692 | PUD | 20360301 | 76800 | 20060401 |
| 16178774 | Single Family | 20360301 | 171000 | 20060401 |
| 16178857 | Single Family | 20360301 | 67120 | 20060401 |
| 16178858 | Single Family | 20360301 | 256500 | 20060401 |
| 16178859 | Condominium | 20360301 | 58400 | 20060401 |
| 16178697 | PUD | 20360201 | 112000 | 20060301 |
| 16178779 | Condominium | 20360301 | 670000 | 20060401 |
| 16178301 | Single Family | 20360201 | 175950 | 20060301 |
| 16178303 | PUD | 20360101 | 119200 | 20060201 |
| 16178305 | PUD | 20360101 | 311900 | 20060201 |
| 16178307 | Single Family | 20360301 | 184000 | 20060301 |
| 16179831 | Single Family | 20460401 | 112033 | 20060501 |
| 16178860 | Single Family | 20360301 | 294862 | 20060401 |
| 16178863 | PUD | 20360301 | 183200 | 20060401 |
| 16178866 | Condominium | 20360301 | 200000 | 20060401 |
| 16178786 | Single Family | 20360301 | 124800 | 20060401 |
| 16178868 | Single Family | 20360301 | 388000 | 20060401 |

| | | | | |
|---|---|---|---|---|
| 16178787 | Single Family | 20360301 | 105600 | 20060401 |
| 16178869 | Single Family | 20360301 | 59528 | 20060401 |
| 16178311 | Single Family | 20360101 | 400000 | 20060201 |
| 16180194 | Single Family | 20360101 | 980000 | 20060201 |
| 16180195 | Single Family | 20360201 | 264000 | 20060301 |
| 16180196 | Single Family | 20360201 | 84000 | 20060301 |
| 16180197 | 2-4 Family | 20360201 | 260000 | 20060301 |
| 16178317 | Single Family | 20360101 | 385000 | 20060201 |
| 16180198 | Single Family | 20360201 | 185200 | 20060301 |
| 16180199 | Single Family | 20360201 | 122400 | 20060301 |
| 16179921 | PUD | 20360301 | 131400 | 20060401 |
| 16178319 | 2-4 Family | 20351201 | 170000 | 20060101 |
| 16178870 | PUD | 20360301 | 255200 | 20060401 |
| 16178790 | Single Family | 20360301 | 132000 | 20060401 |
| 16178872 | Single Family | 20360301 | 112800 | 20060401 |
| 16178873 | Single Family | 20360301 | 97600 | 20060401 |
| 16178792 | Single Family | 20360301 | 82500 | 20060401 |
| 16178874 | Single Family | 20360301 | 572000 | 20060401 |
| 16178794 | Single Family | 20360301 | 375000 | 20060401 |
| 16178875 | Condominium | 20360301 | 92000 | 20060401 |
| 16178876 | Single Family | 20360301 | 276000 | 20060401 |
| 16178795 | Single Family | 20360301 | 372000 | 20060401 |
| 16178877 | PUD | 20360301 | 200250 | 20060401 |
| 16178322 | Single Family | 20360201 | 210000 | 20060301 |
| 16178880 | 2-4 Family | 20360301 | 201880 | 20060401 |
| 16179771 | Single Family | 20360301 | 435200 | 20060401 |
| 16178882 | Condominium | 20360301 | 188000 | 20060401 |
| 16178883 | 2-4 Family | 20360301 | 400000 | 20060401 |
| 16179778 | PUD | 20360401 | 344000 | 20060501 |
| 16178170 | Condominium | 20351001 | 272350 | 20051101 |
| 16178173 | Condominium | 20350901 | 245000 | 20051001 |
| 16178336 | Single Family | 20351201 | 228000 | 20060101 |
| 16178174 | Single Family | 20351201 | 320000 | 20060101 |
| 16178177 | Condominium | 20351201 | 171920 | 20060101 |
| 16178259 | Single Family | 20360101 | 136000 | 20060201 |
| 16178178 | Single Family | 20351201 | 228000 | 20060101 |
| 16178179 | Condominium | 20360101 | 118400 | 20060201 |
| 16179785 | PUD | 20360401 | 316000 | 20060501 |
| 16179787 | Townhouse | 20360301 | 361800 | 20060401 |
| 16178502 | Single Family | 20360201 | 404000 | 20060301 |
| 16180626 | Single Family | 20341201 | 251100 | 20050101 |
| 16178503 | Single Family | 20360201 | 84000 | 20060301 |
| 16178180 | Single Family | 20351201 | 144500 | 20060101 |
| 16178504 | Single Family | 20360201 | 159920 | 20060301 |
| 16178263 | Single Family | 20351201 | 183200 | 20060101 |
| 16178506 | PUD | 20360201 | 320000 | 20060301 |
| 16178184 | PUD | 20351201 | 194400 | 20060101 |
| 16178508 | PUD | 20360201 | 336000 | 20060301 |
| 16178186 | Single Family | 20351201 | 76000 | 20060101 |
| 16178267 | Single Family | 20351201 | 232000 | 20060101 |
| 16180385 | Single Family | 20360201 | 246600 | 20060301 |
| 16180449 | Single Family | 20360201 | 230400 | 20060301 |
| 16179601 | Single Family | 20460201 | 302400 | 20060301 |
| 16180286 | 2-4 Family | 20360201 | 272000 | 20060301 |
| 16178355 | Condominium | 20360101 | 148000 | 20060201 |
| 16179713 | Condominium | 20360201 | 142400 | 20060301 |
| 16180054 | Single Family | 20360301 | 404000 | 20060401 |
| 16179761 | Single Family | 20460201 | 244000 | 20060301 |
| 16178775 | Condominium | 20360301 | 348000 | 20060401 |
| 16178286 | Townhouse | 20360201 | 573600 | 20060301 |
| 16179516 | Single Family | 20360301 | 336000 | 20060401 |
| 16179407 | PUD | 20360201 | 161500 | 20060301 |
| 16180246 | Single Family | 20360201 | 130400 | 20060301 |
| 16178481 | Single Family | 20360201 | 295200 | 20060301 |
| 16178519 | Single Family | 20360201 | 219600 | 20060301 |
| 16180479 | Single Family | 20360201 | 178000 | 20060301 |
| 16178890 | Single Family | 20351001 | 198750 | 20051101 |
| 16180549 | Single Family | 20360201 | 313312 | 20060301 |
| 16180319 | Single Family | 20360201 | 68800 | 20060301 |
| 16179089 | Condominium | 20360201 | 472000 | 20060301 |
| 16180450 | Single Family | 20360201 | 198800 | 20060301 |
| 16179165 | Condominium | 20360201 | 156000 | 20060301 |
| 16180058 | Single Family | 20460301 | 436000 | 20060401 |
| 16178405 | Single Family | 20360201 | 229204 | 20060301 |
| 16178314 | Single Family | 20360201 | 100800 | 20060301 |
| 16179714 | Single Family | 20360201 | 75000 | 20060301 |
| 16178783 | Single Family | 20360301 | 592000 | 20060401 |
| 16178524 | Single Family | 20360201 | 630000 | 20060301 |
| 16180247 | Single Family | 20360201 | 140760 | 20060301 |
| 16179390 | Single Family | 20360101 | 152000 | 20060201 |
| 16179982 | Single Family | 20360301 | 216000 | 20060401 |
| 16180480 | Single Family | 20360201 | 396000 | 20060301 |
| 16180550 | 2-4 Family | 20360201 | 427500 | 20060301 |
| 16180320 | Single Family | 20360201 | 504000 | 20060301 |
| 16179415 | PUD | 20360101 | 146400 | 20060201 |
| 16179738 | Single Family | 20360201 | 97850 | 20060301 |
| 16180451 | Condominium | 20360201 | 344720 | 20060301 |
| 16180144 | PUD | 20360301 | 384000 | 20060401 |
| 16179602 | PUD | 20460201 | 177600 | 20060301 |
| 16179146 | PUD | 20360201 | 107000 | 20060301 |
| 16178428 | Single Family | 20360201 | 276792 | 20060301 |
| 16178644 | Single Family | 20360201 | 157500 | 20060301 |
| 16178401 | Single Family | 20360101 | 251000 | 20060201 |
| 16178691 | Single Family | 20360301 | 524000 | 20060401 |
| 16179301 | Single Family | 20360201 | 448800 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16180248 | Single Family | 20360201 | 125000 | 20060301 |
| 16179254 | Single Family | 20360101 | 450000 | 20060201 |
| 16179391 | Single Family | 20360101 | 121500 | 20060201 |
| 16179983 | Single Family | 20360301 | 297350 | 20060401 |
| 16178225 | PUD | 20360201 | 264000 | 20060301 |
| 16178562 | Single Family | 20360201 | 101500 | 20060301 |
| 16180481 | Single Family | 20360201 | 204800 | 20060301 |
| 16178489 | PUD | 20360201 | 523992 | 20060301 |
| 16180551 | Single Family | 20360201 | 248000 | 20060301 |
| 16180321 | 2-4 Family | 20360201 | 140000 | 20060301 |
| 16179779 | PUD | 20360301 | 228480 | 20060401 |
| 16179009 | Single Family | 20351201 | 460000 | 20060101 |
| 16180386 | Single Family | 20360101 | 184000 | 20060201 |
| 16178785 | Single Family | 20360301 | 155200 | 20060401 |
| 16179048 | Single Family | 20360101 | 460000 | 20060201 |
| 16179715 | Single Family | 20360201 | 154400 | 20060301 |
| 16180138 | PUD | 20360101 | 196300 | 20060201 |
| 16178390 | Single Family | 20360101 | 360000 | 20060201 |
| 16179984 | Single Family | 20360301 | 159000 | 20060401 |
| 16180416 | Single Family | 20360201 | 352000 | 20060301 |
| 16180482 | Single Family | 20360201 | 188000 | 20060301 |
| 16180552 | Single Family | 20360201 | 364000 | 20060301 |
| 16180322 | Single Family | 20360201 | 140000 | 20060301 |
| 16179416 | PUD | 20460101 | 252000 | 20060301 |
| 16179090 | Condominium | 20360201 | 202400 | 20060301 |
| 16178976 | PUD | 20351201 | 96000 | 20060101 |
| 16180387 | Single Family | 20360201 | 280000 | 20060301 |
| 16179183 | Single Family | 20360101 | 402400 | 20060201 |
| 16180052 | PUD | 20360301 | 618000 | 20060401 |
| 16180178 | 2-4 Family | 20360301 | 375000 | 20060401 |
| 16179739 | Single Family | 20360201 | 179200 | 20060301 |
| 16178992 | PUD | 20351201 | 256000 | 20060101 |
| 16179072 | PUD | 20360101 | 231000 | 20060201 |
| 16178429 | 2-4 Family | 20360201 | 300000 | 20060301 |
| 16178226 | Single Family | 20351101 | 660000 | 20051201 |
| 16179202 | Single Family | 20360201 | 405600 | 20060301 |
| 16180417 | Single Family | 20360201 | 91040 | 20060301 |
| 16180483 | Single Family | 20360201 | 300000 | 20060301 |
| 16178473 | Single Family | 20360201 | 560000 | 20060301 |
| 16180553 | Condominium | 20360201 | 260000 | 20060301 |
| 16180323 | Single Family | 20360201 | 149600 | 20060301 |
| 16180388 | Condominium | 20360201 | 270000 | 20060301 |
| 16179830 | PUD | 20360301 | 247041 | 20060401 |
| 16178297 | Condominium | 20360201 | 113700 | 20060301 |
| 16178505 | Single Family | 20360201 | 300000 | 20060301 |
| 16178483 | Single Family | 20360201 | 130500 | 20060301 |
| 16179306 | PUD | 20350801 | 142400 | 20050901 |
| 16180079 | PUD | 20360201 | 279600 | 20060301 |
| 16180584 | Single Family | 20360201 | 200000 | 20060301 |
| 16180418 | Single Family | 20360201 | 417000 | 20060301 |
| 16180484 | Single Family | 20360201 | 196000 | 20060301 |
| 16180554 | Single Family | 20360201 | 613592 | 20060301 |
| 16180324 | Single Family | 20360201 | 156000 | 20060301 |
| 16179417 | Single Family | 20460101 | 292750 | 20060201 |
| 16179091 | Single Family | 20360101 | 563000 | 20060201 |
| 16178437 | Condominium | 20360201 | 105500 | 20060301 |
| 16180169 | Single Family | 20360301 | 600000 | 20060401 |
| 16179619 | Condominium | 20360301 | 288000 | 20060401 |
| 16179960 | Single Family | 20460301 | 276000 | 20060401 |
| 16178541 | Single Family | 20360201 | 428000 | 20060301 |
| 16178265 | Single Family | 20360101 | 180000 | 20060201 |
| 16178462 | Single Family | 20360201 | 176800 | 20060301 |
| 16179196 | Single Family | 20360201 | 405000 | 20060301 |
| 16180585 | Single Family | 20360201 | 416000 | 20060301 |
| 16179931 | PUD | 20360301 | 287200 | 20060401 |
| 16178227 | Single Family | 20351101 | 500000 | 20051201 |
| 16178511 | Condominium | 20360201 | 144950 | 20060301 |
| 16180419 | Single Family | 20360201 | 675000 | 20060301 |
| 16180485 | Single Family | 20360201 | 152800 | 20060301 |
| 16180555 | Single Family | 20360201 | 341850 | 20060301 |
| 16180325 | Single Family | 20360201 | 153400 | 20060301 |
| 16179418 | Single Family | 20460101 | 179400 | 20060201 |
| 16178717 | PUD | 20360301 | 170000 | 20060401 |
| 16179177 | Single Family | 20360101 | 369600 | 20060201 |
| 16179092 | Condominium | 20360201 | 284000 | 20060301 |
| 16179161 | Single Family | 20360201 | 198000 | 20060301 |
| 16178729 | PUD | 20360301 | 90952 | 20060401 |
| 16178406 | PUD | 20360101 | 340000 | 20060201 |
| 16178716 | Condominium | 20360301 | 228000 | 20060401 |
| 16180047 | Condominium | 20360201 | 376000 | 20060301 |
| 16179348 | Single Family | 20360101 | 98000 | 20060201 |
| 16179531 | PUD | 20360101 | 291200 | 20060201 |
| 16178189 | PUD | 20360201 | 344400 | 20060301 |
| 16180099 | Single Family | 20360201 | 340800 | 20060301 |
| 16179884 | Single Family | 20360201 | 173600 | 20060301 |
| 16179684 | PUD | 20360201 | 266400 | 20060301 |
| 16180152 | Single Family | 20360301 | 800000 | 20060401 |
| 16180092 | PUD | 20360301 | 216000 | 20060401 |
| 16178829 | PUD | 20360301 | 122400 | 20060401 |
| 16178761 | Single Family | 20360301 | 279960 | 20060401 |
| 16179774 | PUD | 20360301 | 731250 | 20060401 |
| 16178961 | 2-4 Family | 20360101 | 264000 | 20060201 |
| 16179206 | Single Family | 20360201 | 280000 | 20060301 |
| 16180443 | Single Family | 20360201 | 295960 | 20060301 |
| 16178280 | Condominium | 20360101 | 141000 | 20060201 |

| | | | | |
|---|---|---|---|---|
| 16180281 | Condominium | 20360201 | 287200 | 20060301 |
| 16180350 | Single Family | 20360201 | 335900 | 20060301 |
| 16179757 | Single Family | 20460201 | 187500 | 20060301 |
| 16180241 | Single Family | 20360201 | 104000 | 20060301 |
| 16179293 | PUD | 20360201 | 464000 | 20060301 |
| 16178468 | PUD | 20360201 | 481100 | 20060301 |
| 16179232 | PUD | 20360101 | 546500 | 20060201 |
| 16180053 | Single Family | 20360201 | 175500 | 20060301 |
| 16180061 | PUD | 20360201 | 368000 | 20060301 |
| 16179386 | Single Family | 20360101 | 188800 | 20060201 |
| 16179367 | PUD | 20360101 | 189600 | 20060201 |
| 16178610 | PUD | 20360201 | 228000 | 20060301 |
| 16180444 | Single Family | 20360201 | 550000 | 20060301 |
| 16179070 | PUD | 20360101 | 153200 | 20060201 |
| 16180282 | Single Family | 20360201 | 139400 | 20060301 |
| 16180351 | Condominium | 20351201 | 400000 | 20060101 |
| 16179710 | Single Family | 20360201 | 131100 | 20060301 |
| 16179758 | Single Family | 20360201 | 100950 | 20060301 |
| 16179579 | Single Family | 20360201 | 270000 | 20060301 |
| 16178944 | Single Family | 20351201 | 440000 | 20060101 |
| 16179142 | Single Family | 20360201 | 317000 | 20060301 |
| 16180193 | PUD | 20360401 | 274400 | 20060501 |
| 16178696 | Single Family | 20360301 | 124700 | 20060401 |
| 16178712 | PUD | 20360101 | 195350 | 20060201 |
| 16178269 | Single Family | 20351201 | 230000 | 20060101 |
| 16180242 | Single Family | 20360201 | 208000 | 20060301 |
| 16179491 | Single Family | 20351101 | 160000 | 20051201 |
| 16180381 | Single Family | 20360201 | 160800 | 20060301 |
| 16180445 | Single Family | 20360201 | 244500 | 20060301 |
| 16179164 | Single Family | 20351101 | 409600 | 20051201 |
| 16180283 | Single Family | 20360201 | 180000 | 20060301 |
| 16178427 | PUD | 20360201 | 329000 | 20060301 |
| 16180352 | Single Family | 20351201 | 96000 | 20060101 |
| 16179759 | Single Family | 20360201 | 100000 | 20060301 |
| 16179580 | PUD | 20360201 | 296000 | 20060301 |
| 16178789 | PUD | 20360301 | 180000 | 20060401 |
| 16180039 | PUD | 20360301 | 648800 | 20060401 |
| 16179298 | PUD | 20360201 | 620000 | 20060301 |
| 16180243 | Single Family | 20360201 | 217500 | 20060301 |
| 16179253 | Single Family | 20360201 | 640000 | 20060301 |
| 16179492 | Condominium | 20351101 | 266400 | 20051201 |
| 16180382 | Single Family | 20360201 | 315000 | 20060301 |
| 16180446 | Single Family | 20360201 | 754000 | 20060301 |
| 16179071 | Single Family | 20360101 | 170000 | 20060201 |
| 16180284 | 2-4 Family | 20360201 | 300000 | 20060301 |
| 16180353 | Single Family | 20360201 | 202759 | 20060301 |
| 16180166 | Single Family | 20460301 | 552000 | 20060401 |
| 16178803 | Single Family | 20360301 | 860000 | 20060401 |
| 16179711 | Single Family | 20360201 | 436000 | 20060301 |
| 16179777 | 2-4 Family | 20360301 | 288800 | 20060401 |
| 16179828 | Single Family | 20360301 | 197600 | 20060401 |
| 16180155 | Single Family | 20460301 | 407000 | 20060401 |
| 16180127 | Single Family | 20360301 | 668000 | 20060401 |
| 16179581 | PUD | 20360201 | 275500 | 20060301 |
| 16180165 | PUD | 20360301 | 212800 | 20060401 |
| 16180037 | PUD | 20360301 | 696750 | 20060401 |
| 16180130 | PUD | 20360201 | 216000 | 20060301 |
| 16179493 | Single Family | 20351101 | 200000 | 20051201 |
| 16179388 | Single Family | 20360101 | 114400 | 20060201 |
| 16178660 | PUD | 20360101 | 148000 | 20060201 |
| 16180383 | 2-4 Family | 20360101 | 409600 | 20060201 |
| 16180447 | Condominium | 20360201 | 231096 | 20060301 |
| 16178991 | Single Family | 20351201 | 548000 | 20060101 |
| 16178963 | Single Family | 20350901 | 412000 | 20051001 |
| 16179600 | Single Family | 20360201 | 242200 | 20060301 |
| 16180285 | 2-4 Family | 20360201 | 350000 | 20060301 |
| 16179035 | Condominium | 20351201 | 272000 | 20060101 |
| 16179582 | Single Family | 20360201 | 317600 | 20060301 |
| 16178597 | Single Family | 20360201 | 187950 | 20060301 |
| 16180045 | Single Family | 20460301 | 698000 | 20060401 |
| 16180244 | Single Family | 20360201 | 103200 | 20060301 |
| 16178320 | Single Family | 20360101 | 346500 | 20060201 |
| 16179139 | Single Family | 20360201 | 258400 | 20060301 |
| 16178377 | Single Family | 20351101 | 304000 | 20051201 |
| 16180547 | Single Family | 20360201 | 97520 | 20060301 |
| 16180317 | Single Family | 20360201 | 71600 | 20060301 |
| 16178171 | Condominium | 20350901 | 204250 | 20051001 |
| 16180384 | Single Family | 20360201 | 136000 | 20060301 |
| 16180448 | Condominium | 20360201 | 388800 | 20060301 |
| 16178404 | PUD | 20360101 | 379600 | 20060201 |
| 16179155 | Single Family | 20360201 | 292000 | 20060301 |
| 16179712 | Single Family | 20360201 | 126400 | 20060301 |
| 16180191 | Single Family | 20360401 | 235000 | 20060501 |
| 16179928 | Single Family | 20351201 | 488000 | 20060101 |
| 16179760 | Single Family | 20460201 | 282550 | 20060301 |
| 16178833 | Single Family | 20360301 | 115200 | 20060401 |
| 16179583 | Single Family | 20360201 | 156000 | 20060301 |
| 16178625 | Single Family | 20360201 | 470400 | 20060301 |
| 16178622 | PUD | 20360201 | 200000 | 20060301 |
| 16179299 | PUD | 20360201 | 260000 | 20060301 |
| 16180245 | Single Family | 20360201 | 131200 | 20060301 |
| 16179484 | PUD | 20360201 | 332275 | 20060301 |
| 16179272 | Single Family | 20360201 | 483750 | 20060301 |
| 16179495 | Condominium | 20351101 | 300000 | 20051201 |
| 16178608 | Single Family | 20360301 | 168000 | 20060401 |

