


Civil Inquiry Home   Prev Page   Site Help   Comments   Calendar Notices

**FST-CV10-6007676-S**  LACASSE, THOMAS v. AURORA LOAN SERVICES, LLC Et Al

**Prefix/Suffix:** [none]   **Case Type:** P90   **File Date:** 12/08/2010   **Return Date:** 12/14/2010

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 09/15/2013

### Case Information

**Case Type:** P90 - PROPERTY - ALL OTHER
**Court Location:** STAMFORD
**List Type:** No List Type
**Trial List Claim:**
**Referral Judge or Magistrate:**
**Last Action Date:** 11/13/2012  (The "last action date" is the date the information was entered in the system)

### Disposition Information

**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

### Party & Appearance Information

**Party**  **No Fee Party**

**P-01**  **THOMAS J LACASSE**
**Attorney:** DONALD M BROWN (421865)    File Date: 03/27/2012
19 HETTIEFRED ROAD
GREENWICH, CT 06831

**D-50**  **AURORA LOAN SERVICES LLC**
**Attorney:** JORDAN JAYCE MANFRO (429288)    File Date: 12/15/2010
565 TAXTER ROAD
SUITE 590
ELMSFORD, NY 10523
**Attorney:** MICHEL LEE (432425)    File Date: 10/26/2011
565 TAXTER ROAD STE 590
ELMSFORD, NY 10523

**D-51**  **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AKA MER**
**Attorney:** JORDAN JAYCE MANFRO (429288)    File Date: 12/15/2010
565 TAXTER ROAD
SUITE 590
ELMSFORD, NY 10523
**Attorney:** MICHEL LEE (432425)    File Date: 10/26/2011
565 TAXTER ROAD STE 590
ELMSFORD, NY 10523

**Viewing Documents on Civil Cases:** You can look at court orders and judicial notices that are paperless by selecting the link to the document in the list below. To look at pleadings or other documents that are paperless in the case, you can go to any judicial district courthouse and to some geographical area courhouses during normal business hours. To look at pleadings or other documents that are not paperless, you must go to the Clerk's Office in the Judicial District where the case is. Some documents, which display as "Document Sealed", are protected by court order and can be seen at the Clerk's Office in the Judicial District where the case is, only by attorneys or parties on the case.

| | | | **Motions / Pleadings / Documents / Case Status** | |
|---|---|---|---|---|
| **Entry No** | **File Date** | **Filed By** | **Description** | **Arguable** |
| | 12/08/2010 | P | **SUMMONS** | |
| | 12/08/2010 | P | **COMPLAINT** | |
| | 12/08/2010 | P | **RETURN OF SERVICE** | |
| | 12/15/2010 | D | **APPEARANCE**<br>Appearance | |
| | 10/26/2011 | D | **APPEARANCE**<br>Appearance | |
| | 03/27/2012 | P | **APPEARANCE**<br>Appearance | |
| 101.00 | 01/06/2011 | D | **MOTION TO DISMISS**<br>*RESULT:* Denied 7/8/2011 HON DOUGLAS MINTZ | Yes |
| 101.86 | 07/08/2011 | C | **ORDER**<br>*RESULT:* Denied 7/8/2011 HON DOUGLAS MINTZ | No |
| 102.00 | 03/17/2011 | P | **OBJECTION TO MOTION**<br>Objection To Defendant's Motion To Dismiss<br>*RESULT:* Sustained 7/8/2011 HON DOUGLAS MINTZ | No |
| 102.86 | 07/08/2011 | C | **ORDER**<br>*RESULT:* Sustained 7/8/2011 HON DOUGLAS MINTZ | No |
| 103.00 | 03/25/2011 | D | **REPLY**<br>to Plaintiff's Objection | No |
| 104.00 | 06/02/2011 | P | **BRIEF**<br>Plaintiff's Evidentiary Hearing Brief | No |
| 105.00 | 06/24/2011 | P | **BRIEF**<br>Plaintiff's Thomas J. La Casse Brief | No |
| 106.00 | 06/27/2011 | D | **MEMORANDUM**<br>OF LAW | No |
| 107.00 | 07/15/2011 | D | **ANSWER AND SPECIAL DEFENSE** | No |
| 108.00 | 10/26/2011 | D | **NOTICE OF SERVICE OF REQUEST FOR ADMISSION** | No |
| 109.00 | 02/14/2012 | D | **MOTION FOR JUDGMENT OF NONSUIT** | No |
| 110.00 | 03/30/2012 | D | **WITHDRAWAL OF MOTION**<br>109.00 Motion for Judgment of Nonsuit | No |
| 111.00 | 05/07/2012 | D | **MOTION FOR SUMMARY JUDGMENT**<br>with Memorandum, Aff in Supp., and Exhibits | Yes |
| 111.86 | 10/11/2012 | C | **MEMORANDUM OF DECISION**<br>Re D's motion for summary judgment | No |
| 112.00 | 06/07/2012 | P | **MOTION FOR EXTENSION OF TIME**<br>Plaintiff's Motion for Extension of Time to Plead | No |
| 113.00 | 07/10/2012 | P | **OBJECTION TO SUMMARY JUDGMENT**<br>Objection to MFSJ w/affidavit and exhibits | Yes |
| 114.00 | 08/21/2012 | D | **REPLY MEMORANDUM**<br>Reply to Pl. Objection to Defs. MSJ w/ex - 111.00 | No |
| 115.00 | 10/23/2012 | D | **MOTION TO REARGUE/RECONSIDER**<br>Mot. Reargue 111.86 Order dated 10/11/12<br>*RESULT:* Order 12/17/2012 ROBERT GENUARIO | No |
| 115.86 | 10/23/2012 | C | **ORDER**<br>*RESULT:* Granted 10/23/2012 ROBERT GENUARIO | No |

| 115.87 | 12/17/2012 | C | **ORDER** 📝<br>*RESULT:* Order 12/17/2012 ROBERT GENUARIO | No |
|---|---|---|---|---|
| 116.00 | 11/13/2012 | P | **CASEFLOW REQUEST**<br>Request to move the date for motion to reargue by agreement. | No |

| **Individually Scheduled Court Dates as of 09/13/2013** |||||
|---|---|---|---|---|
| **FST-CV10-6007676-S - LACASSE, THOMAS v. AURORA LOAN SERVICES, LLC Et Al** |||||
| **#** | **Date** | **Time** | **Event Description** | **Status** |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court location different from where the case was filed. Please see the JDNO/Notices tab on the Case Detail screen for scheduling location information.

Note: This listing of court activity may include motions or pleadings that were written onto the short calendar by the clerk. For items where the time is not displayed, please contact the clerk's office for further information.

Periodic changes to terminology may be made which do not affect the status of the case.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2013, State of Connecticut Judicial Branch

3 of 3    09/18/2013 04:46 PM