**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee
of Certain Mortgage Backed Securities Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

---------------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          )    ss.:
COUNTY OF NEW YORK    )

      Leslie Salcedo, being duly sworn, hereby deposes and says:

      1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

      2.    On September 16, 2013, I caused a true and correct copy of *Notice of Intent to Participate in Discovery Related to Plan Confirmation* [Docket No. 5060] to be

- 2 -

served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
19th day of September, 2013.

/s/ Louis P. Costanzo
Louis P. Costanzo
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 2015

LEGAL02/34402347v1

**Exhibit A**

**VIA OVERNIGHT MAIL AND E-MAIL**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:  Larren M. Nashelsky<br>          Gary S. Lee<br>          Lorenzo Marinuzzi<br>Email lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com; | Kramer Levin Naftallis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Kenneth H. Eckstein<br>          Thomas Moers Mayer<br>          Douglas H. Mannal<br>Email: keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |