Hearing Date and Time: November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- )
In re:                                                              )   Case No. 12-12020 (MG)
                                                                    )
RESIDENTIAL CAPITAL, LLC, et al.,                                   )   Chapter 11
                                                                    )
                                           Debtors.                 )   Jointly Administered
                                                                    )
------------------------------------------------------------------- )

## NOTICE OF CHANGE OF OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for October 23, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been changed to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on October 23, 2013 at 10:00 a.m. (Prevailing Eastern Time), have been rescheduled to be heard on **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)**:

- Debtors' Eleventh Omnibus Objection to Claims (Misclassified Claims) [Docket No. 4145] solely as it relates to claim filed by B. Fischer Construction, LLC (Claim No. 2563);

- Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims) [Docket No. 4147] solely as it relates to the claims filed by (1) Butte County Tax Collector (Claim No. 1104) and (2) Rose Plympton, Treasurer in and for the County

ny-1108388

of Elmore, Idaho (Claim No. 2455);

- Debtors' Twenty-Third Omnibus Objection to Claims (No Liability – Books and Records Claims) [Docket No. 4358] solely as it relates to claim filed by Ross Thayer (Claim No. 956); and

- *Universal Restoration Services, Inc. v. GMAC Mortgage, LLC* (Adv. Proc. No. 13-01278):
    - Pre-Trial Conference; and
    - Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 9].

Dated: September 19, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*