UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                              ) Case No. 12-12020 (MG)
                                                    )
      RESIDENTIAL CAPITAL, LLC, et al.,      ) Chapter 11
                                                    )
                                Debtors.   ) Jointly Administered
                                                    )

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               : ss.:
COUNTY OF NEW YORK  )

Thomas Ross Hooper, being duly sworn deposes and says:

        1.     I am not a party to this action, am over 18 years of age, and am an associate of Seward & Kissel LLP, One Battery Park Plaza, New York, New York.

        2.     On September 16, 2013, pursuant to the Amended Order Establishing a Discovery Protocol in Connection with Discovery Relating to Plan Confirmation (the "Order") [Docket No. 4974], I caused to be served true and correct copies of the Notice of Intent to Participate in Discovery Related to Plan Confirmation [Dkt. No. 5062] ("Notice of Intent to Participate") through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

        3.     On September 16, 2013, I caused to be served true and correct copies of the Notice of Intent to Participate by sending true copies by electronic mail upon counsel for the Debtors and the Committee (each as defined in the Order) listed on the attached as Exhibit 1.

_____
Thomas Ross Hooper

Sworn to before me on this
19th day of September, 2013

_____

DANIEL EDUARDO GUZMAN
Notary Public, State of New York
No. 02GU6267541
Qualified in New York County
Commission Expires Oct. 1, 2016

## Exhibit 1

### Counsel for the Debtors

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
Ksadeghi@mofo.com
ckerr@mofo.com
alawrence@mofo.com

### Counsel for the Committee

KRAMER LEVIN NAFTALLIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
szide@kramerlevin.com