Registered Mail™     RA 329754717 US

August 29, 2013

Walter Olszewski
104 West Loma Alta Drive
Altadena, California 91001

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 534
New York, New York 10004



Dear Trustee,
I am sending you my "Notarize Affidavit of Loss" to support my "Notarize B-10".
I was not given the proper time to file.
Would you please include my Priority secured claim into Case #12-12032.

Thank you very much,

*Walter Olszewski* (signature)
Walter Olszewski

# AFFIDAVIT Of LOSS                     CASE # 12-12032

**Affiants States:** Comes now Walter Olszewski, Creditor, a Real Party in Interest, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E (8), a restricted appearance, and notices the court of enunciation of principles as stated in <u>Haines v. Kerner,</u> 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/ or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/ notices in the above referenced matter without waiver of any other defenses.

**Affiants States: Maxims of Law:**

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.
Truth as a valid statement of reality is sovereign in commerce.
An unrebutted affidavit stands as truth in commerce.
An unrebutted affidavit is acted upon as the judgment in commerce.
Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

**FACT: Debtor, GMAC Mortgage,LLC <u>mislead the Court</u> with the statement ... "Unsecured claim to the amount of $0.00"**
**FACT: Sponsor of the credit, Walter Olszewski received the B10 after the filing date.**

**Affiants Demands:** I am demanding that Debtor, GMAC Mortgage,LLC provide **proof that B 10 was served before the dead line for Walter Olszewski to file priority claim in the amount of $612,000.00.**
**Affiants States: that the Debtor, GMAC Mortgage,LLC "FAULTLY"  listed <u>Unsecured general claim in the amount of $0.00</u>** was an oversight, mistake or otherwise unintentional, Walter Olszewski grants Debtor, GMAC Mortgage,LLC ten (10) days **to cure the fault and effect the remedy.**
**Affiants States:** In the event that the Debtor, GMAC Mortgage,LLC **failed to serve the information to** Walter Olszewski **before the decline to file the B10 form** was an oversight, mistake or otherwise unintentional, Walter Olszewski grants Debtor, GMAC Mortgage,LLC  ten (10) days to cure the fault and effect the remedy.
**Affiants requests the court: The right to file Priority secured claim in the amount of $612,000.00**

Failure to cure will constitute, as an operation of law, the FINAL admission of the obligation by Debtor, GMAC Mortgage,LLC through tacit procuration to this WRITTEN REQUEST AFFIDAVIT (PRIVATE) **[Registered Mail™  RA 329754717 US         ]** and the whole matter shall be deemed res judicata and stare decisis.
**Affiants States:** When no verified Affidavit rebuttal of this "REQUEST" is made in a timely manner, a "Certificate of Non-Response" serves as Debtor, GMAC Mortgage,LLC's stipulated judgment and consent/ agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.
**Affiants States:** Power of Attorney: When Debtor, GMAC Mortgage,LLC, fails by not rebutting to any part of this "Affidavit" Debtor, GMAC Mortgage,LLC, agrees with the granting unto Walter Olszewski's unlimited Power of Attorney and any and all full authorization in signing or endorsing Debtor, GMAC Mortgage,LLC 's name upon any instruments in satisfaction of the obligation(s) of this Affidavit /Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by Debtor, GMAC Mortgage,LLC, waives any and all claims of Walter Olszewski, and/or defenses and remains in effect until satisfaction of all obligation(s) including the **LOSS OF $612,000.00** by Debtor, GMAC Mortgage,LLC, has been satisfied.

In Witness hereof I **walter** set my hand/seal/mark;
My name is **non-negotiable**;

Date _August 29, 2013_

_Walter Olszewski_ (signature)
Walter Olszewski

Secured Party Creditor

# JURAT

State of California  
County of Los Angeles  } ss.



Notary Seal

HENK NEEF  
Commission # 1937047  
Notary Public - California  
Los Angeles County  
My Comm. Expires May 29, 2015

Subscribed and sworn to (or affirmed) before me on ___August 29, 2013___ by:

**WALTER OLSZEWSKI**

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____  
Signature of Notary Public in and for said State

**Henk Neef**  
Printed Name of Notary

===== OPTIONAL INFORMATION =====

**Description of Attached Document:** **AFFIDAVIT OF LOSS**  
**Number of Pages:** 2 ( INCLUDING THIS ATTACHMENT )  
**Document Date:** August 29, 2013

| RIGHT THUMPRINT OF SIGNER #1 | RIGHT THUMPRINT OF SIGNER #2 |

Embosser Seal



The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor: GMAC Mortgage, LLC | Case Number: 12-12032 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

Name and address where notices should be sent:    NameID: 10995344

Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101

Telephone number:                    email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

**BUSHA UNLIMITED CORP**
**P.O. Box 94355,   Pasadena, California 91109**
**626 399-7776**

Telephone number:                    email: **johnotrin@earthlink.net**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $  **$576,000 + $36,000 = $612,000.00**    Oct.27,2006

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.    **6.9224%**

2. **Basis for Claim:**  **Promissory notes for $612,000.00 tendered on October 26, 2006**
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:**  **760-8**

| 3a. Debtor may have scheduled account as: **N/A** (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |
|---|---|

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☒Other
Describe:
Value of Property: **$612,000.00**   Annual Interest Rate **6.9224%** %  ☐Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ **0**                    Basis for perfection: **0**

Amount of Secured Claim: $ **$612,000.00**    Amount Unsecured: $ **0**

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
☒Other – Specify applicable paragraph of 11 U.S.C. §507 (a)( ).

Amount entitled to priority:
$ **612,000.00**

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ **N/A**    (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or  ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)   their authorized agent.   indorser, or other codebtor.
(See Bankruptcy Rule 3004.)  (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  **Walter Olszewski**
Title:        **Sponsor of the Credit**         _(Signature)_    Aug 29 2013 (Date)
Company:
Address and telephone number (if different from notice address above):

Telephone number:                    Email:

COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

001KC0002_51765-5_domestic_21/030037/180218            1212032120824150615002972

# JURAT

State of California } ss.
County of Los Angeles



**Notary Seal**

Subscribed and sworn to (or affirmed) before me on  August 29, 2013  by:

**WALTER OLSZEWSKI**

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature of Notary Public in and for said State

Henk Neef
Printed Name of Notary

=== OPTIONAL INFORMATION ===

**Description of Attached Document:** B 10 FORM / COURT CASE 12-12032
**Number of Pages:** 2 ( INCLUDING THIS ATTACHMENT )
**Document Date:** August 29, 2013

Embosser Seal



RIGHT THUMPRINT OF SIGNER #1

RIGHT THUMPRINT OF SIGNER #2