# New Century Title Company

2105 South Bascom Ave Suite 135
Campbell, CA 95008
Phone: (800) 923-8923 ◆ Fax: (408) 626-6121

October 26, 2006                                    Escrow No: 72061025SE

Walter Olszewski
Bonita Olszewski
104 West Loma Alta Dr
Altadena, CA 91001

RE: 104 West Loma Alta Dr, Altadena, CA 91001

Dear Walter Olszewski and Bonita Olszewski,

The above referenced escrow closed on 10/27/2006. The following items are enclosed for your records.

- Proceeds wire in the amount of $84358.44
- Closing Statement
- HUD Settlement Statement

It has been a pleasure handling this transaction for you. Please do not hesitate to contact our office if you have any questions regarding this matter.

Sincerely,

Stephanie Evans
Escrow Officer

COPY

Brcloltr. 10/20/01 js

**Homecomings Financial**

*A GMAC Company*

OCTOBER 18TH, 2006

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

RE:    Loan #:    047-119760-8
       Property Address:    104 W LOMA ALTA DRIVE
                            ALTADENA, CA 91001

Thank you for applying for your mortgage loan with **WALL ST. MORTGAGE INC**.
Your broker has submitted your application to Homecomings Financial
                        for approval.   You will be receiving assorted information and
requests related to your loan application.   Among the items you received today are several
disclosure statements which are for your own reference and are not required to be returned
to our office.

If you have any questions regarding the loan application process, please do not hesitate to
contact your loan officer at **WALL ST. MORTGAGE INC** .

Once again, thank you for choosing **WALL ST. MORTGAGE INC** as your broker.
We at Homecomings Financial                                                  look
forward to providing you and **WALL ST. MORTGAGE INC**   with the highest level of
service.

Sincerely,

Homecomings Financial

*COPY*

MFCD8186 (09/2006) / 047-119760-8

# NEW CENTURY TITLE COMPANY
2105 South Bascom Ave, Suite 135, Campbell, CA 95008
(800) 923-8923

## BUYERS/BORROWERS CLOSING STATEMENT
### Final

Buyer/Borrower:  Walter Olszewski
                 Bonita Olszewski

Escrow No:       72061025-169 SE
Close Date:      10/27/2006
Proration Date:
Date Prepared:   10/26/2006
Reference #1:
Reference #2:

*CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL — New Century Title Company*

Property:  104 West Loma Alta Dr
           Altadena, CA 91001

| Description | | Debit | Credit |
|---|---|---:|---:|
| **NEW AND EXISTING ENCUMBRANCES:** | | | |
| Refinance from Homecomings Financial, LLC | | | 576,000.00 |
| Refinance from Homecomings Financial, LLC | | | 36,000.00 |
| **NEW LOAN CHARGES:** | | | |
| Processing to Wall Street Mortgage | | 995.00 | |
| Broker Origination to Wall Street Mortgage | | 11,520.00 | |
| Lender Loan Charge to Homecomings Financial, LLC | | 835.00 | |
| Broker Fee from HF to broker to Wall Street Mortgage | (POC $2,424.96) | | |
| Broker Fee from HF to broker to Wall Street Mortgage | (POC $540.00) | | |
| Prepaid Interest to Homecomings Financial, LLC | | | |
| @ $108.493 per day  From 10/26/06 To 11/01/06 | | 650.96 | |
| Yield Spread Premium to Wall Street Mortgage | ($2,424.96) | | |
| 0.00 to Wall Street Mortgage | ($540.00) | | |
| **ESCROW CHARGES** | | | |
| Escrow Fee to New Century Title Company | | 250.00 | |
| **RECORDING FEES:** | | | |
| Recording Fees to New Century Title Company | | 150.00 | |
| **ADDITIONAL CHARGES:** | | | |
| Notary to ASAP Signing Services | | 150.00 | |
| 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | | 1,879.97 | |
| **PAYOFFS:** | | | |
| Payoff to Varris Mortgage solutions | | | |
| $440,953.35  Principal Balance | | 446,171.75 | |
| $5,012.58   Interest to 11-04-2006 | | | |
| $25.00      Demand | | | |
| $119.42     Late Charges | | | |
| $61.40      Recon | | | |
| Payoff to Chase Home Equity | | | |
| $62,158.12  Principal Balance | | 63,465.88 | |
| $393.40     Interest From 10/03/2006 to 10/31/2006 | | | |
| $514.36     Interst till 10-3 | | | |
| $400.00     Pre Payment | | | |
| **TITLE CHARGES:** | | | |
| Lenders Policy to New Century Title Company | | 1,363.00 | |
| Owners Policy to New Century Title Company | | 125.00 | |
| Wire Fees to New Century Title Company | | 25.00 | |
| Messenger / Fed Ex Fees to New Century Title Company | | 60.00 | |
| Sub Totals | | 527,641.56 | 612,000.00 |
| Refund Due Buyer/Borrower | | 84,358.44 | |
| Totals | | $612,000.00 | $612,000.00 |

