Exhibit 14

B 10 (Official Form 10) (12/12)

| UNITED STATES BANKRUPTCY COURT  Southern District of New York | **PROOF OF CLAIM** |

**First Amended**

| Name of Debtor:  In re: Residential Capital LLC, et al. | Case Number:  12-12019-12040, 12-12042-12066, 12-12068-12071 (MG) |

**RECEIVED**

**MAR 0 4 2013**

**KURTZMAN CARSON CONSULTANTS**

**COURT USE ONLY**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as trustee of certain mortgage-backed securities trusts, and certain affiliates

☒ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:
Morgan, Lewis & Bockius LLP
Attention: John M. Rosenthal
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone number: (415) 442-1346    email: jrosenthal@morganlewis.com

**Court Claim Number:** Unknown
*(If known)*

Filed on: February 28, 2013

Name and address where payment should be sent (if different from above):
Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas
Global Transaction Banking, Trust & Agency Services
Attention: Ronaldo Reyes, Vice President
1761 East St. Andrew Place, Santa Ana, CA 92705-4934
Telephone number: (714) 247-6320    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:  $ See attached addendum

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: See attached addendum
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as:  (See instruction #3a) | 3b. Uniform Claim Identifier (optional):  (See instruction #3b) |

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☒ Other
Describe:

Value of Property: $ See attached addendum

Annual Interest Rate_____% ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: See attached addendum

Amount of Secured Claim: $ See attached addendum

Amount Unsecured: $ See attached addendum

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(2).

Amount entitled to priority:
$ See attached addendum

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits. The amount of all payments on this claim has been credited for the purpose of maki



121202013030100000000027

B 10 (Official Form 10) (12/12)                                                                                                                    2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

**RECEIVED**

If the documents are not available, please explain:  See attached addendum

MAR 0 4 2013

**8. Signature:** (See instruction #8)

**KURTZMAN CARSON CONSULTANTS**

Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Ronaldo Reyes
Title:  Vice President
Company:  Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas
Address and telephone number (if different from notice address above):
Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas
Global Transaction Banking, Trust & Agency Services
1761 East St. Andrew Place, Santa Ana, CA 92705-4934
Telephone number: (714) 247-6320    email: ronaldo.r.reyes@db.com          (Signature)          2/25/13 (Date)

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided in this claim is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

# Morgan Lewis
COUNSELORS AT LAW

**Julia Engel**
Associate
212.309.6611
jengel@morganlewis.com

March 1, 2013

<u>VIA HAND DELIVERY</u>

Residential Capital LLC Processing Center
c/o United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:    In re Residential Capital, LLC, et al., Debtors
                 Chapter 11, Case No. 12-12020 (MG)

Dear Sir/Madam:

      Enclosed please find an original and one copy of a first amended proof of claim, which is being filed on behalf of Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas. The initial proof of claim on behalf of Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas was filed c/o Kurtzman Carson Consultants LLC on February 28, 2013.

      Please file stamp the copy provided and return same to me. If you have any questions, please do not hesitate to contact me.

                        Sincerely,

                        Julia Engel

JE/le
Encs.

## ADDENDUM TO FIRST AMENDED PROOF OF CLAIM OF DEUTSCHE BANK NATIONAL TRUST COMPANY AND DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE, INDENTURE TRUSTEE, SECURITIES ADMINISTRATOR, CO-ADMINISTRATOR, PAYING AGENT, CUSTODIAN, GRANTOR TRUSTEE AND OTHER AGENCY CAPACITIES

      1.      This proof of claim ("Proof of Claim") is asserted by Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas in their capacity as trustee and/or indenture trustee, securities administrator, co-administrator, paying agent, custodian, grantor trustee and/or other similar agencies (in any such capacity, the "Trustee") in respect of certain RMBS Trusts (as defined in paragraph 4 below) for itself in such capacities and on behalf of such RMBS Trusts (collectively, the "Claimant"), against one or more of the debtors in these jointly administered cases (collectively, the "Debtors"), as set forth on Schedule A attached hereto.

      2.      The obligations of the various Debtors to the Claimant are set forth in, and arise out of, one or more pooling and servicing agreements, highly integrated sets of "servicing agreements," mortgage loan purchase agreements, deposit trust agreements, trust agreements, indentures, asset sale agreements, depositor sale agreements, administration agreements, yield maintenance agreements, prospectuses and other ancillary transaction documents (collectively, the "Claimant Transaction Documents"). Pursuant to the Claimant Transaction Documents, one or more of the Debtors is obligated to the Claimant in various capacities, including as originator, seller, underlying seller, loan seller, sponsor, depositor, limited repurchase right holder, purchaser, company and similar capacities (in any such capacity, the "Seller"), and as servicer, subservicer, underlying servicer, master servicer, administrator, co-administrator, custodian, back up servicer, HELOC master servicer, depositor with regard to the NIM Trusts (as defined

below in paragraph 18), issuer with regard to the NIM Trusts and similar capacities (in any such capacity, the "Servicer").

## Chapter 11 Case Background

### Bar Date Order

3.    Pursuant to the General Bar Date Order,[1] the Bankruptcy Court set November 9, 2012 as the general deadline for filing proofs of claim against the Debtors (the "General Bar Date"). The Bankruptcy Court subsequently extended the General Bar Date to November 16, 2012 at 5:00 p.m. (prevailing Eastern Time)[2]. Pursuant to paragraph 8 of the General Bar Date Order, proofs of claim asserting claims resulting from the Debtors' rejection of executory contracts and unexpired leases must be filed by the later of the General Bar Date and thirty (30) days after the entry of an order of rejection (unless the order of rejection provides otherwise).

### Claims Stipulations

4.    Pursuant to the Claims Stipulations,[3] the Trustee, in respect of the RMBS Trusts for which it acts as Trustee, and Deutsche Bank National Trust Association, Deutsche Bank Trust Company Americas, The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., Wells Fargo Bank, N.A., and Law Debenture Trust Company of New York (collectively with the Trustee, in their respective capacities as trustees, indenture trustees, securities administrators, and/or master servicers and other agency capacities, the "RMBS Trustees"), each generally in respect of certain mortgage backed securities trusts, whole loan servicing agreements, other trusts, NIM Trusts, and similar arrangements for which at least one

---

[1] *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* dated August 29, 2012 (Docket No. 1309) (the "General Bar Date Order").
[2] *Order Extending Deadline for Filing Proofs of Claim* dated November 7, 2012 (Docket No. 2093).
[3] *Stipulation and Order Permitting Certain Parties to File Proofs of Claim After the Bar Date* dated November 6, 2012 (Docket No. 2095) and the *Stipulation and Order Permitting Law Debenture Trust Company of New York to File Proofs of Claim after the Bar Date* dated November 16, 2012 (Docket No. 2194) (together, the "Claims Stipulations").

of the RMBS Trustees acts (the "RMBS Trusts") agreed with the Debtors that all claims of each

RMBS Trustee on behalf of itself and on behalf of the applicable RMBS Trusts could be asserted

by each of the RMBS Trustees in a single proof of claim. Pursuant to the Claims Stipulations,

each RMBS Trustee's single proof of claim would constitute the filing of proofs of claim in each

of the applicable Debtors' cases so long as each proof of claim sets forth against each specific

Debtor, on a trust-by-trust basis, the amount of such claim (or whether the claim is contingent

and/or unliquidated), and the capacity in which the RMBS Trustee is acting in asserting the

claim. The Claims Stipulations further provide that no documentation in support of each proof

of claim need be filed, and that each proof of claim must be filed on or before March 1, 2013.

**9019 Motion**

5.      On June 11, 2012, the Debtors filed their 9019 Motion,[4] as subsequently

supplemented. In the 9019 Motion, the Debtors seek entry of an order approving the

compromise and settlement (the "Repurchase Settlements") of potential mortgage cure,

repurchase and substitution claims (the "Buyback Claims") and other Representations and

Warranties Claims (as defined in paragraph 29 below) against the Debtors held by certain of the

RMBS Trusts (the "Settlement Trusts"), which, if approved by the Bankruptcy Court, would be

offered to the Settlement Trusts.

6.      Pursuant to the Repurchase Settlements, the Settlement Trusts would be granted

an allowed aggregate claim of up to $8.7 billion against those Debtors that acted as Sellers of

mortgage loans (the "Allowed Repurchase Claim"). Under the Repurchase Settlements, the

Allowed Repurchase Claim would be allocated among the Settlement Trusts that accept the

---

[4] *Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* (Docket No. 320), as supplemented by the *Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* (Docket No. 1176) and the *Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* (Docket No. 1887) (collectively, the "9019 Motion").

Repurchase Settlements in accordance with certain formulas set forth in the Repurchase

Settlements (as such formulas may be revised, the "Claim Allocation Methodology").

