Exhibit 15

Syncora Guarantee web sites:    Syncora Holdings    Syncora Guarantee



HOME    ABOUT US    OUR BUSINESSES    INVESTOR RELATIONS    NEWS

Investor Relations

Stock Information
Financial Information
Ratings
SEC Filings
Proxies
Corp. Governance
Analyst Coverage
Investor Events
Presentations
Email Alerts
Investor Contacts

# Press Release

<< Back

### Final Expiration Date for Offer for RMBS Securities Insured by Syncora Guarantee Inc. Extended to July 15, 2009; Results of Offer as of July 14, 2009

NEW YORK, July 15 /PRNewswire-FirstCall/ -- The BCP Voyager Master Funds SPC, Ltd., acting on behalf of and for the account of, the Distressed Opportunities Master Segregated Portfolio (the "Fund"), today announced that it has extended the expiration date of the Fund's offer for 55 classes of residential mortgage backed securities ("RMBS") insured by Syncora Guarantee Inc. ("Syncora Guarantee") to 10:00 a.m., New York City time, on Wednesday, July 15, 2009. The offer will expire at that time, unless extended.
The Fund also announced yesterday that it does not expect that at least 72 remediation points will be tendered into or otherwise committed through alternative settlements and purchases to the offer. The Fund intends to waive that condition to the offer, subject to Syncora Guarantee receiving the consent of certain counterparties to Syncora Guarantee's credit default swap transactions and financial guarantee insurance policies to the waiver of a comparable condition in the master transaction agreement entered into between Syncora Guarantee and such counterparties.
Results of Offer as of July 14, 2009 and Status of Discussions with Holders of RMBS
In addition, the Fund announced that as of July 14, 2009 tenders and binding commitments to enter into the offer have been received by the Fund and/or Syncora Guarantee and holders of RMBS to remediate RMBS exposures totaling 67.0 remediation points. RMBS representing 41.9 remediation points have been tendered into the offer and binding agreements have been reached by the Fund and/or Syncora Guarantee and RMBS holders to remediate RMBS exposures totaling 25.0 remediation points, subject to certain conditions. The Fund and Syncora Guarantee are in continuing discussions with numerous other holders of RMBS as the offer continues. The aggregate principal amounts of RMBS securities that have been tendered and otherwise committed into the offer are stated in the table below.

| CUSIP No. | Security Description | Aggregate Principal Balance in US$ Tendered as of July 14, 2009 | Aggregate Principal Balance in US$ of Total Commitments as of July 14, 2009 |
|---|---|---|---|
| 39539BAA1 | Greenpoint Mortgage Funding Trust 2006-HE1 | 86,452,326 | 411,998,894 |
| 126685DT0 | Countrywide Home Equity Loan Trust 2006D | 139,655,221 | 170,260,378 |
| 39539JAA4 | GreenPoint Mortgage Funding Trust 2007-HE1 | 55,690,854 | 204,248,923 |
| 45664UAA3 | Indymac Home Equity Mortgage Loan Asset Backed Trust Series 2006-H3 | 75,460,819 | 219,734,862 |
| 126685DS2 | Countrywide Home Equity Loan Trust 2006D | 226,354,373 | 226,354,373 |
| 41161MAB6 | Harborview Mortgage Pass-Through Certificates Series 2006-5 | 74,098,902 | 74,098,902 |

