UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,<br><br>     Debtors. | )<br>) Case No. 12-12020 (MG)<br>)<br>) Chapter 11<br>)<br>) Jointly Administered<br>) |

**DECLARATION OF JAMES J. BEHA II
IN SUPPORT OF DEBTORS' OBJECTION TO THE WEST VIRGINIA
INVESTMENT MANAGEMENT BOARD'S PROOF OF CLAIM**

James J. Beha II declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before the courts of the State of New York and the U.S. District Court for the Southern District of New York and am associated with the law firm of Morrison & Foerster LLP, counsel to the Debtors and Debtors in Possession in these chapter 11 cases. I submit this declaration in support of the Debtors' Objection to the West Virginia Investment Management Board's Proof of Claim.

2. Attached to this declaration are true and correct copies of the following documents, which are referenced in the Debtors' Objection:

 Exhibit A: Residential Accredit Loans, Inc., Mortgage Asset-Backed and Manufactured Housing Contract Pass-Through Certificates Prospectus (Aug. 25, 2005).

 Exhibit B: RALI Series 2005-QA13 Trust Mortgage Asset-Backed Pass-Through Certificates Prospectus Supplement (Dec. 27, 2005).

 Exhibit C: West Virginia Investment Management Board, Investment Policy Statement (May 10, 2005).

1

ny-1109418

Exhibit D: Western Asset Management, "Subprime Mortgages" (March 2007).

Exhibit E: Western Asset Management, "Update on the Subprime Mortgage Market, Executive Summary" (July 2007).

Exhibit F: Western Asset Management, "Why We Are Buying Mortgages" (September 2007).

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2013
New York, New York

_____
JAMES J. BEHA II

2