UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Christian W. Hancock, a member in good standing of the bar(s) of the State(s) of Alabama, Florida, Mississippi, Tennessee, North Carolina, Texas, and Arizona and the bar(s) of the United States District Courts for the states listed in Exhibit A request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:   Bradley Arant Boult Cummings LLP
                 100 N. Tryon Street, Suite 2690
                 Charlotte, NC 28202

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: September 19, 2013

Respectfully submitted,

By: _____
Christian W. Hancock

ny-1062543

EXHIBIT A

| Court and Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|
| U.S. District Court, Middle District of Alabama | 10/17/01 | Yes | Active |
| U.S. District Court, Southern District of Alabama | 11/26/01 | Yes | Active |
| U.S. District Court, Northern District of Alabama | 11/23/01 | Yes | Active |
| U.S. District Court, Southern District of Florida | 04/04/04 | Yes | Active |
| U.S. District Court, Middle District of Florida | 06/02/04 | Yes | Active |
| U.S. District Court, Northern District of Mississippi | 05/04/04 | Yes | Active |
| U.S. District Court, Southern District of Mississippi | 05/04/04 | Yes | Active |
| U.S. District Court, Eastern District of Tennessee | 09/20/07 | Yes | Active |
| U.S. District Court, Western District of Tennessee | 04/10/07 | Yes | Active |
| U.S. District Court, Middle District of Tennessee | 10/18/07 | Yes | Active |
| U.S. District Court, Western District of NC | 01/12/10 | Yes | Active |
| U.S. District Court, Eastern District of NC | 01/22/10 | Yes | Active |
| U.S. District Court, Middle District of NC | 01/22/10 | Yes | Active |
| U.S. District Court, Eastern District of Texas | 02/10/10 | Yes | Active |
| U.S. District Court, Western District of Texas | 12/29/11 | Yes | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 02/04/02 | Yes | Active |
| U.S. Court of Appeals for the Fifth Circuit | 07/10/03 | Yes | Active |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Christian W. Hancock, dated September 19, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of Alabama, Florida, Mississippi, Tennessee, North Carolina, Texas and Arizona and the bar(s) of the United States District Courts for the states listed in Exhibit A.

IT IS HEREBY ORDERED that Christian W. Hancock is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
September ___, 2013

The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

2

ny-1062543

# EXHIBIT A

| Court and Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|
| U.S. District Court, Middle District of Alabama | 10/17/01 | Yes | Active |
| U.S. District Court, Southern District of Alabama | 11/26/01 | Yes | Active |
| U.S. District Court, Northern District of Alabama | 11/23/01 | Yes | Active |
| U.S. District Court, Southern District of Florida | 04/04/04 | Yes | Active |
| U.S. District Court, Middle District of Florida | 06/02/04 | Yes | Active |
| U.S. District Court, Northern District of Mississippi | 05/04/04 | Yes | Active |
| U.S. District Court, Southern District of Mississippi | 05/04/04 | Yes | Active |
| U.S. District Court, Eastern District of Tennessee | 09/20/07 | Yes | Active |
| U.S. District Court, Western District of Tennessee | 04/10/07 | Yes | Active |
| U.S. District Court, Middle District of Tennessee | 10/18/07 | Yes | Active |
| U.S. District Court, Western District of NC | 01/12/10 | Yes | Active |
| U.S. District Court, Eastern District of NC | 01/22/10 | Yes | Active |
| U.S. District Court, Middle District of NC | 01/22/10 | Yes | Active |
| U.S. District Court, Eastern District of Texas | 02/10/10 | Yes | Active |
| U.S. District Court, Western District of Texas | 12/29/11 | Yes | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 02/04/02 | Yes | Active |
| U.S. Court of Appeals for the Fifth Circuit | 07/10/03 | Yes | Active |