Hearing Date:   November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)
Response Date:  September 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager
Erica J. Richards

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

---------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' OBJECTION
TO PROOFS OF CLAIM FILED BY SHANE M. HAFFEY AGAINST
RESIDENTIAL CAPITAL, LLC (CLAIM NOS. 2582 AND 4402) PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 3007 TO NOVEMBER 7, 2013 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that the *Debtors' Objection to the Proofs of Claim filed by Shane M. Haffey Against Residential Capital, LLC (Claim Nos. 2582 and 4402) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007* [Docket No. 4838] (the "Objection"), previously scheduled to be heard on October 2, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual consent to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1108797

**PLEASE TAKE FURTHER NOTICE** that the deadline for all parties in interest to file a response to the Objection shall be **September 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)**.

| | |
|---|---|
| Dated: September 19, 2013<br>New York, New York | Respectfully submitted,<br><br>/s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Melissa A. Hager<br>Erica J. Richards<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |