MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

### **FIRST AMENDED PLAN CONFIRMATION DISCOVERY SERVICE LIST**

Pursuant to the Amended Order Establishing a Discovery Protocol in Connection with Discovery Relating to Plan Confirmation, dated September 9, 2013 [Docket No. 4974], in connection with the *Joint Chapter 11 Plan Proposed By Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors*, [Docket No. 4819-2] (the "Plan"), Residential Capital, LLC, and each of its debtor affiliates (collectively, the "Debtors"), hereby identify the Participants and their attorneys for Plan Discovery in the attached Exhibit 1.

Dated: New York, NY
       September 19, 2013

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors
and Debtors in Possession*