# Exhibit 1

| Party | Counsel | Email Address |
|---|---|---|
| Ad Hoc Group of Junior Secured Noteholders | Milbank, Tweed, Hadley & McCloy LLP<br><br>White & Case LLP | guzzi@milbank.com;<br>cshore@whitecase.com;<br>isilverbrand@whitecase.com;<br>dthatch@whitecase.com;<br>hdenman@whitecase.com |
| Ally Financial, Inc., and each of its non-debtor affiliates and subsidiaries | Kirkland & Ellis LLP | richard.cieri@kirkland.com;<br>ray.schrock@kirkland.com;<br>richard.cieri@kirkland.com;<br>stephen.hessler@kirkland.com |
| Deutsche Bank Trust Co. and Deutsche Bank Trust Co. Americas (RMBS Trustee) [Dkt. No. 5077] | Morgan, Lewis & Bockius LLP | jgarrity@morganlewis.com;<br>jgoodchild@morganlewis.com |
| Financial Guaranty Insurance Company [Dkt. No. 5072] | Jones Day | rlwynne@jonesday.com;<br>enbrady@jonesday.com |
| HSBC Bank USA, N.A. (RMBS Trustee) [Dkt. No. 5065] | Allen & Overy LLP | john.kibler@allenovery.com |
| Kessler Class Claimants, as defined in the Notice of Intent [Dkt. No. 5069] | Polsinelli PC<br><br>Walters, Bender, Strohbehn & Vaughan<br><br>Carlson Lynch LTD | dflanigan@polsinelli.com;<br>bcarlson@carlsonlynch.com;<br>dskeens@wbsvlaw.com;<br>fwalters@wbsvlaw.com |
| Law Debenture Trust Company of New York (RMBS Trustee) [Dkt. No. 5062] | Seward & Kissel LLP | christensen@sewkis.com;<br>hooper@sewkis.com |
| Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC) [Dkt. No. 5064] | Marino, Tortorella & Boyle, P.C. | kmarino@khmarino.com;<br>jboyle@khmarino.com |
| Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | keckstein@kramerlevin.com;<br>tmayer@kramerlevin.com;<br>dmannal@kramerlevin.com;<br>jtrachtman@kramerlevin.com;<br>pbentley@kramerlevin.com;<br>dmannal@kramerlevin.com;<br>szide@kramerlevin.com |

ny-1109127

| Party | Counsel | Email Address |
|---|---|---|
| Residential Capital, LLC and its affiliated debtors in the above-captioned chapter 11 cases | Morrison & Foerster LLP<br><br>Curtis, Mallet-Prevost, Colt & Mosle LLP | glee@mofo.com;<br>ckerr@mofo.com;<br>drains@mofo.com;<br>alawrence@mofo.com;<br>ksadeghi@mofo.com;<br>rbaehr@mofo.com;<br>dziegler@mofo.com;<br>tfoudy@curtis.com |
| RESPA Plaintiffs, as defined in the Notice of Intent [Dkt. No. 4974] | Lowenstein Sandler LLP<br><br>Kessler Topaz Meltzer & Check LLP | metkin@lowenstein.com |
| Rothstein, as defined in the Notice of Intent [Dkt. No. 5070] | Kirby McInerney LLP<br><br>Bifferato Gentilotti | mstrauss@kmllp.com;<br>bwalker@kmllp.com;<br>maugustine@bglawde.com;<br>gmcdaniel@bglawde.com |
| Steering Committee Group of RMBS Holders | Gibbs & Bruns<br><br>Ropes & Gray | kpatrick@gibbsbruns.com;<br>rmadden@gibbsbruns.com;<br>dsheeren@gibbsbruns.com;<br>keith.wofford@ropesgray.com;<br>ross.martin@ropesgray.com;<br>andrew.devore@ropesgray.com |
| Syncora Guarantee Inc. [Dkt. No. 5067] | Wollmuth Maher & Deutsch LLP | pdefilippo@wmd-law.com;<br>rrainer@wmd-law.com;<br>r.sharon.smith@scafg.com |
| The Bank of New York Mellon Trust Company, N.A. and The Bank of New York Mellon (RMBS Trustee) [Dkt. No. 5056] | Dechert LLP<br><br>Dentons US LLP | glenn.siegel@dechert.com;<br>craig.druehl@dechert.com;<br>mauricio.espana@dechert.com |
| U.S. Bank National Association (RMBS Trustee) [Dkt. No. 5058] | Seward & Kissel LLP | kotwick@sewkis.com;<br>alves@sewkis.com;<br>maloney@sewkis.com |
| U.S. Trustee for the Southern District of New York | Office of the United States Trustee for the Southern District of New York | Tracy.Davis2@usdoj.gov;<br>Linda.Riffkin@usdoj.gov;<br>Brian.Masumoto@usdoj.gov |
| UMB Bank, N.A. | Akin Gump Strauss Hauer & Feld LLP | dgolden@akingump.com;<br>dzensky@akingump.com;<br>aqureshi@akingump.com;<br>pdublin@akingump.com;<br>ralbanese@akingump.com;<br>rajohnson@akingump.com;<br>ccarty@akingump.com;<br>djnewman@akingump.com |

4

ny-1109127

| Party | Counsel | Email Address |
|---|---|---|
| Wells Fargo Bank, N.A. (First Priority Collateral Agent, Third Priority Collateral Agent, and Collateral Control Agent) [Dkt. No. 5061] | Reed Smith LLP | eschaffer@reedsmith.com; dschlecker@reedsmith.com; skam@reedsmith.com |
| Wells Fargo Bank, N.A. (RMBS Trustee) [Dkt. No. 5060] | Alston & Bird LLP | michael.johnson@alston.com; william.hao@alston.com; kit.weitnauer@alston.com |
| Wilmington Trust, N.A. (Indenture Trustee for the Senior Unsecured Notes issued by Residential Capital LL) [Dkt. No. 5053] | Loeb & Loeb LLP<br><br>Cleary Gottlieb Steen & Hamilton LLP | wcurchack@loeb.com; soneal@cgsh.com; maofiling@cgsh.com |