# LEAVIS AND REST, P.C.

## ATTORNEYS AT LAW

83 CENTRAL STREET

BOSTON, MASSACHUSETTS 02109-3413

PAUL F. LEAVIS
JOHN B. REST
WILLIAM J. DOYLE, JR.
DEBORAH M. SANTELLO

(617) 742-1700
FACSIMILE (617) 482-4446

September 9, 2013

**VIA E-FILE**

Clerk's Office
United States Bankruptcy Court
    For the Southern District
One Bowling Green
New York, New York 10004-1408

RECEIVED
SEP 19 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

>      **In re:   Residential Capital, LLC, et al**
>                 **Case No. 12-12020 (MG)**

Dear Sir/Madam:

Enclosed please find for filing in the above-entitled matter the following:

### Notice Of Withdrawal Of Claim Of Patricia LeBlanc

I have attempted to electronically e-file this document, but have been unsuccessful. Thank you for your attention to this matter.



Very truly yours,

/s/ William J. Doyle, Jr.

WJD/ncb
Enclosure
cc:    Honorable Martin Glenn          Kramer Levin Noftalis & Frankel
       United States Bankruptcy Court  1117 Avenue of the Americas
       Courtroom 501                   New York, NY 10036
       One Bowling Green               Attn:  Kenneth H. Eckstein, Esquire
       New York, NY 10004                     Douglas H. Mannal, Esquire

       Morrison & Foerster, LLP
       1290 Avenue of the Americas
       New York, NY 10104
       Attn:  Gary S. Lee, Esquire
              Norman S. Rosenbaum, Esquire
              Jordan A. Wishnew, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK



|  |  |
|---|---|
| In re: | Case No. 12-12020(MG) |
| Residential Capital, LLC, et al, | Chapter 11 |
| Debtors | Jointly Administered |

### NOTICE OF WITHDRAWAL OF CLAIM OF PATRICIA LeBLANC

Please Take Notice that, Patricia LeBlanc hereby withdraws her claim, known as Claim No. 6884, filed on or about June 28, 2013.  Patricia LeBlanc, by her counsel, filed a claim in order to seek relief from this Court in order to resume pursuing her personal injury claim against other entities in the matter of Patricia LeBlanc v. Federal National Mortgage Association, et. al., Middlesex Superior Court C.A. No. 11-2067-L, pending in the Commonwealth of Massachusetts.  This Court entered a Stipulation And Order, dated August 29, 2013, docket number 4879, modifying the automatic stay imposed by section 362 of the Bankruptcy Code for the limited purpose of permitting Patricia LeBlanc to prosecute claims asserted against non-Debtor Defendants.

The claim of Patricia LeBlanc, Claim No. 6884, is addressed in the Twenty-Ninth Omnibus Objections To Claims (Late-Filed Claims) filed by the Debtors on August 23, 2013.  A hearing is currently scheduled to consider the Debtors' Objection on September 24, 2013.



Patricia LeBlanc, by her counsel, authorizes Kurtzman Carson Consultants, LLC, the

debtors claims agent, to expunge her claim, Claim No. 6884, from the claims register and to take

such other acts as it deems appropriate.

Patricia LeBlanc
By her attorney,


 /s/ William J. Doyle, Jr. 
William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109
(617) 742-1700
BBO #134240
wjd@leavisandrest.com