**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the application to admit pro hac vice regarding Jon H. Patterson, dated September 18, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of AL, MS, OK, TX and WI and the bar(s) of the United States District Court for the Northern District of OK, Western District of OK, Eastern District of OK, Northern District of TX, Eastern District of TX, Southern District of TX, Western District of TX, Southern District of AL, Middle District of AL, Northern District of AL, Southern District of MS and the Northern District of MS.

IT IS HEREBY ORDERED that Jon H. Patterson is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York

**September 20, 2013**

/s/ Martin Glenn
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York