# **Exhibit B**



# Search by Case Number

🖨 PRINTABLE VERSION

**Basic Case Information**

| | |
|---|---|
| Case Name | GMAC MORTGAGE VS G VALEEVA |
| Case # | 51-2009-CA-008312-CAAX-ES |
| Current Judge | SECTION J1 |
| Filing Type | Foreclosure On Real Property |
| Case Status | Open |
| Filing Date | 9/1/2009 |
| Status Date | 9/1/2009 |

**Parties to this Case**

| Party Type | Party Name | Party Details |
|---|---|---|
| Defendant | ANY AND ALL UNKNOWN PARTIES | addr-atty-alias |
| Defendant | DOE JANE | addr-atty-alias |
| Defendant | DOE JOHN | addr-atty-alias |
| Plaintiff | GMAC MORTGAGE LLC | addr-atty-alias |
| Defendant | OAK GROVE PUD HOMEOWNERS ASSOCIATION INCORPORATED | addr-atty-alias |
| Defendant | OKOUNEVA EVELINA | addr-atty-alias |
| Defendant | OKOUNEVA EVELINA UNKNOWN SPOUSE OF | addr-atty-alias |
| Defendant | VALEEVA GALINA | addr-atty-alias |
| Defendant | VALEEVA GALINA UNKNOWN SPOUSE OF | addr-atty-alias |

