**<u>Exhibit D</u>**



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

Christian W. Hancock
Direct: 704-338-6005
Fax: 704-332-8858
chancock@babc.com

September 13, 2012

Galina Valeeva
3204 Whitney Court
Bensalem, PA 19020

RE:    GMAC Mortgage, LLC v. Valeeva and Proof of Claim

Dear Ms. Valeeva:

As you may recall, my office was co-counsel to GMAC Mortgage, LLC ("GMACM") in your foreclosure suit pending in the Circuit Court of the Sixth Judicial Circuit in and for Pasco County Florida, Case No. 51-2009-A-8312 ("the Foreclosure Case"). I have also been assisting Morrison & Foerster LLP with its analysis and the objection to the Proof of Claim you filed in GMACM's bankruptcy case pending in the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020 ("the Bankruptcy Court"). I have reviewed your September 5, 2013 response to the Debtors' objection to your Proof of Claim ("the Response") and hope I can provide some clarification for you regarding the issues raised therein.

The Response indicates that you are seeking the identification of the "TRUE PARTIES OF INTEREST" in your mortgage loan and that you seek information about the original promissory note and/or the "HOLDER OF DEBT." The Response provides that you will accept the objections to your Proof of Claim if "the party produces the original promissory note and mortgage deed for inspection."

Prior to February 2013, GMACM was the loan servicer of your mortgage loan. GMACM was the authorized agent of the investor and owner of your loan, which is Federal National Mortgage Association ("Fannie Mae"). Following a sale of the servicing rights, which was approved by the Bankruptcy Court, your loan is now serviced by Green Tree Mortgage Service, LLC ("Green Tree"). At this time, Green Tree is your loan servicer and is the entity prosecuting the foreclosure case on behalf of Fannie Mae, the owner of your loan. GMACM no longer has any interest in your loan.

The originals of your July 27, 2005 mortgage and promissory note were filed with the clerk of court in the foreclosure case in January 2011 ("the Florida Court"). (*See* attached notice of filing). The originals remain on file with the Florida Court and you may request access to them from the clerk of court.

Bank of America Corporate Center 100 N. Tryon Street, Suite 2690  Charlotte, NC 28202  PHONE: 704.338.6000  FAX: 704.332.8858  BABC.COM

At this time, we do not believe that GMACM is a "TRUE PARTY OF INTEREST" regarding your loan, as it transferred its servicing rights to Green Tree earlier this year. Moreover, GMACM has never owned your loan, as it was owned by Fannie Mae.

We hope this satisfies your concerns and request that you stipulate to the withdrawal of your proof of claim. Once your proof of claim is withdrawn, the Debtors will agree to withdraw their objection and avoid the need for a contested hearing on this matter. .

You are welcome to call me with any questions at 704.338.6005 or, if your questions relate to the bankruptcy case, you may call Daniel Harris at 212.336.4292.

Sincerely,

Christy Hancock

CWH/jdr