**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------

|   |   |   |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

--------------------------------------------------------------------------

## <u>ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*</u>

Upon the application to admit pro hac vice regarding Blake Goodsell, dated September 18, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of Alabama, Arkansas and Louisiana and the bar(s) of the United States District Courts for the USDC Northern District of Alabama, USDC Middle District of Alabama, USDC Southern District of Alabama, USDC Eastern District of Arkansas, USDC Western District of Arkansas, USDC Northern District of Texas, USDC Southern District of Texas, USDC Eastern District of Texas, USDC Western District of Texas, USDC Eastern District of Texas, USDC Eastern District of Louisiana, USDC Middle District of Louisiana, USDC Western District of Louisiana .

IT IS HEREBY ORDERED that Blake Goodsell is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York

**September 20, 2013**

_____/s/ Martin Glenn_____

The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

ny-1109367