Honorable Martin Glenn
U.S. Bankruptcy Court
Southern District of New York
Room 501 One Bowling Green
New York, N.Y. 10004-1408

Samuel Baker
2134 Crowland Ave
Lindenwold, N.J. 08021

14 Sep 13

Reference Case No 12-12020 (MG)



RECEIVED SEP 18 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Dear Honorable Glenn,

GMAC Mortgage Company is part of referenced case. I'm lost concerning voting rights as creditor jargon. There are two things I would like to know. That is, besides; as the late President Lyndon Boyne Johnson said clear in simple/plain language in the Great Society "administration; one am I due escrow back and two as a VA Vet applicant is there anything that says I can reestablish a loan at today's lesser rate without going back to a 30 year mortage? I'm almost 65 years old. I had one refinance mortage and after 14 years of paying I still owe $79K of $85K.

Thank you for your time.

Sincerely,

Samuel Baker