**Hearing Date and Time: November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Joel C. Haims
James J. Beha II

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------
In re:

RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,

                      Debtors.
-------------------------------------------------------------

)
)
)
)
)
)
)
)

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' TENTH OMNIBUS CLAIMS OBJECTION (FACIALLY DEFECTIVE AND TIME-BARRED SECURITIES CLAIMS) AGAINST EVEREST COMPANIES AND METLIFE COMPANIES PROOFS OF CLAIM TO NOVEMBER 7, 2013 AT 2:00 P.M.**

       **PLEASE TAKE NOTICE** that the hearing on the *Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims)* [Docket No. 4119] (the "<u>Tenth Omnibus Claims Objection</u>") as it relates to the proofs of claim filed by the Everest Companies and MetLife Companies listed below, previously scheduled to be heard on September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004:

- Everest Reinsurance (Bermuda) Ltd. (Claim No. 3480);

- Everest International Reinsurance, Ltd. (Claim No. 3481);

- MetLife Inc. (Claim Nos. 5592 and 5601);

- MetLife Investors Insurance Company (Claim No. 5593);

- MetLife Alico Life Insurance K.K. (Claim No. 5651);

- MetLife Insurance Company of Connecticut (Claim Nos. 5661, 5664, 5669, 5672, 5676, 5679 and 5696);

- MetLife Investors USA Insurance Company (Claim Nos. 5681, 5687, 5689, 5691 and 5693);

- Metropolitan Life Insurance Company (Claim Nos. 5608, 5611, 5614, 5618, 5621, 5624, 5628, and 5598); and

- Metropolitan Tower Life Insurance Company (Claims Nos. 5551, 5555, 5577, 5579, 5584, and 5586).

Dated: September 20, 2013
      New York, New York

/s/ Gary S. Lee
Gary S. Lee
Joel C. Haims
James J. Beha II
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*