SWEENEY, GALLO, REICH & BOLZ, LLP
95-25 Queens Blvd 11th Floor
Rego Park, NY 11374
(718) 459-2634
Melanie A. Sweeney
Robert M. Link

Counsel for CitiMortgage, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Poughkeepsie)

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | CHAPTER 11<br><br>Case No. 12-12020 (mg)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

Reference is made to the *Notice of Appearance* filed July 21, 2013 [Docket No. 4423] (the "**Notice of Appearance**").

PLEASE TAKE NOTICE that Sweeney, Gallo, Reich & Bolz, LLP hereby withdraws the Notice of Appearance and requests the discontinuance of electronic notification with regard to this case via the court CM/ECF system to Melanie A Sweeney (msweeney@msgrb.com) and Robert M. Link (blink@msgrb.com) (collectively, "**Counsel**") and that counsel be removed from all service and notice lists in connection with this case.

Dated: September 20, 2013
       Queens, New York

Respectfully submitted,

SWEENEY, GALLO, REICH & BOLZ, LLP.

By : Melanie A. Sweeney,
     Robert Link
Attorneys for CitiMortgage, Inc.,
95-25 Queens Boulevard, 11th Floor
Rego Park, New York 11374
(718) 459-2634
(718) 459-0999 (Fax)
Email: msweeney@msgrb.com
       blink@msgrb.com
Counsel for CitiMortgage, Inc.