Hearing Date and Time: November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)
Response Date and Time: October 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                                        )
In re:                                                  )    Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                )    Chapter 11
                                                        )
                                          Debtors.      )    Jointly Administered
                                                        )
---------------------------------------------------------------

### NOTICE OF DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED AND WRONG DEBTOR BORROWER CLAIMS)

**PLEASE TAKE NOTICE** that the undersigned has filed the attached *Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims)* (the "<u>Omnibus Objection</u>"), which seeks to alter your rights by reclassifying and redesignating your claim against the above-captioned Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection will take place on **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Omnibus

Objection must be made in writing, conform to the Federal Rules of Bankruptcy

Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the

Notice, Case Management, and Administrative Procedures approved by the Bankruptcy

Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy

Court's electronic case filing system, and be served, so as to be received no later than

**October 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the

Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104

(Attention: Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew); (b) counsel

for the committee of unsecured creditors (the "Committee"), Kramer Levin Naftalis &

Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth

Eckstein and Douglas Mannal); (c) the Office of the United States Trustee for the

Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite

1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian

S. Masumoto); and (d) special counsel for the Committee, SilvermanAcampora LLP, 100

Jericho Quadrangle, Suite 300, Jericho, NY 11753 (Attention: Ronald J. Friedman).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a

written response to the relief requested in the Omnibus Objection, the Bankruptcy Court

may deem any opposition waived, treat the Omnibus Objection as conceded, and enter an

order granting the relief requested in the Omnibus Objection without further notice or

hearing.

Dated: September 20, 2013           Respectfully submitted,
       New York, New York

                                   /s/ Norman S. Rosenbaum
                                   Gary S. Lee
                                   Norman S. Rosenbaum
                                   Jordan A. Wishnew
                                   MORRISON & FOERSTER LLP
                                   1290 Avenue of the Americas
                                   New York, New York 10104
                                   Telephone: (212) 468-8000
                                   Facsimile: (212) 468-7900

                                   *Counsel for the Debtors and*
                                   *Debtors in Possession*

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- )
                                                        )
In re:                                                  )      Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )      Chapter 11
                                                        )
                                   Debtors.             )      Jointly Administered
                                                        )
------------------------------------------------------- )

**DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(MISCLASSIFIED AND WRONG DEBTOR BORROWER CLAIMS)**

---

**THIS OBJECTION DOES NOT SEEK TO DISALLOW CLAIMS, BUT RATHER SEEKS TO
RECLASSIFY AND REDESIGNATE CLAIMS SO AS TO BE ASSERTED IN THE CORRECT
PRIORITY AND AGAINST THE PROPER DEBTOR.  CLAIMANTS RECEIVING THIS
OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EXHIBIT A ATTACHED
TO THE PROPOSED ORDER.**

**THE DEBTORS EXPRESSLY RESERVE ALL RIGHTS TO OBJECT TO THE CLAIMS
LISTED ON EXHIBIT A ON ANY OTHER BASIS.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, JORDAN A. WISHNEW, AT (212) 468-8000.**

---

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Residential Capital, LLC and its affiliated debtors, in the above-captioned chapter

11 cases (the "Chapter 11 Cases"), as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

## RELIEF REQUESTED

1.    The Debtors file this thirty-sixth omnibus objection to claims (the "Thirty-

Sixth Omnibus Claims Objection"), pursuant to section 502(b) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in the Chapter 11 Cases (the "Procedures Order") [Docket

No. 3294], seeking entry of an order (the "Proposed Order"), in a form substantially similar to

that attached hereto as **Exhibit 2**, reclassifying and redesignating[1] the claims listed on **Exhibit A**

attached to the Proposed Order.[2]  In support of the Thirty-Sixth Omnibus Claims Objection, the

Debtors submit the *Declaration of Deanna Horst in Support of Debtors' Thirty-Sixth Omnibus*

*Objection to Claims (Misclassified and Wrong Debtor Borrower Claims)* (the "Horst

Declaration"), attached hereto as **Exhibit 1** and filed concurrently herewith.

2.    The Debtors have examined the proofs of claim identified on **Exhibit A**

attached to the Proposed Order and have determined that each of the proofs of claim listed

thereon (collectively, the "Misclassified and Wrong Debtor Borrower Claims") (a) improperly

---

[1]    As used herein, the term "redesignate" (or "redesignating") means modify or modifying a proof of claim filed
against the incorrect Debtor to accurately reflect the Debtor that is liable (to the extent such claim is ultimately
allowed) on the claims register maintained in the Chapter 11 Cases.

[2]    Claims listed on **Exhibit A** are reflected in the same manner as they appear on the claims register maintained
by KCC (defined herein).

asserts a security interest against the Debtors and/or a priority claim under section 503 or 507 of the Bankruptcy Code and (b) was filed against the incorrect Debtor.

3.    The Misclassified and Wrong Debtor Borrower Claims do not meet the criteria required for entitlement to priority or secured status, and, therefore, are not entitled to priority or secured status as asserted in these proofs of claim.   In addition, as noted, the Misclassified and Wrong Debtor Borrower Claims were filed against the wrong Debtor. Accordingly, the Debtors seek to reclassify and redesignate the Misclassified and Wrong Debtor Borrower Claims, as indicated on **Exhibit A** attached to the Proposed Order, to accurately reflect on the claims register maintained in the Chapter 11 Cases (a) the nature and priority of the Misclassified and Wrong Debtor Borrower Claims as general unsecured claims and (b) the Debtor that is liable (to the extent such claim is ultimately allowed), and to preserve the Debtors' right to later object to the Misclassified and Wrong Debtor Borrower Claims (as reclassified and redesignated) on any other basis.

4.    The Debtors expressly reserve all rights to object on any other basis to any Misclassified and Wrong Debtor Borrower Claim as to which this Court does not grant the relief requested herein.

5.    The proofs of claim identified on **Exhibit A** attached to the Proposed Order solely relate to claims filed by current or former borrowers (collectively, the "Borrower Claims" and each a "Borrower Claim").   As used herein, the term "Borrower" means a person who is or was a mortgagor under a mortgage loan originated, serviced, and/or purchased or sold by one or more of the Debtors.[3]

---

[3]    The terms "Borrower" and "Borrower Claims" are identical to those utilized in the Procedures Order [Docket No. 3294].

