MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------- ) | |
| In re:                                         ) | Case No. 12-12020 (MG) |
|                                                ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,       ) | Chapter 11 |
|                                                ) | |
| Debtors.                     ) | Jointly Administered |
| ------------------------------------------------- ) | |

## NOTICE OF DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (WRONG DEBTOR BORROWER CLAIMS)

**PLEASE TAKE NOTICE** that the undersigned has filed the attached *Debtors' Thirty-Eighth Omnibus Objection to Claims (Wrong Debtor Borrower Claims)* (the "<u>Omnibus Objection</u>"), which seeks to alter your rights by redesignating your claim against the above-captioned Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection will take place on **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Omnibus Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **October 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew); (b) counsel for the committee of unsecured creditors (the "Committee"), Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); and (d) special counsel for the Committee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753 (Attention: Ronald J. Friedman).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the relief requested in the Omnibus Objection, the Bankruptcy Court may deem any opposition waived, treat the Omnibus Objection as conceded, and enter an

order granting the relief requested in the Omnibus Objection without further notice or

hearing.

Dated:  September 20, 2013                    Respectfully submitted,
        New York, New York


                                              /s/ Norman S. Rosenbaum
                                              Gary S. Lee
                                              Norman S. Rosenbaum
                                              Jordan A. Wishnew
                                              MORRISON & FOERSTER LLP
                                              1290 Avenue of the Americas
                                              New York, New York 10104
                                              Telephone: (212) 468-8000
                                              Facsimile: (212) 468-7900

                                              *Counsel for the Debtors and
                                              Debtors in Possession*

**Hearing Date and Time: November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)**
**Response Date and Time: October 23, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- )
                                                           )
In re:                                                     )        Case No. 12-12020 (MG)
                                                           )
RESIDENTIAL CAPITAL, LLC, et al.,                          )        Chapter 11
                                                           )
                                      Debtors.             )        Jointly Administered
                                                           )
---------------------------------------------------------- )

**DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(WRONG DEBTOR BORROWER CLAIMS)**

---

**THIS OBJECTION DOES NOT SEEK TO DISALLOW CLAIMS, BUT RATHER SEEKS TO
REDESIGNATE CLAIMS SO AS TO BE ASSERTED AGAINST THE PROPER DEBTOR.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON <u>EXHIBIT A</u> ATTACHED TO THE PROPOSED ORDER.**

**THE DEBTORS EXPRESSLY RESERVE ALL RIGHTS TO OBJECT TO THE CLAIMS
LISTED ON <u>EXHIBIT A</u> ON ANY OTHER BASIS.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, JORDAN A. WISHNEW, AT (212) 468-8000.**

---

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Residential Capital, LLC and its affiliated debtors, in the above-captioned chapter

11 cases (the "Chapter 11 Cases"), as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

**RELIEF REQUESTED**

1.    The Debtors file this thirty-eighth omnibus objection to claims (the

"Thirty-Eighth Omnibus Claims Objection"), pursuant to section 502(b) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in the Chapter 11 Cases (the "Procedures Order")

[Docket No. 3294], seeking entry of an order (the "Proposed Order"), in a form substantially

similar to that attached hereto as **Exhibit 2**, redesignating[1] the claims listed on **Exhibit A**

attached to the Proposed Order.[2]  In support of the Thirty-Eighth Omnibus Claims Objection, the

Debtors submit the *Declaration of Deanna Horst in Support of Debtors' Thirty-Eighth Omnibus*

*Objection to Claims (Wrong Debtor Borrower Claims)* (the "Horst Declaration"), attached hereto

as **Exhibit 1** and filed concurrently herewith.

2.    The Debtors have examined the proofs of claim identified on **Exhibit A**

attached to the Proposed Order and have determined that each of the proofs of claim listed

thereon (collectively, the "Wrong Debtor Borrower Claims") was filed against the incorrect

Debtor.  Accordingly, the Debtors seek to redesignate the Wrong Debtor Borrower Claims as

---

[1]    As used herein, the term "redesignate" (or "redesignating") means modify or modifying a proof of claim filed
against the incorrect Debtor to accurately reflect the Debtor that is liable (to the extent such claim is ultimately
allowed) on the claims register maintained in the Chapter 11 Cases.

[2]    Claims listed on **Exhibit A** are reflected in the same manner as they appear on the claims register maintained
by KCC (defined herein).

indicated on **Exhibit A** attached to the Proposed Order to accurately reflect on the claims register maintained in the Chapter 11 Cases the Debtor that is liable (to the extent such claim is ultimately allowed), and to preserve the Debtors' right to later object to the Wrong Debtor Borrower Claims (as redesignated) on any other basis.

3.    The Debtors expressly reserve all rights to object on any other basis to any Wrong Debtor Borrower Claim as to which this Court does not grant the relief requested herein.

4.    The proofs of claim identified on **Exhibit A** attached to the Proposed Order solely relate to claims filed by current or former borrowers (collectively, the "Borrower Claims" and each a "Borrower Claim").  As used herein, the term "Borrower" means a person who is or was a mortgagor under a mortgage loan originated, serviced, and/or purchased or sold by one or more of the Debtors.[3]

### JURISDICTION

5.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### BACKGROUND

**A.  General**

6.    On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

---

[3]    The terms "Borrower" and "Borrower Claims" are identical to those utilized in the Procedures Order [Docket No. 3294].

