MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
|  )
In re:  )   Case No. 12-12020 (MG)
  )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,  )   Chapter 11
  )
Debtors.  )   Jointly Administered
  )
---------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARINGS ON DEBTORS'
NINETEENTH, TWENTIETH, TWENTY-FIRST, TWENTY-SECOND,
TWENTY-SIXTH, AND TWENTY-SEVENTH OMNIBUS OBJECTIONS
<u>TO CLAIMS WITH RESPECT TO CERTAIN CLAIMANTS</u>**

**PLEASE TAKE NOTICE** that the hearing on the (i) *Debtors' Nineteenth*

*Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No.

4155], with respect to the claims of Gary Harper and Julie Franklin Harper (Claim No. 5304), (ii)

*Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient*

*Documentation)* [Docket No. 4156], with respect to the claim of Mark Ragonese (Claim No.

4496), (iii) *Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with*

*Insufficient Documentation)* [Docket No. 4158], with respect to the claim of Sonya Anthony

Curry (Claim No. 5288), (iv) *Debtors' Twenty-Second Omnibus Objection to Claims (Borrower*

*Claims with Insufficient Documentation)* [Docket No. 4199], with respect to the claims of

William C. Walker (Claim No. 5529) and George Davis (Claim No. 3443), (v) *Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4734], with respect to the claims of Phenon Walker (Claim No. 5429), Fannie Kendrick Dietrich (Claim No. 1385), and Juana Cerna (Claim No. 3816), and (vi) *Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4735], with respect to the claims of Phenon Walker (Claim No. 4942), Freddie M. Scott (Claim No. 3751), and Bettie Jean Yelder (Claim No. 2002) previously scheduled to be heard on September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "October 9 Hearing")**.**

**PLEASE TAKE FURTHER NOTICE** that the hearing on (i) *Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4155], with respect to the claim of Julian Ortiz and Francis Soto Ortiz (Claim No. 1862), and (ii) *Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4734], with respect to the claim of Mary Lynn Weber (Claim No. 3474), previously scheduled to be heard on September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** (the "November 7 Hearing," and together with the October 9 Hearing, the "Hearings").

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before

the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of

New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York,

New York 10004.

Dated: September 20, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*