**Hearing Date and Time:  November 19, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Stefan W. Engelhardt
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ )<br>In re:                                                    )<br>                                                          )<br>RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,    )<br>                                                          )<br>                                    Debtors.    )<br>                                                          )<br>------------------------------------------------------------ ) | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON JOINT MOTION FOR**
**AN ORDER EXTENDING THE AUTOMATIC STAY PURSUANT TO**
**11 U.S.C. §§ 362(A) AND 105(A) TO ENJOIN PROSECUTION OF CLAIMS**
**AGAINST DEBTORS' NON-DEBTOR AFFILIATES IN THE PUTATIVE CLASS**
**ACTION ENTITLED *ROTHSTEIN, ET AL. V. GMAC MORTGAGE, LLC, ET AL.***

**PLEASE TAKE NOTICE** that the *Joint Motion for an Order Extending the Automatic*

*Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) to Enjoin Prosecution of Claims Against*

*Debtors' Non-Debtor Affiliates in the Putative Class Action Entitled Rothstein, et al. v. GMAC*

*Mortgage, LLC, et al.* [Docket No. 4873], previously scheduled to be heard on September 24,

2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **November 19, 2013 at**

**10:00 a.m. (Prevailing Eastern Time)**.

ny-1109904

Dated: September 20, 2013
      New York, New York

Respectfully submitted,

/s/ Stefan W. Engelhardt
Gary S. Lee
Stefan W. Engelhardt
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*