# **Exhibit 3**

**Delehey Declaration**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Gary S. Lee
Norman Rosenbaum
Melissa A. Hager
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF LAUREN GRAHAM DELEHEY, IN-HOUSE LITIGATION COUNSEL AT RESIDENTIAL CAPITAL, LLC, IN SUPPORT OF DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED AGAINST RESIDENTIAL CAPITAL, LLC BY (I) RUTH ASSORGI (CLAIM NO. 2580); (II) JOHN R. FOSTER AND ELIZABETH FOSTER (CLAIM NO. 2581) AND (III) MARK MOODY AND SHERRILL MOODY (CLAIM NO. 2583)**

I, Lauren Graham Delehey, declare as follows:

**A.    Background and Qualifications**

1.    I serve as In-House Litigation Counsel in the legal department at Residential Capital, LLC ("**ResCap**"), a limited liability company organized under the laws of the state of Delaware and the parent of the other debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"). I have held this position since I joined ResCap on August 1, 2011.

1

ny-1108423

2. In my role as In-House Litigation Counsel at ResCap, I am responsible for the management of residential mortgage-related litigation, including class actions, mass actions and multi-district litigation. Additionally, as a result ResCap's Chapter 11 filing, my role has significantly expanded to include assisting the Debtors and their professional advisors in connection with the administration of the Chapter 11 Cases. I am authorized to submit this declaration (the "**Declaration**") in support of the *Debtors' Objection To Proofs Of Claim Filed Against Residential Capital, LLC By (I) Ruth Assorgi (Claim No. 2580); (II) John R. Foster And Elizabeth Foster (Claim No. 2581) And (III) Mark Moody And Sherrill Moody (Claim No. 2583) Pursuant To Section 502(b) Of The Bankruptcy Code And Bankruptcy Rule 3007* (the "**Objection**").[1]

3. In my capacity as In-House Litigation Counsel, I am generally familiar with the Debtors' litigation matters, including the various actions involving the Fosters. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge; information supplied or verified by personnel in departments within the Debtors' various business units; my review of the Debtors' litigation case files, books and records, as well as other relevant documents; my discussions with other members of the Debtors' legal department; information supplied by the Debtors' consultants and counsel; or my opinion based upon my experience, expertise, and knowledge of the Debtors' litigation matters, financial condition and history. In making these statements based on my review of the Debtors' litigation case files, books and records, relevant documents, and other information prepared or collected by the Debtors' employees, consultants or counsel, I have relied upon these employees, consultants, and counsel accurately recording, preparing, collecting, or verifying any such documentation and

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to such terms in the Objection.

other information.  If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

### B.      Litigation Involving Claimants

#### 1.      The Putative Class Action

4.      On or about September 28, 2010, the Named Plaintiffs filed a class action complaint (the "**Class Complaint**") commencing the Putative Class Action against the Debtor Defendants, and fifteen other named defendants (collectively, the "**Defendants**") in the District Court, captioned *Foster, et al. v. Mortgage Electronic Registration Systems, Inc., et al.*, No. 3:10-cv-00611-CRS (W.D. Ky. Sept. 28, 2010).  A copy of the Class Complaint is attached to the Foster Claim, which is attached as Exhibit 1-B to the Objection.  ResCap was not named as a party to the Putative Class Action.

5.      The Class Complaint was never served on the Debtor Defendants, and no summons was ever issued.

6.      On February 3, 2011, the Named Plaintiffs voluntarily dismissed the Class Complaint without prejudice.  *See* Docket Report, attached as **Exhibit A** hereto.  Upon information and belief, the Class Complaint was never re-filed.

7.      The Putative Class was not certified in the Putative Class Action or in any other proceeding.  Nor was an order authorizing McKeever to act for the Putative Class in the Putative Class Action ever entered by the District Court.

#### 2.      The Assorgi Foreclosure Actions; Other Alleged Litigation

8.      The Debtors' counsel conducted a search of the online case records of the Court of Common Pleas for Beaufort County, South Carolina (the "**South Carolina State Court**"), and those records revealed that Assorgi is named as a defendant in four separate foreclosure proceedings (the "**Assorgi Foreclosure Actions**"), three of which are still pending as

3

ny-1108423

12-12020-mg    Doc 5163-4    Filed 09/20/13    Entered 09/20/13 23:55:53    Exhibit 3
Pg 5 of 19

of the date of the Objection. *See* Docket Reports, attached as **Exhibit C** hereto. The Debtors are not now, nor have they ever been, a party to any of those actions. *Id*.

9. The Debtors searched their books and records based on the limited information provided and were unable to conclusively determine whether Assorgi is a borrower under any loan now or previously owned or serviced by the Debtors.

10. The Debtors' records reflect that they have not been served with a complaint filed against them by Assorgi in any court. The Debtors also performed a search of the online court records of the Court of Common Pleas for Beaufort County, South Carolina (the "**South Carolina State Court**"), which indicated that no lawsuit has been filed by Assorgi in that court. *See* Index of Search Results, attached as **Exhibit B** hereto. Accordingly, upon information and belief, Assorgi has never filed suit against ResCap, or any other Debtor.

### 3. The Foster Foreclosure Actions

11. The Class Complaint attached to the Foster Claim identifies four separate loans under which the Fosters are borrowers that are allegedly in "various stages of litigation" in Hardin County Kentucky, Circuit Court (the "**Hardin County Court**"). *See* Class Complaint at 4-6. Before the sale of their mortgage loan servicing platform, it was the Debtors' business practice to maintain information relating to mortgage foreclosures in their loan servicing databases. The Debtors searched both their active and inactive servicing records for any files regarding the Fosters corresponding to the information identified in the Class Complaint. Based on that review, the Debtors determined that GMACM has commenced four foreclosure actions against the Fosters (collectively, the "**Foster Foreclosure Actions**"), three of which have been completed. According to the Debtors' servicing records, the status of each of the Foster Foreclosure Actions is as follows:

- Case 10-CI-00862 - foreclosure complete; REO sold on June 28, 2012;

4

- Case 09-CI-02248 - original foreclosure sale was cancelled; foreclosure process was restarted on May 17, 2013; a new foreclosure sale date has not yet been set;

- Case 09-CI-0209 - foreclosure complete; REO sold on June 24, 2011; and

- Case 10-CI-01862 - foreclosure complete and property currently held as REO; eviction completed on July 2, 2013.

The Debtors' books and records reflect no liability due and owing to the Fosters in connection with the Foster Foreclosure Actions.

### 4. The Moody Foreclosure Actions

12. The Class Complaint identifies twelve separate loans under which the Moodys are borrowers that are subject to foreclosure proceedings (collectively, the "**Moody Foreclosure Actions**" and, collectively with the Assorgi Foreclosure Actions and Foster Foreclosure Actions, the "**Foreclosure Actions**") in Madison County Kentucky, Circuit Court (the "**Madison County Court**") or the Fayette County Kentucky, Circuit Court (the "**Fayette County Court**"). *See* Class Complaint at 8-13. The descriptions of the Moody Foreclosure Actions in the Class Complaint contain no reference to any Debtor and, upon information and belief, no Debtor initiated any of the Moody Foreclosure Actions.

13. The Debtors have conducted a search of their books and records based on the limited information provided in the Moody Claim and have determined that GMACM held or serviced three second-lien loans under which the Moodys are borrowers. Accordingly, GMACM may have been named as a co-defendant in the foreclosure action brought by the servicer of the first-lien mortgage, although GMACM likely would not have entered an appearance.

14. The Debtors believe that the Moodys are not borrowers under any loan secured by a first lien that is or was serviced or owned by the Debtors. However, in the absence

5

of a loan number or property address, they are unable to confirm this point with absolute certainty.

15.    The Moody Claim describes the basis of the claim as "KY Class Action GMAC Fraud/Forgery" and, in support, the Moody Claim attaches only the McKeever Statement, which lists, among others, a class action allegedly captioned *Moody v. Deutsche Bank, GMAC Mortgage LLC, RALI and MERS*, purportedly pending in the Fayette County Court and asserting causes of action for "violation of Kentucky's recording statutes, securitization and document fraud . . . ." *See* Moody Claim, attached to the Objection as Exhibit 1-C. The Debtors have searched Fayette County Court records, as well as their own books and records, and have been unable to locate records of any such action.

    **C.**    **The Debtors' Review of the Proofs of Claim**

16.    The Debtors, after reviewing the supporting documentation and their books and records, have determined that (a) the Claims are not properly asserted against Debtor ResCap, and (b) even if the Proofs of Claim were filed against a Debtor that was a party to the Putative Class Action or any of the Foreclosure Actions, no liability exists against such Debtors with respect to the Claims. The claims, which are based on some or all of the Putative Class Action or the Foreclosure Actions, are filed against ResCap, which has never been a party to any of the Actions.

    **D.**    **The Debtors' Compliance With The Borrower Claims Procedures**

17.    It is my understanding that in connection with the filing of the Objection, the Debtors have complied with the Claim Objection Procedures. I have been advised by the Debtors' personnel acting under my supervision and attorneys with Morrison & Foerster LLP ("**M&F**"), the Debtors' bankruptcy counsel, that, in accordance with the Claims Objection Procedures Order, prior to filing the Objection, the Debtors' personnel conferred with

6

ny-1108423

SilvermanAcampora LLP as Special Counsel to the Creditors' Committee for Borrower Issues ("**Special Counsel**") in determining that (a) each proof of claim that the Debtors intended to include in the Objection was, or should be treated as, a Borrower Claim subject to the Borrower Claims Procedures, and (b) that a Request Letter was required to be sent to each Claimant under the Borrower Claims Procedures.

18. I am further advised that the Debtors also conferred with Special Counsel in drafting the Request Letters. The Debtors sent a Request Letter to McKeever as counsel to each Claimant on July 10, 2013, requesting that each Claimant provide supplemental information regarding the basis for the respective Claim by August 10, 2013, with the Debtors providing copies of such letters to Special Counsel, copies of which are attached to the Objection as Exhibit 5. To date, no response to the Request Letters has been received by the Debtors from any Claimant.

19. To the best of my knowledge, prior to the filing of the Objection, both the Debtors and Special Counsel have fully complied with all other relevant terms of the Claims Objection Procedures Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2013

/s/ Lauren Graham Delehey
Lauren Graham Delehey
In-House Litigation Counsel for
Residential Capital, LLC

7

ny-1108423

**Exhibit A**

**3:10-cv-00611-CRS** Foster et al v. Mortgage Electronic Registration Systems, Inc. et al
Charles R. Simpson, III, presiding
Date filed: 09/28/2010
Date terminated: 02/07/2011
Date of last filing: 08/17/2011

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* *Entered:* | 09/28/2010 09/30/2010 | Complaint |
| | *Docket Text:* COMPLAINT filed by Brian Mason, Royce Wells, Charlotte A. Woodward, Elizabeth Foster, Sherill A. Moody, John R. Foster, Augusta Mason, Mark Moody, Connie Wells against All Defendants. Filing fee $ 350, receipt number L33024129. (Attachments: # (1) Complaint Part 2, # (2) Complaint Part 3, # (3) Complaint Part 4, # (4) Complaint Part 5, # (5) Exhibit A, # (6) Exhibit B) (AEP) (Additional attachment(s) added on 10/4/2010: # (7) Cover Sheet) (RLK). | | |
| 2 | *Filed:* *Entered:* | 09/28/2010 09/30/2010 | Case Assignment |
| | *Docket Text:* Case Assignment (Random Selection): Case Assigned to Judge Charles R. Simpson III. Magistrate designation: James D. Moyer. (AEP) Modified on 9/30/2010: corrected judge (AEP). | | |
| 3 | *Filed & Entered:* | 09/30/2010 | Notice of Deficiency |
| | *Docket Text:* NOTICE of Deficiency re [1] Complaint: Civil cover sheet not submitted with complaint. Failure to comply will be brought to the attention of the Court. Response due by 10/7/2010. (AEP) | | |
| 4 | *Filed & Entered:* | 09/30/2010 | Notice (Other) |
| | *Docket Text:* CLERK'S NOTICE ON SUMMONS to counsel. No summonses were tendered with the complaint. (AEP) | | |
| 5 | *Filed & Entered:* | 10/03/2010 | Notice (Other) |
| | *Docket Text:* NOTICE *Civil Cover Sheet* by Elizabeth Foster (McKeever, Heather) | | |
| | *Filed & Entered:* | 10/04/2010 | Response to Notice of Deficiency |
| | *Docket Text:* CLERK'S NOTICE: Response to [3] Notice of Deficiency received from Counsel. Civil Cover Sheet attached by Clerk to DN 1. Nature of Suit and Cause of Action corrected. (RLK) | | |
| 6 | *Filed & Entered:* | 01/17/2011 | Notice of Appearance/ |
| | *Docket Text:* NOTICE of Appearance by Shannon O'Connell Egan on behalf of LSR Processing, Lerner Sampson & Rothfuss (Egan, Shannon) | | |
| 7 | *Filed & Entered:* | 01/17/2011 | Corporate Disclosure Statement |
| | *Docket Text:* Corporate Disclosure Statement by LSR Processing. (Egan, Shannon) | | |
| 8 | *Filed & Entered:* | 01/17/2011 | Corporate Disclosure Statement |
| | *Docket Text:* Corporate Disclosure Statement by Lerner Sampson & Rothfuss. (Egan, Shannon) | | |

| | | | |
|---|---|---|---|
| 9 | *Filed & Entered:*<br>*Terminated:* | 01/17/2011<br>09/06/2011 | Motion to Dismiss |
| | *Docket Text:* MOTION to Dismiss *Class Action Complaint* by Defendants LSR Processing, Lerner Sampson & Rothfuss Responses due by 2/10/2011 (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G, # (8) Exhibit H, # (9) Exhibit I, # (10) Exhibit J, # (11) Exhibit K, # (12) Exhibit L, # (13) Exhibit M, # (14) Exhibit N, # (15) Exhibit O, # (16) Exhibit P, # (17) Exhibit Q, # (18) Exhibit R, # (19) Proposed Order) (Egan, Shannon) | | |
| 10 | *Filed & Entered:*<br>*Terminated:* | 02/02/2011<br>09/06/2011 | Motion to Dismiss |
| | *Docket Text:* MOTION to Dismiss *Class Action Complaint* by Defendant Dinsmore & Shohl LLP Responses due by 2/28/2011 (Attachments: # (1) Proposed Order) (VanderLaan, Aaron) | | |
| 11 | *Filed & Entered:* | 02/02/2011 | Notice of Appearance/ |
| | *Docket Text:* NOTICE of Appearance by Aaron A. VanderLaan on behalf of Dinsmore & Shohl LLP (VanderLaan, Aaron) | | |
| 12 | *Filed & Entered:* | 02/02/2011 | Corporate Disclosure Statement |
| | *Docket Text:* Corporate Disclosure Statement by Dinsmore & Shohl LLP. (VanderLaan, Aaron) | | |
| 13 | *Filed & Entered:* | 02/03/2011 | Notice of Voluntary Dismissal |
| | *Docket Text:* NOTICE of Voluntary Dismissal by Elizabeth Foster (McKeever, Heather) | | |
| 14 | *Filed & Entered:*<br>*Terminated:* | 02/16/2011<br>08/17/2011 | Motion for Sanctions |
| | *Docket Text:* MOTION for Sanctions *Against Plaintiffs' Counsel* by Defendants LSR Processing, Lerner Sampson & Rothfuss Responses due by 3/14/2011 (Attachments: # (1) Exhibit A) (Egan, Shannon) (Main Document 14 replaced on 2/17/2011) (RLK). (Additional attachment(s) added on 2/17/2011: # (1) Memorandum in Support, # (2) Exhibit A to Memorandum in Support, # (3) Affidavit of Shannon O'Connell Egan, # (4) Exhibit A to Affidavit, # (5) Exhibit B to Affidavit, # (6) Exhibit C to Affidavit, # (7) Proposed Order) (RLK). | | |
| 15 | *Filed & Entered:* | 02/16/2011 | Affidavit |
| | *Docket Text:* ERROR: AFFIDAVIT docketed by Counsel separate from Motion. Affidavit attached by Clerk to DN 14. (Egan, Shannon) Modified on 2/17/2011 (RLK). | | |
| 16 | *Filed & Entered:* | 02/16/2011 | Proposed Order |
| | *Docket Text:* ERROR: Proposed Order docketed by Counsel separate from Motion. Proposed Order attached by Clerk to DN 14. (Egan, Shannon) Modified on 2/17/2011 (RLK). | | |
| 17 | *Filed & Entered:*<br>*Terminated:* | 03/14/2011<br>09/06/2011 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* Verified Response and MOTION for Extension of Time to Answer [14] Lerner Sampson & Rothfuss' MOTION for Sanctions filed by Elizabeth Foster. Responses due by 3/24/2011. (Attachments: # (1) Exhibit Ohio AG ABC News Report, # (2) Exhibit Ohio LSR Class Action, # (3) Exhibit Congressional Report.1, # (4) Exhibit Congressional Report.2) (McKeever, Heather) Modified on 3/24/2011: Added Motion as an event, Response date set as 3/24/2011 (RLK). (Additional attachment(s) added on 3/24/2011: # (5) Proposed Order) (RLK). | | |
| 18 | *Filed & Entered:* | 03/15/2011 | Notice of Deficiency |
| | *Docket Text:* NOTICE of Deficiency re [17] Response to Motion: Propose order not submitted with response. Failure to comply will be brought to the attention of the Court. Response due by | | |

| | | | |
|---|---|---|---|
| | | | 3/22/2011. (AEP) |
| 19 | *Filed & Entered:*<br>*Terminated:* | 03/21/2011<br>03/24/2011 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* Proposed Order re [17] Response to Motion by Plaintiff Elizabeth Foster. (McKeever, Heather) Modified on 3/24/2011: changed from Motion to Proposed Order and corrected link (RLK). | | |
| | *Filed & Entered:* | 03/24/2011 | Response to Notice of Deficiency |
| | *Docket Text:* CLERK'S NOTICE: Response to [18] Notice of Deficiency received from Counsel. Proposed Order attached by Clerk to DN 17. (RLK) | | |
| | *Filed & Entered:* | 03/24/2011 | Notice of Docket Correction |
| | *Docket Text:* NOTICE OF DOCKET CORRECTION re [17] Verified Response and MOTION for Extension of Time to File Response/Reply. ERROR: Verified Response and Motion docketed by Counsel as a Response. CORRECTION: Changed by Clerk from a Response to a Verified Response and Motion. Response date of 3/24/2011 set. (RLK) | | |
| | *Filed & Entered:* | 03/24/2011 | Notice of Docket Correction |
| | *Docket Text:* NOTICE OF DOCKET CORRECTION re [19] MOTION for Extension of Time to File Response/Reply as to [18] Notice of Deficiency *Proposed Order*. ERROR: Proposed Order docketed by Counsel as a Motion. CORRECTION: Docket changed by Clerk to reflect document as a Proposed Order, not a Motion. (RLK) | | |
| 20 | *Filed & Entered:* | 03/31/2011 | Reply to Response to Motion |
| | *Docket Text:* REPLY to Response to Motion re [17] MOTION for Extension of Time to File Response/Reply filed by LSR Processing. (Attachments: # (1) Memorandum in Support of Reply to Ptf's Verified Response and Motion for an Extension of Time, # (2) Exhibit A - Email to Shannon Egan from Heather McKeever) (Egan, Shannon) | | |
| 21 | *Filed & Entered:* | 08/17/2011 | Order on Motion for Sanctions |
| | *Docket Text:* ORDER denying [14] Motion for Sanctions. Signed by Judge Charles R. Simpson, III on 8/16/11. cc:counsel (JBM) | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/11/2013 18:32:37 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 21981-0000083-14078 |
| **Description:** | History/Documents | **Search Criteria:** | 3:10-cv-00611-CRS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**<u>Exhibit B</u>**



# Beaufort County
# Fourteenth Judicial Circuit
# Public Index



Beaufort County Home Page South Carolina Judicial Department Home Page SC.GOV Home Page

**Search By...Court Type** All Courts    **Court Agency** Beaufort County Common Pleas
**Case #**    **Case Type** All Case Types    **Case SubType** All Case Sub-Types
**Last Name/Business** Assorgi    **First** Ruth    **Middle**    **Suffix**
**Party Type** All
**Action Type** All Actions
**Date Type**    **Beginning**    **Ending**
**Tax Map# From**    **Through**
**Only for Civil Cases... Index Search** ● All ○ Lis Pendens ○ Judgments | **Cross Index Search** ● All ○ Judgment For ○ Judgment Against

Search    Reset Search Fields

| Name | Party Type | Case Number | Filed Date | Case Status | Disposition Date | Type | Subtype | Judgment # | Court Agency |
|---|---|---|---|---|---|---|---|---|---|
| Assorgi, Ruth A | Defendant | 2010CP0706090 | 12/17/2010 | Disposed | 05/11/2012 | Common Pleas | Foreclosure 420 | | Beaufort County Common Pleas |
| Assorgi, Ruth A | Defendant | 2010LP0702976 | 12/17/2010 | Pending | | Lis Pendens | Foreclosure | | Beaufort County Common Pleas |
| Assorgi, Ruth A | Defendant | 2012CP0703969 | 11/20/2012 | Referred To Master | | Common Pleas | Foreclosure 420 | | Beaufort County Common Pleas |
| Assorgi, Ruth A | Defendant | 2012LP0701746 | 11/20/2012 | Pending | | Lis Pendens | Foreclosure | | Beaufort County Common Pleas |

CMSWeb 6.1
© 2011 South Carolina Judicial Department ● All rights reserved

**Exhibit C**

Public Index Search     Page 1 of 1
12-12020-mg   Doc 5163-4   Filed 09/20/13   Entered 09/20/13 23:55:53   Exhibit 3
Pg 16 of 19



# Beaufort County
# Fourteenth Judicial Circuit
# Public Index



Beaufort County Home Page  South Carolina Judicial Department Home Page  SC.GOV Home Page

**Switch View**

## Bac Home Loans Servicing Lp vs. Salvatore C Assorgi

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2010LP0702976 | **Court Agency:** | Beaufort County Common Pleas | **Filed Date:** | 12/17/2010 |
| **Case Type:** | Lis Pendens | **Case Sub Type:** | Foreclosure | **File Type:** | Non-Jury |
| **Status:** | Pending | **Assigned Judge:** | | | |
| **Disposition:** | | **Disposition Date:** | | **Disposition Judge:** | |
| **Original Source Doc:** | | **Original Case #:** | | | |
| **Judgment Number:** | | **Court Roster:** | | | |

**Case Parties**  Judgments  Tax Map Information  Associated Cases  Actions  Financials

Click the ⌄ icon to show associated parties.

| Name | Address | Race | Sex | Date Of Birth | Party Type | Party Status | Last Updated |
|---|---|---|---|---|---|---|---|
| Assorgi, Ruth A | | | | | Defendant | | 10/01/2010 |
| Assorgi, Salvatore C | | | | | Defendant | | 12/17/2010 |
| ⌄ Bac Home Loans Servicing Lp | | | | | Plaintiff | | 12/17/2010 |
| Cbc National Bank | | | | | Defendant | | 10/01/2010 |
| Countrywide Home Loans Servicing Lp | | | | | Plaintiff | | 10/01/2010 |
| Harbor Island Inn And Ocean Villas Horizontal Property Regim | | | | | Defendant | | 10/01/2010 |
| ⌄ Kelchner, John B | PO Box 11264 Columbia SC 292111264 | | | | Plaintiff Attorney | | 01/02/2013 |

CMSWeb 6.1
© 2011 South Carolina Judicial Department • All rights reserved



# Beaufort County
# Fourteenth Judicial Circuit
# Public Index



Beaufort County Home PageSouth Carolina Judicial Department Home PageSC.GOV Home Page

**Switch View**

### Bank of America N A , plaintiff, et al VS Salvatore C Assorgi , defendant, et al

| Case Number: | 2010CP0706090 | Court Agency: | Beaufort County Common Pleas | Filed Date: | 12/17/2010 |
|---|---|---|---|---|---|
| Case Type: | Common Pleas | Case Sub Type: | Foreclosure 420 | File Type: | Non-Jury |
| Status: | Disposed | Assigned Judge: | Solicitor / Master In Equity G S And C P | | |
| Disposition: | Ended by Non Jury | Disposition Date: | 05/11/2012 | Disposition Judge: | Dukes, Marvin H III |
| Original Source Doc: | | Original Case #: | | | |
| Judgment Number: | | Court Roster: | | | |

Case Parties   Judgments   Tax Map Information   Associated Cases   Actions   Financials

Click the ⌄ icon to show associated parties.

| Name | Address | Race | Sex | Date Of Birth | Party Type | Party Status | Last Updated |
|---|---|---|---|---|---|---|---|
| Assorgi, Ruth A | | | | | Defendant | | 12/17/2010 |
| Assorgi, Salvatore C | | | | | Defendant | | 12/17/2010 |
| Bac Home Loans Servicing Lp | | | | | Plaintiff | | 09/06/2012 |
| ⌄ Bank Of America N A | | | | | Plaintiff | | 05/18/2012 |
| Cbc National Bank | | | | | Defendant | | 12/17/2010 |
| Countrywide Home Loans Servicing Lp | | | | | Plaintiff | | 12/17/2010 |
| Harbor Island Inn And Ocean Villas Horizontal Property Regim | | | | | Defendant | | 12/17/2010 |
| ⌄ Kelchner, John Brian | PO Box 11264 Columbia SC 29211 | | | | Plaintiff Attorney | | 05/18/2012 |

CMSWeb 6.1
© 2011 South Carolina Judicial Department ● All rights reserved



# Beaufort County
# Fourteenth Judicial Circuit
# Public Index



Beaufort County Home PageSouth Carolina Judicial Department Home PageSC.GOV Home Page

**Switch View**

### Hsbc Bank Usa, National Association , plaintiff, et al VS Salvatore C Assorgi , defendant, et al

| Case Number: | 2012LP0701746 | Court Agency: | Beaufort County Common Pleas | Filed Date: | 11/20/2012 |
|---|---|---|---|---|---|
| Case Type: | Lis Pendens | Case Sub Type: | Foreclosure | File Type: | Non-Jury |
| Status: | Pending | Assigned Judge: | | | |
| Disposition: | | Disposition Date: | | Disposition Judge: | |
| Original Source Doc: | | Original Case #: | | | |
| Judgment Number: | | Court Roster: | | | |

Case Parties   Judgments   Tax Map Information   Associated Cases   Actions   Financials

Click the ⯆ icon to show associated parties.

| Name | Address | Race | Sex | Date Of Birth | Party Type | Party Status | Last Updated |
|---|---|---|---|---|---|---|---|
| Assorgi, Ruth A | | | | | Defendant | | 11/20/2012 |
| Assorgi, Salvatore C | | | | | Defendant | | 11/20/2012 |
| Coffin Point Plantation Homeowners Association, Inc | | | | | Defendant | | 11/20/2012 |
| ⯆Corley, Reginald Patrick | 220 Executive Center Dr. Columbia SC 29210 | | | | Plaintiff Attorney | | 11/20/2012 |
| Cwheq Inc | | | | | Defendant | | 11/20/2012 |
| Cwheq Revolving Home Equity Loan Trust Series 2007-C | | | | | Defendant | | 11/20/2012 |
| ⯆Hsbc Bank Usa, National Association | Trustee | | | | Plaintiff | | 11/20/2012 |
| Sequoia Mortgage Trust 2007-1 | | | | | Plaintiff | | 11/20/2012 |
| The Bank Of New York | Trustee For Certificate Holders | | | | Defendant | | 11/20/2012 |
| The Bank Of New York Mellon | | | | | Defendant | | 11/20/2012 |

CMSWeb 6.1  
© 2011 South Carolina Judicial Department • All rights reserved




# Beaufort County
# Fourteenth Judicial Circuit
# Public Index

Beaufort County Home Page South Carolina Judicial Department Home Page SC.GOV Home Page

**Switch View**

## Hsbc Bank Usa, National Association , plaintiff, et al VS Salvatore C Assorgi , defendant, et al

| Case Number: | 2012CP0703969 | Court Agency: | Beaufort County Common Pleas | Filed Date: | 11/20/2012 |
|---|---|---|---|---|---|
| Case Type: | Common Pleas | Case Sub Type: | Foreclosure 420 | File Type: | Non-Jury |
| Status: | Referred To Master | Assigned Judge: | | | |
| Disposition: | | Disposition Date: | | Disposition Judge: | |
| Original Source Doc: | | Original Case #: | | | |
| Judgment Number: | | Court Roster: | | | |

Case Parties    Judgments    Tax Map Information    Associated Cases    Actions    Financials

Click the ⌄ icon to show associated parties.

| Name | Address | Race | Sex | Date Of Birth | Party Type | Party Status | Last Updated |
|---|---|---|---|---|---|---|---|
| Assorgi, Ruth A | | | | | Defendant | | 11/20/2012 |
| Assorgi, Salvatore C | | | | | Defendant | | 11/20/2012 |
| Coffin Point Plantation Homeowners Association, Inc | | | | | Defendant | | 11/20/2012 |
| ⌄ Corley, Reginald Patrick | 220 Executive Center Dr. Columbia SC 29210 | | | | Plaintiff Attorney | | 12/13/2012 |
| Cwheq Inc | | | | | Defendant | | 11/20/2012 |
| Cwheq Revolving Home Equity Loan Trust Series 2007-C | | | | | Defendant | | 11/20/2012 |
| ⌄ Hsbc Bank Usa, National Association | Trustee | | | | Plaintiff | | 07/18/2013 |
| Sequoia Mortgage Trust 2007-1 | | | | | Plaintiff | | 11/20/2012 |
| The Bank Of New York | Trustee For Certificate Holders | | | | Defendant | | 11/20/2012 |
| The Bank Of New York Mellon | | | | | Defendant | | 11/20/2012 |

CMSWeb 6.1
© 2011 South Carolina Judicial Department • All rights reserved