| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Court Address: | |
| **Plaintiff(s) Ron Bejarano**<br><br>v<br><br>**Defendant: RESIDENTIAL CAPITAL and GMAC Mortgage** | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney:<br>Name: Ron Bejarano<br><br>Address: 7810 W 70th Dr<br>         Arvada, Co 80004<br><br>Phone Number: (303) 940-3639<br>Fax Number   :<br>E-mail: Karenbej1@juno.com<br>Atty. Reg. #: | Case Number: 12-12020 (MG)<br><br>Chapter: 11 |
| **ANSWER TO MOTION FOR REQUEST TO DISALLOW OR EXPUNGE CLAIM** | |

COMES NOW the Plaintiff(s) Ron Bejarano, In support of this Answer and Request for Allowing claim filed on 09/17/2010 number 604 Plaintiff(s) states as follows:

1. Plaintiff and Mortgagee, Ron Bejarano states that on March 23, 2009, a repayment offer was sent to Plaintiff and accepted. Three good faith payments were to be made and those three payments if made, GMAC would do what was best for Plaintiff. Those payments were made in the amount of $2665.00 each.

2. Plaintiff than received a letter on 4/29/2009 (Exhibit C) that states that after receiving a discharge in Bankruptcy, Homecomings Financial, LLC is **NOT seeking to collect this debt personally.** That this letter acknowledges the Defendants offer of a forbearance plan and as long as the Plaintiff makes voluntary payments, there will be no foreclosure. There was no time limit on this plan only that the payments were to be made. All payments were made.

3. The Plaintiff had a Modification company working on the loan modification andwas informed that as of May 31, 2009 it was approved, and the documents would be forth coming in a few weeks. MDF Financial who is the company handling the Modification for the Plaintiff, has pages of documentation of all the calls made and to whom and what times as to the Modification. The documents did not arrive at the Plaintiffs address within the time frame and Kim Williams of MDF Financial (Exhibit E) contacted Homecomings and was told that a mistake had been made And that a new payment amount was being revised. On July 6th Kim Williams called and received the modification terms and it was emailed to the Plaintiff, with

1



instructions that the documents would be sent in a few weeks. ( Exhibit F). The Plaintiff has never received those documents.

4. The Plaintiff than received a notice that on June 10, 2009 GMAC would be taking over the servicing of the loan. Plaintiff still continued with the payments as stated in the 04-29-2009 letter.

5. Plaintiff filed for a damage claim with his insurance company American Family Insurance, for roof repair. That Policy was under the name of Karen Bejarano and personally paid for by her from her separate checking account. The insurance company paid for those repairs in the amount of $15,596.22. Check was made out to Plaintiff and Karen Bejarano. The check was endorsed over and in return two checks were sent back to start repairs in the amount of $3899.05. The rest was credited to the loan.

6. Plaintiff filed a small claims law suit for Conversion of Funds, and for the Modification that was presented to the Plaintiff and accepted. That Homecomings exercised rights of dominion over the property of the Plaintiff and Contractor, by refusing to return the insurance proceeds specifically for repairs. That all or a portion belongs to Karen Bejarano personally. That Homecomings/GMAC has unclean hands.

7. Plaintiff appeared in court, Defendant did not, however at the last minute a answer was filed. The Defendants attorney Ms Karen Brody, contacted the Plaintiff and negotiated a settlement. The proceeds from the insurance company would be returned and the modification documents would be forthcoming. GMAC attorneys in the executive office approved the settlement, and Plaintiff signed the stipulation agreement on 11-05-2009.

8. The modification docs that were discussed were not sent again, but another three good faith payments were requested. Those were paid and in Dec 2009 the docs for the modification were sent, but not the ones discussed in the settlement agreement. Payments on the original forbearance agreement 04-29-09 were still being made. March of 2010, Plaintiff received a check in the amount of $12,333.33 and the March 2010 payment sent back. All subagencies payments were sent back until a meeting with Mr Gordon Clinkscale, District manager of GMAC on Aug 12 2010. At that meeting Mr Clink scale, said not to send anymore checks back, that we would received the Modification docs we were expecting. However the started requesting addition documents, three more good faith payments in the amount of $2243.19 which were made, and more doc they already had. This went on over and over, till the filed a foreclosure in Feb 2012.

9. Plaintiff was waiting on the rule 120 (C.R.C.P.) to file the Breach of Contract when informed GMAC had filed for Chapter 11 Bankruptcy. In that case, the Southern District of New York approved Ocwen to service the loan. Ocwen

2

has denied the Plaintiff the modification. Plaintiff filed a chapter 13 in District Court of Colorado and is proceeding with the Breach of Contract, however Plaintiff included in his case, the asset of the Breach of Contract and claim in the GMAC bankruptcy.

10. GMAC and Ocwen retain the same foreclosure law firm, of Castle Law LLC. Castle Law is being investigated by the Attorney General of Colorado for charging home-owners fees for services that were never done, charging fees over what cost were. This with the acknowledgment of Ocwen. Therefore Ocwen as refused the Plaintiff at his request for all documents associated with his loan for fees and cost, and copies of the law firms invoices. Therefore any amount that GMAC or Ocwen say is owing was incorrect and fraudulent in the figures to foreclose. Those figures would be for the period prior to the Breach of Contract.

11. The Plaintiff also would request the court to do a phone hearing for Oct 9, 2013 hearing as it would be a financial hardship for Plaintiff to go to New York for such a hearing.

WHEREFORE, The Plaintiff(s) Ron Bejarano request the court to deny the motion to disallow or expunge the claim against GMAC.

Dated: Sept 16, 2013

Respectfully submitted,

*Ron Bejarano*

Ron Bejarano
Karen Bejarano
7810 W 70th Dr
Arvada, Co 80004
303-940-3639

_____

Notary Public/Clerk

Certificate of Mailing

I hereby certify that on this Sept 16, 2013, I served the foregoing Answer to Motion For Disallowance or Expunge by depositing a true and exact copy of same in the United States mail, postage prepaid, addressed to:

Honorable Martin Glenn
Courtroom 501
One Bowling Green
New York, New York 10004

3

Morrison & Foerster LLP
Gary S Lee Esq
1290 Avenue of the Americas,
New York, New York 10104

Kramer Levin Naftalis & Frankel LLP
Kenneth H Heckstein, Esq
1117 Avenue of the Americas
New York, New York 10036
New

/

Cc: "'Kim Williams'" <KWilliams@mdffinancialservices.com>

Sent: Mon, Jul 06, 2009 02:54 PM

Subject: FW: bejarano

*Exhibit E*

Karen See below.

Thank you Kim!

-----Original Message-----
From: Kim Williams [mailto:KWilliams@mdffinancialservices.com]
Sent: Monday, July 06, 2009 4:37 PM
To: 'Thomas Barber'
Subject: RE: bejarano

Ok I spoke with the bank and the modification has been approved and was just finalized today with the bank because of the holiday. The documentation will be going out soon to the borrower's the new terms are as follows:

RATE FREEZE FOR 5 YRS - 2% and then 5.25% fixed after
NEW PAYMENT OF $2,660.21
1ST PAYMENT DUE FOR AUGUST 10TH OR BEFORE - OF $2665
NEXT NORMAL PAYMENT WILL BEGIN SEPTEMBER - $2660.21
WESTERN UNION IS THE BEST WAY TO ASSURE TO MAKE THESE - CALL BACK TO THE BANK AND GIVE THEM THE TRANSFER NUMBER AFTER PAYMENT IS MADE.

*1st Modification*

Documentation should be out within the next 2 weeks. If they want to make that $2665 payment before then they can it will be held in suspense and applied to the account.
I have not let them know yet

*no Doc's received*

Please feel free to contact me with any questions.
Regards,
Kim Williams
MDF FINANCIAL SERVICES
3275 West Hillsboro Blvd., Suite 207
Deerfield Beach, Fl 33442
888.735.6045 ext. 242
954.482.0658 ext. 242
561.623.6215 Fax
Email: KWilliams@mdffinancialservices.com
Website: www.mdffinancialservices.com
Write a review about our services: (click link)
http://www.trustlink.org/Register.aspx

Residential, Commercial and Private Money Lending...
Loss Mitigation Services
Investment Services
Debt Settlement and Negotiation Services

This email is the property of MDF Financial Services. It is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Distribution or copying of this email, or the information contained herein, by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please immediately notify the

http://webmailb.juno.com/webmail/new/5?userinfo=39b9dbb6dea2798d3516b94f3ac2c47a...    7/29/2009

Exhibit 7

| DATE | PAYEE | ID | ORG | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 29 10 | RON R BEJARANO | 00000000000000 | | 11923587 REQUESTED BY | 12,333.36 |

| I.D.# DUE DATE | ADDRESS | | DESCRIPTION/ID NUMBER | AMOUNT |
|---|---|---|---|---|
| | | | OTHER | |
| | | | 0627440453140 | |
| | | | CSH/ LETTER 7-73 | |
| | | | EG | |

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW.

**GMAC Mortgage**

| CHECK DATE | | CHECK NO | JPMorgan Chase Bank, N.A. Chicago, Illinois | AMOUNT | 70-2322 719 |
|---|---|---|---|---|---|
| 04 29 10 | | 11923587 | | $12,333.36 | |

**TWELVE THOUSAND THREE HUNDRED THIRTY THREE DOLLARS AND 36 CENTS**

GMAC MORTGAGE DISBURSEMENTS

PAY TO THE ORDER OF

RON R BEJARANO
7810 W. 70TH DR
ARVADA    CO    80004

VOID AFTER 60 DAYS

Exhibit D

## GMAC Mortgage

**Gordon Clinkscale**
HOPE
District Manager

GMAC Mortgage, LLC
1100 Virginia Dr
Ft. Washington, PA 19044

215.734.4528
866.426.7728 fax
gordon.clinkscale@gmacm.com

---

## GMAC Mortgage

7-21-11

**Gregory Heiler**
Community Relations Specialist
Northwest District
HOPE

GMAC Mortgage, LLC
2711 N. Haskell Ave.
Suite 900
Dallas, TX 75204

415.226.8980
866.715.3836 fax
gregory.heiler@gmacm.com
gmacmortgage.com

# JUNO Message Center

**From:** "Kim Williams" <KWilliams@mdffinancialservices.com>

**To:** <karenbej1@juno.com>

**Sent:** Wed, Nov 04, 2009 02:06 PM

**Subject:** RE: bejarano

---

That is great! I am so happy this is resolved.

Please feel free to contact me with any questions.
Regards,
Kim Williams
MDF FINANCIAL SERVICES
3275 West Hillsboro Blvd., Suite 207
Deerfield Beach, Fl 33442
888.735.6045 ext. 242
954.482.0658 ext. 242
561.623.6215 Fax
Email: KWilliams@mdffinancialservices.com
Website: www.mdffinancialservices.com
Write a review about our services: (click link)
http://www.trustlink.org/Register.aspx


Residential, Commercial and Private Money Lending...
Loss Mitigation Services
Investment Services
Debt Settlement and Negotiation Services


This email is the property of MDF Financial Services. It is intended only
for the person or entity to which it is addressed and may contain
information that is privileged, confidential, or otherwise protected from
disclosure. Distribution or copying of this email, or the information
contained herein, by anyone other than the intended recipient is prohibited.
If you have received this e-mail in error, please immediately notify the
sender by email at KWilliams@mdffinancialservices.com and telephone at 888-
735-6045. Please delete and destroy any copies of this email


-----Original Message-----
From: karenbej1@juno.com [mailto:karenbej1@juno.com]
Sent: Wednesday, November 04, 2009 4:04 PM
To: KWilliams@mdffinancialservices.com
Subject: RE: bejarano

Kim, Julian Keys called and here are the terms of the modification now. It
is a fixed rate mortgage, no adjustable, it starts out at 3.5% for four
years than goes to 4.5 for 12 months than 5% after that till paid. So I will
let you know when the documents come, suppose to be in route.

---

Film School
The Art Institutes - Get Info on the Digital Film & Video Program.
http://thirdpartyoffers.juno.com/TGL2131/c?cp=NxyNPINGcsxzBhvLcHjtIgAAJz2mih
sRcRgZs8kIBTf4dtXyAAQAAAAFAAAAACMh3j4AAAMIAAAAAAAAAAAAAAAAAhBOQAAAAA=

*[Handwritten annotations: "Exhibit H", "2nd - modification", "Doc's come not the same 12-09"]*

Exhibit C

## Homecomings Financial
A GMAC Company

4/29/2009

RON R BEJARANO,
7810 W. 70TH DR
ARVADA, CO 80004

Re:   Account Number:        7440453140

      Property Address:      7810 W. 70TH DR
                             ARVADA, CO 80004

Thank you for contacting "Homecomings Financial, LLC" regarding making payments on the above-referenced loan ("Loan"), which is secured by the above - reference real property("Property").

As you have received a discharge in bankruptcy, Homecomings Financial, LLC is not seeking to collect this debt from you personally. Homecomings Financial, LLC does, however, despite the bankruptcy discharge, retain its security interest against the Property and the right to foreclose its security interest in the Property, if a default exists. In other words, although Homecomings Financial, LLC may not enforce the obligations under the Loan, Homecomings Financial, LLC may retain its lien on the Property and exercise its rights against the Property through foreclosure and sale of the Property.

This letter acknowledges your desire to make voluntary monthly payments on the Loan in order to satisfy the Lien against the Property. Homecomings Financial, LLC has agreed to accept $2,630.05 each month and to forbear from exercising its rights against the Property.

Your payment will continue to include collection of funds to pay taxes and/or insurance. On an annual basis we analyze your escrow account to ensure we are collecting sufficient amounts monthly. You will be notified of any adjustments to this account prior to the payment change.

As long as the payments are made, Homecomings Financial, LLC will not proceed with foreclosure action against the Property. However, if you decide at any point to cease making the monthly payments, or if you do not submit the entire payment, Homecomings Financial, LLC reserves the right to proceed with foreclosure action against the Property without further notice.

**THIS COMMUNICATION IS FROM A LIEN COLLECTOR. HOWEVER, HOMECOMINGS FINANCIAL, LLC IS NOT ATTEMPTING TO ENFORCE, AS A PERSONAL OBLIGATION, A LIEN WHICH HAS BEEN DISCHARGED PURSUANT TO (OR IS CURRENTLY BEING ADMINISTERED UNDER) THE BANKRUPTCY LAWS OF THE UNITED STATES AGAINST AN INDIVIDUAL ENTITLED TO THE PROTECTION OF THOSE BANKRUPTCY LAWS; IN SUCH INSTANCES, THIS COMMUNICATION IS INTENDED SOLELY FOR INFORMATIONAL PURPOSES.**



**Homecomings Financial**
A GMAC Company

Exhibit A

3/23/2009

RON R BEJARANO
7810 W. 70TH DR
ARVADA CO 80004

Re: Loan Number    7440453140
    Property       7810 W. 70TH DR
                   ARVADA CO 80004

Dear RON R BEJARANO:



This Repayment Agreement, ('Agreement'), Made 3/23/2009, (the 'Effective Date'), between RON R BEJARANO and Homecomings Financial, LLC, ('Lender') and amends and supplements (1) the Mortgage, Deed of Trust to Secure Debt, (the 'Security Instrument'), dated 11/03/05 and (2) the promissory note ('Note') bearing the same date as, and secured by, the Security Instrument which covers the real and personal property described in the Security Instrument.

Borrower acknowledges that Lender is the legal holder and owner of the Note and Security Instrument and further acknowledges that if Lender transfers the Note, as amended by this Agreement, the transferee shall be the 'Lender' as defined in this Agreement.

In consideration for the mutual promises and agreements exchanged, the parties hereto agree as follows, (notwithstanding anything to the contrary in the Note or Security Instrument):

1. Payments must be received on or before the due date of Agreement or this Agreement will be null and void.

2. All payments must be mailed to:

    Homecomings Financial, LLC
    Attn: Payment Processing Center
    3451 Hammond Avenue
    Waterloo, IA 50702

3. There presently remains an outstanding indebtedness to the Lender pursuant to a note (the 'Note') and mortgage (the 'Mortgage') or equivalent Security Instrument executed on 11/03/05 in the original principal amount of $412,000.00.

[redacted]

4. Lender has instituted foreclosure proceedings against the property securing the indebtedness which will continue to be in full force and effect until the default described herein are cured except as otherwise provided in this agreement.

5. Lender agrees to suspend foreclosure activity on the delinquent account provided that you execute and return this Agreement and the initial payment toward the delinquency in the amount of $2665 no later than 03/27/09.

We will require you to make 3 payments at a modified payment amount. At the conclusion of the scheduled payments below, we will review your situation to determine the best option for resolving the remaining delinquency. Your payments are due and payable as follows:

| Date | Amount: |
|---|---|
| 03/27/09 | $ 2665 |
| 04/27/09 | $ 2665 |
| 05/27/09 | $ 2665 |

**All payments remitted under this trial plan must be in the form of certified funds (cashier's check, money order, or Western Union Quick Collect)**

6. If a notice of a new or subsequent Bankruptcy is filed during the payments, this Agreement will automatically be voided.

7. We will honor the Agreement if all of the described conditions and requirements are met. If at any time you fail to comply with any of the above-described conditions and requirements, this Agreement will be considered null and void and will resume foreclosure.

Please sign and return this Agreement by 03/27/09.

If the Agreement is cancelled, terminated, or rescinded for any reason, funds remitted will not be refunded and the Loan Modification will not be processed. Any funds received will be applied to the loan.

It is expressly understood and agreed that the default is not cured or waived by acceptance of any monies paid hereunder.

If you should have any questions, please contact me at 1-800-799-9250.

Loan Modification Department

Ron R Bejarano 3-25-9

RON R BEJARANO Date ____________________ ____________

Date

Upon receipt of the trial plan, we will also execute indicate our concurrence with this agreement.