Hearing Date and Time: November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' TWENTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH
INSUFFICIENT DOCUMENTATION) SOLELY WITH RESPECT TO
THE CLAIM FILED BY THE ESTATE OF FELECIA VICTORIA
MITCHELL (CLAIM NO. 5724) TO NOVEMBER 7, 2013 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4734], scheduled to be heard on September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned, solely as it relates to the proof of claim filed by the Estate of Felecia Victoria Mitchell (Claim No. 5724), to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1110076

Dated: September 23, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1110076