IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF NEW YORK

IN RE:TOM FRANKLIN

    CREDITOR /APPELLANT

VS.
RESIDENTIAL CAPITAL, LLC ET AL

CHAPTER 13 CASE NUMBER 12-12020-MG

APPEAL NO_____



RECEIVED SEP 20 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**NOTICE OF APPEAL**

  COMES NOW, TOM FRANKLIN
AND APPEALS TO THE UNITED STATES DISTRICT FOR THE SOURTHERN DISTRICT OF NEW YORK THE DECISION OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF OF NEW YORK ENTERED THIS DAY OF_____, 2013. THE APPELLANT(S) NAME AND ADDRESSIS TOM FRANKLIN-5633 OAK GROVE ROAD-FORT WORTH, TEXAS 76134

THE APPELLANTS' BASED THEIR APPEAL ON THE FACT THAT THEY WAS NOT AFFORDED PROPER DUE PROCESS OF LAW. THE COURT OF RECORD REFUSED TO PROVIDE THEM WITH AN AMPLE OPPORTUNITY TO THOROUGHLY REVIEW OF THEIR CASE. SECONDLY, THEY WERE NOT PROPERLY APPRAISED OF ALL THEIR LEGAL RIGHTS AND REMEDIES ~~BY THEIR ATTORNEY~~

RESPECTFULLY SUBMITTED:

(X)_____
TOM FRANKLIN, PRO SE
5633 OAK GROVE ROAD
FORT WORTH, TEXAS 76134

CERTIFICATE OF SERICE

I, Tom Franklin, hereby certify that on this ___9th_____ day of September , 2013, a true and correct copy of the foregoing legal instrument was mailed, certified mail, return receipt requested to the following listed person who are entitled to have an interest in the out come of this case:

*Debtor*
**Residential Capital, LLC**
1177 Avenue of the Americas
New York, NY 10036
NEW YORK-NY
Tax ID / EIN: 20-1770738
*aka* **Residential Capital Corporation**

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004
(212) 510-0500

Tom Franklin
5800 Oak Grove Road
Fort Worth, Texas  76134