UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re:                                                   Case No. 12-12020 (MG)

Residential Capital, LLC, et al.,           Chapter 11

                    Debtors       Jointly Administered

RECEIVED SEP 23 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

My name is Jan B. Ibrahim. I am opposing the disallowance of my claim for $ 206,922.56. Decision One Mortgage Company created my original loan in December 2006. Then my loan had been sold to GMAC Mortgage, account number 7305944563(exhibit 1) for $61,841.61. I was up to date on my account until January 2009. I filed for a loan modification. While I was awaiting their response they transferred my account to a collection agency, FBCS Inc. West Roxbury, Ma; File# 159647599(exhibit 2) without any notice. Since this point in time I now have bad credit, meanwhile beforehand my credit score was 790's. My objection of the disallowance is I was a customer of GMAC Mortgage for over 7 years. As shown in exhibit 1, my debt is reflected in their books and records.

                    Sincerely,

                    Jan B. Ibrahim

                    22 Waltham Dr.

                    Plainville, Ma 02762

                    508-369-1368