# GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**
Name: Jan B Ibrahim
Account Number: 
Home Phone #: (508)369-1368

**PROPERTY ADDRESS**
15-17 REED AVENUE
NORTH ATTLEBORO  MA 02760


## GMAC Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

03/23/07 08:29    0000077 20090922 II218801 GMREG  1 OZ DOM II21880000* 146316  GM
#BWNHJPY
#KW74283D88842#

JAN B IBRAHIM
15-17 REED AVENUE
NORTH ATTLEBORO MA 02760-1911



*Exhibit 1* (handwritten)

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 7305944563 |
| Current Statement Date | September 21, 2009 |
| Maturity Date | November 03, 2036 |
| Interest Rate | 11.69000 |
| Current Principal Balance* | $61,841.61 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $1,205.59 |
| Taxes Paid Year-to-Date | $0.00 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-850-4622

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $626.81 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $5,641.29 |
| Outstanding Late Charges | $225.60 |
| Other | $191.37 |
| Total Amount Due | $6,685.07 |
| Account Due Date | January 03, 2009 |

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

If you are considering a new home purchase or refinancing your existing mortgage, we are here to help. Simply call the number above or visit our website for fast, convenient service.

Ally. A Better Way to Bank. Check out our Online Savings Account. It has no monthly fee, no minimum balance, and you can access your money through electronic fund transfers. Learn more at www.ally.com

See Reverse Side For Important Information

**Mail This Portion With Your Payment**