**FROM:**
P.O. Box 792
Fort Mill, SC 29716-0792
159647599

1 3 00000199
743927

**FBCS Inc**
5230 Washington St.
West Roxbury, MA 02132-6346
1-877-390-2110

**PERSONAL & CONFIDENTIAL**

Exhibit 2

July 23, 2010

JAN IBRAHIM
15-17 REED AVENUE
NORTH ATTLEBORO, MA 02760-1911

File # 159647599

Client ▸ GMACM, LLC
Client account # ▸ 7305944563
FBCS File # ▸ 159647599

**AL PAYMENTS RECEIVED:** 

**RENT UNPAID BALANCE: $66,922.65**

e contact our office if you have any questions or would like to discuss
ccount. We may be reached toll free by calling 1-877-390-2110 or 1-800-220-2018 ext 3053.

s an attempt to collect a debt and any information received will be used for that purpose. This is a
unication from a debt collector. If you have recently filed bankruptcy or been discharged from bankruptcy please
ct our office immediately.

Vashington St., West Roxbury, Ma 02132, Office Hours: Mon – Thurs 10AM – 3PM
E OF IMPORTANT RIGHTS
HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT
DE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS
SS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS
CH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR

05002
05002.1
743927