**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Christian W. Hancock, dated September 19, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of Alabama, Florida, Mississippi, Tennessee, North Carolina, Texas and Arizona and the bar(s) of the United States District Courts for the states listed in Exhibit A.

IT IS HEREBY ORDERED that Christian W. Hancock is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York
**September 23, 2013**

/s/ **Martin Glenn**
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York