12-12020-mg    Doc 5173-1    Filed 09/23/13    Entered 09/23/13 14:55:14    Exhibit A
Pg 1 of 1

## EXHIBIT A

| Court and Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|
| U.S. District Court, Middle District of Alabama | 10/17/01 | Yes | Active |
| U.S. District Court, Southern District of Alabama | 11/26/01 | Yes | Active |
| U.S. District Court, Northern District of Alabama | 11/23/01 | Yes | Active |
| U.S. District Court, Southern District of Florida | 04/04/04 | Yes | Active |
| U.S. District Court, Middle District of Florida | 06/02/04 | Yes | Active |
| U.S. District Court, Northern District of Mississippi | 05/04/04 | Yes | Active |
| U.S. District Court, Southern District of Mississippi | 05/04/04 | Yes | Active |
| U.S. District Court, Eastern District of Tennessee | 09/20/07 | Yes | Active |
| U.S. District Court, Western District of Tennessee | 04/10/07 | Yes | Active |
| U.S. District Court, Middle District of Tennessee | 10/18/07 | Yes | Active |
| U.S. District Court, Western District of NC | 01/12/10 | Yes | Active |
| U.S. District Court, Eastern District of NC | 01/22/10 | Yes | Active |
| U.S. District Court, Middle District of NC | 01/22/10 | Yes | Active |
| U.S. District Court, Eastern District of Texas | 02/10/10 | Yes | Active |
| U.S. District Court, Western District of Texas | 12/29/11 | Yes | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 02/04/02 | Yes | Active |
| U.S. Court of Appeals for the Fifth Circuit | 07/10/03 | Yes | Active |