MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------- ) | |
| In re:                                                              ) | Case No. 12-12020 (MG) |
|                                                                       ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,      ) | Chapter 11 |
|                                                                       ) | |
|                                               Debtors.      ) | Jointly Administered |
| ------------------------------------------------------- ) | |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON SEPTEMBER 24, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.**          **ADJOURNED MATTERS**

**1.**          Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2044]

            **Related Document(s)**:

            **a.**          Memorandum of Law in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2045]

            **b.**          Declaration of R. Fredrick Walters, David M. Skeens and R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2047]

---

[1] Amended items appear in **bold**.

**c.**     Notice of Adjournment of Hearing on Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims to February 7, 2013 at 10:00 a.m. [Docket No. 2399]

**d.**     Notice of Adjournment of Hearing on Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims to February 28, 2013 at 2:00 p.m. [Docket No. 2730]

**e.**     Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 3029]

**f.**     Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to May 30, 2013 at 10:00 a.m. [Docket No. 3299]

**g.**     Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to June 12, 2013 at 10:00 a.m. [Docket No. 3360]

**h.**     Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to July 10, 2013 at 10:00 a.m. [Docket No. 3851]

**i.**     Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to August 21, 2013 at 10:00 a.m. [Docket No. 4177]

**j.**     Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Chapter 11 Case Docket No. 4311]

**k.**     Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to September 24, 2013 at 10:00 a.m. [Docket No. 4806]

**l.**     Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to November 7, 2013 at 2:00 p.m. [Docket No. 5111]

**Response(s)**:

**a.**     Debtors' Opposition to Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2337]

**b.**     Declaration of K. Lee Marshall in Support of Debtors' Opposition to Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2338]

**c.**        Response and Reservation of Rights of PNC Bank, N.A. to Motion of
Rowena Drennan, Flora Gaskin, Roger Turner, Christie Turner, John
Picard and Rebecca Picard to Apply Bankruptcy Rule 7023 and to Certify
Class Claims [Docket No. 2343]

**d.**        Statement and Reservation of Rights of the Official Committee of
Unsecured Creditors with Respect to the Motion to Apply Bankruptcy Rule
7023 and to Certify Class Claims Filed by Rowena Drennen [Docket No.
2869]

**Replies**:

**a.**        Reply to Debtors' Objection to Class Certification Motion to Apply
Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2874]

**b.**        Supplemental Declaration of R. Bruce Carlson in Support of Motion to
Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No.
2875]

**c.**        Declaration of David M. Skeens and R. Keith Johnston in Support of
Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims
[Docket No. 2876]

**d.**        Declaration of Roy Fredrick Walters in Support of Motion to Apply
Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2877]

**e.**        Second Supplemental Declaration of R. Bruce Carlson in Support of
Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims
[Docket No. 2880]

**Status**:        The hearing on this matter has been adjourned to November 7, 2013.

**2.**        Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an
Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)
[Docket No. 2401]

**Related Document(s)**:

**a.**        Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for
the Entry of an Order Granting Relief from the Automatic Stay Pursuant to
11 U.S.C. § 362(d) [Docket No. 2421]

**b.**        [Proposed] Order Granting Connecticut Housing Finance Authority
("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11
U.S.C. §§ 105 & 362(d) [Docket No. 2422]

**c.**        Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

d.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

e.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

f.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

g.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

h.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

i.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

j.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

k.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

l.      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

| | |
|---|---|
| **m.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855] |
| **n.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120] |

**Response(s)**:

| | |
|---|---|
| **a.** | Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623] |

**Status**:   The hearing on this matter has been adjourned to October 2, 2013.

**3.**   Plaintiffs' [New Jersey Carpenters Health Fund, *et al.*] Motion for Order Certifying Class for Purposes of Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3480]

**Related Document(s)**:

| | |
|---|---|
| **a.** | Memorandum of Law in Support of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3481] |
| **b.** | Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3663] |
| **c.** | Notice of Adjournment of Hearing of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3854] |
| **d.** | Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4129] |
| **e.** | Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4305] |
| **f.** | Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4749] |

**g.**    Notice of Adjournment of Hearing of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 5052]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to October 9, 2013.

**4.**    Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4632]

**Related Document(s):**

**a.**    Debtors' Motion to Shorten Notice of the Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4646]

**b.**    Order Shortening the Notice Period for Hearing on the Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4790]

**c.**    Notice of Adjournment of Hearing on Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4969]

**d.**    Notice of Adjournment of Hearing on Debtors' Objection to Second Amended Proof of Claim # 7170 Amending Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 5081]

**Response(s):**

**a.**    Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4925]

    **(i)**    Declaration of Randall R. Rainer in Support of Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4926]

**Reply**:

**a.**    Debtors' Objection to Second Amended Proof of Claim #7170 Amending Proof of Claim #2781 of Syncora Guarantee Inc. [Docket No. 5115]

**Status**:    The hearing on this matter has been adjourned to November 7, 2013.

**5.**    Debtors' Objection to the Proofs of Claim filed by Thomas LaCasse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 4635]

**Related Document(s)**:

a.      Amended Notice of Debtors' Objection to the Proofs of Claim filed by
        Thomas LaCasse against Homecomings Financial, LLC (Claim No. 3852)
        and Residential Funding Company, LLC (Claim Nos. 3856 and 3860)
        Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007
        [Docket No. 4659]

b.      Motion for Extension of Time to Respond to Objection to Claim [#4635]
        [Docket No. 4923]

c.      Stipulation and Order Between Thomas James LaCasse and the Debtors
        Extending the Response Deadline and Adjourning the Hearing on Debtors'
        Objection to the Proofs of Claim filed by Thomas LaCasse against
        Homecomings Financial, LLC (Claim No. 3852) and Residential Funding
        Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code
        Section 502(b) and Bankruptcy Rule 3007 [Docket No. 5022]

**Response(s)**:

a.      Opposition of Thomas LaCasse to Objection to Claim [Docket No. 5106]

**Status**:    The hearing on this matter has been adjourned to October 2, 2013.

6.      Phillip Scott's Motion to (1) Determine that Bankruptcy Estate Owns Title to Note, (2)
        Void State Court Title Transfer, and (3) Enjoin Post Petition State Court Prosecution
        [Docket No. 4768]

        **Related Document(s)**:

        a.      Notice of Adjournment of Phillip Scott's Motion to (1) Determine that
                Bankruptcy Estate Owns Title to Note, (2) Void State Court Title Transfer,
                and (3) Enjoin Post Petition State Court Prosecution to October 9, 2013 at
                10:00 a.m. (Prevailing Eastern Time) [Docket No. 5045]

        **Response(s)**:    None.

        **Status**:    The hearing on this matter has been adjourned to October 9, 2013.

7.      Joint Motion for an Order Extending the Automatic Stay Pursuant to 11 U.S.C. §§
        362(a) and 105(a) to Enjoin Prosecution of Claims Against Debtors' Non-Debtor
        Affiliates in the Putative Class Action Entitled *Rothstein, et al. v. GMAC Mortgage,
        LLC, et al.* [Docket No. 4871]

        **Related Document(s)**:

        a.      Notice of Joint Motion for an Order Extending the Automatic Stay
                Pursuant to 11 U.S.C. §§ 362(a) and 105(a) to Enjoin Prosecution of

Claims Against Debtors' Non-Debtor Affiliates in the Putative Class Action Entitled *Rothstein, et al. v. GMAC Mortgage, LLC, et al.* [Docket No. 4873]

**b.**     Notice of Adjournment of Hearing on Joint Motion for an Order Extending the Automatic Stay Pursuant to 11 U.S.C. §§ 362(a) and 105(a) to Enjoin Prosecution of Claims Against Debtors' Non-Debtor Affiliates in the Putative Class Action Entitled *Rothstein, et al. v. GMAC Mortgage, LLC, et al.* [Docket No. 5145]

**Response(s)**:     None.

**Status**:     The hearing on this matter will be adjourned to a date to be determined.

**8.**     Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

**Related Document(s)**:

**a.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

**Response(s)**:     None.

**Status**:     The hearing on this matter has been adjourned to October 9, 2013.

## II.     MATTER PENDING STIPULATION

**1.**     Debtors' Objection to Proofs of Claim Filed by Certain Plaintiffs in California Litigation [Docket No. 4200]

**Related Documents**:

**a.**     Letter to Judge Glenn Regarding California Litigation Claims [Docket No. 4833]

**Responses**:

**a.**     Hairston, *et* al. Creditors' Opposition to Debtors' Objection to Proofs of Claim Filed by Certain Plaintiffs in California Litigation [Docket No. 4758]

**Status**:     The Court has directed the parties to prepare a stipulation regarding scheduling.  The hearing on this matter will not be going forward.

## III.     STATUS CONFERENCE

**1.**     Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4744]

**Related Document(s)**:

a.      Notice of Adjournment of Hearing on Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4986]

**Response(s)**:

a.      Limited Objection of the Impac Companies to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4882]

**Status**:    **The status conference on this matter has been cancelled.**

IV.      **CONTESTED MATTERS**

1.      Examiner's Motion for Entry of Order Granting Discharge from Duties, Immunity from Discovery, Approval of Disposition of Investigative Materials, and Exculpation in Connection with Duties [Docket No. 4812]

**Related Document(s)**:

a.      Notice of Hearing to Consider Examiner's Motion for Entry of Order Granting Discharge from Duties, Immunity from Discovery, Approval of Disposition of Investigative Materials, and Exculpation in Connection with Duties [Docket No. 4813]

**Response(s)**:

a.      Debtors' Response to Examiner's Motion for Entry of Order Granting Discharge from Duties, Immunity from Discovery, Approval of Disposition of Investigative Materials, and Exculpation in Connection with Duties [Docket No. 4920]

**Reply**:

a.      Examiner's Reply to Debtors' Response to Examiner's Motion for Entry of Order Granting Discharge from Duties, Immunity from Discovery, Approval of Disposition of Investigative Materials, and Exculpation in Connection with Duties [Docket No. 5035]

**Status**:    **The hearing on this matter will be going forward.  The Debtors, the Examiner and other interested parties have agreed on a form of proposed order.**

2.    Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and
Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate
PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the
Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and
(II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]

**Related Document(s)**:

a.    Notice of Filing Supplemental Exhibits to Debtors' Motion for Entry of an
Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I)
Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for
Foreclosure Review Services in Furtherance of the Debtors' Compliance
Obligations Under Federal Reserve Board Consent Order and (II)
Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1527]

b.    Notice of Adjournment of Hearing [Docket No. 1556]

c.    Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule
6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers,
LLP for Foreclosure Review Services in Furtherance of the Debtors'
Compliance Under Federal Reserve Board Consent Order and (II)
Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1799]

d.    Second Interim Order Under Bankruptcy Code Section 363 and
Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate
PricewaterhouseCoopers LLP, for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal
Reserve Board Consent Order and (II) Reaffirming Relief Granted in the
GA Servicing Order [Docket No. 2622]

e.    Third Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
Rule 6004 (I) Authorizing the Debtors to Compensate
PricewaterhouseCoopers, LLP for Compensation for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order [Docket No. 3062]

f.    Fourth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
Rule 6004 (I) Authorizing the Debtors to Compensation
PricewaterhouseCoopers, LLP for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal
Reserve Review Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order [Docket No. 3290]

g.    Fifth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy
Rule 6004 (I) Authorizing the Debtors to Compensation
PricewaterhouseCoopers, LLP for Foreclosure Review Services in
Furtherance of the Debtors' Compliance Obligations Under Federal

Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3425]

h. Sixth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3543]

i. Seventh Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3703]

j. Eighth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3961]

k. Ninth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4195]

l. Tenth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4377]

m. Eleventh Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4780]

n. **Twelfth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation**

**PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 5174]**

**Response(s)**:

a.    Limited Objection of Wilmington Trust, National Association to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1465]

b.    Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

c.    Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

d.    Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a.    Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:    **The final hearing on this motion will not be going forward. The Court entered a twelfth interim order authorizing continued interim approval [Docket No. 5174].**

3.      Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code,
        Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ
        and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for
        Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426]

        **Related Document(s)**:

        a.      Notice of Adjournment of Hearing [Docket No. 1556]

        b.      Interim Order Authorizing the Retention and Employment of Pepper
                Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
                Issues to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No.
                1797]

        c.      Second Interim Order Authorizing the Retention and Employment of
                Pepper Hamilton LLP as Special Foreclosure Review Counsel for
                Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
                [Docket No. 2621]

        d.      Third Interim Order Authorizing the Retention and Employment of Pepper
                Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
                Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
                3061]

        e.      Fourth Interim Order Authorizing the Retention and Employment of
                Pepper Hamilton LLP as Special Foreclosure Review Counsel for
                Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
                [Docket No. 3291]

        f.      Fifth Interim Order Authorizing the Retention and Employment of Pepper
                Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
                Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
                3423]

        g.      Sixth Interim Order Authorizing the Retention and Employment of Pepper
                Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
                Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
                3545]

        h.      Seventh Interim Order Authorizing the Retention and Employment of
                Pepper Hamilton LLP as Special Foreclosure Review Counsel for
                Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
                [Docket No. 3705]

        i.      Eighth Interim Order Authorizing the Retention and Employment of
                Pepper Hamilton LLP as Special Foreclosure Review Counsel for
                Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
                [Docket No. 3959]

**j.**    Ninth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4196]

**k.**    Tenth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4378]

**l.**    Eleventh Interim Order Authorizing the Retention and Employment of Pepper Hamilton, LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4782]

**m.**    **Twelfth Interim Order Authorizing the Retention and Employment of Pepper Hamilton, LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 5176]**

**Response(s)**:

**a.**    Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

**b.**    Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

**c.**    Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a.    Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:    **The final hearing on this motion will not be going forward.  The Court entered a twelfth interim order authorizing continued interim approval [Docket No. 5176].**

4.    Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing [Docket No. 1556]

b.    Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 1798]

c.    Second Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tun*c to the Petition Date [Docket No. 2620]

d.    Third Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3063]

e.    Fourth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3292]

f.    Fifth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3424]

g.    Sixth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3544]

**h.**     Seventh Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3704]

**i.**     Eighth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3960]

**j.**     Ninth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc* Pro *Tunc* to the Petition Date [Docket No. 4194]

**k.**     Tenth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors Nunc Pro *Tunc* to the Petition Date [Docket No. 4376]

**l.**     Eleventh Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4779]

**m.**     **Twelfth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. [Docket No. 5175]**

**Response(s)**:

**a.**     Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

**b.**     Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

**c.**     Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a.      Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:    **The final hearing on this motion will not be going forward.  The Court entered a twelfth interim order authorizing continued interim approval [Docket No. 5175]**

5.    Debtors' Objection to Proof of Claim No. 5677 Filed by Galina Valeeva and Evelina Okouneva [Docket No. 4688]

**Related Document(s)**:

a.      **Notice of Accountability and Record filed by Galina Valeeva [Docket No. 5169]**

**Response(s)**:

a.      Motion to Quash / Galina Valeeva and Evelina Okouneva's Written Response to Debtors' Objection [Docket No. 4968]

**Reply**:

a.      Debtors' Reply in Support of Objection to Proof of Claim No. 5677 Filed by Galina Valeeva and Evelina Okouneva [Docket No. 5131]

**Status**:    The hearing on this matter will be going forward.

6.    Debtors' Objection to Proofs of Claim Filed by Rex and Daniel Gilbert and Katherine Parker-Lowe [Docket No. 4767]

**Related Document(s):**    None.

**Response(s):**

a.      Response of Rex T. Gilbert, Jr. and Daniela Gilbert and Katherine Parker-Lowe to the Debtors' Objection to Proofs of Claim [Docket No. 5004]

**Reply**:

a.      Debtors' Reply in Support of the Objection to Proofs of Claim Filed by Rex and Daniela Gilbert and Katherine Parker-Lowe [Docket No. 5129]

**Status**:    The hearing on this matter will be going forward.

## V.    OMNIBUS CLAIMS OBJECTIONS

1.    Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) [Docket No. 4119]

**Related Document(s):**

a.    Declaration of Lewis Kruger in Support of the Debtors' Tenth Omnibus Claims Objection [Docket No. 4120]

b.    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

c.    Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to September 11, 2013 at 10:00 a.m. [Docket No. 4726]

d.    Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to September 24, 2013 at 10:00 a.m. [Docket No. 4983]

e.    Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to November 7, 2013 at 2:00 p.m. [Docket No. 5135]

**Response(s):**

a.    Everest Reinsurance (Bermuda), Ltd.'s Opposition to Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims) (Claim No. 3480) [Docket No. 4334]

b.    Everest Reinsurance (Bermuda), Ltd.'s Opposition to Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims) (Claim No. 3481) [Docket No. 4337]

**Status**:    The hearing on this matter as it relates to the Everest Companies and the MetLife Companies has been adjourned to November 7, 2013.

2.    Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4155]

**Related Document(s):**

a.  Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.  Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

c.  Notice of Adjournment of Hearing on Debtors' Seventeenth, Eighteen, Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4872]

d.  Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-Second Omnibus Objections to Claims with Respect to Certain Claimants to September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4987]

e.  Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5007]

f.  Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

**Response(s):**

a.  Response of Gary T. Harper and Julie L. Franklin-Harper to Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4497]

b.  Response of Julian A. Ortiz and Frances Soto-Ortiz to Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4662]

**Status**:  The hearing on this matter as it relates to Gary T. Harper and Julie L. Franklin-Harper has been adjourned to October 9, 2013.  The hearing on this matter as it relates to Julian Ortiz and Frances Soto-Ortiz has been adjourned to November 7, 2013.

3.  Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4156]

**Related Document(s):**

a.      Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.      Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

c.      Notice of Adjournment of Hearing on Debtors' Twentieth and Twenty-First Omnibus Claims Objections with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. [Docket No. 4854]

d.      Notice of Adjournment of Hearing on Debtors' Seventeenth, Eighteen, Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time [Docket No. 4872]

e.      Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-Second Omnibus Objections to Claims with Respect to Certain Claimants to September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4987]

f.      Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5007]

g.      Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

**Response(s):**

a.      Response of Mark Ragonese to Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4519]

b.      Creditor Ariel Barel's Response in Opposition to Debtors' Objection to Disallow Claim [Docket No. 4515]

**Status**:   The Debtors have withdrawn their objection to the claim filed by Ariel Barel (Claim No. 4118).  The hearing on this matter as it relates to Mark Ragonese has been adjourned to October 9, 2013.

4.      Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4158]

**Related Document(s):**

a.          Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.          Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

c.          Notice of Adjournment of Hearing on Debtors' Twentieth and Twenty-First Omnibus Claims Objections with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. [Docket No. 4854]

d.          Notice of Adjournment of Hearing on Debtors' Seventeenth, Eighteen, Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time [Docket No. 4872]

e.          Notice of Adjournment of Hearing on Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) Solely with Respect to the Claims Filed by Sheldon Williams (Claim No. 1520) and Robert and Amanda Duenner (Claim No. 1473) to September 11, 2013 at 10:00 a.m. [Docket No. 4898]

f.          Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5007]

g.          Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

**Response(s):**

a.          Borrower Sonya Anthony Curry's Response to Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4668]

b.          Response of Timothy McHugh to Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5127]

**Status**:    An order has been entered with respect to all claimants other than Sonya Anthony Curry (Claim No. 5288).  The hearing on this matter as it relates to Sonya Anthony Curry has been adjourned to October 9, 2013.

5.    Debtors' Twenty-Second Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4199]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on Twenty-Second Omnibus Objection to Claims with Respect to Claimant William C. Walker to September 11, 2013 at 10:00 a.m. [Docket No. 4853]

b.    Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-Second Omnibus Objections to Claims with Respect to Certain Claimants to September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4987]

c.    Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

**Response(s)**:    None.

**Status**:    An order has been entered with respect to all claimants other than William C. Walker (Claim No. 5529) and George Davis (Claim No. 3443).  The hearing on this matter as it relates to William C. Walker and George Davis has been adjourned to October 9, 2013.

6.    Debtors' Twenty-Fourth Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 4714]

**Related Document(s)**:    None.

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

7.    Debtors' Twenty-Fifth Omnibus Objection to Claims (Amended and Superseded Borrower Claims [Docket No. 4715]

**Related Document(s)**:    None.

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

8.      Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4734]

**Related Document(s):**

a.      Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

b.      **Motion for Extension of Time to File Creditor's Objection to Debtors' Twenty-Sixth Omnibus Objections to Claims and Motion for Continuance of Hearing Thereof [Docket No. 5165]**

c.      **Notice of Adjournment of Hearing on Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) Solely with Respect to the Claim Filed by the Estate of Felecia Victoria Mitchell (Claim No. 5724) to November 7, 2013 at 2:00 p.m. [Docket No. 5170]**

**Response(s):**

a.      Merlyn H. Webster, PE (CA)'s Response to Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4955]

b.      Opposition of Mary Lynn Weber to Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5044]

c.      Response of Fannie Kendrick Dietrich to Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5054]

d.      Response of Juana Cerna to Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5076]

**Reply**:

a.      Debtors' Omnibus Reply in Support of Debtors' Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 5130]

**Status**:      The hearing on this matter as it relates to Phenon Walker (Claim No. 5429), Fannie Kendrick Dietrich (Claim No. 1385), and Juana Cerna (Claim No. 3816) has been adjourned to October 9, 2013.  The hearing on this matter as it relates to the claims filed by Mary Lynn Weber (Claim No.

3474) **and the Estate of Felecia Victoria Mitchell (Claim No. 5724)** has been adjourned to November 7, 2013.  The hearing on this matter as it relates to all other claims will be going forward.

9.      Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4735]

**Related Document(s)**:

a.      Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

**Response(s)**:

a.      Response of Zenaida R. and Rolando H. Valencia to Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4918]

b.      Bette Jean Yelder's Response to Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4919]

c.      Response of Norma R. and William J. Wootton to Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4965]

d.      Response of Joanne Goolsby to Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5055]

e.      Response of Marcus Harris to Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket Nos. 5059 and 5096]

f.      Response of Freddie M. Scott to Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5099]

**Reply**:

a.      Debtors' Omnibus Reply in Support of Debtors' Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 5130]

**Status**:      The hearing on this matter as it relates to Phenon Walker (Claim No. 4942), Freddie M. Scott (Claim No. 3751), and Bette Jean Yelder (Claim

No. 2002) has been adjourned to October 9, 2013. The hearing on this matter as it relates to all other claims will be going forward.

10.    Debtors' Twenty-Eighth Omnibus Objection to Claims (No Liability – Books and Records [Docket No. 4748]

   **Related Document(s):**    None.

   **Response(s):**    None.

   **Status**:    The hearing on this matter will be going forward.

11.    Debtors' Twenty-Ninth Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4821]

   **Related Document(s):**

   **a.**    Notice of Withdrawal of Claim of Patricia LeBlanc [Docket No. 5124]

   **Response(s):**    None.

   **Status**:    The hearing on this matter will be going forward.

## VI.    ADVERSARY PROCEEDING MATTERS

### Lytle v. GMAC Mortgage, LLC (Adv. Proc. No. 12-02069)

1.    Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 20]

   **Related Document(s)**:

   **a.**    Declaration of Paul Galante in Support of Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 21]

   **b.**    Declaration of Justin S. Krell in Support of Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 22]

   **Response(s)**:

   **a.**    Joinder of Mortgage Electronic Registration Systems, Inc. to Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 23]

   **b.**    Joinder of Katrina Jordan to Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 24]

   **Status**:    The hearing on this matter will be going forward.

**Williams v. GMAC Mortgage, LLC (Adv. Proc. No. 13-01309)**

1.       Debtor Defendants' Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 7]

       **Related Document(s)**:

       a.       Declaration of Paul Galante in Support of Debtor Defendants' Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 8]

       **Response(s)**:     None.

       **Status**:    The hearing on this matter will be going forward.

Dated:  September 23, 2013        /s/ Gary S. Lee
       New York, New York        Gary S. Lee
                                Lorenzo Marinuzzi
                                Norman S. Rosenbaum
                                MORRISON & FOERSTER LLP
                                1290 Avenue of the Americas
                                New York, New York 10104
                                Telephone: (212) 468-8000
                                Facsimile: (212) 468-7900

                                *Counsel for the Debtors and*
                                *Debtors in Possession*