**Status Conference Date: September 24, 2013 at 9:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Todd M. Goren
Stefan W. Engelhardt

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| RESIDENTIAL CAPITAL, LLC; DITECH, LLC; DOA HOLDING PROPERTIES, LLC; DOA PROPERTIES IX (LOTS-OTHER), LLC; EPRE LLC; EQUITY INVESTMENT I, LLC; ETS OF VIRGINIA, INC.; ETS OF WASHINGTON, INC.; EXECUTIVE TRUSTEE SERVICES LLC; GMAC – RFC HOLDING COMPANY, LLC; GMAC MODEL HOME FINANCE I, LLC; GMAC MORTGAGE USA CORPORATION; GMAC MORTGAGE, LLC; GMAC RESIDENTIAL HOLDING COMPANY, LLC; | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Case No. 13-01343 (MG) |

ny-1110163

|  |  |
|---|---|
|  | ) |
| GMAC RH SETTLEMENT SERVICE, LLC; | ) |
| GMACM BORROWER LLC; GMACM REO | ) |
| LLC; GMACR MORTGAGE PRODUCTS, | ) |
| LLC; HFN REO SUB II, LLC; HOME | ) |
| CONNECTS LENDING SERVICES, LLC; | ) |
| HOMECOMINGS FINANCIAL REAL | ) |
| ESTATE HOLDINGS, LLC; HOMECOMINGS | ) |
| FINANCIAL, LLC; LADUE ASSOCIATES, | ) |
| INC.; PASSIVE ASSET TRANSACTIONS, | ) |
| LLC; PATI A, LLC; PATI B, LLC; PATI REAL | ) |
| ESTATE HOLDINGS, LLC; RAHI A, LLC; | ) |
| RAHI B, LLC; RAHI REAL ESTATE | ) |
| HOLDINGS, LLC; RCSFJV2004, LLC; | ) |
| RESIDENTIAL ACCREDIT LOANS, INC.; | ) |
| RESIDENTIAL ASSET MORTGAGE | ) |
| PRODUCTS, INC.; RESIDENTIAL ASSET | ) |
| SECURITIES CORPORATION; | ) |
| RESIDENTIAL CONSUMER SERVICES OF | ) |
| ALABAMA, LLC; RESIDENTIAL | ) |
| CONSUMER SERVICES OF OHIO, LLC; | ) |
| RESIDENTIAL CONSUMER SERVICES OF | ) |
| TEXAS, LLC; RESIDENTIAL CONSUMER | ) |
| SERVICES, LLC; RESIDENTIAL FUNDING | ) |
| COMPANY, LLC; RESIDENTIAL FUNDING | ) |
| MORTGAGE EXCHANGE, LLC; | ) |
| RESIDENTIAL FUNDING MORTGAGE | ) |
| SECURITIES I, INC.; RESIDENTIAL | ) |
| FUNDING MORTGAGE SECURITIES II, | ) |
| INC.; RESIDENTIAL FUNDING REAL | ) |
| ESTATE HOLDINGS, LLC; RESIDENTIAL | ) |
| MORTGAGE REAL ESTATE HOLDINGS, | ) |
| LLC; RFC – GSAP SERVICER ADVANCE, | ) |
| LLC; RFC ASSET HOLDINGS II, LLC; RFC | ) |
| ASSET MANAGEMENT, LLC; RFC | ) |
| BORROWER LLC; RFC CONSTRUCTION | ) |
| FUNDING, LLC; RFC REO LLC; and RFC | ) |
| SFJV- 2002, LLC, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UMB BANK, N.A., IN ITS CAPACITY AS | ) |
| INDENTURE TRUSTEE FOR THE 9.625% | ) |
| JUNIOR SECURED GUARANTEED NOTES | ) |

2

ny-1110163

| | |
|---|---|
| -------------------------------------------------------------------- ) | |
| DUE 2015 ISSUED BY DEBTOR ) | |
| RESIDENTIAL CAPITAL, LLC, WELLS ) | |
| FARGO BANK, N.A., IN ITS CAPACITY AS ) | |
| THIRD PRIORITY COLLATERAL AGENT ) | |
| AND COLLATERAL CONTROL AGENT FOR ) | |
| THE 9.625% JUNIOR SECURED ) | |
| GUARANTEED NOTES DUE 2015 ISSUED ) | |
| BY DEBTOR RESIDENTIAL CAPITAL, LLC, ) | |
| AND THE AD HOC GROUP OF JUNIOR ) | |
| SECURED NOTEHOLDERS, ) | |
|   ) | |
| Defendants. ) | |
|   ) | |
|   ) | |
|   ) | |
|   ) | |
| -------------------------------------------------------------------- ) | |
|   ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | Adv. Case No. 13-01277 (MG) |
| CREDITORS, ON BEHALF OF THE ESTATES ) | |
| OF THE DEBTORS, ) | |
|   ) | |
| Plaintiff, ) | |
|   ) | |
|   ) | |
| UMB BANK, N.A., AS SUCCESSOR ) | |
| INDENTURE TRUSTEE UNDER THAT ) | |
| CERTAIN INDENTURE, DATED AS OF JUNE ) | |
| 6, 2008; AND WELLS FARGO BANK, N.A., ) | |
| THIRD PRIORITY COLLATERAL AGENT ) | |
| AND COLLATERAL CONTROL AGENT ) | |
| UNDER THAT CERTAIN AMENDED AND ) | |
| RESTATED THIRD PRIORITY PLEDGE AND ) | |
| NOTES SECURITY AGREEMENT AND ) | |
| IRREVOCABLE PROXY, DATED AS OF ) | |
| DECEMBER 30, 2009, ) | |
|   | |
| Defendants. | |
| -------------------------------------------------------------------- | |

**NOTICE OF TELEPHONIC STATUS CONFERENCE TO BE
HELD ON SEPTEMBER 24, 2013 AT 9:00 A.M. (Prevailing Eastern Time)**

**PLEASE TAKE NOTICE** that the Court will hold a telephonic status conference

regarding the above-captioned adversary proceedings on **September 24, 2013 at 9:00 a.m.**

**(prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that attendance at this Conference must be arranged through CourtCall, subject to compliance with the CourtCall procedures attached hereto as Exhibit 1. Reservations for telephonic participation must be made in sufficient time to participate in the Conference by calling CourtCall at (888) 882-6878 pursuant to the CourtCall procedures attached hereto. Counsel appearing at the Conference should be on the telephone no later than 8:45 a.m. (Prevailing Eastern Time) to make his or her appearance on the record, identifying counsel's name and each of the parties on whose behalf counsel is appearing, so that the Hearing may commence promptly at 9:00 a.m. (Prevailing Eastern Time)

Dated:  September 23, 2013
         New York, New York

/s/ Stefan W. Engelhardt
Gary S. Lee
Todd M. Goren
Stefan W. Engelhardt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*