**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
<u>**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**</u>

**WHEREAS** each of the parties listed on <u>**Exhibit 1**</u> hereto (each a "**Requesting Party**" and collectively, the "**Requesting Parties**") asserts that it holds a senior mortgage or security interest in the respective properties set forth on <u>**Exhibit 1**</u> hereto (each, a "**Mortgaged Property**" and collectively the "**Mortgaged Properties**");

**WHEREAS** that undersigned counsel represents each of the Requesting Parties;

**WHEREAS** the Requesting Parties have obtained a foreclosure or other title search in connection with the pending or prospective foreclosure of each of the respective Mortgaged Properties which indicates that the one of the above-captioned debtors (the "**Debtors**") may hold a junior lien on the Mortgaged Property;

**WHEREAS** the Requesting Parties have requested (each a "**Request**," and collectively, the "**Requests**") that the Debtors consent to relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), in order to permit the Requesting Parties to pursue their state law remedies pursuant to their loan documents including mortgages/deeds of trust and promissory notes, including to commence and/or complete the foreclosure of their respective interests in the Mortgaged Properties;

**WHEREAS** the Debtors, following a review of their records, have determined that to the best of their knowledge they no longer hold an interest in the Mortgaged Properties, although, in some instances, an assignment of the Debtors' mortgage may not yet have been filed;

**WHEREAS** the Debtors have agreed to consent to the Requests on the terms and conditions contained in this Stipulation and Order and upon the entry of this Stipulation and Order to the modification of the automatic stay to the extent necessary to permit the Requesting Parties to proceed with enforcing their rights pursuant to their loan documents and under applicable state law;

**NOW, THEREFORE**, it is hereby stipulated and agreed as between the Debtors and each Requesting Party, each solely in respect of the Mortgaged Properties for which such Requesting Party seeks relief from the automatic stay, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Requests are granted as set forth herein.

2. To the extent applicable, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow each of the Requesting Parties to exercise its rights and remedies under the applicable loan documents and under applicable state law, including but not limited to commencing and/or completing the foreclosure of the mortgage and security interest it holds on the respective Mortgaged Property, as specified on **Exhibit 1** hereto.

3. Nothing in this Stipulation and Order shall be deemed to affect in any way the rights of any entity, including the Debtors, to contest the validity or relative priority of the applicable Requesting Party's mortgage and security interest in the respective Mortgaged Property relative to any other lien on such Mortgaged Property in any foreclosure proceeding.

4. Nothing in this Stipulation and Order shall be construed to provide for annulment of or any other retroactive relief from the automatic stay.

5. Each Requesting Party shall provide due notice to all parties required by applicable law to receive notice, as well as to the Debtors, Ocwen Loan Servicing, LLC[1], and Green Tree Servicing LLC[2], in connection with any action to be taken with respect to the respective Mortgaged Property, including, but not limited to, proceeding with a sale of such Mortgaged Property, in accordance with and to the extent the Requesting Party would be required by applicable state law to provide notice to the holder of any lien on such Mortgaged Property.

6. A Requesting Party and the Debtors may agree, in a signed writing, to a modification of this Stipulation and Order solely with respect to the application of this Stipulation and Order to such Requesting Party, and such signed writing shall not be deemed to affect in any manner the application of this Stipulation and Order to any other Requesting Party, provided, however, that except as specifically set forth in this paragraph, this Stipulation and Order may not be modified other than by further order of the Court.

7. This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

---

[1] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

[2] Notices should be served on Green Tree Servicing LLC via email at: Foreclosure_Team@gt-cs.com or via mail addressed to: Green Tree Servicing LLC, Mailstop: R214, 1400 Turbine Drive, Rapid City, SD 57703.

8. Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived. Each Requesting Party is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC<br><br>By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | EACH OF THE REQUESTING PARTIES SET FORTH ON **EXHIBIT 1**, HERETO, EACH SOLELY IN RESPECT OF THE MORTGAGED PROPERTY FOR WHICH IT SEEKS RELIEF FROM THE AUTOMATIC STAY<br><br>By: /s/ Jay Teitelbaum<br>Jay Teitelbaum<br>**TEITELBAUM & BASKIN, LLP**<br>**COUNSELORS AT LAW**<br>1 Barker Avenue, Third Floor<br>White Plains, New York 10601<br>Telephone: (914) 437-7670<br>Facsimile: (914) 437-7672<br><br>*Counsel for the Requesting Parties* |
|---|---|

APPROVED AND SO ORDERED

Dated: September 24, 2013
       New York, New York

                                                      **/s/Martin Glenn**
                                                     MARTIN GLENN
                                      United States Bankruptcy Judge

# **EXHIBIT 1**

|   | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|---|---|---|---|---|
| 1 | JPMORGAN CHASE BANK, N.A. | MERS, ACTING SOLELY AS NOMINEE FOR HOMECOMINGS FINANCIAL | ASENCIO, MARTA A. | 9745 TOUCHTON RD, JACKSONVILLE , FL 32246 |
| 2 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-HE5, ASSET-BACKED CERTIFICATES, SERIES 2005-HE5 | BLACKMAN, CHRISTINE R. | 159-161 WASHINGTON ST, NEW BRITAIN, CT 06051 |
| 3 | JPMORGAN CHASE BANK, N.A. | FANNIE MAE | CALDERON, PALEMON | 2321 LANOITAN AVE, NATIONAL CITY, CA 91950 |
| 4 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES WMALT 2006-AR5 | CARBAJAL, JUAN J. | 14808 172ND ST E, ORTING, WA 98360 |
| 5 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A. | CONNER, JAMES J. | 9055 SW 73 CT, MIAMI, FL 33156 |
| 6 | JPMORGAN CHASE BANK, N.A. | COMMUNITY LENDING, INC. | FINO, ANA | 10990 VILLAGE RD, MORENO VALLEY, CA 92557 |
| 7 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A. | HALD, SARAH ANN | 210 GREENTREE PARK, CHARLOTTESVILLE, VA 22901 |
| 8 | JPMORGAN CHASE BANK, N.A. | FREDDIE MAC | HORLACHER, WILLIAM J | 18710E 65TH STREET, BONNEY LAKE, WA 98391 |
| 9 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WMALT 2006-AR6 TRUST | JUMAN, THERESA | 2059 ST RAYMONDS AVE, BRONX, NY 10462 |
| 10 | JPMORGAN CHASE BANK, N.A. | MERS, ACTING SOLELY AS NOMINEE FOR HOMECOMINGS FINANCIAL | LARSON, MICHAEL R. | 7716 W STEVENSON, MILWAUKEE, WI 53213 |
| 11 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA3 TRUST | LEVY, JACOBO | 2740 -48 MASSACHUSETTS, LEMON GROVE, CA 91945 |

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|------------------|------------|------------------|---------|
| 12 | JPMORGAN CHASE BANK, N.A. | HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FBR SECURITIZATION TRUST 2005-2, CALLABLE MORTGAGE-BACKED NOTES,SERIES 2005-2 | MALORTIGUE, CHARLES | 619 HERON DR, DELRAY BEACH, FL 33444 |
| 13 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION CORP. 2005-FLD1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-FLD1 | MCKINZIE, BILLY E. | 303 N FOLGER ST, CARROLLTON, MO 64633 |
| 14 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-12 | MORENO, ALEXANDER | 6840 SW 45 LN 256, MIAMI, FL 33155 |
| 15 | JPMORGAN CHASE BANK, N.A. | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8 | MUSSENDEN, MICHAEL E. & SEWELL, TRACY A. | 4747 NW 6TH PL, POMPANO BEACH, FL 33063 |
| 16 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET-BACKED CERTIFICATES, SERIES 2005-HE4 | NEWCOMB, LAWRENCE & KRISTINA | 2917 357TH AVE SE, FALL CITY, WA 98024 |
| 17 | JPMORGAN CHASE BANK, N.A. | FREDDIE MAC | PRADO, JOSE | 6974 NW JORGENSEN RD, PORT SAINT LUCIE, FL 34983 |
| 18 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 | RAMIREZ, MARIANA | 3581 SW 145TH AVE, HOLLYWOOD , FL 33027 |
| 19 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HOMEBANC MORTGAGE TRUST 2005-5 MORTGAGE BACKED NOTES, SERIES 2005-5 | ROSIERE, SCOTT & MONA | 480 W MT VERNON DR, FORT LAUDERDALE, FL 33325 |
| 20 | JPMORGAN CHASE BANK, N.A. | FREDDIE MAC | ROY, BLANCA SUAREZ | 10129 SW 223 TERRACE, MIAMI, FL 33190 |
| 21 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3 | SECUNDINO, MOISES | 2462 STAG RUN BLVD, CLEARWATER, FL 33765 |
| 22 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR4 TRUST | SPESOCK, JEFFREY C. | 1301 MUKILTEO LN, MUKILTEO, WA 98275 |

| | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|---|---|---|---|---|
| 23 | JPMORGAN CHASE BANK, N.A. | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3 | TOLENTINO, ERNESTINO SALVADOR & MARIA DEL SOCORR | 713 MAERTIN LN, FULLERTON, CA 92831 |
| 24 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A.. | VANDER LINDEN, CURTIS | 11303 E 50TH TERRACE, KANSAS CITY, MO 64133 |
| 25 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3 | DANAO, ERIK | 9978 HOLLY LN, DES PLAINES, IL60016 |
| 26 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2006-HE2 | AGUDELO, ALBA | 11781SW137TH PL, MIAMI , FL33186 |
| 27 | JPMORGAN CHASE BANK, N.A. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL2 | ASKEW, LOTONIA ; ASKEW, TERRIE | 6770 LAKE POINT CIRCLE, MEMPHIS , TN38141 |
| 28 | JPMORGAN CHASE BANK, N.A. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL1 | BAYKALOV, LEONID M; BAYKALOVA, DANUTYA I | 2163 SE HARLOW AVE, TROUTDALE , OR97060 |
| 29 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET BACKED CERTIFICATES, SERIES 2004-HE10 | BRADLEY-KAZIM, AMY | 805W 33RD ST, VANCOUVER , WA98660 |
| 30 | JPMORGAN CHASE BANK, N.A. | FANNIE MAE | BRASHEAR, SANDRA J; BRASHEAR, DOUGLAS A | 33 SYLVAN DRIV, INDEPENDENCE , KY41052 |
| 31 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2005-AR2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 | BRESCIANI, PATRICIA | 137SW16TH AVENUE, HOMESTEAD , FL33030 |
| 32 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3 | BRUNI III, RAYMOND A | 76 MONTROSE LN N, SARATOGA SPRINGS, UT84045 |

| | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|---|---|---|---|---|
| 33 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 | CAPRA, JAMES R | 21116S 5TH ST, SAMMAMISH, WA98074 |
| 34 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 | CHARLES, RAMON | 1718 BARKING WOLF, SAN ANTONIO, TX78245 |
| 35 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 | COBLE, BRENDA C | 74075 PETUNIA PL, PALM DESERT, CA92211 |
| 36 | JPMORGAN CHASE BANK, N.A. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL2 | DENNIS, BERTHA | 12046 SE MAIN ST, PORTLAND, OR97216 |
| 37 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A. | DIAZ, JOSE M | 1132 DAISY DR, BINGHAMTON, NY13905 |
| 38 | JPMORGAN CHASE BANK, N.A. | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 | DOMINGUEZ, CHRISTOPHE | 17810 160TH AVE SE, RENTON, WA98058 |
| 39 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 | EDWARDS, GERRY L | 6525 HARBOR DR, HUDSON, FL34667 |
| 40 | JPMORGAN CHASE BANK, N.A. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL2 | FARMER, PRISCILLA D | 375 WARD HOLLOW RD, SHELBYVILLE, TN37160 |
| 41 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR3 | FEDIUK, ARKADIUSZ | 1312 GENEVA DR, PALATINE, IL60074 |
| 42 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WMALT 2006-AR6 TRUST | GAMBEE, KENNETH | 5900SWSALMON ST, PORTLAND, OR97221 |
| 43 | JPMORGAN CHASE BANK, N.A. | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8 | GARCIA-ACOSTA, ANNETTE Z | 1960SW61ST CT, MIAMI, FL33155 |

|  | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|---|---|---|---|---|
| 44 | JPMORGAN CHASE BANK, N.A. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL1 | GLEICHMAN, JEFFREY ; GLEICHMAN, MARY J | 2219 259TH PL SE, SAMMAMISH , WA98075 |
| 45 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A. | HARRIS, GARY | 8957 KETTLE DRUM TERR, BOYNTON BEACH, FL33437 |
| 46 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A. | HUGHES, CARL ; HUGHES, BILLIE A | 9110 ALMOND CT SE, YELM , WA98597 |
| 47 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A. | JACKSON, DEIDRA L | 1745 ADEN DR, HOUSTON , TX77003 |
| 48 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET BACKED CERTIFICATES, SERIES 2004-HE9 | JEFFERS, CHARLES | 11727 STANDING PINE LN, TOMBALL , TX77375 |
| 49 | JPMORGAN CHASE BANK, N.A. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONGBEACH MORTGAGE LOAN TRUST 2005-WL1 | JONES, CONNIE | 8945 S THROOP ST, CHICAGO , IL60620 |
| 50 | JPMORGAN CHASE BANK, N.A. | FANNIE MAE | KANEL, K J | 6373 TONAWANDA CREEK R, LOCKPORT, NY14094 |
| 51 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2005-HE10 | KRAVITZ, MICHAEL J | 11101 CROOKED RIVER COURT, CLERMONT , FL34711 |
| 52 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET BACKED CERTIFICATES, SERIES 2005-HE3 | LOCKWOOD, JEFFREY B; LOCKWOOD, JOANNE P | 2527 DE LA VINA, SANTA BARBARA, CA93105 |
| 53 | JPMORGAN CHASE BANK, N.A. | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8 | LOMBARDI, CESAR | 2821N MIAMI BCH BLVD 6U, NORTH MIAMI BEACH, FL33160 |
| 54 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 | LOPEZ, RUBEN F | 9010 3RD AVE S, SEATTLE , WA98108 |

5

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|------------------|------------|------------------|---------|
| 55 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 | LOPEZ, RUBEN F | 844 NE HARRINGTON AVE, RENTON , WA 98056 |
| 56 | JPMORGAN CHASE BANK, N.A. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL2 | MCNAIR, GAYLA J | 2523 WESTCHESTER DR, ARLINGTON , TX 76015 |
| 57 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A. | MONTANO, JESUS | 8206 HOLMWOOD DR, HOUSTON , TX 77040 |
| 58 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A | MOREJON, AGUSTIN ; MOREJON, MARTHA | 948 ALLEGRO LANE, APOLLO BEACH, FL 33572 |
| 59 | JPMORGAN CHASE BANK, N.A. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL1 | NEHRING, BRIAN | 3000 VAN BUREN AVE, EL PASO, TX 79930 |
| 60 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-HE3 | NGUYEN, PHUONG Q; NGUYEN, THIEN N | 6214 E T ST, TACOMA , WA 98404 |
| 61 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 | NOVITSKI, LENA | 405 AMHERST DR, BURBANK , CA 91504 |
| 62 | JPMORGAN CHASE BANK, N.A. | FANNIE MAE | OTT JR, MARVIN | 8133 HAGAR SHORE RD, WATERVLIET , MI 49098 |
| 63 | JPMORGAN CHASE BANK, N.A. | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2006-SD4, ASSET-BACKED CERTIFICATES, SERIES 2006-SD4 | PAPERMAN, JEFF | 716 NE 7TH ST, FORT LAUDERDALE, FL 33304 |
| 64 | JPMORGAN CHASE BANK, N.A. | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8 | PARTAIN, ESTAE OF A | 4140 EDEN VALLEY DR, LOGANVILLE, GA 30052 |
| 65 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3 | PATINO, CLAUDIO | 5135 VAN BUREN RD, DELRAY BEACH, FL 33484 |
| 66 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA3 TRUST | PHARRIS, JAMES | 51 SE HUDSON RD, SHELTON , WA 98584 |

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|------------------|------------|------------------|---------|
| 67 | JPMORGAN CHASE BANK, N.A. | FREDDIE MAC | PSOMAS, ELENI | 1188 BEDROCK DRIVE, ORANGE PARK, FL32065 |
| 68 | JPMORGAN CHASE BANK, N.A. | JPMORGAN CHASE BANK, N.A. | PUZAS, CHRISTINE | 13302 121ST AVE NE, KIRKLAND , WA98034 |
| 69 | JPMORGAN CHASE BANK, N.A. | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 | QUEIROZ, SUERDA | 6481 KAHANA WAY, SARASOTA , FL34241 |
| 70 | JPMORGAN CHASE BANK, N.A. | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4 | ROMERO, CIRO | 627 BELLEVIEW BLVD, CLEARWATER , FL33756 |
| 71 | JPMORGAN CHASE BANK, N.A. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA1 TRUST | RUIZ, ANDRES ; RUIZ, ROSALBA TRIAS | 7775 ELDEN AVE, WHITTIER , CA90602 |
| 72 | JPMORGAN CHASE BANK, N.A. | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8 | RUSHING, TERESA | 3126 HOLLY PT, CLARKSVILLE, TN37043 |
| 73 | JPMORGAN CHASE BANK, N.A. | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 | THOMPSON, MICHELLE | 3205 OSPREY LN, WEST PALM BEACH, FL33411 |