UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:   RESIDENTIAL CAPITAL, LLC, et al

Case No.: <u>12-12020</u>

Chapter 11

Debtor

------------------------------------------------------------x

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>ALABA S. AJETUNMOBI</u>, to be admitted, *pro hac vice,* to represent <u>CHARITY ANY ANWU and others</u>, (the "Client")  _P_L_A_IN_T_I_F_F_S_____ in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>CALIFORNIA</u>  and, if applicable, the bar of the U.S. District Court for the <u>CENTRAL</u> District of <u>CALIFORNIA</u>, it is hereby

ORDERED, that <u>ALABA S. AJETUNMOBI</u>, Esq., is admitted to practice, *pro hac vice,* in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  9/24/2013  
New York, New York

　　　　　　　　　　　*/s/Martin Glenn*_____  
UNITED STATES BANKRUPTCY JUDGE