# WILLKIE FARR & GALLAGHER LLP

JOSEPH T. BAIO
212 728 8203
jbaio@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 17, 2013

Corrections Department
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
Fax: 212-668-2878

Re:    Case Name:  Residential Capital, LLC
       Case Number: 12-12020-mg

To Whom It May Concern:

I am a member of the firm, Willkie Farr & Gallagher, LLP.  Please terminate/deactivate my name and e-mail address from the e-mail notification list for the above reference case (Case No. 12-12020-mg). Should you have any questions regarding this, I can be reached at (212) 728-8203.

Thank you for your cooperation.

Sincerely,

Joseph T. Baio