# **Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIFTH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | Joseph J. Cozzolino and/ or JO JO Asset. Mgmt LLC<br>Joseph J Cozzolino<br>PO Box 317<br>Sweet Valley, PA 18656 | 448 | 08/31/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$42,919.62 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Joseph J. Cozzolino and/or JoJo Asset Mgmt LLC<br>PO Box 317<br>Sweet Valley, PA 18656 | 1372 | 10/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$193,274.41 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | Karen Mobley Gunn Estate<br>C/O 2095 Exeter Road, Suite 80<br>Germantown, TN 38138 | 1378 | 10/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$137,900.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Karen Mobley Gunn Estate<br>C/O 2095 Exeter Road, Suite 80<br>Germantown, TN 38138 | 2372 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$245,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | Lilia Medrano<br>2402 Ave A Terrace N.W.<br>Winter Haven, FL 33880 | 1981 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Lilia B. Medrano<br>2402 Ave Terrace NW<br>Winter Haven, FL 33880 | 3466 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$128,000.00 Secured<br>$0.00 Priority<br>$183,111.11 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | Mark L. Matchynski Jr.<br>5402 Balboa Arms Dr Unit 324<br>San Diego, CA 92117 | 207 | 06/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$168,750.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Mark L Matchynski Jr<br>5402 Balboa Arms Dr<br>Unit 324<br>San Diego, CA 92117 | 3797 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$162,771.74 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | Richard D Rode<br>238 Westcott<br>Houston, TX 77007 | 2571 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,262,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Richard D Rode<br>2301 W Lawther Drive<br>Deer Park, TX 77536 | 5610 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$339,000.00 Secured<br>$0.00 Priority<br>$923,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 6 | Uzick & Oncken, P.C.<br>Richard D. Rode V. Homecomings Financial, L.L.C., and GMAC Mortgage, L.L.C.<br>238 Westcott<br>Houston, TX 77007 | 1914 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$277,000.00 Secured<br>$62,000.00 Priority<br>$923,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Richard D Rode<br>2301 W Lawther Drive<br>Deer Park, TX 77536 | 5610 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$339,000.00 Secured<br>$0.00 Priority<br>$923,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Richard D Rode<br>238 Westcott<br>Houston, TX 77007 | 2678 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,262,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Richard D Rode<br>2301 W Lawther Drive<br>Deer Park, TX 77536 | 5612 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$339,000.00 Secured<br>$0.00 Priority<br>$923,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 8 | Uzick & Oncken, P.C.<br>Richard D. Rode V. Homecomings Financial, L.L.C., and GMAC Mortgage, L.L.C.<br>238 Westcott<br>Houston, TX 77007 | 1908 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$277,000.00 Secured<br>$62,000.00 Priority<br>$923,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Richard D Rode<br>2301 W Lawther Drive<br>Deer Park, TX 77536 | 5612 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$339,000.00 Secured<br>$0.00 Priority<br>$923,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 9 | Steven H. Poulos<br>9070 E. Desert Cove, Suite 105<br>Scottsdale, AZ 85260 | 1157 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$20,441,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Steven Harry Poulos<br>9070 E. Desert Cove, Suite 105<br>Scottsdale, AZ 85260 | 1719 | 10/26/2012 | $0.00 Administrative Priority<br>$20,441,000.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FIFTH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 10 | Susie J Moore, Frank J Moore<br>PO Box 598<br>Bethel, NC 27812 | 2770 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Susie J. Moore & Frank J. Moore<br>P.O. Box 598<br>Bethel, NC 27812 | 4673 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$121,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |