**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | Cogent Economics, Inc.<br>Hakki Etem<br>Cogent QC Systems<br>160 Spear St Ste 1640<br>San Francisco, CA 94105 | 1610 | 10/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$150,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Contract between claimant and non-debtor (Ally Financial). Claim basis and amount is for 2 years of license and maintenance of Servicing QC System. |
| 2 | GEA Seaside Investment, Inc.<br>c/o Melissa B. Murphy.<br>Cobb Cole<br>150 Magnolia Ave.<br>Daytona Beach, FL 32114 | 4695 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$70,229.41 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Claim basis is that Debtor did not comply with the confirmed plan of reorganization; however, such confirmed plan does not exist. Both the state court lawsuit and bankruptcy case at issue in claimant's proof of claim were voluntarily dismissed. Debtors' examination of its books and records found no record of amounts owed to claimant by debtor entities. |
| 3 | Gleason Personnel<br>Angela Gleason<br>50 North Beverwyck Road, Suite 6<br>Lake Hiawatha, NJ 07034 | 4688 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$161,020.34 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtors' examination of its books and records found no record of invoices or amounts owed to claimant. |
| 4 | Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 356 | 08/02/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 5 | Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 357 | 08/02/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 6 | Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 358 | 08/02/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMACR Mortgage Products, LLC | 12-12037 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 7 | Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 360 | 08/02/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | ditech, LLC | 12-12021 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 8 | Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 361 | 08/02/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 9 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 365 | 08/03/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Mortgage Exchange, LLC | 12-12059 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 10 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 373 | 08/03/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Ladue Associates, Inc. | 12-12043 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 11 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 374 | 08/03/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Asset Securities Corporation | 12-12054 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 12 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 375 | 08/03/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RFC Asset Holdings II, LLC | 12-12065 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 13 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 376 | 08/03/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Accredit Loans, Inc. | 12-12052 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 14 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 377 | 08/03/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |

# 12-12020-mg   Doc 5189-1   Filed 09/24/13   Entered 09/24/13 16:06:16   Exhibit A
## Pg 4 of 5

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claims to Be Disallowed and Expunged | | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| | | Claim Number | Date Filed | Claim Amount | | | |
| 15 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 378 | 08/03/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$4,886,158.00 Priority<br>$649,878.00 General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 16 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 379 | 08/03/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$4,886,158.00 Priority<br>$649,878.00 General Unsecured | Residential Consumer Services of Alabama, LLC | 12-12055 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 17 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 380 | 08/03/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$4,886,158.00 Priority<br>$649,878.00 General Unsecured | Passive Asset Transactions, LLC | 12-12044 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 18 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 381 | 08/03/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$4,876,158.00 Priority<br>$659,878.00 General Unsecured | RFC Asset Management, LLC | 12-12066 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 19 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 382 | 08/03/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$4,886,158.00 Priority<br>$649,878.00 General Unsecured | Residential Consumer Services of Texas, LLC | 12-12057 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 20 | Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 383 | 08/03/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$4,886,158.00 Priority<br>$649,878.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 21 | Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 384 | 08/03/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$4,886,158.00 Priority<br>$649,878.00 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 22 | Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 385 | 08/03/2012 | $0.00<br>$0.00<br>$0.00<br>$4,886,158.00<br>$649,878.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Consumer Services of Ohio, LLC | 12-12056 | Ally Financial became a bank holding company on January 1, 2009. As a result, Ally and its subsidiaries (including the applicable Debtor) were not subject to the Commercial Activity Tax for the claimed period ending 3/31/2009. |
| 23 | SHAWNA T. BRYANT<br>4130 NORTHRIDGE DR<br>CUMMING, GA 30040-1754 | 990 | 10/05/2012 | $0.00<br>$0.00<br>$0.00<br>$11,280.83<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Statute of limitations for FLSA claims is 2 years unless the violation is willful. Claimant terminated due to staff reductions in October 2007, and action against Debtor was not timely commenced. |
| 24 | TALX Corporation<br>11432 Lackland Road<br>St Louis, MO 63146 | 1208 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$385.86 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtors' examination of its books and records found no record of amounts owed to claimant by debtor entities. |
| 25 | Verint Americas Inc<br>Paige Honeycutt - Verint Systems<br>Six Concourse Parkway, Fl 31<br>Atlanta, GA 30328 | 293 | 07/18/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$57,548.05 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtors' examination of its books and records found no record of amounts owed to claimant by debtor entities. |
| 26 | Wendy Knode<br>PO Box 74<br>Plainfield, IA 50666 | 2018 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | The Debtors' books and records indicate that a settlement was reached regarding claimant's workman's compensation claim. Under the settlement, claimant released and discharged Debtors and the insurance carrier for all liability under the Iowa Workers' Compensation Law. |