**<u>Exhibit A</u>**

**<u>Exhibit A</u>**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-NINTH OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Demeo & Associates, P.C.<br>Christopher M. Waterman<br>Demeo LLP<br>One Lewis Wharf<br>Boston, MA 02110 | 6446 | 02/04/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,749.54 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | GARY G SHUPP APPRAISAL CO<br>1603 N 26TH ST<br>ALLENTOWN, PA 18104 | 6891 | 08/05/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$325.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | HARRISON COUNTY TREASURER<br>HARRISON COUNTY<br>245 ATWOOD ST STE 213<br>CORYDON, IN 47112 | 6882 | 07/29/2013 | $0.00<br>$0.00<br>$117.85<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | OSCEOLA COUNTY<br>2501 E IRLO BRONSON MEMORIAL HWY<br>OSCEOLA COUNTY TAX COLLECTOR<br>KISSIMMEE, FL 34744 | 6875 | 07/15/2013 | $0.00<br>$0.00<br>$916.52<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | Patricia LeBlanc<br>William J. Doyle, Jr<br>Leavis and Rest P.C.<br>83 Central Street<br>Boston, MA 02109 | 6884 | 06/28/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-NINTH OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

|   | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Patsy A. Cicalese<br>110 Ocean Ave<br>Monmouth Beach, NJ 07750 | 6231 | 11/30/2012 | $0.00<br>$0.00<br>$15,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | U.S. Bank National Association, as Trustee, for RASC 2006-EMX3<br>Attention Bankruptcy Department/ MAC #D3347-014<br>Americas Servicing Company<br>3476 Stateview Blvd<br>Fort Mill, SC 29715 | 6883 | 07/29/2013 | $0.00<br>$0.00<br>$175,355.48<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |