**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FOURTH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | \multicolumn{5}{c|}{Claims to be Disallowed and Expunged} | \multicolumn{5}{c|}{Surviving Claims} |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | Aldine Independent School District Tax Office<br>14909 Aldine Westfield Road<br>Houston, TX 77032 | 275 | 07/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$7,753.89 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Aldine Independent School District Tax Office<br>14909 Aldine Westfield Road<br>Houston, TX 77032 | 317 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$13,380.48 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | BellSouth Telecommunications, Inc.<br>James Grudus, Esq.<br>c/o AT&T Services, Inc<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | 67 | 06/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,332.68 General Unsecured | GMAC Mortgage, LLC | 12-12032 | BellSouth Telecommunications, Inc.<br>James Grudus, Esq.<br>c/o AT&T Services, Inc<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | 4433 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,439.12 General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Department of the Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 4546 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$184.38 Priority<br>$17,673.59 General Unsecured | Homecomings Financial, LLC | 12-12042 | Department of the Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 6865 | 06/25/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$29.14 Priority<br>$17,527.48 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 4 | DLJ Mortgage Capital, Inc.<br>R. Colby Allsbrook, Esq.<br>Director and Counsel<br>Credit Suisse Securities (USA) LLC<br>11 Madison Avenue<br>New York, NY 10010 | 1371 | 10/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | DLJ Mortgage Capital, Inc.<br>R. Colby Allsbrook, Esq., Director and Counsel<br>Credit Suisse Securities (USA) LLC<br>11 Madison Avenue<br>New York, NY 10010 | 3628 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| | | | | | | | DLJ Mortgage Capital, Inc.<br>R. Colby Allsbrook, Esq., Director and Counsel<br>Credit Suisse Securities (USA) LLC<br>11 Madison Avenue<br>New York, NY 10010 | 3630 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 5 | HAYNSWORTH SINKLER BOYD PA<br>C/O TARA E. NAUFUL, ESQ.<br>134 MEETING ST, 4TH FLOOR<br>CHARLESTON, SC 29401 | 1399 | 10/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$885.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | HAYNSWORTH SINKLER BOYD PA<br>C/O TARA E. NAUFUL, ESQ.<br>134 MEETING ST, 4TH FLOOR<br>CHARLESTON, SC 29401 | 6771 | 03/05/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,036.50 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 6 | KENOSHA WATER UTILITY<br>4401 GREEN BAY RD<br>KENOSHA, WI 53144 | 248 | 07/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$223.70 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Kenosha Water Utility<br>4401 Green Bay Road<br>Kenosha, WI 53144 | 1288 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$42.27 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | Nevada Department of Taxation<br>Attn Bankruptcy Section<br>555 E Washington Ave #1300<br>Las Vegas, NV 89101 | 272 | 07/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$1,063.68 Priority<br>$101.81 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Nevada Department of Taxation<br>Attn Bankruptcy Section<br>555 E Washington Ave #1300<br>Las Vegas, NV 89101 | 1229 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$2,241.83 Priority<br>$205.84 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | 6835 | 03/13/2013 | $63.53 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | 6857 | 06/10/2013 | $24.78 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-FOURTH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 9 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | 456 | 09/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$381,383.00 Secured<br>$81,663.29 Priority<br>$48,657.08 General Unsecured | Executive Trustee Services, LLC | 12-12028 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | 6849 | 05/03/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$80,591.29 Priority<br>$48,555.08 General Unsecured | Executive Trustee Services, LLC | 12-12028 |
| 10 | Prodigus Opportunity Fund, LLC<br>402 Macy Dr<br>Rosewell, GA 30076-6353 | 2520 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,401,964.43 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Prodigus Opportunity Fund, LLC<br>c/o Montage Financial Group, Inc.<br>22292 Rancho Viejo Rd., Suite 216<br>San Juan Capistrano, CA 92675 | 6862 | 06/17/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,401,964.43 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 11 | Resource Title Agency Inc.<br>Christian M. Bates, Esq.<br>Corsaro & Associates Co., LPA<br>28039 Clemens Road<br>Westlake, OH 44145 | 3590 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$35,491.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Resource Title Agency Inc.<br>Christian M. Bates, Esq.<br>Corsaro & Associates Co., LPA<br>28039 Clemens Road<br>Westlake, OH 44145 | 6837 | 03/29/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$35,491.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | Resource Title Agency Inc.<br>Christian M. Bates, Esq.<br>Corsaro & Associates Co., LPA<br>28039 Clemens Road<br>Westlake, OH 44145 | 3648 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$168,560.70 General Unsecured | Homecomings Financial, LLC | 12-12042 | Resource Title Agency Inc.<br>Christian M. Bates, Esq.<br>Corsaro & Associates Co., LPA<br>28039 Clemens Road<br>Westlake, OH 44145 | 6838 | 03/29/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$168,560.70 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 13 | RICHARDS LAYTON & FINGER PA<br>ATTN MARISA A. TERRANOVA, ESQ.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | 3750 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$269.50 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | RICHARDS LAYTON & FINGER PA<br>ATTN MARISA A. TERRANOVA, ESQ.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | 4318 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,019.50 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 14 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | 316 | 07/23/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$26,245.56 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | State of Florida - Department of Revenue<br>Frederick F. Rudzik, Claimants Attorney<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | 4753 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$29,507.21 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 15 | United Parcel Service<br>c/o Receivable Management Services (RMS)<br>PO Box 4396<br>Timonium, MD 21094 | 172 | 06/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$142.30 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | United Parcel Service<br>c/o Receivable Management Services (RMS)<br>PO Box 4396<br>Timonium, MD 21094 | 877 | 10/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$175.66 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |