**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————————  )
                                                              )
In re:                                                     )        Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,        )        Chapter 11
                                                              )
                              Debtors.            )        Jointly Administered
——————————————————————————  )

## ORDER GRANTING DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

Upon the twenty-seventh omnibus claims objection, dated August 16, 2013 (the "Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Insufficient Documentation Claims on the grounds that each Insufficient Documentation Claim lacks sufficient supporting documentation as to its validity and amount and has no basis in the Debtors' books and records, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

no other or further notice need be provided; and upon consideration of the Objection, the

Declaration of Deanna Horst, the Declaration of Norman S. Rosenbaum, and the Declaration of

Robert D. Nosek, annexed to the Objection as Exhibits 1-3, respectively, the responses filed by

Zenaida and Rolando Valencia, Norma and William Wootton, Joanne Goolsby, and Marcus

Harris (collectively, the "Responses"), and the *Debtors' Omnibus Reply in Support of Debtors'*

*Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections to Borrower Claims with*

*Insufficient Documentation*; the Responses having been overruled, the Court having found and

determined that the relief sought in the Objection is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent

provided herein; and it is further

ORDERED that each Insufficient Documentation Claim listed on Exhibit A

annexed hereto is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and

noticing agent, is authorized and directed to expunge from the claims register the Insufficient

Documentation Claims identified on the schedule annexed as Exhibit A hereto pursuant to this

Order; and it is further

ORDERED that the following matters relating to the Insufficient Documentation

Claims shall be adjourned to the omnibus hearing scheduled for October 9, 2013:

- Phenon Walker (Claim No. 4942);

- Freddie M. Scott (Claim No. 3751); and

- Bette Jean Yelder (Claim No. 2002); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Rules are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Insufficient Documentation Claims identified on Exhibit A, annexed hereto, as if each such Insufficient Documentation Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated:  September 25, 2013
        New York, New York

                                        _____/s/Martin Glenn_____
                                           MARTIN GLENN
                                        United States Bankruptcy Judge

## **Exhibit A to Order**

**Insufficient Documentation Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Aaron W Lake<br>5300 North County Road 500 West<br>Muncie, IN 47304 | 1999 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Allen B. Christner & Carole R. Christner<br>2835 W 32nd Ave No 57<br>Denver, CO 80211 | 5317 | 11/16/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Annie R. Stinson<br>3212 Ethel<br>Detroit, MI 48217 | 2114 | 11/02/2012 | $0.00<br>$0.00<br>$49,600.00<br>$0.00<br>$62,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | Anthony J and Jean L. Hadala<br>7914 N. Gannett Rd<br>Sagamore Hills, OH 44067 | 2410 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$38,947.15 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Bernard Turner/ Linda Jaros<br>33630 Annapolis<br>Wayne, MI 48184 | 3808 | 11/08/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Betty A Vereen<br>PO Box 3118<br>Columbia, SC 29230 | 2441 | 11/06/2012 | $0.00<br>$0.00<br>$74,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Betty J. Richardson<br>9540 Gregory St<br>La Mesa, CA 91942 | 2012 | 10/31/2012 | $0.00<br>$0.00<br>$387,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Brenda Liggins<br>176 Elms Court Circle<br>Jackson, MS 39204-4325 | 2268 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | CARIDAD I BLANCO<br>7450 MIAMI LAKES DRIVE C-105<br>MIAMI LAKES, FL 33014 | 776 | 09/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | CARLOS AND LOLETHIA CRAYTON AND<br>711 WOODLAND AVE<br>NATIONWIDE TREE SERVICES<br>SYLACAUGA, AL 35150 | 4202 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | CASABIANCA, SUZETTE<br>9901 GROVE DR<br>GEORGE CASABIANCA<br>NEW PORT RICHEY, FL 34654 | 955 | 10/04/2012 | $0.00<br>$0.00<br>$265,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | Charles M. Sanchez<br>1628 Carltonia<br>Pueblo, CO 81006 | 3624 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | Connie Morris<br>Charles Morris<br>109 Circuit Road<br>Medford, MA 02155 | 4647 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,841.42 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | DANIEL, SAM<br>1756 S UTICA AVE<br>TULSA, OK 74104 | 2414 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | DARVA ROBINSON GADISON AND CARL<br>3416 S OURAY WAY<br>GADISON AND WRIGHT BUILT<br>AURORA, CO 80013 | 6269 | 11/09/2012 | $0.00<br>$0.00<br>$10,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | David N. Seidman 588 Hidden Lair Drive Blue Bel, PA 19422 | 2160 | 11/05/2012 | $2,500.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | ditech, LLC | 12-12021 |
| 17 | David R. King 9084 PemBroke Ellis Dr Bartlett, TN 38113 | 2767 | 11/07/2012 | $0.00 $0.00 $229,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 18 | DONALD F. FEENEY CLARE M. FEENEY 65 WOODLAND ROAD WESTBROOK, ME 04092 | 898 | 10/01/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | Donghyun Yim and Soon Young Yim 2225 S. La Brea Ave. Los Angeles, CA 90016 | 3780 | 11/08/2012 | $0.00 $0.00 $108,653.40 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | Ella  Baker 3117 S Cortland Cir Mesa, AZ 85212 | 1902 | 10/29/2012 | $0.00 $0.00 $1,005,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | Enrique D. Navarrete<br>P.O. Box 5806<br>Palm Springs, CA 92263-5806 | 3609 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | Ernest Tetteh-Obuobi<br>10 Colgate Drive<br>Cherry Hill, NJ 08034-1215 | 1731 | 10/26/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 23 | Francis J Eitniear<br>1412 S. Jackson Ave<br>Defiance , OH 43512 | 1881 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$925.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | Frank & Andrea Krupka<br>317 Morrison Ave<br>Pueblo, CO 81005 | 4668 | 11/13/2012 | $0.00<br>$0.00<br>$118,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | Gary R. Miles<br>11530 East Lake Rd<br>North East, PA 16428 | 1189 | 10/12/2012 | $0.00<br>$0.00<br>$176,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | GERRY G WYMA KATHLEEN G WYMA 707 FIELD VIEW DRIVE GRAND LEDGE, MI 48837 | 4123 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $113,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 27 | Gisella Camejo Henriquez 10078 Doriath Circle Orlando, FL 32825 | 4540 | 11/13/2012 | $0.00 $0.00 $220,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | Grady Curtis Hardin 1725 Colborne Dr Mesquite, TX 75149 | 1916 | 10/29/2012 | $0.00 $0.00 $0.00 $0.00 $44,971.44 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | HABIB LAW ASSOCIATES LLC 2390 THYME CT JAMISON, PA 18929 | 563 | 09/18/2012 | $0.00 $0.00 $0.00 $0.00 $112,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | Harold and Rosemarie Correos 1830 Del Font Ct Las Vegas, NV 89117 | 3845 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $377,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | Harris, Marcus<br>637 Chambers Rd<br>Ferguson, MO 63135 | 1091 | 10/10/2012 | $0.00<br>$0.00<br>$31,500.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 32 | Herman Fleites<br>26 Plateau Lane Apt. A<br>Palm Coast, FL 32164 | 3664 | 11/08/2012 | $0.00<br>$0.00<br>$144,333.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 33 | HERNANDEZ, PETER F & HERNANDEZ, GERALDINE M<br>6146 ALDAMA STREET<br>LOS ANGELES, CA 90042-0000 | 729 | 09/25/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 34 | Hughey White and Maple White<br>Bill B. Berke, Esq.<br>Berke Law Firm, P.A.<br>1003 Del Prado Blvd. S., Suite 300<br>Cape Coral , FL 33990 | 3511 | 11/07/2012 | $0.00<br>$0.00<br>$190,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 35 | Jack Simke<br>112 Newton Dr.<br>Burlingame, CA 94010 | 1469 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$155.35 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | JAMES ANDREW HINDS JR ATT AT LA<br>21515 HAWTHORNE BLVD STE 1150<br>TORRANCE, CA 90503 | 609 | 09/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 37 | JAMES M. SULLIVAN<br>CANDICE E. SULLIVAN<br>146 WEST HOBART<br>LIVINGSTON, NJ 07039 | 1073 | 10/09/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 38 | Jamie Harris McNerney<br>PO Box 294<br>Palm Beach, FL 33480 | 4768 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 39 | Jeffrey Vaughan<br>19803 Gulf Blvd, Unit 101<br>Indian Shores, FL 33785 | 1001 | 10/05/2012 | $525,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 40 | Jesus and Denise R Montoya<br>4655 W. Rio Bravo Drive<br>Fresno, CA 93722 | 702 | 09/24/2012 | $0.00<br>$0.00<br>$300,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 41 | Joanne Goolsby 17641 Wiltshire Blvd Cathrup Village, MI 48076 | 1349 | 10/19/2012 | $0.00 $0.00 $0.00 $0.00 $13,608.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 42 | Jodi or Todd Schwarzenbach 2816 Yacolt Avenue North Port, FL 34286 | 1729 | 10/26/2012 | $2,600.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 43 | Johnetta Lynn Finley 434 W Home Ave Flint, MI 48505 | 1379 | 10/18/2012 | $0.00 $0.00 $66,285.97 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 44 | Jonathan Somera 118 Tamarack Dr Hercules, CA 94547 | 5435 | 11/16/2012 | $87,574.99 $0.00 $0.00 $13,000.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 45 | Jong C. Ahn 3648 Harris Ave NW Canton, OH 44708 | 4460 | 11/13/2012 | $0.00 $0.00 $31,329.32 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | Jorge Ortega<br>1683 Via Carreta<br>San Lorenzo, CA 94580 | 1139 | 10/10/2012 | $0.00<br>$0.00<br>$296,044.53<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 47 | Joseph & Amy Palmisano<br>4645 S Lakeshore Dr Ste 8<br>Tempe, AZ 85282 | 319 | 07/20/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,000,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 48 | Joseph A. Lisa G. Braniff<br>169 Granville St<br>P.O. Box 36<br>Alexandria, OH 43001 | 3569 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 49 | Joseph L. Daniels<br>5810 Culler Court<br>Johns Creek, GA 30005 | 4694 | 11/14/2012 | $0.00<br>$0.00<br>$170,000.00<br>$0.00<br>$83,721.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 50 | Joseph La Costa and Elizabeth La Costa<br>Joseph La Costa, Esq.<br>7840 Mission Center Court, Suite 104<br>San Diego, CA 92108 | 787 | 09/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$120,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 51 | Josephine Frontario<br>Michael Farina<br>38-17 212th Street<br>Bayside, NY 11361 | 4244 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 52 | JUDITH FERN AND BANK ONE<br>1225 W WILLIAM DAVID PKY<br>METAIRIE, LA 70005 | 1394 | 10/18/2012 | $104,000.00<br>$0.00<br>$300,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 53 | Justin Leerar<br>170 3rd Street SW<br>Britt, IA 50423 | 4217 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 54 | Keith and Karen Wright<br>10 Amberwood Lane<br>Littleton, CO 80127 | 1681 | 10/25/2012 | $0.00<br>$0.00<br>$0.00<br>$2,600.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 55 | Keith and Karen Wright<br>10 Amberwood Lane<br>Littleton, CO 80127 | 1683 | 10/25/2012 | $0.00<br>$0.00<br>$565,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 56 | LAWRENCE J MICHALCZYK<br>LOUISE W MICHALCZYK<br>2024 TYLER LANE<br>LOUISVILLE, KY 40205 | 1211 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$110,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 57 | Linda Salisbury<br>5330 Goshen Rd<br>Lot 147<br>Ft Wayne, IN 46818 | 4383 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 58 | Lloyd Phipps<br>3316 Dauterive<br>Chalmette, LA 70043 | 3715 | 11/08/2012 | $0.00<br>$0.00<br>$104,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Equity Investment I, LLC | 12-12025 |
| 59 | Lonnie Woods<br>P.O. Box 349<br>Bronx, NY 10475 | 1453 | 10/22/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 60 | LUCKIE, WENDY A<br>125 BAXTER DR APT GT1<br>ATHENS, GA 30606-3761 | 1000 | 10/05/2012 | $0.00<br>$0.00<br>$146,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 61 | MARK B REPLOGLE ATT AT LAW PO BOX 7958 APACHE JUNCTION, AZ 85178 | 589 | 09/21/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 62 | Mark E. Keller PO Box 36 Applegate, CA 95703 | 1587 | 10/24/2012 | $0.00 $0.00 $0.00 $0.00 $150,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 63 | MCCARTY, DAVID C 11827 SNAPDRAGON RD TAMPA, FL 33635-6223 | 850 | 09/28/2012 | $0.00 $0.00 $0.00 $0.00 $1,800.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 64 | Mercedes H Capule 435 Turquoise Dr Hercules, CA 94547 | 4657 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 65 | Nancee Mertens 215 E. 2nd Street Cloverdale, CA 95425 | 3599 | 11/08/2012 | $0.00 $0.00 $0.00 $0.00 $3,638.20 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 66 | Nelson Alejandro 19803 Gulf Blvd, Unit 101 Indian Shores, FL 33785 | 996 | 10/05/2012 | $525,000.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 67 | NEWSOME, BERNARD 3015 OAK DR NORRISTOWN, PA 19401-1542 | 616 | 09/21/2012 | $250,000.00 $0.00 $0.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 68 | Ollie McAllister 22 Cambre Circle Hot Springs Village, AR 71909 | 1901 | 10/29/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 69 | Olof Christian Ferm 11 Poplar Drive Raymond, NH 03077 | 3766 | 11/08/2012 | $0.00 $0.00 $174,761.00 UNLIQUIDATED $139,664.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 70 | Prell Madlock 270 Clarendon Lane Bolingbrook, IL 60440 | 2247 | 11/05/2012 | $0.00 $0.00 $0.00 $0.00 $129,162.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

|  | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 71 | Robert A. Black<br>P.O. Box 55472<br>Portland , OR 97238 | 3566 | 11/08/2012 | $0.00<br>$0.00<br>$20,950.97<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 72 | Robert A. Black<br>P.O. Box 55472<br>Portland , OR 97238 | 3575 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$160,873.23 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 73 | ROBERT FISCHER AND MARY FRANCE<br>1409 NUGGET CREEK DR<br>COVER ALL AWNING UPHOLSTERY FREDS CERAMIC TILE<br>LAS VEGAS, NV 89108 | 840 | 09/28/2012 | $0.00<br>$0.00<br>$8,600.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 74 | ROBERT SONNES<br>406 C SE 131ST AVE SUITE 305<br>VANCOUVER, WA 98683 | 614 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 75 | Robin L. Kochel<br>1440 Red Hill Road<br>Elverson, PA 19520 | 2479 | 11/06/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$7,591.48 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 76 | RONALD D KAISEN<br>84 IRISH MEETINGHOUSE RD<br>PERKASIE, PA 18944 | 627 | 09/21/2012 | $55,000.00<br>$0.00<br>$54,651.71<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 77 | Rosalie Brewer ( Power of Attorney - David J. Nicholas or Nathan D Nicholas<br>Box 536<br>10860 Belvedere Ave<br>Green Mt. Falls, CO 80819 | 1918 | 10/29/2012 | $0.00<br>$0.00<br>$365,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 78 | ROSARIO ALESSI<br>P.O. BOX 338<br>GILBERTSVILLE, NY 13776 | 1954 | 10/29/2012 | $0.00<br>$0.00<br>$142,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 79 | Ryan Murray<br>4106 Skylane Drive<br>Beach City, TX 77523 | 4934 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 80 | Saeed & Tayebeh Shafa<br>27 Portsmouth Dr.<br>Novato, CA 94949 | 1236 | 10/15/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 81 | Seth Mahler<br>240 E. Illinois St Apt 1311<br>Chicago, IL 60611 | 1588 | 10/24/2012 | $0.00<br>$0.00<br>$164,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 82 | Sharon S. Bailey<br>120 Anita Dr.<br>Spartanburg, SC 29302 | 1950 | 10/29/2012 | $0.00<br>$0.00<br>$60,440.38<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 83 | Sherry White<br>3101 Able Place<br>Chesterfield, VA 23832 | 2134 | 11/02/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 84 | Shirley Johnson Jones<br>1012 Cayce St.<br>Franklin, WA 70538 | 1680 | 10/25/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$69,269.29 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 85 | Steve Robinson<br>2312 S Riviera Dr.<br>Mobile, AL 36605 | 1867 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 86 | Thomas Maguire<br>134 40th St<br>PO Box #4<br>Sea Isle City, NJ 08243 | 1433 | 10/19/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | Timothy M Jacott<br>PO Box 35572<br>Phoenix, AZ 85069 | 3778 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 88 | Vicki R. West<br>5328 7th Avenue<br>Los Angeles, CA 90043 | 995 | 10/05/2012 | $0.00<br>$0.00<br>$443,359.00<br>$0.00<br>$71,641.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 89 | William J. Wootton / Norma R. Wootton<br>608 Vista San Javier<br>San Diego, CA 92154 | 2617 | 11/07/2012 | $0.00<br>$0.00<br>$47,788.15<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 90 | William J. Wootton / Norma R. Wootton<br>608 Vista San Javier<br>San Diego, CA 92154 | 2618 | 11/07/2012 | $0.00<br>$0.00<br>$270,858.37<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

|  | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 91 | William J. Wootton / Norma R. Wootton 608 Vista San Javier San Diego, CA 92154 | 2619 | 11/07/2012 | $0.00 $0.00 $238,407.56 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 92 | William J. Wootton / Norma R. Wootton 608 Vista San Javier San Diego, CA 92154 | 2620 | 11/07/2012 | $0.00 $0.00 $169,323.87 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 93 | William Popp 958 Orinoco E. Venice, FL 34285 | 4651 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 $2,800.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 94 | Yvonne D. Wherrett 6232 Peacock Run Lakeland, FL 33809-5657 | 1642 | 10/22/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 95 | Zenaida R. Valencia & Rolando H. Valencia 4585 Pacific Riviera Way San Diego, CA 92154 | 2869 | 11/07/2012 | $0.00 $0.00 $127,257.19 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 96 | Zenaida R. Valencia & Rolando H. Valencia<br>4585 Pacific Riviera Way<br>San Diego, CA 92154 | 2872 | 11/07/2012 | $0.00<br>$0.00<br>$178,160.67<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 97 | Zenaida R. Valencia & Rolando H. Valencia<br>4585 Pacific Riviera Way<br>San Diego, CA 92154 | 2874 | 11/07/2012 | $0.00<br>$0.00<br>$260,308.94<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |