To Honorable Martin Glenn,

Statement setting forth the reasons why the claim #6855 and #6856 filed on 6/3/2013 should not be disallowed.

It was under my understanding that my attorney, Brian C. Andrews Esq. practicing out of 5897 Oberlin Dr., Suite 301, San Diego, CA 92121 whom I hired In May 2011 was actively working my case and filing the proper documents in a timely basis on my behalf. I was informed the case was on a stay and that my attorney had filed a claim in August of 2012. Upon checking on the status of the claim on PACER.gov there was no filing under my name or case number. When this was discovered we refilled the claims immediately. Please understand that our lawsuit had been filed since May 2010 and placed on a stay. This has been an ongoing matter and when the bankruptcy case with GMAC was filed I was under the impression that all of my interests were covered under the advice of my attorney.

In communication with Rescap ,LLC , I received confirmation that the claims that I filed were submitted correctly and pending.

Thank you

*[signature]*

Paul A Corrado

RECEIVED
SEP 23 2013
U.S. BANKRUPTCY COURT, SDNY

<u>United States Bankruptcy Court</u>

<u>Southern District of New York</u>

<u>Re: Residential Capital, LLC</u>

<u>Case No. 12-12020 (MG)</u>

<u>Chapter 11</u>

Paul Corrado

8018 Quartz Ave

Winnetka, Ca 91306

818-922-5507

In response to: Disallowance of Claim #6855 - #6856

Affecting the mortgage on:

**32616 Ridge Top Lane**

**Castaic, Ca 91384-3081**

GMAC Mortage

Loan #042-681565-0

Account #7426815650