Case No.: 12-12020 (MG)　　　　　　　　　CURRENT INTERIM FEE PERIOD　　　　　　　　Schedule A
Case Name: In re Residential Capital, LLC, et al.　　01/01/2013 through 04/30/2013[1]

**Interim Fee Applications**

| (1)<br>Applicant | (2)<br>Date/Document Number of Application | (3)<br>Period Covered by Application | (4)<br>Interim Fees Requested on Application | (5)<br>Fees Allowed | (6)<br>Fees to be Paid for Current Fee Period[2] | (7)<br>Interim Expenses Requested | (8)<br>Expenses Allowed |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| Bradley Arant Boult Cummings LLC | 8/6/2013<br>Dkt. No. 4513 | 1/1/2013 – 4/30/2013 | $2,416,978.11 | $2,412,909.93 | $2,168,873.54 | $144,016.28 | $141,270.88 |
| Carpenter Lipps & Leland LLP | 8/7/2013<br>Dkt. No. 4557 | 1/1/2013 – 4/30/2013 | $1,659,806.00 | $1,658,311.00 | $1,492,479.90 | $977,371.77 | $977,371.77 |
| Centerview Partners LLC | 8/7/2013<br>Dkt. No. 4528 | 1/1/2013 – 4/30/2013 | $1,200,000.00 | $1,200,000.00 | $1,079,543.32 | $12,630.14 | $12,173.46 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | 8/7/2013<br>Dkt. No. 4532 | 1/1/2013 – 4/30/2013 | $1,480,650.00 | $1,474,121.50 | $1,326,709.35 | $3,085.90 | $3,085.90 |
| Deloitte & Touche LLP | 8/6/2013<br>Dkt. No. 4511 | 1/1/2013 – 4/30/2013 | $2,984,455.50 | $2,978,657.00 | $2,680,791.30 | $0.00 | $0.00 |
| Dorsey & Whitney LLP | 7/31/2013<br>Dkt. No. 4420 | 1/1/2013 – 4/30/2013 | $88,902.90 | $85,602.90 | $77,042.61 | $288.00 | $288.00 |
| Ernst & Young LLP | 8/7/2013<br>Dkt. No. 4526 | 10/1/2012 – 4/30/2013 | $98,380.00 | $98,380.00 | $88,542.00 | $229.41 | $229.41 |

---

[1] Except as otherwise noted in column 3.

[2] Reflects allowed fees, less 10% holdback, less reductions in expenses.

Case No.: 12-12020 (MG)  
Case Name: In re Residential Capital, LLC, et al.

**CURRENT INTERIM FEE PERIOD**  
**01/01/2013 through 04/30/2013[1]**

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[2] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | 8/7/2013 Dkt. No. 4542 | 1/1/2013 – 4/30/2013 | $5,501,118.50 + $1,614,064.75 Rollover Amount | $5,501,118.50[3] + $1,581,398.75 Rollover Amount | $4,983,864.47[4] | $227,254.30[5] | $199,687.47[6] |
| KPMG LLP | 8/6/2013 Dkt. No. 4512 | 1/1/2013 – 4/30/2013 | $290,753.90 | $290,753.90 | $261,678.51 | $60.00 | $60.00 |
| Locke Lord LLP | 8/5/2013 Dkt. No. 4507 | 1/1/2013 – 4/30/2013 | $259,725.40 | $259,725.40 | $233,752.86 | $2,788.67 | $2,788.67 |
| Mercer (US) Inc. | 8/7/2013 Dkt. No. 4558 | 1/1/2013 – 4/30/2013 | $135,661.17 | $134,941.95 | $121,439.53 | $14,951.86 | $14,943.63 |
| Morrison & Cohen | 8/7/2013 Dkt. No. 4527 | 1/1/2013 – 4/30/2013 | $1,318,943.00 | $1,303,943.00 | $1,173,548.70 | $42,792.26 | $42,792.26 |
| Morrison & Foerster LLP | 8/7/2013 Dkt. No. 4551 | 1/1/2013 – 4/30/2013 | $22,790,342.60 | $22,750,816.10 | $20,424,000.37 | $350,910.44 | $299,176.32 |

---

[3] Includes $604,246.50 on account of Walter Project Services (as defined in Dkt. No. 2943) for period of January 1, 2013 through April 30, 2013, which is to be funded by Walter Investment Management Corp. and is not subject to 10% holdback,

[4] Excludes $1,581,398.75 on account of approved rollover amounts (for which payment may be made subject to and in accordance with terms of FTI's employment orders, less a 10% holdback or as hereafter otherwise authorized by the Court).

[5] Includes $38,254.60 for expense reimbursement on account of Walter Project Services for period of January 1, 2013 through April 30, 2013.

[6] Includes expense reimbursement of $38,254.60 on account of Walter Project Services approved for period of January 1, 2013 through April 30, 2013, which is to be funded by Walter Investment Management Corp.

Case No.: 12-12020 (MG)
Case Name: In re Residential Capital, LLC, et al.

**CURRENT INTERIM FEE PERIOD**
**01/01/2013 through 04/30/2013[1]**

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[2] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | 8/7/2013 Dkt. No. 4529 | 1/1/2013 – 4/30/2013 | $241,619.73 | $240,822.39 | $216,740.15 | $558.40 | $558.40 |
| Pepper Hamilton LLP | 8/6/2013 Dkt. No. 4521 | 1/1/2013 – 4/30/2013 | $1,919,909.50 | $1,909,909.50 | $1,909,909.50 | $24,752.12 | $24,752.12 |
| Perkins Coie LLP | 8/7/2013 Dkt. No. 4533 | 3/20/2013 – 4/30/2013 | $441,806.00 | $423,432.25 | $381,089.03 | $795.62 | $795.62 |
| Rubenstein Associates, Inc. | 8/6/2013 Dkt. No. 4523 | 1/1/2013 – 4/30/2013 | $2,317.50 | $2,317.50 | $2,085.75 | $2,749.75 | $2,749.75 |
| Severson & Werson PC | 8/1/2013 Dkt. No. 4458 | 1/1/2013 – 4/30/2013 | $513,814.80 | $508,948.00 | $458,031.91 | $44,994.41 | $44,973.00 |
| Towers Watson Delaware Inc. | 8/1/2013 Dkt. No. 4455 | 1/1/2013 – 4/30/2013 | $7,308.10 | $7,308.10 | $6,577.29 | $0.00 | $0.00 |
| Troutman Sanders LLP | 8/7/2013 Dkt. No. 4547 | 1/1/2013 – 4/30/2013 | $333,753.00 | $330,452.00 | $297,406.80 | $4,115.63 | $4,115.63 |
| **Committee's Professionals** | | | | | | | |
| AlixPartners, LLP | 8/7/2013 Dkt. No. 4563 | 1/1/2013 – 4/30/2013 | $4,379,636.25 | $4,356,992.10 | $3,921,292.89 | $22,586.38 | $22,586.38 |
| Analytic Focus, LLC | 8/7/2013 Dkt. No. 4571 | 1/1/2013 – 4/30/2013 | $14,135.00 | $14,135.00 | $12,721.50 | $138.93 | $138.93 |

Case No.: 12-12020 (MG)  
Case Name: In re Residential Capital, LLC, et al.

**CURRENT INTERIM FEE PERIOD**  
**01/01/2013 through 04/30/2013[1]**

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[2] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| Coherent Economics, LLC | 8/7/2013 Dkt. No. 4570 | 1/1/2013 – 4/30/2013 | $133,247.00 | $133,247.00 | $119,922.30 | $3,601.98 | $3,601.98 |
| Epiq Bankruptcy Solutions, LLC | 8/7/2013 Dkt. No. 4561 | 1/1/2013 – 4/30/2013 | $39,644.20 | $28,358.21 | $25,522.39[7] | $15,647.79 | $15,647.79 |
| J. F. Morrow | 8/7/2013 Dkt. No. 4569 | 1/1/2013 – 4/30/2013 | $107,400.00 | $107,400.00 | $96,660.00 | $0.00 | $0.00 |
| Kramer Levin Naftalis & Frankel LLP | 8/7/2013 Dkt. No. 4573 | 1/1/2013 – 4/30/2013 | $15,197,547.00 | $15,154,566.50 | $13,635,620.50 | $806,168.59 | $802,679.24 |
| Moelis & Company LLC | 8/7/2013 Dkt. No. 4564 | 1/1/2013 – 4/30/2013 | $2,100,000.00 | $2,100,000.00 | $1,889,655.68 | $15,805.11 | $15,460.79 |
| Pachulski Stang Ziehl & Jones LLP | 8/7/2013 Dkt. No. 4534 | 1/1/2013 – 4/30/2013 | $349,099.50 | $347,570.50 | $312,341.75 | $13,706.60 | $13,234.90 |
| San Marino Business Partners LLC | 8/7/2013 Dkt. No. 4572 | 1/1/2013 – 4/30/2013 | $43,342.50 | $31,127.11 | $28,014.40[8] | $73.32 | $73.32 |
| Silverman Acampora LLP | 8/7/2013 Dkt. No. 4538 | 1/1/2013 – 4/30/2013 | $315,950.00 | $300,092.50 | $269,917.85 | $1,613.51 | $1,448.11 |

---

[7] In accordance with this Court's *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* [Dkt. No. 797], Epiq Bankruptcy Solutions, LLC has received payments in excess of the amounts approved and currently payable under this Order in the aggregate amount of $6,192.97, which amount has been credited against the holdbacks being released to it as set forth on Schedule B.

[8] In accordance with this Court's *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* [Dkt. No. 797], San Marino Business Partners LLC has received payments in excess of the amounts approved and currently payable under this Order in the aggregate amount of $6,659.60, which amount has been credited against the holdbacks being released to it as set forth on Schedule B.

4

Case No.: 12-12020 (MG)  
Case Name: In re Residential Capital, LLC, et al.

**CURRENT INTERIM FEE PERIOD**  
**01/01/2013 through 04/30/2013[1]**

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[2] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| Wilmer Cutler Pickering Hale & Dorr LLP | 8/7/2013 Dkt. No. 4537 | 12/12/2012 – 4/30/2013 | $504,670.50 | $462,633.00 | $416,369.70 | $2,231.33 | $2,231.33 |
| **Examiner's Professionals** | | | | | | | |
| Chadbourne & Parke LLP | 8/7/2013 Dkt. No. 4565 | 1/1/2013 – 4/30/2013 | $23,771,407.75 | $23,687,407.75 | $21,288,653.91 | $1,528,915.11 | $1,498,902.04 |
| Arthur J. Gonzalez | 8/7/2013 Dkt. No. 4566 | 1/1/2013 – 4/30/2013 | $321,975.00 | $321,975.00 | $289,777.50 | $0.00 | $0.00 |
| Leonard, Street & Deinard Professional Association | 8/7/2013 Dkt. No. 4559 | 4/15/2013 – 4/30/2013 | $88,103.00 | $88,103.00 | $79,292.70 | $2,345.00 | $2,345.00 |
| Mesirow Financial Consulting, LLC | 8/7/2013 Dkt. No. 4562 | 1/1/2013 – 4/30/2013 | $23,210,644.00 | $23,108,667.00 | $20,733,379.30 | $299,682.00 | $235,261.00 |
| Wolf Halderstein Adler Freeman & Herz LLP | 8/7/2013 Dkt. No. 4560 | 1/1/2013 – 4/30/2013 | $77,787.00 | $73,468.35 | $66,121.52 | $1,623.06 | $1,623.06 |

Revised September 2013        DATE ON WHICH ORDER WAS SIGNED: September 23, 2013        INITIALS: __MG__USBJ

Case No.: 12-12020 (MG)  
Case Name: In re Residential Capital, LLC, et al.

**PREVIOUS INTERIM FEE PERIODS**

Schedule A  
Schedule B

| (1) Applicant | (2) Remaining Holdback to be Released from 1st Interim Period and Docket No. of Application | (3) Remaining Holdback to be Released from 2nd Interim Period and Docket No. of Application | (4) Aggregate Holdback to be Released from 1st Interim Period and 2nd Interim Period |
|---|---|---|---|
| **Debtors' Professionals** | | | |
| Bradley Arant Boult Cummings LLC | $406,078.82 [Dkt. No. 1882] | $418,903.41 [Dkt. No. 3151] | $824,982.23 |
| Carpenter Lipps & Leland LLP | $94,906.00 [Dkt. No. 1889] | $187,253.95 [Dkt. No. 3174] | $282,159.92 |
| Centerview Partners LLC | $90,000.00 [Dkt. No. 1883] | $120,000.00 [Dkt. No. 3176] | $210,000.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $48,668.92 [Dkt. No. 1890] | $61,736.95 [Dkt. No. 3209] | $110,405.87 |
| Deloitte & Touche LLP | $69,058.35 [Dkt. No. 1902] | $169,568.80 [Dkt. No. 3181] | $238,627.15 |
| Dorsey & Whitney LLP | $41,101.53 [Dkt. No. 1872][9] | $15,687.74 [Dkt. No. 3153] | $56,789.27 |
| Dykema Gossett PLLC | $8,277.26 [Dkt. No. 2272] | N/A | $8,277.26 |
| Fortace LLC | $31,965.90 [Dkt. No. 1863] | $149,090.50 [Dkt. No. 3167] | $181,056.40 |
| FTI Consulting, Inc. | $750,000.00 [Dkt. No. 1905] | $700,000.00 [Dkt. No. 3208] | $1,450,000.50 |

---

[9] Amended by Docket No. 2301 filed on 11/29/2012.

1

Case No.: 12-12020 (MG)
Case Name: In re Residential Capital, LLC, et al.

**PREVIOUS INTERIM FEE PERIODS**

Schedule A

Schedule B

| (1) Applicant | (2) Remaining Holdback to be Released from 1st Interim Period and Docket No. of Application | (3) Remaining Holdback to be Released from 2nd Interim Period and Docket No. of Application | (4) Aggregate Holdback to be Released from 1st Interim Period and 2nd Interim Period |
|---|---|---|---|
| KPMG LLP | $65,639.00 [Dkt. No. 1891] | $72,079.85 [Dkt. No. 3170] | $137,718.85 |
| Kurtzman Carson Consultants LLC | $9,407.40 [Dkt. No. 1859] | N/A | $9,407.40 |
| Locke Lord LLP | $25,912.37 [Dkt. No. 1886] | $34,216.38 [Dkt. No. 3190] | $60,128.75 |
| Mercer (US) Inc. | $3,465.91 [Dkt. No. 1888] | $10,045.59 [Dkt. No. 3196] | $13,511.50 |
| Morrison & Cohen | $31,903.95 [Dkt. No. 1904] | $74,477.95 [Dkt. No. 3173] | $106,381.90 |
| Morrison & Foerster LLP | $1,443,206.25 [Dkt. No. 1885] | $2,062,217.73 [Dkt. No. 3200] | $3,505,423.98 |
| Orrick, Herrington & Sutcliffe LLP | $67,918.81 [Dkt. No. 1871] | $67,126.62 [Dkt. No. 3175] | $135,045.43 |
| Prince Lobel Tye LLP | $14,710.02 [Dkt. No. 2025] | $7,022.08 [Dkt. No. 3217] | $21,732.10 |
| Reed Smith, LLP | $3,759.10 [Dkt. No. 1892] | N/A | $3,759.10 |
| Reed Smith, LLP | $2,753.85 [Dkt. No. 1895] | N/A | $2,753.85 |

Case No.: 12-12020 (MG)  
Case Name: In re Residential Capital, LLC, et al.

**PREVIOUS INTERIM FEE PERIODS**

Schedule A  
Schedule B

| (1) Applicant | (2) Remaining Holdback to be Released from 1st Interim Period and Docket No. of Application | (3) Remaining Holdback to be Released from 2nd Interim Period and Docket No. of Application | (4) Aggregate Holdback to be Released from 1st Interim Period and 2nd Interim Period |
|---|---|---|---|
| Rubenstein Associates, Inc. | $2,514.78 [Dkt. No. 1794] | $1,081.13 [Dkt. No. 3171] | $3,595.91 |
| Severson & Werson PC | $124,280.45 [Dkt. No. 1850] | $113,718.75 [Dkt. No. 3192] | $237,999.20 |
| Towers Watson Delaware Inc. | $3,435.50 [Dkt. No. 1858] | $13,400.28 [Dkt. No. 3143] | $16,835.78 |
| Troutman Sanders, LLP | $21,774.70 [Dkt. No. 1894] | $49,575.00 [Dkt. No. 3195] | $71,349.70 |
| Zeichner Ellman & Krause LLP | N/A | $63,754.23 [Dkt. No. 3145] | $63,754.23 |
| **Committee's Professionals** | | | |
| AlixPartners, LLP | $214,536.48 [Dkt. No. 1884] | $397,355.00 [Dkt. No. 3206] | $611,891.48 |
| Analytic Focus, LLC | N/A | $57,870.53 [Dkt. No. 3211] | $57,870.53 |
| Coherent Economics, LLC | N/A | $94,938.55 [Dkt. No. 3205] | $94,938.55 |

3

Case No.: 12-12020 (MG)  
Case Name: In re Residential Capital, LLC, et al.

**PREVIOUS INTERIM FEE PERIODS**

Schedule B

| (1) Applicant | (2) Remaining Holdback to be Released from 1st Interim Period and Docket No. of Application | (3) Remaining Holdback to be Released from 2nd Interim Period and Docket No. of Application | (4) Aggregate Holdback to be Released from 1st Interim Period and 2nd Interim Period |
|---|---|---|---|
| Epiq Bankruptcy Solutions, LLC | N/A | $3,183.14[10] [Dkt. No. 3199] | $3,183.14 |
| J F. Morrow | N/A | $12,838.30 [Dkt. No. 3210] | $12,838.30 |
| Kramer Levin Naftalis & Frankel LLP | $1,051,123.63 [Dkt. No. 1896] | $1,509,305.88 [Dkt. No. 3211] | $2,560,429.51 |
| Moelis & Company LLC | $139,112.90 [Dkt. No. 1898] | $240,000.00 [Dkt. No. 3198] | $379,112.90 |
| Pachulski Stang Ziehl & Jones LLP | N/A | $33,299.68 [Dkt. No. 3162] | $33,299.68 |
| San Marino Business Partners LLC | N/A | $12,201.74[11] [Dkt. No. 3207] | $12,201.74 |
| Silverman Acampora LLP | N/A | $5,952.50 [Dkt. No. 3182] | $5,952.50 |

---

[10] Reflects a reduction of $6,192.97 from $9,376.11 on account of amounts already received by Epiq Bankruptcy Solutions, LLC in accordance with this Court's *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* [Dkt. No. 797] with respect to monthly invoices included its Third Interim Fee Application [Dkt. No. 4561] in excess of amounts currently approved and payable pursuant to this Order as set forth on Schedule A.

[11] Reflects a reduction of $6,659.60 from $18,861.34 on account of amounts already received by San Marino Business Partners LLC in accordance with this Court's *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* [Dkt. No. 797] with respect to monthly invoices included its Third Interim Fee Application [Dkt. No. 4572] in excess of amounts currently approved and payable pursuant to this Order as set forth on Schedule A.

4

Case No.: 12-12020 (MG)

Case Name: In re Residential Capital, LLC, et al.

**PREVIOUS INTERIM FEE PERIODS**

Schedule B

| (1) Applicant | (2) Remaining Holdback to be Released from 1st Interim Period and Docket No. of Application | (3) Remaining Holdback to be Released from 2nd Interim Period and Docket No. of Application | (4) Aggregate Holdback to be Released from 1st Interim Period and 2nd Interim Period |
|---|---|---|---|
| **Examiner's Professionals** | | | |
| Arthur J. Gonzalez | $8,613.75 [Dkt. No. 1900] | $11,475.00 [Dkt. No. 3204] | $20,088.75 |
| Chadbourne & Parke LLP | $327,643.49 [Dkt. No. 1897] | $1,712,634.55 [Dkt. No. 3203] | $2,040,278.04 |
| Mesirow Financial Consulting, LLC | $297,991.70 [Dkt. No. 1906] | $1,054,725.60 [Dkt. No. 3193] | $1,352,717.30 |
| Wolf Halderstein Adler Freeman & Herz LLP | N/A | $952.95 [Dkt. No. 3178] | $952.95 |
| | | | **$14,937,451.65** |

DATE ON WHICH ORDER WAS SIGNED: September 23, 2013                                INITIALS: __MG__USBJ

5