**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Andrew L. Baldwin, dated August 27, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the States of Massachusetts and Connecticut and the bars of the United States District Courts for the District of Massachusetts and Connecticut,

IT IS HEREBY ORDERED that Andrew L. Baldwin is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated:  New York, New York
        **September 26, 2013**

                                        /s/ Martin Glenn
                                        The Honorable Martin Glenn
                                        United States Bankruptcy Judge
                                        Southern District of New York