UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                  :    Case No. 12-12020 (MG)
                                                      :
                                                      :
                                                      :    (Jointly Administered)
                Debtors.                              :
------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before August 29, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (I) Approval of Disclosure Statement, (II) Deadline for Voting on Plan, (III) Hearing to Consider Confirmation of Plan, and (IV) Deadline for Filing Objections to Confirmation of Plan**, attached hereto as **Exhibit B**

Dated: September 26, 2013

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th of September, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

Exhibit A
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| A. L. Battle Jeffrey A. Lipps | | 280 North High Street, Suite 1300 | | | Columbus | OH | 43215 |
| Acacia Life Ins Co; Ameritas Life Ins Corp.; The Union Central Life Ins Co | ROBBINS GELLER RUDMAN & DOWD LLP | Thomas Egler, Steven Pepich, Ashley Price, Darren Robbins, Scott Saham, & John Stoia, Jr. David Walton | 655 West Broadway, Suite 1900 | | San Diego | CA | 92101 |
| Acacia Life Ins Co; Ameritas Life Ins Corp.; The Union Central Life Ins Co | ROBBINS GELLER RUDMAN & DOWD LLP | Samuel Howard Rudman | 58 South Service Road, Suite 200 | | Melville | NY | 11747 |
| Acacia Life Ins Co; Ameritas Life Ins Corp.; The Union Central Life Ins Co | ROBBINS GELLER RUDMAN & DOWD LLP | Christopher M. Wood | One Montgomery Street, Suite 1800 | | San Francisco | CA | 94104 |
| Accredited Mortgage Loan Reit Trust | CHOATE HALL & STEWART LLP | John R. Baraniak, Jr. | Two International Place | | Boston | MA | 02110 |
| Ace Securities Corporation | LATHAM & WATKINS LLP | William J. Trach, Steven J. Pacin | John Hancock Tower, 20th Floor 200 Clarendon Street | | Boston | MA | 02116 |
| Ace Securities Corporation | LATHAM & WATKINS LLP | Jennifer L. Giordano | 555 Eleventh Street, N.W. | | WASHINGTON | DC | 20004 |
| Ace Securities Corporation | LATHAM & WATKINS LLP | Ethan J. Brown | 355 South Grand Avenue | | Los Angeles | LA | 90071 |
| Ace Securities Corporation; Deutsche Bank Securities Inc. | LATHAM & WATKINS LLP | William J. Trach & Steven J. Pacini | John Hancock Tower, 20th Floor 200 Clarendon Street | | Boston | MA | 02216 |
| Aegis Asset Backed Securities Corporation | K&L GATES | Phoebe S. Winder & Robert W. Sparkes, III, | State Street Financial Center One Lincoln Street | | Boston | MA | 02111 |
| Ally Bank | Lavin O'Neil Ricci Cedrone & Disipio | Ricky Mario Guerra, Jennifer L. Weed | 190 North Independence Mall West, Ste. 500 | | Philadelphia | PA | 19106 |
| Ally Bank; Ally Financial Inc.; Ally Securities, LLC; GMAC Mortgage Group, LLC | ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA | Sarah E. Bushnell | 81 S 9th Street, Suite 500 | | Minneapolis | MN | 55402 |
| Ally Bank; Ally Financial Inc.; Ally Securities, LLC; GMAC Mortgage Group, LLC | KIRKLAND & ELLIS LLP | Seth A. Gastwirth, Robert J. Kopecky | 300 North LaSalle | | Chicago | IL | 60654 |
| Ally Bank; Ally Financial Inc.; Ally Securities, LLC; GMAC Mortgage Group, LLC | TIMOTHY D. KELLY, P.A. | Timothy D. Kelly | 80 S 8th Street, Suite 3720 | | Minneapolis | MN | 55402 |
| Ally Bank; Ally Financial, Inc. | Otterbourg, Steindler, Houston & Rosen | Richard Gerard Haddad | 230 Park Ave. | | New York | NY | 10169 |
| Ally Bank; Ally Financial, Inc.; Onewest Bank | DYKEMA GOSSETT, PLLC | Eric C. Tew | 1300 I Street, N.W., Suite 300 West | | Washington | DC | 20005 |
| Ally Financial, Inc. | MAYER BROWN LLP | Charles Salem Korschun & Michael Orth Ware | 1675 Broadway | | New York | NY | 10019 |
| Ameriquest Mortgage Securities Inc.; Argent Securities Inc.; Park Place Securities Inc. | LOONEY & GROSSMAN LLP | Edward V. Colbert, III, Nancy L. Perlman, Erin E. Howard | 101 Arch Street, 9th Floor | | Boston | MA | 02110 |
| Ameriquest Mortgage Securities Inc.; Argent Securities Inc.; Park Place Securities, Inc. | LOONEY & GROSSMAN LLP | Edward V. Colbert, III, Nancy L. Perlman, Erin E. Howard | 101 Arch Street, 9th Floor | | Boston | MA | 02110 |
| Anthony Antonelli & Barry G. Sher | | 75 East 55th Street | | | New York | NY | 10022 |
| Asset Back Securities Corporation | GOODWIN PROCTER LLP | Stephen D. Poss & Caroline H. Cochenour | Exchange Place 53 State Street | | Boston | MA | 02109 |
| Asset Back Securities Corporation; Credit Suisse Securities (USA) LLC | GOODWIN PROCTER LLP | Stephen D. Poss, Stacey S. Ardini, Caroline H. Cochenour | Exchange Place 53 State Street | | Boston | MA | 02109 |
| Asset Backed Funding Corp; Banc of America Securities LLC; Financial Asset Securities Corp. | Merrill Lynch Mortgage Investors Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc. | WILMERHALE | A Robinson, J Rudman, B Boyle, Jr., C B. Zimmerman, K B. Dirks, A J. Hornstine | 60 State Street | Boston | MA | 02109 |
| Asset Backed Funding Corp; Banc of America Securities LLC; Financial Asset Securities Corp. | Merrill Lynch Mortgage Investors Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc. | Marcea M. Rosenblatt | 25 Newport Avenue Extension, 1st Floor | | N. Quincy | MA | 02171 |
| Asset Backed Funding Corporation | O'CONNOR, CARNATHAN, AND MACK LLC | Benjamin S. Kafka, Sean T. Carnathan | 1 Van de Graaf Drive, Suite 104 | | Burlington | MA | 01803 |
| Azure Abuirmeileh | | COLLORA LLP | 100 High Street, 20th Floor | | Boston | MA | 02210 |
| Balboa Insurance Company | BuckleySandler LLP | Katherine Leigh Halliday & Robyn C. Quattrone | 1250 24th St., N.W., Ste. 700 | | Washington | DC | 20037 |
| Banc of America Mortgage Securities Inc. | WILMERHALE | Andrea Robinson, Jefferey Rudman, A Hornstine, B J. Boyle, Jr. Christopher B. Zimmerman, Kathrine B. Dirks | 60 State Street | | Boston | MA | 02109 |
| Banc of America Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | Shiwon Choe, Jared Gerber, Shira A. Kaufman, Meredith E. Kotler | 1 Liberty Plaza | | New York | NY | 10006 |
| Banc of America Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc. | FREDRIKSON & BYRON, PA | Joseph J. Cassioppi | 200 S 6th Street, Suite 4000 | | Minneapolis | MN | 55402 |
| Banc of America Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc. | OPPENHEIMER WOLFF & DONNELLY LLP | Michael J. Bleck, Meghan Marie Anzelc Hansen, Bret A. Puls | 222 S 9th Street, Suite 2000 | | Minneapolis | MN | 55402 |

Exhibit A
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| Bank of America | GOODWIN PROCTER LLP | Adam M. Sparks & Joseph Francis Yenouskas | 901 New York Avenue, N.W., Suite 900 | | Washington | DC | 20001 |
| Barclays Capital, Inc.; Securitized Asset Backed Receivables LLC | GREENBERG TRAURIG LLP | Gary R. Greenberg | One International Place, 20th Floor | | Boston | MA | 02110 |
| Barry R. Ostrager Lisa H. Rubin Shannon P. Torres Mary Kay Vyskocil | | 425 Lexington Avenue | | | New York | NY | 10017 |
| Bayview Financial, LP; Bayview Loan Servicing LLC; Merscorp MERS PHH Mortgage Corp | BALLARD SPAHR LLP | Constantinos G. Panagopoulos | 1909 K Street, N.W., 12th Floor | | Washington | DC | 20006 |
| BCAP LLP; Barclays Capital Inc. | Joseph P. Davis, III and Gary R. Greenberg | GREENBERG TRAURIG LLP | One International Place | | Boston | MA | 02110 |
| Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Acceptance Corp I; Long Beach Securities Corp. | Structured Asset Mortgage Investments II Inc.; WAMU Mortgage Securities Corp. | c o BINGHAM McCUTCHEN LLP | David W. Penn, Beth I. Z. Boland & Nikki Jean Fisher | One Federal Street | Boston | MA | 02110 |
| Bear Stearns Asset Backed Securities I LLC; Long Beach Securities Corp. | BINGHAM McCUTCHEN LLP | Jacqueline S. Delbasty, & Christina N. Davilas | One Federal Street | | Boston | MA | 02110 |
| Bear, Stearns & Co., Inc. | OPPENHEIMER WOLFF & DONNELLY LLP | Michael J. Bleck, Meghan Marie Anzelc Hansen, Bret A. Puls | 222 S 9th Street, Suite 2000 | | Minneapolis | MN | 55402 |
| Bear, Stearns & Co., Inc. | SULLIVAN & CROMWELL LLP | Robert A. Sacks | 1888 Century Park East | | Los Angeles | CA | 90067 |
| Bear, Stearns & Co., Inc. | SULLIVAN & CROMWELL LLP | David A. Castleman, Penny Shane, Allison J. Cambria | 125 Broad Street | | New York | NY | 10004 |
| Benjamin S. Kafka | O'CONNOR, CARNATHAN, AND MACK LLC | Benjamin S. Kafka | 1 Van de Graaf Drive, Suite 104 | | Burlington | MA | 01803 |
| Benjamin T. Alden Justin A. Deabler Charlita Mays | | 51 Madison Avenue | Benjamin T. Alden, Justin A. Deabler, Charlita Mays | | New York | NY | 10010 |
| Bernard E. Lesage David E. Mark Karen L. Stevenson | Bernard E. Lesage, David E. Mark, Karen L. Stevenson | 1000 Wilshire Boulevard, Suite 1500 | | | Los Angeles, | CA | 90017 |
| Bernstein Litowitz Berger | Jai K. Chandrasekhar, Lauren A. McMillen, Gerald H. Silk, David Wales | 1285 Avenue of the Americas | | | New York | NY | 10019 |
| Bernstein Litowitz Berger | Matthew P. Jubenville, David R. Stickney, Jonathan D. Uslaner | 12481 High Bluff Drive, Suite 300 | | | San Diego | CA | 92130 |
| Bethany M. Jones Theo J. Robins Kenneth I. Schacter Brandyne S. Warren | Bethany M. Jones, Theo J. Robins, Kenneth I. Schacter, Brandyne S. Warren | 399 Park Avenue | | | New York | NY | 10022 |
| Bingham McCutchen LLP | Bethany Flaherty, Bethany M. Jones, Theo J. Robins, Kenneth I. Schacter | 399 Park Avenue | | | New York | NY | 10022 |
| Brian Sheldon | | 10116 Seville Court | | | Waco | TX | 76708-5671 |
| Bruce J. Paradis | CARPENTER LIPPS & LELAND LLP | Jennifer A. L. Battle, Jeffrey A. Lipps | 280 North High Street, Suite 1300 | | Columbus | OH | 43215 |
| Bruce J. Paradis | DORSEY & WHITNEY LLP | Eric Benjamin Epstein | 51 West 52nd Street | | New York | NY | 10019 |
| Bruce J. Paradis | LAZARE POTTER & GIACOVAS, LLP | David E. Potter | 950 Third Avenue | | New York | NY | 10022 |
| Bruce J. Paradis | MAYER BROWN LLP | S. Christopher Provenzano | 1675 Broadway | | New York | NY | 10019 |
| BuckleySandler LLP | Ross Eric Morrison & Matthew Phineas Previn | 1133 Avenue of the Americas, Ste. 3100 | | | New York | NY | 10036 |
| Cambridge Place Investment Management Inc. | DONNELLY, CONROY & GELHAAR, LLP | T. Christopher Donnelly, Michael S. D'Orsi, Kelly A. Hoffman | One Beacon Street, 33rd Floor | | Boston | MA | 02108 |
| Cambridge Place Investment Management Inc. | DONNELLY, CONROY & GELHAAR, LLP | T. Christopher Donnelly, Michael S. D'Orsi, Kelly A. Hoffman | One Beacon Street, 33rd Floor | | Boston | MA | 02108 |
| Carpenter Lipps & Leland LLP | Jennifer A. L. Battle, Jeffrey A. Lipps | 280 North High Street, Suite 1300 | | | Columbus | OH | 43215 |
| Catherine Bernard Reginald R. Goeke | | 1999 K Street, N.W. | | | Washington | DC | 20006 |
| Cellinda N. Straface | | 131 Creeks End Lane | | | Kimberton | PA | 19442 |
| Charles J. Ha | | 701 5th Avenue, Suite 5600 | | | Seattle | WA | |
| Chris R. Dicicco | | 21 Miller Drive | | | Sewell | NJ | 08080 |
| Christian R. Jenner | PARTRIDGE SNOW & HAHN LLP | Christian R. Jenner | 180 South Main Street | | Providence | RI | 02903 |
| Citibank | BRYAN CAVE LLP | Alec W. Farr | 1155 F Street, N.W. | | Washington | DC | 20004 |
| Citicorp Mortgage Securities, Inc.; Citigroup Global Markets Inc.; et al | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | Bruce Birenboim, Susanna M Buergel, Brad S Karp, Philip A Kopczynski | 1285 Avenue of the Americas | | New York | NY | 10019 |
| Citigroup Global Markets Inc. | DUANE MORRIS LLP | Michael R. Gottfried | 100 High Street, Suite 2400 | | Boston | MA | 02210 |
| Citigroup Global Markets Inc. | FREDRIKSON & BYRON, PA | Joseph J. Cassioppi | 200 S 6th Street, Suite 4000 | | Minneapolis | MN | 55402 |
| Citigroup Global Markets Inc. | LAWSON & WEITZEN, LLP | Franklin H. Levy | 88 Black Falcon Avenue, Suite 345 | | Boston | MA | 02210 |
| Citigroup Global Markets Inc. | NILAN JOHNSON LEWIS PA | Peter D. Gray, Veena A. Iyer, Courtney E. Ward-Reichard | 120 S 6th Street, Suite 400 | | Minneapolis | MN | 55402 |
| Citigroup Global Markets Inc. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | Susanna M. Buergel, Brad S. Karp | 1285 Avenue of the Americas | | New York | NY | 10019 |

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| Citigroup Global Markets Inc. | SPRUCE LAW LLC | Katherine Y. Fergus | 300 Brickstone Square, Suite 201 | | Adover | MA | 01810 |
| Citigroup Global Markets Inc. | SPRUCE LAW LLC | 300 Brickstone Square, Suite 201 | Attn Katherine Y. Fergus | | Andover | MA | 01810 |
| Citigroup Mortgage Loan Trust Inc. | LAWSON & WEITZEN, LLP | Franklin H. Levy | 88 Black Falcon Avenue, Suite 345 | | Boston | MA | 02210 |
| Cravath Swaine & Moore LLP | Robert H. Baron, Christopher D. Belelieu, Richard W. Clary, Karin A. Demasi, H. Wesley Earnhardt | 825 Eighth Avenue | & Julie North, Michael T. Reynolds | | New York | NY | 10019 |
| Credit Suisse First Boston Mortgage Securities Corp. | GOODWIN PROCTER LLP | Stephen D. Poss, Stacey S. Ardini | Exchange Place 53 State Street | | Boston | MA | 02109 |
| Credit Suisse First Boston Mortgage Securities Corp. et al | CRAVATH SWAINE & MOORE LLP | Richard W. Clary, Julie A. North, Michael T. Reynolds | 825 Eighth Avenue | | New York | NY | 10019 |
| Credit Suisse First Boston Mortgage Securities Corp. et al | GOODWIN PROCTER LLP | Stephen D. Poss, Stacey S. Ardini, Caroline H. Cochenour | Exchange Place 53 State Street | | Boston | MA | 02109 |
| Credit Suisse Securities (USA) LLC | Brooks F. Poley | WINTHROP & WEINSTINE, PA | 225 S 6th Street, Suite 3500 | | Minneapolis | MN | 55402 |
| Credit Suisse Securities (USA) LLC | CRAVATH SWAINE & MOORE LLP | Richard W. Clary, Lauren A. Moskowitz, Michael T. Reynolds, Richard J. Stark | 825 Eighth Avenue | | New York | NY | 10019 |
| Credit Suisse Securities (USA) LLC | FREDRIKSON & BYRON, PA | Joseph J. Cassioppi | 200 S 6th Street, Suite 4000 | | Minneapolis | MN | 55402 |
| CWABS, Inc.; Countrywide Securities Corporation | Brian E. Pastuszenski, John O. Farley, Daniel Roeser | GOODWIN PROCTER LLP | Exchange Place 53 State Street | | Boston | MA | 02109 |
| Damien J. Marshall Andrew Z. Michaelson | Damien J. Marshall & Andrew Z. Michaelson | 575 Lexington Avenue, 7th Floor | | | New York | NY | 10022 |
| David M. Bricker; Kenneth M. Duncan; Ralph T. Flees; James G. Jones; Jack R. Katzmark; Lisa R. Lundsten | Davee L. Olson; Bruce J. Paradis; David C. Walker; Diane S. Wold; James N. Young | DORSEY & WHITNEY LLP | Andrew B. Brantingham, James K. Langdon | 50 S 6th Street, Suite 1500 | Minneapolis | MN | 55402 |
| David Moskowitz | CLEARY GOTTLIEB STEEN & HAMILTON, LLP | Victor L. Hou | One Liberty Plaza | | New York | NY | 10006 |
| David Moskowitz | Erin Joan Cox, James Christopher Rutten, Christian K. Wrede | MUNGER, TOLLES & OLSON LLP | 355 South Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 |
| Davis Polk & Wardwell LLP | James P. Rouhandeh, Michael Scheinkman, Daniel J. Schwartz, Nicole Vanatko, Scott C. Wilcox | 450 Lexington Avenue | | | New York | NY | 10017 |
| Deutsche Bank Aktiengesellschaft; Deutsche Bank National Trust Company | William B. Nes, E. Andrew Southerling | Morgan Lewis & Bockius LLP | 1111 Pennsylvania Ave., N.W. | | Washington | DC | 20004 |
| Deutsche Bank Securities Inc. | CARPENTER LIPPS & LELAND LLP | Jennifer A. L. Battle, Jeffrey A. Lipps | 280 North High Street, Suite 1300 | | Columbus | OH | 43215 |
| Deutsche Bank Securities Inc. | DORSEY & WHITNEY LLP | Eric Benjamin Epstein | 51 West 52nd Street | | New York | NY | 10019 |
| Deutsche Bank Securities Inc. | Juan Alberto Arteaga, Thomas C. Rice, Alan Craig Turner | SIMPSON THACHER & BARTLETT LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| Deutsche Bank Securities Inc. | S. Christopher Provenzano | MAYER BROWN LLP | 1675 Broadway | | New York | NY | 10019 |
| Deutsche Bank Securities, Inc. | Ethan J. Brown | LATHAM & WATKINS LLP | 355 South Grand Avenue | | Los Angeles | CA | 90071 |
| Deutsche Bank Securities, Inc. | William J. Trach, Steven J. Pacini | LATHAM & WATKINS LLP | 200 Clarendon Street | John Hancock Tower, 20th Floor | Boston | MA | 02216 |
| Deutsche Bank Securities, Inc.; RBS Securities Inc.; UBS Securities LLC | FREDRIKSON & BYRON, PA | Joseph J. Cassioppi | 200 S 6th Street, Suite 4000 | | Minneapolis | MN | 55402 |
| Deutsche Bank Securities, Inc.; RBS Securities Inc.; UBS Securities LLC | Robert Serio, Aric H. Wu, & Lawrence J. Zweifach | GIBSON DUNN & CRUTCHER LLP | 200 Park Avenue | | New York | NY | 10166 |
| Deutsche Bank Securities, Inc.; RBS Securities Inc.; UBS Securities LLC | Terrence J. Fleming, Sharda R. Kneen | LINDQUIST & VENNUM PLLP | 80 S 8th Street, Suite 4200 | | Minneapolis | MN | 55402 |
| Domithilla Epuechi | Domithilla Epuechi | 1019 Clinton Ave. | | | Irvington | NJ | 07111 |
| Donald. H. Caldwell, Jr. US Attorney's Office | Donald H Caldwell | 227 West Trade Street, Suite 1650 | | | Charlotte | NC | 28202 |
| Edmund Polubinski III, J Rouhandeh, M Scheinkman, D Schwartz, N Vanatko, S Wilcox | | 450 Lexington Avenue | | | New York | NY | 10017 |
| Edward D. Jones & Co., L.P. | David M. Harris, Timothy M. Huskey | GREENFELDER, HEMKER & GALE, P.C. | 10 S. Broadway, Suite 200 | | St. Louis | MO | 63102 |
| Edward D. Jones & Co., L.P. | Mark Gavin Vaughan | LAW OFFICES OF JOSEPH D'ELIA | 464 New York Avenue, Suite 200 | | Huntington | NY | 11743 |
| Edward J. Normand | Edward J. Normand | 333 Main Street | | | Armonk | NY | 10504 |
| Eric S. Kalugin | Eric S. Kalugin | 51 King Road | | | Landing | NJ | 07850 |
| Fannie Mae | Azer Akhtar | Rosenberg & Associates LLC | 8601 Westwood Center Dr., Ste. 255 | | Vienna | VA | 22182 |
| Financial Asset Securities Corp. | WILMERHALE | Brian J. Boyle, Jr., Christopher B. Zimmerman, Kathrine B. Dirks | 60 State Street | | Boston | MA | 02109 |
| Frances C. Trapp US Attorney's Office | Frances C Trapp | 1441 Main Street, Suite 500 | | | Columbia | SC | 29201 |

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| FRB Capital Markets & Co. | William T. Hogan, III | NELSON MULLINS RILEY & SCARBOROUGH, LLP | One Post Office Square, 30th Floor | | Boston | MA | 02109 |
| FRB Capital Markets & Co. | William T. Hogan, III, Patrick T. Clendenen, Heather L. Bennett | NELSON MULLINS RILEY & SCARBOROUGH, LLP | One Post Office Square, 30th Floor | | Boston | MA | 02109 |
| FRB Securitization Inc. | COOKE CLANCY & GRUENTHAL LLP | Kevin W. Clancy | One Liberty Square | | Boston | MA | 02109 |
| FRB Securitization Inc. | COOKE CLANCY & GRUENTHAL LLP | Kevin W. Clancy | One Liberty Square | | Boston | MA | 02109 |
| Freddie Mac | John M. Murdock | Benton Potter & Murdock, P.C. | 400 S. Maple Ave., Ste. 210 | | Falls Church | VA | 22046 |
| Fremont Mortgage Securities Corporation | Christian R. Jenner | PARTRIDGE SNOW & HAHN LLP | 180 South Main Street | | Providence | RI | 02903 |
| Fremont Mortgage Securities Corporation | James R. Carroll, Peter Simshauser | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | One Beacon Street, Suite 31 | | Boston | MA | 02108 |
| Fremont Mortgage Securities Corporation | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | James R. Carroll, Peter Simshauser | One Beacon Street, Suite 31 | | Boston | MA | 02108 |
| Gary R. Greenberg | Gary R. Greenberg | GREENBERG TRAURIG LLP | One International Place | | Boston | MA | 02210 |
| GMAC Insurance Marketing, Inc. | Jeffrey H. Daichman | Kane Kessler, P.C. | 1350 Avenue of the Americas, 26th Floor | | New York | NY | 10019 |
| Goldman, Sachs & Co. | Brendon P. Fowler | K&L Gates LLP | 1601 K Street, N.W. | | Washington | DC | 20006 |
| Goldman, Sachs & Co. | David R. Crosby, Bryant D. Tchida | LEONARD STREET AND DEINARD, PA | 150 S 5th Street, Suite 2300 | | Minneapolis | MN | 55402 |
| Goldman, Sachs & Co. | FREDRIKSON & BYRON, PA | Joseph J. Cassioppi | 200 S 6th Street, Suite 4000 | | Minneapolis | MN | 55402 |
| Goldman, Sachs & Co. | Theodore Edelman, Anna H. Fee, Veronica Ip, Richard H. Klapper | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 |
| Gregory C. Shih | Gregory C. Shih | 125 Broad Street | | | New York | NY | 10004 |
| GS Mortgage Securities Corp.; Goldman Sachs & Co. | Anthony A. Bongiorno, Kevin M. Bolan, Matthew A. Martel | McDERMOTT WILL & EMERY | 28 State Street | | Boston | MA | 02109 |
| GS Mortgage Securities Corp.; Goldman Sachs & Co. | McDERMOTT WILL & EMERY | Joshua A. Munn, Anthony A. Bongiorno, Kevin M. Bolan | 28 State Street | | Boston | MA | 02109 |
| GS Mortgage Securities Corp.; Goldman Sachs & Co. Goldman Sachs Mortgage Co | SULLIVAN & CROMWELL LLP | Daniel L. Sparks Jacob E Cohen, Christopher J Dunne, Theodore Edelman, Richard Klapper | 125 Broad Street | William Kleysteuber IV, Jason Padgett, David Rein, Michael Tomaino, Jr. | New York | NY | 10004 |
| HSBC Bank USA, N.A. | David Samuel Panzer | Greenberg Traurig, LLP | 2101 L Street, N.W., Ste. 1000 | | Washington | DC | 20037 |
| HSBC Securities (USA) Inc. | Andrew Zenner Michaelson | UNITED STATES ATTORNEY OFFICE | One Saint Andrew's Plaza | | New York | NY | 10007 |
| HSBC Securities (USA) Inc. | BOIES, SCHILLER & FLEXNER, LLP | Jonathan M. Shaw | 5301 Wisconsin Avenue, N.W., Suite 800 | | Washington | DC | 20015 |
| HSBC Securities (USA) Inc. | BOIES, SCHILLER & FLEXNER, LLP | Damien Jerome Marshall | 575 Lexington Avenue | | New York | NY | 10022 |
| HSBC Securities (USA) Inc. | Michael Orth Ware, S. Christopher Provenzano | MAYER BROWN LLP | 1675 Broadway | | New York | NY | 10019 |
| HSBC Securities (USA) Inc.; HSI Asset Securitization Corporation | Joseph F. Ryan | LYNE, WOODWORTH & EVARTS, LLP | 12 Post Office Square | | Boston | MA | 02109 |
| HSBC Securities Inc. | LYNE, WOODWORTH & EVARTS, LLP | Joseph F. Ryan | 12 Post Office Square | | Boston | MA | 02109 |
| IB Finance Holding Company, LLC | Sarah E. Bushnell | ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA | 81 S 9th Street, Suite 500 | | Minneapolis | MN | 55402 |
| Indymac MBS, Inc. | Scott Hu Christensen | HUGHES HUBBARD & REED LLP | 1775 I Street, N.W., Suite 600 | | Washington | DC | 20006 |
| J Davidson R Davidson I Kobryn individually & on behalf of all others similarly situated | Landon Rothstein individually and on behalf of all others similarly situated | c o Kirby McInerney LLP | Thomas W. Elrod, Mark Allen Strauss, Edward Michael Varga, John Brandon Walker | 825 Third Ave., 16th Floor | New York | NY | 10022 |
| J.P. Morgan Securities Inc | David W. Penn, Beth I. Z. Boland, Nikki Jean Fisher, Christina N. Davilas, Jacqueline S. Delbasty, Andrew J. Gallo | BINGHAM McCUTCHEN LLP | One Federal Street | | Boston | MA | 02210 |
| J.P. Morgan Securities Inc. | BINGHAM McCUTCHEN LLP | Beth I. Z. Boland, Nikki Jean Fisher, Christina N. Davilas, Jacqueline S. Delbasty, Andrew J. Gallo | One Federal Street | | Boston | MA | 02210 |
| J.P. Morgan Securities Inc. | John O. Farley | GOODWIN PROCTER LLP | Exchange Place 53 State Street | | Boston | MA | 02109 |
| J.P. Morgan Securities LLC | David A. Castleman, Penny Shane, Allison J. Cambria | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 |
| J.P. Morgan Securities LLC | FREDRIKSON & BYRON, PA | Joseph J. Cassioppi | 200 S 6th Street, Suite 4000 | | Minneapolis | MN | 55402 |
| J.P. Morgan Securities LLC | Michael J. Bleck, Meghan Marie Anzelc Hansen, Bret A. Puls | OPPENHEIMER WOLFF & DONNELLY LLP | 222 S 9th Street, Suite 2000 | | Minneapolis | MN | 55402 |

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| J.P. Morgan Securities LLC | Robert A. Sacks | SULLIVAN & CROMWELL LLP | 1888 Century Park East | | Los Angeles | CA | 90067 |
| Jack Scott | Jack Scott | 7628 E. Onyx Court | | | Scottsdale | AZ | 85258 |
| Jai K. Chandrasekhar Lauren A. McMillen Gerald H. Silk David Wales | Jai K. Chandrasekhar, Lauren A. McMillen, Gerald H. Silk, David Wales | 1285 Avenue of the Americas | | | New York | NY | 10019 |
| Jeffrey R. Seckel | Jeffrey R. Seckel | 2501 N Harwood Street, Suite 1800 | | | Dallas | TX | 75201 |
| Jennifer L. Giordano | Jennifer L. Giordano | 555 Eleventh Street, N.W., Suite 1000 | | | Washington | DC | 20004 |
| John Hancock Funds II; John Hancock Bond Trust; John Hancock Income Securities Trust; et al | GRANT & EISENHOFER PA | Geoffrey C. Jarvis | 123 Justison Street | | Wilmington | DE | 19801 |
| John Hancock Funds II; John Hancock Bond Trust; John Hancock Income Securities Trust; et al | GRANT & EISENHOFER PA | Deborah A. Elman, Robert Gerson | 485 Lexington Avenue, 29th Floor | | New York | NY | 10017 |
| John Hancock Funds II; John Hancock Bond Trust; John Hancock Income Securities Trust; et al | LOCKRIDGE GRINDAL NAUEN PLLP | Richard A. Lockridge, Elizabeth R. Odette, Karen Hanson Riebel | 100 Washington Avenue South, Suite 2200 | | Minneapolis | MN | 55401 |
| John Hancock Investment Trust | Elizabeth R. Odette | LOCKRIDGE GRINDAL NAUEN PLLP | 100 Washington Avenue South, Suite 2200 | | Minneapolis | MN | 55401 |
| John Hancock Investment Trust | Geoffrey C. Jarvis | GRANT & EISENHOFER PA | 123 Justison Street | | Wilmington | DE | 19801 |
| John M. Conlon Jason Kirschner Hoah Liben S. Christopher Provenzano Michael O. Ware Allison J. Zolot | John M. Conlon, Jason Kirschner, Hoah Liben, S. Christopher Provenzano, Michael O. Ware, Allison J. Zolot | 1675 Broadway | | | New York | NY | 10019 |
| Jonathan Shaw | Jonathan Shaw | 5301 Wisconsin Avenue, N.W. | | | Washington | DC | 20015 |
| JPMorgan Chase Bank, N.A. | BUCKLEYSANDLER LLP | Andrew Richard Louis, Matthew P. Previn | 1250 24th Street, N.W., Suite 700 | | Washington | DC | 20037 |
| Kerry Slade | | 1835 Market St., Ste. 1400 | | | Philadelphia | PA | 19103 |
| Litton Loan Servicing, LP; Ocwen Financial Corp. | Duane Morris, LLP | Joseph S. Ferretti | 505 Ninth St., N.W., Suite 1000 | | Washington | DC | 20004 |
| Matthew L. Craner Ihsan Dogramaci Steven J. Fink Joseph Frank | Matthew L. Craner, Ihsan Dogramaci, Steven J. Fink, Joseph Frank | 51 West 52nd Street | | | New York | NY | 10019 |
| Mayer Brown LLP | John M. Conlon, Jason Kirschner, & Noah Liben | 1675 Broadway | | | New York | NY | 10019 |
| MeritPlan Insurance Company; Newport Management Corp | BuckleySandler LLP | Ross Eric Morrison & Matthew Phineas Previn | 1133 Avenue of the Americas, Ste. 3100 | | New York | NY | 10036 |
| Merrill Lynch Mortgage Investors Inc. | Jeffery B. Rudman, Andrea J. Robinson, Adam J. Hornstine, Brian J. Boyle, Jr. | WILMERHALE | 60 State Street | Christopher B. Zimmerman, Kathrine B. Dirks | Boston | MA | 02109 |
| Merrill Lynch Pierce Fenner & Smith Inc. | Jeffery B. Rudman, Andrea J. Robinson, Adam J. Hornstine, Brian J. Boyle, Jr. | WILMERHALE | 60 State Street | Christopher B. Zimmerman, Kathrine B. Dirks | Boston | MA | 02109 |
| Morgan Stanley | DAVIS POLK & WARDWELL L.L.P. | James P. Rouhandeh | 450 Lexington Avenue | | New York | NY | 10017 |
| Morgan Stanley & Co. Inc. | BINGHAM McCUTCHEN LLP | Brandon L. Bigelow | One Federal Street | | Boston | MA | 02210 |
| Morgan Stanley & Co. Incorporated; Morgan Stanley Capital I Inc. | DAVIS POLK & WARDWELL L.L.P. | Matthew Scott Mill, Paul Steel Mishkin, James P. Rouhandeh, Daniel Jacob Schwartz, Brian Stryker Weinstein | 450 Lexington Avenue | | New York | NY | 10017 |
| Morgan Stanley ABC Capital I, Inc.; Morgan Stanley Capital I Inc.; Saxon Asset Securities Company | BINGHAM McCUTCHEN LLP | Frances S. Cohen, Brandon L. Bigelow | One Federal Street | | Boston | MA | 02110 |
| Morgan Stanley ABS Capital Inc.; Morgan Stanley Capital I Inc.; Saxon Asset Securities Co | BINGHAM McCUTCHEN LLP | Frances S. Cohen, Brandon L. Bigelow | One Federal Street | | Boston | MA | 02210 |
| Mortgage Asset Securitization Transactions Inc.; UBS Securities LLC | Azure Abuirmeileh | COLLORA LLP | 100 High Street, 20th Floor | | Boston | MA | 02210 |
| Mortgage Asset Securitization Transactions Inc.; UBS Securities LLC | Azure Abuirmeileh | COLLORA LLP | 100 High Street, 20th Floor | | Boston | MA | 02210 |
| Mortgage Asset Securitization Transactions Inc.; UBS Securities LLC | Daniel B. Goldman | PAUL HASTINGS LLP | 75 East 55th Street | | New York | NY | 10022 |

Exhibit A
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| Mortgage Asset Securitization Transactions Inc.; UBS Securities LLC | Daniel B. Goldman | PAUL HASTINGS LLP | 75 East 55th Street | | New York | NY | 10022 |
| Mortgage Asset Securitization Transactions Inc.; UBS Securities LLC | Kathy B. Weinman | COLLORA LLP | 600 Atlantic Avenue, 12th Floor | | Boston | MA | 02210 |
| Mortgage Asset Securitization Transactions Inc.; UBS Securities LLC | Kathy B. Weinman, Jennifer M. Ryan, | COLLORA LLP | 600 Atlantic Avenue, 12th Floor | | Boston | MA | 02210 |
| Mortgage Asset Securitization Transactions, Inc.; RBS Securities, Inc. | UBS Securities LLC | SIMPSON THACHER & BARTLETT LLP | Juan Alberto Arteaga, Thomas C. Rice, Alan Craig Turner | 425 Lexington Avenue | New York | NY | 10017 |
| Mortgage Electronic Registration Systems, Inc. | Ricky Mario Guerra, Joseph E. O'Neil, Jennifer L. Weed | Lavin O'Neil Ricci Cedrone & Disipio | 190 North Independence Mall West, Ste. 500 | | Philadelphia | PA | 19106 |
| Nationstar Funding LLC; Stanwich Asset Acceptance Company LLC | DENTONS US LLP | Philip A. O'Connell, Jr. | 101 Federal Street, Suite 2750 | | Boston | MA | 01220 |
| Nicklas A. Akers California Attorney General | Nicklas A. Akers | 455 Golden Gate Ave., Suite 11000 | | | San Francisco | CA | 94010 |
| Novastar Mortgage Funding Corporation | William Shaw McDermott, Phoebe S. Winder, Robert W. Sparkes, III | K&L GATES | State Street Financial Center One Lincoln Street | | Boston | MA | 02111 |
| Novastar Mortgage Funding Corporation | William Shaw McDermott, Phoebe S. Winder, Robert W. Sparkes, III | K&L GATES | State Street Financial Center One Lincoln Street | | Boston | MA | 02221 |
| Orrick Herrington & Sutcliffe LLP | Charles J. Ha | 701 45th Avenue, Suite 5600 | | | Seattle | WA | 98104 |
| Orrick Herrington & Sutcliffe LLP | Matthew L. Craner, Ihsan Dogramaci, Agnes Dunogue, Steven J. Fink, Joseph Frank | 51 West 52nd Street | | | New York | NY | 10019 |
| Paul Hastings LLP | Anthony Antonelli, Barry G. Sher | 75 East 55th Street | | | New York | NY | 10022 |
| Paul Weiss Rifkind Wharton | Susanna M. Buergel, Brad S. Karp | 1285 Avenue of the Americas | | | New York | NY | 10019 |
| Popular ABS Inc. | Benjamin S. Kafka, Sean T. Carnathan | O'CONNOR, CARNATHAN, AND MACK LLC | 1 Van de Graaf Drive, Suite 104 | | Burlington | MA | 01803 |
| Popular ABS Inc. | Benjamin S. Kafka, Sean T. Carnathan | O'CONNOR, CARNATHAN, AND MACK LLC | 1 Van de Graaf Drive, Suite 104 | | Burlington | MA | 01803 |
| Quicken Loans, Inc. | Martin S. Frenkel, Courtney D. Thompson | Maddin Hauser Wartell Roth & Heller PC | 28400 Northwestern Hwy., 3rd Fl. | | Southfield | MI | 48034 |
| Rachel Morse | DUANE MORRIS LLP | Rachel Morse | 100 High Street, Suite 2400 | | Boston | MA | 02210 |
| RBS Securities Inc. | Brian J. Boyle, Jr., Christopher B. Zimmerman, Andrew Scott Dulberg, Mitchell J. Nolan | WILMERHALE | 60 State Street | | Boston | MA | 02109 |
| RBS Securities Inc. | o Andrea J. Robinson, Jeffrey B. Rudman, Brian J. Boyle, Jr., Christopher B. Zimmerman | WILMERHALE | 60 State Street | & Kathrine B. Dirks, Adam J. Hornstine, Mitchell J. Nolan, Andrew Scott Dulberg | Boston | MA | 02109 |
| Reid L. Ashinoff Jonathan D. Forstot Justin Kattan | Reid L. Ashinoff, Jonathan D. Forstot, Justin Kattan | 1221 Avenue of the Americas | | | New York | NY | 10020 |
| Residential Accredit Loans Inc.; Residential Asset Mortgage Products Inc.; et al | EDWARDS WILDMAN PALMER LLP | John A. Houlihan, Jamie C. Notman | 111 Huntington Avenue The Prudential Center, 29th Floor | | Boston | MA | 02199 |
| Residential Accredit Loans Inc.; Residential Asset Mortgage Products Inc.; et al | Matthew A. Martel | McDERMOTT WILL & EMERY | 28 State Street | | Boston | MA | 02109 |
| Residential Accredit Loans Inc.; Residential Asset Mortgage Products Inc.; et al | Michael T. Grant | LECLAIRRYAN | One International Place, 11th Floor | | Boston | MA | 02110 |
| Residential Accredit Loans, Inc. | CARPENTER LIPPS & LELAND LLP | Jennifer A. L. Battle, Jeffrey A. Lipps | 280 North High Street, Suite 1300 | | Columbus | OH | 43215 |
| Residential Accredit Loans, Inc. | DORSEY & WHITNEY LLP | Eric Benjamin Epstein | 51 West 52nd Street | | New York | NY | 10019 |
| Residential Accredit Loans, Inc. | S. Christopher Provenzano | MAYER BROWN LLP | 1675 Broadway | | New York | NY | 10019 |
| Residential Asset Mortgage Products Inc.; Residential Asset Securities Corporation; et al | EDWARDS WILDMAN PALMER LLP | John A. Houlihan, Jamie C. Notman | 111 Huntington Avenue The Prudential Center, 29th Floor | | Boston | MA | 02199 |
| Residential Asset Mortgage Products Inc.; Residential Asset Securities Corporation; et al | EDWARDS WILDMAN PALMER LLP | John A. Houlihan, Jamie C. Notman | 111 Huntington Avenue The Prudential Center, 29th Floor | | Boston | MA | 02199 |
| Residential Asset Mortgage Products Inc.; Residential Asset Securities Corporation; et al | Michael T. Grant | LECLAIRRYAN | One International Place, 11th Floor | | Boston | MA | 02110 |
| Residential Asset Mortgage Products Inc.; Residential Asset Securities Corporation; et al | Michael T. Grant | LECLAIRRYAN | One International Place, 11th Floor | | Boston | MA | 02110 |
| Residential Funding Securities, LLC | CARPENTER LIPPS & LELAND LLP | Jennifer A. L. Battle, Jeffrey A. Lipps | 280 North High Street, Suite 1300 | | Columbus | OH | 43215 |
| Residential Funding Securities, LLC | Charles Salem Korschun, S. Christopher Provenzano | MAYER BROWN LLP | 1675 Broadway | | New York | NY | 10019 |
| Residential Funding Securities, LLC | DORSEY & WHITNEY LLP | Eric Benjamin Epstein | 51 West 52nd Street | | New York | NY | 10019 |

Exhibit A
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| Reynolds, Mable Louise | Suzanne Hill | P.O Box 58 | | | Waco | TX | 76703-0058 |
| Robert Baron, Chris Belelieu, Karin Demasi, JW Earnhardt, LA Moskowitz, O H Nasab | | Worldwide Plaza 825 Eighth Avenue | | | New York | NY | 10019 |
| Saco I Inc. | BINGHAM McCUTCHEN LLP | David W. Penn, Beth I. Z. Boland & Nikki Jean Fisher | One Federal Street | | Boston | MA | 02110 |
| Sarah Hawa Bawany Yousuf | Sarah Hawa Bawany Yousuf | 1370 Avenue of the Americas | | | New York | NY | 10019 |
| Scott A. Scher; Rhonda Saxton | Mazin Ahmad Sbaiti | Susman Godfrey LLP | 901 Main St., Ste. 5100 | | Dallas | TX | 75202 |
| Sean T. Carnathan | Sean T. Carnathan | O'CONNOR, CARNATHAN, AND MACK LLC | 1 Van de Graaf Drive, Suite 104 | | Burlington | MA | 01803 |
| Securitized Asset Backed Receivables LLC | Gary R. Greenberg | GREENBERG TRAURIG LLP | One International Place | | Boston | MA | 02110 |
| Securitized Asset Backed Receivables LLC | Thomas H. Good | GOODWIN PROCTER LLP | Exchange Place - 53 State Street | | Boston | MA | 02109 |
| Simpson Thacher & Bartlett LLP | Barry R. Ostrager, Lisa H. Rubin, Mary Kay Vyskocil | 425 Lexington Avenue | | | New York | NY | 10017 |
| SNR DENTON US LLP | Reid L. Ashinoff, Jonathan D. Forstot, Justin Kattan | 1221 Avenue of the Americas | | | New York | NY | 10020 |
| Spears & Imes LLP | Benjamin T. Alden, Justin A. Diebler, Charlita Mays | 51 Madison Avenue | | | New York | NY | 10010 |
| Stanwich Asset Acceptance Company, L.L.C. | DENTONS US LLP | Philip A. O'Connell, Jr. | 101 Federal Street, Suite 2750 | | Boston | MA | 02110 |
| Stanwich Asset Acceptance Company, L.L.C. | DENTONS US LLP | Philip A. O'Connell, Jr. | 101 Federal Street, Suite 2750 | | Boston | MA | 02110 |
| Suhana S. Han | Suhana S. Han | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 |
| Sullivan & Cromwell LLP | Darrell Cafasso, Allison Cambria, Theodore Edelman, Richard H. Klapper | 125 Broad Street | & Lara J. Loyd, Jordan T. Razza, Gregory C. Shih | | New York | NY | 10004 |
| Suntrust Capital Markets, Inc. | James W. Cobb, Dan Foster Laney, III, Jeffrey W. Willis | ROGERS & HARDIN LLP | 229 Peachtree Street, N.E. 2700 International Tower | | Atlanta | GA | 30303 |
| Susanna M. Buergel Brad S. Karp | Susanna M. Buergel, Brad S. Karp | 1285 Avenue of the Americas | | | New York | NY | 10019 |
| The Union Central Life Insurance Company | Steven W. Pepich | ROBBINS GELLER RUDMAN & DOWD LLP | 655 West Broadway, Suite 1900 | | San Diego | CA | 92101 |
| Thomas H. Good | Thomas H. Good | GOODWIN PROCTER LLP | Exchange Place 53 State Street | | Boston | MA | 02109 |
| Thomas Teige Carroll New York State Attorney General | Thomas Teige Carroll | Equitable Building 120 Broadway, 23rd Floor | | | New York | NY | 10271 |
| Timothy A. Delange Matthew P. Jubenville Takeo A. Kellar David R. Stickney Laurence R. Wrathall | Timothy A. Delange, Matthew P. Jubenville, Takeo A. Kellar, David R. Stickney, Laurence R. Wrathall | 12481 High Bluff Drive, Suite 300 | | | San Diego | CA | 92130 |
| U.S. Department of Justice | Bradley Heath Cohen | P.O. Box 883 | | | Washington | DC | 20044 |
| UBS AG | Alan Craig Turner | SIMPSON THACHER & BARTLETT LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| UBS Securities LLC | Azure Abuirmeileh | COLLORA LLP | 100 High Street, 20th Floor | | Boston | MA | 02210 |
| UBS Securities LLC | Kathy B. Weinman, Jennifer M. Ryan | COLLORA LLP | 600 Atlantic Avenue, 12th Floor | | Boston | MA | 02210 |
| WAMU Capital Corp. & WAMU Mortgage Securities Corp. | CRAVATH SWAINE & MOORE LLP | Joe Wesley Earnhardt, Michael A. Paskin, Daniel Slifkin | 825 Eighth Avenue | | New York | NY | 10019 |
| Wells Fargo Asset Securities Corp Wells Fargo Bank NA | MUNGER, TOLLES & OLSON LLP | Erin Joan Cox, James Christopher Rutten, Christian K. Wrede | 355 South Grand Avenue, 35th Floor | | Los Angeles | LA | 90071 |
| Wells Fargo Asset Securities Corporation | CLEARY GOTTLIEB STEEN & HAMILTON, LLP | Victor L. Hou | One Liberty Plaza | | New York | NY | 10006 |
| Wells Fargo Asset Securities Corporation | RUSKIN MOSCOU FALTISCHEK, P.C. | Mark Steven Mulholland, Robert F. Regan, Jeffrey A. Wurst | 1425 RexCorp Plaza East Tower, 15th Floor | | Uniondale | NY | 11556 |
| Wells Fargo Bank, N.A. | Syed M. Reza, Mary Catherine Zinsner | Troutman Sanders, LLP | 1660 International Drive, Ste. 600 | | McLean | VA | 22102 |
| Wendy P. Harper Paul A. Serritella | Wendy P. Harper, Paul A. Serritella | 885 Third Avenue | | | New York | NY | 10022 |
| William F. Alderman | William F. Alderman | The Orrick Building 405 Howard Street San Francisco, CA | | | San Francisco | CA | 94105 |
| William J. Straface | | 131 Creeks End Lane | | | Kimberton | PA | 19442 |
| William K. Diehl, Jr. James McElroy and Diehl | William K. Diehl, Jr. James McElroy and Diehl | 600 S College Street, Suite 3000 | | | Charlotte | NC | 28202 |
| Williams & Connolly LLP | Margaret A. Keeley, James H. Weingarten | 725 Twelfth Street, N.W. | | | Washington | DC | 20007 |
| WILMERHALE | | 60 State Street | | | Boston | MA | 02109 |
| Yavar Bathaee, Darrell Cafasso, Allison Cambria, Theodore Edelman, Richard H. Klapper, Jordan T. Razza | & Kamil E. Redmond, David M. J. Rein, Michael T. Tomaino, Jr. | 125 Broad Street | | | New York | NY | 10004 |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF (I) APPROVAL OF DISCLOSURE
STATEMENT, (II) DEADLINE FOR VOTING ON PLAN,
(III) HEARING TO CONSIDER CONFIRMATION OF PLAN, AND
(IV) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **APPROVAL OF DISCLOSURE STATEMENT**. By order dated August 23, 2013 (the "**Disclosure Statement Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the *Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (as the same may be amended, modified, and/or supplemented, the "**Disclosure Statement**") as containing adequate information, and directed the Plan Proponents to solicit votes with regard to the approval or rejection of the *Joint Chapter11 Plan of Reorganization Proposed By Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors*, dated August 23, 2013 (as may be amended, modified or supplemented, including the Plan Supplement and all other exhibits and schedules, the "**Plan**"). Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. **RECORD DATE FOR VOTING PURPOSES**. Only creditors who hold Claims on August 16, 2013 (the "**Voting Record Date**") are entitled to vote on the Plan.

3. **VOTING DEADLINE**. All votes to accept or reject the Plan must be actually received by the Debtors' voting agent, Kurtzman Carson Consultants, LLC ("**KCC**") by no later than **7:00 p.m. (Eastern Time) on October 21, 2013** (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote. Ballots received by facsimile or e-mail, or any other means other than by mail, hand delivery or overnight courier, **will not** be counted.

4. **ENTITLEMENT TO VOTE ON PLAN**. Holders of Claims in the following classes are entitled to vote to accept or reject the Plan: **R-3, R-4, R-5, R-6, R-7, R-8, R-11, R-12, GS-3, GS-4A, GS-4B, GS-5, GS-6, GS-7, GS-10, RS-3, RS-4, RS-5, RS-6, RS-7, RS-8, RS-11, and RS-12**.

The following creditors are **not** entitled to vote on the Plan: (i) holders of Claims in the following classes: **R-1, R-2, R-9, R-10, GS-1, GS-2, GS-8, GS-9, RS-1, RS-2, RS-9, and RS-10**; (ii) holders of Claims that are the subject to filed objections by September 20, 2013, (iii) holders of Claims with an outstanding amount of not greater than zero ($0.00) as of the Voting Record Date, (iv) holders of Claims that have been disallowed or expunged as of the Voting Record Date, (v) holders of Claims scheduled by the Debtors as contingent, unliquidated, or disputed when a proof of claim was not filed by the General Bar Date or deemed timely filed by order of the Bankruptcy Court at least five (5) business days prior to the Voting Deadline, and (vi) creditors who are not included in the Schedules and who have not filed a Proof of Claim by the General Bar Date.

- 1 -

5. **TEMPORARY CLAIM ALLOWANCE FOR VOTING PURPOSES.** If you have timely filed a proof of claim and you disagree with the classification of, objection to, or request for estimation of, your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a copy to chambers) a motion (a "**Temporary Allowance Request Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed and served before the 10th day after the later of (i) service of the Confirmation Hearing Notice if an objection to a specific claim is pending, and (ii) service of a notice of an objection, if any, as to the specific claim, but in no event later than **September 30, 2013**. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Temporary Allowance Request Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Court on or before **October 23, 2013**. Creditors may contact KCC at (888) 251-2914 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted.

6. **CONFIRMATION HEARING**. A hearing (the "**Confirmation Hearing**") to consider the confirmation of the Plan will be held on **November 19, 2013 at 10:00 a.m. (Eastern Time)** before the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, in Room 501, One Bowling Green, New York, New York 10004-1408. The Confirmation Hearing may be adjourned from time to time by the Court or the Plan Proponents without further notice other than adjournments announced in open Court or as indicated in any notice of agenda of matters scheduled for a particular hearing that is filed with the Court. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the terms of the Plan, and other applicable law, without further notice, prior to, or as a result of, the Confirmation Hearing.

---

ARTICLE IX OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE IX.D CONTAINS A THIRD PARTY RELEASE.

**IF YOU: (1) VOTE TO ACCEPT THE PLAN, OR (2) FAIL TO TIMELY AND/OR PROPERLY SUBMIT A BALLOT, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE THIRD PARTY RELEASE CONTAINED IN ARTICLE IX.D OF THE PLAN, THE EXCULPATION PROVISION CONTAINED IN ARTICLE IX.G OF THE PLAN, AND THE INJUNCTION PROVISION CONTAINED IN ARTICLE IX.H OF THE PLAN, EACH COPIED BELOW.**

**REGARDLESS AS TO HOW OR WHETHER YOU VOTED ON THE PLAN, IF THE PLAN IS CONFIRMED, THE RELEASE, EXCULPATION AND INJUNCTION PROVISIONS CONTAINED IN ARTICLE IX OF THE PLAN WILL BE BINDING UPON YOU.** THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

---

7. Article IX of the Plan provides for the following Third Party Release, Exculpation and Injunction provisions:

THE RELEASE IN ARTICLE IX.D OF THE PLAN PROVIDES:

**ON AND AS OF THE EFFECTIVE DATE OF THE PLAN, THE HOLDERS OF CLAIMS AND EQUITY INTERESTS, SHALL BE DEEMED TO PROVIDE A FULL AND COMPLETE DISCHARGE AND RELEASE TO THE ALLY RELEASED PARTIES AND THEIR RESPECTIVE PROPERTY FROM ANY AND ALL CAUSES OF ACTION WHATSOEVER, WHETHER KNOWN OR UNKNOWN, ASSERTED OR UNASSERTED, DERIVATIVE OR DIRECT, FORESEEN OR UNFORESEEN, EXISTING OR HEREINAFTER ARISING, IN LAW, EQUITY, OR OTHERWISE, WHETHER FOR TORT, FRAUD, CONTRACT, VIOLATIONS OF FEDERAL OR STATE SECURITIES LAWS, VEIL PIERCING OR ALTER-EGO THEORIES OF LIABILITY, CONTRIBUTION, INDEMNIFICATION, JOINT LIABILITY, OR OTHERWISE, ARISING FROM OR RELATED IN ANY WAY TO THE DEBTORS, INCLUDING THOSE IN ANY WAY RELATED TO RMBS ISSUED AND/OR SOLD BY THE DEBTORS OR THEIR**

AFFILIATES AND/OR THE CHAPTER 11 CASES OR THE PLAN, AND ANY OBLIGATIONS UNDER THE DOJ/AG SETTLEMENT, THE CONSENT ORDER, AND THE ORDER OF ASSESSMENT.

ENTRY OF THE CONFIRMATION ORDER SHALL CONSTITUTE THE BANKRUPTCY COURT'S APPROVAL, UNDER SECTION 1123 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, OF THE THIRD PARTY RELEASE, AND FURTHER, SHALL CONSTITUTE THE BANKRUPTCY COURT'S FINDING THAT THIS THIRD PARTY RELEASE IS: (1) IN EXCHANGE FOR THE GOOD, VALUABLE AND SUBSTANTIAL CONSIDERATION PROVIDED BY THE ALLY RELEASED PARTIES; (2) IN THE BEST INTERESTS OF THE DEBTORS, THE ESTATES, THE LIQUIDATING TRUST AND ALL HOLDERS OF CLAIMS AND EQUITY INTERESTS; (3) FAIR, EQUITABLE AND REASONABLE; (4) GIVEN AND MADE AFTER DUE NOTICE AND OPPORTUNITY FOR A HEARING; (5) JUSTIFIED BY TRULY UNUSUAL CIRCUMSTANCES; (6) AN ESSENTIAL COMPONENT AND CRITICAL TO THE SUCCESS OF THE PLAN; (7) RESULTED IN DISTRIBUTIONS TO THE CREDITORS THAT WOULD OTHERWISE HAVE BEEN UNAVAILABLE; (8) THE RESULT OF AN IDENTITY OF INTEREST BETWEEN THE DEBTORS AND THE ALLY RELEASED PARTIES REGARDING THE PLAN; AND (9) A BAR TO ANY PARTY ASSERTING A CLAIM OR CAUSE OF ACTION RELEASED PURSUANT TO THIS THIRD PARTY RELEASE AGAINST ANY OF THE ALLY RELEASED PARTIES.

THE EXCULPATION IN ARTICLE IX.G OF THE PLAN PROVIDES:

THE EXCULPATED PARTIES SHALL NEITHER HAVE, NOR INCUR, ANY LIABILITY TO ANY ENTITY FOR ANY PRE-PETITION OR POST-PETITION ACT OR OMISSION TAKEN IN CONNECTION WITH, OR RELATED TO, FORMULATING, NEGOTIATING, PREPARING, DISSEMINATING, SOLICITING, IMPLEMENTING, ADMINISTERING, CONFIRMING, OR EFFECTING THE CONSUMMATION OF ANY PREPETITION PLAN SUPPORT AGREEMENTS, THE PLAN SUPPORT AGREEMENT, THE PLAN, THE DISCLOSURE STATEMENT, THE FGIC SETTLEMENT AGREEMENT, THE KESSLER SETTLEMENT AGREEMENT, THE RMBS SETTLEMENT, OR ANY CONTRACT, INSTRUMENT, RELEASE, OR OTHER AGREEMENT OR DOCUMENT CREATED OR ENTERED INTO IN CONNECTION WITH THE PLAN, PROVIDED, THAT THE FOREGOING PROVISIONS OF THIS EXCULPATION SHALL HAVE NO EFFECT ON THE LIABILITY OF ANY ENTITY THAT RESULTS FROM ANY SUCH ACT THAT IS DETERMINED IN A FINAL, NON-APPEALABLE ORDER TO HAVE CONSTITUTED GROSS NEGLIGENCE OR WILLFUL MISCONDUCT; PROVIDED, FURTHER, THAT THE EXCULPATED PARTIES SHALL BE ENTITLED TO RELY UPON THE ADVICE OF COUNSEL AND FINANCIAL ADVISORS CONCERNING HIS, HER, OR ITS DUTIES PURSUANT TO, OR IN CONNECTION WITH, ANY PREPETITION PLAN SUPPORT AGREEMENT, THE PLAN SUPPORT AGREEMENT, THE PLAN, THE DISCLOSURE STATEMENT, THE FGIC SETTLEMENT AGREEMENT, AND THE RMBS SETTLEMENT.

THE INJUNCTION IN ARTICLE IX.H OF THE PLAN PROVIDES:

EXCEPT AS OTHERWISE PROVIDED IN THE CONFIRMATION ORDER OR HEREIN AND IN ACCORDANCE WITH ARTICLE IX.E HEREOF, ALL ENTITIES, INCLUDING INVESTORS, WHO HAVE HELD, HOLD OR MAY HOLD CLAIMS, EQUITY INTERESTS, CAUSES OF ACTION OR LIABILITIES THAT CONSTITUTE RELEASED CLAIMS, ARE PERMANENTLY ENJOINED AND PRECLUDED, FROM AND AFTER THE EFFECTIVE DATE OF THE PLAN, FROM: (A) COMMENCING OR CONTINUING IN ANY MANNER OR ACTION OR OTHER PROCEEDING OF ANY KIND AGAINST ANY RELEASED PARTY WHETHER DIRECTLY, DERIVATIVELY OR OTHERWISE, ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS; (B) ENFORCING, ATTACHING, COLLECTING OR RECOVERING BY ANY MANNER OR MEANS ANY JUDGMENT, AWARD, DECREE OR ORDER AGAINST ANY RELEASED PARTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS; (C) CREATING, PERFECTING OR ENFORCING ANY LIEN (OTHER THAN ANY CHARGING LIEN OF A TRUSTEE UNDER ITS RESPECTIVE INDENTURE), CLAIM OR

ENCUMBRANCE OF ANY KIND AGAINST ANY RELEASED PARTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS; (D) ASSERTING ANY RIGHT TO SETOFF, SUBROGATION OR RECOUPMENT OF ANY KIND AGAINST ANY OBLIGATION DUE FROM ANY RELEASED PARTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS UNLESS SUCH HOLDER HAS FILED A MOTION REQUESTING THE RIGHT TO PERFORM SUCH SETOFF ON OR BEFORE THE CONFIRMATION DATE, AND NOTWITHSTANDING ANY INDICATION IN A PROOF OF CLAIM OR EQUITY INTEREST OR OTHERWISE THAT SUCH HOLDER ASSERTS, HAS OR INTENDS TO PRESERVE ANY RIGHT OF SETOFF PURSUANT TO SECTION 553 OF THE BANKRUPTCY CODE OR OTHERWISE; (E) COMMENCING OR CONTINUING IN ANY MANNER OR ACTION OR OTHER PROCEEDING OF ANY KIND AGAINST ANY RELEASED PARTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS; AND (F) SEEKING RELIEF OR COLLECTING JUDGMENTS ON AN INVESTOR-RELATED SECURITIES CLAIM IN A MANNER THAT FAILS TO CONFORM WITH THE TERMS OF THE JUDGMENT REDUCTION PROVISION SET FORTH IN THE PLAN AND THE CONFIRMATION ORDER; <u>**PROVIDED**</u>, THAT NOTHING CONTAINED HEREIN SHALL BE CONSTRUED TO PREVENT ANY ENTITY FROM OBJECTING TO CLAIMS OR DEFENDING AGAINST CLAIMS OBJECTIONS OR COLLECTION ACTIONS WHETHER BY ASSERTING A RIGHT OF SETOFF OR OTHERWISE TO THE EXTENT PERMITTED BY LAW. SUCH INJUNCTION SHALL EXTEND TO THE SUCCESSORS OF THE LIQUIDATING TRUST, IF ANY, AND TO THEIR RESPECTIVE PROPERTIES AND INTERESTS IN PROPERTY. ANY PERSON INJURED BY ANY WILLFUL VIOLATION OF THIS INJUNCTION SHALL BE ENTITLED TO RECOVER ACTUAL DAMAGES, INCLUDING COSTS AND ATTORNEYS' FEES AND, IN APPROPRIATE CIRCUMSTANCES, MAY RECOVER PUNITIVE DAMAGES FROM THE WILLFUL VIOLATOR.

8.    **<u>OBJECTIONS TO CONFIRMATION</u>**.  Responses and objections, if any, to confirmation of the Plan **must**: (i) be in writing, (ii) state the name and address of the objecting or responding party and the amount and nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection or response, (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, (v) be filed electronically with the Bankruptcy Court in accordance with the Case Management Procedures, dated May 23, 2012 [Docket No. 141] (available at www.kccllc.net/rescap), and (vi) served in accordance in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) so as to be actually received **on or before 4:00 p.m. (Eastern Time) on October 21, 2013** on the following parties: (a) the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408; (b) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (c) the Debtors, (i) if by mail or courier to: Residential Capital LLC, Lewis Kruger, CRO, c/o Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104; with copies to: Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York, 10104, Attn: Gary Lee, Lorenzo Marinuzzi, and Todd Goren; (ii) if by email to: Lewis.Kruger@gmacrescap.com, glee@mofo.com, lmarinuzzi@mofo.com, and tgoren@mofo.com; (d) the Creditors' Committee, (i) if by mail or courier to: Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036, Attn: Kenneth H. Eckstein, Douglas H. Mannal and Stephen D. Zide; (ii) if by email to: keckstein@kramerlevin.com, dmannal@kramerlevin.com, and szide@kramerlevin.com; (e) Ally, (i) if by mail or courier to: Ally Financial, Inc., 1177 Avenue of the Americas, New York, NY 10036; Attn: William B. Solomon and Timothy Devine; with copies to: Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Richard M. Cieri and Ray C. Schrock; (ii) if by email to: richard.cieri@kirkland.com and ray.schrock@kirkland.com; and (f) the Office of the United States Trustee, Southern District of New York, by mail or courier to: U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Brian Masumoto and Michael Driscoll.

**CONFIRMATION OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH HEREIN MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND MAY BE OVERRULED WITHOUT FURTHER NOTICE.**

9. **ADDITIONAL INFORMATION**. Copies of the Disclosure Statement and Plan may be obtained (i) from KCC (a) at the ResCap restructuring website at www.kccllc.net/rescap, by clicking on the "Court Documents" link, (b) upon request by mail to ResCap Balloting Center, c/o, KCC, 2335 Alaska Ave., El Segundo, California, 90245, or (c) upon request by calling the ResCap restructuring hotline at (888) 251-2914 or (ii) for a fee via PACER at www.nysb.uscourts.gov (a PACER login and password are required to access documents on the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). Copies of the Plan and Disclosure Statement may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004.

**IF YOU HAVE ANY QUESTIONS RELATED TO THIS NOTICE, PLEASE CALL THE DEBTORS' BANKRUPTCY HOTLINE AT (888) 251-2914.**

**PLEASE NOTE THAT KCC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**ATTENTION BORROWERS:**

**SilvermanAcampora LLP has been approved as special borrower counsel to the Official Committee of Unsecured Creditors and is available to answer any questions you may have as a borrower whose loan was originated, sold, consolidated, purchased, and/or serviced by Residential Capital LLC or any of its subsidiaries.**

**Please call 866-259-5217 if you have questions regarding any notice you received from Residential Capital, LLC or any of its subsidiaries.**

Dated: New York, New York
August 23, 2013

| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Gary S. Lee | |
| Lorenzo Marinuzzi | Kenneth H. Eckstein |
| Todd M. Goren | Douglas H. Mannal |
| Jennifer L. Marines | Stephen D. Zide |
| Daniel J. Harris | 1177 Avenue of the Americas |
| 1290 Avenue of the Americas | New York, New York 10036 |
| New York, New York 10104 | |
| | |
| *Counsel for Debtors and Debtors in Possession* | *Counsel for the Official Committee of Unsecured Creditors* |