UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                       :    Case No. 12-12020 (MG)
                                                           :
                                                           :
                                                           :    (Jointly Administered)
            Debtors.                                       :
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On September 9, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (I) Approval of Disclosure Statement, (II) Deadline for Voting on Plan, (III) Hearing to Consider Confirmation of Plan, and (IV) Deadline for Filing Objections to Confirmation of Plan**, attached hereto as **Exhibit B**

Dated: September 26, 2013

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th of September, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# EXHIBIT A

Exhibit A
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| Akerman Senterfitt, LLP | Gregory M. McCoskey | Nationwide Title Clearing | 401 E. Jackson Street, Suite 1700 | | Tampa | FL | 33602 |
| Alex Sink, Chief Financial Officer Pete Dunbar, General Counsel | Florida Department of Financial Services | State of Florida | 200 East Gaines Street | | Tallahassee | FL | 32399 |
| Alston & Bird | Michael L. Brown | Select Portfolio Services, Inc. | 1201 West Peachtree Street | | Atlanta | GA | 30309 |
| André Birotte, Jr., United States Attorney George S. Cardona, First Assistant United States Attorney | U.S. Attorney's Office for the Central District of California | State of California | 1200 United States Courthouse | 312 North Spring Street | Los Angeles | CA | 90012 |
| Andrew Marcaccio, Esquire Mark Dingley, Esquire | Rhode Island Treasurer's Office | State of Rhode Island | State House, Room 102 | | Providence | RI | 02903 |
| Anne M. Tompkins, United States Attorney U.S. Attorney's Office for the Western District of North Carolina | | State of North Carolina | 227 West Trade Street, Suite 1650 | | Charlotte | NC | 28202 |
| Arnold & Porter, LLP | James W. Cooper | Aurora Loan Services, LLC | 555 12th Street, N.W. | | Washington | DC | 20004 |
| Attorney General for the Commonwealth of Massachusetts Peter Leight, | Assistant Attorney General, Insurance & Financial Services Division Madonna E. Cournoyer, Assistant Attorney General, Insurance & Financial Services Division Timothy Hoitink, Assistant Attorney General, Insurance & Financial Services Division Office of the Attorney General | Commonwealth of Massachusetts | One Ashburton Place | | Boston | MA | 02108 |
| Attorney General for the Commonwealth of Virginia | Ms. Erica Bailey, Assistant Attorney General Bill Norris, Assistant Attorney General | Guy Horsley, Special Assistant Attorney General Office of the Attorney General | Commonwealth of Virginia | 900 East Main Street | Richmond | VA | 23219 |
| Attorney General for the District of Columbia Ellen Efros, Deputy Attorney General, Public Interest Division | Bennett Rushkoff, Chief, Public Advocacy Section Jane Drummey, Assistant Attorney General Office of the Attorney General | District of Columbia | 441 4th Street, NW | | Washington | DC | 20001 |
| Attorney General for the State of California Martin H. Goyette, Senior Assistant Attorney General | Frederick W. Acker, Deputy Attorney General Emily C. Kalanithi, Deputy Attorney General Nicklas A. Akers, Deputy Attorney General Office of the Attorney General | State of California | 455 Golden Gate Ave., Suite 11000 | | San Francisco | CA | 94102 |
| Attorney General for the State of Delaware Edward K. Black, Deputy Attorney General, Civil Division | Delaware Attorney General's Office | State of Delaware | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Attorney General for the State of Florida William Foster, Assistant Attorney General | Russell Kent, Special Counsel for Litigation Office of the Attorney General of Florida | State of Florida | PL-01 The Capitol | | Tallahassee | FL | 32399 |
| Attorney General for the State of Hawaii Michael S. Vincent, Supervising Deputy Attorney General | Steve A. Bumanglag, Deputy Attorney General Department of the Attorney General | State of Hawaii | 425 Queen Street, Room 212 | | Honolulu | HI | 96813 |
| Attorney General for the State of Illinois Malini Rao, Assistant Attorney General, Special Litigation Bureau | Harpeet K. Khera, Assistant Attorney General, Special Litigation Bureau | Office of the Illinois Attorney General | State of Illinois | 100 West Randolph Street, 13th Floor | Chicago | IL | 60601 |
| Attorney General for the State of Indiana David A. Paetzmann, | Deputy Attorney General Abigail Kuzma, Deputy Attorney General Office of the Indiana Attorney General | State of Indiana | Indiana Government Center South | 302 West Washington Street | Indianapolis | IN | 46204 |
| Attorney General for the State of Minnesota Scott H. Ikeda, | Assistant Attorney General Office of the Minnesota Attorney General | State of Minnesota | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101 |
| Attorney General for the State of Montana James P. Molloy, | Chief of Consumer Protection Department of Justice | State of Montana | 215 North Sanders Street | P.O. Box 201401 | Helena | MT | 59620 |
| Attorney General for the State of Nevada Ernest Figueroa, Chief Deputy Attorney General | John R. McGlamery, Senior Deputy Attorney General, Bureau of Consumer Protection Office of the Attorney General | State of Nevada | 100 North Carson Street | | Carson City | NV | 89701 |
| Attorney General for the State of New Hampshire Karen Gorham, | Assistant Attorney General Robert Adams, Assistant Attorney General New Hampshire Office of the Attorney General | State of New Hampshire | 33 Capitol Street | | Concord | NH | 03301 |
| Attorney General for the State of New Jersey Joan E. Karn, | Deputy Attorney General, Division of Law, Government & Healthcare Fraud Office of the Attorney General | State of New Jersey | 124 Halsey Street, 5th Floor | P.O. Box 45029 | Newark | NJ | 07101 |
| Attorney General for the State of New Jersey Office of the Attorney General | | State of New Jersey | 25 Market Street | | Trenton | NJ | 08625 |
| Attorney General for the State of New Mexico Seth T. Cohen, Special Counsel | Office of the Attorney General for New Mexico | State of New Mexico | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| Attorney General for the State of New York | Office of the Attorney General | State of New York | Department of Law | The Capitol | Albany | NY | 12224 |
| Attorney General for the State of North Carolina Harriett Farthing Worley, Special Deputy Attorney General, Consumer Protection Division | Kevin Anderson, Senior Deputy Attorney General, Consumer Protection Division | Phillip Woods, Special Attorney General and Deputy Director, Consumer Protection Division North Carolina Department of Justice | State of North Carolina | 114 West Edenton Street | Raleigh | NC | 27602 |
| Attorney General for the State of Oklahoma Office of the Attorney General | | State of Oklahoma | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Attorney General for the State of Rhode Island Office of the Attorney General | | State of Rhode Island | 150 South Main Street | | Providence | RI | 02903 |
| Bank of New York Mellon | Nandini Mani Marla Alhadeff | Bank of New York Mellon Corporation | One Wall Street | | New York | NY | 10286 |
| Bart Daniels | | Bank of America Corporation | 7 State Street | | Charleston | SC | 29401 |
| Berger Singerman LLP | Melanie Hines | DOCX, LLC and Lender Processing Services, Inc. | 125 South Gadsden Street, Suite 300 | | Tallahassee | FL | 32301 |
| Bill Nettles, United States Attorney Frances C. Trapp, Assistant United States Attorney | U.S. Attorney's Office for the District of South Carolina | State of South Carolina | 1441 Main Street, Suite 500 | | Columbia | SC | 29201 |
| Bingham McCutchen LLC | Mary Gail Gearns | Saxon Mortgage Services, Inc. | 399 Park Avenue | | New York | NY | 10022 |

Exhibit A
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| Bingham McCutchen, LLP | Patrick Strawbridge Mark Robinson | Carrington Mortgage Services | One Federal Street | | Boston | MA | 02110 |
| City of Chicago, Law Department | Mara S. Georges, Corporation Counsel | City of Chicago | 121 North LaSalle Street, Room 600 | | Chicago | IL | 60602 |
| Dave Thomas Inspector General of Indiana | | State of Indiana | 315 W. Ohio Street, Room 104 | | Indianapolis | IN | 46204 |
| Debevoise & Plimpton, LLP | Andrew Ceresney Mary Beth Hogan | JP Morgan Chase Bank, National Association | 919 Third Avenue | | New York | NY | 10022 |
| Dickstein Shapiro, LLP | Barbara "Biz" Van Gelder | DOCX, LLC and Lender Processing Services, Inc. | 1825 Eye Street NW | | Washington | DC | 20006 |
| Grant & Eisenhofer, P.A. | Jay W. Eisenhofer James J. Sabella Lydia Ferrarese | States of California, Delaware, Florida, Hawaii, Illinois, Indiana, Massachusetts, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Virginia, the District of Columbia, the City of Chicago, the City of New York, and Lynn E. Szymoniak | 485 Lexington Avenue | | New York | NY | 10017 |
| Grant & Eisenhofer, P.A. | Reuben Guttman | States of California, Delaware, Florida, Hawaii, Illinois, Indiana, Massachusetts, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Virginia, the District of Columbia, the City of Chicago, the City of New York, and Lynn E. Szymoniak | 1920 L Street, N.W., Suite 400 | | Washington | DC | 20036 |
| Grant & Eisenhofer, P.A. | Stuart M. Grant | Lynn E. Szymoniak | 123 Justison Street | | Wilmington | DE | 19801 |
| Homeward Residential | Eric J. Spett Nathan J. Bouchér | American Home Mortgage Servicing, Inc. | 1525 S. Beltline Road | | Coppell | TX | 75019 |
| Janet, Jenner & Suggs, LLC | Howard Janet | States of California, Delaware, Florida, Hawaii, Illinois, Indiana, Massachusetts, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Virginia, the District of Columbia, the City of Chicago, the City of New York, and Lynn E. Szymoniak | Woodholme Center | 1829 Reistertown Road, Suite 320 | Baltimore | MD | 21208 |
| Janet, Jenner & Suggs, LLC | Kenneth M. Suggs | States of California, Delaware, Florida, Hawaii, Illinois, Indiana, Massachusetts, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Virginia, the District of Columbia, the City of Chicago, the City of New York, and Lynn E. Szymoniak | 500 Taylor Street | | Columbia | SC | 29201 |
| Joyce R. Branda, Deputy Director, Civil Division, Commercial Litigation Branch, Fraud Section | William C. Edgar, Attorney, Civil Division, Commercial Litigation Branch, Fraud Section | John Warshawsky, Attorney, Civil Division, Commercial Litigation Branch, Fraud Section Brian McCabe, Attorney, Civil Division, Commercial Litigation Branch, Fraud Section Michael D. Granston, Attorney, Civil Division, Commercial Litigation Branch | Renee Brooker, Attorney, Civil Division, Commercial Litigation Branch United States Department of Justice | Ben Franklin Station | Washington | DC | 20044 |
| K & L Gates, LLP | Amy Pritchard Williams | Wells Fargo Bank, National Association and Wells Fargo Home Mortgage, Inc. d/b/a America's Servicing Company | 214 N. Tyron Street, 47th Floor | | Charlotte | NC | 28202 |
| K & L Gates, LLP | Krista Cooley Laurence Platt | Bayview Loan Servicing LLC and Vericrest Financial, Inc. | 1601 K Street, NW | | Washington | DC | 20006 |
| Latham & Watkins LLP | Richard Owens Marianne M. Recher Noreen A. Kelly-Dynega | Ace Securities | 885 Third Avenue | | New York | NY | 10022 |
| Mayer Brown LLP | Jason Kravitt Michael Ware | Bank of New York Mellon Corporation and HSBC USA, National Association | 1675 Broadway | | New York | NY | 10019 |
| Mayer Brown LLP | William Michael, Jr. John Gregory Deis | HSBC USA, National Association | 71 S. Wacker Drive | | Chicago | IL | 60606 |
| McGlinchey Stafford | David R. Dugas | American Home Mortgage Servicing, Inc. and OCWEN Loan Servicing | 301 Main Street, 14th Floor | | Baton Rouge | LA | 70801 |
| McGlinchey Stafford | Gerard E. Wimberly, Jr. Dylan T. Thriffiley Daniel T. Plunkett | American Home Mortgage Servicing, Inc. and OCWEN Loan Servicing | 601 Poydras Street, 12th Floor | | New Orleans | LA | 70130 |
| Morgan, Lewis & Bockius, LLP | Michael S. Kraut Ragina Schaffer-Goldman Leslie Caldwell | Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas | 101 Park Avenue | | New York | NY | 10178 |
| Morris Manning & Martin, LLP | John Williamson, Partner | Prommis Solutions | 1600 Atlanta Financial Center | 3343 Peachtree Street, N.E. | Atlanta | GA | 30326 |
| New York City Law Department | City of New York | 100 Church Street | | | New York | NY | 10007 |
| Office of the City Clerk | City of Chicago Clerk City of Chicago, | City of Chicago | 121 North LaSalle Street, Room 107 | | Chicago | IL | 60602 |
| O'Melveny & Myers LLP | David J. Leviss Lauren Sun | OneWest Bank | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Pepper Hamilton LLP | Louis Freeh | Mediator | The New York Times Building, 37th Floor | 620 Eighth Avenue | New York | NY | 10018 |
| Pepper Hamilton LLP | Omar McNeill | Mediator | Hercules Plaza, Suite 5100 | 1313 N. Market Street P.O. Box 1709 | Wilmington | DE | 19899 |
| Reed Smith, LLP | Eric A. Dubelier | U.S. Bank, National Association | 1301 K Street, N.W. | Suite 1100 - East Tower | Washington | DC | 20005 |

Exhibit A
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| Richard A. Harpootlian P.A. | Richard A. Harpootlian | States of California, Delaware, Florida, Hawaii, Illinois, Indiana, Massachusetts, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Virginia, the District of Columbia, the City of Chicago, the City of New York, and Lynn E. Szymoniak | 1410 Laurel Street | P.O. Box 1090 | Columbia | SC | 29201 |
| Rifkind, Wharton & Garrison, LLP | Maria T. Vullo Paul, Weiss, | Citibank National Association and CitiMortgage Inc., f/k/a Citi Residential Lending, Inc., f/k/a AMC Mortgage Services, Inc. | 1285 Avenue of the Americas | | New York | NY | 10019 |
| Scarborough LLP | Dwight F. Drake B. Rush Smith, III | HSBC USA, National Association | Meridian, 17th Floor | 1320 Main Street | Columbia | SC | 29201 |
| Schmidt and Copeland | Melissa J. Copeland | American Home Mortgage Servicing, Inc. | P.O. Box 11547 | | Columbia | SC | 29201 |
| Select Portfolio | Jason Miller, General Counsel | Select Portfolio Services, Inc. | 3815 SW Temple | | Salt Lake City | UT | 84115 |
| Sidley Austin LLP | Herbert F. Janick | Saxon Mortgage Services, Inc. | 85 Exchange Street, Suite 300 | | Portland | ME | 04101 |
| Sidley Austin, LLP | Douglas A. Axel | Bank of America Corporation | 555 W. Fifth Street, Suite 4000 | | Los Angeles | CA | 90013 |
| Sidley Austin, LLP | Robert Conlan Mark Hosban | Bank of America Corporation | 1501 K Street, NW | | Washington | DC | 20005 |
| Special Agent Malachi Blake, Defense Criminal Investigative Service | U.S. Department of Defense, Office of Inspector General | Office of Inspector General | 4800 Mark Center Drive | | Alexandria | VA | 22350 |
| Special Agent Richard Deer, Office of Labor Racketeering and Fraud Investigations | U.S. Department of Labor | Office of Inspector General | 200 Constitution Avenue, NW | Room S-5014 | Washington | DC | 20210 |
| Sullivan & Cromwell | Jeffrey Scott David Braff | HomeQ Servicing Corp. and Litton Loan Servicing | 125 Broad Street | | New York | NY | 10004 |
| Thomas Tiege Carroll, Deputy Bureau Chief, Investor Protection Bureau | New York State Office of the Attorney General | State of New York | 120 Broadway, 23rd Floor | | New York | NY | 10271 |
| Timothy J. Heaphy, United States Attorney | Rick Mountcastle, Chief, Civil Division U.S. Attorney's Office for the Western District of Virginia | Commonwealth of Virginia | 310 First Street, SW, Room 906 | | Roanoke | VA | 24011 |
| United States Attorney General Eric H. Holder Stuart F. Delery, Acting Assistant Attorney General | United States Department of Justice | Office of the Attorney General | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| Wells Fargo | Terry Krapfl | Wells Fargo Bank, National Association and Wells Fargo Home Mortgage, Inc. d/b/a America's Servicing Company | 420 Montgomery Street | | San Francisco | CA | 94163 |
| Wyche, P.A. | John C. Moylan | Bank of New York Mellon Corporation | 801 Gervais Street, Suite B | | Columbia | SC | 29204 |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF (I) APPROVAL OF DISCLOSURE
STATEMENT, (II) DEADLINE FOR VOTING ON PLAN,
(III) HEARING TO CONSIDER CONFIRMATION OF PLAN, AND
(IV) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **APPROVAL OF DISCLOSURE STATEMENT**. By order dated August 23, 2013 (the "**Disclosure Statement Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the *Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (as the same may be amended, modified, and/or supplemented, the "**Disclosure Statement**") as containing adequate information, and directed the Plan Proponents to solicit votes with regard to the approval or rejection of the *Joint Chapter11 Plan of Reorganization Proposed By Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors*, dated August 23, 2013 (as may be amended, modified or supplemented, including the Plan Supplement and all other exhibits and schedules, the "**Plan**"). Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. **RECORD DATE FOR VOTING PURPOSES**. Only creditors who hold Claims on August 16, 2013 (the "**Voting Record Date**") are entitled to vote on the Plan.

3. **VOTING DEADLINE**. All votes to accept or reject the Plan must be actually received by the Debtors' voting agent, Kurtzman Carson Consultants, LLC ("**KCC**") by no later than **7:00 p.m. (Eastern Time) on October 21, 2013** (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote. Ballots received by facsimile or e-mail, or any other means other than by mail, hand delivery or overnight courier, **will not** be counted.

4. **ENTITLEMENT TO VOTE ON PLAN**. Holders of Claims in the following classes are entitled to vote to accept or reject the Plan: **R-3, R-4, R-5, R-6, R-7, R-8, R-11, R-12, GS-3, GS-4A, GS-4B, GS-5, GS-6, GS-7, GS-10, RS-3, RS-4, RS-5, RS-6, RS-7, RS-8, RS-11, and RS-12**.

The following creditors are **not** entitled to vote on the Plan: (i) holders of Claims in the following classes: **R-1, R-2, R-9, R-10, GS-1, GS-2, GS-8, GS-9, RS-1, RS-2, RS-9, and RS-10**; (ii) holders of Claims that are the subject to filed objections by September 20, 2013, (iii) holders of Claims with an outstanding amount of not greater than zero ($0.00) as of the Voting Record Date, (iv) holders of Claims that have been disallowed or expunged as of the Voting Record Date, (v) holders of Claims scheduled by the Debtors as contingent, unliquidated, or disputed when a proof of claim was not filed by the General Bar Date or deemed timely filed by order of the Bankruptcy Court at least five (5) business days prior to the Voting Deadline, and (vi) creditors who are not included in the Schedules and who have not filed a Proof of Claim by the General Bar Date.

5.      **TEMPORARY CLAIM ALLOWANCE FOR VOTING PURPOSES.** If you have timely filed a proof of claim and you disagree with the classification of, objection to, or request for estimation of, your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a copy to chambers) a motion (a "**Temporary Allowance Request Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed and served before the 10th day after the later of (i) service of the Confirmation Hearing Notice if an objection to a specific claim is pending, and (ii) service of a notice of an objection, if any, as to the specific claim, but in no event later than **September 30, 2013**. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Temporary Allowance Request Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Court on or before **October 23, 2013**. Creditors may contact KCC at (888) 251-2914 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted.

6.      **CONFIRMATION HEARING**. A hearing (the "**Confirmation Hearing**") to consider the confirmation of the Plan will be held on **November 19, 2013 at 10:00 a.m. (Eastern Time)** before the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, in Room 501, One Bowling Green, New York, New York 10004-1408. The Confirmation Hearing may be adjourned from time to time by the Court or the Plan Proponents without further notice other than adjournments announced in open Court or as indicated in any notice of agenda of matters scheduled for a particular hearing that is filed with the Court. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the terms of the Plan, and other applicable law, without further notice, prior to, or as a result of, the Confirmation Hearing.

---

ARTICLE IX OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE IX.D CONTAINS A THIRD PARTY RELEASE.

**IF YOU: (1) VOTE TO ACCEPT THE PLAN, OR (2) FAIL TO TIMELY AND/OR PROPERLY SUBMIT A BALLOT, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE THIRD PARTY RELEASE CONTAINED IN ARTICLE IX.D OF THE PLAN, THE EXCULPATION PROVISION CONTAINED IN ARTICLE IX.G OF THE PLAN, AND THE INJUNCTION PROVISION CONTAINED IN ARTICLE IX.H OF THE PLAN, EACH COPIED BELOW.**

**REGARDLESS AS TO HOW OR WHETHER YOU VOTED ON THE PLAN, IF THE PLAN IS CONFIRMED, THE RELEASE, EXCULPATION AND INJUNCTION PROVISIONS CONTAINED IN ARTICLE IX OF THE PLAN WILL BE BINDING UPON YOU.** THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

---

7.      Article IX of the Plan provides for the following Third Party Release, Exculpation and Injunction provisions:

THE RELEASE IN ARTICLE IX.D OF THE PLAN PROVIDES:

ON AND AS OF THE EFFECTIVE DATE OF THE PLAN, THE HOLDERS OF CLAIMS AND EQUITY INTERESTS, SHALL BE DEEMED TO PROVIDE A FULL AND COMPLETE DISCHARGE AND RELEASE TO THE ALLY RELEASED PARTIES AND THEIR RESPECTIVE PROPERTY FROM ANY AND ALL CAUSES OF ACTION WHATSOEVER, WHETHER KNOWN OR UNKNOWN, ASSERTED OR UNASSERTED, DERIVATIVE OR DIRECT, FORESEEN OR UNFORESEEN, EXISTING OR HEREINAFTER ARISING, IN LAW, EQUITY, OR OTHERWISE, WHETHER FOR TORT, FRAUD, CONTRACT, VIOLATIONS OF FEDERAL OR STATE SECURITIES LAWS, VEIL PIERCING OR ALTER-EGO THEORIES OF LIABILITY, CONTRIBUTION, INDEMNIFICATION, JOINT LIABILITY, OR OTHERWISE, ARISING FROM OR RELATED IN ANY WAY TO THE DEBTORS, INCLUDING THOSE IN ANY WAY RELATED TO RMBS ISSUED AND/OR SOLD BY THE DEBTORS OR THEIR

AFFILIATES AND/OR THE CHAPTER 11 CASES OR THE PLAN, AND ANY OBLIGATIONS UNDER THE DOJ/AG SETTLEMENT, THE CONSENT ORDER, AND THE ORDER OF ASSESSMENT.

ENTRY OF THE CONFIRMATION ORDER SHALL CONSTITUTE THE BANKRUPTCY COURT'S APPROVAL, UNDER SECTION 1123 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, OF THE THIRD PARTY RELEASE, AND FURTHER, SHALL CONSTITUTE THE BANKRUPTCY COURT'S FINDING THAT THIS THIRD PARTY RELEASE IS: (1) IN EXCHANGE FOR THE GOOD, VALUABLE AND SUBSTANTIAL CONSIDERATION PROVIDED BY THE ALLY RELEASED PARTIES; (2) IN THE BEST INTERESTS OF THE DEBTORS, THE ESTATES, THE LIQUIDATING TRUST AND ALL HOLDERS OF CLAIMS AND EQUITY INTERESTS; (3) FAIR, EQUITABLE AND REASONABLE; (4) GIVEN AND MADE AFTER DUE NOTICE AND OPPORTUNITY FOR A HEARING; (5) JUSTIFIED BY TRULY UNUSUAL CIRCUMSTANCES; (6) AN ESSENTIAL COMPONENT AND CRITICAL TO THE SUCCESS OF THE PLAN; (7) RESULTED IN DISTRIBUTIONS TO THE CREDITORS THAT WOULD OTHERWISE HAVE BEEN UNAVAILABLE; (8) THE RESULT OF AN IDENTITY OF INTEREST BETWEEN THE DEBTORS AND THE ALLY RELEASED PARTIES REGARDING THE PLAN; AND (9) A BAR TO ANY PARTY ASSERTING A CLAIM OR CAUSE OF ACTION RELEASED PURSUANT TO THIS THIRD PARTY RELEASE AGAINST ANY OF THE ALLY RELEASED PARTIES.

THE EXCULPATION IN ARTICLE IX.G OF THE PLAN PROVIDES:

THE EXCULPATED PARTIES SHALL NEITHER HAVE, NOR INCUR, ANY LIABILITY TO ANY ENTITY FOR ANY PRE-PETITION OR POST-PETITION ACT OR OMISSION TAKEN IN CONNECTION WITH, OR RELATED TO, FORMULATING, NEGOTIATING, PREPARING, DISSEMINATING, SOLICITING, IMPLEMENTING, ADMINISTERING, CONFIRMING, OR EFFECTING THE CONSUMMATION OF ANY PREPETITION PLAN SUPPORT AGREEMENTS, THE PLAN SUPPORT AGREEMENT, THE PLAN, THE DISCLOSURE STATEMENT, THE FGIC SETTLEMENT AGREEMENT, THE KESSLER SETTLEMENT AGREEMENT, THE RMBS SETTLEMENT, OR ANY CONTRACT, INSTRUMENT, RELEASE, OR OTHER AGREEMENT OR DOCUMENT CREATED OR ENTERED INTO IN CONNECTION WITH THE PLAN, **PROVIDED**, THAT THE FOREGOING PROVISIONS OF THIS EXCULPATION SHALL HAVE NO EFFECT ON THE LIABILITY OF ANY ENTITY THAT RESULTS FROM ANY SUCH ACT THAT IS DETERMINED IN A FINAL, NON-APPEALABLE ORDER TO HAVE CONSTITUTED GROSS NEGLIGENCE OR WILLFUL MISCONDUCT; **PROVIDED**, FURTHER, THAT THE EXCULPATED PARTIES SHALL BE ENTITLED TO RELY UPON THE ADVICE OF COUNSEL AND FINANCIAL ADVISORS CONCERNING HIS, HER, OR ITS DUTIES PURSUANT TO, OR IN CONNECTION WITH, ANY PREPETITION PLAN SUPPORT AGREEMENT, THE PLAN SUPPORT AGREEMENT, THE PLAN, THE DISCLOSURE STATEMENT, THE FGIC SETTLEMENT AGREEMENT, AND THE RMBS SETTLEMENT.

THE INJUNCTION IN ARTICLE IX.H OF THE PLAN PROVIDES:

EXCEPT AS OTHERWISE PROVIDED IN THE CONFIRMATION ORDER OR HEREIN AND IN ACCORDANCE WITH ARTICLE IX.E HEREOF, ALL ENTITIES, INCLUDING INVESTORS, WHO HAVE HELD, HOLD OR MAY HOLD CLAIMS, EQUITY INTERESTS, CAUSES OF ACTION OR LIABILITIES THAT CONSTITUTE RELEASED CLAIMS, ARE PERMANENTLY ENJOINED AND PRECLUDED, FROM AND AFTER THE EFFECTIVE DATE OF THE PLAN, FROM: (A) COMMENCING OR CONTINUING IN ANY MANNER OR ACTION OR OTHER PROCEEDING OF ANY KIND AGAINST ANY RELEASED PARTY WHETHER DIRECTLY, DERIVATIVELY OR OTHERWISE, ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS; (B) ENFORCING, ATTACHING, COLLECTING OR RECOVERING BY ANY MANNER OR MEANS ANY JUDGMENT, AWARD, DECREE OR ORDER AGAINST ANY RELEASED PARTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS; (C) CREATING, PERFECTING OR ENFORCING ANY LIEN (OTHER THAN ANY CHARGING LIEN OF A TRUSTEE UNDER ITS RESPECTIVE INDENTURE), CLAIM OR

ENCUMBRANCE OF ANY KIND AGAINST ANY RELEASED PARTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS; (D) ASSERTING ANY RIGHT TO SETOFF, SUBROGATION OR RECOUPMENT OF ANY KIND AGAINST ANY OBLIGATION DUE FROM ANY RELEASED PARTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS UNLESS SUCH HOLDER HAS FILED A MOTION REQUESTING THE RIGHT TO PERFORM SUCH SETOFF ON OR BEFORE THE CONFIRMATION DATE, AND NOTWITHSTANDING ANY INDICATION IN A PROOF OF CLAIM OR EQUITY INTEREST OR OTHERWISE THAT SUCH HOLDER ASSERTS, HAS OR INTENDS TO PRESERVE ANY RIGHT OF SETOFF PURSUANT TO SECTION 553 OF THE BANKRUPTCY CODE OR OTHERWISE; (E) COMMENCING OR CONTINUING IN ANY MANNER OR ACTION OR OTHER PROCEEDING OF ANY KIND AGAINST ANY RELEASED PARTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY RELEASED CLAIMS; AND (F) SEEKING RELIEF OR COLLECTING JUDGMENTS ON AN INVESTOR-RELATED SECURITIES CLAIM IN A MANNER THAT FAILS TO CONFORM WITH THE TERMS OF THE JUDGMENT REDUCTION PROVISION SET FORTH IN THE PLAN AND THE CONFIRMATION ORDER; <u>PROVIDED</u>, THAT NOTHING CONTAINED HEREIN SHALL BE CONSTRUED TO PREVENT ANY ENTITY FROM OBJECTING TO CLAIMS OR DEFENDING AGAINST CLAIMS OBJECTIONS OR COLLECTION ACTIONS WHETHER BY ASSERTING A RIGHT OF SETOFF OR OTHERWISE TO THE EXTENT PERMITTED BY LAW. SUCH INJUNCTION SHALL EXTEND TO THE SUCCESSORS OF THE LIQUIDATING TRUST, IF ANY, AND TO THEIR RESPECTIVE PROPERTIES AND INTERESTS IN PROPERTY. ANY PERSON INJURED BY ANY WILLFUL VIOLATION OF THIS INJUNCTION SHALL BE ENTITLED TO RECOVER ACTUAL DAMAGES, INCLUDING COSTS AND ATTORNEYS' FEES AND, IN APPROPRIATE CIRCUMSTANCES, MAY RECOVER PUNITIVE DAMAGES FROM THE WILLFUL VIOLATOR.

8. **OBJECTIONS TO CONFIRMATION**. Responses and objections, if any, to confirmation of the Plan **must**: (i) be in writing, (ii) state the name and address of the objecting or responding party and the amount and nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection or response, (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, (v) be filed electronically with the Bankruptcy Court in accordance with the Case Management Procedures, dated May 23, 2012 [Docket No. 141] (available at www.kccllc.net/rescap), and (vi) served in accordance in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) so as to be actually received **on or before 4:00 p.m. (Eastern Time) on October 21, 2013** on the following parties: (a) the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408; (b) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (c) the Debtors, (i) if by mail or courier to: Residential Capital LLC, Lewis Kruger, CRO, c/o Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104; with copies to: Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York, 10104, Attn: Gary Lee, Lorenzo Marinuzzi, and Todd Goren; (ii) if by email to: Lewis.Kruger@gmacrescap.com, glee@mofo.com, lmarinuzzi@mofo.com, and tgoren@mofo.com; (d) the Creditors' Committee, (i) if by mail or courier to: Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036, Attn: Kenneth H. Eckstein, Douglas H. Mannal and Stephen D. Zide; (ii) if by email to: keckstein@kramerlevin.com, dmannal@kramerlevin.com, and szide@kramerlevin.com; (e) Ally, (i) if by mail or courier to: Ally Financial, Inc., 1177 Avenue of the Americas, New York, NY 10036; Attn: William B. Solomon and Timothy Devine; with copies to: Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Richard M. Cieri and Ray C. Schrock; (ii) if by email to: richard.cieri@kirkland.com and ray.schrock@kirkland.com; and (f) the Office of the United States Trustee, Southern District of New York, by mail or courier to: U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Brian Masumoto and Michael Driscoll.

**CONFIRMATION OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH HEREIN MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND MAY BE OVERRULED WITHOUT FURTHER NOTICE.**

9. **ADDITIONAL INFORMATION**. Copies of the Disclosure Statement and Plan may be obtained (i) from KCC (a) at the ResCap restructuring website at www.kccllc.net/rescap, by clicking on the "Court Documents" link, (b) upon request by mail to ResCap Balloting Center, c/o, KCC, 2335 Alaska Ave., El Segundo, California, 90245, or (c) upon request by calling the ResCap restructuring hotline at (888) 251-2914 or (ii) for a fee via PACER at www.nysb.uscourts.gov (a PACER login and password are required to access documents on the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). Copies of the Plan and Disclosure Statement may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004.

**IF YOU HAVE ANY QUESTIONS RELATED TO THIS NOTICE,
PLEASE CALL THE DEBTORS' BANKRUPTCY HOTLINE AT (888) 251-2914.**

**PLEASE NOTE THAT KCC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**ATTENTION BORROWERS:**

SilvermanAcampora LLP has been approved as special borrower counsel to the Official Committee of Unsecured Creditors and is available to answer any questions you may have as a borrower whose loan was originated, sold, consolidated, purchased, and/or serviced by Residential Capital LLC or any of its subsidiaries.

Please call 866-259-5217 if you have questions regarding any notice you received from Residential Capital, LLC or any of its subsidiaries.

Dated: New York, New York
August 23, 2013

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>Jennifer L. Marines<br>Daniel J. Harris<br>1290 Avenue of the Americas<br>New York, New York 10104<br><br>*Counsel for Debtors and Debtors in Possession* | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>Stephen D. Zide<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>*Counsel for the Official Committee of Unsecured Creditors* |