In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Alissa de Jongh fka Alissa Brackin<br>13141 FM 1960 West<br>Suite 300<br>Houston, TX 77065 | 4410 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Andy and Christine Wilkins<br>1984 Hadley Road<br>Lapeer, MI 48446 | 4249 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$886,074.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Annamma and George Phillip<br>Annamma Philip<br>24140 County Road 332 Unit 13<br>Sweeny, TX 77480-8501 | 3833 | 11/09/2012 | $32,412.00<br>$0.00<br>$86,400.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | Bernard Wasmer<br>c/o The Tracy Firm, Ltd.<br>800 W. Fifth Ave.<br>Suite 201A<br>Naperville, IL 60563 | 63 | 06/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Bert & Melissa Terranova<br>3410 Montrose Ave.<br>Richmond, VA 23222 | 1673 | 10/25/2012 | $0.00<br>$0.00<br>$250,000.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Bertha M. Luzquinos<br>24-43 Gillmore St<br>East Elmhurst, NY 11369 | 2548 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Beth A. Shuba<br>7900 Owasco Avenue<br>Cicero, NY 13039 | 3746 | 11/08/2012 | $0.00<br>$0.00<br>$46,544.58<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | Billie Kay Patton<br>2209 Abbott Martin Rd. Apt 7 -10<br>Nashville, TN 37215 | 4629 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$3,476.93<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | BONNIE D KUMIEGA AND ASSOCIATES<br>48 S RD, UNIT 4<br>PO BOX 507<br>SOMERS, CT 06071 | 4486 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | BRYAN K TAYLOR<br>2703 LAKECREST FOREST DR<br>KATY, TX 77493-2574 | 3701 | 11/08/2012 | $0.00<br>$0.00<br>$186,972.41<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | Bryce Berkowitz<br>10 Racetrack Road<br>East Brunswick, NJ 08816 | 1404 | 10/18/2012 | $142,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | CARLA BUTTROM<br>33228 W 12 MILE RD #188<br>FARMINGTON HILLS, MI 48334 | 4622 | 11/13/2012 | $198,000.00<br>$0.00<br>$167,084.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 13 | Carolyn P. and Joseph M Powell<br>Carolyn P. Powell<br>6030 Old Coach Road<br>Charlotte, NC 28215 | 4087 | 11/09/2012 | $0.00<br>$0.00<br>$46,578.53<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | CASSANDRA RAWLS AND DOWN UNDER STUMP GRINDING MAINTENANCE RPR SVC<br>1370 PLUM ST<br>BEAUMONT, TX 77703 | 1291 | 10/16/2012 | $0.00<br>$0.00<br>$35,000.00<br>$0.00<br>$39,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | CHARLES L HELIN AND JENNIFER HELIN<br>4718 SIERRA DR<br>MAIDEN, NC 28650 | 3340 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$113,177.64 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | Charles Martin Polanski<br>855 Victor Ave #102<br>Inglewood, CA 90302 | 4779 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$172,800.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 17 | CHOW, MICHELLE<br>4115 N CENTRAL EXPY<br>DALLAS, TX 75204-2126 | 1191 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$56,288.22 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 18 | Colleen O. Bigsby<br>12702 US Hwy 301<br>Thonotosassa, FL 33592 | 6397 | 12/24/2012 | $0.00<br>$0.00<br>$5,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 19 | Dana L. Peterson<br>Karl J. Yeager<br>Meagher & Geer, PLLP<br>33 South Sixth Street, Suite 4400<br>Minneapolis, MN 55402 | 5715 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$24,569.64 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 20 | Dave R. Boyt and Kimberly K. Boyt<br>15709 Tradition Court<br>Bakersfield, CA 93314 | 1203 | 10/12/2012 | $0.00<br>$0.00<br>$250,000.00<br>$0.00<br>$200,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | David Offen<br>RE GEORGE R. LEWIS AND J. CHRISTINE LEWIS<br>600 Beverly Blvd<br>Upper Darby, PA 19082 | 3971 | 11/09/2012 | $0.00<br>$0.00<br>$13,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | Deborah Gottfried<br>PO Box 271<br>Moriches, NY 11955 | 3899 | 11/09/2012 | $0.00<br>$0.00<br>$5,067.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 23 | Deborah J Turner & Mid Missouri Roofing<br>PO Box 1018<br>1107 Highway WW<br>Sullivan, MO 63080 | 2051 | 10/31/2012 | $13,142.99<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | Deborah Y. Herrera<br>26113 Columbia St<br>Hemet, CA 92544 | 4449 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$60,672.24 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | Debra A. Carter<br>38742 Golfview<br>Clinton Township, MI 48038 | 461 | 09/04/2012 | $0.00<br>$0.00<br>$80,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | DG AND DEBORAH MCMILLION<br>3612 JULIA CIR<br>MOSS POINT, MS 39563 | 1898 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$93,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 27 | Diane M. Walker<br>5405 3rd Court East<br>Tuscaloosa, AL 35405 | 4556 | 11/13/2012 | $147,290.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | Dianne B. Boyter<br>5909 Four Wood Drive<br>Matthews, NC 28104 | 3482 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$530,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 29 | Dianne L. Sagehorn<br>68 Kings Highway<br>Shelton, CT 06484 | 2046 | 10/31/2012 | $0.00<br>$0.00<br>$29,421.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | Donna Alexander and Coty Alexander<br>PO Box 4553<br>Durango, CO 81301 | 4748 | 11/14/2012 | $260,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | Dwayne Toney & Linda Toney<br>512 Orchards Walk<br>Stone Mountain, GA 30087 | 4409 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,122.39 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 32 | EARLEAN HIGHTOWER AND JOE ANN<br>ALLEN AND ROSEMARY HAULING AND EXCAVATING<br>10166 GREEN VALLEY DR<br>SAINT LOUIS, MO 63136-4221 | 1472 | 10/22/2012 | $0.00<br>$0.00<br>$14,000.00<br>$18,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 33 | Eldorado Canyon Properties, LLC<br>c/o Attorney Israel M. Sanchez, Jr.<br>Sanchez & Associates<br>90 Homestead Circle<br>Milford, NH 03055-4250 | 4148 | 11/09/2012 | $0.00<br>$0.00<br>$30,450.08<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 34 | Elizabeth V. Griffith-Tate<br>3093 Central Avenue<br>San Diego, CA 92105 | 1526 | 10/22/2012 | $0.00<br>$0.00<br>$116,700.00<br>$0.00<br>$215,421.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 35 | Elizabeth Williams<br>2648 SW 7th Street<br>Fort Lauderdale, FL 33312 | 1536 | 10/22/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$1,900.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | ENDO FAMILY TRUST<br>8832 CRESCENT DRIVE<br>HUNTINGTON BEACH, CA 92646 | 2147 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 37 | Eric P. Turner<br>49831 Courtyard Lane<br>Canton , MI 48188 | 2244 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 38 | Esteban Losoya and Maria Minerva Losoya<br>1321 Brazos St.<br>Rosenberg, TX 77471 | 2109 | 11/02/2012 | $0.00<br>$0.00<br>$46,000.00<br>$0.00<br>$308.28 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 39 | Florine Matthews<br>2173 Laurel Avenue<br>Hanover Park, IL 60133-3202 | 1306 | 10/16/2012 | $0.00<br>$0.00<br>$102,000.00<br>$0.00<br>$123,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 40 | Franklin Delano Mitchell and Melinda Ardell Mitchell<br>Nadine R. King-Mays, Esq.<br>The King-Mays Firm<br>1122 North Bishop Avenue<br>Suite E<br>Dallas, TX 75208 | 5453 | 11/16/2012 | $0.00<br>$0.00<br>$189,838.63<br>$0.00<br>$569,515.89 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 41 | FRED AND DEANNA WILLIAMS<br>173 WHEELER DRIVE<br>PISGAH, AL 35765 | 1690 | 10/26/2012 | $0.00<br>$0.00<br>$65,000.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 42 | George Mackey<br>9 Foster Street<br>Woburn, MA 01801 | 3905 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$300,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 43 | Gregory J. Knapp<br>17528 Sunstone Court<br>Reno, NV 89508 | 4379 | 11/09/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 44 | HELEN L GLAVEY<br>HELENE KRESS<br>2013 ROME DRIVE<br>LOS ANGELES, CA 90065 | 2070 | 10/31/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 45 | JAMES AND BARBARA PRATT<br>1 CHERRY DR CT<br>UNITED ROOFING MARLIN AIR HEAT & APPLIANCE REPAIR<br>OCALA, FL 34472 | 2481 | 11/06/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | James E Farmer & Lori R Farmer 1286 Macintosh Dr. Falling Waters, WV 25419 | 4766 | 11/14/2012 | $0.00 $0.00 $0.00 $0.00 $258,750.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 47 | Jeffrey and Jessica Mason Jeff Mason 3110 W. Monroe Rd. Spokane, WA 99208 | 2241 | 11/05/2012 | $0.00 $0.00 $139,234.00 $0.00 $27,101.84 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 48 | Jeffrey Lowe & Nancy Lowe 457 Kottinger Drive Pleasanton, CA 94566 | 2165 | 11/05/2012 | $0.00 $0.00 $1,165,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 49 | Jhun Gorospe and Luciana Gorospe 1921 Campus Drive Delano, CA 93215 | 2773 | 11/07/2012 | $0.00 $0.00 BLANK $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 50 | Joel M. Richardson 5700 Hemlock Rd Galivants Ferry, SC 29544 | 4533 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 51 | John Arvanitis<br>7753 Juan Way<br>Fair Oaks, CA 95628 | 1300 | 10/16/2012 | $0.00<br>$0.00<br>$451,588.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 52 | John C. Milch<br>205 Central Street<br>South Weymouth, MA 02190 | 5430 | 11/16/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$2,600.00<br>$25,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 53 | John C. Rogers IV<br>7262 Stanford Ave.<br>La Mesa, CA 91942 | 3531 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$123,800.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 54 | JOHN KUPRIS ATT AT LAW<br>47 WINTER ST<br>BOSTON, MA 02108 | 621 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$9,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 55 | JOHN M MANFREDI<br>2866 OTSEGO ST<br>WATERFORD, MI 48328 | 1077 | 10/09/2012 | $0.00<br>$0.00<br>$100,000.00<br>$0.00<br>$13,934.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 56 | John Wolfe and Lori Wolfe 555 S. Center Santaquin, UT 84655-8162 | 2423 | 11/05/2012 | $0.00 $0.00 $8,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 57 | Joseph Russell Irion 3525 Del Mar Heights Road #436 San Diego , CA 92130 | 3681 | 11/08/2012 | $0.00 $0.00 $404,000.00 $0.00 $1,483,600.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 58 | Joshua Gillispie and Brenna Gillispie 19590 Serenity Ln Bristol, VA 24201 | 1513 | 10/22/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 59 | Julie Skromme 1241 Amesti Road Watsonville, CA 95076 | 4571 | 11/13/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 60 | June and Donald Kinsella 4132 Maider Road Clay , NY 13041 | 5335 | 11/16/2012 | $0.00 $0.00 $3,500.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 61 | Katherine Twigg<br>346 Watkins Field Rd<br>Clayton, GA 30525 | 1316 | 10/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 62 | Keith A. Thompson<br>21197 Cimarron Way<br>Santa Clarita, CA 91390 | 2144 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 63 | KEITH AND LAURETTA MILES<br>10521 CATALINA PL<br>AND CERTIFIED REMODELING<br>WHITE PLAINS, MD 20695 | 1184 | 10/12/2012 | $1,313.52<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 64 | Kevin C Gleason and Patricia E Gleason<br>Kevin C Gleason Esq ATT at Law<br>4121 N 31st Ave<br>Hollywood, FL 33021 | 1532 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 65 | Kristine Wilson<br>c/o Judson A. Aaron, Esquire<br>Conrad OBrien PC<br>1500 Market Street, Centre Square,<br>West Tower, Suite 3900<br>Philadelphia, PA 19102 | 4876 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 66 | Krystal Upshaw<br>28843 Ranchwood Drive<br>Southfield, MI 48076 | 1941 | 10/29/2012 | $0.00<br>$0.00<br>$140,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 67 | LaQuinthia Coleman<br>19411 Rum River Ct<br>Katy , TX 77449 | 3666 | 11/08/2012 | $32,982.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 68 | LAW OFFICE OF ALICE VACEK ARANDA<br>1031 N 48TH ST APT 109<br>PHOENIX, AZ 85008 | 1985 | 10/30/2012 | $0.00<br>$0.00<br>$114,016.84<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 69 | LAW OFFICES OF DANIEL R BINA<br>1639 MAIN ST N STE 1<br>PINE CITY, MN 55063 | 5793 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 70 | Leslie Jamison<br>66 Howard Avenue<br>Ansonia, CT 06401-2210 | 2478 | 11/06/2012 | $0.00<br>$0.00<br>$40,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 71 | Linda A. Clark<br>Attn Marc E. Dann<br>Dann, Doberdruk & Harshman, LLC<br>4600 Prospect Ave<br>Cleveland, OH 44103 | 4262 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 72 | Linda and Dwayne Toney<br>512 Orchards Walk<br>Stone Mountain, GA 30087 | 4403 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$135,891.59 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 73 | Linda Rouleau and Renee Bakarian<br>1500 Bay Rd, #438<br>Miami Beach, FL 33139 | 2877 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 74 | Loretta A. Morello<br>16 Pennsylvania Ave.<br>Stratford, NJ 08084 | 1259 | 10/15/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 75 | Lynda Withell<br>36120 Pourroy Rd<br>Winchester, CA 92596 | 5301 | 11/16/2012 | $0.00<br>$0.00<br>$240,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 76 | Lynda Withell<br>36120 Pourroy Rd<br>Winchester, CA 92596 | 5303 | 11/16/2012 | $0.00<br>$0.00<br>$73,980.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 77 | Mable Louise Reyonlds<br>c/o Pakis Giotes Page & Burleson<br>P.O. Box 58<br>Waco, TX 76703-0058 | 4083 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 78 | Maria Calderon<br>20221 Gilmore St.<br>Winnetka, CA 91306 | 3580 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,532.33 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 79 | Maria Lubczanska<br>6720 NW 9th Street<br>Margate, FL 33063 | 3578 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 80 | Mariano X. Solorzano & Jeanny L. Solorzano<br>2817 West Orange Avenue<br>Anaheim, CA 92804 | 4382 | 11/09/2012 | $0.00<br>$0.00<br>$391,032.52<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 81 | Marie S. McKenzie and Warren McKenzie<br>The Law Office of Brett A. Mearkle, P.A.<br>8777 San Jose Boulevard, Suite 801<br>Jacksonville, FL 32217 | 3857 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 82 | Mark L Matchynski Jr<br>5402 Balboa Arms Dr<br>Unit 324<br>San Diego, CA 92117 | 3797 | 11/08/2012 | $0.00<br>$0.00<br>$162,771.74<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 83 | Martinica Fortaleza Caniadido<br>74-5096 Hooloa Street<br>Kailua-Kona, HI 96740 | 1470 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 84 | Mary E. Stevens and Mark E. Stevens<br>955 Clover Lane<br>Pueblo, CO 81006 | 1086 | 10/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 85 | MATTHEW J DAHL AND JANNA DAHL - HUSBAND & WIFE<br>MATTHEW J DAHL<br>2804 N 3RD STREET<br>FLAGSTAFF, AZ 86004 | 4143 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$57,169.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 86 | Maurice C Patton & Daneen D Patton<br>526 Safari Circle<br>Stone Mountain, GA 30083 | 1655 | 10/23/2012 | $70,000.00<br>$0.00<br>$70,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 87 | Melody Morar<br>179 Emerald Ridge<br>Santa Rosa Beach, FL 32459 | 3717 | 11/08/2012 | $0.00<br>$0.00<br>$162,678.21<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 88 | MELVIN COLLINS AND JONES<br>6724 BURBAGE LANDING CIR<br>AND JONES PAINTING AND CONTRACTING<br>SUFFOLK, VA 23435 | 2517 | 11/06/2012 | $4,901.98<br>UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 89 | MERLYN H WEBSTER AND<br>LINDA J WEBSTER<br>5200 SW JOSHUA ST<br>TUALATIN, OR 97062 | 1218 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$12,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 90 | Michael D Wittig<br>5617 S Shepherd Rd<br>Shepherd, MI 48883-9333 | 2561 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 91 | Michael Thomas Krikorian<br>2751 Crystal Springs Rd<br>Camino, CA 95709 | 2551 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$300,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 92 | Mike Stilp & Julie Flach-Stilp<br>320 Prospect Ave.<br>Hartland, WI 53029 | 5521 | 11/16/2012 | $180,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 93 | Mike Varciag<br>11832 South Circle Drive<br>Whittier, CA 90601 | 2565 | 11/07/2012 | $0.00<br>$0.00<br>$34,524.29<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 94 | Moises Gelista<br>78 Chester Ave, Unit 1<br>Chelsea , MA 02150 | 5489 | 11/16/2012 | $0.00<br>$0.00<br>$15,000.00<br>$2,600.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 95 | Mr. & Mrs. Xavier & Susie Gonzalez Jr.<br>11346 Mentmore<br>Helotes, TX 78023 | 3762 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 96 | Nancy Lasselle<br>2033 N. 72nd Ct<br>Elmwood Park, IL 60707 | 3805 | 11/08/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 97 | Naomi & Irad Helligar<br>2361 N Smith St<br>Kissimmee, FL 34744 | 1314 | 10/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capit | 12-12020 |
| 98 | NELSON, DAVID<br>1172 LENORE AVE<br>LINDA NELSON AND OCEAN 2 SERVICES ETC<br>COLUMBUS, OH 43224 | 1417 | 10/19/2012 | $0.00<br>$0.00<br>$0.00<br>$50,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 99 | Patricia Francis Hoffman<br>6731 Stanley Ave.<br>Carmichael, CA 95608 | 2402 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$650,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 100 | Paul C Mathis & Ruthie J Mathis<br>17320 W 13 Mile Rd<br>Franklin, MI 48025 | 1935 | 10/29/2012 | UNLIQUIDATED<br>$0.00<br>$65,000.00<br>$2,600.00<br>$65,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 101 | Paul Charles Bird Sr.<br>3416 Hopkins Ave<br>Halethorpe, MD 21227 | 2878 | 11/07/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 102 | Ralph Mikels, Jr.<br>227 Humphrey Dr.<br>Seymour, TN 37865 | 4623 | 11/13/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 103 | RANDAL QUINTANA COCKETT<br>PO BOX 5638<br>HILO, HI 96720 | 1079 | 10/09/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 104 | Rekyll Barrett<br>580 Peppergrass Run<br>Royal Palm Beach, FL 33411 | 1726 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$7,620.25 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 105 | Revamae S Lannaman<br>125 Evergreen Drive<br>Lake Park , FL 33403-3525 | 2560 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 106 | Richard D Rode<br>238 Westcott<br>Houston, TX 77007 | 2758 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,262,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 107 | RICHARD ROWBACK AND PEGASUS GATE CONSTRUCTION SERVICES LLC<br>1814 FM 1462<br>ROSHARON, TX 77583 | 1295 | 10/16/2012 | $11,229.40<br>$0.00<br>$81,058.60<br>$0.00<br>Created for Objection | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 108 | Ricky Allen VanDyke<br>407 XY Ave Lot # 6<br>Vicksburg, MI 49097 | 458 | 08/31/2012 | $0.00<br>$0.00<br>$0.00<br>$1,167,000.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 109 | Ricky Allen VanDyke<br>407 XY Ave Lot #6<br>Vicksburg, MI 49097 | 481 | 08/31/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 110 | Ricky Allen VanDyke<br>407 XY Ave Lot #6<br>Vicksburg, MI 49097 | 4742 | 11/13/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>UNLIQUIDATED<br>$272,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 111 | Robert A. Nolin<br>24 Barney Ave<br>Rehoboth, MA 02769 | 3707 | 11/08/2012 | $0.00<br>$0.00<br>$220,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 112 | Robert Alan Egan v Deutsche Bank National Trust Company as Indenture Trustee of IMPAC secured Assets Corporation et al<br>5425 S KING ST<br>LITTLETON, CO 80123 | 1887 | 10/26/2012 | $205,000.00<br>$0.00<br>$0.00<br>$0.00<br>$811,114.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 113 | Robert and Beth A. Stigliano<br>516 Grove St.<br>Hermitage, PA 16148 | 3540 | 11/07/2012 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 114 | Rosemary Petit-Papa<br>Trent Kenneth<br>831 East Oakland Park Blvd<br>Fort Lauderdale, FL 33334 | 3944 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$39,190.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 115 | ROY FAZALARE<br>711 CALLE AMAPOLA<br>THOUSAND OAKS, CA 91360 | 3882 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$252,378.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 116 | Rufus W. Wimberly<br>9712 Golf Course Rd<br>Albuquerque, NM 87114 | 1193 | 10/12/2012 | $0.00<br>$0.00<br>$36,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 117 | Russ Durr aka Russell W. Durr and Laura Durr aka Laura A. Durr<br>4214 W 21st st<br>Cleveland, OH 44109-3436 | 4426 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$108,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 118 | SHARON M. ORVIS<br>DANA E. ORVIS<br>5417 N ELGIN ST<br>SPOKANE, WA 99205 | 4659 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 119 | Sherry H. Maxey<br>11207 Hixson Ct.<br>Richmond, VA 23236 | 1004 | 10/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$160,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 120 | Sherryl M Barze<br>9912 S. Wentworth Avenue<br>Chicago, IL 60628 | 2554 | 11/06/2012 | $0.00<br>$0.00<br>$119,039.43<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 121 | Stanley A. West III & Melissa C. West<br>1482 Battle Street<br>Webster, NH 03303 | 2462 | 11/06/2012 | $3,410.64<br>$0.00<br>$154,365.39<br>$3,410.64<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 122 | Stanley J. Lewandowski<br>Thompson Law Group, LLC<br>PO Box 53484<br>Atlanta, GA 30355-1484 | 5683 | 11/16/2012 | $0.00<br>$0.00<br>$144,397.25<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 123 | STEPHEN THOMPSON<br>11154 E VERBENA LANE<br>SCOTTSDALE, AZ 85255 | 3767 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$975,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 124 | Steven Becker<br>W 8928 430th Ave<br>Ellsworth, WI 54011 | 2596 | 11/06/2012 | $8,002.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 125 | Terry Busicnki<br>3419 W. 58th St<br>Cleveland, OH 44102 | 3864 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 126 | Terry Mendez Bhakta 15611 N Peak Lane Fontana, CA 92336 | 216 | 06/28/2012 | $0.00 $0.00 $0.00 $1,332,000.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 127 | The Bank of America Dolores Lennon & Robert E Lennon 125 James Ave Solvay, NY 13209 | 4593 | 11/13/2012 | $0.00 $0.00 $0.00 $10,000.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 128 | Thomas Hennessy Betty Hennessy John Haslbauer Barbara Haslbauer Nicholas Garofalo Rosemary Garofalo Dwayne Wood et al Zamansky and Associates LLC 50 Broadway 32nd Fl New York, NY 10004 | 4122 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 $1,256,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 129 | Thomas Johnston and Amy Johnston Attn Marc E Dann Dann, Doberdruk & Harshman, LLC 4600 Prospect Ave Cleveland, OH 44103 | 4367 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 130 | Tim & Jodie Whittington Jodie Lynn Whittington 2327 SW Cornell Ave. Lawton, OK 73505-7113 | 2007 | 10/30/2012 | $0.00 $0.00 $0.00 $0.00 $5,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 131 | TIMOTHY L BRENNAN ATT AT LAW<br>9011 N MERIDIAN ST STE 250<br>INDIANAPOLIS, IN 46260 | 4655 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 132 | TOMMY E FOREE<br>402 ELMWOOD ST<br>GAINESVILLE, TX 76240-4432 | 3901 | 11/09/2012 | $2,338.55<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 133 | Toni A. Wilson<br>7075 Harrion Ferry Rd<br>McMinnville, TN 37110 | 1977 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 134 | Troy R. Williams<br>79 Irving Place<br>Brooklyn, NY 11238 | 1534 | 10/29/2012 | $33,000.00<br>$0.00<br>$33,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 135 | Tyrone Williams<br>829 Elm Street<br>Birmingham, AL 35206 | 4892 | 11/15/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 136 | Uzick & Oncken, P.C.<br>Richard D. Rode V. Homecomings Financial, L.L.C., and GMAC Mortgage, L.L.C.<br>238 Westcott<br>Houston , TX 77007 | 1903 | 10/29/2012 | $0.00<br>$0.00<br>$277,000.00<br>$62,000.00<br>$923,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 137 | Vacneur Alternor<br>7708 Riffle Lane<br>Orlando, FL 32818 | 3739 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$242,437.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 138 | Vicki & Gustavo Zamora<br>12015 Running Fox Circle<br>Riverview, FL 33569 | 1509 | 10/22/2012 | $0.00<br>$1,876.87<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 139 | Victoria L Helvey<br>33728 N 26th Ave<br>Phoenix, AZ 85085 | 2192 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 140 | Vivian Bethea<br>1142 N.W. 2 Ave. #219<br>Miami, FL 33136 | 2145 | 11/05/2012 | $0.00<br>$0.00<br>$2,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 141 | Wayne Flemington<br>36120 Pourroy Rd<br>Winchester, CA 92596 | 5302 | 11/16/2012 | $0.00<br>$0.00<br>$35,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 142 | William R. Fix<br>P.O. Box 297<br>Jackson, WY 83001 | 3722 | 11/08/2012 | $0.00<br>$0.00<br>$1,860,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 143 | WILLIAM R. RILEY<br>111 Sweetgum Dr.<br>Batesville, MS 38606 | 4697 | 11/13/2012 | $10,000.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 144 | Willie L Boykin<br>250 Sterling Ridge Dr<br>Atoka, TN 38004 | 1401 | 10/18/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 145 | ZUZOLO LAW FIRM LLC<br>on Behalf of Gary & Yvette Thornton<br>700 YOUNGSTOWN WARREN ROAD<br>NILES, OH 44446 | 3736 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |