TO: The Chambers of the Honorable Martin Glenn        September 23, 2013
One Bowling Green, Courtroom 501
New York, New York 10004

Subject: Response to Residential Capital, LLC, et al Case No. 12-12020(MG) Chapter 11 Property Address: 8523 Beresford Lane, Jacksonville, FL 32244 Claim No: 1972 dtd 10/29/2012

In response to your letter and in addition to the Fair Debt Collection Practice Act, I am asking your firm provide the name of the original creditor within 30 days of your receipt of this notice for the property of 8523 Beresford Lane, Jacksonville, FL 32244. Greentree Servicing, LLC is **NOT** the originator of this loan, therefore; is not the mortgagee or creditor.

As you are already familiar, the original creditor was bought out by Residential Captial (ResCap), LLC, in which ResCap filed for bankruptcy. Currently, I am unaware of the originator of this loan due to the illegal and corrupt practices of Attorney David J. Sterns who illegally purchased my home in 2008, case # 16-2008-CA-011351-xxxx-MA. Since 2008, Attorney David J. Sterns, PA has gone out of business and is currently being sued by numerous creditors and mortgagees to include ResCap. ResCap has since filed Chapter 11(see attached Case #12-12020)

I am currently living in my home and I am willing to work diligently with ResCap or the United States Bankruptcy Court Southern District of New York to resolve this matter. I am asking U.S. Bankruptcy Court to review the entire Home Modification Loan process for the sale of my home. This home was purchased for $260,000.00 and the market value of the home is only $109,000. This claim should not be disallowed because **I paid a total of $38,835.00** in **illegal fees** for a home that was sold under corrupt practices. Additionally, the entire loan for the purchase of this home was unfair. I am asking for a review of the entire process of how this home was purchased and sold to Attorney David J. Sterns in 2008 and resold to ResCap, then to resold GreenTree, LLC then resold GMAC and further resold to USAA Federal Savings of which discharged to loan to GMAC. It is my intent to have this matter resolved, therefore; I will work diligently with the bankruptcy court Southern District of New York for a resolution of this matter.

In closing, I am disputing this debt due to GreenTree not being the original creditor. Please send all proof of the original creditor information to the listed address.

Anthony Fisher, 8523 Beresford Lane, Jacksonville, FL  32244 (904) 742-3732

Sincerely,

*Anthony Fisher*

RECEIVED
U.S. BANKRUPTCY COURT, SDNY