HomeComings Fiancial / 9/21/13
Judge Martin Glenn
Case # 12-12020
Claim # 1292

Clerk,

This letter is to inform the courts that
; MARCUS HARRIS "Authorized Representative"
has recently relocated to DEMOINES IA.
The "new" address for future correspondence
& payment should be mailed to 2010 Evergreen
Ave. Apt #10 Des Moines IA 50320. Please
change your records to indicate the "new" mailing
address for the creditor MARCUS HARRIS. Sorry
for any inconvenience in this matter

State of Iowa
County of Polk

9/21/13 Valerie Walte, Notary Public

Sincerly,
[signature]
Authorized Representative


VALERIE A WALTE
Commission Number 762274
My Commission Expires
March 22, 2016


RECEIVED
SEP
U.S. BANKRUPTCY COURT