# **EXHIBIT 2**

Amendment No. 2

**AMENDMENT NO. 2 TO ENGAGEMENT LETTER**

2. **Compensation**

    a. <u>Fee</u>: Mr. Kruger will be paid by the Company for the Services of the CRO at the hourly billing rate of $895 per hour. Such rate shall be subject to adjustment annually at such time as mutually agreed upon by the Company and Mr. Kruger, but in no event will such rate change prior to December 31, 2013.

    b. <u>Expenses</u>: Mr. Kruger will be reimbursed by the Company for the reasonable actual out-of-pocket expenses of the CRO incurred in connection with and specifically related to this engagement, such as travel, accommodations, meals, duplications, computer research, messenger, and certain telephone charges. In addition, Mr. Kruger shall be reimbursed by the Company for the reasonable fees and expenses of his counsel incurred in connection with the drafting and enforcement of the Engagement Letter, if necessary. The reimbursement of expenses will be consistent with the Local Bankruptcy Rules of the Bankruptcy Court.

    c. <u>Billing</u>: All fees and expenses due to Mr. Kruger will be billed to the Company on a monthly basis. Bills are payable within ten (10) business days of presentation. All bills will be accompanied by reasonable back-up documentation.

    d. <u>Success Fee</u>: In addition to the CRO's hourly compensation, the Company agrees that Mr. Kruger will be entitled to a success fee in the amount of $2,000,000 (the "Success Fee") as compensation for (x) leading key parties to achieve significant milestones in the Chapter 11 Cases in an expeditious manner, and (y) assuming the additional responsibilities of the Company's Chief Executive Officer following the resignation of Thomas Marano, effective May 3, 2013.

        i. The Success Fee shall be payable upon the effective date of the Chapter 11 plan filed with the Bankruptcy Court [Docket No. 4153] (the "Plan"), as such Plan may be amended by the Plan Proponents, namely, the Debtors and the Official Committee of Unsecured Creditors (the "Creditors' Committee"), in these Chapter 11 Cases.

        ii. The Company's Board of Directors, which consulted with the Creditors' Committee in determining the Success Fee, has the sole discretion to approve the amount and the appropriateness of the Success Fee. The parties acknowledge that any Success Fee would require appropriate notice and ultimately Bankruptcy Court approval.

ny-1110239

**AMENDMENT NO. 2 TO ENGAGEMENT LETTER**

2. **Compensation**

   a. Fee:  Mr. Kruger will be paid by the Company for the Services of the CRO at the hourly billing rate of $895 per hour.  Such rate shall be subject to adjustment annually at such time as mutually agreed upon by the Company and Mr. Kruger, but in no event will such rate change prior to December 31, 2013.

   b. Expenses:  Mr. Kruger will be reimbursed by the Company for the reasonable actual out-of-pocket expenses of the CRO incurred in connection with and specifically related to this engagement, such as travel, accommodations, meals, duplications, computer research, messenger, and certain telephone charges.  In addition, Mr. Kruger shall be reimbursed by the Company for the reasonable fees and expenses of his counsel incurred in connection with the drafting and enforcement of the Engagement Letter, if necessary.  The reimbursement of expenses will be consistent with the Local Bankruptcy Rules of the Bankruptcy Court.

   c. Billing:  All fees and expenses due to Mr. Kruger will be billed to the Company on a monthly basis.  Bills are payable within ten (10) business days of presentation.  All bills will be accompanied by reasonable back-up documentation.

   d. Success Fee:  In addition to ~~regular fees~~the CRO's hourly compensation, the Company ~~and Mr. Kruger agree that Mr. Kruger may, in the future, request a Success Fee upon the confirmation of a plan of reorganization or upon the occurrence of a significant milestone to be later defined and determined in these Chapter 11 Cases.  The approval of~~agrees that Mr. Kruger will be entitled to a success fee in the amount of $2,000,000 (the "Success Fee") as compensation for (x) leading key parties to achieve significant milestones in the Chapter 11 Cases in an expeditious manner, and (y) assuming the additional responsibilities of the Company's Chief Executive Officer following the resignation of Thomas Marano, effective May 3, 2013.

   i. The Success Fee shall be payable upon the effective date of the Chapter 11 plan filed with the Bankruptcy Court [Docket No. 4153] (the "Plan"), as such Plan may be amended by the Plan Proponents, namely, the Debtors and the Official Committee of Unsecured Creditors (the "Creditors' Committee"), in these Chapter 11 Cases.

   ii. The Company's Board of Directors, which consulted with the Creditors' Committee in determining the Success Fee, has the sole discretion to approve the amount and the appropriateness of the Success Fee~~, if any, will be at the sole discretion of the Company's Board of Directors after consultation with the Official Committee of Unsecured Creditors of the Chapter 11 Cases~~.  The parties acknowledge that any Success Fee would require appropriate notice and ultimately Bankruptcy Court approval.

ny-1110239

Document comparison by Workshare Professional on Friday, September 27, 2013 5:48:21 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:\Users\MLR7\Desktop\ResCap\ResCap - Original Compensation Terms of Kruger Engagement Letter.doc |
| Description | ResCap - Original Compensation Terms of Kruger Engagement Letter |
| Document 2 ID | PowerDocs://NEW YORK/1110239/2 |
| Description | NEW YORK-#1110239-v2-ResCap_-_Amendment_No._2_to_Kruger_Engagement_Letter |
| Rendering set | standard |

| Legend: |
|---|
| Insertion |
| ~~Deletion~~ |
| ~~Moved from~~ |
| Moved to |
| Style change |
| Format change |
| ~~Moved deletion~~ |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 10 |
| Deletions | 6 |
| Moved from | 3 |
| Moved to | 3 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 22 |