Hearing Date and Time:  October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager
Erica J. Richards

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------ )
  In re:                                                               )         Case No. 12-12020 (MG)
                                                                    )
  RESIDENTIAL CAPITAL, LLC, et al.,    )         Chapter 11
                                                                      )
                                       Debtors.   )        Jointly Administered
------------------------------------------------------------------------------ )

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' OBJECTION
TO THE PROOFS OF CLAIM FILED BY THOMAS LACASSE AGAINST
HOMECOMINGS FINANCIAL, LLC (CLAIM NO. 3852) AND RESIDENTIAL
FUNDING COMPANY, LLC (CLAIM NOS. 3856 AND 3860) PURSUANT TO
BANKRUPTCY CODE SECTION 502(B) AND BANKRUPTCY RULE 3007**

       **PLEASE TAKE NOTICE** that the hearing on *Debtors' Objection to the Proofs of Claim filed by Thomas LaCasse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007* [Docket No. 4635] (the "Objection"), previously scheduled to be heard on October 2, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern

1

District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that on September 18, 2013, Thomas James LaCasse, by and through his attorney Laird J. Heal, Esq. filed the *Opposition to Objection to Claim [#4635]* (the "Response") [Docket No. 5106].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rules 1009, 3007 And 9019(b) Approving (I) Claim Objection Procedures, (Ii) Borrower Claim Procedures, (III) Settlement Procedures, And (IV) Schedule Amendment Procedures* [Docket No. 3294], the deadline for the debtors and debtors in possession to file a reply to the Response shall be **October 7, 2013 at 12:00 p.m.**

| | |
|---|---|
| Dated: September 30, 2013<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Melissa A. Hager<br>Erica J. Richards<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |