1  KAREN VOGEL, TREASURER-TAX COLLECTOR
   OFFICE OF THE TAX COLLECTOR
2  940 WEST MAIN STREET, SUITE 106
   EL CENTRO, CA 92243
3  Telephone: (760) 482-4301
   Fax: (760) 352-7883
4
   Creditor: COUNTY OF IMPERIAL, CALIFORNIA

RECEIVED
SEP 30 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: RESIDENTIAL CAPITAL, LLC, et al )    Case No. 12-12020-MG
       dba GMAC MORTGAGE, LLC          )    (Jointly Administered)
                                       )
                                       )    Chapter 11
                                       )
                                       )    WITHDRAWAL OF
                                       )    ADMINISTRATIVE EXPENSE
                                       )    CLAIM BY SECURED CREDITOR
                                       )    COUNTY OF IMPERIAL,
                                       )    CALIFORNIA
              Debtors.                 )
                                       )    (No Hearing Required)
                                       )

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

   Imperial County, California hereby submits its WITHDRAWAL OF CLAIM NO. 6864 filed June 24, 2013.

                                IMPERIAL COUNTY TREASURER-TAX COLLECTOR
                                940 West Main Street, Suite 106
                                El Centro, CA 92243

DATE: September 24, 2013    BY: /s/ Flora Oropeza
                                FLORA OROPEZA
                                Deputy Treasurer-Tax Collector

KAREN VOGEL, TREASURER-TAX COLLECTOR
OFFICE OF THE TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243
Telephone: (760) 482-4301
Fax: (760) 352-7883

Creditor: COUNTY OF IMPERIAL, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: RESIDENTIAL CAPITAL, LLC, et al dba GMAC MORTGAGE, LLC<br><br>Debtors. | Case No. 12-12020-MG<br>(Jointly Administered)<br><br>Chapter 11<br><br>PROOF OF SERVICE BY MAIL BY COUNTY OF IMPERIAL<br><br>(No Hearing Required) |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

I am a citizen of the United States and am employed by the County of Imperial. I am over the age of eighteen years and not a party to the within action; my business address is 940 West Main Street, Suite 106, El Centro, CA 92243.

On September 24, 2013 I served the within WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at El Centro, California addressed to those parties on the attached sheet.

(X) BY REGULAR MAIL: I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at El Centro, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, CINDY JOHNSON, declare that I am employed in the office of the Treasurer-Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on the 24TH day of September 2013.

IMPERIAL COUNTY TREASURER-TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243

BY: *Cindy Johnson*
CINDY JOHNSON
Tax Division Manager

## **MAILING LIST CASE NO.: 12-12020-MG**
(Jointly Administered)

RESIDENTIAL CAPITAL, LLC
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

LARREN M. NASHELSKY
MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY  10004-1408

RESCAP CLAIMS PROCESSING CENTER
c/o KCC
2335 ALASKA AVE
EL SEGUNDO, CA  90245