UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jonathan D. Dykstra, am a member in good standing of the bars of the States of California and Nevada and the bar(s) of the United States District Courts for the Northern, Southern, Eastern, and Western Districts of California, and the District of Nevada request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:    Severson & Werson
                  19100 Von Karman Avenue, Suite 700, Irvine, California 92612

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: September 30, 2013              Respectfully submitted,

                                       By: _____
                                           Jonathan D. Dykstra

ny-1062543

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Jonathan D. Dykstra, dated September 30, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of California and Nevada and the bar(s) of the United States District Courts for the Northern, Southern, Eastern, and Western Districts of California, and the District of Nevada,

IT IS HEREBY ORDERED that Jonathan D. Dykstra is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
_____, 2013

> The Honorable Martin Glenn
> United States Bankruptcy Judge
> Southern District of New York

nv-1062543