MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
In re:                                                           )   Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, et al.,                                )   Chapter 11
                                                                 )
                                        Debtors.                 )   Jointly Administered
                                                                 )
---------------------------------------------------------------- )

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON OCTOBER 2, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.      ADJOURNED MATTERS**

**1.**    Debtors' Objection to the Proofs of Claim filed by Thomas LaCasse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 4635]

          **Related Document(s)**:

          **a.**    Amended Notice of Debtors' Objection to the Proofs of Claim filed by Thomas LaCasse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 4659]

ny-1110241

  **b.**  Motion for Extension of Time to Respond to Objection to Claim [#4635] [Docket No. 4923]

  **c.**  Stipulation and Order Between Thomas James LaCasse and the Debtors Extending the Response Deadline and Adjourning the Hearing on Debtors' Objection to the Proofs of Claim filed by Thomas LaCasse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 5022]

  **d.**  Notice of Adjournment of Hearing on Debtors' Objection to the Proofs of Claim filed by Thomas LaCasse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 5238]

**Response(s)**:

  **a.**  Opposition of Thomas LaCasse to Objection to Claim [Docket No. 5106]

**Status**: The hearing on this matter has been adjourned to October 9, 2013.

**II.** **CONTESTED MATTERS**

**1.** Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s)**:

  **a.**  Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

  **b.**  [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

  **c.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

  **d.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

**e.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

**f.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

**g.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

**h.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

**i.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

**j.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

**k.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

**l.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**Response(s)**:

a.  Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:  The hearing on this matter will be going forward.

2. Debtors' Objection to Proofs of Claim filed by Robert Sweeting Against GMAC Mortgage, LLC (Claim Nos. 1360 and 1361) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 4832]

    **Related Document(s)**:   None.

    **Response(s)**:

    a.  Opposition to Debtor GMAC Mortgage, LLC's Objection to Proofs of Claim Filed by Robert Sweeting (Claim Nos. 1360 and 1361); Declaration of Robert Sweeting; Objection to Declaration of Lauren Graham Delehey [Docket No. 5090]

    **Reply**:

    a.  Debtors' Reply in Further Support of Objection to Proofs of Claim Filed by Robert Sweeting Against GMAC Mortgage, LLC (Claim Nos. 1360 and 1361) [Docket No. 5237]

    **Status**:  The hearing on this matter will be going forward.

### III.    OMNIBUS CLAIMS OBJECTIONS

1. Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 3573]

    **Related Document(s):**

    a.  Notice of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Angela Genesco (Claim No. 5732) and Kroll Ontrack (Claim No. 6325) on July 15, 2013 at 11:00 a.m. [Docket No. 4000]

    b.  Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to July 26, 2013 at 10:00 a.m. [Docket No. 4210]

    **c.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to August 29, 2013 at 10:00 a.m. [Docket No. 4315]

    **d.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to September 11, 2013 at 10:00 a.m. [Docket No. 4857]

    **e.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to October 2, 2013 at 10:00 a.m. [Docket No. 4975]

    **f.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5166]

**Response(s):**

    **a.**    Objection of Kroll Ontrack, Inc. to the Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4162]

    **Status**:    The hearing on the matter relating to the Objection of Kroll Ontrack, Inc. has been adjourned to October 9, 2013.

**2.**    Debtors' Twenty-Third Omnibus Objection to Claims (No Liability - Books and Records Claims) [Docket No. 4358]

    **Related Document(s):**

    **a.**    Notice of Adjournment of Notice of Adjournment of Hearing on Debtors' Twenty-Third Omnibus Objection to Claims (No Liability – Books and Records Claims) Against Ross Thayer to September 11, 2013 at 10:00 a.m. [Docket No. 4827]

    **b.**    Notice of Adjournment of Notice of Adjournment of Hearing on Debtors' Twenty-Third Omnibus Objection to Claims (No Liability – Books and Records Claims) Against Ross Thayer to October 2, 2013 at 10:00 a.m. [Docket No. 4990]

    **Response(s):**

    **a.**    Response of Ross P. Thayer to Debtors' Twenty-Third Omnibus Objection to Claims (No Liability - Books and Records Claims) [Docket No. 4754]

    **Status**:    This matter as it relates to Ross Thayer has been resolved. No hearing is required.

**3.**     Debtors' Thirty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) [Docket No. 4903]

  **Related Document(s)**: None.

  **Response(s)**: None.

  **Status**: The hearing on this matter will be going forward.

Dated: September 30, 2013  /s/ Norman S. Rosenbaum
    New York, New York  Gary S. Lee
      Lorenzo Marinuzzi
      Norman S. Rosenbaum
      MORRISON & FOERSTER LLP
      1290 Avenue of the Americas
      New York, New York 10104
      Telephone: (212) 468-8000
      Facsimile: (212) 468-7900

      *Counsel for the Debtors and*
      *Debtors in Possession*