# AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

ASHLEY BLUM, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in New York, New York.

On September 4, 2013, deponent served a true and correct copy of the within MOTION FOR RELIEF FROM AUTOMATIC STAY by email upon the addresses listed on Schedule A and upon the addresses listed on Schedule B by depositing a true and correct copy thereof, enclosed in postpaid wrappers addressed to the addresses listed on Schedule B in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
ASHLEY BLUM

Sworn to before me this
30th day of September, 2013

_____
Notary Public

JASON B. LEVIN
Notary Public, State of New York
No. 02LE6139282
Qualified in New York County
Commission Expires on January 3, 2014

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | hseife@chadbourne.com;dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com |
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com; Timothy.Devine@ally.com;john.bellaver@ally.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| Kurtzman Carson Consultants | P Joe Morrow | rescapinfo@kccllc.com |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | wcurchack@loeb.com;vrubinstein@loeb.com; |
| LLP | Gerard Uzzi | guzzi@milbank.com |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com;Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; Patty.Zellmann@ally.com |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi & Kayvan B Sadeghi | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com; Ksadeghi@mofo.com |
| General Office of the US Attorney for the Southern District of NY | Nancy Lord & Enid M Stuart United States Attorney Preet Bharara | enid.stuart@OAG.State.NY.US joseph.cordaro@usdoj.gov |
| Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov;newyork@sec.gov; bankruptcynoticeschr@sec.gov |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |

Schedule B

Attn Howard Seife & David M LeMay &
Robert J Gayda & Marc B Roitman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112

Attn Bobbie Theivakumaran
Citibank NA
390 Greenwich St 6th Fl
New York, NY 10013

Sean A O Neal and Thomas J Moloney
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Jennifer C DeMarco & Adam Lesman
Clifford Chance US LLP
31 West 52nd St
New York, NY 10019

Centralized Insolvency Operation
Internal Revenue Service
PO Box 7346
Philadelphia, PA, 19101-7346

Centralized Insolvency Operation Internal
Revenue Service
2970 Market St.
Philadelphia, PA 19104

James S Carr & Eric R Wilson
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

Richard M Cieri
Kirkland & Ellis
601 Lexington Ave
New York, NY 10022

Attn Ray C Schrock & Stephen E Hessler
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022-4611

P Joe Morrow
Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245

Walter H Curchack, Vadim J Rubinstein &
Debra W Minoff
Loeb & Loeb LLP
345 Park Ave
New York, NY 10154

Gerard Uzzi
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Attn Tammy Hamzehpour
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Larren M Nashelsky, Gary S Lee & Lorenzo
Marinuzzi & Kayvan B Sadeghi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Nancy Lord & Enid M Stuart
Office of the NY State Attorney General
The Capitol
Albany, NY 12224-0341

United States Attorney Preet Bharara
Office of the US Attorney for the Southern
District of NY
One St Andrews Plaza
New York, NY 10007

Secretary of the Treasury
Securities & Exchange Commission
100 F St NE
Washington, D.C., 20549

George S Canellos Regional Director
Securities & Exchange Commission NY
Regional Office
3 World Financial Center Ste 400
New York, NY 10281-1022

US Attorney General, Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C., 20530-0001

Attn Joseph Cordaro
United States Attorney's Office for the
Southern District of New York civil
Division
86 Chambers St, 3rd Fl
New York, NY 10007

Tracy Hope Davis, Linda A. Riffkin and
Brian S. Masumoto
US Trustee for the Southern District of NY
201 Varick St Ste 1006
New York, NY 10014

Attn Corporate Trust Services - GMACM
Home Equity Notes 2004 Variable Funding
Trust
Wells Fargo Bank NA
PO Box 98
Columbia, MD 21046

Insolvency Section
Internal Revenue Service
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kenneth H Eckstein, Thomas Moers Mayer
& Douglas H Mannal & Jeffrey Trachtman
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Asset-Backed Securities Group
The Bank of New York Mellon
101 Barclay St 4W
New York, NY 10286