UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

RESIDENTIAL CAPITAL, LLC,

          Debtor.

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO:    Clerk of Court

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
            September 30, 2013

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:    s/ Cristine Irvin Phillips
        CRISTINE IRVIN PHILLIPS
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2696
        Facsimile: (212) 637-2702
        Email: cristine.phillips@usdoj.gov