Paul E. Steen (AZ State Bar No. 011111)
**RYAN RAPP & UNDERWOOD, PLC**
3200 N. Central Avenue, Suite 1600
Phoenix, Arizona 85012
Telephone: 602-280-1000
Fax: 602-265-1495
Email: psteen@rrulaw.com
*Pro Hac Vice Attorneys for Wells Fargo Bank, N.A.*

RECEIVED
SEP 30 2013
U.S. BANKRUPTCY COURT
SO DIST_____ YORK

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Case No.: 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | **Chapter 11** |
| Debtors. | **Jointly Administered** |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Paul E. Steen, request admission, ***pro hac vice,*** before the Honorable James M. Peck, to represent Wells Fargo Bank, N.A., a Creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: September 17, 2013

Phoenix, Arizona

Paul E. Steen
Ryan Rapp & Underwood, PLC
3200 N. Central Avenue, Suite 1600
Phoenix, Arizona 85012
Email address: psteen@rrulaw.com
Telephone: 602-280-1000