*"What does the Lord require, do justice, love kindness, and walk humbly with your God"*        Micah 6:8

September 29, 2013

To Whom It May Concern:

I was informed while standing in the cashier's line this weekend that GMAC was filing for bankruptcy and was told I should go online to retrieve details. I have attempted to receive an adjustment on the mortgage I had with GMAC for some time now with no response.

The house is listed in Jamar L. Campbell /Hilda M. Campbell, 605 W 13. St., Chester, Pa. 19013. I was paying the mortgage for my son and the company saved (3) Cashier's Checks and returned them, saying I was not able to pay his mortgage. I know that is not correct, for as a pastor for 15 years I have done this same action for many people who had no relationship to me. Often time paying with a personal check, and having no problems.

So, why this has been such a difficult problem for them to address is beyond my understanding. I am now paying the mortgage to Green Tree. I suppose the action was a sale to avoid addressing my complaints. I would like to file a claim to have this situation investigated before they can walk away from returning the $10,000 that was added to the mortgage.

I've had many conversation with GMAC and my niece also talked with personnel, who agreed that this action would be handled after she talked with a manager. She works for Verizon; thereby, possessing the ability to work the phone systems and reach a decision maker. The action has not been resolved even though she received a verbal compliance. I would like this issue to be reviewed before GMAC can claim settlement and avoid correction of this enormous liability in such a underhanded fashion.

I will enclose copies of the Cashier's Checks and await a response.

Yours truly,

*Rev. Hilda M. Campbell*

603 W. 13th St.
Chester, Pa. 19013

The Rev. Hilda M. Campbell
Healing Wounds of Racism
Phone: 610.496-9023 cell
E-mail: Shesawdust@Comcast.net

RECEIVED
OCT - 1
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**First Mortgage Loan Servicing**
3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

**GMAC Mortgage**

03/20/06

JAMAR L. CAMPBELL

605 W 13TH STREET
CHESTER          PA 19013

RE:    Account Number
       Property Address       605 W 13TH STREET
                              CHESTER          PA 19013

Dear   JAMAR L. CAMPBELL

PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Enclosed please find two cashier's checks totaling $2,322.00. These funds do not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings. Additional fees and costs have incurred. If it is your intent to reinstate your account in full, please contact the attorney below for the reinstatement amounts. Only the correct amount in the form of certified funds will be acceptable.

Phelan, Hallinan, and Schmieg LLP
1617 JFK Blvd  Suite 1400
Philadelphia PA  19102



## green tree
relationships that work

PO Box 6172  
Rapid City, SD 57709-6172

Tel 1-800-643-0202  
GTServicing.com

**Do Not Discard! Important Account Information Enclosed.**

+ 0414896 000014230 09GTR8 0055272 #  
JAMAR L CAMPBELL  
603 W 13TH STREET  
CHESTER PA 19013-3938

February 5, 2013

GMAC Mortgage, LLC ("GMACM") Account Number: 500507009  
Green Tree Servicing LLC ("Green Tree") New Account Number: 621007269

Dear Jamar L Campbell:

**Welcome to Green Tree.** The servicing of your mortgage loan -- that is, the right to collect loan payments from you - is being transferred from GMACM to Green Tree effective February 1, 2013. The servicing transfer does not affect any terms or condition of your current mortgage loan, other than the terms directly related to the servicing of your loan. You can mail your payments directly to Green Tree at the following address: **Green Tree Servicing LLC, PO Box 94710, Palatine, IL 60094 - 4710.**

Green Tree will begin posting payments to your account on or about February 14, 2013. If your payment was received by Green Tree or GMACM prior to the posting date, we will apply your payment as of the day that it was received and no late fee will be assessed to your account.*

You should be receiving your first statement from Green Tree by mail the week of February 18, 2013. If you have any questions about the transfer of your mortgage loan servicing to Green Tree, we encourage you to visit:

### www.gtservicing.com/welcome

There you can register to securely access your account online, make a payment, establish a recurring electronic mortgage loan payment and obtain answers to frequently asked questions.

We are pleased to have you as a new customer. The following pages include more detailed information about our services, including details about payoff requests, and insurance loss payee information. Please keep this documentation for future reference. Should you ever need additional account information, please visit our website at GTServicing.com, or contact customer service toll-free at 1-800-643-0202, or write to Green Tree Customer Service, PO Box 6172, Rapid City, SD 57709-6172.

At Green Tree, we build relationships that work and we look forward to providing you with quality service for years to come.

Respectfully,

Green Tree  
New Servicer Effective 2-1-2013

*547.25*

*July 11, 13    1094.50*



* Please note: If you participate in Automatic Clearing House payments (also known as Auto Pay), this program will continue without interruption. If you were previously using GMACM website to schedule your on-line payments this program will cancel as of February 1, 2013. You can easily make an electronic payment or reestablish a recurring automatic loan payment on our website: GTServicing.com.

First Mortgage Loan Servicing
3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

**GMAC Mortgage**

05/01/06

JAMAR L. CAMPBELL

605 W 13TH STREET
CHESTER        PA 19013

RE:    Account Number
       Property Address       605 W 13TH STREET
                              CHESTER        PA 19013

Dear    JAMAR L. CAMPBELL

**PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Enclosed please find cashier check 402534 in the amount of $1117.00. These funds do not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings. Additional fees and costs have incurred. If it is your intent to reinstate your account in full, please contact the attorney below for the reinstatement amounts. Only the correct amount in the form of certified funds will be acceptable.

Phelan, Hallinan & Schmieg, LLP
1617 JFK BLVD
PHILADELPHIA PA 19103-0000
215-563-7000

---

THE FACE OF THIS DOCUMENT HAS A MULTI-COLOR CHECK BACKGROUND AND MICRO PRINTING

DPL    PO Box 7739
       Newark, DE 19714-7739
       (302) 368-2396

Mid Atlantic Corp. FCU    No. 402534
Middletown, PA 17057

DATE    24APR06    AMOUNT    ****1117.00

EXACTLY->1117 dols 00 cts

ORDER
FROM HILDA CAMPBELL & JAMAR CAMPBELL

John W. Waterson    TREASURER
AUTHORIZED SIGNATURE

THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK AND RED MICR NUMBERS

**First Mortgage Loan Servicing**
3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

**GMAC Mortgage**

05/24/06

JAMAR L. CAMPBELL

605 W 13TH STREET
CHESTER       PA 19013

RE:   Account Number
      Property Address        605 W 13TH STREET
                              CHESTER       PA 19013

Dear   JAMAR L. CAMPBELL

   PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
      INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Enclosed please find cashier's check number 301206 in the amount of $1,117.00. These funds
do not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings. Additional
fees and costs have incurred. If it is your intent to reinstate your account in full, please contact
the attorney below for the reinstatement amounts. Only the correct amount in the form of
certified funds will be acceptable.

   Phelan, Hallinan & Schmieg, LLP
   1617 JFK BLVD
   PHILADELPHIA PA 19103-0000
   215-563-7000




Aug. 18, 2006

Dear Mr. John Mieneke
GMAC Custom. Care

I have complied w/request for info and the faxing of copies of cashier's checks. I have requested a written amount needed to intercept the Aug. 18th Sheriff's Sale of my son's property @ 605 W. 13th St., Chester, Pa. Besides not wanting him to loose his investment, this house is next door to my home, which allows my grandchildren to be here when I'm home.

Jamar
Campbell

I told the Customer Care Rep. on Fri. I would be away doing Training for Pastor's & Lay Leaders this week. We were @ Daylesford Abbey for full day (8AM-9/9:30PM)retreats. I am the facilitator. I did attempt to call all 3 days to no avail. I have rec'd a letter that I'm faxing a copy of requesting front & back of cashed checks. I would not have a copy of the check cashed in Jan. for $1,000 for it would probably be held by my credit union. I can call tomorrow to inquire.

All other checks that have been sent to you I still have in my possession, since they were returned. Again I need to remind you of your statement that if I could validate the funds were sent before the late date of Feb. 25 you would recall the foreclosure action. I faxed the copy of the letter & check w/notation from your organization and also sent you materials which indicate that the foreclosure procedure was started Feb. 23, which would be before the Feb. 25 late date.???? This was at the time when you talked w/my niece.

So, I now believe the entire procedure was started in error because the Jan. check was cashed which should have stopped that foreclosure. In May I attempted to call the lawyer Phelan, Hallinan & Schmieg, LLP & was told I had the wrong office. That was on the letter w/the returned check. When talking to Anne Marie she asked why I have waited so long to try & clear this up. I have a folder w/info re: this issue that is filled w/documentation of how long I have attempted a resolution. The 1st POA statement was sent to you in Feb., you then asked for an official notarized document, it was sent in April and I didn't rec. a notice that it was OK for me to have conversation w/you til July 24.

How can it be said that I have failed to clear up this disaster? I am much more concerned at this time since someone else's lack of proper action will cause my family much hardship. I thought by now the inadequate actions taken would be corrected and life could return to somewhat normal. Which is not the case.

My attorney advised me to request a written statement of amounts in questions, but also if my son had been served, a necessary process before foreclosure???? I do not want to empty this house if this can be remedied prior to the action. I called & left a message that I have a mortgage broker in my church that is willing to look at taking over/refinancing the mortgage but needs more than a week. If you can't reinstate this I would appreciate your assistance to at least hold it off til I can proceed w/ paperwork.? Thank you

Rev. Alida M Campbell    610-496-9023 c.
                         484-480-5663 h.
                         484-480-5669 fx.

This Power of Attorney shall become effective immediately and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until my death. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

Dated April 4, 2006 at 9:40 A

YOUR SIGNATURE: _____

*[signature]*

YOUR PRINTED FULL LEGAL NAME:
JAMAR LAMON CAMPBELL

WITNESS' SIGNATURE:
*Alanshaun Headen*

WITNESS' SIGNATURE: _____

WITNESS' PRINTED FULL LEGAL NAME:
ALANSHAUN HEADEN

WITNESS' PRINTED FULL LEGAL NAME: _____

Acknowledgement:

STATE OF Pennsylvania
COUNTY OF Philadelphia

The foregoing instrument was acknowledged before me this 4 day of April, 2006 by W. Freeman [YOUR FULL LEGAL NAME], who is personally known to me or who has produced Federal ID as identification.

*[signature]*
Signature of person taking acknowledgment

Name typed, printed, or stamped

Title or rank

Serial number (if applicable)

This document was prepared by:

Name: _____
Address: _____

NOTARIAL SEAL
Winston E. Freeman, Notary Public
Philadelphia, Philadelphia County
My commission expires October 22, 2007

To: Adam (mgr.)
866-877-9919
87A
Acct