**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul E. Steen, to be admitted, *pro hac vice*, to represent Wells Fargo Bank, N.A., a Creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and the bar of the U.S. District Court for the District of Arizona it is hereby

ORDERED, that Paul E. Steen, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter to represent Wells Fargo in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: October 1, 2013
     New York, New York


                                      /s/Martin Glenn
                                      MARTIN GLENN
                                      United States Bankruptcy Judge