Paul and Marge Pfunder
27049 Monk Street
Menifee, CA 92586
951-672-0359

Claimants



UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | Hearing Date: 10/9/13 |
| ) | Time: 10:00 a.m. (Eastern) |
| | Location: Courtroom 501 |
| | Honorable Martin Glenn |

## OBJECTION TO DISALLOWANCE OF CLAIM

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY COURT JUDGE:

Claimants, Paul and Marge Pfunder, (hereinafter the "Pfunders") object to the Disallowance and Expungement of their claim as follows:

## BACKGROUND

On or about October 19, 2012, the Pfunders filed a Claim against Residential Capital, and its affiliates GMAC Mortgage, on the basis of GMAC's refusal to complete a loan modification on their home..

On or about September, 2008, the Pfunders began the loan modification process

with GMAC (Loan No. 0359494159) based on GMAC informing them that they were a good candidate for a loan modification. The Pfunders were gainfully employed at the time and were told they qualified for a loan modification.

Over the course of approximately two years, the Pfunders provided pay stubs, bank account records, income tax records and additional information to substantiate the Pfunders' income and the ability to qualify for a loan modification.

GMAC and their representatives, continually advised the Pfunders that they would be receiving the loan modification, and the Pfunders continued to provide the requested documentation.

On or about January, 2009, the Pfunders hired a financial advisor to expedite the loan modification process. The Pfunders were later informed that the financial advisor did not receive any different results dealing with GMAC, other than the stalling tactics which we also encountered, i.e., promises of the loan modification going through, requesting numerous copies of documentation, etc. (A copy of the authorization letter dated July 26, 2009 is attached hereto as Exhibit A).

On July 29, 2010, the Pfunders sent correspondence to GMAC in response to their request for a profit and loss statement for Paul Pfunder. (A copy of the July 29, 2010 letter is attached hereto as Exhibit B). No confirmation from GMAC was received.

As we approached the end of 2010, our employment opportunities had decreased and our overall income had dropped due to the economic crisis. We were still employed, but not at the salaries we were once able to earn. At that point, GMAC informed us that we had been denied of the loan modification, approximately two years after the process

began.

Had GMAC approved the loan modification, as they led us to believe they would, we probably would still be in our home. As a result of the loan modification not being processed to completion, and then finally denied at the end of 2010, we were forced to "short sell" our home of 23 years. We did not want to sell our home. We had planned to retire there. We just needed some assistance (through a loan modification) so that we could continue making the payments at a lower rate. We are now living in a rental home, after losing our dream home of 23 years.

We submit that if GMAC had dealt with us honestly and with honorable business practices, we would still be in our home, making the monthly mortgage payments.

It is for these reasons, that Claimants respectfully request that the Claim filed not be disallowed or expunged.

Dated: September 26, 2013

Respectfully submitted,

/s/
_____
Paul Pfunder, Claimant

_____
Marge Pfunder, Claimant