*Paul and Marge Pfunder*
*24993 Avenida Sombra*
*Murrieta, CA 92563*
*951-698-1488*

1/26/09

RE: LOAN NO.:
　　 PROPERTY ADDRESS:   24993 AVENIDA SOMBRA, MURRIETA, CA 92563

TO GMAC MORTGAGE:

Please be advised that Monica Ortiz is authorized to negotiate a loan modification on the home loan we currently have with GMAC Mortgage, for the above-described property.

_____
PAUL PFUNDER

_____
MARGE PFUNDER

Exhibit A