Paul and Marge Pfunder
24993 Avenida Sombra
Murrieta, CA 92563
951-698-1488

July 29, 2010

GMAC Mortgage
3451 Hammond Avenue
P.O. Box 780
Waterloo, IA 50704

Re:     Account No.:
        24993 Avenida Sombra, Murrieta, Ca 92563

Dear Mortgage Lender:

This letter is in response to your recent correspondence.

Per your request, attached is a profit and loss statement for Paul Pfunder.

If you have any questions, we can be reached at the above address and phone numbers.  Thank you.

Very truly yours,

/s/

Paul and Marge Pfunder

/mp
enclosures

Exhibit B