## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2013, a true and correct copy of the foregoing **OBJECTION** was filed and served via First Class Mail / overnight mail to the following: See Below:

Executed on September 28, 2013 at Menifee, California.

s/ Marge Pfunder

Honorable Martin Glenn — Via Overnight Mail
One Bowling Green, Rm 501
New York, NY. 10004

Morrison - Foerster, LLP.
1290 Ave. of Americas
New York, N.Y. 10104
Att: Gary S. Lee

Kramer Levin Naftalis - Frankel, LLP.
1117 Ave. of Americas
New York, NY 10036
Att: Kenneth Eckstein, Esq.