Case # 2002
~~9-29-2013~~

Bettie Jean Yelder
2915 Cantelou Road
Montgomery AL 36108

9-29-2013

RECEIVED
OCT - 1 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Reference Claim # 2002

To whom it may Concern.

Please review my claim for settlement. This claim is necessary for me to put my life back together. Because of the mental, Physical and financial Hardship caused by this Company (Residential Capital LLC). I have loss my great credit rating, have physical condition cause by my worries (see Attached medical records) and has created total financial Hardships. Please allow my claim to meet required standards and award me $100,000 plus any damages that the court deems appropriate.

Thank
Bettie Jean Yelder

Case # 2002

# EAP PROGRESS NOTE

Date: 09/17/2010

Patient Name: Yelder, Bettie    MRN: 2445    DOB: 07/25/53    Age: 57    (F) M

## HISTORY

Last Visit on: 04/05/10

CC: F/U DM Levemir is working good

HPI: Pt has been experiencing lower ext. edema more than usual

## PHYSICAL EXAM

**VITALS** done by YM
BP: 142/90  P: 80  R: 22  T: 97.6
BS: 279  (F / NF) (clinic / patient)
Ht: 64"
Wt: 239
BMI: ___  LMP: ___

Gen: WNL
Heent: WNL
CVS: RRR
Lungs: CTA
Abd: [illegible]
Ext: [illegible]
Breast/Prostate:
Neuro: Alert ♀ OX
Psych:

### W or W/O med changes

**SELF MANAGEMENT**
- Mod activity ≥ 3 dys/wk    Y    N
- Current tobacco user         Y    N
- Takes meds as directed      Y    N
- Tolerating meds              Y    N
- Needs refills                Y    N

**If has HTN**
- Checks BP?        NA    Y    N
- Low salt diet?    NA    Y    N
- Low fat/chol diet? NA   Y    N

**If has DM**
- Checks BS?        NA    Y    N
- BS Range: _____

- Low carb/DM diet?    NA    Y    N
- Checks feet daily    NA    Y    N
- Foot ulcers/problems NA    Y    N
- Last foot exam _____
- Last eye exam _____

**NEW MEDS (Name/Dose/Freq)**
☐ no chgs since last visit, see med list

**ALLERGIES**
☐ NKDA

**ROS: -ve/+ve**
- Const    fatigue F/C night swts
- Eyes     blurred vision
- Hent     sore thr postnasal drip
- CVS/Resp CP palp SOB DOE PND orthopnea edema wt gain cough wheezing URI s/s
- GI       n/v htburn bloating constip abd pain diarr brbpr melena
- Endo     Puria Pdipsia dry mth thirst wt loss wt gain hypoglyc cold/heat intol
- GU       dysuria freq urg hematuria hesitancy disch
- MS       myalgia arthralgia jt swelling
- Skin     fungus rash ulcer
- Neuro    paresthesias HA
- Psych    depressed mood anxiety SI HI
- H/L/All/Imm anemia easy bruising prolonged blding

## ASSESSMENT AND PLAN

① BP Uncontrolled
  Levamir 80 gal [illegible]
  Metform 1000 BID
  Add Victoza 1.2 mg [illegible]

② [illegible] OTS [illegible]
  Flomax NS
  Antined 25 T [illegible]
  Amoxil 500 TID x 7 days

③ [illegible] Antined 25 T [illegible]

④ [illegible]

**NURSE INSTRUCTIONS**
Done by: CH       Nurse

Labs by _____    BMP  CMP  LFTS  A1C  FLP  CBC  H/H  TSH  FTP
                  UP   UMA  UHCG  PSA  PAP  IFOBT  Other:

Test/Referrals    ☐ EKG  ☐ ETT  ☐ Echo  ☐ Xray _____  ☐ US _____
                  ☐ CT _____  ☐ MRI _____  ☐ Mammogram  ☐ Colonoscopy
                  ☐ Specialty _____  for _____

Next Visit  _____ weeks  _____ months  Sooner if acute issues

Patient verbalized understanding and agreement with above assessment and plan and left the clinic alert and oriented

☐ Yes    ☐ No

**Future Visit Follow-Up Items**
Action          Due

MD Signature: _____
CRNP Signature: _____