12-12020-mg    Doc 5261-3    Filed 10/02/13    Entered 10/02/13 15:45:27    Exhibit 2 - Excerpts of Affidavit of Service    Pg 1 of 6

**Exhibit 2**

**Excerpts of Affidavit of Service**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                 :

In re                                           :      Chapter 11

RESIDENTIAL CAPITAL, LLC, et al., [1]    :      Case No. 12-12020 (MG)

                                                 :      **(Jointly Administered)**

                     Debtors.        :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before September 7, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the Monthly Service List attached hereto as **Exhibit A**, upon the Claimants and Notice Parties attached hereto as **Exhibit B**, upon the parties attached hereto as **Exhibit C**, via Overnight mail on service list attached hereto as **Exhibit D** for subsequent distribution to beneficial holders of the securities listed on the attached **Exhibit E**, and via Electronic mail upon the parties attached hereto as **Exhibit F**:

1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit G**

2. Proof of Claim Form attached here to as **Exhibit H**

*(This space intentionally left blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1


¡1212020120911000000000007

B. On or before September 7, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the Creditor Matrix attached hereto as **Exhibit I**

1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit G**

2. [Customized] Proof of Claim Form

Dated: September 11, 2012

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th of September, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

2

# EXHIBIT B

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Robert P. Cocco, P.C. | FRANCISO & NIOCA VERA VS EVERETT T & MARY ADKINS ANTHONY J DEMARCO, III INDIVIDUALLY & DBA DEMARCO REI INC SETTLEMENT ET AL | 1500 Walnut Street, Suite 900 | | | Philadelphia | PA | 19102-3518 | |
| Robert P. Cocco, P.C. | SIMONA ROBINSON VS. GMAC MORTGAGE PHELAN HALLINAN & SCHMIEG, LLC | 1500 Walnut Street Suite 900 | | | Philadelphia | PA | 19102 | |
| ROBERT P. CROTEAU | MICHELE M. ARINGTON-CROTEAU | 39602 ANN ARBOR TRAIL | | | PLYMOUTH | MI | 48170 | |
| ROBERT P. DECKER | MARY DECKER | 8 KENSINGTON DRIVE | | | HOWELL | NJ | 07731 | |
| ROBERT P. GIULIANI | BARBARA S. GIULIANI | 1797 WAMPLERS HEIGHTS DR | | | BROOKLYN | MI | 49230 | |
| ROBERT P. HATHAWAY | CORETTA ALICE HATHAWAY | 6201 MADELINE ST | | | SAN DIEGO | CA | 92115-5625 | |
| ROBERT P. MANZO | JANICE M. MANZO | 16 SPRUCE HILL LANE | | | GOSHEN | NY | 10924 | |
| ROBERT P. MURPHY | | 19990 CARAWAY LANE | | | RIVERSIDE | CA | 92508 | |
| ROBERT P. PARTNEY | DOROTHY J. PARTNEY | 217     LISA DR | | | FARMINGTON | MO | 63640 | |
| ROBERT P. PATTERSON | JANE A. PATTERSON | 20740 30 MILE RD | | | RAY | MI | 48096 | |
| ROBERT P. REITHOFER | ANTOINETTE M. REITHOFER | 7433 W 114TH ST | | | WORTH | IL | 60482 | |
| ROBERT P. SCHENK | DONNA SCHENK | 105 ANTELOPE DRIVE | | | MULLICA HILL | NJ | 08062 | |
| ROBERT P. SZACHTA | | 16887 HUNTINGTON WOODS | | | MACOMB TOWNSHIP | MI | 48042 | |
| Robert Pace | | 8623 Middle Downs Drive | | | Dallas | TX | 75243 | |
| ROBERT PADER | | 92 GIBB ST | | | PITTSBURGH | PA | 15202 | |
| ROBERT PADJEN ATT AT LAW | | 5290 DTC PKWY STE 150 | | | ENGLEWOOD | CO | 80111 | |
| ROBERT PADJEN ATT AT LAW | | 5290 DTC PKWY STE 150 | | | GREEN VILLAGE | CO | 80111 | |
| ROBERT PATTERSON | | P.O. BOX 165 | | | SURING | WI | 54174 | |
| ROBERT PATTERSON SMITH CO | | PO BOX 71222 | | | RICHMOND | VA | 23255 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SIMON, STEPHEN M | | 7729 LOCKHEED DR STE 1 | | | EL PASO | TX | 79925 | |
| SIMON, STEPHEN M | | 9905 ALBUM AVE | | | EL PASO | TX | 79925 | |
| SIMON, WENDY A | | 170 ST THOMAS WAY | | | TIBURON | CA | 94920 | |
| SIMONA BRATU | | 1525 E. BASELINE RD. | | | TEMPE | AZ | 85283 | |
| SIMONA ROBINSON vs GMAC MORTGAGE LLC PHELAN HALLINAN and SCHMIEG LLC | | 3029 S 70th St | | | Philadelphia | PA | 19151 | |
| SIMONAUX AND ROSA TORRANDELL | | 73 REDNECK AVE | AND CHRISTIANS GENERAL CONST LLC | | LITTLE FERRY | NJ | 07643 | |
| SIMONAUX TORRANDELL & ROSA TORRANDELL & PSE & G & | | 73 REDNECK AVE | HINTZEN & SONS CUSTOM CONSTRUCTION | | LITTLE FERRY | NJ | 07643 | |
| Simone Braham | SIMONE BRAHAM VS TROY PANTON | 175 Athabasco Drive | | | Kissimmee | FL | 34759 | |
| SIMONE BRAHAM VS SPECIALIZED LOAN SERVICES N K A GMAC MORTGAGE LLC | | 175 ATHABASCA DR FL | | | Kissimmee | FL | 34759 | |
| SIMONE JOHNSON | | 514 DIVISION STREET | | | JENKINTOWN | PA | 19046 | |
| SIMONE M AMISON | | 291 3RD ST | | | TRENTON | NJ | 08611 | |
| Simone Palmer | | 84 Maple Leaf Lane | | | Pottstown | PA | 19464 | |
| SIMONE, RISHOR | | 101 E DIAMOND ST STE 208 | | | BUTLER | PA | 16001 | |
| SIMONEAU, ROBERT R & SIMONEAU, JANICE M | | 96 HURRICANE ROAD | | | BELMONT | NH | 03220 | |
| SIMONETTE LAW FIRM INC | | 155 E BROAD ST STE 2200 | | | COLUMBUS | OH | 43215-3664 | |
| SIMONI, RONALD L | | 6755 E 200 S | | | KNOX | IN | 46534 | |
| SIMONIAN, JOHN S | | 681 PARK AVE STE 25 | PO BOX 3663 | | CRANSTON | RI | 02910 | |
| SIMONICH CORPORATION | | 3130 CROW CANYON PL STE 300 | | | SAN RAMON | CA | 94583-1386 | |
| SIMONIZE REMODELING | | 4915 S YORKTOWN AVE STE 205 | | | TULSA | OK | 74105 | |
| SIMONS JR, DAVID H & IRENE E SIMONS TRUST | | 9551 OLYMPIC DRIVE | | | HUNTINGTON BEACH | CA | 92646 | |
| SIMONS, BRUCE | | 1259 EVERGREEN RD | BROWNS PLUMBING AND CONSTRUCTION | | WINNSBORO | SC | 29180 | |