UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al*., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Jonathan D. Dykstra, dated September 30, 2013, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of California and Nevada and the bars of the United States District Courts for the Northern, Southern, Eastern, and Western Districts of California, and the District of Nevada,

IT IS HEREBY ORDERED that Jonathan D. Dykstra is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

**SO ORDERED.**

Dated:   October 3, 2013
         New York, New York

                                             /s/Martin Glenn
                                            MARTIN GLENN
                                      United States Bankruptcy Judge