Hearing Date:   December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Meryl L. Rothchild

*Counsel for the Debtors and
Debtors in Possession*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------
                                                  )
  In re:                                          )    Case No. 12-12020 (MG)
                                                  )
  RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,        )    Chapter 11
                                                  )
                              Debtors.            )    Jointly Administered
                                                  )
-------------------------------------------------------------------------------  )


**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF U.S. BANK
NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SEEKING LIMITED
DISCOVERY FROM THE DEBTORS AND RELIEF FROM STAY IMPOSED
<u>BY THE FHFA ORDER TO DECEMBER 17, 2013 AT 10:00 A.M.</u>**


**PLEASE TAKE NOTICE** that the hearing on the *Motion of U.S. Bank National
Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from
Stay Imposed by the FHFA Order* [Docket No. 3513], previously scheduled to be heard on
October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **December 17,
2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin
Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander
Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1111719

Dated:  October 3, 2013
       New York, New York

 

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Meryl L. Rothchild
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*