CLIFFORD CHANCE US LLP
31 W. 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Adam Lesman

*Counsel for Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :
                                                               :  Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al*.,                            :
                                                               :  Case No. 12-12020 (MG)
                                                               :
Debtors.                                                       :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

Leah S. Edelboim, being duly sworn deposes and says:

1.  I am not a party to the above-captioned proceeding, am over 18 years of age, and am an associate at Clifford Chance US LLP, 31 W. 52nd Street, New York, New York 10019.

2.  On October 2, 2013, I caused the following documents to be served via Hand Delivery upon the parties on the service list attached hereto as **Exhibit A** and via Electronic Mail upon the parties on the Special Service List attached hereto as **Exhibit B**, and thereafter via First Class Mail upon the parties on the Special Service List attached hereto as **Exhibit C** and upon the parties on the service list attached hereto as **Exhibit D**.

- *Ocwen Loan Servicing LLC's Objection to Motion of Simona Robinson for Relief from Stay* [Docket No. 5262].

/s/ *Leah S. Edelboim*
Leah S. Edelboim

Sworn to me before this
3rd  day of October 2013
/s/ *Debra Wasserman*
Notary Public, State of New York
No. 01WA6051417
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Jan. 18, 2015

Exhibit A
Hand Delivery

| NAME | NOTICE NAME | SERVICE ADDRESS |
|---|---|---|
| Storch Amini & Munves PC | Noam M. Besdin | 2 Grand Central Tower, 25th Floor<br>140 East 45th Street<br>New York, New York 10017 |

Exhibit B
Special Service List

| NAME | NOTICE NAME | ELECTRONIC MAIL ADDRESS |
|---|---|---|
| Chadbourne & Parke LLP | Howard Seife, David M. LeMay, Robert J. Gayda & Marc B. Reitman | hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com |
| Citibank NA | Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A. Neal & Thomas J. Moloney | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; |
| Kelley Drye & Warren LLP | James S. Carr & Eric R. Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis | Richard M. Cieri | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H. Eckstein, Thomas Moers Mayer, Douglas H. Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| Loeb & Loeb LLP | Walter H. Curchack, Vadim J. Rubinstein & Debra W. Minoff | wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | guzzi@milbank.com |
| Morrison & Foerster LLP | Tammy Hamzehpour | 'lmarinuzzi@mofo.com'; 'lnashelsky@mofo.com'; 'glee@mofo.com', 'ksadeghi@mofo.com' |
| Office of the New York State Attorney General | Nancy Lord & Enid M. Stuart | enid.stuart@OAG.State.NY.US |

| | | |
|---|---|---|
| Office of the United States Attorney for the Southern District of New York | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission New York Regional Office | George S. Canellos, Regional Director | secbankruptcy@sec.gov;newyork@sec.gov; bankruptcynoticeschr@sec.gov |
| United States Department of Justice | U.S. Attorney General Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York, Civil Division | Joseph Cordaro | joseph.cordaro@usdoj.gov |
| United States Trustee for the Southern District of New York, Region 2 | Tracy Hope Davis, Linda A. Riffkin & Brian S. Masumoto | Tracy .Davis2@usdoj .gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoi.oov |

Exhibit C
Special Service List

| NAME | NOTICE NAME | ADDRESS |
|---|---|---|
| Chadbourne & Parke LLP | Howard Seife, David M. LeMay, Robert J. Gayda & Marc B. Reitman | 30 Rockefeller Plaza New York, NY 10112 |
| Citibank NA | Bobbie Theivakumaran | 390 Greenwich Street, 6th Fl. New York, NY 10013 |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A. Neal & Thomas J. Moloney | One Liberty Plaza New York, NY 10006 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 Philadelphia, PA 19107-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street Philadelphia, PA 19104 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plaza, Room 1150 Baltimore, MD 21201 |
| Kelley Drye & Warren LLP | James S. Carr & Eric R. Wilson | 101 Park Avenue New York, NY 10178 |
| Kirkland & Ellis | Richard M. Cieri | 601 Lexington Avenue New York, NY 10022 |
| Kirkland & Ellis LLP | Ray C Schrock & Stephen E Hessler | 601 Lexington Avenue New York, NY 10022 |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H. Eckstein, Thomas Moers Mayer, Douglas H. Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas New York, NY 10036 |
| Loeb & Loeb LLP | Walter H. Curchack, Vadim J. Rubinstein & Debra W. Minoff | 345 Park Avenue New York, NY 10154 |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza New York, NY 10005 |
| Morrison & Foerster LLP | Tammy Hamzehpour | 1290 Avenue of the Americas New York, NY 10104-0050 |

| | | |
|---|---|---|
| Office of the New York State Attorney General | Nancy Lord & Enid M. Stuart | The Capitol Albany, NY 12224-0341 |
| Office of the United States Attorney for the Southern District of New York | United States Attorney Preet Bharara | One St. Andrews Plaza New York, NY 10007 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St. NE Washington, DC 20549 |
| Securities & Exchange Commission New York Regional Office | George S. Canellos, Regional Director | 3 World Financial Center, Ste 400 New York, NY 10281-1022 |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W New York, NY 10286 |
| United States Department of Justice | U.S. Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Avenue NW Washington, DC 20530-0001 |
| United States Attorney's Office for the Southern District of New York, Civil Division | Joseph Cordaro | 86 Chambers Street, 3rd Floor New York, NY 10007 |
| United States Trustee for the Southern District of New York, Region 2 | Tracy Hope Davis, Linda A. Riffkin & Brian S. Masumoto | 33 Whitehall Street, 21st Floor New York, NY 10004 |
| Wells Fargo Bank NA | Attn Corporate Trust Services- GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 Columbia, MD 21046 |

Exhibit D

| NAME | NOTICE NAME | SERVICE ADDRESS |
|---|---|---|
| Storch Amini & Munves PC | Noam M. Besdin | 2 Grand Central Tower, 25th Floor<br>140 East 45th Street<br>New York, New York 10017 |