Hearing Date and Time:  November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'**
**FIRST OMNIBUS OBJECTION TO CLAIMS (LATE-FILED**
**CLAIMS) AGAINST KROLL ONTRACK (CLAIM NO. 6325)**
**TO NOVEMBER 7, 2013 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' First Omnibus Objection to Claims (Late-Filed Claims)* [Docket No. 3573] (the "First Omnibus Claims Objection") against Kroll Ontrack (Claim No. 6325), previously scheduled to be heard on October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1110062

| | |
|---|---|
| Dated: October 4, 2013<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* |