**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al*.

Debtors.

Case No. 12-12020 (MG)

**ORDER TO RESPOND TO THE MERITS OF LETTER FROM TIMOTHY MCHUGH**
**CONCERNING THE DEBTORS' OBJECTION TO MCHUGH'S CLAIM**

The Court is in receipt of the letter dated September 11, 2013 (ECF Doc. #5127) from Timothy McHugh concerning the Debtors' objection to McHugh's claim. An order was entered on September 9, 2013 sustaining the objection to McHugh's claim. (ECF Doc. # 4942). McHugh asserts that he did not receive the objection to his claim until after the deadline to respond to the objection.

The Court orders that the Debtors respond on or before October 18, 2013 to the merits of McHugh's argument that he supplied sufficient supporting documentation. After receiving the Debtors' response, the Court will decide whether to vacate the order expunging the claim and schedule a further hearing.

It is so ORDERED.

Dated: October 4, 2013

                                            **/s/Martin Glenn**
                                            MARTIN GLENN
                                United States Bankruptcy Judge