## **Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-SECOND OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | Alben Realty Corp Retirement System Bernard Klevan 20191 E Country Club Dr Apt 708 Aventura, FL 33180 | 4424 | 11/12/2012 | $0.00 $0.00 $0.00 $14,000.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 2 | Arsalan Salamat 5445 N.Sheridan Rd, Apt 3202 Chicago, IL 60640 | 1143 | 10/10/2012 | $0.00 $0.00 $12,000.00 $0.00 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 3 | Deirdre OConnor Trust 4615 Brookside Rd Toledo, OH 43615-2207 | 1098 | 10/10/2012 | $0.00 $0.00 $0.00 $0.00 $25,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 4 | Donald L. Solomon Trust 4615 Brookside Rd Toledo, OH 43615-2207 | 1099 | 10/10/2012 | $0.00 $0.00 $0.00 $0.00 $125,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 5 | Donald Solomon Supporting ORG. Trust 6465 Sylvania Avenue Sylvania, OH 43560 | 1424 | 10/19/2012 | $0.00 $0.00 $0.00 $0.00 $100,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 6 | Ellamae Brown 17319 Vollbrecht Drive South Holland , IL 60473-3646 | 2101 | 11/02/2012 | $0.00 $0.00 $0.00 $0.00 $2,065.83 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 7 | Gasser Edmund Oberrasen 19 Rasun Anterselva, BZ I-39030, Italy | 1892 | 10/29/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-SECOND OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 8 | Louis Zatz<br>10215 N. Circlelake Dr. #201<br>Boynton Beach, FL 33437 | 1474 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$20,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 9 | Randolph T. Brown as custodian for the Randolph T. Brown IRA<br>808 1st Ave SE<br>Long Prairie, MN 56347 | 1665 | 10/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 10 | W Jeanetta Medrud & Jerry K Medrud<br>14349 W Promise Lane<br>Pocatello, ID 83202-5330 | 2167 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,346.75 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |
| 11 | W.J. Schneider<br>8080 Old Crow Court<br>West Chester, OH 45069 | 949 | 10/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the Master Proof of Claim 5256 filed by Wilmington Trust, National Association |