| | |
|---|---|
| **Subject:** | FW: Residential Capital, LLC, SDNY Bankruptcy #12-12020 |
| **Attachments:** | 20130911174456696.pdf |
| **Importance:** | High |

**From:** Pamela Z Hill [mailto:Pamela@whidbeyviewhomes.com]
**Sent:** Thursday, September 12, 2013 07:10 PM
**To:** Lee, Gary S.; Nashelsky, Larren M.; Marinuzzi, Lorenzo
**Cc:** tracy.davis2@usdoj.gov <tracy.davis2@usdoj.gov>; linda.riffkin@usdoj.gov <linda.riffkin@usdoj.gov>;
brian.masumoto@usdoj.gov <brian.masumoto@usdoj.gov>; keckstein@kramerlevin.com <keckstein@kramerlevin.com>;
dmannal@kramerlevin.com <dmannal@kramerlevin.com>; jkrell@silvermanacampora.com
<jkrell@silvermanacampora.com>
**Subject:** Residential Capital, LLC, SDNY Bankruptcy #12-12020

Re:  Claim No. 2427, Pamela Z. Hill

Gentlemen:

I have received the "Notice Regarding Your Claim" dated August 23, 2013, addressed to me indicating a "Proposed Claim to be Disallowed and Expunged" and further your general "Notice of Non-voting Status with Respect to Unimpaired Classes ........." likewise dated August 23, 2013, together with a ballot form.

The stated Reason for Disallowance is "Liability Not Reflected in Debtors' Books and Records".  It cites the claim against the Debtors are (is) "Unimpaired" citing Article III of the Plan and Section 1126(f) of the Bankruptcy Code.

I find no provision within either citation to be applicable.  If you can enlighten me, please promptly do so.

In the case you wish to rely upon the "not reflected" meaning there is no claim asserted, you should refer to the above-referenced Claim No. 2427, and all of the following documents on file with the Clerk of the Court.  I am certain KCC can provide a comprehensive list and file references.

If by this determination you are asserting that no monetary compensation is to be allowed and that is the avenue to be "disallowed" then please refer to my Claim and all following correspondence and pleadings.  There you will find "....that any ... obligations thereunder (the Deed of Trust) shall hence forth (be) null and void and without further effect, and GMAC and/or Residential Capital record full satisfaction with the Island County, Washington Auditor."  That appears to now be the acceptable solution based upon the Clerk of Court's records on file and the above determinations.  I will reserve the right to pursue monetary compensation for my losses and expenses detailed via other means, to the extent of excesses not received in these Proceedings.

In the event you seek to assert that the underlying obligation has been sold and therefore the purchasers and their successors are bona fide and without notice, I hereby provide you by attachment copies of all letters and correspondence giving full notice monthly to each and every one as notice of transfer and subsequent payments were made; from the date of the initial claim filed to the present time.

I will await your prompt response.  A certified letter will follow.

Pamela Z. Hill

## GMAC Mortgage Account Statement

### CUSTOMER INFORMATION

| | |
|---|---|
| Name: | Joseph W Keeva |
| | Pamela Z Hill Keeva |
| Account Number: | 6812 |
| Home Phone #: | (360)331-3105 |

### PROPERTY ADDRESS

6675 WAHL RD
FREELAND    WA 98249

**GMAC** Mortgage

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA  98239-0665



For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | 6812 |
| Statement Date | December 13, 2012 |
| Maturity Date | March 01, 2039 |
| Interest Rate | 5.12500 |
| Interest Paid Year-to-Date | $18,400.67 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $388,091.91 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $2,259.63 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,259.63 |
| Account Due Date | January 01, 2013 |

1/3/17
P+4583

**For Customer Care inquiries call:** 1-800-766-4622
**For Insurance inquiries call:** 1-800-256-9962
**For Payment Arrangements call:** 1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 12/01/12 | 12/13/12 | $2,259.63 | $599.59 | $1,660.04 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Happy Holidays!    Your Annual Loan Statement (Form 1098) information will be mailed with your
mortgage account statement in January to the address above.  In addition, you can obtain
year-end tax information at www.gmacmortgage.com as early as 1/5/2013.  Our office hours for
customer service and payment processing on Monday, 12/31/2012 will be 6:00am - 7:00pm CT.
Payments received after 7:00pm CT on 12/31 will be posted in 2013 for tax purposes.

See Reverse Side For Important Information And State Specific Disclosures

# WHIDBEY VIEW HOMES

### REAL ESTATE

To: GMAC Mortgage
And to Residential Capital, LLC

Re: GMAC Account # ███6812
Pamela Z. Hill/6675 Wahl Rd., Freeland, WA

Enclosed you will find my full payment of $2,259.63 scheduled due for January 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of Residential Capital, LLC, *et. al.* now pending the United States Bankruptcy Court for the Southern District of New York, Case #12-12020 (MG) for the relief set forth in that claim. GMAC is a named debtor in that matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and at any time hereafter under the terms of the referenced matter and account, together with such interest, penalties and terms as the Court may order.

Sincerely,

Pamela Z. Hill

**PAMELA Z. HILL**
PO BOX 665
COUPEVILLE, WA 98239-0665

4583

19-854/1250 3862
5255

1/3/13 Date

Pay to the Order of __GMAC Mortgage__ $ 2259.63

__Two thousand two hundred fifty nine__ Dollars

Wells Fargo Bank, N.A.
Washington
wellsfargo.com

For __46812__

⑆125008547⑆ ███ 5255⑈ 04583

360.678.2095

11 NW Coveland, Suite A  •  PO Box 665  •  Coupeville WA 98239



**GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

01/16/13

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665

COUPEVILLE      WA 98239

RE:    Account Number          ▮▮▮▮6812
       Property Address        6675 WAHL RD

                               FREELAND        WA 98249

Dear    JOSEPH W KEEVA
        PAMELA Z HILL KEEVA

Thank you for contacting us about your account. We are working on your request received on 01/09/13. Upon completion of our review, a response will be sent. We apologize for any inconvenience this may cause.

If you have any other questions, we are here to help. Please call our office at 800-766-4622 (weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:21

# GMAC Mortgage

January 17, 2013


Joseph W Keeva
Pamela Z Hill Keeva
PO Box 665
Coupeville WA  98239


RE:     Account Number        ▮▮▮6812
        Property Address       6675 Wahl Rd
                               Freeland WA  98249


Dear Joseph W Keeva and Pamela Z Hill Keeva:

This letter is in response to the inquiry regarding the above-referenced account received in our office on January 8, 2013.

We have received funds in the amount of $2,259.63 were received on January 7, 2013.  These funds were applied towards the January 1, 2013 payment based on the terms of the Note.

For additional information regarding your claim, please contact the ResCap Restructuring Hotline at 888-926-3479, or submit an inquiry at www.kccllc.net/rescap.  If you require legal advice, however, you may also wish to consult a lawyer to discuss your claim.

Under Washington state law, you are entitled to the following information regarding the above account:

The account is due for the February 1, 2013 payment in the amount of $2,259.63. The current principal balance is $387,489.76 and the current escrow balance is $0.00.

The entity that currently owns the loan is Fannie Mae, (Consumer Inq) 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892, (800) 732-6643.  However, GMAC Mortgage, LLC is currently servicing your account, and all inquiries should be directed to our office.

If you have any further questions, please contact Bridgitte Duffy in Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday, or by writing to our office at:  GMAC Mortgage, ATTN: Correspondence, PO Box 4622, Waterloo, IA 50704, fax number 1-319-236-5167.


Customer Care
Loan Servicing

BD

www.gmacmortgage.com          Tel: (800) 766-4622
3451 Hammond Ave
Waterloo, IA 50702

# WHIDBEY VIEW HOMES

### REAL ESTATE

To: GMAC Mortgage
And to Residential Capital, LLC

Re: GMAC Account # ▮▮▮6812
Pamela Z. Hill/6675 Wahl Rd., Freeland, WA

Enclosed you will find my full payment of $2,259.63 scheduled due for February 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of Residential Capital, LLC, *et. al.* now pending the United States Bankruptcy Court for the Southern District of New York, Case #12-12020 (MG) for the relief set forth in that claim.  GMAC is a named debtor in that matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and at any time hereafter under the terms of the referenced matter and account, together with such interest, penalties and terms as the Court may order.

Sincerely,

*Pamela Z. Hill*

Pamela Z. Hill

---

**PAMELA Z. HILL**
PO BOX 665
COUPEVILLE, WA  98239-0665

4598

2/4/13

Pay to the
Order of   *GMAC Mortgage*                        $ 2259.63

*Two Thousand Two hundred fifty*                    Dollars
*nine 63/*

WELLS FARGO   Wells Fargo Bank, N.A.
Washington
wellsfargo.com

For  6812

⑆125008547⑆ ▮▮▮▮▮ 5255⑈ 04598

360.678.2095

## GMAC Mortgage Account Statement

### GMAC Mortgage

**CUSTOMER INFORMATION**

Name: JOSEPH W KEEVA
PAMELA Z HILL KEEVA

Account Number: ▓6812
Home Phone #: (360)331-3105

**PROPERTY ADDRESS**

6675 WAHL RD
FREELAND WA 98249



JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA  98239-0665

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call:    1-800-256-9962

**MESSAGES**

Please see your 1098 Mortgage Interest Statement below. For your convenience, we have printed this information on an easily detachable form.

**See Reverse Side And Additional Pages For Important Information And State Specific Disclosures**

### Account Information

| | |
|---|---|
| Account Number | ▓6812 |
| Statement Date | January 07, 2013 |
| Interest Rate | 5.12500 |
| Interest Paid Year-to-Date | $1,657.48 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $387,489.76 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $2,259.63 |
| Subsidy/buydown | $0.00 |
| Escrow | $0.00 |
| Additional Products/Services | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,259.63 |
| Account Due Date | February 01, 2013 |

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 01/01/13 | 01/07/13 | $2,259.63 | $602.15 | $1,657.48 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

---

RECIPIENT'S/LENDER'S name, address, and telephone number
GMAC MORTGAGE
3451 HAMMOND AVE
WATERLOO IA 50702
800-766-4622

☐ CORRECTED (if checked)

*Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB No. 1545-0901

## 2012

Substitute
Form 1098

**Mortgage Interest Statement**

**Copy B
For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

| RECIPIENT'S federal identification no. | PAYER'S social security number |
|---|---|
| ▓4840 | XXX-XX-0236 |

PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code
JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA  98239-0665

1. Mortgage interest received from payer(s)/borrower(s)*
$  18,400.67

2. Points paid on purchase of principal residence (See Box 2 on back)
$  0.00

3. Refund of overpaid interest (See box 3 on back)
$  0.00

Account number (see instructions)
▓6812

4. Real Estate Taxes Paid
$  0.00

Substitute Form 1098            (keep for your records)            Department of the Treasury - Internal Revenue Service



## Mortgage Payment Coupon

Ocwen Loan Servicing, LLC

**Account Number:**
████6812

**Due Date:**
2/1/2013

**Mortgage Payment:**
$2,259.63

JOSEPH W KEEVA

Please assist us
in applying your payment

| Extra Funds | | |
|---|---|---|
| Full Payments | $ | |
| ADDITIONAL Principal | | |
| ADDITIONAL Esc | | |
| Late Charge | $ | |
| Other Fees (specify) | $ | |
| **Total Amount Enclosed** | $ | |

*PAID*
*see attached*

OCWEN
PO BOX 79135
PHOENIX, AZ 85062-9135



02    0213    ████6812    00225963    00000    22222    2



O C W E N

Ocwen Loan Servicing, LLC
PO Box 780
Waterloo IA 50704-0780
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

02/19/13

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665

COUPEVILLE        WA 98239

RE:    Account Number        ████6812
       Property Address      6675 WAHL RD

                             FREELAND        WA 98249

Dear    JOSEPH W KEEVA
        PAMELA Z HILL KEEVA

Thank you for contacting us about your account. We are working on your request received on 02/12/13. Upon completion of our review, a response will be sent. We apologize for any inconvenience this may cause.

If you have any other questions, we are here to help. Please call our office at 800-766-4622 (weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:21



OCWEN

Ocwen Loan Servicing, LLC
PO Box 780
Waterloo IA 50704-0780
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEBANKSITE.COM

February 21, 2013


Joseph W Keeva
Pamela Z Hill Keeva
PO Box 665
Coupeville WA  98239


RE:    Account Number         ████6812
       Property Address       6675 Wahl Rd
                              Freeland WA  98249


Dear Joseph W Keeva and Pamela Z Hill Keeva:

This letter is in response to correspondence addressed to GMAC Mortgage, LLC (GMACM) received in our office on February 11, 2013. This loan was recently transferred from GMACM to Ocwen Loan Servicing, effective February 16, 2013. Ocwen Loan Servicing acquired all account records from GMACM, which allows us to provide a complete and thorough response to your request.

Our records indicate funds in the amount of $2,259.63 were received on February 8, 2013 and were applied as the February 2013 payment.

For additional information regarding your claim, please contact the ResCap Restructuring Hotline at 888-926-3479, or submit an inquiry at www.kccllc.net/rescap. If you require legal advice, however, you may also wish to consult a lawyer to discuss your claim.

Under Washington state law, you are entitled to the following information regarding the above account:

The account is due for the March 2013 payment in the amount of $2,259.63. The current principal balance is $386,885.03, and funds in the amount of $0.00 presently are being held in a holding account. The current escrow balance is $0.00 and is currently not included.

The entity that currently owns the loan is Fannie Mae, (Consumer Inq) 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892, (800) 732-6643. However, Ocwen Loan Servicing, LLC is currently servicing your account, and all inquiries should be directed to our office.

If you have any further questions, please contact Dale Buxton in Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday, or by writing to our office at:  GMAC Mortgage, ATTN: Correspondence, PO Box 4622, Waterloo, IA 50704, fax number 1-319-236-5167.

Customer Care
Loan Servicing



O C W E N

Ocwen Loan Servicing, LLC
PO Box 780
Waterloo IA 50704-0780
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

03/04/13

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665

COUPEVILLE        WA 98239

RE:    Account Number         ████6812
       Property Address       6675 WAHL RD

              FREELAND        WA 98249

Dear   JOSEPH W KEEVA
       PAMELA Z HILL KEEVA

Thank you for contacting us about your account. We are working on your request received on
02/25/13. Upon completion of our review, a response will be sent. We apologize for any
inconvenience this may cause.

If you have any other questions, we are here to help. Please call our office at 800-766-4622
(weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:21



O C W E N

Ocwen Loan Servicing, LLC
PO Box 780
Waterloo IA 50704-0780
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEBANKSITE.COM

March 6, 2013

Joseph W Keeva
Pamela Z Hill Keeva
PO Box 665
Coupeville WA  98239

RE:    Account Number        ▮▮▮▮6812
       Property Address      6675 Wahl Rd
                             Freeland WA  98249

Dear Joseph W Keeva and Pamela Z Hill Keeva:

This letter is in response to correspondence addressed to GMAC Mortgage, LLC (GMACM) received in our office on February 22, 2013.  This loan was recently transferred from GMACM to Ocwen Loan Servicing, effective February 16, 2013.  Ocwen Loan Servicing acquired all account records from GMACM, which allows us to provide a complete and thorough response to your request.

Our records indicate funds in the amount of $2,259.63 were received on February 8, 2013 and were applied as the February 2013 payment.

For additional information regarding your claim, please contact the ResCap Restructuring Hotline at 888-926-3479, or submit an inquiry at www.kccllc.net/rescap.  If you require legal advice, however, you may also wish to consult a lawyer to discuss your claim.

Under Washington state law, you are entitled to the following information regarding the above account:

The account is due for the March 2013 payment in the amount of $2,259.63.  The current principal balance is $386,885.03, and funds in the amount of $0.00 presently are being held in a holding account.  The current escrow balance is $0.00 and is currently not included.

The entity that currently owns the loan is Fannie Mae, (Consumer Inq) 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892, (800) 732-6643.  However, Ocwen Loan Servicing, LLC is currently servicing your account, and all inquiries should be directed to our office.

If you have any further questions, please contact Diane Christensen in Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday, or by writing to our office at:  GMAC Mortgage, ATTN: Correspondence, PO Box 4622, Waterloo, IA 50704, fax number 1-319-236-5167.

Customer Care/DC
Loan Servicing

# WHIDBEY VIEW HOMES

## REAL ESTATE

To: GMAC Mortgage
And to Residential Capital, LLC

Re: GMAC Account # ████ 6812
Pamela Z. Hill/6675 Wahl Rd., Freeland, WA

Enclosed you will find my full payment of $2,259.63 scheduled due for March 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of Residential Capital, LLC, et. al. now pending the United States Bankruptcy Court for the Southern District of New York, Case #12-12020 (MG) for the relief set forth in that claim. GMAC is a named debtor in that matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and at any time hereafter under the terms of the referenced matter and account, together with such interest, penalties and terms as the Court may order.

Sincerely,

Pamela Z. Hill

---

**PAMELA Z. HILL**
PO BOX 665
COUPEVILLE, WA 98239-0665

4609

19-854/1250 3862
████ 5255

Date 3/4/13

Pay to the Order of _GMAC Mortgage_ | $ 2259.63

_Two thousand two hundred fifty xx/xx_ Dollars

WELLS FARGO  Wells Fargo Bank, N.A.
Washington
wellsfargo.com

For ████ 6812 _____

⑆125008547⑆ ████ 5255⑆ 04609

---

360.678.20██

11 NW Coveland, Suite A  •  PO Box 665  •  Coupeville WA 98239

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**

Name: Joseph W Keeva
Pamela Z Hill Keeva

Account Number: 6812
Home Phone #: (360)331-3105

**PROPERTY ADDRESS**

6675 WAHL RD
FREELAND    WA 98249

### GMAC Mortgage

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA  98239-0665

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the reverse side.

| Account Information | |
|---|---|
| Account Number | 6812 |
| Statement Date | February 08, 2013 |
| Maturity Date | March 01, 2039 |
| Interest Rate | 5.12500 |
| Interest Paid Year-to-Date | $3,312.38 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $386,885.03 |

| Details of Amount Due/Paid | |
|---|---|
| Principal and Interest | $2,259.63 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,259.63 |
| Account Due Date | March 01, 2013 |

**For Customer Care inquiries call:** 1-800-766-4622
**For Insurance inquiries call:** 1-800-256-9962
**For Payment Arrangements call:** 1-800-850-4622



### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 02/01/13 | 02/08/13 | $2,259.63 | $604.73 | $1,654.90 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

!Attention Military Families!  At GMAC Mortgage we are committed to doing what we can to
support our customers in the military.  If you or a member of your family  are in the military
and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at
Military.Families@gmacm.com to discuss your situation and identify possible alternatives.

See Reverse Side For Important Information And State Specific Disclosures

**Mail This Portion With Your Payment**



O C W E N

*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

03/18/13

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665

COUPEVILLE        WA 98239

RE:      Account Number        ██████6812
         Property Address       6675 WAHL RD

              FREELAND          WA 98249

Dear    JOSEPH W KEEVA
        PAMELA Z HILL KEEVA

Thank you for contacting us about your account. We are working on your request received on
03/11/13. Upon completion of our review, a response will be sent. We apologize for any
inconvenience this may cause.

If you have any other questions, we are here to help. Please call our office at 800-766-4622
(weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:21



OCWEN

*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

March 26, 2013

Joseph W Keeva
Pamela Z Hill Keeva
PO Box 665
Coupeville WA  98239

Re:    Account Number        ████6812
       Property Address      6675 Wahl Rd
                             Freeland WA 98249

Dear Joseph W Keeva and Pamela Z Hill Keeva:

This letter is in response to correspondence addressed to GMAC Mortgage, LLC (GMACM) received in our office March 8, 2013, regarding the above-referenced account. This loan was recently transferred from GMACM to Ocwen Loan Servicing, effective February 16, 2013. Ocwen Loan Servicing's response is based upon the available account records acquired from GMACM.

Our records indicate the March 1, 2013 payment in the amount of $2,259.63 was received March 6, 2013.

For additional information regarding your claim, you may contact the ResCap Restructuring Line at 1-888-251-2914 or you may visit the website established to distribute information regarding the GMAC ResCap Chapter 11 Bankruptcy, www.kccllc.net/rescap. If you require legal advice, you may wish to consult an attorney.

Under Washington state law, you are entitled to the following information regarding the above account:

The account is due for the April 1, 2013 payment in the amount of $2,259.63. The current principal balance is $386,277.72 and the current escrow balance is $0.00. No funds are being held in a holding account and there is no escrow deficiency as of the above date.

The entity that currently owns the loan is Fannie Mae, (Consumer Inq) 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892, telephone number 1-800-732-6643. However, Ocwen Loan Servicing, LLC is currently servicing your account, and all inquiries should be directed to our office.

If you have any further questions, please contact Kayla Mahler in Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday, or by writing to our office at: Ocwen Loan Servicing, ATTN: Correspondence, PO Box 4622, Waterloo, IA 50704, fax number 1-319-236-5167.

Customer Care
Loan Servicing

KM



**WHIDBEY VIEW HOMES**

# R E A L   E S T A T E

*Uncompromising Service for Exceptional Clients*

To:  Ocwen Loan Servicing, LLC
     And to Residential Capital, LLC

Re:  Your Account #████6812
     Pamela Z. Hill/6675 Wahl Rd., Freeland, WA

Enclosed you will find my full payment of $2,259.63 scheduled due for April 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of Residential Capital, LLC, *et. al.* now pending the United States Bankruptcy Court for the Southern District of New York, Case #12-12020 (MG) for the relief set forth in that claim.  GMAC is a named debtor in that matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and at any time hereafter under the terms of the referenced matter and account, together with such interest, penalties and terms as the Court may order.

Sincerely,

Pamela Z. Hill

**PAMELA Z. HILL**
PO BOX 665
COUPEVILLE, WA  98239-0665

4619

19-654/1250 3862
5255

4/4/13

Pay to the Order of  Ocwen Loan Service LLC    $ 2259.⁶³

Two thousand two hundred fifty nine /₁₀₀    Dollars

WELLS FARGO    Wells Fargo Bank, N.A.
Washington
wellsfargo.com

For ████████ 6812

⑈125008547⑈ ███████ 5255⑈ 0461⑈

Located in the Historic W
11 NW Coveland, Suite A,
Mailing Address:
PO Box 665, Coupeville, V

Special

## Mortgage Account Statement

**CUSTOMER INFORMATION**

Name.      Joseph W Keeva
Pamela Z Hill Keeva

Account Number:      ▓6812
Home Phone #:      (360)331-3105

**PROPERTY ADDRESS**

6675 WAHL RD
FREELAND      WA 98249



Visit us at ocwen.mortgagebanksite.com
for account information.

02/1\1/10 11 00 3  0001498 20130308 MG076801 OCREG  1 OZ D044110576X0000° 146310  GM



JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA  98239-0665

*Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.*

| Account Information | |
|---|---|
| Account Number | ▓6812 |
| Statement Date | March 07, 2013 |
| Maturity Date | March 01, 2039 |
| Interest Rate | 5.12500 |
| Interest Paid Year-to-Date | $4,964.70 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $386,277.72 |

| Details of Amount Due/Paid | |
|---|---|
| Principal and Interest | $2,259.63 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,259.63 |
| Account Due Date | April 01, 2013 |

**For Customer Care inquiries call: 1-800-766-4622**
**For Insurance inquiries call:      1-800-256-9962**
**For Payment Arrangements call: 1-800-850-4622**

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 03/01/13 | 03/07/13 | $2,259.63 | $607.31 | $1,652.32 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

**!Attention Military Families!  We are committed to doing what we can to support our customers in the military.  If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@mortgagebanksite.com to discuss your situation and identify possible alternatives.**

See Reverse Side And Additional Pages For Important Information And State Specific Disclosures



OCWEN

*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEBANKSITE.COM

April 15, 2013

Joseph W Keeva
Pamela Z Hill Keeva
PO Box 665
Coupeville WA  98239

RE:    Account Number        ███████6812
       Property Address        6675 Wahl Rd
                               Freeland WA  98249

Dear Joseph W Keeva and Pamela Z Hill Keeva:

This letter is in response to your inquiry received in our office April 9, 2013, regarding the above-referenced account. This loan was recently transferred from GMAC Mortgage, LLC (GMACM) to Ocwen Loan Servicing, effective February 16, 2013. Ocwen Loan Servicing is responding to your inquiry based on the available records for your account, which were obtained from GMACM.

Please be advised, we received $2,259.63 on April 6, 2013 for the April 1, 2013 payment.

Under Washington state law, you are entitled to the following information regarding the above account:

The account is due for the May 1, 2013 payment in the amount of $2,259.63. The current principal balance is $385,667.82 and the current escrow balance is $0.00. Funds in the amount of $0.00 are being held in a holding account and there is no escrow deficiency as of the above date.

The entity that currently owns the loan is Fannie Mae. Fannie Mae (Consumer Inq), 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892, telephone (800) 732-6643. However, the loan is currently being subserviced by Ocwen Loan Servicing, LLC and all legal inquiries should be directed to the subservicer.

If you have any further questions, please contact John Bombella in Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday, or by writing to our office at:  Ocwen Loan Servicing, ATTN: Correspondence, PO Box 4622, Waterloo, IA 50704, fax number 1-319-236-5167.

Customer Care/JB
Loan Servicing



To:  Ocwen Loan Servicing, LLC
     And to Residential Capital, LLC

Re: Your Account # ████6812
    Pamela Z. Hill/6675 Wahl Rd., Freeland, WA

Enclosed you will find my full payment of $2,259.63 scheduled due for May 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of Residential Capital, LLC, *et. al.* now pending the United States Bankruptcy Court for the Southern District of New York, Case #12-12020 (MG) for the relief set forth in that claim.  GMAC is a named debtor in that matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and at any time hereafter under the terms of the referenced matter and account, together with such interest, penalties and terms as the Court may order.

Sincerely,

*Pamela Z. Hill*
Pamela Z. Hill

---

PAMELA Z. HILL
PO BOX 665
COUPEVILLE, WA 98239-0665

4632

19-65/1250 3882
                5255

5/5/13    Date                                     63

Pay to the
Order of   *Ocwen Loan Svc. LLC*              | $ 2259.

*Two thousand two hundred fifty three 63/4*   Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
              Washington
              wellsfargo.com

For ████████6812                              *Pamela Z. Hill*

⑆125008547⑆  ████████5255⑈  04632

---

Located in the Historic Waterfront District
11 NW Coveland, Suite A, Coupeville
Mailing Address:
PO Box 665, Coupeville, WA 98239

WhidbeyViewHomes.com
Toll Free 866-WHIDBEY
Pamela@WhidbeyViewHomes.com
360.678.2095
Fax 360.678.5645

**Specializing in waterfront and view property island wide.**

## Mortgage Account Statement



**CUSTOMER INFORMATION**

| | |
|---|---|
| Name: | Joseph W Keeva |
| | Pamela Z Hill Keeva |
| Account Number: | ▉6812 |
| Home Phone #: | (360)331-3105 |

**PROPERTY ADDRESS**

6675 WAHL RD
FREELAND        WA 98249

Visit us at ocwen.mortgagebanksite.com
for account information.



JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA  98239-0665

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | ▉6812 |
| Statement Date | April 08, 2013 |
| Maturity Date | March 01, 2039 |
| Interest Rate | 5.12500 |
| Interest Paid Year-to-Date | $6,614.43 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)✩ | $385,667.82 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $2,259.63 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,259.63 |
| Account Due Date | May 01, 2013 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call:    1-800-256-9962
For Payment Arrangements call:  1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 04/01/13 | 04/08/13 | $2,259.63 | $609.90 | $1,649.73 | | | | |

✩This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Over 100,000+ said YES... "Last year we had severe weather which left me with property damage,
water damage and no power and water. And had I not had the use of the ACE Insurance,  the
disaster would have been multiplied" ANGELA U.

Call toll free  855-330-6368 for information or see next page for details.

See Reverse Side And Additional Pages For Important Information And State Specific Disclosures



O C W E N

Ocwen Loan Servicing, LLC
PO Box 780
Waterloo IA 50704-0780
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

05/17/13

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665

COUPEVILLE      WA 98239

RE:     Account Number         █████6812
        Property Address       6675 WAHL RD

                    FREELAND         WA 98249

Dear     JOSEPH W KEEVA
         PAMELA Z HILL KEEVA

Thank you for contacting us about your account. We are working on your request received on
05/10/13. Upon completion of our review, a response will be sent. We apologize for any
inconvenience this may cause.

If you have any other questions, we are here to help. Please call our office at 866-725-0782
(weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:21



O C W E N

*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEBANKSITE.COM

May 23, 2013

Joseph W Keeva
Pamela Z Hill Keeva
PO Box 665
Coupeville WA 98239

RE:    Account Number        ████6812
       Property Address      6675 Wahl Rd
                             Freeland WA 98249

Dear Joseph W Keeva and Pamela Z Hill Keeva:

This letter is in response to the inquiry regarding the above-referenced account received on May 9, 2013.

Funds in the amount of $2,259.63 were received on May 8, 2013 to complete the May 1, 2013 payment.

Under Washington state law, you are entitled to the following information regarding the above account:

The account is due for the June 2013 payment in the amount of $2,259.63. The current principal balance is $385,055.31 and the current escrow balance is $0.00.

The entity that currently owns the loan is Fannie Mae, (Consumer Inq) 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892, (800) 732-6643. However, Ocwen Loan Servicing, LLC is currently servicing your account, and all inquiries should be directed to our office.

If you have any further questions, please contact Bridgitte Duffy in Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday, or by writing to our office at: Ocwen Loan Servicing LLC, ATTN: Correspondence, PO Box 4622, Waterloo, IA 50704, fax number 1-319-236-5167.

Customer Care
Loan Servicing

BD



To: Ocwen Loan Servicing, LLC
And to Residential Capital, LLC

Re: Your Account # ████ 6812
Pamela Z. Hill/6675 Wahl Rd., Freeland, WA

Enclosed you will find my full payment of $2,259.63 scheduled due for June 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of
Residential Capital, LLC, *et. al.* now pending the United States Bankruptcy Court for the Southern District
of New York, Case #12-12020 (MG) for the relief set forth in that claim.  GMAC is a named debtor in that
matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without
prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and
at any time hereafter under the terms of the referenced matter and account, together with such interest,
penalties and terms as the Court may order.

Sincerely,

Pamela Z. Hill

Located in the Historic Water

11 NW Coveland, Suite A, Co

Mailing Address:

PO Box 665, Coupeville, WA

**PAMELA Z. HILL**
PO BOX 665
COUPEVILLE, WA  98239-0665

4652

6/5/13

Pay to the
Order of   OCWEN loan Service LLC   $ 2259.⁶³

Two thousand two hundred
fifty nine ⁴⁴/₁₀₀   Dollars

WELLS
FARGO   Wells Fargo Bank, N.A.
Washington
wellsfargo.com

For: ███ 68 12

⑈125008547⑈  ████ 5255⑈  04652

**Specializin**



OCWEN

PO BOX 780
WATERLOO IA  50704-0780

## MORTGAGE ACCOUNT STATEMENT

**CUSTOMER INFORMATION**                              **PROPERTY ADDRESS**

Name:                    Joseph W Keeva        6675 WAHL RD
                         Pamela Z Hill Keeva   FREELAND          WA 98249
Account Number:          6812
Home Phone #:            (360)331-3105

05/2013 13-003  0C09044.20130505/UE0321D2.FOREG   1.GZ.DOM.HE582A2000* 116336  FJ

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA  98239-0665



---

For information about your existing account,
please call: (866) 725-0782.

---

Please verify your mailing address, borrower and co-borrower information.   Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

| Account Information | |
|---|---|
| Account Number | 6812 |
| Statement Date | May 08, 2013 |
| Maturity Date | March 01, 2039 |
| Interest Rate | 5.12500 |
| Interest Paid Year-to-Date | $8,261.55 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $385,055.31 |

| Details of Amount Due/Paid | |
|---|---|
| Principal and Interest | $2,259.63 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,259.63 |
| Account Due Date | June 01, 2013 |

**For questions on the servicing of your account,
call 1-866-725-0782.**

P# 4652 6/5/13

| Account Activity Since Last Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
| Payment | 05/01/13 | 05/08/13 | $2,259.63 | $612.51 | $1,647.12 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

!Attention Military Families!  We are committed to doing what we can to support our customers in the military.  If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@mortgagebanksite.com to discuss your situation and identify possible alternatives.

**See Reverse Side And Additional Pages For Important Information And State Specific Disclosures**



O C W E N

Ocwen Loan Servicing, LLC
PO Box 780
Waterloo IA 50704-0780
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

06/19/13

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665

COUPEVILLE    WA 98239

RE:    Account Number         6812
       Property Address    6675 WAHL RD

                   FREELAND      WA 98249

Dear    JOSEPH W KEEVA
        PAMELA Z HILL KEEVA

Thank you for contacting us about your account. We are working on your request received on
06/12/13. Upon completion of our review, a response will be sent. We apologize for any
inconvenience this may cause.

If you have any other questions, we are here to help. Please call our office at 866-725-0782
(weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:21



O C W E N

*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEBANKSITE.COM

June 22, 2013

Joseph W Keeva
Pamela Z Hill Keeva
PO Box 665
Coupeville WA  98239

RE:    Account Number        ████6812
       Property Address      6675 Wahl Rd
                             Freeland WA  98249

Dear Joseph W Keeva and Pamela Z Hill Keeva:

This letter is in response to correspondence addressed to GMAC Mortgage, LLC (GMACM) received in our office June 11, 2013, regarding monthly mortgage payment.  This loan was recently transferred from GMACM to Ocwen Loan Servicing, effective February 16, 2013. Ocwen Loan Servicing is responding to your inquiry based on the available records for your account, which were obtained from GMACM.

Our records reflect the June 1, 2013 payment of $2,259.63 posted to the account on June 8, 2013.

Under Washington state law, you are entitled to the following information regarding the above account:

The account is due for the July 1, 2013 payment in the amount of $2,259.63. The current principal balance is $384,440.19 and the current escrow balance is $0.00.  There is no escrow deficiency as of the above date.

The entity that currently owns the loan is Fannie Mae. Fannie Mae, (Consumer Inq) 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892, 1-800-732-6643. However, Ocwen Loan Servicing, LLC is currently servicing your account, and all inquiries should be directed to our office.

If you have any further questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care
Loan Servicing

GC



WHIDBEY VIEW HOMES

# R E A L   E S T A T E

*Uncompromising Service for Exceptional Clients*

To: Ocwen Loan Servicing, LLC
And to Residential Capital, LLC

Re: Your Account # ████6812
Pamela Z. Hill/6675 Wahl Rd., Freeland, WA

Enclosed you will find my full payment of $2,259.63 scheduled due for July 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of Residential Capital, LLC, *et. al.* now pending the United States Bankruptcy Court for the Southern District of New York, Case #12-12020 (MG) for the relief set forth in that claim. GMAC is a named debtor in that matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and at any time hereafter under the terms of the referenced matter and account, together with such interest, penalties and terms as the Court may order.

Sincerely,

Pamela Z. Hill

Located in the Historic Water
11 NW Coveland, Suite A, Co

Mailing Address:
PO Box 665, Coupeville, WA 98239

PAMELA Z. HILL
PO BOX 665
COUPEVILLE, WA 98239-0665

4665
19-856/1250 3862
5255

7/3/13    Date

Pay to the Order of   Ocwen Loan Svc. LLC    | $ 2259.63

Two thousand two hundred fifty nine    Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
Washington
wellsfargo.com

For    6812

⑆125008547⑆    5255⑈ 04665

360.678.2095
Fax 360.678.5645

*Specializing in waterfront and view property island wide.*



O C W E N

PO BOX 780
WATERLOO IA 50704-0780

## MORTGAGE ACCOUNT STATEMENT

| CUSTOMER INFORMATION | PROPERTY ADDRESS |
|---|---|
| Name:           Joseph W Keeva | 6675 WAHL RD |
|                 Pamela Z Hill Keeva | FREELAND         WA 98249 |
| Account Number:          6812 | |
| Home Phone #:   (360)331-3105 | |



JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA   98239-0665

For information about your existing account,
please call: (866) 725-0782.

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| Account Information | |
|---|---|
| Account Number | 6812 |
| Statement Date | June 10, 2013 |
| Maturity Date | March 01, 2039 |
| Interest Rate | 5.12500 |
| Interest Paid Year-to-Date | $9,906.06 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)☆ | $384,440.19 |

| Details of Amount Due/Paid | |
|---|---|
| Principal and Interest | $2,259.63 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,259.63 |
| Account Due Date | July 01, 2013 |

**For questions on the servicing of your account,
call 1-866-725-0782.**

| Account Activity Since Last Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
| Payment | 06/01/13 | 06/10/13 | $2,259.63 | $615.12 | $1,644.51 | | | | |

☆This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

!Attention Military Families!  We are committed to doing what we can to support our
customers in the military.  If you or a member of your family are in the military
and are experiencing a financial hardship, please contact us at 866-961-1412 or email
us at Military.Families@mortgagebanksite.com to discuss your situation and identify
possible alternatives.

**See Reverse Side And Additional Pages For Important Information And State Specific Disclosures**



O C W E N

*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-0780*
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

07/22/13

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665

COUPEVILLE        WA 98239

RE:      Account Number       ████6812
         Property Address     6675 WAHL RD

                    FREELAND        WA 98249

Dear    JOSEPH W KEEVA
        PAMELA Z HILL KEEVA

Thank you for contacting us about your account. We are working on your request received on 07/15/13. Upon completion of our review, a response will be sent. We apologize for any inconvenience this may cause.

If you have any other questions, we are here to help. Please call our office at 866-725-0782 (weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00 a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

2:21



O C W E N

Ocwen Loan Servicing, LLC
PO Box 780
Waterloo IA 50704-0780
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEBANKSITE.COM

July 23, 2013


Joseph W Keeva
Pamela Z Hill Keeva
PO Box 665
Coupeville WA  98239



RE:      Account Number        ███████6812
         Property Address      6675 Wahl Rd
                               Freeland WA  98249



Dear Joseph W Keeva and Pamela Z Hill Keeva:

This letter is in response to your payment inquiry regarding the above-referenced account received in our office on July 12, 2013.

Our records indicate funds in the amount of $2,259.63 were received on July 8, 2013 and applied as the July 2013 payment.

For additional information regarding your claim, please contact the ResCap Restructuring Hotline at 888-926-3479, or submit an inquiry at www.kccllc.net/rescap. If you require legal advice, you may also wish to consult a lawyer to discuss your claim.

Under Washington state law, you are entitled to the following information regarding the above account:

The account is due for the August 2013 payment in the amount of $2,259.63. The current principal balance is $383,822.44, and funds in the amount of $0.00 presently are being held in a holding account. The current escrow balance is $0.00 and is currently not included as of the above date.

The entity that currently owns the loan is Fannie Mae, (Consumer Inq) 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892, (800) 732-6643. However, Ocwen Loan Servicing, LLC is currently servicing your account, and all inquiries should be directed to our office.

If you have any further questions, please contact Dale Buxton in Customer Care at 800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday, or by writing to our office at: GMAC Mortgage, ATTN: Correspondence, PO Box 4622, Waterloo, IA 50704, fax number 1-319-236-5167.


Customer Care
Loan Servicing

**PAMELA Z. HILL**
PO BOX 665
COUPEVILLE, WA 98239-0665

4686

Pay to the Order of  *Ocwen Loan Svc. LLC*    $ 2259.63

*Two thousand two hundred fifty nine 63/100*    Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Washington
wellsfargo.com

For ____6812

⑆125008547⑆    5255⑆  04686

To:  Ocwen Loan Servicing, LLC
     And to Residential Capital, LLC

Re:  Your Account # ____6812
     Pamela Z. Hill/6675 Wahl Rd., Freeland, WA

Enclosed you will find my full payment of $2,259.63 scheduled due for August 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of Residential Capital, LLC, et. al. now pending the United States Bankruptcy Court for the Southern District of New York, Case #12-12020 (MG) for the relief set forth in that claim.  GMAC is a named debtor in that matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and at any time hereafter under the terms of the referenced matter and account, together with such interest, penalties and terms as the Court may order.

Sincerely,

Pamela Z. Hill

Located in the Historic Waterfront District
11 NW Coveland, Suite A, Coupeville
Mailing Address:
PO Box 665, Coupeville, WA 98239

WhidbeyViewHomes.com
Toll Free 866-WHIDBEY
Pamela@WhidbeyViewHomes.com
360.678.2095
Fax 360.678.5645

*Specializing in waterfront and view property island wide.*



O C W E N ®

PO BOX 780
WATERLOO IA 50704-0780

## MORTGAGE ACCOUNT STATEMENT

**CUSTOMER INFORMATION**

| | | **PROPERTY ADDRESS** |
|---|---|---|
| Name: | Joseph W Keeva | 6675 WAHL RD |
| | Pamela Z Hill Keeva | FREELAND      WA 98249 |
| Account Number: | ████6812 | |
| Home Phone #: | (360)331-3105 | |

JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA  98239-0665



> For information about your existing account,
> please call: (866) 725-0782.

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| Account Information | |
|---|---|
| Account Number | ████6812 |
| Statement Date | July 09, 2013 |
| Maturity Date | March 01, 2039 |
| Interest Rate | 5.12500 |
| Interest Paid Year-to-Date | $11,547.94 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $383,822.44 |

| Details of Amount Due/Paid | |
|---|---|
| Principal and Interest | $2,259.63 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,259.63 |
| Account Due Date | August 01, 2013 |

**For questions on the servicing of your account,
call 1-866-725-0782.**

*Pd 4614
7/6/13*

| Account Activity Since Last Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
| Payment | 07/01/13 | 07/09/13 | $2,259.63 | $617.75 | $1,641.88 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

## Important News

!Attention Military Families!  We are committed to doing what we can to support our customers in the military.  If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@mortgagebanksite.com to discuss your situation and identify possible alternatives.

**See Reverse Side And Additional Pages For Important Information And State Specific Disclosures**



# WHIDBEY VIEW HOMES
## REAL ESTATE
*Uncompromising Service for Exceptional Clients*

To: Quicken Loans Inc.
And to Residential Capital, LLC

Re: Your Account #████3529
Formerly GMAC/OcWen Account #████6812
Pamela Z. Hill 6675 Wahl Rd., Freeland, WA 98249

Enclosed you will find my full payment of $2,259.63 scheduled due for September 2013.

Please be advised that I am currently a recognized Claimant, Claim number 2429 in the matter of Residential Capital, LLC, *et. al.* now pending the United States Bankruptcy Court for the Southern District of New York, Case #12-12020 (MG) for the relief set forth in that claim. GMAC is a named debtor in that matter.

This is to advise you that the payment enclosed is to be considered in all respects to be **entirely without prejudice** to my pending claim.

If and when that claim is recognized then I shall expect a full return of any and all moneys paid now and at any time hereafter under the terms of the referenced matter and account, together with such interest, penalties and terms as the Court may order.

Sincerely,

Pamela Z. Hill

PAMELA Z. HILL
PO BOX 665
COUPEVILLE, WA 98239-0665

4699
19-654/1250 3862
5255

Located in the Historic Wa█
11 NW Coveland, Suite A, █
Mailing Address:
PO Box 665, Coupeville, W█

9/5/13    Date

Pay to the Order of  Quicken Loans Inc    $ 2259.63

Two thousand two hundred fifty 63/100    Dollars

WELLS FARGO    Wells Fargo Bank, N.A.
Washington
wellsfargo.com

For ████3529

⑈125008547⑈    5255⑆  04699

Specializ█████████ ████ property island wide.

**Quicken Loans** 1050 Woodward Avenue
Engineered to Amaze Detroit, MI 48226
STATEMENT ENCLOSED

# BILLING STATEMENT

+ 0443822 000016363 090L81 0098670
JOSEPH W KEEVA
PAMELA Z HILL KEEVA
PO BOX 665
COUPEVILLE WA 98239-0665

SAVE A STAMP
PAY ONLINE at MyQL.com

| Statement Date | Due Date | Amount Due |
|---|---|---|
| 08/15/13 | 09/01/13 | $2,259.63 |

## Quick and Easy Pay Options

 Pay online at MyQL.com.

 Pay-by-Phone with 24/7 access by calling
(800) 508-0944, Option 1.

 Call (800) 508-0944 Option 3
Monday – Friday, 8:30 a.m. – 9:00 p.m. ET
and Saturday, 10:00 a.m. – 4:00 p.m. ET.

 Send check payable to Quicken Loans Inc.
by mail using the coupon below.

## Loan Information

**Loan Number:**
████3529

**Property Address:**
6675 WAHL RD
FREELAND, WA
98249

## Loan Details

**Current Principal Balance\*:**
$383,202.05

**Escrow Balance:** $0.00
**Interest Rate:** 5.125%
**Interest Paid, Year-to-Date:**
$1,639.24

*This is not your payoff amount.
Please contact a client advocate at
(800)508-0944, Option 3 to request a payoff.

## Payment Breakdown

| | |
|---|---|
| Principal & Interest: | $2,259.63 |
| Escrow: | $0.00 |
| Late Fees: | $0.00 |
| Other Fees: | $0.00 |
| Past Due Amount: | $0.00 |
| Servicing-Related Expenses: | $0.00 |
| Total Amount Due: | $2,259.63 |

NOTE LOAN ACTIVITY SINCE LAST
STATEMENT ON THE REVERSE SIDE.

## Important Messages

### Thinking of Purchasing a Home? Know Someone Who Is?

Taking advantage of a buyer's market and historically low rates is a smart move. Call a Quicken Loans Home Loan Expert to see how much you prequalify for today.

### Contact Information for Insurance Questions

For questions pertaining to your insurance escrows (hazard, flood, wind, earthquake or hurricane) contact us by Phone: (866) 366-4282 or Fax: (855) 703-9194 or Email: insurance@quickenloansinsurance.com