WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Harrison L. Denman

   and

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Gerard Uzzi

*Attorneys for the Ad Hoc Group*
*of Junior Secured Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the Ad Hoc Group of Junior Secured Noteholders, by and through its undersigned attorneys, hereby appeals to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a) from this Court's Memorandum Decision and Order, and Findings of Fact and Conclusions of Law, Approving the FGIC Settlement Motion [Docket No. 5042] and the Order Granting Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among FGIC, the Debtors, the

Trustees and the Institutional Investors, dated September 20, 2013 [Docket No. 5125]. A copy of the Order and Memorandum Decision appealed from are attached hereto as <u>Exhibit A</u>.

The names of all parties to the Order and Memorandum Decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellant:** | **Attorneys to the Appellant:** |
|---|---|
| AD HOC GROUP OF JUNIOR SECURED NOTEHOLDERS | WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>J. Christopher Shore<br>Harrison L. Denman<br><br>and<br><br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Gerard Uzzi |
| **Appellees:** | **Attorneys for the Appellees:** |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al.</u>, | MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Charles L. Kerr, Esq.<br>Joseph Alexander Lawrence, Esq. |
| FINANCIAL GUARANTY INSURANCE COMPANY | JONES DAY<br>222 East 41st Street<br>New York, New York 10017.6702<br>Richard L. Wynne, Esq.<br>Howard F. Sidman, Esq. |

| **Other Parties to the Order:** | **Attorney for the Other Parties:** |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE OF CERTAIN MORTGAGE BACKED SECURITIES TRUSTS | ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>John C. Weitnauer, Esq. (*pro hac vice*)<br>Michael E. Johnson, Esq. |
| THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE OF CERTAIN MORTGAGE-BACKED SECURITIES TRUSTS | DECHERT LLP<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Glenn E. Siegel, Esq. |
| STEERING COMMITTEE OF RMBS INVESTORS | GIBBS & BRUNS LLP<br>1100 Louisiana, Suite 5300<br>Houston, Texas 77002<br>Kathy Patrick, Esq. |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of Americas<br>New York, New York 10036<br>Philip S. Kaufman, Esq. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | MCKOOL SMITH, P.C.<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Peter S. Goodman, Esq.<br>Michael R. Carney, Esq.<br><br>and<br><br>MOSS & KALISH, PLLC<br>125 East 42nd Street<br>New York, New York 10128<br>David B. Gelfarb, Esq. |
| STEERING COMMITTEE OF RMBS INVESTORS | ROPES & GRAY<br>800 Boylston Street<br>Boston, Massachusetts 02199<br>Andrew G. Devore, Esq. |

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF CERTAIN MORTGAGE-BACKED SECURITIES TRUSTS | SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Jeffrey Dine, Esq.<br>Mark Kotwick, Esq. |
| MONARCH ALTERNATIVE CAPITAL LP, STONEHILL CAPITAL MANAGEMENT LLC, BAYVIEW FUND MANAGEMENT LLC, CQS ABS MASTER FUND LIMITED AND CQS ALPHA MASTER FUND LIMITED | WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Joseph T. Baio, Esq.<br>Mary Eaton, Esq.<br>Emma J. James, Esq. |

Dated: October 4, 2013
      New York, New York

Respectfully submitted,

By: */s/ J. Christopher Shore*
J. Christopher Shore

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Harrison L. Denman

   - and -

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Gerard Uzzi

*Attorneys for the Ad Hoc Group of Junior Secured Noteholders*