UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC, et al.,** [1] | Case No. 12-10202 (ALG) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say under the penalty of perjury:

1. I am a mail clerk, employed by Kurtzman Carson Consultants LLC ("KCC"), the claims, noticing, and solicitation agent retained by Residential Capital, LLC, et al., (collectively, the "Debtors") to assist with the solicitation and voting process in the above-captioned Chapter 11 cases, pursuant to the **Order Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), S.D.N.Y. LBR 5075-1 and General Order M-409 and Grating Related Relief** [Docket No. 96] entered by the United States Bankruptcy Court for the Southern District of New York (the " Bankruptcy Court") on May 16, 2012; and **Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Agent, Nunc Pro Tunc to the Petition Date** [Docket No. 798] entered by the Bankruptcy Court on July 17, 2012.

2. I am over the age of 18 and not a party to this action. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge. I submit this Supplemental Affidavit of Service in connection with the service of Solicitation Packages

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

(as defined herein) for the **Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors** [Exhibit 1 to Docket No. 4819] (the "Joint Plan").

3. On August 23, 2013, the Court entered the **Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of Plan, and (VI) Granting Related Relief** [Docket No. 4809] (the "Disclosure Statement Order").

4. KCC is charged with the duty of printing and distributing Solicitation Packages (as defined herein) to creditors and other parties in interest in these chapter 11 cases pursuant to the instructions set forth in the Disclosure Statement Order.

5. The following documents and materials were approved by the Court for distribution to holders of claims entitled to vote on the Joint Plan (collectively, the "Solicitation Packages"):

    a. a CD-ROM, (the "Solicitation CD-ROM"), or where appropriate, an electronic version of the same (the "Electronic Solicitation Documents"), containing:
        i. **Solicitation Version of Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors** [Docket No. 4819] (including the Joint Plan and the exhibits thereto) (the "Disclosure Statement");
        ii. **Disclosure Statement Order** (*without exhibits*).
    b. A ballot for accepting or rejecting the Joint Plan, intended for the appropriate voting class as described below:
        i. **Class R-4 – Unsecured Claims, Class GS-4A – GMAMC Unsecured Claims, Class GS-4B – ETS Unsecured Claims, and Class RS-4 – RFC Unsecured Claims** (the "Unsecured Ballot");
        ii. **Class R-5 – Borrowers Claims, Class GS-5 – Borrowers Claims, and Class RS-5 – Borrowers Claims** (the "Borrower Ballot");

2

      iii. **Class R-6 – Private Securities Claims, Class GS-6 – Private Securities Claims, and Class RS-6 – Private Securities Claims** (the "Private Securities Ballot");

      iv. **Class R-7 – NJ Carpenters Claims and Class RS-7 – NJ Carpenters Claims** (the "NJ Carpenters Ballot");

      v. **Class R-8 – General Unsecured Convenience Claims, Class GS-8 – General Unsecured Convenience Claims, and Class RS-8 – General Unsecured Convenience Claims** (the "General Unsecured Convenience Claims Ballot");

      vi. **Class R-11 – FHFA Claims and Class RS-11 – FHFA Claims** (the "FHFA Claims Ballot");

  c. **Notice of Hearing to Consider Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization** [Exhibit F to Docket No. 4814] (the "Confirmation Hearing Notice");

  d. **Creditors' Committee Recommendation Letter for Borrowers** [Exhibit D to Docket No. 4814] (the "Recommendation Letter for Borrowers");

  e. **Creditors' Committee Recommendation Letter for Unsecured Creditors** [Exhibit D to Docket No. 4814] (the "Recommendation Letter for Unsecured Creditors"); and

  f. a pre-addressed, postage pre-paid return envelope, as applicable (the "Return Envelope").

6. Additionally, the following notices were approved by the Court for distribution:

  a. **Notice of Non-Voting Status with Respect to Unimpaired Classes Presumed to Accept the Plan Proponent's Plan** [Exhibit B to Docket No. 4814] (the "Notice of Non-Voting Status - Unimpaired Classes")

  b. **Notice of Non-Voting Status with Respect to Impaired Classes Deemed to Reject the Plan Proponent's Plan** [Exhibit C to Docket No. 4814] (the "(the "Notice of Non-Voting Status - Impaired Classes")

7. On October 3, 2013, at my direction and under my supervision, employees of KCC sent per post office forwarding a Confirmation Hearing Notice via First Class U.S. Mail to the service list attached hereto as **Exhibit A**.

Dated: October 4, 2013

_____
Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th of October, 2013, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Abby Harris | | 611 Johnson St Apt 5 | | Waterloo | IA | 50702-2207 |
| Adam Levasseur | | 3871 Starry Night Loop | | Castle Rock | CO | 80109-3732 |
| Adam Morley | Dominique Morley | PO Box 2640 | | Avila Beach | CA | 93424-2640 |
| Andrew Ferris | | 903 N Dodge St | | Iowa City | IA | 52245-5911 |
| Angel Washington | | 4849 Haverwood Ln Apt 1524 | | Dallas | TX | 75287-4366 |
| Atkinson, Pat | | PO Box 426 | | Paw Creek | NC | 28130-0426 |
| Barbara Sample | | 2560 Sugar Creek Ln | | Manteca | CA | 95336-8339 |
| Canopy Construction | | 15441 Knoll Trail Dr Ste 260 | | Dallas | TX | 75248-6906 |
| Carol McCullough | | 2010 Sylvan Dr | | Garland | TX | 75040-3358 |
| Costello, Irene M | Macey Bankruptcy Law PC | 535 Smithfield St #602 | | Pittsburgh | PA | 15222-2393 |
| Cynthia M Boice | | 29 Kenmuir Ave | | Morristown | NJ | 07960-3712 |
| David Sarver | Sarver Realty | 21207 Chargin Blvd | | Beachwood | OH | 44122-5305 |
| Demarco, Robert | | 720 Wood Ln | | Cinnaminson | NJ | 08077-3976 |
| Dennis E. Williams | Cornelia C. Williams | 4416 Windsor Oaks Cir | | Marietta | GA | 30066-2388 |
| Dennis Key | | 420 NE 12th Ave Apt 104 | | Hallandale | FL | 33009-4538 |
| Dora V Curteman | | 232 Rose Dr | | Waldron | AR | 72958-8386 |
| Eric Hall and Richmond Construction | Group LLC | 6045 Marquette Rd | | Baltimore | MD | 21206-3132 |
| Erin Leyen | | 1132 Tiffany Pl Apt 7 | | Waterloo | IA | 50701-3584 |
| Faciffinie Watters | | 4800 Keller Springs Rd Apt 1474 | | Addison | TX | 75001-6541 |
| Gayle L. Wing | | 895 Mathews St Apt 48 | | Bristol | CT | 06010-2230 |
| Jaime Rios | | 2317 S 65th Dr | | Phoenix | AZ | 85043-8513 |
| James Kang | | 38264 Logan Dr | | Fremont | CA | 94536-5901 |
| Jasmine Foster | | PO Box 131468 | | Dallas | TX | 75313-1468 |
| Jerome Machado | Carol Machado | 1936 Spring Ln | | Modesto | CA | 95356-8953 |
| Jessica Galinski | | 680 S Grand Hwy | | Clermont | FL | 34711-3227 |
| John R Grace Att At Law | | 1129 E Fairview Ln | | Rochester Hls | MI | 48306-4125 |
| Johnson, Mary W | | 8564 SE Oleander St | | Hobe Sound | FL | 33455-5135 |
| Jones, Annie B | | 1847 Vicki Ln SE | | Atlanta | GA | 30316-4145 |
| Jorge O Acosta Law Firm PA | | PO Box 4410 | | Tampa | FL | 33677-4410 |
| Katherine Kaltman | | 2015 Angel Way | | Heartland | TX | 75126-8247 |
| Kennett, Elizabeth | | 3403 Gilden Dr | | Alexandria | VA | 22305-1206 |
| Khan, Milford S | | 896 Chandler Ct | | San Marcos | CA | 92078-2811 |
| Law Offices of Matthew Smiley | | 44 W Monroe St Apt 4523 | | Phoenix | AZ | 85003-4523 |
| Leo Nordine Realtors | | 1200 Artesia Blvd Ste 203 | | Hermosa Beach | CA | 90254-2755 |
| Leroy W. Ahrensdorf | Beverly A. Ahrensdorf | PO Box 7577 | | Naples | FL | 34101-7577 |
| Liberty Pacific Properites | | 2667 Camino Del Rio S Ste 107C | | San Diego | CA | 92108-3763 |
| Manwaring, Joshua B | | 4361 E Turnberry Ct | | Gilbert | AZ | 85298-4154 |
| McDonogh Township | American Community Mgmt | 7484 Candlewood Rd Ste H | | Hanover | MD | 21076-3103 |
| Michele Berg | | 1842 N Mitchell St | | Phoenix | AZ | 85006-2139 |
| Montgomery, Douglas | Tammy Montgomery And Maxus Inc Roofing | 1062 Calgary Rd | | North Port | FL | 34288-6871 |
| Neil Davis | | 204 N Maple St | | Sumer | IA | 50674-1236 |
| Nordine Realtors | | 1200 Artesia Blvd Ste 203 | | Hermosa Beach | CA | 90254-2755 |
| Patricia Canelli | Robert W. King | 33 Smith RD | | Sutton | MA | 01590-3720 |
| Patricia McLaughlin | | 103 Willow Dr | | Warminster | PA | 18974-3742 |
| Ralph M Cinfio and Jodi Cinfio | | 1657 Angelina Way | | Missoula | MT | 59808-1214 |
| Remax Realty Consultants | | 1673 Westbrook Plaza Dr Ste 230 | | Winston Salem | NC | 27103-3068 |
| Reynardo And Tania R Barreto | And Nadeau General Contractors Inc | 218 S Barbour St | | Beverly Hills | FL | 34465-4053 |
| Rogers, John G | | 653 Berrywood Way | | Palm Harbor | FL | 34683-5874 |
| Sherry Camp And Stormguard | Construction of Oklahoma Inc | 5901 S May Ave Apt 15 | | Oklahoma City | OK | 73119-5655 |
| Sluka and Minasain | | 648 Newark Ave | | Jersey City | NJ | 07306-2306 |
| Swaim Law Office | Armando A Gonzalez & Angelina Gonzalez Vs US Bank Natl | Assoc as Trustee For Rasc 2004KS12, By & Through Its Svcr-In-Fac et al | 222 Las Colinas Blvd W Ste 1650 | Irving | TX | 75039-5436 |
| Terri Roper Bell | Arthur Bell | 1800 N Fremont St Apt 2 | | Chicago | IL | 60614-5046 |
| William R Harris | Peggy B Harris | 3411 S Camino Seco Unit 139 | | Tucson | AZ | 85730-2812 |