U.S. BANKRUPTCY COURT

SOUTHERN DISCTRICT OF NEW YORK



GMAC,

Residential Capital, LLC

  BK Petitioner

CASE 12612020

## MOTION TO REQUEST ORIGINAL
MOTGATAGE LOAN PRESENTED TO THE DEBTOR. and the Court

Here come Anaissa B Gerwald, requesting the Court, or to
request the Petitioner inthis Bankruptcy the Vality of the
Claim.

The Debtor, Anaissa B Gerwald, Denies entering into any contract
with the petitioner at any time. for the Property located at:
12 Bluegrass Ln, Savannah, Ga 31405.

This property was Mortgaged with GMAC Mortgage, who in turn
sold the Loan and benefited fromits sale.

I the Debtor Request this Company Residential Capital  LLC
with the Original Contract Mortgage , this is between the two
parties. Mortgage is Fraud, Mortgage sold in Promissory note is
Fraud and it turn into a Bond. GMAC Sold and Monitirized.
I seek Judidicial Cancellarion of this by preponderance of the
evidence and Contract.
Constructive Fraud, its sufficient ground for Judicial Cancella-
tion of the Deed $15. A deed may be set aside for fraud where
the grantor knows the contents of the deed but was misled by the
grantee. $14.

Debtor requests Relief $493.  424)- Requirement of notice of
dishonor. Assigning a promissory note and the mortgage secu----
ring it to separate entities voids the Mortgage.

GMAC Mortgage with Residential Capital LLC, has no standing to chalelnge the assigment of the Note or Mortgage because they are strangers to those transactions..

On the Property located at
                    12 Bluegrass ln
                    Savannah, Ga 31405
I am requesting the petitioner in this Bankruptcy Chapter 11
 the proof of any contract involving the Petitioner and the Debtor. I am requesting this Original Mortgage Loan Contract to be presented withing 15 days of this Motion being Filed.


Sent to:
(unitl Nov 1, 2013)
C/o A Gerwald
501 Capital Circle NE
#73152-065 a-s
Tallahasse, Fl 32301


September 30,2013

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing:

MOTIONS TO REQUEST ORIGINAL Mortgage Loan DOCUMENTS
TO BE PRESENTED TO THE DEBTOR AND COURT.

upon the following addresses, by placing same in a sealed envelope, bearing sufficient postage for delivery via the United States Postal Service, to:

UNITED STATES BANKRUPTCY COURT
Southern District of NY
One Bowling Green
New York, NY 10004-1408

and deposited it in the postal box provided for inmates on the grounds of the Federal Correctional Institution, Tallahassee, Florida, 32301, on this ___30th___ day of ___September___, __2013__.

_____
Signature

Register No. __73152065AS__
Federal Correctional Institution
501 Capital Circle N.E.
Tallahassee, Florida 32301

Litigation is deemed FILED at the time it was delivered to prison authorities.  See Houston v. Lack, 487 US 266, 101 L Ed 2d 245, 108 S Ct. 2379(1988).