U.S. BANKRUPTCY COURT
SOUTHERN DISCTRICT OF NEW YORK

GMAC,
Residential Capital, LLC        CASE 12012020
   BK Petitioner

## MOTION TO REQUEST ORIGINAL
### MOTGATAGE LOAN PRESENTED TO THE DEBTOR. & the Court

Here come Anaissa B Gerwald, requesting the Court, or to request the Petitioner inthis Bankruptcy the Validy of the Claim.

The Debtor, Anaissa B Gerwald, Denies entering into any contract with the petitioner at any time. for the Property located at: 12 Bluegrass Ln, Savannah, Ga 31405.

This property was Mortgaged with GMAC Mortgage, who in turn sold the Loan and benefited fromits sale.

I the Debtor Request this Company Residential Capital LLC with the Original Contract Mortgage , this is between the two parties. Mortgage is Fraud, Mortgage sold in Promissory note is Fraud and it turn into a Bond. GMAC Sold and Monitirized.
I seek Judidicial Cancellarion of this by preponderance of the evidence and Contract.
Constructive Fraud, its sufficient ground for Judicial Cancellation of the Deed $15. A deed may be set aside for fraud where the grantor knows the contents of the deed but was misled by the grantee. $14.

Debtor requests Relief $493. 424)- Requirement of notice of dishonor. Assigning a promissory note and the mortgage secu----ring it to separate entities voids the Mortgage.

GMAC Mortgage along with Residential Capital LLC or the present company involved in the property located at:

        3786 Viewcrest Dr

        Salem, Or 97302

The Debtor Ann E Meraw (by A Gerwald) challenges the position adn vality of this claim.

We are requesting the petitioner of this Bankruptcy Chapter 11 the proof and assigment of the Mortgage. The original Mortgage Loan Contract entere between Ann E Meraw and the petitioner of this Bankruptcy on this claim. This must be presented the Original Mortgage Loan Contract within 15 days of this Filed Motion.

Sent to:
(until Nov 1, 2013)
Ann E Meraw
c/o A. Gerwald
501 Capital Circle NE
#73152065 AS
Tallahasse, Fl, 32301

*Ann E Meraw*
*by [signature]*

October, 1, 2013

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing:

MOTIONS TO REQUEST ORIGINAL Mortgage Loan DOCUMENTS
TO BE PRESENTED TO THE DEBTOR AND COURT.

upon the following addresses, by placing same in a sealed envelope, bearing sufficient postage for delivery via the United States Postal Service, to:

UNITED STATES BANKRUPTCY COURT
Southern District of NY
One Bowling Green
New York, NY 10004-1408

and deposited it in the postal box provided for inmates on the grounds of the Federal Correctional Institution, Tallahassee, Florida, 32301, on this __30th__ day of __September__, __2013__.

_____
Signature

Register No. __73152065AS__
Federal Correctional Institution
501 Capital Circle N.E.
Tallahassee, Florida 32301

Litigation is deemed FILED at the time it was delivered to prison authorities. See Houston v. Lack, 487 US 266, 101 L Ed 2d 245, 108 S Ct. 2379(1988).