**EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LACASSE, THOMAS JAMES § Case No. 10-30088 HJB
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH B. COLLINS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH B. COLLINS_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Flagstar Bank 5151 Corporate Drive Troy, MI 48098-2639 | | | | | |
| | GMAC Mortgage 3451 Hammond Avenue Waterloo, IA 50702 | | | | | |
| | Select Portfolio Svcin Po Box 65250 Salt Lake City, UT 84165 | | | | | |
| | Wells Fargo Bank P. O. Box 11701 Newark, NJ 07101-4701 | | | | | |
| 000002 | AMERICAN HOME MORTGAGE SERVICING, I | | | | | |
| 000003 | AURORA LOAN SERVICES, LLC | | | | | |
| 000005 | GMAC MORTGAGE, LLC | | | | | |
| 000010 | APPLE OIL COMPANY | | | | | |
| 000011 | BAY STATE GAS COMPANY | | | | | |
| 000009 | THOMAS S. DUNN | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

Case 10-30088 Doc 274 Filed 11/05/12 Entered 11/05/12 11:16:17 Desc Main
Document Page 5 of 17

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH B. COLLINS | | | | | |
| JOSEPH B. COLLINS | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| HENDEL & COLLINS, P.C. | | | | | |
| HENDEL & COLLINS, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HENDEL & COLLINS, P.C. | | | | | |
| HENDEL & COLLINS, P.C. | | | | | |
| UNITED STATES TRUSTEE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Massachusetts Department of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114 | | | | | |
| 000004 | INTERNAL REVENUE SERVICE | | | | | |
| 000007 | MASSACHUSETTS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Apple Oil Company 325 Morgan Ln West Haven, CT 06516 | | | | | |
| | Bk Of Amer 1 Constitution Plaza Hartford, CT 06115 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Pob 30281 Salt Lake City, UT 84130 | | | | | |
| | Chase 9451 Corbin Avenue Northridge, CA 91328 | | | | | |
| | Chase Bank Usa,Na Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Mtg 10790 Rancho Berna San Diego, CA 92127 | | | | | |
| | Citi P.O. Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Discover Fin Pob 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Gemb/Lowes Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gmac Mtg Po Box 4622 Waterloo, IA 50704 | | | | | |
| | Homeq Servicing Po Box 13716 Sacramento, CA 95853 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | New Cnty Mtg 210 Commerce Irvine, CA 92602 | | | | | |
| | Novastar Mtg 1900 West 47th Pla Shawnee Missio, KS 66205 | | | | | |
| | Ocwen Loan 12650 Ingenuity Dr Orlando, FL 32826 | | | | | |
| | Sallie Mae 11100 Usa Parkway Fishers, IN 46037-9203 | | | | | |
| | Sallie Mae 11100 Usa Parkway Fishers, IN 46037-9203 | | | | | |
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 |  |  |  |  |  |
|  | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 |  |  |  |  |  |
|  | Sm Servicing 11100 Usa Parkway Fishers, IN 46038 |  |  |  |  |  |
|  | Sm Servicing 11100 Usa Parkway Fishers, IN 46038 |  |  |  |  |  |
|  | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Usa Servicing Company 11100 Usa Pkwy Fishers, IN 46037 |  |  |  |  |  |
|  | Usa Servicing Company 11100 Usa Pkwy Fishers, IN 46037 |  |  |  |  |  |
|  | Usa Servicing Company 11100 Usa Pkwy Fishers, IN 46037 |  |  |  |  |  |
|  | Usag Loan 7999 Knue Rd Indianapolis, IN 46250-1936 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Visdsnb 9111 Duke Blvd Mason, OH 45040 |  |  |  |  |  |
| 000001 | BAY STATE GAS COMPANY |  |  |  |  |  |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000006 | RECOVERY MANAGEMENT SYSTEMS CORPORA |  |  |  |  |  |
| 000008 | VERIZON |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

Case 10-30088    Doc 274    Filed 11/05/12    Entered 11/05/12 11:16:17    Desc Main
Document    Pg 12 of 17

12-12020-mg    Doc 5295-2    Filed 10/07/13    Entered 10/07/13 11:34:59    Exhibit 2
Pg 11 of 18

Page: 1

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-30088    HJB    Judge: HENRY J. BOROFF | Trustee Name: JOSEPH B. COLLINS |
| Case Name: | LACASSE, THOMAS JAMES | Date Filed (f) or Converted (c): 06/21/10 (c) |
| | | 341(a) Meeting Date: 07/27/10 |
| For Period Ending: | 08/09/12 | Claims Bar Date: 10/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 134 NORMANDY ROAD, LONGMEADOW, MA | 575,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 133 COLONY ROAD, LONGMEADOW, MA | 1,300,000.00 | 2,500.00 | | 2,500.00 | FA |
| 3. 270 PARK DRIVE, LONGMEADOW, MA | 800,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 153 VALLEY FORGE ROAD, WESTON, CT | 750,000.00 | 0.00 | OA | 0.00 | FA |
| 5. CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. BANK ACCOUNTS - BANK OF AMERICA | 115.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8. ANTIQUE FIREAMS COLLECTION VALLEY FORGE ROAD | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9. WEARING APPAREL AND JEWELRY | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 1998 TOYOTA COROLLA | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 18. TD BANK CHECKING | 1,502.66 | 1,145.29 | | 1,145.29 | FA |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. TELEVISION VALLEY FORGE ROAD, WESTON, CT | 100.00 | 0.00 | DA | 0.00 | FA |
| 21. MISCELLANEOUS BOOKS, PICTURE, CD, DVD | 100.00 | 0.00 | DA | 0.00 | FA |
| 22. CLAIMS AGAINST GMAC MORTGAGE | Unknown | 0.00 | DA | 0.00 | FA |
| 23. INSURANCE CLAIM VALLEY FORGE, WESTON, CT | Unknown | 0.00 | DA | 0.00 | FA |
| 24. POSSIBLE MALPRACTICE ACTION - ARTHUR WELLS, ESQ. | Unknown | 0.00 | DA | 0.00 | FA |
| 25. TRUTH IN LENDING 134 NORMANDY ROAD, LONGMEADOW, MA | Unknown | 0.00 | DA | 0.00 | FA |

LFORM1    Ver: 16.06d

Case 10-30088    Doc 274    Filed 11/05/12    Entered 11/05/12 11:16:17    Desc Main
Document    Pg 13 of 18

12-12020-mg    Doc 5295-2    Filed 10/07/13    Entered 10/07/13 11:34:59    Exhibit 2
Pg 13 of 17

Page: 2

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-30088 | HJB | Judge: HENRY J. BOROFF | Trustee Name: | JOSEPH B. COLLINS |
| Case Name: | LACASSE, THOMAS JAMES | | | Date Filed (f) or Converted (c): | 06/21/10 (c) |
| | | | | 341(a) Meeting Date: | 07/27/10 |
| | | | | Claims Bar Date: | 10/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. TRUTH IN LENDING 270 PARK DRIVE, LONGMEADOW, MA | Unknown | 0.00 | DA | 0.00 | FA |
| 27. 2002 SEQUOIA | 3,800.00 | 0.00 | DA | 0.00 | FA |
| 28. DEBTOR-IN-POSSESSION ACCOUNT (u) | 0.00 | 357.37 | | 357.37 | FA |
| 29. RETURN INSURANCE PREMIUM 153 VALLEY FORGE ROAD (u) | 0.00 | 3,359.92 | | 3,359.92 | FA |
| 30. RETAINER - LAIRD J. HEAL, ESQ. (u) | 0.00 | 8,961.00 | | 8,961.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $3,441,217.66 | $16,323.58 | | $16,326.58 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S FINAL ACCOUNT WAS FILED WITH THE OFFICE OF THE UNITED STATES TRUSTEE ON AUGUST 9, 2012

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/29/11

LFORM1    Ver: 16.06d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2                                                                      Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                            Exhibit 9

| | |
|---|---|
| Case No: | 10-30088 -HJB |
| Case Name: | LACASSE, THOMAS JAMES |
| Taxpayer ID No: | 38-6925261 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH B. COLLINS |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6384  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 27,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/10 | 18 | TD BANK | TURNOVER OF DEBTOR'S BANK ACCOUNT | 1129-000 | 1,145.29 | | 1,145.29 |
| 07/27/10 | 28 | THOMAS JAMES LACASSE 270 PARK DRIVE LONGMEADOW, MA 01106 | TURNOVER OF DEBTOR-IN-POSSESSION ACCOUNT | 1224-000 | 357.37 | | 1,502.66 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 1,502.68 |
| 08/23/10 | 29 | FARMERS INSURANCE GROUP | RETURN INSURANCE PREMIUM 153 VALLEY FORGE ROAD, WESTON, CT | 1229-000 | 2,959.09 | | 4,461.77 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 4,461.82 |
| 09/01/10 | 29 | FARMERS INSURANCE GROUP | RETURN INSURANCE PREMIUM 153 VALLEY FORGE ROAD, WESTON, CT | 1229-000 | 400.83 | | 4,862.65 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,862.77 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,862.89 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 4,863.02 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,863.14 |
| 01/06/11 | 30 | LAIRD J. HEAL, ESQ. P.O. BOX 78 ARLINGTON, MA 02476 | TURNOVER OF DEBTOR'S RETAINER PURSUANT TO COURT ORDER DATED DECEMBER 2, 2010 | 1290-000 | 8,961.00 | | 13,824.14 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 13,824.43 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,824.54 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,824.66 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,824.77 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 13,824.89 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,825.00 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,825.11 |
| 08/08/11 | 2 | THOMAS JAMES LACASSE | COMPROMISE WITH DEBTOR; NOTICE TO APPROVE COMPROMISE TO BE FILED | 1129-000 | 2,500.00 | | 16,325.11 |
| * 08/08/11 | 000301 | INTERNATIONAL SURETIES, LTD. SUITE 420 | PAYMENT OF BLANKET BOND NUMBER 016027601 TERM: 08/01/11 TO | 2300-003 | | 13.25 | 16,311.86 |

Page Subtotals       16,325.11        13.25

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30088 -HJB | Trustee Name: | JOSEPH B. COLLINS |
|---|---|---|---|
| Case Name: | LACASSE, THOMAS JAMES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6384 BofA - Money Market Account |
| Taxpayer ID No: | 38-6925261 | | |
| For Period Ending: | 08/09/12 | Blanket Bond (per case limit): | $ 27,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/08/11 | 000301 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | PAYMENT OF BLANKET BOND 08/01/12 | 2300-003 | | -13.25 | 16,325.11 |
| 08/08/11 | 000302 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | PAYMENT OF BLANKET BOND NUMBER 016027601 TERM: 08/01/11 TO 08/01/12 | 2300-000 | | 13.39 | 16,311.72 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,311.86 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,311.99 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 16,312.13 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.78 | 16,291.35 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 16,291.48 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.09 | 16,271.39 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,271.52 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,271.66 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,271.79 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,271.92 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 16,272.06 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,272.20 |
| 06/27/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 16,272.32 |
| 06/27/12 | | Transfer to Acct #*******2593 | Final Posting Transfer | 9999-000 | | 16,272.32 | 0.00 |

Page Subtotals  1.47  16,313.33

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Case 10-30088 Doc 274 Filed 11/05/12 Entered 11/05/12 11:16:17 Desc Main
Document Page 15 of 17

12-12020-mg Doc 5295-2 Filed 10/07/13 Entered 10/07/13 11:24:59 Exhibit 2
Pg 16 of 18

Page: 3

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30088 -HJB | Trustee Name: | JOSEPH B. COLLINS |
| --- | --- | --- | --- |
| Case Name: | LACASSE, THOMAS JAMES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6384  BofA - Money Market Account |
| Taxpayer ID No: | 38-6925261 | | |
| For Period Ending: | 08/09/12 | Blanket Bond (per case limit): | $ 27,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 16,326.58 | 16,326.58 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 16,272.32 | |
| | | | Subtotal | | 16,326.58 | 54.26 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 16,326.58 | 54.26 | |

|  |  |  |
| --- | --- | --- |
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

12-12020-mg Doc 5295-2 Filed 10/07/13 Entered 10/07/13 11:34:59 Exhibit 2
Pg 17 of 18
Case 10-30088 Doc 274 Filed 11/05/12 Entered 11/05/12 11:16:17 Desc Main
Document Page 16 of 17

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-30088 -HJB | | Trustee Name: | JOSEPH B. COLLINS |
| Case Name: | LACASSE, THOMAS JAMES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2593  BofA - Checking Account |
| Taxpayer ID No: | 38-6925261 | | | |
| For Period Ending: | 08/09/12 | | Blanket Bond (per case limit): | $ 27,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/12 | | Transfer from Acct #*******6384 | Transfer In From MMA Account | 9999-000 | 16,272.32 | | 16,272.32 |
| 06/27/12 | 003001 | JOSEPH B. COLLINS<br>HENDEL & COLLINS, P.C.<br>101 STATE STREET<br>SPRINGFIELD, MA  01103-2401 | Chapter 7 Compensation/Fees | 2100-000 | | 1,596.02 | 14,676.30 |
| 06/27/12 | 003002 | JOSEPH B. COLLINS<br>HENDEL & COLLINS, P.C.<br>101 STATE STREET<br>SPRINGFIELD, MA  01103-2401 | Chapter 7 Expenses | 2200-000 | | 203.08 | 14,473.22 |
| 06/27/12 | 003003 | HENDEL & COLLINS, P.C.<br>101 STATE STREET<br>SPRINGFIELD, MA 01103 | Claim A, Payment 66.98476%<br>ATTORNEY FOR TRUSTEE - FEES & EXP. | 3110-000 | | 14,285.84 | 187.38 |
| 06/27/12 | 003004 | HENDEL & COLLINS, P.C.<br>101 STATE STREET<br>SPRINGFIELD, MA 01103 | Claim B, Payment 66.98363%<br>ATTORNEY FOR TRUSTEE - EXPENSES | 3120-000 | | 187.38 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 16,272.32 | 16,272.32 | 0.00 |
| Less:  Bank Transfers/CD's | | 16,272.32 | 0.00 | |
| Subtotal | | 0.00 | 16,272.32 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 16,272.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******6384 | 16,326.58 | 54.26 | 0.00 |
| BofA - Checking Account - *******2593 | 0.00 | 16,272.32 | 0.00 |
| | 16,326.58 | 16,326.58 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |
| Page Subtotals | 16,272.32 | 16,272.32 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-30088 -HJB | | Trustee Name: | JOSEPH B. COLLINS |
| --- | --- | --- | --- | --- |
| Case Name: | LACASSE, THOMAS JAMES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2593  BofA - Checking Account |
| Taxpayer ID No: | 38-6925261 | | | |
| For Period Ending: | 08/09/12 | | Blanket Bond (per case limit): | $ 27,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - ********6384 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Checking Account - ********2593 | | | | |

Page Subtotals     0.00     0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*