**Exhibit 1**

**Responses to Thirtieth Omnibus Objection to Claims**

| CLAIMANT & PROOF OF CLAIM NO. | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Anthony E. Fisher<br><br>(Claim No. 1972) | Response of Anthony E. Fisher to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5224 | Claimant filed the proof of claim relating to a mortgage note. Claimant alleges that his property was illegally foreclosed upon by David J. Stern and that he requested a loan modification from GMAC Mortgage, but did not receive a response.<br><br>Claimant's Response asserts that: (i) Greentree Servicing LLC is not the mortgagee or creditor as they did not originate the loan; (ii) Attorney David J. Stern illegally purchased the property in 2008 and Claimant no longer knows who the originator is; (iii) Claimant would like his Loan Modification reviewed because Claimant paid $38,835 in illegal fees for a home that was sold under corrupt practices; and (iv) Claimant would like further review of the process by which his home was purchased and then sold to David Stern, followed by ResCap, followed by GreenTree, who then resold to GMAC who then resold to USAA Federal Savings. |

ny-1111555

| CLAIMANT & PROOF OF CLAIM NO. | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Barry B. Eskanos and Ami B. Eskanos<br><br>(Claim No. 19) | Response of Barry B. Eskanos and Ami B. Eskanos to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5250 | Claimants filed the proof of claim with the stated bases of bank fraud, mail fraud, wire fraud, FDCPA and civil conspiracy. The proof of claim also cites to Claimants' bankruptcy case in the Southern District of Florida (Case No. 11-40292-AJC). The Debtors sent Claimants a Request Letter pursuant to the Borrower Claims Procedures. In response, Claimants provided over 700 pages of documents, which restate the factual allegations and claims raised by Claimants in the State Court Proceeding and Eskanos Adversary Proceeding.<br><br>Claimants' Response is both an opposition to the Objection and a motion for relief from the automatic stay. Claimants, among other things, request that the Objection be denied and seek relief from the automatic stay to allow them to pursue their claims against the Debtors and a non-Debtor in the Miami Dade Circuit Court. The Response includes over 300 pages of attached documents. |

| CLAIMANT & PROOF OF CLAIM NO. | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Caren Wilson (Claim No. 4754) | Response of Caren Wilson to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5222 | Claimant filed the proof of claim alleging that Claimant's mortgage note sold as unregistered and unregulated to an investor as a bond.

Claimant's Response questions the validity of the Objection and, among other things, realleges wrongful foreclosure of Claimant's mortgage without her knowledge or consent, as well as, civil rights violations, RICO violations, common law fraud, negligence, and intentional infliction of emotional distress. In addition, Claimant's Response asserts that the Objection to claim number 4754 is moot because Claimant filed an amended claim on September 23, 2013. |
| Constantino and Sybil Acevedo (Claim No. 2552) | Response of Constantino and Sybil Acevedo to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5132 | Claimants filed the proof of claim alleging that they are owed monies due to having a loan with the Debtor and the Debtor filing for bankruptcy.

Claimants' Response reasserts that their mortgage should be discharged as part of the Debtors' bankruptcy proceedings. |

| CLAIMANT & PROOF OF CLAIM NO. | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Jan B. Ibrahim (Claim No. 997) | Response of Jan B. Ibrahim to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5172 | Claimant filed the proof of claim without stating a basis for the claim or providing any supporting documents. Claimant, in response to the request letter, asserts that the Debtors wrongly reported him to a credit agency and wrongly foreclosed upon his property, thereby ruining Claimant's credit.<br><br>Claimant's Response asserts that Claimant filed for a loan modification and while awaiting a response Claimant's account was transferred to a collection agency without notice, thereby ruining Claimant's credit. |
| Pamela Z. Hill (Claim No. 2429) | Response of Pamela Z. Hill to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5284 | Claimant filed the proof of claim asserting that she is owed monies because her loan is serviced by the Debtors and the Debtors filed for bankruptcy.<br><br>Claimant's Response provided copies of payments on Claimant's loan. |

| CLAIMANT & PROOF OF CLAIM NO. | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Paul and Marge Pfunder (Claim No. 1430) | Response of Paul and Marge Pfunder to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5259 | Claimants filed the proof of claim based on Debtors' refusal to modify Claimants' home loan and the loss of Claimants' home as a result of such refusal.<br><br>Claimants' Response reassert their allegations that their home was sold through a short sale because Claimants did not receive a loan modification. |
| Ron R. Bejarano (Claim No. 604) | Response of Ron R Bejarano to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5167 | Claimant filed the proof of claim with the stated basis of breach of contract. Claimant did not provide any supporting documentation for the claim.<br><br>Claimant's Response asserts that he did not receive expected modification documents from the Debtors. |

ny-1111555