IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT OF FLORIDA, IN
AND FOR MIAMI-DADE COUNTY

WASHINGTON MUTUAL BANK, F.A.

Case #: 05-06570 CA 15

Plaintiff,

v.

AMI B. ESKANOS and BARRY B. ESKANOS

Defendant
_____/

## ORDER GRANTING WASHINGTON MUTUAL'S AMENDED MOTION TO DISMISS THE ESKANOSES' COUNTERCLAIM

THIS CAUSE came before the Court upon Washington Mutual Bank, F.A.'s amended motion to dismiss the Eskanoses' counterclaim. The Court, having reviewed the motion it is

**ORDERED AND ADJUDGED** that:

1. Washington Mutual Bank, F.A.'s amended motion to dismiss the Eskanoses counterclaim is hereby **GRANTED.** *Eskanos shall have 20 days to amend. AHF*

Adjudged in chambers, Miami, Miami-Dade County, Florida, this __7__ day of September, 2005.

_____
The Honorable Gill S. Freeman

Conformed copies to:

William P. Heller, Esq.
Danny E. Eskanos, Esq.
Washington Mutual Bank, FA
David Cohen
United States of America
State Farm Mutual Automobile Insurance Company
Unknown Parties in Possession #1
Unknown Parties in Possession #2

Conformed Copy

SEP 0 7 2005

Gill S. Freeman
Circuit Court Judge

{FT285604;1}

117