IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO:

Washington Mutual, F.A.

**Plaintiff(s),**

vs.

Ami O. Edwards and
Eny E. Edwards

**Defendant(s).**

_____/

**ORDER
GRANTING/DENYING
PLAINTIFF'S/DEFENDANT'S**

THIS CAUSE having come on to be heard on ___Plaintiff's Case___
on Plaintiff's/Defendant's Motion

___Motion for Summary Judgment___

and the Court having heard argument of counsel, and being otherwise advised in the premises, it is
hereupon

ORDERED AND ADJUDGED that said Motion be, and the same is hereby

___GRANTED.___
___Final judgment shall be entered in favor of___
___Plaintiff upon submission of a final judgment___
___in compliance with Administrative O9.C9.___

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____

day of

_____, _____

OCT 2 5 2009

CIRCUIT COURT JUDGE Israel Reyes

Copies furnished to: Counsel of Record

117.01-554 1/09

)265