# Third District Court of Appeal

## State of Florida, January Term, A.D. 2012

Opinion filed June 20, 2012.
Not final until disposition of timely filed motion for rehearing.

---

No. 3D11-2642
Lower Tribunal No. 05-06570

---

**Barry B. Eskanos and Ami B. Eskanos,**
Appellants,

vs.

**GMAC Mortgage, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Joseph P. Farina, Judge.

Barry B. Eskanos and Ami B. Eskanos, in proper persons.

Bradley Arant Boult Cummings and Marc James Ayers, (Birmingham, AL), for appellee GMAC Mortgage, LLC.

Before WELLS, C.J., and SUAREZ and FERNANDEZ, JJ.

PER CURIAM.

Affirmed.