# Supreme Court of Florida

MONDAY, FEBRUARY 4, 2013

CASE NO.: SC12-943
Lower Tribunal No(s).:  3D11-2642,
05-06570-CA15

BARRY B. ESKANOS, ET AL.          vs.     GMAC MORTGAGE, LLC.,
                                          ET AL.

Petitioner(s)                             Respondent(s)

    Because petitioner has failed to show a clear legal right to the relief requested, he is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is hereby denied. See Huffman v. State, 813 So. 2d 10, 11 (Fla. 2000).

    PARIENTE, LEWIS, QUINCE, CANADY, and PERRY, JJ., concur.

A True Copy
Test:

*[signature: Thomas D. Hall]*

Thomas D. Hall
Clerk, Supreme Court

eg
Served:

BARRY B. ESKANOS
AMI B. ESKANOS
BRETT MICHAEL AMRON
DANA R. QUICK
MARC JAMES AYERS
HON. MARY CAY BLANKS, CLERK
RASHAD BLOSSOM
HON. HARVEY RUVIN, CLERK