**Form CGFD82** (11/06/08)



**ORDERED in the Southern District of Florida on April 23, 2013**

_____
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### Division: Miami

In re:

**Name of Debtor(s):** Barry B Eskanos and Ami B Eskanos

**Case Number:** 11–40292–AJC

_____/

**Barry B Eskanos and Ami B Eskanos**

Plaintiff(s)

**VS.**

**Adversary Number:** 11–03107–AJC

**Washington Mutual Bank FA**

Defendant(s)
_____/

## ORDER DISMISSING ADVERSARY PROCEEDING

    The main bankruptcy case, No. **11–40292–AJC** related to this adversary proceeding was dismissed on **10/18/2012**. Accordingly, it is:

    **ORDERED** that pursuant to Local Rule 7041–1(B) the above styled adversary proceeding is hereby dismissed. Should the main bankruptcy case be reinstated, plaintiff may move for an order reinstating this cause of action and the matter will be reset for pretrial/trial.

### # # #

The clerk shall serve a copy of this order on all parties to this proceeding.