VIRGINIA: IN THE CIRCUIT COURT OF THE COUNTY OF CULPEPER

Caren Wilson
        Plaintiff,      )    Case: CL11000304-00
   v.                       )

GMAC MORTGAGE, LLC et al  )
HOMECOMINGS FINANCIAL LLC  )
DEUTSCHE BANK TRUST AMERICA INC.  )
RALI 2007 QSI  )
ETS OF VIRGINIA, INC  )
MERS  )
JOHN OR JANE DOES 1-1000  )
JOHN ROES 1-10  )
                                 )
   Defendants et al      )

## ORDER

THIS CAUSE CAME upon the motion of the Plaintiff, Caren J. Wilson, for a nonsuit, pursuant to Virginia Code, § 8.01-380;
UPON CONSIDERATION WHEREOF, it is ORDERED that Plaintiff be and is hereby nonsuited without prejudice.

ENTERED THIS 28th DAY OF February, 2012

_____
Judge

I ASK FOR THIS:

_____
Caren J. Wilson, Plaintiff
211 W Chandler
Culpeper, VA 22701

SEEN AND _____
_____
Robert Ryland Musick, William W. Tunner
Thompson & McMullan PC
Third floor
100 Shockoe Slip
Richmond Va 23219-4140
804-649-7547

VIRGINIA, IN CULPEPER COUNTY CIRCUIT COURT CLERK'S OFFICE
I CERTIFY THAT THE DOCUMENT TO WHICH THIS AUTHENTICATION IS AFFIXED IS A TRUE COPY OF A RECORD IN THE CULPEPER COUNTY CIRCUIT COURT, THAT I HAVE CUSTODY OF SAID RECORD, AND THAT I AM THE CUSTODIAN OF THAT RECORD.
GIVEN UNDER MY HAND AND THE SEAL OF THE COURT, THIS 28TH DAY OF February, 2012.
TESTE: JANICE J. CORBIN, CLERK
BY: _____ DEPUTY CLERK