Hearing Date and Time:  November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum

and

2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763
Alexandra Steinberg Barrage

*Counsel for the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' MOTION
UNDER SECTION 365 OF THE BANKRUPTCY CODE TO ASSUME
AND ASSIGN SERVICING RELATED AGREEMENTS WITH IMPAC
FUNDING CORPORATION AND IMPAC MORTGAGE HOLDINGS, INC.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc.* [Docket No. 4744] (the "Motion"), previously scheduled to be heard on October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern

ny-1111790

District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501,

New York, New York 10004.

| | |
|---|---|
| Dated: October 7, 2013<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>and<br><br>Alexandra Steinberg Barrage<br>2000 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 887-1500<br>Facsimile: (202) 887-0763<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* |

ny-1111790