MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- )
In re:                                            )    Case No. 12-12020 (MG)
                                                  )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,          )    Chapter 11
                                                  )
                                  Debtors.        )    Jointly Administered
----------------------------------------------------------------- )

## PROPOSED AGENDA FOR MATTERS SCHEDULED
## <u>TO BE HEARD ON OCTOBER 9, 2013 AT 10:00 A.M. (EST)</u>

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.**        **<u>ADJOURNED MATTERS</u>**

**1.**        Plaintiffs' [New Jersey Carpenters Health Fund, *et al.*] Motion for Order Certifying Class for Purposes of Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3480]

              **<u>Related Document(s)</u>**:

              **a.**        Memorandum of Law in Support of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3481]

              **b.**        Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3663]

    **c.**        Notice of Adjournment of Hearing of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3854]

    **d.**        Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4129]

    **e.**        Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4305]

    **f.**        Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4749]

    **g.**        Notice of Adjournment of Hearing of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 5052]

    **h.**        Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 5241]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to November 7, 2013.

**2.**    Notice of Hearing on Motion of U.S. Bank National Association as, Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order [Docket No. 3511]

    **Related Document(s)**:

    **a.**        Declaration of Constance Boland in Support of the Motion of U.S. Bank National Association, as Indenture Trustee, Seeking Discovery from the Debtor and Relief from the Stay Imposed by the FHFA Order [Docket No. 3512]

    **b.**        Memorandum of Law in Support of U.S. Bank National Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA [Docket No. 3513]

    **c.**        Stipulation and Order with Respect to the Motion of U.S. Bank National Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from the Stay Imposed by the FHFA Order [Docket No. 3839]

    **d.**       Notice of Adjournment of Hearing on Motion of U.S. Bank National Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order to July 10, 2013 at 10:00 a.m. [Docket No. 3928]

    **e.**       Notice of Adjournment of Hearing on Motion of U.S. Bank National Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order to July 24, 2013 at 10:00 a.m. [Docket No. 4159]

    **f.**       Amended Notice of Adjournment of Hearing on Motion of U.S. Bank National Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order to July 26, 2013 at 10:00 a.m. [Docket No. 4160]

    **g.**       Notice of Adjournment of Hearing on Motion of U.S. Bank National Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order to September 11, 2013 at 10:00 a.m. [Docket No. 4317]

    **h.**       Notice of Adjournment of Hearing on Motion of U.S. Bank National Association, as Indenture Trustee, Seeking Limited Discovery from the and Relief from Stay Imposed by the FHFA Order to October 9, 2 013 at 10:00 a.m. [Docket No. 4901]

    **i.**       Notice of Adjournment of Hearing on Motion of U.S. Bank National Association, as Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order to December 17, 2013 at 10:00 a.m. [Docket No. 5270]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to December 17, 2013.

**3.**    Derrius Silmon's Motion for Relief from Stay [Docket No. 3585]

    **Related Document(s)**:

    **a.**       Notice of Hearing on Motion for Relief from Stay [Docket No. 5084]

    **b.**       Notice of Adjournment of Hearing on Derrius Silmon's Motion for Relief from Stay to November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 5223]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to November 7, 2013.

4.      Motion of Winland and Irma Elizabeth Smith for Relief from Stay [Docket No. 4615]

**Related Document(s)**:

a.      Notice of Adjournment of Hearing on Winland and Irma Elizabeth Smith for Relief from Stay to October 9, 2013 at 10:00 a.m. [Docket No. 4973]

b.      Notice of Adjournment of Hearing on Motion of Winland and Irma Elizabeth Smith for Relief from Stay to November 7, 2013 at 2:00 p.m. [Docket No. 5279]

**Response(s)**:      None.

**Status**:      The hearing on this matter has been adjourned to November 7, 2013.

5.      Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4744]

**Related Document(s)**:

a.      Notice of Adjournment of Hearing on Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4986]

b.      Notice of Adjournment of Hearing on Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 5298]

**Response(s)**:

a.      Limited Objection of the Impac Companies to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4882]

**Status**:      The hearing on this matter has been adjourned to November 7, 2013.

## II.      **ADJOURNED ADVERSARY PROCEEDING MATTERS**

## **Von Brincken v. GMAC Mortgage, LLC (Adv. Proc. No. 13-01436)**

1.      Pre-Trial Conference

**Related Document(s)**:

a.      Complaint against GMAC Mortgage, LLC [Docket No. 1]

    **b.**          Summons with Notice of Pre-Trial Conference [Docket No. 2]

    **c.**          Amended Summons with Notice of Pre-Trial Conference [Docket No. 3]

    **d.**          Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 4]

**Status**:    The pre-trial conference on this matter has been adjourned to a date to be determined.

## III.    UNCONTESTED MATTERS

**1.**    Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order Approving Amendment to Engagement Letter with Debtors' Chief Restructuring Officer, Lewis Kruger [Docket No. 5227]

    **Related Document(s)**:

    **a.**          Declaration of Pamela E. West in Support of Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order Approving Amendment to Engagement Letter with Debtors' Chief Restructuring Officer, Lewis Kruger [Docket No. 5228]

    **b.**          Declaration of John Dempsey in Support of Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order Approving Amendment to Engagement Letter with Debtors' Chief Restructuring Officer, Lewis Kruger [Docket No. 5229]

    **c.**          Declaration of William J. Nolan in Support of Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order Approving Amendment to Engagement Letter with Debtors' Chief Restructuring Officer, Lewis Kruger [Docket No. 5230]

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

## IV.    CONTESTED MATTERS

**1.**    Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]

**Related Document(s)**:

a.    Notice of Filing Supplemental Exhibits to Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1527]

b.    Notice of Adjournment of Hearing [Docket No. 1556]

c.    Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1799]

d.    Second Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers LLP, for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 2622]

e.    Third Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Compensation for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3062]

f.    Fourth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3290]

g.    Fifth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3425]

h.    Sixth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in

Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3543]

**i.**     Seventh Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3703]

**j.**     Eighth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3961]

**k.**     Ninth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4195]

**l.**     Tenth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4377]

**m.**     Eleventh Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4780]

**n.**     Twelfth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 5174]

**Response(s)**:

 **a.** Limited Objection of Wilmington Trust, National Association to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1465]

 **b.** Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

 **c.** Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

 **d.** Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Reply**:

 **a.** Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

 **Status**: The final hearing on this motion will not be going forward. The Debtors intend to submit to the Court a thirteenth interim order authorizing continued interim approval.

**2.** Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426]

**Related Document(s)**:

a.       Notice of Adjournment of Hearing [Docket No. 1556]

b.       Interim Order Authorizing the Retention and Employment of Pepper
         Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
         Issues to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No.
         1797]

c.       Second Interim Order Authorizing the Retention and Employment of
         Pepper Hamilton LLP as Special Foreclosure Review Counsel for
         Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
         [Docket No. 2621]

d.       Third Interim Order Authorizing the Retention and Employment of Pepper
         Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
         Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
         3061]

e.       Fourth Interim Order Authorizing the Retention and Employment of
         Pepper Hamilton LLP as Special Foreclosure Review Counsel for
         Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
         [Docket No. 3291]

f.       Fifth Interim Order Authorizing the Retention and Employment of Pepper
         Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
         Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
         3423]

g.       Sixth Interim Order Authorizing the Retention and Employment of Pepper
         Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
         Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
         3545]

h.       Seventh Interim Order Authorizing the Retention and Employment of
         Pepper Hamilton LLP as Special Foreclosure Review Counsel for
         Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
         [Docket No. 3705]

i.       Eighth Interim Order Authorizing the Retention and Employment of
         Pepper Hamilton LLP as Special Foreclosure Review Counsel for
         Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
         [Docket No. 3959]

j.       Ninth Interim Order Authorizing the Retention and Employment of Pepper
         Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy
         Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No.
         4196]

**k.**      Tenth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4378]

**l.**      Eleventh Interim Order Authorizing the Retention and Employment of Pepper Hamilton, LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4782]

**m.**      Twelfth Interim Order Authorizing the Retention and Employment of Pepper Hamilton, LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 5176]

**Response(s)**:

**a.**      Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

**b.**      Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

**c.**      Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Reply**:

**a.**      Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain

Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**: The final hearing on this motion will not be going forward. The Debtors intend to submit to the Court a thirteenth interim order authorizing continued interim approval.

3.    Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing [Docket No. 1556]

b.    Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 1798]

c.    Second Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tun*c to the Petition Date [Docket No. 2620]

d.    Third Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3063]

e.    Fourth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3292]

f.    Fifth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3424]

g.    Sixth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3544]

h.    Seventh Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3704]

i.    Eighth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3960]

**j.**     Ninth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc* Pro *Tunc* to the Petition Date [Docket No. 4194]

**k.**     Tenth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors Nunc Pro *Tunc* to the Petition Date [Docket No. 4376]

**l.**     Eleventh Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4779]

**m.**     Twelfth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. [Docket No. 5175]

**Response(s)**:

**a.**     Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

**b.**     Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

**c.**     Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Reply**:

**a.**     Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain

Pepper Hamilton LLP as Special Foreclosure Review Counsel for
Bankruptcy Issues [Docket No. 1749]

**Status**:    The final hearing on this motion will not be going forward.  The Debtors
intend to submit to the Court a thirteenth interim order authorizing
continued interim approval.

4.    Phillip Scott's Motion to (1) Determine that Bankruptcy Estate Owns Title to Note, (2)
Void State Court Title Transfer, and (3) Enjoin Post Petition State Court Prosecution
[Docket No. 4649]

**Related Document(s)**:

a.    Notice of Phillip Scott's Motion to (1) Determine that Bankruptcy Estate
Owns Title to Note, (2) Void State Court Title Transfer, and (3) Enjoin
Post Petition State Court Prosecution [Docket No. 4768]

b.    Notice of Adjournment of Phillip Scott's Motion to (1) Determine that
Bankruptcy Estate Owns Title to Note, (2) Void State Court Title Transfer,
and (3) Enjoin Post Petition State Court Prosecution to October 9, 2013 at
10:00 a.m. (Prevailing Eastern Time) [Docket No. 5045]

**Response(s)**:

a.    Debtors' Objection to Phillip Scott's Motion to (1) Determine that
Bankruptcy Estate Owns Title to Note, (2) Void State Court Title Transfer,
and (3) Enjoin Post Petition State Court Prosecution [Docket No. 5263]

**Status**:    The hearing on this matter will be going forward.

5.    Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on Motion of Simona Robinson for
Relief from Stay [Docket No. 5063]

**Response(s)**:

a.    Debtors' Objection to Motion of Simona Robinson for Relief from Stay
[Docket No. 5261]

b.    Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson
for Relief from Stay [Docket No. 5262]

**Reply**:

a.    Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for
Relief from Automatic Stay [Docket No. 5285]

**Status**:    The hearing on this matter will be going forward.

## V.    CLAIMS OBJECTIONS

1.    Debtors' Objection to the Proofs of Claim filed by Thomas La Casse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 4635]

**Related Document(s)**:

a.    Amended Notice of Debtors' Objection to the Proofs of Claim filed by Thomas La Casse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 4659]

b.    Motion for Extension of Time to Respond to Objection to Claim [#4635] [Docket No. 4923]

c.    Stipulation and Order Between Thomas James La Casse and the Debtors Extending the Response Deadline and Adjourning the Hearing on Debtors' Objection to the Proofs of Claim filed by Thomas La Casse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 5022]

d.    Notice of Adjournment of Hearing on Debtors' Objection to the Proofs of Claim filed by Thomas La Casse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 5238]

**Response(s)**:

a.    Opposition of Thomas La Casse to Objection to Claim [Docket No. 5106]

**Reply**:

a.    Debtors' Reply in Further Support of Objection To Proofs Of Claim Filed By Thomas La Casse Against Homecomings Financial, LLC (Claim No. 3852) And Residential Funding Company, LLC (Claim Nos. 3856 And 3860) [Docket No. 5295]

**Status**:    The hearing on this matter will be going forward.

2.    Debtors' Objection to Proofs of Claim Filed by Paul N. Papas II [Docket No. 4947]

**Related Document(s)**:

a.    Response to Objection to Claim #242 in the Record of Kurtzman Carson Consultants, LLC (KCC, LLC) of Paul N. Papas II and Demand for Contested Proceedings Under Bankruptcy Rules 3007 and 9014 Upon Proper Objection, If Any [Docket No. 5203]

b.    (Amended) Response to Objection to Claim #242 in the Record of Kurtzman Carson Consultants, LLC (KCC, LLC) of Paul N. Papas II and Demand for Contested Proceedings Under Bankruptcy Rules 3007 and 9014 Upon Proper Objection, If Any [Docket No. 5204]

**Reply**:

a.    Debtors' Reply to Response of Paul N. Papas II to Debtors' Objection to Proof of Claim Filed by Paul N. Papas II [Docket No. 5293]

**Status**:    The hearing on this matter will be going forward.

3.    Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 3573]

**Related Document(s):**

a.    Notice of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Angela Genesco (Claim No. 5732) and Kroll Ontrack (Claim No. 6325) on July 15, 2013 at 11:00 a.m. [Docket No. 4000]

b.    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to July 26, 2013 at 10:00 a.m. [Docket No. 4210]

c.    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to August 29, 2013 at 10:00 a.m. [Docket No. 4315]

d.    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to September 11, 2013 at 10:00 a.m. [Docket No. 4857]

e.    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to October 2, 2013 at 10:00 a.m. [Docket No. 4975]

f.    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5166]

    **g.**    Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 5278]

**Response(s):**

    **a.**    Objection of Kroll Ontrack, Inc. to the Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4162]

    **Status**:    The hearing on the matter relating to the Objection of Kroll Ontrack, Inc. has been adjourned to November 7, 2013.

**4.**    Debtors' Nineteenth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4155]

**Related Document(s):**

    **a.**    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

    **b.**    Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

    **c.**    Notice of Adjournment of Hearing on Debtors' Seventeenth, Eighteen, Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4872]

    **d.**    Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-Second Omnibus Objections to Claims with Respect to Certain Claimants to September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4987]

    **e.**    Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5007]

    **f.**    Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

**Response(s):**

a.     Response of Gary T. Harper and Julie L. Franklin-Harper to Debtors'
       Nineteenth Omnibus Objection to Claims (Borrower Claims with
       Insufficient Documentation) [Docket No. 4497]

**Status**:    The sole claim pending adjudication with respect to this matter was Claim
       No. 5304 of Gary T. Harper and Julie L. Franklin-Harper (the "Harper
       Claim").  The Debtors will no longer be pursuing their objection to the
       Harper Claim on the stated basis.  Thus, no hearing is required on this
       matter.

5.     Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient
       Documentation) [Docket No. 4156]

**Related Document(s):**

a.     Notice of Adjournment of Certain Matters Scheduled for August 21, 2013
       Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.     Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth,
       Twentieth, and Twenty-First Omnibus Claims Objections to Borrower
       Claims with Insufficient Documentation [Docket No. 4842]

c.     Notice of Adjournment of Hearing on Debtors' Twentieth and Twenty-
       First Omnibus Claims Objections with Respect to Certain Claimants to
       September 11, 2013 at 10:00 a.m. [Docket No. 4854]

d.     Notice of Adjournment of Hearing on Debtors' Seventeenth, Eighteen,
       Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims
       with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m.
       (Prevailing Eastern Time [Docket No. 4872]

e.     Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and
       Twenty-Second Omnibus Objections to Claims with Respect to Certain
       Claimants to September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)
       [Docket No. 4987]

f.     Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and
       Twenty-First Omnibus Objections to Claims with Respect to Certain
       Claimants [Docket No. 5007]

g.     Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth,
       Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh
       Omnibus Objections to Claims with Respect to Certain Claimants [Docket
       No. 5143]

**Response(s)**:

a.     Response of Mark Ragonese to Debtors' Twentieth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4519]

b.     Supplemental Documentation in Support of Creditor Mark Ragonese's Response to Debtors' Twentieth Omnibus Objection to Claims [Docket No. 5299]

**Reply**:

a.     Debtors' Omnibus Reply in Support of Debtors' Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections (Borrower Claims with Insufficient Documentation) [Docket No. 5294]

**Status**:     The hearing on this matter, solely as it relates to Mark Ragonese (Claim No. 4496), will be going forward.

6.     Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4158]

**Related Document(s)**:

a.     Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.     Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

c.     Notice of Adjournment of Hearing on Debtors' Twentieth and Twenty-First Omnibus Claims Objections with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. [Docket No. 4854]

d.     Notice of Adjournment of Hearing on Debtors' Seventeenth, Eighteen, Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time [Docket No. 4872]

e.     Notice of Adjournment of Hearing on Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) Solely with Respect to the Claims Filed by Sheldon Williams (Claim No. 1520) and Robert and Amanda Duenner (Claim No. 1473) to September 11, 2013 at 10:00 a.m. [Docket No. 4898]

    **f.**        Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5007]

    **g.**        Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

### Response(s):

    **a.**        Borrower Sonya Anthony Curry's Response to Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4668]

### Reply:

    **a.**        Debtors' Omnibus Reply in Support of Debtors' Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections (Borrower Claims with Insufficient Documentation) [Docket No. 5294]

### Status:

The hearing on this matter, solely as it relates to Sonya Anthony Curry (Claim No. 5288), will be going forward.

**7.**       Debtors' Twenty-Second Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4199]

### Related Document(s):

    **a.**        Notice of Adjournment of Hearing on Twenty-Second Omnibus Objection to Claims with Respect to Claimant William C. Walker to September 11, 2013 at 10:00 a.m. [Docket No. 4853]

    **b.**        Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-Second Omnibus Objections to Claims with Respect to Certain Claimants to September 24, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 4987]

    **c.**        Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

**Response(s):**

a.      Response of Alicia and George Davis to Twenty-Second Omnibus
Objection to Claims (Borrower Claims with Insufficient Documentation)
[Docket No. 4810]

b.      Response of William C. and Keiran J. Walker to Twenty-Second Omnibus
Objection to Claims (Borrower Claims with Insufficient Documentation)
[Not Docketed]

**Reply**:

a.      Debtors' Omnibus Reply in Support of Debtors' Twentieth, Twenty-First,
Twenty-Second, Twenty-Sixth and Twenty-Seventh Omnibus Claims
Objections (Borrower Claims with Insufficient Documentation) [Docket
No. 5294]

**Status**:      The hearing on this matter, solely as it relates to William and Keiran
Walker (Claim No. 5529) and George Davis (Claim No. 3443), will be
going forward.

8.      Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with
Insufficient Documentation) [Docket No. 4734]

**Related Document(s):**

a.      Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth,
Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh
Omnibus Objections to Claims with Respect to Certain Claimants [Docket
No. 5143]

**Response(s):**

a.      Response of Fannie Kendrick Dietrich to Debtors' Twenty-Sixth Omnibus
Objection to Claims (Borrower Claims with Insufficient Documentation)
[Docket No. 5054]

b.      Response of Juana Cerna to Debtors' Twenty-Sixth Omnibus Objection to
Claims (Borrower Claims with Insufficient Documentation) [Docket No.
5076]

**Replies**:

a.      Debtors' Omnibus Reply in Support of Debtors' Twenty-Sixth and Twenty-
Seventh Omnibus Claims Objections to Borrower Claims with Insufficient
Documentation [Docket No. 5130]

    **b.**        Debtors' Omnibus Reply in Support of Debtors' Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections (Borrower Claims with Insufficient Documentation) [Docket No. 5294]

    **Status**:     The hearing on this matter, solely as it relates to Phenon Walker (Claim No. 5429), Fannie Kendrick Dietrich (Claim No. 1385), and Juana Cerna (Claim No. 3816), will be going forward.

**9.**    Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4735]

    **Related Document(s):**

    **a.**        Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

    **Response(s):**

    **a.**        Bette Jean Yelder's Response to Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4919]

    **b.**        Bettie Jean Yelder's Letter Request to Review Claim for Settlement [Docket No. 5260]

    **c.**        Response of Freddie M. Scott to Debtors' Twenty-Seventh Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5099]

    **Reply**:

    **a.**        Debtors' Omnibus Reply in Support of Debtors' Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 5130]

    **b.**        Debtors' Omnibus Reply in Support of Debtors' Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections (Borrower Claims with Insufficient Documentation) [Docket No. 5294]

    **Status**:     The hearing on this matter, solely as it relates to Phenon Walker (Claim No. 4942), Freddie M. Scott (Claim No. 3751), and Bette Jean Yelder (Claim No. 2002), will be going forward.

**10.**    Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887]

**Related Document(s)**:

**a.**    Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) Against Gwendell L. Philpot (Claim No. 5067) to November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 5268]

**Response(s)**:

**a.**    Response of Sybil Acevedo to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5132]

**b.**    Answer of Ron Bejarano to Motion for Request to Disallow or Expunge Claim [Docket No. 5167]

**c.**    Response of Jan B. Ibrahim to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5172]

**d.**    Response of Caren Wilson to Objection to Claim #4754 in the Record of Kurtzman Carlson Consultants, LLC (KCC, LLC) of Caren Wilson Amended as Claim 18 in These Proceedings [Docket No. 5222]

**e.**    Gwendell L. Philpot's Opposition to Objection, Expungement and Disallowance of Claim [Docket No. 5233]

**f.**    Response of Pamela Z. Hill to Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5284]

**g.**    Response of Paul and Marge Pfunder to Disallowance of Claim [Docket No. 5259]

**h.**    Creditors Barry B. Eskanos and Ami B. Eskanos' Opposition to the Debtors Objection to their Claim (19) and Creditor Barry and Ami Eskanos' Motion for an Order for Relief from the Automatic Stay to Allow Creditors to File and Serve a State Court Action [Docket No. 5250]

**i.**    Response of Anthony Fisher to Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docketed No. 5224]

**Reply**:

a.       Debtors' Omnibus Reply in Support of Debtors Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims Books and Records) [Docket No. 5297]

**Status**:    The hearing on this matter as it relates to Gwendell L. Philpot has been adjourned to November 7, 2013.  The hearing on this matter as it relates to all other claimants will be going forward.

11.    Debtors' Thirty-First Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 4902]

**Related Document(s)**:    None.

**Response(s)**:

a.       Response of Paul A. Corrado to Debtors' Thirty-First Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 5200]

b.       Response of Kenneth Russo, Jr. and Rayietta Hill to Debtors' Thirty-First Omnibus Objection to Claims (Late-Filed Borrower Claims) [Docket No. 5232]

c.       Motion of Anaissa B. Gerwald to Request Original Mortgage Loan Presented to the Debtor and the Court [Docket No. 5290]

d.       Motion of Anaissa B. Gerwald to Request Original Mortgage Loan Presented to the Debtor and the Court [Docket No. 5291]

**Reply**:

a.       Debtors' Omnibus Reply in Support of Debtors' Thirty-First Omnibus Objection to Late-Filed Borrower Claims [Docket No. 5296]

**Status**:    The hearing on this matter will be going forward.

12.    Debtors' Thirty-Third Omnibus Claims Objection (Facially Defective and Time Barred Securities Claims) [Docket No. 4996]

**Related Document(s)**:

a.       Declaration of Lewis Kruger in Support of the Debtors' Thirty-Third Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) [Docket No. 4998]

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

## VI.    ADVERSARY PROCEEDING MATTERS

### Nora v. Residential Capital, LLC (Adv. Proc. No. 13-01208)

1.    Pre-Trial Status Conference

   **Related Documents**:

   a.    Complaint for Violations of the Racketeer Influenced and Corrupt Organizations Act and Violations [18 U.S.C. § 1964], The Fair Debt Collection Practices Act [15 U.S.C. § 1692(e), and Complaint to Determine These Claims Nondischargeable for Fraud and Theft [11 U.S.C. § 523(a)(2)] and Malicious Injury [11 U.S.C. § 523(a)(6)] for Turnover of Plaintiff's Home and the Personal Property Seized From the Premises Which Are Not Assets of the Estate Having Been Taken by Forged Documents and Ex Parte Process Pursuant to 11 U.S.C. § 548 and for Declaratory Relief [Docket No. 1]

   b.    Amended Complaint for Violations of the Racketeer Influenced and Corrupt Organizations Act and Violations [18 U.S.C. § 1964], The Fair Debt Collection Practices Act [15 U.S.C. § 1692(e), and Complaint to Determine These Claims Nondischargeable for Fraud and Theft [11 U.S.C. § 523(a)(2)] and Malicious Injury [11 U.S.C. § 523(a)(6)] for Turnover of Plaintiff's Home and the Personal Property Seized From the Premises Which Are Not Assets of the Estate Having Been Taken by Forged Documents and Ex Parte Process Pursuant to 11 U.S.C. § 548 and for Declaratory Relief [Docket No. 3]

   c.    Amended Summons with Notice of Pre-Trial Conference [Docket No. 4]

   d.    Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 5]

   e.    Joint Progress Report [Docket No. 11]

   f.    Joint Progress Report [Docket No. 18]

   g.    Letter from Wendy Alison Nora Requesting to Set Pre-Trial Conference for October 9, 2013 at 10:00 a.m. [Docket No. 21]

   h.    Joint Status Report [Docket No. 22]

   **Status**:    The pre-trial status conference on this matter will be going forward.

Dated:  October 7, 2013  
      New York, New York

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Lorenzo Marinuzzi  
Norman S. Rosenbaum  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for the Debtors and*  
*Debtors in Possession*