Hearing Date and Time:  November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'**
**TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS**
**(BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)**
**AGAINST SONYA ANTHONY CURRY (CLAIM NO. 5288)**
**TO NOVEMBER 7, 2013 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4158] (the "<u>Omnibus Claims Objection</u>") against Sonya Anthony Curry (Claim No. 5288), previously scheduled to be heard on October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern

ny-1112312

District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: October 8, 2013<br>   New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* |

ny-1112312