September 24, 2013

To Whom it May Concern,

I am writing to dispute your disallowance and show evidence of our affiliations. Our business with GMAC is shown in the attached document showing transfer of our loan. Original papers may have been filed by the Law Office of Patrick Boyle.

Thank you,

James and Judith Winkler

RECEIVED
SEP 3 0 2013
KURTZMAN CARSON CONSULTANTS

## GMAC Mortgage

HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

OCWEN

### Notice of Servicing Transfer and Welcome to Ocwen Loan Servicing, LLC

February 6, 2013

JUDITH C WINKLER
JAMES A WINKLER
LAW OFFICE OF PATRICK D. BOYLE
711 HENNEPIN AVE STE 501
MINNEAPOLIS MN  55403-1836



**Your Loan Account Details as of 02/04/2013**

Account Number:
█████5356

Dear JUDITH C WINKLER and JAMES A WINKLER,

The servicing of your mortgage loan, that is, the right to collect payments from you, is transferring from your current servicer, GMAC Mortgage ("GMACM") to your new servicer, Ocwen Loan Servicing, LLC ("Ocwen") effective February 16, 2013.

Rest assured this transfer of servicing does not affect any term or condition of the mortgage documents, other than those directly related to the servicing of your loan. There will be no change to your account number or payment address; only to the name of the company to which you make your payment. All mailing addresses and phone numbers you previously used to contact GMACM will remain the same but, as of February 16, 2013, they will be maintained by Ocwen. You will continue to be served in a knowledgeable and professional manner, just as you have in the past.

GMACM will stop accepting payments on February 15, 2013. Ocwen will begin to accept payments on February 16, 2013. Send all payments due on or after that date to Ocwen. A temporary coupon is provided below for your convenience. Any account notices prepared prior to February 16, 2013 will reflect GMACM; all notices prepared on or after February 16, 2013 will reflect Ocwen. In addition any payments received by GMACM after February 15, 2013 will automatically be processed by Ocwen.

If you are currently using GMACM's automatic payment service, this program will continue with no lapse in service. If you previously made your payment through GMACMortgage.com, on or after February 16, 2013 you can go to ocwen.mortgagebanksite.com and use your same login ID and password for account access. If you use a third party payment service, please request they update their records to have payments made payable to Ocwen Loan Servicing, LLC effective February 16, 2013.

Because GMACM is the subject of a bankruptcy proceeding, federal law requires either GMACM or Ocwen to send you this notice not more than 30 days after the effective date of the transfer of the servicing of your loan. In this case, all necessary information is combined in this one notice. Please review the reverse side of this letter for legal disclosures, notices and state requirements. It's our goal to make this transfer as seamless as possible.

We appreciate the opportunity to serve your home loan needs. If you have questions relating to the transfer of servicing please contact our Transfer Hotline at 1-888-926-3479 weekdays from 8:00 AM to 7:00 PM, Central Time. If you have questions about the general servicing of your loan please call GMACM Customer Care at 800-766-4622, 6:00 a.m. - 10:00 p.m. CT M-F and 8:00 a.m. - 2:00 p.m. Sat.

Property Address:
1845 DUNKIRK LANE NORTH
MINNEAPOLIS MN  55447

Transfer Date:
02/16/2013

Principal Balance:
$277,088.26

Escrow Balance:
-$8,300.99

Loan Rate:
5.875%

Next Payment Due:
8/1/2011

Payment Amount:
Please refer to your
mortgage account statement

**Ocwen Loan Servicing, LLC Customer Care Contact Information**

➢Phone:
800-766-4622
Personal assistance:
6:00 a.m. - 10:00 p.m. CT M-F
and 8:00 a.m. - 2:00 p.m. Sat

24-hour automated service

Email:
ocwen@mortgagebanksite.com

Web:
ocwen.mortgagebanksite.com

Mail:
PO Box 780
Waterloo, IA  50704-0780

Sincerely,

Charles R. Hoecker
Sr. Vice President, Customer Care
GMAC Mortgage

Sincerely,

William C. Erbey
President and Chief Executive Officer
Ocwen Loan Servicing, LLC

Enclosure(s)

02-1x85-7300(1/13)