**Hearing Date and Time:  November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ )
In re:                                             )    Case No. 12-12020 (MG)
                                                   )
RESIDENTIAL CAPITAL, LLC, et al.,     )    Chapter 11
                                                   )
                              Debtors.        )    Jointly Administered
------------------------------------------------------------ )

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' THIRTIETH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER
CLAIMS – BOOKS AND RECORDS) AGAINST JAMES C. AND
JUDITH A. WINKLER (CLAIM NO. 3582) TO NOVEMBER 7, 2013
AT 2:00 P.M. (PREVAILING EASTERN TIME)**

　　　　　**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Thirtieth Omnibus*

*Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 4887]

(the "Omnibus Claims Objection") against James C. and Judith A. Winkler (Claim No. 3582),

previously scheduled to be heard on October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time),

has been adjourned to **November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time)** and will be

heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern

District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501,

New York, New York 10004.

Dated: October 8, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*