From:                                                    September 30th , 2013

William C. Walker & Keiran J. Walker
PO Box 2324
Antioch, CA 94531
(925) 625-3047
Email: buzwalk@comcast.net


To:


ResCap Claims Processing Center, c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

Ref: Case No. 12-12020-
     Claim No.5529

Information  Provided:

Section:
I.   Brief Over View:

Section:
II.  Timeline and Justification of Claim:
     A)  Hardship Letter April 9, 2010
     B)  Hardship Letter May 10, 2011
     C)  Hardship Letter August 17,2011
     D)  Hardship Letter May 31, 2013

Section;
III. Submitted Documents:
     A ) Modification  Agreement, Prepared by GMAC Dated July 1, 2010
     B) COPY OF ONE OF DOZENS NEW MODIFICATION REQUESTS DOCUMENTS
        ( Knowingly Phony Modification  Proposals )
     C ) GMAC Loan Modification Got Your Paper Work- Thank You Letter  Dated 8-24-11.
     D ) GMAC Loan Modification Rejection Letter Dated  8-24-11.
     E ) GMAC Loan Modification - Thank you letter, dated 5-17-11.
     F ) GMAC Loan Modification - Rejection  Letter, dated 5-17-11.

Section:
IV. Sold Personal Property:
     A ) See Attached List.

Section:
V.  GMAC Original Questionable Loan Documents:  ( Lied about interest rates )
     A )  Good Faith Estimate of Settlement Costs, Dated April 17, 2009
     B )  INTEREST rate lock Agreement, Dated  agreement 04-17-2009
     C ) Truth In Lending Disclosure Statement Preliminary Dated  April 17, 2009


Section:
VI. Total Claim  ( Revised )  $330,012.15

RECEIVED
OCT 0 2 2013
KURTZMAN CARSON CONSULTANTS

Page 1 of 3

Section I

Section:
I.  Brief Over View:

We were mislead and lied to many times by GMAC representatives, during the past three years, from 2010 to 2012.  In June of 2010 we lost an estimated $400,000.00 equity and were up side down in our home loan requesting a Loan Modification. We submitted the necessary paper work to GMAC and received a modification. The problem is we were originally told we could get a 2% interest rate with a payment approximately  $1,700.00 per month. What we got was a 4% interest rate with a payment of $2,717.87. When we questioned the difference we were told to take it or leave it. GMAC told us there would be other government programs we could qualify for in the near future.  We were also told by GMAC our modified payments would include our insurance and taxes. This was another lie. When we questioned this we were told since we live in California the law would aloud it. Just another lie.

GMAC in 2010 would not use our projected earnings or wait and use my wives Social Security estimated monthly payment to calculate our modification.  At the time I was 65 years old, disabled and on Social Security. My wife was planning on retiring on July 1st 2010 when she turned 62 years of age. Because of GMAC lack of honest dealings my wife had to keep working as a waitress until she could no longer carry the plates in October 2012. She had to keep working so we could stay in our home of nearly thirty five years. I have been unable to secure a job its embarrassing and killing me. To stay in our home after being lied to by GMAC for years, kept telling us new programs were coming just to hang in. We had to sell nearly all of our personal property.

Our credit rating was destroyed because we had to use our credit cards to pay bill and eat.

We believed GMAC and worked under their promise that there would be new programs to get us a new Loan Modification. They were keeping us from the truth.  All of the following  GMAC employees continually mislead and out right lied to us  many times over. They sent us dozens of times  new Loan Modification applications. After being rejected many times.

Felicia 10-09-09  From GMAC kept us on the hook with false promises and new programs.

Rachael Williams: From GMAC Told us they had been lying to us that we only got one bite at the apple. That is we only get one loan modification . That was the first time we heard about only one chance at modification.

It seemed like every time we would call for assistance we would get a different person We usually only got first names.

John From GMAC told us to file for Bankruptcy.

Fernando From GMAC told us Williams was wrong, there would be new programs not to give up.

Mrs. Loudes King from GMAC  10-5-12  said she was assigned to us and would help us get another Loan Modification.

Mike Bias 12-17-12 told us GMAC was Filing **Bankruptcy.**

**Mrs. King now works for Ocwen ,who is no different than GMAC. She's still been lying even now about modifications .**

In the meantime we used credit cards and sold most of our personal property to stay in our home hopes of anew plan as promised by GMAC.

Page 2 of 3

Section : VI
Total Revised Claim: $330,012.15

A ) Sale of Modular Home  $59,700.00 Value
B ) Sale of Cat Backhoe $50,000.00 Value
C ) Sale of Jewelry  $12,000.00
D ) Sale of Gold Coins $41,312.15
E ) Credit Cards  $130,000.00
F ) Lose in Modification $37,000.00
G ) Other items sold No Receipts

Page 3 of 3

Section II

*Document – II –*

*Section II*

William C. Walker and Keiran J. Walker
PO Box 2324

Direct: (925) 625-3047        Antioch, CA 94531        Cell: (925) 584-1571

April 9, 2010

Loss Mitigation / GMAC
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

Account Number: 7472298520
Borrower Name: William C. Walker  /  Co Borrower: Keiran J. Walker
Property Address: 4610 Lariat Lane, Oakley, CA 94561

Hardship Letter:

We're writing this letter requesting a loan modification and explaining changes in our circumstances which support it. We've raised our children while living here in our home for thirty one (31) years. We've taken out four equity loans for Colleges, several for home improvements and other family needs over the years. We've always paid our bill's, had a lot of equity and good credit. Our home equity has always been a major part of our retirement plans.

Without a doubt this letter and request has been one of the most contentious issues in our married life. We've always tried to do the right thing. We have never asked for or taken welfare, unemployment or any other assistance. We had several hundred thousand dollars in equity until the housing market, not caused by us, fell apart. This has left us with dreams destroyed, and lost money we may not live long enough to recover. We have been married for forty four (44) years, this July 3, 2010. For many months we have been struggling to pay our mortgage an stay in our home. I am sixty five, disabled and retired. I've been looking for work without success. My wife, who's not in the best of health, will be sixty two this July 1, 2010 and has plans to retire this year. Her only retirement income will be Social Security.

Here's what's happened and actions we've taken:

1. We tired to get our home refinanced with negative results, no equity and couldn't afford a new loan.
2. We have lost three to four hundred thousand dollars in equity in our home.
3. My wife lost two to three hundred thousand dollars in equity from a investment home she has with our son. ( Our son went through a messy divorce after which my wife took some money she'd saved and our son took the equity from a house he had to sell, because of his divorce, into a home his family lives in and he makes mortgage payments.)
4. We had to cash in our 401k's savings accounts losing thousands and charged as income, we had to pay income taxes on it before we'd planned causing us to lose even more, to stay in our home.
5. We have sold most of my wife's jewelry.
6. We sold all the gold coins we'd been saving.
7. We've had several garage sales, selling a trailer, used tools and house hold goods.
8. Worst of all we've had to use our credit cards to pay our mortgage payments and just to stay alive.
9. We're over extended on our credit cards, killing years of our good credit rating.
10. At sixty five and disabled I haven't been able to fine job.

We're not sure what else we can do? We want to stay in our home!

Please do what ever you can .

Respectfully :    William C. Walker & Keiran J. Walker

William C. Walker  &  Keiran J. Walker
P O Box 2324
Antioch, CA 94531

Direct: (925) 625-3047                          Cell: (925) 584-1571

April 16, 2010

Loss Mitigation / GMAC
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

Account Number: 7472298520
Borrower Name: William C. Walker / Keiran J. Walker
Property Address: 4610 Lariat Lane, Oakley, CA 94561

Load Modification:  Resubmitting  Requested  Documentation

GMAC advised our first request for loan modification, dated December 30, 2009 was not
legible and needed a new one.

The up dated request and documentation is attached and has been faxed and a copy sent
by mail.

Should you need any additional information, please contact us.

Sincerely,

William C. Walker  /   Keiran J. Walker

Hardship Letter        William C. Walker and Keiran J. Walker
                              PO Box 2324
Direct: (925) 625-3047        Antioch, CA 94531        Cell: (925) 584-1571

May 10, 2011

Loss Mitigation / GMAC
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

Account Number: 7472298520
Borrower Name: William C. Walker  /  Co Borrower: Keiran J. Walker
Property Address: 4610 Lariat Lane, Oakley, CA 94561

Hardship Letter:

We're writing this letter requesting loan modification and or a principal reduction. Last year we had to ask for your help. We were told our payment would be approximately $1,700.00 a month. It turned out to $2,725.00 a month and did not include paying for taxes and insurance as we were told. We cashed in our IRA's , 401ks , sold boat, trailer, gun and coin collections, maxed our credit cards out to stay in our home. We've raised our family while living in our home for thirty two (32) years. We've taken out equity loans for Colleges, several for home improvements and other family needs over the years. We've always paid our bill's, had a lot of equity and good credit. Our home equity has always been a major part of our retirement plans.

We had several hundred thousand dollars in equity until the housing market fell apart. We are now up side down in our home by over $150,000.00 after losing years of $3 to $400,000.00 in equity. This has left us with our dreams destroyed and now living a nightmare which we may not live long enough to recover. We have been married for forty four (45) years, this July 3, 2011. For over a year we have been struggling to pay our mortgage an stay in our home. I am sixty six, disabled and retired. I've been looking for work without success. My wife is will be sixty three this July 1, 2011 and in poor health. We had planned on retiring last year but because of government incompetence, miss handling our economy we are forced to ask for your help.

Here's what's happened and actions we've taken:

1. We tired to get our home refinanced with negative results, no equity and couldn't afford a new loan.
2. We have lost three to four hundred thousand dollars in equity in our home.
3. We had to cash our IRA's in.
4. We had to cash in our 401k's savings accounts losing thousands and charged as income, we had to pay income taxes on it before we'd planned causing us to lose even more, to stay in our home.
5. We have sold most of my wife's jewelry.
6. We sold all the gold coins we'd been saving.
7. We've had several garage sales, selling a trailer, used tools and house hold goods.
8. Worst of all we've had to use our credit cards to pay our mortgage payments and just to stay alive.
9. We're over extended on our credit cards, killing years of our good credit rating.
10. At sixty five and disabled I haven't been able to fine job.
11. Now Food and fuel are going up.

Please give us a loan modification and or reduce our principal or lengthen the term of our loan so we can stay in our home.

Sincerely,  William C. Walker  and  Keiran J. Walker

Please do what ever you can .

Respectfully :    William C. Walker &  Keiran J. Walker

Hardship Letter          William C. Walker and Keiran J. Walker
                              PO Box 2324
Direct: (925) 625-3047        Antioch, CA 94531          Cell: (925) 584-1571

August 17, 2011

Loss Mitigation               GMAC
233 Gilraltar Rd              Website: www.gmacmortgage.com
Suite 600                     Fax: 1-866-709-4744
Horsham PA 19044              Phone: 1-800-850-4622

Account Number: 7472298520
Borrowers Name: William C. Walker  /  Co Borrower: Keiran J. Walker
Property Address: 4610 Lariat Lane, Oakley, CA 94561

Hardship Letter:
We received and completed a financial packet for a Loan Modification and or a Principal
Reduction in May, 2011. We were told we had to wait one year from our September,
2010 interest modification. We called again explained our situation and you sent us
another package to complete and return to you in August for help in September.

Here's what happen in 2010. We requested a loan modification , we we're told that our
payment could be reduced to $1,700.00 per month . We agreed to make three payments of
$1,700.00  hoping this would be our new payment. We we're advised at that time you
could only reduce our interest to 4% which made our payments $2,717.87 and that would
include our insurance and property taxes. We called you back when we found out the
taxes and insurance were not included, because we live in California they couldn't be
included. We we're advised there were other programs coming out that we could put in
for later.

August 2011, we're requesting a modification and or principal reduction. We want to stay
in our home of 32 years.  We've raised our family here. We had taken out equity loans for
Colleges, several for home improvements and other family needs over the years. We've
always paid our bill's, had a lot of equity and good credit.  Our home equity has always
been a major part of our retirement plans.

We had several hundred thousand dollars in equity until the housing market fell apart. We
are now up side down in our home by over $200,000.00 after losing years of  $3 to
$400,000.00 in equity. This has left  us with our dreams destroyed and now living a
nightmare which we may not live long enough to recover.  We have been married for
forty four (45) years. I am sixty six, disabled and retired. I've been looking for work
without success.  My wife is sixty three and still working. We had planned on  retiring
last year but because of our equity loss, government incompetence, miss handling our
national economy we are forced to ask for your help.

Here's what's happened and why we need your help to stay in our home:

1. Our property has two PG& E natural gas pipelines going through it one 36'' a second 24'' since the San

Bruno pipe tragedy this year PG&E has sent out warning letters increased inspections, our neighbors

are saying our home is even worth less and harder to sell .

2. Our income is not keeping up with inflation and our expenses keep going up.

3. We have major repairs on hold we can't afford to complete our driveway and bathroom repairs started

two years ago.

4. We are upside down owing nearly $200,000.00 dollars more than our home is worth.

5. We tired to get our home refinanced with negative results, no equity and couldn't afford a new loan.

6. We have lost three to four hundred thousand dollars in equity in our home through no vault of our own.

7. We had to cash in our IRA's and life insurance, to pay higher expenses to stay in our home.

8. We had to cash in our 401k's savings accounts losing thousands and charged as income, we had to pay

income taxes on it before we'd planned causing us to lose even more, to stay in our home.

9. We have sold of my wife's jewelry and my gun collection.

10. To pay our property tax bill we have to use credit cards, which is a vicious circle.

11. We sold all our gold coins and coin collection..

12. We've had several garage sales, selling a trailer, tools, clothing and house hold goods.

13. Worst of all we've had to use our credit cards to pay bills and just to stay alive.

14. We're maxed our credit cards, killing years of our good credit rating.

15. At sixty six and disabled I haven't been able to fined a job.

16. Now the costs of Food, Clothing, Fuel , PG&E and Water keep going up.

Please help us with a reduced payment, loan modification and or reduce our principal or lengthen the term of our loan so we can stay in our home. We could make a reduced payment an automatic deduction from our bank.

Sincerely,  William C. Walker  and  Keiran J. Walker

*Document II -(1)*

*Section II*

Hardship Letter            William C. Walker and Keiran J. Walker
                                    PO Box 2324
Direct: (925) 625-3047          Antioch, CA 94531          Cell: (925) 584-1571

May 31, 2013

Loss Mitigation                Ocwen
233 Gilraltar Rd               Fax: 1-866-709-4744
Suite 600                      Phone: 1-800-850-4622
Horsham PA 19044

Account Number:  7472298520
Borrowers Name: William C. Walker / Co Borrower: Keiran J. Walker
Property Address: 4610 Lariat Lane, Oakley, CA 94561

Hardship Letter:
Here's what happen in 2010. We requested a loan modification, we we're told that our payment
could be reduced to $1,700.00 per month. We agreed to make three payments of $1,700.00
hoping this would be our new payment. We we're advised at that time you could only reduce our
interest to 4% which made our payments $2,717.87 and that would include our insurance and
property taxes. We called you back when we found out the taxes and insurance were not
included, because we live in California they couldn't be included. We we're advised there were
other programs coming out that we could put in for later.

August 2011, we're requesting a modification and or principal reduction. We want to stay in our
home of 32 years.  We've raised our family here. We had taken out equity loans for College,
several for home improvements and other family needs over the years. We've always paid our
bills, had a lot of equity and good credit.  Our home equity has always been a major part of our
retirement plans.

We had four hundred thousand dollars in equity until the housing market fell apart. We are now
upside down in our home, losing $400,000.00 in equity. This has left us with dreams destroyed
and now living a nightmare.  We have been married for forty four (47) years. I am sixty eight,
disabled and retired. I've been looking for work an hope to stsrt working again.  My wife is sixty
four turn 65 July this year. She starts Social Security June 1, 2013. We had planned on retiring
three years ago but because of our equity loss, we are forced to ask for your help.

Here's what's happened and why we need your help to stay in our home:
:
1. Our home has two PG&E Natural Gas Pipelines going through our backyard, a 36 inch and a
24 inch. Since the San Bruno Gas Pipeline explosion and tragedy this year PG&E has sent us
warning letters and increased inspections.  Our neighbors trying to sell their homes say because
of the PG&E Gas Pipeline on our property, our homes are worth less and harder to sell.
2.  Our income is not keeping up with inflation and our expenses keep going up.
3. We have major repairs we can't afford to complete, both driveway and bathroom repairs.(1)

Continued from page number (1)

4. We are upside down owning more than our home is worth plus our equity loss.

5. We tried to get our home refinanced with negative results, no equity and couldn't afford a new loan.

6. We have lost four hundred thousand dollars in equity in our home through no fault of our own because of the housing market crash.

7. We had to cash in our IRA's and life insurance, to pay higher expenses to stay in our home.

8. We had to cash in our 401k's savings accounts losing thousands and charged as income we had to pay Income Taxes on it before we'd planned causing us to lose even more, to stay in our home.

9. We have sold mine and my wife's jewelry and a gun collection.

10. To pay our property tax bill we had to use a credit card and not pay other bills which is a vicious circle.

11. We sold our gold coins and coin collection.

12. We've had several garage sales, selling a trailer, tools, clothing and household goods.

13. Worst of all we've had to use our credit cards to pay bills just to stay alive.

14. We've maximize our credit cards, killing years of our good credit rating.

15. At sixty eight years old I am going back to work.

16. Now our costs of Food, Clothing, Fuel, PG&E and Water keep going up.


Please help us with a reduced payment, loan modification and or reduce our principal or lengthen the term of our loan so we can stay in our home. We could make a reduced payment an automatic deduction from our bank.

Sincerely, William C. Walker and Keiran J. Walker

Section III

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

08/24/11

WILLIAM C WALKER
KEIRAN J WALKER
PO BOX 2324

ANTIOCH          CA 94531

RE:    Account Number        7472298520
       Property Address      4610 LARIAT LANE

                             OAKLEY          CA 94561

Dear    WILLIAM C WALKER
        KEIRAN J WALKER

We recently received your request for a Loan Modification. We are not able to fulfill your
request at this time for the following reason(s):

[ ] The financial information you provided shows you do not have sufficient income to
support a loan modification. We recommend you consider selling your property. If the
value of your property is not enough to pay off your mortgage, please contact our office
when an offer is received so we can explore other options.

[ ] The financial information you provided shows you have sufficient income to make
your current mortgage payments. Therefore, we are not able to modify your loan at this
time.

[ ] The financial information you provided shows you do not have sufficient income to
support all of your monthly expenses, but some of these expenses can be reduced. You
need to contact your other creditors about lowering your monthly payments with them
before we can consider modifying your loan.

[ ] We requested additional information from you that has not been received. As a result,
we are not able to continue our review of your request at this time.

[ ] We service your loan on behalf of an investor or group of investors that has not given
us authority to modify your loan as you have requested.

(Continued on next page)

08/24/11
Account Number: 7472298520
Page Two

[ ] The payment received was not for the correct amount as specified in the agreement we
sent you.

[ ] We have not received the payment that was due as specified in the agreement.

[ ] We have not received a properly signed and executed agreement from you.

[ ] You did not meet the requirement(s) of the Home Affordable Unemployment
Program.

[ ] We have not been able to resolve outstanding title issues in order to meet recording
requirements.

[X] Account does not meet HAMP Program requirements.

[ ]

At this time, you may want to seek advice regarding your next step. We suggest you call
1.800.CALL.FHA (1.800.225.5342) to locate a HUD-certified housing counseling agency.
You  may also want to call 1.888.995.HOPE (1.888.995.4673) to request assistance from a
HUD- approved housing counselor.

We will continue to work with you to explore options that may be available. If you have any
questions, please call our office at 877-928-4622 between the hours of 7:00 a.m. and 9:00 p.m.
Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time
Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Modification Department
Loan Servicing

Please Note:
This is an attempt to collect on a debt and any information obtained will be used for that
purpose.

**Notice Regarding Bankruptcy:** If you are currently involved in an open bankruptcy case or if
you have been discharged of your personal liability for repayment of this debt; this notice is
being provided for informational purposes only and is not an attempt to collect a pre-petition or
discharged debt. Furthermore, any action that we may take is for the sole purpose of protecting
our lien interest in your property and is not to recover any amounts from you personally.

**Note:** If you are currently in bankruptcy under Chapter 13, you should continue to make
payments in accordance with your Chapter 13 Plan.

08/24/11
Account Number: 7472298520
Page Three

**Residents of North Carolina: If you believe your request has been wrongly denied, you can file a complaint with the North Carolina Office of the Commissioner of Banks at www.nccob.gov.**

**Residents of New York: If you believe your request has been wrongly denied, you may file a complaint with the New York State Banking Department at 1-877-226-5697 or www.banking.state.ny.us.**

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have the right to a free copy of your report from the reporting agency if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: Equifax Information Services LLC,
Address: P.O. Box 740241, Atlanta, GA 30374-0241
Phone: 800-685-1111    Web: www.equifax.com

*If you have any questions regarding this notice, you should contact:*
Creditor's name: GMAC Mortgage, LLC
Creditor's address: PO Box 780
Waterloo IA 50704-0780
Creditor's telephone number: 800-766-4622

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

5:90

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

*Section III - (c)*

08/24/11

WILLIAM C WALKER
KEIRAN J WALKER
PO BOX 2324

ANTIOCH        CA 94531

RE:    Account Number        7472298520
       Property Address      4610 LARIAT LANE

                             OAKLEY          CA 94561

Dear   WILLIAM C WALKER
       KEIRAN J WALKER

We have received your request for a loan modification. Thank you.

**Next steps:**

1.  We will notify you if any additional documents are required. If you are scheduled for a foreclosure sale, all documents must be received at least seven business days prior to the sale (30 business days for properties located in Florida).

2.  We will review your request once we receive all required documents. This may take up to 30 days. We will then determine whether you are eligible for the Home Affordable Modification Program or any other program.

3.  While your mortgage is under review, we will not begin proceedings for foreclosure of your home or conduct a foreclosure sale if proceedings have already begun (if possible).

4.  If you are eligible for this or any program, we will review your monthly income and housing costs - including any past due payments - and determine an affordable mortgage payment.

5.  You will receive a new, affordable monthly mortgage payment for a trial period. If you make all of these payments on time and meet all trial period conditions, we may permanently change your mortgage.

(Continued on next page)

08/24/11
Account Number: 7472298520
Page Two


Changing your mortgage may result in the following:

* Making your account current
* Reducing the interest rate on your loan
* Extending the length of your loan and/or delaying the repayment of part of your mortgage principal until the end of the loan term

We suggest you call 1.800.CALL.FHA (1.800.225.5342) to locate a HUD-certified housing counseling agency. You may also want to call 1.888.995.HOPE (1.888.995.4673) to request assistance from a HUD-approved housing counselor.

Even if you do not qualify for the Home Affordable Modification Program, we will explore other options to help you keep your home. If you do not wish to stay in your home, we can help make your transition to a new home easier.

If you have any questions, we are here to help. Please call our office at 877-928-4622 between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard Time, 7:00 a.m. to 6:00 p.m. Central Standard Time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard Time on Saturday.


Modification Department
Loan Servicing


Please Note:
This is an attempt to collect a debt and any information obtained will be used for that purpose.


**Notice Regarding Bankruptcy:** If you are currently involved in an open bankruptcy case or if you have been discharged of your personal liability for repayment of this debt; this notice is being provided for informational purposes only and is not an attempt to collect a pre-petition or discharged debt. Furthermore, any action that we may take is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally.

Note: If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 Plan.

4:55

Investor Loan #  11290269

After Recording Return To:
GMAC Mortgage, LLC
3451 Hammond Avenue
Waterloo, IA 50702

This document was prepared by GMAC Mortgage, LLC

_____[Space Above This Line For Recording Data]_____

# MODIFICATION AGREEMENT

Borrower ("I"): WILLIAM C WALKER KEIRAN J WALKER
Lender ("Lender"): GMAC Mortgage, LLC
Date of first lien Security Instrument ("Mortgage") and Note ("Note"): 1/16/2007
Loan Number: 7472298520
Property Address *[and Legal Description if recordation is necessary]* ("Property"):  4610 LARIAT LANE
OAKLEY CA 94561

If my representations in Section 1 continue to be true in all material respects, then this Modification Agreement ("Agreement") will, as set forth in Section 3, amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Note is secured by a Mortgage, Deed of Trust, or Deed to Secure Debt (the "Security Instrument), dated the same date as the Note, and if applicable, recorded on  with Instrument Number in Book  and/or Page number  of the real property records of CONTRA COSTA County, CA.  Said Security Instrument covers the real and personal property described in such Security Instrument (the "Property") located at 4610 LARIAT LANE  OAKLEY CA 94561, which real property is more particularly described as follows.  "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's Successors and assigns.  MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, (888) 679-MERS. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Agreement and not defined have the meaning given to them in Loan Documents.

**(Legal Description – Attached as Exhibit if Recording Agreement)**

This Agreement will not take effect unless the preconditions set forth in Section 2 have been satisfied.

1.    **My Representations**.  I certify, represent to Lender and agree:

A.   I am experiencing a financial hardship, and as a result, (i) I am in default under the Loan Documents, and (ii) I do not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

B.   I live in the Property as my principal residence, and the Property has not been condemned;

C.   There has been no change in the ownership of the Property since I signed the Loan Documents;

_____
If there is more than one Borrower or Mortgagor executing this document, each is referred to as "I."  For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

D.  I have provided documentation for all income that I receive (and I understand that I am not required to disclose child support or alimony unless I chose to rely on such income when requesting to qualify for a modification of the Loan Documents);

E.  Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the Program, are true and correct; and,

F.  If Lender requires me to obtain credit counseling in connection with the Program, I will so; and;

G.  I have made or will make all payments required under a Trial Period Plan or Loan Workout Plan.

2.    **Acknowledgements and Preconditions to Modification.** I understand and acknowledge that:

A.  TIME IS OF THE ESSENCE under this Agreement;

B.  If prior to the Modification Effective Date as set forth in Section 3 the Lender determines that my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Agreement will terminate. In this event, the Lender will have all of the rights and remedies provided by the Loan Documents; and

C.  I understand that the Loan Documents will not be modified unless and until (i) I receive from the Lender a copy of this Agreement signed by the Lender, and (ii) the Modification Effective Date (as defined in Section 3) has occurred. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Agreement.

3.    **The Modification.** If my representations in Section 1 continue to be true in all material respects and all preconditions to the modification set forth in Section 2 have been met, the Loan Documents will automatically become modified on 10/1/2010 (the "Modification Effective Date") and all unpaid late charges that remain unpaid will be waived. The Loan Documents will be modified and the first modified payment will be due on 10/1/2010.

A.  The new Maturity Date will be: 2/1/2037.

B.  The modified Principal balance of my Note will include all amounts and arrearages that will be past due (excluding unpaid late charges) less any amounts paid to the Lender but not previously credited to my Loan. The new Principal balance of my Note will be $531,433.19 (the "New Principal Balance").

C.  Interest at the rate of 4.00000% will begin to accrue on the New Principal Balance as of 9/1/2010 and the first new monthly payment on the New Principal Balance will be due on 10/1/2010. My payment schedule for the modified Loan is as follows:

| Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Payment Ends on |
|---|---|---|---|---|---|---|
| 4.00000% | 9/1/2010 | $2,717.87 | 0.00, adjusts annually after year 1 | $2,717.87, adjusts annually after year 1 | 10/1/2010 | 9/1/2015 |
| 4.37500% | 9/1/2015 | $2,812.66 | Adjusts Annually | Adjusts Annually | 10/1/2015 | 2/1/2037 |

The above terms in this Section 3.C. shall supersede any provisions to the contrary in the Loan Documents, including but not limited to, provisions for an adjustable or step interest rate.

D.  I will be in default if I do not comply with the terms of the Loan Documents, as modified by this Agreement.

In Witness Whereof, the Lender and I have executed this Agreement.

(Seal) _William C Walk_    _Ryan Wal_
WILLIAM C WALKER                        Witness
_9-23-10_                               _Ryan Walker_
Date                                    Print Name

(Seal) _Keiran J Walker_    _Ryan Wal_
KEIRAN J WALKER                         Witness
_9-23-10_                               _Ryan Walker_
Date                                    Print Name

(Seal)_____    _____
                                        Witness
_____                 _____
Date                                    Print Name

(Seal)_____    _____
                                        Witness
_____                 _____
Date                                    Print Name


_____[Space Below This Line For Acknowledgement]_____

GMAC Mortgage, LLC

By: _____

Date _____


**LENDER ACKNOWLEDGMENT**

Investor Loan #    7472298520

# HOME AFFORDABLE MODIFICATION PROGRAM
## LOAN WORKOUT PLAN
### (Step One of Two-Step Documentation Process)

Loan Workout Plan Effective Date: 07/01/2010
Borrower ("I")[1]: WILLIAM C WALKER and KEIRAN J WALKER
Lender ("Lender"): GMAC Mortgage, LLC
Date of first lien Security Instrument ("Mortgage") and Note ("Note"): 01/16/2007
Loan Number: 7472298520
Property Address ("Property"): 4610 LARIAT LANE   OAKLEY CA  94561

If I am in compliance with this Loan Workout Plan (the "Plan") and my representations in Section 1 continue to be true in all material respects, then the Lender and/or Servicer may provide me with a Loan Modification Agreement ("Modification Agreement"), as set forth in Section 3, that would amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage.  The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents."   Capitalized terms used in this Plan and not defined have the meaning given to them in the Loan Documents.

If I have not already done so, I am providing confirmation of the reasons I cannot afford my mortgage payment and documents to permit verification of all of my income (except that I understand that I am not required to disclose any child support or alimony unless I wish to have such income considered) to determine whether I qualify for the offer described in this Plan (the "Offer").   I understand that the Lender will execute the trial plan or will send me written notice that I do not qualify for the Offer.  If I am approved for a permanent modification, I understand I will be sent a permanent modification document detailing the terms of the modification.

1.    **My Representations**.  I certify, represent to Lender and agree

   A. I am unable to afford my mortgage payments for the reasons indicated in my Hardship Affidavit and as a result, (i) I am either in default or believe I will be in default under the Loan Documents in the near future, and (ii) I do not have access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

   B. I live in the Property as my principal residence, and the Property has not been  condemned;

   C. There has been no change in the ownership of the Property since I signed the Loan Documents;

   D. I am providing or already have provided documentation for **all** income that I receive (except that I understand that I am not required to disclose any child support or alimony that I receive, unless I wish to have such income considered to qualify for the Offer);

   E. Under penalty of perjury, all documents and information I have provided to Lender pursuant to this Plan, including the documents and information regarding my eligibility for the program, are true and correct; and.

   F. If Lender requires me to obtain credit counseling, I will do so.

   G. If I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the Loan Documents, Lender agrees that I will not have personal liability on the debt pursuant to this Plan.

2.    **The Loan Workout Plan**.  On each of the following due dates, I will pay the Lender the amount set forth below ("Trial Period Payment"), which includes payment for Escrow Items (where not prohibited by law), including real estate taxes, insurance premiums and other fees, if any, of $0.00.

|   |   |   |
|---|---|---|
| 1. | 07/01/2010 | $2,723.13 |
| 2. | 08/01/2010 | $2,723.13 |
| 3. | 09/01/2010 | $2,723.13 |

The Trial Period Payment is an **estimate** of the payment that will be required under the modified loan terms, which will be finalized in accordance with Section 3 below.

---

[1] If there is more than one Borrower or Mortgagor executing this document, each is referred to as "I".  For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

GMAC Mortgage, LLC
P.O. Box 4622
Waterloo, IA  50704-4622

May 21, 2010

217

WILLIAM C WALKER
KEIRAN J WALKER
4610 LARIAT LANE
OAKLEY CA  94561

RE:   Account Number:    7472298520
      Property Address:    4610 LARIAT LANE
                           OAKLEY CA  94561

Dear WILLIAM C WALKER and KEIRAN J WALKER

Thank you for providing the financial information that allowed us to build the enclosed Home Affordable Modification Program Loan Workout Plan (the "Workout Plan"). As your loan servicer we are committed to working with you to help make your payment more affordable.

**While you have qualified for this Workout Plan it is important to understand that all of the qualifications for the Permanent Modification have not yet been met**. First, you must comply with the terms of this Workout Plan and submit any outstanding required documentation. We will then be required to re-evaluate your eligibility for a Permanent Modification. Your monthly payments during the Workout Plan are based on the income information that you provided to us and are an estimate of what your payments will be if we are able to modify your loan under the terms of the program.

If we are unable to obtain a no cost valuation of your home, we are required to obtain the value from an independent realtor / appraiser. A fee to confirm the value of the property will be assessed to the account.

The following documents were designed to help you understand and take advantage of this offer.

*   **Workout Plan Payment Coupons** – Use these coupons in place of your normal payment method while on your Plan.
*   **What You Must Do Now** – This provides instructions for payment and submission of required documentation.
*   **Home Affordable Modification Program Loan Workout Plan** – This includes the terms of your Workout Plan.
*   **Frequently Asked Questions**
*   **Notifications**

If you do not qualify for a Permanent Modification under the Home Affordable Modification Program, we will continue to work with you to explore other options that may be available for your circumstances.

Receipt of payment matching the terms of this Workout Plan constitute acceptance of this offer. If you have any questions, please contact us at 1-800-850-4622.

Loan Servicing

Enclosures

HOME AFFORDABLE MODIFICATION PROGRAM - LOAN WORKOUT PLAN

## What You Must Do Now

To accept this offer, please provide the following items to us:

### Workout Plan Payments

Utilize the payment coupons provided on page 2, which detail the amount and due date specified in the Workout Plan.

- o  If you were previously required to remit payments by certified funds, this requirement extends through the Workout Plan.
- o  These payments should be sent instead of, not in addition to, your normal monthly mortgage payment.
- o  You must send the exact amount stated on each coupon. Please do not send more or less than what is noted to ensure eligibility.
- o  Workout Plan payments must be received on or within 10 days following the due date noted on each coupon.

Because this is a temporary reduction to your monthly payment you will not be able to remit payment through the services provided on our website or other electronic payment services such as automatic deductions from your bank account until the Workout Plan is complete.

### Outstanding Required Documentation

Return the following documents within 7 days.  **Please contact us immediately if you cannot meet this timeframe.**  Please only send us copies and not originals of these documents.

### Thank you!  No additional documentation is required at this time.

### Important Workout Plan Information

- •  If you comply with the Loan Workout Plan, we will not conduct a foreclosure sale.

- •  If you cannot afford the Workout Plan payments but want to avoid foreclosure please call us at 1-800-850-4622. We may be able to help you.

- •  If your loan is modified after the Workout Plan, we will waive all unpaid late charges.

- •  Your credit score may be affected by accepting this Workout Plan or modification.  For more information about your credit score please go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

- •  Credit Counseling: Your debt-to-income ratio is 43.01%.  If your debt-to-income ratio is at or over 55% you must provide us a letter confirming you will seek credit counseling from a HUD- approved counseling agency.

During the period (the "Trial Period") commencing on the date of this Plan and ending on the earlier of: (i) the first day of the month following the month in which the last Trial Period Payment is due (the "Modification Effective Date") or (ii) termination of this Plan, I understand and acknowledge that:

    A.  TIME IS OF THE ESSENCE under this Plan;

    B.  Except as set forth in Section 2.C. below, the Lender will suspend any scheduled foreclosure sale, provided I continue to meet the obligations under this Plan, but any pending foreclosure action will not be dismissed and may be immediately resumed from the point at which it was suspended if this Plan terminates, and no new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will be necessary to continue the foreclosure action, all rights to such notices being hereby waived unless prohibited by law;

    C.  If my property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and the Lender may foreclose if I have not made each and every Trial Period Payment that is due before the scheduled foreclosure sale. If a foreclosure sale occurs pursuant to this Section 2.C., this agreement shall be deemed terminated;

    D.  The Lender will hold the payments received during the Trial Period in a non-interest bearing account until they total an amount that is enough to pay my oldest delinquent monthly payment in full. If there is any remaining money after such payment is applied, such remaining funds will be held by the Lender and not posted to my account until they total an amount that is enough to pay the next oldest delinquent monthly payment in full;

    E.  When the Lender accepts and posts a payment during the Trial Period it will be without prejudice to, and will not be deemed a waiver of, the acceleration of the loan or foreclosure action and related activities and shall not constitute a cure of my default under the Loan Documents unless such payments are sufficient to completely cure my entire default under the Loan Documents and are not prohibited by law;

    F.  If prior to the Modification Effective Date, I have not made the Trial Period payments required under Section 2 of this Plan; or if the Lender determines that my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Plan will terminate. In this event, the Lender will have all of the rights and remedies provided by the Loan Documents, and any payment I make under this Plan shall be applied to amounts I owe under the Loan Documents and shall not be refunded to me; and

    G.  I understand that the Plan is not a modification of the Loan Documents and that the Loan Documents will not be modified unless and until I meet all of the conditions required for modification, and the Modification Effective Date has passed. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Plan.

3.  **The Modification**. I understand that once Lender is able to determine the final amounts of unpaid interest and any other delinquent amounts (except late charges) to be added to my loan balance and after deducting from my loan balance any remaining money held at the end of the Trial Period under Section 2.D. above, the Lender will determine the new payment amount. If I comply with the requirements in Section 2 and my representations in Section 1 continue to be true in all material respects, the Lender may send me a Modification Agreement for my signature which will modify my Loan Documents as necessary to reflect this new estimated payment amount and waive any unpaid late charges accrued to date. Upon execution of a Modification Agreement by the Lender and me, this Plan shall terminate and the Loan Documents, as modified by the Modification Agreement, shall govern the terms between the Lender and me for the remaining term of the loan.

4.  **Additional Agreements**. I agree to the following:

    A.  That, unless a borrower or co-borrower is deceased, all persons who signed the Loan Documents have agreed to this Plan.

    B.  To comply, except to the extent that they are modified by this Plan, with all covenants, agreements, and requirements of Loan Documents, including my agreement to make all payments of taxes, insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my loan (unless prohibited by law).

    C.  That this Plan constitutes notice that the Lender waiver as to payment of Escrow Items, if any, has been revoked, and I have been advised of the amount needed to fully fund my Escrow Account, unless prohibited by law.

    D.  That all terms and provisions of the Loan Documents remain in full force and effect; nothing in this Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents. The Lender and I will be bound by, and will comply with, all of the terms and provisions of the Loan Documents.

**Receipt of payment matching the terms of this agreement constitutes acceptance of this offer.**

## Frequently Asked Questions

**How was my Workout Plan payment determined?**

Your Workout Plan payment is approximately 31% of your total gross monthly income. The terms of your Workout Plan require us to create an escrow account (where not prohibited by law) for payment of your property taxes, insurance premiums and other permissible escrow. Your current loan may already have an escrow account. If it does not, the previous Waiver of Escrows is cancelled under this new Workout Plan.

**Could my Workout Plan payment be more than my current payment?**

Possibly. For example, if your current payment does not include an escrow payment and you are now required to make monthly escrow payments, your Workout Plan payment could be higher than your current payment. However, the increase in your payment will be offset by no longer having to pay taxes and insurance bills yourself, as we will pay them on your behalf from your new escrow account.

**What happens to my Workout Plan payments if I do not comply with the terms of the Workout Plan?**

Your Workout Plan payments will be applied to your existing loan according to the terms of your current loan documents.

**Will a foreclosure occur if I participate in the Home Affordable Modification Program?**

As long as you comply with the terms of the Workout Plan, we will not continue with foreclosure proceedings or conduct a foreclosure sale if foreclosure proceedings have started. If you fail to comply with the terms of the Workout Plan or do not make other arrangements to pay your mortgage, your loan will be serviced according to its original terms, which, if in default, may include foreclosure.

**How will this affect my credit?**

We are required to report factual information to the credit agencies; therefore, if your account is past due at the time you enter into the Workout Plan, we will report that your account is past due to the credit bureaus.

If your account is current at the time you enter into this Workout Plan and you successfully complete the plan which leads to a permanent modification, there will be no negative impact to your credit report. However, if you do not successfully complete the plan, or be permanently modified, normal credit reporting will continue.

**How long will it take to process my modification request and determine if I qualify for the program?**

Based on the information you have provided we have successfully qualified you for this Workout Plan. If you provide all documentation requested on page three of this letter, if applicable, and make payments as required we will re-evaluate your qualifications after we receive your final Workout Plan payment. You will be notified of our final decision within 20 days of receipt of your final Workout Plan payment.

**Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

Once your loan is permanently modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage unless your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches the cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey Rate for 30-year, fixed rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of your loan.

**Will the escrow portion of my payment change?**

If the cost of your homeowner's insurance, property tax assessment or other escrow expenses increases, your monthly payment will increase as well.

During the establishment of the escrow account any outstanding premiums due for property taxes or insurance were advanced and paid on your behalf. This would create an escrow shortage. If a shortage exists on the account, it will be factored into your payment after the Workout Plan is complete.

**Are there incentives that I may qualify for if I am current with my new payments?**

Once your loan is modified, you may qualify for a pay-for-success incentive for every month that you make on-time payments beginning with the Workout Plan payments. If the Workout Plan reduces your monthly mortgage payment (including principal, interest, property taxes, hazard insurance, flood insurance, condominium association fees and homeowner's association fees, as applicable, but excluding mortgage insurance) by a minimum of six (6%) percent and you make timely monthly mortgage payments, you will be eligible to receive a monthly benefit. Depending on your modified monthly payment, you may accumulate up to $1,000 each year for five years for a total of $5,000. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first Workout Plan payment due date*, will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this important benefit if your modified mortgage becomes 90 days past due.

**Notifications**

| IMPORTANT NOTICE | We want to help you avoid foreclosure scams. |
|---|---|

### Beware of Foreclosure Rescue Scams. Help is free!

- There is never a fee to get assistance or information about the Making Home Affordable program from your lender and/or Servicer or a HUD-approved housing counselor.

  o For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.



### NOTICE TO BORROWERS

Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By acceptance of the enclosed documents you certify, represent and agree that:

"Under penalty of perjury, all documents and information I have provided to Lender and/or Servicer in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

---

**SIGTARP Hotline**

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by:
Online Form: www.SIGTARP.gov
Phone: 877-SIG-2009 (toll-free)
Fax: 202-622-4559
Mail to: Hotline
Office of the Special Inspector General For The Troubled Asset Relief Program 1500 Pennsylvania Ave., NW, Suite 1064 Washington, D.C. 20220
For all other inquiries related to your mortgage, please contact your Lender and/or Servicer.

# GMAC Mortgage

PO Box 780
Waterloo, IA 50704-0780





7192 5948 0010 4339 3215

FIRST CLASS
US POSTAGE
AND FEES PAID
NEWCOURSE

June 07, 2012

00441

WILLIAM C WALKER
KEIRAN J WALKER
PO BOX 2324
ANTIOCH CA 94531

**Second Notice!**
*You were previously provided information
regarding the financial analysis forms on May
23, 2012.
Please be advised you have until
June 22, 2012
to return all required documentation.*

Re:    Loan Number:              7472298520

        Property Address:        4610 LARIAT LANE
                                 OAKLEY CA 94561

Dear WILLIAM C WALKER and KEIRAN J WALKER:

Help may be available if you are having difficulty making your mortgage loan payments. You may be eligible for the new Home Affordable Modification program, which is part of the initiative announced by President Obama to help homeowners. Even if you do not qualify for this specific program, we will evaluate your situation to determine if you might qualify for assistance through other programs we offer.

**As your mortgage loan servicer, we will work with you in an effort to make your mortgage payment affordable. You will not pay any fees to take advantage of this opportunity to modify your mortgage loan payment and keep your home. Now is the time to act. We are ready to help you.**

**Here's how it works**: We will first determine if you are eligible based on your situation. If you are eligible, we will look at your monthly income and housing costs, including any past due payments, and then determine an affordable mortgage payment. We will not refer the account to foreclosure or conduct a foreclosure sale if already referred while your loan is being reviewed for the Making Home Affordable program unless required by your investor. The review will not begin until all required documentation has been received.

At first, we will provide you with a new, affordable monthly payment on your mortgage loan for a trial period. If you make all of those payments successfully and fulfill all trial period conditions, we will permanently modify your mortgage loan.

The modification may involve some or all of the following changes to your mortgage loan:
**1)** Bringing your account current;
**2)** Reducing the interest rate on your loan;
**3)** Extending the term of the loan, and/or delaying your repayment of a portion of the mortgage principal until the end of the loan term.

***In addition to the Making Home Affordable program, we may have other options available to assist you if you do not qualify under the government program.***

NC058

## STEP 1    GATHER THE INFO WE NEED TO HELP

To take advantage of this opportunity and the Home Affordable Modification program, complete the original financial analysis forms and fax or mail it to us with the required documentation to the fax number or address below.  If you are scheduled for foreclosure sale **all** documentation **must** be received at least 7 business days prior to sale (For properties located in the state of Florida the complete package needs to be received 30 days prior to sale).

Loss Mitigation
233 Gibraltar RD
Suite 600
Horsham PA 19044
Fax: 866-709-4744
Website: www.gmacmortgage.com

If you do not qualify for a loan modification under this program, or do not want to stay in your home, we will work with you to explore other options available to help you keep your home or ease your transition to a new home.  A brief description of these options follows.

REPAYMENT PLAN:  If you have experienced a temporary loss of income or increase in expenses and now have sufficient income to make increased payments, we may be able to work out a repayment plan, which would allow repayment of the arrearage in monthly installments, made in addition to the regular monthly payment, until the delinquency is resolved.

LOAN MODIFICATION: A loan modification capitalizes delinquent payments into the unpaid principal balance.  This may be completed if you are unable to make temporary increased monthly payments, yet can still afford your mortgage payments.

SHORT SALE: The investor may accept less than a full payoff when the value of your property has declined.  You must list the property at fair market value and forward any offers, along with estimated closing costs, to our company.  The acceptance of the offer is subject to investor approval.  You may be required to contribute to reduce the total loss.

DEED IN LIEU OF FORECLOSURE: A deed in lieu voluntarily gives back the Deed to the lender to satisfy the debt and avoid foreclosure.  You must have tried to sell the property for 90 days at fair market value.

The collection activity will not stop and the monthly mortgage payments are still due while we evaluate your financial situation.  Not all options may be available to you and we cannot guarantee you will qualify for any of the loss mitigation options.

## STEP 2    CONTACT US

We want to make modifying your mortgage loan as easy as possible.  However, you must take the first step by completing the financial analysis forms so we can analyze the options available to you.  If you no longer have the original financial analysis forms, please contact us at the following number or download and print the forms from our website.  If you have any questions call us at 1-800-766-4622 Monday-Friday from 8:00 a.m. to 9:00 p.m., Central Standard Time.



**IMPORTANT NOTICE**    We want to help you avoid foreclosure scams.

## Beware of Foreclosure Rescue Scams.  Help is free!

- There is never a fee to get assistance or information about the Making Home Affordable program from your lender or a HUD-approved housing counselor.

  - For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house.  Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.


Customer Care
Loan Servicing

Notice:  This is an attempt to collect on a debt and any information obtained will be used for that purpose. If you have filed for bankruptcy, or if you have been discharged of your personal liability for repayment of this debt, please note that this letter is being provided for informational purposes only and any rights that we may choose to pursue will be exercised against the property only and not against you personally.



# GMAC Mortgage

PO Box 780
Waterloo, IA 50704-0780

June 07, 2012

00441

WILLIAM C WALKER
KEIRAN J WALKER
PO BOX 2324
ANTIOCH CA  94531

Property Address:

4610 LARIAT LANE
OAKLEY CA 94561

Account Number 7472298520

Dear Homeowner:

We understand how difficult it may be to ask for help when you need it the most. We want you to know that we are here to help you.

The best way to find out what options are available is to help us understand your financial situation by completing the attached application package, including all the required documentation and returning it to us within 15 days.

If for any reason you experience difficulty completing the entire application package, as an alternative, you may simply complete this form by checking all of the appropriate boxes to the right or call us for assistance. This will help us assist you with identifying potential programs available to meet your needs.

Once we have received this information from you, we will assign a Relationship Manager to personally help you through this process.  Once your Relationship Manager is assigned, they will stay with you throughout the process and assist with anything you may need.

Please do not delay in returning this information. We look forward to working with you.

Thank you.

Loan Servicing

| Please check the box(es) that best describe your situation: | | | |
|---|---|---|---|
| **I want to:** | | | |
| ☐ | Keep the Property | ☐ | Not Keep the Property |
| **This home is:** | | | |
| ☐ | Where I live | ☐ | Second Home |
| ☐ | Investment (Rental) Property | | |
| **Military Service Members** | | | |
| ☐ | Check here if you or a member of your family is or has been on active duty with the military. *You may be eligible for benefits and protection under the Servicemembers Civil Relief Act (SCRA) | | |
| **I need help because I have/am...** | | | |
| ☐ | A loss of income | ☐ | Increase in expenses |
| ☐ | Can't sell my home | ☐ | Can't rent my home |
| ☐ | Marital problems | ☐ | Damage to the home due to hurricane, flood, earthquake, etc. |
| ☐ | Unemployed | ☐ | Incarceration |
| ☐ | Death of family member | ☐ | Illness of family member |
| ☐ | Other | | |

Fax this letter with your documentation attached to 866-709-4744, or Mail to: Loss Mitigation, 233 Gibraltar Rd., Suite 600, Horsham, PA 19044

What is the best phone number to reach you? (       ) _____ - _____

What is the best time to reach you? _____ am/pm   Time Zone _____

☐ Check here if your primary language is Spanish. This information will be utilized to attempt to assign you a Spanish-speaking Relationship Manager when available, after your documentation is received. *Marque aquí, si su lengua principal es el Español. Esta información será utilizada para tratar de asignar un Gerente de Relaciones que hable Español cuando esté disponible, después de que su documentación haya sido recibida. Si necesita ayuda para completar esta documentación, por favor llamé a nuestro departamento de servicio al cliente.*

Consider all options. We will explore all options to help you keep your home. If you do not wish to stay in your home, we can help make your transition to a new home easier. Following is a brief description of our available options.

- **Repayment Plan** – If you have experienced a temporary loss of income or increase in expenses but can now afford to make higher payments for a period of time, we may be able to develop a repayment plan.
- **HAMP Modification** – This is an important Federal Program designed to assist you in obtaining an affordable mortgage payment. We will review your monthly income and housing costs – including any past due payments – and determine an affordable mortgage payment.
- **Traditional Loan Modification** – If you are not able to make higher monthly payments but can still afford your current mortgage payment, we may be able to modify your loan.
- **Short Sale** – If the value of your home has declined, you may be able to sell it for less than the full amount due and eliminate your mortgage.
- **Deed in Lieu of Foreclosure** – You may be able to voluntarily return the deed to us to satisfy your debt and avoid foreclosure.

## Notice Regarding Foreclosure Scams:

- There is never a fee to apply for or learn more about our Modification Programs. To locate a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

## Please Note:

- All necessary documentation must be received 7 business days prior to the scheduled foreclosure sale date.
- This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Please Note:** This is an attempt to collect a debt and any information obtained will be used for that purpose, provided if you have an active bankruptcy case or have received a discharge, the following Notice Regarding Bankruptcy applies.

**Notice Regarding Bankruptcy:** If you are a debtor in an active bankruptcy case, this letter is not an attempt to collect either a pre-petition, post petition or discharged debt and no action will be taken in willful violation of the Automatic Stay that may be in effect in your bankruptcy case. Furthermore, if you have received a Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in your property and is not an attempt to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case, please disregard this notice. Finally, if you are in an active Chapter 11, 12 or 13 case, and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your bankruptcy plan.



## Fax Cover Sheet

This page should be returned to us with your **completed** financial analysis form
**\*\*Please include the account number on every page of your returned package.\*\***

To: Loss Mitigation

From: _____

**Fax to: 866-709-4744**

Account Number _____  7472298520
or mail to: Loss Mitigation
233 Gibraltar Road Suite 600
Horsham, PA 19044

### All of the following information is required to determine eligibility if keeping or selling the property:

| | |
|---|---|
| ☐ Financial Analysis Form (Section 1) | ☐ Documentation to verify all of the income of each borrower. (Please see the Income Validation chart in section 5 for the type of documentation required for each type of income) |
| ☐ Hardship Affidavit (Section 8) | ☐ A signed and dated Acknowledgement and Agreement (Section 11) |
| ☐ A signed and dated Dodd-Frank/Rental Certification (if applicable) (Section 9 & 10) | ☐ Documentation confirming occupancy on your primary residence – for example, a recent utility bill in your name at the property address. |
| ☐ Documentation verifying expenses for Homeowner or Condominium Association Dues for condominiums and Co Ops on all properties. (if applicable). | ☐ A Signed and dated IRS Form 4506T-EZ (Request for transcript of Tax Return). Borrowers who filed their tax returns jointly may send in one IRS Form 4506T-EZ signed and dated by both the joint filers. This form is required even if you have not filed or are not required to file tax returns. |

### If you want to sell the property, please also include:

| | |
|---|---|
| ☐ Copy of the listing agreement | ☐ Copy of the sales contract, if available |
| ☐ Copy of the estimated Settlement Statement (HUD1), if available | ☐ Signed Third Party Authorization Form (if applicable) |

### Section 1: Borrowers Information (Required)

| Borrower | Co-Borrower |
|---|---|
| Borrowers Name | Co-Borrowers Name |
| Social Security Number / Date of Birth | Social Security Number / Date of Birth |
| Home Phone Number With Area Code | Home Phone Number With Area Code |
| Cell or Work Phone Number With Area Code | Cell or Work Phone Number With Area Code |
| Email Address | Email Address |
| Mailing Address | |
| Property Address (If Same As Mailing Address, Write Same) | |

How many single family properties other than your primary residence you or any co-borrower(s) own individually, jointly, or with others? _____

Has the mortgage on your primary residence ever had a HAMP trial period plan or permanent modification? ☐ Yes   ☐ No

Has the mortgage on any other property that you or any co-borrower own had a permanent HAMP modification ☐ Yes   ☐ No   If "Yes" how many _____

Are you or any co-borrower currently in or being considered for a HAMP trial period plan on a property other than your primary residence? ☐ Yes   ☐ No

I want to:  ☐ Keep the Property     ☐ Not Keep the Property          The property is my: ☐ Primary Residence ☐ Second Home ☐ Rental

The property is:       ☐ Owner Occupied     ☐ Renter Occupied     ☐ Vacant

If Owner Occupied include a recent utility bill in your name at the property address. If Renter Occupied, include a copy of the current lease agreement.

Is the property listed for sale?   ☐ Yes   ☐ No  If yes, Date listed: _____

Is the property for sale by owner?   ☐ Yes   ☐ No

Real Estate Agent Name: _____  Real Estate Agent Phone Number: _____

Have you received an offer on the property? ☐ Yes    ☐ No  If yes, Date of Offer: _____  Amount of Offer: _____

Have you filed for bankruptcy?   ☐ Yes   ☐ No  If yes, what chapter did you file?   ☐ Chapter 7   ☐ Chapter 13  Filing Date: _____

Bankruptcy Case Number: _____  Has your bankruptcy been discharged?   ☐ Yes   ☐ No

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers

| Lien Holder's Name/Servicer | Balance | Contact Phone Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |

Account Number_____ 7472298520 _____

## Important Tips and Reminders

✓ The enclosed package encompasses requirements for all available programs, including the Government's Making Home Affordable Program. For information and eligibility requirements under the Making Home Affordable program, visit www.makinghomeaffordable.gov website.

✓ Please be aware we will not be able to process your request until all parts of the application have been completed including signatures and all necessary supporting documentation has been supplied.

✓ Please continue to make your monthly payment. If assistance is needed, it is recommended that you contact a credit counselor who is trained to guide you through your current financial situation. You can access www.hud.gov or call 800-225-5342 for more information regarding credit counseling.

✓ You may receive phone calls or letters from our office asking for a payment while we consider any option that might be available.

✓ All modifications require an escrow account for the payment of taxes and insurance. If your loan does not currently include an escrow account for the payment of taxes and insurance, one will be added.

✓ While being reviewed for a workout (other than the Making Home Affordable program). A fee to validate the value of the property may be assessed at your expense (approximate cost $100-$150).

✓ If approved for a permanent modification (other than the Making Home Affordable program), a recording fee may be assessed to the account at your expense. The cost varies by state and is determined by your state.

✓ As a condition of the modification, you may be required to enroll in an electronic payment program.

## Frequently Asked Questions

**How long will it take to process my modification request and determine if I qualify for the program?**
- We will review your request as quickly as possible. Once the package is returned to our office, Loss Mitigation will contact you within 10 business days advising the package was received and notifying you if additional information is required.
- Within 30 calendar days from the date a complete package is received, you will be notified whether the modification option is available to you.
- If you are not eligible for a modification, the reason for denial will be provided.
- Please note, however that your modification will not be effective unless you meet all of the applicable conditions.

**I pay my car insurance on a semi-annually or annual basis. How should I list that?**
- Please make sure that the amount of the expenses is broken down to a monthly premium amount.
- Example: if the car insurance is $500 for 6 months to determine the monthly premium divide $500 by 6 months ($83.33).



| Section 2: Income/Expenses for Household (Required) |
|---|

Include combined expenses from the borrower and co-borrower (if any).
If you include income and expenses from a household member who is not a borrower, please specify using a separate page if necessary.
If additional space is needed, please include an additional page.

| Monthly Household Income for Borrower 1 and Borrower 2 |
|---|

****ALL INCOME MUST BE DOCUMENTED****

You will be required to provide supporting documentation for any income you claim in this section. To determine what supporting documentation is required for each income type, please refer to the supporting documentation column below. Match the number listed in the supporting documentation column to the number listed in the Income Validation section (section 5) of this package.

| | Supporting Documentation | Borrower 1 | Borrower 2 |
|---|---|---|---|
| Gross Salary/Wages<br><br>Gross/Salary Wages = total monthly income before any tax withholding or employer deductions including part-time income. | 1 | ☐ Employed  ☐ Unemployed<br>**Income Frequency**<br>☐ Bi-weekly  ☐ Weekly<br>☐ Semi-monthly  ☐ Monthly<br>☐ Other _____<br>$ _____ /monthly | ☐ Employed  ☐ Unemployed<br>**Income Frequency**<br>☐ Bi-weekly  ☐ Weekly<br>☐ Semi-monthly  ☐ Monthly<br>☐ Other _____<br>$ _____ /monthly |
| Tips, commissions, housing allowance and/or bonus income. | 2 | **Income Frequency**<br>☐ Bi-weekly  ☐ Weekly<br>☐ Semi-monthly  ☐ Monthly<br>☐ Other _____<br>$ _____ /monthly | **Income Frequency**<br>☐ Bi-weekly  ☐ Weekly<br>☐ Semi-monthly  ☐ Monthly<br>☐ Other _____<br>$ _____ /monthly |
| Self Employed | 3 | $ _____ /monthly | $ _____ /monthly |
| Unemployment Income | 4 | $ _____ /monthly | $ _____ /monthly |
| Child Support Income/Alimony Income<br>*You are not required to disclose Child Support, Alimony, or Separate Maintenance income, unless you choose to have it considered. | 5 | $ _____ /monthly | $ _____ /monthly |
| Social Security, Disability, Death Benefits, or Pension | 6<br>For short term disability use 7 | If entering income for disability select one of the following<br>☐ Long Term  ☐ Short Term<br>$ _____ /monthly | If entering income for disability select one of the following<br>☐ Long Term  ☐ Short Term<br>$ _____ /monthly |
| Other monthly income from Pensions, annuities, or Retirement plans | 6 | $ _____ /monthly | $ _____ /monthly |
| Rental income from investment property | 8 | $ _____ /monthly | $ _____ /monthly |
| Rental income from room rent of primary residence | 9 | $ _____ /monthly | $ _____ /monthly |
| Contribution income from person(s) residing at the property | 10 | $ _____ /monthly | $ _____ /monthly |
| Public assistance (Food Stamps, Welfare, etc.) | 10 | $ _____ /monthly | $ _____ /monthly |
| Other (Investment income, royalties, interest, dividends, trusts, etc) | 11 | $ _____ /monthly | $ _____ /monthly |
| **Total Income (Gross)** | | $ _____ /monthly | $ _____ /monthly |

| Monthly Living Expenses (Primary Residence Expenses Only) |
|---|

****Please make sure that all monthly expenses are broken down to a monthly amount.****

| | Borrower 1 | Borrower 2 | | Borrower 1 | Borrower 2 |
|---|---|---|---|---|---|
| Primary First Mortgage Payment | $ | $ | Medical Expenses | $ | $ |
| Primary Second Mortgage Payment | $ | $ | Out of pocket medical insurance premiums (not deducted from your paycheck) | $ | $ |
| Other Mortgage Payments | $ | $ | HOA/Condo Fees | $ | $ |
| Alimony Payments | $ | $ | Credit Card(s)/Installment Loans | $ | $ |
| Child Support Payments | $ | $ | Food/Household Supplies | $ | $ |
| Dependant Care Payment | $ | $ | Utilities/Water/Sewer/Phone(s)/Cable | $ | $ |
| Liens/Rents | $ | $ | Donations | $ | $ |
| Personal Loans/Student Loans | $ | $ | Property Taxes (if not escrowed) | $ | $ |
| Auto Loans/Lease | $ | $ | Insurance – Hazard, wind, flood, etc. (if not escrowed) | $ | $ |
| Auto Expenses (gas, maintenance, insurance, etc.) | $ | $ | Other | $ | $ |
| | (Please add columns 1 & 2 together for each borrower) Total Debt/Expenses | | | $ | $ |

| Household Assets |
|---|

| | Borrower 1 | | | |
|---|---|---|---|---|
| Estimated Value of your primary property | $ | IRA/Keogh | $ | |
| Estimated Value of Other Real Estate Owned | $ | 401K/ESOP Account(s) Balance | $ | |
| Checking Account Balance | $ | Stocks/Bonds/CDs Balance | $ | |
| Savings Account Balance | $ | Other Investments | $ | |
| Life Insurance Cash Value | $ | **Total Assets** | $ | |

Borrower's Name  WILLIAM C WALKER

Account Number  7472298520



## Section 3: 3 Month Self Employment Income Statement (Profit and Loss Form)
### (Required only if you are self-employed or a 1099 wage earner)

For each borrower who is self-employed a Profit and Loss Statement is required for each business. If a Borrower has more than one business, we require a Profit and Loss Form for each business. The example document may be used to supply the required information.

| Company Name | | | Percentage of ownership (If left blank, we will consider it 100% ownership.) | |
|---|---|---|---|---|
| Month and Year must be indicated. Use most recent consecutive months. | **Month 1** Month____Year____ | **Month 2** Month____Year____ | **Month 3** Month____Year____ | **Total** Month____Year____ |
| Gross Profit | $ | $ | $ | $ |
| *Operating Expenses* | | | | |
| Advertising | $ | $ | $ | $ |
| Amortization | $ | $ | $ | $ |
| Auto Expenses | $ | $ | $ | $ |
| Bank Charges | $ | $ | $ | $ |
| Depreciation | $ | $ | $ | $ |
| Dues & Subscriptions | $ | $ | $ | $ |
| Employed Benefits | $ | $ | $ | $ |
| Insurance | $ | $ | $ | $ |
| Interest | $ | $ | $ | $ |
| Office Expenses | $ | $ | $ | $ |
| Payroll Taxes | $ | $ | $ | $ |
| Rent | $ | $ | $ | $ |
| Repairs & Maintenance | $ | $ | $ | $ |
| Salaries & Wages for Yourself | $ | $ | $ | $ |
| Salaries & Wages for Employees | $ | $ | $ | $ |
| Supplies | $ | $ | $ | $ |
| Taxes & Licenses | $ | $ | $ | $ |
| Telephone | $ | $ | $ | $ |
| Utilities | $ | $ | $ | $ |
| Other | $ | $ | $ | $ |
| **Total Operating Expenses** | $ | $ | $ | $ |
| Income Taxes | $ | $ | $ | $ |
| **Net Profit** | $ | $ | $ | $ |

## Section 4: Investment Property Schedule (Required only if you have investment (rental) properties)

For each borrower who receives rental income from an investment property an Investment Property Schedule is required. If additional space is needed, please include an additional page with the same information listed below.

| Property Number | Property Street Address | Property City, Sate, and Zip Code | Number of Units (1,2,3,4, or 5+) | Status Circle All That Apply R- Rented V- Vacant PS- Pending Sale F- Foreclosure | Gross Monthly Rental Income | Monthly Mortgage Payment (excluding taxes and insurance) | Monthly Insurance | Monthly Taxes | Monthly HOA/ Condo Dues (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | R  V  PS  F | $ | $ | $ | $ | $ |
| 2 | | | | R  V  PS  F | $ | $ | $ | $ | $ |
| 3 | | | | R  V  PS  F | $ | $ | $ | $ | $ |
| 4 | | | | R  V  PS  F | $ | $ | $ | $ | $ |
| 5 | | | | R  V  PS  F | $ | $ | $ | $ | $ |
| | | | | **Totals** | $ | $ | $ | $ | $ |

Borrower's Name ___WILLIAM C WALKER_____        Account Number_____ 7472298520



| Supporting Documentation | Type of Income | ✓ | Documentation Required (May not be more than 90 days old) |
|---|---|---|---|
| | **Section 5: Income Validation (Required)** | | |
| 1 | Paid by an Employer (W-2) including part-time employment | ☐ | Copy of two most recent pay stubs from your employer including year to date information. (not older than 90 days) |
| 2 | Other Earned Income (i.e. bonus, commission, housing allowance, and/or tips) | ☐ | Copy of third party documentation describing the nature of the income (i.e. employment contract and or printouts documenting tips) and indicating the income is not a one-time payout. |
| 3 | Self Employed or Receive a 1099 | ☐ | Copy of most recent quarterly or year-to-date Profit and Loss statement (See **Section 3** for a sample of a **3 Month Self Employment Income Statement** (Profit and Loss Form) |
| | | ☐ | If you choose to use a form other than the Profit and Loss statement provided, please be sure to include the following:<br>• Business Name • Borrower name(s) • Income and Expenses provided must be for three most recent consecutive months • Gross Profit, Net Profit, and Itemized Expenses for each month (indicate the month and year if utilizing your own profit and loss form) |
| | | ☐ | The most recent year's signed tax return |
| | | ☐ | Copies of **two** most recent bank statements. (Again, not older than 90 days) |
| 4 | Unemployment | ☐ | Copy of benefits statement or letter from the provider that states the amount, frequency, and duration of the benefit. |
| | | ☐ | Documentation must show receipt of unemployment benefits have begun or will begin within 60 days. |
| 5 | Child Support or Alimony *You are not required to disclose Child Support, Alimony, or Separate Maintenance income, unless you choose to have it considered | ☐ | Copy of divorce decree, separation agreement, or other legal written agreement filed with the court that shows the amount of the award and period of time over which it will be received |
| | | ☐ | Copies of **two** most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of child support income. (Again, not older than 90 days) **(You are not required to disclose Child Support, Alimony, or Separate Maintenance income, unless you choose to have it considered)** |
| 6 | Social Security, Disability, Death Benefits, Annuities, retirement plans, or Pension | ☐ | Copy of benefits statement or letter from the provider that states the amount, frequency, and the start and end date of the benefit. |
| | | ☐ | Copies of **two** most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of benefit income. (Again, not older than 90 days) |
| 7 | Short Term Disability (6 months or less) | ☐ | Copy of benefits statement or letter from the provider that states the amount, frequency, and the start and end date of the benefit. |
| | | ☐ | Copy of **two** most recent pay stubs, prior to going on short term disability, from your employer including year to date information. |
| 8 | Rental Income From an Investment Property | ☐ | Copy of most recent federal tax return will all schedules, including Schedule E-Supplemental Income and Loss. |
| | | ☐ | Current lease agreement(s) for all investment properties |
| | | ☐ | Copies of **two** most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of income. (Again, not older than 90 days) See **Section 4** for a sample of an **Investment Property Schedule.** |
| 9 | Rental Income from Room Rental of the Primary Residence | ☐ | Copy of Current Lease Agreement |
| | | ☐ | Copies of **two** most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of income. (Again, not older than 90 days) |
| 10 | Income NOT Specified Above (including Public Assistance, contribution income from person residing at the property, etc.) | ☐ | Signed letter from the person(s)/entity (company) that contributes the income showing the amount and frequency of the income. |
| | | ☐ | Copies of **two** most recent bank statements verifying deposits amounts or other documentation (i.e. 2 copies of checks) showing receipt of income. (Again, not older than 90 days) |
| | | ☐ | If receiving public assistance, include the award letter indicating the amount and frequency |
| 11 | Other Income (investment, interest, dividends, royalties, trusts, etc.) | ☐ | Copies of **two** most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of income. (Again, not older than 90 days) |

**Section 6: Information for Government Monitoring Purpose**

If applying for the Making Home Affordable Modification Program we encourage you to provide the following, however this is not a requirement of other modification programs. The law provides that a lender or servicer may not discriminate either on basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person.

| BORROWER | ☐ | I do not wish to furnish this information | CO-BORROWER | ☐ | I do not wish to furnish this information |
|---|---|---|---|---|---|
| Ethnicity: | ☐<br>☐ | Hispanic or Latino<br>Not Hispanic or Latino | Ethnicity: | ☐<br>☐ | Hispanic or Latino<br>Not Hispanic or Latino |
| Race: | ☐<br>☐<br>☐<br>☐<br>☐ | American Indian or Alaska Native<br>Asian<br>Black or African American<br>Native Hawaiian or Other Pacific Islander<br>White | Race: | ☐<br>☐<br>☐<br>☐<br>☐ | American Indian or Alaska Native<br>Asian<br>Black or African American<br>Native Hawaiian or Other Pacific Islander<br>White |
| Sex: | ☐<br>☐ | Female<br>Male | Sex: | ☐<br>☐ | Female<br>Male |

**Section 7: Information Regarding Military Service Members**

| Please check here if you or a family member is on active duty with our military. You may be eligible for benefits and protection under the Service Members Civil Relief Act "SCRA". | ☐ |
|---|---|

Borrower's Name WILLIAM C WALKER                    Account Number        7472298520



## Section 8: Hardship Affidavit (Required)

I am having difficulty making my monthly payment because of financial difficulties created by (Please check all that apply):

Please do not send medical information. As required by law, we are prohibited from obtaining or using medical information (e.g., diagnosis, treatment or prognosis) in connection with your eligibility or continued eligibility for credit. We will not use it when evaluating your request and it will not be retained.

| | | | |
|---|---|---|---|
| ☐ Borrower Death | ☐ Death of Family Member | ☐ Military Service | ☐ Payment Adjustment |
| ☐ Illness of Borrower | ☐ Illness of Family Member | ☐ Inability to Sell Property | ☐ Inability to Rent Property |
| ☐ Tenant not Paying | ☐ Reduction of Income | ☐ Bankruptcy Filed | ☐ Unemployment |
| ☐ Marital Difficulties (Examples include going through a legal separation or filing for divorce) | ☐ Excessive Financial Obligations (Examples may be large medical expenses, credit card debt, or college tuition payments) | ☐ Business Failure (Examples would be loss of business income) | ☐ Ownership Transfer is Pending (If the home is in the process of being sold) |
| ☐ Incarceration (Sentenced to a city, county, state, or federal jail) | ☐ Property Problem (Anything that may be defective about the property such as a costly repair that needs to be made) | ☐ Casualty Loss (Unexpected event such as hurricane, flood, or earthquake that damages the property) | ☐ Other |

If selecting more then one of the boxes above, indicate the primary hardship. _____

Has the reason for your hardship been resolved? (circle one) Yes/No

We understand that times are tough. For us to better understand your current situation, please explain your hardship in detail in the lines provided below. An explanation is required.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

If additional space is needed for explanation, please include an additional page

Borrower's Name WILLIAM C WALKER                    Account Number_____ 7472298520



Borrower's Name  WILLIAM C WALKER                          Account Number         7472298520

## Section 9: Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203) **You are required to furnish this information**. The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 *et seq.*) or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony, larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:
(A) felony, larceny, theft, fraud, or forgery,
(B) money laundering or
(C) tax evasion

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This certification is effective on the earlier of the date listed below or the date received by the servicer.

## Section 10: Rental Property Certification (Required only if applying for a Loss Mitigation solution on a Investment (rental) property)
### (You must complete this certification if you are requesting a mortgage modification with respect to a rental property.)

☐   By checking this box and initialing below, I am requesting a mortgage modification under MHA with respect to the rental property described in section 4 and I hereby certify under penalty of perjury that each of the following statements is true and correct with respect to that property.

1.  I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, the U.S. Department of the Treasury or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

    Note: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media, and/or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.

2.  The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein.

    **Note:** The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time seasonal or other basis.

3.  I do not own more than five (5) single-family homes (i.e. one-to-four unit properties) (exclusive of my primary residence).

**Notwithstanding the foregoing certification I may at any time sell the property, occupy it as my primary residence, or permit a legal dependent, parent, or grandparent to occupy it as such party's principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.**

This certification is effective on the earlier of the date listed below or the date the Request for Mortgage Assistance (RMA) is received by your servicer.

INITIAL HERE ➤        Initials: Borrower _____  Co-borrower _____

Borrower's Name  WILLIAM C WALKER                    Account Number_____7472298520_____

## Section 11: Acknowledgement and Agreement (Required)

In making this request for consideration to review my loan terms I/We certify under penalty of perjury

1. That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the terms of my/our mortgage loan, short sale, or deed-in-lieu of foreclosure.
2. I/we understand that the Servicer, the U.S. Department of the Treasury, owner or guarantor of my mortgage, or its agents may investigate the accuracy of my/our statements and/or may require me/us to provide supporting documentation. I/we also understand that knowingly submitting false information may violate Federal law.
3. I/we understand the servicer will obtain a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the servicer may cancel any Agreement under Making Home Affordable or any mortgage relief granted and may pursue foreclosure on my/our home.
5. I/we understand any fee to validate the value of the property will be assessed to the account.
6. I/we have not received a condemnation notice, and there has been no change in the ownership of the Property since I/we signed the documents for the mortgage that I/we want to modify.
7. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program "excessive debt" means that my/our debt-to-income ratio after the modification would be greater than or equal to 55%.
8. If I am eligible for a trial period plan, repayment plan, or forbearance plan, and I accept and agree to all terms of such plan, I also agree that the terms of the Acknowledgement and Agreement are incorporated into such plan by reference as if set forth in full. My first timely payment following my Servicer's determination and notification of my eligibility or prequalification for a trial period plan, repayment plan, or forbearance plan (when applicable) will serve as acceptance of the terms set forth in the notice sent to me that sets forth the terms and conditions of the trial period plan, repayment plan, or forbearance plan.
9. I/we agree that when the Servicer accepts and posts a payment during the term of any repayment plan, trial period plan, or forbearance plan it will be without prejudice to, and will not be deemed a waiver of, the acceleration of my loan or foreclosure action and related activities shall not constitute a cure of my default under my loan unless such payments are sufficient to completely cure my entire default under my loan.
10. I/we am willing to provide all requested documents and to respond to all Servicers questions in a timely manner.
11. I/we understand that the Servicer will use the information in this document to evaluate my/our eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me/us assistance based solely on the statements in this document.
12. I/we agree that my prior waiver as to payment of escrow items in connection with my/our loan has been revoked.
13. I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on the loan.
14. I/we understand that the Servicer will collect and record personal information, including, but not limited to, my/our name, address, telephone number, social security number, credit score, income payment history, government monitoring information, and information about account balances and activity. I/we understand and consent to the disclosure of my/our personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor, or servicer that owns, insures, guarantees or services my/our first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD certified housing counselor.
15. I/we agree that to be considered for the Making Home Affordable program, or any other program, all required documentation must be received no later than 7 business days prior to the scheduled foreclosure sale date.
16. NOTICE TO TEXAS BORROWERS: If the loan you are requesting to modify is a Texas Home Equity Loan or Line of Credit, your loan does not qualify to be modified. However, please proceed with submitting your final information so that we can examine your financials situation and determine if there is a repayment program available to you in order to prevent foreclosure.
17. I/we understand the Servicer will not refer the account to foreclosure or conduct the foreclosure sale if already referred, while it is being reviewed for the Making Home Affordable program unless required by your investor. The review will not begin until all required documentation is received.
18. I/we consent to being contacted, concerning this request for mortgage assistance at any cellular or mobile telephone number I have provided to the Lender. This includes text messages and telephone calls to my cellular or mobile telephone.

**Please check one of the following before signing:**

☐  My/Our property is owner occupied. I/we intend to reside in this property for the next twelve months.
☐  My/Our property is not owner occupied.



### SIGN/DATE HERE

_____          _____
Primary Borrower Signature        Date          Secondary Borrower Signature        Date

**If you have questions about this document or the modification process, please call us at the phone number listed on your monthly account statement. If you need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.**

---

**NOTICE TO BORROWERS**

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling **1-877-SIG-2009** (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.



Borrower's Name   WILLIAM C WALKER                          Account Number _____ 7472298520

| Form **4506T-EZ** | **Short Form Request for Individual Tax Return Transcript** | |
|---|---|---|
| (October 2009) | Request may not be processed if the form is incomplete or illegible. | OMB No. 1545-2154 |
| Department of the Treasury Internal Revenue Service | | |

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| 1a Name shown on tax return. If a joint return, enter the name shown first | 1b First social security number on tax return |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Previous address shown on the last return filed if different from line 3

5 If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name GMAC Mortgage, LLC | Telephone number 1-800-850-4622 |
|---|---|

Address (including apt., room, or suite no.), city, state, and ZIP code
Attn: Loss Mitigation, 233 Gibralter RD, Horsham, PA  19044

6    Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2009"). Most requests will be processed within 10 business days.

_____     _____     _____     _____

Caution. If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign.

Note. This form must be received within 60 days of signature date.

| | | Telephone number of taxpayer on line 1a or 2a |
|---|---|---|
| **Sign Here** | Signature (see instructions) | Date |
| | Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 54185S          Form **4506T-EZ** (10-2009)

Form 4506T-EZ (10-2009)

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript that includes most lines of an original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate a third party (such as a mortgage company) to receive a transcript on line 5. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a fiscal tax year (that is, a tax year beginning in one calendar year and ending in the following year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request the following.

● A transcript of a business return (including estate and trust returns).
● An account transcript (contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed).
● A record of account, which is a combination of line item information and later adjustments to the account.

● A verification of nonfiling, which is proof from the IRS that you did not file a return for the year.

● A Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.

Form 4506-T can also be used for requesting tax return transcripts.

**Automated transcript request.** You can call 1-800-829-1040 to order a tax return transcript through the automated self-help system. You cannot have a transcript sent to a third party through the automated system.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when that return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

### Where to mail . . .

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 770-455-2335 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, California, Colorado, District of Columbia, Hawaii, Idaho, Iowa, Kansas, Maine, Maryland, Massachusetts, Minnesota, Montana, New Hampshire, New Mexico, New York, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Vermont, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-5876 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team Stop 6705-B41 Kansas City, MO 64999 816-292-6102 |

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 60 days of the date signed by the taxpayer or it will be rejected.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see Where to file on this page.

### Frequently Asked Questions

**What information is needed on the form 4506T-EZ?**
- Please complete the following:
  - Line 1a -4: List information as shown on your tax return
  - Line 5: Write the name, address, and telephone number shown on your monthly mortgage statement
  - Line 6: Write the year of the most-recent tax return you filed
- Be sure to sign the form where indicated.

**The 4506T-EZ form states, "Caution: if the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy." What do I enter for those items?**
- All applicable blanks on the form need to be completed. This disclaimer is provided as a warning that line 6 must be completed prior to signing the form.

**Please complete and return if you want us to speak with your Real Estate Agent, or any other designated third party on your behalf. If you <u>do not</u> wish to authorize any other individuals, do not fill out this form.**

Account Number: _____7472298520_____  Name: _____WILLIAM C WALKER    KEIRAN J WALKER_____

Property Address: _____4610 LARIAT LANE  OAKLEY CA 94561_____

 **Before you sign this authorization, please be aware that...**

- There is never a fee to get assistance or information about the Making Home Affordable program from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house.
- Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- ONLY use HUD certified counseling agencies: Call **1.800.CALL.FHA** to find a HUD-certified housing counseling agency.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

I/we do hereby authorize (my lender/mortgage servicer) to release or otherwise provide to:

_____ of _____ in his/her capacity as _____
Name                                          Company Name

_____          _____          _____
Relationship (if applicable)              Phone Number                        Email Address

Public and non-public personal financial information contained in my loan account which may include, but is not limited to, loan balances, final payoff statement, loan payment history, payment activity, and/or property information.

We, the lender/mortgage servicer, will take reasonable steps to verify the identity of the 3rd party authorized above, but will have no responsibility or liability to verify the true identity of the requestor when he/she asks to discuss my account or seeks information about my account. Nor shall we, the lender/mortgage servicer, have any responsibility or liability for what the requestor may do with the information he/she obtains concerning my account.

I/we do hereby indemnify and forever hold harmless the lender/mortgage servicer, from all actions and causes of actions, suits, claims, attorney fees, or demands against the lender/servicer which I/we and/or my heirs may have resulting from the lender/mortgage servicer discussing my loan account and/or providing any information concerning the loan account to the above named requestor or person identifying themselves to be that requestor.

If you agree to this Authorization and the terms of the Release as stated above, please sign, date, and return with the Financial Analysis form.

NOTE: No information concerning your account will be provided until we have received this executed document. The **authorization needs to be in the name of an individual (not a company)** and a form needs to be completed for each authorized individual. **All parties on the Mortgage must sign**.

_____          _____          _____
Borrower Printed Name                    Borrower Signature                    Date               SIGN AND DATE HERE

_____          _____          _____
Co-Borrower Printed Name              Co-Borrower Signature                Date

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

05/17/11

WILLIAM C WALKER
KEIRAN J WALKER
PO BOX 2324

ANTIOCH        CA 94531

RE:    Account Number        7472298520
       Property Address      4610 LARIAT LANE

                             OAKLEY        CA 94561

Dear    WILLIAM C WALKER
        KEIRAN J WALKER

Thank you for submitting your request for assistance. We are currently processing your modification request and will notify you within 30 days of the outcome of our review or if additional documentation is required.

After receipt of all requested documentation, we will determine if you are eligible based on your situation. If you are eligible, we will look at your monthly income and housing costs, including any past due payments, and determine an affordable mortgage payment.

If you qualify, we will provide you with a new, affordable monthly payment on your mortgage loan for a trial period. If you timely make all of those trial payments, fulfill any other trial period conditions, and provided you meet all other eligibility requirements of the program, we will permanently modify your mortgage loan.

The modification may involve some or all of the following changes to your mortgage loan:

1) Bringing your account current;

2) Reducing the interest rate on your loan;

3) Extending the term of the loan, and/or delaying your repayment of a portion of the mortgage principal until the end of the loan term.

05/17/11
Account Number 7472298520
Page Two

To be considered for the Home Affordable Modification Program **all** required documentation
must be received no later than 7 business days prior to any scheduled foreclosure sale date. We
will not refer the account to foreclosure or conduct a foreclosure sale if already referred while it
is being reviewed for the Home Affordable Modification Program. If we notify you that
additional documentation is required, the review will not begin until all required documentation
is received.

At times like these, we feel it is important for you to seek financial advice from a trusted source
experienced with situations like yours. Therefore, we recommend you call 1.800.CALL.FHA
to find a HUD-Certified housing counseling agency to discuss your needs. You can also call the
HOPE hotline number (1.888.995.HOPE) to seek assistance at no charge from HUD-approved
housing counselors and can request assistance in understanding this borrower notice letter by
asking for MHA HELP.

We will continue to work with you to explore all options that may be available for your
circumstances. If you have any questions regarding the above information, please contact our
office at 877-928-4622, between the hours of 7:00 a.m. and 9:00 p.m. Monday through
Thursday central standard time, 7:00 a.m. to 6:00 p.m. central standard time Friday, and 8:00
a.m. to 12:00 p.m. central standard time on Saturday.

Loss Mitigation Department
Loan Servicing

4:55

Notice: Federal law requires that we advise you that this notice is from a debt collector
attempting to collect a debt and any information obtained will be used for that purpose.

Notice Regarding Bankruptcy: If you have filed for bankruptcy and your case is still active
and/or if you have received a discharge, please be advised that this notice is for informational
purposes only and is not an attempt to collect a pre-petition or discharged debt. If you are
currently in bankruptcy under Chapter 13, you should continue to make payments in
accordance with your Chapter 13 Plan. If you have surrendered the property during your
bankruptcy case, you may disregard this notice.

05/17/11
Account Number 7472298520
Page Three

Notice:  Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

**Notice Regarding Bankruptcy:**  If you have filed for bankruptcy and your case is still active or if you have received an order of discharge, please be advised that this is not an attempt to collect a pre-petition or discharged debt.  Any action taken by us is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally.

**<u>Residents of North Carolina:</u>  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks, website, www.nccob.gov.**

**<u>Residents of New York:</u>  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Banking Department at 1-877-226-5697 or www.banking.state.ny.us.**

Disclosure of the Use of Information Obtained From an Outside Source

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below.  You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency.  The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.  You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice.  In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name:  Equifax Information Services LLC,

Address: P.O. Box 740241, Atlanta, GA 30374-0241

Telephone number: 800-685-1111    www.equifax.com

*If you have any questions regarding this notice, you should contact:*
Creditor's name: GMAC Mortgage, LLC
Creditor's address: PO Box 780  Waterloo IA 50704-0780
Creditor's telephone number: 800-766-4622

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission,
5:90

*Document* (F) *Section III*

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

05/17/11

WILLIAM C WALKER
KEIRAN J WALKER
PO BOX 2324

ANTIOCH        CA 94531

RE:     Account Number      7472298520
        Property Address     4610 LARIAT LANE

                OAKLEY        CA 94561

Dear    WILLIAM C WALKER
        KEIRAN J WALKER

In connection with your request for a Loan Modification, we regret to inform you that your request has been denied for the following reason(s):

[]    The financial information provided shows you have insufficient income to support your request.  We recommend you consider selling your property.  If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.

[]    The financial information provided shows that your income is sufficient to cover your existing mortgage obligation; therefore, we are unable to modify your existing obligation.

[]    While you do not have sufficient income to support all of your monthly expenses, some of your expenses could be reduced.  We recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.

[]    We previously requested additional information from you which has not been received; therefore, we are unable to continue our review for workout solutions.

[]    We service your loan on behalf of an investor or group of investors that has not given us authority to modify your loan under the program requested.

05/17/11
Account Number 7472298520
Page Two

[]    The payment we received does not represent the correct amount as specified in the agreement.

[]    The required payment was not received by the payment due date as specified in the agreement.

[]    We have not received the properly signed and executed agreement.

[]    You did not meet the requirement (s) for the Home Affordable Unemployment Program.

[]    We have been unable to clear/resolve outstanding title issues in order to meet recording requirements.

[X]    Account does not meet HAMP Program requirements.

[]

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours.  Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency to discuss your needs.  You can also call the HOPE hotline number (888-995-HOPE) to seek assistance at no charge from HUD-approved housing counselors and can request assistance in understanding this borrower notice letter by asking for MHA HELP.

We will continue to work with you to explore other options that may be available for your circumstances.  If you have any questions regarding the above decision, please contact our office at 877-928-4622, between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Loss Mitigation Department
Loan Servicing

*[handwritten notes:]*

*5-??? - 1?*
*Josie ???*

*Can't get into a new program HAMP until Sept one year from last year modification!*

*Next I call*
*→ Cal -*

*Hardest Hit Program -*
*www. Keep your home california . com -*
*1 - 888 - 954 - 5331*
*Amerah - 5-30-11 @ 11:00 Am*

Section IV

*Section IV*          *(A) Sale of Trailer*

*IV*

BILL OF SALE

I William Walker and Keiran Walker owners (Sellers) agree to sell "as is", a Laurel Creek, LLC RV Park modular home, 34x 11.5 foot, mounted on three axles, number *LC 8541* to Duarte Corporation (Buyers) for ($18,000.00).  It is understood there is no warranty of any kind or the like in this sale.

Dated this *25* day of *August*, 2011.

Seller Name: (Printed)          *William Walker*
                                *Keiran J Walker*

Seller Signature:               *Wm C Walker*
                                *Ken Walker*

Sellers Address:                PO Box 2324

                                Antioch, CA 94531

Sellers Phone Number:           (925) 625-3047


Buyer: (Printed)                *Joe Duarte - Duarte Corporation*

Buyers Signature and Title:     *Joe Duarte - Owner*

Buyers Address:                 *200 W. Cypress Rd*
                                *Oakley, Ca 94561*

Buyers Phone Number:            *925 - 625 - 2238*

*58,000 Trailer*
*100 move*
*1,*
*58,000 - Value*
*18,*
*59,700.00*
*Sold for*
*$40,000.00*          *LOSS*          *To*

9147

**DUARTE CORPORATION**
**JOSEPH A. DUARTE**
**KAY K. DUARTE**
1380 CARPENTER ROAD  (925) 625-2693
OAKLEY, CA  94561

ECC BANK
A DIVISION OF BAN OF AGRICULTURE&COMMERCE

90-2566/1211

8/25/2011

PAY TO THE
ORDER OF    William Charles Walker                                        $   **18,000.00

Eighteen Thousand and 00/100*********************************************************   DOLLARS

William Charles Walker

MEMO

**Park Model**

⑈121125660⑈ 020 000110⑈



# Zac's
## QUICK SET CONSTRUCTION CO INC.    JAIME GARCIA
61 A Rickenbacker Circle
Livermore, CA 94551
Cell. 510.376.9291
Fax: 925.606.9013

License #540793

## INVOICE

| | |
|---|---|
| **Invoice No.** | OT082511 |
| **Date** | 8/25/2011 |
| **T. A. No.** | N/A |

**Services Provided to:**

Buzz Walker
4610 Lariat Ln
Oakley, Ca

## Relocate:  4610 Lariat Ln   to   200 Cypress Rd,  Oakley

| Date: | Description | Unit | Amount |
|---|---|---|---|
| 8/25/2011 | Haul 13'6x35'6 Park Model | 1200.00 | 1,200.00 |
| | | **Total Due:** | $1,200.00 |

*Pd in full*
*8-19-12*
*Ck*

+ 500
Total 1700

Plus 500.00 Cost
to Jaime Garcia
Quick Set Contractor

**Please Remit payment to:**
### Zac's Transport
P O Box 148
Clements, Ca  95227

P O Box 148 Clements, Ca 95227 Phone: (209)759-3125 Fax: (209)759-3102

BILL OF SALE    (B)  IV   Value 50,000
                        Sold 30,000 loss
                             20,000

I, W C Walk (SELLER), in consideration of Thirty Thousand

Dollars ($ 30,000 ), do hereby sell, transfer and convey to Russ Ranson Co

( Buyer, the following vehicle and other property):

Make: Cat 420 ITD   Year: 2002

Model: Cat Backhoe   VIN: RLN 0213

Other Property: Trailer Mobil Fuel Tank - 2 Water Tanks 6,500 gal.
22 pc Asst Culvert 3pc Oil Pipe 24 ø Asst Valves

I, the undersigned, seller do sell the above –described vehicle and other property to the buyer for the
amount shown and certify that all of the information provided in the Bill of Sale is true and accurate to
the best of my knowledge.

I, the buyer, acknowledge receipt, of this Bill of Sale and understand there is no guarantee or warranty,
expressed or implied, with respect to the above-described property. It is also understood that the
above-stated property and vehicle is sold "as is" condition.

Dated this 11th day of Sept, 2012.                    Russ Ranson Co

Seller Name: (printed) Wm C. Walker   Buyer Name (Printed) Joe Russ

Sellers Signature: Wm C Walker   Buyers Signature: Joe Russ

Driver's License# K0133538   Driver's License#

Street Address: 4610 Lariat Ln.   Street Address: Bunker Hill Ranch

City: Oakley   State: CA   Zip: 94561   City: Fernville   State: Cal   Zip: 95536

Phone# 925-625-3047   Phone# 707-786-9339
                                  707 233-3217

Mailing: P.O. Box 2364
         Antioch, CA
         94531

Cell - 925-584-1571



*Section IV (C)*

*Gold Coens*

PURPOSE/REMITTER: LEAR CAPITAL, INC.

# us**bank**
*Five Star Service Guaranteed* (★)

## CASHIER'S CHECK

No. 5607501000

90-3582
1222

DATE: *12 -14 -11*

PAY    TWENTY SIX THOUSAND NINE HUNDRED TWENTY TWO DOLLARS AND 15 CENTS

$ 26,922.15

TO THE
ORDER OF:    WILLIAM WALKER

*Sold Gold Coins* —

Location:    5607 CONCORD

U.S. Bank National Association
Minneapolis, MN 55480

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

NO GOODS SHOWN
until paid for.
NO CHECKS ACCEPTED

**THIS IS A PLEDGE AND NOT A SALE**
**4 MONTH PLEDGE CONTRACT**
Pawnbroker / Lender / Creditor

The Finance Charge,
shown at left, consists
of the following charges.

**AMOUNT FINANCED.**
The amount of cash advanced
or credit extended to you.

**FINANCE CHARGE.**
The dollar amount the
credit will cost you.

**TOTAL OF PAYMENTS.**
Amount required to redeem
pawn on Date Due.

**ANNUAL PERCENTAGE
RATE.** The cost of your
credit as a yearly rate.

DATE DUE

P. H. COIN & JEWELRY EXCHANGE
3264 BUSKIRK AVE
PLEASANT HILL, CA 94523
(925) 937-7877

**LOAN NO.**
49676

Loan Writing Fee

Interest Charge

Storage Charge

Firearms Charge

| Lost Ticket Verification Fee | Loan Date |
| --- | --- |
| 1099.00 | 02/12/2010 |

PAYMENT SCHEDULE: Total of Payments is due on the Date Due shown above.    PREPAYMENT: If you pay off early, you may be entitled to a refund of part of the finance charge.

You are giving a Security Interest in the following pledged property.

BULLION COINS; 1OZ BUFFALO GOLD COIN

See your contract for any additional information concerning nonpayment, default, and prepayment refunds or penalties.

| REDEMPTION AMOUNTS | | |
| --- | --- | --- |
| ON OR BEFORE: | | |
| AMOUNT DUE: | | |
| ON OR BEFORE: | | |
| AMOUNT DUE: | | |
| ON OR BEFORE: | 49676 | |
| AMOUNT DUE: | | |
| ON OR BEFORE: | 02/12/2010 | |
| AMOUNT DUE: | | |
| ON OR BEFORE: | | |
| AMOUNT DUE: | 1090.00 | |

NOTICE: For redemption, sign below when seeking property by express or other person. **NO FIREARMS WILL BE SHIPPED** and ONLY Pledgor may redeem them in person, with proper identification. When writing for information, give number of this contract and enclose postage if reply is expected. Loans must be prepaid, signed pledgor's ticket submitted, then all property sent by available public carrier, collect for shipping only. Minimum handling charge $10.00 *(Extra charges on large or heavy articles)* Only U.S. Postal Money Order Accepted.

Itemization of the Amount Financed of

Amount given to you directly

Amount credited to prior loan

We must return your property within two business days if your property is stored off premises.

**Except during processing, your pawned property will be stored** ☐ **ON** ☐ **OFF premises.**

YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON                 .TO REDEEM,
YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGH THE DATE ON WHICH YOU REDEEM.

Pledgor agrees that the pawned property will be stored in accordance with the terms stated on this contract.
**DELIVERY OF PROPERTY WILL BE REFUSED WITHOUT LOAN TICKET PROPERLY SIGNED BY PLEDGOR**
Payment of Charges Will Not Extend the Period of This Loan Contract • All Business Strictly Confidential • No Information Given Via Phone

**LOAN NO.**
49676

FOR REDEMPTION: I hereby acknowledge receipt of
my pledge property as described above and release the
Lender under terms and conditions set forth herein.    X _____

NOTICE: See the reverse side for more terms and conditions

Date _____

**THIS IS A PLEDGE AND NOT A SALE**
**4 MONTH PLEDGE CONTRACT**

Pawnbroker / Lender / Creditor

NO GOODS SHOWN
until paid for.
NO CHECKS ACCEPTED

P. H. COIN & JEWELRY EXCHANGE
3264 BUSKIRK AVE
PLEASANT HILL, CA 94523
(925) 937-7877

The Finance Charge,
shown at left, consists
of the following charges.

| | |
|---|---|
| **AMOUNT FINANCED.** The amount of cash advanced or credit extended to you. | LOAN NO. 63223 |
| **FINANCE CHARGE.** The dollar amount the credit will cost you. | Loan Writing Fee |
| **TOTAL OF PAYMENTS.** Amount required to redeem pawn on Date Due. | Interest Charge |
| **ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. | Storage Charge |
| **DATE DUE** | Firearms Charge |

| Lost Ticket Verification Fee | Loan Date | |
|---|---|---|
| 5400.00 | 09/14/2010 | |

PAYMENT SCHEDULE: Total of Payments is due on the Date Due shown above.    PREPAYMENT: If you pay off early, you may be entitled to a refund of part of the finance charge.

You are giving a Security Interest in the following pledged property.

NUMISMATIC COINS, 4-$20 SAINTS

See your contract for any additional information concerning nonpayment, default, and prepayment refunds or penalties.

| | |
|---|---|
| ON OR BEFORE: | NOTICE: For redemption, sign below when seeking property by express or other person. **NO FIREARMS WILL BE SHIPPED** and **ONLY** Pledgor may redeem them in person, with proper identification. When writing for |
| AMOUNT DUE: | information, give number of this contract and enclose postage if reply is expected. Loans must be prepaid, signed pledgor's ticket submitted, then all property sent by available public carrier, collect for shipping only. Minimum |
| ON OR BEFORE: | handling charge $10.00 *(Extra charges on large or heavy articles)* Only U.S. Postal Money Order Accepted. |
| AMOUNT DUE: | Itemization of the Amount Financed of |
| ON OR BEFORE: 63223 | |
| AMOUNT DUE: | Amount given to you directly |
| ON OR BEFORE: 09/14/2010 | |
| AMOUNT DUE: | Amount credited to prior loan |
| ON OR BEFORE: 5400.00 | We must return your property within two business days if your property is stored off premises. |
| AMOUNT DUE: | Except during processing, your pawned property will be stored ☐ **ON** ☐ **OFF** premises. |

REDEMPTION AMOUNTS

YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON _____ .TO REDEEM,
YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGH THE DATE ON WHICH YOU REDEEM.

| Pledgor agrees that the pawned property will be stored in accordance with the terms stated on this contract. **DELIVERY OF PROPERTY WILL BE REFUSED WITHOUT LOAN TICKET PROPERLY SIGNED BY PLEDGOR** Payment of Charges Will Not Extend the Period of This Loan Contract • All Business Strictly Confidential • No Information Given Via Phone | LOAN NO. 63223 |
|---|---|

FOR REDEMPTION: I hereby acknowledge receipt of
my pledge property as described above and release the
lender under terms and conditions set forth herein.

**X** _____

NOTICE: See the reverse side for more terms and conditions

Date _____

| NO GOODS SHOWN<br>until paid for.<br>NO CHECKS ACCEPTED | **THIS IS A PLEDGE AND NOT A SALE**<br>**4 MONTH PLEDGE CONTRACT**<br>Pawnbroker / Lender / Creditor | The Finance Charge,<br>shown at left, consists<br>of the following charges. |

**AMOUNT FINANCED.** The amount of cash advanced or credit extended to you.

**FINANCE CHARGE.** The dollar amount the credit will cost you.

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on Date Due.

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate.

**DATE DUE**

P. H. COIN & JEWELRY EXCHANGE
3264 BUSKIRK AVE
PLEASANT HILL, CA 94523
(925) 937-7877

LOAN NO.   62603
Loan Writing Fee
Interest Charge
Storage Charge
Firearms Charge

| Lost Ticket Verification Fee | Loan Date |
| 2600.00 | 09/03/2010 |

PAYMENT SCHEDULE: Total of Payments is due on the Date Due shown above.   PREPAYMENT: If you pay off early, you may be entitled to a refund of part of the finance charge.

You are giving a Security Interest in the following pledged property.

COINS, 2 UNC- SAINTS

See your contract for any additional information concerning nonpayment, default, and prepayment refunds or penalties.

ON OR BEFORE: / AMOUNT DUE:
ON OR BEFORE: / AMOUNT DUE:
ON OR BEFORE: 62603 / AMOUNT DUE:
ON OR BEFORE: 09/03/2010 / AMOUNT DUE:
ON OR BEFORE: 2600.00 / AMOUNT DUE:

NOTICE: For redemption, sign below when seeking property by express or other person. **NO FIREARMS WILL BE SHIPPED and ONLY** Pledgor may redeem them in person, with proper identification. When writing for information, give number of this contract and enclose postage if reply is expected. Loans must be prepaid, signed pledgor's ticket submitted, then all property sent by available public carrier, collect for shipping only. Minimum handling charge $10.00 *(Extra charges on large or heavy articles)* Only U.S. Postal Money Order Accepted.

Itemization of the Amount Financed of
Amount given to you directly
Amount credited to prior loan

Except during processing, your pawned property will be stored ☐ ON ☐ OFF premises.

We must return your property within two business days if your property is stored off premises.

YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON ____ .TO REDEEM, YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGH THE DATE ON WHICH YOU REDEEM.

Pledgor agrees that the pawned property will be stored in accordance with the terms stated on this contract. **DELIVERY OF PROPERTY WILL BE REFUSED WITHOUT LOAN TICKET PROPERLY SIGNED BY PLEDGOR** Payment of Charges Will Not Extend the Period of This Loan Contract • All Business Strictly Confidential • No Information Given Via Phone

LOAN NO.  62603

FOR REDEMPTION: I hereby acknowledge receipt of my pledge property as described above and release the Lender under terms and conditions set forth herein.   X _____   NOTICE: See the reverse side for more terms and conditions

Date _____

NO GOODS SHOWN
until paid for.
NO CHECKS ACCEPTED

**THIS IS A PLEDGE AND NOT A SALE**
**4 MONTH PLEDGE CONTRACT**

Pawnbroker / Lender / Creditor

The Finance Charge,
shown at left, consists
of the following charges.

To Reorder Call 800-531-5234 ___ Inc.

**AMOUNT FINANCED.**
The amount of cash advanced
or credit extended to you.

**FINANCE CHARGE.**
The dollar amount the
credit will cost you.

**TOTAL OF PAYMENTS.**
Amount required to redeem
pawn on Date Due.

**ANNUAL PERCENTAGE
RATE.** The cost of your
credit as a yearly rate.

**DATE DUE**

P. H. COIN & JEWELRY EXCHANGE
43264 BUSKIRK AVE
PLEASANT HILL, CA 94523
(925) 937-7877

| LOAN NO. | |
|---|---|
| 62449 | |
| Loan Writing Fee | |
| Interest Charge | |
| Storage Charge | |

| Lost Ticket Verification Fee | Loan Date | Firearms Charge |
|---|---|---|
| $300.00 | 09/01/2010 | |

PAYMENT SCHEDULE: Total of Payments is due on the Date Due shown above.    PREPAYMENT: If you pay off early, you may be entitled to a refund of part of the finance charge.
You are giving a Security Interest in the following pledged property.

COINS: 1873 $20 GOLD PIECE,1902 $20 GOLD PIECE,1905 $20 GOLD PIECE,1908 $20 GOLD
PIECE

See your contract for any additional information concerning nonpayment, default, and prepayment refunds or penalties.

| REDEMPTION AMOUNTS | |
|---|---|
| ON OR BEFORE: | |
| AMOUNT DUE: | |
| ON OR BEFORE: | |
| AMOUNT DUE: | |
| ON OR BEFORE: 62449 | |
| AMOUNT DUE: | |
| ON OR BEFORE: 09/01/2010 | |
| AMOUNT DUE: | |
| ON OR BEFORE: $300.00 | |
| AMOUNT DUE: | |

NOTICE: For redemption, sign below when seeking property by express or other person. **NO FIREARMS WILL
BE SHIPPED** and ONLY Pledgor may redeem them in person, with proper identification. When writing for
information, give number of this contract and enclose postage if reply is expected. Loans must be prepaid, signed
pledgor's ticket submitted, then all property sent by available public carrier, collect for shipping only. Minimum
handling charge $10.00 *(Extra charges on large or heavy articles)* Only U.S. Postal Money Order Accepted.

| Itemization of the Amount Financed of |
|---|
| Amount given to you directly |
| Amount credited to prior loan |

We must return your property within two business days if your property is stored off premises.

Except during processing, your pawned property will be stored ☐ ON ☐ OFF premises.

YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON _____ .TO REDEEM,
YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGH THE DATE ON WHICH YOU REDEEM.

Pledgor agrees that the pawned property will be stored in accordance with the terms stated on this contract.
**DELIVERY OF PROPERTY WILL BE REFUSED WITHOUT LOAN TICKET PROPERLY SIGNED BY PLEDGOR**
Payment of Charges Will Not Extend the Period of This Loan Contract • All Business Strictly Confidential • No Information Given Via Phone

| LOAN NO. | |
|---|---|
| 62449 | |

FOR REDEMPTION: I hereby acknowledge receipt of
my pledge property as described above and release the
Lender under terms and conditions set forth herein.     X _____

NOTICE: See the reverse side for more terms and conditions

Date _____

Section V

DOCUMENT : "A"

# GOOD FAITH ESTIMATE OF SETTLEMENT COSTS

Applicant: William Walker
          Keiran Walker
          4610 Lariat Lane
          Oakley, CA  94561

Lender: GMAC Mortgage, LLC dba ditech
        1100 Virginia Drive
        Fort Washington , PA  19034

Application No: 000657263332

Property: 4610 Lariat Lane
         Oakley, CA  94561

Loan Type: Conventional
Date: April 17, 2009
Mortgage Amount: $ 552,929.00
Estimated Interest Rate: 4.875%

The information provided below reflects estimates of the charges which you are likely to incur at settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed.
The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A Settlement Statement which you will be receiving at settlement. The HUD-1 or HUD-1A Settlement Statement will show you the actual cost for items paid at settlement. Items marked "(p.o.c.)' were or will be paid outside the closing, they are shown here for information purposes and are not included in the totals.

| Description of Settlement Charges | | |
|---|---|---|
| | BUYER | LENDER |
| 0801.  Loan Origination Fee | | |
|         to GMAC Bank | | |
| 0802.  Loan Discount ( 1.700%) | 9,399.79 | |
|         to GMAC Bank | | |
| 0803.  Appraisal Fee | 345.00 | |
|         to Appraiser | | |
| 0804.  Credit Report Fee | | |
|         to Credit Report provider | | |
| 0808.  Tax Service Fee | 65.00 | |
|         to Tax Service provider | | |
| 0809.  Flood Certification - Life Of Loan | 0.90 | |
|         to Flood Hazard Dermination provider | | |
| 0810.  Flood Determination Fee | 3.00 | |
|         to Flood Hazard Dermination provider | | |
| 0814.  Lender Loan Service Fee | 250.00 | |
|         to GMAC Bank | | |
| 0833.  Broker Fee (p.o.c. 5,086.95) | | |
|         to GMAC Mortgage from GMAC Bank | | |
| 0847.  Underwriting (Lender) | 350.00 | |
| 0901.  Interim Interest 30 days @ $74.88 per day | 2,246.27 | |
|         to GMAC Bank | | |
| 0902.  Mortgage Insurance Premium (PMI/MIP) | | |
|         to Mortgage Insurance provider | | |
| 1001.  Hazard Insurance Escrow | | |
|         to Lender Held Escrow Account | | |
| 1004.  County Property Tax Escrow | | |
|         to Lender Held Escrow Account | | |
| 1101.  Settlement or Closing Fee | 350.00 | |
|         to Title, Abstract or Escrow Company | | |
| 1102.  Abstract or Title Search | | |
|         to Title, Abstract or Escrow Company | | |

GFECXL - 10/18/2004    [000657263332]

# GOOD FAITH ESTIMATE OF SETTLEMENT COSTS
## (Continued)

| | | BUYER | LENDER |
|---|---|---|---|
| 1109. | Title Insurance (Lender Coverage) | 550.00 | |
| | to Title, Abstract or Escrow Company | | |
| 1201. | Recording Fees | 50.00 | |
| | to Recording Authority | | |
| | Total | $  13,609.96 | $ |

# INTEREST RATE LOCK AGREEMENT
## *Please Read Carefully*

Borrower Name:  William Walker, Keiran Walker

Loan Agent Name:  Mike Seradsky

Loan Agent Phone:  (714) 800-8422
Loan Agent Fax:   (866) 479-1665
Loan Agent Address: 4405 E. Cotton Center Blvd
Phoenix, AZ 85040

Property Address: 4610 Lariat Lane
Oakley, CA  94561

Loan Number:     000657263332

Int. Rate Lock:

Agreement Date: 04/17/2009 11:09am

**GMAC Bank Hereinafter referred to as "LENDER".**

**LOAN AMOUNT: $** _552,929.00_     **LOAN TERM:** _360_   (months) **LOAN PROGRAM:** _Fixed Rate Mortgage_

**This Interest Rate Agreement ("Agreement") identifies three options, and the terms and conditions that apply to each option, for locking in the interest rate and points on the Loan Program, Loan Amount and Loan Term (shown above) for which I am applying. My choice is indicated below by an X in the box next to the option I have chosen. I ACKNOWLEDGE THAT THIS IS NOT A LOAN COMMITMENT AND THAT I WILL BE NOTIFIED BY LENDER AS TO WHETHER OR NOT MY APPLICATION IS APPROVED.**

In the event of a joint loan application, I agree that one applicant may bind the other(s) with respect to locking-in the interest rate and points and facilitating changes to the locked interest rate and/or points.

I understand that this Agreement, signed by me, must be (1) faxed or mailed to the LENDER at the Loan Agent fax number or address listed above and (2) **received by LENDER within two (2) business days of the above Interest Rate Lock Agreement Date** ("Signing Period"). If LENDER receives this signed Agreement within the Signing Period, this Agreement will be enforceable by LENDER and me. If LENDER does not receive this signed Agreement within the Signing Period, LENDER may, in its sole and absolute discretion, (a) void this Agreement, (b) honor this Agreement, or (c) adjust the terms and conditions that apply to the option I have chosen.

The terms of this Agreement are based in part on information provided by me in connection with my loan application and are subject to applicable state law requirements. (See last section of this Agreement for state specific requirements.) LENDER reserves the right to terminate this Agreement or alter its terms, at its option and in its sole discretion, in the event the information I provided cannot be verified as true and accurate.

Interest rates and points are subject to daily market changes, and I acknowledge that these daily market changes may affect (1) the availability of Loan Programs and loan pricing, and (2) my market float option, interest rate lock-in option, interest rate CAP option, total points, and/or loan eligibility. I further acknowledge that LENDER, in its sole discretion but subject to applicable law, reserves the right to cancel this Agreement prior to loan closing if there is any change in the secondary mortgage market or loan sale requirements that would make the Loan Program ineligible for sale.

If at any time, through no fault of the LENDER, I cancel or withdraw my mortgage loan application and, within 30 days of cancellation or withdrawal, reapply for a loan with LENDER to be secured by the property identified above, I understand, acknowledge and agree that the interest rate, points and fees in connection with such loan will be the greater of the interest rate, points and fees (1) in effect at the time I reapply or (2) set forth herein, whichever are greater.

---

## OPTION 1 ☒ MARKET FLOAT OPTION

If the box above is checked, I understand that (a) the interest rate (the "initial rate," if I am applying for an adjustable rate mortgage) and points have not been set and locked-in and that my actual interest rate and points may vary from the interest rate and points available to me as of the Interest Rate Lock Agreement Date and (b) this Agreement will expire ninety (90) days from the Interest Rate Lock Agreement Date ("Lock-in Period").

# TRUTH IN LENDING DISCLOSURE STATEMENT PRELIMINARY
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: William Walker<br>Keiran Walker<br>4610 Lariat Lane<br>Oakley, CA 94561 | Lender: GMAC Bank<br>1100 Virginia Drive<br>Fort Washington, PA 19034 |

Loan No: 000657263332

| | |
|---|---|
| Property: 4610 Lariat Lane<br>Oakley, CA 94561 | Type of Loan: Conventional<br>Date: April 17, 2009<br>Disclosure Type: Preliminary |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 5.041e% | $ 513,143.37e | $ 540,267.04e | $ 1,053,410.41e |

REPAYMENT: See Payment Schedule below.

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 359 | 2,926.15e | Monthly beginning 08/01/2009e | | | |
| 1 | 2,922.56e | Monthly beginning 07/01/2039e | | | |