# EXHIBIT A

# ResCap

MORRISON | FOERSTER

## Claim Information

| Claim Number | 1576 |
|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | SEE ATTACHED |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: | | |
|---|---|---|
| 7426205951 | | |
| **Address of property related to the above loan number:** | | |
| 3487 W. Maple Road | | |
| City: | State: | ZIP Code: |
| Bloomfield Hills | Michigan | 48301 |

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220  Bloomington, MN  55438

Claim Number: 1576
Mary Critchley
Type: POC

**Basis of Claim**

Legal reasons:

Wrongful foreclosure several times, fraud, promissory estoppel, violations of Fair Debt
Collection Practices, foreclosure abuse, damage to credit, loss of income, emotional distress, loss
of home, rent paid during unlawful and voided foreclosures.

Thirty-five (35) documents in support of the claim were previously received by GMAC (see
copy of attached list).  Also attached are letters dated 12/30/11 and 7/30/12, which are a part of a
large volume of communications.

**The damages consists of:**

**SEE NEXT PAGE**

### Damages/Costs From 2 Forclosures by GMAC I

| Amount | Check # | Payee |
|---|---|---|
| $180.00 | 127 | Chris Irvine |
| $293.00 | 130 | Mike Boughton |
| $639.00 | 131 | Lisa Bugbee |
| $560.00 | 133 | Lisa Bugbee |
| $229.00 | 135 | Lisa Bugbee |
| $600.00 | 136 | Chris Irvine |
| $125.00 | 139 | Lisa Bugbee |
| $100.00 | 141 | Nathan Pressotto |
| $290.00 | 142 | Lisa Bugbee |
| $60.00 | 144 | Lisa Bugbee |
| $170.00 | 146 | Lisa Bugbee |
| $400.00 | 147 | Max Finley |
| $175.00 | 149 | Lisa Bugbee |
| $450.00 | | Food during move to feed family helpers |
| $227.00 | | Boxes/Packing Material |
| $400.00 | | Garage Rental Ryan Irvine 4 mnths@100.00 |
| $1,072.00 | | Storage Unit temporay |
| $9,000.00 | | Storage Unit permanent still have |
| $445.00 | | Budget Rent a Car |
| $657.00 | | O'Sullivan Moving |
| $145.00 | | Mobile Gas |
| $51,000.00 | | Rental Property loss |
| **$67,217.00** | | **Moving damages** |
| $14,340.00 | | **Mother needing to relocate** |
| $200,000.00 | | Damages to Credit unable to be hired for business, back ground checks, health insurance, car insurance, renters insurance |
| $151,464.00 | | Loss in income |
| $36,000.00 | | Rent Paid during wrongful forclosure |
| $400,000.00 | | Pain & Suffering since 12/17/2009 till present for loss of home, & 2 wrongful foreclosures, illness, hospitalization, Reputation, unable to be Licensed by Visa & MasterCard for work. dislocation of boyfirend & mother. Hours on modification, supplies, communications |
| $250,000.00 | | credit damage for 2 wrongful foreclosures, causing increased in all insurances, incapacity of getting credit, unable to be hired, purchase a car, |
| **$1,119,021.00** | | **TOTAL DAMAGES** |

Mortgage

## Comment

all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking
all moving packing & unpacking

$100 x 4 months Checks to Ryan Irvine
10x10 unit.  $134 per month
10x20 Unit. $200 per month
Moved household goods
moved furniture
gas for truck rental  & helpers trucks
16 months @ $1500 per month

plus cash in IRA  and penalty

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5613          Post Date: 03/04/2013          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co



4/13
3/13 ✓
2/13 ✓
1/13 FS
12/12
11/12
10/12 ✓
9/12
8/12 ✓
7/12 ✓
6/12 ✓
5/12 ✓
4/12 ✓
3/12
2/12
1/12 FS
12/11
11/11
10/11 ✓
9/11
8/11
7/11
6/11
5/11

7/11/2013 10:48 AM

Chase Online - Check Details

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5613          Post Date: 03/04/2013          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5606          Post Date: 02/19/2013          Amount of Check: $1,200.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Rent

7/11/2013 10:49 AM

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 6590        Post Date: 10/25/2012        Amount of Check: $1,200.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co

7/11/2013 10:50 AM

Chase Online – Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5573          Post Date: 08/06/2012          Amount of Check: $1,500.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5572          Post Date: 07/30/2012          Amount of Check: $1,000.00



Need help printing or saving this check?

Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

## Chase Online

CARDNET CHECKING {...0646]

Check Number: 5571          Post Date: 07/30/2012          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JP Morgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSoure...

## Chase Online

CARDNET CHECKING (...0648)

Check Number: 5562          Post Date: 05/07/2012          Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5558            Post Date: 05/02/2012            Amount of Check: $1,500.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details                    https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5555            Post Date: 04/04/2012            Amount of Check: $1,000.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5539    Post Date: 10/31/2011    Amount of Check: $1,200.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

Chase Online - Check Details

https://banking.chase.com/Statements/CheckImage.aspx?PageSourc...

## Chase Online

CARDNET CHECKING (...0646)

Check Number: 5567        Post Date: 07/10/2012        Amount of Check: $1,500.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.

1 of 1        7/11/2013 10:54 AM

Basic Business Checking *2865 — Check #2716          https://www.flagstarbanking2.com/onlineserv/HB/sdp/com.diginsite.p...



Basic Business Checking *2865 — Check #2725



Basic Business Checking *2865 — Check #2804        https://www.flagstarbanking2.com/tob/live/usp-core/sdp/com.diginsite...

**Bridal Merchant Services**
30752 Everett St
Southfield, MI 48076

Flagstar Bank FSB
Beverly Hills, MI 48025
74-7168/2724

2804

4/8/2013

PAY TO THE ORDER OF    Ed Fournier                                    $ **1,000.00

One Thousand and 00/100 ------------------------------------------------------------------- DOLLARS

Ed Fournier

www.bridalmerchantservices.com

MEMO

AUTHORIZED SIGNATURE

⑆002804⑆ ⑈272471852⑈ 10068 2865⑈

JPMorganChaseBank 040808 110105 913870036329

Basic Business Checking *2865 — Apr 1, 2011 - Jul 10, 2013 Custom    https://www.flagstarbanking2.com/tob/live/usp-core/sdp/com.diginsite...

**Basic Business Checking *2865**
Apr 1, 2011 - Jul 10, 2013 Custom

Balance    $14,143.17
Available** $14,100.08

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| 04/09/2013 | Check #2804: 2804 | | $1,000.00 | |
| 04/09/2013 | Check #2803: 2803 | | $1,000.00 | |
| 02/22/2013 | Check #2741: 2741 | | $1,000.00 | |
| 02/04/2013 | Check #2725: 2725 | | $1,000.00 | |
| 01/30/2013 | Point Of Sale Withdrawal VOWS / MAGAZINE LADERA RANCH CAUS | | $1,000.00 | |
| 01/14/2013 | Check #2716: 2716 | | $1,000.00 | |

**Your available balance may include Line of Credit funds. Bounce and/or Overdraft protection. Current Overdraft transfer, Line of Credit advance or Bounce fees will apply per transaction if any of these funds are used.

7/10/2013 10:43 AM

Amortization Schedule

2/19/12 5:58 PM

# Amortization Schedule

$ 66,000.00 Loan
4% Interest Rate
75 Months

| Month | | Payment | Principal Paid | Interest Paid | Remaining Balance |
|-------|------|---------|----------------|---------------|-------------------|
| 1 | Feb | 1,000.00 | 780.00 | 220.00 | 65,220.00 |
| 2 | Mar | 1,000.00 | 782.60 | 217.40 | 64,437.40 |
| 3 | Apr | 1,000.00 | 785.21 | 214.79 | 63,652.19 |
| 4 | May | 1,000.00 | 787.83 | 212.17 | 62,864.36 |
| 5 | June | 1,000.00 | 790.45 | 209.55 | 62,073.91 |
| 6 | July | 1,000.00 | 793.09 | 206.91 | 61,280.82 |
| 7 | Aug | 1,000.00 | 795.73 | 204.27 | 60,485.09 |
| 8 | Sept | 1,000.00 | 798.38 | 201.62 | 59,686.71 |
| 9 | Oct | 1,000.00 | 801.04 | 198.96 | 58,885.67 |
| 10 | Nov | 1,000.00 | 803.71 | 196.29 | 58,081.96 |
| 11 | Dec | 1,000.00 | 806.39 | 193.61 | 57,275.57 |
| Totals Paid in 2012 | | | **$8,724.43** | **$2,275.57** | |
| 12 | Jan | 1,000.00 | 809.08 | 190.92 | 56,466.49 |
| 13 | Feb | 1,000.00 | 811.78 | 188.22 | 55,654.71 |
| 14 | Mar | 1,000.00 | 814.48 | 185.52 | 54,840.23 |
| 15 | Apr | 1,000.00 | 817.20 | 182.80 | 54,023.03 |
| 16 | May | 1,000.00 | 819.92 | 180.08 | 53,203.11 |
| 17 | June | 1,000.00 | 822.66 | 177.34 | 52,380.45 |
| 18 | July | 1,000.00 | 825.40 | 174.60 | 51,555.05 |
| 19 | Aug | 1,000.00 | 828.15 | 171.85 | 50,726.90 |
| 20 | Sept | 1,000.00 | 830.91 | 169.09 | 49,895.99 |
| 21 | Oct | 1,000.00 | 833.68 | 166.32 | 49,062.31 |
| 22 | Nov | 1,000.00 | 836.46 | 163.54 | 48,225.85 |
| 23 | Dec | 1,000.00 | 839.25 | 160.75 | 47,386.60 |
| Totals Paid in 2013 | | | **$9,888.97** | **$2,111.03** | |
| 24 | Jan | 1,000.00 | 842.04 | 157.96 | 46,544.56 |
| 25 | Feb | 1,000.00 | 844.85 | 155.15 | 45,699.71 |
| 26 | Mar | 1,000.00 | 847.67 | 152.33 | 44,852.04 |
| 27 | Apr | 1,000.00 | 850.49 | 149.51 | 44,001.55 |
| 28 | May | 1,000.00 | 853.33 | 146.67 | 43,148.22 |
| 29 | June | 1,000.00 | 856.17 | 143.83 | 42,292.05 |
| 30 | July | 1,000.00 | 859.03 | 140.97 | 41,433.02 |

Amortization Schedule

2/19/12 5:58 PM

| 31 | Aug | 1,000.00 | 861.89 | 138.11 | 40,571.13 |
|----|-----|----------|--------|--------|-----------|
| 32 | Sept | 1,000.00 | 864.76 | 135.24 | 39,706.37 |
| 33 | Oct | 1,000.00 | 867.65 | 132.35 | 38,838.72 |
| 34 | Nov | 1,000.00 | 870.54 | 129.46 | 37,968.18 |
| 35 | Dec | 1,000.00 | 873.44 | 126.56 | 37,094.74 |
| Totals Paid in 2014 | | | $10,291.86 | $1,708.14 | |
| 36 | Jan | 1,000.00 | 876.35 | 123.65 | 36,218.39 |
| 37 | Feb | 1,000.00 | 879.27 | 120.73 | 35,339.12 |
| 38 | Mar | 1,000.00 | 882.20 | 117.80 | 34,456.92 |
| 39 | Apr | 1,000.00 | 885.14 | 114.86 | 33,571.78 |
| 40 | May | 1,000.00 | 888.09 | 111.91 | 32,683.69 |
| 41 | June | 1,000.00 | 891.05 | 108.95 | 31,792.64 |
| 42 | July | 1,000.00 | 894.02 | 105.98 | 30,898.62 |
| 43 | Aug | 1,000.00 | 897.00 | 103.00 | 30,001.62 |
| 44 | Sept | 1,000.00 | 899.99 | 100.01 | 29,101.63 |
| 45 | Oct | 1,000.00 | 902.99 | 97.01 | 28,198.64 |
| 46 | Nov | 1,000.00 | 906.00 | 94.00 | 27,292.64 |
| 47 | Dec | 1,000.00 | 909.02 | 90.98 | 26,383.62 |
| Totals Paid in 2015 | | | $10,711.12 | $1,288.88 | |
| 48 | Jan | 1,000.00 | 912.05 | 87.95 | 25,471.57 |
| 49 | Feb | 1,000.00 | 915.09 | 84.91 | 24,556.48 |
| 50 | Mar | 1,000.00 | 918.15 | 81.85 | 23,638.33 |
| 51 | Apr | 1,000.00 | 921.21 | 78.79 | 22,717.12 |
| 52 | May | 1,000.00 | 924.28 | 75.72 | 21,792.84 |
| 53 | June | 1,000.00 | 927.36 | 72.64 | 20,865.48 |
| 54 | July | 1,000.00 | 930.45 | 69.55 | 19,935.03 |
| 55 | Aug | 1,000.00 | 933.55 | 66.45 | 19,001.48 |
| 56 | Sept | 1,000.00 | 936.66 | 63.34 | 18,064.82 |
| 57 | Oct | 1,000.00 | 939.78 | 60.22 | 17,125.04 |
| 58 | Nov | 1,000.00 | 942.92 | 57.08 | 16,182.12 |
| 59 | Dec | 1,000.00 | 946.06 | 53.94 | 15,236.06 |
| Totals Paid in 2016 | | | $11,147.56 | $852.44 | |
| 60 | Jan | 1,000.00 | 949.21 | 50.79 | 14,286.85 |
| 61 | Feb | 1,000.00 | 952.38 | 47.62 | 13,334.47 |
| 62 | Mar | 1,000.00 | 955.55 | 44.45 | 12,378.92 |
| 63 | Apr | 1,000.00 | 958.74 | 41.26 | 11,420.18 |
| 64 | May | 1,000.00 | 961.93 | 38.07 | 10,458.25 |
| 65 | June | 1,000.00 | 965.14 | 34.86 | 9,493.11 |

2/19/12 5:58 PM

Amortization Schedule

| | | | | | |
|---|---|---|---|---|---|
| 66 | July | 1,000.00 | 968.36 | 31.64 | 8,524.75 |
| 67 | Aug | 1,000.00 | 971.58 | 28.42 | 7,553.17 |
| 68 | Sept | 1,000.00 | 974.82 | 25.18 | 6,578.35 |
| 69 | Oct | 1,000.00 | 978.07 | 21.93 | 5,600.28 |
| 70 | Nov | 1,000.00 | 981.33 | 18.67 | 4,618.95 |
| 71 | Dec | 1,000.00 | 984.60 | 15.40 | 3,634.35 |
| Totals Paid in 2017 | | | $11,601.71 | $398.29 | |
| 72 | Jan | 1,000.00 | 987.89 | 12.11 | 2,646.46 |
| 73 | Feb | 1,000.00 | 991.18 | 8.82 | 1,655.28 |
| 74 | Mar | 1,000.00 | 994.48 | 5.52 | 660.80 |
| 75 | Apr | 663.00 | 660.80 | 2.20 | .0 |
| Totals Paid in 2018 | | | $3,634.35 | $28.65 | |
| Totals | | $74,663.00 | $66,000.00 | $8,663.00 | |



www.MyCalculators.com

Copyright© 1997-2012 MyCalculators.com

( Print )   ( Close )

# EXHIBIT B

Claim #1576   Date Filed: 10/26/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: GMAC Mortgage, LLC, Case No. 12-12032

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Mary Critchley

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:

Mayer Morganroth, Esq.
344 North Old Woodward Ave., Suite 200
Birmingham, MI 48009

Court Claim Number:_____
*(If known)*

Filed on:_____

Telephone number: 248/864-4000        email: mmorganroth@morganrothlaw.com

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:                     email:

**1. Amount of Claim as of Date Case Filed:** $        970,917.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Wrongful foreclosure, loss of income, rent paid during period deprived of home, mental suffering, credit damage
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
5951

**3a. Debtor may have scheduled account as:**
_____
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
_____
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐Real Estate ☐Motor Vehicle ☐Other
Describe:

**Value of Property:** $_____ **Annual Interest Rate** ____% ☐Fixed ☐Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**

if any: $_____   **Basis for perfection:**_____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $        970,917.00

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$_____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature: (See instruction #9)** Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Mary Critchley
Title: Creditor
Company:_____
Address and telephone number (if different from notice address above):
c/o Mayer Morganroth (address above)
c/o Mayer Morganroth (address above)

(Signature)        10/24/12 (Date)

Telephone number:                     Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

12120321210262000000000001

## SUMMARY OF SUPPORTING DOCUMENTS

1. Mortgage and Deed
2. 12/17/09 payment increase letter
3. 1/6/10 a financial analysis package from Mary Critchley regarding increase payment request to debtor at lendor's request to modify the mortgage for Mary Critchley
4. Communication to Mary Critchley to stop payments and mortgage will be modified as requested
5. Documents sent for mortgage modification as requested
6. Letters from GMAC stating mortgage modification is proceeding
7. Extension documents
8. Foreclosure sale notices of 6/15/10
9. Foreclosure sale was rescinded August 2011, but Mary Critchley not informed
10. Documents of Mary Critchley moving and finding new residence and renting same
11. Credit documents of Mary Critchley stating her home had been foreclosed
12. Letters from GMAC that Mary Critchley needs to place homeowners insurance on property
13. 12/26/10 notice that GMAC had placed insurance on property (which showed as foreclosed) and premium bill
14. 12/28/10 cancellation notice stating loan paid in full
15. Tax bills 12/30/10 still showing Mary Critchley owner
16. 1/30/11 1099A for abandonment of property
17. Judgment of Possession received in U.S. Bank v Mary Critchley
18. 5/16/11 Request Mary Critchley place hazard insurance on property
19. 3/30/11 Shows property placed on market
20. 5/13/11 Notice withdrawn from market
21. 6/17/11 GMAC notice that they understand property vacant
22. 6/25/11 Property vacant will get insurance from GMAC
23. 6/30/11 GMAC putting insurance on property unless Mary Critchley calls them
24. 7/1/11 taxes still in her name on new tax bill despite foreclosure
25. Record of 5th call to GMAC who now states house never effectively sold at Sheriff's sale
26. 7/30/11 notice that GMAC was placing insurance on property and billing her for $6,444.00
27. Public records: RASC 2006K51 owns property
28. 8/20/11 Sheriff sale expunged, public record no notice received
29. Demand for payment or foreclosure 11/18/11
30. Record of calls for payment request and Mary Critchley response of Sherriff sale dispute agreement to modify loan
31. 12/9/11 notes on calls from GMAC auto dialer, 3-5 times a day for payment and requesting Mary Critchley give them info on Sheriff's sale
32. Original notice in 10/2010 demanding Mary Critchley change the locks
33. Record of rent paid by Mary Critchley since being moved out of the house pursuant to the bogus foreclosure
34. Documents regarding refusal to receive credit due to two (2) foreclosures
35. Documents of a 2nd foreclosure on the property

36. Documents of loss of income suffered by Mary Critchley as a result of GMAC's misconduct
37. Documents regarding costs incurred by virtue of wrongful foreclosure
38. Documents identifying pain and suffering since 12/17/09 due to loss of home, illness, hospitalization causing health problems, wrongful dislocation of Mary Critchley and her mother
39. Credit damage documents identifying increases in costs for all insurances and incapability of obtaining credit
40. Correspondence from GMAC promising modification
41. Correspondence from Mary Critchley relying on promises of GMAC and complying with requests

# EXHIBIT C

## MORGANROTH & MORGANROTH, PLLC

ATTORNEYS AT LAW
344 NORTH OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MICHIGAN 48009-5310
(248) 864-4000
FAX (248) 864-4001
www.morganrothlaw.com

MAYER MORGANROTH*
JEFFREY B. MORGANROTH**
CHERIE E. MORGANROTH
JASON R. HIRSCH
DANIEL E. HAROLD
JILL A. GURFINKEL
JEFFREY M. THOMSON
JOSHUA A. FISHER
MATTHEW R. CAMERON

NEW YORK OFFICE
110 E. 42ND STREET
10TH FLOOR
NEW YORK, NY 10017
(212) 586-5905

December 30, 2011

* ADMITTED IN MICH. AND N.Y.
**ADMITTED IN MICH., N.Y. AND D.C.

Patricia Hobbib
General Counsel
GMAC Mortgage
Fax: 215-682-1467

Re:     **Mary Critchley**
        **3487 W. Maple Road**
        **Bloomfield Hills, MI 48301**
        **Account No: 7426205951**

Dear Ms. Hobbib:

I have been retained to represent Mary Critchley who originally had a mortgage on her home with Homecomings since 2003 and was always current on her payments.

The mortgage was assigned to GMAC in the fall of 2009.

In December of 2009, GMAC increased Ms. Critchley's payments from $2,093.00 to $3,342.00 by requiring escrow of taxes and said increase caused her to be unable to pay the new monthly amount. She would (as she always had in the past) pay the taxes when due.

GMAC advised her to not pay the payments for 90 days and that way they could modify the loan. She did so at GMAC's direction and thereafter was supposedly advised that her house was being foreclosed even though she was told everything was set by GMAC. GMAC all of a sudden then told her she had to leave the house and it was being foreclosed and sold at Sheriff's sale.

Public Records thereafter showed Mers to own the property and then in August 2011 GMAC informed Ms. Critchley that the house was never sold at Sheriff's sale or foreclosed, despite the fact that her credit reports state the opposite and now GMAC is threatening to foreclose again.

GMAC has created promissory estoppel, acted in bad faith, breached the loan agreement and has repeatedly made misrepresentations to my client who has been forced out of her home. She has had her credit destroyed, been caused financial loss in her business by GMAC's conduct, and GMAC's conduct has caused her pain and suffering and undue hardship.

Patricia Hobbib
General Counsel
December 30, 2011
Page 2


    I expect a prompt response and an offer to remedy the damages incurred by my client and a complete release, an apology as well as an expungement from her credit record for any and all derrogatories as a result of GMAC's misconduct; otherwise we will be required to institute proceedings for the protection and recovery of my client.

                Very truly yours,

                Mayer Morganroth

MM/myr

```
********************
***  TX REPORT  ***
********************

TRANSMISSION OK

TX/RX NO              0411
RECIPIENT ADDRESS     12156821467
DESTINATION ID
ST. TIME              12/30 11:36
TIME USE              00'51
PAGES SENT            3
RESULT                OK
```

## MORGANROTH & MORGANROTH, PLLC

*ATTORNEYS AT LAW*
*344 NORTH OLD WOODWARD AVENUE*
*SUITE 200*
*BIRMINGHAM, MICHIGAN 48009-5310*
*(248) 864-4000*
*FAX (248) 864-4001*
*www.morganrothlaw.com*

MAYER MORGANROTH*
JEFFREY B. MORGANROTH**
CHERIE E. MORGANROTH
JASON R. HIRSCH
DANIEL E. HAROLD
JILL A. GURFINKEL
JEFFREY M. THOMSON
JOSHUA A. FISHER
MATTHEW R. CAMERON

 * ADMITTED IN MICH. AND N.Y.
**ADMITTED IN MICH., N.Y. AND D.C.

NEW YORK OFFICE
110 E. 42ND STREET
10TH FLOOR
NEW YORK, NY 10017
(212) 586-5905

## FACSIMILE TRANSMITTAL SHEET

TO:              Patricia Hobbib, General Counsel

COMPANY:         GMAC Mortgage

FAX NO:          215-682-1467

RE:              Mary Critchley, 3487 W. Maple Road, Bloomfield Hills, MI
                 Account No: 7426205951

FROM:            Mayer Morganroth, Esq.

DATE:            December 30, 2011

NUMBER OF PAGES:    3
(including this page)

COMMENTS:

*MORGANROTH & MORGANROTH, PLLC*
*ATTORNEYS AT LAW*
*344 NORTH OLD WOODWARD AVENUE*
*SUITE 200*
*BIRMINGHAM, MICHIGAN 48009-5310*
*(248) 864-4000*
*FAX (248) 864-4001*
*www.morganrothlaw.com*

*MAYER MORGANROTH**
*JEFFREY B. MORGANROTH***
*CHERIE E. MORGANROTH*
*JASON R. HIRSCH*
*DANIEL E. HAROLD*
*JILL A. GURFINKEL*
*JEFFREY M. THOMSON*
*JOSHUA A. FISHER*
*MATTHEW R. CAMERON*

*NEW YORK OFFICE*
*110 E. 42ND STREET*
*10TH FLOOR*
*NEW YORK, NY 10017*
*(212) 586-5905*

*\* ADMITTED IN MICH. AND N.Y.*
*\*\*ADMITTED IN MICH., N.Y. AND D.C.*

## FACSIMILE TRANSMITTAL SHEET

TO:               Patricia Hobbib, General Counsel

COMPANY:          GMAC Mortgage

FAX NO:           215-682-1467

RE:               Mary Critchley, 3487 W. Maple Road, Bloomfield Hills, MI
                  Account No: 7426205951

FROM:             Mayer Morganroth, Esq.

DATE:             December 30, 2011

NUMBER OF PAGES:  3
(including this page)

COMMENTS:

**Confidentiality Notice:** The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the documents to us

# GMAC Mortgage

July 30, 2012

Morganroth and Morganroth PLLC
Attn Mayer Morganroth
344 North Old Woodward Avenue Suite 200
Birmingham MI  48009-5310

RE:    Account Number        7426205951
       Mortgagor             Mary Critchley
       Property Address      3487 W Maple Road
                             Bloomfield MI  48301

Dear Mayer Morganroth:

This letter is in response to your inquiry regarding the above-referenced account dated July 16, 2012 and received in our office on July 23, 2012.

Our records indicate the account was approved for foreclosure on April 16, 2010. However, the foreclosure sale was rescinded as notice was given by advertisement and had to be re-done.  The account was approved for foreclosure again on December 23, 2011.

At this time, we do not have record of receiving a request for mediation.  If you have further questions or concerns regarding the foreclosure process please provide the specific questions or concerns as to why you believe the foreclosure was wrongful and in breach of any agreement.  Please include any appropriate documents to support your questions or concerns along with your request.  Your letter and documents will be reviewed upon receipt, and a response sent.

If you have any further questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care
Loan Servicing

JS

www.gmacmortgage.com          Tel: (800) 766-4622
3451 Hammond Ave
Waterloo, IA 50702