MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL DECLARATION OF LORENZO MARINUZZI
IN SUPPORT OF THE RETENTION AND EMPLOYMENT OF MORRISON
& FOERSTER LLP AS BANKRUPTCY COUNSEL TO THE DEBTORS**

I, Lorenzo Marinuzzi, being duly sworn, state the following under penalty of perjury.

1. I am a partner in the law firm of Morrison & Foerster LLP ("**M&F**"). M&F maintains offices for the practice of law, among other locations in the United States and worldwide, at 1290 Avenue of the Americas, New York, New York 10104. I am an attorney duly admitted and in good standing to practice before the courts of the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and before the United States Court of Appeals for the Second Circuit.

2. I submit this supplemental declaration (the "**Supplemental Declaration**") in conjunction with this Court's *Order Authorizing The Retention And Employment Of Morrison & Foerster LLP As Bankruptcy Counsel To The Debtors Nunc Pro Tunc To The Petition Date*

1

ny-1112337

[Docket No. 786], entered July 16, 2012.  Except as otherwise indicated, the facts set forth in this Supplemental Declaration are personally known to me, and if called as a witness I could and would testify competently thereto.

3. On or about July 16, 2013, Donald C. Lampe, Esq. started work at M&F as a partner in the Financial Services Group in M&F's Washington, D.C. office.  Prior to joining M&F, Mr. Lampe worked as a partner at Dykema Gossett PLLC ("Dykema").  While at Dykema, Mr. Lampe represented Ocwen Loan Servicing, LLC ("Ocwen") with respect to licensing and certain regulatory matters relating to Ocwen's purchase of the Debtors' origination and servicing businesses (the "Sale Transaction").  The Sale Transaction was approved by the Bankruptcy Court on November 21, 2012 [Docket No. 2246] and closed on February 15, 2013.  Because of Mr. Lampe's prior representation of Ocwen, and in compliance with M&F procedures, Mr. Lampe has been walled off from all communications regarding these Chapter 11 cases, including Ocwen's involvement therein.  It is anticipated that Mr. Lampe will perform licensing, regulatory, enforcement, and administrative services for Ocwen going forward, but will not perform any services relating to the Debtors in these Chapter 11 cases.

4. Based on the foregoing, I have determined that M&F does not hold or represent any interest adverse to the Debtors' estates and is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

*[Remainder of Page Intentionally Left Blank]*

ny-1112337

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2013

/s/ Lorenzo Marinuzzi
Lorenzo Marinuzzi