UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

In re:                                                                          Chapter 11

RESIDENTIAL CAPITAL, LLC
                                                                                     Case No. 12-12020

                            Debtor

-------------------------------------------------------------

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To: The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), **THE BOARD OF MANAGERS OF PLYMOUTH VILLAGE CONDOMINIUM**. by and through their undersigned counsel, Schneider Mitola LLP, hereby appears in the above-captioned chapter 11 case, requests that the address below be added to all mailing matrices and demands service of all papers filed in the above-captioned Chapter 11 case to be served on:

**SCHNEIDER MITOLA LLP**
666 Old Country Road, Suite 412
Garden City, New York 11530
Tel. No. (516) 393-5555
Fax No. (516) 393-5556
DBlumenthal@SchneiderMitola.com
Attn: Dan Blumenthal, Esq.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002, such as any disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, answering or reply papers, memoranda and briefs in support of any of the foregoing, hearing dates, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

Dated: Garden City, New York
         October 10, 2013                                               **SCHNEIDER MITOLA LLP**

                                                                                    _/s/ Dan M. Blumenthal_
                                                                                    Dan M. Blumenthal, Esq. (DB8050)
                                                                                    666 Old Country Road, Suite 412
                                                                                    Garden City, New York 11530
                                                                                    Tel No. 516.393.5555
                                                                                    Fax No. 516.393.5556
                                                                                    Attorneys for The Board of Managers of
                                                                                    Plymouth Village Condominium