# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 12124687900 |
| FROM | Bill Ridge |
| DATE | 2013-10-08 16:44:20 GMT |
| RE | re: RESCAP reclassification |

## COVER MESSAGE

Dear Staff,

I am sending via certified letter my objection to reclassification. As always, I am grateful for your efforts in this matter.

Thanks,

Bill Ridge
Mobile Home Office Number 503 568 7388
eFax 15035687388@efaxsend.com