# **Exhibit 7**

# Initial Members of Liquidating Trust Management[1]

### (as of October 11, 2013)

| Name | Title |
|---|---|
| Quest Turnaround Advisors, LLC | Liquidating Trust Manager |
| Tammy Hamzehpour | Chief Business Officer |
| William Tyson | Chief Asset Disposition Officer |
| William Thompson | General Counsel |
| Deanna Horst | Chief Claims Officer |
| Jill Horner | Chief Finance Executive |
| Colette Wahl | Chief Administrative Officer |

---

[1] Base compensation of the members of Liquidating Trust Management disclosed herein shall remain unchanged from the amounts disclosed on the Debtors' consolidated monthly operating reports. Any incentive or retention-based compensation will be approved by the Liquidating Trust Board. Mr. Jeffrey A. Brodsky will lead the engagement for Quest Turnaround Advisors, LLC, and will be compensated at an hourly rate of $795/hour, provided that such compensation may be converted into a fixed monthly fee with the consent of Mr. Brodsky and the Liquidating Trust Board. Mr. Brodsky may also be entitled to an incentive-based success fee, with the metrics, timing, and amount of such success fee to be approved by the Liquidating Trust Board.