# **Exhibit 8**

12-12020-mg    Doc 5342-7    Filed 10/11/13    Entered 10/11/13 20:31:01    Exhibit 8
Pg 1 of 4

**Initial Members of the Borrower Claims Trust Committee**

      Set forth below is information regarding the initial members of the Borrower Claims Trust Committee upon the Effective Date.[1]

   1.  Rowena Drennen for the Kessler Settlement Class in the consolidated class action styled *In re Community Bank of Northern Virginia Second Mortgage Lending Practice Litigation*, consolidated in the United States District Court for the Western District of Pennsylvania, MDL No. 1674, Case Nos. 03-0425, 02-01201, 05-0688, 05-1386.

   2.  Steven Mitchell for the Mitchell Settlement Class in the civil action styled *Steven and Ruth Mitchell v. Residential Funding Company, LLC, et al.*, currently pending before the Circuit Court of Jackson County, Missouri, Division 4, Case No. 03-CV-220489.

   3.  [Mark Strauss as counsel for the putative Rothstein Class.]

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4819, Ex. 1] (as may be amended from time to time, the "***Plan***").

## **Borrower Claims Trust Committee Compensation**

The following sets forth the compensation to be provided to members of the Borrower Claims Trust Committee. The terms set forth herein are not exclusive and may be amended or supplemented as necessary by the Borrower Claims Trust Committee pursuant to the Borrower Claims Trust Agreement.

Other than (a) a fee of $250.00 per meeting of the Borrower Claims Trust Committee or any committee formed by the Borrower Claims Trust Committee and (b) the reasonable expenses, if any, of attendance at such meetings, the members of the Borrower Claims Trust Committee will not be compensated for the time spent in preparation for and participation in meetings of the Borrower Claims Trust Committee or any committee thereof.

## Borrower Claims Trustee

Peter S. Kravitz, Esq., managing principal of Solution Trust, will be appointed Borrower Claims Trustee on the Effective Date.