Pg 1 of 2

# **Exhibit 9**

## Identity of the Private Securities Claims Trustee

Set forth below is information regarding the identity of the Private Securities Claims Trustee upon the Effective Date.[1]

*Quest Turnaround Advisors, LLC*.  Quest Turnaround Advisors, LLC ("**Quest**") led by Mr. Jeffrey A. Brodsky, will serve as Private Securities Claims Trustee upon the Effective Date. Mr. Brodsky, 55, co-founded Quest, a financial advisory and restructuring firm in Rye Brook, NY in 2000 and has been a Managing Director of Quest since that time.  Mr. Brodsky is currently leading Quest's role as a consultant to the Unsecured Creditors Committee of Residential Capital, LLC and, upon the Effective Date, will lead Quest's engagement as the Liquidating Trust Manager of the Liquidating Trust.  He also continues to lead Quest's role as Plan Administrator of Adelphia Communications Corporation and as Trust Administrator of the Adelphia Recovery Trust.  Mr. Brodsky holds a Bachelor's degree from New York University College of Business and Public Administration and a Master's degree from its Graduate School of Business.  He is a Certified Public Accountant.  Mr. Brodsky is currently a Director of Euramax Holdings, Inc., Horizon Lines, Inc., Broadview Networks Holdings, Inc. and inMotion, Inc.

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4819, Ex. 1] (as may be amended from time to time, the "***Plan***").