# **Exhibit 12**

**Policy Numbers for the GM Policies**

**General Motors**
**Combined Specialty Insurance Program**
**12/15/00 – 12/15/03**

| Insurer | % of | Limit | Policy |
|---|---|---|---|
| **Primary - $50 million** | | | |
| Lloyd's & British Cos. | 100 | $50,000,000 | 823/FD0001142 |
| **First Excess - $50 mil xs $50 mil** | | | |
| Hartford | 40 | $20,000,000 | NDA 0200454-00 |
| CNA/Continental Casualty | 20 | $10,000,000 | 169737324 |
| Lloyd's & British Cos. | 20 | $10,000,000 | 823/FD0001144 |
| MAG/Clarendon | 20 | $10,000,000 | MAG 14 400436 50000 |
| Total | 100 | **$50,000,000** | |
| **Second Excess - $100 mil xs $100 mil** | | | |
| Swiss Re | 100 | **$100,000,000** | MP 27049.1 |
| **Third Excess - $100 mil xs $200 mil** | | | |
| ACE | 25 | $25,000,000 | GM-9384D |
| XL | 25 | $25,000,000 | XLE+O-03920-00 |
| Starr Excess | 25 | $25,000,000 | 6457606 |
| Chubb Atlantic | 25 | $25,000,000 | (03) 3310-10-90 |
| Total | 100 | **$100,000,000** | |
| **Fourth Excess - $100 mil xs $300 mil** | | | |
| Zurich/Steadfast Ins. Co. | 50 | $50,000,000 | IPR 2185703-00 |
| St. Paul Mercury | 25 | $25,000,000 | 512CM0406 |
| Axcelera/North Am. Specialty | 25 | $25,000,000 | BNX0000337-00 |
| Total | 100 | **$100,000,000** | |
| **Grand Total** | | **$400,000,000** | |