# **Exhibit 13**

### List of Liquidating Trust Causes of Action

The following list remains subject to further revision. The Plan Proponents expressly reserve the right to alter, modify, amend, remove, augment or supplement the following list at any time in accordance with the Plan (as defined below).

Article IV.R of the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al., and the Official Committee of Unsecured Creditors* [Docket No. 4819, Ex. 1] (as may be amended, the "*Plan*") provides as follows:[1]

*Preservation of Causes of Action.*

Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan (including pursuant to the Plan Support Agreement), or by a Final Order, in accordance with section 1123(b) of the Bankruptcy Code, the Borrower Claims Trust with respect to Borrower-Related Causes of Action, and the Liquidating Trust with respect to all other Causes of Action, shall retain and may enforce all rights to commence and pursue, as appropriate, any and all Causes of Action of the Debtors or the Debtors' Estates, whether arising before or after the Petition Date, including any Causes of Action specifically enumerated in the Plan Supplement, and the Liquidating Trust's and Borrower Claims Trust's respective rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date. The Liquidating Trust and the Borrower Claims Trust may pursue their respective Causes of Action, as appropriate, in accordance with the best interests of the respective Trust. **No Entity may rely on the absence of a specific reference in the Plan or the Disclosure Statement to any Cause of Action against such Entity as any indication that the Liquidating Trust or Borrower Claims Trust, as the case may be, will not pursue any and all available Causes of Action against such Entity. The Liquidating Trust and the Borrower Claims Trust expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan.** Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or a Bankruptcy Court order, the Liquidating Trust expressly reserves all Causes of Action other than Borrower-Related Causes of Action, and the Borrower Claims Trust expressly reserves all Borrower-Related Causes of Action, for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of the Confirmation or Consummation. For the avoidance of doubt, the Plan does not release any Causes of Action that the Plan Proponents or the Liquidating Trust or Borrower Claims Trust have or may have now or in the future against any Entity other than the Released Parties (and only in their capacity as Released Parties).

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Plan.

Except as otherwise provided in the Plan or in a Final Order, the Liquidating Trust reserves and shall retain Causes of Action notwithstanding the rejection of any Executory Contract or Unexpired Lease during the Chapter 11 Cases or pursuant to the Plan. In accordance with section 1123(b)(3) of the Bankruptcy Code, any Causes of Action that the Debtors may hold against any Entity that is not released under the Plan or a separate settlement approved by Final Order shall vest in the Borrower Claims Trust with respect to Borrower-Related Causes of Action and in the Liquidating Trust with respect to all other Causes of Action. The Liquidating Trust and Borrower Claims Trust, as the case may be, through their respective authorized agents or representatives, shall retain and may exclusively enforce any and all such Causes of Action. The Liquidating Trust has the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any Causes of Action other than Borrower-Related Causes of Action, or to decline to do any of the foregoing, without the consent or approval of any third party or any further notice to or action, order, or approval of the Bankruptcy Court. The Borrower Claims Trust has the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any Borrower-Related Causes of Action, or to decline to do any of the foregoing, without the consent or approval of any third party or any further notice to or action, order, or approval of the Bankruptcy Court.

Notwithstanding and without limiting the generality of Article IV.R of the Plan, the Debtors have identified below certain specific Causes of Action, including (a) claims related to contracts and leases; (b) claims related to pending and possible litigation; (c) claims related to accounts receivable and accounts payable, and (d) potential claims relating to RMBS recoveries. These categories, however, shall not be deemed limiting and any specific Cause of Action listed in one category shall be viewed as if listed in all.

Failure to include any Entity on the attached Schedules shall not constitute a release of such Entity and shall not indicate that causes of action against such Entity have not been retained. Moreover, failure to attribute any specific cause of action to a particular Entity on the attached Schedules shall not mean that such cause of action is not retained against such Entity. All possible causes of action, including causes of action not listed on the attached Schedules, are retained against all Entities not expressly released pursuant to the Plan or a Final Order.

## **Claims Related to Contracts and Leases**

Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action based in whole or in part upon any and all contracts and leases to which any Debtor is a party or pursuant to which any Debtor has any rights whatsoever, regardless of whether such contract or lease is specifically identified herein. The claims and Causes of Action reserved include, among others, Causes of Action against mortgage servicing companies, borrowers, realtors, loan originators, insurance companies, correspondent lenders, suppliers of goods and services, vendors, financial institutions or any other parties:

2

(a) for overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities, recoupment or setoff; (b) for breach of contract, repurchase matters, breach of implied covenant of good faith and fair dealing, unjust enrichment, wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) for failure to fully perform under contracts with any one or more of the Debtors; (d) for payments, back charges, deposits, holdbacks, reserves or other amounts owed by any creditor, utility, supplier, vendor, insurer, surety, factor, lender, service provider, lessor or other party; (e) for any liens, including mechanic's, artisan's, materialmen's, possessory or statutory liens held by any one or more of the Debtors; (f) counterclaims and defenses related to any contractual obligations; (g) any turnover actions arising under section 542 or 543 of the Bankruptcy Code; (h) for unfair competition, interference with contract or potential business advantage, infringement of intellectual property or any tort claims; and (i) for any claims against the Debtors' insurance carriers, including for payments or other amounts owed by such insurance carrier pursuant to contracts of insurance or settlement agreements with insurers.

### Claims, Defenses, Cross-Claims and Counter-Claims Related to Litigation and Possible Litigation

The Debtors are party to or believe they may become party to litigation, arbitration or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial. Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action against or related to all entities that are party to or that may in the future become party to litigation, arbitration or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial, including those litigation, arbitration, or other types of adversarial proceedings or dispute resolution proceedings listed on the *Debtors' Statements of Financial Affairs* filed on June 30, 2012 and December 11, 2012, including, without limitation, any Claims or rights that the Debtors may have to participate as a plaintiff in a class action or other litigation.

### Claims Related to Accounts Receivable and Accounts Payable

Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action against or related to all entities that owe or that may in the future owe money to the Debtors or the Liquidating Trust regardless of whether such entity is explicitly identified in this Plan Supplement and any amendments thereto. Furthermore, the Debtors expressly reserve all Causes of Action against or related to all entities that assert or may assert that any Debtor or the Liquidating Trust owes money to them.

### Potential Claims Relating to RMBS Recoveries

The Estates are in the process of reviewing loans placed into Residential Mortgage Backed Securities for recovery opportunities. Some of those loans were sold to the Estates via correspondent relationships. Those relationships are governed by contractual agreements that contain representations and warranties for loans sold to the Estates, whereby certain correspondents may have potentially breached the contractual agreements. The

3

Estates are investigating, and expressly reserve all Causes of Action against or related to any entity or person that sold or transferred any loan, mortgage, security, note or certificate to any Debtor, their affiliates, subsidiaries, officers, directors and employees, including, for the avoidance of doubt, entities that had a correspondent relationship with the Debtor.

4

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| *ACTIVE MATTERS* | | | | | | | | | |
| ANDERSON - HOMECOMINGS FINANCIAL NETWORK VS. ALLSTATE INSURANCE COMPANY AND DOES 1-10 INCLUSIVE | 693541 | Claim against Allstate for hazard loss. Allstate claims the fire resulted from the explosion of a crystal methamphetamine lab in the house, and therefore claims an exclusion from coverage applies. | ANDERSON - HOMECOMINGS FINANCIAL NETWORK VS. ALLSTATE INSURANCE COMPANY AND DOES 1-10 INCLUSIVE | 04/25/2005 12:00:00 AM | BK Stayed - No | | ResCap - Estate | Lawsuit | Washington |
| FINANCIAL MORTGAGE AND VIJAY TANEJA VS. GMAC BANK | 688197 | Mortgage Repurchase. Amount owed $4.4 million. Pending in US Bankruptcy Court for the Eastern District of Virginia. 12/29/08 - Attempting to recover $4.6 million in bankruptcy proceeding in ND Va.Massive loan fraud broker selling copies of same note to multiple banks. | FINANCIAL MORTGAGE AND VIJAY TANEJA VS. GMAC BANK | 07/31/2008 10:46:38 AM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| MASSIMO -- HEALTHCARE EMPLOYEES FEDERAL CREDIT UNION V. GMAC MORTGAGE CORP., STEWART TITLE GUARANTY CO., REAL ESTATE ESCROW CO., INC.; ESTATE OF ARMONDO J. MASSIMO; VIOLET MILLER, CLOSING AGENT FOR STEWART TITLE AND/OR REAL ESTATE ESCROW CO | 689758 | Plaintiff HEFCU is alleging that contract with GMAC stipulated that we would only sell them first lien residential mortgages, and that the contract was breached. | MASSIMO -- HEALTHCARE EMPLOYEES FEDERAL CREDIT UNION V. GMAC MORTGAGE CORP., STEWART TITLE GUARANTY CO., REAL ESTATE ESCROW CO., INC.; ESTATE OF ARMONDO J. MASSIMO; VIOLET MILLER, CLOSING AGENT FOR STEWART TITLE AND/OR REAL ESTATE ESCROW CO,, INC.; | 12/17/2008 04:50:59 PM | BK Stayed - No | Judgment against Stewart Title | ResCap - Estate | Appeal | New Jersey |
| CLEARWATER MORTGAGE | 695783 | Affirmative Repurchase Matter. | CLEARWATER MORTGAGE | 11/19/2009 02:34:16 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| TERRACE-TERRACE MORTGAGE COMPANY | 695788 | Affirmative Repurchase Matter. 18 Loans - $2.5 million repurchase price 1/19/10 - Complaint served Case removed by Terrace to Federal Court. | TERRACE-TERRACE MORTGAGE COMPANY | 11/19/2009 02:51:46 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| CITY FIRST MORTGAGE SERVICES LLC | 705803 | Affirmative Repurchase Matter. | | 11/19/2010 08:37:54 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | Utah |
| MEGA CAPITAL FUNDING INC. | 705812 | Affirmative Repurchase Matter. | | 11/19/2010 09:37:22 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | California |
| FAIRMONT FUNDING LTD. | 711472 | Affirmative Repurchase Matter. | | 03/16/2011 06:28:19 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| TUCK ANTWOINE | 720522 | GMACM agreed to accept a short payoff for this loan. We have received two different checks from the title company. Neither one has cleared. GMACM is filing a lawsuit against Pinnacle to recover the money. | GMAC Mortgage, LLC, Plaintiff v. 1st Pinnacle LLC, Defendant. | 11/4/2011 08:40:52 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | Alabama |
| GVC MORTGAGE INC. | 721488 | Affirmative Repurchase Matter. | | 12/1/2011 04:40:28 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| PMC BANCORP | 721493 | Affirmative Repurchase Matter. | | 12/1/2011 05:15:22 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| SHORE FINANCIAL SERVICES INC | 721498 | Affirmative Repurchase Matter. | | 12/1/2011 05:52:23 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| EZ FUNDING/BAY VALLEY MORTGAGE | 721526 | Affirmative Repurchase Matter. | | 12/1/2011 08:09:43 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| KOENIG & STREY | 722926 | GMAC seeks to recover damages due and owing under the terms of an Assignment and Assumption of Lease Agreement between GMAC and K&S dated October 28, 2008, relating to a retail shopping center lease dated April 19, 2006, between CMR Limited Partnership, as landlord, and GMAC Mortgage Corporation, as tenant. | GMAC MORTGAGE, LLC formerly known as GMAC MORTGAGE CORPORATION v KOENIG & STREY, LLC | 01/5/2012 05:16:11 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | Illinois |
| LENDAMERICA HOME LOANS INC. | 723242 | Affirmative Repurchase Matter. | | 01/12/2012 05:14:44 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| MCLAUGHLIN, LYNN | 723336 | GMAC filing a complaint against the defendant McLaughlin, who is a realtor for failure to submit all offers for property. Breached property listing agreement by failing to timely disclose to GMAC that she was acting as a dual agent. | GMAC Mortgage, LLC vs. Lynn McLaughlin (aka Lynn McLaughlin-Montero; Lynn McLaughlin, PLLC; and Does 1 through 50, inclusive | 01/13/2012 07:33:56 PM | BK Stayed - No | BK does not apply. | ResCap - Estate | Lawsuit | California |
| SOUTHPORT BANK | 724142 | Affirmative Repurchase Matter. | | 01/27/2012 08:45:45 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| MORTGAGE AMERICA INC. | 726763 | Affirmative Repurchase Matter. | | 03/30/2012 08:41:42 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| PULTE HOMES INC. | 728283 | Affirmative Repurchase Matter. | | 05/3/2012 03:00:29 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| ABSOLUTE HOME MORTGAGE | 728287 | Affirmative Repurchase Matter. | | 05/3/2012 03:15:24 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| HOME FEDERAL SAVINGS | 728342 | Affirmative Repurchase Matter. | | 05/4/2012 06:51:48 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| LENOX FINANCIAL MORTGAGE | 728343 | Affirmative Repurchase Matter. | | 05/4/2012 06:54:37 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| LEE, SALLY S | 728468 | HELOC issue. Borrower took advantage of an offer by GMAC to accept 3k as payment in full of her 40k LOC. Somehow a 70k check was issued to the borrower in error. The borrower claims certain phone reps told her the money was an overage, so she thought it belonged to her and has since spent some of it. | GMAC MORTGAGE LLC vs SALLY S LEE and DOES 1 through 20 | 05/9/2012 02:56:10 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | California |
| CASAS HERMINA | 732095 | We have filed a lawsuit in this reverse mortgage case as we were never paid off when the borrower refinanced. We have alleged breach of contract, breach of implied covenant of good faith and fair dealings, declaratory relief, restitution for unjust enrichment, and for money had and received. | GMAC Mortgage, LLC v. The Union Labor Life Insurance Company and Does 1 through 25, Inclusive. | 08/30/2012 05:01:16 PM | BK Stayed - No | We are plaintiffs, and are alleging breach of contract with title company | ResCap - Estate | Lawsuit | California |
| FLINN, PHILLIP | 732538 | Code of conduct violation (stealing from the Company). | | 09/14/2012 01:43:22 PM | BK Stayed - No | | ResCap - Estate | Employment Action | Texas |
| THE MONEY SOURCE INC | 735098 | Affirmative Repurchase Matter. | | 12/7/2012 05:47:02 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| EAGLE NATIONAL BANK | 735507 | Affirmative Repurchase Matter. | | 12/19/2012 07:41:28 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | Pennsylvania |
| FUNDING RESOURCES MORTGAGE CORPORATION | 736118 | Affirmative Repurchase Matter. | | 01/11/2013 09:47:26 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| KROLL, ALLAN I. | 737276 | Complaint type letter received from borrower claiming we had no obligation to pay HOA dues. Reviewing potential recovery against HOA. | N/A | 02/28/2013 07:15:43 PM | BK Stayed - No | Recovery case | ResCap - Estate | Lawsuit | Colorado |
| BONDCORP REALTY SERVICES, INC. | 737753 | Affirmative Repurchase Matter. | | 03/25/2013 08:57:12 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| GODKIN-PALERMO VICTORIA | 737851 | GMACM filed Complaint in 12/2012, seeking equitable lien on the property. GMACM believes lien as released in error due to a mutual mistake. Godkin-Palermo answered and filed counterclaim alleging breach of contract, violations of Montana Consumer Protect Act, negligence, etc. | GMAC Mortgage, LLC v. Victoria Godkin-Palermo and Paul William Palermo | 03/29/2013 04:08:43 AM | BK Stayed - No | | ResCap - Estate | Lawsuit | Montana |
| SAXON EQUITY MORTGAGE BANKERS LLC | 2013-05-ET2618 | Affirmative Repurchase Matter. | Saxon Equity Mortgage Bankers LLC v. Estate of Mark Wolf | 05/20/2013 11:23:29 AM | BK Stayed - No | | ResCap - Estate | Lawsuit | New York |
| KUBERT | 2013-09-EQ5919 | Case brought by GMACM for erroneous lien release by ETS. GMACM seeking a default judgment to reinstate the position of the liens. Borrower signed Rescission of Reconveyance and that has been recorded. Property Address: 657 Starbush Drive, Sunnyvale, CA. | GMACM v. Kubert, et al | 09/17/2013 11:00:38 AM | BK Stayed - No | | ResCap - Estate | Lawsuit | California |
| NATIONWIDE MORTGAGE CONCEPTS, LLC | 737516 | Fraud by former warehouse and sales customer (principally by delaying payoffs of prior mortgages in refinance situations and use of those monies for Nationwide operations needs). | Nationwide Mortgage Concepts, LLC | 03/12/2013 07:25:59 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| CRAIG EMBLEY / SPECTRUM | | Criminal case where RFC was victim of approximately $4 million fraud of Craig Embley, who guaranteed a warehouse line of credit provided by RFC to Spectrum Funding. RFC is in the final stages of negotiating the terms for Mr. Embley's guilty plea, which will include restitution to RFC; however, it is unclear whether Mr. Embley will have proceeds to pay such restitution. | | | | | | | |
| NAVIGATE ADVISORS/MF GLOBAL TBA CLAIM | 720650 | Navigate Advisors, a vendor to Ally, failed to confirm an assignment of a TBA trade between MF Global and Morgan Stanley prior to the MF Global bankruptcy. | | 11/9/2011 08:07:34 PM | BK Stayed - No | | ResCap - Estate | Lawsuit | |
| **OUTSTANDING PROOFS OF CLAIM** | | | | | | | | | |

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| PEOPLE'S CHOICE BANKRUPTCY PROOFS OF CLAIM AND KORNSWIET SUBPOENA | 686243 | In the bankruptcy of: 1. People's Choice Home Loan Inc. - on 8/31/07 Homecomings Financial filed POC for $266,591.89. 2. People's Choice Funding Inc. - on 4/3/08 Residential Funding Company filed an amended POC for $48,086,878.67. 3. People's Choice Financial Corporation - on 4/4/08 Residential Funding Company filed an amended POC for $48,086,878.67. 4. People's Choice Home Loan Inc. - on 4/4/08 Residential Funding Company filed an amended POC for $90,312,824.79.   In the adversary proceeding v. Kornswiet: Kornswiet issued third-party subpoenas to RFC and Homecomings for production of documents. | In re: PEOPLE'S CHOICE HOME LOAN, INC., et al. Case No. 8:07-BK-10765-RK U.S. Bankruptcy Court/Central District of California (Santa Ana Div) Ronald Greenspan, Trustee, v. Neil B. Kornswiet, et al. Adv. No. 8:09-ap-01144-RK | 03/3/2007 01:26:45 PM | BK Stayed - No | | ResCap - Estate | Commercial Financing | Minnesota |
| HOMESAVINGS | N/A | Allowed claim for repurchase by a correspondent. ResCap filed a POC within the timelines of the Receivership process. Claim has been allowed, however, payment outcome is unknown. | N/A | N/A | BK Stayed - No | N/A | N/A | N/A | N/A |
| AMERICAN HOME MORTGAGE | N/A | GMAC Mortgage filed a notice of cure asserting $38,040.03 as an indemnification obligation of the servicer. RFC filed a notice of cure asserting $98,952.15 as an indemnification obligation of the servicer. Settlement proposal for the claims is payment of 40% of the asserted claim amount. | N/A | 11/29/2007 | N/A | N/A | N/A | N/A | N/A |
| *POTENTIAL MATTERS, GENERALLY* | | | | | | | | | |
| GMAC Model Home Finance I / Cerberus Capital Management, L.P. | N/A | Cerberus is improperly withholding in excess of $2.725+C46 million in distributions owed to Debtor GMAC Model Home Finance I ("GMAC MHF I") in connection with a joint venture between GMAC MHF I and CMH Holdings LLC. GMAC MHF I is considering filing an Adversary Proceeding in the ResCap bankruptcy court to recover these distributions. | N/A | | N/A | N/A | N/A | N/A | N/A |
| GMAC Model Home Finance I / CMH Holdings LLC | N/A | ResCap is considering a potential fraudulent transfer claim against CMH in connection with the 2008 transaction by which CMH acquired ResCap's model home finance business. In the Examiner's report, unsealed by the ResCap Bankruptcy Court on June 26, 2013, the Examiner suggested that ResCap received at least $30 million less than fair market value in connection with the CMH transaction. | N/A | | N/A | N/A | N/A | N/A | N/A |
| PNC Bank, N.A. | N/A | RFC Claim for indemnification against PNC Bank as successor to CBNV under Client Contract dated May 15, 1998 between CBNV and Debtor RFC. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| GM Insurance Rights | N/A | As defined in the Plan. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| 1st Commonwealth Bank of Virginia | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| A.K.T. American Capital, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Air Academy Federal Credit Union | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Alg Real Estate Services, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| All Home Lending, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Allied Mortgage Group, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Amera Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| American Equity Mortgage Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| American Interbanc Mortgage, LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| American Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Amerifirst Financial, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Amerisouth Mortgage Company | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Axiom Financial, LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Bank Of Ann Arbor- Wholesale Lending Division | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Bank Of Blue Valley | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Capital Mortgage Funding, LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Cardinal Financial Company, Limited Partnership | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Chicago Financial Services, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| Circle Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Citizens State Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| CMG Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Colorado Federal Savings Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Cornerstone Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Crosscountry Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Decision One Mortgage Company, LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Embrace Home Loans, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Equity Resources, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Fairway Independent Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| First Equity Mortgage Bankers, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| First National Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| First Reliance Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| First Residential Mortgage Services Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| FirsTrust Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Forest Park National Bank & Trust Co. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Freedom Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Gateway Funding Diversified Mortgage Services, LP | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| Gateway Mortgage Group LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Global Advisory Group, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Guaranteed Rate, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| HBC Investment Group Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Home Loan Center, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Homeowners Mortgage Enterprises, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Hometown Mortgage Services, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Iapprove Lending | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Investors Mortgage Company, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| JMAC Lending, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Key Mortgage Services Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Land/home Financial Services | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Legacy Group Lending | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Lighthouse Mortgage Service Co, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Lincoln Mortgage Company | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Madison First Financial, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Meridian Residential Capital LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Mid America Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| MLD Mortgage Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Monarch Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Mortgage Consultants, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Mortgage Network, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Mountain West Financial, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Mt. Washington Cooperative Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Myers Park Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| National Future Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| New Fed Mortgage Corp. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Nova Financial & Investment Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Peoples Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| PHH Home Loans LLC d/b/a Sunbelt Lending Services | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Platinum Home Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Plaza Home Mortgage Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Primary Residential Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Prime Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Prospect Mortgage, LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Prysma Lending Group, LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Allegation Description | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|---|
| Quicken Loans, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Royal Bank Of Pennsylvania | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Royal Pacific Funding Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Sallie Mae Home Loans, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| South Carolina Bank and Trust of the Piedmont, NA | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Standard Pacific Mortgage, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Summit Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| The Crossfire Financial Network, Inc. | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Toyota Federal Credit Union | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| USAA Federal Savings Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Valley State Bank | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Van Dyk Mortgage Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Vanguard Funding, LLC | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Wall Street Financial Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Wholesale Capital Corporation | N/A | The Estates are pursuing recovery of a defective loan(s) under the reps and warrants of an executed Purchase/Sale agreement. | N/A | N/A | N/A | N/A | N/A | N/A | N/A |