# **Exhibit 17**

## Ally Contract Claims Estimate

Ally Contract Claims as of October 11, 2013 are estimated to include the following:[1]

| **Applicable Ally Contract** | **Amount Due** | **Claim Description** |
|---|---|---|
| The Shared Services Agreement between Ally Financial Inc. and Residential Capital, LLC dated as of May 14, 2012, including all applicable Statements of Work Thereunder | Approx. $232,000 | Reimbursement for refunds Ally has provided to certain customers as a result of the Debtors' Truth In Lending Act errors |

---

[1] This estimate does not include any claims Ally has against the Debtors arising in the ordinary course of business under the Ally Contracts. Further, as set forth in section IV(B)(f) of the Plan, this estimate is non-binding on Ally and remains subject to change.