# **Exhibit 18**

## **Identity of the RMBS Claims Trust Trustees**

Upon the Effective Date,[1] U.S. Bank Trust National Association will serve as the RMBS Claims Trust Trustee in accordance with Article IV.C of the Plan.

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4819, Ex. 1] (as may be amended from time to time, the "***Plan***").