# **Exhibit 21**

## Updated Disclosure Statement Exhibits 12 and 13

Pursuant to Article IV.A.17 of the Disclosure Statement,[1] Exhibit 12 (Schedule of Recoveries to the RMBS Trusts) and Exhibit 13 (Explanation of Calculation of Recoveries to the RMBS Trusts) to the Disclosure Statement remain subject to change, and any updates to these Exhibits will be included as part of the Plan Supplement.

The methodology for calculating the recoveries set forth in Exhibit 13 will be applied by the RMBS Trustees in calculating recoveries to the RMBS Trusts based upon the facts as of the date the recoveries are calculated. As such, the recoveries projected in Exhibits 12 and 13 are illustrative and are expressly subject to change. Accordingly, at this time, the Plan Proponents, in consultation with the Consenting Claimants and the RMBS Trustees, do not believe any updates to Disclosure Statement Exhibits 12 and 13 are necessary or appropriate.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al., and the Official Committee of Unsecured Creditors* [Docket No. 4819, Ex. 1] (as may be amended, the "***Plan***").