MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

---------------------------------------------------------------

## <u>FOURTH AMENDED PLAN CONFIRMATION DISCOVERY SERVICE LIST</u>

Pursuant to the Amended Order Establishing a Discovery Protocol in Connection with

Discovery Relating to Plan Confirmation, dated September 9, 2013 [Docket No. 4974], in

connection with the *Joint Chapter 11 Plan Proposed By Residential Capital, LLC et al. and the

Official Committee of Unsecured Creditors*, [Docket No. 4819-2] (the "<u>Plan</u>"), Residential

Capital, LLC, and each of its debtor affiliates (collectively, the "<u>Debtors</u>"), hereby identify the

Participants and their attorneys for Plan Discovery in the attached Exhibit 1.

Dated: New York, NY
       October 14, 2013

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors
and Debtors in Possession*

ny-1109127

# Exhibit 1

| Party | Counsel | Email Address |
|---|---|---|
| Ad Hoc Group of Junior Secured Noteholders | Milbank, Tweed, Hadley & McCloy LLP<br><br>White & Case LLP | guzzi@milbank.com;<br>cshore@whitecase.com;<br>isilverbrand@whitecase.com;<br>dthatch@whitecase.com;<br>hdenman@whitecase.com;<br>dcohen@milbank.com;<br>dperry@milbank.com;<br>amiller@milbank.com;<br>mmaddox@milbank.com;<br>nfidler@milbank.com;<br>rfissell@milbank.com; |
| Ally Financial, Inc., and each of its non-debtor affiliates and subsidiaries | Kirkland & Ellis LLP | ray.schrock@kirkland.com;<br>richard.cieri@kirkland.com;<br>stephen.hessler@kirkland.com;<br>ddonovan@kirkland.com;<br>jpowell@kirkland.com;<br>judson.brown@kirkland.com; |
| Deutsche Bank Trust Co. and Deutsche Bank Trust Co. Americas (RMBS Trustee) [Dkt. No. 5077] | Morgan, Lewis & Bockius LLP | jgarrity@morganlewis.com;<br>jgoodchild@morganlewis.com; |
| Financial Guaranty Insurance Company [Dkt. No. 5072] | Jones Day | rlwynne@jonesday.com;<br>enbrady@jonesday.com; |
| HSBC Bank USA, N.A. (RMBS Trustee) [Dkt. No. 5065] | Allen & Overy LLP | john.kibler@allenovery.com; |
| Kessler Class Claimants, as defined in the Notice of Intent [Dkt. No. 5069] | Polsinelli PC<br><br>Walters, Bender, Strohbehn & Vaughan<br><br>Carlson Lynch LTD | dflanigan@polsinelli.com;<br>bcarlson@carlsonlynch.com;<br>dskeens@wbsvlaw.com;<br>fwalters@wbsvlaw.com; |
| Law Debenture Trust Company of New York (RMBS Trustee) [Dkt. No. 5062] | Seward & Kissel LLP | christensen@sewkis.com;<br>hooper@sewkis.com; |
| Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC) [Dkt. No. 5064] | Marino, Tortorella & Boyle, P.C. | kmarino@khmarino.com;<br>jboyle@khmarino.com; |

1

| Party | Counsel | Email Address |
|---|---|---|
| Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; boneill@kramerlevin.com; pkaufman@kramerlevin.com; nsimon@kramerlevin.com; rringer@kramerlevin.com; szide@kramerlevin.com; |
| Residential Capital, LLC and its affiliated debtors in the above-captioned chapter 11 cases | Morrison & Foerster LLP<br><br>Curtis, Mallet-Prevost, Colt & Mosle LLP | glee@mofo.com; ckerr@mofo.com; drains@mofo.com; alawrence@mofo.com; ksadeghi@mofo.com; dmatzabrown@mofo.com; rbaehr@mofo.com; adamhunt@mofo.com; dziegler@mofo.com; tfoudy@curtis.com; jwalsh@curtis.com; jberman@curtis.com; |
| RESPA Plaintiffs, as defined in the Notice of Intent [Dkt. No. 4974] | Lowenstein Sandler LLP<br><br>Kessler Topaz Meltzer & Check LLP | metkin@lowenstein.com; |
| Rothstein, as defined in the Notice of Intent [Dkt. No. 5070] | Kirby McInerney LLP<br><br>Bifferato Gentilotti | mstrauss@kmllp.com; bwalker@kmllp.com; maugustine@bglawde.com; gmcdaniel@bglawde.com; |
| Steering Committee Group of RMBS Holders | Gibbs & Bruns<br><br>Ropes & Gray | kpatrick@gibbsbruns.com; rmadden@gibbsbruns.com; dsheeren@gibbsbruns.com; keith.wofford@ropesgray.com; ross.martin@ropesgray.com; andrew.devore@ropesgray.com; |
| Syncora Guarantee Inc. [Dkt. No. 5067] | Wollmuth Maher & Deutsch LLP | pdefilippo@wmd-law.com; rrainer@wmd-law.com; fstrong@wmd-law.com; r.sharon.smith@scafg.com; |

2

| Party | Counsel | Email Address |
|---|---|---|
| The Bank of New York Mellon Trust Company, N.A. and The Bank of New York Mellon (RMBS Trustee) [Dkt. No. 5056] | Dechert LLP<br><br>Dentons US LLP | glenn.siegel@dechert.com;<br>craig.druehl@dechert.com;<br>mauricio.espana@dechert.com; |
| U.S. Bank National Association (RMBS Trustee) [Dkt. No. 5058] | Seward & Kissel LLP | kotwick@sewkis.com;<br>alves@sewkis.com;<br>maloney@sewkis.com; |
| U.S. Trustee for the Southern District of New York | Office of the United States Trustee for the Southern District of New York | tracy.davis2@usdoj.gov;<br>linda.riffkin@usdoj.gov;<br>brian.masumoto@usdoj.gov; |
| UMB Bank, N.A. | Akin Gump Strauss Hauer & Feld LLP | dgolden@akingump.com;<br>dzensky@akingump.com;<br>aqureshi@akingump.com;<br>pdublin@akingump.com;<br>ralbanese@akingump.com;<br>rajohnson@akingump.com;<br>ccarty@akingump.com;<br>djnewman@akingump.com; |
| Wells Fargo Bank, N.A. (First Priority Collateral Agent, Third Priority Collateral Agent, and Collateral Control Agent) [Dkt. No. 5061] | Reed Smith LLP | eschaffer@reedsmith.com;<br>dschlecker@reedsmith.com;<br>skam@reedsmith.com; |
| Wells Fargo Bank, N.A. (RMBS Trustee) [Dkt. No. 5060] | Alston & Bird LLP | michael.johnson@alston.com;<br>william.hao@alston.com;<br>kit.weitnauer@alston.com; |
| Wilmington Trust, N.A. (Indenture Trustee for the Senior Unsecured Notes issued by Residential Capital LL) [Dkt. No. 5053] | Loeb & Loeb LLP<br><br>Cleary Gottlieb Steen & Hamilton LLP | wcurchack@loeb.com;<br>soneal@cgsh.com;<br>maofiling@cgsh.com; |

ny-1109127