**Objection Deadline:  November 4, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Naomi Moss

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF FILING OF RUST CONSULTING, INC.'S FIRST MONTHLY FEE REPORT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 22, 2013 THROUGH AUGUST 31, 2013**

**PLEASE TAKE NOTICE** that pursuant to the *Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order* [Docket No. 4977] entered by the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Rust Consulting, Inc. ("Rust Consulting") is required to file with the Bankruptcy Court reports, on at least a quarterly basis, of compensation earned and expenses incurred in Rust Consulting's capacity as paying agent under the amendment to the Consent Order in the above-captioned chapter 11 cases of Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors").

Attached hereto as <u>Exhibit 1</u> is Rust Consulting's first monthly fee report for the period from July 22, 2013 through August 31, 2013 (the "<u>Monthly Fee Report</u>").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Fee Report must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **November 4, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Lorenzo Marinuzzi and Naomi Moss); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attention:

Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors,

Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY

10036 (Attention: Kenneth Eckstein & Douglas Mannal); (i) counsel for Ocwen Loan

Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019

(Attention: Jennifer C. DeMarco and Adam Lesman); (j) counsel for Berkshire Hathaway

Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071

(Attention:  Thomas Walper and Seth Goldman); (k) Internal Revenue Service, P.O. Box

7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail

Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (l) Securities and Exchange

Commission, New York Regional Office, 3 World Financial Center, Suite 400, New

York, NY 10281-1022 (Attention: George S. Canellos, Regional Director).

PLEASE TAKE FURTHER NOTICE that if a timely objection is filed and

served, the Debtors will schedule a hearing with the Bankruptcy Court with respect to the

objection to such fees and/or expenses stated in the Monthly Fee Report.

Dated: October 14, 2013                    Respectfully submitted,
      New York, New York

      /s/ Gary S. Lee
      Gary S. Lee
      Lorenzo Marinuzzi
      Naomi Moss
      MORRISON & FOERSTER LLP
      1290 Avenue of the Americas
      New York, New York 10104
      Telephone: (212) 468-8000
      Facsimile: (212) 468-7900

      *Counsel for the Debtors and*
      *Debtors in Possession*

**<u>Exhibit 1</u>**

# ResCap

October 14ᵗʰ, 2013

Re:  <u>Rust Consulting (Monthly Fee Report)</u>

In accordance with the *Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order* [Docket No. 4977], annexed herewith is the billing report of Rust Consulting, Inc. ("<u>Rust</u>") covering the period from July 22, 2013 through August 31, 2013 (the "<u>Monthly Fee Report</u>"). As reflected in the Monthly Fee Report, Rust seeks payment of $54,480.69 for professional services rendered, and $11,887.49 for expense reimbursements for this period.

The professional services rendered by Rust and so covered by this Monthly Fee Report include:

- Update the independentforeclosurereview.com website and toll free number with the information regarding the settlement (the "<u>Settlement</u>") between the Debtors and the Federal Reserve Board (the "<u>FRB</u>") that was reached to end the foreclosure review process.

- Telephonic conferences with the FRB and the Debtors to reconcile the borrower population impacted by the Settlement, discuss steps to exchange files related to upcoming events including; the borrower waterfall, borrower notice of the Settlement, and planning for the distribution to borrowers.

- Various data tasks related to the reconciliation process and the calculation of borrower payment amounts.

- Quality assurance of the various data tasks performed.

- Receipt and processing of incoming forms related to the independent foreclosure review ("<u>IFR</u>"), borrower correspondence and general inquiries regarding the IFR program and the Settlement announcement.

- Manage call center for borrower inquiries regarding the IFR program and the Settlement.

Attached please find:  (i) a summary of amounts billed to certain project categories of professional services rendered, annexed hereto as <u>Exhibit 1</u>;  (ii) a description of professional services and/or tasks comprising each project category for which Rust seeks compensation, annexed hereto as <u>Exhibit 2</u>;  and (iii) the monthly invoice with supporting detail, including a detailed list of

expenses incurred in connection with these Chapter 11 cases for which Rust seeks reimbursement, annexed hereto as Exhibit 3.

Very truly yours,

David Cunningham
Director

**Exhibit 1**

**Monthly Invoice Breakdown**
**July 22, 2013 – August 31, 2013**

| Invoice Category | Hours | Value |
|---|---|---|
| Legal Notification | n/a | $17.94 |
| Complaint Processing | n/a | $2,264.60 |
| Call Center | n/a | $33,328.45 |
| Project Management | 84.53 | $11,798.62 |
| Technical Consulting | 41.29 | $7,071.08 |
| Expenses | n/a | $11,887.18 |

**Exhibit 2**

**Invoice Category Descriptions**

| Invoice Category | Service Description |
|---|---|
| Legal Notification | Imaging of incoming forms, letters etc and appending pdf image of these to the relevant borrower record in the database as required under the IFR program.<br><br>Hosting www.independentforeclosurereview.com website which makes information available to borrowers and the public in general related to the IFR program. |
| Complaint Processing | Processing incoming forms and correspondence and updating the borrower records with any information provided as necessary under the IFR program.<br><br>Hosting the portal for GMAC to access information related to borrower files submitted to Rust for processing.<br><br>Generating and mailing letters to borrowers as requested or required under the IFR program. |
| Call Center | Operation of the call center which fields calls into the toll free number provided to borrowers and the public to get information on the IFR program.  This includes time from individual agents based upon the volume of calls received and management of that staff.<br><br>Long distance charges associated with the incoming calls to the call center. |
| Project Management | Time associated with calls and meetings between IFR Project team/Rust IFR Program Management Team/GMAC/Federal Reserve |

|  | Board. |
|---|---|
|  | Internal planning for Settlement execution, data exchange on waterfall, postcard notification planning, payment scheduling and coordination. |
|  | Fielding borrower inquiries received from other avenues than the Rust IFR program call center; letters, emails, etc. |
| Technical Consulting | Time associated with planning and executing technical tasks required under the IFR program from Business Analysts. |
|  | Updating the IFR program website and IVR connected to the toll free number to reflect the recent Settlement reached. |
|  | Data tasks related to decision files and data required to exchange with GMAC relevant to reconciliation of the borrower population under the Settlement. |
|  | Quality assurance time associated with the data tasks. |
| Expenses | As detailed on the invoice. |

**Exhibit 3**

ny-1113048



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE:                    9/26/13
INVOICE #:              13-5524
MATTER #:               401100

**TO:** Dave Cunningham
GMAC Mortgage, LLC
1100 Virginia Drive
190-FTW-K50
Fort Washington, PA 19034
dave.cunningham@gmacm.com

| PROJECT |
|---|
| *GMAC Mortgage Outreach* |
| *August 2013 Claims Adminstration Services* |

| | | |
|---|---|---|
| Legal Notification | $ | 17.94 |
| Complaint Processing | | 2,264.60 |
| Call Center | | 33,328.45 |
| Project Management | | 11,798.62 |
| Technical Consulting | | 7,071.08 |
| Expenses: Other Charges and Out-of-pocket Costs | | 11,887.49 |
| **Total Due** | **$** | **66,368.18** |





| | DATE: | 9/26/13 |
|---|---|---|
| | INVOICE #: | 13-5524 |
| | MATTER #: | 401100 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

## Legal Notification

### IMAGING

| | | | |
|---|---|---|---|
| Create PDFs | 2 | 0.025 | 0.05 |

### FOLLOW-UP TO INITIAL NOTICE

| | | | |
|---|---|---|---|
| Receive and Update Database | 2 | 0.35 | 0.70 |

### WEBSITE

| | | | |
|---|---|---|---|
| Monthly Maintenance/Hosting (1/16 of total) | 0.0625 | 275 | 17.19 |
| | | SUBTOTAL | 17.94 |

## Complaint Processing

### CORRESPONDENCE

| | | | |
|---|---|---|---|
| Receipt | 44 | 0.40 | 17.60 |
| Process | 44 | 5.50 | 242.00 |

### COMPLAINT PROCESSING PORTAL

| | | | |
|---|---|---|---|
| Portal Access Charge (for up to 40 users) | 1 | 2,000 | 2,000.00 |

### FOLLOW UP WITH TARGET BORROWERS

| | | | |
|---|---|---|---|
| Print and Mail Letters | 2 | 2.50 | 5.00 |
| | | SUBTOTAL | 2,264.60 |

## Call Center

| | | | |
|---|---|---|---|
| Call Center Management | | | 3,011.50 |
| Telephone Support | | | 25,653.64 |
| Interactive Voice Response (Q&A only) | 9,616.03 | 0.39 | 3,750.25 |
| 800# Charges | 8,300.5 | 0.11 | 913.06 |
| | | SUBTOTAL | 33,328.45 |

```
                                        Inv#    135524
                                        Date    Sep 26, 2013
                                        Client Number  4011
```

```
Dave Cunningham
Residential Capital, LLC
1100 Virginia Drive
190-FTW-K50
Fort Washington, PA  19034
dave.cunningham@gmacm.com
```

Re:    GMACM - ARP - Project Management & Reporting          401106

For Professional Services Rendered:

| TIMEKEEPER | | | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| CSR | 140 | 140 | 52.00 | 14.06 | 731.12 |
| Mailroom Processor | | 151144 | 54.00 | 2.25 | 121.50 |
| Adam Sirek | | AS | 164.00 | 1.76 | 288.64 |
| Ann Haan | | AH | 164.00 | 45.75 | 7,503.00 |
| Bryan Painter | | BP | 90.00 | 6.50 | 585.00 |
| Derrick Wersal | | DW | 141.00 | 0.21 | 29.61 |
| Kahalla Baker | | KT | 142.00 | 1.25 | 177.50 |
| Ken Wood | | KW | 201.00 | 0.25 | 50.25 |
| Scott Fenwick | | SF | 199.00 | 2.00 | 398.00 |
| Shannon Marks | | SM | 141.00 | 2.00 | 282.00 |
| Theresa Collins | | TAC | 192.00 | 8.50 | 1,632.00 |

Total Fees:                                              11,798.62

| Date | TK | Description | Hours | Fees |
|---|---|---|---|---|
| 07/22/13 | KW | Bank Account Setup | 0.25 | 50.25 |
| 07/22/13 | SF | Conference Calls/Project Meetings | 1.00 | 199.00 |
| 07/22/13 | SM | Pre-Matter Planning | 0.50 | 70.50 |
| 07/23/13 | SF | Conference Calls/Project Meetings | 0.50 | 99.50 |
| 07/24/13 | SF | Conference Calls/Project Meetings | 0.50 | 99.50 |
| 07/26/13 | AS | Dynamic Website Layout, Design & Specs | 1.37 | 224.68 |
| 07/29/13 | TAC | Conference Calls/Project Meetings | 0.25 | 48.00 |
| 07/29/13 | AS | Dynamic Website Layout, Design & Specs | 0.39 | 63.96 |
| 07/30/13 | TAC | Conference Calls/Project Meetings | 0.25 | 48.00 |
| 07/30/13 | 144 | Correspondence/Admin Mail - Processing | 0.36 | 19.44 |
| 07/30/13 | BP | Correspondence/Admin Mail Processing | 0.50 | 45.00 |
| 07/31/13 | TAC | Conference Calls/Project Meetings | 0.25 | 48.00 |
| 07/31/13 | 144 | Correspondence/Admin Mail Processing | 0.36 | 19.44 |

```
                                              Inv#      135524
                                              Date      Sep 26, 2013
                                              Client Number   4011

08/01/13  144  Correspondence/Admin Mail -      0.28           15.12
               Processing
08/01/13  KT   Financial/Administrative         1.25          177.50
08/02/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/02/13  144  Correspondence/Admin Mail -      0.47           25.38
               Processing
08/02/13  BP   Correspondence/Admin Mail        1.25          112.50
               Processing
08/05/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/05/13  144  Correspondence/Admin Mail -      0.39           21.06
               Processing
08/05/13  BP   Correspondence/Admin Mail        0.75           67.50
               Processing
08/06/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/06/13  144  Correspondence/Admin Mail -      0.30           16.20
               Processing
08/06/13  AH   Conference Calls/Project Meetings 1.00          164.00
08/07/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/07/13  AH   Conference Calls/Project Meetings 2.75          451.00
08/08/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/08/13  140  Escalated Call Support           3.17          164.84
08/08/13  AH   Client Inquiries & Reporting     3.25          533.00
08/09/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/09/13  AH   Client Inquiries & Reporting     2.00          328.00
08/12/13  TAC  Conference Calls/Project Meetings 0.75          144.00
08/13/13  TAC  Conference Calls/Project Meetings 0.50           96.00
08/13/13  AH   Client Inquiries & Reporting     2.00          328.00
08/14/13  TAC  Conference Calls/Project Meetings 1.00          192.00
08/14/13  AH   Conference Calls/Project Meetings 1.75          287.00
08/15/13  DW   Coordinate Distribution          0.21           29.61
08/15/13  TAC  Conference Calls/Project Meetings 0.50           96.00
08/15/13  AH   Client Inquiries & Reporting     0.50           82.00
08/16/13  TAC  Conference Calls/Project Meetings 0.50           96.00
08/16/13  140  Escalated Call Support           3.10          161.20
08/16/13  AH   Client Inquiries & Reporting     4.50          738.00
08/19/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/19/13  140  Escalated Call Support           3.78          196.56
08/19/13  AH   Client Inquiries & Reporting     5.50          902.00
08/20/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/20/13  144  Correspondence/Admin Mail -      0.09            4.86
               Processing
08/20/13  AH   Client Inquiries & Reporting     0.75          123.00
08/21/13  TAC  Conference Calls/Project Meetings 1.00          192.00
08/21/13  BP   Correspondence/Admin Mail        0.75           67.50
               Processing
08/21/13  AH   Client Inquiries & Reporting     3.75          615.00
08/22/13  TAC  Conference Calls/Project Meetings 0.25           48.00
08/22/13  BP   Correspondence/Admin Mail        1.00           90.00
               Processing
08/22/13  AH   Pre-Matter Planning              1.50          246.00
08/22/13  SM   Financial/Administrative         1.50          211.50
```

```
                                          Inv#      135524
                                          Date      Sep 26, 2013
                                          Client Number  4011
     08/23/13  TAC  Conference Calls/Project Meetings    0.25        48.00
     08/23/13  140  Escalated Call Support               3.38       175.76
     08/23/13  AH   Client Inquiries & Reporting         2.25       369.00
     08/26/13  TAC  Conference Calls/Project Meetings    0.25        48.00
     08/26/13  AH   Client Inquiries & Reporting         1.50       246.00
     08/27/13  TAC  Conference Calls/Project Meetings    0.25        48.00
     08/27/13  140  Escalated Call Support               0.63        32.76
     08/27/13  AH   Client Inquiries & Reporting         1.25       205.00
     08/28/13  TAC  Conference Calls/Project Meetings    0.50        96.00
     08/28/13  BP   Financial/Administrative             2.00       180.00
     08/28/13  AH   Conference Calls/Project Meetings    6.50     1,066.00
     08/29/13  BP   Correspondence/Admin Mail            0.25        22.50
                    Processing
     08/29/13  AH   Client Inquiries & Reporting         3.50       574.00
     08/30/13  AH   Client Inquiries & Reporting         1.50       246.00



     Total Services                                            11,798.62



     Total Expenses                                                  .00
                                                            --------------

     Total This Matter                                         11,798.62
                                                            --------------
```

```
                                    Inv#    135524
                                    Date    Sep 26, 2013
                                    Client Number  4011


Re:    GMACM - ARP - Technical Consulting                    401107

For Professional Services Rendered:


   TIMEKEEPER                      RATE      HOURS          FEES
   Bjorn Bergh          BB       141.00      0.20          28.20
   Brant Story          BS       188.00      3.70         695.60
   Carol Osborne        CO       141.00      3.62         510.42
   Christy Gilman       CG       188.00      1.60         300.80
   F. Mike Miller       FMM      185.00     10.00       1,850.00
   Greg Brown           GSB      141.00      0.20          28.20
   Hai Bui              HB       141.00      0.20          28.20
   Jacqueline Vu        JV       163.00      1.50         244.50
   Julie Theresa        JT       185.00      0.50          92.50
   Kalene Jones         KLJ      180.00      0.35          63.00
   Mark Kitoski         MK       163.00      2.70         440.10
   Nate Johnson         NKJ      141.00      1.66         234.06
   Rebecca Howe         RH       163.00      3.40         554.20
   Rebecca Zoubek       RZ        80.00      0.70          56.00
   Ron Swinehart        RS       188.00      2.10         394.80
   Shane McDonald       SM       175.00      7.36       1,288.00
   Thomas Cooper        TC       175.00      1.50         262.50

Total Fees:                                            7,071.08


   07/24/13  FMM   Data Analysis & Formatting          2.50         462.50
   07/29/13  MK    Client Inquiries & Reporting        0.20          32.60
   07/29/13  SM    Data Loading                        1.09         190.75
   07/29/13  RH    Client Inquiries & Reporting        1.00         163.00
   07/29/13  RH    Modification Quality Assurance      0.20          32.60
   07/30/13  SM    Data Loading                        5.22         913.50
   07/31/13  NKJ   IVR Development & Updates            1.66         234.06
   07/31/13  FMM   Data Analysis & Formatting          1.00         185.00
   07/31/13  MK    Distribution File - Quality         0.70         114.10
                   Assurance
   07/31/13  SM    Data Loading                        1.05         183.75
   07/31/13  HB    Data Loading                        0.20          28.20
   08/01/13  FMM   Data Analysis & Formatting          2.50         462.50
   08/01/13  RS    Coordinate Distribution             0.60         112.80
   08/01/13  MK    Distribution File - Quality         0.80         130.40
                   Assurance
   08/01/13  BS    Data Analysis & Formatting          1.10         206.80
   08/01/13  CG    Generate Supplemental Notice Files  0.20          37.60
   08/01/13  CO    Application Setup - Quality         0.10          14.10
                   Assurance
```

```
                                      Inv#     135524
                                      Date      Sep 26, 2013
                                      Client Number  4011
     08/01/13  CO   Notice - Quality Assurance/Proofing    0.26       36.66
     08/01/13  RH   Supplemental Notice - Quality          0.20       32.60
                    Assurance
     08/02/13  RS   Data Analysis & Formatting             0.40       75.20
     08/02/13  CG   Data Loading                           0.20       37.60
     08/06/13  FMM  Generate Distribution File             2.50      462.50
     08/06/13  MK   Modification Quality Assurance         0.20       32.60
     08/07/13  FMM  Generate Distribution File             1.50      277.50
     08/07/13  CG   Generate Supplemental Notice Files     0.40       75.20
     08/07/13  CO   Notice - Quality Assurance/Proofing    0.31       43.71
     08/08/13  RH   Distribution File - Quality            0.20       32.60
                    Assurance
     08/09/13  MK   Distribution File - Quality            0.60       97.80
                    Assurance
     08/09/13  BS   Data Analysis & Formatting             0.80      150.40
     08/09/13  JT   Distribution Reporting                 0.50       92.50
     08/09/13  CG   Generate Supplemental Notice Files     0.40       75.20
     08/09/13  CG   Data Loading                           0.10       18.80
     08/09/13  RZ   Generate Supplemental Notice Files     0.20       16.00
     08/12/13  RS   Data Analysis & Formatting             0.80      150.40
     08/12/13  BS   Data Analysis & Formatting             1.80      338.40
     08/12/13  RZ   Generate Supplemental Notice Files     0.30       24.00
     08/12/13  CO   Notice - Quality Assurance/Proofing    0.28       39.48
     08/12/13  RH   Distribution File - Quality            1.00      163.00
                    Assurance
     08/13/13  GSB  Application                            0.20       28.20
                    Modification/Development
     08/13/13  JV   Data Receipt & Load - Quality          0.50       81.50
                    Assurance
     08/13/13  TC   Data Analysis & Formatting             1.50      262.50
     08/14/13  MK   Deficiency Letter - Quality            0.10       16.30
                    Assurance
     08/14/13  JV   Data Receipt & Load - Quality          1.00      163.00
                    Assurance
     08/14/13  CO   Data Receipt & Load - Quality          0.10       14.10
                    Assurance
     08/14/13  CO   Notice - Quality Assurance/Proofing    0.65       91.65
     08/14/13  BB   Deficiency Letter - Quality            0.20       28.20
                    Assurance
     08/14/13  RH   Distribution File - Quality            0.50       81.50
                    Assurance
     08/15/13  RS   Data Loading                           0.30       56.40
     08/15/13  CG   Generate Supplemental Notice Files     0.10       18.80
     08/16/13  RZ   Data Receipting                        0.20       16.00
     08/19/13  RH   Distribution File - Quality            0.10       16.30
                    Assurance
     08/20/13  MK   Deficiency Letter - Quality            0.10       16.30
                    Assurance
     08/20/13  CO   Notice - Quality Assurance/Proofing    0.11       15.51
     08/20/13  CO   Data Receipt & Load - Quality          0.41       57.81
                    Assurance
```

```
                                        Inv#      135524
                                        Date      Sep 26, 2013
                                        Client Number  4011
        08/21/13  CO   Supplemental Notice - Quality      0.20        28.20
                       Assurance
        08/21/13  RH   Distribution File - Quality        0.20        32.60
                       Assurance
        08/23/13  KLJ  Data Capture Setup & Configuration 0.35        63.00
        08/23/13  CO   Data Receipt & Load - Quality      0.82       115.62
                       Assurance
        08/29/13  CO   Supplemental Notice - Quality      0.38        53.58
                       Assurance
        08/30/13  CG   Data Loading                       0.10        18.80
        08/30/13  CG   Generate Supplemental Notice Files 0.10        18.80



Total Services                                                    7,071.08



Total Expenses                                                         .00
                                                                 --------------

Total This Matter                                                 7,071.08
                                                                 --------------
```

```
                                    Inv#    135524
                                    Date    Sep 26, 2013
                                    Client Number  4011



Re:   GMACM - ARP - Expenses                          401190

For Professional Services Rendered:
```

Expense Detail:

| Reference | Date | Description | Amount |
|-----------|------|-------------|--------|
| | | Call Center/Telecommunications | |
| | 07/31/13 | Line Maintenance Charge Schedule | 130.00 |
| | 08/31/13 | Advanced Features | 1.10 |
| | 08/31/13 | IVR System Charge | 250.00 |
| | 08/31/13 | Line Maintenance Charge Schedule | 130.00 |
| | | Subtotal | 511.10 |
| | | Postage/Federal Express | |
| | 08/30/13 | Bulk Mail Fee | 7.05 |
| | 08/30/13 | Postage; 2 pieces | 1.00 |
| | 08/30/13 | Weekly Mail Pickup | 0.83 |
| | | Subtotal | 8.88 |
| | | Shredding/Storage | |
| | 07/24/13 | Storage and/or Shredding (April - July) | 374.00 |
| | 08/31/13 | Storage and/or Shredding 255 Boxes | 510.00 |
| | 08/31/13 | Storage and/or Shredding 7 Boxes | 14.00 |
| | 08/31/13 | Data Storage August 2013 | 8,002.11 |
| | | Subtotal | 8,900.11 |
| | | Photocopies/Faxing/Printing | |
| | 08/31/13 | Photocopies/Faxing/Printing | 137.00 |
| | 08/31/13 | Photocopies/Faxing/Printing | 7.00 |
| | | Subtotal | 144.00 |
| | | Post Office Box Rental | |
| 145176 | 08/15/13 | Post Office Box Rental | 1,140.00 |
| 145177 | 08/15/13 | Post Office Box Rental | 1,140.00 |
| | | Subtotal | 2,280.00 |

```
                                        Inv#      135524
                                        Date      Sep 26, 2013
                                        Client Number  4011

           Translations
144891      08/02/13   Translations                           31.50
145632      08/30/13   Translations                           11.90
                                        Subtotal      43.40


Total Expenses                                      11,887.49
                                                    --------------

Total This Matter                                   11,887.49
                                                    --------------
```