UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green Room 501
New York, New York 10004-1408
Attention: The Honorable Martin Glenn

Regarding Residential Capital, LLC, et al,
Case No. 12-12020 (MG)
Chapter 11
Jointly Administered

RECEIVED
OCT 1 1 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

September 16, 2013

To whom it may concern:

We, the below-signed creditors, are responding to the joint Chapter 11 Plan of Reorganization Proposed by Residential Capital, LLC, et al; and the Official Committee of Unsecured Creditors, dated August 23, 2013.

A request for the reissue of a check in the amount owed us of <u>Four Thousand Five Hundred Sixty-Five Dollars and Fifty One Cents</u> ($4,565.51) was sent by us to GMAC February 19, 2013 (see enclosed).

Their telephonic and written responses to us by mail was that due to the bankruptcy of GMAC, recoupment of the above amount by check would not be forthcoming, although these funds were to be awarded from our 2012 Escrow Surplus Disbursement.

We hereby request that these funds be transmitted to us by check forthwith, and no other claim against any parties in this proceeding [Case No. 12-12020 (MG)] shall be made by the undersigned.

Sincerely,

_____          _____
Kent A. Case                                         Dorothy Case
374 West Harriet Street                       374 West Harriet Street
Altadena, CA 91001                              Altadena, CA 91001

Cc: The Clerk of the Bankruptcy Court for the Southern District of New York,
Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York,
The Debtors,
The Creditors' Committee,
Ally,
The Office of the United States Trustee, Southern District of New York.

Enc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green, Room 501
New York, New York 10004-1408
Attention: The Honorable Martin Glenn

Re: Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Chapter 11
Jointly Administered

September 16, 2013

To whom it may concern,

We, the below-signed creditors, are responding to the Joint Chapter 11 Plan of Reorganization Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors, dated August 23, 2013.

A request for the reissue of a check in the amount owed us of Four Thousand Five Hundred Sixty-Five Dollars and Fifty One Cents ($4,565.51) was sent by us to GMAC February 15, 2013 (see enclosed).

Their telephonic and written responses to us by mail was that due to the bankruptcy of GMAC, recoupment of the above amount by check would not be forthcoming, although these funds were to be awarded from our 2012 Escrow Surplus Disbursement.

We hereby request that these funds be transmitted to us by check forthwith, and no other claim against any parties in this proceeding (Case No. 12-12020 (MG)) shall be made by the undersigned.

Sincerely,

Kent A. Case
374 West Harriet Street
Altadena, CA 91001

Dorothy Case
374 West Harriet Street
Altadena, CA 91001

cc: The Clerk of the Bankruptcy Court for the Southern District of New York,
Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York
The Debtors,
The Creditors Committee,
The Office of the United States Trustee, Southern District of New York.

Enc

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FHA RISK BASED | MAY 2012 | 230.59 | 0.00 |
| FHA RISK BASED | JUNE 2012 | 230.59 | 0.00 |
| FHA RISK BASED | JULY 2012 | 230.59 | 0.00 |
| FHA RISK BASED | AUGUST 2012 | 230.59 | 0.00 |
| FHA RISK BASED | SEPTEMBER 2012 | 230.59 | 0.00 |
| FHA RISK BASED | OCTOBER 2012 | 230.59 | 0.00 |
| FHA RISK BASED | NOVEMBER 2012 | 230.59 | 0.00 |
| FHA RISK BASED | DECEMBER 2012 | 230.59 | 0.00 |
| COUNTY | DECEMBER 2012 | 2,005.02 | 0.00 |
| FHA RISK BASED | JANUARY 2013 | 230.59 | 0.00 |
| FHA RISK BASED | FEBRUARY 2013 | 230.59 | 0.00 |
| FIRE | MARCH 2013 | 650.00 | 0.00 |
| FHA RISK BASED | MARCH 2013 | 230.59 | 0.00 |
| FHA RISK BASED | APRIL 2013 | 230.59 | 0.00 |
| COUNTY | APRIL 2013 | 2,005.02 | 0.00 |
| TOTAL ANNUAL DISBURSEMENTS: | | 7,427.12 | 0.00 |
| TOTAL ESCROW PAYMENT: | | 618.92 | 655.95 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

New Payment Amount: 2,273.58
New Payment Effective: MAY 01, 2012
Next Scheduled Analysis: MAY 01, 2013

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 618.92 | 655.95 |
| Total | 618.92 | 655.95 |
| Principal/Interest | 1,654.66 | 1,654.66 |
| Total Payment | 2,273.58 | 2,310.61 |

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

Any questions regarding changes in the "Estimated Amount of Next Disbursement" should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

---

SURPLUS CHECK

GMAC Mortgage
JP Morgan Chase Bank, N.A.
Chicago, Illinois

70-2322
719

| CHECK DATE | Check Number | Account Number | Surplus Amount |
|---|---|---|---|
| 08 26 12 | 73697329 | | $4565.51 |

Pay to the order of:   **FOUR THOUSAND FIVE HUNDRED AND SIXTY-FIVE AND 51/100 DOLLARS**

KENT CASE
DOROTHY CASE
374 W HARRIET ST
ALTADENA CA  91001-4661

GMAC MORTGAGE – TAX & OTHER DISB
CLEARING ACCOUNT

VOID AFTER 60 DAYS

⑇007⑇69732⑇⑇  ⑇07⑇923226⑇:  000944300⑇⑇