JOE R. VARGAS
213 W, ST.
BAKERSFIELD, CA.
93304, TELE: 661-326-8896

CASE No. 12-12020, MG, CHAPTER, 11
IN RE: RESIDENTIAL CAPITAL, LLC, ET AL.
DEBTORS.

　　　IF IT MAY PLEASE THE COURT
AND WITH DUE RESPECT. I, A CREDITOR
"DON'T APPROVE", AND OBJECT TO "CON-
FIMATION", OF RESIDENTIAL CAPITAL-
LLC, ET AL., THEY THE DEBTORS OWE
ME THE CREDITOR $50,000.
　　　DEBTORS GET PAID TO FAIL
1. IN 2005 I REFINANCED MY HOME,
HOME APPRAISED FOR $185,000.
I RECEIVED $110.000, YOUR HONOR
KEEP IN MINE THE APPRAISAL WAS
DONE BY DEBTOR'S MAN.
2. IN 2008 HOUSING BOTTOMED OUT.
YOUR HONOR YOU KNOW DEBTOR'S
RODE OFF THEIR LOSSES IN TAXES.
3. NOW COMES THE BANKRUPTCY,
DEBTOR'S AGAIN WANT TO GET PAID.
WHAT ABOUT ME THE SMALL FRY,
I CAN'T GO BANKCRUPT I LOSE MY
HOME. I'AM 72 YR'S NEVER HAVE
GONE BANKRUPT, MY PRINCIPAL IS
$87.000 THERE ABOUT, MY

RECEIVED
OCT 10 2013
U.S. BANKRUPTCY COURT SDNY

MORTgAgE WAS SoLd To GREEN TREE P.O. Box 6172, RApid ciTy, SD, 57709 - 6172. AccT, No. 6230854 20, ONCE - AgAiN DeBoR's MAdE MONEy. 4, I wiLL NoT BeLiTTE THE MATTER ANy FurTHER. I waNT To THANK THE courT ANd [strikethrough] HONoRABLE JudgE FoR THE opporTuNiTy To BE HEARd. No MATTER How EVERyTHiNg TuRNs ouT THANK you.

EXHiBiT, A          Joe R. Vargas
TAx BiLL,           213 U, ST,
WHAT House          BAKERSFiELd, CA.
is WoRTH            93304, TELE: 661-326
                    8896

CC: copy, MORRisoN ANd FosTER LLp, DEBoRERS ATToNEys, 1290 AVE oFTHE AMERiCAS, NEW YoRK, NEW YoRK 10104.
 KRAMER LEVIN NAFTALis ANd FRANKEL LLp, 1177 AVE oF THE AMERiCAS NEW YoRK, NEW YoRK, 10036



**Kern County Treasurer - Tax Collector**
1115 Truxtun Avenue, 2nd Floor, Bakersfield, CA 93301



Kern County Treasurer - Tax Collector

## 2013-2014 SECURED PROPERTY TAX BILL

**FOR FISCAL YEAR BEGINNING JULY 1, 2013 AND ENDING JUNE 30, 2014**

| ① BILL TYPE: | **2013-2014 SECURED** |
|---|---|

| ② | **PROPERTY ADDRESS - DESCRIPTION** |
|---|---|

213 U ST  BAKERSFIELD
1396    49

| PAY ONLINE: | **www.kcttc.co.kern.ca.us** |
|---|---|

**CURRENT OWNER**

VARGAS JOE R
213 U ST
BAKERSFIELD  CA  93304-3238

1834

**RETAIN THIS PORTION FOR YOUR RECORDS**

| ③ OWNER OF RECORD AS OF | 01/01/13 |
|---|---|

VARGAS JOE R

| ④ EVENT DATE | ⑤ BILL DATE |
|---|---|
| 01/01/13 | 09/11/13 |

HOMEOWNERS COPY - ORIGINAL SENT TO LENDER

| ⑥ BILL NO. | ⑦ ASSESSOR TAX NO. | ⑧ TRA | ⑨ 1st INSTALLMENT | + | ⑩ 2ⁿᵈ INSTALLMENT | = | ⑪ TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 2013-1007146-00-9 | | 001-505 | 428.19 | + | 428.18 | = | 856.37 |

| ⑫ YOUR TAX DISTRIBUTION | | | ⑬ YOUR TAX DISTRIBUTION | | |
|---|---|---|---|---|---|
| **TAXING AGENCY** | **RATE/PHONE #** | **TAX AMOUNT** | **TAXING AGENCY** | **RATE/PHONE #** | **TAX AMOUNT** |
| GEN LOCAL GOVT | 1.000000 | 336.22 | KCCD SRID 2002A | .002633 | .88 |
| KCWA ZN 7 DEBT | .029851 | 10.03 | KCCD SRID 02A RFD | .008439 | 2.83 |
| KCWA ZN 17 DEBT | .010705 | 3.59 | KCCD SRID 2002C | .001572 | .52 |
| KCWA ZN 19 DEBT | .016354 | 5.49 | BKFLD-GARBAGE CHG | 661-326-3114 | 181.52 |
| BKFLD SCH 93 RFD | .007810 | 2.62 | BKFLD SEWER PLT 2 | 661-326-3249 | 205.20 |
| BKFLD SCH 2006-A | .026071 | 8.76 | *KCSWMP LAND USE | 661-862-8823 | 82.89 |
| BKFLD SCH 2006-B | .002067 | .69 | KMVCD VECTOR ASMT | 661-589-2744 | 2.00 |
| KERN HIGH 2004B | .001555 | .52 | TOTAL | 1.144662 | 856.37 |
| KERN HIGH 2004C | .006116 | 2.05 | | | |
| KERN HIGH RF 2011 | .017217 | 5.78 | | | |
| KERN HIGH 2004-D | .001684 | .56 | | | |
| KERN HIGH RF 2012 | .001409 | .47 | | | |
| KERN HIGH RF 2013 | .011179 | 3.75 | | | |

| ⑭ VALUES | MINERAL | LAND | IMPROVEMENTS | OTHER IMPROVEMENTS | PERSONAL PROPERTY | EXEMPTIONS | ⑮ NET TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| 01/01/13 | 0 | 14,678 | 25,936 | 0 | 0 | H  7,000 | 33,614 |

TO PAY SECOND INSTALLMENT, SEND THIS STUB WITH YOUR PAYMENT
PLEASE DO NOT STAPLE, TAPE, OR WRITE ON STUBS.

MAIL CORRESPONDENCE TO: KCTTC TAXPAYER SERVICES CENTER
P.O. BOX 580  BAKERSFIELD, CA  93302-0580

YOUR CANCELLED CHECK IS
YOUR PROOF OF PAYMENT

| ⑯ BILL NO. | ⑰ ASSESSOR TAX NO. | ⑱ DUE DATE | ⑲ DELINQUENT AFTER |
|---|---|---|---|
| 2013-1007146-00-9 | | 02/01/14 | 04/10/14 |

☐ CHECK HERE IF CHANGE OF ADDRESS AND ENTER INFORMATION ON BACK

| ⑳ LATE PAYMENT WITH PENALTIES: |
|---|
| AFTER 04/10/14 PAY 480.99 |

**2013-2014 SECURED**

**Second Installment** **2**

VARGAS JOE R
HOMEOWNERS COPY

**KCTTC**
**Payment Center**
P.O. Box 541004
Los Angeles, CA 90054-1004

**MAKE CHECKS PAYABLE TO:**
Jackie Denney - KCTTC
OR
Pay Online
www.kcttc.co.kern.ca.us

**PAY THIS AMOUNT** **428.18**

PARTIAL PAYMENTS
NOT ACCEPTED

21310071460090000004281900000004281201312101000000000428180000000428120140410