# EXHIBIT D

**From:** Manion Katherine
**Sent:** Thursday, November 08, 2012 4:09 PM
**To:** stephanie.daniel@db.com
**Subject:** Portfolio CDS Trust 222_Confirmation_signed.pdf - Adobe Acrobat Standard

Hi Stephanie-
Thanks for returning my call.  As discussed, I work for Syncora, formerly known as XL Capital Assurance.  We insured (via credit default swap with DB) a re-remic transaction (DMSI RS3/cusip 25156VAA8).  A copy of the swap confirm is attached.

Two bonds within the re-remic have GMAC RFC as the master servicer.  They are the RALI transactions and cusips are 75115EAA1 and 75114TAD3.  Since GMAC RESCAP has filed bankruptcy, we are looking more closely at transactions where they have an active role.

Has DB taken a look at this? Are you filing a proof of claim,  and, if so, would you please send us a copy?

We also need copies of the Trust Agreement dated 9/28/07 and the 1st amendment to the trust agreement dated 11/16/07 which we do not appear to have.

Is this something you can help me with?  If not, can you point me in the right direction?

I am working remotely today, so please feel free to e-mail back or call me at 917-287-9860.  My office number is below.

Thank you.
Kate


Kate Manion
Surveillance & Research
Syncora Guarantee
135 West 50th Street
New York, NY  10020

212-478-3479

kate.manion@scafg.com