**JOHN P. DILLMAN, ESQ.**
Texas State Bar No. 05874400
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - *Telephone*
(713) 844-3503 – *Facsimile*
*Attorneys for Cleveland ISD*

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 12-12020 |
| RESIDENTIAL CAPITAL, LLC, ET AL., | § | |
| | § | Chapter 11 |
| *Debtors.* | § | Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the undersigned hereby enters a notice of change of address for **Payments**, on behalf of the CLEVELAND INDEPENDENT SCHOOL DISTRICT, Taxing Authority located in the State of Texas, specifically, to wit:

- All **correspondence** regarding property taxes should be changed and routed to Cleveland ISD. The address for all correspondences: Angelina County, PO Box 3064, Houston, Texas 77253.

- **All payments** regarding property taxes should be changed and routed to:

  **Cleveland Independent School District
  PO Box 1810
  Liberty, TX 77575**

- For property tax assistance, the taxpayer may visit any of the Tax Office branches located within Cleveland ISD or call (281) 592-8717. For online help, information may be available on the Tax Office web site at www.clevelandisd.org 24 hours a day.

Respectfully submitted,

/s/ John P. Dillman
**JOHN P. DILLMAN**
*Attorney in Charge for Taxing Authority*
Texas State Bar No. 05874400
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - *Telephone*
(713) 844-3503 - *Facsimile*
Email: houston_bankruptcy@lgbs.com

## Certificate of Service

    I herby certify that a true and correct copy of the foregoing was served electronically upon the entities listed below or by placing same in the United States Mail, first class postage fully prepared on even date. October 16, 2013

<u>Attorney for Debtor</u>
**Donald H. Cram**
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

<u>United States Trustee</u>
**United States Trustee**
201 Varick Street, Room 1006
New York, NY 10004

<u>Noticing Agent</u>
KCC, LLC
2335 Alaska Avenue
El Segundo, CA 90245

/s/ John P. Dillman
**John P. Dillman**