**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
**In re**                                                    :
                                                             :    **Case No. 12-12020 (MG)**
**RESIDENTIAL CAPITAL, LLC, et al.**,                        :
                                                             :    **Chapter 11**
                                                             :
            **Debtors.**                                     :    **Jointly Administered**
----------------------------------------------------------------------x

**NOTICE OF CHANGE OF FIRM AFFILIATION AND**
**ADDRESS OF COUNSEL FOR CITIMORTGAGE, INC.**

Please take notice that the firm affiliation and address of counsel for CitiMortgage, Inc. has changed to:

>    Andrew J. Petrie
>    Sarah B. Wallace
>    Ballard Spahr LLP
>    1225 Seventeenth Street, Suite 2300
>    Denver, Colorado  80202-5596
>    Telephone:  303-292-2400
>    Facsimile:  303-296-3956
>    petriea@ballardspahr.com
>    wallaces@ballardspahr.com

Dated: October 16, 2013
       Denver, Colorado

                                                      Respectfully submitted,

                                                      **BALLARD SPAHR LLP**

/s/ Andrew J. Petrie
Andrew J. Petrie (*pro hac vice*)
Sarah B. Wallace (*pro hac vice*)
1225 Seventeenth Street, Suite 22300
Denver, Colorado 80202-5596
Telephone: 303-292-2400
Facsimile: 303-296-3956
petriea@ballardspahr.com
wallaces@ballardspahr.com
*Attorneys for CitiMortgage, Inc.*