**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| **In re** | : |
| | : Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | : |
| | : Chapter 11 |
| | : |
| Debtors. | : Jointly Administered |

------------------------------------------------------------------------x

**NOTICE OF CHANGE OF FIRM AFFILIATION AND**
**ADDRESS OF COUNSEL FOR CITIMORTGAGE, INC.**

Please take notice that the firm affiliation and address of counsel for CitiMortgage, Inc. has changed to:

> Andrew J. Petrie
> Sarah B. Wallace
> Ballard Spahr LLP
> 1225 Seventeenth Street, Suite 2300
> Denver, Colorado  80202-5596
> Telephone:  303-292-2400
> Facsimile:  303-296-3956
> petriea@ballardspahr.com
> wallaces@ballardspahr.com

Dated: October 16, 2013
       Denver, Colorado

                                              Respectfully submitted,

                                              **BALLARD SPAHR LLP**

                                              /s/ Sarah B. Wallace
                                              Andrew J. Petrie (*pro hac vice*)
                                              Sarah B. Wallace (*pro hac vice*)
                                              1225 Seventeenth Street, Suite 22300
                                              Denver, Colorado 80202-5596
                                              Telephone: 303-292-2400
                                              Facsimile: 303-296-3956
                                              petriea@ballardspahr.com
                                              wallaces@ballardspahr.com
                                              *Attorneys for CitiMortgage, Inc.*