# *The Meyers Law Firm*

**1123 Broadway**
**Suite 301**
**New York, New York  10010**
Telephone **(212) 252-1212**
Facsimile **(212) 346-0867**

**GLENN R. MEYERS**

*Of Counsel*

**ALLAN S. MEYERS**

RESIDENTIAL CAPITAL, LLC
12-12020

October 16, 2013

**Re:**   **The Meyers Law Firm**
         **themeyerslawfirm@gmail.com**

Dear Sir or Madam:

Thank you for taking the time to read this letter.

Can you kindly take me off the email list for case number 12-12020.

The part of this case that my firm was involved in has been resolved and Stipulated.

The amount of email that I receive makes it very difficult for me to manage the rest of my cases.

My email address is themeyerslawfirm@gmail.com

Thank you,

Glenn R. Meyers