WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050
Paul R. DeFilippo
Randall R. Rainer
Fletcher W. Strong

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15 and 16, 2013, I caused (i) the Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of Claim # 7170 [Dkt. No. 5358], and (ii) the Declaration of Randall R. Rainer in Support of Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of Claim # 7170 of Syncora Guarantee Inc. [Dkt. No. 5359], respectively (collectively, the "Syncora Response") to be electronically filed with the Clerk of Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that copies of the Syncora Response also have been sent via electronic mail and/or overnight delivery to the parties listed on the annexed service list, as indicated.

Dated: October 16, 2013

                              WOLLMUTH MAHER & DEUTSCH LLP

                              By:      */s/ Fletcher W. Strong*
                                    Paul R. DeFilippo
                                    Randall R. Rainer
                                    Fletcher W. Strong

500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for Syncora Guarantee Inc.*

**Service List**

Ronit J. Berkovich, Esq.
Sara Coelho, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**[Email]**

J. Alexander Lawrence, Esq.
Alexandra Steinberg Barrage, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
**[Email & Federal Express]**

Tracy Hope Davis, Esq.
Linda A. Riffkin, Esq.
Brian S. Masumoto, Esq.
Office of the United States Trustee (S.D.N.Y.)
201 Varick Street, Suite 1006
New York, NY 10014
**[Federal Express]**

Eric H. Holder, Jr., Esq.
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
**[Federal Express]**

Nancy Lord, Esq.
Enid N. Stuart, Esq.
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
**[Federal Express]**

Joseph N. Cordaro, Esq.
Office of the U.S. Attorney (S.D.N.Y.)
One St. Andrews Plaza
New York, NY 10007
**[Federal Express]**

Richard M. Cieri, Esq.
Ray Schrock, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
**[Federal Express]**

Philip Bentley, Esq.
Kenneth Eckstein, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**[Email & Federal Express]**

Thomas Walper, Esq.
Seth Goldman, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
**[Federal Express]**

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016
**[Federal Express]**

George S. Canellos, Regional Director
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
**[Federal Express]**