UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re:                                                                    )
                                                                                 )    Case No. 12-12020 (MG)
                                                                                 )
RESIDENTIAL CAPITOL, LLC, et al.,                        )
                                                                                 )    CHAPTER 11
                    Debtors.                                            )
-----------------------------------------------------------)    Jointly Administered

### RESPONSE TO DEBTORS' FIFTIETH OMNIBUS OBJECTION SEEKING THE ENTRY TO DISALLOW AND/OR EXPUNGE ONE OR MORE CLAIMS (NO LIABILITY BORROWER CLAIMS- BOOKS AND RECORDS)

Now comes RAINER P. WARNER by and through its own counsel, hereby responds to the Debtors' *Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims-Books and Records)* seeking the entry of an order to disallow and or expunge one or more claims and states the Following:

1. After receiving this letter at first I was appalled that Residential Capitol would be trying to worm their way out of accepting their responsibility to the millions of people they had opted to scam and scandal out of their homes through accelerated forced foreclosure processes. I was extremely disappointed with this letter knowing that Residential Capitol not only made money on the PMI insurance, interest only, and the sale of the foreclosure, but to add insult to injury no matter how much pleading, how often false promises and hopes were displayed by Residential Capitol they sold the property for less than $58,000 dollars.

2. Liability not reflected in the Debtor's books and records; the unfortunate reality to that statement is neither was my note, (i) did Deutsche bank own the note prior to the foreclosure. (ii) There was not a date showing when the note was transferred. (iii) Did Residential Capitol/Deutsche establish a false document during the time of the foreclosure proceedings; but that did not stop Residential Capitol from foreclosing.

3. RESIDENTIAL CAPITOL, DEUTSCHE BANK, GMAC, and HOMECOMINGS, had too many departments and either department knew what was going on with the other. Just as my note could not be found why would it surprise the court that all of a sudden there isn't a record of liability.

RECEIVED OCT 15 2013 U.S. BANKRUPTCY COURT, SDNY

4. Specific factual and legal bases which I am relying in opposing the objection are outlined as follows:

(i) Answer filed initial foreclosure proceeding.
(ii) Cross Claim filed for general and special damages applicable by law $500,000.
(iii) Supplemental Claim for Financial Injury, Note, and Acceleration of Mortgage principal.

All documentation has been presented to, forwarded, or filed to the appropriate parties: RESIDENTIAL CAPITOL, DEUTSCHE BANK, GMAC, HOMECOMINGS, and INDEPENDENT FORECLOSURE REVIEW.

WHEREFORE, RAINER P. WARNER, requests that the Debtors' Objection to Claim be denied on the grounds that Claim should be paid out as described.

Respectfully submitted,

*[signature]*

RAINER P. WARNER
1180 FLINTLOCK AVE SE
PALM BAY, FL 32909
(Return any response to the above address)