## CERTIFICATE OF SERVICE

I certify that on October 9, 2013, copies of this Response were served by mailing the same by ordinary U.S. Mail, postage pre-paid, and/or via electronic mail to the persons listed below:

(i) Chambers of the Honorable Martin Glenn
Courtroom 501
One Bowling Green
New York, NY 10004

(ii) Morrison & Foerston LLP,
Counsel for the Debtors
ATTN: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. And Jordan A. Wishnew, Esq.
1290 Avenue of the Americas
New York, NY 10104

(iii) Kramer Levin Naftalis & Franklin LLP
Counsel for the official committee of unsecured creditors (**Committee**)
ATTN: Kenneth H. Eckstein, Esq. And Douglas H. Mannal, Esq.
1117 Avenue of the Americas
New York, NY 10036

(iv) Office of the United States Trustee for the Southern District of New York
ATTN: Tracy Hope Davis, Esq., Linda A Rifkin, Esq., and Brian S. Masumoto, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 100014

(v) Silverman Acampora LLP
Special council for the Committee
ATTN: Ronal J. Friedman, Esq.
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753