# LAW & ASSOCIATES, L.L.C.

## ATTORNEYS-AT-LAW

*One Penn Center at Suburban Station*
*1617 John F. Kennedy Boulevard*
*Suite 1055*
*Philadelphia, PA 19103*

Anthony J. Hom, Esquire*
Of Counsel

*Telephone: (215) 751-0500*
*Fax: (215) 751-0700*
*TMLaw50@verizon.net*

*Also admitted in NY

Tsiwen M. Law, Esquire

October 11, 2013

**SENT VIA FIRST CLASS U.S. MAIL**
The Honorable Martin Glenn
One Bowling Green, Courtroom 501
New York, NY 10004-1408

> **RE:**   United States Bankruptcy Court, Southern District of New York
> In re:  Residential Capital, LLC, et al.
> Case No. 12-12020 (NG) Chapter 11, Jointly Administered
> Our File No.: 00158-001

Dear Judge Glenn:

Please be advised that this office represents John Brooks and Gloria Brooks, the Claimants with respect to a Proof of Claim filed in the above-captioned bankruptcy. The correct Debtor should have been Residential Funding, LLC and I have enclosed an Amended Proof of Claim form addressed to the proper Debtor. I am in receipt of a Notice of a hearing on the Omnibus Objection to Claims which would re-designate my clients' Proof of Claim to Homecoming Financial, LLC, Case No.: 12-12042. Please be advised that Homecoming Financial, LLC was the Assignor of the mortgage loan to Residential Funding, LLC when my clients incurred their losses. It is their belief that they have no claim against Homecoming Financial, LLC; rather the claim should be properly lodged in the bankruptcy matter of Residential Funding, LLC at 12-12019. All actions taken against my clients which form the basis of their Proof of Claim were conducted by Residential Funding, LLC and its agent, GMAC. This is an unsecured claim. The current claim number is 3616. The Claimants now ask that their Proof of Claim be re-designated for Residential Funding, LLC at Case No.: 12-12019.

Very truly yours,

LAW & ASSOCIATES, L.L.C.

By: _____
    Tsiwen M. Law, Esquire

TML/le
Enclosure
cc:   All Counsel of Record
      John Brooks and Gloria Brooks (w/encls.)

RECEIVED
OCT 15 2013
U.S. BANKRUPTCY COURT, SDNY

## THIS IS A NOTICE REGARDING YOUR CLAIM.  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | Case No. 12-12020 (MG) |
|---|---|---|
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF HEARING ON THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (WRONG DEBTOR BORROWER CLAIMS)

### John Brooks and Gloria Brooks

| Proposed Claim(s) to be Redesignated | | | | Reason for Modification | Modified Debtor Designation |
|---|---|---|---|---|---|
| Claim No(s).; Date Filed | Asserted Debtor Name and Case No. | Classification | Amount | | Modified Debtor Name and Case No. |
| 3616  11/8/2012 | Residential Capital, LLC  12-12020 | Administrative Priority | N/A | Claim was filed against incorrect Debtor | Homecomings Financial, LLC  12-12042 |
| | | Administrative Secured | N/A | | |
| | | Secured | N/A | | |
| | | Priority | N/A | | |
| | | General Unsecured | $63,453.76 | | |

PLEASE TAKE NOTICE that, on September 20, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed their *Thirty-Eighth Omnibus Objection to Claims (Wrong Debtor Borrower Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The category of claim objection applicable to you is identified in the table above in the column entitled "**Reason for Modification**".

The Objection requests that the Bankruptcy Court redesignate one or more of your claims listed above under PROPOSED CLAIM(S) TO BE REDESIGNATED on the ground that

---

[1]   A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

RECEIVED SEP 3 0 2013

SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Ronald J. Friedman, Esq.

A hearing will be held on November 7, 2013 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

Whether or not the Bankruptcy Court redesignates your claim(s) listed above under PROPOSED CLAIM(S) TO BE REDESIGNATED, the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

**You may participate in a hearing telephonically provided that you comply with the Bankruptcy Court's instructions, which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.**

If you wish to view the complete Objection, you can do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.kccllc.net/rescap. If you have any questions about this notice or the Objection, or if you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Kurtzman Carson Consultants, LLC at (888) 926-3479. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:      September 20, 2013
            New York, New York

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION