In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | | Claims to be Disallowed and Expunged | | | | |
|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | Anaissa B Gerwald<br>12 Bluegrass Ln<br>Savannah, GA 31405 | 6866 | 06/19/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$469,098.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | BENNETT, SHELLI<br>10650 N FARM RD 141<br>BRIAN BENNETT<br>BRIGHTON, MO 65617 | 6853 | 05/28/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>BLANK Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | Dwayne Shepherd and Selina Shepherd<br>Michael A. Alfred, Esq. (SBN 113716)<br>7220 Trade Street, Suite 101<br>San Diego, CA 92121 | 6885 | 07/08/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$850,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | EUTON MCGREGOR<br>Attorney R. John Smith<br>P.O. Box 230839<br>New York, NY 10023-0014 | 7159 | 08/22/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$210,000.00 Secured<br>$0.00 Priority<br>$241,000.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 5 | Frederick Green<br>9493 Night Harbor Drive<br>Leland, NC 28451-9596 | 6848 | 05/03/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-FIRST OMNIBUS OBJECTION - LATE FILED CLAIMS (BORROWER CLAIMS)

| | | Claims to be Disallowed and Expunged | | | | |
|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 6 | Octavio Corona and Angelina Corona<br>630 W. Gardena Blvd<br>Gardena, CA 90247 | 6840 | 04/01/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$25,000.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 7 | Paul Anthony Corrado<br>8018 Quartz Ave<br>Winnetka, CA 91306 | 6855 | 06/03/2013 | $485,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 |
| 8 | Paul Anthony Corrado<br>8018 Quartz Ave<br>Winnetka, CA 91306 | 6856 | 06/03/2013 | $485,000.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 |
| 9 | Tanya Barber<br>3941 NW 174 Street<br>Miami Gardens, FL 33055 | 6881 | 07/26/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | Vicki Dillard Crowe<br>PO Box 37137<br>Ft Worth, TX 76127 | 6846 | 05/02/2013 | UNLIQUIDATED Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |