# EXHIBITS
# A, B, C, D, E 1&2

# AS MENTIONED IN MY OBJECTION
# TO DISMISS GMAC'S MOTION

## CASH FOR KEYS AGREEMENT

This Cash for Keys Agreement is entered into this day, *September 2, 2010*, by and between GMAC Mortgage and *Ramona Roberts and all others in possession*.

### RECITALS

In accordance with applicable law, a valid foreclosure sale of *3336 Parkside Dr Flint, MI 48503* took place on *03/03/2010*. Following the sale, GMAC Mortgage became the owner of the Property and is entitled to immediate restitution and possession.

### TERMS

In consideration of the above facts and agreements contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

A. GMAC Mortgage shall deliver payment to *Ramona Roberts* in the sum of **$2,000.00** to voluntarily vacate the Property on the condition that Occupants abide by **all** of the following provisions contained is this paragraph and its sub-parts:

1. Occupants and all other parties shall vacate the Property and remove all of their personal belongings prior to the appointment with a representative of GMAC Mortgage set for **12:00PM** on *9/03/2010*. Time is completely of the essence.

2. Occupants and all other parties shall leave the interior and exterior of the Property in clean condition, including, but not limited to:

    a. Floors swept and cleaned;
    b. Carpeting vacuumed;
    c. All trash and debris removed from the interior, exterior and curb of the Property.

3. Occupants and all other parties shall not remove from the Property any fixture. The term "fixture" is defined as a thing affixed/attached to the Property by means of cement, plaster, nails, bolts, screws or roots. Fixtures include, but are not limited to, light fixtures, built-in refrigerators, ovens, stoves, stove-top hoods, air conditioning units, water heaters, window coverings, wall to wall carpeting, sinks, kitchen and bathroom fixtures, doors, garage door openers and plants in the yard.

4. Occupants and all other parties shall turn over possession of the garage door opener(s) and all keys to the Property to the representative upon completion of the property inspection. Occupants approve GMAC Mortgage to remove any remaining debris/personals if left behind.

B. Provided Occupants adhere to all of the foregoing provisions in Section A, GMAC Mortgage shall deliver payment in the form of a check payable to *Ramona Roberts*, currently occupying *3336 Parkside Dr Flint, MI 48503*, in the sum of *$2,000.00*, immediately following an inspection of said property, starting promptly at *12:00PM* on *9/03/2010*. If any of the following provisions in Section A have not been met, the Cash for Keys Agreement is void.

C. Occupants acknowledge that in the event of any rescheduling of the property inspection where modification to the original agreement is required, a resulting change in the sum of monies payable to the Occupants may occur. Any rescheduling within 48 hours of the set appointment time or as a result of a missed or unsuccessful appointment will result in a $35 charge to the occupant, payable at the time of the inspection.

D. Occupants further acknowledge and understand that GMAC Mortgage shall continue its efforts to obtain possession of the Property until such time as Occupants and all other parties vacate the Property.

Occupants further acknowledge, understand and agree that GMAC Mortgage must receive **actual** notice of Tenant's written acceptance of the Agreement by 10:00 a.m. CST on *9/02/2010* for the Agreement to be valid and that without actual receipt this offer automatically expires at this date and time. **Please fax the signed agreement to Attn: Delia Lopez at Fax No. 1-866-571-1841.** Appointments will not be scheduled until GMAC Mortgage receives **actual** receipt of the signed agreement. Occupants further acknowledges that should conditions exist where GMAC Mortgage needs to cancel this agreement they may do so provided that at least 48 hours notice is provided to the occupant.

Occupants further release and discharge GMAC Mortgage and it's successors-in-interest, from any and all claims, demands and causes of action, including but not limited to rent, deposits or any other amounts due or which may be claimed to be due to Occupants from GMAC Mortgage, other than as required by this Agreement.

F. This Agreement contains the entire understanding between GMAC Mortgage and Tenants with regard to the facts and provisions set forth herein. It is expressly understood by the parties to this Agreement that there are no representations, warranties, agreements, oral or written, between or among the parties hereto relating to the subject matter of this Agreement which are not fully expressed herein.

G. This Agreement shall not be binding unless and until all parties have signed this Agreement.

H. This Agreement shall not be modified in any way except by in writing executed by all parties hereto.

IN WITNESS WHEREOF, the undersigned have executed this Agreement on the dates set forth below.

X_____    SS#_____    Date_____

**Ramona Roberts**: Occupant

3356 PARKSIDE DRIVE Flint, MI

SCHNEIDERMAN & SHERMAN, P.C., IS ATTEMPTING TO COLLECT A DEBT, ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT (248)539-7400 IF YOU ARE IN ACTIVE MILITARY DUTY.

MORTGAGE SALE -- Default has been made in the conditions of a mortgage made by RAMONA M. ROBERTS, AN UNMARRIED PERSON, to Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for lender and lender's successors and assigns,, Mortgagee, dated March 18, 2004, and recorded on March 31, 2004, in Document No. 200403310037280, Genesee County Records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of One Hundred Forty Thousand Six Hundred Twenty-One Dollars and Seven Cents ($140,621.07) including interest at 5.000% per annum.

Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue, Main Lobby of the Courthouse in Flint, Michigan at 11:00 AM o'clock, on October 14, 2009.

Said premises are located in Genesee County, Michigan and are described as:
LOT 176 WOODCROFT ESTATES, ACCORDING TO THE RECORDED PLAT THEREOF, AS RECORDED IN LIBER 16 OF PLATS, PAGE 1

More correctly described as LOT 176, WOODCROFT ESTATES NO. 1, ACCORDING TO THE RECORDED PLAT THEREOF, AS RECORDED IN LIBER 16 OF PLATS, PAGE 1.

The redemption period shall be 6 months from the date of such sale unless determined abandoned in accordance with 1948CL 600.3241a, in which case the redemption period shall be 30 days from the date of such sale.

Dated: September 11, 2009
Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for lender and lender's successors and assigns,
Mortgagee/Assignee

Schneiderman & Sherman, P.C.
23100 Providence Drive, Suite 450
Southfield, MI 48075

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

### NOTICE OF HEARING ON DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS)

**RAMONA M ROBERTS**

| Proposed Claim(s) to be Disallowed and Expunged ||||  Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 1948<br>10/29/12 | GMAC Mortgage, LLC | Administrative Priority | N/A | Liability Not Reflected in Debtors' Books and Records |
| | | Administrative Secured | N/A | |
| | | Secured | N/A | |
| | | Priority | N/A | |
| | | General Unsecured | $245,458.00 | |

PLEASE TAKE NOTICE that, on September 20, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed the *Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The basis for the claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

The Objection requests that the Bankruptcy Court expunge and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is a liability not reflected in the Debtors' books and records. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

Subj: **GMAC Loan Information on usaa.com Ending Feb. 1**
Date: 1/31/2013 3:56:42 P.M. Eastern Standard Time
From:
Reply-to:
To:

🔒 USAA SECURITY ZONE
Ramona
Roberts
USAA # ending in 5968

Dear Ms. Roberts,

Your GMAC mortgage account information will no longer be available on usaa.com beginning Feb. 1, 2013, due to recent actions in the GMAC Mortgage bankruptcy. No action is needed on your part.

If you have questions about your mortgage account, please continue to directly. Rest assured USAA Federal Savings Bank is here to help you if you experience an issue with your mortgage servicer during the life of your loan.

Sincerely,



Karen Mawyer
Assistant Vice President, Product Management
USAA Federal Savings Bank

Thursday, January 31, 2013 AOL: FLINTROBERTS

## Independent Foreclosure Review



**Important Notice:**
Your loan may be eligible for an Independent Foreclosure Review that may result in compensation or other remedy.
Please respond by April 30, 2012.

| | |
|---|---|
| Loan Number: | 0702034818 |
| Reference Number: | 1000369487 |

Property Address:
3336 Parkside Dr
Flint MI 48503

73425-03-V001-0009229
Ramona M Roberts
424 Townsend Dr Se
Huntsville AL 35811-8763

*If you have more than one mortgage account that meets the initial criteria for an independent review, you will receive a separate notice for each. You will need to submit a separate Request For Review Form for each account.*

**You are receiving this notice because the above property is or was active in the foreclosure process between January 1, 2009 and December 31, 2010.**

Si usted habla español, tenemos representantes que pueden asistirle en su idioma.

The Board of Governors of the Federal Reserve System and the Office of the Comptroller of the Currency (federal bank regulators) have required an **Independent Foreclosure Review** to identify customers who may have been financially injured as a result of errors, misrepresentations, or other deficiencies made during the foreclosure process. GMAC Mortgage servicing on behalf of USAA Federal Savings Bank's records indicate that your loan may meet the initial criteria:

- Your mortgage loan was active in the foreclosure process between January 1, 2009 and December 31, 2010.
- The property was your primary residence.

If you believe that you may have been financially injured, you may submit a Request for Review Form for an **Independent Foreclosure Review** by a consultant outside of GMAC Mortgage servicing on behalf of USAA Federal Savings Bank.

The **Independent Foreclosure Review** will not have an impact on your credit report or any other options you may pursue related to your foreclosure. If you filed a complaint about the foreclosure process prior to this independent review, you are still eligible to submit a Request for Review Form.

## The Review Process

**Step 1: Review the enclosed Request for Review Form.**
The form describes examples of situations that may have led to financial injury during the foreclosure process.

**Step 2: After reviewing the form, if you believe you may have been financially injured, complete and submit a Request for Review Form describing your situation.**
Return the completed form using the enclosed prepaid envelope by April 30, 2012.
You will be sent an acknowledgement letter within one week after your request is received.

**Step 3: Your request will be evaluated to confirm eligibility for the Independent Foreclosure Review.**
If your request meets the eligibility requirements, it will be reviewed by an independent consultant.

# Independent Foreclosure Review

September 28, 2012



**This letter is confirming your Request for Review has been received and is being reviewed.**

Reference Number: 1000369487

Property Address:

3336 Parkside Dr

Flint MI 48503

***** SINGLE PIECE
77419-00-V008-0004258-SIP-M3105
Ramona M Roberts
424 Townsend Dr Se
Huntsville AL 35811-8763

*Si usted habla español, tenemos representantes que pueden asistirle en su idioma.*

Dear Ramona M Roberts,

Many homeowners are concerned about the pace of the Independent Foreclosure Review. This letter is intended to let you know that the review you requested of your mortgage foreclosure as part of the Independent Foreclosure Review is in process.

**STATUS**   More than 220,000 people to date have asked for reviews. Each review has many steps and takes time—so it may be several more months before the results of your file review are available.

**PROCESS**   Independent consultants will carefully review your request and you will receive a letter about the findings when the review is finished. If the review shows an error by the servicer in your foreclosure that resulted in financial injury to you, the servicer will be required to compensate you for that financial injury, which may involve a payment or other remedy to you and any necessary correction of your record. General information about the review process is available by calling 1-888-952-9105.

*888-764 8867 - For GmAC*

**COMPENSATION**   The compensation or other remedy a homeowner may receive will depend on the type of error found in their file. You can find information about possible compensation at IndependentForeclosureReview.com/Remediation.aspx

**OTHER HELP**   If you need help with your mortgage now, you may talk to your loan servicer or contact a HUD-approved nonprofit organization that helps homeowners in distress. Information about HUD-approved nonprofit organizations that can provide free assistance is available at http://www.makinghomeaffordable.gov/get-started/housing-expert or by calling 1-888-995-HOPE (4673).

Your patience is appreciated as the independent consultants are working to review your request.

Sincerely,

Independent Review Administrator - Rust Consulting, Inc.