# PROOF OF THREE (3) REAL ESTATE PURCHASE OFFERS



Wells Fargo Home Mortgage
32300 Northwestern Hwy
Suite 115
Farmington Hills, MI 48334
248 865-1424 Office

November 09, 2009

Mr. Reginald G. Flynn
3696 Woodfield Parkway
Grand Blanc, MI 48439

Dear Mr. Flynn:

Thank you for contacting Wells Fargo Mortgage about our "Pre-Approved Mortgage" Program. You have been pre-approved for a 30 year fixed FHA Mortgage.

This pre-approval is based on the information we discussed. If any of this information has changed or is incorrect, please contact me at 810-625-5918, so I can update your pre-approval to ensure that you are buying the home you can afford.

The final loan amount will depend on an appraisal, the current interest rates, updating and verification of your worksheet information. We reserve the right to change our decision based on the above mentioned items.

A full application package must be completed and processed before a formal underwriting decision can be rendered. It is important to understand that this pre-approval does not constitute an interest rate commitment. Your pre-approval mortgage expires in 90 days.

Sincerely,

*Elmer B. Taylor*

Elmer Bailey Taylor
Home Mortgage Consultant
Wells Fargo Mortgage
810-953-4622
Elmer.B.Taylor@wellsfargo.com

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.



**THIS IS A LEGALLY BINDING CONTRACT. IF NOT UNDERSTOOD, SEEK LEGAL COUNSEL.**

faar
FlintHomes.net

## Flint Area Association of REALTORS® - Purchase Agreement

1. **AGENCY AGREEMENT** – The Buyer(s) are in receipt of the Agency Disclosure Form and acknowledge selecting the following agency representation with Selling Broker as marked below:

   ☐ Seller's Agent          ☒ Buyer's Agent          ☐ Transaction Coordinator
   ☐ Designated Seller's Agent   ☐ Designated Buyer's Agent   ☐ Dual Agent Representing both the Seller(s) and the Buyer(s)

2. **OFFER TO PURCHASE** – The undersigned, hereinafter known as "Buyer(s)" hereby agrees to purchase property listed with __C-21 PARK PLACE Ltd__ and purchased through __MARY TAYLOR REALTY__, the property commonly known as: __3336 PARKSIDE DR__   Zip: __48503__ and legally described as: __WOODCROFT ESTATES NO 1 LOT 176__

   (Property size and square footage of all structures located herein are approximate and not guaranteed.) Tax I.D. # __25-40-23-351-019__ and located in the ☒ City ☐ Village ☐ Township of __FLINT__, County of __GENESEE__, Michigan. Purchaser accepts all existing building and use restrictions, deed restrictions, easements and zoning ordinances, if any, and to pay therefore, the sum of __One-Hundred-Fifty-Nine-Thousand——————00/100__ dollars ($ __159,000.00__ ).

3. **TERMS OF PURCHASE** – As indicated by "X" below, (other unmarked terms do not apply). Payment of the cash portion of the purchase price is to be a cashier's check or certified funds.

   ☒ **Cash Sale:** The full purchase price upon the delivery of a recordable Warranty Deed conveying title in the condition provided for herein. Funds to be verified on or before _____, payable in the form of a cashier's check or certified funds.

   ☒ **New Mortgage:** The full purchase price upon the delivery of a recordable Warranty Deed conveying title in the condition provided for herein. Contingent upon property appraising for a minimum of sales price, if required and Buyer(s)'s ability to obtain a __Conventional__ mortgage, at no cost to the Seller(s) unless agreed to in writing, amortized for no less than __30__ years, in the amount of _____ % of purchase price, which Buyer(s) agrees to make written application by (Date) __11/13/09__, at __5:00__ (AM/PM).

   In the event that the Buyer(s) does not make written application for financing by the date provided above, the Seller(s) may terminate this agreement by written notification to the Buyer(s).

   Buyer(s) to provide Seller(s) with a written *mortgage commitment* (Definition: In regards to the loan applied for, the Lender has examined and underwritten the loan regarding the Buyer(s)'s credit, income, reserves, and qualifying ratios.) by (Date) __11/27/09__, at __5:00__ (AM/PM). In the event Buyer(s) does not provide the Seller(s) with a written mortgage commitment by the date provided above, the Seller(s) may terminate this agreement by a written notice to the Buyer(s).

   Buyer(s) to provide Seller(s) with a written *clear to close* (Definition: All approval conditions have been satisfied, the loan is approved and funds are available to close.) by (Date) __12/16/09__, at __5:00__ (AM/PM). In the event Buyer(s) does not provide the Seller(s) with a written clear to close by the date provided above, the Seller(s) may terminate this agreement by a written notice of termination to the Buyer(s).

   Buyer(s) hereby authorizes their lender to disclose all material facts regarding loan information to the Listing and Selling REALTORS® that are involved in this transaction.    Buyer(s) Initials __BF__ __DF__

   Any extensions to the above time frames must be in writing and agreed to by both parties to be valid.



**faar**
FlintHomes.net

THIS IS A LEGALLY BINDING CONTRACT. IF NOT UNDERSTOOD, SEEK LEGAL COUNSEL.

## Flint Area Association of REALTORS® - Purchase Agreement

1. **AGENCY AGREEMENT** – The Buyer(s) are in receipt of the Agency Disclosure Form and acknowledge selecting the following agency representation with Selling Broker as marked below:

☐ Seller's Agent    ☐ Buyer's Agent    ☐ Transaction Coordinator
☐ Designated Seller's Agent    ☐ Designated Buyer's Agent    ☒ Dual Agent Representing both the Seller(s) and the Buyer(s)

2. **OFFER TO PURCHASE** – The undersigned, hereinafter known as "Buyer(s)" hereby agrees to purchase property listed with _CENTURY 21 PARK PLACE_ and purchased through _CENTURY 21 PARK PLACE_, the property commonly known as _3336 PARKSIDE DR., FLINT MI_ Zip: _48503_ and legally described as: _WOODCROFT ESTATES NO1 LOT 176_

(Property size and square footage of all structures located herein are approximate and not guaranteed.) Tax I.D. # _25-40-23-351-019_ and located in the ☒ City ☐ Village ☐ Township of _FLINT_, County of _GENESEE_, Michigan. Purchaser accepts all existing building and use restrictions, deed restrictions, easements and zoning ordinances: if any, and to pay therefore, the sum of _ONE HUNDRED SIXTY FIVE THOUSAND_ dollars ($ _165,000_ ).

3. **TERMS OF PURCHASE** – As indicated by "X" below, (other unmarked terms do not apply). Payment of the cash portion of the purchase price is to be a cashier's check or certified funds.

☐ **Cash Sale:** The full purchase price upon the delivery of a recordable Warranty Deed conveying title in the condition provided for herein. Funds to be verified on or before _____, payable in the form of a cashier's check or certified funds.

☒ **New Mortgage:** The full purchase price upon the delivery of a recordable Warranty Deed conveying title in the condition provided for herein. Contingent upon property appraising for a minimum of sales price, if required and Buyer(s)'s ability to obtain a _CONV._ mortgage, at no cost to the Seller(s) unless agreed to in writing, amortized for no less than _30_ years, in the amount of _80_ % of purchase price, which Buyer(s) agrees to make written application by (Date) _3/5/20/0_ at _5:00_ (AM/PM).

In the event that the Buyer(s) does not make written application for financing by the date provided above, the Seller(s) may terminate this agreement by written notification to the Buyer(s).

Buyer(s) to provide Seller(s) with a written *mortgage commitment* (Definition: In regards to the loan applied for, the Lender has examined and underwritten the loan regarding the Buyer(s)'s credit, income, reserves, and qualifying ratios.) by (Date) _3-30_ at _____ (AM/PM). In the event Buyer(s) does not provide the Seller(s) with a written mortgage commitment by the date provided above, the Seller(s) may terminate this agreement by a written notice to the Buyer(s).

Buyer(s) to provide Seller(s) with a written *clear to close* (Definition: All approval conditions have been satisfied, the loan is approved and funds are available to close.) by (Date) _TBD_, at _____ (AM/PM). In the event Buyer(s) does not provide the Seller(s) with a written clear to close by the date provided above, the Seller(s) may terminate this agreement by a written notice of termination to the Buyer(s).

Buyer(s) hereby authorizes their lender to disclose all material facts regarding loan information to the Listing and Selling REALTORS® that are involved in this transaction.    Buyer(s) Initials _KS_ _DG_

Any extensions to the above time frames must be in writing and agreed to by both parties to be valid.

To Whom It May Concern,

This letter is to inform you that Taher Alwaji has an account with Chase Bank; he has had the account since April of 2007. The account has a balance of $139000.00.

Darcey Dunsmore

Assistant Branch Manager
Beecher Heights
Ph 810-785-7261

JPMORGAN CHASE BANK N.A.
BEECHER HEIGHTS
G-5491 N. SAGINAW ST.
FLINT, MI 48505