# DEBTS INCURRED FROM WRONGFUL FORECLOSURE BY GMAC

 

**THIS IS A LEGALLY BINDING CONTRACT. IF NOT UNDERSTOOD, SEEK LEGAL COUNSEL.**
**Flint Area Association of REALTORS® - Purchase Agreement**

1. **AGENCY AGREEMENT** – The Buyer(s) are in receipt of the Agency Disclosure Form and acknowledge selecting the following agency representation with Selling Broker as marked below:

   ☐ Seller's Agent           ☒ Buyer's Agent            ☐ Transaction Coordinator
   ☐ Designated Seller's Agent ☐ Designated Buyer's Agent ☐ Dual Agent Representing both the Seller(s) and the Buyer(s)

2. **OFFER TO PURCHASE** – The undersigned, hereinafter known as "Buyer(s)" hereby agrees to purchase property listed with _C-21 PARK PLACE LTD_ and purchased through _GERHOLZ REALTY RA/LTD_, the property commonly known as: _3336 PARKSIDE DR. FLINT, MI_ Zip: _48503_
   and legally described as: _WOODCROFT ESTATES NO 11 Lot 176_
   (Property size and square footage of all structures located herein are approximate and not guaranteed.) Tax I.D.# _25-42-23-351-019_____, and located in the • City • Village • Township
   of _FLINT_, County of _GENESEE_, Michigan. Purchaser accepts all existing building and use restrictions, deed restrictions, easements and zoning ordinances, if any, and to pay therefore, the sum of _One Hundred And Thirty Five Thousand_ / _ONE HUNDRED FIFTY THOUSAND_ _100_ dollars ($ ~~135,000~~ _150,000_). Payment of the cash portion of

3. **TERMS OF PURCHASE** – As indicated by "X" below, (other unmarked terms do not apply). Payment of the cash portion of the purchase price is to be a cashier's check or certified funds.

   ☒ **Cash Sale**: The full purchase price upon the delivery of a recordable Warranty Deed conveying title in the condition provided for herein. Funds to be verified on or before _____, payable in the form of a cashier's check or certified funds.
   **BANK STATEMENT IS INCLUDED.**

   ☐ **New Mortgage**: The full purchase price/upon the delivery of a recordable Warranty Deed conveying title in the condition provided for herein. Contingent upon property appraising for a minimum of sales price, if required and Buyer(s)'s ability to obtain a _____ mortgage, at no cost to the Seller(s) unless agreed to in writing, amortized for no less than _____ years, in the amount of _____ % of purchase price, which Buyer(s) agrees to make written application by _____ (Date) _____, at _____ (☐AM, ☐PM).

   In the event that the Buyer(s) does not make written application for financing by the date provided above, the Seller(s) may terminate this agreement by written notification to the Buyer(s).

   Buyer(s) to provide Seller(s) with a written *mortgage commitment* (Definition: In regards to the loan applied for, the Lender has examined and underwritten the loan regarding the Buyer(s)'s credit, income, reserves, and qualifying ratios) by _____ (Date) _____, at _____ (☐AM, ☐PM). In the event Buyer(s) does not provide the Seller(s) with a written mortgage commitment by the date provided above, the Seller(s) may terminate this agreement by a written notice to the Buyer(s).

   Buyer(s) to provide Seller(s) with a written *clear to close* (Definition: All approval conditions have been satisfied, the loan is approved and funds are available to close.) by _(Date)_____, at _____ (☐AM, ☐PM). In the event Buyer(s) does not provide the Seller(s) with a written clear to close by the date provided above, the Seller(s) may terminate this agreement by a written notice of termination to the Buyer(s).

   Buyer(s) hereby authorizes their lender to disclose all material facts regarding loan information to the Listing and Selling REALTORS® that are involved in this transaction.   Buyer(s) Initials _____

   Any extensions to the above time frames must be in writing and agreed to by both parties to be valid.

   Initial ___/___

   (6/14)

   Page 1 of 6

**DEBTS INCURRED FOR 3336 PARKSIDE DRIVE, FLINT, MICHIGAN DUE TO GMAC & USAA BEING DELATORY, PREJUDICE, AND DECEITFUL in the sale of my home:**

**HOUSE SOLD IN FORECLOSURE FOR $147,209**
   **AMOUNT I OWED:**      137,403

**Profit by GMAC:**      **$ 9,806**

**PROPERTY UPKEEP FOR PROMISED SHORT SALE (1/2009 – 9/2010):**
   **Monthly Expenses:**

| | |
|---|---|
| Homeowners Insurance | 5019 |
| Appraisal | 350 |
| POD STORAGE | 3228 |
| Security - ADT | 2205 |
| Neighborhood Watch | 1116 |
| Comcast (TX/ADT) | 1218 |
| Lawn Service | 1680 |
| Snow Removal | 2100 |
| Utilities/Water | 12917/525 |
| Atty. Fee | 500 |
| Supplies for Sale | 230 |
| Repairs for Sale | 313 |
| Refinance Fee | 758 |
| **Total** | **$ 32159** |

Meetings with Atty. & Realtor: Re House:

| | |
|---|---|
| 379 | Air |
| 289 | Hotel |
| 258 | Car Rental |
| 60 | Parking |
| **Total** | **$ 986** |

**Meetings Re: Keys for House**

23

| | |
|---|---|
| $ 2000 | Money for Keys |
| 507 | Hotel, Food & Travel |

Total                              $ 2507

Equity taken by deceit    $200,000

**TOTAL GMAC & USAA OWES:**        $ 245,458.00

\*\*\* And for such other Relief as this Review Board deems just and fair.

Respectfully submitted,

*/s/ Ramona M. Roberts/*

Ramona M. Roberts
424 Townsend Drive S.E.
Huntsville, Alabama  35811

(810) 240-4914

24