Wendy Alison Nora  
310 Fourth Avenue South, Suite 5010  
Minneapolis, Minnesota 55415  
Telephone (612) 333-4144  
Facsimile (608) 497-1026  

Hearing Date: November 7, 2013  
Hearing Time: 2:00 p.m. EST  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

In re:

Residential Capital, LLC *et al.,*  
            Debtors

Chapter 11  
Case No. 12-12020 (MG)  
Administratively Consolidated  

DECLARATION IN SUPPORT OF  
RESPONSE TO DEBTORS' OBJECTION TO  
NORA PROOFS OF CLAIM #1 IN THE COURT REGISTRY OR #2 IN  
THE PRIVATE CLAIMS REGISTRY OPERATED BY KURTZMAN CARSON, LLC  
(KCC, LLC) AND #440 IN THE KCC, LLC PRIVATE CLAIMS REGISTRY  
(NOTICE: THIS MOTION IS NOT TO BE DETERMINED BY  
JUDGE MARTIN GLENN WHO HAS DISPLAYED EXTREME BIAS AND PREJUDICE  
AGAINST THE MOVANT BY THREATENING HER WITH BODILY SEIZURE AND  
REMOVAL FROM THE COURT PROCEEDINGS ON OCTOBER 9, 2013 WITHOUT  
PROBABLE CAUSE, REVOKED HER PRO HAC VICE ADMISSION WITHOUT NOTICE  
AND OPPORTUNITY TO BE HEARD, FILED A SUBSEQUENT SUA SPONTE ORDER TO  
SHOW CAUSE *POST FACTO* PURPORTING TO ACCORD THE OPPORTUNITY FOR  
HEARING ON THE PRO HAC VICE ADMISSION AFTER THE REVOCATION THEREOF  
WITHOUT CAUSE OR HEARING, ON FALSE AND FICTITIOUS GROUNDS AND UPON  
A PATTERN OF CONDUCT IN THESE PROCEEDINGS WHICH HAS ESCALATED TO  
THE POINT OF COMPLETE EXPOSURE OF JUDGE GLENN'S ACTUAL BIAS AGAINST  
THE RIGHTS OF HOMEOWNERS TO BE HEARD IN THESE PROCEEDINGS, WHICH  
RIGHTS ARE DESCRIBED BY JUDGE GLENN AS "*RIGHTS, IF ANY*"[1]  
(ALL RIGHTS RESERVED)  

Wendy Alison Nora declares under penalty of perjury under 28 USC sec. 1746 that the

---

[1] See Order to Show Cause Why Pro Hac Vice Admission of Wendy Alison Nora Should Not Be Revoked (Doc. 5330) dated October 10, 2013 at page 5, ¶1 which provides that the "rights, if any," of homeowner clients, who she represented prior to the October 9, 2013 *sua sponte* revocation of the *pro hac vice* admission, should be addressed in her Response to the *post facto rule nisi* proceedings initiated *sua sponte* by Judge Glenn after he displayed extreme prejudice against this Claimant and her clients.

facts stated in her Response to the Debtors' Objection to her Proofs of Claims#1 and #440 are true and correct to the best of her knowledge, information and belief and that she created the attached Exhibit A by cutting and pasting the data published on the Papas Claim #242 and Nora Claims on the KCC, LLC website on October 7, 2013 into a word processing document because the published data could not be saved in text or PDF format from the website.

Dated at Madison, Wisconsin this 19th day of October, 2013.

_____
Wendy Alison Nora

# EXHIBIT A

7/2/2012    242    Paul N. Papas II    $10,000,000,000.00
Secured    Residential Capital, LLC    12-12020    The Claim is Not Properly Asserted Against Rescap, and The Claim is Not Supported by Sufficient Documentation

5/18/2012    2    Wendy Alison Nora    $10,000,000,000.00
General Unsecured    Residential Capital, LLC    12-12020    The Claims are Barred by the Judgments Against Nora in the Wisconsin Litigatio, The Rooker-Fledman Doctrine Applies, and The Claims are Defective as Pleadings    N    IMAGE
(2661 k)
8/29/2012    440    Wendy Alison Nora    $119,000.00    Secured
Residential Funding Company, LLC    12-12019    The Claims are Barred by the Judgments Against Nora in the Wisconsin Litigatio, The Rooker-Fledman Doctrine Applies, and The Claims are Defective as Pleadings    N