Timothy T. Brock, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
 (212) 818-9200

*Local Counsel to:*

Barry S. Glaser, Esq.
STECKBAUER WEINHART, LLP
333 S. Hope Street, 36th Floor
Los Angeles, California 90071
(213) 229-2868

*Attorneys for Los Angeles County Treasurer and Tax Collector*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al*. | Chapter 11 |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Barry S. Glaser, request admission *pro hac vice*, before the Honorable Martin Glenn, to represent the County of Los Angeles Treasurer and Tax Collector, a creditor and party in interest in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of California, the bar of the U.S. District Courts for the Central, Northern, Southern and Eastern Districts of California and the District of Hawaii.  I am also admitted to the Ninth Circuit Court of Appeals.

I have submitted the filing fee of $200 with this motion for pro hac vice admission.

1791595_1

Dated: October 21, 2013
       Los Angeles, California

      /s/ Barry S. Glaser
Barry S. Glaser, Esq.
STECKBAUER WEINHART, LLP
333 S. Hope Street, 36th Floor
Los Angeles, California 90071
Tel: (213) 229-2868
Fax: (213) 229-2870
Email: bglaser@swjlaw.com

*Attorneys for Los Angeles County Treasurer
and Tax Collector*

-2-

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al*.<br><br>Debtors. | Case No.: 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Barry S. Glaser, to be admitted *pro hac vice*, before the Honorable Martin Glenn, to represent the County of Los Angeles Treasurer and Tax Collector, a creditor and party in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, the bar of the U.S. District Courts for the Central, Northern, Southern and Eastern Districts of California, and the District of Hawaii, and is also admitted to the Ninth Circuit Court of Appeals; it is hereby

**ORDERED**, that Barry S. Glaser, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October,    2013

MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

1791597_1