**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

Writer's Direct Contact
+1 (212) 468.8043
CKerr@mofo.com

October 21, 2013

**BY E-MAIL**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 5th Floor
New York, New York 10004

      Re:    *In re Residential Capital, LLC, et al.*,
                **Bankruptcy Case No. 12-12020 (MG) (Bankr. S.D.N.Y.)**

Dear Judge Glenn:

      This firm represents the debtors and debtors in possession (collectively, the "Debtors") in the above-referenced jointly administered Chapter 11 cases (the "Chapter 11 Cases").

      The Debtors and the Official Committee of Unsecured Creditors in these Chapter 11 Cases, as plan proponents, have agreed to extend the time to object to the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4153] (the "Plan") to certain parties as set forth below, so that the parties can continue discussions in an effort to achieve a consensual resolution of certain Plan issues. Pursuant to the *Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of Plan, and (VI) Granting Related Relief* [Docket No. 4809], the deadline to object to the Plan was set as October 21, 2013 at 4:00 p.m. (ET).

**MORRISON | FOERSTER**

Page Two

| **Party** | **Deadline to Object** |
|---|---|
| Ad Hoc Group of Junior Secured Noteholders | October 22, 2013 at 12:00 midnight (ET) |
| Ocwen | October 23, 2013 at 5:00 p.m. (ET) |
| Fortress Investment Group | October 23, 2013 at 5:00 p.m. (ET) |
| Deutsche Bank | October 23, 2013 at 5:00 p.m. (ET) |
| RESPA Plaintiffs | October 23, 2013 at 5:00 p.m. (ET) |
| Allstate Insurance Company | October 23, 2013 at 5:00 p.m. (ET) |
| Department of Justice | October 28, 2013 at 5:00 p.m. (ET) |
| National Association of Attorneys General | October 28, 2013 at 5:00 p.m. (ET) |

**MORRISON | FOERSTER**

Page Three

      If Your Honor or a member of Your Honor's staff should have any questions with respect to the foregoing, please feel free to contact me at (212) 468-8043.

      Respectfully submitted,

      /s/Charles L. Kerr

      Charles L. Kerr

**MEMORANDUM ENDORSED**
**SO ORDERED**.

Dated: October 21, 2013
      New York, York

      _____/s/Martin Glenn_____
      MARTIN GLENN
      United States Bankruptcy Judge

cc:    Gary S. Lee, Esq. (*Via* E-mail: GLee@mofo.com)
       Lorenzo Marinuzzi, Esq. (*Via* E-mail: LMarinuzzi@mofo.com)
       J. Alexander Lawrence, Esq. (*Via* E-mail: Alawrence@mofo.com)
       Kenneth Eckstein, Esq. (*Via* E-mail: KEckstein@kramerlevin.com)
       Douglas Mannal, Esq. (*Via* E-mail: DMannal@kramerlevin.com)
       Jay M. Goffman, Esq. (*Via* E-mail: Jay.Goffman@skadden.com)
       Julie Lanz, Esq. (*Via* E-mail: JLanz@skadden.com)
       Mark McDermott, Esq. (*Via* E-mail: Mark.McDermott@skadden.com)
       Jeannette Vargas, Esq. (*Via* E-mail: Jeannette.Vargas@usdoj.gov)
       Joseph Cordaro, Esq. (*Via* E-mail: Joseph.Cordaro@usdoj.gov)
       David S. Cohen, Esq (*Via* E-mail: dcohen@milbank.com)
       Daniel M. Perry, Esq. (*Via* E-mail: dperry@milbank.com)
       Jennifer DeMarco, Esq. (*Via* E-mail: Jennifer.DeMarco@CliffordChance.com)
       Michael S. Etkin, Esq. (*Via* E-mail: metkin@lowenstein.com)
       Richard Owens, Esq. (*Via* E-mail: Richard.Owens@lw.com)