# **CERTIFICATE OF SERVICE**

      I, Alan M. Root, hereby certify that on October 21, 2011, I caused a copy of the following document to be served on the parties listed on the attached service list in the manner indicated.

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF PNC MORTGAGE, A DIVISION OF PNC BANK, NA TO THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

      */s/ Alan M. Root*
      Alan M. Root (DE No. 5427)

131832.01441/40209069v.1

**Via Hand Delivery**
Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

**Via Hand Delivery**
Chambers of the Honorable Martin Glenn
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

*Via E-Mail*
 *(Debtors)*
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York  10104
Attn: Gary Lee, Lorenzo Marinuzzi & Todd Goren
Lewis.Kruger@gmacrescap.com
glee@mofo.com
lmarinuzzi@mofo.com
tgoren@mofo.com

**Via Hand Delivery**
Office of the United States Trustee
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Brian Masumoto & Michael Driscoll

*Via E-Mail*
 *(Creditors' Committee)*
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York, 10036
Attn: Kenneth H. Eckstein, Douglas H. Mannal
& Stephen D. Zide
keckstein@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com

**Via Hand Delivery**
Ally Financial, Inc.
1177 Avenue of the Americas
New York, NY 10036
Attn: William B. Solomon and Timothy Devine

**Via E-Mail**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Richard M. Cieri & Ray C. Schrock
richard.cieri@kirkland.com
 ray.schrock@kirkland.com