Caren Wilson                                      Hearing Date: November 19, 2013
633 Sunset Lane                                   Hearing Time: 10:00 a.m. EST
Culpeper, Virginia 22701                          Response Deadline: October 21, 2013
Telephone (540) 522–0777                                           4:00 p.m. EDT


## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

Residential Capital, LLC *et al.,*               Chapter 11
               Debtors               Case No. 12-12020 (MG)
                                                 Administratively Consolidated


## JOINDER IN
## OBJECTION OF WENDY ALISON NORA TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN
## AND DECLARATION OF CAREN WILSON
### (NOTICE: THIS OBJECTION IS NOT TO BE DETERMINED BY JUDGE MARTIN GLENN WHO HAS DISPLAYED EXTREME BIAS AND PREJUDICE AGAINST THE MOVANT BY THREATENING HER ATTORNEY WITH BODILY SEIZURE AND REMOVAL FROM THE COURT PROCEEDINGS ON OCTOBER 9, 2013 WITHOUT PROBABLE CAUSE, REVOKED HER PRO HAC VICE ADMISSION WITHOUT NOTICE AND OPPORTUNITY TO BE HEARD, FILED A SUBSEQUENT SUA SPONTE ORDER TO SHOW CAUSE *POST FACTO* PURPORTING TO ACCORD THE OPPORTUNITY FOR HEARING ON THE PRO HAC VICE ADMISSION AFTER THE REVOCATION THEREOF WITHOUT CAUSE OR HEARING, ON FALSE AND FICTITIOUS GROUNDS AND UPON A PATTERN OF CONDUCT IN THESE PROCEEDINGS WHICH HAS ESCALATED TO THE POINT OF COMPLETE EXPOSURE OF JUDGE GLENN'S ACTUAL BIAS AGAINST THE RIGHTS OF HOMEOWNERS TO BE HEARD IN THESE PROCEEDINGS, WHICH RIGHTS ARE DESCRIBED BY JUDGE GLENN AS "*RIGHTS, IF ANY*"[1]
### (ALL RIGHTS RESERVED)

---

[1] See Order to Show Cause Why Pro Hac Vice Admission of Wendy Alison Nora Should Not Be Revoked (Doc. 5330) dated October 10, 2013 at page 5, ¶1 which provides that the "rights, if any," of homeowner clients, who she represented prior to the October 9, 2013 sua sponte revocation of the pro hac vice admission, should be addressed in her Response to the post facto rule nisi proceedings initiated sua sponte by Judge Glenn after he displayed extreme prejudice against this Claimant and her clients.

Caren Wilson, holder of KCC, LLC Proof of Claim #4754 amended by Claim #19 in this

Court's Claims Registry and renumbered by KCC, LLC as its Claim #7181 and joins in the

Objection of Wendy Alison Nora to the Confirmation of the Debtors' Chapter 11 Plan and

declares, under penalty of perjury pursuant to 28 USC sec. 1746; further declares that the factual

statements describing the prejudicial conduct of Judge Martin Glenn on October 9, 2013 are true

and correct, according to her observation and understanding of the events of that day; further

declares that Exhibit A attached to the Nora Objection is a true and complete copy of the mailing

she received from the Debtors on September 4, 2013; further declares that she received no earlier

request for information pertaining to Proof of Claim #4754; and further declares that the factual

statements pertaining specifically to her case in the Nora Objection to the Confirmation of

Debtors' Chapter 11 Plan are true and correct to the best of her knowledge, information and

belief.

Dated at Culpeper, Virginia this 20th day of October, 2013.

Caren Wilson

2