REED SMITH LLP
Eric A. Schaffer
David M. Schlecker
Mark D. Silverschotz
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-561-5450

*Counsel for Wells Fargo Bank, N.A., in its capacities as first priority collateral agent, third priority collateral agent, and collateral control agent*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
RESIDENTIAL CAPITAL, LLC, et al.,                              :    Case No. 12-12020 (MG)
                                                               :    Jointly Administered
                                Debtors.                       :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 21st day of October, 2013, a true and correct copy of the ***Objection of Wells Fargo Bank, N.A., in its Capacities as First Priority Collateral Agent, Third Priority Collateral Agent, and Collateral Control Agent, to Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors***, was caused to be served in the manners indicated on the Notice Parties set forth below, as that term is defined in the Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for

- 2 -

Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief [Doc. No. 4809].

| | |
|---|---|
| Dated: October 21, 2013<br>New York, New York | REED SMITH LLP<br><br>*/s/ Eric A. Schaffer*<br>Eric A. Schaffer<br>David M. Schlecker<br>Sarah K. Kam<br>Mark D. Silverschotz<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: 212-521-5400<br>Facsimile: 212-561-5450<br><br>*Counsel for Wells Fargo Bank, N.A., in its capacities as first priority collateral agent, third priority collateral agent, and collateral control agent* |

## NOTICE PARTIES

| | |
|---|---|
| Residential Capital LLC<br>Lewis Kruger, CRO<br>c/o Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Email:  Lewis.Kruger@gmacrescap.com<br><br>*Debtors*<br><br>***VIA ELECTRONIC MAIL*** | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn:   Gary Lee<br>           Lorenzo Marinuzzi<br>           Todd Goren<br>Email:  glee@mofo.com<br>Email:  lmarinuzzi@mofo.com<br><br>*Counsel for Debtors*<br><br>***VIA ELECTRONIC MAIL*** |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn:   Kenneth H. Eckstein<br>           Douglas H. Mannal<br>           Stephen D. Zide<br>Email:  keckstein@kramerlevin.com<br>Email:  dmannal@kramerlevin.com<br>Email:  szide@kramerlevin.com<br><br>*Counsel to the Official Committee of Unsecured Creditors*<br><br>***VIA ELECTRONIC MAIL*** | Ally Financial, Inc.<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn:   William B. Solomon<br>           Timothy Devine<br><br>***VIA U.S. FIRST CLASS MAIL*** |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Attn:   Richard M. Cieri<br>           Ray C. Schrock<br>Email:  Richard.cieri@kirkland.com<br>Email:  ray.schrock@kirkland.com<br><br>*Counsel to Ally Financial, Inc.*<br><br>***VIA ELECTRONIC MAIL*** | Office of the United States Trustee<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY  10014<br>Attn:   Brian Masumoto<br>           Michael Driscoll<br>Email:  Brian.Masumoto@usdoj.gov<br>Email:  Michael.Driscoll@usdoj.gov<br><br>***VIA ELECTRONIC MAIL*** |