**WINSTON & STRAWN LLP**
James Donnell (jdonnell@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Nathan P. Lebioda (nlebioda@winston.com)
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for WFNBA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 21, 2013, copies of the documents listed below was served on the parties on Exhibit A by the court's ECF system and electronic mail.

1. LIMITED OBJECTION OF WFBNA TO CONFIRMATION OF JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS [DOCKET NO.    ];
2. DECLARATION OF JAMES DONNELL IN SUPPORT OF LIMITED OBJECTION OF WFBNA TO CONFIRMATION OF JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS [DOCKET NO.    ]

/s/ Denise A. Cunsolo
Denise A. Cunsolo

EXHIBIT A

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Email:  Lewis.Kruger@gmacrescap.com
           Glee@mofo.com
           Lmarinuzzi@mofo.com
           Tgoren@mofo.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email:  Keckstein@kramerlevin.com
           Dmannal@kramerlevin.com
           Szide@kramerlevin.com

Ally Financial, Inc.
c/o Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Email:  Richard.cieri@kirkland.com
           Ray.schrock@kirkland.com

U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Email:  Brian.masumoto@usdoj.gov
           Michael.driscoll@usdoj.gov