| | |
|---|---|
| Amish R. Doshi, Esq.<br>**Magnozzi & Kye, LLP**<br>23 Green Street, Suite 302<br>Huntington, New York 11743<br>Tel: (631) 923-2858<br>E-Mail: adoshi@magnozzikye.com | Hearing Date: November 19, 2013 at 10:00 AM<br>Objection Date: October 21, 2013 |

**Attorneys for Oracle America, Inc.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC.,** *et al.*, | ) | **Case No. 12-12020 (MG)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF SUFFOLK | ) |

      I, Cathy Vrachnas, am over the age of 18 and am not a party to the within matter; my business address is: 23 Green Street, Suite 302, Huntington, New York 11743.

      On October 21, 2013, I served the certain document entitled as **Oracle's Limited Objection And Rights Reservation Regarding Joint Chapter 11 Plan Proposed By Residential Capital, LLC, et al., And The Official Committee Of Unsecured Creditors** on the interested parties listed on the attached Service List by either email and first class mail upon the parties listed on the attached Service List by the method listed below their names.

      With respect to email delivery, I served the aforementioned documents by attaching a copy of the document in an email and sending same to the email addresses listed in the attached Service List.

      With respect to first class mail, I served the aforementioned document by enclosing same in an envelope addressed as set forth in the attached Service List, to be deposited in an official depository of the United States post office located in Huntington, NY with proper pre-paid postage thereon.

      In addition, the parties entitled to notice via the Court's CM-ECF system were sent an email notification of such filing by the Court's system.

      I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Dated: October 21, 2013
       Huntington, New York

                                                    /s/   Cathy Vrachnas
                                                  Cathy Vrachnas

Sworn to before me this
21st day of October 2013

     /s/ Amish R. Doshi
Notary Public

       Amish R. Doshi
  Notary Public, State of New York
      No. 002D06020785
    Qualified in Queens County
Commission Expires March 8, 2015

## SERVICE LIST

| | |
|---|---|
| Residential Capital, LLC<br>(Debtors)<br>Attn: Lewis Kruger, CRO<br><br>E-Mail: Lewis.kruger@gmacrescap.com<br><br>By E-mail Only | Morrison & Foerster LLP<br>(Debtors' Attorneys)<br>Attn:   Gary S. Lee. Esq.<br>          Lorenzo Marinuzzi, Esq.<br>          Todd Goren, Esq.<br><br>E-Mail: glee@mofo.com<br>          lmarinuzzi@mofo.com<br>          tgoren@mofo.com<br><br>By E-Mail Only |
| Kramer Levin Naftalis & Frankel LLP<br>(Creditors' Committee Counsel)<br>Attn:   KennethH. Eckstein, Esq.<br>          Douglas H. Mannal, Esq.<br>          Stephen D. Zide, Esq.<br><br>E-Mail: keckstein@kramerlevin.com<br>          dmannal@kramerlevin.com<br>          szide@kramerlevin.com<br><br>By E-mail Only | Kirkland & Ellis<br>(Attorneys for Ally Financial, Inc.)<br>Attn: Richard M. Cieri<br>        Ray C. Schrock<br>E-Mail: Richard.cieri@kirkland.com<br>          Ray.schrock@kirkland.com<br><br>By E-Mail Only |
| Brian Masumoto, Esq.<br>Linda Rifkin, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10006<br><br>By Mail Only | William B. Soloman<br>Timothy B. Devine<br>Ally Financial, Inc.<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>By Mail Only |