UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | * |
| RESIDENTIAL CAPITAL, LLC, et al., | * Case No. 12-12020 (MG) |
| Debtors | * Chapter 11 |
| | * Jointly Administered |

REPLY TO OBJECTION TO CLAIMS
(49th Omnibus Objection—No Liability Borrower Claims—Books and Records)

Bonnie Bonita Rose, through counsel, hereby replies to the Objection to her claim as follows:

Attached hereto and incorporated herein by reference is a true and correct copy of an Adversary Proceeding filed against Debtor GMAC, among others, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, in this claimant's Chapter 13 case. (In re: Bonnie Bonita Ray, Bankruptcy case No. 11-69542-crm, Adversary Proceeding No. 11-05566). This Adversary Proceeding remains pending. Also, attached is a copy of the Proof of Claim at issue.

The Debtor's objection at bar is not well taken and should be overruled.

This 21st day of October, 2013.

(SIGNATURE ON THE NEXT PAGE)

Respectfully submitted,

_____
George M. Geeslin
Georgia Bar No. 288725

Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305-7036
Phone (404) 841-3464
Fax (404) 816-1108
geeslingm@aol.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | * |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | * |
| | * Case No. 12-12020 (MG) |
| Debtors | * |
| | * Chapter 11 |
| | * |
| | * Jointly Administered |
| | * |

## **CERTIFICATE OF SERVICE**

I certify that I have this day served the person listed below with a copy of the within and foregoing **REPLY TO OBJECTION TO CLAIMS (49th Omnibus Objection—No Liability Borrower Claims—Books and Records),** by depositing a copy of same in the United States Mail, adequate postage affixed thereto to:

> Honorable Martin Glenn
> Courtroom 501
> One Bowling Green
> New York, NY  10004
>
> Gary S. Lee, Esq.
> Norman S. Rosenbaum, Esq.
> Jordan A. Wishnew, Esq.
> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, NY  10104
>
> Kenneth H. Eckstein, Esq.
> Douglas H. Mannal, Esq.
> Kramer Levin Naftalis & Frangel LLP
> 1117 Avenue of the Americas
> New York, NY  10036
>
> Tracy Hope Davis, Esq.
> Linda A. Riffkin, Esq.
> Brian S. Masumoto, Esq
> United States Trustee for the

Southern District of New York
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014

Ronald J. Friedman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

This 21st day of October, 2013.

Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305-7036
Phone (404) 841-3464
Fax (404) 816-1108
geeslingm@aol.com

George M. Geeslin
Georgia Bar No. 288725