# EXHIBIT 2

**EXHIBIT 2**

## Tom Beko

| | |
|---|---|
| From: | Bashford, David H. [dbashford@babc.com] |
| Sent: | Friday, August 05, 2011 10:40 AM |
| To: | 'Tom Beko' |
| Cc: | Simmons, Avery |
| Subject: | GMAC/Longoni: Information Required by Paragraph 4 of 7/29/11 Order |

Tom:

This firm will be representing Residential Asset Mortgage Products, Inc. ("RAMPI") in these proceedings. All correspondence should be directed to this office, but the address/incorporation information required by Paragraph 4 of the 7/29/11 order is as follows:

> State of Incorporation:
> Delaware
>
> Registered Agent:
> Corporation Service company
> 2711 Centerville Road, Suite 400
> Wilmington, Delaware 29808

In addition, the following is provided for informational purposes in an effort to satisfy the court's request in Paragraph 4 and, although provided in good faith belief of the accuracy thereof, shall not be a substitute for proper evidence provided in the form of documentation, testimony or verified discovery responses (in addition, the documents referenced herein speak for themselves and are the best evidence of their meaning, purpose and effect): The trust into which the loan at issue was deposited by RAMPI is identified as "RAMP 2005 EFC 7." The documentation showing assignment of the loan passing from RFC to RAMPI is the Assignment and Assumption Agreement (previously produced). The Pooling and Servicing Agreement (previously produced) governs the trust, including without limitation the following: (a) RAMPI's deposit of the loan (among many others) into the trust, including "without recourse assignment of all right, title and interest" in the deposited loans, (b) RAMPI received certificates for the trust in exchange for depositing loans into the trust; and (c) the trustee for "RAMP 2005 EFC 7" is U.S. Bank National Association.

I believe that the above, as well as the amended discovery responses and supplemental production already made, satisfy my clients' responsibilities under Paragraph 4 of the 7/29/11 order.

Please let me know if you have questions or wish to further discuss.

Thanks.
David

---

**David Hill Bashford**
*Partner*

**Bradley Arant Boult Cummings LLP**
**Bank of America Corporate Center**
100 North Tryon Street -- Suite 2690
Charlotte, North Carolina 28202

Direct Phone 704-338-6001

1

Office Phone 704-338-6000
Mobile Phone 704-562-9204
Direct Fax   704-338-6097
Office Fax  704-332-8858
Email  dbashford@babc.com



BRADLEY ARANT
BOULT CUMMINGS

This email may contain attachments in Microsoft Office 2007, which creates Word documents with the extension ".docx" instead of just *"doc." The following is a link to Microsoft's website for a free compatibility download, which enables anyone using earlier versions of Microsoft Office to open documents created using Microsoft Office 2007.
http://www.microsoft.com/downloads/details.aspx?FamilyID=941b3470-3ae9-4aee-8f43-c6bb74cd1466&DisplayLang=en

This message and any attachments may contain confidential information protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error and delete it. Thank you.

**From:** Tom Beko [mailto:tbeko@etsreno.com]
**Sent:** Thursday, August 04, 2011 6:17 PM
**To:** Bashford, David H.
**Subject:** Longoni

David:

In preparing our proposed report to the Court, I'd like to indicate that you have complied with Paragraph 4 of the Minute Order (Doc 80). Can you please get me the following information. The true, legal name of the company, the type of business organization that it is, where it is incorporated or formed, the location of its principal place of business and its agent for acceptance of service of process if you cannot accept service for the entity. Also, I'd request that you identify for me the same information about the trust which you identified as "2005EFC7." In this regard, I'd certainly like to see the documents which created this trust.

ERICKSON, THORPE &
SWAINSTON, LTD.

Thomas P. Beko, Esq.
Erickson, Thorpe & Swainston, Ltd.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Phone: (775) 786-3930
Fax: (775) 786-4160
tbeko@etsreno.com

This electronic communication and any attachments are confidential and may be the subject of legal professional privilege. If you are not the intended recipient any use, disclosure or duplication of this communication is unauthorized. If you have received this transmission in error, notify the sender immediately via telephone, email or facsimile and delete this document from your computer in its entirety.



*Please consider the environment before printing this e-mail.*

2