UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF REJECTION OF EXECUTORY
### CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on January 3, 2013, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order (the "Procedures Order") authorizing the Debtors to implement expedited procedures for the rejection of one or more executory contracts and unexpired leases in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). A copy of the Procedures Order is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide notice of the intent to reject the contracts and leases identified below.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to this Notice must be filed with the Court and served so that it is actually received by the following parties not less than fourteen (14) days after the date this Notice is filed: (i) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Lorenzo Marinuzzi and Samantha Martin); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto, Esq.); (iii) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas New York, NY 10036, (Attn: Kenneth H. Eckstein and Douglas H. Mannal); and (iv) counsel to Ally Financial, Inc., Kirkland & Ellis, 601 Lexington Avenue, New York, New York 10022 (Attn: Ray C. Schrock, Stephen E. Hessler, and Craig A. Bruens) (the "Objection Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, if no written objection is filed and served in accordance with the terms of the Procedures Order, the following contracts and leases will be rejected pursuant to 11 U.S.C. § 365(a), effective as of the date set forth in the chart below, or, if no such date is set forth, the date this Notice is filed with the Court; provided, however, that the effective date of the rejection of a contract or lease shall not occur until the later of: (i) the date the Debtors file and serve this Notice; (ii) the date the Debtors surrender the premises under a lease for non-residential real property, if applicable, by notifying the affected landlord in writing of the Debtors' surrender of the premises and turning over the keys, key

codes and security codes, if any, to the affected landlord, and (iii) the Collection Deadline,[1] if applicable, expires (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Notice is timely filed and received, and not withdrawn or otherwise resolved, the Debtors shall schedule a hearing on such objection and provide at least seven (7) calendar days' notice of such hearing to the objecting party and the Objection Notice Parties. If the Court ultimately upholds the Debtors' determination to reject the applicable contract or lease, then the contract or lease shall be deemed rejected (i) as of the Rejection Date, or (ii) as otherwise determined by the Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any contract or lease, you must submit a proof of claim for damages arising from such rejection, if any, to Kurtzman Carson Consultants,[2] the Court-approved claims processing agent, on or before the later of (i) the deadline for filing proofs of claim established by the Court in the Chapter 11 Cases or (ii) forty-five (45) days after the filing of this Notice. A proof of claim form will be available at www.kccllc.net. If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for rejection damages arising from the rejection of the above-referenced lease or contract.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtor has deposited funds with a contract or lease counterparty as a security deposit or other arrangement, the counterparty may not set off or otherwise use such deposit without the prior authority of the Court or agreement between the counterparty and the Debtors.

| | |
|---|---|
| New York, New York<br>Dated: October 21, 2013 | /s/ Gary S. Lee<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Samantha Martin<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to the Debtors<br>and Debtors in Possession* |

---

[1] If the Debtors indicate herein their intention to abandon personal property that is (i) subject to a true lease, and (ii) located at a premises that is the subject of this Notice, the automatic stay shall be deemed modified to permit the respective personal property lessor to retrieve such abandoned property within seven (7) days of the date following the filing of this Notice (the "Collection Deadline").

[2] Claims should be sent to the following address:
   ResCap Claims Processing Center, c/o KCC
   2335 Alaska Ave.
   El Segundo, CA 90245

2

ny-1107381

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Rejection Date** |
|---|---|---|---|---|---|
| 1 | GMAC Mortgage, LLC | ACE Risk Evaluations | PO BOX 823461 Philadelphia, PA 19182-3461 | Agreement relating to Underwriting & Quality Control Services dated October 26, 2009 | October 21, 2013 |
| 2 | GMAC Mortgage, LLC | Advantage Building & Facility Services, LLC | 901 South Bolmar Street, Building III West Chester, PA 19382 | Vendor Agreement or Statement of Work, dated February 22, 2010 | October 21, 2013 |
| 3 | GMAC Mortgage, LLC | Aircastle Mortgage Services, LLC | P. O. Box 106 Fort Worth, TX 76101 | Statement of Work for Document Retrieval Services, dated January 16, 2008 | October 21, 2013 |
| 4 | GMAC Mortgage, LLC | Aircastle Mortgage Services, LLC | P. O. Box 106 Fort Worth, TX 76101 | Master Agreement – Document Retrieval Services dated September 22, 2005 | October 21, 2013 |
| 5 | GMAC Mortgage, LLC | Aircastle Mortgage Services, LLC | P. O. Box 106 Fort Worth, TX 76101 | Master Agreement - Document Retrieval Services, dated September 22, 2005 | October 21, 2013 |
| 6 | GMAC Mortgage, LLC | Allonhill | 1515 Arapahoe St. Tower 3, Suite 400 Denver, CO 80202 | Master Agreement for Allon Hill and GMACM, dated August 22, 2012 | October 21, 2013 |
| 7 | Residential Funding Company, LLC | Ambac Assurance Corporation | 1500 Main Street Suite 1000 Springfield, MD 01115 | Cross-Collateralization Agreement of Residuals - Pooling and Servicing Agreement, dated May 3, 2004 | October 21, 2013 |
| 8 | Residential Funding Company, LLC | Analysts International | 3602 West 76th Street, Suite 600, Minneapolis MN 55435 | Work Order - Staff Augmentation, dated September 21, 2005 | October 21, 2013 |
| 9 | Residential Funding Company, LLC | Babson Capital Management | 1500 Main Street Suite 1000 Springfield, MD 01115 | Data Sharing Agreement, dated June 22, 2006 | October 21, 2013 |

---

[3] This chart identifies each debtor only by its current name. To the extent a contract was executed by Residential Capital Corporation, GMAC Mortgage Corporation, or Residential Funding Corporation, the Debtor will be identified here as Residential Capital, LLC, GMAC Mortgage, LLC, or Residential Funding Company, LLC, respectively. In addition, references in the chart to "GMAC-RFC" may refer to either of Residential Funding Company, LLC or GMAC Mortgage, LLC, as the case may be.

[4] For the avoidance of doubt, rejection of an amendment or a statement of work constitutes rejection of the entire agreement.

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Rejection Date** |
|---|---|---|---|---|---|
| 10 | Residential Funding Company, LLC | Bear, Stearns & Co Inc. | 383 Madison Avenue Suite 2700 New York, NY 10179 | Data Sharing Agreement, dated February 6, 2006 | October 21, 2013 |
| 11 | GMAC Mortgage, LLC | Bottomline Technologies | 124 N First Ave Arcadia, CA 91006 | Software License Agreement, dated June 30, 2005 | October 21, 2013 |
| 12 | GMAC Mortgage, LLC | Cross Country Home Services Inc. | 1625 NW 136th Ave Ste 2000 Fort Lauderdale, FL 33323 | Marketing Collection Agreement Amendment 4, dated May 22, 2003 | October 21, 2013 |
| 13 | GMAC Mortgage, LLC | Cross Country Home Services Inc. | 9062 Old Annapolis Rd. Columbia, MD 21045 | Vendor Agreement or Statement of Work – Confidentiality Agreement, dated July 22, 1999 | October 21, 2013 |
| 14 | GMAC Mortgage, LLC | Cross Country Home Services Inc. | 9062 Old Annapolis Rd. Columbia, MD 21045 | Marketing Collection Agreement- First Amendment, dated January 3, 2000 | October 21, 2013 |
| 15 | GMAC Mortgage, LLC | Cross Country Home Services Inc. | 9062 Old Annapolis Rd. Columbia, MD 21045 | Amendment to Marketing/Collections Agreement, dated January 3, 2000 | October 21, 2013 |
| 16 | Homecomings Financial, LLC | Del Mar Database Professional Services | 6165 Greenwich Drive, Suite 200 San Diego, CA 92122 | Vendor Agreement or Statement of Work, dated May 18, 2004 | October 21, 2013 |
| 17 | Residential Funding Company, LLC | Docucorp International | 5910 N. Central Expwy, Suite 800 Dallas TX 75206-5140 | Master Software License Agreement, effective as of September 14, 2004 | October 21, 2013 |
| 18 | Residential Funding Company, LLC | Docucorp International | 5910 N. Central Expwy, Suite 800 Dallas TX 75206-5140 | Application Services Provider Agreement, dated as of September 14, 2004 | October 21, 2013 |
| 19 | GMAC Mortgage, LLC | Emmet Marvin & Martin, LLP | 120 Broadway Fl 32 New York, NY 10271-3291 | Data Security and Privacy Terms to enable GMAC-RFC to meet its obligations under the Safeguards Rule, effective as of May 13, 2004 | October 21, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|---|---|---|---|---|---|
| 20 | Homecomings Financial, LLC | Fisher Law Group | 9440 Pennsylvania Avenue, Upper Marlboro, MD 20772 | Data Security and Privacy Terms, dated May, 13, 2004 | October 21, 2013 |
| 21 | GMAC Mortgage Corporation | GBH Communications, Inc. | 540 West Colorado Street Glendale, CA 91204 | Audio and Video Communication Equipment Master Agreement, dated September 05, 2007 | October 21, 2013 |
| 22 | GMAC Mortgage, LLC | Genpact International | 40 Old Ridgebury Rd., 3rd Floor Danbury, CT 06810 | Service Order with Genpact for ResCap Consumer Lending Back Office Services, dated as of August 22,2011 | October 21, 2013 |
| 23 | GMAC Mortgage, LLC | Genpact International | 40 Old Ridgebury Rd., 3rd Floor Danbury, CT 06810 | Change Order for end to end loan processing services, dated October 04, 2012 | October 21, 2013 |
| 24 | GMAC Mortgage, LLC | Genpact International | 40 Old Ridgebury Rd., 3rd Floor Danbury, CT 06810 | Change order 1 to the consumer lending SOW, dated September 23, 2011 | October 21, 2013 |
| 25 | GMAC Mortgage, LLC | Green Team Lawn Care | 2613 Fander Dr. Cedar Falls, IA 50613 | Statement of Work for Landscaping & Lawn Care Services, dated April 01, 2009 | October 21, 2013 |
| 26 | GMAC Mortgage, LLC | Green Team Lawn Care | 2613 Fander Dr. Cedar Falls, IA 50613 | Statement of Work for Lawn Care Services for Waterloo, Iowa property, dated October 20, 2009 | October 21, 2013 |
| 27 | GMAC Mortgage, LLC | Green Team Lawn Care | 2613 Fander Dr. Cedar Falls, IA 50613 | Statement of Work for Landscaping & Lawn Care Services, dated April 01, 2009 | October 21, 2013 |
| 28 | GMAC Mortgage, LLC | Green Team Lawn Care | 2613 Fander Dr. Cedar Falls, IA 50613 | Statement of Work for Lawn Care Services for Waterloo, Iowa property, dated October 01, 2008 | October 21, 2013 |
| 29 | GMAC Mortgage, LLC | Harmon Law Offices | 150 California St. Newton, MA 24610389 | Statement of Work to Master Service Agreement | October 21, 2013 |

ny-1107381

5

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|---|---|---|---|---|---|
| 30 | GMAC Mortgage, LLC | Indecomm Holding Incorporated | 200 Middlesex Essex Turnpike Suite 102 Iselin, NJ 08830 | Amendment 1 to Lien Release SOW, dated January 1, 2011 | October 21, 2013 |
| 31 | GMAC Mortgage, LLC | Indecomm Holding Incorporated | 200 Middlesex Essex Turnpike Suite 102 Iselin, NJ 08830 | SOW for Loan Modification Title Search and Recording Services, dated January 27, 2011 | October 21, 2013 |
| 32 | GMAC Mortgage, LLC | Indecomm Holding Incorporated | 200 Middlesex Essex Turnpike Suite 102 Iselin, NJ 08830 | Amendment to Assign from GMAC Mortgage to GMAC Inc., dated April, 01, 2010 | October 21, 2013 |
| 33 | GMAC Mortgage, LLC | Indecomm Holding Incorporated | 200 Middlesex Essex Turnpike Suite 102 Iselin, NJ 08830 | Statement of Work for supplier to populate Loan Disclosure Data Field form, dated May 1, 2012 | October 21, 2013 |
| 34 | GMAC Mortgage, LLC | Indecomm Holding Incorporated | 200 Middlesex Essex Turnpike Suite 102 Iselin, NJ 08830 | Amended and Restated SOW, dated June 14, 2012 | October 21, 2013 |
| 35 | GMAC Mortgage, LLC | Indecomm Holding Incorporated | 200 Middlesex Essex Turnpike Suite 102 Iselin, NJ 08830 | Vendor Agreement or Statement of Work | October 21, 2013 |
| 36 | GMAC Mortgage, LLC | Indecomm Holding Incorporated | 200 Middlesex Essex Turnpike Suite 102 Iselin, NJ 08830 | First Amendment to Master Servicing Agreement, dated June 18, 2012 | October 21, 2013 |
| 37 | Residential Funding Company, LLC | Knight-Ridder Business Information Services | 75 Wall Street New York. NY 10006 | Subscription Schedule- Knight-Ridder to provide the Basic Services, Optional Services and Equipment, dated March 31,1995 | October 21, 2013 |
| 38 | Executive Trustee Services, LLC | LPS Mortgage Processing Solutions | PO BOX 809007 CHICAGO, IL 60680-9007 | Vendor Agreement or Statement of Work, dated November 28, 2012 | October 21, 2013 |
| 39 | Executive Trustee Services, LLC | LPS Portfolio Solutions, LLC | 601 Riverside Ave., Building 5, 2nd Floor Jacksonville, FL 32204 | Confidentiality or Non-Disclosure Agreement, dated December 28, 2012 | October 21, 2013 |

ny-1107381

6

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Rejection Date** |
|---|---|---|---|---|---|
| 40 | Executive Trustee Services, LLC | LPS Portfolio Solutions, LLC | 601 Riverside Ave., Building 5, 2nd Floor Jacksonville, FL 32204 | Master Software License Agreement, dated May 12, 2006 | October 21, 2013 |
| 41 | Executive Trustee Services, LLC | LPS Portfolio Solutions, LLC | 601 Riverside Ave., Building 5, 2nd Floor Jacksonville, FL 32204 | Confidentiality or Non-Disclosure Agreement, dated January 28, 2013 | October 21, 2013 |
| 42 | Executive Trustee Services, LLC | LPS Portfolio Solutions, LLC | 601 Riverside Ave., Building 5, 2nd Floor Jacksonville, FL 32204 | Confidentiality or Non-Disclosure Agreement, dated November 28, 2012 | October 21, 2013 |
| 43 | Homecomings Financial, LLC | McDowell Riga | 46 W Main Street Maple Shade, NJ 08052 | Data Security and Privacy Terms, dated May 12, 2004 | October 21, 2013 |
| 44 | Homecomings Financial, LLC | McDowell Riga | 46 W Main Street Maple Shade, NJ 08052 | Data Security and Privacy Terms, dated November 01, 2006 | October 21, 2013 |
| 45 | GMAC Mortgage, LLC | MGIC Investor Services Corporation | 250 E Kilbourn Ave, Milwaukee, WI 53202 | Amendment to the Agreement for Unclosed Loan Underwriting Review, dated July 20, 2007 | October 21, 2013 |
| 46 | GMAC Mortgage, LLC | Mortgage Delivery Specialists LLC | 161 W Wisconsin Ave, Suite 2H Pewaukee, WI 53072 | Statement of Work for GSE Data Extract, dated January 05, 2011 | October 21, 2013 |
| 47 | Residential Funding Company, LLC | National City Mortgage Co. | 3232 Newark Drive Miamisburg, OH 45342 | Original Non-Disclosure Agreement for National City's Review of Application Scan, dated January 19, 2005 | October 21, 2013 |
| 48 | Residential Funding Company, LLC | National City Mortgage Co. | 3232 Newark Drive Miamisburg, OH 45342 | Non-Disclosure Agreement, dated as of October 11, 2002 | October 21, 2013 |
| 49 | Homecomings Financial, LLC | NEOPOST | 29200 Northwestern Hwy, Ste 170 Southfield, MI 48034 | Master Agreement, dated November 01, 2005 | October 21, 2013 |
| 50 | GMAC Mortgage, LLC | Parametric Technology Corporation | 1201 7th Street Moline, IL 61244 | Amendment 2 - Software License Agreement, dated as of March 4, 2008 | October 21, 2013 |

ny-1107381

7

12-12020-mg    Doc 5421    Filed 10/21/13    Entered 10/21/13 22:21:06    Main Document
Pg 8 of 10

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Rejection Date** |
|---|---|---|---|---|---|
| 51 | GMAC Mortgage, LLC | Partners Services | 2250 Terminal Road Roseville, MN 55113 | Carpet cleaning services for Eden Prairie and Minneapolis properties, dated March 01, 2009 | October 21, 2013 |
| 52 | Residential Funding Company, LLC | Pershing LLC | One Pershing Plaza Jersey City, NJ 07398 | Bloomberg Integrator/Trading System Agreement, dated September 21, 2009 | October 21, 2013 |
| 53 | Residential Funding Company, LLC | PGP Corporation | 3460 West Bayshore Road Palo Alto, CA 94303 | Vendor Agreement or Statement of Work | October 21, 2013 |
| 54 | GMAC Mortgage, LLC | Pitney Bowes Software, Inc. | PO Box 911304 Dallas, TX 75391-1304 | Amendment to Database License Agreement, dated September 12, 2012 | October 21, 2013 |
| 55 | GMAC Mortgage, LLC | Pulse Marketing | 3310 W Big Beaver RD Suite 138 Troy, MI 48084 | Vendor Agreement or Statement of Work, dated July 09, 2010 | October 21, 2013 |
| 56 | Residential Funding Company, LLC | R.J. O'Brien | 222 South Riverside Plaza Ste. 900 Chicago, IL 60606 | Institutional Account Agreement, dated February 07, 2003 | October 21, 2013 |
| 57 | GMAC Mortgage, LLC | Reisenfeld & Associates | 3962 Red Bank Rd. Cincinnati, OH 45227 | Attorney Engagement Agreement (Foreclosure), dted 02/15/2012 | October 21, 2013 |
| 58 | GMAC Mortgage, LLC | Reisenfeld & Associates | 3962 Red Bank Rd. Cincinnati, OH 45227 | Engagement Letter for direct sourcing for foreclosure and bankruptcy, dated March 12,2007 | October 21, 2013 |
| 59 | Residential Funding Company, LLC | Risk Management Solutions, Inc. | 250 Harry Lane Blvd Knoxville, TN 37923 | Amendment Number 1 to RiskExec Subscription Agreement, dated June 15, 2006 | October 21, 2013 |
| 60 | GMAC Mortgage, LLC | Signature Consultants, Inc. | 2200 W Coml Blvd Ste 207 Fort Lauderdale, FL 33309 | Vendor Agreement or Statement of Work, dated June 25, 2003 | October 21, 2013 |
| 61 | GMAC Mortgage, LLC | South & Associates | 6363 College Blvd Suite 100 Overland Park, KS 66211 | Attorney Engagement Agreement (Foreclosure), dated February 14, 2012 | October 21, 2013 |
| 62 | GMAC Mortgage, LLC | South & Associates | 6363 College Blvd Suite 100 Overland Park, KS 66211 | Engagement Letter, dated January 10, 2007 | October 21, 2013 |

8
ny-1107381

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Rejection Date** |
|---|---|---|---|---|---|
| 63 | Homecomings Financial, LLC | Sprint Communications Company L.P. | 6391 Sprint Parkway Overland Park, KS 66251-2525 | Fourth Amendment to Sprint Custom Service Agreement, dated November 12, 2012 | October 21, 2013 |
| 64 | GMAC Mortgage, LLC | Standard & Poor's | 2542 Collection Center Drive, Chicago, IL 60693 | Rating Services Engagement Agreement, dated April 20, 2012 | October 21, 2013 |
| 65 | GMAC Mortgage, LLC | StreetLinks National Appraisal Services | 2114 Central Street Suite 600 Kansas City, MO 64108 | Vendor Agreement or Statement of Work, dated December 03, 2010 | October 21, 2013 |
| 66 | Residential Funding Company, LLC | Street Software Technology, Inc. | 230 Park Avenue Suite 1544 New York, NY 10169 Attn: Beatrice Nerjes | Portfolio Pricing Service of End User's cusip list | October 21, 2013 |
| 67 | GMAC Mortgage, LLC, | Sybase Inc. | 14800 Quorum Dr Dallas, TX 75254 | Master Agreement relating to Shrink-Wrap Software, dated December 11, 2007 | October 21, 2013 |
| 68 | GMAC Mortgage, LLC | Sybase Inc. | 14800 Quorum Dr Dallas, TX 75254 | Purchase Order- Procure PowerBuilder dated September 30, 2008 | October 21, 2013 |
| 69 | Residential Funding Company, LLC | Synaptec Software, Inc. | 332 South Michigan Avenue Chicago, IL 60604 | Legal Case Matter Software Agreement, dated December 07, 2004 | October 21, 2013 |
| 70 | Residential Funding Company, LLC | Towers Watson Delaware, Inc. | 28411 Northwestern Highway Southfield, MI 48034 | Engagement Letter, Consulting services | October 21, 2013 |
| 71 | Residential Funding Company, LLC | Valuemomentum, Inc | 3001 Hadley Rd #8, South Plainfield, NJ 07080 | Non-Disclosure Agreement, dated May 05, 2004 | October 21, 2013 |
| 72 | GMAC Mortgage, LLC | Verizon Select Services, Inc. | Verizon Business Services Legal Department Attn: Associate General Counsel, Premier Accounts 1 International Drive Rye Brook, NY 10573 | Amendment 4 to Business Services Agreement, dated May 4, 2007 | October 21, 2013 |
| 73 | GMAC Mortgage, LLC | Waste Management | PO Box 4648 Carol Stream, IL 60197-4648 | Vendor Agreement or Statement of Work, dated February 23, 2009 | October 21, 2013 |

| | **Debtor[3]** | **Contract/Lease Counterparty Name** | **Address/ Contact Info** | **Description of Contract/Lease[4]** | **Rejection Date** |
|---|---|---|---|---|---|
| 74 | GMAC Mortgage, LLC | Weiland Financial Group, Inc. | 2275 Half Day Road Bannockburn, IL 60015 | Software License Agreement, dated December 09, 2008 | October 21, 2013 |
| 75 | GMAC Mortgage, LLC | Weiland Financial Group, Inc. | 2275 Half Day Road Bannockburn, IL 60015 | Software License Agreement, dated December 09, 2008 | October 21, 2013 |
| 76 | GMAC Mortgage, LLC | Xtremesoft Inc. | Xtremesoft, Inc. 800 West Cummings Park Suite 1750 Woburn, MA 01801 USA Attn: Michael Dexter-Smith | Unilateral Non-Disclosure Agreement | October 21, 2013 |
| 77 | GMAC Mortgage, LLC | Young Electric Sign Company | 5119 South Cameron Street Las Vegas, NV  89118 | Amendment 1 Modifying Terms and Conditions, dated October 30, 2002 | October 21, 2013 |