**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

October 21, 2013

Writer's Direct Contact
+1 (212) 468.8045
LMarinuzzi@mofo.com

**BY E-MAIL**

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 5th Floor
New York, New York 10004

      **Re:**    *In re Residential Capital, LLC, et al.*,
                  **Bankruptcy Case No. 12-12020 (MG) (Bankr. S.D.N.Y.)**

Dear Judge Glenn:

      This firm represents the debtors and debtors in possession (collectively, the "Debtors") in the above-referenced jointly administered Chapter 11 cases (the "Chapter 11 Cases").

      The Debtors and the Official Committee of Unsecured Creditors in these Chapter 11 Cases, as plan proponents, have agreed to extend until October 22, 2013 at 4:00 p.m. (ET) the Federal Housing Finance Agency's time to object to the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 4153] (the "Plan"), so that the parties can continue discussions in an effort to achieve a consensual resolution of certain Plan issues. Pursuant to the *Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of Plan, and (VI) Granting Related Relief* [Docket No. 4809], the deadline to object to the Plan was set as October 21, 2013 at 4:00 p.m. (ET).

**MORRISON | FOERSTER**

October 21, 2013
Page Two

      If Your Honor or a member of Your Honor's staff should have any questions with respect to the foregoing, please feel free to contact me at (212) 468-8045.

                    Respectfully Submitted,

                    /s/ Lorenzo Marinuzzi

                    Lorenzo Marinuzzi

**MEMORANDUM ENDORSED
SO ORDERED**.

Dated: October 22, 2013
New York, York

                    **/s/Martin Glenn**
                    MARTIN GLENN
                    United States Bankruptcy Judge

cc:    Gary S. Lee, Esq. (*Via* E-mail: GLee@mofo.com)
        Charles L. Kerr, Esq. (*Via* E-mail: CKerr@mofo.com)
        J. Alexander Lawrence, Esq. (*Via* E-mail: Alawrence@mofo.com)
        Kenneth Eckstein, Esq. (*Via* E-mail: KEckstein@kramerlevin.com)
        Douglas Mannal, Esq. (*Via* E-mail: DMannal@kramerlevin.com)
        Andrew K. Glenn, Esq. (*Via* E-mail: AGlenn@Kasowitz.com)
        Daniel A. Fliman, Esq. (*Via* E-mail: Dfliman@Kasowitz.com)