UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, *et al*.

Debtors.

Case No.: 12-12010 (MG)

Chapter 11

Jointly Administered

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Barry S. Glaser, to be admitted *pro hac vice*, before the Honorable Martin Glenn, to represent the County of Los Angeles Treasurer and Tax Collector, a creditor and party in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, the bar of the U.S. District Courts for the Central, Northern, Southern and Eastern Districts of California, and the District of Hawaii, and is also admitted to the Ninth Circuit Court of Appeals; it is hereby

**ORDERED**, that Barry S. Glaser, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **October 22, 2013**

                                                    /s/Martin Glenn
                                                  MARTIN GLENN
                                                  UNITED STATES BANKRUPTCY JUDGE