**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>Residential Capital, LLC, et al.,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 12-12020<br><br>**AFFIDAVIT OF<br>OVERNIGHT DELIVERY** |
|---|---|

**STATE OF NEW YORK)**
                    ) SS:
**COUNTY OF KINGS  )**

The undersigned, being duly sworn, deposes and says:

1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at **Staten Island, NEW YORK.**

2. On **October 22, 2013**, I served the within **RESPONSE AND OBJECTIONS** upon all the parties in interest by dispatching a copy by overnight delivery to each of the following persona listed below to the last known address set forth after each name below.

See attached.

/s/ Dana Bartolotti
Dana Bartolotti

Sworn to before me this
22ND day of October, 2013

/s/
NOTARY PUBLIC

ROBERT N. NADEL
Notary Public, State of New York
No. 02NA5041472
Qualified in Nassau County
Commission Expires January 15, 2017
July 6,

The Chambers of the
Honorable Martin Glenn
One Bowling Green
Courtroom 501
New York, NY 10004

Morrison & Foerster, LLP
Attn. Gary S. Lee, Esq.
Norman S. Rosenbaum, Esq.
Jordan A. Wishnew, Esq.
1290 Ave. Of Americas
New York, NY 10104

Silverman Acampora LLP
Attn. Ronald J. Friedman, Esq.
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Kramer Levin Naftalis & Frankel LLC
Att: Kenneth H. Eckstein, Esq.
Douglas H. Mannal Esq.
1117 Ave. Of Americas
New York, NY 10036

Office of the United States Trustee
for the Southern District of NY
Attn: Tracy Hope Davis, Esq.
Linda Riffkin, Esq.
Brian S. Masumoto, Esq.
US Federal Bldg.
201 Varick St.
Suite 1006
New York, NY 10014