UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In re:                                                                                                Chapter 11

RESIDENTIAL CAPITAL, LLC, et al.                                        Case No. 12-12020 (MG)

                                     Debtors.

-------------------------------------------------------------------------X

**NOTICE OF APPEARANCE OF BUTLER, FITZGERALD,
FIVESON & McCARTHY FOR JASON AND JENNIFER
SCHERMERHORN PURSUANT TO BANKRUPTCY RULE
9010 AND DEMAND FOR SERVICE OF ALL NOTICES
PURSUANT TO BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE,** that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appears as counsel for and on behalf of Jason and Jennifer Schermerhorn in the above-captioned bankruptcy case.

**NOTICE IS FURTHER GIVEN,** that pursuant to Rule 2002 to the Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given, including, but not limited to, all papers filed and served in all adversary proceedings and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

        Butler, Fitzgerald, Fiveson & McCarthy,
        A Professional Corporation
        Nine East 45th Street, Ninth Floor
        New York, New York   10017
        (212) 615-2200
        David K. Fiveson, Esq., Lead Counsel
        dfiveson@bffmlaw.com
        Jennifer M. Hall, Esq.
        jmhall@bffmlaw.com

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of applications, motions, petitions,

pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtors in possession, or the property of such debtors or the debtors' estates.

Dated: New York, New York
October 22, 2013

                                                      BUTLER, FITZGERALD, FIVESON & McCARTHY,
A Professional Corporation

By:   /s/David K. Fiveson
      David K. Fiveson, Esq.
Nine East 45th Street, Ninth Floor
New York, New York   10017
Tel.:  (212) 615-2200
Fax:  (212) 615-2215
dfiveson@bffmlaw.com

*Attorneys for Jason and Jennifer Schermerhorn*

2