## **CERTIFICATE OF SERVICE**

      I hereby certify that on or about October 22, 2013, I caused the foregoing document to be served by email on all parties registered for ECF service in these cases, and by email and first class mail on Debtors' counsel and the Debtors' Special Service List.

                                                     */s/ Sarah Schindler-Williams*_____
                                                     Sarah Schindler-Williams, Esq.

DMEAST #17884621 v1