WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
Paul R. DeFilippo
Randall R. Rainer
Fletcher W. Strong

*Attorneys for Syncora Guarantee Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21 and 22, 2013, I caused (i) the *Objection of Syncora Guarantee Inc. to Debtors' Motion for Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and The Official Committee of Unsecured Creditors* [Dkt. No. 5418], and (ii) the *Declaration of Fletcher W. Strong in Support of Syncora Guarantee Inc.'s Objection to Plan* [Dkt. No. 5419] (collectively the "Syncora Objection") to be electronically filed with the Clerk of the Court which sends notice by operation of this Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that copies of the Syncora Objection also have been sent via electronic mail or first class mail to the parties listed on the annexed service list, as indicated.

1

Dated:  October 22, 2013

WOLLMUTH MAHER & DEUTSCH LLP

By:            */s/ Fletcher W. Strong*
                Paul R. DeFilippo
                Randall R. Rainer
                Fletcher W. Strong

500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for Syncora Guarantee Inc.*

## Service List

Lewis Kruger, CRO
Residential Capital LLC
c/o Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Email: Lewis.Kruger@gmacrescap.com

*Debtors*
**[By Email]**

Gary Lee, Esq.
Lorenzo Marinuzzi, Esq.
Todd Goren, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Email: glee@mofo.com
Email: lmarinuzzi@mofo.com
Email: tgoren@mofo.com

*Counsel for Debtors*
**[By Email]**

William B. Solomon
Timothy Devine
Ally Financial, Inc.
1177 Avenue of the Americas
New York, NY 10036
**[By First Class Mail]**

Richard M. Cieri, Esq.
Ray Schrock, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

Email: Richard.cieri@kirkland.com
Email: ray.schrock@kirkland.com

*Counsel for Ally Financial, Inc.*
**[By Email]**

3

Douglas H. Mannal, Esq.
Kenneth Eckstein, Esq.
Stephen D. Zide, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Email: dmannal@kramerlevin.com
        keckstein@kramerlevin.com
        szide@kramerlevin.com

*Counsel for Unsecured Creditors' Committee*
**[By Email]**

Brian S. Masumoto, Esq.
Michael Driscoll, Esq.
Office of the United States Trustee (S.D.N.Y.)
201 Varick Street, Suite 1006
New York, NY 10014
**[By First Class Mail]**