**EXHIBIT B**



SHULMAN BUNN LLP
PATRICIA M. SNYDER (SBN 106350)
patricia@shulmanbunn.com
GEORGE E. WEBER (SBN 220592)
george@shulmanbunn.com
20341 SW Birch Street, Suite 320
Newport Beach, California 92660
T: 949.679.1800
F: 949.679.1802

Attorneys for Plaintiff Trust Company of America C/F Herb Rikelman

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 15 2012

John A. Clarke, Executive Officer/Clerk
K. THOMAS, Dep

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR THE COUNTY OF LOS ANGELES – CENTRAL

| | |
|---|---|
| TRUST COMPANY OF AMERICA C/F HERB RIKELMAN,<br><br>Plaintiff,<br><br>vs.<br><br>RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING COMPANY; ETS SERVICES LLC; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST ADVERSE TO PLAINTIFF'S TITLE TO THE SUBJECT PROPERTY OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. BC462215<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE Judge Michael L. Stern Dept. 62<br><br>[~~PROPOSED~~] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION<br><br>Date:   May 1, 2012<br>Time:  8:30 a.m.<br>Dept:   62<br><br>Complaint Filed:  May 25, 2011<br>Trial Date:         May 29, 2012 |

1
[~~PROPOSED~~] ORDER

11-0340P

Plaintiff TRUST COMPANY OF AMERICA C/F HERB RIKELMAN's Motion for Summary Adjudication and Defendant RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING COMPANY's Motion for Summary Judgment or in the Alternative Summary Adjudication came on regularly for hearing on May 1, 2012, at 8:30 a.m. in Department 62 of the above-entitled Court, the Honorable Judge Michael L. Stern, Presiding. George E. Weber of Shulman Bunn LLP appeared for Plaintiff; Matthew J. Esposito and Paul A. Grammatico of Severson & Werson appeared for Defendant. Having read and considered the moving papers, the opposition and reply and hearing further argument of counsel, and good cause appearing, the Court finds that:

1. Plaintiff has not met its burden of proof on its Motion for Summary Adjudication because there are triable issues of material fact and that the Motion must be denied in its entirety for that reason. The triable issues of fact contained in Plaintiff's Separate Statement of Undisputed Material Facts are: Numbers 3, 5, 6, 9, 10, 13, 15, 16, 17 and 20.

2. Defendant has not met its burden of proof on its Motion for Summary Judgment or in the Alternative Summary Adjudication because there are triable issues of material fact and that the Motion must be denied in its entirety for that reason.

**THEREFORE IT IS ORDERED that both Plaintiff's Motion for Summary Adjudication and Defendant's Motion for Summary Judgment or in the Alternative Summary Adjudication are DENIED.**

SIGNED:

Dated: May 15, 2012

_____
The Honorable Michael L. Stern
Judge of the Superior Court

2
[PROPOSED] ORDER

11-0340P

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am a citizen of the United States and employed in the county of Orange, State of California. I am over the age of 18 years, and not a party to the within action; my business address is 20341 SW Birch Street, Suite 320, Newport Beach, California, 92660.

On May 14, 2012, I served the foregoing documents described as:

### [PROPOSED] ORDER

on the parties in said action or proceedings by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY FIRST CLASS MAIL** (CCP §§ 1013A, et seq.): I caused said document(s) to be deposited in the United States mail in a sealed envelope with postage fully prepaid at Newport Beach, California, following the ordinary practice at my place of business of collection and processing of mail on the same day as shown on this declaration.

☐ **BY ELECTRONIC MAIL** TO THE EMAIL ADDRESSES LISTED IN THE MAILING LIST.

☐ **BY TELECOPY/FACSIMILE** (CCP §§1012.5, et seq.): Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed on the attached Service List. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **BY EXPRESS MAIL** (CCP §§1013(c)(d), et seq.) I caused said document(s) to be deposited with an express service carrier in a sealed envelope designated by the carrier as an express mail envelope, with fees and postage prepaid.

☐ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express, Standard Overnight Service, to the addressee(s) designated.

☐ **BY REGISTERED/CERTIFIED MAIL** (CCP §§1020, et seq.): I caused said document(s) to be deposited with the United States mail, postage prepaid, return receipt requested.

I declare under penalty of perjury, pursuant to California law, that the foregoing is true and correct.

Executed on May 14, 2012, at Newport Beach, California.

_Maria Phillips_
Maria Phillips