Hearing Date and Time:  December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (REDUCE
AND ALLOW BORROWER CLAIMS) AGAINST JENNIFER
AND JASON SCHERMERHORN (CLAIM NOS. 338 AND 339)
TO DECEMBER 17, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Forty-Second Omnibus Objection to Claims (Reduce and Allow Borrower Claims)* [Docket No. 5150] (the "Forty-Second Omnibus Claims Objection") against Jennifer and Jason Schermerhorn (the "Claimants") (Claim Nos. 338 and 339), previously scheduled to be heard on November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time), has been adjourned to **December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom

ny-1114268

House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Claimants' deadline to respond to the Forty-Second Omnibus Claims Objection has been extended to **November 6, 2013 at 4:00 p.m. (Prevailing Eastern Time)** by mutual agreement of the parties.

| | |
|---|---|
| Dated: October 22, 2013<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |

ny-1114268