MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**IN THE UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| Debtors. | ) **AFFIDAVIT OF SERVICE TO LIMITED OBJECTION OF COUNTY OF SAN BERNARDINO, CALIFORNIA TO CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL LLC, ET AL AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | DATE: November 19, 2013<br>TIME: 10:00 AM<br>CRTRM: 501<br>US Bankruptcy Court, Southern District of NY, One Bowling Green, New York, New York 10004 |

**TO THE HONORABLE MARTIN GLENN, UNITED STATES BANKRUPTCY JUDGE, AND TO INTERESTED PARTIES:**

I, Martha E. Romero, being duly sworn, states:

1. I am a attorney at 6516 Bright Avenue, Whittier, CA 90601. I am over the age of twenty-one years old and not a party to the above captioned proceeding.

1

1     2.    On October 21, 2013, I caused the following document noted above to be served via electronic mail upon the parties listed requires to be served in the Noticing of the Disclosure Statement.

These parties are attached as Exhibit A.

Dated: October 22, 2013                      ROMERO LAW FIRM

By   /S/MARTHA E. ROMERO
MARTHA E. ROMERO
Attorney for Secured Creditor County of SAN BERNARDINO, CA
A California Taxing Authority

2

Exhibit A

Chambers of the Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, New York, NY 1004

Residential Capitol LLC
Lewis Kruger, CRO, c/o Morrison & Foerster LLP,
1290 Avenue of the Americas, New York, New York 10104
Attn: Gary Lee, Lorenzo Marinuzzi, and Todd Goren

Lewis.Kruger@gmacrescap.com

glee@mofo.com

lmarinuzzi@mofo.com

tgoren@mofo.com

keckstein@kramerlevin.com

dmannal@kramerlevin.com

szide@kramerlevin.com

richard.cieri@kirkland.com

ray.schrock@kirkland.com

The office of the United States Trustee, Southern District of New York
U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York New York 10014
Attn: Brian Masumoto and Michael Driscoll