Judith P. Kenney
11311600
Judith P. Kenney & Associates, P.C.
16475 Dallas Parkway, Suite 330
Addison, Texas 75001-6863
Attorney for Philip Roger Flinn, II

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**MOTION TO ENLARGE TIME TO FILE OBJECTIONS TO CONFIRMATION OF DEBTORS' PLAN AND MOTION FOR RELIEF**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE

Philip Roger Flinn, II ("Flinn"), respectfully submits this Motion to Enlarge Time to File Objections to Confirmation of Debtors' Plan.

Flinn requests additional time within which to submit his **Objections to Confirmation of Debtors' Plan and Motion for Relief** until October 22, 2013, for the reason that Flinn's counsel has a small two lawyer firm, which is involved in a large complex litigation before the Federal Court in the Eastern District of Texas as well as this related matter in this Bankruptcy Court in the Southern District of New York, as well as other cases. Flinn's counsel has found it extremely difficult to navigate through the voluminous fillings with respect to the Plan in order to determine the effect of the Plan on Flinn. Accordingly Flinn's counsel requests until October 22, 2013 to file

Motion to Enlarge Time to File Objections to Confirmation
of Debtors' Plan and Motion for Relief, Page 1 of 3
Z:\12-1302\Bankruptcy\Docs\PDF\Mot to Enlarge Time Plan.wpd

Objections to Confirmation of Debtors' Plan and Motion for Relief that was filed on October 22, 2013 in Doc. 5422.

## ARGUMENT AND AUTHORITIES

Under Rule 15 of the Federal Rules of Civil Procedure leave to amend "shall be freely given when justice so requires." "A decision to grant leave is within the discretion of the Court, although if the Court lakes a substantial reason to deny leave, its discretion is not good enough to permit denial." *U.S. v. Cardinal Health, Inc.*, 625 F.3d 262, 271-72 (5th Cir. 2010) (quoting *State of La v. Litton Mortg. Co.*, 50 F.3d 1298, 1302-03 (5th Cir. 1995). Substantial reason to deny leave may exist due to undue delay, gad faith or dilatory motive, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of a proposed amendment. See *Rosenblatt v. United Way of Greater Houston*, 607 F.3d 413, 419 (5th Cir. 2010 (citing *Forman v. Davis*, 371 U.S. 178, 182 (1962).

Leave is sought not for bad faith but to provide a full understanding to the Court of the objections to the Plan.

Dated: Addison, Texas

October 21, 2013

                                          Respectfully submitted

                                          /s/ Judith P. Kenney
                                          Judith P. Kenney
                                          Judith P. Kenney & Associates, P.C.
                                          One Bent Tree Tower
                                          16475 Dallas Parkway, Suite 330
                                          Addison, Texas 75001-6870
                                          Telephone:  (972) 713-6133

Motion to Enlarge Time to File Objections to Confirmation
of Debtors' Plan and Motion for Relief, Page 2 of 3
Z:\12-1302\Bankruptcy\Docs\PDF\Mot to Enlarge Time Plan.wpd

Facsimile:  972) 818-0388
*Counsel for Philip Roger Flinn, II*

Motion to Enlarge Time to File Objections to Confirmation
of Debtors' Plan and Motion for Relief, Page 3 of 3
Z:\12-1302\Bankruptcy\Docs\PDF\Mot to Enlarge Time Plan.wpd