**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR LEAVE TO FILE**
**PHILIP ROGER FLINN, II'S OBJECTIONS TO CONFIRMATION OF**
**DEBTORS PLAN AND MOTION FOR RELIEF**

Before the Court is Philip Roger Flinn, II's Motion to Enlarge Time to File Objections to Confirmation of Debtors' Plan which was filed on October 22, 2013 in Doc 5422. The Court determined that the motion should be, and hereby is GRANTED. Accordingly, Philip Roger Flinn, II is granted leave to file his **Objections to Confirmation of Debtors' Plan and Motion for Relief**

This ___ day of _____, 2013, New York.

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

Motion to Enlarge Time to File Objections to Confirmation
of Debtors' Plan and Motion for Relief, Page 1 of 1
Z:\12-1302\Bankruptcy\Docs\PDF\Order.wpd