UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

---

### NOTICE OF WITHDRAWAL OF CLAIM NUMBER 5626
### FILED BY DARLENE MANSON

Darlene Manson having filed Claim No. 5626 against GMAC Mortgage, LLC in Case No. 12-012032 on or around November 16, 2012 (the "Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedures.

Darlene Manson hereby withdraws the Claim, and authorizes Residential Capital LLC, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorizes the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: October 10, 2013

**DARLENE MANSON**
By her attorney,

_____ (Sign Name)
KEVIN COSTELLO