Judith P. Kenney
11311600
Judith P. Kenney & Associates, P.C.
16475 Dallas Parkway, Suite 330
Addison, Texas 75001-6863

*Counsel for Philip Roger Flinn, II*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 23rd day of October, 2013, a true and correct copy of ***Philip Roger Flinn, II's Objections to Confirmation of Debtors' Plan And Motion for Relief*** was caused to be served in the manners indicated on the Notice Parties set forth below, as that term is defined in the Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Nontice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan and (VI Granting Related Relief [Doc. No.5441].

Dated:  October 23, 2013
       Addison, Texas                                    /s/ Judith P. Kenney

                                                Judith P. Kenney
Judith P. Kenney & Associates, P.C.
One Bent Tree Tower
16475 Dallas Parkway, Suite 330
Addison, Texas 75001-6870
Telephone:  (972) 713-6133
Facsimile:  972) 818-0388

*Counsel for Philip Roger Flinn, II*

## NOTICE PARTIES

| | |
|---|---|
| Residential Capital LLC<br>Lewis Kruger, CRO<br>c/o Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Email:  LewisKruger@gmacrescap.com<br><br>*Debtors*<br><br>**VIA ELECTRONIC MAIL**<br><br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn:    Kenneth H. Eckstein<br>Email: keckstein@kramerlevin.com<br>Email: dmannal@kramerlevin.com<br>Email: szide@kramerlevin.com<br><br>**VIA ELECTRONIC MAIL**<br><br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Attn:    Richard M. Cieri<br>            Ray C. Schrock<br>Email: Richard.cieri@kirkland.com<br>Email: ray,shrock@kirkland.com<br><br>Counsel to Ally Financial, Inc.<br><br>**VIA ELECTRONIC MAIL** | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn:    Gary Lee<br>            Lorenzo Marinuzzi<br>            Todd Goren<br>Email:   glee@mofo.com<br>Email:   lmarinuzzi@mofo.com<br><br>**VIA ELECTRONIC MAIL**<br><br>Ally Financial, Inc.<br>1177 Avenue of the Americas<br>New York, NY  10036<br><br>***VIA U.S. FIRST CLASS MAIL***<br><br><br><br>Office of the United States Trustee<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY  10014<br>Attn:    Brian Masumoto<br>            Michael Driscoll<br>Email: Brian.Masumoto@usdoj.gov<br>Email: Michael.Driscoll@usdoj.gov<br><br>**VIA ELECTRONIC MAIL** |