Timothy T. Brock, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
 (212) 818-9200

*Local Counsel to:*

Barry S. Glaser, Esq.
*(Admitted pro hac vice)*
STECKBAUER WEINHART, LLP
333 S. Hope Street, 36th Floor
Los Angeles, California 90071
(213) 229-2868

*Attorneys for Los Angeles County Treasurer
and Tax Collector*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No.: 12-12020 (MG) |
|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al*. | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I served the "Los Angeles County Treasurer and Tax Collector's Limited Objection to Confirmation of Joint Chapter 11 Plan" [Docket No. 5400], and the "Motion for Admission to Practice *Pro Hac Vice*" of Barry S. Glaser [Docket No. 5402], by sending a true copy of the same:

1. by hand delivery, and email (where email addresses were provided) to the following Notice Parties, so as to be received before 4:00 p.m. Eastern Time:

*The Debtors:*

| | |
|---|---|
| Residential Capital LLC | Morrison & Foerster LLP |
| Lewis Kruger, CRO | Attn: Gary Lee, Esq, Lorenzo Marinuzzi, and |
| c/o Morrison & Foerster LLP | Todd Goren |
| 1290 Avenue of the Americas | 1290 Avenue of the Americas |
| New York, New York 10104 | New York, New York, 10104 |

1794105_1

Emails:   Lewis.Kruger@gmacrescap.com; glee@mofo.com; lmarinuzzi@mofo.com; tgoren@mofo.com

*The Official Committee of Unsecured Creditors*

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein, Douglas H. Mannal and Stephen D. Zide
1177 Avenue of the Americas
New York, New York, 10036

Emails:   keckstein@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com

*Ally Financial:*

Ally Financial, Inc.
Attn: William B. Solomon and Timothy Devine
1177 Avenue of the Americas
New York, NY 10036

Kirkland & Ellis LLP
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, New York 10022

Emails:   richard.cieri@kirkland.com; ray.schrock@kirkland.com

Brian Masumoto, Esq.
Michael Driscoll, Esq
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

2. by email (where provided) and by first class mail to all parties listed on the "Residential Capital Special Service List as of October 1, 2013 (Excel)" maintained by the Debtors' Notice Agent, Kurzman Carson Consultants at http://www.kccllc.net/rescap; and

3. by email (where provided), and by first class mail to those parties listed without email addresses, on the "Residential Capital General Service List as of October 1, 2013 (Excel)" maintained by the Debtors' Notice Agent, Kurzman Carson Consultants at http://www.kccllc.net/rescap:

Dated: October 23, 2013
       New York, New York

      /s/ Abigail Snow
     Abigail Snow, Esq.
     SATTERLEE STEPHENS BURKE & BURKE LLP
     230 Park Avenue, Suite 1130
     New York, New York 10169
     (212) 818-9200
     asnow@ssbb.com