UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re:                                                     :        **Chapter 11**
                                                           :        **Case No: 12-12020-mg**
RESIDENTIAL CAPITAL, LLC et al,                            :
                                                           :
         Debtor.                                           :
                                                           :
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned hereby files this Notice of Appearance and Request for Service of Papers as counsel in this case for JACQUELINE A. WARNER. Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned does hereby request and demand that the Clerk of this Court and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorney listed below:

>    The Law Office of Rachel Blumenfeld
>    26 Court Street, Suite 2220
>    Brooklyn, New York  11242
>    Attention:  Rachel Blumenfeld, Esq.
>    Tel:  (718) 858-9600
>    Fax: (718) 858-9601
>    E-mail: rblmnf@aol.com

1

Dated: October 23, 2013
      Brooklyn, New York

                              THE LAW OFFICE OF RACHEL BLUMENFELD

                              By:     _/s/ Rachel Blumenfeld_____
                              Rachel Blumenfeld (RB-1458)
                              Attorney for Jacqueline A. Warner
                              26 Court Street, Suite 2400
                              Brooklyn, New York  11242
                              (718) 858-9600