UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To: The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Aurelius Capital Management, LP, by and through their undersigned counsel, hereby appears in the above-captioned chapter 11 case, requests that the address below be added to all mailing matrices, and demands service of all papers filed in the above-captioned Chapter 11 case to be served on:

ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K St., NW, Suite 411L
Washington, D.C. 20006
Telephone: (212) 775-4500
Facsimile: (212) 775-4510
Lawrence S. Robbins (lrobbins@robbinsrussell.com)
Ariel N. Lavinbuk (alavinbuk@robbinsrussell.com)
Matthew M. Madden (mmadden@robbinsrussell.com)

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002, such as any disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, answering or reply papers, memoranda and briefs in support of any of the foregoing, hearing dates, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

Dated: October 23, 2013
Washington, D.C.

By: _/s/ Lawrence S. Robbins_
Lawrence S. Robbins (Attorney of Record)
Ariel N. Lavinbuk
Matthew M. Madden
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K. St., N.W., Suite 411L
Washington, D.C. 20006
Telephone: (212) 775-4500
Facsimile: (212) 775-4510
*Attorneys for Aurelius Capital Management, LP*

## DECLARATION OF SERVICE

The above-captioned document was filed on CM/ECF on October 23, 2013, and was thereby served all parties and their counsel capable of service by CM/ECF in these proceedings.

By: _____
Lawrence S. Robbins
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K. St., N.W., Suite 411L
Washington, D.C. 20006
Telephone: (212) 775-4500
Facsimile: (212) 775-4510
*Attorneys for Aurelius Capital Management, LP*