UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

RESIDENTIAL CAPITAL, LLC, et al          Chapter 11
                                                            Case No: 12-12020-mg

                                  Debtor.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        I, Rachel S. Blumenfeld, certify that on October 23, 2013, service of the **CREDITOR JAQUELINE A. WARNER'S OPPOSITION TO DEBTOR'S FIFTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS - BOOKS AND RECORDS)** was made upon the parties listed below, by depositing a true copy of same by regular, first class, United States mail, postage pre-paid, in an official depository under the exclusive care of the United States Postal Service within the State of New York:

TO:     SEE ATTACHED LIST


Dated: Brooklyn, New York
         October 23, 2013


                                                           */s/ Rachel S. Blumenfeld*
                                                           RACHEL S. BLUMENFELD

Morrison & Foerster LLP

1290 Avenue of the Americas

New York, NY 10104

Attention: Gary S. Lee, Norman S. Rosenbaum

Morrison & Foerster LLP

1290 Avenue of the Americas

New York, NY 10104

Attention: Jordan A. Wishnew

Office of the United States Trustee

for the Southern District of New York,

U.S. Federal Office Building

201 Varick Street

Suite 1006, New York, NY 10014

Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP,

1177 Avenue of the Americas

New York, NY 10036

Attention: Kenneth Eckstein

Kramer Levin Naftalis & Frankel LLP,

1177 Avenue of the Americas

New York, NY 10036

Attention:  Douglas Mannal

SilvermanAcampora LLP,
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753
Attention: Ronald J. Friedman