**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

## AFFIDAVIT OF SERVICE

I, Michael Birnbaum, depose and say that I am employed by Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), attorneys for Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation.

On October 22, 2013, at my direction and under my supervision, employees of Kasowitz caused the following documents to be served via first-class mail on the parties listed on **Exhibit A,** and via electronic mail on the parties listed on **Exhibit B**:

i)      Objection of the Federal Housing Finance Agency to Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 5436]

ii)     Declaration of Andrew K. Glenn in Support of Objection of the Federal Housing Finance Agency to Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 5437]

DATED:      October 23, 2013
            New York, New York

_____
Michael Birnbaum

Sworn to before me this
23rd day of October, 2013

_____
Notary Public

JAMILA ASHA FOLKES
Notary Public, State of New York
No, 01FO6282017
Qualified in Kings County
Commission Expires May 13, 2017

**EXHIBIT A**

AIG Asset Management US LLC
Attn: Russell Lipman
80 Pine Street
New York, NY10038

Akerman Senterfitt LLP
Andrea S. Hartley
One Southeast Third Ave., 25th Fl.
Miami, FL 33131

Akerman Senterfitt LLP
Susan F. Balaschak & Hadi Khatib
335 Madison Ave., Suite 2600
New York, NY 10017

Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden & David M. Zensky & Abid Qureshi
& Philip C. Dublin & Rachel Ehrlich Albanese
One Bryant Park
New York, NY 10036

Akin Gump Strauss Hauer
& Feld LLP
Fred S. Hodara & Robert A. Johnson & Christopher W.
Carty
One Bryant Park
New York, NY 10036-6745

Aldine Independent School District
Courtney F. Harris,
Pamela H. Walters
14910 Aldine Westfield Road
Houston, TX 77032

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
Atlanta, GA 30305

Allen & Overy LLP
Ken Coleman & John Kibler
1221 Avenue of the Americas
New York, NY 10020

Allstate Life Insurance Company
Attn: Peter A. McElvain
3075 Sanders Road, Suite G5A
Northbrook, IL 60062

Ally Financial Inc.
Jeffrey Brown Corporate Treasurer
440 S Church Street
Charlotte, NC 28202

Alston & Bird LLP
John C. Weitnauer, Esq.
One Atlantic Center
Atlanta, GA 30309-3424

Alston & Bird LLP
Martin G. Bunin, Esq.
& William Hao, Esq.
90 Park Avenue
New York, NY 10016

Alston & Bird LLP
William B. Macurda
Bank of America Plaza, Suite 4000
Charlotte, NC 28280-4000

Assistant Attorney General
John Mark Stern Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Schneider Mitola LLP
Dan Blumenthal
666 Old Country Road, Suite 412
Garden City, NY 11530

Attorney General of the State of New York, Eric T.
Schneiderman
Victoria L. Safran
Nassau Regional Office
Mineola, NY 11501

Ballard Spahr LLP
Sarah Schindler-Williams, Esquire
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Bank of New York Mellon
Sarah Stout & Jennifer J. Provenzano
525 William Penn Place
Pittsburgh, PA 15259-0001

Barclays Bank PLC
Joe Tricamo & May Wong
1301 Sixth Avenue
New York, NY10019

Barnes & Thornburg LLP
David M. Powlen
1000 North West St., Suite 1500
Wilmington, DE 19801

Barry B, Eskanos JD MPA &
Ami B. Eskanos
3122 Pine Tree Drive
Miami Beach, FL 33140

Bernstein Litowitz Berger & Grossmann LLP
David R. Stickney & Jonathan D. Uslaner & Matthew
P. Jubenville
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Bernstein Litowitz Berger & Grossmann LLP
Jai K. Chandrasekhar
1285 Avenue of the Americas
New York, NY 10019

Blank Rome LLP
Michael B. Schaedle
One Logan Square
Philadelphia, PA 19103

Blank Rome LLP
Stanley B. Tarr & Alan M. Root
1201 N. Market Street, Suite 800
Wilmington, DE 19801

BMMZ Holding LLC
c/o Ally Financial Inc,
Attn: Courtney Lowman
200 Renaissance Center
Detroit, MI 48265-2000

Bracewell & Giuliani LLP
Ryan M. Philp
1251 Avenue of the Americas
New York, NY 10020-1104

Bracewell & Giuliani LLP
Stan Chelney
1251 Avenue of the Americas
New York, NY 10020-1104

Brian Kessler, et al
c/o Walters Bender Strohbehn
& Vaughan, P.C.
2500 City Center Square,
1100 Main, Suite  2500
Kansas City, MO 64105

Brown Rudnick LLP
Sigmund S. Wissner Gross
7 Times Square
New York, NY 10036

Cadwalader Wickersham & Taft LLP
Gregory M. Petrick & Ingrid Bagby
One World Financial Center
New York, NY 10281

Cadwalader Wickersham & Taft LLP
Mark C. Ellenberg, Esq.
700 Sixth Street NW
Washington, DC 20001

Caley Dehkhoda & Quadri d/b/a
Wong Fleming
Dianna J. Caley
2340 130th Ave NE Suite D 150
Bellevue, WA 98005

Carter Ledyard & Milburn LLP
Aaron R. Cahn & Leonardo Trivigno
2 Wall Street
New York, NY 10005

Chadbourne & Parke LLP
Attn: Howard Seife & David M. LeMay & Robert J.
Gayda & Marc B. Roitman
30 Rockefeller Plaza
New York, NY 10112

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich Street, 6th Fl.
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A. O'Neal & Thomas J. Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer C. DeMarco & Adam Lesman
31 West 52nd St
New YorkNY10019

Cohen Milstein Sellers & Toll PLLC
Joel P. Laitman, Christopher Lometti, Michael B.
Eisenkraft, Daniel B. Rehns & Kenneth M. Rehns
88 Pine St 14th Fl
New YorkNY10005

Cohn Birnbaum & Shea PC
Scott D. Rosen
100 Pearl Street, 12th Fl
Hartford, CT 06103

Cole Schotz Meisel Forman
& Leonard PA
Michael D. Warner & Emily S. Chou
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Commonwealth of Pennsylvania, Department of Labor
and Industry
Joseph Kots
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1152

Crowe & Dunlevy PC
William H. Hoch
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK 73102

Curtis Mallet-Prevost Colt & Mosle LLP
Maryann Gallagher, Esq.
101 Park Avenue
New York, NY 10178-0061

Curtis Mallet-Prevost Colt & Mosle LLP
Michael A. Cohen, Esq.
101 Park Avenue
New York, NY 10178-0061

Curtis Mallet-Prevost Colt & Mosle LLP
Steven J. Reisman, Esq.
101 Park Avenue
New York, NY 10178-0061

David P. Stich, Esq.
521 Fifth Avenue, 17th Fl
New York, NY 10175

Day Pitney LLP
Herbert K. Ryder
1 Jefferson Road
Parsippany, NJ 07054-2891

Day Pitney LLP
James J. Tancredi
242 Trumbull Street
Hartford, CT 06103

Day Pitney LLP
Joshua W. Cohen
1 Audubon Street
New Haven, CT 06510

Dechert LLP
Glenn E. Siegel, Hector Gonzalez, Brian E. Greer &
Mauricio A. Espana
1095 Avenue of the Americas
New York, NY 10036-6797

Deutsche Bank
Rosa Mendez
Corporate Trust Department
Santa Ana, CA 92705-4934

Deutsche Bank Trust Company Americas
Attn: Brendan Meyer
Harborside Financial Center
100 Plaza One MS: JCY03-0699
Jersey City, NJ 07311-3901

Diem T. Nguyen
P.O. Box 12139
Westminster, CA 92685

Duane Morris LLP
Gerald S. Catalanello, Esq. & James J. Vincequerra,
Esq.
1540 Broadway
New York, NY 10036

Fedelina Roybal-DeAguero
2008 Trust
42265 Little Lake Road
Medocino, CA 94560

Fein Such & Crane LLP
Mark K. Broyles, Esq.
28 East Main Street, Suite 1800
Rochester, NY 14614

Fein Such & Crane LLP
Tammy L. Terrell Benoza
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

Fein Such & Crane LLP
Tammy L. Terrell Benoza
7 Century Drive, Suite 201
Parsippany, NJ 07054

Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Paul J. Pascuzzi
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

FIDC
Dennis J. Early
Counsel - Legal Division
3501 Fairfax Drive, Room VS-D-7076
Arlington, VA 22226-3500

Financial Guaranty Insurance Company
Attn: John Dubel
125 Park Avenue
New York, NY 10017

Flores & Saucedo PLLC
Christina Flores
5517 McPherson, Suite 14
Laredo, TX 78041

Foley & Mansfield PLLP
Thomas J. Lallier
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E. Neish
1800 M Street, N.W., Suite 1000
Washington, DC 20036

Freeborn & Peters LLP
Devon J. Eggert, Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL 60606-6677

Freeborn & Peters LLP
Thomas R. Fawkes, Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL 60606-6677

Fried Frank Harris Shriver & Jacobson
William G. McGuinness & Israel David & Gary L. Kaplan
1 New York Plaza
New York, NY 10004

Gibbons PC
Attn: Karen A. Giannelli, Esq.
One Gateway Center, 9th Fl
Newark, NJ 07102-5310

Gibbons PC
Jeffrey S. Berkowitz &
Christopher A. Albanese
One Pennsylvania Plaza, 37th Fl
New York, NY 10119-3701

Gibbs & Bruns LLP
Kathy D. Patrick, Esq. &
Scott A. Humphries, Esq.
1100 Louisiana, Suite 5300
Houston,TX 77002

Gibbs & Bruns, L.L.P.
Kathy D. Patrick
1100 Louisiana
Houston, TX 77002

Gibson Dunn Crutcher
David M. Feldman & Joshua Weisser
200 Park Avenue
New York, NY 10166-0193

Ginnie Mae
Ted Tozer
550 12 St. SW
Washington, DC 20024

Grant & Eisenhofer PA
Geoffrey C. Jarvis Matthew P. Morris & Deborah A. Elman
485 Lexington Ave., 29th Fl
New York, NY 10017

Guttleman Muhlstock Chewcaskie
Brian Chewcaskie
2200 Fletcher Ave, No. 16
Fort Lee, NJ 07024

Hinshaw & Culbertson
Ali Ryan Amin
780 Third Ave., 4th Fl
New York, NY 10017

HP Enterprise Services LLC
Ayala Hassell, Esq.
5400 Legacy Drive
Plano, TX 75024

Hunton & Williams LLP
Richard P. Norton & Robert A. Rich
200 Park Avenue, 53rd Fl
New York, NY 10166

IBM Corporation
Attn: Shawn Konig
1360 Rene Levesque W, Suite 400
Montreal, QC H3G 2W6
Canada

Imperial County Tax Collector
940 W Main Street, Suite 106
El Centro, CA 92243

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

Iron Mountain Information  Management Inc
Joseph Corrigan
745 Atlantic Avenue
Boston, MA 02111

John Ciampoli County Attorney of Nassau County
Patrick R. Gallagher
1 West Street
Mineola, NY 11501

Jones Day
Carl E. Black
901 Lakeside Avenue
Cleveland, OH 44114

Jones Day
Corinne Ball, Richard L. Wynne & Lance E. Miller
222 East 41st Street
New York, NY 10017

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E. Neish
1185 Avenue of the Americas, 31st Fl.
New York, NY 10036

Kathleen G. Cully PLLC
Kathleen G. Cully
180 Cabrini Blvd., No 128
New York, NY 10033-1167

Kelley Drye & Warren LLP
James S. Carr & Eric R. Wilson
101 Park Avenue
New York, NY 10178

Kessler Topaz Meltzer & Check LLP
Edward W. Ciolko Donna Siegel Moffa
280 King of Prussia Rd
Radnor, PA 19087

Kilpatrick & Associates PC
Richardo I. Kilpatrick
903 North Opdyke Road, Suite C
Auburn Hills, MI, 48326

King & Spalding LLP
W. Austin Jowers & Paul K. Ferdinands & Thaddeus
D. Wilson
1180 Peachtree Street N.E.
Atlanta, GA 30309

KIRBY McINERNEY LLP
Mark A. Strauss & J Brandon Walker
825 Third Ave., 16th Fl
New York, NY 10022

Kirkland & Ellis
Judson Brown
655 Fifteenth Street NW
Washington, DC 20005-5793

Kirkland & Ellis
Richard M. Cieri
601 Lexington Ave
New York, NY 10022

Kirkland & Ellis LLP
Attn: Ray C. Schrock &
Stephen E. Hessler
601 Lexington Ave
New York, NY 10022-4611

Klestadt & Winters LLP
Attn: Tracy L. Klestadt &
Joseph C. Corneau
570 Seventh Ave., 17th Fl
New York, NY 10018

Kozeny, McCubbin & Katz, LLP
Jordan S. Katz
395 N Service Road
Melville, NY 11747

Kramer Levin Naftallis & Frankel LLP
Kenneth H. Eckstein, Thomas Moers Mayer &
Douglas H. Mannal &
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

Kriss & Feuerstein LLP
Jason S. Leibowitz
360 Lexington Ave., Ste 1200
New York, NY 10017

Kurtzman Carson Consultants
P. Joe Morrow
2335 Alaska Ave
El Segundo, CA 90245

Lapp Libra Thomson Stoebner & Pusch
David A. Libra, Esq.
120 South Sixth St., Suite 2500
Minneapolis, MN 55402

Law Debenture Trust Company of NY
James D. Heaney Managing Director
400 Madison Ave
New York, NY 10017

Law Offices of Christopher Green
Christopher E. Green
Two Union Square, Suite 4285
Seattle, WA 98101

Law Offices of Richard Sax
Richard Sax
448 Sebastopol Ave
Santa Rosa, CA 95401

Law Offices of Robert E. Luna PC
Andrea Sheehan
4411 N Central Expressway
Dallas, TX 75205

Leopold & Associates PLLC
Saul Leopold & Phillip Mahony
80 Business Park Dr., Ste 110
Armonk, NY 10504

Linebarger Goggan Blair & Sampson LLP
Diana W. Sanders
P.O. Box 17428
Austin, TX 78760

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St., Ste 1600
Dallas, TX 75201

Linebarger Goggan Blair & Sampson LLP
John P. Dillman, Esq.
P. O. Box 3064
Houston. TX 77253-3064

Locke Lord LLP
Casey B. Howard
3 World Financial Center
New York, NY 10281-2101

Loeb & Loeb LLP
Walter H. Curchack, Vadim J. Rubinstein & Debra W.
Minoff
345 Park Ave
New York, NY 10154

Lowenstein Sandler PC
Andrew Behlmann
1251 Avenue of the Americas,18th Fl
New York, NY 10020

Lowenstein Sandler PC
Andrew Behlmann
65 Livingston Ave
Roseland, NJ 07068

Lowenstein Sandler PC
Michael S. Etkin & Ira M. Levee
1251 Avenue of the Americas, 18th Fl
New York, NY 10020

Lowenstein Sandler PC
Michael S. Etkin & Ira M. Levee
65 Livingston Avenue
Roseland, NJ 07068

Ballard Spahr LLP
Andrew J. Petrie & Sarah B. Wallace
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596

Magnozzi & Kye LLP
Amish R. Doshi, Esq.
23 Green Street, Suite 302
Huntington, NY 11743

Manatee County Tax Collector
Susan D. Profant & Ken Burton Jr
4333 US 301 North
Ellenton, FL 34222

Marino Tortorella & Boyle PC
Kevin H. Marino & John A. Boyle
437 Southern Boulevard
Chatham, NJ 07928-1488

MBIA Insurance Corporation
Attn: Mitchell Sonkin
113 King St
Armonk, NY 10504

Mccreary, Veselka, Bragg & Allen, P.C.
Lee Gordon
P.O. Box 1269
Round Rock, TX 78680

McKool Smith
Attn: Paul D. Moak
600 Travis St., Suite 7000
Houston, TX 77002

McKool Smith PC
Michael R. Carney
One Bryant Park, 47th Fl
New York, NY 10036

McKool Smith PC
Paul D. Moak
600 Travis St., Suite 7000
Houston, TX 77002

Menter Rudin & Trivelpiece PC
Kevin M. Newman
308 Maltbie St., Ste 200
Syracuse, NY 13204-1439

Meyner and Landis LLP
Meredith I. Friedman
1 Gateway Center, Ste 2500
Newark, NJ 07102

Milbank, Tweed, Hadley & McCloy LLP
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

Missouri Department of Revenue
Attn: Steven A. Ginther, Esq.
Bankruptcy Unit
Jefferson City, MO 65105-0475

Morgan Lewis & Bockius LLP
James L. Garrity, Jr.
101 Park Avenue
New York, NY 10178-0600

Morgan Lewis & Bockius LLP
Michael S. Kraut
101 Park Avenue
New York, NY 10178-0600

Morgan Lewis & Bockius LLP
Patrick D. Fleming
101 Park Ave
New York, NY 10178-0600

Morganroth & Morganroth PLLC
Mayer Morganroth &
Jeffrey B. Morganroth
344 N Old Woodward Ave., Ste 200
Birmingham., MI 48009

Moritt Hock & Hamroff LLP
Leslie Ann Berkoff
400 Garden City Plaza
Garden City, NY 11530

Morrison & Foerster LLP
Attn: Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

Morrison & Foerster LLP
Larren M. Nashelsky, Gary S. Lee & Lorenzo
Marinuzzi & Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Ave
New York, NY 10022

Moss & Kalish PLLC
David B. Gelfarb
122 E 42nd St., Ste 2100
New York, NY 10168

Munger Tolles & Olson LLP
Seth Goldman
355 S Grand Ave
Los Angeles, CA 90071

Munger Tolles & Olson LLP
Thomas B. Walper
355 S Grand Ave
Los Angeles, CA 90071

Office of Attorney General
Carol E. Momjian
Senior Deputy Attorney General
Philadelphia, PA 19107-3603

Office of Shabbir A. Khan
Phonxay Keokham
44 N San Joaquin St., Ste 150
Stockton, CA 95201

Office of the NY State Attorney General
Nancy Lord & Enid M. Stuart
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the Southern District of
NY
United States Attorney Preet Bharara
One St. Andrews Plaza
New York, NY 10007

Patterson Belknap Webb & Tyler LLP
David W. Dykhouse & Brian P. Guiney
1133 Avenue of the Americas
New York, NY 10036-6710

Paul N Papas II
Mylegalhelpusa.com
4727 E Bell Road ,Ste 45-350
Phoenix, AZ 85032

Perdue Brandon Fielder Collins &
Mott LLP
c/o Elizabeth Banda Calvo
P.O. Box 13430
Arlington, TX 76094-0430

Pillsbury Winthrop Shaw Pittman LLP
Brandon Johnson
P.O. Box 2824
San Francisco, CA 94126

Placer County Office of the Treasurer-Tax Collector
Jenny McMurtry Deputy Tax Collector
2976 Richardson Drive
Auburn, CA 95603

Polsinelli Shughart PC
Daniel J. Flanigan & Jason A. Nagi
805 Third Avenue, Suite 2020
New York, NY 10022

Proskauer Rose LLP
Irena M. Goldstein
Eleven Times Square
New York, NY 10036

Proskauer Rose LLP
Scott K. Rutsky & Jared D. Zajac
Eleven Times Square
New York, NY 10036

Quinn Emanuel Urquhart & Sullivan LLP
Daniel L. Brockett & David D. Burnett
51 Madison Avenue,  22nd Floor
New York, NY 10010

Quinn Emanuel Urquhart & Sullivan LLP
Eric D. Winston & Jeremy D. Anderson
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017

Quinn Emanuel Urquhart & Sullivan LLP
Susheel Kirpalani & Scott C. Shelley
51 Madison Avenue, 22nd Floor
New York, NY 10010

Reilly Pozner LLP
Michael A. Rollin
1900 16th Street, Suite 1700
Denver, CO 80202

Robbins Gellar Rudman & Dowd LLP
Christopher M. Wood
One Montgomery Street, Suite 1800
San Francisco, CA 94104

Robbins Gellar Rudman & Dowd LLP
Steven W. Pepich
655 West Broadway, Suite 1900
San Diego, CA 92101

Robert E Brown PC
44 Wall Street, 12th Floor
New York, NY 10005

Romero Law Firm
Martha E. Romero
BMR Professional Building
Whittier, CA 90601

Ropes & Gray LLP
D. Ross Martin, Esq. &
Keith H. Wofford, Esq.
1211 Avenue of the Americas
New York, NY 10036-8704

Ropes & Gray LLP
D. Ross Martin
Prudential Tower
Boston, MA 02199

Rowen L. Drenne as Representative for the Plaintiffs
Brian Kessler et al.
3725 N Indiana
Kansas City, MO 64117

Samuel I. White PC
D. Carol Sasser, Esq.
5040 Corporate Woods Dr., Ste 120
Virginia Beach, VA 23462

Samuel I. White PC
Donna J. Hall, Esq.
5040 Corporate Woods Dr., Ste 120
Virginia Beach, VA 23462

Scarinci & Hollenbeck LLC
Joel R. Glucksman, Esq.
1100 Valley Brook Avenue
Lyndhurst, NJ 07071-0790

Schlam Stone & Dolan LLP
Bennette D. Kramer
26 Broadway, 19th Floor
New York, NY 10004

Schnader Harrison Segal & Lewis LLP
Barry Bressler & Richard A. Barkasy
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Schnader Harrison Segal & Lewis LLP
Eric A. Boden
140 Broadway, Suite 3100
New York, NY 10005-1101

Schulte Roth & Zabel LLP
Adam C. Harris
919 Third Avenue
New York, NY 10022

Schulte Roth & Zabel LLP
Howard O. Godnick
919 Third Avenue
New York, NY 10022

Schulte Roth & Zabel LLP
Marguerite Gardiner
919 Third Avenue
New York, NY 10022

Schulte Roth & Zabel LLP
Michael G. Cutini
919 Third Avenue
New York, NY 10022

Secretary of State
123 William Street
New York, NY 10038-3804

Secretary of State, Division of Corporations
99 Washington Avenue, Suite 600
One Commerce Plaza
Albany, NY 12231-0001

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549

Securities & Exchange Commission NY Regional
Office
George S. Canellos, Regional Director
3 World Financial Center , Suite 400
New York, NY 10281-1022

Seward & Kissell LLP
Greg S. Bateman & Dale C. Christensen, Jr. & Sagar
Patel & Thomas Ross Hopper
One Battery Park Plaza
New York, NY 10004

Seward & Kissell LLP
Ronald L. Cohen, Kalyan Das, Mark D. Kotwick,
Arlene R. Alves & Laurie R. Binder
One Battery Park Plaza
New York, NY 10004

Shafferman & Feldman LLP
Joel M. Shafferman, Esq.
286 Madison Avenue, Suite 502
New York, NY 10017

Shapiro Blasi Wasserman & Gora PA
Thomas A. Conrad, Esq.
7000 Glades Road, Suite 400
Boca Raton, FL 33434

Shearman & Sterling LLP
Fredric Sosnick & Susan A. Fennessy
599 Lexington Avenue
New York, NY 10022

Stein Wiener & Roth LLP
Attn: Pranali Datta
1 Old Country Road, Suite 113
Carle Place, NY 11514

Stinson Morrison Hecker LLP
Andrew W. Muller
1201 Walnut, Suite 2900
Kansas City, MO 64106

Sullivan Hazeltine Allinson LLC
William A. Hazeltine, Esq.
901 N Market Street, Suite 1300
Wilmington, DE 19801

Sweeney Gallo Reich & Bolz
Melanie A. Sweeney
95-25 Queens Boulevard, 11th Floor
Rego Park, NY 11374

Talcott Franklin P.C.
Attn: Talcott J. Franklin
208 N. Market Street, Suite 200
Dallas, TX 75202

Talcott Franklin P.C.
Derek S. Witte
208 N. Market Street, Suite 200
Dallas, TX 75202

TCF National Bank
Janella J. Miller, Senior Vice President & Senior
Counsel
200 Lake Street
Wayzata, MN 55391

Teitelbaum & Baskin LLP
Jay Teitelbaum, Esq.
1 Barker Avenue, 3rd Floor
White Plains, NY 10601

Tennessee Depatment of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
Nashville, TN 37202-0207

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

The Bank of New York Mellon
Attn: Robert H. Major, VP
6525 West Campus Oval
New Albany, OH 43054

The Canada Trust Company
Susan Khokher
79 Wellington Street, West, 8th Floor
P.O. Box 1
Toronto, Dominion Centre
Toronto, ON M5K1A2 CANADA

The Law Office of
Thomas M. Mullaney
Attn: Thomas M. Mullaney
489 Fifth Avenue, 19th Floor
New York, NY 10017

The Meyers Law Firm
Glenn R. Meyers
1123 Broadway, Suite 301
New York, NY 10010

Travis County Attorney
Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767

U.S. Bank National Association
Attn: Mamta K. Scott & David A. Jason
190 S. LaSalle Street
Chicago, IL 60603

U.S. Bank National Association
Michelle Moeller
60 Livingston Avenue
St. Paul, MN 55107

U.S. Bank National Association
Tanveer Ashraf, Corp.Trust Services
West Side Flats, EP-Mn-WS3D
St. Paul, MN 55107

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
Washington, DC 20005

U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington,DC 20530-0001

UMB Bank N.A.
Mark  B. Flannagan
1010 Grand Blvd., 4th Floor
Kansas City, MO 64106

US Attorney's Office for the Southern District of New
York Civil Division
Attn: Joseph Cordaro & Cristine Irvin Phillips
86 Chambers Street, 3rd Floor
New York, NY 10007

US Bank Global Corporate Trust Services
James H. Byrnes
1 Federal Street, 3rd Floor
Boston, MA 02110

US Bank NA Corporate Trust Services Division
Laura L. Moran
1 Federal Street, 3rd Floor
Boston, MA 02110

US Trustee for the Southern District of N.Y.
Tracy Hope Davis, Linda  A. Riffkin and Brian S.
Masumoto
201 Varick Street,  Suite 1006
New York, NY 10014

Walters Bender Stohbehn & Vaughan PC
J. Michael Vaughan & David M. Skeens
2500 City Center Square
Kansas City, MO 64105

Weil Gotschal & Manges LLP
Gary T. Holtzer
767 Fifth Avenue
New York, NY 10153

Wells Fargo Bank N.A.
Attn: Corporate Trust Services - GMACM Home
Equity Notes 2004
Variable Funding Trust
P.O. Box 98
Columbia, MD 21046

Wells Fargo Bank, N.A.
Kelly Rentz
9062 Old Annapolis Road
Corporate Trust Services
Columbia, MD 21045

Wells Fargo Law Department
Kristi Garcia, Esq., Senior Counsel
4101 Weiseman Boulevard
MAC T7405-010
San Antonio, TX 78251

Wendy Alison Nora
210 Second Street NE
Minneapolis, MN 55413

White & Case LLP
J Christopher Shore &
Ian J. Silverbrand
1155 Avenue of the Americas
New York, NY 10036-2787

Willkie Farr & Gallagher LLP
Marc Abrams & Richard Choi & Jennifer J. Hardy
787 Seventh Avenue
New York, NY 10019

Wilmington Trust
Roseline Maney
1100 N. Market Street
Wilmington, DE 19801

Wilmington Trust NA
Julie J. Becker, Vice President
50 South Sixth Street,  Suite 1290
Minneapolis, MN 55402-1544

Wilson Elser Moskowitz Edelman & Dicker LLP
Attn: David L. Tillem
3 Gannett Drive
White Plains, NY 10604-3407

Winston & Strawn LLP
Attn: David Neier
200 Park Avenue
New YorkNY10166

Winston & Strawn LLP
David Neier & Carey D. Schreiber
200 Park Avenue
New YorkNY10166-4193

Wollmuth Maher & Deutsch LLP
Attn: James N. Lawlor
One Gateway Center, 9th Floor
Newark, New Jersey 07102

Wollmuth Maher & Deutsch LLP
Attn: Paul R. DeFilippo &
Steven S. Fitzgerald
500 Fifth Avenue, 12th Fl.
New York, NY 10110

Rubin LLC
Attn: Paul A. Rubin
345 Seventh Avenue, 21st Floor
New York, NY 10001

Wendy Alison Nora
310 Fourth Avenue South, Ste. 5010
Minneapolis, MN 55415

Hinshaw & Culbertson
Schuyler B. Kraus
800 Third Ave., 13th Fl.
New York, NY 10022

Hinshaw & Culbertson
Benjamin Noren
800 Third Ave., 13th Fl.
New York, NY 10022

FCI
A. Gerwald
501 Capital Circle NE, #73152065
Tallahassee, FL 32301

Saul Ewing LLP
Adam H. Isenberg, Gregory G. Schwab, & Andrea P.
Brockway
Centre Market West
1500 Market St., 38th Floor
Philadelphia, PA 19102

**EXHIBIT B**

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E.
Neish
1800 M Street, N.W., Suite 1000
Washington, DC 20036
gbush@zuckerman.com; ncohen@zuckerman.com;
lneish@zuckerman.com

Akerman Senterfitt LLP
Andrea S. Hartley
One Southeast Third Ave., 25th Fl.
Miami, FL 33131
andrea.hartley@akerman.com

Akerman Senterfitt LLP
Susan F. Balaschak & Hadi Khatib
335 Madison Ave., Suite 2600
New York, NY 10017
susan.balaschak@akerman.com

Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden & David M. Zensky & Abid Qureshi
& Philip C. Dublin & Rachel Ehrlich Albanese
One Bryant Park
New York, NY 10036
dgolden@akingump.com; dzensky@akingump.com;
aqureshi@akingump.com; pdublin@akingump.com;
ralbanese@akingump.com

Akin Gump Strauss Hauer
& Feld LLP
Fred S. Hodara & Robert A. Johnson & Christopher W.
Carty
One Bryant Park
New York, NY 10036-6745
rajohnson@akingump.com; ccarty@akingump.com

Aldine Independent School District
Courtney F. Harris,
Pamela H. Walters
14910 Aldine Westfield Road
Houston, TX 77032
bnkatty@aldine.k12.tx.us

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
Atlanta, GA 30305
ecfmail@aclawllp.com

Allen & Overy LLP
Ken Coleman & John Kibler
1221 Avenue of the Americas
New York, NY 10020
ken.coleman@allenovery.com;
john.kibler@allenovery.com

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E.
Neish
1185 Avenue of the Americas, 31st Fl.
New York, NY 10036
gbush@zuckerman.com; ncohen@zuckerman.com;
lneish@zuckerman.com

Ally Financial Inc.
Jeffrey Brown Corporate Treasurer
440 S Church Street
Charlotte, NC 28202
jeff.brown@gmacfs.com;
william.b.solomon@ally.com

Alston & Bird LLP
John C. Weitnauer, Esq.
One Atlantic Center
Atlanta, GA 30309-3424
kit.weitnauer@alston.com

Alston & Bird LLP
Martin G. Bunin, Esq.
& William Hao, Esq.
90 Park Avenue
New York, NY 10016
marty.bunin@alston.com;william.hao@alston.com

Alston & Bird LLP
William B. Macurda
Bank of America Plaza, Suite 4000
Charlotte, NC 28280-4000
bill.macurda@alston.com

Assistant Attorney General
John Mark Stern Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
john.stern@texasattorneygeneral.gov

Schneider Mitola LLP
Dan Blumenthal
666 Old Country Road, Suite 412
Garden City, NY 11530
dblumenthal@schneidermitola.com

Wollmuth Maher & Deutsch LLP
Attn: Paul R. DeFilippo &
Steven S. Fitzgerald
500 Fifth Avenue, 12th Fl.
New York, NY 10110
pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com

Ballard Spahr LLP
Sarah Schindler-Williams, Esquire
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Schindlerwilliamss@ballardspahr.com

Bank of New York Mellon
Sarah Stout & Jennifer J Provenzano
525 William Penn Place
Pittsburgh, PA 15259-0001
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com

Barclays Bank PLC
Joe Tricamo & May Wong
1301 Sixth Avenue
New York, NY10019
xrausloanops5@barclays.com

Barnes & Thornburg LLP
David M. Powlen
1000 North West St., Suite 1500
Wilmington, DE 19801
david.powlen@btlaw.com

Barry B, Eskanos JD MPA &
Ami B. Eskanos
3122 Pine Tree Drive
Miami Beach, FL 33140
bbeskanos@aol.com

Bernstein Litowitz Berger & Grossmann LLP
David R. Stickney & Jonathan D. Uslaner & Matthew
P. Jubenville
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
davids@blbglaw.com; jonathanu@blbglaw.com;
matthewj@blbglaw.com

Bernstein Litowitz Berger & Grossmann LLP
Jai K. Chandrasekhar
1285 Avenue of the Americas
New York, NY 10019
jai@blbglaw.com

Blank Rome LLP
Michael B. Schaedle
One Logan Square
Philadelphia, PA 19103
schaedle@blankrome.com

Blank Rome LLP
Stanley B. Tarr & Alan M. Root
1201 N. Market Street, Suite 800
Wilmington, DE 19801
tarr@blankrome.com; root@blankrome.com

BMMZ Holding LLC
c/o Ally Financial Inc,
Attn: Courtney Lowman
200 Renaissance Center
Detroit, MI 48265-2000
courtney.lowman@ally.com

Bracewell & Giuliani LLP
Ryan M. Philp
1251 Avenue of the Americas
New York, NY 10020-1104
ryan.philp@bgllp.com

Bracewell & Giuliani LLP
Stan Chelney
1251 Avenue of the Americas
New York, NY 10020-1104
stan.chelney@bgllp.com

Brian Kessler, et al
c/o Walters Bender Strohbehn
& Vaughan, P.C.
2500 City Center Square,
1100 Main, Suite 2500
Kansas City, MO 64105
jhaake@wbsvlaw.com

Brown Rudnick LLP
Sigmund S. Wissner Gross
7 Times Square
New York, NY 10036
swissnergross@brownrudnick.com

Cadwalader Wickersham & Taft LLP
Gregory M. Petrick & Ingrid Bagby
One World Financial Center
New York, NY 10281
gregory.petrick@cwt.com; ingrid.bagby@cwt.com

Cadwalader Wickersham & Taft LLP
Mark C. Ellenberg, Esq.
700 Sixth Street NW
Washington, DC 20001
mark.ellenberg@cwt.com

Caley Dehkhoda & Quadri d/b/a
Wong Fleming
Dianna J. Caley
2340 130th Ave NE Suite D 150
Bellevue, WA 98005
dcaley@wongfleming.com

Carter Ledyard & Milburn LLP
Aaron R Cahn & Leonardo Trivigno
2 Wall Street
New York, NY 10005
bankruptcy@clm.com

Chadbourne & Parke LLP
Attn: Howard Seife & David M. LeMay & Robert J
Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com;dlemay@chadbourne.com;
rgayda@chadbourne.com; mroitman@chadbourne.com

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich Street, 6th Fl.
New York, NY 10013
bobbie.theivakumaran@citi.com

Cleary Gottlieb Steen & Hamilton LLP
Sean A. O'Neal & Thomas J. Moloney
One Liberty Plaza
New York, NY 10006
maofiling@cgsh.com; tmoloney@cgsh.com;
soneal@cgsh.com

Clifford Chance US LLP
Jennifer C DeMarco & Adam Lesman
31 West 52nd St
New YorkNY10019
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com

Cohen Milstein Sellers & Toll PLLC
Joel P Laitman, Christopher Lometti, Michael B
Eisenkraft, Daniel B Rehns & Kenneth M Rehns
88 Pine St 14th Fl
New YorkNY10005
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;
krehns@cohenmilstein.com

Cohn Birnbaum & Shea PC
Scott D. Rosen
100 Pearl Street, 12th Fl
Hartford, CT 06103
srosen@cbshealaw.com

Cole Schotz Meisel Forman
& Leonard PA
Michael D. Warner & Emily S. Chou
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
mwarner@coleschotz.com;echou@coleschotz.com

Commonwealth of Pennsylvania, Department of Labor
and Industry
Joseph Kots
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1152
ra-li-ucts-bankrupt@state.pa.us

Crowe & Dunlevy PC
William H. Hoch
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK 73102
will.hoch@crowedunlevy.com

Curtis Mallet-Prevost Colt & Mosle LLP
Maryann Gallagher, Esq.
101 Park Avenue
New York, NY 10178-0061
mgallagher@curtis.com

Curtis Mallet-Prevost Colt & Mosle LLP
Michael A Cohen, Esq.
101 Park Avenue
New York, NY 10178-0061
macohen@curtis.com

Curtis Mallet-Prevost Colt & Mosle LLP
Steven J Reisman, Esq.
101 Park Avenue
New York, NY 10178-0061
sreisman@curtis.com

Wollmuth Maher & Deutsch LLP
Attn: James N. Lawlor
One Gateway Center, 9th Floor
Newark, New Jersey 07102
jlawlor@wmd-law.com

Day Pitney LLP
Herbert K. Ryder
1 Jefferson Road
Parsippany, NJ 07054-2891
hryder@daypitney.com

Day Pitney LLP
James J. Tancredi
242 Trumbull Street
Hartford, CT 06103
jjtancredi@daypitney.com

Day Pitney LLP
Joshua W. Cohen
1 Audubon Road
New Haven, CT 06510
jwcohen@daypitney.com

Dechert LLP
Glenn E. Siegel, Hector Gonzalez, Brian E. Greer &
Mauricio A. Espana
1095 Avenue of the Americas
New York, NY 10036-6797
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;
brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com

Deutsche Bank
Rosa Mendez
Corporate Trust Department
Santa Ana, CA 92705-4934
rosa.mendez@db.com

Deutsche Bank Trust Company Americas
Attn: Brendan Meyer
Harborside Financial Center
100 Plaza One MS: JCY03-0699
Jersey City, NJ 07311-3901
Brendan.meyer@db.com

Diem T. Nguyen
P.O. Box 12139
Westminster, CA 92685
diem.home@gmail.com

Duane Morris LLP
Gerald S. Catalanello, Esq. & James J. Vincequerra, Esq.
1540 Broadway
New York, NY 10036
gcatalanello@duanemorris.com;
jvincequerra@duanemorris.com

Winston & Strawn LLP
David Neier & Carey D. Schreiber
200 Park Avenue
New YorkNY10166-4193
dneier@winston.com; cschreiber@winston.com

Fein Such & Crane LLP
Mark K. Broyles, Esq.
28 East Main Street, Suite 1800
Rochester, NY 14614
broylesmk@rgcattys.com

Fein Such & Crane LLP
Tammy L. Terrell Benoza
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
tterrell@feinsuch.com

Fein Such & Crane LLP
Tammy L. Terrell Benoza
7 Century Drive, Suite 201
Parsippany, NJ 07054
tterrell@feinsuch.com

Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Paul J. Pascuzzi
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
ppascuzzi@ffwplaw.com

FIDC
Dennis J. Early
Counsel - Legal Division
3501 Fairfax Drive, Room VS-D-7076
Arlington, VA 22226-3500
dearly@fdic.gov

Winston & Strawn LLP
Attn: David Neier
200 Park Avenue
New YorkNY10166
dneier@winston.com

Flores & Saucedo PLLC
Christina Flores
5517 McPherson, Suite 14
Laredo, TX 78041
floressaucedopllc@gmail.com

Foley & Mansfield PLLP
Thomas J. Lallier
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
tlallier@foleymansfield.com

US Attorney's Office for the Southern District of New York Civil Division
Attn: Joseph Cordaro & Cristine Irvin Phillips
86 Chambers Street, 3rd Floor
New York, NY 10007
joseph.cordaro@usdoj.gov

Freeborn & Peters LLP
Devon J. Eggert, Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL 60606-6677
deggert@freebornpeters.com

Freeborn & Peters LLP
Thomas R. Fawkes, Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL 60606-6677
tfawkes@freebornpeters.com

Fried Frank Harris Shriver & Jacobson
William G McGuinness & Israel David & Gary L. Kaplan
1 New York Plaza
New York, NY 10004
israel.david@friedfrank.com;
gary.kaplan@friedfrank.com

Gibbons PC
Attn: Karen A. Giannelli, Esq.
One Gateway Center, 9th Fl
Newark, NJ 07102-5310
kgiannelli@gibbonslaw.com

Gibbons PC
Jeffrey S. Berkowitz &
Christopher A. Albanese
One Pennsylvania Plaza, 37th Fl
New York, NY 10119-3701
jberkowitz@gibbonslaw.com;
calbanese@gibbonslaw.com

Gibbs & Bruns LLP
Kathy D. Patrick, Esq &
Scott A. Humphries, Esq.
1100 Louisiana, Suite 5300
Houston,TX 77002
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com;

Gibbs & Bruns, L.L.P.
Kathy D. Patrick
1100 Louisiana
Houston, TX 77002
kpatrick@gibbsbruns.com

Gibson Dunn Crutcher
David M. Feldman & Joshua Weisser
200 Park Avenue
New York, NY 10166-0193
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com

Ginnie Mae
Ted Tozer
550 12 St. SW
Washington, DC 20024
theodore.w.tozer@hud.gov

Grant & Eisenhofer PA
Geoffrey C. Jarvis Matthew P. Morris & Deborah A Elman
485 Lexington Ave., 29th Fl
New York, NY 10017
gjarvis@gelaw.com; mpmorris@gelaw.com;
delman@gelaw.com

Guttleman Muhlstock Chewcaskie
Brian Chewcaskie
2200 Fletcher Ave, No. 16
Fort Lee, NJ 07024
brian@gmcnjlaw.com

Hinshaw & Culbertson
Ali Ryan Amin
780 Third Ave., 4th Fl
New York, NY 10017
aamin@hinshawlaw.com

HP Enterprise Services LLC
Ayala Hassell, Esq.
5400 Legacy Drive
Plano, TX 75024
ayala.hassell@hp.com

Hunton & Williams LLP
Richard P. Norton & Robert A. Rich
200 Park Avenue, 53rd Fl
New York, NY 10166
rnorton@hunton.com;rrich2@hunton.com

Wilson Elser Moskowitz Edelman & Dicker LLP
Attn: David L. Tillem
3 Gannett Drive
White Plains, NY 10604-3407
david.tillem@wilsonelser.com

Imperial County Tax Collector
940 W Main Street, Suite 106
El Centro, CA 92243
floraoropeza@co.imperial.ca.us

Wilmington Trust
Roseline Maney
1100 N. Market Street
Wilmington, DE 19801
rmaney@wilmingtontrust.com

Willkie Farr & Gallagher LLP
Marc Abrams & Richard Choi & Jennifer J. Hardy
787 Seventh Avenue
New York, NY 10019
mabrams@willkie.com; rchoi1@willkie.com;
jhardy2@willkie.com

White & Case LLP
J Christopher Shore &
Ian J. Silverbrand
1155 Avenue of the Americas
New York, NY 10036-2787
cshore@whitecase.com; isilverbrand@whitecase.com;
dthatch@whitecase.com; hdenman@whitecase.com

Iron Mountain Information Management Inc
Joseph Corrigan
745 Atlantic Avenue
Boston, MA 02111
bankruptcy2@ironmountain.com

John Ciampoli County Attorney of Nassau County
Patrick R. Gallagher
1 West Street
Mineola, NY 11501
pgallagher@nassaucountyny.gov

Jones Day
Carl E. Black
901 Lakeside Avenue
Cleveland, OH 44114
ceblack@jonesday.com

Jones Day
Corinne Ball, Richard L. Wynne & Lance E. Miller
222 East 41st Street
New York, NY 10017
cball@jonesday.com; rlwynne@jonesday.com;
lemiller@jonesday.com; ceblack@jonesday.com

Wendy Alison Nora
210 Second Street NE
Minneapolis, MN 55413
accesslegalservices@gmail.com

Kathleen G. Cully PLLC
Kathleen G. Cully
180 Cabrini Blvd., No 128
New York, NY 10033-1167
kgcully@kgcully.com

Kelley Drye & Warren LLP
James S. Carr & Eric R. Wilson
101 Park Avenue
New York, NY 10178
kdwbankruptcydepartment@kelleydrye.com

Kessler Topaz Meltzer & Check LLP
Edward W. Ciolko Donna Siegel Moffa
280 King of Prussia Rd
Radnor, PA 19087
eciolko@ktmc.com; dmoffa@ktmc.com

Kilpatrick & Associates PC
Richardo I. Kilpatrick
903 North Opdyke Road, Suite C
Auburn Hills, MI, 48326
ecf@kaalaw.com

King & Spalding LLP
W. Austin Jowers & Paul K. Ferdinands & Thaddeus
D. Wilson
1180 Peachtree Street N.E.
Atlanta, GA 30309
thadwilson@kslaw.com; ajowers@kslaw.com;
pferdinands@kslaw.com

KIRBY McINERNEY LLP
Mark A. Strauss & J. Brandon Walker
825 Third Ave., 16th Fl
New York, NY 10022
mstrauss@kmllp.com; bwalker@kmllp.com

Kirkland & Ellis
Judson Brown
655 Fifteenth Street NW
Washington, DC 20005-5793
judson.brown@kirkland.com

Kirkland & Ellis
Richard M. Cieri
601 Lexington Ave
New York, NY 10022
richard.cieri@kirkland.com

Kirkland & Ellis LLP
Attn: Ray C. Schrock &
Stephen E. Hessler
601 Lexington Ave
New York, NY 10022-4611
ray.schrock@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com; john.bellaver@ally.com

Klestadt & Winters LLP
Attn: Tracy L. Klestadt &
Joseph C. Corneau
570 Seventh Ave., 17th Fl
New York, NY 10018
tklestadt@klestadt.com;jcorneau@klestadt.com

Kozeny, McCubbin & Katz, LLP
Jordan S. Katz
395 N Service Road
Melville, NY 11747
sdny@kmk-law.net

Kramer Levin Naftallis & Frankel LLP
Kenneth H. Eckstein, Thomas Moers Mayer &
Douglas H. Mannal &
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
pbentley@kramerlevin.com;
dmannal@kramerlevin.com; szide@kramerlevin.com

Kriss & Feuerstein LLP
Jason S. Leibowitz
360 Lexington Ave., Ste 1200
New York, NY 10017
jleibowitz@kandfllp.com

Kurtzman Carson Consultants
P. Joe Morrow
2335 Alaska Ave
El Segundo, CA 90245
rescapinfo@kccllc.com

Lapp Libra Thomson Stoebner & Pusch
David A. Libra, Esq.
120 South Sixth St., Suite 2500
Minneapolis, MN 55402
dlibra@lapplibra.com

Law Debenture Trust Company of NY
James D. Heaney Managing Director
400 Madison Ave
New York, NY 10017
james.heaney@lawdeb.com

Wells Fargo Law Department
Kristi Garcia, Esq., Senior Counsel
4101 Weiseman Boulevard
MAC T7405-010
San Antonio, TX 78251
kristi.garcia@wellsfargo.com

Ballard Spahr LLP
Andrew J. Petrie & Sarah B. Wallace
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596
petriea@ballardspahr.com;
wallaces@ballardspahr.com

Law Offices of Robert E. Luna PC
Andrea Sheehan
4411 N Central Expressway
Dallas, TX 75205
sheehan@txschoollaw.com

Leopold & Associates PLLC
Saul Leopold & Phillip Mahony
80 Business Park Dr., Ste 110
Armonk, NY 10504
Dcaponnetto@leopoldassociates.com;
pmahony@leopoldassociates.com

Linebarger Goggan Blair & Sampson LLP
Diana W. Sanders
P.O. Box 17428
Austin, TX 78760
austin.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St., Ste 1600
Dallas, TX 75201
dallas.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson LLP
John P. Dillman, Esq.
P. O. Box 3064
Houston. TX 77253-3064
houston_bankruptcy@lgbs.com

Locke Lord LLP
Casey B. Howard
3 World Financial Center
New York, NY 10281-2101
choward@lockelord.com

Loeb & Loeb LLP
Walter H. Curchack, Vadim J. Rubinstein & Debra W. Minoff
345 Park Ave
New York, NY 10154
wcurchack@loeb.com; vrubinstein@loeb.com;
dminoff@loeb.com

Lowenstein Sandler PC
Andrew Behlmann
1251 Avenue of the Americas,18th Fl
New York, NY 10020
abehlmann@lowenstein.com

Lowenstein Sandler PC
Andrew Behlmann
65 Livingston Ave
Roseland, NJ 07068
abehlmann@lowenstein.com

Lowenstein Sandler PC
Michael S. Etkin & Ira M. Levee
1251 Avenue of the Americas, 18th Fl
New York, NY 10020
metkin@lowenstein.com; ilevee@lowenstein.com

Lowenstein Sandler PC
Michael S. Etkin & Ira M. Levee
65 Livingston Avenue
Roseland, NJ 07068
metkin@lowenstein.com; ilevee@lowenstein.com

Wells Fargo Bank, N.A.
Kelly Rentz
9062 Old Annapolis Road
Corporate Trust Services
Columbia, MD 21045
kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com;
mary.l.sohlberg@wellsfargo.com

Magnozzi & Kye LLP
Amish R. Doshi, Esq.
23 Green Street, Suite 302
Huntington, NY 11743
adoshi@magnozzikye.com

Manatee County Tax Collector
Susan D. Profant & Ken Burton Jr.
4333 US 301 North
Ellenton, FL 34222
susanp@taxcollector.com

Marino Tortorella & Boyle PC
Kevin H. Marino & John A. Boyle
437 Southern Boulevard
Chatham, NJ 07928-1488
kmarino@khmarino.com; jboyle@khmarino.com

Weil Gotschal & Manges LLP
Gary T. Holtzer
767 Fifth Avenue
New York, NY 10153
gary.holtzer@weil.com

Mccreary, Veselka, Bragg & Allen, P.C.
Lee Gordon
P.O. Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

McKool Smith
Attn: Paul D. Moak
600 Travis St., Suite 7000
Houston, TX 77002
pmoak@McKoolSmith.com

McKool Smith PC
Michael R. Carney
One Bryant Park, 47th Fl
New York, NY 10036
mcarney@mckoolsmith.com

McKool Smith PC
Paul D. Moak
600 Travis St., Suite 7000
Houston, TX 77002
pmoak@McKoolSmith.com

Menter Rudin & Trivelpiece PC
Kevin M. Newman
308 Maltibe St., Ste 200
Syracuse, NY 13204-1439
knewman@menterlaw.com

Meyner and Landis LLP
Meredith I. Friedman
1 Gateway Center, Ste 2500
Newark, NJ 07102
mfriedman@meyner.com

Milbank, Tweed, Hadley & McCloy LLP
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005
guzzi@milbank.com

Missouri Department of Revenue
Attn: Steven A. Ginther, Esq.
Bankruptcy Unit
Jefferson City, MO 65105-0475
sdnyecf@dor.mo.gov

Morgan Lewis & Bockius LLP
James L. Garrity Jr.
101 Park Avenue
New York, NY 10178-0600
jgarrity@morganlewis.com

Morgan Lewis & Bockius LLP
Michael S. Kraut
101 Park Avenue
New York, NY 10178-0600
mkraut@morganlewis.com

Morgan Lewis & Bockius LLP
Patrick D. Fleming
101 Park Ave
New York, NY 10178-0600
pfleming@morganlewis.com

Morganroth & Morganroth PLLC
Mayer Morganroth &
Jeffrey B. Morganroth
344 N Old Woodward Ave., Ste 200
Birmingham, MI 48009
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com

Moritt Hock & Hamroff LLP
Leslie Ann Berkoff
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com

Morrison & Foerster LLP
Attn: Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104
Tammy.Hamzehpour@gmacrescap.com;
Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com;
Deanna.horst@gmacrescap.com;
William.thompson@gmacrescap.com;
William.tyson@gmacrescap.com;
Eileen.oles@gmacrescap.com;
Lauren.delehey@gmacrescap.com;
Julie.busch@gmacrescap.com; kathy.priore@gmacrescap.com;
patty.zellmann@gmacrescap.com

Morrison & Foerster LLP
Larren M. Nashelsky, Gary S. Lee & Lorenzo
Marinuzzi & Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com; glee@mofo.com;
lmarinuzzi@mofo.com; Ksadeghi@mofo.com

Morrison Cohen LLP
Joseph T. Moldovan, Esq
909 Third Ave
New York, NY 10022
jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com

Moss & Kalish PLLC
David B. Gelfarb
122 E 42nd St., Ste 2100
New York, NY 10168
gelfarb@mosskalish.com

Munger Tolles & Olson LLP
Seth Goldman
355 S Grand Ave
Los Angeles, CA 90071
seth.goldman@mto.com

Munger Tolles & Olson LLP
Thomas B. Walper
355 S Grand Ave
Los Angeles, CA 90071
Thomas.walper@mto.com

Office of Attorney General
Carol E. Momjian
Senior Deputy Attorney General
Philadelphia, PA 19107-3603
cmomjian@attorneygeneral.gov

Office of Shabbir A. Khan
Phonxay Keokham
44 N San Joaquin St., Ste 150
Stockton, CA 95201
almeyers@sjgov.org

Office of the NY State Attorney General
Nancy Lord & Enid M. Stuart
The Capitol
Albany, NY 12224-0341
enid.stuart@OAG.State.NY.US

Office of the US Attorney for the Southern District of
NY
United States Attorney Preet Bharara
One St. Andrews Plaza
New York, NY 10007
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov

Patterson Belknap Webb & Tyler LLP
David W. Dykhouse & Brian P. Guiney
1133 Avenue of the Americas
New York, NY 10036-6710
dwdykhouse@pbwt.com; bguiney@pbwt.com

Paul N Papas II
Mylegalhelpusa.com
4727 E Bell Road ,Ste 45-350
Phoenix, AZ 85032
Paul_Papas@mylegalhelpusa.com

Perdue Brandon Fielder Collins &
Mott LLP
c/o Elizabeth Banda Calvo
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Pillsbury Winthrop Shaw Pittman LLP
Brandon Johnson
P.O. Box 2824
San Francisco, CA 94126
brandon.johnson@pillsburylaw.com

Placer County Office of the Treasurer-Tax Collector
Jenny McMurtry Deputy Tax Collector
2976 Richardson Drive
Auburn, CA 95603
jmcmurtr@placer.ca.gov

Polsinelli Shughart PC
Daniel J. Flanigan & Jason A. Nagi
805 Third Avenue, Suite 2020
New York, NY 10022
dflanigan@polsinelli.com; jnagi@polsinelli.com

Proskauer Rose LLP
Irena M. Goldstein
Eleven Times Square
New York, NY 10036
igoldstein@proskauer.com

Proskauer Rose LLP
Scott K. Rutsky & Jared D. Zajac
Eleven Times Square
New York, NY 10036
srutsky@proskauer.com; jzajac@proskauer.com

Quinn Emanuel Urquhart & Sullivan LLP
Daniel L. Brockett & David D. Burnett
51 Madison Avenue, 22nd Floor
New York, NY 10010
danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com

Quinn Emanuel Urquhart & Sullivan LLP
Eric D. Winston & Jeremy D. Anderson
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017
jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com

Quinn Emanuel Urquhart & Sullivan LLP
Susheel Kirpalani & Scott C. Shelley
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com

Reilly Pozner LLP
Michael A. Rollin
1900 16th Street, Suite 1700
Denver, CO 80202
mrollin@rplaw.com

Robbins Gellar Rudman & Dowd LLP
Christopher M. Wood
One Montgomery Street, Suite 1800
San Francisco, CA 94104
cwood@rgrdlaw.com

Robbins Gellar Rudman & Dowd LLP
Steven W. Pepich
655 West Broadway, Suite 1900
San Diego, CA 92101
stevep@rgrdlaw.com

Robert E Brown PC
44 Wall Street, 12th Floor
New York, NY 10005
rbrown@robertbrownlaw.com

Romero Law Firm
Martha E. Romero
BMR Professional Building
Whittier, CA 90601
romero@mromerolawfirm.com

Ropes & Gray LLP
D. Ross Martin, Esq &
Keith H. Wofford, Esq.
1211 Avenue of the Americas
New York, NY 10036-8704
Ross.martin@ropesgray.com;
keith.wofford@ropesgray.com

Ropes & Gray LLP
D. Ross Martin
Prudential Tower
Boston, MA 02199
Ross.martin@ropesgray.com

Walters Bender Stohbehn & Vaughan PC
J. Michael Vaughan & David M. Skeens
2500 City Center Square
Kansas City, MO 64105
mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com

Samuel I. White PC
D. Carol Sasser, Esq
5040 Corporate Woods Dr., Ste 120
Virginia Beach, VA 23462
dsasser@siwpc.com

Samuel I. White PC
Donna J. Hall, Esq.
5040 Corporate Woods Dr., Ste 120
Virginia Beach, VA 23462
dhall@siwpc.com

Scarinci & Hollenbeck LLC
Joel R Glucksman, Esq.
1100 Valley Brook Avenue
Lyndhurst, NJ 07071-0790
jglucksman@scarincihollenbeck.com

Schlam Stone & Dolan LLP
Bennette D. Kramer
26 Broadway, 19th Floor
New York, NY 10004
bdk@schlamstone.com

Schnader Harrison Segal & Lewis LLP
Barry Bressler & Richard A. Barkasy
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
bbressler@schnader.com; rbarkasy@schnader.com

Schnader Harrison Segal & Lewis LLP
Eric A. Boden
140 Broadway, Suite 3100
New York, NY 10005-1101
eboden@schnader.com

Schulte Roth & Zabel LLP
Adam C. Harris
919 Third Avenue
New York, NY 10022
adam.harris@srz.com

Schulte Roth & Zabel LLP
Howard O. Godnick
919 Third Avenue
New York, NY 10022
howard.godnick@srz.com

Schulte Roth & Zabel LLP
Marguerite Gardiner
919 Third Avenue
New York, NY 10022
marguerite.gardiner@srz.com

Schulte Roth & Zabel LLP
Michael G. Cutini
919 Third Avenue
New York, NY 10022
michael.cutini@srz.com

US Trustee for the Southern District of N.Y.
Tracy Hope Davis, Linda A. Riffkin and Brian S.
Masumoto
201 Varick Street, Suite 1006
New York, NY 10014
Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov

US Bank NA Corporate Trust Services Division
Laura L. Moran
1 Federal Street, 3rd Floor
Boston, MA 02110
laura.moran@usbank.com

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549
secbankruptcy@sec.gov

Securities & Exchange Commission NY Regional
Office
George S. Canellos Regional Director
3 World Financial Center , Suite 400
New York, NY 10281-1022
secbankruptcy@sec.gov; newyork@sec.gov;
bankruptcynoticeschr@sec.gov

Seward & Kissell LLP
Greg S. Bateman & Dale C. Christensen, Jr. & Sagar
Patel & Thomas Ross Hopper
One Battery Park Plaza
New York, NY 10004
bateman@sewkis.com; christensen@sewkis.com;
patel@sewkis.com; hooper@sewkis.com;
josselson@sewkis.com

Seward & Kissell LLP
Ronald L. Cohen, Kalyan Das, Mark D. Kotwick,
Arlene R. Alves & Laurie R. Binder
One Battery Park Plaza
New York, NY 10004
cohen@sewkis.com;das@sewkis.com;
binder@sewkis.com; kotwick@sewkis.com;
alves@sewkis.com

Shafferman & Feldman LLP
Joel M. Shafferman, Esq.
286 Madison Avenue, Suite 502
New York, NY 10017
joel@shafeldlaw.com

Shapiro Blasi Wasserman & Gora PA
Thomas A. Conrad, Esq.
7000 Glades Road, Suite 400
Boca Raton, FL 33434
taconrad@sbwlawfirm.com

Shearman & Sterling LLP
Fredric Sosnick & Susan A. Fennessey
599 Lexington Avenue
New York, NY 10022
fsosnick@shearman.com; sfennessey@shearman.com

Stein Wiener & Roth LLP
Attn: Pranali Datta
1 Old Country Road, Suite 113
Carle Place, NY 11514
pdatta@hhstein.com

Stinson Morrison Hecker LLP
Andrew W. Muller
1201 Walnut, Suite 2900
Kansas City, MO 64106
amuller@stinson.com

Sullivan Hazeltine Allinson LLC
William A. Hazeltine, Esq.
901 N Market Street, Suite 1300
Wilmington, DE 19801
whazeltine@sha-llc.com

Sweeney Gallo Reich & Bolz
Melanie A. Sweeney
95-25 Queens Boulevard, 11th Floor
Rego Park, NY 11374
msweeney@msgrb.com

Talcott Franklin P.C.
Attn: Talcott J. Franklin
208 N. Market Street, Suite 200
Dallas, TX 75202
tal@talcottfranklin.com

Talcott Franklin P.C.
Derek S. Witte
208 N. Market Street, Suite 200
Dallas, TX 75202
derek@talcottfranklin.com

TCF National Bank
Janella J. Miller, Senior Vice President & Senior
Counsel
200 Lake Street
Wayzata, MN 55391
jmiller@tcfbank.com

Teitelbaum & Baskin LLP
Jay Teitelbaum, Esq.
1 Barker Avenue, 3rd Floor
White Plains, NY 10601
jteitelbaum@tblawllp.com

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
Nashville, TN 37202-0207
AGBankNewYork@ag.tn.gov

US Bank Global Corporate Trust Services
James H. Byrnes
1 Federal Street, 3rd Floor
Boston, MA 02110
james.byrnes@usbank.com

The Bank of New York Mellon
Attn: Robert H. Major, VP
6525 West Campus Oval
New Albany, OH 43054
robert.major@bnymellon.com

The Canada Trust Company
Susan Khokher
79 Wellington Street, West, 8th Floor
P.O. Box I
Toronto, Dominion Centre
Toronto, ON M5K1A2
Canada
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com

The Law Office of
Thomas M. Mullaney
Attn: Thomas M. Mullaney
489 Fifth Avenue, 19th Floor
New York, NY 10017
tmm@mullaw.org

The Meyers Law Firm
Glenn R. Meyers
1123 Broadway, Suite 301
New York, NY 10010
themeyerslawfirm@gmail.com

Travis County Attorney
Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767
kay.brock@co.travis.tx.us

U.S. Bank National Association
Attn: Mamta K. Scott & David A. Jason
190 S. LaSalle Street
Chicago, IL 60603
mamta.scott@usbank.com

U.S. Bank National Association
Michelle Moeller
60 Livingston Avenue
St. Paul, MN 55107
michelle.moeller@usbank.com

U.S. Bank National Association
Tanveer Ashraf, Corp.Trust Services
West Side Flats, EP-Mn-WS3D
St. Paul, MN 55107
tanveer.ashraf@usbank.com

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
Washington, DC 20005
Glenn.Gillett@usdoj.gov

U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington,DC 20530-0001
AskDOJ@usdoj.gov

UMB Bank N.A.
Mark  B. Flannagan
1010 Grand Blvd., 4th Floor
Kansas City, MO 64106
Mark.Flannagan@umb.com

Rubin LLC
Attn: Paul A. Rubin
345 Seventh Avenue, 21st Floor
New York, NY 10001
prubin@rubinlawllc.com

Wendy Alison Nora
310 Fourth Avenue South, Ste. 5010
Minneapolis, MN 55415
accesslegalservices@gmail.com

Hinshaw & Culbertson
Schuyler B. Kraus; Benjamin Noren
800 Third Ave., 13th Fl.
New York, NY 10022
skraus@hinshawlaw.com; bnoren@hinshawlaw.com

Saul Ewing LLP
Adam H. Isenberg, Gregory G. Schwab, & Andrea P.
Brockway
Centre Market West
1500 Market St., 38th Floor
Philadelphia, PA 19102
aisenberg@saul.com; gschwab@saul.com;
abrockway@saul.com