# EXHIBIT "A"



Bk: 50907 Pg: 85
Page: 1 of 4  05/20/2013 12:22 PM  WD

MASSACHUSETTS EXCISE TAX
Worcester District ROD #20 001
Date:  05/20/2013 12:22 PM
Ctrl# 120436 29966 Doc# 00058906
Fee: $731.88 Cons: $160,412.64

## FORECLOSURE DEED

GMAC Mortgage, LLC, having its usual place of business at 3451 Hammond Avenue, Waterloo, IA 50702, holder of a mortgage from Allison L. Randle to Sherwood Mortgage Group, Inc. dated April 8, 2003, and recorded with the Worcester County (Worcester District) Registry in Book 29672, Page 124, by the power conferred by said mortgage and every other power, for One Hundred Sixty Thousand Four Hundred Twelve and 64/100 Dollars ($160,412.64) paid, grants to Residential Funding Company, LLC f/k/a Residential Funding Corporation, with a mailing address of: 8400 Normandale Lake Boulevard, Suite 350, Bloomington, MN 55437, the real property with the buildings and improvements thereon, if any, situated in Northborough, Worcester County (Worcester District) County, Massachusetts, which real property is fully described in Schedule "A" attached hereto and made part hereof by reference, being the premises conveyed by said Mortgage.

PROPERTY ADDRESS:      83-85 Whitney Street, Unit No. 83, Whitney Street
Condominium, Northborough, MA 01532

Executed under seal the 23rd day of January 2012 LB as the free act and deed of GMAC Mortgage, LLC, by **Lauren Balsamo** , its ~~Authorized Officer~~ and ~~Katrina Jordan~~ its ~~Authorized Officer~~

1/23/12

by: **Lauren Balsamo**

its:

by: **Katrina Jordan**

its: ~~Authorized Officer~~

State of **Pennsylvania**      )
County of **Montgomery**      )      ss.

On this 23 day of JAN. 2012, before me, the undersigned notary public, personally appeared **Lauren Balsamo** and **Katrina Jordan** , proved to me through satisfactory evidence of identification, which was Driver Licen , to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

_____ (Affix Seal)
Notary signature
My Commission Expires Nov 8, 2015

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sally Kerchner, Notary Public
Upper Moreland Twp., Montgomery County
My Commission Expires Nov. 8, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES



# Schedule A

A certain estate known as Unit No. 83, ("Unit"), of the Whitney Street Condominium located at 83-85 Whitney Street, Northborough, Massachusetts, a condominium, ("Condominium"), established pursuant to Massachusetts General Laws, Chapter 183A, by Master Deed dated October 25, 1985, recorded with the Worcester District Registry of Deeds in Book 9017, Page 250, ("Master Deed"), which Unit is shown on the Plan of the "Condominium" dated July 24, 1985, recorded with the Worcester District Registry of Deeds in Plan Book 543, Plan 33.

For Mortgagor's Title, See Deed in Book 25626 at Page 053 of the Worcester County Registry of Deeds.

Subject to and with the benefit of easements, reservation, restrictions, and taking of record, if any, insofar as the same are now in force and applicable.

In the event of any typographical error set forth herein in the legal description of the premises, the description as set forth and contained in the mortgage shall control by reference.

This property has the address of **83-85 Whitney Street, Unit No. 83 Whitney Street Condominium, Northborough, MA 01532.**

## AFFIDAVIT

I, **Lauren Balsamo**, being the duly authorized ~~Officer~~ of GMAC Mortgage, LLC, named in the foregoing deed, make oath and say that, based on the review of the business records of GMAC Mortgage, LLC, the principal, interest, and tax obligations mentioned in the mortgage recorded with the Worcester County (Worcester District) Registry of Deeds at Book 29672, Page 124 were not paid or tendered or performed when due or prior to the sale. In compliance with G.L. c. 244 § 14; GMAC Mortgage, LLC, caused a notice of sale to be published in the Worcester Telegram and Gazette, a newspaper published, or by its title page purporting to be published in Northborough, Worcester County (Worcester District), Massachusetts for three (3) consecutive weeks: August 29, 2011, September 5, 2011, and September 12, 2011, notice of which the following is a true copy:

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF

GMAC Mortgage, LLC, has also complied with Chapter 244, § 14 of the General Laws of Massachusetts and all amendments thereto, and 26 U.S.C. § 7425(c) of the Internal Revenue Code (if applicable) by mailing the required notices via certified mail to the owner of the equity of redemption appearing on our records as of thirty (30) days prior to the sale, to the last known address of said owner of the equity of redemption, and all other persons of record holding an interest in the property junior to the mortgage being foreclosed, return receipt requested, as well as regular mail, thereby complying in all respects with the power of sale.

Pursuant to said notice, on September 23, 2011, at 10:00 AM, said auction was postponed by public proclamation to September 27, 2011, at 11:00 AM, said auction was further postponed by public proclamation to October 26, 2011, at 10:00 AM, at which time and place upon the mortgaged premises, GMAC Mortgage, LLC, sold the mortgaged premises at public auction by Sandra F. Monroe of Monroe Auction Group, a licensed auctioneer, to Residential Funding Company, LLC f/k/a Residential Funding Corporation, for One Hundred Sixty Thousand Four Hundred Twelve and 64/100 ($160,412.64) Dollars, being the highest bid made therefore at said auction.

Witness:                                          GMAC Mortgage, LLC,    1123112

_Katrina Jordan_                    by: _Lauren Balsamo_    **Authorized Officer**
                                         its:

State of **Pennsylvania**      )
County of **Montgomery**     )    ss.

Signed and sworn to before me this 23 day of JAN, ~~2011~~ 2012

Notary Public _Sea M_

My Commission expires: _Nov 8, 2015_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sally Kerchner, Notary Public
Upper Moreland Twp., Montgomery County
My Commission Expires Nov. 8, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

File# G3910.00

# EXHIBIT "A"

### NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Allison L. Randle to Sherwood Mortgage Group, Inc. dated April 8, 2003, recorded with the Worcester County (Worcester District) Registry of Deeds in Book 29672, Page 124 of which mortgage the undersigned is the present holder for breach of conditions of said mortgage and for the purpose of foreclosing the same will be sold at PUBLIC AUCTION at 10:00 AM on September 23, 2011, on the mortgaged premises. The entire mortgaged premises, all and singular, the premises as described in said mortgage.

A certain estate known as Unit No. 83, ("Unit"), of the Whitney Street Condominium located at 83-85 Whitney Street, Northborough, Massachusetts, a condominium, ("Condominium"), established pursuant to Massachusetts General Laws, Chapter 183A, by Master Deed dated October 25, 1985, recorded with the Worcester District Registry of Deeds in Book 9017, Page 250, ("Master Deed"), which Unit is shown on the Plan of the "Condominium" dated July 24, 1985, recorded with the Worcester District Registry of Deeds in Plan Book 543, Plan 33. For Mortgagor's Title, See Deed in Book 25626 at Page 053 of the Worcester County Registry of Deeds.

Subject to and with the benefit of easements, reservation, restrictions, and taking of record, if any, insofar as the same are now in force and applicable.

In the event of any typographical error set forth herein in the legal description of the premises, the description as set forth and contained in the mortgage shall control by reference.

This property has the address of 83-85 Whitney Street, Unit No. 83 Whitney Street Condominium, Northborough, MA 01532.

Together with all the improvements now or hereafter erected on the property and all easements, rights, appurtenances, rents, royalties, mineral, oil and gas rights and profits, water rights and stock and all fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this sale.

Terms of Sale: Said premises will be sold subject to any and all unpaid taxes and assessments, tax sales, tax titles and other municipal liens and water or sewer liens and State or County transfer fees, if any there are, and TEN THOUSAND DOLLARS ($10,000.00) in cashier's or certified check will be required to be paid by the purchaser at the time and place of the sale as a deposit and the balance in cashier's or certified check will be due in thirty (30) days, at the offices of Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 225D, Beverly, MA 01915, time being of the essence.

The Mortgagee reserves the right to postpone the sale to a later date by public proclamation at the time and date appointed for the sale and to further postpone at any adjourned sale-date by public proclamation at the time and date appointed for the adjourned sale date.

The premises is to be sold subject to and with the benefit of all easements, restrictions, leases, tenancies, and rights of possession, building and zoning laws, encumbrances, condominium liens, if any and all other claim in the nature of liens, if any there be.

In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of foreclosure, the Mortgagee reserves the right to sell the property by foreclosure deed to the second highest bidder, providing that said second highest bidder shall deposit with the Mortgagee's attorneys, DOONAN, GRAVES, & LONGORIA L.L.C., 100 Cummings Center, Suite 225D, Beverly, Massachusetts, 01915, the amount of the required deposit as set forth herein within three (3) business days after written notice of the default of the previous highest bidder and title shall be conveyed to the said second highest bidder within thirty (30) days of said written notice.

If the second highest bidder declines to purchase the within described property, the Mortgagee reserves the right to purchase the within described property at the amount bid by the second highest bidder.

The foreclosure deed and the consideration paid by the successful bidder shall be held in escrow by DOONAN, GRAVES, & LONGORIA L.L.C., (hereinafter called the "Escrow Agent") until the deed shall be released from escrow to the successful bidder at the same time as the consideration is released to the Mortgagee, thirty (30) days after the date of sale, whereupon all obligations of the Escrow Agent shall be deemed to have been properly fulfilled and the Escrow Agent shall be discharged. Other terms to be announced at the sale.

Dated: August 22, 2011, GMAC Mortgage, LLC. By: Reneau Longoria Esq., DOONAN, GRAVES, & LONGORIA LLC, 100 Cummings Center, Suite 225D, Beverly, MA 01915, 978-921-2670, www.dglegal.com

(G3910 00)(Randle)(08-29-11, 09-05-11, 09-12-11)(276313)

ATTEST: WORC. Anthony J. Vigliotti, Register