# EXHIBIT "5"

# F
# FPC

# The Commonwealth of Massachusetts

### William Francis Galvin
### Secretary of the Commonwealth
### One Ashburton Place, Boston, Massachusetts 02108-1512

## Certificate of Amendment
### (General Laws Chapter 156D, Section 15.04; 950 CMR 113.49)

(1) Exact name of corporation: _GMAC Automotive Bank_

*(as contained in the Division's records)*

(2) Registered office address: _Corporation Service Company, 84 State Street, Boston, MA  02109_

*(number, street, city or town, state, zip code)*

(3) This amendment shall change:

*(check appropriate box(es))*

☑ the corporation's name to[1]*: _GMAC Bank_

☐ the period of the corporation's duration to: _____

☐ the state or country of its incorporation to*: _____

☐ the street address of its principal office to: _____

☐ the fiscal year end to: _____

☐ the activities conducted by the foreign corporation in the commonwealth: _____

_____

☐ other _____

---

[1] *The name must satisfy the requirements of G.L. Chapter 156D, Section 15.06.*

* *If the amendment includes a change of its corporate name, or the state or country of its incorporation, attach a certificate evidencing the changes duly authenticated by the secretary of state or other official having custody of the corporate records in the state or country under whose law it is incorporated. If the certificate is in a foreign language, a translation thereof under oath of the translator shall be attached*

P.C.

FEB. 9. 2007  4:48PM    CSC6173678514                          NO. 7227   P. 3



**Utah Department of Commerce**
**Division of Corporations & Commercial Code**
160 East 300 South, 2nd Floor, S.M. Box 146705
Salt Lake City, UT 84114-6705
Phone: (801) 530-4849
Toll Free: (877) 526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

Registration Number: 5621670-0142                    January 3, 2007
Business Name:    GMAC BANK
Registered Date:    MARCH 29, 2004

---

# CERTIFICATE OF CORPORATION
# AMENDMENT ENACTING CHANGE OF NAME

THE UTAH DIVISION OF CORPORATIONS AND COMMERCIAL CODE ("DIVISION") HEREBY
CERTIFIES THAT AN AMENDMENT TO THE ARTICLES WAS SUBMITTED BY

GMAC AUTOMOTIVE BANK

FOR APPROVAL AND FILING BY THIS OFFICE ON NOVEMBER 20, 2006, AND THAT THE
BUSINESS NAME IS CHANGED THEREBY TO

GMAC BANK

AS APPEARS OF RECORD IN THE OFFICE OF THE DIVISION.



Kathy Berg
Director
Division of Corporations and Commercial Code

---

| Dept. of Professional Licensing | Real Estate | Public Utilities | Securities | Consumer Protection |
|---|---|---|---|---|
| (801)530-6628 | (801)530-6747 | (801)530-6651 | (801)530-6600 | (801)530-6601 |

FEB. 9. 2007  4:48PM    CSC6F730T0514    NO. 7227   P. 4



**Utah Department of Commerce**
Division of Corporations & Commercial Code
160 East 300 South, 2nd Floor, PO Box 146705
Salt Lake City, UT 84114-6705
Service Center: (801) 530-4849
Toll Free: (877) 526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

12/28/2006
5621670-014212282006-482907

# CERTIFICATE OF EXISTENCE

**Registration Number:**    5621670-0142
**Business Name:**    GMAC BANK
**Registered Date:**    March 29, 2004
**Entity Type:**    Corporation - Domestic - Profit
**Current Status:**    Good Standing

   The Division of Corporations and Commercial Code of the State of Utah, custodian of the records of business registrations, certifies that the business entity on this certificate is authorized to transact business and was duly registered under the laws of the State of Utah. The Division also certifies that this entity has paid all fees and penalties owed to this state; its most recent annual report has been filed by the Division; and, that Articles of Dissolution have not been filed.



*Kathy Berg*

Kathy Berg
Director
Division of Corporations and Commercial Code

FEB. 9. 2007   4:48PM      CSC6F7507851'4                              NO. 7227   P. 5

This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date of filing is specified: _____

Signed by:  ___Cathy McBrennwell_____

                              *(signature of authorized individual)*

  ☐  Chairman of the board of directors,
  ☐  President,
  ☑  Other officer,
  ☐  Court-appointed fiduciary,

on this ___5th___ day of ___December___, ___2006___.

FEB. 9.2007  4:48PM   CSC6173678314                                    NO. 7227   P. 6

# COMMONWEALTH OF MASSACHUSETTS

## William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Certificate of Amendment
(General Laws Chapter 156D, Section 15.04; 950 CMR 113.49)

I hereby certify that upon examination of this foreign certificate of amendment, duly submitted to me, it appears that the provisions of the General Laws relative thereto have been complied with, and I hereby approve said certificate and the filing fee in the amount of $_____ having been paid, said certificate is deemed to have been filed with me this _____ day of _____, 20____ , at _____ a.m./p.m.
                                                                       *time*

Effective date: _____
                      *(must be within 90 days of date submitted)*

### WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

Filing fee: $100

Examiner

Name approval

C

M

## TO BE FILLED IN BY CORPORATION
Contact Information:

T. Lane Macalester, Esq.

Buckley Kolar LLP, 1250 24th Street NW, Suite 700

Washington, DC 20037

Telephone: (202) 349-8024

E-mail: lmacalester@buckleykolar.com

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

I hereby approve the within Certificate of Amendment

February 7, 2006
Date



Commissioner of Banks

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:
February 09, 2007 4:42 PM

**WILLIAM FRANCIS GALVIN**

*Secretary of the Commonwealth*

# EXHIBIT "6"

FEB. 9. 2007  4:48PM    CSC61750703+4                                    NO. 7227    P. 3



**Utah Department of Commerce**
Division of Corporations & Commercial Code
160 East 300 South, 2nd Floor, S.M. Box 146705
Salt Lake City, UT 84114-6705
Phone: (801) 530-4849
Toll Free: (877) 526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

Registration Number: 5621670-0142
Business Name:     GMAC BANK                                    January 3, 2007
Registered Date:    MARCH 29, 2004

# CERTIFICATE OF CORPORATION AMENDMENT ENACTING CHANGE OF NAME

THE UTAH DIVISION OF CORPORATIONS AND COMMERCIAL CODE ("DIVISION") HEREBY
CERTIFIES THAT AN AMENDMENT TO THE ARTICLES WAS SUBMITTED BY

GMAC AUTOMOTIVE BANK

FOR APPROVAL AND FILING BY THIS OFFICE ON NOVEMBER 20, 2006, AND THAT THE
BUSINESS NAME IS CHANGED THEREBY TO

GMAC BANK

AS APPEARS OF RECORD IN THE OFFICE OF THE DIVISION.



*Kathy Berg*

Kathy Berg
Director
Division of Corporations and Commercial Code

Dept. of Professional Licensing        Real Estate        Public Utilities        Securities        Consumer Protection
(801)530-6628                      (801)530-6747        (801)530-6651        (801)530-6600        (801)530-6601

EXHIBIT "7"

# Utah Business Search - Details

## GMAC AUTOMOTIVE BANK

**Entity Number:** 6798126-0151
**Company Type:** DBA
**Address:** 6985 UNION PARK CENTER STE 435 Midvale, UT 84047
**State of Origin:**
**Registered Agent:** C T CORPORATION SYSTEM
**Registered Agent Address:**
1108 E SOUTH UNION AVE
Midvale, UT 84047

## Status: Active

**Status:** Active ⚫ *as of 10/29/2007*
**Renew By:** 10/31/2013
**Status Description:** Good Standing
The "Good Standing" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** <u>Not</u> Registered with Verify Utah

## History

**Registration Date:** 10/29/2007
**Last Renewed:** 08/30/2010

## Additional Information

**NAICS Code:** 5221 **NAICS Title:** 5221-Depository Credit Intermediation

## Refine your search by:

- Search by:
- Business Name
- Number
- Executive Name
- Search Hints

Name:

EXHIBIT "8"

**F**
**FPC**

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED             **Certificate of Amendment**             FORM MUST BE TYPED
(General Laws Chapter 156D, Section 15.04; 950 CMR 113.49)

*00 0876 247*
*021*
*00 2*
*015*

(1) Exact name of corporation: <u>GMAC Bank</u>
                    *(as contained in the Division's records)*

(2) Registered office address: <u>Corporation Service Company, 84 State Street, Boston, MA 02110</u>
                    *(number, street, city or town, state, zip code)*

(3) This amendment shall change:

   *(check appropriate box(es))*

   ☒ the corporation's name to *: <u>Ally Bank</u>

   ☐ the period of the corporation's duration to: <u>No Change</u>

   ☐ the state or country of its incorporation to*: <u>No Change</u>

   ☐ the street address of its principal office to: <u>No Change</u>

   ☐ the fiscal year end to: <u>No Change</u>

   ☐ the activities conducted by the foreign corporation in the commonwealth: <u>No Change</u>

   ☒ its officers and directors: <u>Please see attached.</u>

   ☒ other .: <u>Ally Bank Corp.</u>

*The name must satisfy the requirements of G.L. Chapter 156D, Section 15.06.*

* *If the amendment includes a change of its corporate name, or the state or country of its incorporation, attach a certificate evidencing the changes duly authenticated by the secretary of state or other official having custody of the corporate records in the state or country under whose law it is incorporated. If the certificate is in a foreign language, a translation thereof under oath of the translator shall be attached.*

P.C.

M4020 - 10/10/2007 C-T Filing Manager Online

c156dt15042302t11349 01/13/05

This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date of filing is specified: _____

Signed by: _____ ,

C. L. Quenneville                    *(signature of authorized individual)*

☐ Chairman of the board of directors,

☐ President,

☒ Other officer, Secretary

☐ Court-appointed fiduciary,

on this __8th__ day of __January__ , __2010__ .



**Utah Department of Commerce**
**Division of Corporations & Commercial Code**
160 East 300 South, 2nd Floor, S.M. Box 146705
Salt Lake City, UT 84114-6705
Phone: (801) 530-4849
Toll Free: (877) 526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

Registration Number: 5621670-0142
Business Name:    ALLY BANK
Registered Date:    MARCH 29, 2004

January 11, 2010

---

# CERTIFICATE OF
# NAME CHANGE

THE UTAH DIVISION OF CORPORATIONS AND COMMERCIAL CODE ("DIVISION") HEREBY
CERTIFIES THAT AN AMENDMENT TO THE ARTICLES WAS SUBMITTED BY

GMAC BANK

FOR APPROVAL AND FILING BY THIS OFFICE ON MAY 13, 2009 AND THAT THE BUSINESS
NAME IS CHANGED THEREBY TO

ALLY BANK

AS APPEARS OF RECORD IN THE OFFICE OF THE DIVISION.



*Kathy Berg*

Kathy Berg
Director
Division of Corporations and Commercial Code

---

## Ally Bank

**BOARD POSITIONS**

**Chairman:**
Robert S. Hull

**Board of Directors:**
Dennis F. Geer
Mark B. Hales
Robert S. Hull
William E. Manning

Diane E. Morais
William F. Muir
Scott Nelson
Samuel Ramsey
Daryl P. Slum
Frank H. Sultter
Fred B. Winckler, Jr.

**BUSINESS ADDRESS**

1177 Avenue of the Americas, New York, NY 10036

1100 Virginia Drive, Fort Washington PA 19034-3200, United States
6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States
1177 Avenue of the Americas, New York, NY 10036
Klett Rooney Lieber and Schorling, 1000 West Street, Suite 1410, Wilmington DE 19899, United States
440 S. Church Street, Charlotte, NC 28202
200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States
6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States
767 Fifth Avenue, 24th Floor, New York NY 10153-0013, United States
200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States
200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States
200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States

**OFFICERS**

**Assistant Secretary:**
Scott A. Cammarn
Donna M. DiCicco
Michael P. DiComo
Donald James
Marianne W. Malnardi
Clifford N. Pedersen
Richard J. Smith
Barbara Taylor
Jonathan P. Andrews

**Assistant Treasurer:**
John P. Murphy

**Assistant Vice President:**
Chiuyi Chan
Christopher A. Halmy
Andrew B. Lockhart
Louis A. Nees

**Chief Accounting Officer:**
Joseph Cortese
David J. DeBrunner

**Chief Compliance Officer:**
Victor A. Warnement

**Chief Credit Officer:**
John J. Wright

**Chief Credit Risk Officer:**
Rajinder Singh

**Chief Executive Officer:**
Mark B. Hales

**Chief Financial Officer:**
Lisa R. Gemer

**Chief Human Resources Office:**
Anthony S. Marino

**Chief Investment Officer:**
Jonathan J. Centurino

**BUSINESS ADDRESS**

440 S. Church Street, Charlotte, NC 28202
200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States
1100 Virginia Drive, Fort Washington PA 19034-3200, United States
1100 Virginia Drive, Fort Washington PA 19034-3200, United States
1100 Virginia Drive, Fort Washington PA 19034-3200, United States
6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States
1100 Virginia Drive, Fort Washington PA 19034-3200, United States
200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States
1100 Virginia Drive, Fort Washington PA 19034-3200, United States

900 N. Arlington Heights, Floor 2, Itasca, IL 60143

1177 Avenue of the Americas, New York, NY 10036
3420 Toringdon Way, Floor 4, Charlotte, NC 28277
440 S. Church Street, Charlotte, NC 28202
1177 Avenue of the Americas, New York, NY 10036

1100 Virginia Drive, Fort Washington PA 19034-3200, United States
200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States

1290 Avenue of the Americas, New York, NY 10104

6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States

6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

1177 Avenue of the Americas, New York, NY 10036

**Chief Risk Officer:**
Brian Gunn

200 Renaissance Center, Detroit, MI 48265

**Chief Tax Officer:**
Dina S. Shapiro

1290 Avenue of the Americas, New York, NY 10104

**Controller:**
Julie Brown

6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States

David J. DeBrunner

200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States

**Corporate Treasurer:**
Jeffrey Brown

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

**General Counsel:**
Jonathan P. Andrews

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

**Officer:**
Donald James

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

Clifford N. Pedersen

6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States

Daniel Soto

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

Vickie Tassan

Washington, DC 20036

John Rupley

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

**President:**
Mark B. Hales

6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States

**Secretary:**
Cathy L. Quenneville

200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States

**Senior Vice President:**
Adam Glassner

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

**Treasury Executive:**
Jerry Lombardo

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

**Vice President:**
Joseph Cortese

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

David J. DeBrunner

200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States

Michael P. DiComo

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

Lisa M. Gess

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

Jeffrey Gravelle

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

Michael Hebling

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

Timothy S. Kitt

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

Barbara Krawczun

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

Marianne W. Mainardi

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

Gregory K. Merryman

200 Renaissance Center, PO Box 200, Detroit MI 48265-2000, United States

Richard J. Smith

1100 Virginia Drive, Fort Washington PA 19034-3200, United States

**Director of Regulatory Affairs:**
Victor A. Warnement

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

**Chief Risk Executive:**
Karin Hirtler-Garvey

1177 Avenue of the Americas, New York, NY 10036

**Risk Executive:**
Kevin J. Boland

1290 Avenue of the Americas, 3rd Floor, New York NY 10104, United States

**Balance Sheet Management Executive:**
Matthew Brennan

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

**Enterprise Risk Executive:**
Stephen H. Merritt

3420 Toringdon Way, Floor 4, Charlotte, NC 28277

**Deposits and Product Innovation Executive:**
Diane E. Morais

440 S. Church Street, Charlotte, NC 28202

**Mortgage Risk/Market Risk Executive:**

**Mortgage Risk/Market Risk Executive:**
Amanda Norton                     3420 Toringdon Way, Floor 4, Charlotte, NC 28277

**Investment Management Executive:**
Christopher M. Scott              1177 Avenue of the Americas, New York, NY 10036

**Commercial Credit Officer:**
Thomas C. Bennert                 12850 West Gran Bay Parkway, Jacksonville FL 32258, United States

**Commercial Credit Risk Officer:**
David P. Shevsky                  200 Renaissance Center, Detroit, MI 48265

**Treasury Operations Officer:**
Scott Sandberg                    6985 Union Park Center Suite #435, Midvale UT 84047-4176, United States

**Director-Credit Analysis:**
Christopher Corrigan              200 Renaissance Center, Detroit, MI 48265

**Risk Finance Executive:**
Ann Cummings                      3420 Toringdon Way, Floor 4, Charlotte, NC 28277



## The Commonwealth of Massachusetts
### Office of the Commissioner of Banks
### One South Station
### Boston, Massachusetts 02110

**DEVAL L. PATRICK**
GOVERNOR

**TIMOTHY P. MURRAY**
LIEUTENANT GOVERNOR

**GREGORY BIALECKI**
SECRETARY OF HOUSING AND
ECONOMIC DEVELOPMENT

**BARBARA ANTHONY**
UNDERSECRETARY, OFFICE OF
CONSUMER AFFAIRS AND
BUSINESS REGULATION

**STEVEN L. ANTONAKES**
COMMISSIONER OF BANKS

November 30, 2009

William H. Finlay
Associate Counsel
GMAC ResCap
1100 Virginia Drive
Fort Washington, PA 19034

**LEGAL**

**DEC 0 3 2009**

**RECEIVED**

Dear Mr. Finlay:

     This letter is in response to your correspondence dated November 16, 2009 to the Division of Banks (the "Division") on behalf of Ally Bank ("Ally Bank"), formerly known as GMAC Bank. Specifically, and in the context of qualifying to do business pursuant to the corporate statutes under the jurisdiction of the Commonwealth's Office of the Secretary of State, your letter requests permission to use the name "Ally Bank" for its Massachusetts operations.

     As described in your submission to the Division, Ally Bank is a Utah state-chartered commercial bank with its principal office in Midvale, Utah. It proposes to commence business activities in the Commonwealth under its corporate name "Ally Bank." Its core business consists of offering a variety of FDIC-insured deposit accounts nationwide by mail, telephone, and Internet. It also extends and purchases residential mortgage loans, motor vehicle sales finance contracts, and motor vehicle leases. In addition to authority to engage in deposit taking and lending, the Utah Code, Utah Code § 7-3-10, has granted it, as a state-chartered bank, "all the rights, privileges, and powers necessary or incidental to carrying on the business of banking." You request that the Division issue a non-objection letter relative to the Bank conducting business under its corporate name, "Ally Bank", in the Commonwealth.

     Massachusetts General Laws chapter 167, section 37 provides, in part, that a foreign corporation shall not solicit or receive deposits or transact any business whatsoever in the manner described in chapters 167, 167C through 167G, and 168 through 172 (the Commonwealth's banking statutes), unless authorized to do so under the laws of the Commonwealth. Section 37 also provides that such a corporation may not make use of any sign at the place where its business is transacted or use any written or printed materials having thereon any name or other words indicating that such place or office is a bank. Additionally, the statute prohibits a foreign corporation from transacting business under any name or title, which contains the word "bank". The purpose of this statute is to prohibit the practice of unauthorized banking in the Commonwealth and to prevent an entity from creating the impression that might lead the public to believe that its business is that of a bank.

William H. Finlay,
Associate Counsel
Page Two
November 30, 2009

It is the position of the Division that the prohibitions regarding the use of the word "bank" as set forth in chapter 167, section 37 are not applicable in this matter. The Division has no objection to the use of the name "Ally Bank" since it is a Utah-chartered bank insured by the FDIC. You should note, however, that the Office of the Secretary of State has final jurisdiction over the use of corporate names.

With respect to your further requests for permission to use the names "Ally Bank Corp.," "GMAC Bank," and "GMAC Automotive Bank," which names you characterize in your correspondence as "fictitious" or "assumed," please be advised that the Division has significant concerns about the use of such names with respect to the bank's Massachusetts operations. The Division firmly believes that the entity with which a consumer may be doing business should be completely clear to that consumer. Consumer confusion is likely to result if the same entity is seeking to use multiple or differing names. Accordingly, this letter stands only for the Division's non-objection to the use of the name "Ally Bank."

The conclusions reached in this letter are based solely on the facts presented. Fact patterns which vary from those presented may result in a different position statement by the Division.

Sincerely,

Joseph A. Leonard, Jr.
Deputy Commissioner of Banks
and General Counsel

A09507
P:\Legal\2009\A09507.doc

*r* 301 00229

# COMMONWEALTH OF MASSACHUSETTS

### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Certificate of Amendment
### (General Laws Chapter 156D, Section 15.04; 950 CMR 113.49)

I hereby certify that upon examination of this foreign certificate of amendment, duly submitted to me, it appears that the provisions of the General Laws relative thereto have been complied with, and I hereby approve said certificate; and the filing fee in the amount of $100 having been paid, said certificate is deemed to have been filed with me this 15th day of January, 20 10, at 1:35 a.m. / p.m.
*time*

1105221

Effective date: _____
*(must be within 90 days of date submitted)*

*William Francis Galvin*

### WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

Filing fee: $100

## TO BE FILLED IN BY CORPORATION
### Contact Information:

C T Corporation System
_____

155 Federal Street, Suite 700
_____

Boston, Massachusetts  02110
_____

Telephone: (617) 757-6400 _____

Email: _____

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

*LC*

Examiner

Name approval

C

M

SECRETARY OF THE COMMONWEALTH
2010 JAN 15  PM 1: 35
CORPORATIONS DIVISION

EXHIBIT "9"

Bk: 37075 Pg: 312

### THE COMMONWEALTH OF MASSACHUSETTS

(SEAL)

### LAND COURT

### DEPARTMENT OF THE TRIAL COURT


Bk: 37075 Pg: 312    Doc: COM
Page: 1 of 1    08/16/2005 12:49 PM


05 MISC 310699

To

Allison L. Randle

and all persons entitled to the benefit of the Soldiers' and Sailors' Civil Relief Act of 1940 as amended:

Mortgage Electronic Registration Systems, Inc.

claiming to be the holder of        a            mortgage
covering real                          property in    Northborough,    numbered    83-85
                                                       Whitney    Street,    Unit    No.    83,
                                                       Whitney    Street    Condominium

given by    Allison L. Randle to Sherwood Mortgage Group, Inc., dated April
8, 2003, and   recorded with the Worcester County (Worcester District)
Registry of Deeds at Book 29672, Page 124 and now held by the
plaintiff by assignment

has filed with said court a complaint for authority to foreclose said mortgage

in the manner following:  by entry and possession and exercise of power of sale.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 as amended and you object
to such foreclosure you or your attorney should file a written appearance and answer in said court at Boston on
or before the      *12th*    day of    *September*   2005      ,
or you may be forever barred from claiming that such foreclosure                        is invalid
under said act.

HARMON LAW OFFICES, P.C.
150 CALIFORNIA ST.
NEWTON, MA 02458

Witness, KARYN F. SCHEIER, Chief Justice of said Court this

*29th* day of *July*              2005

Deborah J. Patterson
*Recorder*

LC0-5 (9/89)
200506-0464

A TRUE COPY
ATTEST:

Deborah J. Patterson

RECORDER

### ATTEST: WORC. Anthony J. Vigliotti, Register

# EXHIBIT "10"

Bk: 42806 Pg: 95

Bk: 42806 Pg: 95
Page: 1 of 1  05/08/2008 09:53 AM  WD

# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL COURT

(SEAL)

To                                                          Case No.
    **Allison L. Randle**

and to all persons entitled to the benefit of the Servicemembers Civil Relief Act.

**GMAC Mortgage, LLC**

08 MISC 369658

claiming to be the holder of  a mortgage

covering real  property in  **Northborough**

numbered  **Unit No. 83, Whitney Street Condominium, 83-85 Whitney Street**

given by

**Allison L. Randle to Sherwood Mortgage Group, Inc. dated April 8, 2003, and recorded at the
Worcester County (Worcester District) Registry of Deeds in Book 29672, Page 124, and now held
by plaintiff by assignment**

Has/have filed with said court a complaint for authority to foreclose said mortgage

in the manner following: **by entry and possession of and exercise of power of sale.**

If you are entitled to the benefits of the Servicemembers Civil Relief Act and you object to such
foreclosure you or your attorney should file a written appearance and answer in said court at Boston
on or before   MAY 2 6 2008

or you may be forever barred from claiming that such foreclosure  is invalid under said act.

Witness, KARYN F. SCHEIER, Chief Justice of said Court on  APR 1 4 2008

Attest:                    Deborah    J.    Patterson
                           *Recorder*

A TRUE COPY
ATTEST:
*Deborah J. Patterson*
RECORDER

p:\Massachusetts Foreclosures\Generated_Forms\Order of Notice_Foreclosure_Randle_G3910.00

ATTEST: WORC. Anthony J. Vigliotti, Register