WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Stewart Title Guaranty Company, subrogee of
Trust Company of America c/f Herb Rikelman
1133 Westchester Avenue
White Plains, New York 10604-3407
Tel. 914-872-7104
David L. Tillem, Esq.
david.tillem@wilsonelser.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :
                                                             :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                            :
                                                             :
                                                             :
                   Debtors.                                  :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS OVERNIGHT

STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF WESTCHESTER     )

Christine K. Shannon, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Rockland County;

That on the 22nd day of October, 2013, deponent served the within document(s) entitled RESPONSE OF STEWART TITLE GUARANTY COMPANY TO DEBTORS' FIFTIETH OMNIBUS OBJECTIONS TO CLAIMS WITH RESPECT TO CLAIM NO. 1400 upon:

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn.   Gary S. Lee, Esq.
        Norman S. Rosenbaum, Esq.
        Jordan A. Wishnew, Esq.

4787006.1

Kramer Levin Naftalis & Frankel, LLP
1117 Avenue of the Americas
New York, New York 10036
Attn.  Kenneth H. Eckstein, Esq.
       Douglas H. Mannal, Esq.

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10006
Attn.  Tracy Hope Davis, Esq.
       Linda A. Riffkin, Esq.
       Brian S. Masumoto, Esq.

Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn.  Ronald J. Friedman, Esq.

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same

enclosed in a Federal Express Overnight envelope.

_____
Christine K. Shannon

Sworn to before me this
24th day of October, 2013

_____
Notary Public

LAURIE PAYER
Notary Public, State of New York
No. 4945402
Qualified in Dutchess County
Commission Expires Dec 19, 2014

1371025.1 4787006.1