October 16, 2013



The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

RE:  Residential Capital, LLC, et al., Case No. 12-12020 (MG) Chapter 11   Claim No. 2522
 Loan number:  0687551067

Your Honor:

I have filed a claim with the Counsel   for the debtors and Debtors in Possession, as confirmed by the Case and Claim number above.

My account originally with GMAC now transferred to Ocwen Loan Servicing was paid in full in January of 2011 in accordance with House Joint Resolution 192, Law 73-10.  GMAC held onto the payment for 3 days upon receipt, then applied the funds to my account, the funds stayed on my account for approximately 1 week.  I was then notified by GMAC that the payment was returned for in sufficient funds, which is not possible as it was backed by the full credit and honor of the United States of Amercia.  The monies on my account were evidently transferred to a miscellaneous account and I was notified in February  by phone that my account was paid in full and that they would be forwarding  the paper work to release my lien, duly filed with the Delta County Clerk and Recorder's office.  I was then notified in March by their agent named Clair by phone at work that my account was paid in full and that they would again be sending the release papers.  I was then notified by GMAC that they were going to file foreclosure on my home.  As I did not have the money to seek an attorney at the time I paid up my mortgage and have continued to pay my full payment in a timely manner.  If you do not uphold this claim, please read further

Upon later investigation, I found that my Deed of Trust and Promissory Note were separated, which I understand makes both null and void.  My Deed of Trust was entered on MERS (Mortgage Electronic Recording Service) as notated on my Deed of Trust, which as you know is not accepted as a legal recording entity.  My Promissory note was then bundled up and sold on Wall Street with thousands of other Promissory Notes owned by GMAC (RESCAP).  The original promissory note in the Delta County Clerk and Recorders office was not notified by the sale, thereby clouding my title.  When the promissory note was sold on Wall Street, there were no documents signed leaving GMAC (RESCAP) with the right to service the loan.  I would be glad to continue my payments to the rightful owner of my Note, if they can be found.

In the middle of the Judgement, I was sent a postcard denying my claim.  With the out and out bank fraud committed by GMAC (RECAP) I would think that it would be a slam dunk case, I do not owe GMAC any monies and in fact am due a refund from the time the Promissory Note was sold.

I wish only to have my title cleared and release papers sent to the Delta County Clerk and Recorders Office, 551 Palmer Street, Delta, CO 81416. As my claim has fallen on the deaf ears of the Morrison & Foerster Law Firm, I am counting on you to uphold justice.

I would like to thank you for your time, and I hope to be hearing from you soon.


Sincerely,

Elizabeth J. Meyer
25498 T75 Road
Cedaredge, CO 81413
970-856-8099