October 18, 2013

To: United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY, 10004

Courtroom 501

RE: Opposition to **PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED**

| | |
|---|---|
| Claimants: | Edgar A. & Sara Soto |
| | 210 S. 44th Ave. |
| | Northlake, IL, 60164 |
| Claim #: | 2865 |
| Date filed: | 11/07/2012 |
| Debtor: | Residential Capital, LLC |
| Amount: | $229,525.00 |

Reason for Disallowance: Liability Not Reflected in Debtors' Books and Records

    We oppose to the expunge and/or disallowance of our claim due to the reasons included in documentation already presented to the United States Bankruptcy Court Southern District of New York. We consider that GMAC Mortgage wrongfully acted towards us by changing foreclosure court dates without notifying us even though GMAC Mortgage kept telling us that our account was being reviewed for a different option. We were offered a repayment agreement to pay the amount of $4053.22 in a period of one month when they perfectly knew that during that time we were not able to make that payment. Copy of that documentation is included.

    We owed the amount of $165,000.00 approximately when the property was foreclosed. The market price was $225,000.00 and we put a down payment of $50,000.00 when we purchased the property. GMAC Mortgage made a profit of $100,000.00 with the foreclosure and we lost our home and the money we gave as down payment.

[signature]    [signature]

Copy of this opposition was sent to each one of the following:

i) The Chambers of the Honorable Martin Glenn, One Bowling Green, New York, NY, 10004, Courtroom 501

ii) Counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York, 10104, Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq.

iii) Counsel for the official committee of unsecured creditors (the "Committee"), Kramer Levin Naftalis & Frankel LLP, 1117 Avenue of the Americas, New York, NY 10036, attn.: Kenneth H. Eckstein, Esq. and Douglas H. Mannal, Esq.

iv) The Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Tracy Hope Davis, Esq., Linda A. Riffkin, Esq., and Brian S. Masumoto, Esq.

v) Special counsel for the Committee, Silverman Acampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Ronald J. Friedman, Esq.

_____   and   _____
Edgar A. Soto  10/19/2013           Sara Soto

210 S. 44th Ave.

Northlake, IL, 60164

Yorkville04@univision.com

Phone # (210) 763-9284 or (708) 244-0013

IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

GMAC Mortgage, LLC

PLAINTIFF

Vs.

Case No. 10 CH 00730

Edgar A. Soto; et. al.

DEFENDANTS

FILED IN OPEN COURT
OCT 3 1 2011
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

**ORDER**

\_\_\_\_ That the Order Confirming Sale ~~has been cancel~~ is withdrawn.

IT IS HEREBY ORDERED:

\_\_\_\_ That this case is stricken from the 10/31/2011 Call.

ENTERED: **Alan W. Cargerman**
Judge

DATE: _____

CODILIS & ASSOCIATES, P.C.
Attorneys for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
14-10-17173

Upon payment in full of the amount bid, the purchaser shall receive a Certificate of Sale, which will entitle the purchaser to a Deed to the real estate after Confirmation of the sale. The successful purchaser has the sole responsibility/expense of evicting any tenants or other individuals presently in possession of the subject premises.

The property will NOT be open for inspection and Plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the Court file to verify all information.

For information: Examine the court file or contact Plaintiff's attorney: Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527, (630) 794-9876. Please refer to file number 14-10-17173.

**IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW.**

### PROOF OF SERVICE

I, the undersigned certify that I served a copy of the foregoing Notice of Sale to the parties listed below by mailing said Notice of Sale on August 24, 2011 at 5:00 p.m. and by depositing same in the United States Mail at 7140 Monroe Street, Willowbrook, IL 60527, postage prepaid.

Service List:

Edgar A. Soto, 903 Western Lane, Yorkville, IL 60560;
Sara Soto, 903 Western Lane, Yorkville, IL 60560;
Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees Street, Suite C, Danville, IL 61834;
GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation, c/o Illinois Corporation Service Co. - Registered Agent, 801 Adlai Stevenson Drive, Springfield, IL 62703;
HSBC Bank Nevada, N.A., 1111 Town Center Drive, LasVegas, NV 89144;
Kylyn's Ridge Homeowners Association, c/o David Kress -, Registered Agent or another authorized Agent, , 7030 Centennial Drive, Tinley Park, IL 60477;
West Suburban Bank, 711 S. Westmore Meyers Avenue, Lombard, IL 60148;

Codilis & Associates, P.C.

SIGNED OR ATTESTED to before me on August 24, 2011.

Notary Public

Codilis & Associates, P.C.
Attorney for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

14-10-17173

**NOTE: This law firm is deemed to be a debt collector.**

IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | | |
|---|---|---|
| GMAC Mortgage, LLC  PLAINTIFF | | |
| Vs. | | No. 10 CH 00730 |
| Edgar A. Soto; et. al.  DEFENDANTS | | |

TO: Edgar A. Soto, 903 Western Lane, Yorkville, IL 60560;
Sara Soto, 903 Western Lane, Yorkville, IL 60560;
Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees Street, Suite C, Danville, IL 61834;
GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation, c/o Illinois Corporation Service Co. - Registered Agent, 801 Adlai Stevenson Drive, Springfield, IL 62703;
HSBC Bank Nevada, N.A., 1111 Town Center Drive, LasVegas, NV 89144;
Kylyn's Ridge Homeowners Association, c/o David Kress -, Registered Agent or another authorized Agent, , 7030 Centennial Drive, Tinley Park, IL 60477;
West Suburban Bank, 711 S. Westmore Meyers Avenue, Lombard, IL 60148;

### NOTICE OF SHERIFF'S SALE OF REAL ESTATE

PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on 7/26/2010, the Sheriff of Kendall County, Illinois will on 9/19/11 at the hour of 8:30am at Lobby of Kendall County Courthouse, 807 John Street Yorkville, IL 60560, or in a place otherwise designated at the time of sale, County of Kendall and State of Illinois, sell at public auction to the highest bidder for cash, as set forth below, the following described real estate:

LOT 90 OF KYLYN'S RIDGE UNIT ONE, BEING A SUBDIVISION OF PART OF SECTION 19 AND 20, TOWNSHIP 37 NORTH, RANGE 7 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN THE UNITED CITY OF YORKVILLE, KENDALL COUNTY, ILLINOIS.
PIN 02-20-327-004
Improved with Residential

COMMONLY KNOWN AS:        903 Western Lane
                          Yorkville, IL 60560

Sale terms: 10% due by cash or certified funds at the time of sale and the balance is due within 24 hours of the sale. The subject property is subject to real estate taxes, special assessments or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "as is" condition. The sale is further subject to confirmation by the court.

If the property is a condominium and the foreclosure takes place after 1/1/2007, purchasers other than the mortgagees will be required to pay any assessment and legal fees due under The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4).

If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.



```
GMAC Mortgage, LLC                                            PAGE       1
PO Box 780                                                    DATE 03/05/10

Waterloo          IA 50704-0780
                              REPAYMENT AGREEMENT- 601048852

--------------- MAIL --------------------- --------- PROPERTY ----------------

    EDGAR A SOTO
    SARA  SOTO
    903 WESTERN LANE                       903 WESTERN LANE

    YORKVILLE         IL 60560   YORKVILLE            IL 60560
```

| PMT NUM | PLAN PMT DUE DATE | PLAN PMT AMOUNT | AMOUNT TO REG PMT | AMT TO LC/UNCOL | UNAPPLIED BALANCE | FIRST/LAST PMT APPLIED |
|---|---|---|---|---|---|---|
| 01 | 03/10/10 | 1365.33 | 1365.33 | 0.00 | 42.77 | 01/10 |
| 02 | 03/31/10 | 2687.89 | 2730.66 | 0.00 | 0.00 | 02/10 03/10 |

```
     PLAN TOTAL            4053.22

E - ESCROW CHANGE   A - ALTERNATIVE LOAN P&I CHANGE   B - BUYDOWN SUBSIDY CHANGE


800 COL 2502
```

11/23/10
Account Number 0601048852
Page Two

[] The payment we received does not represent the correct amount as specified in the agreement.

[] The required payment was not received by the payment due date as specified in the agreement.

[] We have not received the properly signed and executed agreement.

[] You did not meet the requirement(s) for the Home Affordable Unemployment Program.

[] We have been unable to clear/resolve outstanding title issues in order to meet recording requirements.

[X] HAMP denied due to previous HAMP modification completed.

[X] HAMP Program denied. Account is in review for another workout.

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency to discuss your needs. You can also call the HOPE hotline number (888-995-HOPE) to seek assistance at no charge from HUD-approved housing counselors and can request assistance in understanding this borrower notice letter by asking for MHA HELP.

We will continue to work with you to explore other options that may be available for your circumstances. If you have any questions regarding the above decision, please contact our office at 800-850-4622, between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Loss Mitigation Department
Loan Servicing

# **GMAC** Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

11/23/10

EDGAR A SOTO
SARA SOTO
903 WESTERN LANE

YORKVILLE    IL 60560

RE:   Account Number      0601048852
      Property Address    903 WESTERN LANE

                          YORKVILLE    IL 60560

Dear    EDGAR A SOTO
        SARA SOTO

In connection with your request for a Loan Modification, we regret to inform you that your request has been denied for the following reason(s):

[] The financial information provided shows you have insufficient income to support your request. We recommend you consider selling your property. If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.

[] The financial information provided shows that your income is sufficient to cover your existing mortgage obligation; therefore, we are unable to modify your existing obligation.

[] While you do not have sufficient income to support all of your monthly expenses, some of your expenses could be reduced. We recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.

[] We previously requested additional information from you which has not been received; therefore, we are unable to continue our review for workout solutions.

[] We service your loan on behalf of an investor or group of investors that has not given us authority to modify your loan under the program requested.

# PRICED TO SELL

Pricing your property correctly is crucial. You want to sell your property in a timely manner at the highest price possible. Current market conditions determine the value.

Pricing too high or too low can cost you time and money. Realistic pricing will achieve a maximum sale price in a reasonable amount of time.

Analysis of the comparable properties
suggests a list price range of:

## $227,950 to $242,050



Roz Ganzer
*Office:* 630-369-9000
*Office Fax:* 630-723-5804
*E-mail:* roz.ganzer@cbexchange.com
*Voicemail:* 630-428-5556
*Mobile:* 630-464-1265

COLDWELL BANKER RESIDENTIAL BROKERAGE

©2008 Coldwell Banker Real Estate LLC. Coldwell Banker® is a registered trademark licensed to Coldwell Banker Real Estate LLC. An Equal Opportunity Company. Equal Housing Opportunity. Owned and operated by NRT, LLC.

Disclaimer: All information deemed reliable but not guaranteed and should be independently verified. All properties are subject to prior sale, change, or withdrawal. Neither listing broker(s) nor Coldwell Banker Real Estate Corporation shall be responsible for any typographical errors, misinformation, misprints and shall be held totally harmless.

**Detached Single** Status: **ACTV** — MLS #: **07162030**

| Field | Value | Field | Value |
|---|---|---|---|
| Address: | 903 Western Ln, Yorkville, 60560 | | |
| Bedrooms: | 3 | List Price: | $225,000 |
| Baths: | 1.1 | Rent Price: | |
| Total Rms: | 7 | Area: | 560 |
| Master Bedroom Bath: | N | HO Assessments: | $240 |
| # Fireplaces: | | Frequency: | Annual |
| PIN: | 0220327004 | Taxes: | $5,237.37 |
| Spec Asmt/Serv Area: | N | Tax Year: | 2007 |
| Type Ownership: | Fee Simple | Tax Exemptions: | |
| Agent Owned/Interest: | N | Year Built: | 2004 |
| Basement: | Y | Built Before 1978: | N |
| Parking Type: | Garage | # Cars: | 2 |
| Subdivision: | KYLYNS RIDGE | | |

| | | | | | |
|---|---|---|---|---|---|
| Elementary: | **BRISTOL BAY** | District #: 115 | Type: | 2 Stories | Contract Date: |
| Middle: | **YORKVILLE MIDDLE SCHOOL** | District #: 115 | Style: | | Sold Price: |
| High: | **YORKVILLE** | District #: 115 | Approx SF: | | Rented Price: |
| | | | Exterior: | Aluminum/Vinyl/Steel Siding | |
| | | | Age: | 1-5 Years | |

Lot Dimensions: **150X80**   Lot Size: **Less Than .25 Acre**   Acres: **0**
Waterfront: **N**   Coordinates: North: **0**   South: **13**   East: **0**   West: **42**
Directions: **RT 47 to Cannonball Trail - West to Alice(R) to Faxon(L) to High Ridge(L) to WESTERN(R) TO 903**

| ROOM NAME | SIZE | LEVEL | FLOORING | WIN TRMT | ROOM NAME | SIZE | LEVEL | FLOORING | WIN TRMT |
|---|---|---|---|---|---|---|---|---|---|
| Living Room: | 13X10 | Main Level | Carpet | | | | | | |
| Dining Room: | 14X10 | Main Level | Hardwood | | | | | | |
| Kitchen: | 14X12 | Main Level | Hardwood | | | | | | |
| Family Room: | 21X14 | Main Level | Carpet | | | | | | |
| Master Bedroom: | 16X13 | 2nd Level | Carpet | | | | | | |
| 2nd Bedroom: | 14X11 | 2nd Level | Carpet | | | | | | |
| 3rd Bedroom: | 13X11 | 2nd Level | Carpet | | | | | | |
| 4th Bedroom: | | | | | | | | | |

Air: **None**
Appliances: **Oven/Range, Dishwasher, Refrigerator, Washer, Dryer, Disposal**
Assessments Include: **Other**
Basement: **Full, Unfinished**
Existing Bas./Fnd.:
Bath Amenities:
Dining Room: **Separate**
Features: **Patio, Vaulted/Cathedral Ceiling**
Fireplace:
Garage: **Attached, 2 Car Garage**
Heat/Fuel: **Gas**   Kitchen: **Eating Area-Breakfast Bar, Pantry-Closet**
Lot Description:   Other Rooms:
Sewer: **Sewer-Public**   Water: **Public**

Remarks: **Attention first time home buyers - Enjoy the open floor plan of this great home. Volume ceilings. Foyer, Dining area, & kitchen have hardwood floors. Huge kitchen w/breakfast bar. 1st floor laundry. Spacious bedrooms. Master BR offer large WIC, tray ceiling & ceiling fan. Full Basement. Backs to open recreation field. Home warranty. Great place to call home. Let's Talk.**

Agent Remarks: **Great place to call home - terrific value in Kylyns Ridge. Seller says - bring an offer.**

Holds Earnest Money: **Y**   Listing Type: **Exclusive Right To Sell**   Sp. Comp. Info.: **None**
Cooperative Compensation: **2.5**

Showing Instructions: **Call 866-275-6319**   Lock Box: **EasyShow®, Sentrilock - Silver**

Owner: **oor**   Owner's Phone:
List Office: **RE/MAX Professionals East**   ID#: **113**   Office Phone: **(630) 377-3800**
List Agent: **Catherine Kelley**   ID#: **1856**   Agent Phone: **(630) 337-5697**
List Agent E-mail: **househuntingplus@aol.com**
Co-Lister:   Agents Additional Contact #:
List Date: **03/16/2009**   Contract Date:   Closed Date:   Original List Price: **$225,000**
Off-Market Date:   Expiration Date: **03/15/2010**   Status Date: **03/22/2009**   Listing Market Time: **34**
Selling Office:   Selling Agent:

Copyright 2009 MRED LLC - INFORMATION NOT GUARANTEED, CHECK FLOOD INSURANCE, ROOM SIZES ROUNDED TO THE NEAREST FOOT

Prepared By: Catherine Kelley - RE/MAX Professionals East 04/18/2009 10:03 AM

## Visit this home again — anytime:

# www.903WESTERN.info