UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          )
                                                )
RESIDENTIAL CAPITAL, LLC, et al.,               )   Case No.: 12-12020 (MG)
                                                )
                                                )   Chapter 11
            **Debtors.**                        )
                                                )   Jointly Administered

**RESPONSE TO DEBTOR'S THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**

Claimant's Name:        Deborah L. Wetzel, 27348 McLemore Cir. Harvest, AL 35749
Claim No.:              2198

Basis for Amount of Claim:   Fraudulent Foreclosure
                             Property Address: 118 E St. SW, Auburn, WA 98001

CLAIMANT, Deborah L. Wetzel ("Claimant") submits this Response to the Debtor's Thirty-Sixth Omnibus Objection to Claims ("Response") for the following reasons.

GMAC Mortgage, LLC as a subsidiary of Residential Capital, LLC ("Debtor") sold Claimant's deed of trust and note to Federal Home Loan Mortgage Corp. ("Freddie Mac") in 2007. In August 2011 Mortgage Electronic Registration Systems, Inc. ("MERS") assigned its alleged interest in Claimant's deed of trust and note to Debtor. MERS is a "non-existent" entity and has no fiduciary interest in Claimant's deed of trust and note, but is merely a "clearing house" for document recording. MERS has never had an interest in Claimant's deed of trust and note and therefore has no authority to assign interest therein. In August

OBJECTION TO NOTICE OF HEARING- 1

RECEIVED OCT 21 2013 U.S. BANKRUPTCY COURT, SDNY

2011 Debtor appointed Northwest Trustee Services, Inc. ("NTS") as successor trustee and fraudulently commenced foreclosure proceedings on Claimant's deed of trust and note. Debtor foreclosed on Claimant's deed of trust and note in December, 2012 and Freddie Mac again purchased the property from Debtor and took possession of the property secured by Claimant's deed of trust and note. Debtor failed to obtain an assignment of the deed of trust and note from Freddie Mac prior to commencing foreclosure proceedings.

Debtor's reason for proposed reclassification and redesignation of Claimant's claim states, "Claim improperly asserts security interest or priority and was filed against incorrect debtor." This is only further evidence of Debtor's fraudulent foreclosure on Claimant's deed of trust and note. As Claimant has shown through documentation evidencing this claim previously submitted, Debtor sold Claimant's deed of trust and note to Freddie Mac in 2007. Accordingly, at the time Debtor filed for Chapter 11, Debtor did not have a fiduciary interest in Claimant's deed of trust and note. Despite this evidence, Debtor commenced foreclosure proceedings against Claimant's deed of trust and note, without the deed of trust and note being re-assigned to Debtor. Additionally, at no time whatsoever has ditech, LLC had any fiduciary interest in Claimant's deed of trust and note, which is the subject of this claim.

Claimant requests the Court deny Debtor's Proposed Reclassification and Redesignation of Claimant's claim and requests the Court to allow Claimant's Claim against Residential Capital, LLC in the secured amount of $205,000 and the general unsecured amount of $50,000.

OBJECTION TO NOTICE OF HEARING- 2

This Response is based on the State and Federal laws governing deeds of trust, mortgages, contract law, tort, fraud, unfair and deceptive business practices, and may be supplemented as deemed necessary.

Claimant previously submitted documentation with the Proof of Claim evidencing this claim.

Any replies to this Response should be directed to Claimant at the following address:

Deborah L. Wetzel
27348 McLemore Cir.
Harvest, AL  35749
Email: debbieleewetzel@gmail.com
(256)444-1514

RESPECTFULLY SUBMITTED this 16th day of October, 2013.

_____
Deborah L. Wetzel,
Claimant, *Pro Se*

## CERTIFICATION OF MAILING

I certify and declare under penalty of perjury under the laws of the States of Alabama and that on October 16, 2013 I caused a copy of this document to be deposited for certified mailing, return receipt requested to the following:

The Honorable Martin Glenn
Courtroom 501
One Bowling Green
New York, NY  10004

Attn:  Kenneth H. Eckstein, Esq.
Douglas H. Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1117 Avenue of the Americas
New York, NY  10036

Attn:  Gary S. Lee, Esq.
Norman S. Rosenbaum, Esq.
Jordan A. Wishnew, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104

Tracy Hope Davis, Esq.
Linda A. Riffkin, Esq.
Brian S. Masumoto, Esq.
Office of the United States Trustee for
the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014

OBJECTION TO NOTICE OF HEARING- 3

1  Attn: Ronald J. Friedman, Esq.
   Silverman Acampora LLP
2  100 Jericho Quadrangle, Suite 300
   Jericho, NY 11753
3
4  Signed in Harvest, AL this 16th day of October, 2013.    *Deborah L. Wetzel* (signature)
                                                            Deborah L. Wetzel

OBJECTION TO NOTICE OF HEARING- 4