Richard D. Rode
2301 West Lawther Dr.
Deer Park, Texas 77536
Telephone: 832-431-1255

Response Deadline: October 23, 2013
4:00 p.m. EDT

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

Residential Capital, L.L.C., *et al.*,          Chapter 11
     Debtors          Case No. 12-12020 (MG)
              Administratively Consolidated

## RESPONSE OF Richard D Rode to Hearing on 36th and 37th Omnibus OBJECTION TO CLAIMS Misclassified and Wrong Debtor Borrower Claims William J Ridge

## # 5610 and # 5612  for Richard D Rode

Richard D Rode ("Creditor/Borrower") submits this response to the Debtors' Objection To Proof of Claim # 5610 amended from (#2571, #1914) And Proof of Claim # 5612 amended from(#2678,# 1908).timely submitted. Both surviving Claims are Separate against each entity, and each claim $339k secured, and $923k in general unsecured. And I ask the court to re-classify both to be priority.

### Preliminary Statement

------------------------------------------------------------------------------------------------

RICHARD D. RODE Purchased for $42500. With a down payment of $10k, un-improved property on June 8, 1997.known as lot five, block one,Park Place, Sec. one. .Later to be known as 2301 w Lawther Drive, Deer Park, Texas 77536. Being a Texas licensed contractor obtained a construction loan for $240k in June 2000. In February 2001, My company sold the home to myself and former wife. We signed a mortgage loan for $272k with North American Mortgage Bank, in March, 2001.



That loan was bought and serviced by Washington Mutual. On March 19, 2003 And interest rates at an all time low, I re-financed my homestead for 5.33% fixed 15 year loan for $265,175.

from Southtrust Bank. Later that year Wachovia Bank started to send me statements. And in October 15, 2003, Homecomings Financial sent me a late payment notice. After several months and confusion why I was receiving two mortgage payments, I never heard from Wachovia again, and Homecomings sent me a letter confirming they were the mortgage lien holder. I never recovered 2 payments paid to Wachovia but I did have a better interest rate. On or around May 2006 I received a statement and my payment was not listed and more importantly the principal balance stayed the same. I did not have an escrow account as I paid my own Taxes and Insurance. After several attempts and letters concerning my payments not being posted to account. And then I was sent a letter stating Homecomings paid taxes, and placed insurance on home. The rest has been documented numerous times, including GMAC becoming my master servicer in 2009. Payments would post but then be put into suspense, and then Corp Adv. All above has been documented and presented to Debtor attached is copy of my Houston Attorney Mr Uzick,s suit filed in 2010. The last damage and claim I am entitled to is in September 2008, Hurricane Ike hit Houston, and President declared Harris and Galveston Counties Disaster Zones, and provided relief. I suffered almost $150,000 in damage in which Harris County provided $65k in 2010. GMAC called and advised they received a check from my insurance company, and asked about progress. I was to by a Denis Junken that they would release the check upon proof work was completed. And they would hold off on October, November, and December payments would be waived and put at the end of loan. due to disaster area. In January I was served with Substitute Trustee sale and GMAC was going to foreclose. I sent in January four payments overnight to stop any acceleration. I also asked for my insurance check for hurricane damage, and to date I have not received the $15644.00 paid by insurance company.. Tax refund from Harris county for $2674.00 was never accredited, Two forced

place insurance policies were put in 2006 $5988.00 and in 2008 for $4823,00 I have maintained

insurance at all times on this home, however GMAC paid my previous insurance company even

though I provided another policy .This same complain happen this year again, as I purchased

insurance with AAA, for $2488,00 yet my previous company Farmers received a check for $4600.00

Attached is letter from Ocwen stating no insurance coverage..

### Security request from Rescap for POC.

Debtors have stayed dormant and encouraged all creditors to fill out POC(proof of claims). And

systematically objected and moved claims to be disallowed and expurged. Again I object to Debtors

Shield and Sword tactics requiring litigation and advantage to demand the very same this creditor has

been requesting and DENIED.(emphasis yes).

The facts are on July 29, 2009 after several attempts to repair accounting and refunds due

and not credited My attorney Mr Uzick, sent registered letter to GMAC representative Charles

Hoecher in Waterloo, Iowa  Form July thru August my attorney submitted allegations and resolution

to Litigation Manager Denise Jungten. Several letters up to and including October 2009, my

Attorney pleaded for an answer or confirmation, In good faith two certified checks were sent  and

even though there was a $16988.00 overage in escrow, We wanted confirmation and new paperwork

confirming all money and credit would be Up to date  on Mortgage, and with escrow money to be

applied to account. Our estimation being around $142,000.00 balance. No resolution, or credit to

account for any of the above items. In fact after looking online and confirmed with discovery sent,

in pending lawsuit, Debtors removed over $23,000.00 from escrow account, and filed for

foreclosure in March of 2010. From August thru March 2010, no other communication was sent by

debor even after several letters certified were sent , (attached) Then Debtors reported illegally past

due on credit report, and listed foreclosure causing Fraud, DTP.RESPA, and TILA and other

reckless actions resulting in severe damage and hardship on Plaintiff. All stated in pending lawsuit.

3

And continuing same reckless action, Ocwen sent a notice in February 2013, that they are the new servicers. Along with my attorney and my own personal letter both certified, and titled Qualified Written Response, and no answer to accounting or interest in reviewing account. These actions make it obvious that Homecoming, GMAC,RESCAP, and now OCWEN are following Texas and Federal law to respond and correct any errors to Mortgage/Homeowner. For this and other violations just sent in September  2013 with added charges and no itemization or accounting Debtors and new Servicer  have engaged in Deception and Fraud in adding charges to a mortgage they no longer have ,nor ever did,  have rights to my homestead. The Damages Secured total is $339,000.00 against RESCAP (per RESCAP addendum to change name). And $339,000.000 against Homecomings pre 2008, And $923,000.00 unsecured against RESCAP, and $923,000.00 against Homecomings. And damage pending on action of OCWEN as it was over 90 days and no response to date. Reference of deception also confirmed with 2003-RALI-QS12 and my loan code # 8596015 referenced as a "Pass Thru Security", Reference  SEC commission file 333-140610 cutoff date June 1, 2003. And yet security was held "on shelf" per CEO James Young, and filed on February 29th,2008, and start distribution on March 25, 2008. Debtors have profited from using my home as collateral without my knowledge or consent. This information was only released on 10-18-2013.

Dated at Deer Park, Texas, this 22[st] day of October, 2013.

/s/ Richard D. Rode

Richard D. Rode
2301 West Lawther
Deer Park, Texas  77536
Telephone:  (832) 432-1255
richrode@att.net

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF
## RICHARD D. RODE, IN HIS OWN NAME AND RIGHT

Richard D. Rode declares under penalty of perjury, pursuant to 28 USC Sec. 1746, that the facts set forth in the foregoing motion are true and correct, to the best of his knowledge, information, and belief.

/s/ Richard D Rode

_____

Richard D. Rode

# ZICK & ONCKEN, P.C.

**Attorneys at Law**
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

Jeffrey H. Uzick

October 1, 2009

Ms. Denise Jungen
Advocacy Resolution Specialist
GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA 50704

RE:   Account Number:      7435631023
      Mortgagor:           Richard D. Rode
      Property Address:    2301 West Lawther Lane, Deer Park, Texas, 77536

Dear Ms. Jungen:

Pursuant to your correspondence of September 24th, enclosed please find the signed and notarized Fixed Rate Loan Modification Agreement regarding the above-referenced account number. Mr. Rode has already made the requested payment of $3,025.00, which your records show as received on September 14th. Please forward to me a completely-signed copy of the enclosed document, evidencing your signature on same. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Jeffrey H. Uzick

5/dr\973.090059
Enclosure
FEDERAL EXPRESS

**EXHIBIT**

"D"

2702 Treble Creek • San Antonio ... • Facsimile: (210) 341-1570

# UZICK & ONCKEN, P.C.
## Attorneys at Law
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

Jeffrey H. Uzick

October 27, 2009

Ms. Denise Jungen
Advocacy Resolution Specialist
GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA  50704

RE:    Account Number:        7435631023
       Mortgagor:             Richard D. Rode
       Property Address:      2301 West Lawther Lane, Deer Park, Texas, 77536

Dear Ms. Jungen:

My client, Richard Rode, nor I, have yet to receive the completely-signed copy of the Fixed Rate Loan Modification Agreement in the above-referenced matter. Mr. Rode is ready to make the requested payment of $3,013.70 on November 1st, per that Agreement, but there is concern as to how GMAC will be applying that payment considering the recent activity listed on the October 19th statement. That statement lists several items that do not explain where funds from escrow are being applied. For example, $10,000.00 taken from escrow on 10-19 and applied to "Other" or "PD LN MOD CAP FNDS" and $83.00 applied to "Other" or "PD CORP ADV 3 DRM", along with various other "Fee Paid" items.

Please reply as soon as possible to our request for an accounting of the recent escrow withdrawals and fees contributed to this account, along with the fully-executed Fixed Rate Loan Modification Agreement in time for Mr. Rode to make his November 1st payment timely, as agreed.

Very truly yours,

Jeffrey H. Uzick

5/dr\973.090059
Enclosure
FAXED



2702 Treble Creek ♦ San Antonio ♦ Facsimile: (210) 341-1870

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                            TIME   : 10/27/2009 13:52
                                            NAME   : UZICKONCKEN
                                            FAX    : 7136696699
                                            TEL    : 7136692900
                                            SER. H : D6J169671
```

```
DATE,TIME        10/27  13:52
FAX NO./NAME     18667094744
DURATION         00:00:39
PAGE(S)          02
RESULT           OK
MODE             STANDARD
```

# UZICK & ONCKEN, P.C.
## Attorneys at Law
239 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

Jeffrey H. Uzick

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s) named below. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s) named below), copying, or taking of any action because of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for the return of the documents.

DATE:        October 27, 2009

TO:          Ms. Denise Jungen/Advocacy Resolution Specialist/GMAC Mortgage
FAX:         (866) 709-4744

FROM:        Jeffrey H. Uzick

COMMENTS:    GMAC (5) requesting signed Fixed Rate Loan Modification Agreement +
             explanation of escrow withdrawals and fees

TOTAL PAGES:   2    (INCLUDING COVER SHEET)

FILE NAME:     Rode v. Homecomings/GMAC

FILE NUMBER:   973.090059

If transmission is not complete, please call (713) 869-2900

# UZICK & ONCKEN, P.C.

### Attorneys at Law
238 Westcott
Houston, Texas 77007
(713) 869-2000
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

Jeffrey H. Uzick

October 30, 2009

Ms. Denise Jungen
Advocacy Resolution Specialist
GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA  50704

RE:    Account Number:      7435631023
       Mortgagor:           Richard D. Rode
       Property Address:    2301 West Lawther Lane, Deer Park, Texas, 77536

Dear Ms. Jungen:

This is yet another letter reminding you that we are ready, willing and able to make the payment that is due on November 1st, but my clients will not do so unless I receive (1) confirmation that this modification has been finalized; and (2) that the payments are being properly applied.  The October 19th statement is inaccurate, as it reads, for example, that $10,000.00 was applied to "Other".

Please contact me or Dee Rode at the number above immediately to solve this continuing problem.

Very truly yours,

Jeffrey H. Uzick

5/dr\973.090059
FAXED

EXHIBIT
"F"

2702 Treble Creek • San Antonio • Facsimile: (210) 341-1570

TRANSMISSION VERIFICATION REPORT

```
                                          TIME  : 10/01/2009 12:52
                                          NAME  : UZICKONCKEN
                                          FAX   : 7138696699
                                          TEL   : 7138692900
                                          SER.# : D5J169671
```

```
    DATE,TIME              10/01  12:50
    FAX NO./NAME           18667094744
    DURATION               00:02:31
    PAGE(S)                08
    RESULT                 OK
    MODE                   STANDARD
```



# UZICK & ONCKEN, P.C.

Jeffrey H. Uzick

### Attorneys at Law
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dce@uzickoncken.com
www.uzickoncken.com

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s) named below. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s) named below), copying, or taking of any action because of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for the return of the documents.

DATE:          October 1, 2009

TO:            Ms. Denise Jungen/Advocacy Resolution Specialist/GMAC Mortgage
FAX:           (866) 709-4744

FROM:          Jeffrey H. Uzick

COMMENTS:      GMAC (1) forwarding Fixed Rate Loan Modification Agreement

TOTAL PAGES:   8      (INCLUDING COVER SHEET)

FILE NAME:     Rode v. Homecomings/GMAC

FILE NUMBER:   973.090059

If transmission is not complete, please call (713) 869-2900

FedEx Ship Manager - Print Your Label(s)                                        Page 1 of 1

From: Origin ID: ALOA  (800) 960-1779
Jennifer Messter - Loss Mit
HOMECOMINGS FINANCIAL NETWORK
3451 Hammond Avenue

Waterloo, IA 50702

**FedEx** Express

E

Ship Date: 27AUG09
ActWgt: 1.0 LB
CAD: 6441555/NET9000
Account #: S *******

Delivery Address Bar Code

SHIP TO:  (214) 874-8541        BILL SENDER
**ATTN: LOSS MITIGATION DEPT.**
**GMAC MORTGAGE**
**3451 HAMMOND AVE**

**WATERLOO, IA 50702**

Ref # SVC856
Invoice #
PO #
Dept # SVC856

TRK# 0201  7968 9701 2725

FRI - 28AUG        A2
STANDARD OVERNIGHT

**50 ALOA**

50702
IA-US
CID

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.
Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and international law. All rights reserved. © 1995-2009 FedEx

*FedExId  10-01-09*

https://www.fedex.com/shipping/shipAction.handle?method=doContinue                          8/27/2009

**Detailed Results**

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 796897012725                                                      ✉ E-mail notifications

**Delivered**      Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: S.MOE

Shipment Dates                                    Destination
Ship date ⓘ  Oct 1, 2009                          Signature Proof of Delivery ⓘ
Delivery date ⓘ Oct 2, 2009 9:17 AM

**Shipment Facts**                                                              Help

Service type   Standard Envelope          Delivered to        Mailroom
Weight         0.5 lbs/0.2 kg

**Shipment Travel History**                                                     Help

Select time zone:  Select                          Select time format:  12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 2, 2009 9:17 AM | Delivered | WATERLOO, IA | |
| Oct 2, 2009 8:59 AM | On FedEx vehicle for delivery | WATERLOO, IA | |
| Oct 2, 2009 8:28 AM | At local FedEx facility | WATERLOO, IA | |
| Oct 2, 2009 4:37 AM | At dest sort facility | CEDAR RAPIDS, IA | |
| Oct 2, 2009 4:24 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| Oct 2, 2009 1:45 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Oct 1, 2009 9:27 PM | Left FedEx origin facility | HOUSTON, TX | |
| Oct 1, 2009 6:57 PM | Picked up | HOUSTON, TX | |

Executed effectives of the day and year first above written.

RICHARD D RODE _____   Witness _____

Print T.H. Uztel _____

_____

BARBARA RODE _____   Witness _____

Print _____

_____


**BORROWER ACKNOWLEDGMENT**

State of _Texas_
County of _Harris_

On this 1 day of OCT, 2009, before me, the undersigned, a Notary Public in and for said county and state, personally appeared RICHARD D RODE  ~~BARBARA RODE~~  personally known to me or identified to my satisfaction to be the person(s) who executed the within instrument, and they duly acknowledged that said instrument is their act and deed, and that they, being authorized to do so, executed and delivered said instrument for the purposes therein contained.

Witness my hand and official seal.

Linda McDonald
Notary Public

My Commission Expires:

# UZICK & ONCKEN, P.C.

Jeffrey H. Uzick

### Attorneys at Law
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

March 8, 2013

Qualified Written Request and Complaint
To: Ocwen Loan Servicing, LLC
Attention: Customer Care
3451 Hammond Avenue
Waterloo, IA 50704-0780

RE:    Account #: 7435631023
       Property Address:    2301 West Lawther Lane
                            Deer Park, Texas 77536

Dear Sirs:

This firm represents Rich Rode regarding claims that are currently being pursued against GMAC and Homecomings for the mismanagement of refinancing, mismanagement of his escrow account, and attempted wrongful foreclosure on the property the subject of this loan. While GMAC is in bankruptcy, the claims against it and any subsequent owner of the loan will be pursued.

We hereby object to the transfer of this loan due to the claims made the basis of this suit. We will also take all necessary steps to preserve the property and prevent foreclosure until the underlying dispute is resolved, including filing suit against all subsequent owners of the mortgage. Furthermore, we will pursue any and all damages that are available under statutes and law, including RESPA, if any adverse action is taken against my client while this dispute is pending.

Respectfully,

Jeffrey H. Uzick

CRRR: 7004-1160-0007-3378-8667
cc:    Mr. Graham W. Gerhardt/Bradley, Arant, Boult, Cummings
       FAXED

       Ms. Erica J. Richards/Morrison & Foerster, L.L.P.
       FAXED

5113 Southwest Parkway, Suite #200 ● Austin, Texas, 78735-8944

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*Kode*

1. Article Addressed to:

*Ocwen Loan Servicing*
*Att: Customer Care*
*3451 Hammond Ave.*
*Waterloo, IA 50704-0780*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X **Greg Caya**        ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery    Mar 12 2013

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from se...)    7004 1160 0007 3378 8667

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*(vertical left margin)* 7004 1160 0007 3378 8667

P. 1

x  x  x  Communication Result Report ( Mar. 8. 2013 12:03PM ) x  x  x

1)
2)

Date/Time: Mar. 8. 2013 12:01PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 8644 | Memory TX | 12055218800 | P.  2 | OK | |
| | Rode v. Homecomings | 12124687900 | | OK | |

--------------------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## UZICK & ONCKEN, P.C.

Jeffrey H. Uzick

Attorneys at Law
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s) named below. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s) named below), copying, or taking of any action because of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for the return of the documents.

DATE:       March 8, 2013

TO:         Mr. Graham W. Gerhardt
FAX:        (205) 521-8800

TO:         Ms. Erica J. Morrison
FAX:        (212) 468-7900

FROM:       Jeffrey H. Uzick                                    (Dee)

COMMENTS:   Ocwen Notice Letter

TOTAL PAGES:   2    INCLUDING COVER SHEET)

FILE NAME:  Rode v. Homecomings/GMAC

FILE NUMBER:   700.100001

If transmission is not complete, please call (713) 869-2900

5113 Southwest Parkway, Suite B200 ● Austin, Texas, 78735-8944

P. 1

�url ✿ ✿   Communication Result Report ( Mar.  8.  2013 12:03PM ) ✿  ✿  ✿

1)
2)

Date/Time: Mar. 8. 2013 12:01PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8644 | Memory TX | 12055218800 | P.  2 | OK | |
| | Rode v. Homecomings | 12124687900 | | OK | |

--------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## UZICK & ONCKEN, P.C.

**Attorneys at Law**

Jeffrey H. Uzick

238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax (713) 869-6699
E-Mail: doc@uzickoncken.com
www.uzickoncken.com

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s) except below. If you are not the intended recipient, — are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s) named below), copying, or taking of any action because of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for the return of the documents.

DATE:       March 8, 2013

TO:         Mr. Graham W. Gerhardt
FAX:        (205) 521-8800

TO:         Ms. Erica J. Morrison
FAX:        (212) 468-7900

FROM:       Jeffrey H. Uzick                          (Doc)

COMMENTS:   Ocwen Notice Letter

TOTAL PAGES:   2     INCLUDING COVER SHEET)

FILE NAME:  Rode v. Homecomings/GMAC

FILE NUMBER:   700.100001

If transmission is not complete, please call (713) 869-2900

9113 Southwest Parkway, Suite 8200 ● Austin, Texas, 78735-8044

# RICHARD D. RODE

**2301 West Lawther Drive**
**Deer Park, Texas 77536**
**(832) 431-1255**
**richrode@att.net**

February 27, 2013

Qualified Written Request and Complaint
To: Ocwen Loan Servicing, LLC
Attention: Customer Care
P.O. Box 1330
Waterloo, IA 50704-1330

RE:   Your account # 7435631023

Dear Sirs:

I have received a "Notice of Servicing Transfer" dated February 7, 2013, from the above-addressed new Servicer, and old Servicer, GMAC Mortgage. The notice arrived on February 16, 2013.

I am sending this "Written Response" based on RESPA,(12 U.S.C., Section 2601 et seq)", Rights under Federal Law and Section 6 of RESPA (112 U.S.C., Section 2605) Complaint Notice and Demand for resolution within 20 days.

My first concern and Qualified Complaint is that I have NOT been given a minimum 15-day notice before Servicing Transfer effective date which is February 16, 2013, per the letter received, referenced above.

My second concern and Qualified Complaint is that I have NOT been given, in writing, GMAC contact numbers or addresses. The above-stated letter refers to "All mailing addresses and phone numbers previously used to contact GMACM, will remain the same. OCWEN phone and address numbers are listed as old HOMECOMINGS contact info.

Third concern and Qualified Complaint is in regards to stated:

> Principal balance at $ 187,290.87
> Escrow Balance (-$44,135.57) (noted as negative)
> Loan Rate 5.375%
> Next Payment Date 11/01/2008
> Payment Amount "Please refer to your mortgage account statement".

I object, dispute, and disagree to all the above amounts and figures. I have not received any statements, or Escrow Analysis, or any servicing paperwork since 2008.

I did send in an inquiry and dispute in July of 2008 requesting all mortgage information and accounting on alleged note and payments when I received a letter much like this one stating Homecomings was transferring to GMAC. I disputed the figures and balances back then. I also have had numerous requests with both Homecomings and GMAC, regarding "Hurricane Ike" in

Qualified Written Request and Complaint
To: Ocwen Loan Servicing, LLC
February 27, 2013
Page 2

September, 2008. My home was directly hit and received substantial damage. The President declared this region a Disaster Zone. After reporting hardship, and assurance that GMAC modified the mortgage, I received a certified letter in January of 2009, stating GMAC's position was to foreclose on property. I hired an attorney, and negotiated a modification, and I sent $13,000, in January 2009, to catch up past due. Another $8,400 was mailed in on May 10, 2009. I also sent a certified check for $3,025.00 in October of 2009. I am stating these deposits were all in 2009, and 2010. Your report shows next payment due date as 11-01-2008. The above amounts were made in 2009.

Again on March 11, 2010, I was served with Trustee Substitute sale, who was going to foreclose and sell my property on May 10, 2010.

I make this point, because I also sent a certified letter disputing $192,000 balance, and exercised my rights and due diligent demanding verification of debt, note, deed of trust, etc., and after 30 days until now I have not received that information or any other requested proof and documentation regarding debt, payment, and escrow/accounting that was to be done no later than 30 days from April 10, 2010.

I never receive any copy of a Judgment or original creditor information.

On February 25, 2013, I called 800-766-4622, and was transferred to a Customer Service representative by the name of N'RAE. She stated that there is no more GMAC, only OCWEN, but that she works for RESCAP, and is a third-party information representative. She did NOT have any credentials or ID badge registered with State of Texas, or any other State. Furthermore, she stated that the notice I received is a generic form, and to disregard the information on it. She explained that these notices were mailed to everyone, and that she doesn't even have me or my address, or said account number on file, so disregard the letter.

I will again emphasize that I am disputing all figures and information reported to me on the letter dated February 7, 2013.

Section 6 of RESPA also provides for damages and costs for individuals in circumstances where servicers are shown to have violated the requirements of that section. Please note that a qualified written acknowledgement is required within 20 days of this notice. There are several credits and overages that were due to me back in 2009, and it is unlawful to report or take any action until all above issues and corrections are made.

Respectfully,

Richard D. Rode

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *Rode*

1. Article Addressed to:

*Qualified Written Request*
*& Complaint*
OCWEN LOAN SERVICING
att: Customer Care
P.O. Box 1330
Waterloo, IA 50704-1330

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    **Greg Caya**    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
MAR 5 2013

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
■ Certified Mail    ☐ Express Mail
☐ Registered    ■ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0007 3378 8742

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

8/26/2009

## Homecomings Financial
*A GMAC Company*

RICHARD D RODE
BARBARA RODE
2301 WEST LAWTHER LANE
DEER PARK TX 77536

Re: Account Number      7435631023
                        2301 WEST LAWTHER LANE
                        DEER PARK TX 77536

Dear RICHARD D RODE    BARBARA RODE

**Congratulations! Your request for a loan modification has been approved subject to the following:**
-Receipt of your contribution in the form of certified funds
-Receipt of the signed and notarized loan modification agreement and any attachments
-Receipt of clear title, if applicable

Highlights of the enclosed Loan Modification Agreement and instructions for completing and returning it are as follows:

- The contribution amount of $ 3,025.00 in the form of certified funds, is due in our office by October 1, 2009.
- The interest rate is 5.00000%.
- The first modified payment begins November 1, 2009.

    Principal and Interest    $ 2,320.25
    Escrow                    $ 693.45
    **Total Payment**         **$3,013.70**

Do NOT sign the enclosed Loan Modification Agreement unless you are in the presence of a notary. This document must be signed in the presence of a notary and (if applicable) other witnesses. All of the documents must be executed and the signatures must be exactly as the names are typed.

- The signed and notarized Loan Modification Agreement should be returned using the enclosed pre-paid overnight envelope.
- If any modification closing costs are more than projected, the difference will be assessed to the account.
- All miscellaneous fees and costs -- excluding late charges -- may not have been included in the loan modification and will remain outstanding.

The contribution and executed loan modification documents are due back by October 1, 2009. Please return to:

Homecomings Financial, LLC
Attn: Loan Modification
3451 Hammond Avenue
Waterloo, IA 50702

IMPORTANT! The loan modification will not be complete until we receive all properly executed documents and the contribution amount. If the modification is not completed we will continue to enforce our lien. If the conditions outlined above are not satisfied the modification will be withdrawn.

If you have any questions regarding this modification offer, please contact a modification specialist directly at 1-800-799-9250 Monday – Thursday 8:00 AM to 7:00 PM, Friday 8:00 AM to 5:00 PM, Central Time.

Loan Modification Specialist
Enclosures

40932750

After Recording Return to:

SOUTHTRUST MORTGAGE CORPORATION

210 Wildwood Parkway, Suite 100
Birmingham, AL 35209

_____ [Space Above This Line For Recording Date] _____

# DEED OF TRUST

DEFINITIONS                                                                MIN No. 100021700409327507

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated  March 18, 2003 together with all Riders to this document.

(B) "Borrower" is Richard D. Rode, a married man, being joined herein proforma by my wife, Barbara O. Rode, to perfect lien only.  Borrower is the grantor under this Security Instrument.

(C) "Lender" is SOUTHTRUST MORTGAGE CORPORATION .  Lender is a corporation organized and existing under the laws of  Delaware.  Lender's address is  210 Wildwood Parkway, Suite 100, Birmingham, AL 35209.  Lender includes any holder of the Note who is entitled to receive payments under the Note.

(D) "Trustee" is Robert D. Gardner, Jr..  Trustee's address is 1635 NE Loop 410, Suite 100 San Antonio, TX 78209.

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument.  MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P. O. Box 2026, Flint, MI 48501-2026, tel. (888)679-MERS.

(F) "Note" means the promissory note signed by Borrower and dated  March 18, 2003.  The Note states that Borrower owes Lender  Two Hundred Sixty Five Thousand One Hundred Seventy Five and no/100 Dollars (U.S. $265,175.00) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than  April 1, 2018.

(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower.  The following Riders are to be executed by Borrower [check box as applicable]:

[ ] Adjustable Rate Rider                          [ ] Condominium Rider
[ ] 1-4 Family Rider                               [X] Planned Unit Development Rider
[ ] Biweekly Payment Rider                         [ ] Balloon Rider
[ ] Second Home Rider
[X] Other(s) [specify] Renewal and Extension Exhibit

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable  judicial opinions.

(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account.  Such term includes, but is not limited to, point-of-sale

TEXAS Deed of Trust--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                           MERS Modified Form 3044 1/01
(Page 1 of 11 pages)

5/17/02

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witness:

Witness:

_____

_____ (Seal)
Richard D. Rode                                              -Borrower

_____ (Seal)
Barbara O. Rode                                             -Borrower

_____ (Seal)
                                                                      -Borrower

_____ (Seal)
                                                                      -Borrower

_____ [Space Below This Line For Acknowledgment] _____

STATE OF TEXAS, Harris County ss:

This instrument was acknowledged before me on the ___19___ day of ____March____ 2005 by Richard D. Rode and wife, Barbara O. Rode.

DELECIA TURNER
MY COMMISSION EXPIRES
August 20, 2006
(Official Seal)

_____
Notary Public

DATE
Added

wrong day!

TEXAS Deed of Trust–Single Family–Fannie Mac/Freddie Mac UNIFORM INSTRUMENT                MERS Modified Form 3044 1/01
(Page 11 of 11 pages)