# LAW OFFICES OF RICHARD SAX

448 SEBASTOPOL AVENUE, SANTA ROSA, CA 95401
TELEPHONE: (707) 525-1824
FACSIMILE: (707) 525-8119
www.rsaxlaw.com

**Richard Sax, Esq.**

Diane Brooks-Sax, Senior Paralegal    Joanne Miller, Paralegal    Sunny Grechko, Paralegal    April Smittcamp, Paralegal

September 30, 2013

U.S. Bankruptcy Court
Southern District of N. Y.
One Bowling Green
New York, NY 10004-1408

Hon. Martin Glenn
Courtroom 501

> Re:    In re Residential Capital, LLC, et al., Debtors
> US Bankruptcy Court, Southern District of New York
> Case No. 12-12020 (MG)
> Marvin McDougal, Proofs of Claim Nos. 2864, 5892

To Whom It May Concern:

Please be advised that the Law Office of Richard Sax does not represent Marvin McDougal in his legal matters. All future correspondence and documents should be sent to Mr. McDougal at:

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448
memcdougal@yahoo.com

Thank you for your consideration.

Very truly yours,

Richard Sax

RECEIVED
OCT 2 2013
U.S. BANKRUPTCY COURT SDNY

RS:ddb
cc:    Marvin McDougal