# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:  )
        )
RESIDENTIAL CAPITAL, LLC, et al.,  )   Case No.: 12-12020 (MG)
        )
        )   Chapter 11
**Debtors.**  )
        )   Jointly Administered

## RESPONSE TO DEBTOR'S FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS

Claimant's Name:      Deborah L. Wetzel, 27348 McLemore Cir. Harvest, AL 35749
Claim No.:            2239

Basis for Amount of Claim:   Fraudulent Foreclosure
                             Property Address: 118 E St. SW, Auburn, WA 98001

CLAIMANT, Deborah L. Wetzel ("Claimant") submits this Response to the Debtor's Forty-Ninth Omnibus Objection to Claims ("Response") for the following reasons.

GMAC Mortgage, LLC, a subsidiary of Residential Capital, LLC ("Debtor") sold Claimant's deed of trust and note to Federal Home Loan Mortgage Corp. ("Freddie Mac") in 2007. In August 2011 Mortgage Electronic Registration Systems, Inc. ("MERS") assigned its interest in Claimant's deed of trust and note to Debtor). MERS has never had an interest in Claimant's deed of trust and note and therefore has no authority to assign interest therein. In August 2011 Debtor appointed Northwest Trustee Services, Inc. ("NTS") as successor

OBJECTION TO NOTICE OF HEARING- 1

trustee and fraudulently commenced foreclosure proceedings on Claimant deed of trust and note. MERS is a "non-existent" entity and has no fiduciary interest in Claimant's deed of trust and note, but is merely a "clearing house" for document recording. Debtor foreclosed on Claimant's deed of trust and note in December, 2012 and Freddie Mac took possession of the property secured by Claimant's deed of trust and note. Debtor failed to obtain an assignment of the Deed of Trust from Freddie Mac prior to commencing foreclosure proceedings.

Debtor's reason for disallowance of Claimant's claim states, "Liability Not Reflected in Debtors' Books and Records." This is only further evidence of Debtor's fraudulent foreclosure on Claimant's deed of trust and note. As Claimant has shown through documentation evidencing this claim previously submitted, Debtor sold Claimant's deed of trust and note to Freddie Mac in 2007. Accordingly, at the time Debtor filed for Chapter 11, Debtor did not have a fiduciary interest in Claimant's deed of trust and note. Despite this evidence, Debtor commenced foreclosure proceedings against Claimant's deed of trust and note, without the deed of trust and note being re-assigned to Debtor.

Claimant requests the Court deny Debtor's Proposed Disallowance of Claimant's claim and requests the Court to allow Claimant's Claim against GMAC Mortgage, LLC in the secured amount of $205,000 and the general unsecured amount of $50,000.

This Response is based on the State and Federal laws governing deeds of trust, mortgages, contract law, tort, fraud, unfair and deceptive business practices, and may be supplemented as deemed necessary.

Claimant previously submitted documentation with the Proof of Claim evidencing this claim.

OBJECTION TO NOTICE OF HEARING- 2

Any replies to this Response should be directed to Claimant at the following address:

Deborah L. Wetzel
27348 McLemore Cir.
Harvest, AL  35749
Email: debbieleewetzel@gmail.com
(256)444-1514

RESPECTFULLY SUBMITTED this 16th day of October, 2013.

*[signature: Deborah Wetzel]*

Deborah L. Wetzel,
Claimant, *Pro Se*
27348 McLemore Cir.
Harvest, AL  35749
(256) 444-1514
Email:  debbieleewetzel@gmail.com

## CERTIFICATION OF MAILING

I certify and declare under penalty of perjury under the laws of the States of Alabama and that on October 16, 2013 I caused a copy of this document to be deposited for certified mailing, return receipt requested to the following:

| | |
|---|---|
| The Honorable Martin Glenn<br>Courtroom 501<br>One Bowling Green<br>New York, NY  10004 | Attn:  Kenneth H. Eckstein, Esq.<br>Douglas H. Mannal, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1117 Avenue of the Americas<br>New York, NY  10036 |
| Attn: Gary S. Lee, Esq.<br>Norman S. Rosenbaum, Esq.<br>Jordan A. Wishnew, Esq.<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY  10104 | Tracy Hope Davis, Esq.<br>Linda A. Riffkin, Esq.<br>Brian S. Masumoto, Esq.<br>Office of the United States Trustee for the Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY  10014 |
| Attn:  Ronald J. Friedman, Esq.<br>Silverman Acampora LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY  11753 | |

Signed in Harvest, AL this 16th day of October, 2013.   *[signature]*
Deborah L. Wetzel

OBJECTION TO NOTICE OF HEARING- 3