United States Bankruptcy Court
Southern District of New York

In re:

RESIDENTIAL CAPITAL, LLC. et. al.
        Debtors

Case No. 12-12020 (mG)
Chapter 11

Jointly Administered

MOTION FOR EXTENSION OF TIME

Simone Braham

Hospitalized ... more time needed to locate records showing proof of debit.

Simone Braham
17th October, 2013



RECEIVED
OCT 21 2013
U.S. BANKRUPTCY COURT, SDNY