

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

Residential Capital, LLC *et al.*,
         Debtors

Chapter 11
Case No. 12-12020 (MG)
Administratively Consolidated

## NOTICE OF APPEAL

Jan B. Ibrahim appeals from verbal Orders of Judge Martin Glenn entered on the record of proceedings had on October 9, 2013 in which he revoked the pro hac vice admission of this creditor's attorney, Wendy Alison Nora and then entered a "default" judgment against this creditor for failure to appear. This creditor had appeared by counsel authorized to appear and argue his response to the Debtors' Motion to Disallow his Claim #997 if he was unable to appear. He was unable to personally attend the proceedings due to time and expense of travel from Plainville, Massachusetts to New York, New York on October 9, 2013 and was unable to appear by telephone because he did not have sufficient credit available on his sole remaining credit card (after Debtors' destroyed his credit rating) in order to assure that he could pay the amount of Court Call charges for his appearance by telephone. It was for the reason that his personal appearance or appearance by telephone was uncertain that he authorized Attorney Nora to appear for him on October 9, 2013.

The verbal revocation of Attorney Nora's pro hac vice admission, followed immediately by the entry of a default judgment against this creditor deprived him of his right to be heard in these proceedings to procedural and substantive due process guaranteed by the Fifth Amendment to the <u>United States Constitution</u>.'

Dated at Plainville, Massachusetts this 17 day of October, 2013.

_____
Jan B. Ibrahim, pro se
Holder of Claim #997
22 Waltham Drive
Plainville, Massachusetts 02762
(508) 369-1368
jan_ibrahim@hotmail.com