**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Tatiana Ingman
Andrew D. Behlmann

*Bankruptcy Counsel for RESPA Plaintiffs and the Putative Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered<br><br>Related Docs: 4819; 5457 |

## CERTIFICATION OF SERVICE

I, *Diane C. Claussen*, pursuant to 28 U.S.C. § 1746, certify as follows:

1.  I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to the RESPA Plaintiffs and the Putative Class.

2.  On October 23, I caused a copy of the following document to be served via e-mail upon all parties to the service list attached hereto as **Exhibit A**:

    (i) *RESPA Plaintiffs' Statement and Reservation of Rights (the "Statement") Regarding the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors.* [Doc. No. 5457].

3.  I further certify that on October 23, 2013, the Statement was served via the Court's CM/ECF system upon all parties entitled to receive electronic notice.

27215/2
10/24/2013 27210483.1

-2-

4. I further certify that on October 23, 2013, the Statement was sent via First Class Mail to the United States Trustee at the following address:

Office of the United States Trustee
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Brian Masumoto and Michael Driscoll

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated: October 24, 2013

/s/Diane C. Claussen
Diane C. Claussen

## Notice Parties Service List

Residential Capital LLC
Lewis Kruger, CRO
c/o Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
E-mail: Lewis.Kruger@gmacrescap.com

Morrison & Foerster LLP
1290 Avenue of the Americas, New York, New York 10104
Attn: Gary Lee, Lorenzo Marinuzzi, and Todd Goren
E-mail: glee@mofo.com; lmarinuzzi@mofo.com; tgoren@mofo.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York, 10036
Attn: Kenneth H. Eckstein, Douglas H. Mannal and Stephen D. Zide
E-mail: keckstein@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com

Ally Financial, Inc.
1177 Avenue of the Americas, New York, NY 10036
Attn: William B. Solomon and Timothy Devine

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Richard M. Cieri and Ray C. Schrock
Email: richard.cieri@kirkland.com; ray.schrock@kirkland.com