UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

One Bowling Green,

NEW YORK, N.Y.10004



10.19.2013

| CLAIM NO | DEBTOR | CLSSIFICATION | AMOUNT |
|---|---|---|---|
| Date Filed | | | |
| 2104 | Residential Capital, LLC | SECURED | $250,000.00 |
| 11/02/2012 | | | |

I don't know why this liability is not reflected in the debtor's books and records.

I had a line of credit of $250,000.00 secured by my home and I am still paying monthly $1,200.00 (principal and interest) against this line.

Please reconsider; I have supplied all relevant documents.

Sincerely,

GUERRINO DEGLI ESPOSTI

196 LA VEREDA RD

SANTA BARBARA, CA.93108