### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br>RESIDENTIAL CAPITAL, LLC, et al,<br>　　　Debtors.<br><br>Objections to Debtors Thirty Sixth<br>Omnibus Objection to Secured Claims<br>and Motion to Strike: RON ERIKSEN<br>and JULIE ERIKSEN. | )<br>)<br>) Case No. 12-12020<br>)<br>)<br>) Honorable Martin Glenn<br>)<br>)<br>)<br>)<br>) |

**RECEIVED OCT 23 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

## NOTICE OF APPEARANCE

Ron Eriksen, Creditor, enters his appearance in Case No. 12-12020. Eriksen resides at 2647 Kendridge Lane, Aurora, IL 60502. His email address is: reriksen1@gmail.com.

Respectfully submitted,

By: ___/s/Ron Eriksen___
　　　　Ron Eriksen

Original

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies under penalty of perjury pursuant to 28 U.S.C. §1746 that on October 22, 2013, he duly served (or caused to be served), via overnight mail, to be delivered on or before 4:00 pm Eastern Standard Time on October 23, 2013, the above described "Notice of Appearance" upon the persons on the attached service list.

/s/Ron Eriksen
Ron Eriksen

Gary S. Lee,
Norman S. Rosenbaum
Jordan A. Wishnew
Morrison & Foerster, LLP.
1290 Avenue of the Americas
New York, NY 10104

Kenneth Eckstein
Douglas Mannal
Kramer Levin Naftalis & Frankel, LLP.
1177 Avenue of the Americas
New York, NY 10036

Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
Office of the United States Trustee
U.S. Federal Office Building,
201 Varick Street, Suite 1006
New York, NY 10014

Ronald J. Friedman
SilvermanAcampora LLC
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753