**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

**RESIDENTIAL CAPITAL, LLC, et. al,**          **Case No: 12-12020 (MG)**

**Debtors**          **Chapter 1**

**JOINTLY ADMINISTERED (GMAC)**

## OBJECTION TO DEBTORS RECLASSIFYING AND REDESIGNATING CLAIM #4927
## RHONDA DEESE

**Administrative Priority is the appropriate classification for claim #4927. The attached letter is a Request to Produce on Real Estate (the security interest), that was submitted way back in May of 2012 requesting loan origination documents, full accounting history from origination to date, proof of ownership with chain of ownership from origination to date. To date, I have not received requested materials from GMAC aka Residential Capital, LLC, the Parent.**

**The debtors claim that my claim improperly asserts security interest or priority and was filed against incorrect debtor. This simply is incorrect.**

**Attached please find claim submission form. The claim submission form filed and received by debtors clearly states the debtors as Residential Capital, LLC, et. al, aka GMAC. The Bankruptcy is Jointly Administered. The et. al, is GMAC with Residential Capital, LLC, as the Parent.**

**I have responded timely and appropriately to the unorganized chaotic notifications that I have received, however; I do not think I should be held responsible for notifications of assignments and or bankruptcies that I should have received and simply did not or have not received.**

RECEIVED
OCT 23 2013
U.S. BANKRUPTCY COURT, SDNY

**What documents I have been able to wrangle have been found to be incomplete and quite frankly, fraudulent.**

**So, I am requesting the denial of the reclassification and redesignation. My claim is against Residential Capital LLC, aka GMAC Jointly Administered.**

**Submission of 9 total pages are rendered.**

Sincerely,

*Rhonda Deese*

The foregoing instrument was acknowledged before me this

10/22/13 (date) by Rhonda Deese

who produced FL DL as identification. Subject (did) did not) take an oath.

*Virginia Barrett*
Notary Public



VIRGINIA BARRETT
MY COMMISSION # EE 183832
EXPIRES: July 8, 2016
Bonded Thru Notary Public Underwriters

Rhonda Deese
P. O. Box 456
Auburndale, FL 33823
(863) 258-6304


Copied originals: Counsel for the Debtors, Morrison and Foerster LLP, 1290 Avenue of Americas, New York, NY 10104, Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq.

Counsel for the official committee of unsecured creditors, Kramer Levin Naftalis and Frankel LLP, 1117 Avenue Of the Americas, New York, NY 10036, Attn: Kenneth H. Eckstein, Esq. ad Douglas H. Mannal, Esq.

The Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Tracy Hope Davis, Esq., Linda A. Riffkin, Esq. and Brian S. Masumoto, Esq.,

Special counsel for the Committee, Silverman Acampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Ronald J. Friedman, Esq.

May 25 2012

GMAC Mortgage
Attn: Customer Care
P. O. Box 780
Waterloo, IA  50704-0780

RE: Request to produce on loan number: 7439480203

To Whom It May Concern:

Please allow this to serve as a request to produce all loan origination documents, full accounting history from origination to date, proof of ownership of the loan by you, GMAC with chain of ownership from the origination of the loan to date, loan originators contact information to include name, address and telephone number.

For your convenience the account information is as follows:

Account number:          7439480203
Account name:            Rhonda Deese
Account property address: 2213 ½ Hurst Road, Auburndale, Florida
                         33823
Account contact number:  863-665-1002

Please mail the above requested to P. O. Box 456, Auburndale, FL 33823

Looking forward to your prompt response within 60 days. Thank you for your time in this matter.

Sincerely,

Rhonda Deese

Rhonda Deese

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x **Greg Caya**  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br> MAY 2 8 2012 |
| 1. Article Addressed to:<br><br>GMAC MORTGAGE<br>ATTN: CUSTOMER CARE<br>P. O. BOX 780<br>WATERLOO, IA<br>50704-0780 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)   7011 3500 0002 2960 7845 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RHONDA DEESE
P. O. BOX 456
AUBURNDALE, FL
33823

July 19, 2013

RE: Claim Number 4927 Residential Capital, LLC, et al aka GMAC, Case Number 12-12020 (MG)

A Request to Produce letter was submitted to GMAC via certified receipt requested mail. GMAC and or akas failed to respond, therefore, I request $141,950.00 be forgiven plus the $1,000.00 fine be imposed for failure to respond within 60 days as per Law.

I hope the court will consider denial of bankruptcy and mandate GMAC and or the akas engage in bilateral substantive problem solving instead of unilateral dictates.

To date, I do not know who owns and holds my original Mortgage and Note. I receive phone calls from unfamiliar companies. I have attempted to dialogue to exhaustion with each new company.

The home is valued at $60,000.00. $167,000.00 was the purchase price. All payments were made timely. The loan number is 7439480203. The property address is 2213 ½ Hurst Road, Auburndale, Florida 33823.

Sincerely,

Rhonda Deese

Rhonda Deese

P.S. Enclosed please find 11 pages

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA  90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

Rhonda Deese
P.O. Box 456
Auburndale, FL 33823

## PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against **Residential Capital, LLC,**
case no **12-12020** was received on 11/15/2012
and assigned claim number **4927**

For more information, please visit **www.kccllc.net/rescap** or call 1-888-251-2914

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:

RESIDENTIAL CAPITAL, LLC, et al aka GMAC, CASE No. 12-12020 (MG)

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

RHONDA DEESE

Name and address where notices should be sent:

RHONDA DEESE
P. O. BOX 456
AUBURNDALE, FL 33823

Telephone number: 863-258-6304 OR    email: RhondaDeese@
863-665-1002                         tampabay.rr.com

Name and address where payment should be sent (if different from above):

SAME AS ABOVE

Telephone number: SAME AS ABOVE    email: SAME AS ABOVE

Claim # 4927
Initials PMH

☐ Check this box if this claim amends a previously filed claim.

Court Claim
Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 142,950.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** FAILURE TO PRODUCE REGARDING REAL ESTATE
(See instruction #2)    (SEE ATTACHED LETTER)

**3. Last four digits of any number by which creditor identifies debtor:** 0203

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim (See instruction #4)**

Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate**_____% ☐ Fixed ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**
if any: $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**

Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $ 142,950.00    (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: RHONDA DEESE
Title:_____
Company:_____
Address and telephone number (if different from notice address above):
SAME AS ABOVE

Signature: *Rhonda Deese*    11/14/2012    (Date)

Telephone number: SAME AS ABOVE    Email: SAME AS ABOVE

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ 142,950.00

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

RECEIVED
NOV 15 2012
KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

1212020121115000000000040

**THIS IS A NOTICE REGARDING YOUR CLAIM.  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(MISCLASSIFIED AND WRONG DEBTOR BORROWER CLAIMS)**

**Rhonda Deese**

| Proposed Claim(s) to be Reclassified and Redesignated | | | | Reason for Modification | Modified Claim Amount | | Modified Debtor Designation |
|---|---|---|---|---|---|---|---|
| Claim No(s).; Date Filed | Asserted Debtor Name and Case No. | Classification | Amount | | Classification | Amount | Modified Debtor Name and Case No. |
| 4927<br><br>11/15/2012 | Residential Capital, LLC<br><br>12-12020 | Administrative Priority | $142,950.00 | Claim improperly asserts security interest or priority and was filed against incorrect Debtor | Administrative Priority | N/A | GMAC Mortgage, LLC<br><br>12-12032 |
| | | Administrative Secured | N/A | | Administrative Secured | N/A | |
| | | Secured | N/A | | Secured | N/A | |
| | | Priority | N/A | | Priority | N/A | |
| | | General Unsecured | N/A | | General Unsecured | $142,950.00 | |

PLEASE TAKE NOTICE that, on September 20, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed their *Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The category of claim objection applicable to you is identified in the table above in the column entitled "**Reason for Modification**".

---

[1]   A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.