UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          )
                                                )
Residential Capital, LLC, et al.                )   Case No. 12-12020 (MG)
                                                )
                    Debtors.                    )
                                                )

### RESPONSE TO
### NOTICE OF HEARING ON THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (MISCLASSIFIED AND WRONG DEBTOR BORROWER CLAIMS)

### Kenneth C. Thomas

I, Kenneth C. Thomas, object to and oppose the reclassification of my claim involving Case No. 12-12020 (MG). Basis for amount of claim is balance owed on condominium that was in foreclosure with GMAC despite attempts to modify that occurred only after sale to Ocwen.

Bases for opposing Objection—

*According to Residential Funding Corporation, GMAC was one of the largest entities securitizing loans in 2000. This bankruptcy probably has an impact on nearly every single GMAC based loan or loan that was securitized by GMAC. Many of the GMAC deals pledged the loans to the trusts but never actually perfected the transfer. This could mean that your "lender", "creditor" or "owner" of these loans is one of the many related entities of Residential Capital (RESCAP) – which may be a problem because they have probably been paid in full. Many of these entities had a security interest in the money advanced to fund the loans, even though they were not the named lender. Many of these entities were required and obligated to make payments on the borrowers loans – and they did in fact make payments. Many of these entities had guarantee agreements with other parties (such as servicers) to reimburse them for payments of principal and interest made on borrowers loans.* http://dtc-systems.net/2012/05/gmac-residential-capital-declares-bankruptcy/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+DtcSystems+%28DTC+Systems%29

*Residential Capital, LLC ("ResCap")* **and** *its subsidiaries,* **including** *GMAC Mortgage, will be conducting business as usual during* **their** *Chapter 11 restructuring.*
https://www.rescapholdings.com/

ResCap is parent to GMAC Mortgage LLC and is under its umbrella reflected by the term "et al." naming Debtors in the case. GMAC Mortgage LLC is one of the ResCap entities that served to maximize tax strategies, create liability protection. ensure asset protection, keep wealth

12-12020-mg    Doc 5495    Filed 10/23/13    Entered 10/24/13 16:12:42    Main Document
                                        Pg 2 of 2


accelerating through multiple streams of revenue and optimize opportunities. GMAC Mortgage LLC securitized its loans under ResCap. Now ResCap seeks to "reclassify" claims that name ResCap as Debtor. ResCap did not seek to disavow itself from GMAC Mortgage LLC during its heyday and should not be allowed to do so now. I also object to the reference "unsecured" under Modified Claim Amount in the Objection. By definition, a mortgage loan is a "secured" loan. I have documentation threatening seizure of my property sent by GMAC and its representatives during the time my home was in foreclosure.

Dated: Chicago, Illinois
October 21, 2013-10-22

KENNETH C. THOMAS
1464 S. Michigan Ave., Unit 1705
Chicago, IL 60605
312-939-3244

*Claimant*