Kamala D. Harris
Attorney General of California
Bernard A. Eskandari
Deputy Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone:  (213) 897-2652
Fax:  (213) 897-2802
Email:  bernard.eskandari@doj.ca.gov

*Counsel for Creditor, California Department of Justice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF NEW CONTACT

**PLEASE TAKE NOTICE** that the California Department of Justice, by and through its undersigned counsel, files this Notice of New Contact in the above-captioned matter.  The California Department of Justice's new contact information for service of all documents and pleadings, and for all communications (including those regarding claim numbers 6022, 6204, and 6255), in this and related matters is as follows:

>Bernard A. Eskandari
>Deputy Attorney General
>300 S. Spring Street, Suite 1702

1

        Los Angeles, CA 90013
        Telephone:  (213) 897-2652
        Fax:  (213) 897-2802
        Email:  Bernard.eskandari@doj.ca.gov

Dated: October 24, 2013        Respectfully submitted,

        KAMALA D. HARRIS
        Attorney General of California

By:   /s/ Bernard A. Eskandari
        Bernard A. Eskandari
        Deputy Attorney General
        300 S. Spring Street, Suite 1702
        Los Angeles, CA 90013
        Telephone:  (213) 897-2652
        Fax:  (213) 897-2802
        Email:  bernard.eskandari@doj.ca.gov

*Counsel for Creditor, California Department of Justice*