HUDSON COOK, LLP
Dana Frederick Clarke
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone: (714) 263-0420
Facsimile:  (714) 263-0428

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------
                                                                        )
  In re:                                                                )     Case No. 12-12020 (MG)
                                                                        )
  RESIDENTIAL CAPITAL, LLC, et al.,                                     )     Chapter 11
                                                                        )
                                    Debtors.                            )     Jointly Administered
                                                                        )
----------------------------------------------------------------------------

**THIRD NOTICE OF ADJOURNMENT OF HEARING ON**
**SECOND INTERIM APPLICATION OF HUDSON COOK, LLP**
**AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**

PLEASE TAKE NOTICE that the hearing on the Second Interim Application of Hudson Cook, LLP as Special Counsel to the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2013 Through April 30, 2013 [Docket No. 4520] (the "Application") has been adjourned with the consent of Hudson Cook, LLP and the United States Trustee, and will now be heard on November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: October 25, 2013   /s/ Dana Frederick Clarke
Dana Frederick Clarke
HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone: (714) 263-0420
Facsimile:  (714) 263-0428

*Special Counsel to the Debtors*