

# RIVER OAKS HOSPITAL

**RECEIVED OCT 22 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

DATE: 10/22/13     TIME: _____

TO: Hon. Judge Glenn

ATTENTION: _____

FAX #: 212-668-2878

TELEPHONE #: _____    (504) 236-2623

FROM: Irene Schmidt    HEALTH INFORMATION DEPARTMENT

NUMBER OF PAGES (Including Fax Cover Sheet): _____

MESSAGE: Please, find the letter attached re: case 12-12020 (MG) ResCap, LLC, et al

Face Sheet ___ Discharge Summary ___ Admission Summary ___
History & Physical ___ Psychiatric Evaluation ___ Lab/X-ray ___
Discharged Medication ___ Discharged Assessment ___ Crisis/Safety Plan ___
D/C Cover Letter ___ Multidisciplinary D/C record ___ other ___

**CONFIDENTIALLY/PRIVACY NOTICE**
This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR PART 2). The Federal Rules prohib you from making any further disclosure of this information unless further disclose is expressly permitted by the written consent of the person t Whom it pertains or as otherwise Permitted by 42 CFR PART 2. A general authorization for the release of medical or other information is no sufficient for this purpose. The Federal Rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abus patient. The information contained in this facsimile transmittal is PRIVILEGED and CONFIDENTIAL intended ONLY for the use of the recipier named above. If the reader of this information is not the intended recipient, or employee or agent responsible for the delivery of this information t the intended recipient, you are hereby notified that this is not a waiver of privilege and any dissemination, distribution or copying of this informatio is strictly PROHIBITED. If you have received this information in error, please immediately notify sender by telephone to arrange for return c destruction of the document(s).

The document(s) accompanying this transmission contain confidential health information that is legally privileged. This information is intende only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this informatio to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance o the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone t arrange for the return of the documents.

**HEALTH INFORMATION DEPARTMENT FAX: (504) 620-2491**

1525 RIVER OAKS ROAD WEST • NEW ORLEANS, LOUISIANA 70123
TEL: 504.734.1740 FAX: 504.733.7020 www.riveroakshospital.com
A UHS HOSPITAL

MR1068 (10/12)

October 20, 2013

UNITED STATES BANCRUPCY COURT
SOUTERN DISTRICT OF NEW YORK

_____

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                        Debtors.

_____

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

RE: GMAC Mortgage/Ally Financial
Loan: #7434264057
SS # 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
ResCap Claim Number: 2024
Property owner: Irene Schmidt

To Whom It May Concern:

    In response to your Notice from September 23, 2013, I'd like to let you know that I oppose your objection that Liability Not Reflected in Debtor's Books and Records.

    The amount of $245,241.48 is <u>the compensatory damages</u>, which Irene Schmidt incurred as a result of GMAC Mortgage fraudulent actions of modifying her loan (tortuous action); irresponsibly distributing insurance issued funds(tortuous action); and still holding insurance funds issued by the insurance company (tortuous action). There is a tort case pending against GMAC Mortgage in regards to all these actions, No 716-448, in 24th Judicial District Court for the Parish of Jefferson State of Louisiana, which has been stayed because GMAC Mortgage filed for bankruptcy.

    Irene Schmidt has submitted a letter to this court, dated July 16, 2013 (see attached), where she describes the basis for her claim. GMAC Mortgage directly harmed Irene Schmidt financially. Irene Schmidt had paid over $183.600.00 over the course of 9 years to GMAC Mortgage (2002-2011). The records reflect that GMAC received these payments and kept them. In July 2011, GMAC Mortgage and the second mortgage holder (Douglas Schmidt), signed a loan modification agreement without Irene Schmidt's knowledge or agreement. The new agreement extended the length of the loan to 35 years. The loan new maturity date is January 1, 2046, instead of July 1, 2032. Irene Schmidt, as the mortgage holder and the owner of the property, has never agreed to the loan

modification. Her rights as the property owner have been violated by GMAC Mortgage by signing the agreement with just Douglas Schmidt. <u>Starting in 2011, after the modification, Irene Schmidt has to make the mortgage payments again, as if nothing has been paid to GMAC. All the payments made for over 9 years to GMAC Mortgage have been lost.</u>

<u>Insurance issued funds (Hurricane Katrina damages): $38,457.75</u>

Basis for the claim:

  The insurance companies issued funds to have the property repaired.
  The homeowners insurance included my name (Irene Schmidt) on the insurance proceeds check. The wind-related repairs have been completed with the proceeds.

  The flood-related insurance proceeds were transferred to GMAC Mortgage by the insurance company, to disburse to the homeowners. GMAC Mortgage failed to add Irene Schmidt as a payee when they issued the flood insurance proceeds checks (for $38,457.75). Irene Schmidt did not receive any money and has been unable to make any flood-related repairs. She sent several letters to GMAC Mortgage, informing them that she did not receive any flood-related insurance proceeds, but they ignored the letters.

<u>Insurance issued funds:</u>
- Hurricane Isaac related claim: $9,091.39 (held in escrow by GMAC)
- Hurricane Katrina related claim: $17,433.68 (held in escrow by GMAC)
- Homeowners' claim: $1644.31 (held in escrow by GMAC)

  At present time GMAC Mortgage is keeping the insurance proceeds in escrow account, not releasing any funds to me, which is making it impossible to make repairs on my property.

**<u>Summary of the claim:</u>**

Claim related to the fraudulent loan modification: $183,600.00
Insurance issued funds (Hurricane Katrina damages): $38,457.75
Hurricane Isaac related claim: $9,091.39 (held in escrow by GMAC)
Hurricane Katrina related claim: $17,433.68 (held in escrow by GMAC)
Homeowners' claim: $1644.31 (held in escrow by GMAC)
Total: $245,241.48

  Please, satisfy this claim so that I would not have to take further action against GMAC Mortgage in court. If you have any questions in regards to reconciling, settling or otherwise resolving this claim, please, contact me at the address and phone number below.

Respectfully Yours,

Irene Schmidt

3608 Wanda Lynn Drive
Metairie, LA 70002
Ph # (504)236-2623

July 16, 2013

RE: GMAC Mortgage/Ally Financial
Loan: #7434264057
SS # 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
ResCap Claim Number: 2024

To Whom It May Concern:

In response to your letter from June 21, 2013, I'd like to let you know that the basis for and amount of the claim contained in the Proof of Claim form are the same as the claim we asserted in our lawsuit against GMAC Mortgage/Ally Financial. The lawsuit is pending in 24th Judicial District Court of Jefferson Parish, LA. The case number is 716448.
The amount GMAC Mortgage/Ally Financial owes me is:

1. Claim related to the fraudulent loan modification: $183.600.00

In 2002, the loan was taken out for 30 years, with the date of maturity of July 2032. From 2002-2011 the borrower paid $183.600.00 in monthly mortgage payments.
When the property was purchased, in 2002, both I and my ex-husband signed the Mortgage. I have been on the title from the day of purchase of this property.
In July 2011, GMAC Mortgage and the second mortgage holder (Douglas Schmidt) signed a loan modification agreement without my knowledge or agreement. The new agreement extended the length of the loan to 35 years. The loan new maturity date is January 1, 2046, instead of July 1, 2032.
The basis for the fraudulent loan modification claim is that from July 2002 till April 2010 the borrower paid GMAC Mortgage $183.600.00 in monthly mortgage payments, which GMAC Mortgage took and kept. I, as the mortgage holder and the owner of the property, have never agreed to the loan modification. My rights as the property owner have been violated by GMAC Mortgage and I incurred financial damages in the above-mentioned amount. Starting in 2011, after the modification, I have to make the mortgage payments again, as if nothing has been paid to GMAC

2. Insurance issued funds (Hurricane Katrina damages): $38,457.75

Basis for the claim:

The insurance companies issued funds to have the property repaired.
The homeowners insurance included my name (Irene Schmidt) on the insurance proceeds check. The wind-related repairs have been completed with the proceeds.

The flood-related insurance proceeds were transferred by the insurance company

to GMAC Mortgage, to disburse to the homeowners. GMAC Mortgage failed to add me (Irene Schmidt) as a payee when they issued the flood insurance proceeds checks (for $38,457.75). I did not receive any money and have been unable to make any flood-related repairs. I sent several letters to GMAC Mortgage, informing them that I did not receive any flood-related insurance proceeds, but they ignored the letters.

3. Insurance issued funds:
- Hurricane Isaac related claim: $9,091.39 (held in escrow by GMAC)
- Hurricane Katrina related claim: $17,433.68 (held in escrow by GMAC)
- Homeowners' claim: $1644.31 (held in escrow by GMAC)

At present time GMAC Mortgage is keeping the insurance proceeds in escrow account, not releasing any funds to me, which is making it impossible to make repairs on my property.

**Summary of the claim:**

Claim related to the fraudulent loan modification: $183,600.00
Insurance issued funds (Hurricane Katrina damages): $38,457.75
Hurricane Isaac related claim: $9,091.39 (held in escrow by GMAC)
Hurricane Katrina related claim: $17,433.68 (held in escrow by GMAC)
Homeowners' claim: $1644.31 (held in escrow by GMAC)
Total: $248,582.82

*Irene Schmidt* (signature)

Attachments:
Mortgage payments made on the loan for the period of 09/2008-09/2011
Mortgage
Loan Modification Agreement
Estimate of Damages