Tomas Diaz
5200 Sw 122 Ave
Miami,Fl 33175

Case NO 12-12020 (MG)
Honorable Judge Glenn
One bowling green
New York, NY
10004 Court Room 501

October 21, 2013

Dear Judge Glenn

My response to the notice of hearing on debtors fiftieth omnibus objection to claim ( No reliability borrower claims –books and records is:

1- Tomas Diaz claim no 5935 11/27/12 Residential funding company LLC and certain of its affiliates collectively, the debtors and their agents , intentionally lost, misplaced and destroyed the document and records , and deleted all evidence to confuse the records of the court, so the liability argument is not reflected in the debtor's books and records , and by this way not comply with the evidence that the court needs. (Exhibit a,b,c)
2. I, Tomas Diaz, to avoid this situation, published in the newspapers in the state of Florida, Miami-Dade County, on April 26,2010 May 3,2010 June 11 2010, June 18 2010,anyone having legal claim on described above must make his claim within 30 days of the notice, or forever precluded from making my claim upon my patented land. Also on July 13 2010 we solicited to the Unites States Department of the interior and exact copy of the official document on file in the office. (Exhibit d,e,f)
3- I don't see any reason for the disallowance of my claim no.5935 on Residential funding Company LLC in my secured $400,000 The Bureau of Land Management Document is part of a Land Patent description of land has been duly patented.

This is my reply to the argument by Morrison's forester LLP in relation to the objection proposal claims to be disallowed and expunged because the liability is not reflected in debtors books and records.

RECEIVED
OCT 24 2013
U.S. BANKRUPTCY COURT, SDNY

In regards to my claim, is one of these 4702 or 5935, which on is incorrect? In both cases my land patent is part of my homesteaded claims. ( exhibit g)

Respectfully,

Tomas Diaz

Email: masterpicasso@yahoo.com

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF HEARING ON DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS)**

**Tomas Diaz**

| Proposed Claim(s) to be Disallowed and Expunged | | | | Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 5935<br>11/27/12 | Residential Funding Company, LLC | Administrative Priority | N/A | Liability Not Reflected in Debtors' Books and Records |
| | | Administrative Secured | N/A | |
| | | Secured | $400,000.00 | |
| | | Priority | N/A | |
| | | General Unsecured | N/A | |

PLEASE TAKE NOTICE that, on September 20, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The basis for the claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

The Objection requests that the Bankruptcy Court expunge and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is a liability not reflected in the Debtors' books and records. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

If you do NOT oppose the expungement, and/or disallowance of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

**If you DO oppose the expungement, and/or disallowance of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you MUST file with the Bankruptcy Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 23, 2013 (the "Response Deadline").**

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, and/or expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq., (iii) counsel for the official committee of unsecured creditors (the "**Committee**"), Kramer Levin Naftalis & Frankel LLP, 1117 Avenue of the Americas, New York, NY 10036, Attn: Kenneth H. Eckstein, Esq. and Douglas H. Mannal, Esq., (iv) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Tracy Hope Davis, Esq., Linda A. Riffkin, Esq., and Brian S. Masumoto, Esq., and (v) special counsel for the Committee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Ronald J. Friedman, Esq.

**A hearing will be held on November 7, 2013 to consider the Objection.** The hearing will be held at **2:00 p.m. Prevailing Eastern Time** in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

(EXHibit A)

KCC

Search All KCC Court Documents

Client Login  

Corporate Restructuring : Active Cases : Residential Capital, LLC et al.

FAQs for Counterparties to Assumed Contracts
FAQs for Notice of Bar Date
Adversary Proceedings
Court Documents
Claims Register
First Day Motions
First Day Orders
Monthly Service List
Prepetition Credit Documents
Press Releases
Sale Documents
Schedules/Statements
Voluntary Petition(s)
Disclaimer

Help

Bankruptcy Industry Links | Proof Of Claim Form | Claim/Creditor Search | Submit an Inquiry

**Residential Capital, LLC et al. Search Results**
**Debtor(s): All Debtors**
**Creditor Name: Begins With "tomas diaz"**
**Claim Amount Type: Filed Claim Amount**
**Claim #: 5935**

| Date Claim Filed | Claim No. | Name | Filed Claim Amount | Filed Claim Nature | Debtor |
|---|---|---|---|---|---|
| 11/27/2012 | 5935 | Tomas Diaz | $400,000.00 | Secured | Residential Funding Company, LLC |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

Kurtzman Carson Consultants Terms of Use Privacy Statement

(EXHibit A)

KCC

Search All KCC Court Documents

Client Login  

Corporate Restructuring : Active Cases : KCC Court Documents Search

FAQs for Counterparties to Assumed Contracts
FAQs for Notice of Bar Date
Adversary Proceedings
Court Documents
Claims Register
First Day Motions
First Day Orders
Monthly Service List
Prepetition Credit Documents
Press Releases
Sale Documents
Schedules/Statements
Voluntary Petition(s)
Disclaimer

Bankruptcy Industry Links | Proof Of Claim Form | Claim/Creditor Search | Submit an Inquiry

**Residential Capital, LLC et al. Search Results**
**Debtor(s): All Debtors**
**Creditor Name: Begins With "tomas diaz"**
**Claim Amount Type: Filed Claim Amount**
**Claim #: 4702**

| Date Claim Filed | Claim No. | Name | Filed Claim Amount | Filed Claim Nature | Debtor |
|---|---|---|---|---|---|
| 11/14/2012 | 4702 | Tomas Diaz | $400,000.00 | Secured | Homecomings Financial, LLC |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included at the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy cases of the debtors.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent" or "unliquidated".

Help

Kurtzman Carson Consultants Terms of Use Privacy Statement

# LOST NOTE AFFIDAVIT

AFFIDAVIT OF LOST NOTE (EXHibit A)

**(Photocopy of Note Attached)**

**Loan Number 10624849**

TOMAS DIAZ
5200 SW 122 AVE
MIAMI FLA 33175

STATE OF MINNESOTA

COUNTY OF HENNEPIN

**On this 30 day of May 2007 before me appeared S. Seidel, Assistant Secretary** who being first duly sworn, does depose and say that

**Residential Funding Company, LLC**

Was the holder of a certain NOTE dated April 27, 2006 in the amount of One Million Dollars and 0/100 ($1,000,000.00) made by THOMAS DIAZ to Platinum Capital Group. and does further depose and say that said NOTE, a copy of which is attached as a true and correct photocopy of the front and back and any and all endorsements, has either been lost, misplaced, or destroyed and can not be produced.

**IN THE EVENT THE ORIGINAL NOTE IS HEREAFTER LOCATED, RESIDENTIAL FUNDING COMPANY, LLC SHALL DELIVER IT TO THE APPROPRIATE CUSTODIAN**

Residential Funding Company, LLC

By: S. Seidel

**S. Seidel**
**Assistant Secretary**

On 5-30-07 before me, B.Nolan, personally appeared S. Seidel ☒ personally known to me - ☐ or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signatures on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

B. NOLAN
NOTARY PUBLIC, MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

B. Nolan

Exhibit A

Debtor Names and Case Numbers

| Name of Debtor | Case Number |
|---|---|
| Residential Funding Company, LLC | 12-12019 (MG) |
| Residential Capital, LLC | 12-12020 (MG) |
| ditech, LLC | 12-12021 (MG) |
| DOA Holding Properties, LLC | 12-12022 (MG) |
| DOA Properties IX (Lots-Other), LLC | 12-12023 (MG) |
| EPRE LLC | 12-12024 (MG) |
| Equity Investment I, LLC | 12-12025 (MG) |
| ETS of Virginia, Inc. | 12-12026 (MG) |
| ETS of Washington, Inc. | 12-12027 (MG) |
| Executive Trustee Services, LLC | 12-12028 (MG) |
| GMAC-RFC Holding Company, LLC | 12-12029 (MG) |
| GMAC Model Home Finance I, LLC | 12-12030 (MG) |
| GMAC Mortgage USA Corporation | 12-12031 (MG) |
| GMAC Mortgage, LLC | 12-12032 (MG) |
| GMAC Residential Holding Company, LLC | 12-12033 (MG) |
| GMACRH Settlement Services, LLC | 12-12034 (MG) |
| GMACM Borrower LLC | 12-12035 (MG) |
| GMACM REO LLC | 12-12036 (MG) |
| GMACR Mortgage Products, LLC | 12-12037 (MG) |
| HFN REO Sub II, LLC | 12-12038 (MG) |
| Home Connects Lending Services, LLC | 12-12039 (MG) |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 (MG) |
| Homecomings Financial, LLC | 12-12042 (MG) |
| Ladue Associates, Inc. | 12-12043 (MG) |
| Passive Asset Transaction, LLC | 12-12044 (MG) |
| PATI A, LLC | 12-12045 (MG) |
| PATI B, LLC | 12-12046 (MG) |
| PATI Real Estate Holdings, LLC | 12-12047 (MG) |
| RAHI A, LLC | 12-12048 (MG) |
| RAHI B, LLC | 12-12049 (MG) |
| RAHI Real Estate Holdings, LLC | 12-12050 (MG) |
| RCSFJV2004, LLC | 12-12051 (MG) |
| Residential Accredit Loans, Inc. | 12-12052 (MG) |
| Residential Asset Mortgage Products, Inc. | 12-12053 (MG) |
| Residential Asset Securities Corporation | 12-12054 (MG) |
| Residential Consumer Services of Alabama, LLC | 12-12055 (MG) |
| Residential Consumer Services of Ohio, LLC | 12-12056 (MG) |
| Residential Consumer Services of Texas, LLC | 12-12057 (MG) |
| Residential Consumer Services, LLC | 12-12058 (MG) |
| Residential Funding Mortgage Exchange, LLC | 12-12059 (MG) |
| Residential Funding Mortgage Securities I, Inc. | 12-12060 (MG) |
| Residential Funding Mortgage Securities II, Inc. | 12-12061 (MG) |
| Residential Funding Real Estate Holdings, LLC | 12-12062 (MG) |
| Residential Mortgage Real Estate Holdings, LLC | 12-12063 (MG) |
| RFC-GSAP Servicer Advance, LLC | 12-12064 (MG) |
| RFC Asset Holdings II, LLC | 12-12065 (MG) |
| RFC Asset Management, LLC | 12-12066 (MG) |
| RFC Borrower LLC | 12-12068 (MG) |
| RFC Construction Funding, LLC | 12-12069 (MG) |
| RFC REO LLC | 12-12070 (MG) |
| RFC SFJV-2002, LLC | 12-12071 (MG) |

TRI-COUNTY
WILL CALL
WATSON TITLE & INSURANCE, INC.

CFN 2007R0084035
OR Bk 25305 Pg 0654; (1pg)
RECORDED 01/25/2007 09:40:02
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

(Exhibit B)

RECORD AND RETURN TO → WATSON TITLE INSURANCE, INC. 1800 N.W. 49th ST. SUITE 120 FT. LAUDERDALE, FL 33309

CORPORATION ASSIGNMENT of MORTGAGE

Return To:
RESIDENTIAL FUNDING COMPANY, LLC
One Meridian Crossings
Minneapolis, MN 55423

MIN: 100086600105003521 MERS Phone: 1-888-679-6377
RFC Loan Number: 10624849
Seller Loan Number: 10500352

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") AS NOMINEE FOR PLATINUM CAPITAL GROUP

the undersigned hereby grants, assigns and transfers to

Deutsche Bank Trust Company Americas as Trustee

3 Park Plaza, 16th Floor, Irvine, CA 92714-8505

all beneficial interest under that certain Mortgage dated 04/27/2006 executed by THOMAS DIAZ

TO/FOR: THE UNDERSIGNED

and recorded in Book 24526 on Page 3829 as Instrument No. ____________ on 5/15/2006 of Official Records in the County Recorder's Office of MIAMI-DADE County, Florida.

LEGAL: AS IN MORTGAGE REFERENCED HEREIN

MORTGAGE AMOUNT: $1,000,000.00
PROPERTY ADDRESS: 5200 SOUTHWEST 122ND AVENUE MIAMI, FL 33175
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Mortgage Electronic Registration Systems, Inc. ("MERS")

BY: [signature]
NAME: Matt Favorite
TITLE: Vice President

STATE OF Minnesota )
COUNTY OF Hennepin )

On 10/26/2006 before me, the undersigned, a Notary Public in and for said State personally appeared Matt Favorite, Vice President of Mortgage Electronic Registration Systems, Inc. ("MERS"), personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[signature: Karen E. Steffensen]
Notary Public in and for said State

KAREN E. STEFFENSEN
NOTARY PUBLIC MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

Prepared 10/26/2006 by Matt Favorite, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423, (952) 979-4000.

06-07296

(EXHibit C)

PAY TO THE ORDER OF
RESIDENTIAL FUNDING CORPORATION
WITHOUT RECOURSE
PLATINUM CAPITAL GROUP
BY
ASST. SECRETARY
PAY TO THE ORDER OF
Deutsche Bank Trust Company Americas as Trustee
WITHOUT RECOURSE
Residential Funding Corporation
By
Judy Faber, Vice President

## Land Patents Applied For Legal Description as per property appraisers office:

Tract 111, of BIRD ROAD FARMSITES, in Section 24, Township 54 South, Range 39 East, according to the plat thereof Recorded in plat Book 46, Page 3, of the Public Records of Miami-Dade County, FL.
Township 54 Range 41 Section 04
DEWOLF VILLAS PB 58-44 LOT 2 LOT SIZE 61.260 X 105 OR 16814-2799 0595 4 COC 26117-1484 12 2007 6 OR 26117-1484 1207 03
Miami-Dade County, FL.
Township 54 Range 39 Section 24
24 54 39 BIRD ROAD FARMSITES PB 46-3 TR 227 LESS S250FT LOT SIZE IRREGULAR OR 14927-1722 0391 4 COC 25398-4675 02 2007 5
Miami-Dade County, FL.
Township 54 Range 40 Section 12
12 54 40 1.12 AC E180FT OF W420FT OF S1/2 OF SE1/4 OF NE ¼ LESS RDS LOT SIZE 180.000 X 271 OR 14091-1229 1291 0489 1 COC 25201-3298 12 2006 1
Miami-Dade County, FL.
Township 54 Range 40 Section 27
SUNRIST ESTS A RESUB PB 40-95 LOT 8 LESS N15FT FOR R/W BLK 4 LOT SIZE IRREGULAR OR 16295-1051 0394 1 COC 23856-1639 07 2005 1
Miami-Dade County,FL.
Township 54 Range 40 Section 05
LES CHALETS II PB 119-26 LOT 32 BLK 10 LOT SIZE 6153 SQ FT & INT IN COMMON AREA OR 12926-2791 0486 1
Miami-Dade County, FL.
Township 54 Range 39 Section 02
UNIVERSITY PARK WEST SEC 2 PB 111-32 LOT 6 BLK 4 LOT SIZE 75.00 X 105.00 COC 24333-3326 03 2006 1 OR 26911-2837 0509 19
Miami-Dade County, FL.
Township 53 Range 40 Section 31
NEW WORLD II CONDO UNIT 44 UNDIV 1.70% INT IN COMMON ELEMENTS OFF REC 12440-458 OR 14273-120 0989 5
Miami-Dade County, FL.
Township 53 Range 40 Section 31
NEW WORLD II CONDO UNIT 28 UNDIV 1.70% INT IN COMMON ELEMENTS OFF REC 12440-458 OR 17255-2192 0696 4
Miami-Dade County, FL.
Township 54 Range 40 Section 02
2 54 40 FLAGAMI SEC A BLK 1 PB 10-51 LOTS 7 TO 9 INC LESS SWLY PORT LYG IN PALMETTO R/W BLK 1 LOT SIZE 5712 SQUARE FEET OR 13757-2495 0788 1
Miami-Dade County, FL.
Township 53 Range 41 Section 37
DAVENPORTS SUB PB 3-81 LOT 6 & LOT 7 LESS S20FT LOT SIZE 40.000 X 100 OR 20294-4008 03 2002 6 COC 25921-0431 03 2007 1 OR 26911-2896 0509 11
Miami-Dade County, FL.
Township 54 Range 41 Section 39
THE SAIL CONDO UNIT 1408 UNDIV 1/156 INT IN COMMON ELEMENTS OFF REC 25201-0844 COC 26319-4884 03 2008 1
Miami-Dade County, FL.
Township 54 Range 40 Section 03
GABLES II TOWNHOMES CONDO UNIT 1006 UNDIV 0.921986% INT IN COMMON ELEMENTS OFF REC 13490-109 OR 18204-2292 0798 1
Miami-Dade County, FL.
Township 54 Range 41 Section15
CORAL PLAZA OF MIAMI CONDO UNIT 1512 UNDIV 0.004709% INT IN COMMON ELEMENTS OFF REC 20250-0418 COC 22391-4054 COC 22391-4054 05 2004 1
Miami-Dade County, FL.
Township 54 Range 40 Section 02

FLAGAMI PB 10-51 LOT 11 BLK 7 LOT SIZE 25.00 X 110.00 OR 11388-795 0382 OR 26870-1829 0409 19
Miami-Dade County, FL.
Township 54 Range 39 Section 26
MILLER DREAMS SEC 2 PB 125-58 LOT 7 BLK 13 LOT SIZE 1039SQ FT & INT IN COMMON AREA OR 18064-3393 0498 1
Miami-Dade County, FL.
Township 55 Range 39 Section 34
WEITZER SERENA LAKES WEST SEC 2 PB 147-64 T-18575 LOT 3 BLK 8 LOT SIZE 3760 SQ FT & INT IN COMMON AREAS F/A/U 30-5934-002-0840
Miami-Dade County, FL.
Township 54 Range 40 Section 20
20 54 40 HEFTLER HOMES SEC 3 PB 68-50 LOT 11 BLK 28 LOT SIZE 82.000 X 100 OR 11817-2061 0583 1 COC 24821-1505 07 2006 1
Miami-Dade County, FL.
Township 54 Range 40 Section 18
WESTBIRD VILLAGE CONDO UNIT S-301 UNDIV 0.0048838827% INT IN COMMON ELEMENTS OFF REC 24047-0458 OR 23969-1755 0505 2
Miami-Dade County, FL.
Township 29 Range 20 Section 11
SEFFNER RIDGE ESTATES UNIT NO 2 LOT 27 BLOCK 1 PLAT BOOK 0039 PAGE 0080 PIN: U-11-29-20-2AA-000001-00027.0
Hillsborough County,FL.
Township 56 Range 39 Section 18
18 56 39 1.02 AC M/L S161.5FT OF N996.5FT OF E1/2 OF NE1/4 OF SW ¼ LESS E398FT OR 21108-0084 032003 1 COC 24865-4034 06 2006 1 OR 27057-2931 0809 19
Miami-Dade County, FL.
Township 54 Range 39 Section 09
A B AT TAMIAMI TRAIL PHASE I PB 160-25 T-21083 LOT 11 BLK 22 LOTSIZE 8151 SQFT FAU 30-4909-000-0031 0035 & 0330 COC 22602-1747 08 2004 1
Miami-Dade County, FL.
Township 52 Range 42 Section 10
EASTERN SHORES 1ST ADD PB 65-39 LOT 16 BLK 7 LOT SIZE 10000 SQUARE FEET OR 11151-1714 0681 1 COC 21781-3785 10 2003 1 OR 26811-3517 0309 11
Miami-Dade County, FL.
Township 52 Range 42 Section 14
OCEANIA III CONDO UNIT 1736 UNDIV 0.00674109332% INT IN COMMON ELEMENTS OFF REC 14981-1084 OR 15100-2685 0691 1
Miami-Dade County, FL.
Township 54 Range 39 Section 24
* 24 54 39 2.33 AC BIRD ROAD FARMSITES PB 46-3 S1/2 OF TR 226 LOT SIZE IRREGULAR OR 19560-3055 032001 1 COC 23902-0698 04 2005 1
Miami-Dade County, FL.
Township 54 Range 40 Section 29
29 54 40 1.058 AC MILLER DRIVE ESTATES PB 46-37 N1/2 OF W1/2 OF TR 20 LOT SIZE IRREGULAR OR 13993-1737 0289 1 COC 23856-2119 06 2005 1
Miami-Dade County, FL.
Township 56 Range 38 Section 21
21 56 38 1.25 AC M/L W188FT OF E997FT OF S280FT OF N 2283 FT OF SE ¼ AKA LOT 407 OR 20170-1057 012002 1 COC 25792-1571 06 2007 1 OR 27117-1142 1009 19
Miami-Dade County, FL.
Township 53 Range 41 Section 06
CAROLE ANNE PK 2ND ADDN PB 52-66 LOT 10 BLK 8 LOT SIZE 60.000 X 138 OR 20949-2707 0103 3 COC 25002-0232 09 2006 1
Miami-Dade County, FL.
Township 53 Range 41 Section 08
HIALEAH 13TH ADDN AMD PL REV PB 34-26 LOT 4 & W 20FT LOT 5 BLK 87-B & 6FT ALLEY LYG S & ADJ CLOSED PER R-94-104 LOT SIZE 60.000 X 138
Miami-Dade County, FL.
Township 60 Range 39 Section 36

UNIT 13 LAKE SURPRISE II, A CONDOMINIUM OR 1072-1946 OR 1114-1154 OR 1139-2399 OR 1172-236 OR2309-1484/85 OR 2447-2402 OR2450-2424/25C/T OR 2452-60/61C/T
Monroe County, Florida.
Township 54 Range 40 Section 05
LES CHALETS II PB 119-26 LOT 6 BLK 4 LOT SIZE 5764 SQ FT & INT IN COMMON AREA OR 20173-4082 0102 1
Miami-Dade County, FL.
Township 53 Range 41 Section 08
HIALEAH 13TH ADD AMD PL REV PB 34-26 LOT 18 BLK 98-B LOT SIZE 40.000 X 129 COC 24755-0109 25586-4896 0505 5 OR 24755-0109 0505 01
Miami-Dade County, FL.
Township 53 Range 41 Section 08
HIALEAH 13TH ADD AMD PL REV PB 34-26 LOT 17 BLK 98-B LOT SIZE 40.000 X 129 OR 20223-4859 0202 1 COC 24755-0108 25586-4897 0505 5
Miami-Dade County, FL.
Township 54 Range 41 Section 38
BRICKELL ON THE RIVER N TWR CONDO UNIT 2804 UNDIV 0.26615% INT IN COMMON ELEMENTS OFF REC 24064-3712 COC 24398-4954 03 2006 1
Miami-Dade County, FL.
Township 53 Range 41 Section 20
ESSEX VILLAGE 5TH ADDN PB 49-21 LOT 5 BLK 37 LOT SIZE 59.170 X 109 OR 17196-1523 0596 1 COC 25645-4654 05 2007 1 OR 27138-2531 1109 19
Miami-Dade County, FL.
Township 54 Range 39 Section 28
LAKE MARKS AT WESTWIND PB 120-50 LOT 47 BLK 1 LOT SIZE 7500 SQ FT M/L OR 16269-1803 0294 1 OR 16269-1803 0294 00
Miami-Dade County, FL.
Township 52 Range 41 Section 31
31 52 41 .18 AC ROBINS VILLAS PB 51-11 LOT 16 BLK 2 LOT SIZE IRREGULAR OR 21096-1898 0103 1 COC 23980-1361 11 2005 5
Miami-Dade County, FL.
Township 56 Range 39 Section 25
PICKET FENCES COUNTRY ESTATES PB 160-98 T-21253 LOT 7 BLK 1 LOT SIZE 9075 SQ FT FAU 30-6925-000-0150 OR 20879-0802 11/2002 2 (59)
Miami-Dade County, FL.
Township 53 Range 41 Section 05
5 53 41 .71 AC E175FT ON N230FT OF S1/2 OF NW1/4 OF SW1/4 OF SW1/4 LESS N25FT & E25FT FOR RD LOT SIZE 175.000 X 230 OR 19741-1482 0601 1
Miami-Dade County, FL.
Township 54 Range 39 Section 21
IMPERIAL GROUP PB 137-1 LOT 37 BLK 10 LOTSIZE 4420 SQ FT & INT IN COMMON AREA OR 16941-4715 0995 1
Miami-Dade County, FL.
Township 55 Range 42 Section 04
TOWERS OF KEY BISCAYNE CONDO TOWERF UNIT F-503 – 7TH FLOOR UNDIV .3885% INT IN COMMON ELEMENTS CLERKS FILES 72R 183763 & 73R 223030
Miami-Dade County, FL.
Township 54 Range 41 Section 39
BRICKELL PLACE CONDO UNIT A-PH-VIII UNDIV .322% INT IN COMMON ELEMENTS CLERKS FILE 75R 258076 OR 18436-3092 0294 4
Miami-Dade County, FL.
Township 55 Range 42 Section 04
TOWERS OF KEY BISCAYNE CONDO TOWER D UNIT D-505 7TH FLOOR UNDIV .1446% INT IN COMMON ELEMENTS CLERKS FILES 72R183763 & 73R233030
Miami-Dade County, FL.
Township 55 Range 42 Section 04
TOWERS OF KEY BISCAYNE CONDO TOWER D UNIT D-504 – 7TH FLOOR UNDIV .1446% INT IN COMMON ELEMENTS CLERKS FILES 72R-183763 & 73R-233030
Miami-Dade County, FL.
Township 54 Range 40 Section 27

SUNSET PINES PB 13-23 LOT 6 BLK 6 LOT SIZE 50.000 X 105 F/A/U 30 4027 007 0710 OR 20075-0212-1101 2
Miami-Dade County, FL.
Township 48 Range 42 Section 18
ID# 4842 18 AB 1430
RIVIERA PALMS CONDO UNIT 307 BLDG 5
Broward County, FL.
Township 51 Range 41 Section 10
ID#5141 10 09 0890
BOULEVARD HEIGHTS SEC 14 REPLAT 61-23 B LOT 14 BLK 4
Broward County, FL.
Township 52 Range 42 Section 28
SUTTON HOUSE CONDO UNIT 26 BLDG 1855 UNDIV 986/167912 INT IN COMMON ELEMENTS OFF REC 23548-3644 COC 23743-1259 08 2005 1
Miami-Dade County, FL.
Township 52 Range 42 Section 28
28 52 42 KEYSTONE POINT SEC 2 PB 50-82LOT 3 BLK 1 LOT SIZE 75.000 X 125 OR 10269-1532 0179 6 COC 23384-1853 04 2005 1
Miami-Dade County, FL.
Township 55 Range 39 Section 34
MED GARDENS SEC 2 PB 150-35 T-19535 LOT 42 BLK 2 LOT SIZE 8053 SQ FT FAU 30-5934-018-1280 THRU 1760 & 1840 THRU 2040
Miami-Dade County, FL.
Township 56 Range 40 Section 16
LAKES BY THE BAY GEE PB 164-043 T-22075 LOT 2 BLK 16 LOT SIZE 1832 SQ FT FAU 36 6016 000 0020 COC 24966-1086 09 2006 1
Miami-Dade County, FL.
Township 52 Range 40 Section 21
WEST LAKES GARDENS 1ST ADDN PB 138-27 LOT 56 BLK 7 LOT SIZE 5000 SQ FT 30-2021-001-0020 OR 18653-2902 0699 1
Miami-Dade County, FL.
Township 51 Range 42 Section 24
ID#5142 24 BB 1080
AQUARIUS CONDO UNIT N-1605
Broward County, FL.
Township 52 Range 42 Section 20
SAILBOAT CAY CONDO UNIT 914 UNDIV 0.0051651% INT IN COMMON ELEMENTS OFF REC 16245-5093 OR 20175-1850 1201 1
Miami-Dade County, FL.
Township 52 Range 42 Section 29
FAIRVIEW PB 6-147 N38.18FT LOT 4 & ALL LOT 5 LESS W25FT BLK 1 LOT SIZE 8267 SQUARE FEET COC 24790-1660 07 2006 1 OR 24790-1660 0706 00
Miami-Dade County, FL.
Township 52 Range 40 Section 11
GARDEN VIEW VILLAS HOMES CONDO UNIT 201 BLDG 7 UNDIV 1.00% INT IN COMMON ELEMENTS OFF REC 22231-2643 COC 24605-0592 05 2006 1
Miami-Dade County, FL.
Township 52 Range 40 Section 11
TROPICAL LANDINGS CONDO UNIT 102 BLDG 25 UNDIV 0.797% INT IN COMMON ELEMENTS OFF REC 22035-2190 COC 26414-0129 05 2008 3
Miami-Dade County, FL.
Township 25 Range 29 Section 05
Parcel: 052529237700011640
FOREST EDGE PB 13 PG 66-67 LOT 164
Osceola County, FL.

Jacob-Franz:Dyck
PH# 813-37[illegible]-3094
3876 SW 112 AVE, #137
MIAMI, FL 33165

(EXHIBIT E)

**My Home**

miamidade.gov

MIAMI·DADE

**Show Me:**

Property Information-Text

**Search By:**

Select Item

Report Homestead Fraud

Property Appraiser Tax Estimator

Property Appraiser Tax Comparison

Go to property map

Print friendly version

**Questions and Comments**
webmaster@miamidade.gov

**Property Appraiser Home Page**

**Property Information Online Help**

**Property Information Home Page**

**Summary Details:**

| | |
|---|---|
| Folio No.: | 30-4924-001-2322 |
| Property: | 5200 SW 122 AVE |
| Mailing Address: | TOMAS DIAZ<br><br>5200 SW 122 AVE MIAMI FL<br>33175- |

**Property Information:**

| | |
|---|---|
| Primary Zone: | 9000 AGRICULTURE |
| CLUC: | 0001 RESIDENTIAL - SINGLE FAMILY |
| Beds/Baths: | 5/3 |
| Floors: | 1 |
| Living Units: | 1 |
| Adj Sq Footage: | 6,095 |
| Lot Size: | 2.33 ACRES |
| Year Built: | 1970 |
| Legal Description: | 24 54 39 2.33 AC BIRD ROAD FARMSITES PB 46-3 S1/2 OF TR 226 LOT SIZE IRREGULAR OR 19560-3055 032001 1 COC 23302-0698 04 2005 1 |

**Assessment Information:**

| Year: | 2013 | 2012 |
|---|---|---|
| Land Value: | $396,100 | $349,500 |
| Building Value: | $172,862 | $111,776 |
| Market Value: | $568,962 | $461,276 |
| Assessed Value: | $507,403 | $461,276 |

**Taxable Value Information:**

| Year: | 2013 | 2012 |
|---|---|---|
| Taxing Authority: | Applied Exemption/ Taxable Value: | Applied Exemption/ Taxable Value: |
| Regional: | $0/$507,403 | $0/$461,276 |
| County: | $0/$507,403 | $0/$461,276 |
| City: | $0/$0 | $0/$0 |
| School Board: | $0/$568,962 | $0/$461,276 |

**Sale Information:**

| | |
|---|---|
| Sale Date: | 10/2011 |
| Sale Amount: | $2,011 |
| Sale O/R: | 28298-1257 |
| Sales Qualification Description: | Corrective deed, quit claim deed, or tax deed; Deed bearing Florida Documentary Stamp at the minimum rate prescribed under Chapter 201, F.S.; Transfer of ownership where no doc stamps were paid; or, Transfer of ownership by other than a deed such as a final judgement or court order. |
| View Additional Sales | |

**Additional Information:**

Click here to see more information for this property:
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Zoning Land Use
Urban Development Boundary
Zoning
Non-Ad Valorem Assessments
Environmental Considerations

**My Home | Property Information | Property Taxes | My Neighborhood | Property Appraiser**

Home | Using Our Site | Phone Directory | Privacy | Disclaimer

(Exhibit G)

**Subject:** Receipt of Homestead Exemption Application

**From:** Exemptions@miamidade.gov (Exemptions@miamidade.gov)

**To:** masterpicasso@yahoo.com;

**Date:** Wednesday, October 2, 2013 11:10 AM

Thank you for using the Miami-Dade County Property Appraiser's Online Exemption Filing System.

An early 2014 Online Homestead Exemption Application has been received by our office for Folio 30-4924-001-2322.

Applicant Name: TOMAS DIAZ
Receipt #: 28503

Please be aware the 2014 Exemption Filing period officially begins January 2, 2014. Since your application has been submitted before the start of the filing period, it may not be processed until after January 2nd. Please keep this email as confirmation that you have filed an application with us.

You may track your application online at http://www.miamidade.gov/pa/HexInquiries/AppInq.asp

You may contact our office at (305) 375-4091 or reply to this email if you have any questions.

Carlos Lopez-Cantera
Property Appraiser
Miami-Dade County
facebook.com/MiamiDadePA
twitter.com/MiamiDadePA

http://www.miamidade.gov/pa/

Service Mailing List

ResCap Claims Processing Center
c/o Kurtzman Carson Cosultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Judge Martin Glenn
The United States Bankruptcy Court
For the Southern District of New Cork
One Bowling Green, Room 501
New York, NY 10004

Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10005

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

AlixPartners LLP
200 Town Center, Suite 2400
Southfiled , MI 48075

Moelis & Company LLC
399 Park Avenue
5th Floor
Ney York, NY 10022

Curtis, Mallet- Prevost , Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

FTI Consulting Inc.
3 Times Square, 9th Floor
New York , NY 10036

Centerview Parters LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019

Arthur J. Gonzalez Esq.
New York University School of Law
40 Washington Square South , 314A
New York, NY 10012

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004



(Exhibit E)

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Eastern States
7450 Boston Boulevard
Springfield, Virginia 22153

JUL 1 6 2010

TO WHOM IT MAY CONCERN;

**I HEREBY CERTIFY THAT** the attached reproduction(s) is an exact copy of the official document on file in this office.

**IN TESTIMONY WHEREOF** I have hereunto subscribed my name and caused the seal of this office to be affixed on the above day and year.

[signature]
Authorized Signature

Telephone (703)440-1600 or Fax (703)440-1609

No. 20. The United States of America.

To all to whom these presents shall come, Greeting:

Whereas, by the act of Congress approved September 28, 1850, entitled "An Act to enable the State of Arkansas and other States to reclaim the 'Swamp Lands' within their limits" it is provided that all the "Swamp and Overflowed Lands" made unfit thereby for cultivation, within the State of Florida which remained unsold at the passage of said Act, shall be granted to said State.

And whereas, in pursuance of instructions from the General Land Office of the United States, the several tracts or parcels of land hereinafter described have been selected as "Swamp and Overflowed Lands" inuring to the said State under the act aforesaid, situate in the District of Lands subject to sale at Gainesville, formerly at Tampa Florida, to wit;

The whole of fractional section two: the east half of section three; the south half of the south east quarter and the south half of the south west quarter of section nine: the north half of the north east quarter, the south half of the south west quarter, and the south east quarter of section ten; the whole of section eleven; the south half of the south west quarter, and the south half of the south east quarter of section thirteen; the south east quarter, and the west half of section fourteen the whole of section fifteen; the east half of the north east quarter, the south west quarter of the north east quarter, the east half of the south west quarter, the south west quarter of the south west quarter, and the south east quarter of section twenty: the whole of section twenty one the north west quarter, and the north west quarter of the south west quarter of section twenty two: the north half of the north east quarter, and the north half of the north west quarter of section twenty four; the south west quarter of the north west quarter, the north west quarter of the south west quarter, and the south half of the south west quarter of section twenty seven: the south east quarter of the north east quarter, the north west quarter, and the north east quarter of the south east quarter of section twenty eight; the whole of sections twenty nine, thirty thirty one, thirty two and thirty three; the west half, and the north east quarter of section thirty four; the south

containing twenty two thousand two hundred and thirteen acres, and seventy five hundredths of an acre.

The whole of sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, seventeen, eighteen, nineteen, twenty, twenty one, twenty two, twenty three, twenty four, twenty five, twenty six, twenty seven, twenty eight, twenty nine, thirty, thirty one, thirty two, thirty three, thirty four, thirty five and thirty six, in

44 S – 41 E

township forty four south of range forty one east, containing twenty thousand seven hundred and seventy six acres, and fifty eight hundredths of an acre.

46,020.

[illegible margin note] Lot 1 [illegible] the United States [illegible]

The lot numbered one of sections one; the west half of sections two; the whole of sections three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, seventeen, eighteen, nineteen, twenty, twenty one and twenty two; the north half of the north east quarter, and the north west quarter of section twenty three; the east half, the east half of the north west quarter, and the north west quarter of the north west quarter of section twenty four; the north east quarter, and the north east quarter of the south east quarter of section twenty five; the west half of section twenty seven; the whole of sections twenty eight, twenty nine, thirty, thirty one, thirty two and thirty three; the south west quarter of the north east quarter, the west half, and the south east quarter of section thirty four; and the south half of the south east quarter of section thirty five, in

township fifty two south of range forty one east, containing eighteen thousand two hundred and seventy four acres, and ninety five hundredths of an acre.

The south half of sections one; the south east quarter of the north east quarter, the west half of the north east quarter, the west half, and the south east quarter of section two; the west half, and the north east quarter of section three; the whole of sections four, five, six, seven, eight, nine and ten; the north half of sections eleven; the whole of section twelve; the north half of the north east quarter, and the north half of the north west quarter of section thirteen, the whole

of the north east quarter, the south half of the north west quarter, the south west quarter, and the west half of the of the south east quarter of section six; the west half of the north east quarter, the north west quarter of the south east quarter, and the west half of section seven; the west half of section eighteen; the north west quarter, and the west half of the south west quarter of section nineteen; the lots numbered two, three and four, and the west half of the south west quarter of section thirty; and the lots numbered two, three and four of section thirty one, in

Township forty nine south of range forty three east: containing two thousand acres and sixty nine hundredths of an acre, and containing in the aggregate two million two hundred and eighty two thousand six hundred and sixty seven acres, and seven hundredths of an acre, according to the official plats of survey of the said lands returned to the General Land Office by the Surveyor General, and for which the Governor of the said State of Florida has requested a patent to be issued to the said State as required in the aforesaid Act.

[illegible] 494
254.95 [illegible]

Now therefore, Know Ye, that the United States of America in consideration of the premises, and in conformity with the Act of Congress aforesaid, have given and granted, and by these presents do give and grant, unto the said State of Florida, in fee simple, subject to the disposal of the Legislature thereof, the tracts of land above described;

To have and to hold the same, together with all the rights privileges immunities and appurtenances thereto belonging, unto the said State of Florida in fee simple, and to its assigns forever.

In testimony whereof I Rutherford B. Hayes

President of the United States of America, have caused these Letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

Given under my hand at the City of Washington the fourteenth day of February in the year of our Lord one thousand eight hundred and eighty and of the independence of the United States the one hundred and fourth.

(SS)

By the President R. B. Hayes.
By W. H. Crook. Secretary.
S. W. Clark. Recorder of the General Land Office.

Compared Mar. 2, 1880
J. W. C. Stewart