UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF WITHDRAWAL OF CLAIMS NUMBER 1906 AND 1909
### FILED BY STEPHEN D. PIERCE AND TAMARA RAE PIERCE

Stephen D. Pierce and Tamara Rae Pierce, having filed Claims Number 1906 and 1909 against Residential Capital, LLC (collectively, the "Claims"), hereby give notice of the withdrawal of the Claims pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Stephen D. Pierce and Tamara Rae Pierce hereby withdraw the Claims, authorize SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claims, and also authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: October 24 2013

                                                Stephen D. Pierce

                                                (Sign Name)

                                                Tamara Rae Pierce

                                                (Sign Name)

NKHAN/1422457.1/062429