| | | | | |
|---|---|---|---|---|
| 16180548 | Single Family | 20360201 | 448000 | 20060301 |
| 16180318 | Single Family | 20360201 | 316000 | 20060301 |
| 16179260 | Single Family | 20360201 | 592000 | 20060301 |
| 16179863 | PUD | 20360201 | 288000 | 20060301 |
| 16179195 | PUD | 20360201 | 240000 | 20060301 |
| 16180621 | Single Family | 20360201 | 216000 | 20060301 |
| 16178884 | Single Family | 20350901 | 268000 | 20051001 |
| 16179405 | Condominium | 20460101 | 300000 | 20060201 |
| 16180347 | Single Family | 20360201 | 332072 | 20060301 |
| 16179575 | Condominium | 20360201 | 260000 | 20060301 |
| 16178892 | Single Family | 20350701 | 396000 | 20050801 |
| 16178851 | Single Family | 20360301 | 154400 | 20060401 |
| 16179792 | PUD | 20360301 | 343200 | 20060401 |
| 16178736 | Single Family | 20360201 | 508000 | 20060301 |
| 16178767 | PUD | 20360201 | 534000 | 20060301 |
| 16179230 | Single Family | 20351201 | 675750 | 20060101 |
| 16179113 | Single Family | 20360201 | 584000 | 20060301 |
| 16179864 | PUD | 20360201 | 324000 | 20060301 |
| 16178369 | PUD | 20351101 | 276000 | 20051201 |
| 16179365 | PUD | 20360101 | 202350 | 20060201 |
| 16180278 | Condominium | 20360201 | 325430 | 20060301 |
| 16180348 | Single Family | 20360201 | 99200 | 20060301 |
| 16179802 | Single Family | 20360201 | 532000 | 20060301 |
| 16178626 | Single Family | 20360201 | 254240 | 20060301 |
| 16179137 | Condominium | 20360201 | 41800 | 20060301 |
| 16179248 | Single Family | 20360201 | 675000 | 20060301 |
| 16178386 | Single Family | 20360101 | 335000 | 20060201 |
| 16179261 | PUD | 20360101 | 592000 | 20060201 |
| 16179910 | PUD | 20360301 | 433800 | 20060401 |
| 16179487 | PUD | 20360101 | 324849 | 20060201 |
| 16180279 | Single Family | 20360201 | 272000 | 20060301 |
| 16179060 | Single Family | 20360101 | 319900 | 20060201 |
| 16179577 | Single Family | 20360201 | 308000 | 20060301 |
| 16179803 | Single Family | 20360201 | 491250 | 20060301 |
| 16179618 | Townhouse | 20460301 | 324000 | 20060401 |
| 16178764 | PUD | 20360201 | 128610 | 20060301 |
| 16178282 | PUD | 20360101 | 632000 | 20060201 |
| 16179292 | PUD | 20360201 | 432000 | 20060301 |
| 16179231 | Single Family | 20360201 | 644000 | 20060301 |
| 16179138 | Condominium | 20360201 | 43300 | 20060301 |
| 16178376 | Condominium | 20351101 | 343000 | 20051201 |
| 16179100 | Single Family | 20360201 | 540000 | 20060301 |
| 16180184 | Single Family | 20360301 | 176000 | 20060401 |
| 16180442 | Condominium | 20360201 | 119280 | 20060301 |
| 16180349 | Single Family | 20351201 | 225000 | 20060101 |
| 16179578 | Single Family | 20360201 | 188000 | 20060301 |
| 16179804 | PUD | 20360201 | 460000 | 20060301 |
| 16179045 | Single Family | 20360101 | 450000 | 20060201 |
| 16180051 | Single Family | 20460201 | 265000 | 20060301 |
| 16178893 | Condominium | 20350801 | 320000 | 20050901 |
| 16179806 | Single Family | 20360201 | 425000 | 20060301 |
| 16180257 | Single Family | 20360201 | 1020000 | 20060301 |
| 16179700 | Single Family | 20360201 | 144000 | 20060301 |
| 16178828 | Condominium | 20360301 | 186800 | 20060401 |
| 16178748 | Single Family | 20360301 | 104000 | 20060401 |
| 16178668 | Single Family | 20360201 | 117600 | 20060301 |
| 16178589 | Single Family | 20360201 | 261700 | 20060301 |
| 16180075 | PUD | 20360301 | 600000 | 20060401 |
| 16180159 | Single Family | 20360301 | 463900 | 20060401 |
| 16179801 | PUD | 20360401 | 124000 | 20060501 |
| 16178830 | Single Family | 20360301 | 223560 | 20060401 |
| 16178831 | Single Family | 20360301 | 55272 | 20060401 |
| 16179628 | PUD | 20360201 | 260000 | 20060301 |
| 16180582 | Single Family | 20360201 | 464000 | 20060301 |
| 16179439 | PUD | 20360101 | 191200 | 20060201 |
| 16180415 | Single Family | 20360201 | 166000 | 20060301 |
| 16180146 | Condominium | 20360301 | 135200 | 20060401 |
| 16180115 | Single Family | 20360301 | 120000 | 20060401 |
| 16178415 | Single Family | 20360201 | 329017 | 20060301 |
| 16179665 | Single Family | 20360201 | 216250 | 20060301 |
| 16180119 | Single Family | 20360301 | 300000 | 20060401 |
| 16178588 | Single Family | 20360201 | 280000 | 20060301 |
| 16179520 | Single Family | 20360201 | 192000 | 20060301 |
| 16178368 | Single Family | 20351201 | 552750 | 20060101 |
| 16180620 | Single Family | 20360201 | 896846 | 20060301 |
| 16179953 | PUD | 20360301 | 528000 | 20060401 |
| 16180109 | Single Family | 20460301 | 520000 | 20060401 |
| 16179563 | Single Family | 20460201 | 291200 | 20060301 |
| 16178832 | PUD | 20360301 | 84000 | 20060401 |
| 16179480 | 2-4 Family | 20360301 | 284000 | 20060401 |
| 16179481 | PUD | 20460201 | 469600 | 20060301 |
| 16178834 | Single Family | 20360301 | 84000 | 20060401 |
| 16178591 | PUD | 20360201 | 712500 | 20060301 |
| 16179644 | Single Family | 20360301 | 375000 | 20060401 |
| 16178754 | Single Family | 20360301 | 192000 | 20060401 |
| 16179483 | PUD | 20460301 | 246400 | 20060401 |
| 16178835 | Single Family | 20360301 | 125250 | 20060401 |
| 16178836 | PUD | 20360301 | 960000 | 20060401 |
| 16178755 | Single Family | 20360301 | 478360 | 20060401 |
| 16178593 | PUD | 20360201 | 158445 | 20060301 |
| 16178756 | Condominium | 20360301 | 136000 | 20060401 |
| 16180183 | Single Family | 20460301 | 572000 | 20060401 |
| 16180174 | Single Family | 20360301 | 650000 | 20060401 |
| 16180044 | Condominium | 20360201 | 254400 | 20060301 |
| 16179545 | Single Family | 20360201 | 168300 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16180346 | Single Family | 20351101 | 276000 | 20051201 |
| 16178323 | Single Family | 20360101 | 253500 | 20060201 |
| 16178586 | Single Family | 20360201 | 97500 | 20060301 |
| 16180219 | Single Family | 20360201 | 240450 | 20060301 |
| 16180188 | Single Family | 20460301 | 450000 | 20060401 |
| 16179916 | Single Family | 20360301 | 952000 | 20060401 |
| 16178455 | PUD | 20360101 | 383950 | 20060201 |
| 16179621 | Single Family | 20360301 | 280000 | 20060401 |
| 16180288 | Single Family | 20360201 | 275200 | 20060301 |
| 16178594 | Condominium | 20360201 | 630000 | 20060301 |
| 16178676 | Townhouse | 20360201 | 160000 | 20060301 |
| 16178757 | Single Family | 20360301 | 260000 | 20060401 |
| 16178838 | Single Family | 20360301 | 240000 | 20060401 |
| 16178758 | Single Family | 20360301 | 60300 | 20060401 |
| 16178596 | Single Family | 20360201 | 344000 | 20060301 |
| 16178759 | PUD | 20360301 | 259268 | 20060401 |
| 16179569 | Single Family | 20360201 | 68250 | 20060301 |
| 16179678 | Single Family | 20360301 | 409600 | 20060401 |
| 16178679 | PUD | 20360301 | 575200 | 20060401 |
| 16179327 | Condominium | 20360201 | 315200 | 20060301 |
| 16178780 | 2-4 Family | 20360301 | 457500 | 20060401 |
| 16179347 | PUD | 20351201 | 338400 | 20060101 |
| 16180614 | Single Family | 20360201 | 320000 | 20060301 |
| 16179948 | Single Family | 20360301 | 440000 | 20060401 |
| 16178656 | 2-4 Family | 20360201 | 970000 | 20060301 |
| 16179044 | Single Family | 20360101 | 359850 | 20060201 |
| 16179620 | PUD | 20460301 | 183200 | 20060401 |
| 16180132 | Single Family | 20460301 | 225000 | 20060401 |
| 16178771 | Single Family | 20360201 | 932000 | 20060301 |
| 16178682 | PUD | 20360301 | 356250 | 20060401 |
| 16179136 | Condominium | 20360201 | 41800 | 20060301 |
| 16179175 | Single Family | 20360201 | 127000 | 20060301 |
| 16180357 | Single Family | 20360201 | 135600 | 20060301 |
| 16179763 | Single Family | 20460201 | 122000 | 20060301 |
| 16179585 | PUD | 20360201 | 376800 | 20060301 |
| 16180258 | Single Family | 20360201 | 178080 | 20060301 |
| 16179701 | Single Family | 20360201 | 116600 | 20060301 |
| 16179653 | PUD | 20360201 | 376000 | 20060301 |
| 16178922 | Single Family | 20351101 | 310000 | 20051201 |
| 16178598 | Condominium | 20360201 | 146240 | 20060301 |
| 16178599 | Single Family | 20360201 | 95600 | 20060301 |
| 16180512 | Single Family | 20360201 | 298000 | 20060301 |
| 16179247 | Single Family | 20360201 | 459000 | 20060301 |
| 16179099 | Single Family | 20360201 | 465300 | 20060301 |
| 16179952 | Single Family | 20360301 | 478400 | 20060401 |
| 16179466 | Single Family | 20360201 | 128000 | 20060201 |
| 16179364 | Condominium | 20360101 | 126400 | 20060201 |
| 16178659 | Single Family | 20360201 | 257600 | 20060301 |
| 16178820 | Single Family | 20360301 | 128000 | 20060401 |
| 16178741 | PUD | 20360301 | 176000 | 20060401 |
| 16179552 | Single Family | 20460301 | 376000 | 20060401 |
| 16178742 | Single Family | 20360301 | 188900 | 20060401 |
| 16178580 | Single Family | 20360201 | 470960 | 20060301 |
| 16178661 | Single Family | 20360301 | 311880 | 20060401 |
| 16178823 | Condominium | 20360301 | 186800 | 20060401 |
| 16178743 | PUD | 20360301 | 359920 | 20060401 |
| 16179553 | PUD | 20460301 | 298400 | 20060401 |
| 16178824 | Single Family | 20360301 | 138000 | 20060401 |
| 16179554 | PUD | 20360301 | 271890 | 20060401 |
| 16178663 | PUD | 20360301 | 168000 | 20060401 |
| 16178826 | Condominium | 20360301 | 248000 | 20060401 |
| 16178745 | Single Family | 20360301 | 240000 | 20060401 |
| 16178583 | PUD | 20360201 | 180792 | 20060301 |
| 16179404 | Condominium | 20360101 | 271200 | 20060201 |
| 16180345 | 2-4 Family | 20351201 | 140000 | 20060101 |
| 16179683 | Single Family | 20360201 | 243900 | 20060301 |
| 16179829 | PUD | 20460301 | 365600 | 20060401 |
| 16179762 | 2-4 Family | 20360201 | 106500 | 20060301 |
| 16180126 | Single Family | 20360301 | 363000 | 20060401 |
| 16180033 | Single Family | 20360201 | 376000 | 20060401 |
| 16179555 | PUD | 20360301 | 399000 | 20060401 |
| 16178827 | Single Family | 20360301 | 180000 | 20060401 |
| 16179670 | PUD | 20360201 | 316000 | 20060301 |
| 16179861 | Single Family | 20360201 | 264000 | 20060301 |
| 16178675 | PUD | 20360301 | 329600 | 20060401 |
| 16179249 | Single Family | 20360101 | 841000 | 20060201 |
| 16179115 | PUD | 20360201 | 180000 | 20060301 |
| 16178398 | Single Family | 20351001 | 213500 | 20051101 |
| 16180200 | Single Family | 20360201 | 262120 | 20060301 |
| 16180201 | Single Family | 20360201 | 208000 | 20060301 |
| 16179216 | Single Family | 20360301 | 160000 | 20060401 |
| 16179315 | Single Family | 20350901 | 136800 | 20051001 |
| 16180202 | Single Family | 20360201 | 324000 | 20060301 |
| 16180204 | Single Family | 20360101 | 129200 | 20060201 |
| 16180205 | Single Family | 20360101 | 200000 | 20060201 |
| 16180206 | Condominium | 20360201 | 178400 | 20060301 |
| 16180207 | Single Family | 20360201 | 228000 | 20060301 |
| 16180208 | Single Family | 20360201 | 67200 | 20060301 |
| 16180209 | Condominium | 20360201 | 265000 | 20060301 |
| 16179476 | PUD | 20360101 | 255000 | 20060201 |
| 16180179 | 2-4 Family | 20360301 | 430000 | 20060401 |
| 16179530 | Single Family | 20360301 | 112000 | 20060301 |
| 16179611 | Townhouse | 20360301 | 264000 | 20060401 |
| 16180255 | 2-4 Family | 20360201 | 310000 | 20060301 |
| 16178920 | Single Family | 20351101 | 392000 | 20051201 |

Unassociated Document

Page 249 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 250 of 279

| | | | | |
|---|---|---|---|---|
| 16178801 | PUD | 20360301 | 420000 | 20060401 |
| 16179613 | Single Family | 20360301 | 288000 | 20060401 |
| 16178641 | PUD | 20360301 | 143920 | 20060401 |
| 16178722 | Single Family | 20360301 | 284000 | 20060401 |
| 16178444 | PUD | 20360201 | 178800 | 20060301 |
| 16179561 | Single Family | 20360201 | 214000 | 20060301 |
| 16178804 | Single Family | 20360301 | 201600 | 20060401 |
| 16178561 | PUD | 20360201 | 189570 | 20060301 |
| 16180414 | Single Family | 20360201 | 248000 | 20060301 |
| 16178436 | Single Family | 20360201 | 288500 | 20060301 |
| 16179226 | PUD | 20351001 | 168000 | 20051101 |
| 16180619 | Single Family | 20360201 | 452680 | 20060301 |
| 16178290 | PUD | 20360101 | 272000 | 20060201 |
| 16178293 | PUD | 20360101 | 232000 | 20060201 |
| 16178770 | PUD | 20360201 | 679200 | 20060301 |
| 16179233 | Condominium | 20351201 | 80000 | 20060101 |
| 16178642 | Single Family | 20360201 | 160000 | 20060301 |
| 16178724 | Single Family | 20360201 | 248000 | 20060301 |
| 16179346 | Single Family | 20360101 | 130500 | 20060201 |
| 16179840 | PUD | 20360201 | 244000 | 20060301 |
| 16180217 | Single Family | 20360201 | 190323 | 20060301 |
| 16178643 | Single Family | 20360201 | 130400 | 20060301 |
| 16178806 | Single Family | 20360301 | 325000 | 20060401 |
| 16178484 | Single Family | 20360201 | 150400 | 20060301 |
| 16178565 | Single Family | 20360201 | 221300 | 20060301 |
| 16178889 | PUD | 20351001 | 308000 | 20051101 |
| 16179632 | Condominium | 20360201 | 120510 | 20060301 |
| 16178646 | Condominium | 20360201 | 56550 | 20060301 |
| 16178727 | Single Family | 20360301 | 147360 | 20060401 |
| 16178647 | Single Family | 20360301 | 127200 | 20060401 |
| 16178567 | Single Family | 20360301 | 390000 | 20060401 |
| 16179947 | Single Family | 20360301 | 164800 | 20060401 |
| 16179488 | PUD | 20360101 | 223265 | 20060201 |
| 16179914 | PUD | 20360301 | 152000 | 20060401 |
| 16178486 | PUD | 20360201 | 136000 | 20060301 |
| 16178649 | Single Family | 20360201 | 197500 | 20060301 |
| 16178488 | Single Family | 20360201 | 212000 | 20060301 |
| 16180210 | Single Family | 20360201 | 204000 | 20060301 |
| 16180211 | Single Family | 20360201 | 784000 | 20060301 |
| 16180212 | Single Family | 20360201 | 397500 | 20060301 |
| 16180147 | Single Family | 20360401 | 525600 | 20060501 |
| 16180213 | Condominium | 20360101 | 252700 | 20060201 |
| 16180214 | Single Family | 20360201 | 288000 | 20060301 |
| 16180215 | Single Family | 20360201 | 200000 | 20060301 |
| 16180216 | Single Family | 20360101 | 628550 | 20060201 |
| 16178172 | Single Family | 20351201 | 176000 | 20060101 |
| 16178493 | Single Family | 20360201 | 245000 | 20060301 |
| 16180355 | Single Family | 20360201 | 202424 | 20060301 |
| 16178730 | Condominium | 20360301 | 279600 | 20060401 |
| 16178811 | Single Family | 20360301 | 202500 | 20060401 |
| 16178812 | Condominium | 20360301 | 124000 | 20060401 |
| 16178650 | PUD | 20360201 | 181900 | 20060301 |
| 16179622 | PUD | 20360201 | 262800 | 20060301 |
| 16178570 | Single Family | 20360201 | 123600 | 20060301 |
| 16180256 | Condominium | 20360201 | 172000 | 20060301 |
| 16179032 | Single Family | 20360101 | 457000 | 20060201 |
| 16178921 | Single Family | 20351101 | 285000 | 20051201 |
| 16179081 | Single Family | 20360101 | 360000 | 20060201 |
| 16178447 | Condominium | 20360201 | 166400 | 20060301 |
| 16178571 | PUD | 20360201 | 763000 | 20060301 |
| 16178814 | Condominium | 20360301 | 348000 | 20060401 |
| 16179562 | Single Family | 20360201 | 183300 | 20060301 |
| 16178799 | PUD | 20360301 | 453935 | 20060401 |
| 16178490 | Single Family | 20360201 | 344800 | 20060301 |
| 16179624 | Condominium | 20360201 | 364000 | 20060301 |
| 16179363 | Single Family | 20360101 | 160000 | 20060201 |
| 16179051 | PUD | 20360101 | 284000 | 20060201 |
| 16178549 | PUD | 20360201 | 512400 | 20060301 |
| 16178605 | Single Family | 20360201 | 572000 | 20060301 |
| 16179234 | PUD | 20360201 | 180000 | 20060301 |
| 16178815 | Condominium | 20360301 | 304840.8 | 20060401 |
| 16178734 | 2-4 Family | 20360301 | 225000 | 20060401 |
| 16178241 | Single Family | 20351201 | 61800 | 20060101 |
| 16179105 | PUD | 20360301 | 366300 | 20060401 |
| 16180218 | Single Family | 20360201 | 151000 | 20060301 |
| 16178318 | 2-4 Family | 20360101 | 215000 | 20060201 |
| 16178654 | PUD | 20360301 | 324000 | 20060401 |
| 16178655 | Townhouse | 20360301 | 240000 | 20060401 |
| 16179915 | PUD | 20360301 | 133600 | 20060401 |
| 16178818 | PUD | 20360301 | 244600 | 20060401 |
| 16178819 | PUD | 20360301 | 224800 | 20060401 |
| 16179221 | Single Family | 20360301 | 316000 | 20060401 |
| 16178495 | PUD | 20360201 | 160530 | 20060301 |
| 16178576 | PUD | 20360201 | 277225 | 20060301 |
| 16178496 | Single Family | 20360201 | 204000 | 20060301 |
| 16179549 | Single Family | 20460201 | 480000 | 20060301 |
| 16178578 | Single Family | 20360201 | 400000 | 20060301 |
| 16178497 | PUD | 20360201 | 88000 | 20060301 |
| 16179477 | PUD | 20360201 | 234900 | 20060201 |
| 16179369 | Condominium | 20360101 | 231200 | 20060201 |
| 16180287 | Single Family | 20360201 | 237000 | 20060301 |
| 16180356 | Condominium | 20360101 | 880000 | 20060201 |
| 16178632 | Single Family | 20360201 | 216000 | 20060301 |
| 16179524 | PUD | 20360301 | 208000 | 20060401 |
| 16178471 | Single Family | 20360201 | 205500 | 20060301 |

Unassociated Document                                                 Page 250 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 251 of 279

| | | | | |
|---|---|---|---|---|
| 16178552 | Condominium | 20360101 | 110320 | 20060201 |
| 16178633 | Single Family | 20360201 | 101250 | 20060301 |
| 16178634 | Single Family | 20360301 | 180000 | 20060401 |
| 16179525 | PUD | 20460301 | 108080 | 20060401 |
| 16180254 | Single Family | 20360201 | 304000 | 20060301 |
| 16178919 | Single Family | 20351101 | 340000 | 20051201 |
| 16178472 | Condominium | 20360201 | 196400 | 20060301 |
| 16178392 | Single Family | 20360101 | 577500 | 20060201 |
| 16179608 | PUD | 20360201 | 265600 | 20060301 |
| 16178555 | Single Family | 20360201 | 118400 | 20060301 |
| 16179527 | Single Family | 20360201 | 224800 | 20060301 |
| 16179609 | PUD | 20360401 | 360000 | 20060501 |
| 16178556 | Condominium | 20360201 | 302250 | 20060301 |
| 16178475 | Single Family | 20360201 | 236800 | 20060301 |
| 16178394 | PUD | 20360201 | 363120 | 20060301 |
| 16179366 | 2-4 Family | 20360101 | 119200 | 20060201 |
| 16178637 | Single Family | 20360201 | 126800 | 20060301 |
| 16178718 | Single Family | 20360301 | 288800 | 20060401 |
| 16178476 | Single Family | 20360201 | 106400 | 20060301 |
| 16178719 | PUD | 20360301 | 207920 | 20060401 |
| 16180581 | Single Family | 20360201 | 212720 | 20060301 |
| 16179438 | Single Family | 20360101 | 265000 | 20060201 |
| 16179529 | PUD | 20360201 | 262259 | 20060301 |
| 16178395 | PUD | 20360201 | 462760 | 20060301 |
| 16178396 | Single Family | 20360201 | 171200 | 20060301 |
| 16178798 | Single Family | 20360301 | 475700 | 20060401 |
| 16178952 | PUD | 20351201 | 142550 | 20060101 |
| 16178958 | Single Family | 20351201 | 231700 | 20060101 |
| 16179011 | Single Family | 20351201 | 306000 | 20060101 |
| 16179368 | Single Family | 20360101 | 96000 | 20060201 |
| 16178397 | Condominium | 20351101 | 175920 | 20051201 |
| 16178238 | Single Family | 20351201 | 172000 | 20060101 |
| 16180577 | Single Family | 20360201 | 184000 | 20060301 |
| 16179980 | PUD | 20360301 | 217600 | 20060401 |
| 16178224 | 2-4 Family | 20351101 | 350000 | 20051201 |
| 16179179 | PUD | 20360101 | 206500 | 20060201 |
| 16180409 | Single Family | 20360201 | 360000 | 20060301 |
| 16179786 | Single Family | 20360301 | 194400 | 20060401 |
| 16179066 | Single Family | 20360101 | 862000 | 20060201 |
| 16180545 | Single Family | 20360201 | 108000 | 20060301 |
| 16180315 | Condominium | 20360201 | 232000 | 20060301 |
| 16178413 | 2-4 Family | 20360101 | 227500 | 20060201 |
| 16178985 | Single Family | 20351201 | 214400 | 20060101 |
| 16179313 | Single Family | 20351101 | 220000 | 20051201 |
| 16178403 | Single Family | 20360101 | 135000 | 20060201 |
| 16180125 | Condominium | 20351101 | 571650 | 20051201 |
| 16178891 | Single Family | 20351101 | 160000 | 20051201 |
| 16178750 | PUD | 20360301 | 625000 | 20060401 |
| 16178299 | Single Family | 20360101 | 308289 | 20060201 |
| 16178560 | Single Family | 20360201 | 101500 | 20060301 |
| 16179208 | Condominium | 20360201 | 131250 | 20060301 |
| 16179880 | Single Family | 20460301 | 239400 | 20060401 |
| 16179307 | Single Family | 20360201 | 172000 | 20060301 |
| 16179180 | Condominium | 20360201 | 217500 | 20060301 |
| 16180410 | Single Family | 20360201 | 488000 | 20060301 |
| 16180476 | 2-4 Family | 20360201 | 232000 | 20060301 |
| 16179836 | PUD | 20360301 | 725000 | 20060401 |
| 16180066 | PUD | 20360301 | 481000 | 20060401 |
| 16180316 | 2-4 Family | 20360201 | 320000 | 20060301 |
| 16178974 | Single Family | 20351201 | 89600 | 20060101 |
| 16178435 | Single Family | 20360201 | 270250 | 20060301 |
| 16178723 | Single Family | 20360301 | 416200 | 20060401 |
| 16178183 | Single Family | 20351201 | 159300 | 20060101 |
| 16179344 | Single Family | 20351201 | 154000 | 20060101 |
| 16179309 | PUD | 20451001 | 230000 | 20051101 |
| 16179341 | Single Family | 20360101 | 56000 | 20060201 |
| 16178302 | Single Family | 20360201 | 125600 | 20060301 |
| 16178239 | PUD | 20360201 | 178000 | 20060301 |
| 16179209 | Single Family | 20360201 | 157500 | 20060301 |
| 16180509 | Single Family | 20360201 | 612000 | 20060301 |
| 16179010 | PUD | 20351201 | 357450 | 20060101 |
| 16180411 | Single Family | 20360201 | 364000 | 20060301 |
| 16180477 | Single Family | 20360201 | 155000 | 20060301 |
| 16179837 | Condominium | 20360301 | 110000 | 20060401 |
| 16179413 | Single Family | 20360101 | 331200 | 20060201 |
| 16178414 | Single Family | 20360201 | 141185 | 20060301 |
| 16178975 | Single Family | 20360101 | 200000 | 20060201 |
| 16180040 | Single Family | 20360201 | 608000 | 20060301 |
| 16178509 | Condominium | 20360201 | 371000 | 20060301 |
| 16180510 | Single Family | 20360201 | 217200 | 20060301 |
| 16178494 | Single Family | 20360201 | 378000 | 20060301 |
| 16180579 | Single Family | 20360201 | 334400 | 20060301 |
| 16179781 | 2-4 Family | 20360301 | 212800 | 20060401 |
| 16179436 | Single Family | 20360101 | 118600 | 20060201 |
| 16180412 | Single Family | 20360201 | 649900 | 20060301 |
| 16180478 | Single Family | 20360201 | 114320 | 20060301 |
| 16179001 | Single Family | 20351201 | 460000 | 20060101 |
| 16179736 | PUD | 20360201 | 176000 | 20060301 |
| 16178621 | PUD | 20351101 | 103999 | 20051201 |
| 16179503 | Single Family | 20351101 | 240800 | 20051201 |
| 16178617 | PUD | 20360301 | 420000 | 20060401 |
| 16178572 | PUD | 20360301 | 109200 | 20060401 |
| 16178753 | Single Family | 20360301 | 112800 | 20060401 |
| 16179623 | Condominium | 20360301 | 380000 | 20060401 |
| 16178240 | PUD | 20360201 | 308000 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16180580 | Single Family | 20360201 | 280000 | 20060301 |
| 16179981 | PUD | 20360201 | 220000 | 20060401 |
| 16179437 | PUD | 20360101 | 118650 | 20060201 |
| 16180413 | Single Family | 20360201 | 650000 | 20060301 |
| 16179076 | PUD | 20360101 | 160000 | 20060201 |
| 16179737 | Single Family | 20360201 | 150750 | 20060301 |
| 16178340 | Single Family | 20360101 | 300000 | 20060201 |
| 16178816 | PUD | 20360301 | 128800 | 20060401 |
| 16179627 | Single Family | 20360201 | 225000 | 20060301 |
| 16179006 | PUD | 20351201 | 520000 | 20060101 |
| 16178518 | Single Family | 20360201 | 350000 | 20060301 |
| 16179977 | PUD | 20360301 | 128000 | 20060401 |
| 16179190 | Single Family | 20360201 | 384000 | 20060301 |
| 16180472 | Condominium | 20360201 | 336000 | 20060301 |
| 16180541 | Condominium | 20360201 | 125600 | 20060301 |
| 16180311 | Single Family | 20360201 | 282400 | 20060301 |
| 16179410 | PUD | 20360101 | 159600 | 20060201 |
| 16178658 | Single Family | 20360301 | 278000 | 20060401 |
| 16179176 | Condominium | 20360201 | 303200 | 20060301 |
| 16180378 | Single Family | 20360201 | 132600 | 20060301 |
| 16178989 | Condominium | 20351201 | 256800 | 20060101 |
| 16179732 | Condominium | 20360201 | 148000 | 20060301 |
| 16178728 | Single Family | 20360301 | 264000 | 20060401 |
| 16178454 | 2-4 Family | 20360201 | 184000 | 20060301 |
| 16178402 | Single Family | 20360101 | 253600 | 20060201 |
| 16179697 | Condominium | 20360201 | 172000 | 20060301 |
| 16178595 | Single Family | 20360201 | 246750 | 20060301 |
| 16180107 | Single Family | 20360301 | 135000 | 20060401 |
| 16180240 | Single Family | 20360201 | 283183 | 20060301 |
| 16178363 | Single Family | 20360101 | 219200 | 20060201 |
| 16178602 | PUD | 20360301 | 294000 | 20060401 |
| 16179978 | PUD | 20360301 | 188000 | 20060401 |
| 16180406 | Single Family | 20360201 | 225000 | 20060301 |
| 16180473 | Single Family | 20360201 | 192000 | 20060301 |
| 16180542 | Single Family | 20360201 | 106400 | 20060301 |
| 16180312 | Condominium | 20360201 | 81200 | 20060301 |
| 16179411 | PUD | 20360101 | 320750 | 20060201 |
| 16179056 | PUD | 20360101 | 436000 | 20060201 |
| 16180379 | Single Family | 20360201 | 109327 | 20060301 |
| 16178434 | Single Family | 20360201 | 633600 | 20060301 |
| 16179733 | Single Family | 20360201 | 200000 | 20060301 |
| 16178704 | Condominium | 20360201 | 155897 | 20060301 |
| 16179820 | Single Family | 20360201 | 611250 | 20060301 |
| 16180128 | PUD | 20360301 | 358400 | 20060401 |
| 16180153 | Single Family | 20360301 | 337000 | 20060401 |
| 16178426 | Single Family | 20360101 | 359200 | 20060201 |
| 16179698 | Single Family | 20360201 | 194400 | 20060301 |
| 16180114 | Single Family | 20360301 | 116200 | 20060401 |
| 16179283 | PUD | 20360201 | 439500 | 20060301 |
| 16178381 | Single Family | 20360101 | 155000 | 20060201 |
| 16178900 | PUD | 20351201 | 394250 | 20060101 |
| 16178342 | PUD | 20351201 | 199920 | 20060101 |
| 16178223 | PUD | 20351101 | 462000 | 20051201 |
| 16180407 | Single Family | 20360201 | 465600 | 20060301 |
| 16180474 | Condominium | 20360201 | 440000 | 20060301 |
| 16179168 | Single Family | 20351201 | 420000 | 20060101 |
| 16180543 | Single Family | 20360201 | 281600 | 20060301 |
| 16180313 | Condominium | 20360201 | 112896 | 20060301 |
| 16179087 | Single Family | 20360101 | 248800 | 20060201 |
| 16180380 | Single Family | 20360201 | 548000 | 20060301 |
| 16179734 | Single Family | 20360201 | 223350 | 20060301 |
| 16178715 | Single Family | 20360301 | 105840 | 20060401 |
| 16179521 | Single Family | 20360201 | 492000 | 20060301 |
| 16178327 | Single Family | 20360101 | 313000 | 20060201 |
| 16179284 | Single Family | 20360201 | 440000 | 20060301 |
| 16178613 | Single Family | 20360301 | 520000 | 20060401 |
| 16180576 | Single Family | 20360201 | 580000 | 20060301 |
| 16178557 | Single Family | 20360201 | 192000 | 20060301 |
| 16179979 | PUD | 20460301 | 400000 | 20060401 |
| 16180408 | 2-4 Family | 20360201 | 457600 | 20060301 |
| 16179835 | Single Family | 20360301 | 100000 | 20060401 |
| 16180475 | Condominium | 20360201 | 225000 | 20060301 |
| 16179169 | Single Family | 20351201 | 270500 | 20060101 |
| 16180544 | Single Family | 20360201 | 200000 | 20060301 |
| 16180314 | Single Family | 20360201 | 269606 | 20060301 |
| 16179088 | PUD | 20360101 | 257400 | 20060201 |
| 16179160 | PUD | 20360301 | 264800 | 20060401 |
| 16178990 | Single Family | 20351201 | 504000 | 20060101 |
| 16179735 | Condominium | 20360201 | 240000 | 20060301 |
| 16178306 | PUD | 20360201 | 132000 | 20060301 |
| 16179039 | Single Family | 20360101 | 130000 | 20060201 |
| 16178949 | Single Family | 20351201 | 529600 | 20060101 |
| 16179334 | Single Family | 20351101 | 140000 | 20051201 |
| 16179135 | Single Family | 20360301 | 570000 | 20060301 |
| 16179489 | PUD | 20360101 | 178600 | 20060201 |
| 16178894 | Single Family | 20351001 | 412500 | 20051101 |
| 16179381 | Single Family | 20360101 | 71250 | 20060201 |
| 16180536 | Condominium | 20360201 | 78320 | 20060301 |
| 16179598 | Single Family | 20360201 | 200000 | 20060301 |
| 16179816 | PUD | 20360201 | 484000 | 20060301 |
| 16180276 | Single Family | 20360201 | 159900 | 20060301 |
| 16179144 | 2-4 Family | 20360201 | 508000 | 20060301 |
| 16178700 | PUD | 20360201 | 192000 | 20060301 |
| 16179573 | Single Family | 20360201 | 480000 | 20060301 |
| 16180124 | PUD | 20360301 | 402000 | 20060401 |

| | | | | |
|---|---|---|---|---|
| 16178619 | Single Family | 20360201 | 332000 | 20060301 |
| 16179282 | PUD | 20360201 | 690000 | 20060301 |
| 16178374 | Single Family | 20351101 | 492000 | 20051201 |
| 16179928 | Single Family | 20360301 | 216400 | 20060401 |
| 16179382 | Single Family | 20360101 | 123750 | 20060201 |
| 16180537 | Single Family | 20360201 | 126000 | 20060301 |
| 16180307 | Single Family | 20360201 | 287200 | 20060301 |
| 16180374 | Single Family | 20360201 | 244000 | 20060301 |
| 16179064 | Single Family | 20360101 | 347000 | 20060201 |
| 16180439 | Single Family | 20360201 | 160000 | 20060301 |
| 16178714 | PUD | 20360201 | 195000 | 20060301 |
| 16179599 | PUD | 20360201 | 176000 | 20060301 |
| 16179817 | Single Family | 20360201 | 600000 | 20060301 |
| 16178927 | Single Family | 20351101 | 440000 | 20051201 |
| 16179755 | Single Family | 20360201 | 118400 | 20060301 |
| 16178878 | PUD | 20360301 | 248000 | 20060401 |
| 16178349 | PUD | 20360101 | 420000 | 20060201 |
| 16180022 | Single Family | 20360301 | 224000 | 20060401 |
| 16180236 | 2-4 Family | 20360201 | 61600 | 20060301 |
| 16179929 | PUD | 20360301 | 163000 | 20060401 |
| 16178895 | Single Family | 20331001 | 395000 | 20031101 |
| 16180538 | Single Family | 20360201 | 287200 | 20060301 |
| 16180308 | Single Family | 20360201 | 504000 | 20060301 |
| 16180375 | Single Family | 20360201 | 215000 | 20060301 |
| 16180440 | Single Family | 20360201 | 700000 | 20060301 |
| 16178547 | Condominium | 20360201 | 92800 | 20060301 |
| 16179818 | Single Family | 20360201 | 400000 | 20060301 |
| 16180277 | Single Family | 20360201 | 205600 | 20060301 |
| 16179153 | Single Family | 20360201 | 180000 | 20060301 |
| 16178980 | PUD | 20351201 | 247000 | 20060101 |
| 16179054 | Single Family | 20360101 | 409500 | 20060201 |
| 16178424 | Single Family | 20360101 | 152000 | 20060201 |
| 16179708 | Condominium | 20360201 | 302400 | 20060301 |
| 16180140 | Single Family | 20360301 | 234000 | 20060401 |
| 16180023 | Single Family | 20360301 | 276000 | 20060401 |
| 16178768 | Single Family | 20360201 | 401600 | 20060301 |
| 16178260 | 2-4 Family | 20360301 | 236000 | 20060401 |
| 16180237 | Condominium | 20360201 | 316000 | 20060301 |
| 16178375 | Single Family | 20351101 | 564850 | 20051201 |
| 16178864 | PUD | 20360301 | 179600 | 20060401 |
| 16178341 | PUD | 20360101 | 515950 | 20060201 |
| 16178611 | PUD | 20360201 | 548000 | 20060301 |
| 16179383 | Single Family | 20360101 | 292000 | 20060201 |
| 16178222 | Single Family | 20360201 | 228000 | 20060301 |
| 16180539 | Single Family | 20360201 | 193600 | 20060301 |
| 16180309 | Single Family | 20360201 | 305000 | 20060301 |
| 16180376 | Single Family | 20360201 | 188400 | 20060301 |
| 16178948 | PUD | 20351201 | 145520 | 20060101 |
| 16178970 | Condominium | 20351101 | 240000 | 20051201 |
| 16180171 | Single Family | 20360301 | 150000 | 20060401 |
| 16178879 | Condominium | 20360301 | 126880 | 20060401 |
| 16180133 | Single Family | 20360301 | 404300 | 20060401 |
| 16178651 | Single Family | 20360201 | 112600 | 20060301 |
| 16180024 | Single Family | 20360301 | 365000 | 20060401 |
| 16182238 | Single Family | 20360201 | 240000 | 20060301 |
| 16179352 | Single Family | 20360201 | 392000 | 20060301 |
| 16179384 | PUD | 20360101 | 308000 | 20060201 |
| 16179976 | Condominium | 20360301 | 384000 | 20060401 |
| 16180471 | Single Family | 20360201 | 166828 | 20060301 |
| 16180540 | Single Family | 20360201 | 312000 | 20060301 |
| 16178983 | Single Family | 20351201 | 208000 | 20060101 |
| 16180377 | Condominium | 20360201 | 127150 | 20060301 |
| 16180441 | Single Family | 20360201 | 488000 | 20060301 |
| 16179731 | Condominium | 20360201 | 196000 | 20060301 |
| 16179819 | Single Family | 20360201 | 395000 | 20060301 |
| 16178971 | Single Family | 20351101 | 232000 | 20051201 |
| 16178425 | Single Family | 20360201 | 272000 | 20060301 |
| 16180162 | 2-4 Family | 20360301 | 262500 | 20060401 |
| 16180143 | Single Family | 20360301 | 92950 | 20060401 |
| 16179709 | Single Family | 20360201 | 84000 | 20060301 |
| 16179696 | Single Family | 20360201 | 100000 | 20060301 |
| 16178313 | 2-4 Family | 20360101 | 225000 | 20060201 |
| 16180025 | PUD | 20360301 | 367000 | 20060401 |
| 16178592 | PUD | 20360201 | 224150 | 20060301 |
| 16179310 | PUD | 20350801 | 194300 | 20050901 |
| 16180239 | Single Family | 20360201 | 300000 | 20060301 |
| 16178380 | PUD | 20360101 | 265000 | 20060201 |
| 16179252 | Single Family | 20360201 | 497600 | 20060301 |
| 16178856 | Single Family | 20360301 | 181200 | 20060401 |
| 16180436 | Single Family | 20360201 | 188000 | 20060301 |
| 16180273 | Single Family | 20360201 | 596000 | 20060301 |
| 16178175 | Single Family | 20351001 | 295000 | 20051101 |
| 16179707 | Single Family | 20460201 | 160000 | 20060301 |
| 16179925 | Single Family | 20351101 | 232000 | 20051201 |
| 16179695 | Single Family | 20360201 | 156000 | 20060301 |
| 16178796 | PUD | 20360301 | 121600 | 20060401 |
| 16180177 | Condominium | 20360401 | 563200 | 20060501 |
| 16178635 | 2-4 Family | 20360201 | 300000 | 20060301 |
| 16178531 | Single Family | 20360201 | 431920 | 20060301 |
| 16179682 | Condominium | 20360201 | 147200 | 20060301 |
| 16180108 | Single Family | 20360301 | 138700 | 20060401 |
| 16178337 | Single Family | 20360101 | 120500 | 20060201 |
| 16179297 | Single Family | 20360201 | 215500 | 20060301 |
| 16180234 | Condominium | 20360201 | 104908 | 20060301 |
| 16179925 | Condominium | 20360301 | 194700 | 20060401 |

| | | | | |
|---|---|---|---|---|
| 16179641 | Single Family | 20460301 | 616000 | 20060401 |
| 16179379 | Condominium | 20460101 | 203200 | 20060201 |
| 16179362 | Single Family | 20360101 | 273900 | 20060201 |
| 16179182 | Single Family | 20360101 | 280000 | 20060201 |
| 16180372 | 2-4 Family | 20360201 | 357000 | 20060301 |
| 16180437 | Single Family | 20360201 | 263900 | 20060301 |
| 16178969 | Single Family | 20351101 | 331875 | 20051201 |
| 16179047 | Single Family | 20360101 | 260000 | 20060201 |
| 16180274 | Single Family | 20360201 | 172000 | 20060301 |
| 16179815 | PUD | 20360201 | 636522 | 20060301 |
| 16178423 | Single Family | 20360101 | 392000 | 20060201 |
| 16178315 | Single Family | 20360201 | 125500 | 20060301 |
| 16179753 | Single Family | 20360201 | 138400 | 20060301 |
| 16178821 | Single Family | 20360301 | 292000 | 20060401 |
| 16179270 | Single Family | 20360201 | 543000 | 20060301 |
| 16179120 | PUD | 20360201 | 407700 | 20060301 |
| 16180062 | Single Family | 20360201 | 600000 | 20060301 |
| 16179926 | Single Family | 20360301 | 166400 | 20060401 |
| 16179098 | PUD | 20360201 | 204000 | 20060301 |
| 16179380 | Single Family | 20360101 | 150400 | 20060201 |
| 16180373 | Single Family | 20360201 | 503200 | 20060301 |
| 16178662 | Single Family | 20360201 | 312000 | 20060301 |
| 16180438 | Single Family | 20360201 | 164000 | 20060301 |
| 16180275 | Single Family | 20360201 | 328000 | 20060301 |
| 16178802 | PUD | 20360301 | 291960 | 20060401 |
| 16178926 | PUD | 20351101 | 212800 | 20051201 |
| 16179572 | Single Family | 20360201 | 183200 | 20060301 |
| 16178760 | Condominium | 20360301 | 92720 | 20060401 |
| 16180235 | Single Family | 20360201 | 114400 | 20060301 |
| 16179271 | Single Family | 20360201 | 580000 | 20060301 |
| 16179640 | Single Family | 20360201 | 190000 | 20060301 |
| 16178887 | Single Family | 20351001 | 221250 | 20051101 |
| 16179354 | Condominium | 20360101 | 200000 | 20060201 |
| 16180354 | Single Family | 20360201 | 280000 | 20060301 |
| 16179805 | Single Family | 20360201 | 310000 | 20060301 |
| 16179128 | Single Family | 20360201 | 568000 | 20060301 |
| 16180618 | Single Family | 20360201 | 372000 | 20060301 |
| 16180006 | PUD | 20360301 | 132000 | 20060401 |
| 16178960 | Single Family | 20351201 | 191250 | 20060101 |
| 16180517 | Single Family | 20360201 | 178400 | 20060301 |
| 16179630 | Single Family | 20360201 | 217600 | 20060301 |
| 16179442 | PUD | 20360101 | 152000 | 20060201 |
| 16178934 | Single Family | 20351101 | 199895 | 20051201 |
| 16178262 | Single Family | 20360201 | 619200 | 20060301 |
| 16178837 | Single Family | 20360301 | 332000 | 20060401 |
| 16180117 | PUD | 20360301 | 500000 | 20060401 |
| 16178563 | Single Family | 20360201 | 283200 | 20060301 |
| 16179212 | Single Family | 20360201 | 361350 | 20060301 |
| 16179860 | PUD | 20360201 | 174400 | 20060301 |
| 16179129 | Single Family | 20360201 | 340000 | 20060301 |
| 16179909 | Single Family | 20360201 | 196000 | 20060301 |
| 16179016 | Condominium | 20351201 | 306100 | 20060101 |
| 16178999 | Single Family | 20351201 | 434400 | 20060101 |
| 16179631 | 2-4 Family | 20360201 | 220000 | 20060301 |
| 16179443 | PUD | 20460101 | 311100 | 20060301 |
| 16178909 | PUD | 20351001 | 376000 | 20051101 |
| 16179664 | Single Family | 20360201 | 106400 | 20060301 |
| 16180027 | Single Family | 20360301 | 682500 | 20060401 |
| 16178499 | Single Family | 20360201 | 525600 | 20060301 |
| 16179858 | Single Family | 20360201 | 224000 | 20060301 |
| 16179551 | Single Family | 20360201 | 372800 | 20060301 |
| 16180270 | Single Family | 20360201 | 260000 | 20060301 |
| 16179151 | PUD | 20360201 | 218000 | 20060301 |
| 16179750 | PUD | 20360201 | 176000 | 20060301 |
| 16178942 | Single Family | 20351201 | 461250 | 20060101 |
| 16179141 | Single Family | 20360201 | 484000 | 20060301 |
| 16178354 | Single Family | 20360201 | 532500 | 20060301 |
| 16179680 | Single Family | 20360201 | 282400 | 20060301 |
| 16178690 | Single Family | 20360201 | 188000 | 20060301 |
| 16180034 | Single Family | 20360201 | 343950 | 20060301 |
| 16179268 | Single Family | 20360201 | 516000 | 20060301 |
| 16179514 | Single Family | 20351201 | 224000 | 20060101 |
| 16178372 | Single Family | 20351201 | 232000 | 20060101 |
| 16179097 | PUD | 20360201 | 571900 | 20060301 |
| 16179859 | Single Family | 20360201 | 268000 | 20060301 |
| 16178367 | Single Family | 20351101 | 297600 | 20051201 |
| 16179464 | Single Family | 20360101 | 103200 | 20060201 |
| 16180434 | Single Family | 20360201 | 481000 | 20060301 |
| 16178487 | Single Family | 20360201 | 144000 | 20060301 |
| 16180271 | Single Family | 20360201 | 330000 | 20060301 |
| 16178191 | Single Family | 20360101 | 380000 | 20060201 |
| 16179152 | Single Family | 20360201 | 412000 | 20060301 |
| 16178979 | PUD | 20351101 | 304000 | 20051201 |
| 16178924 | PUD | 20351101 | 650000 | 20051201 |
| 16178943 | Single Family | 20351201 | 596000 | 20060101 |
| 16179610 | Single Family | 20360301 | 630000 | 20060401 |
| 16179269 | Single Family | 20360101 | 646000 | 20060201 |
| 16179519 | PUD | 20360201 | 420000 | 20060301 |
| 16179923 | Single Family | 20360201 | 280000 | 20060301 |
| 16179360 | Single Family | 20360201 | 105450 | 20060201 |
| 16180073 | 2-4 Family | 20460201 | 497000 | 20060301 |
| 16180435 | Single Family | 20360201 | 200000 | 20060301 |
| 16180272 | Single Family | 20360201 | 250224 | 20060301 |
| 16179752 | Single Family | 20360201 | 172000 | 20060301 |
| 16178545 | Single Family | 20360201 | 202500 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16178648 | PUD | 20360201 | 188720 | 20060301 |
| 16178915 | PUD | 20351101 | 256000 | 20051201 |
| 16179681 | Condominium | 20460201 | 223200 | 20060301 |
| 16178584 | PUD | 20360201 | 464000 | 20060301 |
| 16180233 | 2-4 Family | 20360201 | 287920 | 20060301 |
| 16179291 | Single Family | 20360201 | 499200 | 20060301 |
| 16178373 | PUD | 20351101 | 260000 | 20051201 |
| 16179361 | Single Family | 20360101 | 224000 | 20060201 |
| 16180250 | Single Family | 20360201 | 157600 | 20060301 |
| 16178935 | Single Family | 20351201 | 650000 | 20060101 |
| 16179556 | Single Family | 20460201 | 144000 | 20060301 |
| 16178962 | Single Family | 20360101 | 296000 | 20060201 |
| 16178791 | Single Family | 20360301 | 136000 | 20060401 |
| 16178292 | PUD | 20360101 | 221165 | 20060201 |
| 16180083 | PUD | 20360301 | 304000 | 20060401 |
| 16178334 | Single Family | 20351101 | 149600 | 20051201 |
| 16179262 | Single Family | 20360201 | 492000 | 20060301 |
| 16178667 | Condominium | 20351201 | 236800 | 20060101 |
| 16179241 | Single Family | 20360201 | 452000 | 20060301 |
| 16179958 | Single Family | 20360301 | 356000 | 20060401 |
| 16178357 | PUD | 20360201 | 154000 | 20060301 |
| 16178216 | Single Family | 20351201 | 320000 | 20060101 |
| 16180013 | Single Family | 20360301 | 164000 | 20060401 |
| 16179846 | Single Family | 20360201 | 195440 | 20060301 |
| 16179637 | Single Family | 20360201 | 423000 | 20060301 |
| 16180251 | Condominium | 20360201 | 224000 | 20060301 |
| 16180102 | 2-4 Family | 20360301 | 470400 | 20060401 |
| 16178683 | PUD | 20360301 | 232000 | 20060401 |
| 16178300 | Single Family | 20360201 | 152000 | 20060301 |
| 16178765 | Condominium | 20360301 | 337500 | 20060401 |
| 16179796 | Single Family | 20360301 | 260000 | 20060401 |
| 16178564 | PUD | 20360201 | 266000 | 20060301 |
| 16179114 | Single Family | 20360201 | 475000 | 20060301 |
| 16178383 | Single Family | 20360101 | 292000 | 20060201 |
| 16180014 | Single Family | 20360301 | 602200 | 20060401 |
| 16179473 | Single Family | 20460101 | 228850 | 20060201 |
| 16179794 | Single Family | 20360301 | 332800 | 20060401 |
| 16180176 | 2-4 Family | 20360301 | 656250 | 20060401 |
| 16179007 | Single Family | 20351201 | 310000 | 20060101 |
| 16180252 | Single Family | 20360201 | 100000 | 20060301 |
| 16179699 | PUD | 20360201 | 372550 | 20060301 |
| 16179041 | Condominium | 20360101 | 266300 | 20060201 |
| 16180111 | Single Family | 20360301 | 525000 | 20060401 |
| 16179614 | Single Family | 20360301 | 337500 | 20060401 |
| 16178517 | Single Family | 20360201 | 226500 | 20060301 |
| 16179213 | Single Family | 20360201 | 332000 | 20060301 |
| 16179215 | Single Family | 20360201 | 412000 | 20060301 |
| 16179639 | Single Family | 20360201 | 424000 | 20060301 |
| 16179353 | PUD | 20360101 | 168000 | 20060201 |
| 16180253 | Single Family | 20360201 | 170000 | 20060301 |
| 16178951 | PUD | 20351201 | 648750 | 20060101 |
| 16179669 | Single Family | 20360201 | 306000 | 20060301 |
| 16180030 | PUD | 20360301 | 650000 | 20060401 |
| 16179263 | Single Family | 20360201 | 584000 | 20060301 |
| 16179506 | PUD | 20351201 | 190750 | 20051201 |
| 16179131 | PUD | 20360201 | 225000 | 20060301 |
| 16179227 | Single Family | 20351101 | 450000 | 20051201 |
| 16179913 | Single Family | 20360301 | 152800 | 20060401 |
| 16178365 | Single Family | 20351101 | 616000 | 20051201 |
| 16178862 | PUD | 20360301 | 496000 | 20060401 |
| 16179946 | Single Family | 20460301 | 181000 | 20060401 |
| 16180612 | Single Family | 20360201 | 168000 | 20060301 |
| 16179461 | Single Family | 20360101 | 372000 | 20060201 |
| 16180057 | Single Family | 20360201 | 1295000 | 20060301 |
| 16179339 | Single Family | 20460201 | 207840 | 20060301 |
| 16179617 | Single Family | 20360301 | 497600 | 20060401 |
| 16179023 | Single Family | 20351201 | 420000 | 20060101 |
| 16178482 | Single Family | 20360201 | 228000 | 20060301 |
| 16178906 | Condominium | 20351201 | 232000 | 20060101 |
| 16178769 | Single Family | 20360301 | 400000 | 20060401 |
| 16179219 | PUD | 20360301 | 244500 | 20060401 |
| 16178384 | Single Family | 20360101 | 250000 | 20060201 |
| 16179096 | Single Family | 20360201 | 630819 | 20060301 |
| 16178256 | Single Family | 20360201 | 195200 | 20060301 |
| 16171112 | Single Family | 20360301 | 189000 | 20060401 |
| 16179856 | PUD | 20360201 | 241900 | 20060301 |
| 16179224 | Single Family | 20351101 | 641600 | 20051201 |
| 16180613 | Single Family | 20360201 | 193500 | 20060301 |
| 16179462 | Single Family | 20360101 | 207200 | 20060201 |
| 16178721 | PUD | 20360301 | 197600 | 20060401 |
| 16179358 | Single Family | 20360101 | 134400 | 20060201 |
| 16179408 | Single Family | 20360201 | 239200 | 20060301 |
| 16178941 | Single Family | 20351201 | 441000 | 20060101 |
| 16179043 | Single Family | 20351201 | 265000 | 20060101 |
| 16178914 | Single Family | 20351101 | 462000 | 20051201 |
| 16179678 | Condominium | 20360201 | 224000 | 20060301 |
| 16178933 | Single Family | 20351101 | 344000 | 20051201 |
| 16178766 | PUD | 20360201 | 560000 | 20060301 |
| 16178569 | PUD | 20360201 | 251960 | 20060301 |
| 16179220 | Single Family | 20360301 | 653200 | 20060401 |
| 16179211 | Single Family | 20360201 | 340000 | 20060301 |
| 16179857 | Single Family | 20460201 | 152000 | 20060301 |
| 16178361 | 2-4 Family | 20360201 | 267300 | 20060301 |
| 16179127 | Single Family | 20360201 | 461600 | 20060301 |
| 16179906 | Single Family | 20460201 | 488000 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16178366 | PUD | 20351101 | 271200 | 20051201 |
| 16179463 | Single Family | 20460101 | 220000 | 20060201 |
| 16179403 | Single Family | 20460101 | 301600 | 20060201 |
| 16178657 | Single Family | 20360301 | 152000 | 20060401 |
| 16179749 | Single Family | 20460201 | 120000 | 20060301 |
| 16179570 | PUD | 20360201 | 221200 | 20060301 |
| 16179140 | PUD | 20360201 | 308000 | 20060301 |
| 16179031 | Single Family | 20360101 | 435000 | 20060201 |
| 16179679 | PUD | 20360201 | 311650 | 20060301 |
| 16178261 | Condominium | 20360101 | 105000 | 20060201 |
| 16180080 | Single Family | 20360301 | 374500 | 20060401 |
| 16179267 | Single Family | 20360201 | 465000 | 20060301 |
| 16179259 | Single Family | 20360101 | 450000 | 20060201 |
| 16179287 | Single Family | 20360201 | 562000 | 20060301 |
| 16179130 | Single Family | 20360201 | 440000 | 20060301 |
| 16179956 | PUD | 20360301 | 520000 | 20060401 |
| 16180011 | PUD | 20360301 | 192000 | 20060401 |
| 16178840 | PUD | 20360301 | 144674 | 20060401 |
| 16178817 | Condominium | 20360301 | 530400 | 20060401 |
| 16179890 | PUD | 20360201 | 384000 | 20060301 |
| 16180524 | Single Family | 20360201 | 308000 | 20060301 |
| 16179642 | Single Family | 20360301 | 239000 | 20060401 |
| 16179446 | PUD | 20360101 | 115500 | 20060201 |
| 16179012 | Single Family | 20351201 | 199200 | 20060101 |
| 16180249 | Single Family | 20360201 | 250000 | 20060301 |
| 16179040 | Condominium | 20360101 | 282000 | 20060201 |
| 16178950 | Condominium | 20351201 | 160000 | 20060101 |
| 16179504 | Single Family | 20351201 | 100000 | 20060101 |
| 16179288 | Single Family | 20360201 | 522000 | 20060301 |
| 16179911 | PUD | 20360301 | 391050 | 20060401 |
| 16179957 | Single Family | 20360301 | 153600 | 20060401 |
| 16180012 | Single Family | 20460301 | 400000 | 20060401 |
| 16180069 | Single Family | 20360301 | 790000 | 20060401 |
| 16180060 | Single Family | 20360201 | 280000 | 20060301 |
| 16180525 | Single Family | 20360201 | 203000 | 20060301 |
| 16179447 | PUD | 20360101 | 192000 | 20060201 |
| 16179973 | Single Family | 20460301 | 131000 | 20060401 |
| 16180134 | Single Family | 20460301 | 922500 | 20060401 |
| 16178908 | Single Family | 20351101 | 480000 | 20051201 |
| 16179657 | Single Family | 20360201 | 201900 | 20060301 |
| 16179788 | PUD | 20360301 | 355900 | 20060401 |
| 16180032 | PUD | 20360301 | 720000 | 20060401 |
| 16179110 | Condominium | 20360201 | 342000 | 20060301 |
| 16178674 | Single Family | 20360301 | 336000 | 20060401 |
| 16179901 | Single Family | 20460201 | 332800 | 20060301 |
| 16180608 | Single Family | 20360201 | 304000 | 20060301 |
| 16179457 | PUD | 20360101 | 268000 | 20060201 |
| 16179997 | PUD | 20360301 | 187200 | 20060401 |
| 16180049 | Condominium | 20360301 | 372000 | 20060401 |
| 16179104 | PUD | 20360101 | 150720 | 20060201 |
| 16180508 | Single Family | 20360201 | 275900 | 20060301 |
| 16179174 | Condominium | 20360101 | 410000 | 20060201 |
| 16179435 | Single Family | 20360101 | 124000 | 20060201 |
| 16178782 | Single Family | 20360301 | 316000 | 20060401 |
| 16180046 | Single Family | 20360201 | 522000 | 20060301 |
| 16179030 | Condominium | 20351201 | 319200 | 20060101 |
| 16179020 | Single Family | 20351201 | 416000 | 20060101 |
| 16178585 | PUD | 20360201 | 186750 | 20060301 |
| 16180098 | PUD | 20360201 | 803000 | 20060301 |
| 16178574 | PUD | 20360201 | 91000 | 20060301 |
| 16178289 | Single Family | 20360101 | 250001 | 20060201 |
| 16178254 | Single Family | 20360101 | 140400 | 20060201 |
| 16179853 | Single Family | 20360201 | 127450 | 20060301 |
| 16179902 | Single Family | 20360201 | 178400 | 20060301 |
| 16180609 | Single Family | 20360201 | 176000 | 20060301 |
| 16179458 | PUD | 20460101 | 713800 | 20060201 |
| 16179998 | Single Family | 20360301 | 103600 | 20060401 |
| 16179005 | PUD | 20351201 | 348000 | 20060101 |
| 16179400 | Condominium | 20360101 | 116000 | 20060201 |
| 16178932 | Single Family | 20351201 | 268000 | 20060101 |
| 16180081 | Condominium | 20360301 | 480000 | 20060401 |
| 16178582 | PUD | 20360201 | 234670 | 20060301 |
| 16179257 | 2-4 Family | 20360201 | 840000 | 20060301 |
| 16178615 | Single Family | 20360201 | 360000 | 20060301 |
| 16179126 | PUD | 20360201 | 990000 | 20060301 |
| 16179903 | PUD | 20360201 | 516000 | 20060301 |
| 16180610 | Single Family | 20360201 | 180000 | 20060301 |
| 16180160 | Single Family | 20360301 | 134000 | 20060401 |
| 16179459 | PUD | 20360101 | 347950 | 20060201 |
| 16179626 | PUD | 20360201 | 172800 | 20060301 |
| 16178443 | Single Family | 20360201 | 227950 | 20060301 |
| 16179357 | PUD | 20360101 | 180000 | 20060201 |
| 16179401 | Single Family | 20360101 | 124800 | 20060201 |
| 16179021 | Single Family | 20360101 | 360000 | 20060201 |
| 16178331 | Single Family | 20360101 | 253000 | 20060201 |
| 16179658 | Single Family | 20360201 | 313100 | 20060301 |
| 16180041 | Single Family | 20360301 | 217000 | 20060401 |
| 16179218 | PUD | 20360301 | 624000 | 20060401 |
| 16178465 | Single Family | 20360101 | 147400 | 20060301 |
| 16178665 | Condominium | 20360101 | 284000 | 20060201 |
| 16178255 | Condominium | 20360101 | 114400 | 20060201 |
| 16179854 | PUD | 20360301 | 339800 | 20060401 |
| 16179904 | PUD | 20460201 | 380000 | 20060301 |
| 16179945 | Single Family | 20360301 | 153600 | 20060401 |
| 16180611 | Single Family | 20360201 | 194000 | 20060301 |

Unassociated Document                                                                                    Page 256 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 257 of 279

| | | | | |
|---|---|---|---|---|
| 16179402 | Single Family | 20360101 | 316000 | 20060201 |
| 16179974 | PUD | 20360301 | 158450 | 20060401 |
| 16178957 | Single Family | 20351201 | 452000 | 20060101 |
| 16178480 | PUD | 20360201 | 560000 | 20060301 |
| 16179677 | Single Family | 20460201 | 212000 | 20060301 |
| 16180093 | Single Family | 20360201 | 275000 | 20060301 |
| 16178285 | 2-4 Family | 20360101 | 380000 | 20060201 |
| 16178346 | PUD | 20351201 | 414900 | 20060101 |
| 16179111 | Condominium | 20360201 | 125288 | 20060301 |
| 16179855 | PUD | 20360201 | 212000 | 20060301 |
| 16179905 | Single Family | 20360301 | 400000 | 20060401 |
| 16180168 | Single Family | 20360301 | 363750 | 20060401 |
| 16178703 | Single Family | 20360301 | 405000 | 20060401 |
| 16178695 | 2-4 Family | 20360201 | 292000 | 20060301 |
| 16178777 | PUD | 20360301 | 225200 | 20060401 |
| 16178235 | Single Family | 20351201 | 198400 | 20060101 |
| 16179994 | PUD | 20360301 | 290400 | 20060401 |
| 16179876 | Single Family | 20460201 | 544000 | 20060301 |
| 16180501 | Single Family | 20360201 | 151920 | 20060301 |
| 16180571 | Single Family | 20360201 | 144000 | 20060301 |
| 16179094 | Single Family | 20360201 | 224000 | 20060301 |
| 16178356 | Single Family | 20351201 | 127125 | 20060101 |
| 16180339 | Single Family | 20360201 | 306900 | 20060301 |
| 16180403 | Single Family | 20360201 | 712000 | 20060301 |
| 16179730 | Single Family | 20360201 | 315200 | 20060301 |
| 16179343 | PUD | 20360201 | 218320 | 20060301 |
| 16180086 | Single Family | 20360201 | 586000 | 20060301 |
| 16178673 | PUD | 20360301 | 110800 | 20060401 |
| 16178185 | PUD | 20351201 | 208200 | 20060101 |
| 16179995 | PUD | 20360301 | 276000 | 20060401 |
| 16180502 | Single Family | 20360201 | 231900 | 20060301 |
| 16180572 | Single Family | 20360201 | 127920 | 20060301 |
| 16180187 | Single Family | 20360301 | 320000 | 20060401 |
| 16179430 | Single Family | 20360101 | 192000 | 20060201 |
| 16180340 | Condominium | 20360201 | 132300 | 20060301 |
| 16180404 | 2-4 Family | 20360301 | 693000 | 20060401 |
| 16178810 | Single Family | 20360301 | 129600 | 20060401 |
| 16178973 | Single Family | 20351101 | 308000 | 20051201 |
| 16179050 | Single Family | 20360101 | 300000 | 20060201 |
| 16178433 | PUD | 20360201 | 276000 | 20060301 |
| 16178329 | PUD | 20360101 | 170000 | 20060201 |
| 16178308 | Condominium | 20360201 | 121500 | 20060301 |
| 16178236 | PUD | 20351001 | 232000 | 20051101 |
| 16180503 | Single Family | 20360201 | 215016 | 20060301 |
| 16179877 | PUD | 20460201 | 560950 | 20060301 |
| 16180573 | Single Family | 20360201 | 115200 | 20060301 |
| 16179078 | Single Family | 20360101 | 277500 | 20060201 |
| 16179095 | Single Family | 20360201 | 436000 | 20060301 |
| 16179431 | PUD | 20360101 | 416000 | 20060201 |
| 16180341 | Single Family | 20360201 | 348000 | 20060301 |
| 16180405 | 2-4 Family | 20360301 | 417000 | 20060401 |
| 16179832 | Single Family | 20360301 | 212000 | 20060401 |
| 16180113 | PUD | 20360201 | 1000000 | 20060301 |
| 16179971 | PUD | 20460201 | 248000 | 20060401 |
| 16178903 | Single Family | 20351201 | 604000 | 20060101 |
| 16179768 | PUD | 20360301 | 203200 | 20060401 |
| 16178788 | Single Family | 20360301 | 571200 | 20060401 |
| 16178902 | Single Family | 20351201 | 360000 | 20060101 |
| 16179237 | Single Family | 20360101 | 742500 | 20060201 |
| 16180604 | 2-4 Family | 20360201 | 172000 | 20060301 |
| 16179547 | Single Family | 20360201 | 172000 | 20060301 |
| 16179103 | Single Family | 20360201 | 378000 | 20060301 |
| 16180504 | Condominium | 20360201 | 202320 | 20060301 |
| 16180574 | Single Family | 20360201 | 200000 | 20060301 |
| 16179432 | Single Family | 20360101 | 120000 | 20060201 |
| 16180342 | Single Family | 20360201 | 521650 | 20060301 |
| 16179833 | Single Family | 20360201 | 396000 | 20060301 |
| 16178800 | Single Family | 20360301 | 228800 | 20060401 |
| 16179541 | Single Family | 20360201 | 112500 | 20060301 |
| 16178288 | PUD | 20360101 | 285000 | 20060201 |
| 16178464 | PUD | 20360201 | 144000 | 20060301 |
| 16178252 | Single Family | 20360101 | 150000 | 20060201 |
| 16178343 | Condominium | 20351201 | 116000 | 20060101 |
| 16178554 | Single Family | 20360201 | 163200 | 20060301 |
| 16180605 | Single Family | 20360201 | 50000 | 20060301 |
| 16179944 | Single Family | 20360301 | 404000 | 20060401 |
| 16178526 | Single Family | 20360201 | 238000 | 20060301 |
| 16178237 | PUD | 20360201 | 270400 | 20060301 |
| 16180505 | Condominium | 20360201 | 205000 | 20060301 |
| 16179878 | Single Family | 20360201 | 156000 | 20060301 |
| 16180575 | Single Family | 20360201 | 294300 | 20060301 |
| 16178474 | Single Family | 20360201 | 171120 | 20060301 |
| 16179433 | Single Family | 20460101 | 164000 | 20060201 |
| 16179780 | Single Family | 20460301 | 290000 | 20060401 |
| 16180343 | Single Family | 20360201 | 182400 | 20060301 |
| 16179834 | PUD | 20360301 | 238000 | 20060401 |
| 16178412 | Single Family | 20360201 | 408000 | 20060301 |
| 16178698 | Condominium | 20360301 | 268000 | 20060401 |
| 16178905 | Single Family | 20351201 | 600000 | 20060101 |
| 16180131 | Single Family | 20460301 | 236000 | 20060401 |
| 16180104 | PUD | 20360201 | 135000 | 20060301 |
| 16180031 | PUD | 20360201 | 720000 | 20060301 |
| 16178751 | PUD | 20360201 | 182000 | 20060301 |
| 16179256 | PUD | 20360201 | 884000 | 20060301 |
| 16178467 | Single Family | 20360201 | 292000 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16179222 | Condominium | 20350601 | 297500 | 20050701 |
| 16179900 | Single Family | 20360201 | 272000 | 20060301 |
| 16178749 | PUD | 20360301 | 268000 | 20060401 |
| 16180606 | Single Family | 20360201 | 324000 | 20060301 |
| 16178559 | PUD | 20360201 | 160000 | 20060301 |
| 16178553 | Condominium | 20350801 | 159800 | 20050901 |
| 16179199 | Condominium | 20360201 | 368000 | 20060301 |
| 16180506 | Single Family | 20360201 | 287200 | 20060301 |
| 16179767 | Single Family | 20360301 | 476000 | 20060401 |
| 16180344 | Condominium | 20360201 | 153600 | 20060301 |
| 16178442 | Single Family | 20360201 | 417000 | 20060301 |
| 16179972 | Single Family | 20460301 | 225600 | 20060401 |
| 16179769 | PUD | 20460301 | 316000 | 20060401 |
| 16178253 | Single Family | 20360101 | 648000 | 20060201 |
| 16179210 | Condominium | 20360201 | 257600 | 20060301 |
| 16180607 | Condominium | 20360201 | 153600 | 20060301 |
| 16179996 | PUD | 20360301 | 175000 | 20060401 |
| 16178492 | Single Family | 20360201 | 540000 | 20060301 |
| 16180507 | Condominium | 20360201 | 169600 | 20060301 |
| 16179879 | Single Family | 20360201 | 210400 | 20060301 |
| 16179079 | Single Family | 20360101 | 213500 | 20060201 |
| 16179434 | Single Family | 20360101 | 208000 | 20060201 |
| 16178720 | Single Family | 20360301 | 200520 | 20060401 |
| 16180043 | Single Family | 20460301 | 713200 | 20060401 |
| 16178871 | Single Family | 20360301 | 240000 | 20060401 |
| 16179281 | Single Family | 20360201 | 448000 | 20060301 |
| 16178233 | Condominium | 20360201 | 151900 | 20060301 |
| 16180567 | Single Family | 20360201 | 154400 | 20060301 |
| 16180335 | Single Family | 20360201 | 240000 | 20060301 |
| 16180399 | 2-4 Family | 20360201 | 272000 | 20060301 |
| 16180068 | 2-4 Family | 20360201 | 255000 | 20060301 |
| 16180467 | Condominium | 20360201 | 160720 | 20060301 |
| 16179086 | Single Family | 20360101 | 375200 | 20060201 |
| 16180305 | Condominium | 20360201 | 200000 | 20060301 |
| 16178411 | Condominium | 20360101 | 612000 | 20060201 |
| 16178400 | Single Family | 20360201 | 243737 | 20060301 |
| 16178452 | Single Family | 20360201 | 276000 | 20060301 |
| 16179615 | PUD | 20460301 | 195200 | 20060401 |
| 16178500 | Single Family | 20360201 | 453000 | 20060301 |
| 16179873 | Condominium | 20360301 | 143900 | 20060401 |
| 16180568 | Single Family | 20360201 | 237500 | 20060301 |
| 16180336 | Single Family | 20360201 | 214480 | 20060301 |
| 16180400 | Single Family | 20360201 | 190800 | 20060301 |
| 16180306 | Condominium | 20360201 | 91920 | 20060301 |
| 16179645 | Single Family | 20460301 | 213600 | 20060401 |
| 16180154 | Single Family | 20460301 | 484000 | 20060401 |
| 16179728 | PUD | 20360201 | 208000 | 20060301 |
| 16180021 | Single Family | 20360301 | 727500 | 20060401 |
| 16179616 | Single Family | 20360301 | 267200 | 20060401 |
| 16178234 | PUD | 20351001 | 317650 | 20051101 |
| 16180499 | Condominium | 20360201 | 136000 | 20060301 |
| 16179874 | Single Family | 20360201 | 244000 | 20060301 |
| 16180569 | Single Family | 20360201 | 384000 | 20060301 |
| 16180337 | Single Family | 20360201 | 171612 | 20060301 |
| 16180175 | PUD | 20360301 | 284800 | 20060401 |
| 16179479 | Single Family | 20360101 | 108000 | 20060201 |
| 16180401 | Single Family | 20360201 | 416000 | 20060301 |
| 16178994 | Condominium | 20351201 | 230400 | 20060101 |
| 16180468 | Single Family | 20360201 | 248000 | 20060301 |
| 16179729 | PUD | 20360201 | 181200 | 20060301 |
| 16178453 | PUD | 20360201 | 320800 | 20060301 |
| 16180096 | Single Family | 20360301 | 261000 | 20060401 |
| 16178677 | PUD | 20360201 | 212208 | 20060301 |
| 16178461 | PUD | 20360201 | 234176 | 20060301 |
| 16178182 | Single Family | 20360101 | 281250 | 20060201 |
| 16180078 | Single Family | 20360301 | 472000 | 20060401 |
| 16180500 | Single Family | 20360201 | 161000 | 20060301 |
| 16179875 | Single Family | 20360201 | 368000 | 20060301 |
| 16180570 | Single Family | 20360201 | 109600 | 20060301 |
| 16180338 | Single Family | 20360201 | 202800 | 20060301 |
| 16180402 | Single Family | 20360201 | 836000 | 20060301 |
| 16180469 | Condominium | 20360201 | 650000 | 20060301 |
| 16178653 | PUD | 20360301 | 650000 | 20060401 |
| 16179075 | Single Family | 20360101 | 320000 | 20060201 |
| 16179049 | Single Family | 20360101 | 599000 | 20060201 |
| 16180118 | Single Family | 20360301 | 560000 | 20060401 |
| 16179501 | PUD | 20351201 | 280000 | 20060101 |
| 16180229 | Single Family | 20360201 | 207000 | 20060301 |
| 16178362 | Single Family | 20351101 | 617888 | 20051201 |
| 16178744 | Single Family | 20360301 | 128000 | 20060401 |
| 16179376 | PUD | 20360101 | 192000 | 20060201 |
| 16179546 | Single Family | 20360201 | 144000 | 20060301 |
| 16180529 | Condominium | 20360201 | 919700 | 20060301 |
| 16180298 | Condominium | 20360201 | 312000 | 20060301 |
| 16180366 | Single Family | 20360201 | 189500 | 20060301 |
| 16178421 | Single Family | 20360101 | 316000 | 20060201 |
| 16179693 | 2-4 Family | 20360201 | 312000 | 20060301 |
| 16180123 | PUD | 20360301 | 162400 | 20060401 |
| 16180035 | PUD | 20360301 | 936650 | 20060301 |
| 16179776 | Single Family | 20360301 | 352000 | 20060401 |
| 16180230 | Single Family | 20360201 | 236800 | 20060301 |
| 16179502 | Single Family | 20360101 | 272000 | 20060201 |
| 16180063 | Condominium | 20360201 | 408000 | 20060301 |
| 16180180 | PUD | 20460301 | 458000 | 20060401 |
| 16179189 | PUD | 20360201 | 212000 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16180461 | Condominium | 20360201 | 164000 | 20060301 |
| 16180530 | Single Family | 20360201 | 176000 | 20060301 |
| 16180299 | Single Family | 20360201 | 312000 | 20060301 |
| 16180367 | Single Family | 20360201 | 432000 | 20060301 |
| 16178491 | Single Family | 20360201 | 609450 | 20060301 |
| 16178450 | Single Family | 20360201 | 280000 | 20060301 |
| 16178946 | Single Family | 20351201 | 292000 | 20060301 |
| 16178968 | Single Family | 20351201 | 192000 | 20060101 |
| 16179046 | Single Family | 20360101 | 208000 | 20060201 |
| 16178709 | 2-4 Family | 20360301 | 806500 | 20060401 |
| 16180112 | Single Family | 20360301 | 1000000 | 20060401 |
| 16179053 | Condominium | 20360101 | 201592 | 20060201 |
| 16179705 | Single Family | 20360201 | 107200 | 20060301 |
| 16178624 | Single Family | 20360201 | 156000 | 20060301 |
| 16180103 | Condominium | 20360301 | 348000 | 20060401 |
| 16180231 | Single Family | 20360201 | 168800 | 20060301 |
| 16179119 | Single Family | 20360301 | 584000 | 20060401 |
| 16180462 | Single Family | 20360201 | 204000 | 20060301 |
| 16180531 | Single Family | 20360201 | 308000 | 20060301 |
| 16180300 | Single Family | 20360201 | 639950 | 20060301 |
| 16180368 | Single Family | 20360201 | 71400 | 20060301 |
| 16179722 | Single Family | 20360201 | 216000 | 20060301 |
| 16178694 | 2-4 Family | 20360301 | 215000 | 20060401 |
| 16180050 | Single Family | 20460301 | 325000 | 20060401 |
| 16180149 | Condominium | 20360301 | 167500 | 20060401 |
| 16179279 | Single Family | 20360201 | 608000 | 20060301 |
| 16179296 | Single Family | 20360201 | 460000 | 20060301 |
| 16180072 | Condominium | 20360201 | 144000 | 20060301 |
| 16180232 | Single Family | 20360201 | 431560 | 20060301 |
| 16178886 | PUD | 20351001 | 336000 | 20051101 |
| 16179308 | Single Family | 20351001 | 400000 | 20051101 |
| 16179377 | PUD | 20360101 | 284000 | 20060201 |
| 16180463 | Single Family | 20360201 | 135760 | 20060301 |
| 16180532 | Single Family | 20360201 | 313000 | 20060301 |
| 16179147 | Single Family | 20360201 | 286900 | 20060301 |
| 16179084 | Single Family | 20360201 | 304000 | 20060301 |
| 16180301 | Single Family | 20360101 | 188700 | 20060301 |
| 16180369 | 2-4 Family | 20360201 | 325000 | 20060301 |
| 16179723 | Single Family | 20360201 | 264000 | 20060301 |
| 16178451 | Single Family | 20360201 | 434000 | 20060301 |
| 16179813 | PUD | 20360201 | 376000 | 20060301 |
| 16179027 | Single Family | 20351201 | 420000 | 20060101 |
| 16179706 | Single Family | 20360201 | 168000 | 20060301 |
| 16178326 | Single Family | 20360101 | 230000 | 20060201 |
| 16180089 | Single Family | 20360301 | 295000 | 20060401 |
| 16178388 | PUD | 20360101 | 405000 | 20060201 |
| 16178670 | Single Family | 20360301 | 139920 | 20060401 |
| 16179378 | PUD | 20360101 | 278400 | 20060201 |
| 16180464 | Single Family | 20360201 | 252000 | 20060301 |
| 16180533 | Single Family | 20360201 | 238000 | 20060301 |
| 16180302 | Single Family | 20360201 | 183920 | 20060301 |
| 16180370 | Single Family | 20360201 | 200000 | 20060301 |
| 16179724 | PUD | 20360201 | 200000 | 20060301 |
| 16179766 | PUD | 20360201 | 196000 | 20060301 |
| 16178702 | Single Family | 20360301 | 124000 | 20060401 |
| 16178947 | PUD | 20351201 | 602400 | 20060101 |
| 16179814 | Single Family | 20360201 | 1430000 | 20060301 |
| 16178422 | PUD | 20360101 | 280000 | 20060201 |
| 16180094 | Condominium | 20360301 | 500000 | 20060401 |
| 16180150 | Single Family | 20360301 | 464000 | 20060401 |
| 16179515 | PUD | 20360201 | 630952 | 20060301 |
| 16178740 | Single Family | 20360301 | 600000 | 20060401 |
| 16180398 | Condominium | 20360201 | 281600 | 20060301 |
| 16180465 | Single Family | 20360201 | 322500 | 20060301 |
| 16180534 | Single Family | 20360201 | 480000 | 20060301 |
| 16179085 | Single Family | 20360101 | 405500 | 20060201 |
| 16178972 | Single Family | 20351201 | 356000 | 20060101 |
| 16180303 | Single Family | 20360201 | 108122 | 20060301 |
| 16180158 | Single Family | 20360301 | 232000 | 20060401 |
| 16179159 | Single Family | 20360201 | 590000 | 20060301 |
| 16180371 | Single Family | 20360201 | 240000 | 20060301 |
| 16179063 | Single Family | 20360101 | 344000 | 20060201 |
| 16178987 | Single Family | 20351201 | 630400 | 20060101 |
| 16179725 | Single Family | 20460201 | 288000 | 20060301 |
| 16179595 | Single Family | 20460201 | 400500 | 20060301 |
| 16178797 | Single Family | 20360301 | 95000 | 20060401 |
| 16180135 | Single Family | 20460301 | 400000 | 20060401 |
| 16178606 | Single Family | 20360201 | 300000 | 20060301 |
| 16179342 | PUD | 20360101 | 220000 | 20060201 |
| 16178899 | Condominium | 20351201 | 225000 | 20060101 |
| 16180566 | Single Family | 20360201 | 396500 | 20060301 |
| 16180466 | Single Family | 20360201 | 236720 | 20060301 |
| 16178965 | Single Family | 20360101 | 600000 | 20060201 |
| 16180535 | Single Family | 20360201 | 224000 | 20060301 |
| 16180304 | Single Family | 20360201 | 183600 | 20060301 |
| 16178432 | PUD | 20360101 | 680000 | 20060201 |
| 16178988 | Condominium | 20351101 | 432000 | 20051201 |
| 16179726 | Single Family | 20460201 | 195000 | 20060301 |
| 16178881 | Single Family | 20360301 | 216750 | 20060401 |
| 16180055 | Single Family | 20360201 | 391200 | 20060301 |
| 16179962 | PUD | 20360301 | 183200 | 20060401 |
| 16178910 | Single Family | 20351101 | 208800 | 20051201 |
| 16178573 | Single Family | 20360201 | 252000 | 20060301 |
| 16179239 | Single Family | 20360101 | 800000 | 20060201 |
| 16179305 | PUD | 20350801 | 331550 | 20050901 |

| | | | | |
|---|---|---|---|---|
| 16178244 | Single Family | 20351201 | 256000 | 20060101 |
| 16178664 | Condominium | 20351201 | 117120 | 20060101 |
| 16178513 | PUD | 20360201 | 258600 | 20060301 |
| 16179841 | PUD | 20460201 | 157750 | 20060301 |
| 16179887 | Single Family | 20460201 | 212000 | 20060301 |
| 16180520 | Single Family | 20360201 | 332000 | 20060301 |
| 16180589 | Single Family | 20360201 | 349316 | 20060301 |
| 16179988 | Single Family | 20360301 | 238000 | 20060401 |
| 16180422 | Single Family | 20360201 | 695000 | 20060301 |
| 16180182 | Single Family | 20360401 | 710000 | 20060501 |
| 16179171 | Single Family | 20360201 | 252000 | 20060301 |
| 16178417 | Single Family | 20360101 | 191900 | 20060201 |
| 16178275 | Single Family | 20360201 | 308000 | 20060301 |
| 16178478 | PUD | 20360201 | 532000 | 20060301 |
| 16178190 | PUD | 20360101 | 349550 | 20060201 |
| 16180120 | Single Family | 20360301 | 230000 | 20060401 |
| 16180009 | Single Family | 20460301 | 304000 | 20060401 |
| 16179842 | Single Family | 20360201 | 100800 | 20060301 |
| 16179633 | Single Family | 20360201 | 200000 | 20060301 |
| 16180521 | Single Family | 20360201 | 272000 | 20060301 |
| 16180590 | Single Family | 20360201 | 280000 | 20060301 |
| 16179936 | Single Family | 20360301 | 176800 | 20060401 |
| 16179444 | Condominium | 20360101 | 216000 | 20060201 |
| 16180059 | Condominium | 20360201 | 400000 | 20060301 |
| 16180423 | Single Family | 20360201 | 450000 | 20060301 |
| 16179963 | Single Family | 20360301 | 744000 | 20060401 |
| 16179770 | 2-4 Family | 20360301 | 420000 | 20060401 |
| 16179954 | Single Family | 20460301 | 400000 | 20060401 |
| 16178245 | Single Family | 20351201 | 220000 | 20060101 |
| 16180522 | Single Family | 20360201 | 256000 | 20060301 |
| 16179634 | Single Family | 20360201 | 204000 | 20060301 |
| 16179122 | Single Family | 20360201 | 325000 | 20060301 |
| 16180591 | Condominium | 20360201 | 109600 | 20060301 |
| 16179782 | PUD | 20360301 | 411200 | 20060401 |
| 16180424 | Condominium | 20360201 | 364600 | 20060301 |
| 16178418 | PUD | 20360201 | 238750 | 20060301 |
| 16179964 | Single Family | 20360301 | 187200 | 20060401 |
| 16178911 | Single Family | 20351101 | 493000 | 20051201 |
| 16179667 | Single Family | 20360201 | 144000 | 20060301 |
| 16179240 | Single Family | 20360101 | 526500 | 20060201 |
| 16179955 | Single Family | 20460301 | 308000 | 20060401 |
| 16179844 | Single Family | 20360201 | 317950 | 20060301 |
| 16179635 | Single Family | 20360201 | 164700 | 20060301 |
| 16179889 | Single Family | 20360201 | 288000 | 20060301 |
| 16180523 | Single Family | 20360201 | 215000 | 20060301 |
| 16179197 | Single Family | 20360201 | 149000 | 20060301 |
| 16180592 | Single Family | 20360201 | 124000 | 20060301 |
| 16179937 | PUD | 20360301 | 203100 | 20060401 |
| 16178457 | Single Family | 20360201 | 190320 | 20060301 |
| 16179445 | Single Family | 20360101 | 650000 | 20060201 |
| 16178725 | PUD | 20360301 | 86152 | 20060401 |
| 16179069 | PUD | 20360101 | 428000 | 20060201 |
| 16178543 | PUD | 20360201 | 200000 | 20060301 |
| 16179668 | PUD | 20360201 | 280000 | 20060301 |
| 16180085 | Single Family | 20360301 | 536000 | 20060401 |
| 16179311 | Single Family | 20350901 | 194400 | 20051001 |
| 16178680 | Single Family | 20360201 | 120000 | 20060301 |
| 16179286 | 2-4 Family | 20360201 | 420000 | 20060301 |
| 16180010 | Single Family | 20460301 | 107100 | 20060401 |
| 16178246 | Single Family | 20360201 | 292000 | 20060301 |
| 16178844 | Condominium | 20360301 | 120000 | 20060401 |
| 16179793 | Townhouse | 20360301 | 129600 | 20060401 |
| 16179636 | Single Family | 20360201 | 225000 | 20060301 |
| 16180593 | Single Family | 20360201 | 195200 | 20060301 |
| 16178419 | Single Family | 20360101 | 244000 | 20060301 |
| 16179789 | PUD | 20360301 | 438800 | 20060401 |
| 16180136 | Single Family | 20360301 | 336000 | 20060401 |
| 16178333 | Single Family | 20360101 | 300000 | 20060201 |
| 16178176 | PUD | 20351201 | 365400 | 20060101 |
| 16179375 | PUD | 20360101 | 203200 | 20060201 |
| 16179550 | PUD | 20360201 | 632000 | 20060301 |
| 16180528 | Single Family | 20360201 | 195950 | 20060301 |
| 16180297 | Single Family | 20360201 | 214000 | 20060301 |
| 16179158 | PUD | 20360201 | 440000 | 20060301 |
| 16180365 | Single Family | 20360201 | 238400 | 20060301 |
| 16179038 | Single Family | 20360101 | 393600 | 20060201 |
| 16180267 | Condominium | 20360201 | 104400 | 20060301 |
| 16179591 | Condominium | 20360201 | 285000 | 20060301 |
| 16179026 | Single Family | 20360101 | 262500 | 20060201 |
| 16178312 | Single Family | 20360201 | 262500 | 20060301 |
| 16179568 | PUD | 20360201 | 180800 | 20060301 |
| 16178324 | PUD | 20360101 | 168000 | 20060201 |
| 16178711 | Single Family | 20360201 | 544000 | 20060301 |
| 16178630 | Single Family | 20360301 | 340000 | 20060401 |
| 16179522 | Single Family | 20360301 | 260400 | 20060401 |
| 16178631 | Single Family | 20360201 | 116900 | 20060301 |
| 16179523 | PUD | 20360201 | 371000 | 20060301 |
| 16178470 | Single Family | 20360201 | 140000 | 20060301 |
| 16180095 | Single Family | 20360301 | 480000 | 20060401 |
| 16179961 | Single Family | 20360301 | 157500 | 20060401 |
| 16179532 | PUD | 20360201 | 408000 | 20060301 |
| 16178393 | PUD | 20360201 | 417000 | 20060301 |
| 16180101 | Single Family | 20360201 | 1120000 | 20060301 |
| 16180087 | Condominium | 20360301 | 358500 | 20060401 |
| 16180100 | Condominium | 20360301 | 201500 | 20060401 |

| | | | | |
|---|---|---|---|---|
| 16178737 | Single Family | 20360301 | 132000 | 20060401 |
| 16178614 | 2-4 Family | 20360201 | 533850 | 20060301 |
| 16180519 | Single Family | 20360201 | 650000 | 20060301 |
| 16179886 | Single Family | 20360301 | 169600 | 20060401 |
| 16180588 | Single Family | 20360201 | 191920 | 20060301 |
| 16179934 | Single Family | 20360301 | 199200 | 20060401 |
| 16179987 | PUD | 20360301 | 180850 | 20060401 |
| 16180421 | Single Family | 20360201 | 122000 | 20060301 |
| 16178986 | Single Family | 20351201 | 484000 | 20060101 |
| 16180488 | 2-4 Family | 20360201 | 76000 | 20060301 |
| 16178995 | Single Family | 20351201 | 648000 | 20060101 |
| 16179420 | Single Family | 20460101 | 122600 | 20060201 |
| 16178287 | PUD | 20360101 | 255000 | 20060201 |
| 16178438 | PUD | 20360201 | 150000 | 20060301 |
| 16178752 | PUD | 20360301 | 244176 | 20060401 |
| 16178229 | Single Family | 20360201 | 464000 | 20060301 |
| 16180489 | Single Family | 20360201 | 476000 | 20060301 |
| 16179865 | Single Family | 20360201 | 281350 | 20060301 |
| 16180559 | Single Family | 20360201 | 328000 | 20060301 |
| 16180394 | Single Family | 20360201 | 424000 | 20060301 |
| 16180459 | Single Family | 20360201 | 960000 | 20060301 |
| 16178408 | Single Family | 20360101 | 294400 | 20060201 |
| 16179606 | PUD | 20460301 | 520000 | 20060401 |
| 16179625 | Single Family | 20360301 | 160000 | 20060401 |
| 16178982 | Single Family | 20351201 | 620000 | 20060101 |
| 16179720 | PUD | 20360201 | 464000 | 20060301 |
| 16180038 | Condominium | 20360301 | 99900 | 20060401 |
| 16180082 | Single Family | 20360301 | 404000 | 20060401 |
| 16178867 | Single Family | 20360301 | 424000 | 20060401 |
| 16179989 | Single Family | 20360301 | 144000 | 20060301 |
| 16179866 | Condominium | 20460201 | 169600 | 20060301 |
| 16180490 | Single Family | 20360201 | 146500 | 20060301 |
| 16180560 | Single Family | 20360201 | 131920 | 20060301 |
| 16179421 | PUD | 20460101 | 376000 | 20060201 |
| 16180329 | Single Family | 20360201 | 180880 | 20060301 |
| 16180395 | Single Family | 20360201 | 415430 | 20060301 |
| 16180460 | Single Family | 20360201 | 180000 | 20060301 |
| 16178807 | Single Family | 20360301 | 330000 | 20060401 |
| 16179167 | Single Family | 20351101 | 270500 | 20051201 |
| 16180164 | Single Family | 20460301 | 544000 | 20060401 |
| 16180056 | Condominium | 20360201 | 479500 | 20060301 |
| 16179827 | Single Family | 20360201 | 260000 | 20060301 |
| 16178430 | Single Family | 20360201 | 391200 | 20060301 |
| 16178530 | PUD | 20360201 | 331530 | 20060301 |
| 16178776 | Single Family | 20360301 | 152000 | 20060401 |
| 16179534 | PUD | 20360201 | 144700 | 20060301 |
| 16179517 | PUD | 20360101 | 304000 | 20060201 |
| 16178230 | Single Family | 20360201 | 650000 | 20060301 |
| 16179990 | PUD | 20360301 | 94000 | 20060401 |
| 16179867 | Condominium | 20460201 | 102000 | 20060301 |
| 16180491 | 2-4 Family | 20360201 | 676000 | 20060301 |
| 16180561 | Single Family | 20360201 | 417000 | 20060301 |
| 16178977 | Single Family | 20360101 | 328000 | 20060201 |
| 16180330 | Single Family | 20360201 | 247200 | 20060301 |
| 16180396 | Single Family | 20360201 | 348900 | 20060301 |
| 16178409 | Single Family | 20360201 | 248000 | 20060301 |
| 16179721 | Single Family | 20360201 | 213600 | 20060301 |
| 16179312 | Single Family | 20451201 | 125000 | 20060101 |
| 16179535 | Single Family | 20360101 | 127900 | 20060201 |
| 16179304 | Single Family | 20360201 | 335000 | 20060301 |
| 16178577 | Single Family | 20360201 | 120000 | 20060301 |
| 16178671 | Single Family | 20360301 | 343960 | 20060401 |
| 16178746 | 2-4 Family | 20360301 | 247000 | 20060401 |
| 16178507 | Single Family | 20360301 | 132720 | 20060301 |
| 16178558 | PUD | 20360201 | 316000 | 20060301 |
| 16180425 | Single Family | 20360201 | 164000 | 20060301 |
| 16180492 | Single Family | 20360201 | 235720 | 20060301 |
| 16180562 | Single Family | 20360201 | 60000 | 20060301 |
| 16179002 | Single Family | 20360101 | 528000 | 20060201 |
| 16180331 | Single Family | 20360201 | 214400 | 20060301 |
| 16178439 | Single Family | 20360201 | 287960 | 20060301 |
| 16179058 | Single Family | 20360101 | 404000 | 20060201 |
| 16178431 | Single Family | 20360201 | 316000 | 20060301 |
| 16180167 | Single Family | 20360101 | 140000 | 20060401 |
| 16179536 | PUD | 20360101 | 617100 | 20060201 |
| 16179332 | Single Family | 20460201 | 528000 | 20060301 |
| 16180071 | Single Family | 20360201 | 210000 | 20060301 |
| 16179938 | PUD | 20360301 | 320000 | 20060401 |
| 16178231 | PUD | 20360201 | 443000 | 20060301 |
| 16180426 | Single Family | 20360201 | 720000 | 20060301 |
| 16179868 | Single Family | 20360201 | 180000 | 20060301 |
| 16180493 | Condominium | 20360201 | 112000 | 20060301 |
| 16180563 | Condominium | 20360201 | 204000 | 20060301 |
| 16178978 | Single Family | 20351201 | 452000 | 20060101 |
| 16179647 | Single Family | 20360301 | 100000 | 20060401 |
| 16180332 | Single Family | 20360201 | 104000 | 20060301 |
| 16180397 | Single Family | 20360201 | 544000 | 20060301 |
| 16179743 | Single Family | 20360201 | 262400 | 20060301 |
| 16180142 | Single Family | 20360301 | 336000 | 20060401 |
| 16179965 | Single Family | 20360301 | 292000 | 20060401 |
| 16179537 | PUD | 20360201 | 232500 | 20060301 |
| 16178672 | Single Family | 20360301 | 239900 | 20060401 |
| 16180189 | Single Family | 20360301 | 240900 | 20060401 |
| 16179939 | Single Family | 20360201 | 256000 | 20060301 |
| 16180594 | Single Family | 20360201 | 379600 | 20060301 |

| | | | | |
|---|---|---|---|---|
| 16179991 | Single Family | 20360301 | 362850 | 20060401 |
| 16180427 | Single Family | 20360201 | 184000 | 20060301 |
| 16179869 | Condominium | 20360201 | 252000 | 20060301 |
| 16180494 | Single Family | 20360201 | 378750 | 20060301 |
| 16180564 | 2-4 Family | 20360201 | 92000 | 20060301 |
| 16179003 | Condominium | 20351201 | 500000 | 20060101 |
| 16179093 | Single Family | 20360101 | 356000 | 20060201 |
| 16180333 | Single Family | 20360201 | 268000 | 20060301 |
| 16178993 | Single Family | 20351201 | 367900 | 20060101 |
| 16179798 | Single Family | 20360301 | 425000 | 20060401 |
| 16179538 | PUD | 20360101 | 150700 | 20060201 |
| 16179338 | Single Family | 20360201 | 261600 | 20060301 |
| 16178276 | Single Family | 20360101 | 704000 | 20060201 |
| 16178542 | Single Family | 20360201 | 270000 | 20060301 |
| 16178247 | Single Family | 20360101 | 252000 | 20060201 |
| 16180595 | Single Family | 20360201 | 176800 | 20060301 |
| 16178232 | PUD | 20351101 | 435000 | 20051201 |
| 16180428 | Single Family | 20360201 | 217600 | 20060301 |
| 16179870 | PUD | 20360201 | 232000 | 20060301 |
| 16180495 | Single Family | 20360201 | 720000 | 20060301 |
| 16180565 | Single Family | 20360201 | 308000 | 20060301 |
| 16179172 | Single Family | 20360201 | 172500 | 20060301 |
| 16179425 | Single Family | 20360101 | 610000 | 20060201 |
| 16178410 | PUD | 20360201 | 170400 | 20060301 |
| 16178929 | Single Family | 20351101 | 270000 | 20051201 |
| 16178747 | Single Family | 20360201 | 205200 | 20060401 |
| 16179940 | Condominium | 20360301 | 121500 | 20060401 |
| 16180596 | Single Family | 20360201 | 295200 | 20060301 |
| 16179992 | PUD | 20360301 | 202400 | 20060401 |
| 16180429 | Single Family | 20360201 | 69600 | 20060301 |
| 16179871 | Condominium | 20360301 | 144000 | 20060401 |
| 16180496 | Single Family | 20360201 | 680000 | 20060301 |
| 16180173 | Single Family | 20360301 | 620000 | 20060401 |
| 16179426 | Single Family | 20360101 | 332000 | 20060201 |
| 16180334 | Single Family | 20360201 | 193600 | 20060301 |
| 16178440 | Single Family | 20360201 | 236005 | 20060301 |
| 16179745 | Single Family | 20360201 | 126400 | 20060301 |
| 16178808 | Single Family | 20360301 | 142400 | 20060401 |
| 16179966 | Single Family | 20360301 | 252500 | 20060401 |
| 16179028 | Single Family | 20351201 | 599992 | 20060101 |
| 16179930 | Single Family | 20351101 | 160000 | 20051201 |
| 16178344 | Single Family | 20360101 | 349000 | 20060201 |
| 16178248 | PUD | 20351001 | 276000 | 20051101 |
| 16179893 | PUD | 20360201 | 593600 | 20060301 |
| 16179941 | PUD | 20360301 | 459000 | 20060401 |
| 16180597 | Single Family | 20360201 | 155000 | 20060301 |
| 16179181 | Single Family | 20360201 | 40000 | 20060301 |
| 16180430 | Single Family | 20360201 | 300000 | 20060301 |
| 16179186 | Single Family | 20360101 | 364000 | 20060201 |
| 16179872 | Single Family | 20360301 | 236000 | 20060401 |
| 16180497 | Single Family | 20360201 | 196000 | 20060301 |
| 16178861 | Condominium | 20360301 | 213858 | 20060401 |
| 16179004 | Condominium | 20351201 | 236000 | 20060101 |
| 16179427 | Single Family | 20360101 | 190400 | 20060201 |
| 16178731 | PUD | 20360301 | 90952 | 20060401 |
| 16180145 | Single Family | 20460301 | 325000 | 20060401 |
| 16179967 | Single Family | 20360301 | 156000 | 20060401 |
| 16179539 | Single Family | 20360201 | 172000 | 20060301 |
| 16178539 | Single Family | 20360201 | 44250 | 20060301 |
| 16180121 | Single Family | 20360301 | 438400 | 20060401 |
| 16178345 | Condominium | 20351201 | 183200 | 20060101 |
| 16178217 | Single Family | 20360101 | 419500 | 20060201 |
| 16178738 | Single Family | 20360301 | 96000 | 20060401 |
| 16178498 | Single Family | 20360201 | 144000 | 20060301 |
| 16180015 | Single Family | 20360301 | 508000 | 20060401 |
| 16178609 | Single Family | 20360201 | 243920 | 20060301 |
| 16179894 | PUD | 20360201 | 242650 | 20060301 |
| 16180002 | Single Family | 20360301 | 108000 | 20060401 |
| 16179187 | Single Family | 20360201 | 400000 | 20060301 |
| 16178501 | PUD | 20360201 | 184000 | 20060301 |
| 16180513 | 2-4 Family | 20360201 | 376000 | 20060301 |
| 16179882 | Single Family | 20460201 | 125600 | 20060301 |
| 16179440 | PUD | 20360101 | 224000 | 20060201 |
| 16178445 | Single Family | 20360101 | 312000 | 20060201 |
| 16178316 | PUD | 20351201 | 264000 | 20060101 |
| 16180064 | Single Family | 20360301 | 310000 | 20060401 |
| 16179543 | PUD | 20360201 | 256000 | 20060301 |
| 16178907 | PUD | 20351201 | 544000 | 20060101 |
| 16178347 | PUD | 20360101 | 202750 | 20060201 |
| 16179649 | PUD | 20360301 | 223500 | 20060401 |
| 16178257 | 2-4 Family | 20360201 | 136500 | 20060301 |
| 16179200 | PUD | 20360201 | 148000 | 20060301 |
| 16180615 | Single Family | 20360201 | 232000 | 20060301 |
| 16180003 | Single Family | 20460301 | 191200 | 20060401 |
| 16178242 | PUD | 20360201 | 400000 | 20060301 |
| 16178321 | PUD | 20360201 | 160000 | 20060301 |
| 16178998 | Single Family | 20351201 | 628000 | 20060101 |
| 16180514 | Single Family | 20360201 | 674908 | 20060301 |
| 16179629 | Single Family | 20360201 | 189000 | 20060301 |
| 16180583 | Single Family | 20360201 | 20360 | 20060301 |
| 16179441 | Single Family | 20360101 | 212000 | 20060201 |
| 16179340 | Single Family | 20360201 | 260000 | 20060301 |
| 16178274 | Single Family | 20360201 | 635000 | 20060301 |
| 16178538 | Single Family | 20360201 | 240000 | 20060301 |
| 16179612 | Single Family | 20360301 | 96300 | 20060401 |

| | | | | |
|---|---|---|---|---|
| 16179651 | Single Family | 20460301 | 385000 | 20060401 |
| 16178904 | PUD | 20351201 | 296000 | 20060101 |
| 16178579 | PUD | 20360201 | 161600 | 20060301 |
| 16180090 | 2-4 Family | 20360201 | 629300 | 20060301 |
| 16178616 | Condominium | 20360201 | 150360 | 20060301 |
| 16179907 | PUD | 20360301 | 472000 | 20060401 |
| 16180616 | Single Family | 20360201 | 194400 | 20060301 |
| 16179949 | Single Family | 20360301 | 204000 | 20060401 |
| 16179188 | Single Family | 20360201 | 88000 | 20060301 |
| 16180515 | Single Family | 20360201 | 406350 | 20060301 |
| 16179080 | Condominium | 20360101 | 191200 | 20060201 |
| 16178446 | PUD | 20360101 | 172000 | 20060201 |
| 16179800 | Condominium | 20360301 | 243200 | 20060401 |
| 16178839 | Single Family | 20360301 | 511200 | 20060401 |
| 16179661 | Single Family | 20360201 | 272000 | 20060301 |
| 16178348 | PUD | 20360101 | 745000 | 20060201 |
| 16178330 | Single Family | 20360101 | 162500 | 20060201 |
| 16178258 | Single Family | 20360201 | 150000 | 20060301 |
| 16180097 | Single Family | 20360301 | 560000 | 20060401 |
| 16179908 | Condominium | 20360301 | 291200 | 20060401 |
| 16179238 | Single Family | 20360101 | 496000 | 20060201 |
| 16180617 | Single Family | 20360201 | 173600 | 20060301 |
| 16179192 | PUD | 20360201 | 346950 | 20060301 |
| 16180516 | Single Family | 20360201 | 266500 | 20060301 |
| 16180148 | PUD | 20360301 | 716000 | 20060401 |
| 16178732 | PUD | 20360301 | 87750 | 20060401 |
| 16179662 | Single Family | 20360201 | 136000 | 20060301 |
| 16178187 | PUD | 20360101 | 82400 | 20060201 |
| 16178268 | Single Family | 20351201 | 646000 | 20060101 |
| 16178188 | PUD | 20351201 | 135200 | 20060101 |
| 16179791 | PUD | 20360401 | 304000 | 20060501 |
| 16179795 | PUD | 20460401 | 586320 | 20060501 |
| 16179797 | Single Family | 20360401 | 411200 | 20060501 |
| 16179959 | Single Family | 20460401 | 528000 | 20060501 |
| 16179799 | Single Family | 20360401 | 288000 | 20060501 |
| 16178350 | Single Family | 20360101 | 384000 | 20060201 |
| 16178351 | 2-4 Family | 20360101 | 828000 | 20060201 |
| 16178270 | PUD | 20360101 | 470400 | 20060201 |
| 16178514 | Single Family | 20360201 | 236800 | 20060301 |
| 16178352 | PUD | 20360101 | 264000 | 20060201 |
| 16178271 | Single Family | 20351201 | 394320 | 20060101 |
| 16178272 | Single Family | 20351201 | 356000 | 20060101 |
| 16179325 | 2-4 Family | 20360201 | 144000 | 20060301 |
| 16179406 | Single Family | 20460201 | 534400 | 20060301 |
| 16178515 | Single Family | 20360201 | 208000 | 20060301 |
| 16179326 | 2-4 Family | 20360201 | 288000 | 20060301 |
| 16178516 | PUD | 20360201 | 135200 | 20060301 |
| 16178273 | Single Family | 20360101 | 164800 | 20060201 |
| 16178193 | Single Family | 20351201 | 180000 | 20060101 |
| 16179409 | Single Family | 20360201 | 237600 | 20060301 |
| 16178194 | Condominium | 20360101 | 175920 | 20060201 |
| 16178195 | PUD | 20351201 | 129150 | 20060101 |
| 16178196 | Single Family | 20360101 | 105600 | 20060201 |
| 16178277 | PUD | 20360201 | 428500 | 20060301 |
| 16178358 | Single Family | 20360201 | 144000 | 20060301 |
| 16178197 | Single Family | 20360101 | 129000 | 20060201 |
| 16178278 | Single Family | 20360101 | 164700 | 20060201 |
| 16178198 | PUD | 20351201 | 259204 | 20060101 |
| 16178279 | Condominium | 20360101 | 261600 | 20060201 |
| 16178199 | 2-4 Family | 20360101 | 172000 | 20060201 |
| 16180004 | PUD | 20360301 | 113500 | 20060401 |
| 16178520 | Single Family | 20360201 | 559200 | 20060301 |
| 16178603 | PUD | 20360201 | 142000 | 20060301 |
| 16178360 | Single Family | 20360201 | 179600 | 20060301 |
| 16178604 | Single Family | 20360201 | 145700 | 20060301 |
| 16178607 | Single Family | 20360201 | 102000 | 20060301 |
| 16179336 | PUD | 20460401 | 163200 | 20060501 |
| 16178283 | PUD | 20360101 | 236000 | 20060201 |
| 16178284 | PUD | 20360101 | 200000 | 20060201 |
| 16179337 | PUD | 20460401 | 163200 | 20060501 |
| 16178527 | Single Family | 20360201 | 244000 | 20060301 |
| 16178529 | Single Family | 20360201 | 650000 | 20060301 |
| 16179892 | PUD | 20460201 | 135500 | 20060301 |
| 16180019 | Single Family | 20460401 | 209200 | 20060501 |
| 16178612 | Single Family | 20360301 | 56000 | 20060401 |
| 16178370 | Single Family | 20351101 | 573000 | 20051201 |
| 16178533 | PUD | 20360201 | 493500 | 20060301 |
| 16178534 | Single Family | 20360201 | 440000 | 20060301 |
| 16178535 | Single Family | 20360201 | 187360 | 20060301 |
| 16178536 | PUD | 20360201 | 142400 | 20060301 |
| 16178537 | Single Family | 20360201 | 247200 | 20060301 |
| 16178456 | Single Family | 20360201 | 468000 | 20060301 |
| 16178294 | Single Family | 20360101 | 116250 | 20060201 |
| 16178618 | Single Family | 20360201 | 171500 | 20060301 |
| 16178296 | PUD | 20360201 | 335000 | 20060301 |
| 16178459 | Single Family | 20360201 | 100000 | 20060301 |
| 16178298 | Condominium | 20360101 | 152010 | 20060201 |
| 16178379 | PUD | 20360101 | 565100 | 20060201 |
| 16180020 | Condominium | 20360301 | 308000 | 20060501 |
| 16178701 | Single Family | 20360301 | 372000 | 20060401 |
| 16178540 | PUD | 20360201 | 171200 | 20060301 |
| 16179350 | Single Family | 20460301 | 320800 | 20060401 |
| 16178460 | Condominium | 20360201 | 131920 | 20060301 |
| 16178623 | Single Family | 20360201 | 89910 | 20060301 |
| 16178705 | Single Family | 20360301 | 180000 | 20060401 |

| 16178463 | Single Family | 20360201 | 79900  | 20060301 |
| 16178382 | Single Family | 20360101 | 307200 | 20060201 |
| 16178544 | Single Family | 20360201 | 195500 | 20060301 |
| 16178707 | PUD           | 20360301 | 470000 | 20060401 |
| 16179518 | PUD           | 20460201 | 256500 | 20060301 |
| 16178627 | Single Family | 20360201 | 97600  | 20060301 |
| 16178385 | Condominium   | 20360101 | 438300 | 20060201 |
| 16178628 | PUD           | 20360301 | 150400 | 20060401 |
| 16178466 | Single Family | 20360201 | 220000 | 20060301 |
| 16178469 | Single Family | 20360201 | 120300 | 20060301 |
| 16178389 | Condominium   | 20360101 | 288000 | 20060201 |
| 16178710 | Single Family | 20360301 | 164900 | 20060401 |
| 16180393 | Single Family | 20360201 | 80000  | 20060301 |
| 16178964 | Single Family | 20351201 | 496000 | 20060101 |
| 16179000 | Single Family | 20351201 | 209600 | 20060101 |
| 16179083 | Condominium   | 20360201 | 128000 | 20060301 |
| 16180296 | Single Family | 20360201 | 183750 | 20060301 |
| 16179605 | Single Family | 20360301 | 316000 | 20060401 |
| 16179157 | Condominium   | 20360201 | 306000 | 20060301 |
| 16179719 | Single Family | 20360201 | 239900 | 20060301 |
| 16180042 | Single Family | 20360201 | 392000 | 20060301 |
| 16178532 | Single Family | 20360201 | 532000 | 20060301 |
| 16178521 | PUD           | 20360101 | 165084 | 20060201 |
| 16179486 | PUD           | 20360101 | 363163 | 20060201 |
| 16178896 | Single Family | 20351001 | 436000 | 20051101 |
| 99999001 | Single Family | 20360201 | 84000  | 20060301 |
| 99999004 | Single Family | 20360201 | 109600 | 20060301 |
| 99999005 | Single Family | 20360201 | 361600 | 20060301 |
| 99999007 | Condominium   | 20360201 | 221000 | 20060301 |
| 99999010 | Single Family | 20351101 | 188000 | 20051201 |
| 15980136 | PUD           | 20360201 | 229400 | 20060201 |
| 99999200 | Single Family | 20360201 | 761600 | 20060301 |
| 99999201 | 2-4 Family    | 20360101 | 448200 | 20060201 |
| 99999202 | Single Family | 20360201 | 288000 | 20060301 |

| LOAN_SEQ | LOAN_TO_ VALUE | MI | MERS_ID1 | MARGIN |
|---|---|---|---|---|
| 16180262 | 80          | No MI | | 2.25  |
| 122405144 | 74.15000153 | No MI | | 2.9   |
| 16178479 | 80          | No MI | | 2.25  |
| 16179674 | 80          | No MI | | 3.075 |
| 16180224 | 80          | No MI | | 2.25  |
| 16179289 | 80          | No MI | | 3.525 |
| 16179228 | 75          | No MI | | 2.9   |
| 16178371 | 73.87999725 | No MI | | 2.25  |
| 16179245 | 70.84999847 | No MI | | 3.4   |
| 16179852 | 80          | No MI | | 3.45  |
| 16180263 | 74.26000214 | No MI | | 2.25  |
| 16179810 | 78.26999664 | No MI | | 3.075 |
| 16178940 | 75          | No MI | | 3.8   |
| 16180106 | 80          | No MI | | 3.525 |
| 16180161 | 80          | No MI | | 4.15  |
| 16180225 | 80          | No MI | | 2.25  |
| 16179773 | 80          | No MI | | 3.5   |
| 16178566 | 68.41999817 | No MI | | 2.25  |
| 16179511 | 80          | No MI | | 3.325 |
| 16179290 | 75          | No MI | | 2.9   |
| 16179920 | 80          | No MI | | 3.45  |
| 16179019 | 80          | No MI | | 3.875 |
| 16180362 | 70          | No MI | | 2.25  |
| 16180264 | 44.36000061 | No MI | | 2.25  |
| 16179811 | 65          | No MI | | 3.075 |
| 16178420 | 80          | No MI | | 2.25  |
| 16179566 | 80          | No MI | | 3.45  |
| 16179675 | 80          | No MI | | 3.45  |
| 16180122 | 74.55000305 | No MI | | 3.65  |
| 16178735 | 80          | No MI | | 2.25  |
| 16180226 | 80          | No MI | | 2.25  |
| 16179512 | 35.22000122 | No MI | | 3.325 |
| 16179214 | 77.77999878 | No MI | | 3.7   |
| 16179133 | 80          | No MI | | 2.9   |
| 16179373 | 80          | No MI | | 3.45  |
| 16180363 | 80          | No MI | | 2.25  |
| 16180265 | 80          | No MI | | 2.25  |
| 16179703 | 72.29000092 | No MI | | 3.45  |
| 16179567 | 80          | No MI | | 3.45  |
| 16178332 | 64.48000336 | No MI | | 2.25  |
| 16178522 | 80          | No MI | | 2.25  |
| 16179482 | 80          | No MI | | 3.125 |
| 16179118 | 79.98999786 | No MI | | 3.525 |
| 16179134 | 80          | No MI | | 3.15  |
| 16179772 | 80          | No MI | | 4     |
| 16179374 | 60.22999954 | No MI | | 3.45  |
| 16180364 | 80          | No MI | | 2.25  |
| 16178546 | 80          | No MI | | 2.25  |
| 16178967 | 80          | No MI | | 3.05  |
| 16180266 | 72.97000122 | No MI | | 2.25  |
| 16179812 | 74.06999969 | No MI | | 2.725 |
| 16179704 | 80          | No MI | | 3.45  |
| 16179034 | 77.41999817 | No MI | | 3.7   |
| 16179692 | 79.98999786 | No MI | | 3.45  |
| 16180137 | 80          | No MI | | 2.85  |

| | | | |
|---|---|---|---|
| 16178328 | 80 | No MI | 2.25 |
| 16179278 | 75 | No MI | 3.275 |
| 16180228 | 32.75 | No MI | 2.25 |
| 16178855 | 80 | No MI | 2.25 |
| 16180185 | 75 | No MI | 2.725 |
| 16179922 | 76 | No MI | 3.2 |
| 16179942 | 79.98999786 | No MI | 3.45 |
| 16180598 | 80 | No MI | 2.25 |
| 16179008 | 80 | No MI | 3.7 |
| 16179013 | 80 | No MI | 3.5 |
| 16179203 | 69.05000305 | No MI | 3.925 |
| 16179449 | 80 | No MI | 3.45 |
| 16180431 | 80 | No MI | 2.25 |
| 16178813 | 90 | PMI | 2.25 |
| 16179102 | 90 | United Guaranty | 3.525 |
| 16179328 | 80 | No MI | 3.325 |
| 16178996 | 80 | No MI | 4.4 |
| 16179428 | 80 | No MI | 2.95 |
| 16178441 | 17.34000015 | No MI | 2.25 |
| 16179747 | 90 | Mortgage Guaranty In | 3.45 |
| 16178706 | 80 | No MI | 2.25 |
| 16179393 | 79.98999786 | No MI | 3.45 |
| 16178681 | 80 | No MI | 2.25 |
| 16178669 | 80 | No MI | 2.25 |
| 16178528 | 80 | No MI | 3.25 |
| 16179255 | 75 | No MI | 3.4 |
| 16178249 | 79.98999786 | No MI | 2.25 |
| 16180076 | 75 | No MI | 3.525 |
| 16178600 | 80 | No MI | 2.25 |
| 16179895 | 80 | No MI | 3.45 |
| 16180599 | 76.66000366 | No MI | 2.25 |
| 16179993 | 80 | No MI | 3.45 |
| 16180432 | 80 | No MI | 2.25 |
| 16179173 | 77.65000153 | No MI | 3.925 |
| 16179429 | 80 | No MI | 3.45 |
| 16180129 | 80 | No MI | 2.875 |
| 16179748 | 80 | No MI | 3.325 |
| 16179968 | 80 | No MI | 3.45 |
| 16179029 | 80 | No MI | 4.35 |
| 16178912 | 79.41999817 | No MI | 4 |
| 16178931 | 80 | No MI | 4.4 |
| 16178335 | 80 | No MI | 2.25 |
| 16179650 | 80 | No MI | 3.5 |
| 16178310 | 75 | No MI | 2.25 |
| 16178218 | 40.75 | No MI | 2.25 |
| 16179205 | 90 | PMI | 3.525 |
| 16178739 | 80 | No MI | 2.25 |
| 16180016 | 80 | No MI | 3.45 |
| 16178266 | 79.29000092 | No MI | 2.25 |
| 16179847 | 80 | No MI | 3.45 |
| 16179896 | 56.47000122 | No MI | 3.4 |
| 16179123 | 80 | No MI | 3.525 |
| 16180600 | 80 | No MI | 2.25 |
| 16179204 | 70 | No MI | 3.925 |
| 16179450 | 80 | No MI | 3.325 |
| 16178997 | 80 | No MI | 4 |
| 16178781 | 77.37999725 | No MI | 2.25 |
| 16179969 | 80 | No MI | 3.45 |
| 16178953 | 77.58999634 | No MI | 4 |
| 16178309 | 95 | PMI | 2.25 |
| 16179242 | 80 | No MI | 3.7 |
| 16178250 | 76.91999817 | No MI | 2.25 |
| 16180017 | 80 | No MI | 3.45 |
| 16180601 | 80 | No MI | 2.25 |
| 16179014 | 80 | No MI | 3 |
| 16180433 | 80 | No MI | 2.25 |
| 16178805 | 79.98000336 | No MI | 2.25 |
| 16179355 | 80 | No MI | 3.45 |
| 16179042 | 70 | No MI | 3.25 |
| 16180091 | 80 | No MI | 3.95 |
| 16178590 | 80 | No MI | 2.25 |
| 16178219 | 80 | No MI | 2.25 |
| 16178264 | 89.98999786 | Mortgage Guaranty In | 2.25 |
| 16179897 | 80 | No MI | 3.325 |
| 16179125 | 80 | No MI | 3.15 |
| 16179193 | 79.55000305 | No MI | 3.15 |
| 16180602 | 80 | No MI | 2.25 |
| 16179198 | 80 | No MI | 3.525 |
| 16179451 | 79.98999786 | No MI | 3.45 |
| 16178726 | 80 | No MI | 2.25 |
| 16180048 | 80 | No MI | 3.15 |
| 16180170 | 48.84000015 | No MI | 2.725 |
| 16179970 | 80 | No MI | 3.2 |
| 16179022 | 80 | No MI | 3.5 |
| 16178295 | 80 | No MI | 2.25 |
| 16178575 | 80 | No MI | 2.25 |
| 16178666 | 75.87000275 | PMI | 3.5 |
| 16180116 | 80 | No MI | 3.4 |
| 16178601 | 80 | No MI | 2.25 |
| 16178251 | 80 | No MI | 2.25 |
| 16179783 | 78 | No MI | 3.5 |
| 16179849 | 75.79000092 | No MI | 3.2 |
| 16179898 | 80 | No MI | 3.075 |
| 16179194 | 74.47000122 | No MI | 3.525 |
| 16180603 | 80 | No MI | 2.25 |

| | | | |
|---|---|---|---|
| 16179452 | 75 | No MI | 3.525 |
| 16180627 | 80 | No MI | 2.25 |
| 16179396 | 80 | No MI | 3.2 |
| 16178936 | 80 | No MI | 3.1 |
| 16178954 | 80 | No MI | 4 |
| 16178913 | 70 | No MI | 3.1 |
| 16179672 | 70 | No MI | 3.45 |
| 16180110 | 80 | No MI | 3.325 |
| 16178291 | 80 | No MI | 3.5 |
| 16179264 | 75 | No MI | 3.025 |
| 16178220 | 80 | No MI | 2.25 |
| 16178018 | 90 | Mortgage Guaranty In | 3.45 |
| 16179784 | 80 | No MI | 3.5 |
| 16179108 | 90 | GE Capital MI | 3.4 |
| 16179453 | 65 | No MI | 3.45 |
| 16180259 | 80 | No MI | 2.25 |
| 16179673 | 75 | No MI | 3.45 |
| 16178689 | 80 | No MI | 2.25 |
| 16178822 | 80 | No MI | 2.25 |
| 16179265 | 73.58000183 | No MI | 3.525 |
| 16179217 | 75.72000122 | No MI | 3.025 |
| 16179243 | 57.70000076 | No MI | 3.7 |
| 16179201 | 70 | No MI | 3.4 |
| 16179850 | 80 | No MI | 3.45 |
| 16179899 | 80 | No MI | 3.45 |
| 16179454 | 80 | No MI | 2.575 |
| 16180260 | 80 | No MI | 2.25 |
| 16179149 | 79.98999786 | No MI | 3.525 |
| 16179033 | 80 | No MI | 3.1 |
| 16179564 | 80 | No MI | 3.2 |
| 16178550 | 80 | No MI | 2.75 |
| 16178937 | 72.58000183 | No MI | 3.1 |
| 16179790 | 80 | No MI | 3.5 |
| 16180190 | 64.66999817 | No MI | 3.15 |
| 16178581 | 57.22999954 | No MI | 2.25 |
| 16178568 | 80 | No MI | 2.25 |
| 16179132 | 79.88999939 | No MI | 3.15 |
| 16179918 | 80 | No MI | 3.45 |
| 16178221 | 67.70999908 | No MI | 2.25 |
| 16179244 | 79.98999786 | No MI | 3.4 |
| 16179017 | 80 | No MI | 4 |
| 16179109 | 75 | No MI | 3.525 |
| 16178364 | 80 | No MI | 2.25 |
| 16179351 | 68.98999786 | No MI | 3.5 |
| 16179398 | 80 | No MI | 3.45 |
| 16180261 | 80 | No MI | 2.25 |
| 16179052 | 80 | No MI | 4.2 |
| 16179565 | 90 | Mortgage Guaranty In | 3.325 |
| 16178938 | 63.40999985 | No MI | 3.5 |
| 16178339 | 80 | No MI | 2.25 |
| 16180105 | 16.95000076 | No MI | 3.275 |
| 16180088 | 80 | No MI | 3.2 |
| 16178281 | 80 | No MI | 2.25 |
| 16179919 | 77.84999847 | No MI | 3.45 |
| 16178192 | 75 | No MI | 3.25 |
| 16179018 | 80 | No MI | 4.2 |
| 16179851 | 80 | No MI | 3.45 |
| 16179456 | 80 | No MI | 3.45 |
| 16178773 | 80 | No MI | 2.25 |
| 16178640 | 79.91000366 | No MI | 2.25 |
| 16178688 | 78.22000122 | No MI | 2.25 |
| 16179294 | 70 | No MI | 3.525 |
| 16179235 | 63.41999817 | No MI | 3.7 |
| 16180220 | 78.51999664 | No MI | 2.25 |
| 16179250 | 80 | No MI | 3.15 |
| 16179207 | 90 | GE Capital MI | 3.525 |
| 16180070 | 79.98999786 | No MI | 3.575 |
| 16179478 | 80 | No MI | 3.325 |
| 16179370 | 80 | No MI | 3.45 |
| 16179526 | 80 | No MI | 3.25 |
| 16180452 | 75 | No MI | 2.25 |
| 16180289 | 80 | No MI | 2.25 |
| 16180358 | 80 | No MI | 2.25 |
| 16179163 | 85 | Radian Guaranty | 3.525 |
| 16179036 | 80 | No MI | 4.4 |
| 16179586 | 80 | No MI | 3.45 |
| 16178784 | 74.56999969 | No MI | 2.25 |
| 16178485 | 77.75 | No MI | 2.25 |
| 16179654 | 80 | No MI | 3.45 |
| 16180036 | 80 | No MI | 3.575 |
| 16180163 | 80 | No MI | 3.825 |
| 16179273 | 75 | No MI | 2.65 |
| 16180221 | 80 | No MI | 2.25 |
| 16178387 | 80 | No MI | 2.25 |
| 16178359 | 80 | No MI | 2.25 |
| 16178897 | 79.98999786 | No MI | 3.7 |
| 16180077 | 75 | No MI | 3.525 |
| 16179371 | 80 | No MI | 3.45 |
| 16180453 | 80 | No MI | 2.25 |
| 16180290 | 90 | GE Capital MI | 2.25 |
| 16179716 | 80 | No MI | 3.45 |
| 16179061 | 79.94999695 | No MI | 4.2 |
| 16179764 | 80 | No MI | 3.45 |
| 16179143 | 73.97000122 | No MI | 2.65 |
| 16179807 | 80 | No MI | 2.725 |

Unassociated Document

Page 266 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 267 of 279

| | | | |
|---|---|---|---|
| 16178809 | 75 | No MI | 3.25 |
| 16179024 | 80 | No MI | 4.2 |
| 16178793 | 80 | No MI | 2.25 |
| 16180139 | 75 | No MI | 4.025 |
| 16179274 | 70 | No MI | 3.525 |
| 16179295 | 79.55000305 | No MI | 3.525 |
| 16180222 | 80 | No MI | 2.25 |
| 16178842 | 80 | No MI | 2.25 |
| 16178510 | 80 | No MI | 2.25 |
| 16180622 | 80 | No MI | 2.25 |
| 16180454 | 80 | No MI | 2.25 |
| 16179166 | 80 | No MI | 3.325 |
| 16179073 | 80 | No MI | 4 |
| 16180291 | 80 | No MI | 2.25 |
| 16180359 | 76.47000122 | No MI | 2.25 |
| 16178448 | 80 | No MI | 2.25 |
| 16180065 | 80 | No MI | 4.45 |
| 16179808 | 80 | No MI | 3.2 |
| 16179587 | 80 | No MI | 3.45 |
| 16178638 | 80 | No MI | 2.25 |
| 16179702 | 80 | No MI | 2.425 |
| 16179655 | 80 | No MI | 3.325 |
| 16179025 | 80 | No MI | 3.6 |
| 16179691 | 80 | No MI | 3.45 |
| 16178587 | 80 | No MI | 2.25 |
| 16178523 | 80 | No MI | 2.75 |
| 16180223 | 80 | No MI | 2.25 |
| 16179372 | 67.47000122 | No MI | 3.25 |
| 16180623 | 80 | No MI | 2.25 |
| 16180389 | 79.98999786 | No MI | 2.25 |
| 16180455 | 80 | No MI | 2.25 |
| 16179074 | 60.90999985 | No MI | 3.8 |
| 16180292 | 80 | No MI | 2.25 |
| 16180360 | 80 | No MI | 2.25 |
| 16179809 | 80 | No MI | 2.725 |
| 16180141 | 80 | No MI | 3.075 |
| 16178620 | 69.98999786 | No MI | 2.25 |
| 16178699 | 90 | Mortgage Guaranty In | 2.25 |
| 16178629 | 58.81999969 | No MI | 2.25 |
| 16180084 | 80 | No MI | 3.2 |
| 16178825 | 80 | No MI | 2.25 |
| 16179275 | 80 | No MI | 3.7 |
| 16180181 | 80 | No MI | 3.275 |
| 16178378 | 80 | No MI | 2.25 |
| 16180624 | 65 | No MI | 2.25 |
| 16180390 | 80 | No MI | 2.25 |
| 16179184 | 51.77999878 | No MI | 3.7 |
| 16180456 | 79.58999634 | No MI | 2.25 |
| 16180293 | 80 | No MI | 2.25 |
| 16179825 | 80 | No MI | 2.95 |
| 16180361 | 75 | No MI | 2.25 |
| 16178449 | 80 | No MI | 2.25 |
| 16179717 | 79.98999786 | No MI | 3.45 |
| 16180192 | 75 | No MI | 3.525 |
| 16178652 | 80 | No MI | 3.25 |
| 16180156 | 80 | No MI | 3.75 |
| 16178945 | 80 | No MI | 3.5 |
| 16178639 | 80 | No MI | 2.25 |
| 16178778 | 66.66999817 | No MI | 2.25 |
| 16178304 | 70 | No MI | 2.25 |
| 16178325 | 33.63999939 | No MI | 2.75 |
| 16179775 | 80 | No MI | 3.5 |
| 16179236 | 76.09999847 | No MI | 3.525 |
| 16178551 | 80 | No MI | 2.25 |
| 16180556 | 80 | No MI | 2.25 |
| 16180625 | 80 | No MI | 2.25 |
| 16180391 | 90 | United Guaranty | 2.25 |
| 16179185 | 77.22000122 | No MI | 3.7 |
| 16180457 | 80 | No MI | 2.25 |
| 16179082 | 80 | No MI | 3.875 |
| 16180294 | 78.68000031 | No MI | 2.25 |
| 16179826 | 74.66999817 | No MI | 2.95 |
| 16179718 | 75 | No MI | 3.45 |
| 16179037 | 80 | No MI | 4.4 |
| 16180151 | 80 | No MI | 3.4 |
| 16178693 | 80 | No MI | 2.25 |
| 16178865 | 80 | No MI | 2.25 |
| 16179276 | 70 | No MI | 3.525 |
| 16179499 | 80 | No MI | 3.5 |
| 16178512 | 80 | No MI | 2.25 |
| 16178228 | 75 | No MI | 2.25 |
| 16180557 | 80 | No MI | 2.25 |
| 16180392 | 37.04000092 | No MI | 2.25 |
| 16180458 | 69.70999908 | No MI | 2.25 |
| 16180172 | 69.41999817 | No MI | 3.95 |
| 16180295 | 80 | No MI | 2.25 |
| 16178407 | 80 | No MI | 2.25 |
| 16180157 | 80 | No MI | 3.075 |
| 16179062 | 80 | No MI | 4.4 |
| 16178708 | 80 | No MI | 2.25 |
| 16178338 | 63.43000031 | No MI | 2.25 |
| 16178525 | 79.98999786 | No MI | 3.25 |
| 16178181 | 79.97000122 | No MI | 2.75 |
| 16179303 | 80 | No MI | 3.525 |
| 16178391 | 80 | No MI | 2.25 |

| | | | |
|---|---|---|---|
| 16179277 | 75 | No MI | 3.525 |
| 16179500 | 80 | No MI | 3.5 |
| 16179648 | 80 | No MI | 3.5 |
| 16180074 | 79.98000336 | No MI | 3.15 |
| 16180558 | 80 | No MI | 2.25 |
| 16180327 | 70.91999817 | No MI | 2.25 |
| 16180586 | 80 | No MI | 2.25 |
| 16179932 | 79.98999786 | No MI | 3.45 |
| 16179985 | 80 | No MI | 3.45 |
| 16178959 | 80 | No MI | 4.4 |
| 16180326 | 80 | No MI | 2.25 |
| 16179646 | 80 | No MI | 3.5 |
| 16179148 | 74.19000244 | No MI | 3.025 |
| 16179162 | 80 | No MI | 3.7 |
| 16179740 | 79.98999786 | No MI | 3.45 |
| 16178713 | 80 | No MI | 2.25 |
| 16178645 | 80 | No MI | 2.25 |
| 16178548 | 80 | No MI | 3.25 |
| 16178243 | 80 | No MI | 2.25 |
| 16180518 | 75 | No MI | 2.25 |
| 16179121 | 75 | No MI | 3.525 |
| 16180587 | 45.43000031 | No MI | 2.25 |
| 16179933 | 68.33000183 | No MI | 3.325 |
| 16180186 | 79.98000336 | No MI | 2.875 |
| 16179986 | 80 | No MI | 3.45 |
| 16180420 | 75 | No MI | 2.25 |
| 16178733 | 80 | No MI | 2.25 |
| 16180487 | 80 | No MI | 2.25 |
| 16179067 | 80 | No MI | 3.75 |
| 16179170 | 80 | No MI | 3.775 |
| 16178416 | 67.19999695 | No MI | 2.25 |
| 16180067 | 79.97000122 | No MI | 3.825 |
| 16179057 | 80 | No MI | 4.2 |
| 16178200 | 80 | No MI | 2.25 |
| 16178201 | 80 | No MI | 2.25 |
| 16178202 | 80 | No MI | 2.25 |
| 16178203 | 56.93999863 | No MI | 2.25 |
| 16178204 | 80 | No MI | 2.25 |
| 16178205 | 80 | No MI | 2.25 |
| 16178206 | 80 | No MI | 2.25 |
| 16178207 | 79.26000214 | No MI | 2.25 |
| 16178208 | 61.70000076 | No MI | 2.25 |
| 16178209 | 80 | No MI | 2.25 |
| 16178841 | 80 | No MI | 2.25 |
| 16178762 | 79.97000122 | No MI | 2.25 |
| 16178843 | 79.55000305 | No MI | 2.25 |
| 16178763 | 80 | No MI | 2.25 |
| 16178845 | 80 | No MI | 2.25 |
| 16178846 | 80 | No MI | 2.25 |
| 16178684 | 90 | Mortgage Guaranty In | 2.25 |
| 16178847 | 80 | No MI | 2.25 |
| 16178685 | 80 | No MI | 2.25 |
| 16178686 | 76.01999664 | No MI | 2.25 |
| 16178848 | 80 | No MI | 2.25 |
| 16178849 | 80 | No MI | 2.25 |
| 16178687 | 80 | No MI | 2.25 |
| 16178210 | 80 | No MI | 2.25 |
| 16178211 | 80 | No MI | 2.25 |
| 16178212 | 68.18000031 | No MI | 2.25 |
| 16178213 | 70 | No MI | 2.25 |
| 16178214 | 79.98999786 | No MI | 2.25 |
| 16178215 | 80 | No MI | 2.25 |
| 16178850 | 80 | No MI | 2.25 |
| 16178852 | 80 | No MI | 2.25 |
| 16178853 | 90 | GE Capital MI | 2.25 |
| 16178772 | 80 | No MI | 2.25 |
| 16178854 | 80 | No MI | 2.25 |
| 16178692 | 80 | No MI | 2.25 |
| 16178774 | 77.73000336 | No MI | 2.25 |
| 16178857 | 80 | No MI | 2.25 |
| 16178858 | 75 | No MI | 2.25 |
| 16178859 | 80 | No MI | 2.25 |
| 16178697 | 80 | No MI | 2.25 |
| 16178779 | 55.83000183 | No MI | 2.25 |
| 16178301 | 90 | Mortgage Guaranty In | 2.25 |
| 16178303 | 80 | No MI | 2.25 |
| 16178305 | 80 | No MI | 2.75 |
| 16178307 | 80 | No MI | 2.25 |
| 16179331 | 80 | No MI | 3.5 |
| 16178860 | 80 | No MI | 2.25 |
| 16178863 | 80 | No MI | 2.25 |
| 16178866 | 80 | No MI | 2.25 |
| 16178786 | 80 | No MI | 2.25 |
| 16178868 | 80 | No MI | 2.25 |
| 16178787 | 80 | No MI | 2.25 |
| 16178869 | 80 | No MI | 2.25 |
| 16178311 | 54.79000092 | No MI | 2.25 |
| 16180194 | 70 | No MI | 2.25 |
| 16180195 | 80 | No MI | 2.25 |
| 16180196 | 70 | No MI | 2.25 |
| 16180197 | 65 | No MI | 2.25 |
| 16178317 | 70 | No MI | 3.375 |
| 16180198 | 80 | No MI | 2.25 |
| 16180199 | 90 | United Guaranty | 2.25 |
| 16179921 | 75.08999634 | No MI | 3.45 |

| | | | |
|---|---|---|---|
| 16178319 | 17.88999939 | No MI | 3.5 |
| 16178870 | 80 | No MI | 2.25 |
| 16178790 | 80 | No MI | 2.25 |
| 16178872 | 80 | No MI | 2.25 |
| 16178873 | 80 | No MI | 2.25 |
| 16178792 | 70.81999969 | No MI | 2.25 |
| 16178874 | 80 | No MI | 2.25 |
| 16178794 | 75 | No MI | 2.25 |
| 16178875 | 80 | No MI | 2.25 |
| 16178876 | 80 | No MI | 2.25 |
| 16178795 | 80 | No MI | 2.25 |
| 16178877 | 75 | No MI | 2.25 |
| 16178322 | 100 | Mortgage Guaranty In | 2.25 |
| 16178880 | 80 | No MI | 2.25 |
| 16179771 | 80 | No MI | 3.5 |
| 16178882 | 80 | No MI | 2.25 |
| 16178883 | 80 | No MI | 2.25 |
| 16179778 | 80 | No MI | 2.875 |
| 16178170 | 89.98999786 | Republic MIC | 3.25 |
| 16178173 | 94.98999786 | GE Capital MI | 3.25 |
| 16178336 | 80 | No MI | 2.25 |
| 16178174 | 80 | No MI | 2.25 |
| 16178177 | 80 | No MI | 3.25 |
| 16178259 | 80 | No MI | 3.25 |
| 16178178 | 80 | No MI | 3.25 |
| 16178179 | 80 | No MI | 2.25 |
| 16179785 | 80 | No MI | 3.5 |
| 16179787 | 90 | PMI | 2.875 |
| 16178502 | 80 | No MI | 2.25 |
| 16180626 | 90 | PMI | 2.25 |
| 16178503 | 80 | No MI | 2.25 |
| 16178180 | 65.68000031 | No MI | 3.25 |
| 16178504 | 80 | No MI | 2.25 |
| 16178263 | 80 | No MI | 2.25 |
| 16178506 | 80 | No MI | 2.25 |
| 16178184 | 80 | No MI | 2.25 |
| 16178508 | 80 | No MI | 2.25 |
| 16178186 | 80 | No MI | 3.25 |
| 16178267 | 80 | No MI | 2.25 |
| 16180385 | 80 | No MI | 2.25 |
| 16180449 | 80 | No MI | 2.25 |
| 16179601 | 80 | No MI | 3.45 |
| 16180286 | 80 | No MI | 2.25 |
| 16178355 | 80 | No MI | 2.75 |
| 16179713 | 80 | No MI | 3.45 |
| 16180054 | 80 | No MI | 3.2 |
| 16179761 | 80 | No MI | 3.45 |
| 16178775 | 80 | No MI | 2.25 |
| 16178286 | 80 | No MI | 3.25 |
| 16179516 | 80 | No MI | 3.5 |
| 16179407 | 95 | Radian Guaranty | 3.5 |
| 16180246 | 80 | No MI | 2.25 |
| 16178481 | 80 | No MI | 2.25 |
| 16178519 | 80 | No MI | 2.25 |
| 16180479 | 75.73999786 | No MI | 2.25 |
| 16178890 | 75 | No MI | 3.9 |
| 16180549 | 80 | No MI | 2.25 |
| 16180319 | 80 | No MI | 2.25 |
| 16179089 | 80 | No MI | 3.8 |
| 16180450 | 80 | No MI | 2.25 |
| 16179165 | 80 | No MI | 4.05 |
| 16180058 | 80 | No MI | 3.7 |
| 16178405 | 80 | No MI | 2.25 |
| 16178314 | 80 | No MI | 2.25 |
| 16179714 | 38.45999908 | No MI | 3.2 |
| 16178783 | 80 | No MI | 2.25 |
| 16178524 | 70 | No MI | 2.25 |
| 16180247 | 90 | United Guaranty | 2.25 |
| 16179390 | 80 | No MI | 3.45 |
| 16179982 | 80 | No MI | 3.45 |
| 16180480 | 64.91999817 | No MI | 2.25 |
| 16180550 | 75 | No MI | 2.25 |
| 16180320 | 80 | No MI | 2.25 |
| 16179415 | 80 | No MI | 3.45 |
| 16179738 | 74.98000336 | No MI | 2.95 |
| 16180451 | 80 | No MI | 2.25 |
| 16180144 | 80 | No MI | 3.15 |
| 16179602 | 80 | No MI | 3.45 |
| 16179146 | 79.98000336 | No MI | 3.7 |
| 16178428 | 80 | No MI | 2.25 |
| 16178644 | 68.48000336 | No MI | 2.25 |
| 16178401 | 50.20000076 | No MI | 3.5 |
| 16178691 | 80 | No MI | 2.25 |
| 16179301 | 80 | No MI | 3.525 |
| 16180248 | 19.37999916 | No MI | 2.25 |
| 16179254 | 75 | No MI | 3.525 |
| 16179391 | 79.93000031 | No MI | 3.45 |
| 16179983 | 90 | Mortgage Guaranty In | 3.45 |
| 16178225 | 80 | No MI | 2.25 |
| 16178562 | 70 | No MI | 2.25 |
| 16180481 | 80 | No MI | 2.25 |
| 16178489 | 80 | No MI | 2.25 |
| 16180551 | 80 | No MI | 2.25 |
| 16180321 | 80 | No MI | 2.25 |
| 16179779 | 80 | No MI | 3.5 |

| | | | |
|---|---|---|---|
| 16179009 | 79.31999969 | No MI | 2.875 |
| 16180386 | 83.63999939 | Mortgage Guaranty In | 2.25 |
| 16178785 | 80 | No MI | 2.25 |
| 16179048 | 78.63999939 | No MI | 4.4 |
| 16179715 | 80 | No MI | 3.45 |
| 16180138 | 79.80000305 | No MI | 3.575 |
| 16178390 | 54.95999908 | No MI | 2.25 |
| 16179984 | 72.59999847 | No MI | 3.45 |
| 16180416 | 80 | No MI | 2.25 |
| 16180482 | 80 | No MI | 2.25 |
| 16180552 | 80 | No MI | 2.25 |
| 16180322 | 80 | No MI | 2.25 |
| 16179416 | 80 | No MI | 3.45 |
| 16179090 | 80 | No MI | 4.4 |
| 16178976 | 80 | No MI | 4.4 |
| 16180387 | 80 | No MI | 2.25 |
| 16179183 | 80 | No MI | 2.65 |
| 16180052 | 69.44000244 | No MI | 2.925 |
| 16180178 | 75 | No MI | 4.575 |
| 16179739 | 80 | No MI | 3.45 |
| 16178992 | 80 | No MI | 3.6 |
| 16179072 | 79.94000244 | No MI | 4.125 |
| 16178429 | 80 | No MI | 2.25 |
| 16178226 | 76.73999786 | No MI | 2.25 |
| 16179202 | 80 | No MI | 3.25 |
| 16180417 | 80 | No MI | 2.25 |
| 16180483 | 80 | No MI | 2.25 |
| 16178473 | 80 | No MI | 2.25 |
| 16180553 | 65 | No MI | 2.25 |
| 16180323 | 80 | No MI | 2.25 |
| 16180388 | 80 | No MI | 3.5 |
| 16179830 | 80 | No MI | 3.5 |
| 16178297 | 79.98999786 | No MI | 3.25 |
| 16178505 | 63.15999985 | No MI | 2.25 |
| 16178483 | 75 | No MI | 2.25 |
| 16179306 | 80 | No MI | 3.45 |
| 16180079 | 80 | No MI | 3.45 |
| 16180584 | 80 | No MI | 2.25 |
| 16180418 | 68.13999939 | No MI | 2.25 |
| 16180484 | 70 | No MI | 2.25 |
| 16180554 | 80 | No MI | 2.25 |
| 16180324 | 80 | No MI | 2.25 |
| 16179417 | 79.98999786 | No MI | 3.45 |
| 16179091 | 73.12000275 | No MI | 3.75 |
| 16178437 | 22.20999908 | No MI | 2.25 |
| 16180169 | 80 | No MI | 3.15 |
| 16179619 | 80 | No MI | 3.5 |
| 16179960 | 80 | No MI | 2.875 |
| 16178541 | 80 | No MI | 2.25 |
| 16178265 | 80 | No MI | 2.25 |
| 16178462 | 80 | No MI | 2.25 |
| 16179196 | 75 | No MI | 3.7 |
| 16180585 | 80 | No MI | 2.25 |
| 16179931 | 80 | No MI | 3.45 |
| 16178227 | 80 | No MI | 2.25 |
| 16178511 | 65 | No MI | 2.25 |
| 16180419 | 79.41000366 | No MI | 2.25 |
| 16180485 | 80 | No MI | 2.25 |
| 16180555 | 80 | No MI | 2.25 |
| 16180325 | 80 | No MI | 2.25 |
| 16179418 | 80 | No MI | 3.45 |
| 16178717 | 75.55999756 | No MI | 2.25 |
| 16179177 | 80 | No MI | 3.7 |
| 16179092 | 80 | No MI | 3.75 |
| 16179161 | 90 | Mortgage Guaranty In | 3.525 |
| 16178729 | 80 | No MI | 2.25 |
| 16178406 | 80 | No MI | 2.25 |
| 16178716 | 80 | No MI | 2.25 |
| 16180047 | 80 | No MI | 3.15 |
| 16179348 | 52.97000122 | No MI | 2.95 |
| 16179531 | 80 | No MI | 3.45 |
| 16178189 | 79.98999786 | No MI | 2.25 |
| 16180099 | 80 | No MI | 3.225 |
| 16179884 | 80 | No MI | 3.45 |
| 16179684 | 80 | No MI | 3.45 |
| 16180152 | 80 | No MI | 3.45 |
| 16180092 | 80 | No MI | 3.2 |
| 16178829 | 80 | No MI | 2.25 |
| 16178761 | 80 | No MI | 2.25 |
| 16179774 | 75 | No MI | 2.625 |
| 16178961 | 80 | No MI | 4.43 |
| 16179206 | 70 | No MI | 3.525 |
| 16180443 | 80 | No MI | 2.25 |
| 16178280 | 72.30999756 | No MI | 2.25 |
| 16180281 | 79.77999878 | No MI | 2.25 |
| 16180350 | 79.98999786 | No MI | 2.25 |
| 16179757 | 72.12000275 | No MI | 3.45 |
| 16180241 | 80 | No MI | 2.25 |
| 16179293 | 80 | No MI | 3.4 |
| 16178468 | 79.98999786 | No MI | 2.25 |
| 16179232 | 80 | No MI | 3.025 |
| 16180053 | 71.62999725 | No MI | 3.7 |
| 16180061 | 80 | No MI | 3.45 |
| 16179386 | 80 | No MI | 3.45 |
| 16179367 | 80 | No MI | 3.45 |

| | | | |
|---|---|---|---|
| 16178610 | 80 | No MI | 2.25 |
| 16180444 | 79.70999908 | No MI | 2.25 |
| 16179070 | 80 | No MI | 3.75 |
| 16180282 | 80 | No MI | 2.25 |
| 16180351 | 80 | No MI | 2.25 |
| 16179710 | 79.98999786 | No MI | 3.45 |
| 16179758 | 79.98999786 | No MI | 3.45 |
| 16179579 | 75 | No MI | 3.325 |
| 16178944 | 80 | No MI | 2.8 |
| 16179142 | 72.87000275 | No MI | 3.525 |
| 16180193 | 80 | No MI | 3.375 |
| 16178696 | 62.65999985 | No MI | 2.25 |
| 16178712 | 80 | No MI | 2.25 |
| 16178269 | 68.66000366 | No MI | 2.25 |
| 16180242 | 80 | No MI | 2.25 |
| 16179491 | 80 | No MI | 3.5 |
| 16180381 | 80 | No MI | 2.25 |
| 16180445 | 75.23000336 | No MI | 2.25 |
| 16179164 | 80 | No MI | 3.7 |
| 16180283 | 80 | No MI | 2.25 |
| 16178427 | 79.80999756 | No MI | 2.25 |
| 16180352 | 62.34000015 | No MI | 2.25 |
| 16179759 | 80 | No MI | 3.45 |
| 16179580 | 80 | No MI | 3.45 |
| 16178789 | 80 | No MI | 2.25 |
| 16180039 | 79.79000092 | No MI | 3.025 |
| 16179298 | 79.48999786 | No MI | 3.525 |
| 16180243 | 75 | No MI | 2.25 |
| 16179253 | 80 | No MI | 2.4 |
| 16179492 | 80 | No MI | 3.5 |
| 16180382 | 70 | No MI | 2.25 |
| 16180446 | 65 | No MI | 2.25 |
| 16179071 | 77.80999756 | No MI | 4.4 |
| 16180284 | 80 | No MI | 2.25 |
| 16180353 | 80 | No MI | 2.25 |
| 16180166 | 80 | No MI | 3.325 |
| 16178803 | 68.80000305 | No MI | 2.25 |
| 16179711 | 80 | No MI | 3.85 |
| 16179777 | 80 | No MI | 4.75 |
| 16179828 | 80 | No MI | 3.5 |
| 16180155 | 76.36000061 | No MI | 3.825 |
| 16180127 | 80 | No MI | 3.275 |
| 16179581 | 95 | Mortgage Guaranty In | 3.45 |
| 16180165 | 80 | No MI | 3.375 |
| 16180037 | 75 | No MI | 4.65 |
| 16180130 | 75 | No MI | 3.95 |
| 16179493 | 80 | No MI | 3.5 |
| 16179388 | 80 | No MI | 3.45 |
| 16178660 | 80 | No MI | 2.25 |
| 16180383 | 80 | No MI | 2.25 |
| 16180447 | 80 | No MI | 2.25 |
| 16178991 | 80 | No MI | 3.75 |
| 16178963 | 80 | No MI | 3.75 |
| 16179600 | 80 | No MI | 3.45 |
| 16180285 | 64.22000122 | No MI | 2.25 |
| 16179035 | 80 | No MI | 4 |
| 16179582 | 80 | No MI | 3.45 |
| 16178597 | 80 | No MI | 2.25 |
| 16180045 | 64.62999725 | No MI | 3.225 |
| 16180244 | 79.37999725 | No MI | 2.25 |
| 16178320 | 70 | No MI | 3.375 |
| 16179139 | 95 | PMI | 3.275 |
| 16178377 | 80 | No MI | 2.25 |
| 16180547 | 80 | No MI | 2.25 |
| 16180317 | 80 | No MI | 2.25 |
| 16178171 | 95 | Mortgage Guaranty In | 3.25 |
| 16180384 | 80 | No MI | 2.25 |
| 16180448 | 80 | No MI | 2.25 |
| 16178404 | 80 | No MI | 2.25 |
| 16179155 | 80 | No MI | 3.525 |
| 16179712 | 80 | No MI | 3.45 |
| 16180191 | 55.29000092 | No MI | 3.15 |
| 16178928 | 80 | No MI | 3.6 |
| 16179760 | 79.98999786 | No MI | 3.45 |
| 16178833 | 80 | No MI | 2.25 |
| 16179583 | 80 | No MI | 3.45 |
| 16178625 | 80 | No MI | 2.25 |
| 16178622 | 80 | No MI | 2.25 |
| 16179299 | 80 | No MI | 3.525 |
| 16180245 | 80 | No MI | 2.25 |
| 16179484 | 80 | No MI | 3.5 |
| 16179272 | 75 | No MI | 3.55 |
| 16179495 | 80 | No MI | 3.5 |
| 16178608 | 80 | No MI | 2.25 |
| 16180548 | 80 | No MI | 2.25 |
| 16180318 | 80 | No MI | 2.25 |
| 16179260 | 80 | No MI | 3.15 |
| 16179863 | 80 | No MI | 3.45 |
| 16179195 | 75 | No MI | 3.525 |
| 16180621 | 80 | No MI | 2.25 |
| 16178884 | 80 | No MI | 3.7 |
| 16179405 | 80 | No MI | 3.45 |
| 16180347 | 80 | No MI | 2.25 |
| 16179575 | 80 | No MI | 3.45 |
| 16178892 | 80 | No MI | 3.275 |

| | | | |
|---|---|---|---|
| 16178851 | 76.44000244 | No MI | 2.25 |
| 16179792 | 80 | No MI | 3.5 |
| 16178736 | 80 | No MI | 2.75 |
| 16178767 | 80 | No MI | 2.25 |
| 16179230 | 75 | No MI | 3.95 |
| 16179113 | 77.87000275 | No MI | 3.4 |
| 16179864 | 80 | No MI | 3.45 |
| 16178369 | 36.79999924 | No MI | 2.25 |
| 16179365 | 95 | Mortgage Guaranty In | 3.45 |
| 16180278 | 70 | No MI | 2.25 |
| 16180348 | 80 | No MI | 2.25 |
| 16179802 | 80 | No MI | 2.725 |
| 16178626 | 80 | No MI | 2.25 |
| 16179137 | 80 | No MI | 2.9 |
| 16179248 | 75 | No MI | 3.95 |
| 16178386 | 72.83000183 | No MI | 2.25 |
| 16179261 | 80 | No MI | 3.525 |
| 16179910 | 79.98999786 | No MI | 3.45 |
| 16179487 | 80 | No MI | 2.875 |
| 16180279 | 64.76000214 | No MI | 2.25 |
| 16179060 | 80 | No MI | 4.4 |
| 16179577 | 80 | No MI | 3.45 |
| 16179803 | 74.43000031 | No MI | 2.725 |
| 16179618 | 80 | No MI | 3.5 |
| 16178764 | 90 | GE Capital MI | 2.25 |
| 16178282 | 80 | No MI | 2.25 |
| 16179292 | 80 | No MI | 3.525 |
| 16179231 | 70 | No MI | 3.275 |
| 16179138 | 79.95999908 | No MI | 2.9 |
| 16178376 | 70 | No MI | 2.25 |
| 16179100 | 75 | No MI | 3.525 |
| 16180184 | 80 | No MI | 3.7 |
| 16180442 | 70 | No MI | 2.25 |
| 16180349 | 56.38999939 | No MI | 2.25 |
| 16179578 | 80 | No MI | 3.45 |
| 16179804 | 80 | No MI | 2.725 |
| 16179045 | 74.76000214 | No MI | 4.125 |
| 16180051 | 63.86000061 | No MI | 4.45 |
| 16178893 | 80 | No MI | 3.45 |
| 16179806 | 74.55999756 | No MI | 3.075 |
| 16180257 | 60 | No MI | 2.25 |
| 16179700 | 80 | No MI | 3.45 |
| 16178828 | 80 | No MI | 2.25 |
| 16178748 | 80 | No MI | 2.25 |
| 16178668 | 80 | No MI | 2.25 |
| 16178589 | 80 | No MI | 2.25 |
| 16180075 | 80 | No MI | 3.45 |
| 16180159 | 77.31999969 | No MI | 3.2 |
| 16179801 | 80 | No MI | 3.5 |
| 16178830 | 80 | No MI | 2.25 |
| 16178831 | 80 | No MI | 2.25 |
| 16179628 | 80 | No MI | 3.45 |
| 16180582 | 67.25 | No MI | 2.25 |
| 16179439 | 80 | No MI | 3.45 |
| 16180415 | 80 | No MI | 2.25 |
| 16180146 | 80 | No MI | 3.3 |
| 16180115 | 75 | No MI | 4.075 |
| 16178415 | 80 | No MI | 2.25 |
| 16179665 | 80 | No MI | 3.45 |
| 16180119 | 80 | No MI | 3.375 |
| 16178588 | 70 | No MI | 2.25 |
| 16179520 | 80 | No MI | 3.5 |
| 16178368 | 80 | No MI | 2.25 |
| 16180620 | 75 | No MI | 2.25 |
| 16179953 | 80 | No MI | 3.45 |
| 16180109 | 75.91000366 | No MI | 3.175 |
| 16179563 | 80 | No MI | 3.45 |
| 16178832 | 80 | No MI | 2.25 |
| 16179480 | 80 | No MI | 4.875 |
| 16179481 | 80 | No MI | 3.5 |
| 16178834 | 80 | No MI | 2.25 |
| 16178591 | 75 | No MI | 2.25 |
| 16179644 | 75 | No MI | 3.5 |
| 16178754 | 80 | No MI | 2.25 |
| 16179483 | 80 | No MI | 3.5 |
| 16178835 | 75 | No MI | 2.25 |
| 16178836 | 80 | No MI | 2.25 |
| 16178755 | 80 | No MI | 2.25 |
| 16178593 | 65 | No MI | 2.25 |
| 16178756 | 80 | No MI | 2.25 |
| 16180183 | 80 | No MI | 3.4 |
| 16180174 | 78.79000092 | No MI | 3.2 |
| 16180044 | 80 | No MI | 3.275 |
| 16179545 | 90 | Mortgage Guaranty In | 3.45 |
| 16180346 | 80 | No MI | 2.25 |
| 16178323 | 63.38000107 | No MI | 2.25 |
| 16178586 | 65 | No MI | 2.25 |
| 16180219 | 79.98999786 | No MI | 2.25 |
| 16180188 | 75 | No MI | 3.7 |
| 16179916 | 70 | No MI | 3.45 |
| 16178455 | 79.98999786 | No MI | 3.25 |
| 16179621 | 80 | No MI | 3.5 |
| 16180288 | 80 | No MI | 2.25 |
| 16178594 | 90 | GE Capital MI | 2.25 |
| 16178676 | 20.36000061 | No MI | 2.25 |

| | | | |
|---|---|---|---|
| 16178757 | 80 | No MI | 2.25 |
| 16178838 | 80 | No MI | 2.25 |
| 16178758 | 90 | GE Capital MI | 2.25 |
| 16178596 | 80 | No MI | 2.25 |
| 16178759 | 80 | No MI | 2.25 |
| 16179569 | 75 | No MI | 3.45 |
| 16178678 | 80 | No MI | 2.25 |
| 16178679 | 80 | No MI | 2.25 |
| 16179327 | 80 | No MI | 3.5 |
| 16178780 | 75 | No MI | 2.25 |
| 16179347 | 90 | United Guaranty | 3.075 |
| 16180614 | 80 | No MI | 2.25 |
| 16179948 | 80 | No MI | 3.45 |
| 16178656 | 50 | No MI | 2.25 |
| 16179044 | 70 | No MI | 3.1 |
| 16179620 | 80 | No MI | 4 |
| 16180132 | 75 | No MI | 4.2 |
| 16178771 | 80 | No MI | 2.75 |
| 16178682 | 75 | No MI | 2.25 |
| 16179136 | 80 | No MI | 2.9 |
| 16179175 | 79.62000275 | No MI | 3.95 |
| 16180357 | 80 | No MI | 2.25 |
| 16179763 | 73.94000244 | No MI | 3.45 |
| 16179585 | 80 | No MI | 3.45 |
| 16180258 | 80 | No MI | 2.25 |
| 16179701 | 86.37000275 | Mortgage Guaranty In | 2.95 |
| 16179653 | 80 | No MI | 3.45 |
| 16178922 | 36.95000076 | No MI | 2.95 |
| 16178598 | 65 | No MI | 2.25 |
| 16178599 | 80 | No MI | 2.25 |
| 16180512 | 75.44000244 | No MI | 2.9 |
| 16179247 | 71.72000122 | No MI | 2.9 |
| 16179099 | 80 | No MI | 3.7 |
| 16179952 | 80 | No MI | 3.45 |
| 16179466 | 80 | No MI | 3.45 |
| 16179364 | 80 | No MI | 3.45 |
| 16178659 | 80 | No MI | 2.25 |
| 16178820 | 80 | No MI | 2.25 |
| 16178741 | 80 | No MI | 2.25 |
| 16179552 | 80 | No MI | 3.5 |
| 16178742 | 79.97000122 | No MI | 2.25 |
| 16178580 | 80 | No MI | 2.25 |
| 16178661 | 80 | No MI | 2.25 |
| 16178823 | 80 | No MI | 2.25 |
| 16178743 | 80 | No MI | 2.25 |
| 16179553 | 80 | No MI | 3.5 |
| 16178824 | 78.86000061 | No MI | 2.25 |
| 16179554 | 80 | No MI | 3.5 |
| 16178663 | 80 | No MI | 2.25 |
| 16178826 | 80 | No MI | 2.25 |
| 16178745 | 75 | No MI | 2.25 |
| 16178583 | 80 | No MI | 2.25 |
| 16179404 | 80 | No MI | 3.45 |
| 16180345 | 80 | No MI | 2.25 |
| 16179683 | 79.98999786 | No MI | 3.45 |
| 16179829 | 80 | No MI | 4 |
| 16179762 | 75 | No MI | 3.325 |
| 16180126 | 75 | No MI | 3.15 |
| 16180033 | 79.83000183 | No MI | 3.95 |
| 16179755 | 79.95999908 | No MI | 3.75 |
| 16178827 | 80 | No MI | 2.25 |
| 16179670 | 80 | No MI | 3.45 |
| 16179861 | 80 | No MI | 3.45 |
| 16178675 | 80 | No MI | 2.25 |
| 16179249 | 73.12999725 | No MI | 2.95 |
| 16179115 | 80 | No MI | 3.7 |
| 16178398 | 77.63999939 | No MI | 3.5 |
| 16180200 | 80 | No MI | 2.25 |
| 16180201 | 80 | No MI | 2.25 |
| 16179216 | 77.86000061 | No MI | 3.15 |
| 16179315 | 90 | PMI | 2.95 |
| 16180202 | 57.34999847 | No MI | 2.25 |
| 16180204 | 80 | No MI | 2.25 |
| 16180205 | 80 | No MI | 2.25 |
| 16180206 | 80 | No MI | 2.25 |
| 16180207 | 80 | No MI | 2.25 |
| 16180208 | 80 | No MI | 2.25 |
| 16180209 | 73.61000061 | No MI | 2.25 |
| 16179476 | 77.26999664 | No MI | 2.95 |
| 16180179 | 66.15000153 | No MI | 4.075 |
| 16179530 | 69.56999969 | No MI | 3.5 |
| 16179611 | 80 | No MI | 3.875 |
| 16180255 | 72.59999847 | No MI | 2.25 |
| 16178920 | 80 | No MI | 3.5 |
| 16178801 | 79.25 | No MI | 2.25 |
| 16179613 | 80 | No MI | 4 |
| 16178641 | 80 | No MI | 2.25 |
| 16178722 | 80 | No MI | 2.25 |
| 16178444 | 60 | No MI | 2.25 |
| 16179561 | 80 | No MI | 3.2 |
| 16178804 | 80 | No MI | 2.25 |
| 16178561 | 80 | No MI | 2.25 |
| 16180414 | 80 | No MI | 2.25 |
| 16178436 | 74.55000305 | No MI | 2.25 |
| 16179226 | 80 | No MI | 3.525 |

| | | | |
|---|---|---|---|
| 16180619 | 80 | No MI | 2.25 |
| 16178290 | 80 | No MI | 3.5 |
| 16178293 | 80 | No MI | 3.25 |
| 16178770 | 80 | No MI | 2.25 |
| 16179233 | 79.59999847 | No MI | 3.45 |
| 16178642 | 80 | No MI | 2.25 |
| 16178724 | 80 | No MI | 2.25 |
| 16179346 | 90 | United Guaranty | 3.075 |
| 16179840 | 80 | No MI | 3.45 |
| 16180217 | 80 | No MI | 2.25 |
| 16178643 | 80 | No MI | 2.25 |
| 16178806 | 56.52000046 | No MI | 2.25 |
| 16178484 | 80 | No MI | 2.25 |
| 16178565 | 79.98000336 | No MI | 2.25 |
| 16178889 | 80 | No MI | 3.7 |
| 16179632 | 90 | Mortgage Guaranty In | 3.325 |
| 16178646 | 65 | No MI | 2.25 |
| 16178727 | 80 | No MI | 2.25 |
| 16178647 | 80 | No MI | 2.25 |
| 16178567 | 65 | No MI | 2.25 |
| 16179947 | 80 | No MI | 3.45 |
| 16179488 | 90 | Triad Guaranty | 2.875 |
| 16179914 | 80 | No MI | 3.45 |
| 16178486 | 80 | No MI | 2.25 |
| 16178649 | 62.90000153 | No MI | 2.25 |
| 16178488 | 77.08999634 | No MI | 2.25 |
| 16180210 | 80 | No MI | 2.25 |
| 16180211 | 74.66999817 | No MI | 2.25 |
| 16180212 | 75 | No MI | 2.25 |
| 16180147 | 80 | No MI | 3 |
| 16180213 | 79.97000122 | No MI | 2.25 |
| 16180214 | 80 | No MI | 2.25 |
| 16180215 | 45.97999954 | No MI | 2.25 |
| 16180216 | 80 | No MI | 2.25 |
| 16178172 | 80 | No MI | 2.25 |
| 16178493 | 70 | No MI | 2.25 |
| 16180355 | 80 | No MI | 2.25 |
| 16178730 | 80 | No MI | 2.25 |
| 16178811 | 90.40000153 | Radian Guaranty | 2.25 |
| 16178812 | 80 | No MI | 2.25 |
| 16178650 | 89.98000336 | GE Capital MI | 2.25 |
| 16179622 | 79.93000031 | No MI | 4 |
| 16178570 | 80 | No MI | 2.25 |
| 16180256 | 80 | No MI | 2.25 |
| 16179032 | 74.91999817 | No MI | 3.6 |
| 16178921 | 75 | No MI | 3.5 |
| 16179081 | 80 | No MI | 4.375 |
| 16178447 | 80 | No MI | 2.25 |
| 16178571 | 80 | No MI | 2.25 |
| 16178814 | 80 | No MI | 2.25 |
| 16179562 | 93.51999664 | Mortgage Guaranty In | 3.45 |
| 16178799 | 80 | No MI | 2.25 |
| 16178490 | 80 | No MI | 2.25 |
| 16179624 | 80 | No MI | 3.5 |
| 16179363 | 80 | No MI | 3.45 |
| 16179051 | 80 | No MI | 4.375 |
| 16178549 | 80 | No MI | 3.25 |
| 16178605 | 65 | No MI | 2.25 |
| 16179234 | 80 | No MI | 3.525 |
| 16178815 | 80 | No MI | 2.25 |
| 16178734 | 71.43000031 | No MI | 3.25 |
| 16178241 | 74.91000366 | No MI | 2.25 |
| 16179105 | 95 | United Guaranty | 3.525 |
| 16180218 | 77.44000244 | No MI | 2.25 |
| 16178318 | 47.77999878 | No MI | 3.375 |
| 16178654 | 80 | No MI | 2.25 |
| 16178655 | 80 | No MI | 2.25 |
| 16179915 | 80 | No MI | 3.45 |
| 16178818 | 79.98999786 | No MI | 2.25 |
| 16178819 | 80 | No MI | 2.25 |
| 16179221 | 80 | No MI | 3.15 |
| 16178495 | 80 | No MI | 2.25 |
| 16178576 | 80 | No MI | 2.25 |
| 16178496 | 80 | No MI | 2.25 |
| 16179549 | 73.18000031 | No MI | 3.5 |
| 16178578 | 80 | No MI | 2.25 |
| 16178497 | 80 | No MI | 2.25 |
| 16179477 | 80 | No MI | 3.45 |
| 16179369 | 80 | No MI | 3.45 |
| 16180287 | 79.98000336 | No MI | 2.25 |
| 16180356 | 80 | No MI | 2.25 |
| 16178632 | 80 | No MI | 2.25 |
| 16179524 | 80 | No MI | 3.5 |
| 16178471 | 52.29000092 | No MI | 2.25 |
| 16178552 | 80 | No MI | 2.25 |
| 16178633 | 75 | No MI | 2.25 |
| 16178634 | 80 | No MI | 2.25 |
| 16179525 | 80 | No MI | 4 |
| 16180254 | 80 | No MI | 2.25 |
| 16178919 | 80 | No MI | 3.4 |
| 16178472 | 80 | No MI | 2.25 |
| 16178392 | 75 | No MI | 2.25 |
| 16179608 | 80 | No MI | 3.5 |
| 16178555 | 80 | No MI | 2.25 |
| 16179527 | 80 | No MI | 3.75 |

| | | | |
|---|---|---|---|
| 16179609 | 80 | No MI | 3.5 |
| 16178556 | 65 | No MI | 2.25 |
| 16178475 | 80 | No MI | 2.25 |
| 16178394 | 79.98000336 | No MI | 2.25 |
| 16179366 | 80 | No MI | 2.95 |
| 16178637 | 80 | No MI | 2.25 |
| 16178718 | 80 | No MI | 2.25 |
| 16178476 | 80 | No MI | 2.25 |
| 16178719 | 80 | No MI | 2.25 |
| 16180581 | 80 | No MI | 2.25 |
| 16179438 | 79.09999847 | No MI | 3.45 |
| 16179529 | 80 | No MI | 3.5 |
| 16178395 | 80 | No MI | 2.25 |
| 16178396 | 80 | No MI | 2.25 |
| 16178798 | 79.98999786 | No MI | 2.25 |
| 16178952 | 79.98999786 | No MI | 3.65 |
| 16178958 | 74.98999786 | No MI | 3.4 |
| 16179011 | 80 | No MI | 4.375 |
| 16179368 | 80 | No MI | 2.95 |
| 16178397 | 80 | No MI | 2.75 |
| 16178238 | 80 | No MI | 2.25 |
| 16180577 | 80 | No MI | 2.25 |
| 16179980 | 80 | No MI | 3.45 |
| 16178224 | 70 | No MI | 2.25 |
| 16179179 | 89.98999786 | GE Capital MI | 3.15 |
| 16180409 | 80 | No MI | 2.25 |
| 16179786 | 80 | No MI | 3.5 |
| 16179066 | 74.95999908 | No MI | 3.5 |
| 16180545 | 80 | No MI | 2.25 |
| 16180315 | 80 | No MI | 2.25 |
| 16178413 | 65 | No MI | 2.25 |
| 16178985 | 80 | No MI | 3.2 |
| 16179313 | 80 | No MI | 3.5 |
| 16178403 | 36.99000168 | No MI | 2.25 |
| 16180125 | 78.16000366 | No MI | 2.925 |
| 16178891 | 80 | No MI | 3.925 |
| 16178750 | 77.16000366 | No MI | 2.25 |
| 16178299 | 63.56000137 | No MI | 2.25 |
| 16178560 | 70 | No MI | 2.25 |
| 16179208 | 75 | No MI | 3.525 |
| 16179880 | 80 | No MI | 3.325 |
| 16179307 | 80 | No MI | 3.5 |
| 16179180 | 73.73000336 | No MI | 3.45 |
| 16180410 | 80 | No MI | 2.25 |
| 16180476 | 80 | No MI | 2.25 |
| 16179836 | 63.04000092 | No MI | 3.075 |
| 16180066 | 76.95999908 | No MI | 3.45 |
| 16180316 | 80 | No MI | 2.25 |
| 16178974 | 80 | No MI | 4.2 |
| 16178435 | 79.98999786 | No MI | 2.25 |
| 16178723 | 77.48000336 | No MI | 2.25 |
| 16178183 | 90 | Mortgage Guaranty In | 2.25 |
| 16179344 | 64.70999908 | No MI | 3.075 |
| 16179309 | 60.04999924 | No MI | 3.45 |
| 16179341 | 80 | No MI | 3.45 |
| 16178302 | 80 | No MI | 2.25 |
| 16178239 | 77.38999939 | No MI | 2.25 |
| 16179209 | 75 | No MI | 3.525 |
| 16180509 | 80 | No MI | 2.25 |
| 16179010 | 79.98999786 | No MI | 4.375 |
| 16180411 | 70 | No MI | 2.25 |
| 16180477 | 60.77999878 | No MI | 2.25 |
| 16179837 | 62.86000061 | No MI | 3.325 |
| 16179413 | 80 | No MI | 3.45 |
| 16178414 | 75.5 | No MI | 2.25 |
| 16178975 | 36.04000092 | No MI | 4.375 |
| 16180040 | 80 | No MI | 3.275 |
| 16178509 | 59.84000015 | No MI | 2.25 |
| 16180510 | 80 | No MI | 2.25 |
| 16178494 | 77.62000275 | No MI | 2.25 |
| 16180579 | 80 | No MI | 2.25 |
| 16179781 | 80 | No MI | 4.75 |
| 16179436 | 84.70999908 | Mortgage Guaranty In | 3.2 |
| 16180412 | 71.61000061 | No MI | 2.25 |
| 16180478 | 80 | No MI | 2.25 |
| 16179001 | 80 | No MI | 3.8 |
| 16179736 | 80 | No MI | 3.45 |
| 16178621 | 80 | No MI | 2.25 |
| 16179503 | 77.43000031 | No MI | 3.325 |
| 16178617 | 80 | No MI | 3.25 |
| 16178572 | 80 | No MI | 2.25 |
| 16178753 | 80 | No MI | 2.25 |
| 16179623 | 80 | No MI | 3.5 |
| 16178240 | 80 | No MI | 2.25 |
| 16180580 | 80 | No MI | 2.25 |
| 16179981 | 80 | No MI | 3.45 |
| 16179437 | 79.98000336 | No MI | 3.325 |
| 16180413 | 78.79000092 | No MI | 2.25 |
| 16179076 | 61.54000092 | No MI | 4.449 |
| 16179737 | 75 | No MI | 3.45 |
| 16178340 | 80 | No MI | 2.25 |
| 16178816 | 80 | No MI | 2.25 |
| 16179627 | 73.76999664 | No MI | 3.45 |
| 16179006 | 70.27999878 | No MI | 4 |
| 16178518 | 70 | No MI | 2.25 |

| | | | |
|---|---|---|---|
| 16179977 | 80 | No MI | 3.45 |
| 16179190 | 80 | No MI | 3.525 |
| 16180472 | 80 | No MI | 2.25 |
| 16180541 | 80 | No MI | 2.25 |
| 16180311 | 80 | No MI | 2.25 |
| 16179410 | 95 | Mortgage Guaranty In | 3.45 |
| 16178658 | 76.16000366 | No MI | 2.25 |
| 16179176 | 80 | No MI | 3.7 |
| 16180378 | 79.98000336 | No MI | 2.25 |
| 16178989 | 80 | No MI | 4.4 |
| 16179732 | 80 | No MI | 3.45 |
| 16178728 | 80 | No MI | 2.25 |
| 16178454 | 73.59999847 | No MI | 2.25 |
| 16178402 | 80 | No MI | 2.25 |
| 16179697 | 80 | No MI | 3.45 |
| 16178595 | 75 | No MI | 2.25 |
| 16180107 | 75 | No MI | 4.075 |
| 16180240 | 80 | No MI | 2.25 |
| 16178363 | 80 | No MI | 2.25 |
| 16178602 | 70 | No MI | 2.25 |
| 16179978 | 80 | No MI | 3.45 |
| 16180406 | 60.81000137 | No MI | 2.25 |
| 16180473 | 80 | No MI | 2.25 |
| 16180542 | 80 | No MI | 2.25 |
| 16180312 | 64.98999786 | No MI | 2.25 |
| 16179411 | 79.98999786 | No MI | 3.45 |
| 16179056 | 80 | No MI | 4.4 |
| 16180379 | 80 | No MI | 2.25 |
| 16178434 | 80 | No MI | 2.25 |
| 16179733 | 80 | No MI | 3.45 |
| 16178704 | 80 | No MI | 2.25 |
| 16179820 | 75 | No MI | 2.725 |
| 16180128 | 80 | No MI | 3.15 |
| 16180153 | 56.63999939 | No MI | 2.925 |
| 16178426 | 80 | No MI | 2.25 |
| 16179698 | 80 | No MI | 3.45 |
| 16180114 | 74.97000122 | No MI | 4.075 |
| 16179283 | 75 | No MI | 3.525 |
| 16178381 | 62.25 | No MI | 2.25 |
| 16178900 | 95 | GE Capital MI | 3.525 |
| 16178342 | 80 | No MI | 2.25 |
| 16178223 | 60.86999893 | No MI | 2.25 |
| 16180407 | 80 | No MI | 2.25 |
| 16180474 | 79.27999878 | No MI | 2.25 |
| 16179168 | 80 | No MI | 2.725 |
| 16180543 | 80 | No MI | 2.25 |
| 16180313 | 80 | No MI | 2.25 |
| 16179087 | 80 | No MI | 4.375 |
| 16180380 | 80 | No MI | 2.25 |
| 16179734 | 79.98999786 | No MI | 3.45 |
| 16178715 | 80 | No MI | 2.25 |
| 16179521 | 80 | No MI | 3.875 |
| 16178327 | 63.22999954 | No MI | 2.375 |
| 16179284 | 80 | No MI | 3.525 |
| 16178613 | 80 | No MI | 2.25 |
| 16180576 | 80 | No MI | 2.25 |
| 16178557 | 80 | No MI | 2.25 |
| 16179979 | 76.94000244 | No MI | 3.45 |
| 16180408 | 80 | No MI | 2.25 |
| 16179835 | 52.36000061 | No MI | 3.2 |
| 16180475 | 75 | No MI | 2.25 |
| 16179169 | 73.11000061 | No MI | 3.45 |
| 16180544 | 80 | No MI | 2.25 |
| 16180314 | 80 | No MI | 2.25 |
| 16179088 | 80 | No MI | 4.4 |
| 16179160 | 80 | No MI | 3.275 |
| 16178990 | 80 | No MI | 4.375 |
| 16179735 | 80 | No MI | 3.45 |
| 16178306 | 80 | No MI | 2.25 |
| 16179039 | 50 | No MI | 3.5 |
| 16178949 | 80 | No MI | 3.25 |
| 16179334 | 80 | No MI | 3.25 |
| 16179135 | 79.72000122 | No MI | 3.7 |
| 16179489 | 75 | No MI | 2.875 |
| 16178894 | 75 | No MI | 3.15 |
| 16179381 | 75 | No MI | 3.075 |
| 16180536 | 80 | No MI | 2.25 |
| 16179598 | 80 | No MI | 3.45 |
| 16179816 | 80 | No MI | 3.075 |
| 16180276 | 79.98999786 | No MI | 2.25 |
| 16179144 | 80 | No MI | 3.525 |
| 16178700 | 80 | No MI | 2.25 |
| 16179573 | 68.18000031 | No MI | 3.45 |
| 16180124 | 78.81999969 | No MI | 3.225 |
| 16178619 | 80 | No MI | 2.25 |
| 16179282 | 70.76999664 | No MI | 3.025 |
| 16178374 | 80 | No MI | 2.25 |
| 16179928 | 80 | No MI | 3.45 |
| 16179382 | 70.70999908 | No MI | 2.95 |
| 16180537 | 70 | No MI | 2.25 |
| 16180307 | 74.98999786 | No MI | 2.25 |
| 16180374 | 80 | No MI | 2.25 |
| 16179064 | 68.04000092 | No MI | 4.2 |
| 16180439 | 80 | No MI | 2.25 |
| 16178714 | 73.58000183 | No MI | 2.25 |

| 16179599 | 80 | No MI | 3.45 |
|---|---|---|---|
| 16179817 | 80 | No MI | 2.95 |
| 16178927 | 80 | No MI | 3.6 |
| 16179755 | 80 | No MI | 3.45 |
| 16178878 | 80 | No MI | 2.25 |
| 16178349 | 80 | No MI | 2.25 |
| 16180022 | 80 | No MI | 3.45 |
| 16180236 | 72.47000122 | No MI | 2.25 |
| 16179929 | 79.98999786 | No MI | 3.45 |
| 16178895 | 71.81999969 | No MI | 3.275 |
| 16180538 | 80 | No MI | 2.25 |
| 16180308 | 80 | No MI | 2.25 |
| 16180375 | 57.33000183 | No MI | 2.25 |
| 16180440 | 80 | No MI | 2.25 |
| 16178547 | 80 | No MI | 2.25 |
| 16179818 | 72.73000336 | No MI | 3.075 |
| 16180277 | 80 | No MI | 2.25 |
| 16179153 | 73.76999664 | No MI | 3.525 |
| 16178980 | 70.58000183 | No MI | 3.94 |
| 16179054 | 69.76999664 | No MI | 4.375 |
| 16178424 | 80 | No MI | 2.25 |
| 16179708 | 80 | No MI | 3.45 |
| 16180140 | 65 | No MI | 3.9 |
| 16180023 | 64.19000244 | No MI | 3.45 |
| 16178768 | 77.23000336 | No MI | 2.25 |
| 16178260 | 80 | No MI | 2.25 |
| 16180237 | 80 | No MI | 2.25 |
| 16178375 | 80 | No MI | 2.25 |
| 16178864 | 80 | No MI | 2.25 |
| 16178341 | 80 | No MI | 2.25 |
| 16178611 | 80 | No MI | 2.25 |
| 16179383 | 80 | No MI | 3.45 |
| 16178222 | 80 | No MI | 2.25 |
| 16180539 | 80 | No MI | 2.25 |
| 16180309 | 74.38999939 | No MI | 2.25 |
| 16180376 | 80 | No MI | 2.25 |
| 16178948 | 80 | No MI | 3.5 |
| 16178970 | 80 | No MI | 4.3 |
| 16180171 | 23.07999992 | No MI | 3.4 |
| 16178879 | 80 | No MI | 2.25 |
| 16181133 | 60.34000015 | No MI | 3.2 |
| 16178651 | 58.49000168 | No MI | 2.25 |
| 16180024 | 64.04000092 | No MI | 3.45 |
| 16180238 | 69.56999969 | No MI | 2.25 |
| 16179352 | 80 | No MI | 3.5 |
| 16179384 | 80 | No MI | 3.45 |
| 16179976 | 80 | No MI | 3.45 |
| 16180471 | 80 | No MI | 2.25 |
| 16180540 | 80 | No MI | 2.25 |
| 16178983 | 74.83000183 | No MI | 4.4 |
| 16180377 | 79.97000122 | No MI | 2.25 |
| 16180441 | 80 | No MI | 2.25 |
| 16179731 | 80 | No MI | 3.45 |
| 16179819 | 77.44999695 | No MI | 3.075 |
| 16178971 | 80 | No MI | 3.5 |
| 16178425 | 80 | No MI | 2.25 |
| 16180162 | 73.94000244 | No MI | 4.45 |
| 16180143 | 79.98999786 | No MI | 3.825 |
| 16179709 | 80 | No MI | 3.975 |
| 16179696 | 80 | No MI | 3.45 |
| 16178313 | 67.16000366 | No MI | 2.25 |
| 16180025 | 77.26000214 | No MI | 3.45 |
| 16178592 | 79.98999786 | No MI | 2.25 |
| 16179310 | 79.95999908 | No MI | 3.2 |
| 16180239 | 55.56000137 | No MI | 2.25 |
| 16178380 | 44.16999817 | No MI | 2.25 |
| 16179252 | 80 | No MI | 3.7 |
| 16178856 | 79.98999786 | No MI | 2.25 |
| 16180436 | 80 | No MI | 2.25 |
| 16180273 | 80 | No MI | 2.25 |
| 16178175 | 59.59999847 | No MI | 2.75 |
| 16179707 | 80 | No MI | 3.45 |
| 16178925 | 80 | No MI | 3.9 |
| 16179695 | 80 | No MI | 3.2 |
| 16178796 | 80 | No MI | 2.25 |
| 16180177 | 80 | No MI | 3.525 |
| 16178635 | 77.91999817 | No MI | 2.25 |
| 16178531 | 80 | No MI | 2.25 |
| 16179682 | 80 | No MI | 3.45 |
| 16180108 | 74.97000122 | No MI | 4.075 |
| 16178337 | 59.36000061 | No MI | 2.25 |
| 16179297 | 76.41999817 | No MI | 3.525 |
| 16180234 | 80 | No MI | 2.25 |
| 16179925 | 79.98999786 | No MI | 3.45 |
| 16179641 | 80 | No MI | 3.5 |
| 16179379 | 80 | No MI | 3.45 |
| 16179362 | 79.98999786 | No MI | 3.45 |
| 16179182 | 80 | No MI | 3.525 |
| 16180372 | 71.40000153 | No MI | 2.25 |
| 16180437 | 79.98999786 | No MI | 2.25 |
| 16178969 | 75 | No MI | 3.4 |
| 16179047 | 75.15000153 | No MI | 4.375 |
| 16180274 | 51.34000015 | No MI | 2.25 |
| 16179815 | 80 | No MI | 3.2 |
| 16178423 | 80 | No MI | 2.25 |

| | | | |
|---|---|---|---|
| 16178315 | 72.54000092 | No MI | 2.25 |
| 16179753 | 80 | No MI | 3.45 |
| 16178821 | 80 | No MI | 2.25 |
| 16179270 | 79.97000122 | No MI | 3.525 |
| 16179120 | 90 | Mortgage Guaranty In | 3.4 |
| 16180062 | 77.41999817 | No MI | 3.2 |
| 16179926 | 80 | No MI | 3.45 |
| 16179098 | 85 | GE Capital MI | 3.7 |
| 16179380 | 80 | No MI | 3.325 |
| 16180373 | 80 | No MI | 2.25 |
| 16178662 | 80 | No MI | 2.25 |
| 16180438 | 80 | No MI | 2.25 |
| 16180275 | 80 | No MI | 2.25 |
| 16178802 | 80 | No MI | 2.25 |
| 16178926 | 80 | No MI | 3.7 |
| 16179572 | 80 | No MI | 3.45 |
| 16178760 | 80 | No MI | 2.25 |
| 16180235 | 80 | No MI | 2.25 |
| 16179271 | 80 | No MI | 3.275 |
| 16179640 | 48.72000122 | No MI | 3.075 |
| 16178887 | 75 | No MI | 3.7 |
| 16179354 | 80 | No MI | 3.45 |
| 16180354 | 80 | No MI | 2.25 |
| 16179805 | 56.36000061 | No MI | 2.95 |
| 16179128 | 80 | No MI | 3.275 |
| 16180618 | 58.58000183 | No MI | 2.25 |
| 16180006 | 37.70999908 | No MI | 3.075 |
| 16178960 | 75 | No MI | 3.625 |
| 16180517 | 80 | No MI | 2.25 |
| 16179630 | 80 | No MI | 3.2 |
| 16179442 | 73.43000031 | No MI | 2.95 |
| 16178934 | 80 | No MI | 3.75 |
| 16178262 | 79.98999786 | No MI | 3.25 |
| 16178837 | 80 | No MI | 2.25 |
| 16180117 | 79.97000122 | No MI | 2.9 |
| 16178563 | 79.55000305 | No MI | 2.25 |
| 16179212 | 73 | No MI | 3.7 |
| 16179860 | 80 | No MI | 3.45 |
| 16179129 | 72.02999878 | No MI | 3.525 |
| 16179909 | 80 | No MI | 3.975 |
| 16179016 | 75.37000275 | No MI | 4.25 |
| 16178999 | 80 | No MI | 2.6 |
| 16179631 | 42.31000137 | No MI | 3.075 |
| 16179443 | 80 | No MI | 3.45 |
| 16178909 | 80 | No MI | 3.5 |
| 16179664 | 80 | No MI | 3.45 |
| 16180027 | 79.98999786 | No MI | 2.775 |
| 16178499 | 80 | No MI | 2.25 |
| 16179858 | 80 | No MI | 3.325 |
| 16179551 | 80 | No MI | 3.5 |
| 16180270 | 80 | No MI | 2.25 |
| 16179151 | 94.77999878 | PMI | 3.15 |
| 16179750 | 80 | No MI | 3.45 |
| 16178942 | 75 | No MI | 4.4 |
| 16179141 | 69.54000092 | No MI | 3.15 |
| 16178354 | 75 | No MI | 2.25 |
| 16179680 | 80 | No MI | 3.45 |
| 16178690 | 80 | No MI | 2.25 |
| 16180034 | 80 | No MI | 3.15 |
| 16179268 | 80 | No MI | 3.7 |
| 16179514 | 79.72000122 | No MI | 3.325 |
| 16178372 | 80 | No MI | 2.25 |
| 16179097 | 79.94000244 | No MI | 2.65 |
| 16179859 | 80 | No MI | 3.45 |
| 16178367 | 80 | No MI | 2.25 |
| 16179464 | 80 | No MI | 3.45 |
| 16180434 | 65 | No MI | 2.25 |
| 16178487 | 61.27999878 | No MI | 2.25 |
| 16180271 | 75 | No MI | 2.25 |
| 16178191 | 80 | No MI | 3.25 |
| 16179152 | 74.91000366 | No MI | 3.525 |
| 16178979 | 80 | No MI | 4.4 |
| 16178924 | 74.70999908 | No MI | 3 |
| 16178943 | 80 | No MI | 3.9 |
| 16179610 | 70 | No MI | 3.5 |
| 16179269 | 65.25 | No MI | 2.525 |
| 16179519 | 80 | No MI | 3.5 |
| 16179923 | 78.87000275 | No MI | 3.2 |
| 16179360 | 57 | No MI | 2.8 |
| 16180073 | 70 | No MI | 4.325 |
| 16180435 | 76.91999817 | No MI | 2.25 |
| 16180272 | 80 | No MI | 2.25 |
| 16179752 | 80 | No MI | 3.45 |
| 16178545 | 61.74000168 | No MI | 2.25 |
| 16178648 | 80 | No MI | 2.25 |
| 16178915 | 77.58000183 | No MI | 3.1 |
| 16179681 | 80 | No MI | 3.45 |
| 16178584 | 80 | No MI | 2.25 |
| 16180233 | 80 | No MI | 2.25 |
| 16179291 | 80 | No MI | 3.525 |
| 16178373 | 80 | No MI | 2.25 |
| 16179361 | 80 | No MI | 3.2 |
| 16180250 | 80 | No MI | 2.25 |
| 16178935 | 69.88999939 | No MI | 3.6 |
| 16179556 | 80 | No MI | 3.45 |

Unassociated Document

Page 278 of 835

12-12020-mg    Doc 5106-8    Filed 09/18/13    Entered 09/18/13 18:18:12    Exhibit 7
Part 2    FST-CV-09-5011591 Doc. 163    Exhibit D    Part 1 of 3    Pg 279 of 279

| | | | |
|---|---|---|---|
| 16178962 | 80 | No MI | 4.375 |
| 16178791 | 80 | No MI | 2.25 |
| 16178292 | 80 | No MI | 3.5 |
| 16180083 | 80 | No MI | 2.95 |
| 16178334 | 80 | No MI | 2.75 |
| 16179262 | 80 | No MI | 3.7 |
| 16178667 | 80 | No MI | 3.5 |
| 16179241 | 80 | No MI | 3.15 |
| 16179958 | 80 | No MI | 3.45 |
| 16178357 | 88.51000214 | GE Capital MI | 2.25 |
| 16178216 | 80 | No MI | 2.25 |
| 16180013 | 80 | No MI | 2.875 |
| 16179846 | 80 | No MI | 3.45 |
| 16179637 | 78.33000183 | No MI | 3.075 |
| 16180251 | 80 | No MI | 2.25 |
| 16180102 | 80 | No MI | 4.45 |
| 16178683 | 80 | No MI | 2.25 |
| 16178300 | 80 | No MI | 2.25 |
| 16178765 | 75 | No MI | 2.75 |
| 16179796 | 80 | No MI | 3.875 |
| 16178564 | 74.93000031 | No MI | 2.25 |
| 16179114 | 78.51000214 | No MI | 3.55 |
| 16178383 | 80 | No MI | 2.25 |
| 16180014 | 80 | No MI | 3.45 |
| 16179473 | 79.98999786 | No MI | 2.5 |
| 16179794 | 80 | No MI | 3.375 |
| 16180176 | 75 | No MI | 4.15 |
| 16179007 | 80 | No MI | 4.05 |
| 16180252 | 80 | No MI | 2.25 |
| 16179699 | 79.98999786 | No MI | 3.45 |
| 16179041 | 80 | No MI | 4.4 |
| 16180111 | 75 | No MI | 2.925 |
| 16179614 | 75 | No MI | 3.5 |
| 16178517 | 60.15999985 | No MI | 2.25 |
| 16179213 | 80 | No MI | 3.525 |
| 16179215 | 80 | No MI | 3.025 |
| 16179639 | 80 | No MI | 3.45 |
| 16179353 | 80 | No MI | 3.45 |
| 16180253 | 68 | No MI | 2.25 |
| 16178951 | 75 | No MI | 3.4 |
| 16179669 | 85 | Mortgage Guaranty In | 3.45 |
| 16180030 | 76.91999817 | No MI | 3.325 |
| 16179263 | 80 | No MI | 3.525 |
| 16179506 | 65.77999878 | No MI | 3.325 |
| 16179131 | 55.56000137 | No MI | 3.7 |
| 16179227 | 76.26999664 | No MI | 3.525 |
| 16179913 | 80 | No MI | 3.45 |
| 16178365 | 80 | No MI | 2.25 |
| 16178862 | 80 | No MI | 2.25 |
| 16179946 | 73.58000183 | No MI | 3.075 |
| 16180612 | 80 | No MI | 2.25 |
| 16179461 | 80 | No MI | 3.45 |
| 16180057 | 70 | No MI | 3.275 |
| 16179339 | 79.94000244 | No MI | 3.125 |
| 16179617 | 80 | No MI | 3.5 |
| 16179023 | 80 | No MI | 3.6 |
| 16178482 | 80 | No MI | 2.25 |
| 16178906 | 80 | No MI | 3.95 |
| 16178769 | 80 | No MI | 2.75 |
| 16179219 | 63.18000031 | No MI | 2.9 |
| 16178384 | 56.18000031 | No MI | 2.25 |
| 16179096 | 80 | No MI | 3.7 |
| 16178256 | 80 | No MI | 2.25 |
| 16179112 | 78.75 | No MI | 2.65 |
| 16179856 | 80 | No MI | 3.45 |
| 16179224 | 80 | No MI | 2.775 |
| 16180613 | 67.88999939 | No MI | 2.25 |
| 16179462 | 80 | No MI | 3.2 |
| 16178721 | 80 | No MI | 2.25 |
| 16179358 | 80 | No MI | 3.5 |
| 16179408 | 80 | No MI | 3.95 |
| 16178941 | 70 | No MI | 3.95 |
| 16179043 | 57.61000061 | No MI | 4.1 |
| 16178914 | 78.97000122 | No MI | 3.2 |
| 16179678 | 80 | No MI | 4.4 |
| 16178933 | 80 | No MI | 4.4 |
| 16178766 | 65.12000275 | No MI | 2.75 |
| 16178569 | 80 | No MI | 2.25 |
| 16179220 | 80 | No MI | 3.15 |
| 16179211 | 80 | No MI | 3.525 |
| 16179857 | 74.15000153 | No MI | 3.45 |
| 16178361 | 90 | GE Capital MI | 2.25 |
| 16179127 | 80 | No MI | 3.15 |
| 16179906 | 80 | No MI | 3.45 |
| 16178366 | 80 | No MI | 2.25 |
| 16179463 | 80 | No MI | 3.45 |
| 16179403 | 80 | No MI | 3.45 |
| 16178657 | 80 | No MI | 2.25 |
| 16179749 | 80 | No MI | 3.45 |
| 16179570 | 80 | No MI | 3.45 |
| 16179140 | 75.30999756 | No MI | 3.525 |
| 16179031 | 75 | No MI | 4.4 |
| 16179679 | 80 | No MI | 3.45 |
| 16178261 | 88.98000336 | GE Capital MI | 2.25 |
| 16180080 | 72.30000305 | No MI | 3.825 |