*COPY*

Printed: 10/26/2006  1:50:57PM

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
SETTLEMENT STATEMENT

New Century Title Company
2105 South Bascom Ave
Suite 135
Campbell, CA 95008
FINAL

B. TYPE OF LOAN
1. ☐ FHA  2. ☐ FMHA  3. ☐ CONV. UNINS.
4. ☐ VA   5. ☐ CONV. INS.

6. ESCROW FILE NUMBER: 72061025-169 SE
7. LOAN NUMBER: 047-119760-8
8. MORTGAGE INSURANCE CASE NUMBER:

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| NAME OF BORROWER: | Walter Olszewski and Bonita Olszewski |
| ADDRESS OF BORROWER: | 104 West Loma Alta Dr, Altadena, CA 91001 |
| NAME OF SELLER: | |
| ADDRESS OF SELLER: | |
| NAME OF LENDER: | Homecomings Financial, LLC |
| ADDRESS OF LENDER: | 1650 Corporate Circle, Ste 100, Petaluma, CA 94954 |
| PROPERTY LOCATION: | 104 West Loma Alta Dr, Altadena, CA 91001, Los Angeles |
| SETTLEMENT AGENT: | New Century Title Company |
| PLACE OF SETTLEMENT: | 2105 South Bascom Ave, Suite 135, Campbell, CA 95008 |
| SETTLEMENT DATE: | 10/27/2006 |
| PRORATION DATE: | |
| FUNDING DATE: | |

CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
New Century Title Company
COPY

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 18,003.93 | 403. | |
| 104. Payoff to Varris Mortgage solu | 446,171.75 | 404. | |
| 105. Payoff to Chase Home Equity | 63,465.88 | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 527,641.56 | 420. Gross Amount Due to Seller | |
| **200. Amounts Paid by or In behalf of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 576,000.00 | 502. Settlement charges to Seller (line 1400) | |
| Homecomings Financial, LLC | 36,000.00 | | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 612,000.00 | 520. Total Reductions in Amount Due Seller | |
| **300. Cash at Settlement from/to Borrower:** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from Borrower (line 120) | 527,641.56 | 601. Gross amount due to Seller (line 420) | |
| 302. Less amount paid by/for Borrower (line 220) | 612,000.00 | 602. Less reductions in amount due Seller (line 52 | |
| 303. Cash TO Borrower: | 84,358.44 | 603. Cash TO/FROM Seller: | 0.00 |

udc.rpt (12/17/2003)

Printed by Stephanie Evans on 10/26/2006 at 01:49:29 PM

| SETTLEMENT CHARGES: | | ESCROW FILE NUMBER: 72061025-169 SE | | |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission: | | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
| Based on Price $ | | | | |
| Division of Commission (line 700) follows: | | | | |
| 701. $ | | | | |
| 702. $ | | | | |
| $ | | | | |
| 703. Commission paid at settlement | | | | |
| 704. | | | | |
| 800. Items Payable In Connection With Loan: | | | | |
| 801. Loan Origination Fee | | | | |
| 802. Loan Discount Fee | | | | |
| 803. Appraisal Fee | | | | |
| 804. Credit Report | | | | |
| 805. Lenders Inspection Fee | | | | |
| 806. Mortgage Insurance Application Fee | | | | |
| 807. Assumption Fee | | | | |
| 808. Processing to Wall Street Mortgage | | | | |
| 809. Broker Origination to Wall Street Mortgage | | | 995.00 | |
| 810. Lender Loan Charge to Homecomings Financial, LLC | | | 11,520.00 | |
| 811. **See attached for breakdown | | | 835.00 | |
| Yield Spread Premium to Wall Street Mortgage | | ($2,424.96) | | |
| Yield Spread Premium to Wall Street Mortgage | | ($540.00) | | |
| 900. Items Required By Lender To Be Paid In Advance: | | | | |
| 901. Interest from 10/26/06 to 11/01/06 @$108.493/day (6 days) | | | 650.96 | |
| 902. Mortgage Insurance Premium | | | | |
| 903. Hazard Insurance Premium | | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. Reserves Deposited With Lender: | | | | |
| 1001. Hazard Insurance | | | | |
| 1002. Mortgage Insurance | | | | |
| 1003. City Property Taxes | | | | |
| 1004. County Property Taxes | | | | |
| 1005. Annual Assessments | | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. AGGREGATE ADJUSTMENT   months @$ | | | | |
| 1100. Title Charges: | | | | |
| 1101. Settlement or closing fee to New Century Title Company | | | 250.00 | |
| 1102. Abstract or title search | | | | |
| 1103. Title examination | | | | |
| 1104. Title insurance binder | | | | |
| 1105. Document preparation | | | | |
| 1106. Notary Fees | | | | |
| 1107. Attorney's Fees | | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance | | | | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's coverage $ 576,000.00 | | | | |
| 1110. Owner's coverage $ | | | 1,363.00 | |
| Lender's coverage $ 36,000.00 | | | 125.00 | |
| Lender's coverage $ | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. **See attached for breakdown | | | 85.00 | |
| 1200. Government Recording and Transfer Charges: | | | | |
| 1201. Recording Fees: Deed$    Mortgage $ 150.00  Release $ | | | 150.00 | |
| 1202. City/County tax/stamps | | | | |
| 1203. State tax/stamps | | | | |
| 1204. City Transfer Tax | | | | |
| 1205. County Transfer Tax | | | | |
| 1206. | | | | |
| 1207. | | | | |
| 1300. Additional Settlement Charges: | | | | |
| 1301. Survey to | | | | |
| 1302. Pest Inspection | | | | |
| 1303. Real Property Taxes | | | | |
| 1304. Home Warranty | | | | |
| 1305. HOA Transfer Fee | | | | |
| 1306. HOA Dues/Fees | | | | |
| 1307. **See attached for breakdown | | | 2,029.97 | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | | | 18,003.93 | 0.00 |

COPY

udc.rpt (12/17/2003)

Printed by Stephanie Evans on 10/26/2006 at 01:49:29 PM

OMB No. 2502-0265

Escrow Number: 7201025-169 SE

## BREAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| Homecomings Financial, LLC, 1650 Corporate Circle, Ste 100, Petaluma, CA 94954, Loan# 04 | 576,000.00 | |
| Homecomings Financial, LLC, 1650 Corporate Circle, Ste 100, Petaluma, CA 94954, Loan# 04 | 36,000.00 | |
| Total of New Loans. | 612,000.00 | |

## HUD 800 ITEMS PAYABLE IN CONNECTION WITH LOAN

| Description | | Buyer Amount | Seller Amount |
|---|---|---|---|
| 12. Broker Fee from HF to broker to Wall Street Mortgage | (Buyer $2,424.96 P.O.C.) | | |
| 13. Broker Fee from HF to broker to Wall Street Mortgage | (Buyer $540.00 P.O.C.) | | |
| Total as shown on HUD Page 2 Line #811. | | 0.00 | |

## HUD 1113 DETAILED BREAKDOWN OF TITLE CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 114. Wire Fees to New Century Title Company | 25.00 | |
| 115. Messenger / Fed Ex Fees to New Century Title Company | 60.00 | |
| Total as shown on HUD Page 2 Line #1113. | 85.00 | |

## HUD 1307 DETAILED BREAKDOWN OF ADDITIONAL SETTLEMENT CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 308. Notary to ASAP Signing Services | 150.00 | |
| 309. 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | 1,879.97 | |
| Total as shown on HUD Page 2 Line #1307. | 2,029.97 | |



# GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

| Borrower: | Creditor: |
|---|---|
| WALTER OLSZEWSKI<br>104 W LOMA ALTA DRIVE<br>ALTADENA, CA 91001 | HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)<br>P.O. BOX 808024<br>PETALUMA, CA 94975-8024 |

Loan Number: 047-119761-6

Date: 10/09/2006

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

LOAN AMOUNT:                                                                    $    36000.00

ITEMIZATION OF PREPAID FINANCE CHARGES:
 809  Broker Fee from HF to Broker to Mortgage Broker
      1.5% (P.O.C.) $540.00 pd by Lender
1101  Settlement or Closing Fee to CLOSING AGENT FEE                 1.00

      TOTAL PREPAID FINANCE CHARGE                                              $        1.00

      AMOUNT FINANCED                                                           $    35999.00

OTHER SETTLEMENT CHARGES:

AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR -
1106  Notary Fee to NOTARY FEE                                      20.00
1201  Recording Fee                                                 35.00

      TOTAL OTHER SETTLEMENT CHARGES                                            $       55.00

      LOAN PROCEEDS                                                             $    35944.00

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property.

We will require (a) particular provider(s) from a list that we control or approve. The specific provider(s) and the actual cost(s) will be disclosed to you at settlement.

I (We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost", unless the loan being applied for is for refinancing the property.
If for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender for any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.



_____    _____
WALTER OLSZEWSKI        Date

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicants: Walter Olszewski

Property Address: 104 W Loma Alta Drive
Altadena, CA 91001

Application No: Olszewski, Walter

Prepared By: WALL ST. MORTGAGE
560 S. WINCHESTER BLVD #500
SAN JOSE, CA 95128
408-938-5761

Date Prepared: 04/12/2006

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| 2.000 % | $ 241,506.22 | $ 576,000.00 | $ 817,506.22 |

☐ REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit

PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payments** | When Payments Are Due Monthly Beginning: | Number of Payments | Amount of Payments | When Payments Are Due Monthly Beginning: | Number of Payments | Amount of Payments** | When Payments Are Due Monthly Beginning: |
|---|---|---|---|---|---|---|---|---|
| 359 | 1,744.28 | | | | | | | |
| 1 | 191,309.70 | | | | | | | |

*COPY*

☐ DEMAND FEATURE: This obligation has a demand feature.
☒ VARIABLE RATE FEATURE: This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

CREDIT LIFE/CREDIT DISABILITY: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature |
|---|---|---|
| Credit Life | | I want credit life insurance. Signature: |
| Credit Disability | | I want credit disability insurance. Signature: |
| Credit Life and Disability | | I want credit life and disability insurance. Signature: |

INSURANCE: The following insurance is required to obtain credit:
☐ Credit life insurance  ☐ Credit disability  ☐ Property insurance  ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☐ If you purchase  ☐ property  ☐ flood insurance from creditor you will pay $ _____ for a one year term.

SECURITY: You are giving a security interest in:
☐ The goods or property being purchased  ☐ Real property you already own.

FILING FEES: $
LATE CHARGE: If a payment is more than _____ days late, you will be charged _____ % of the payment
PREPAYMENT: If you pay off early, you
☐ may  ☐ will not  have to pay a penalty.
☐ may  ☐ will not  be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
☐ may  ☐ may, subject to conditions  ☐ may not  assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties
☐ * means an estimate  ☐ all dates and numerical disclosures except the late payment disclosures are estimates.

* NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

_____  9/29/2006                       _____
Walter Olszewski  (Applicant)  (Date)                          (Applicant)  (Date)

_____                                  _____
(Applicant)  (Date)                                            (Applicant)  (Date)

_____
(Lender)  (Date)

# GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

| | |
|---|---|
| Borrower:<br>WALTER OLSZEWSKI<br>104 W LOMA ALTA DRIVE<br>ALTADENA, CA 91001 | Creditor:<br>HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)<br>P.O. BOX 808024<br>PETALUMA, CA 94975-8024 |
| Loan Number: 047-119760-8 | Date: 10/09/2006 |

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

LOAN AMOUNT:                                                                     $  576000.00

ITEMIZATION OF PREPAID FINANCE CHARGES:
 809  Broker Fee from HF to Broker to Mortgage Broker
      3.25% (P.O.C.) $18720.00 pd by Lender
 810  LENDER LOAN CHARGE TO HFN                                           835.00
 811  BROKER PROCESSING FEE                                               995.00
 901  Prepaid Interest for (11/01/2006 - 12/01/2006)                      946.85
1101  Settlement or Closing Fee to CLOSING AGENT FEE                      250.00

      TOTAL PREPAID FINANCE CHARGE                                                $    3026.85

      AMOUNT FINANCED                                                             $  572973.15

OTHER SETTLEMENT CHARGES:

AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR -
1106  Notary Fee to NOTARY FEE                                            100.00
1108  Title Insurance to TITLE                                           1680.00
1201  Recording Fee                                                        75.00

      TOTAL OTHER SETTLEMENT CHARGES                                              $    1855.00

      LOAN PROCEEDS                                                               $  571118.15

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property.

We will require (a) particular provider(s) from a list that we control or approve. The specific provider(s) and the actual cost(s) will be disclosed to you at settlement.

I (We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost", unless the loan being applied for is for refinancing the property.
If for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender for any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.



_____         _____
WALTER OLSZEWSKI        Date

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**Borrower:**
WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

**Creditor:**
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA 94975-8024

Loan Number: 047-119760-8

Date: 10/09/2006

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 8.2507% | $1,428,680.77 | $572,973.15 | $2,001,653.92 |

Your payment schedule will be:

| No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin |
|---|---|---|---|---|---|---|---|---|
| 12 | 1744.28 | 01/01/2007 | | | | | | |
| 12 | 1875.10 | 01/01/2008 | | | | | | |
| 12 | 2015.73 | 01/01/2009 | | | | | | |
| 2 | 2166.91 | 01/01/2010 | | | | | | |
| 321 | 4782.04 | 03/01/2010 | | | | | | |
| 1 | 394663.94 | 12/01/2036 | | | | | | |

COPY

VARIABLE RATE: Your loan contains a variable-rate feature. Disclosures about the variable-rate feature have been provided to you earlier.

INSURANCE: The following insurance is required to obtain credit: * Property You may obtain the insurance from anyone that is acceptable to creditor.

SECURITY: You are giving a security interest in real property you already own. Property Address: 104 W LOMA ALTA DRIVE, ALTADENA, CA 91001

LATE CHARGE: If a payment is more than 15 days late, you will be charged 5 % of the overdue payment of principal and interest.

PREPAYMENT: If you pay off your loan early, * You may have to pay a penalty. * You will not be entitled to a refund of part of the finance charge.

ASSUMPTION: Someone buying your property may assume the remainder of your loan on the original terms.

All dates and numerical disclosures except the late payment disclosures are estimates.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

_____      _____
WALTER OLSZEWSKI              Date

# NEW CENTURY TITLE COMPANY
2105 South Bascom Ave, Suite 135, Campbell, CA 95008
(800) 923-8923

## BUYERS/BORROWERS CLOSING STATEMENT
### Estimated

Buyer/Borrower: Walter Olszewski
Bonita Olszewski

Escrow No: 72061025-169 SE
Close Date:
Proration Date:
Date Prepared: 10/20/2006
Reference #1:
Reference #2:

Property: 104 West Loma Alta Dr
Altadena, CA 91001

| Description | Debit | Credit |
|---|---|---|
| **NEW AND EXISTING ENCUMBRANCES:** | | |
| Refinance from Homecomings Financial Network | | |
| Refinance from Homecomings Financial Network | | 576,000.00 |
| **NEW LOAN CHARGES:** | | 36,000.00 |
| Processing to Wall Street Mortgage | | |
| Broker Origination to Wall Street Mortgage | 995.00 | |
| Lender Loan Charge to Homecomings Financial Network | 11,520.00 | |
| Prepaid Interest to Homecomings Financial Network | 835.00 | |
| @ $108.493 per day    From 10/25/06 To 11/01/06 | 759.45 | |
| **ESCROW CHARGES** | | |
| Escrow Fee to New Century Title Company | 250.00 | |
| **RECORDING FEES:** | | |
| Recording Fees to New Century Title Company | 150.00 | |
| **ADDITIONAL CHARGES:** | | |
| Notary to ASAP Signing Services | 150.00 | |
| 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | 1,879.97 | |
| **PAYOFFS:** | | |
| Payoff to Varris Mortgage solutions | 446,171.75 | |
| $440,953.35  Principal Balance | | |
| $5,012.58  Interest to 11-04-2006 | | |
| $25.00  Demand | | |
| $119.42  Late Charges | | |
| $61.40  Recon | | |
| Payoff to Chase Home Equity | 63,465.88 | |
| $62,158.12  Principal Balance | | |
| $393.40  Interest From 10/03/2006 to 10/31/2006 | | |
| $514.36  Interst till 10-3 | | |
| $400.00  Pre Payment | | |
| **TITLE CHARGES:** | | |
| Lenders Policy to New Century Title Company | 1,363.00 | |
| Owners Policy to New Century Title Company | 125.00 | |
| Wire Fees to New Century Title Company | 25.00 | |
| Messenger / Fed Ex Fees to New Century Title Company | 60.00 | |
| Sub Totals | 527,750.05 | 612,000.00 |
| Refund Due Buyer/Borrower | 84,249.95 | |
| Totals | $612,000.00 | $612,000.00 |

COPY

_____
Walter Olszewski

_____
Bonita Olszewski

Printed: 10/20/2006 10:49:25AM

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

Borrower:
WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

Loan Number: 047-119760-8

Creditor:
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA 94975-8024

Date: 10/18/2006

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of payments  The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.9224% | $884,451.25 | $572,973.15 | $1,457,424.40 |

Your payment schedule will be:

| No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin |
|---|---|---|---|---|---|---|---|---|
| 120 | 3300.00 | 01/01/2007 | | | | | | |
| 239 | 4422.61 | 01/01/2017 | | | | | | |
| 1 | 4420.61 | 12/01/2036 | | | | | | |


COPY

INSURANCE: The following insurance is required to obtain credit: * Property
You may obtain the insurance from anyone that is acceptable to creditor.

SECURITY: You are giving a security interest in real property you already own.
Property Address: 104 W LOMA ALTA DRIVE, ALTADENA, CA 91001

LATE CHARGE: If a payment is more than 15 days late, you will be charged 5 % of the overdue payment of principal and interest.

PREPAYMENT: If you pay off your loan early,  * You will not have to pay a penalty.
* You will not be entitled to a refund of part of the finance charge.

ASSUMPTION: Someone buying your property cannot assume the remainder of your loan on the original terms.

All dates and numerical disclosures except the late payment disclosures are estimates.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

_____          _____
WALTER OLSZEWSKI              Date

# GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

**Borrower:**  
WALTER OLSZEWSKI  
104 W LOMA ALTA DRIVE  
ALTADENA, CA 91001  

**Creditor:**  
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)  
P.O. BOX 808024  
PETALUMA, CA 94975-8024  

Loan Number: 047-119760-8  

Date: 10/18/2006  

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

LOAN AMOUNT: $ 576000.00

ITEMIZATION OF PREPAID FINANCE CHARGES:
- 809  Broker Fee from HF to Broker to Mortgage Broker 0.421% (P.O.C.) $2424.96 pd by Lender
- 810  LENDER LOAN CHARGE TO HFN                            835.00
- 811  BROKER PROCESSING FEE                                995.00
- 901  Prepaid Interest for (11/01/2006 - 12/01/2006)       946.85
- 1101 Settlement or Closing Fee to CLOSING AGENT FEE       250.00

TOTAL PREPAID FINANCE CHARGE                         $    3026.85

AMOUNT FINANCED                                      $  572973.15

OTHER SETTLEMENT CHARGES:

AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR -
- 1106 Notary Fee to NOTARY FEE                            100.00
- 1108 Title Insurance to TITLE                           1680.00
- 1201 Recording Fee                                        75.00

TOTAL OTHER SETTLEMENT CHARGES                       $    1855.00

LOAN PROCEEDS                                        $  571118.15

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property.

We will require (a) particular provider(s) from a list that we control or approve. The specific provider(s) and the actual cost(s) will be disclosed to you at settlement.

I (We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost", unless the loan being applied for is for refinancing the property.
If for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender for any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.



_____  _____
WALTER OLSZEWSKI         Date

**Homecomings Financial**
*A GMAC Company*

## Is Your Contact Information Correct?

Home Phone Number: 626-399-7776
Borrower 1 Work Phone Number: Not on File, Please Provide
Mailing Address: 104 W Loma Alta Dr, Altadena CA 91001-3933

Our customer service center can respond more quickly and accurately to any questions or concerns you encounter during the life of your loan, if we have your correct contact information. If any of this information needs to be updated, please use the form on the back of the coupon or log on to www.homecomings.com. We appreciate your assistance!

+ 0126422 000122574 09HWCA 0932798 P258

SX0268-00A

Pay online: www.homecomings.com

---

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**
**PLEASE INCLUDE LOAN NUMBER ON YOUR CHECK**

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

Pay online: www.homecomings.com
Loan Number: 0471197608
Payment Due: 1st of the month

Total Amount Due $3,300.00
Late fee assessed after the 16th

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

If sending more than total amount due, please show how it should be applied and the total amount enclosed.

| | |
|---|---|
| Total Amount Due | $_____ |
| +Additional Principal | $_____ |
| +Additional Escrow | $_____ |
| +Future or Partial Payment(s) | $_____ |
| =Total Amount Enclosed | $_____ |

 COPY

0471197608    00019800   00330000

---

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**
**PLEASE INCLUDE LOAN NUMBER ON YOUR CHECK**

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

☐ Check here and complete form on reverse side if your address or other information has changed.

Pay online: www.homecomings.com
Loan Number: 0471197608
Payment Due: 1st of the month

Total Amount Due $3,300.00
Late fee assessed after the 16th

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

If sending more than total amount due, please show how it should be applied and the total amount enclosed.

| | |
|---|---|
| Total Amount Due | $_____ |
| +Additional Principal | $_____ |
| +Additional Escrow | $_____ |
| +Future or Partial Payment(s) | $_____ |
| =Total Amount Enclosed | $_____ |

0471197608    00019800   00330000