**Final Servicing Order**

      7.      Pursuant to the Final Servicing Order,[5] the Bankruptcy Court directed the Debtors

to continue to perform their servicing obligations in connection with the RMBS Trusts. As set

forth in paragraph 18 of the Final Servicing Order, such obligations include, among other things,

reimbursing, indemnifying, defending and holding harmless the RMBS Trustees (in their

capacities as trustees) and the RMBS Trusts for any liability, loss, or reasonable fees, costs or

expenses (including fees and disbursements of the RMBS Trustees' counsel and agents) incurred

by the RMBS Trustees in performance of their duties under, and their administration of, the

RMBS Trusts or other agencies under the transaction documents relating to the RMBS Trusts

(collectively with the Claimant Transaction Documents, the "RMBS Trust Transaction

Documents") to the extent required by the RMBS Trust Transaction Documents (the "RMBS

Trustee Expense Claims"). The Final Servicing Order provides that RMBS Trustee Expense

Claims are to be paid as administrative expense claims under Section 503(b) of the Bankruptcy

Code, although the Debtors, the Creditors Committee and the United States Trustee have thirty

(30) days after the submission of each invoice for an RMBS Trustee Expense Claim to object to

such claim on the basis of reasonableness.

---

[5] *Final Supplemental Order under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed, and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses* dated July 13, 2012 (Docket No. 774) (the "Final Servicing Order").

**Sale Order**

8.      On November 21, 2012, the Bankruptcy Court entered the Sale Order[6] pursuant to

which the Court approved the sale (the "Sale") of the Debtors' servicing platform to Ocwen

Loan Servicing, LLC ("Ocwen"), including the Debtors' Servicing Obligations (as defined in

paragraph 30 below) with respect to the RMBS Trusts.  Among other things, the Sale Order

authorizes the Debtors to assume and assign to Ocwen only the Debtors' Servicing Obligations

(the "Servicing Agreements") under any applicable contracts, but not any obligations of the

Debtors to the RMBS Trusts with respect to the origination and sale of mortgage loans including,

but not limited to, provisions containing Buyback Claims (the "Origination-Related Provisions").

9.      Paragraph 22 of the Sale Order provides that the RMBS Trustees in their

capacities as trustees or indenture trustees may assert any cure claims the RMBS Trusts may

have relating to pooling and servicing agreements, mortgage loan purchase agreements,

indentures, servicing agreements and/or trust agreements assumed and assigned in connection

with the Sale (including, without limitation, any claim arising from any argument that the

Debtors did not effectively sever the Origination-Related Provisions or that such provisions are

not otherwise severable in accordance with applicable law in either case solely as it relates to

such claims (the "RMBS Trust Cure Claims").  The RMBS Trust Cure Claims shall be reserved,

and to the extent allowed, shall have administrative expense priority, subject to the terms and

conditions provided in the Scheduling Order (as defined in paragraph 13 below).

10.     Paragraph 35.C of the Sale Order provides that, subject to the terms and

conditions of the Scheduling Order, the Debtors shall not be relieved of any liability for, and the

---

[6] *Order under 11 U.S.C. §§ 105, 363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9019(I) Approving
(A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of
Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (C) Assumption and
Assignment of Certain Executory Contracts and Unexpired Leases thereto, (D) Related Agreements; and
(II) Granting Related Relief* (Docket No. 2246) (the "Sale Order").

RMBS Trusts may assert claims against the Debtors for, any losses or liabilities suffered prior to the date of the closing of the Sale (the "Sale Closing Date"), or which may be suffered after the Sale Closing Date, by the RMBS Trusts as a result of any acts or omissions of the Debtors before the Sale Closing Date (any such claims that may be asserted against the Debtors pursuant to paragraph 35.C of the Sale Order, the "Servicing Damage Claims"). Servicing Damage Claims may be asserted as administrative expense claims by the RMBS Trustees subject to the terms of the Final Servicing Order within the time period for the assertion of cure claims as provided in the Scheduling Order.

11.     Paragraph 36 of the Sale Order provides that, subject to the terms of the Scheduling Order, the Debtors shall not be relieved of any liability for, and the RMBS Trustees in their capacities as master servicers of any of the RMBS Trusts may assert claims against the Debtors for, any losses or liability suffered by such RMBS Trusts prior to the Sale Closing Date, or which may be suffered after the Sale Closing Date, as a result of any acts or omissions of the Debtors before the Sale Closing Date (any such losses or liability, the "Servicing Loss Claims") as administrative expense claims, subject to the Final Servicing Order and that such servicing loss claims shall be asserted within the time period for the assertion of cure claims as provided by the Scheduling Order.

12.     RMBS Trust Cure Claims, Servicing Damage Claims, and Servicing Loss Claims are referred to herein for convenience as "Cure Claims."

**Scheduling Order**

13.     The Scheduling Order[7] provides, among other things, that the RMBS Trusts must file a notice of any alleged RMBS Trust Cure Claims no later than sixty (60) days after the Sale

---

[7] *Fourth Revised Joint Omnibus Scheduling Order and Provisions for other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements*, dated December 27, 2012

Closing Date (the "Cure Claim Deadline"),[8] provided, however, that if an order has not been entered with respect to the 9019 Motion on or before the Sale Closing Date, the Settlement Trusts, whether or not they have accepted or rejected the Repurchase Settlements, shall have until sixty (60) days (the "9019 Cure Claim Deadline") after the entry of an order approving or disapproving the 9019 Motion to assert cure claims solely related to any Origination-Related Provisions (the "Origination Related Cure Claims").[9]

14.    Pursuant to the Scheduling Order, all RMBS Trust Cure Claims shall have administrative expense priority except to the extent they exceed the proceeds of the Sale that are attributable to (a) the mortgage servicing rights under the RMBS Trust Transaction Documents for each RMBS Trust (i.e., each RMBS Trust's allocable portion of the mortgage servicing rights included in the price of the servicing platform) and (b) any unpaid reimbursements for servicer advances owing to the Debtors arising under an RMBS Trust Transaction Document that are subject to an RMBS Trust's valid rights of set off or recoupment.

15.    In addition, the Origination-Related Cure Claims of the Settlement Trusts shall have administrative expense priority except to the extent that, in the aggregate, they exceed the product of (a) the lesser of the aggregate Sale proceeds for all Settlement Trusts or $600 million, multiplied by (b) the percentage represented by (i) the total dollar amount of unpaid principal balance for the Settlement Trusts that do not accept the Repurchase Settlements, divided by (ii) the total dollar amount of unpaid principal balance for all Settlement Trusts, in each case as of the Sale Closing Date.

---

(Docket No. 2528), which amended the *Revised Scheduling Order* (Docket No. 928), the *Second Revised Scheduling Order* (Docket No. 1551) and the *Third Revised Scheduling Order* (Docket No. 1926) (collectively, the "Scheduling Order").

[8]    The Sale Closing Date occurred on February 15, 2013 and pursuant to the Scheduling Order, the Cure Claim Deadline is April 16, 2013.

[9]    The 9019 Cure Claim Deadline cannot be determined at this time as the hearing on the 9019 Motion is scheduled to begin on March 18, 2013 and no order approving or disapproving the 9019 Motion has yet been entered.

16.     To the extent that any allowed RMBS Trust Cure Claims or Origination-Related Cure Claims exceed the limitations set forth above in paragraphs 14 and 15, any excess amount shall be treated as general unsecured claims.

**Final DIP Financing Order**

17.     Pursuant to the Final DIP Order[10], the RMBS Trustees, as trustees, indenture trustees, and master servicers, were granted a superpriority administrative claim pursuant to Bankruptcy Code Section 507(b) to the extent of any diminution in value of their valid setoff rights under Section 553 of the Bankruptcy Code caused as a result of the satisfaction of any amounts the RMBS Trusts owed to the Debtors in respect of unpaid reimbursements for advances made by the Debtors (the "Debtor Receivables") as of the filing dates of the Debtors' chapter 11 cases (the "Petition Date"). With respect to the RMBS Trustees' rights of setoff against Debtor Receivables generated post-petition and rights of recoupment, the RMBS Trustees' rights are preserved, with the exercise of any such rights postponed until the full repayment of the DIP Obligations (as defined in the Final DIP Order).

<strong>Background</strong>

**Debtors as Sellers**

18.     The RMBS Trusts in respect of which this Proof of Claim is filed hold assets that are comprised of, among other things, with respect to certain of the RMBS Trusts, pools of mortgage loans and, with respect to those RMBS Trusts that are net interest margin trusts (the "NIM Trusts"), certificates issued by certain RMBS Trusts ("RMBS Certificates").

---

[10] *Final Order Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 and 6004 (I) Authorizing Debtors (A) to Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables and (B) to Obtain Post Petition Financing on a Secured Superpriority Basis, and (ii) Granting Related Relief* dated June 25, 2012 (Docket No. 490) (the "Final DIP Order").

19.    Typically, under the RMBS Trust Transaction Documents, a seller (in some

instances, one or more of the Debtors) sells, directly or indirectly to a depositor (in some

instances, one or more of the Debtors) mortgage loans that were originated or otherwise acquired

by the seller.  Under transactions involving pooling and servicing agreements and similar

agreements, the depositor pools the mortgage loans and transfers them into one or more RMBS

Trusts.  With respect to transactions represented by an indenture, the interest in the pools of

mortgage loans and related agreements are transferred to another trust ("Other Trust") acting as a

special purpose vehicle.

20.    Each RMBS Trustee, in its capacity as trustee on behalf of the applicable RMBS

Trust holds all right, title and interest to the pool of mortgage loans under the RMBS Trust

Transaction Documents for the benefit of the applicable holders of the RMBS Certificates (the

"RMBS Holders").

21.    Each RMBS Trustee, in its capacity as indenture trustee for a RMBS Trust, is

granted a lien on the Other Trusts' assets, which include contract rights and mortgage loan pools,

for the benefit of the holders of the debt securities issued pursuant to the indenture (the "Debt

Securities Holders," and together with the RMBS Holders, the "Securities Holders").

22.    With regard to the mortgage loans that it transfers to the depositor, the Seller

makes numerous representations, warranties and covenants (the "Trust Mortgage Loan

Representations and Warranties").  The Trust Mortgage Loan Representations and Warranties

vary based on the specific RMBS Trust Transaction Documents, but typically pertain to, among

other things: (a) the standards and practices used in underwriting each mortgage loan; (b) the

creditworthiness of the borrowers on the mortgage loans; (c) the percentage of a mortgage pool

which has certain characteristics, such as owner-occupancy and documentation type; (d) the

disclosure of information on the mortgage loan tapes; (e) the completeness of each mortgage

loan file; (f) the origination of the loans in accordance with applicable federal and state laws;

and/or (g) various characteristics of each specific mortgage loan such as loan-to-value ratio,

debt-to-income ratio, lien position and whether the property mortgaged is owner-occupied.

23.    Generally, if a defect with respect to the Trust Mortgage Loan Representations

and Warranties is discovered in any mortgage file that may adversely affect the value of the

related mortgage loan, the interests of the RMBS Trustee (as legal owner or pledgee of the

mortgage loans) or the Securities Holders, the Seller is required to cure such defect, repurchase

the defective mortgage loan, or, subject to certain conditions, substitute a complying mortgage

loan for the defective mortgage loan.

24.    In addition, the Sellers or Servicers make other representations and warranties

including, but not limited to representations and warranties related to their due authorization and

corporate authority ("Trust Other Representations and Warranties," and together with the Trust

Mortgage Loan Representations and Warranties, the "Trust Representations and Warranties").

25.    The Seller provides indemnities to the depositor and agrees to reimburse the

expenses of certain transaction parties, including the RMBS Trustee as trustee of the RMBS

Trusts or as indenture trustee.  When the depositor transfers the pools of mortgage loans to the

RMBS Trust or Other Trust, it also assigns all of its rights in the mortgage loans and under the

mortgage loan purchase agreements and other applicable agreements, including the Trust

Representations and Warranties, indemnities, and reimbursement obligations to the RMBS

Trustee, as trustee or indenture trustee on behalf of the Trusts.

26.    Unlike those RMBS trusts that directly own the mortgage loans, the assets of a

NIM Trust consist of, among other things, RMBS Certificates.  With respect to the NIM Trusts,

certain RMBS Holders, including one or more of the Debtors, as sellers, sell, transfer and assign

their interest in and to their RMBS Certificates to the NIM Trust, typically through a depositor.

To pay for the rights to the RMBS Certificates, securities are issued (including, for example,

notes, owner trust certificates and preference shares) (the "NIM Certificates," and collectively

with the RMBS Certificates and the Debt Securities, the "Certificates") to investors (the "NIM

Holders," and together with the Securities Holders, the "Holders"), which are the beneficiaries of

the NIM Trusts.  The NIM Holders are entitled, in accordance with the terms of the NIM RMBS

Trust Transaction Documents, to receive principal and interest on their NIM Certificates from

the income stream generated and secured by the RMBS Certificates that are owned by the NIM

Trusts.

27.    Under the NIM RMBS Trust Transaction Documents, the seller (including in

most instances, the depositor) of the RMBS Certificates makes certain representations,

warranties and covenants with respect to, among other things, its corporate standing and the

RMBS Certificates (the "NIM Representation and Warranties," and together with the Trust

Representation and Warranties, the "Representation and Warranties") and provides indemnities

to, and agrees to reimburse the expenses of, among others, the NIM RMBS Trustee.  Breaches of

the Debtors' NIM Representations and Warranties can result in the Debtors' having certain cure

and repurchase obligations pursuant to the NIM RMBS Trust Transaction Documents relating to

the transferred RMBS Certificates.

28.    In connection with the RMBS Trusts, one or more of the Debtors, acting as Seller

(*e.g.*, *inter alia*, as originators, sellers and/or depositors), sold, either directly or indirectly,

mortgage loans into the related RMBS Trusts and sold RMBS Certificates to the NIM Trusts and

acted as a depositor with respect to RMBS Certificates.

29.     The Trustee, (a) as the trustee of a RMBS Trust, holds, on behalf of the RMBS Trusts, all right, title and interest in the mortgage loans assigned to the RMBS Trusts, (b) as indenture trustee for the Other Trusts, holds a lien on the mortgage loans assigned to the Other Trusts, and, (c) as a trustee of a NIM Trust, holds all right, title and interest in the RMBS Certificates transferred to the NIM RMBS Trustee on behalf of the NIM Trust.  In each case, certain Debtor entities made Representations and Warranties, including, where applicable, Trust Mortgage Loan Representations and Warranties, and provided certain indemnities and reimbursement rights, which Representations and Warranties, indemnities and reimbursement rights were ultimately assigned to the RMBS Trusts pursuant to the RMBS Trust Transaction Documents.  Breaches by one or more of the Debtors of such indemnification obligations, reimbursement rights, and Representations and Warranties, including, where applicable, Trust Mortgage Loan Representations and Warranties, have given, and may in the future give, rise to claims (the "Representations and Warranties Claims") by the RMBS Trusts and have triggered claims for indemnification rights to reimbursement for, *inter alia*, fees and expenses incurred by the RMBS Trusts, all of which is indicated for the RMBS Trusts on a trust-by-trust basis on Schedule A hereto.

**Debtors as Servicers**

30.     Pursuant to the RMBS Trust Transaction Documents, one or more Debtor entities acts or has acted as servicer for some or all of the mortgage loans held by the RMBS Trusts.  As such, the applicable Debtor or Debtors were or are responsible for servicing and administering the mortgage loans on behalf of the RMBS Trusts (as such responsibilities are further described below, the "Servicing Obligations").

31.     Under the RMBS Transaction Documents, such Servicing Obligations include, but are not limited to, the following:

A.    to provide monthly servicer reports to the RMBS Trustees which include notification of any defaults in the underlying mortgage loans;

B.    to properly advance funds, including to pay all applicable taxes and assessments to the appropriate taxing authority on the entire pool of mortgage loans and to cover any shortfalls from delinquent payments, deposits, reimbursements, remittances, credits, allocations and appropriations;

C.    to enforce all terms and conditions of the mortgage loans, which includes foreclosure;

D.    to give notice of and enforce Buyback Claims and other Representations and Warranties Claims;

E.    to repurchase or substitute defective loans;

F.    to perform all indemnification obligations and defense obligations covering all of the RMBS Trust's and the RMBS Trustee's liability, loss, cost and expense arising from or related to breaches of the servicing or reporting obligations – including fees and expenses, including but not limited to the RMBS Trustee's legal fees, and other costs relating to any transfer of the Debtors' obligations to a successor servicer or otherwise;

G.    to execute, deliver, file and record the necessary documents with respect to the satisfaction and discharge of mortgages, and registrations with MERS (Mortgage Electronic Registration Systems, Inc., a system utilized in connection with the registration and tracking of mortgage loans);

H.    to coordinate and monitor mortgage loan remittances from mortgagors and other remittances relating to the assets, segregating such funds and avoiding any commingling of funds;

I.    to maintain proper levels of coverage on hazard insurance, flood insurance, mortgage insurance, title insurance, fidelity bonds and errors and omissions insurance policies;

J.    to maintain all required licenses, approvals, registrations, permits or other authorizations granted by the applicable Governmental Authority or Mortgage Program Sponsor, such as HUD, Fannie Mae, Freddy Mac, Ginnie Mae;

13

K.    to provide accurate loan data, remittance advances, reports on defaulted trust assets, mortgage loans, certificates and any necessary supporting documentation, as applicable, maintain appropriate records and files, and provide notice of any event (including defaults) that will adversely affect the RMBS Trustees, the RMBS Trusts or the Holders;

L.    to supervise any and all subservicers that it may contract with, remain obligated and liable for its own conduct or the conduct of subservicers;

M.    to perform obligations related to leases of mortgage loans;

N.    to satisfy any reporting requirements to the SEC and other agencies and to the extent necessary under the Servicing Agreements, provide data to the SEC and other agencies;

O.    to make any and all credits, allocations, remittances, reimbursements of funds according to the procedures set forth in the Servicing Agreements;

P.    to act in good faith and comply with the applicable servicing standard of care as set forth in the Servicing Agreements;

Q.    to comply with all terms of the Servicing Agreements and compensate the RMBS Trusts for any breach of the Servicing Agreements; and

R.    to comply with the requirements for assumption and assignment set forth in the Servicing Agreements, pay for costs associated with the transfer of Servicing Agreements and cooperate in any transfer of the Servicing Agreements.

32.    Pursuant to the NIM Trusts, the Debtors as administrators, co-administrators, issuers or depositors generally have obligations to administer the NIM Trusts including reporting obligations, collecting funds in respect of the RMBS Certificates, making distributions to the NIM Holders, and other performance obligations.

33.    Pursuant the Sale Order, the Debtors that performed such Servicing Obligations with respect to the Trusts and administrative functions with respect to the NIM Trusts will be assuming and assigning to Ocwen all of their rights and obligations as Servicer and administrator

14

with respect to substantially all of the RMBS Trusts. While certain of the Servicing Agreements
in respect of certain RMBS Trusts were assumed and assigned to Ocwen on the Sale Closing
Date, to date, none of the Servicing Agreements that were not assumed and assigned to Ocwen
have been rejected.

34.    Additionally, the Debtors in their capacities as servicer may have ceased servicing
or administering certain RMBS Trusts during the Debtors' Chapter 11 Cases or prior to the
Petition Date. Such Debtors may nonetheless have outstanding obligations to the RMBS Trusts
that have not yet been paid.

35.    All the Servicing Obligations and administration obligations described herein
have given, and may give, rise to claims by the RMBS Trusts as a result of the Debtors' failure
to comply with such obligations, as indicated on a trust-by-trust basis on Schedule A hereto.

### Claims

36.    The Claimant is authorized to file this Proof of Claim against one or more of the
Debtors for claims (as that term is defined by the Bankruptcy Code) under the applicable
Claimant Transaction Documents, applicable law and equity.

37.    The obligations that Debtors owe to Claimant upon which this Proof of Claim is
based generally include, but are not limited to, those described in more detail below, and as are
set forth on a trust-by-trust basis on Schedule A attached hereto.[11]

---

[11]  Certain RMBS Trusts are insured by monoline insurers, including those listed on Schedule B attached
hereto. For RMBS Trusts that are insured by monoline insurers, this Proof of Claim includes additional claims,
if any, that Claimant may assert under the applicable Claimant Transaction Documents relating to monoline
insurance.

**Servicing Claims**

38.     One or more of the Debtors acted as Servicer under the Claimant Transaction
Documents for the RMBS Trusts.  As set forth above, all Cure Claims resulting from the failure
of the Debtors as Servicers to perform their Servicing Obligations under the assumed Servicing
Agreements, including the Origination Cure Claims, are to be paid as an expense of
administration (except to the extent otherwise provided in the Scheduling Order).  Because the
Cure Claim Deadline and the 9019 Cure Date Deadline have not yet occurred, the Claimant does
not set forth such amounts herein, but makes reference to them as set forth on a trust-by-trust
basis on Schedule A hereto.  For the avoidance of doubt, Cure Claims include all liabilities of the
Servicers, including, but not limited to Indemnification Claims, Fraud/Negligent
Misrepresentation Claims, and Other Claims (all as defined below).  Claimant hereby asserts
such Cure Claims as claims having administrative expense priority, and, to the extent such Cure
Claims that are subject to the caps set forth in the Scheduling Order (as discussed in paragraph
14 and 15 above), exceed such caps, as general unsecured claims.

39.     In addition to the Cure Claims against one or more of the Debtor entities as
Servicer in connection with the Sale, prior to the filing of the Debtors' Chapter 11 cases or
during the administration of the Chapter 11 cases, one or more of the Servicers may have ceased
servicing functions with respect to certain RMBS Trusts as a result of such Debtors having
transferred their Servicing Obligations to successor servicers, the Debtors' rejection of Servicing
Agreements, or otherwise. Pursuant to the Claimant Transaction Documents governing the
Debtors' Servicing Obligations, the Servicer may have outstanding obligations to the Claimant in
connection with such Servicing Agreements (collectively, the "Transferred Servicing Claims").
For the avoidance of doubt, Transferred Servicing Claims include all liabilities of the Servicers,

including, but not limited to Indemnification Claims, Fraud/Negligent Misrepresentation Claims, and Other Claims (all as defined below). Claimant asserts claims in respect of such Transferred Servicing Claims, as set forth on a trust-by-trust basis on Schedule A hereto.

40.    Further, to the extent that the Servicers may in the future reject certain Servicing Agreements with respect to the RMBS Trusts, the Claimant asserts that the RMBS Trusts may have both administrative priority and unsecured claims for damages caused by such rejection. Such rejection damages may arise from breaches of contract similar in nature to those asserted as Cure Claims with respect to the Servicing Agreements assumed and assigned by the Servicing Debtors. Upon the rejection, if any, of the Servicing Agreements related to the RMBS Trusts, the Claimant will amend this Proof of Claim to assert any such damages.

**Representations and Warranties Claims**

41.    Claimant asserts this Proof of Claim against the Seller for any and all Representations and Warranties Claims relating to, among other things, the Seller's due authorization and corporate capacity, the mortgage loans transferred to the RMBS Trusts and the RMBS Certificates transferred to the NIM Trusts, and any and all cure and substitution obligations and Buyback Claims resulting from such breaches.

42.    The responsible Debtor entities are liable to the Claimant, in an unliquidated amount, for all liabilities, losses, costs and expenses arising from the Representations and Warranties Claims (including the costs and expenses of enforcement of these obligations).

43.    As set forth above, pursuant to the 9019 Motion, the Debtor has proposed to settle the RMBS Trustees' Representations and Warranties Claims with respect to the Settlement Trusts for the $8.7 million Allowed Repurchase Claim, to be allocated in accordance with the Claims Allocation Methodology. Duff & Phelps, LLC, the financial advisor retained by the

RMBS Trustees to evaluate, among other things, the amount of the Allowed Repurchase Claim offered in the Repurchase Settlements, has confirmed that the $8.7 billion Allowed Repurchase Claim falls within a reasonable range as a settlement amount for all the Settlement Trusts with respect to their Representations and Warranties Claims against the Debtors.[12] Therefore, as set forth on Schedule A hereto, for each RMBS Trust that is a Settlement Trust, whether or not the 9019 Motion is approved by the Court, or whether or not a Settlement Trust ultimately accepts the Repurchase Settlements, the Claimant asserts a Representations and Warranties Claim for an amount not less than its allocable portion of the Allowed Repurchase Claim of $8.7 billion.[13]

44.    To the extent an RMBS Trust is not identified as a Settlement Trust, the Claimant asserts a Representations and Warranties Claim, as set forth on a trust-by-trust basis on Schedule A hereto, in an unliquidated amount to be determined by utilizing a methodology similar to the Claims Allocation Methodology used for allocating the Allowed Repurchase Claim among the Settlement Trusts.

## Indemnification Claims

45.    Claimant has been damaged by virtue of the Debtors' defaults and breaches with respect to the Debtors' obligations under the Claimant Transaction Documents resulting, as set forth above, in Cure Claims, Transferred Servicing Claims, and in Representations and Warranties Claims. Without limiting the generality of the foregoing, the Claimant has incurred, and will continue to incur, significant legal and other expenses enforcing the Claimant Transaction Documents, including, but not limited to, defending against borrower counterclaims

---

[12]    *See RMBS Trustee's Statement Regarding Debtors' Motion Pursuant to Fed.R. Bankr. P. 9019 For Approval of RMBS Trust Settlement Agreement*, dated December 14, 2012 and filed on February 4, 2013 (Docket No. 2833).
[13]    The Debtors' actual liability for the Representation and Warranties Claims for the Settlement Trusts could be much higher than the $8.7 billion settlement amount if the 9019 Motion is approved fixing a higher amount for the Allowed Repurchase Claim, or if the 9019 Motion is not approved by the Court.

arising from breaches or alleged breaches of the terms and conditions of the mortgage loans

owned by the RMBS Trusts, and lawsuits commenced by state and local governments,

municipalities and other regulatory agencies related to the Debtors' acts and omissions as

Servicer, and in connection with enforcing the payment of such Claims.

46.    Pursuant to the Claimant Transaction Documents, the Debtors as Servicers and

Sellers have agreed to indemnify and hold harmless the Claimant against any losses, claims,

expenses or damages, including legal fees and related costs (including fees and expenses of

Claimant's counsel), arising out of or based upon, among other things, any Representations and

Warranties Claims or servicing obligation breach (collectively, the "Indemnification Claims").

47.    Pursuant to the Final Servicing Order, the Debtors as Servicer have agreed to

reimburse and indemnify the Claimant for any liability, loss, or reasonable fees, cost or expense

(including fees and disbursements of the Trustee's counsel or agents) incurred by the Trustee in

performance of its duties, the administration of its duties, or the administration of the RMBS

Trusts to the extent required under the Claimant Transaction Documents, as administrative

claims under Section 503 of the Bankruptcy Code.

48.    Likewise, under paragraph 35.C and 36 of the Sale Order, respectively, the

Debtors remain obligated to pay the RMBS Trustees' expenses and are obligated to pay the

expenses of the RMBS Trustees in their capacities as master servicers, in both cases as

administrative expense claims under section 503(b) of the Bankruptcy Code, subject to the terms

of the Final Servicing Order.

49.    Such Indemnifications Claims accrued prior to, and have been accruing since, the

Petition Date and will continue to accrue.  To date, the Debtors have paid certain invoices that

the Trustee has submitted after the Petition Date pursuant to the Final Servicing Order or the Sale

Order. The Trustee will continue to submit invoices for the payment of such amounts as set forth

in the Final Servicing Order and the Sale Order. However, should the Debtors fail to pay any

such invoices, Claimant hereby asserts an administrative expense claim for such amounts.

## Fraud/Negligent Misrepresentation Claims

50.      The Claimant alleges that, to the extent a Seller of mortgage loans to the RMBS

Trusts and the RMBS Certificates to the NIM Trusts knew or should have known of certain

breaches of the Representations and Warranties, including that, at the time the Seller transferred

the mortgage loans to certain of the RMBS Trusts and the RMBS Certificates to the NIM Trusts,

it knew that the mortgage loans did not comply with the Representations and Warranties, the

Claimant has a claim for common law fraud and/or negligent misrepresentation

("Fraud/Negligent Misrepresentation Claims"). Such claims are measured by the impact, if any,

of such breaches on the cash flows to the RMBS Trusts. Such claims are asserted against the

Debtors as set forth on a trust-by-trust basis on Schedule A hereto.

## Alter Ego and Veil Piercing Claims

51.      On information and belief, Claimant asserts claims against Residential Capital

LLC ("Holdco") and other Debtors based on theories of alter ego, "piercing the corporate veil,"

or any similar theories in amounts equal to the amounts of the claims asserted against the

Debtors as set forth on Schedule A hereto (the "Alter Ego Claims"). As regards Holdco, upon

information and belief, Holdco's primary income was derived from its Debtor affiliates'

securitization activities, including the sale of mortgage loans to the RMBS Trusts for which the

Trustee acts and fees generated by those Debtor affiliates as Servicer of the RMBS Trusts. Upon

information and belief, Holdco, through its dominion and control of the other Debtors, stripped

assets from those Debtors and caused them to assume and incur financial liabilities. Because

Holdco operated such subsidiary Debtors as its alter ego and each did not operate independently

of Holdco, the corporate veil between Holdco and the other Debtors should be pierced, making

Holdco liable to the Claimant for the same claims asserted against the other Debtors. As regards

Debtors other than Holdco, upon information and belief, the mortgage origination and servicing

businesses of such Debtors were operated on an integrated basis in a manner that may have failed

to honor the separate legal and financial duties of each entity involved in the RMBS Trust

transactions. Claimant is continuing to investigate the relevant facts and circumstances to

determine the nature and extent of these claims. Claimant asserts such Alter Ego Claims, on

information and belief, for each of the RMBS Trusts listed on Schedule A hereto.

**Setoff and Recoupment Rights**

52.    Claimant has set off rights under New York common and statutory law (which

governs substantially all of the Claimant Transaction Documents) (N.Y. DEBT & CRED. LAW

§ 151) which are preserved under Section 553(a) of the Bankruptcy Code. Pursuant to such

setoff rights, Claimant may set off the claims of the RMBS Trusts for which the Trustee acts

(which are indebtedness of the Debtors to those RMBS Trusts) against reimbursement for

advances (which are indebtedness of those RMBS Trusts to the Debtors) or any other amounts

those RMBS Trusts owe to the Debtors, including servicing fees.

53.    Claimant also has rights of recoupment under New York law whereby cross

demands arising out of the same transaction between an RMBS Trust for which the Trustee acts

and a Debtor are applied to offset one another with only the balance to be recovered by Claimant.

54.    Pursuant to the Final DIP Order, the Claimant's setoff and recoupment rights have

been preserved. By this claim, Claimant specifically asserts the right to exercise such setoff and

recoupment rights against the Debtors in order to satisfy the claims of each of the RMBS Trusts

listed on Schedule A hereto.

**Other Claims**

55.    Claimant may have additional claims arising under and relating to the Claimant Transaction Documents separate from the Cure Claims, Representations and Warranties Claims, Transferred Servicing Claims, Indemnification Claims, Fraud/Negligent Misrepresentation Claims, and Alter-Ego Claims (collectively, "Other Claims"), that are preserved and asserted herein as set forth on a trust-by-trust basis on Schedule A hereto.

### Miscellaneous

56.    This Proof of Claim is filed under compulsion of the bar date established under the Claims Stipulations and is filed to protect the Claimant from forfeiture by reason of said bar date. This Proof of Claim is based on all the Debtors' obligations under all of the Claimant Transaction Documents with respect to the RMBS Trusts for which the Trustee acts and encompasses and includes all obligations and indemnities under the Claimant Transaction Documents and such RMBS Trusts, including those obligations, indemnities, RMBS Trusts and Debtors that are not specifically listed or referenced herein or on Schedule A, in connection with which Claimant is in the process of completing its due diligence.

57.    To date, the Debtors have not, to the best knowledge of the Claimant, rejected any of the Claimant Transaction Documents that are executory contracts. Accordingly, under the General Bar Date Order and the Claims Stipulations, the bar date for filing a Proof of Claim in respect of damages owing as a result of the rejection of such contracts will be 30 days after the date after the entry of an order authorizing the rejection of such contracts (unless such order provides otherwise). Nothing asserted herein is intended to be, or shall be, a waiver of any claim against the Debtors for damages caused by rejection of executory contracts and Claimant reserves the right to amend this Proof of Claim, including, without limitation, the right to add, supplement or amend any claims arising under such contracts.

58.     By executing and filing this Proof of Claim, Claimant does not waive any rights, remedies, liens, interests, priorities, protections, claims, or any other rights to any security or any other rights with respect to any claim that Claimant has or may have against Debtors or any other person or persons. The filing of this Proof of Claim is not intended and should not be deemed or construed to be an election of remedies or waiver of any past, present or future defaults or events of default under the Claimant Transaction Documents.

59.     Except as set forth herein, the claims asserted herein are not subject to any setoff or counterclaim, and no judgment has been rendered on the claims. The amount of all payments made prior to the Petition Date, if any, have been credited and deducted.

60.     Claimant reserves its right to replace, restate, amend and/or supplement this Proof of Claim, to file additional proofs of claim or further pleadings for additional claims, and to assert any and all other claims, actions, defenses, setoffs, recoupments, rights or remedies of whatever kind or nature that it currently has, or may have in the future against the Debtors and/or any subsidiary or affiliate thereof, or any other person, including without limitation, rights against guarantors, officers and directors, and other creditors of the Debtors at law or in equity, including but not limited to, administrative or other priority claims, the right to seek adequate protection, rejection damage claims, future Representations and Warranties Claims, Cure Claims, Transferred Servicing Claims, setoff and recoupment rights, lien rights, interest, and the right to assert claims that are otherwise warranted in any related actions. The filing of this Proof of Claim shall not be deemed a waiver of, or other limitation on, any such claims, actions, defenses, setoffs, recoupments, rights or remedies and such claims, actions, defenses, setoffs, recoupments, rights and remedies are expressly reserved.

23

61.     The filing of this Proof of Claim is not intended to be, and nothing contained in this Proof of Claim shall be deemed or construed as: (a) a consent by Claimant to the jurisdiction of the Bankruptcy Court or any other court with respect to the subject matter of this Proof of Claim, any objection or other proceeding, if any, commenced in any case against, or otherwise involving Claimant, (b) a waiver or release of, or any limitation on Claimant's right to trial by jury in the Bankruptcy Court or any other court in any proceeding; (c) a consent by Claimant to trial by jury as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto pursuant to 28 U.S.C. §157(e) or otherwise, (d) a waiver or release of, or any other limitation on, Claimant's or rights to have any orders entered in non-core matters only after *de novo* review by the United States District Court; (e) a waiver of, or any other limitation on, Claimant's right to (i) move to withdraw the reference, or otherwise challenge the jurisdiction of this Court with respect to any matter, including any matter relating to this Proof of Claim or any objection or other proceeding commenced in this case against or otherwise involving Claimant, or (ii) assert that the reference has already been withdrawn with respect to the subject matter of this Proof of Claim, any objection or other proceeding commenced in this case against or otherwise involving Claimant, (f) a waiver of the rights and remedies against any person or entity who may be liable for all or a part of the claims set forth herein, whether an affiliate or guarantor of the Debtors or otherwise, (g) an admission by the Claimant that any property held by the Debtors (or any subsidiaries or affiliates thereof) is property of any of the Debtors' estates, or (h) a waiver or release of, or any other limitation on, Claimant's right to assert that any portion of the claims asserted herein or any other claims are entitled to treatment as priority claims, including under sections 503(b) and 507(a)(1) of the Bankruptcy Code.

62. Claimant specifically preserves all of its procedural and substantive defenses and rights with respect to any claim or counterclaim, including, but not limited to, with respect to jurisdictional issues, that may be asserted against Claimant by the Debtors, any of its successors or assigns or by any bankruptcy trustee for the Debtors' estates.

63. Claimant asserts that any funds, property or collateral held by any RMBS Trust listed on Schedule A hereto or certain funds or property held by the Debtors relating to the Claimant Transaction Documents are not property of the Debtors' estates but are property of the RMBS Trusts or other parties having a beneficial interest therein and that the possession or assertion of rights over such funds, property or collateral by the Debtors do not transform such funds, property or collateral into property of the Debtors' estates and therefore the Debtors have no legitimate legal right to hold or to prevent the transfer of such funds, property, collateral or the proceeds thereof to third parties under the terms of the relevant documents.

64. The Holders may make or have made separate claims against the Debtors or their affiliates that are not indicated in this Proof of Claim and nothing contained herein shall prejudice such claims or be construed as a waiver of any rights or remedies of the Holders under the Claimant Transaction Documents.

65. Other non-Debtor parties to the RMBS Trusts for which the Trustee acts, including, without limitation, securities underwriters, depositors, loan servicers, certificate insurers, including, but not limited to, the monoline insurers, and investors, may file proofs of claim in these cases relating to the Claimant Transaction Documents, that may be duplicative of, or supplemental to, the claims stated herein (the "Third Party Trust Related Claims"). To the extent that such Third Party Trust Related Claims are property of such RMBS Trusts, Claimant incorporates such Third Party Trust Related Claims herein by reference.

25

66.    Notices regarding this Proof of Claim should be sent to:

Morgan Lewis & Bockius LLP
c/o John Rosenthal, Esq.
One Market, Spear Street Tower
San Francisco, CA 94105


-and-


Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
c/o Global Transaction Banking
c/o Trust & Agency Services
1761 East St. Andrew Place
Santa Ana, CA  92705-4934

## SCHEDULE A

The following applies for all claims listed in this Schedule A.

1.      All terms not defined on this Schedule A shall have the meanings ascribed to them in the Addendum to this Proof of Claim. Each specific Debtor capacity as regards each RMBS Trust is listed to the extent such specific capacities are known to the Claimant. Such listings are not exclusive and may not indicate each and every capacity in which the listed Debtors have acted, and the failure to list any capacity does not exclude a claim based on the other capacities in which the Debtors have acted. Claimant reserves the right to amend this Proof of Claim to assert such other Debtor capacities.

2.      Settlement Trusts will be indicated by the name of the RMBS Trust followed by "(S)".

3.      For purposes of this Schedule A the following definitions apply to the Debtor entities: "Holdco" shall mean Residential Capital, LLC, "GMACM" shall mean GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corporation), "RFC" shall mean Residential Funding Company LLC (f/k/a Residential Funding Corporation), "HF" shall mean Homecomings Financial LLC; "RAMP" shall mean Residential Asset Mortgage Products, Inc., "RFMSI" shall mean Residential Funding Mortgage Securities I, Inc., "RFMSII" shall mean Residential Funding Mortgage Securities II, Inc., "RFCAHII" shall mean RFC Asset Holdings II, LLC, "RALI" shall mean Residential Accredit Loans, Inc., "RASC" shall mean Residential Asset Securities Corporation, "RFS" shall mean Residential Funding Securities, LLC, or as otherwise defined herein. For the purposes of this Schedule A, any predecessors to the Debtor entities listed on Schedule A are included in the definition for each Debtor.

4.      For purposes of this Schedule A the following definitions apply: "Cure" shall mean Cure Claim, including Origination-Related Cure Claims, "TS" shall mean Transferred Servicing Claim, "IC" shall mean Indemnification Claim, "RW" shall mean a Representations and Warranties Claim that does not include a Buyback Claim, "RWB" shall mean a Representations and Warranties Claim that includes a Buyback Claim; "F/NM" shall mean Fraud/Negligent Misrepresentation Claim, "AE" shall mean Alter Ego Claims, and "Other" shall mean Other Claim. Cure Claims are asserted as administrative expense claims to the extent they are subject to the caps set forth in the Scheduling Order and general unsecured claims to the extent they exceed such caps. TS Claims are asserted as administrative expense claims to the extent such claims became due and owing after the Petition Date. IC claims are asserted as administrative expense claims.

5.      For purposes of this Schedule A the following definitions apply in connection with the amounts of Claims asserted: "APAR" means no less than allocable portion of Allowed Repurchase Claim, or, if the 9019 Motion is not approved or is approved fixing a higher amount for the Allowed Repurchase Claim, an unliquidated or a contingent and unliquidated claim, and "C/U" means unliquidated or contingent and unliquidated claim.

6.      For purposes of this Schedule A the following claims are asserted in the following amounts: all Settlement Trust RW and RWB claims are asserted in the amount of APAR; and all other claims are asserted as C/U claims.

7.    Claimant asserts its right to exercise its set off and recoupment rights in respect of all claim amounts for each RMBS Trust listed on Schedule A.

8.    Claimant asserts, on information and belief, any and all Alter Ego Claims against Holdco and/or any of the other Debtors in amounts equal to the total amount of the claims asserted by Claimant in respect of each RMBS Trust.

9.    For each RMBS Trust for which RFC is indicated as Seller, the Claimant asserts, on information and belief, APAR or C/U claims, as applicable, for RW, RWB, IC and F/NM against GMACM and HF as additional Sellers with respect to loans sold by each of them to RFC for re-sale to such RMBS Trust.

10.    For each RMBS Trust for which GMAC Bank, an affiliate thereof, or an affiliate of GMACM and/or RFC is described as a Seller under the Claimant Transaction Documents, the Claimant asserts, on information and belief, APAR or C/U claims, as applicable, for RW, RWB, IC and F/NM against those entities as additional Sellers, to the extent to which they are Debtors and with respect to loans sold or originated by each of them and that are included in such RMBS Trust.

11.    Certain of the RMBS Trusts listed herein may also be listed on proofs of claim filed by other entities (including other RMBS Trustees) in capacities other than the Trustee's capacity as set forth herein.

12.    To the extent Claimant has not yet completed its due diligence, Claimant reserves its right to amend this Schedule A to add other Debtors, other RMBS Trusts, and additional Claims.

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| RF99Q4 | Residential Accredit Loans, Inc. , Mortgage Asset-Backed Pass-Through Certificates, Series 1999-QS4 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF01K3 | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2001-KS3 | | Trustee | RFC/Seller RASC/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF01QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS13 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF01QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS16 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF01QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS17 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF01QJ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS19 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF01QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2001-QS18 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02K1 | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2002-KS1 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS1 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS2 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF02Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS4 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS3 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02K2 | Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2002-KS2 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS5 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Series 2002-QS6 | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS7 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS8 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS9 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS10 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Pass-Through Certificates, Series 2002-QS11 | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS12 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS13 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS14 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS15 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QG | Residential Accredit Loans, | | Trustee | RFC/Seller | RW/RWB | APAR |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS16 | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS17 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02R1 | Residential Asset Mortgage Products, Mortgage Asset-Backed Pass-Through Certificates, Series 2002-RM1 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS18 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF02QJ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-QS19 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| RF03Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS1 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS2 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS3 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03R1 | Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RM1 | | Trustee | RFC/Seller RAMP/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS4 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF03Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS5 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS6 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS7 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS8 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2003-QS17 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF03R2 | Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RM2 | | Trustee | RFC/Seller RAMP/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS10 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS9 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series  2003-QS11 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, | | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Series 2003-QS12 | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS13 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS14 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS15 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS16 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Pass-Through Certificates, Series 2003-QS18 | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QJ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series  2003-QS19 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QL | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS20 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QM | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS21 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QN | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS22 | | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QO | Residential Accredit Loans, | | Trustee | RFC/Seller | RW/RWB | APAR |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS23 | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QQ | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QA1 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS1 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS2 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04S1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-SL1 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| RF04A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA1 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS3 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS4 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS6 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF04Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS7 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04S2 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL2 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04A2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA2 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS8 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS9 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF04QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS10 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA3 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS11 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04S3 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL3 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Series 2004-QA4 | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS12 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS13 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS14 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS15 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Pass-Through Certificates, Series 2004-QA5 | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QA6 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS16 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04S4 | Residential Accredit Loans, Inc., Mortgage-Backed Pass-Through Certificates, Series 2004-SL4 | S | Trustee | RFC/Seller RAMP/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA1 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05Q1 | Residential Accredit Loans, | S | Trustee | RFC/Seller | RW/RWB | APAR |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS1 | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS2 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05A2 | Residential Accredit Loans, Inc. , Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA2 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05S1 | Residential Asset Mortgage Products, Inc., Mortgage-Backed Pass-Through Certificates, Series 2005-SL1 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA3 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| RF05Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS3 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA4 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS4 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF05A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA6 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS6 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS7 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS8 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS9 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF05A7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA7 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05S2 | Residential Asset Mortgage Products, Inc., Mortgage-Backed Pass-Through Certificates, Series 2005-SL2 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS10 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS11 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05A8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Series 2005-QA8 | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05O1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05A9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA9 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS12 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05O2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO2 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Pass-Through Certificates, Series 2005-QS13 | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS14 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05AA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA10 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05AB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA11 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05O3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO3 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05QF | Residential Accredit Loans, | S | Trustee | RFC/Seller | RW/RWB | APAR |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS15 | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05AC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA12 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05O4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO4 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS16 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05AD | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA13 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| RF05O5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO5 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS17 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA1 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS1 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF06A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA3 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS4 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA4 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF06Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS6 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS7 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06A6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA6 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS9 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06A7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Series 2006-QA7 | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS11 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06A8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA8 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QC | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS12 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QD | Residential Accredit Loans, Inc., Mortgage Asset-Backed | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Pass-Through Certificates, Series 2006-QS13 | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS8 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06A9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA9 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QE | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS14 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QF | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS15 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06AA | Residential Accredit Loans, | S | Trustee | RFC/Seller | RW/RWB | APAR |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA10 | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QG | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS16 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06AB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA11 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QH | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS17 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06QI | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS18 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| RF07A1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA1 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07Q1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07Q2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS2 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07A2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA2 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07Q3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF07Q4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS4 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07Q5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS5 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07S4 | Residential Funding Mortgage Securities I Inc., Mortgage Pass-Through Certificates, Series 2007-S4 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RFMSI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07A3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA3 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07Q6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS6 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF07A4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA4 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07Q7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS7 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07S5 | Residential Funding Mortgage Securities I Inc., Mortgage Pass-Through Certificates, Series 2007-S5 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RFMSI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07Q8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS8 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07Q9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Series 2007-QS9 | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07QA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS10 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07A5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QA5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF07QB | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2007-QS11 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06O1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO1 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06O3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Pass-Through Certificates, Series 2006-QO3 | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06O4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO4 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06O5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06O6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO6 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06O7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO7 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06O8 | Residential Accredit Loans, | S | Trustee | RFC/Seller | RW/RWB | APAR |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO8 | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06H1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QH1 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06O9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO9 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF06OA | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO10 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07H1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH1 | S | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| RF07O1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07H2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH2 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07O2 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO2 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07H3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH3 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07O3 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO3 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF07H4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH4 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07H5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07O4 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO4 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07H6 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH6 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07H7 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH7 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | TS/IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| RF07O5 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO5 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07H8 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH8 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| RF07H9 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH9 | S | Trustee | RFC/Seller RALI/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | RFC/Servicer | TS/IC | C/U |
| | | | | Holdco | AE | C/U |
| GA05A3 | GMACM Mortgage Loan Trust 2005-AR3 | S | Trustee | GMACM/Seller RAMP/Depositor | RW/RWB IC F/NM | APAR C/U C/U |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GA05A4 | GMACM Mortgage Loan Trust 2005-AR4 | S | Trustee | GMACM/Seller RAMP/Depositor | RW/RWB IC F/NM | APAR C/U C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GA05A5 | GMACM Mortgage Loan Trust 2005-AR5 | S | Trustee | GMACM/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GA05A6 | GMACM Mortgage Loan Trust 2005-AR6 | S | Trustee | GMACM/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GA05F1 | GMACM Mortgage Loan Trust 2005-AF1 | S | Trustee | GMACM/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GA05F2 | GMACM Mortgage Loan Trust 2005-AF2 | S | Trustee | GMACM/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GA05J1 | GMACM Mortgage Loan Trust 2005-J1 | S | Trustee | GMACM/Seller | RW/RWB | APAR |
| | | | | RAMP/Depositor | IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | | F/NM | C/U |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GS07H1 | GSR Trust 2007-HEL1 | | Trustee | RFC/Seller | RW/RWB | C/U |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GS07A1 | GSR Mortgage Loan Trust 2007-AR1 Mortgage Pass Through Certificates, Series 2007-A1 | | Trustee | RFC/Seller | RW/RWB | C/U |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer GMACM/Servicer HF/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC0613 | HarborView Mortgage Loan Trust 2006-13 | | Trustee | GMACM/Seller | RW/RWB | C/U |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC070B | RBSGC Mortgage Loan Trust 2007-B | | Trustee | GMACM/Seller | RW/RWB | C/U |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC07H7 | HarborView Mortgage Loan | | Trustee | RFC/Seller | RW/RWB | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Trust Mortgage Loan Pass-Through Certificates, Series 2007-7 | | | GMAC/Seller | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GS07O2 | GSR Mortgage Loan Trust 2007-OA2 Mortgage Pass-Through Certificates, Series 2007-OA2 | | Trustee | RFC/Seller | RW/RWB | C/U |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer GMACM/Servicer HF/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC06X1 | HarborView Mortgage Loan Trust 2006-SB1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMAC/Servicer GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC914 | Greenwich 1991-4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC05SB | Soundview Home Loan Trust 2005-B | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| NC040A | New Century Home Equity Loan Trust 2004-A | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB04S1 | MASTR Specialized Loan Trust 2004-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC05SA | Soundview Home Loan Trust 2005-A | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC04X1 | FNBA Mortgage Loan Trust 2004-AR1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC05G4 | Greenpoint Mortgage Funding Trust 2005-HE4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| GC03S2 | Soundview 2003-2 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB07S1 | MASTR SPECIALIZED LOAN TRUST 2007-01 Mortgage Pass-Through Certificates | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB07S2 | MASTR SPECIALIZED LOAN TRUST 2007-02 Mortgage Pass-Through Certificates | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| AB07O1 | Alliance Securities Corp., Mortgage Backed Pass-Through Certificates, Series 2007-OA1 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| AH0501 | American Home Mortgage Securities LLC Trust 2005-1 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| AH0502 | American Home Mortgage Securities LLC Trust 2005-2 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| AH0602 | American Home Mortgage Securities LLC Trust 2006-2 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| AH07AS | American Home Mortgage Securities LLC Trust 2007-A | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC0614 | HarborView Mortgage Loan Trust 2006-14 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC07H2 | HarborView Mortgage Loan Trust 2007-2 | | Trustee | | | |
| | | | | | | |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | RFC/Servicer GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC07H4 | HarborView Mortgage Loan Trust 2007-4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC07HA | HarborView Mortgage Loan Trust 2007-A | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MS0503 | Morgan Stanley Mortgage Loan Trust 2005-3AR Mortgage Pass-Through Certificates, Series 2005-3AR | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC03H1 | HarborView Mortgage Loan Trust 2003-1 Mortgage Loan Pass-Through Certificates, Series 2003-1 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC03H2 | HarborView Mortgage Loan Trust 2003-2 Mortgage Loan | | Trustee | | | |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Pass-Through Certificates, Series 2003-2 | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC0410 | HarborView Mortgage Loan Trust 2004-10 Mortgage Loan Pass-Through Certificates, Series 2004-10 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC04H1 | HarborView Mortgage Loan Trust 2004-1 Mortgage Loan Pass-Through Certificates, Series 2004-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC04H4 | HarborView Mortgage Loan Trust 2004-4 Mortgage Loan Pass-Through Certificates, Series 2004-4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC04H5 | HarborView Mortgage Loan Trust 2004-5 Mortgage Loan Pass-Through Certificates, Series 2004-5 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC04H6 | HarborView Mortgage Loan | | Trustee | | | |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Trust 2004-6 Mortgage Loan Pass-Through Certificates, Series 2004-6 | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC04H7 | HarborView Mortgage Loan Trust 2004-7 Mortgage Loan Pass-Through Certificates, Series 2004-7 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC04H8 | HarborView Mortgage Loan Trust 2004-8 Mortgage Loan Pass-Through Certificates, Series 2004-8 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC0511 | HarborView Mortgage Loan Trust 2005-11 Mortgage Loan Pass-Through Certificates, Series 2005-11 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC0515 | HarborView Mortgage Loan Trust 2005-15 Mortgage Loan Pass-Through Certificates, Series 2005-15 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| GC05H4 | HarborView Mortgage Loan Trust 2005-4 Mortgage Loan Pass-Through Certificates, Series 2005-4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC05H6 | HarborView Mortgage Loan Trust 2005-6 Mortgage Loan Pass-Through Certificates, Series 2005-6 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC05H7 | HarborView Mortgage Loan Trust 2005-7 Mortgage Loan Pass-Through Certificates, Series 2005-7 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC06H8 | Harborview Mortgage Loan Trust 2006-8 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB06S2 | MASTR Specialized Loan Trust 2006-02 Mortgage Pass-Through Certificates | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| MS0505 | MORGAN STANLEY Mortgage Loan Trust 2005-5AR | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MS0506 | MORGAN STANLEY Mortgage Loan Trust 2005-6AR | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MS0509 | MORGAN STANLEY Mortgage Loan Trust 2005-9AR | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MS0511 | MORGAN STANLEY Mortgage Loan Trust 2005-11AR | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB06S3 | MASTR Specialized Loan Trust 2006-3 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| MS0507 | Morgan Stanley Mortgage Loan Trust 2005-7 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MS0510 | Morgan Stanley Mortgage Loan Trust 2005-10 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MG0401 | MortgageIT Trust 2004-1, Mortgage Backed Notes, Series 2004-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MG0402 | MortgageIT Trust 2004-2, Mortgage Backed Notes, Series 2004-2 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MG0501 | MortgageIT Trust 2005-1, Mortgage Backed Notes, Series 2005-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MG0502 | MortgageIT Trust 2005-2, Mortgage Backed Notes, Series 2005-2 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MG0503 | MortgageIT Trust 2005-3, Mortgage Backed Notes, Series 2005-3 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MG0504 | MortgageIT Trust 2005-4, Mortgage Backed Notes, Series 2005-4 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| MG0505 | MortgageIT Trust 2005-5, Mortgage Backed Notes, Series 2005-5 | | Trustee | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM02S2 | Impac Secured Assets Corp. Mortgage Pass-Through | | Trustee | | | |
| | | | | | | |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Certificates Series 2002-2 | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM02S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2002-3 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM03S1 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2003-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM03S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2003-3 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM04S1 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2004-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM04S2 | Impac Secured Assets Corp. | | Trustee | | | |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
|  | Mortgage Pass-Through Certificates Series 2004-2 |  |  |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |
| IM06S1 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-1 |  | Trustee |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |
| IM06S2 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-2 |  | Trustee |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |
| IM06S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-3 |  | Trustee |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |
| IM06S4 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-4 |  | Trustee |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| IM06S5 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-5 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM070A | IMPAC CMB Trust Series 2007-A | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM07S3 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM0209 | Impac CMB Trust 2002-9F | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM02U1 | PFCA Home Equity Investment Trust 2002-IFC1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| IM02U2 | PFCA Home Equity Investment Trust 2002-IFC2 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| | PFCA Home Equity Investment Trust 2002-IFC4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM0302 | Impac CMB Trust 2003-2F | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM0304 | Impac CMB Trust 2003-4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM0309 | Impac CMB Trust 2003-9F | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
|  |  |  |  | Holdco | AE | C/U |
| IM0404 | Impac CMB Trust 2004-4 |  | Trustee |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |
| IM0405 | Impac CMB Trust 2004-5 |  | Trustee |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |
| IM0407 | Impac CMB Trust 2004-7 |  | Trustee |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |
| IM0408 | Impac CMB Trust 2004-8 |  | Trustee |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | GMACM/Servicer | Cure/RW | C/U |
|  |  |  |  | Holdco | AE | C/U |
| IM0410 | Impac CMB Trust 2004-10 |  | Trustee |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM0501 | Impac CMB Trust 2005-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QK | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR13 | | Trustee | RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QP | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR19 | | Trustee | RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF03QR | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QR24 | | Trustee | RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF04R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed | | Trustee | RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | Pass-Through Certificates, Series 2004-QR1 | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF05R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QR1 | | Trustee | RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF08R1 | Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2008-QR1 | | Trustee | RALI/Depositor | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06N7 | RALI 2006-QA7 NIMS LTD. | | Trustee | RFS/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| RF06N8 | RALI 2006-QA8 NIMS LTD. | | Trustee | RFS/Seller | RW/RWB | APAR |
| | | | | RALI/Depositor | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| DB07N2 | DBARN Net Interest Margin 2007- | | Trustee | RALI/Depositor | RW/RWB | APAR |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | QO2N Notes, Series 2007-QO2N (previously issued as RALI Series 2007-QO2 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO2) | | | (for underlying trust) | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| FB07N1 | Credit Suisse NIMs Trust Residential Accredit Loans, Inc. 2007-QO1NIM (underlying trust RALI Series 2007, QO1 Trust) | | Trustee | RALI/Depositor (for underlying trust) | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC06N7 | RALI NIM CI-1 Notes, Series 2006-QO4 | | Trustee | RALI/Depositor (for underlying trust) | RW/RWB | APAR |
| | | | | | IC | C/U |
| | | | | | F/NM | C/U |
| | | | | RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| SW881 | Southwest Savings 1988-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMAC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM0504 | Impac CMB Trust 2005-4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| IM0505 | Impac CMB Trust 2005-5 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM0507 | Impac CMB Trust 2005-7 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| IM0508 | Impac CMB Trust 2005-8 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC05SB | Soundview Home Loan Trust 2005-B | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB03I2 | PFCA Home Equity Investment Trust 2003-IFC4 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| UB03I3 | PFCA Home Equity Investment Trust 2003-IFC5 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB03I4 | PFCA Home Equity Investment Trust 2003-IFC6 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB0305 | MASTR SEC TR 2003-5 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB05S1 | MASTR SPEC LN TR 2005-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| UB06S1 | MASTR SPEC LN TN 2006-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | Holdco | AE | C/U |
| | MortgageIT Trust 2005-AR1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| | MortgageIT Trust 2006-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC07S1 | Soundview Home Loan Trust 2007-1 | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| AH07S1 and AH07AS | American Home Mortgage Investment Trust 2007-SD1 Mortgaged-Backed Notes, Series 2007-SD1 and American Home Mortgage Investment Trust 2007-A Mortgaged-Backed Notes, Series 2007-A | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| GC07H6 | Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series | | Trustee | | | |
| | | | | | | |
| | | | | | | |

| Issuer Id. | Name of Securitization Trust | Settlement (S) | Claimant Capacity | Debtor/Capacity | Type of Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| | 2007-6 | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| HB07L2 | HSI Asset Loan Obligation Trust 2007-AR2 Mortgage Pass-Through Certificates, Series 2007-AR2 | | Trustee | RFC/Seller | RW/RWB | APAR |
| | | | | | | |
| | | | | GMACM/Servicer RFC/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| | MASTR SPECIALIZED LOAN TRUST 2004-02 MORTGAGE PASS-THROUGH CERTIFICATES | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| | MASTR SPECIALIZED LOAN TRUST 2004-02 MORTGAGE PASS-THROUGH CERTIFICATES | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |
| | MASTR SPECIALIZED LOAN TRUST 2004-03 MORTGAGE PASS-THROUGH CERTIFICATES | | Trustee | | | |
| | | | | | | |
| | | | | | | |
| | | | | GMACM/Servicer | Cure/RW | C/U |
| | | | | Holdco | AE | C/U |