| CUSIP | Description | | |
|---|---|---|---|
| 126685AT3 | CWABS, Home Equity Revolving Loan Trust 2005-K | 110,046,593 | 110,046,593 |
| 1248MKAA3 | C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1 | 66,977,590 | 66,977,590 |
| 75114GAB5 | RALI 2006-QO4 Trust | 51,404,290 | 51,404,290 |
| 41161PE41 | Harborview Mortgage Pass-Through Certificates 2006-CB1 | 39,701,573 | 39,701,573 |
| 456612AB6 | Indymac Indx Mortgage Loan Trust 2006-AR6 | 84,772,320 | 84,772,320 |
| 41161PG64 | Harborview Mortgage Loan Trust 2006-BU1 | 34,339,366 | 34,339,366 |
| 68402SAA7 | Option One Mortgage Loan Trust 2007-HL1 | 205,830,564 | 205,830,564 |
| 12668VAB5 | Countrywide Home Equity Loan Trust 2006-S7 | 26,888,564 | 86,437,499 |
| 86801CAA1 | STICS 2007-1 | 83,781,970 | 103,024,610 |
| 65538BAA7 | Nomura NAAC 2007-S2 | – | 206,799,094 |
| 41161PL35 | Harborview Mortgage Pass-Through Certificates 2006-4 | 93,977,192 | 93,977,192 |
| 41161PP72 | Harborview Mortgage Pass-Through Certificates 2006-4 | – | – |
| 41161PQ22 | Harborview Mortgage Pass-Through Certificates 2006-4 | 41,768,612 | 41,768,612 |
| 12668VAC3 | Countrywide Home Equity Loan Trust 2006-S7 | 55,849,865 | 131,764,131 |
| 1248MKAB1 | C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1 | 62,150,773 | 62,150,773 |
| 785778QA2 | SACO I Trust 2006-1 | 10,941,134 | 31,919,749 |
| 41161PXG3 | Harborview Mortgage Loan Trust 2005-15 | 14,575,372 | 14,575,372 |
| 41161PUJ0 | Harborview Mortgage Pass-Through Certificates 2005-11 | 12,686,329 | 12,686,329 |
| 12587PEM8 | BSSP 2007-R5 (Bear Stearns) | 359,631 | 359,631 |
| 12668VAD1 | Countrywide Home Equity Loan Trust 2006-S7 | 44,813,616 | 67,729,308 |
| 12668VAA7 | Countrywide Home Equity Loan Trust 2006-S7 | 13,523,180 | 96,651,251 |
| 23332UGP3 | Downey Savings and Loan Mortgage Trust Series 2006-AR1 | 664,496 | 13,123,788 |
| 23332UGL2 | Downey Savings and Loan Mortgage Trust Series 2006-AR1 | 11,293,120 | 20,820,062 |
| 12668VAF6 | Countrywide Home Equity Loan Trust 2006-S7 | – | 31,369,531 |
| 52524PBT8 | Lehman XS Trust, Series 2007-6 | 3,097,240 | 3,097,240 |
| 12668VAE9 | Countrywide Home Equity Loan Trust 2006-S7 | 12,025,983 | 31,943,146 |
| 126685AU0 | CWABS, Home Equity Revolving Loan Trust 2005-K | 30,831,063 | 62,024,014 |
| 456612AE0 | Indymac Indx Mortgage Loan Trust 2006-AR6 | 42,044,903 | 42,044,903 |
| 07401UAB9 | Bear Stearns Second Lien Trust 2007-SV1 | 162,192,000 | 162,192,000 |
| 126673QB1 | Countrywide Home Equity Loan Trust 2004R | 77,340,221 | 87,034,574 |
| 52524TAS3 | Lehman XS Trust, Series 2007-8H | – | – |
| 41161PL68 | Harborview Mortgage Pass-Through Certificates 2006-4 | – | – |
| 30248EAA6 | First Franklin Mortgage Loan Trust Series 2007-FFB-SS | 89,928,498 | 89,928,498 |
| 525248BL3 | Lehman XS Trust, Series 2007-5H | 25,219,400 | 25,219,400 |
| 75114GAE9 | RALI 2006-QO4 Trust | 40,478,820 | 40,478,820 |
| 126685AX4 | CWABS, Home Equity Revolving Loan Trust 2005-K | 39,787,632 | 39,787,632 |

| | | | |
|---|---|---|---|
| 525248BK5 | Lehman XS Trust, Series 2007-5H | 28,593,744 | 28,593,744 |
| 126673QA3 | Countrywide Home Equity Loan Trust 2004R | – | – |
| 126673MY5 | Countrywide Home Equity Loan Trust 2004Q | 50,178,933 | 50,178,933 |
| 126685AW6 | CWABS, Home Equity Revolving Loan Trust 2005-K | 12,978,770 | 12,978,770 |
| 07401UAU7 | Bear Stearns Second Lien Trust 2007-SV1 | 44,792,277 | 45,256,446 |
| 86363GBS2 | Structured Adjustable Rate Mortgage Loan Trust, Series 2007-3 | 28,745,884 | 28,745,884 |
| 126673MX7 | Countrywide Home Equity Loan Trust 2004Q | – | – |
| 41161PUM3 | Harborview Mortgage Pass-Through Certificates 2005-11 | – | – |
| 525245CP9 | Lehman XS Trust, Series 2007-3 | 17,241,072 | 17,241,072 |
| 41161PG98 | Harborview Mortgage Loan Trust 2006-BU1 | 14,911,945 | 14,911,945 |
| 68402SAD1 | Option One Mortgage Loan Trust 2007-HL1 | – | – |
| 68402SAC3 | Option One Mortgage Loan Trust 2007-HL1 | 22,220,000 | 22,220,000 |
| 68402SAB5 | Option One Mortgage Loan Trust 2007-HL1 | 22,161,593 | 22,161,593 |

The offer and related financing are also conditioned on the consummation of an agreement entered into between Syncora Guarantee and certain counterparties to Syncora Guarantee's credit default swap transactions and financial guarantee insurance policies, the tender of a minimum amount of RMBS, approval of the New York Department of Insurance and certain other conditions. Holders of RMBS that have tendered or will tender their RMBS into the offer are no longer able to withdraw their tendered RMBS.

The offer by the Fund and any transactions with Syncora Guarantee are being conducted only with qualified institutional buyers and are exempt from registration under Section 4(2) of the Securities Act of 1933, as amended. Any securities that may be issued pursuant to such transactions have not been and, at the time of the closing of the transaction, will not be registered under the Securities Act or any state securities laws. The securities may not be offered or sold in the United States absent registration under, or an applicable exemption from, the registration requirements of the Securities Act and applicable state securities laws.

This press release does not constitute an offer to purchase any securities or a solicitation of an offer to sell any securities. The offers are being made only pursuant to an offer to purchase and letter of transmittal or other appropriate documentation and only to such persons and in such jurisdictions as is permitted under applicable law.

About Syncora Guarantee Inc.

Syncora Guarantee Inc. is a wholly owned subsidiary of Syncora Holdings Ltd. Syncora Holdings Ltd. (OTC: SYCRF) is a Bermuda-domiciled holding company. For more information, please visit www.syncora.com.

FORWARD-LOOKING STATEMENTS

This release contains statements about future results, plans and events that may constitute "forward-looking" statements. You are cautioned that these statements are not guarantees of future results, plans or events and such statements involve risks and uncertainties that may cause actual results to differ materially from those set forth in these statements. Forward-looking statements are subject to a number of risks and uncertainties, many of which are beyond Syncora Guarantee's control. These factors include, but are not limited to: Syncora Guarantee's ability to close the master transaction agreement with certain counterparties to Syncora Guarantee's credit default swap ("CDS") contracts (the "2009 MTA") and the tender offer for certain residential mortgage-backed securities ("RMBS") insured by Syncora Guarantee (the "RMBS Tender Offer"); the suspension of all claims payments; Syncora Guarantee's ability to maintain minimum policyholders' surplus even if it closes the 2009 MTA and the RMBS Tender Offer; higher losses on guaranteed obligations due to deterioration in the credit and mortgage markets; the suspension of writing substantially all new business; the effect of adverse developments in the credit and mortgage markets on Syncora Guarantee's in-force business; higher loss reserves estimates and the adequacy of the loss reserves; uncertainty as to the fair value of CDS contracts and liabilities thereon; decision by Syncora Guarantee's regulators to take regulatory action such as rehabilitation or liquidation of Syncora Guarantee at any time; Syncora Guarantee being required to make mark-to-market termination payments under its CDS contracts; Syncora Guarantee's ability to continue as a going concern; the performance of invested assets; payment of claims on guaranteed obligations, including Jefferson County, Alabama and RMBS transactions; bankruptcy events involving counterparties to CDS

contracts; the potential loss of certain tax benefits under certain financial guarantee insurance; non-payment of premium and makewholes owed or cancellation of policies; impact of the non-payment of dividends on Syncora Holdings Ltd.'s series A preference shares on the composition of Syncora Holdings Ltd.'s Board of Directors; uncertainty in portfolio modeling which makes it difficult to estimate potential paid claims and loss reserves; unavailability of funds due to capitalization of the financial guarantee subsidiary of Syncora Guarantee to be formed ("Drop-Down Company") under the 2009 MTA; unavailability of funds due to consideration expected to be paid to certain of the counterparties under the 2009 MTA; potential adverse developments at Drop-Down Company and recapture of business to be ceded to Drop-Down Company under the 2009 MTA; the financial condition of Syncora Guarantee (U.K.) Limited and action by the Financial Services Authority; requirement of Syncora Guarantee to provide Syncora Guarantee (U.K.) Limited with sufficient funds to maintain its minimum solvency margin; challenges to the Master Commutation, Release and Restructuring Agreement dated July 28, 2008, as amended, and related commutations and releases and/or the 2009 MTA; ratings downgrades or the withdrawal of ratings; defaults by counterparties to reinsurance arrangements; the interconnectedness of risks that affect Syncora Guarantee's reinsurance and insurance portfolio and financial guarantee products; termination payments related to less traditional products, including CDS contracts, possibly in excess of current resources; nonpayment of premiums by policyholders; changes in accounting policies or practices or the application thereof; uncertainty with respect to the valuation of CDS contracts; changes in officers or key employees; further deterioration in general economic conditions, including as a result of the financial crisis as well as inflation, interest rates, foreign currency exchange rates and other factors and the effects of disruption or economic contraction due to catastrophic events or terrorist acts; the commencement of new litigation or the outcome of current and new litigation; legislative or regulatory developments, including changes in tax laws and regulation of mortgages; losses from fraudulent conduct due to unconditional and irrevocable nature of financial guarantee insurance; problems with the transaction servicers in relation to structured finance transactions; limitations on the availability of net operating loss carryforwards; uncertainty as to federal income tax treatment of CDS contracts; liquidity risks including due to undertakings with the NYID; conflicts of interests with significant shareholders of Syncora Holdings Ltd.; limitations on the transferability of the common shares of Syncora Holdings Ltd. and other additional factors, risks or uncertainties described in Syncora Holdings Ltd.'s filings with the Securities and Exchange Commission, including in its Annual Report on Form 10K for the fiscal year ended December 31, 2008, as amended. Readers are cautioned not to place undue reliance on forward-looking statements which speak only as of the date they are made. Syncora Guarantee does not undertake to update forward-looking statements to reflect the impact of circumstances or events that arise after the date the forward-looking statements are made.

SOURCE Syncora Guarantee Inc.; Syncora Holdings Ltd.

CONTACT: Investors and Media: Michael Gormley of Syncora,

+1-212-478-3463, michael.gormley@scafg.com

/Web Site: http://www.syncora.com

(SYCRF SYCRF SYCRF.PK)

CONTACT    SITEMAP    PRIVACY    TERMS    SEARCH