**Register of Actions**

| Event Date | Event |
|---|---|
| 7/1/2013 | Order Denying DEF GALINA VALEEVA MOTION TO DISMISS |
| 6/5/2013 | Motion To Dismiss FOR FRAUD AND LACK OF STANDING GALINA VALEEVA |
| 6/5/2013 | Motion To Dismiss FOR FRAUD AND LACK OF STANDING GALINA VALEEVA |
| 4/18/2013 | Notice Of Hearing 060313 AT 925AM |
| 4/18/2013 | Notice Of Hearing 060313 AT 925 |
| 4/16/2013 | Notice Of Hearing ON JUNE 2 2013 AT 925AM |
| 11/5/2012 | NTC THAT CASE IS AT ISSUE CAUSE; GMAC MORTGAGE LLC |
| 9/13/2012 | NOTICE: OF CONDITIONAL ACCEPTANCE |
| 8/20/2012 | AFF TO REASONABLE ATTY FEE |
| 8/20/2012 | MTN FOR SUMMARY JDMT RENEWED INCLUDING A HEARING TO TAX ATTYS FEES AND COSTS; |
| 7/13/2012 | RESPONSE - CIVIL AND DEF 3 IN OPPOSITION TO COUNTER DEF UNVERIFIED MOTION TO STRIK |
| 7/9/2012 | NOTICE: AND DEF 3 REQUEST TO PROVIDE ADDITIONAL TIME TO ANSWER TO PLF MOTION TO |
| 6/14/2012 | MTN TO STRIKE WITH ATTACHMENT; GMAC MORTGAGE LLC |
| 4/27/2012 | AFFIDAVIT: OF NOTARY PRESENTMENT |
| 3/20/2012 | CERTIFICATE: AND NOTICE OF NON RESPONSE; VALEEVA GALINA |
| 3/20/2012 | NOTICE: OF FAULT WITH OPPORTUNITY TO CURE; VALEEVA GALINA |
| 3/20/2012 | NOTICE: AND DEF 3 OF DEFAULT; VALEEVA GALINA |
| 1/18/2012 | MTN TO WITHDRAW ATTY OF RECORD AND NOTICE OF DISCHARGE; VALEEVA GALINA |
| 1/3/2012 | NTC OF CANCELLATION OF HEARING SET ON 011012 AT 920AM |
| 12/15/2011 | WITHDRAWAL NOTICE OF AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND |
| 12/8/2011 | NTC OF TELEPHONIC HEARING PRESIDING JUDGE 011012 AT 920AM |

```
10/31/2011  INVENTORY LIST OF THE DOCUMENTS TO FILE; VALEEVA GALINA
10/10/2011  NTC OF CANCELLATION OF HEARING SET ON 101011 AT 1030AM; GMAC MORTGAGE LLC
10/4/2011   FORM A-PLAINTIFF CERTIFICATE
9/26/2011   NTC OF APPEARANCE - CIVIL OF DF1 OBO DF1 AND DF3; VALEEVA GALINA
9/19/2011   AFFIDAVIT: OF NOTICE OF CONDITIONAL ACCEPTANCE
9/19/2011   NTC OF APPEARANCE - CIVIL AND DEF 3; VALEEVA GALINA
9/2/2011    NTC OF HEARING JUDGE TEPPER 101011 AT 1030AM
7/22/2011   CERTIFICATE OF SVC: OF RESPONSES TO DISCOVERY REQUESTS; GMAC MORTGAGE LLC
6/28/2011   NTC OF APPEARANCE - CIVIL AMENDED OF CO-COUNSEL AS TO SERVICE LIST; GMAC MORTGA(
5/3/2011    CERTIFICATE OF SVC: SUPPLEMENTAL RESPONSES TO DEF 1 FIRST REQUEST FOR PRODUCTIOI
4/1/2011    RESP TO REQUEST PRODUCTION RESPONSE TO DF REQUESST; GMAC MORTGAGE LLC
3/30/2011   NTC OF APPEARANCE - CIVIL; GMAC MORTGAGE LLC
2/8/2011    REQUEST FOR PRODUCTION; VALEEVA GALINA
2/8/2011    NTC OF APPEARANCE - CIVIL; VALEEVA GALINA
2/8/2011    RESPONSE - CIVIL TO PLFS MOTION FOR SUMMARY JUDGMENT; VALEEVA GALINA
2/8/2011    MTN TO STRIKE PLFS ASSIGNMENT OF MORTGAGE AND TO STRIKE PLFS AFFIDAVIT IN SUPPOR
1/20/2011   NTC OF FILING ORIGINAL MORTGAGE; GMAC MORTGAGE LLC
1/19/2011   ORDER DENYING: DF MTN TO DISMISS
1/18/2011   ORDER FOR SUBSTITUTION COUNSEL; GMAC MORTGAGE LLC
12/21/2010  RESPONSE - CIVIL TO DEFS MOTION TO DISMISS FOR FAILURE TO SATE A CAUSE OF ACTIONAN
12/21/2010  NTC OF APPEARANCE - CIVIL; GMAC MORTGAGE LLC
12/20/2010  NTC OF APPEARANCE - CIVIL AS CO-COUNSEL; GMAC MORTGAGE LLC
11/22/2010  NTC OF HEARING 122310 1030AM
11/19/2010  NTC OF HEARING 122310 1030AM
11/4/2010   MEMORANDUM IN SUPPORT OF PLFS MOTION TO DISMISS; GMAC MORTGAGE LLC
11/4/2010   MTN TO DISMISS - CIVIL FOR FAILURE TO STATE A CAUSE OF ACTION; GMAC MORTGAGE LLC
11/1/2010   AFF SUPPORT MTN SUMMARY JDMT
11/1/2010   NTC OF FILING; GMAC MORTGAGE LLC
10/28/2010  NOTICE: TO THE COURT; GMAC MORTGAGE LLC
10/15/2010  AFFIDAVIT: AND DEF 3; VALEEVA GALINA
10/12/2010  MISCELLANEOUS DOCUMENT GENERAL DURABLE POWER OF ATTY
10/12/2010  AFFIDAVIT: NOTICE OF COMPLAINT AND DEMAND FOR POSTPONEMENT OF TRUSTEE SALE
10/12/2010  REPLY - CIVIL TO YOUR DEMAND OR NOTICE
10/12/2010  REPLY - CIVIL TO YOUR DEMAND OR NOTICE
10/12/2010  NOTICE: OF DEFAULT AND ORDER TO CEASE AND DESIST
10/12/2010  PETITION: FOR A VERIFICATION OF DEBT; GMAC MORTGAGE LLC
9/3/2010    DEFAULT ENTERED; OAK GROVE PUD HOMEOWNERS ASSOCIATION INCORPORATED
8/12/2010   PMT:CA RECORDING DOC/ADDL NAME; B129096; $1.00; GMAC MORTGAGE LLC
8/12/2010   PMT:CA RECORD LIS PENDENS; B129096; $5.00; GMAC MORTGAGE LLC
8/12/2010   ASM:CA RECORDING DOC/ADDL NAME; B129096; $1.00; GMAC MORTGAGE LLC
8/12/2010   ASM:CA RECORD LIS PENDENS; B129096; $5.00; GMAC MORTGAGE LLC
8/5/2010    AFF AS TO ATTY TIME
8/5/2010    AFF TO REASONABLE ATTY FEE
8/5/2010    AFF AS TO COSTS
8/5/2010    AFF SUPPORT MTN SUMMARY JDMT
8/5/2010    MTN FOR SUMMARY JDMT OF FORECLOSURE AND TAXATION OF ATTYS FEES AND COSTS; GMA
8/5/2010    MTN FOR DEFAULT ON:; OAK GROVE PUD HOMEOWNERS ASSOCIATION INCORPORATED
8/5/2010    NTC DROPPING PARTY/PARTIES DEFS 2, 4, 7 AND 8 SENT TO REC 8/24/10 1 PG; GMAC MORT
10/5/2009   SUMMONS RETURN UNSRVD:; DOE JANE
10/5/2009   SUMMONS RETURN UNSRVD:; DOE JOHN
10/5/2009   SUMMONS RETURN UNSRVD:; OKOUNEVA EVELINA UNKNOWN SPOUSE OF
10/5/2009   SUMMONS RETURN UNSRVD:; VALEEVA GALINA UNKNOWN SPOUSE OF
10/5/2009   SUMMONS RETURN SRVD: 09/15/09; OAK GROVE PUD HOMEOWNERS ASSOCIATION INCORPOR
10/5/2009   SUMMONS RETURN SRVD: 09/14/09; OKOUNEVA EVELINA
```

| Date | Entry |
|---|---|
| 10/5/2009 | SUMMONS RETURN SRVD: 09/14/09; VALEEVA GALINA |
| 9/18/2009 | RESPONSE - CIVIL; VALEEVA GALINA |
| 9/8/2009 | SUMMONS ISSUED AND RETURNED TO PROCESS SERVER; DOE JANE |
| 9/8/2009 | SUMMONS ISSUED AND RETURNED TO PROCESS SERVER; DOE JOHN |
| 9/8/2009 | SUMMONS ISSUED AND RETURNED TO PROCESS SERVER; OAK GROVE PUD HOMEOWNERS ASSC |
| 9/8/2009 | SUMMONS ISSUED AND RETURNED TO PROCESS SERVER; OKOUNEVA EVELINA UNKNOWN SPOU |
| 9/8/2009 | SUMMONS ISSUED AND RETURNED TO PROCESS SERVER; OKOUNEVA EVELINA |
| 9/8/2009 | SUMMONS ISSUED AND RETURNED TO PROCESS SERVER; VALEEVA GALINA UNKNOWN SPOUSE |
| 9/8/2009 | SUMMONS ISSUED AND RETURNED TO PROCESS SERVER; VALEEVA GALINA |
| 9/2/2009 | MTN ORDER APPT PROCESS SERVER DATE SIGNED: 09/02/2009 JUDGE BABB |
| 9/1/2009 | PMT:CA ADDITIONAL DEF OVER 5; N165989; $7.50; GMAC MORTGAGE LLC |
| 9/1/2009 | PMT:CA SUMMONS ISSUED; N165987; $70.00; GMAC MORTGAGE LLC |
| 9/1/2009 | PMT:CA RECORDING DOC/ADDL NAME; N165987; $5.00; GMAC MORTGAGE LLC |
| 9/1/2009 | PMT:CA REC ADDL LIS PENDENS PG; N165987; $4.00; GMAC MORTGAGE LLC |
| 9/1/2009 | PMT:CA RECORD LIS PENDENS; N165987; $5.00; GMAC MORTGAGE LLC |
| 9/1/2009 | PMT:CA FF FR OVR 50K UNDR 250K; N165987; $905.00; GMAC MORTGAGE LLC |
| 9/1/2009 | COMPLAINT: (X) ATTACHMENT(S); GMAC MORTGAGE LLC |
| 9/1/2009 | CIVIL COVER SHEET; GMAC MORTGAGE LLC |
| 9/1/2009 | FILING OPENED FOR SRS |
| 9/1/2009 | NTC OF LIS PENDENS SENT TO RECORDING (2) PAGES ON 09/03/2009; GMAC MORTGAGE LLC |
| 9/1/2009 | ASM:CA ADDITIONAL DEF OVER 5; N165989; $7.50; GMAC MORTGAGE LLC |
| 9/1/2009 | ASM:CA SUMMONS ISSUED; N165987; $70.00; GMAC MORTGAGE LLC |
| 9/1/2009 | ASM:CA RECORDING DOC/ADDL NAME; N165987; $5.00; GMAC MORTGAGE LLC |
| 9/1/2009 | ASM:CA REC ADDL LIS PENDENS PG; N165987; $4.00; GMAC MORTGAGE LLC |
| 9/1/2009 | ASM:CA RECORD LIS PENDENS; N165987; $5.00; GMAC MORTGAGE LLC |
| 9/1/2009 | ASM:CA FF FR OVR 50K UNDR 250K; N165987; $905.00; GMAC MORTGAGE LLC |

Excellence...Always
Pasco County Clerk & Comptroller © 2013