## JURISDICTION

6.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## BACKGROUND

**A.  General**

7.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a

voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors

are managing and operating their businesses as debtors in possession pursuant to sections

1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Cases are being jointly administered

pursuant to Bankruptcy Rule 1015(b).

8.      On May 16, 2012, the United States Trustee for the Southern District of

New York appointed a nine member official committee of unsecured creditors (the "Creditors'

Committee") [Docket No. 102].

9.      On June 20, 2012, this Court directed that an examiner be appointed (the

"Examiner"), and on July 3, 2012, this Court approved Arthur J. Gonzalez as the Examiner

[Docket Nos. 454, 674].  On May 13, 2013, the Examiner filed his report under seal [Docket

Nos. 3677, 3697].  On June 26, 2013, the report was unsealed and made available to the public

[Docket No. 4099].

10.      On July 3, 2013, the Debtors filed the *Joint Chapter 11 Plan Proposed by*

*Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No.

4153] and the *Disclosure Statement for the Joint Chapter 11 Plan of Residential Capital, LLC, et*

*al. and the Official Committee of Unsecured Creditors* [Docket No. 4157] (the "Disclosure

3

Statement"). On August 23, 2013, this Court entered an order approving, *inter alia*, the

Disclosure Statement, as amended [Docket No. 4809].

### B. Proceedings Related to Claims

11. On July 17, 2012, this Court entered an order [Docket No. 798] appointing

Kurtzman Carson Consultants LLC ("KCC") as the notice and claims agent in the Chapter 11

Cases. Among other things, KCC is authorized to (a) receive, maintain, and record and

otherwise administer the proofs of claim filed in the Chapter 11 Cases and (b) maintain official

claims registers for the Debtors.

12. On August 29, 2012, this Court entered an order approving the Debtors'

motion to establish procedures for filing proofs of claim in the Chapter 11 Cases [Docket No.

1309] (the "Bar Date Order"). The Bar Date Order established, among other things,

(a) November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline to file proofs of

claim by virtually all creditors against the Debtors (the "General Bar Date") and prescribed the

form and manner for filing proofs of claim; and (b) November 30, 2012 at 5:00 p.m. (Prevailing

Eastern Time) as the deadline for governmental units to file proofs of claim (the "Governmental

Bar Date"). (Bar Date Order ¶¶ 2, 3). On November 7, 2012, this Court entered an order

extending the General Bar Date to November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time)

[Docket No. 2093]. The Governmental Bar Date was **not** extended.

13. To date, approximately 7,160 proofs of claim have been filed in the

Chapter 11 Cases as reflected on the Debtors' claims register.

14. On March 21, 2013, this Court entered the Procedures Order, which

authorizes the Debtors to, among other things, file omnibus objections to no more than 150

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

15.    The Procedures Order also approved certain procedures to be applied in connection with objections to Borrower Claims (the "Borrower Claim Procedures").  Based on substantial input from the Creditors' Committee and Special Counsel to the Creditors' Committee for Borrower Issues ("Special Counsel"), the Procedures Order includes specific protections for Borrowers and sets forth a process for the Debtors to follow before objecting to certain categories of Borrower Claims.  For example, the Borrower Claim Procedures require that prior to objecting to certain categories of Borrower Claims, the Debtors must furnish the individual Borrower with a letter, with notice to Special Counsel, requesting additional documentation in support of the purported claim (the "Request Letter").  (See Procedures Order at 4).

16.    However, if the Debtors' objection to a Borrower Claim is premised on certain non-substantive grounds, including that the Borrower's proof of claim was incorrectly classified or filed against the wrong Debtor, then the Debtors are not required to send a Request Letter to such Borrower before filing an objection to such Borrower's claim.  (See Procedures Order at 3).  Accordingly, the Debtors submit that they are in compliance with the Borrower Claim Procedures set forth in the Procedures Order.  (See Horst Declaration ¶ 6).

## THE MISCLASSIFIED AND WRONG DEBTOR BORROWER CLAIMS SHOULD BE RECLASSIFIED AS GENERAL UNSECURED CLAIMS AND REDESIGNATED AS CLAIMS FILED AGAINST THE CORRECT DEBTOR

17.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  See In re Oneida Ltd., 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); In re Adelphia Commc'ns Corp., Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); In re Rockefeller Ctr. Props., 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Section

502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim shall not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

18.    Pursuant to Bankruptcy Rule 3007(d)(8), a debtor may object to claims and seek their disallowance where such claims "assert priority in an amount that exceeds the maximum amount under § 507 of the Code." Fed. R. Bankr. P. 3007(d)(8).

19.    Moreover, the U.S. Supreme Court has held that conferring secured status "'to a claimant not clearly entitled thereto is not only inconsistent with the policy of equality of distribution; it dilutes the value of the priority for those creditors Congress intended to prefer.'" Howard Delivery Serv., Inc. v. Zurich Am. Ins. Co., 547 U.S. 651, 667-68 (2006) (citation omitted); see also In re WorldCom, Inc., 362 B.R. 96, 120 (Bankr. S.D.N.Y. 2007) (reclassifying a purportedly secured claim as unsecured because it was based on a lapsed lien); Karakas v. Bank of New York (In re Karakas), Case No. 06-32961, Chapter 13, Adv. Pro. No. 06-80245, 2007 Bankr. LEXIS 1578, at *22-23 (Bankr. N.D.N.Y. May 3, 2007) (reclassifying purportedly secured claim as unsecured based on valuation of underlying property).

20.    Based upon their review of the proofs of claim filed on the claims register in the Chapter 11 Cases maintained by KCC, the Debtors determined that each Misclassified and Wrong Debtor Borrower Claim identified on **Exhibit A** attached to the Proposed Order improperly asserts secured and/or administrative priority status for all or a portion of such claim, including priority under section 503(b)(9) of the Bankruptcy Code, where such proofs of claim do not contain any valid basis for treatment as a secured and/or administrative priority claim. The Misclassified and Wrong Debtor Borrower Claims set forth on **Exhibit A** attached to the Proposed Order are claims for alleged prepetition general unsecured liabilities, and are therefore not entitled to secured status or priority status against the Debtors' estates under section 506 or

507 of the Bankruptcy Code.  To allow such claims to remain and be treated as secured and/or administrative priority claims would result in those claimants receiving a disproportionately higher distribution on account of the asserted liabilities to the detriment of other similarly-situated claimants.  (See Horst Declaration ¶ 5).

21.    In addition, based on their review of the proofs of claim filed on the claims register in the Chapter 11 Cases maintained by KCC, the Debtors determined that each Misclassified and Wrong Debtor Borrower Claim identified on **Exhibit A** attached to the Proposed Order was filed against the incorrect Debtor.  (See Horst Declaration ¶¶ 3, 4, 5).

22.    The Debtor listed on **Exhibit A** attached to the Proposed Order under the column heading "*Modified Debtor Name*" represents the Debtor that is liable for the corresponding Misclassified and Wrong Debtor Borrower Claim, to the extent such claim is ultimately allowed, as reflected in the documentation provided by the claimant and the Debtors' books and records as of the Petition Date.  (See Horst Declaration ¶ 5).  The holders of the Misclassified and Wrong Debtor Borrower Claims should not be allowed to receive a recovery, if any, on their claims from the incorrect Debtor's estate.

23.    Accordingly, in order to properly reflect the Debtor against which these claims should be asserted, the Debtors request that this Court modify each Misclassified and Wrong Debtor Borrower Claim to reflect a claimed liability against the corresponding Debtor listed on **Exhibit A** attached to the Proposed Order under the column heading "*Modified Debtor Name*."

24.    Moreover, with respect to all Misclassified and Wrong Debtor Borrower Claims that are the subject of this Thirty-Sixth Omnibus Claims Objection, the Debtors further object to such claims pursuant to Bankruptcy Rule 3007(d)(6) on the grounds that the

ny-1108661 v3

Misclassified and Wrong Debtor Borrower Claims fail to provide documentation sufficient to support the classification asserted in such claims.

25.     In sum, in order to (a) preserve the intended order of priority of claims as set forth by the Bankruptcy Code and (b) properly reflect the Debtor against which the Misclassified and Wrong Debtor Borrower Claims should be asserted, and to prevent any improper recoveries, the Debtors request entry of the Proposed Order (x) reclassifying the Misclassified and Wrong Debtor Borrower Claims listed on **Exhibit A** attached to the Proposed Order as general unsecured claims in accordance with the Bankruptcy Code and (y) redesignating the Misclassified and Wrong Debtor Borrower Claims listed on **Exhibit A** attached to the Proposed Order as claims filed against the proper Debtor.  The Misclassified and Wrong Debtor Borrower Claims will remain on the claims register (as reclassified and modified) subject to further objections on any other basis.

## **NOTICE**

26.     The Debtors have served notice of this Thirty-Sixth Omnibus Claims Objection in accordance with the Case Management Procedures entered on May 23, 2012 [Docket No. 141] and the Procedures Order.  The Debtors submit that no other or further notice need be provided.

## **NO PRIOR REQUEST**

27.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

8

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request that this Court enter an order, substantially in the form of the Proposed Order, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  September 20, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*

ny-1108661 v3

## Exhibit 1

**Horst Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|                                              | )   |                              |
| -------------------------------------------- | --- | ---------------------------- |
| In re:                                       | )   | Case No. 12-12020 (MG)       |
|                                              | )   |                              |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,     | )   | Chapter 11                   |
|                                              | )   |                              |
| Debtors.                                     | )   | Jointly Administered         |
|                                              | )   |                              |

---------------------------------------------------------------

**DECLARATION OF DEANNA HORST IN SUPPORT OF DEBTORS'**
**THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
<u>**(MISCLASSIFIED AND WRONG DEBTOR BORROWER CLAIMS)**</u>

I, Deanna Horst, hereby declare as follows:

1.     I am the Senior Director of Claims Management for Residential Capital,

LLC and its affiliates ("<u>ResCap</u>"), a limited liability company organized under the laws of the

state of Delaware and the parent of the other debtors and debtors in possession in the above-

captioned Chapter 11 Cases (collectively, the "<u>Debtors</u>").[1]  I have been employed by affiliates of

ResCap since August of 2001, and in my current position since June of 2012.  I began my

association with ResCap in 2001 as the Director, Responsible Lending Manager, charged with

managing the Debtors' responsible lending on-site due diligence program.  In 2002, I became the

Director of Quality Asset Management, managing Client Repurchase, Quality Assurance and

Compliance -- a position I held until 2006, at which time I became the Vice President of the

Credit Risk Group, managing Correspondent and Broker approval and monitoring.  In 2011, I

became the Vice President, Business Risk and Controls, and supported GMAC Mortgage, LLC

and Ally Bank in this role.  In my current position, I am responsible for Claims Management and

Reconciliation and Client Recovery.   I am  authorized  to  submit  this  declaration  (the

---

[1]     The names of the Debtors in these cases and their respective tax identification numbers are identified on
<u>Exhibit 1</u> to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support
of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6], dated May 14, 2012.

ny-1108682 v2

"<u>Declaration</u>") in support of the *Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims)* (the "<u>Objection</u>").[2]

2.        Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, and information I have received through my discussions with other members of the Debtors' management or other employees, the Debtors' professionals and consultants, and/or Kurtzman Carson Consultants LLC, the Debtors' notice and claims agent.  If I were called upon to testify, I could and would testify competently to the facts set forth in the Objection on that basis.

3.        In my capacity as Senior Director of Claims Management, I am intimately familiar with the Debtors' claims reconciliation process.  Except as otherwise indicated, all statements in this Declaration are based upon my familiarity with the Debtors' books and records (the "<u>Books and Records</u>"), the Debtors' schedules of assets and liabilities and statements of financial affairs filed in the Chapter 11 Cases (collectively, the "<u>Schedules</u>"), my review and reconciliation of claims, and/or my review of relevant documents.  I or my designee at my direction have reviewed and analyzed the proof of claim forms and supporting documentation, if any, filed by the claimants listed on **Exhibit A** attached to the Proposed Order.  In connection with this analysis, where applicable, the Debtors and their professional advisors have reviewed (a) information supplied or verified by personnel in departments within the Debtors' various business units, (b) the Books and Records, (c) the Schedules, (d) other filed proofs of claim, and/or (e) the official claims register maintained in the Debtors' Chapter 11 Cases.

---

[2]    Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Objection.

2

4.    Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed in the Chapter 11 Cases.  Such claims were reviewed and analyzed by the appropriate personnel and professional advisors.

5.    Based on a thorough review of the Misclassified and Wrong Debtor Borrower Claims at issue, as well as the relevant documentation, the claimants' supporting documentation, if any, and the Books and Records, the Debtors determined that each proof of claim listed on **Exhibit A** attached to the Proposed Order (a) should be reclassified as a non-priority, general unsecured claim and accorded the proposed treatment described in the Objection and (b) does not reflect a Debtor that is liable for the claim asserted therein to the claimant.  If the Misclassified and Wrong Debtor Borrower Claims are not reclassified accordingly, the claimants asserting such claims may potentially receive a disproportionately higher distribution on account of the asserted liabilities to the detriment of other similarly-situated claimants.  In addition, the Debtors further determined based on a thorough review of the relevant documentation, the claimants' supporting documentation, if any, and the Books and Records, that the Debtor listed on **Exhibit A** attached to the Proposed Order under the column heading "*Modified Debtor Name*" represents the Debtor that is liable for the Misclassified and Wrong Debtor Borrower Claims (to the extent ultimately allowed), as reflected in the Books and Records as of the Petition Date.  If the Misclassified and Wrong Debtor Borrower Claims are not modified as requested, the claimants who filed the Misclassified and Wrong Debtor Borrower Claims may receive a recovery from the incorrect Debtor's estate, to the detriment of other creditors with valid claims against such Debtor.

3

6.      The Debtors have taken steps in the Chapter 11 Cases to afford Borrowers who have filed proofs of claim additional protections, as set forth in the Borrower Claim Procedures approved by the Procedures Order.  The Debtors have sought to comply with these procedures.  In this instance, given the basis of the Objection, the Debtors determined that they may object to the Misclassified and Wrong Debtor Borrower Claims without first having to send a Request Letter to such Borrowers requesting additional information.

7.      Accordingly, based upon these reviews, and for the reasons set forth in the Objection, I have determined that each Misclassified and Wrong Debtor Borrower Claim that is the subject of the Objection should be accorded the proposed treatment described in the Objection.

8.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 20, 2013

 /s/ Deanna Horst
Deanna Horst
Senior Director of Claims Management for
Residential Capital, LLC

## Exhibit 2

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

--------------------------------------------------------------

### ORDER GRANTING DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED AND WRONG DEBTOR BORROWER CLAIMS)

Upon the thirty-sixth omnibus claims objection, dated September 20, 2013 (the "Thirty-Sixth Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), reclassifying and redesignating the Misclassified and Wrong Debtor Borrower Claims, all as more fully described in the Thirty-Sixth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Thirty-Sixth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Thirty-Sixth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Thirty-Sixth Omnibus Claims Objection having been provided, and it appearing that no other or further notice

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-Sixth Omnibus Claims Objection.

need be provided; and upon consideration of the Thirty-Sixth Omnibus Claims Objection and the

*Declaration of Deanna Horst in Support of Debtors' Thirty-Sixth Omnibus Objection to Claims*

*(Misclassified and Wrong Debtor Borrower Claims)*, annexed to the Objection as **Exhibit 1**; and

the Court having found and determined that the relief sought in the Thirty-Sixth Omnibus Claims

Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest,

and that the legal and factual bases set forth in the Thirty-Sixth Omnibus Claims Objection

establish just cause for the relief granted herein; and this Court having determined that the

Thirty-Sixth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth

in the Procedures Order; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the relief requested in the Thirty-Sixth Omnibus Claims

Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each claim

listed on **Exhibit A** attached hereto (collectively, the "Misclassified and Wrong Debtor Borrower

Claims") is hereby reclassified as a general unsecured non-priority claim and redesignated

against the Debtor set forth on **Exhibit A** under the column heading "*Modified Debtor Name*";

and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' notice and

claims agent, is authorized and directed to reclassify the Misclassified and Wrong Debtor

Borrower Claims as set forth on **Exhibit A** attached hereto and to redesignate the Misclassified

and Wrong Debtor Borrower Claims against the Debtor set forth on **Exhibit A** under the column

heading "*Modified Debtor Name*"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of any Misclassified and Wrong Debtor Borrower Claims

ny-1108678

that are reclassified and redesignated pursuant to this Order, all rights to object on any basis are expressly reserved with respect to such reclassified and redesignated claims as listed on **Exhibit A** attached to this Order, and the Debtors' and all parties in interests' rights to object on any basis are expressly reserved with respect to any claim that is not listed on **Exhibit A** attached hereto; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Thirty-Sixth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order shall be a final order with respect to each of the Misclassified and Wrong Debtor Borrower Claims identified on **Exhibit A** attached hereto, as if each such Misclassified and Wrong Debtor Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

ny-1108678

## Exhibit A

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Adam Diers<br>667 Empire Ave<br>West Babylon, NY 11704 | 1362 | 10/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$81,611.77 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$81,611.77 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | Alex D. Rahmi<br>638 Marlow Road<br>Charles Town, WV 25414 | 1543 | 10/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$58,000.00 Secured<br>$0.00 Priority<br>$4,640.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$62,640.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | Alfredia Holiday<br>3350 Williamson Rd.<br>Saginaw, MI 48601 | 1661 | 10/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$96,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$96,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | Angela Norman<br>455 Avondale Rd.<br>Montgomery , AL 36109 | 4204 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$83,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$83,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | Angelo Mariani Jr.<br>PO Box 2481<br>Kamuela, HI 96743 | 3670 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,600.00 Priority<br>$467,400.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$470,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 6 | Angie Young<br>7011 W. Voltaire<br>Peoria, AZ 85381 | 4100 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$136,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$136,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | Annie Carol Sanders<br>6086 Antioch Rd.<br>Hazlehurst, MS 39083 | 3667 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$74,779.28 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$74,779.28 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | Betty G. Aikens<br>PO Box 56<br>Dublin, VA 24084 | 4310 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>BLANK Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY - RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Betty Harvey<br>PO Box 27<br>Apple Valley, CA 92307 | 4492 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 10 | Billy Ray Carroll<br>2158 Grove Ct<br>Mobile, AL 36605 | 4121 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$80,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$80,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 11 | Brackney, Charles<br>The Bank of New York Mellon Trust Co Natl Assoc,<br>FKA the Bank of New York Trust Co na,<br>as Successor to JP Morgan Chase et al<br>7732 Northwest 12th Street<br>Oklahoma City, OK 73127 | 4032 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$142,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$142,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | Carla Jo Timm<br>Attn Loss Mitigation Department<br>Homecomings Financial<br>3451 Hammond Avenue<br>Waterloo, IA 50702 | 4563 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$10,764.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,764.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 13 | Carolyn E. Woodridge and Iris Woodridge<br>1235 Van Buren Street, N.W.<br>Washington, DC 20012 | 3682 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>BLANK Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 14 | Catherine Tonelli<br>26 Folsom Street<br>Revere, MA 02151 | 5471 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$39,106.84 Secured<br>$2,600.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$41,706.84 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 15 | Charles Cartwright<br>652 N. Glenview St.<br>Mesa , AZ 85213 | 4983 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,400.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,400.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 16 | Charles Mark King<br>7852 Happy Hollow Road<br>Trussville, AL 35173 | 1198 | 10/12/2012 | $982.62 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$982.62 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY - RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Charles Mark King<br>7852 Happy Hollow Road<br>Trussville, AL 35173 | 1199 | 10/12/2012 | $1,515.63 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,515.63 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 18 | Christien E Davidson<br>701 23Rd Ave. East<br>Bradenton, FL 34208 | 1375 | 10/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 19 | Christopher D. Goetter<br>1812 General Pershing St., Apt. E<br>New Orleans, LA 70115 | 2556 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$77,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$77,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 20 | Christopher J. Murphy / Quandalyn E. Murphy<br>12121 Patricia Avenue<br>Port Allen, LA 70767 | 3871 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$72,143.46 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$72,143.46 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 21 | Crystal Johnson<br>2802 Knox Street SE<br>Washington, DC 20020 | 1484 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,600.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,600.00 General Unsecured | ditech, LLC | 12-12021 |
| 22 | DANIELS, GEORGE M & DANIELS, LORI T<br>8218 FOLDENAUER DRIVE<br>HARTLAND, MI 48843 | 4560 | 11/13/2012 | $854.53 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$854.53 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 23 | David F. Howard<br>5382 Murphy Rd<br>Pink Hill, NC 28572 | 4923 | 11/15/2012 | $3,852.54 Administrative Priority<br>$0.00 Administrative Secured<br>$75,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$78,852.54 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 24 | David L Long<br>6105 E. 83rd St. N.<br>Ft. Gibson, OK 74434 | 2345 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$22,800.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$22,800.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Deborah L. Campano<br>116 Choctaw Ridge Rd<br>Branchburg, NJ 08876 | 4473 | 11/13/2012 | UNLIQUIDATED Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 26 | Deborah Lee Wetzel<br>27348 McLemore Cir.<br>Harvest, AL 35749 | 2198 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$205,000.00 Secured<br>$0.00 Priority<br>$50,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$255,000.00 General Unsecured | ditech, LLC | 12-12021 |
| 27 | Dianne H. Bowden<br>46 Tyro Rd<br>Holly Springs, MS 38635 | 2022 | 11/01/2012 | $1,599.18 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,599.18 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 28 | Donald & Roberta (Bobbi) Signs<br>23411 Olde Meadowbrook Circle<br>Bonita SP, FL 34134 | 3798 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 29 | Donna Kenerson<br>850 Windriver Drive<br>Skyesville , MD 21784 | 1559 | 10/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$3,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 30 | Edward D. Wortman<br>7 Ramsgate<br>Collinsville, IL 62234-4869 | 2857 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,800.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,800.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 31 | Edward D. Wortman and Tammy L. Wortman<br>7 Ramsgate<br>Collinsville, IL 62234-4869 | 2855 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,800.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,800.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 32 | Edward N Browning<br>262 Morris Ave<br>Hamilton, OH 45013 | 2216 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,600.00 Priority<br>$655.47 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,255.47 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 33 | Edward P. Ragelis, Jr<br>8202 Greer Road<br>Sherwood, AR 72120 | 4604 | 11/13/2012 | UNLIQUIDATED Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$14,400.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$14,400.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 34 | ELIZABETH VEGA<br>3025 PLAZA MERCIA<br>BONITA, CA 91902-1612 | 5432 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$10,723.86 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,723.86 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 35 | Emilio Perez<br>246 E Main Street<br>Pahokee, FL 33476 | 6769 | 02/27/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,748.50 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,748.50 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 36 | Eric T. Turnbach and Christine K. Turnbach<br>P.O. Box 344<br>Sybertsville, PA 18251 | 2668 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>BLANK Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 37 | Ernestine Ray<br>11323 Roxbury St<br>Detroit, MI 48224 | 4381 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 38 | Esteban Losoya and Maria Monerva Losoya<br>1321 Brazos St.<br>Rosenberg, TX 77471 | 3806 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$46,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$46,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 39 | Estelle Thompson Jones<br>8153 S. Throop St<br>Chicago, IL 60620 | 2166 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$80,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$80,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 40 | Eva T. Allen and Vernon H. Allen, Jr.<br>6778 Cobble Creek Rd<br>Apt. 1D<br>Whitsett, NC 27377 | 3832 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$74,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$74,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 41 | Fred and Dorothy Kincaid<br>329 E Edison Street<br>Alcoa, TN 37701 | 1234 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>BLANK Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 42 | Gary Trent Cynthia J Trent<br>2412 Country Club Lane<br>Kokomo, IN 46902 | 1939 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$6,264.05 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 43 | Gilbert P. Gia - Ramona C. Gia<br>4104 Boise St<br>Bakersfield, CA 93306-1102 | 1363 | 10/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$83,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Passive Asset Transactions, LLC | 12-12044 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$83,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 44 | Gloria D. Minor<br>860 Bonneville, Terrace, N.W.<br>Atlanta, GA 30331 | 5488 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$91,739.25 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$91,739.25 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 45 | GREGORY GULLO<br>TERESA GULLO<br>99 BRIAR LANE BOX 283<br>CROMPOND, NY 10517 | 3690 | 11/08/2012 | $10,364.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,364.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 46 | Gwendolyn B Hawthorne<br>2377 Scott Oaks Trail SW<br>Marietta, GA 30008 | 6273 | 11/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$145,821.97 Secured<br>$454,178.03 General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$600,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 47 | HARRIS, MARCUS<br>637 CHAMBERS RD<br>FERGUSON, MO 63135-2000 | 1292 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$31,500.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$31,500.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 48 | Harry Davis<br>308 Burlwood Ave<br>Oakland, CA | 2139 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>BLANK Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 49 | HARU LINDSEY<br>6031 PASEO ALAMEDA<br>CARLSBAD, CA 92009 | 4259 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$45,797.73 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$45,797.73 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 50 | Hayward Goodson Jr.<br>c/o Syvillie L. Goodson<br>3521 Tara Dr<br>Florence, SC 29505 | 2041 | 10/30/2012 | $0.00 Administrative Priority<br>$0.o Administrative Secured<br>$12,500.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$12,500.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 51 | Herchella Baynes<br>7901 S. Aragon Blvd. #5<br>Sunrise, FL 33322 | 5576 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$12,700.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$12,700.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 52 | Holly M. Suggs<br>83 Woodland Dr.<br>Bridgeton, NJ 08302 | 1669 | 10/25/2012 | $54,986.05 Administrative Priority<br>$0.00 Administrative Secured<br>$141,709.68 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$196,695.73 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 53 | Jack & Doris Sherman<br>15332 Don Roberto Rd<br>Victorville, CA 92394 | 3494 | 11/07/2012 | $4,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 54 | Jacqueline Marie Harris Hollins or John Carol Hollins<br>2608 Leaf Lane<br>Shreveport, LA 71109 | 1084 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$10,040.80 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,040.80 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 55 | Jacquelyn E. Wells<br>103 Magnolia Way<br>Pearl, MS 39208 | 1200 | 10/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$3,060.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,060.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 56 | James Herman and Nancy Herman<br>3023 N Clark St.<br>Chicago, IL 60657 | 1653 | 10/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,731.53 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,731.53 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 57 | James Herman and Nancy Herman 3023 N Clark St. Chicago, IL 60657 | 1654 | 10/23/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $2,570.70 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $2,570.70 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 58 | Jason D. Emert 882 Castleman Branch Road Shepherdsville, KY 40165 | 5997 | 11/20/2012 | $136,518.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $136,518.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 59 | Jerome & Patricia Haynesworth Jerome L. Haynesworth 18215 Cypress Point Terrace Leesburg, VA 20176 | 4104 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $54,384.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $54,384.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 60 | Joaquin A. Sosa and Griselda Sosa, Individually and as Husband and Wife Sosa c/o Prentice 3866 Wilson Avenue San Diego, CA 92104 | 2403 | 11/05/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 61 | JOHNNY H MADDOX 165 IMOGENE STREET PRATTVILLE, AL 36067 | 786 | 09/27/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 62 | Jovany Munoz 585 East 16th Street Apt 6D Brooklyn, NY 11226 | 1516 | 10/22/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $70,000.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $70,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 63 | Juana Cerna 14455 San Ardo Drive La Mirada, CA 90638 | 4689 | 11/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $25,606.00 Secured $0.00 Priority $0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $25,606.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 64 | Julie A. Eriksen 2647 Kendridge Ln Aurora, IL 60502 | 5573 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $475,000.00 Secured $0.00 Priority $525,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $1,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY - RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 65 Julie A. Humphries<br>11221 McCree Rd<br>Dallas, TX 75238 | 5642 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$134,800.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$134,800.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 66 Julie A. Humphries<br>11221 McCree Rd<br>Dallas, TX 75238 | 5711 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$126,400.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$126,400.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 67 Karina Kowalczyk<br>608 Margaret Place<br>Elgin, IL 60120 | 4108 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$250,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$250,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 68 Kechia L. Island<br>1741 Malcom Street<br>Shreveport, LA 71108 | 5300 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 69 Ken Ang<br>7521 Boer Avenue<br>Whittier, CA 90606 | 1595 | 10/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$20,000.00 Secured<br>$20,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$40,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 70 Kenneth C. Thomas<br>Gerald D. Chambers<br>1464 S. Michigan Ave., Unit 1705<br>Chicago, IL 60605 | 3728 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$291,472.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$291,472.15 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 71 Kyle Gordon<br>19416 Midtown Ave<br>Carson, CA 90746 | 2120 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>BLANK Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 72 Lillian C. Sandoval Estate and Belina Ramirez<br>c/o Belina Ramirez<br>PO Box 154<br>Manassa, CO 81141 | 2045 | 10/31/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$20,037.51 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$20,037.51 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 73 | Linda Elliott<br>9606 Cedardale Drive<br>Houston, TX 77055 | 3855 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$3,610.20 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,610.20 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 74 | Linda J Vines & Gregory J Vines<br>3510 Derby Shire Circle<br>Derby Shire Circle<br>Baltimore, MD 21244 | 1281 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$60,795.71 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$60,795.71 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 75 | LORA H BROWN AND<br>121 HAMPTON COVE<br>SMITH CONSTRUCTION COMPANY<br>MICHIGAN CITY, MS 38647 | 2089 | 11/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$74,817.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$74,817.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 76 | Lori E. Tammaro aka Lori E Pesce<br>Lori Tammaro<br>24 Pleasant St<br>Everett, MA 02149 | 2526 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$45,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$45,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 77 | Louis G. Nemeth<br>c/o David L. Kane, P.C.<br>5301 Village Creek Dr., Suite D<br>Plano, TX 75093 | 4731 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$417,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$417,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 78 | Louis Phillips<br>3525 Timberloch Trail<br>Snellville, GA 30039 | 3777 | 11/08/2012 | $20,446.20 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$20,446.20 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 79 | Lula Darnell Dilworth and Raymond Q. Dilworth Jr.<br>21787 Duns Scotus St<br>Southfield, MI 48075 | 1278 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$50,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$45,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 80 | Lydia Alvarez<br>109 W. Monee Rd.<br>Crete, IL 60417 | 1109 | 10/10/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$3,477.87 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,477.87 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY - RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 81 | Maria M. & Elda Thompson<br>137 Ellery Avenue<br>Newark, NJ 07106-3501 | 1083 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$158,336.03 Secured<br>$0.00 Priority<br>$500,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$658,336.03 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 82 | Mary Clark<br>1508 Cedar Gate Cir.<br>Birmingham, AL 35235 | 1432 | 10/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 83 | Mary Lassiter Gray<br>4232 Halifax Ave North<br>Robbinsdale, MN 55422 | 4109 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$189,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$189,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 84 | Matthew C & Mary M Anderson<br>1569 Gamon Rd<br>Wheaton, IL 60189 | 2366 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$3,673.96 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,673.96 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 85 | Mattie L. Calhoun<br>PO Box 9001719<br>Louisville, KY 40290-1719 | 2523 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$85,184.56 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$85,184.56 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 86 | MICHAEL A. LESSARD<br>IRENE F. LESSARD<br>41 DENSMORE STREET<br>BUFFALO, NY 14220 | 848 | 09/28/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$10,500.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,500.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 87 | Michael J. Clavin<br>1 Carlson Terrace<br>Fishkill, NY 12524 | 5279 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,794.81 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,794.81 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 88 | MICHAEL K. BOYER<br>118 SALLY ANN FURNACE RD<br>MERTZTOWN, PA 19539 | 3788 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$35,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$35,000.00 General Unsecured | ditech, LLC | 12-12021 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 89 | Michael Kalbfleisch<br>8632 Shore Way Dr SW<br>Byron Center, MI 49315 | 1323 | 10/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$15,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$15,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 90 | Michael McGrath, Katelyn Genell Wise<br>Attn Andrew F. Lanius<br>Shipley Law Firm<br>20110-A U.S. Highway 441<br>Mount Dora, FL 32757-6963 | 3955 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$76,329.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$76,329.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 91 | Michael S. Heinz & Debra L. Heinz<br>9215 Oak<br>Kansas City, MO 64114 | 4368 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$40,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$40,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 92 | Michelle Lawson, et al.<br>226 East Gorgas Lane<br>Philadelphia, PA 19119 | 5282 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$51,300.00 Secured<br>$89,667.98 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$140,967.98 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 93 | Mihailescu Florin<br>PMB 545<br>8776 E Shea Blvd # 33A<br>Scottsdale, AZ 85260-6629 | 274 | 07/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$496,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$496,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 94 | MORROW, RENAE<br>113 OAK RIDGE AVE<br>RULETS CONSTRUCTION INC<br>HILLSIDE, IL 60162 | 2788 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,982.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,982.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 95 | Musa Ahmed and Nashia Ahmed<br>5002-5004 Bingham St<br>Dearborn, MI 48126 | 4535 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,600.00 Priority<br>$7,390.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$9,990.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 96 | Otis L. Collier, Jr.<br>3201 Milburn Street<br>Houston, TX 77021-1128 | 5066 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$243,885.00 Secured<br>$0.00 Priority<br>$118,115.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$362,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 97 | Pamela Wagner and Michael S. Breuner 2724 Mountain Boulevard Oakland, CA 94602-2608 | 5527 | 11/16/2012 | $16,277.96 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $16,277.96 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 98 | Patricia Diddon Blades 19169 Rolling Pines Rd Amite, LA 70422 | 5541 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $122,000.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $122,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 99 | Patrick & Aleashia Clarkston 911 Main St Franklin, LA 70538 | 1498 | 10/22/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $128,000.00 Secured $0.00 Priority $32,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $160,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 100 | Patti Ann Tetherow 2020 NE 59th Court Fort Lauderdale, FL 33308 | 3819 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $337,420.00 Secured $2,836.00 Priority $0.88 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $340,256.88 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 101 | PAUL A. RECKSIEDLER MARY K. RECKSIEDLER 2844 121ST LANE NW MINNEAPOLIS, MN 55443 | 945 | 10/04/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $60,000.00 Secured $0.00 Priority $39,500.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $99,500.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 102 | Paul Ciaramitaro 2407 Davis Lane Antioch, CA 94509 | 3711 | 11/08/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $258,978.60 Secured $0.00 Priority $36,978.60 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $295,957.20 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 103 | Paul E. Good Jr. 485 Morse Court Dixon, CA 95620 | 2059 | 10/31/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $15,000.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $15,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 104 | Paul Giard 3 Main Road Colrain, MA 01340 | 5620 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $95,939.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $95,939.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 105 | Peake, David G and Sandra J. Peake<br>9660 Hillcroft Ste 430<br>Houston, TX 77096 | 3813 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$17,500.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$17,500.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 106 | Peter H. Jennings<br>8200 SW 11 Ct<br>North Lauderdale, FL 33068 | 2360 | 11/05/2012 | $50,766.02 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$50,766.02 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 107 | Peter Zepperio<br>Patricia Rodriguez Esq.<br>1961 Huntington Drive, Suite 201<br>Alhambra, CA 91801 | 3892 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$5,000,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$5,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 108 | Phil Church<br>P.O. Box 632<br>Seabeck, WA 98380 | 999 | 10/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 109 | Philip C Holland (Decease)<br>Peter Holland<br>273 North Hill Rd<br>Yanceyville, NC 27379 | 2787 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$150,000.00 Secured<br>$2,600.00 Priority<br>$36,373.05 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$188,973.05 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 110 | Rebecca Gebman<br>8686 Sheridan Dr<br>Buffalo, NY 14221 | 5603 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$200,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$200,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 111 | Regina Stinson<br>205 S. Ave<br>Jamestown, TN 38556 | 4603 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$61,679.21 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$61,679.21 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 112 | Rhonda Deese<br>P.O. Box 456<br>Auburndale, FL 33823 | 4927 | 11/15/2012 | $142,950.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$142,950.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 113 | Richard A. & Carrie E. Sobleskey<br>703 E. Shaw<br>Charlotte, MI 48813 | 3770 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$85,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$85,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 114 | Richard D Rode<br>2301 W Lawther Drive<br>Deer Park, TX 77536 | 5610 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$339,000.00 Secured<br>$0.00 Priority<br>$923,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,262,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 115 | RICHARD F INGRAM<br>4747 S WOODLAWN<br>CHICAGO, IL 60615 | 2417 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$73,847.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$73,847.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 116 | RICHARD F INGRAM AND<br>6521 S WOODLAWN AVE<br>JR KENT CONSTRUCTION CO<br>CHICAGO, IL 60637 | 2459 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$82,582.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$82,582.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 117 | Robert E. Nash and Patricia Nash<br>329 Fred Nash Ln<br>Corbin, KY 40701 | 2092 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$23,999.76 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$23,999.76 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 118 | Robert J Ottoway<br>4210 West Lupine Ave<br>Phoenix, AZ 85029 | 1135 | 10/10/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$953.76 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$953.76 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 119 | Robin Linn Gauselmann<br>1540 15th St.<br>PO Box 283<br>West Pittsburg, PA 16160 | 2093 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$57,000.00 Secured<br>$14,100.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$71,100.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 120 | Ronald A. Eriksen, Jr.<br>2647 Kendridge Ln.<br>Aurora, IL 60502 | 5580 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$475,000.00 Secured<br>$0.00 Priority<br>$525,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 121 Ronald and Elaine Nakamoto<br>Ron Nakamoto<br>18650 Vista De Almaden<br>San Jose, CA 95120 | 1279 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$20,137.18 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$20,137.18 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 122 Rosario Pacheco<br>209 Lopez Ct<br>Calexico, CA 92231 | 1327 | 10/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$34,717.58 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$34,717.58 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 123 Sally C. Nabor<br>PO Box 333<br>Clipton, AZ 85533 | 4606 | 11/13/2012 | $15,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$15,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 124 Sam Palmer<br>1682 Amarelle Street<br>Thousand Oaks, CA 91321 | 2761 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$862,500.00 Secured<br>$150,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,012,500.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 125 Savannah Dobbins<br>638 1/2 S Libety<br>Alliance, OH 44601 | 2094 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$44,164.16 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$44,164.16 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 126 Scott W or Linda C Ewing<br>21238 Hubbard Avenue<br>Pt. Charlotte, FL 33952 | 2152 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$100,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 127 Scott W. Bell<br>19912 Lowry St.<br>Marion, MI 49665-8604 | 3874 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$88,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$88,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 128 Sean Dustin Lopez<br>140 S. Zephyr St<br>Lakewood, CO 80226 | 5667 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$10,000.00 Secured<br>$10,000.00 Priority<br>$109,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$129,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY - RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 129 | Sharyl Paulson/ Gregory Schmotzer<br>1105 W 3rd St<br>Hastings, MN 55033 | 2363 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$45,905.75 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$45,905.75 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 130 | Shawn Petree, Anna Petree<br>4315 NE 45th St<br>Seattle, WA 98105 | 2529 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$22,137.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$22,137.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 131 | Shomari Colver<br>1042 Olancha Dr<br>Los Angeles, CA 90065 | 4138 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$169,500.00 Secured<br>$0.00 Priority<br>$65,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$234,500.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 132 | Sonia Visajel aka Sonia Medina<br>320 Lincoln Ave<br>Saugus, MA 01906 | 5523 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$20,000.00 Secured<br>$2,600.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$22,600.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 133 | Stephanie Harris<br>PO Box 190504<br>Miami Beach, FL 33119 | 2536 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$450,000.00 Secured<br>$0.00 Priority<br>$4,550,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$5,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 134 | Steven D. Rigel<br>751 Becker Ave N.E.<br>Palm Bay, FL 32905 | 1142 | 10/10/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$9,600.00 Priority<br>$48,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$57,600.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 135 | Steven Hula<br>35 Fontaine Dr<br>Clarksville, AR 72830 | 1270 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$7,476.27 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$7,476.27 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 136 | Suzie C Baker and Michael J Baker<br>5142 N Territorial Road<br>Dexter, MI 48130 | 5695 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 137 | Tamera K Bunch<br>19 Whispering Oaks Drive<br>Staunton, VA 24401 | 1280 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$2,440.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,440.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 138 | Tami Nedeau<br>1089 Bird Rd<br>Ortonville, MI 48462 | 4638 | 11/13/2012 | $21,208.48 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$21,208.48 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 139 | Tammy L. Wortman<br>7 Ramsgate<br>Collinsville, IL 62234-4869 | 2856 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,800.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,800.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 140 | Tammy M. & Clark D. Falloon<br>731 Patrick Rd.<br>Springfield, OH 45503 | 4620 | 11/13/2012 | $4,500.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,500.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 141 | Tanjula Drumgole<br>PO Box 485<br>Sun City, CA 92586 | 4630 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$7,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$7,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 142 | Terence J. Radzik and Donna L. Radzik<br>1191 W. Kraml Court<br>Palatine, IL 60067 | 4316 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$156,500.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$156,500.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 143 | Thomas A. Ensley and Marion D. Ensley<br>PO Box 43563<br>Cleveland , OH 44143 | 4643 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 144 | Thomas Demelio<br>Thompson Law Group, LLC<br>PO Box 53484<br>Atlanta, GA 30355-1484 | 5641 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$4,900,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,900,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED

THIRTY-SIXTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY AND REDESIGNATE CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 145 | Thomas G. Cooper and Catherine D. Cooper<br>PO Box 3671<br>Concord, NH 03302-3671 | 6270 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$50,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$50,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 146 | Tresse Z. King<br>5759 Appalossa Drive<br>Grand Prairie, TX 75052 | 5587 | 11/16/2012 | $100,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 147 | Tyrone & Janecia Martin<br>1032 Tradewinds Dr<br>Monroe, NC 28112 | 4635 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$42,839.88 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$42,839.88 General Unsecured | GMAC Mortgage, LLC | 12-12032 |