7.      On May 16, 2012, the United States Trustee for the Southern District of New York appointed a nine member official committee of unsecured creditors (the "Creditors' Committee") [Docket No. 102].

8.      On June 20, 2012, this Court directed that an examiner be appointed (the "Examiner"), and on July 3, 2012, this Court approved Arthur J. Gonzalez as the Examiner [Docket Nos. 454, 674].  On May 13, 2013, the Examiner filed his report under seal [Docket Nos. 3677, 3697].  On June 26, 2013, the report was unsealed and made available to the public [Docket No. 4099].

9.      On July 3, 2013, the Debtors filed the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4153] and the *Disclosure Statement for the Joint Chapter 11 Plan of Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4157] (the "Disclosure Statement").  On August 23, 2013, this Court entered an order approving, *inter alia*, the Disclosure Statement, as amended [Docket No. 4809].

## B.  Proceedings Related to Claims

10.      On July 17, 2012, this Court entered an order [Docket No. 798] appointing Kurtzman Carson Consultants LLC ("KCC") as the notice and claims agent in the Chapter 11 Cases.  Among other things, KCC is authorized to (a) receive, maintain, and record and otherwise administer the proofs of claim filed in the Chapter 11 Cases and (b) maintain official claims registers for the Debtors.

11.      On August 29, 2012, this Court entered an order approving the Debtors' motion to establish procedures for filing proofs of claim in the Chapter 11 Cases [Docket No. 1309] (the "Bar Date Order").  The Bar Date Order established, among other things, (a) November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline to file proofs of

claim by virtually all creditors against the Debtors (the "General Bar Date") and prescribed the

form and manner for filing proofs of claim; and (b) November 30, 2012 at 5:00 p.m. (Prevailing

Eastern Time) as the deadline for governmental units to file proofs of claim (the "Governmental

Bar Date").   (Bar Date Order ¶¶ 2, 3).   On November 7, 2012, this Court entered an order

extending the General Bar Date to November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time)

[Docket No. 2093].  The Governmental Bar Date was **not** extended.

12.    To date, approximately 7,160 proofs of claim have been filed in the

Chapter 11 Cases as reflected on the Debtors' claims register.

13.    On March 21, 2013, this Court entered the Procedures Order, which

authorizes the Debtors to, among other things, file omnibus objections to no more than 150

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

14.    The Procedures Order also approved certain procedures to be applied in

connection with objections to Borrower Claims (the "Borrower Claim Procedures").   Based on

substantial input from the Creditors' Committee and Special Counsel to the Creditors'

Committee for Borrower Issues ("Special Counsel"), the Procedures Order includes specific

protections for Borrowers and sets forth a process for the Debtors to follow before objecting to

certain categories of Borrower Claims.   For example, the Borrower Claim Procedures require

that prior to objecting to certain categories of Borrower Claims, the Debtors must furnish the

individual Borrower with a letter, with notice to Special Counsel, requesting additional

documentation in support of the purported claim (the "Request Letter").  (See Procedures Order

at 4).

15.    However, if the Debtors' objection to a Borrower Claim is premised on

certain non-substantive grounds, including that the Borrower's proof of claim was incorrectly

4

filed against the wrong Debtor, then the Debtors are not required to send a Request Letter to such

Borrower before filing an objection to such Borrower's claim.  (See Procedures Order at 3).

Accordingly, the Debtors submit that they are in compliance with the Borrower Claim

Procedures set forth in the Procedures Order.  (See Horst Declaration ¶ 6).

## THE WRONG DEBTOR BORROWER CLAIMS SHOULD BE REDESIGNATED AS CLAIMS FILED AGAINST THE CORRECT DEBTOR

16.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  See

In re Oneida Ltd., 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); In re Adelphia Commc'ns Corp.,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); In re Rockefeller Ctr. Props., 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Section

502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim shall not be allowed to

the extent that "such claim is unenforceable against the debtor and property of the debtor, under

any agreement or applicable law."  11 U.S.C. § 502(b)(1).

17.    Based upon their review of the proofs of claim filed on the claims register

in the Chapter 11 Cases maintained by KCC, the Debtors determined that each Wrong Debtor

Borrower Claim identified on **Exhibit A** attached to the Proposed Order was filed against the

incorrect Debtor.  (See Horst Declaration ¶¶ 3, 4, 5).

18.    The Debtor listed on **Exhibit A** attached to the Proposed Order under the

column heading "*Modified Debtor Name*" represents the Debtor that is liable for the

corresponding Wrong Debtor Borrower Claim, to the extent such claim is ultimately allowed, as

reflected in the documentation provided by the claimant and the Debtors' books and records as

of the Petition Date.  (See Horst Declaration ¶ 5).  The holders of the Wrong Debtor Borrower

Claims should not be allowed to receive a recovery, if any, on their claims from the incorrect Debtor's estate.

19.    Accordingly, in order to properly reflect the Debtor against which these claims should be asserted, the Debtors request that this Court modify each Wrong Debtor Borrower Claim to reflect a claimed liability against the corresponding Debtor listed on **Exhibit A** attached to the Proposed Order under the column heading "*Modified Debtor Name*." The Wrong Debtor Borrower Claims will remain on the claims register (as modified) subject to further objections on any other basis.

## NOTICE

20.    The Debtors have served notice of this Thirty-Eighth Omnibus Claims Objection in accordance with the Case Management Procedures entered on May 23, 2012 [Docket No. 141] and the Procedures Order.  The Debtors submit that no other or further notice need be provided.

## NO PRIOR REQUEST

21.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

*[Remainder of Page Intentionally Left Blank]*

ny-1108872 v2

## <u>CONCLUSION</u>

WHEREFORE, the Debtors respectfully request that this Court enter an order, substantially in the form of the Proposed Order, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  September 20, 2013
        New York, New York

 /s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

7

## Exhibit 1

**Horst Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- )
                                         )
In re:                                )     Case No. 12-12020 (MG)
                                         )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,    )     Chapter 11
                                         )
                       Debtors.     )     Jointly Administered
------------------------------------------------------------------- )

**DECLARATION OF DEANNA HORST IN SUPPORT OF DEBTORS'**
**THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**<u>(WRONG DEBTOR BORROWER CLAIMS)</u>**

I, Deanna Horst, hereby declare as follows:

         1.      I am the Senior Director of Claims Management for Residential Capital,

LLC and its affiliates ("<u>ResCap</u>"), a limited liability company organized under the laws of the

state of Delaware and the parent of the other debtors and debtors in possession in the above-

captioned Chapter 11 Cases (collectively, the "<u>Debtors</u>").[1]  I have been employed by affiliates of

ResCap since August of 2001, and in my current position since June of 2012.  I began my

association with ResCap in 2001 as the Director, Responsible Lending Manager, charged with

managing the Debtors' responsible lending on-site due diligence program.  In 2002, I became the

Director of Quality Asset Management, managing Client Repurchase, Quality Assurance and

Compliance -- a position I held until 2006, at which time I became the Vice President of the

Credit Risk Group, managing Correspondent and Broker approval and monitoring.  In 2011, I

became the Vice President, Business Risk and Controls, and supported GMAC Mortgage, LLC

and Ally Bank in this role.  In my current position, I am responsible for Claims Management and

Reconciliation and Client Recovery.   I am authorized to submit this declaration (the

---

[1]     The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6], dated May 14, 2012.

ny-1108877 v2

"<u>Declaration</u>") in support of the *Debtors' Thirty-Eighth Omnibus Objection to Claims (Wrong Debtor Borrower Claims)* (the "<u>Objection</u>").[2]

2.        Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, and information I have received through my discussions with other members of the Debtors' management or other employees, the Debtors' professionals and consultants, and/or Kurtzman Carson Consultants LLC, the Debtors' notice and claims agent.  If I were called upon to testify, I could and would testify competently to the facts set forth in the Objection on that basis.

3.        In my capacity as Senior Director of Claims Management, I am intimately familiar with the Debtors' claims reconciliation process.   Except as otherwise indicated, all statements in this Declaration are based upon my familiarity with the Debtors' books and records (the "<u>Books and Records</u>"), the Debtors' schedules of assets and liabilities and statements of financial affairs filed in the Chapter 11 Cases (collectively, the "<u>Schedules</u>"), my review and reconciliation of claims, and/or my review of relevant documents.  I or my designee at my direction have reviewed and analyzed the proof of claim forms and supporting documentation, if any, filed by the claimants listed on **Exhibit A** attached to the Proposed Order.  In connection with this analysis, where applicable, the Debtors and their professional advisors have reviewed (a) information supplied or verified by personnel in departments within the Debtors' various business units, (b) the Books and Records, (c) the Schedules, (d) other filed proofs of claim, and/or (e) the official claims register maintained in the Debtors' Chapter 11 Cases.

---

[2]        Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Objection.

ny-1108877 v2

4.    Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed in the Chapter 11 Cases.  Such claims were reviewed and analyzed by the appropriate personnel and professional advisors.

5.    Based on a thorough review of the Wrong Debtor Borrower Claims at issue, as well as the relevant documentation, the claimants' supporting documentation, if any, and the Books and Records, the Debtors determined that each proof of claim listed on **Exhibit A** attached to the Proposed Order does not reflect a Debtor that is liable for the claim asserted therein to the claimant.  The Debtors further determined based on a thorough review of the relevant documentation, the claimants' supporting documentation, if any, and the Books and Records, that the Debtor listed on **Exhibit A** attached to the Proposed Order under the column heading "*Modified Debtor Name*" represents the Debtor that is liable for the Wrong Debtor Borrower Claims (to the extent ultimately allowed), as reflected in the Books and Records as of the Petition Date.  If the Wrong Debtor Borrower Claims are not modified as requested, the claimants who filed the Wrong Debtor Borrower Claims may receive a recovery from the incorrect Debtor's estate, to the detriment of other creditors with valid claims against such Debtor.

6.    The Debtors have taken steps in the Chapter 11 Cases to afford Borrowers who have filed proofs of claim additional protections, as set forth in the Borrower Claim Procedures approved by the Procedures Order.  The Debtors have sought to comply with these procedures.  In this instance, given the basis of the Objection, the Debtors determined that they may object to the Wrong Debtor Borrower Claims without first having to send a Request Letter to such Borrowers requesting additional information.

ny-1108877 v2

7.     Accordingly, based upon these reviews, and for the reasons set forth in the Objection, I have determined that each Wrong Debtor Borrower Claim that is the subject of the Objection should be accorded the proposed treatment described in the Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 20, 2013

 /s/ Deanna Horst
Deanna Horst
Senior Director of Claims Management for
Residential Capital, LLC

4

## **Exhibit 2**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ )
                                                                   )
In re:                                                             )    Case No. 12-12020 (MG)
                                                                   )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                           )    Chapter 11
                                                                   )
                                               Debtors.            )    Jointly Administered
                                                                   )
------------------------------------------------------------------ )

### ORDER GRANTING DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (WRONG DEBTOR BORROWER CLAIMS)

Upon the thirty-eighth omnibus claims objection, dated September 20, 2013 (the "Thirty-Eighth Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), redesignating the Wrong Debtor Borrower Claims, all as more fully described in the Thirty-Eighth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Thirty-Eighth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Thirty-Eighth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Thirty-Eighth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-Eighth Omnibus Claims Objection.

provided; and upon consideration of the Thirty-Eighth Omnibus Claims Objection and the *Declaration of Deanna Horst in Support of Debtors' Thirty-Eighth Omnibus Objection to Claims (Wrong Debtor Borrower Claims)*, annexed to the Objection as **Exhibit 1**; and the Court having found and determined that the relief sought in the Thirty-Eighth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Thirty-Eighth Omnibus Claims Objection establish just cause for the relief granted herein; and this Court having determined that the Thirty-Eighth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the relief requested in the Thirty-Eighth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each claim listed on **Exhibit A** attached hereto (collectively, the "Wrong Debtor Borrower Claims") is hereby redesignated against the Debtor set forth on **Exhibit A** under the column heading "*Modified Debtor Name*"; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' notice and claims agent, is authorized and directed to redesignate the Wrong Debtor Borrower Claims against the Debtor set forth on **Exhibit A** under the column heading "*Modified Debtor Name*"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Wrong Debtor Borrower Claims that are redesignated pursuant to this Order, all rights to object on any basis are expressly reserved with respect to such redesignated claims as listed on **Exhibit A** attached to this Order, and the Debtors' and all

ny-1108874

parties in interests' rights to object on any basis are expressly reserved with respect to any claim that is not listed on **Exhibit A** attached hereto; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Thirty-Eighth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order shall be a final order with respect to each of the Wrong Debtor Borrower Claims identified on **Exhibit A**, attached hereto, as if each such Wrong Debtor Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated:_____, 2013
        New York, New York


                                        _____
                                        THE HONORABLE MARTIN GLENN
                                        UNITED STATES BANKRUPTCY JUDGE

3

**<u>Exhibit A</u>**

ny-1108874

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Aaron D Beernaert<br>3052 Katherine<br>Dearborn, MI 48124 | 3683 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,679.83 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 2 | Aida Alape<br>100 Lakeview Ave<br>Piscataway , NJ 08854-2726 | 4567 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 3 | Alexis Smith<br>566 S Ocean Avenue<br>Freeport, NJ 11520 | 4720 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 4 | Alfred Vigliotti<br>c/o Thomas M. Petronio, Esq.<br>1239 Hartford Avenue<br>Johnston, RI 02919 | 1307 | 10/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$69,175.49 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 5 | Allen & Brenda Hart<br>30 Glade Bank Place<br>The Woodlands, TX 77382 | 1238 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$30,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 6 | ANDERSON, DARRYL<br>150 MAYLAND ST<br>HARCUM AND SONS BUILDERS<br>PHILADELPHIA, PA 19144 | 783 | 09/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 7 | ANDREW AND BETHANY KIELEY<br>127 MAPLEWOOD AVE<br>MAPLEWOOD, NJ 07040 | 860 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY - REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 8 | ANNELIESE SIEM<br>6744 HILLPARK DRIVE APT 507<br>LOS ANGELES, CA 90068-2123 | 3329 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$75,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 9 | Annie Trammell<br>7494 County Road 278<br>Roanoke, AL 36274 | 4419 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 10 | Anthony D. McDonald and Mary B. McDonald/Mary B. McDonald, Individually, etc.<br>John R. Hightower, Jr. (Attorney for Creditor)<br>McIntyre, Panzarella, Thanasides, Bringgold & Todd, P.L.<br>201 E. Kennedy Suite 1000<br>Tampa, FL 33602 | 5857 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 11 | Antonio Navarrete<br>3570 Manresa Drive<br>Madera, CA 93637 | 4618 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 12 | Ashley L Thurman<br>1015 Alexander Myers Road<br>Florence, MI 39073 | 1960 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,315.55 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 13 | Blanche S Price<br>P O Box 370245<br>Decatur, GA 30034-00245 | 2005 | 10/31/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 14 | Bonnie L. Fultz<br>PO Box 833<br>Stevenson, WA 98648 | 2406 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$57,899.97 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 15 | BRETT MASSIE AND BROWN OHAVER 1277 N LAYMAN ST GILBERT, AZ 85233 | 4564 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 $29,231.59 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 16 | Brian Lee Christianson 8316 W Woodward Drive Lakewood, CO 80227 | 4597 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 17 | Brisbin Skiles 6700 Oakshore Dr. #104 Panama City, FL 32404 | 4428 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $25,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 18 | Bruce Osojnak 218 E 900 S Salt Lake City, UT 84111-4215 | 3781 | 11/08/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 19 | Cara Negri 6946 Bertrand Ave Reseda, CA 91335 | 2214 | 11/05/2012 | $0.00 $0.00 $0.00 $0.00 $78.55 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 20 | Carl Wiesener 4961 Murray Johnson Rd Conway, SC 29526 | 3836 | 11/08/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 21 | Carmela Barone and Gaetano Barone 350 Revere Beach Blvd #3-2L Revere, MA 02151 | 1657 | 10/23/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 22 | Charles L. Carlin and Phyllis Carlin<br>8600 N.E. 10th Ct.<br>Miami, FL 33138-3411 | 3879 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 23 | Charles T. Clark<br>7404 Mesa De Arena NW<br>Albuquerque, NM 87120-1516 | 1188 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$19,712.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 24 | Christian Alape<br>100 Lakeview Ave<br>Piscataway , NJ 08854-2726 | 4579 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 25 | Christopher Wendt<br>1410 South 25th Avenue<br>Yakima, WA 98902 | 3619 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$92,451.60 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 26 | Claudio & Lauren Scirocco<br>1950 Paradise Ave<br>Hamden, CT 06518 | 4439 | 11/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 27 | Clover Earle<br>3631 N.W. 41st Street<br>Laurderdale Lakes, FL 33309 | 4569 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$16,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 28 | Concepcion L. Morado<br>5701 W. Hazelwood St<br>Phoenix, AZ 85031 | 3839 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$65,076.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Corinne Alape<br>100 Lakeview Ave<br>Piscataway , NJ 08854-2726 | 4544 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 30 | Dave & Terri Archer<br>15960 Cumberland<br>Riverview, MI 48193 | 3459 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 31 | Debbie Stickney<br>44 N 200 E<br>Springville, UT 84663 | 1676 | 10/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$212.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 32 | DEBORAH GIDLOW HYATT<br>23948 BENNINGTON DRIVE<br>VALENCIA, CA 91354 | 3612 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$18,606.29 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 33 | Debra K. Lathan<br>6994 Dahlia Dr<br>Cocoa, FL 32927 | 1964 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$31,215.31 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 34 | Diana Conley<br>1106 Bishop Ave<br>Hamilton, OH 45015 | 2407 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$166.41 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 35 | Dick Ming Moy<br>1189 Pine Tree Drive<br>Lake Villa, IL 60046 | 4605 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 36 | Donald McCullough<br>4317 South 300 West<br>Murray, UT 84107 | 1233 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,340.04 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 37 | Donna Lanzetta<br>Lanzettta and Assoc PC<br>472 Montank Highway<br>East Quogue, NY 11942 | 4420 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,250,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 38 | Donna M. Shiffer<br>39472 Mohawk Loop Road<br>Marcola, OR 97454 | 1132 | 10/10/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$22,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 39 | DRESSLER LAW FIRM<br>516 ELLSWORTH AVE<br>NEW HAVEN, CT 06511-2821 | 2107 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$60,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 40 | Early Case Resolution involving MARTIN JORGE A AND ROBERT ALICEA<br>Reade and Associates<br>1333 N Buffalo DriveSuite 210<br>Las Vegas, NV 89128 | 2399 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$169,980.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Executive Trustee Services, LLC | 12-12028 |
| 41 | Edward A. Patterson<br>1717 Watts St.<br>Sanford, NC 27332 | 1860 | 10/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$52,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 42 | EDWARD DELGADO JR<br>404 STONEHEDGE PLACE<br>SAN MARCOS, CA 92069 | 650 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$12.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 43 | Edward Dierkes<br>610 Riverfront Drive<br>Sheboygan, WI 53081 | 1384 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$12,864.25 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 44 | Eliza Hemenway<br>ELIZA HEMENWAY VS GMAC MORTGAGE LLC<br>259 Oak Street<br>San Francisco, CA 94102 | 2074 | 11/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 45 | Emilia Zuniga<br>53700 Pine Canyon Rd.<br>King City, CA 93930 | 4392 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 46 | Eric Langevin<br>3740 Blytheburn Rd.<br>Mountaintop, PA 18707 | 1552 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 47 | Erik L. Knutson<br>c/o Kovac and Jones, PLLC<br>2050 112th Ave NE Suite 230<br>Bellevue, WA 98004-2976 | 4394 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$345,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 48 | Estate of Anthony L. Caputo Jr., Judith K. Caputo as Aministratix of the Estate of Anthony L. Caputo, Jr. and Judith K. Caput<br>Elliot B. Weiss & Associates<br>416 Pine St<br>Suite 203 | 3875 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$823.71 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 49 | Forman, Mary Kelly and Michael, pro se<br>MICHAEL FORMAN VS GMAC MORTGAGE LLC<br>P.O. Box 43490<br>Tuscon, AZ 85733 | 1252 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$780,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY - REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 50 | Francine Silver<br>Ehud Gersten<br>Gersten Law Group<br>3115 4th Ave<br>San Diego, CA 92103 | 61 | 06/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 51 | Frederick DeMary<br>6 Arrowhead Lane<br>Old Saybrook, CT 06475 | 3607 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,110.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 52 | G. Robert Beebe<br>1329 Avalon Dr<br>Acton, MA 01720 | 2125 | 11/02/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$80,645.13 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 53 | Gary & Karen Schein<br>355 No Lantana Street #784<br>Camarillo, CA 93010 | 1591 | 10/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$9,750.13 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 54 | Gerard Wiener, for Himself and as Representative of the Estate of Roland Wiener<br>Gerard Wiener<br>c/o David J. Brown, Attorney at Law<br>1135 Ulloa Street<br>San Francisco, CA 94127 | 2892 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$299,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 55 | Gilbert R Trevino & Myrna Saldana - Trevino<br>1755 Park Harbor Estates Dr.<br>Houston, TX 77084 | 2346 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$30,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 56 | Glenn Irwin<br>2900 N Grove Place<br>Oklahoma City, OK 73127 | 4644 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY - REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 57 | Grace Dunkley-Davis<br>253-07 149th Ave<br>Rosedale, NY 11422 | 5348 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,442.96 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 58 | Gregory J. Liban, Julie Liban<br>502 Crystal Rose Ct<br>Fairfield, CA 94534-6690 | 2212 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 59 | Gwenn Ferris<br>4601 N. 102nd Ave # 1043<br>Phoenix, AZ 85037 | 4451 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 60 | Heidi Zuber<br>1301 Virginia St<br>Alamo, CA 94507 | 1586 | 10/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$756.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 61 | Henry A. Gustaf Jr.<br>398 Springlake Blvd NW<br>Port Charlotte, FL 33952 | 1562 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$7,005.50 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 62 | Hermenegildo Firpi & Nelia Guzman (Jointly)<br>David Bierman. Esquire<br>Florida Advocates<br>45 East Sheridan Street<br>Dania, FL 33004 | 3712 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$147,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 63 | Herold Gay<br>31 Rosedale Rd<br>North Woodmere, NY 11581 | 4497 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$42,336.00 General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 64 | Hillarie Elkin<br>1118 N. Indiana Ave.<br>Kokomo, IN 46901 | 2559 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,125.94 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 65 | Hitoshi Inoue, Wakana Inoue<br>Thomas P. Kelly III, Esq.<br>50 Old Courthouse Square, Suite 609<br>Santa Rosa, CA 95404-4926 | 76 | 06/11/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$5,000,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 66 | HOWZE, LEMAYS & JONES-HOWZE, ANGELA Y<br>438 STARCREST CIR<br>ROCK HILL, SC 29730-5060 | 1437 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$13,680.60 General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 67 | HUNT, TINA<br>349 MEADOW GROVE<br>HANDYMAN FLOORS<br>FLORENCE, AL 35633 | 628 | 09/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,296.92 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 68 | Imelda Luna<br>913 Forest Drive<br>Colton, CA 92324-4551 | 5606 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$28,580.73 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 69 | INEZ COLLIER AND SHELIA LOUISON<br>10907 CASIMIR AVE<br>INGLEWOOD, CA 90303 | 1344 | 10/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,688.28 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 70 | Izabella & Michal Swiderski<br>8118 Ranchito Ave<br>Panorama City, CA 91402 | 3662 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,125.34 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 71 | Jae S. Park and Hollie H. Park<br>c/o Pak & Moring PLC<br>8930 E. Raintree Drive, Suite 100<br>Scottsdale, AZ 85260 | 1904 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$424,000.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | GMAC Mortgage, LLC | 12-12032 |
| 72 | James P Demetriou<br>650 South Loop Parkway<br>St. Augustine, FL 32095 | 5653 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,100,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 73 | James P. Kennedy<br>700 E. Sonora Road<br>Palm Springs, CA 92264 | 4930 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$34,363.80 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 74 | Jean Lanzetta<br>Lanzetta & Assoc PC<br>472 Montauk Hwy<br>East Quogue, NY 11942 | 4423 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,250,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 75 | Jeffrey & Mary Jane Powell<br>27420 Rolling Hills Drive<br>Maryville, MO 64468-7500 | 1966 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,560.90 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 76 | Jeffrey and Mary Gleichman<br>2219 259th Place SE<br>Sammamish, WA 98075 | 4534 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 77 | Jeffrey L. Collins & Laura L. Collins<br>2962 Jamaica Blvd S.<br>Lake Havasu, AZ 86406 | 2449 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,552.84 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY - REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 78 | Jeffrey S. Piper and Jacqueline Piper<br>2132 Galloway Ct<br>Cincinnati, OH 45240 | 4267 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 79 | Jennifer Mccue<br>2157 Stockman Circle<br>Folsom, CA 95630 | 4733 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 80 | Jerome and Frances Bonanno<br>Jerome Bonanno<br>36351 Appaloosa Ct<br>Clinton Township, MI 48035 | 4843 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$411.98 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 81 | Jerry Dee Morrison<br>Law Office of Randy E. Thomas<br>P.O. Box 717<br>Woodbridge, CA 95258 | 280 | 07/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$150,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 82 | Joaquin A. Sosa and Griselda Sosa, Individually and as Husband and Wife<br>Sosa c/o Prentice<br>3866 Wilson Avenue<br>San Diego, CA 92104 | 2428 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 83 | JOEL M. SCIASCIA<br>52 BEECHWOOD TERRACE<br>YONKERS, NY 10705 | 4215 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$21,488.31 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 84 | Joelle Horan<br>9414 NW 72nd Court<br>Tamarac, FL 33321 | 1282 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$12,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 85 | John Brooks and Gloria Brooks<br>Tsiwen M. Law, Esq.<br>1617 John F. Kennedy Blvd, Ste. 650<br>Philadelphia, PA 19103 | 3616 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$63,453.76 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 86 | John E. Satterwhite Jr<br>3219 Kenyon Ave<br>Richmond, VA 23224 | 2397 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$455,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 87 | JOHNNY AND LINDA RHODA<br>JOHNNY AND LINDA RHODA AND JAVIER RUBIO CONSTRUCTION<br>218 GRIGGS ST # A<br>CLINTON, AR 72031-7089 | 1449 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,929.77 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 88 | Jose Melendez<br>10357 Gaynor Avenue<br>Granada Hills, CA 91344 | 4625 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 89 | Joseph Douglas Van Meter<br>10415 Timberwood Circle<br>Louisville, KY 40223 | 2546 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,531.20 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 90 | Joyce C Canger<br>385 Hillside Ave<br>Allendale, NJ 07401 | 3894 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 91 | Juan Carlos Mendoza<br>1057 SW Janar Ave.<br>Port St. Lucie, FL 34953 | 3891 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$27,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 92 Julie M Riggins<br>10317 Pleasant Hill Church Rd<br>Siler City, NC 27344 | 1322 | 10/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 93 Justin Gordon<br>1 Wharf Drive<br>Groveland, MA 01334-1134 | 1651 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 94 Kathryn Ross Bennett<br>11007 Galway Isles Court<br>Windermere, FL 34786 | 4842 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,736.32 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 95 Kelvin Sanders<br>Ross Mitchell<br>Sanders-Kelvin, Plaintiff, Vs. Homecoming Financial And<br>Dyck + Oneal<br>Incorporated, Defendants<br>108 North Third St. | 4064 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$23,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 96 Kenneth L. Andrews<br>409 Riverglen Dr. NW<br>Concord, NC 28027 | 5534 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 97 Kyle S. Rottger<br>290 Miner Rd<br>Porter Corners, NY 12859 | 3601 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 98 Latif Matt & Roxanne Bonser<br>David Dunn Law Offices, PC<br>21 S 9th Street<br>Allentown, PA 18102 | 4921 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,470.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 99 | Laudis W & Deborah B. Perry Jr<br>2302 Nash St. N. Ste E141<br>Wilson, NC 27896 | 3970 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$158,225.90 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 100 | LAW OFFICE OF GARY A LAFF<br>3345 WILSHIRE BLVD STE 911<br>LOS ANGELES, CA 90010 | 3747 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,409.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 101 | Law Office of Pete W. Whaley<br>GMAC Mortgage v. Dorothy Clancy, et al.<br>1300 N. Main Street<br>Williamstown, KY 41097 | 4740 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$400,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 102 | Law Offices of Mueller & Haller, LLC d/b/a The Bankruptcy Center<br>Law Offices of Mueller & Haller, LLC<br>5312 West Main Street<br>Belleville, IL 62226 | 846 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,100.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 103 | Law Offices of Sheldon J. Vann & Associates<br>GMAC Mortgage LLC v Gary Burden and Ayanna Burden<br>841 Prudential Dr 12th Fl<br>Jacksonville, FL 32207 | 761 | 09/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$150,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 104 | Leo Vigildo Solano<br>570 Park Way<br>Chula Vista, CA 91910 | 4726 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 105 | Lloyd C. Kruse (Surviving Joint Tenant in the Estate of Richard Kruse, Deceased)<br>Mark T. Hamilton<br>2 South Whitney<br>PO Box 284<br>Grayslake, IL 60030 | 2013 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 106 | Lois Decker<br>10569 Abisso Drive<br>Las Vegas, NV 89135 | 6402 | 12/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 107 | Lois Elaine Van Hoveln Decker<br>10569 Abisso Drive<br>Las Vegas, NV 89135 | 6394 | 12/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 108 | Lora P. Andrews<br>409 Riverglen Dr. NW<br>Concord, NC 28027 | 5553 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 109 | Louise Elaine Van Hoveln Decker<br>Louise Decker<br>10569 Abisso Drive<br>Las Vegas, NV 89135 | 6450 | 02/22/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 110 | Lynn-Sheree Webb<br>1346 Taylor St NW<br>Washington, DC 20011 | 5694 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,138.55 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 111 | Manuel & Maria Ramos<br>Litchney Law Firm<br>2260 Douglas Blvd Suite 110<br>Roseville, CA 95661 | 315 | 07/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$75,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 112 | Manuel Anthony Palacios<br>9067 Sunflower Avenue<br>Rancho Cucamonga, CA 91701 | 4601 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 113 | Manuel Panameno & Irma Panameno<br>14918 Biola Avenue<br>La Mirada, CA 90638 | 4466 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,390.34 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 114 | Maria J. Novak<br>c/o Erik L. Walter, Esq.<br>60 South Park Place<br>Painesville, OH 44077 | 4017 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$150,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 115 | MARIE J. DIMITRIJEVIC<br>1204 GOODRICH<br>LANSING, MI 48910 | 859 | 09/28/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$260.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 116 | Mario Montoya<br>38803 Carolside Ave<br>Palmdale, CA 93550 | 4959 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,000.00 General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 | GMAC Mortgage, LLC | 12-12032 |
| 117 | Mark McVey and Susan McVey<br>Kenneth D. Quat, Esq.<br>678 Massachusetts Ave., Suite 702<br>Cambridge, MA 02139 | 2358 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 118 | Mark Pellegrino<br>224 138th Place SE<br>Mill Creek, WA 98012 | 4528 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$45,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 119 | Mark R Fitzgerald<br>5761 W Kesler St<br>Chandler, AZ 85226 | 1428 | 10/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$213.84 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|
| 120 MARLON HOLDEN AND A AND M<br>2802 BLUE JAY CIR<br>INDUSTRIES<br>HUMBLE, TX 77396 | 4211 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$31,117.04 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 121 Marvin E. McDougal, Jr.<br>c/o Law Offices of Richard Sax<br>448 Sebastopol Ave.<br>Santa Rosa, CA 95401 | 5892 | 11/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 122 Mary Beth Clawson and John Riddle<br>Rasco Law Firm<br>2709 Texas Avenue<br>Texas City, TX 77590 | 2257 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$125,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 123 Mary Jane Tanner a/k/a Mary J. Tanner a/k/a Mary Jane Barber<br>Susan Fuhrer Reiter<br>MacDonald, Illig, Jones & Britton LLP<br>100 State Street, Suite 700<br>Erie, PA 16507-1459 | 2762 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 | Homecomings Financial, LLC | 12-12042 |
| 124 Michael Alape<br>100 Lakeview Ave<br>Piscataway, NJ 08854-2726 | 4542 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,000,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 125 Michael Davalos<br>G. Harris Warner, Jr. Esq.<br>Warner & Renick PLC<br>PO Box 21584<br>Roanoke, VA 24018 | 2549 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$247,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 126 Michael Garrett Burger<br>J.L. Draper, Attorney at Law<br>PO Box 848<br>Anniston, AL 36202 | 4993 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 127 | Michael J. Ethier<br>2060 Walden Ct<br>Flint, MI 48532 | 1521 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 128 | MICHAEL KARMAZYN AND KRISTIN KARMAZYN AND ROOFCO INC<br>5262 S MALTA WAY<br>CENTENNIAL, CO 80015-6013 | 2055 | 10/31/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$389,000.10 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 129 | Michael or Darcie Lampman<br>3314 Monticello Ave<br>Waterloo, IA 50701 | 2413 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,969.96 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 130 | Michael Wheeler<br>1728 Victoria Way NW<br>Kennesaw, GA 30152 | 4940 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,180,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 131 | Milagro Melendez<br>10357 Gaynor Avenue<br>Granada Hills, CA 91344 | 4607 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 132 | Minette Brody<br>7933 W Denver Avenue<br>Milwaukee, WI 53223 | 4714 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 133 | Mohammed K. Ghods & Heidi M. Ghods<br>2100 North Broadway<br>Santa Ana, CA 92705 | 3503 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 134 | Monty Allen & Heather Allen<br>612 E. Puritan Ave.<br>Muscle Shoals, AL 35661 | 6768 | 02/25/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$175,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 135 | Ms. Leslie D. Watley<br>22 Conhurst Drive<br>North Haven, CT 06473 | 2452 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 136 | Nan N. Miller Estate<br>Dale W. Pittman, Esquire<br>The Law Office of Dale W. Pittman, P.C.<br>112-A W. Tabb Street<br>Petersburg, VA 23803 | 5698 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$300,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 137 | Natalie Bradford<br>1568 W 100th Place<br>Chicago, IL 60643-2104 | 2623 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$28,911.33 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 138 | Nathan and Magdelyn Stutler<br>1348 Rushmore Avenue N<br>Keizer, OR 97303 | 4483 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 139 | Nathan N. Russell<br>35295 Leon<br>Livonia, MI 48150 | 3496 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,743.23 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 140 | Nestor Fantone & Bernadette Fantone<br>1870 San Benito Way<br>Coalinga, CA 93210 | 1980 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 141 | Nicholas Formico<br>9931 Aquarius Dr # 5<br>Port Richey, FL 34668 | 4425 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 142 | Nikki C. Johnson<br>2045 Esquire Lane<br>Racine, WI 53406 | 1660 | 10/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 143 | Norvell Cunningham<br>1450 Riverside Drive<br>Marks, MS 38646 | 3579 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$28,792.35 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 144 | Patricia Graulty<br>PO Box 12983<br>Tucson, AZ 85732 | 4427 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 145 | Patrick Steven Baranick<br>1141 32nd Ave<br>Longview, WA 98632 | 1151 | 10/10/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 146 | PATSY HARVEY<br>25 LINDA VISTA<br>ORINDA, CA 94563 | 4448 | 11/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,225.90 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 147 | PAUL G POWER<br>KATHLEEN M POWER<br>12 REDSPIRE DRIVE<br>UNION, NJ 07083 | 1186 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$211.67 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-EIGHTH OMNIBUS OBJECTION - MODIFY - REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 148 | Pauline & Charles Isidienu<br>311 Capewood Dr.<br>League City, TX 77573 | 4384 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$44,508.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 149 | Phenon Walker<br>Edgewater Trust<br>13880 Edgewater Drive<br>Lakewood, OH 44107 | 4966 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$18,950.20 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 150 | Philip G. Chadwick<br>c/o Law Office of Patrick D. Boyle<br>222 South 9th Street, Suite 3220<br>Minneapolis, MN 55402 | 3669 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$134,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |