IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | Case No. 12-12020(MG) |
| ) |  |
| RESIDENTIAL CAPITAL, LLC., et al,        ) |  |
| ) | Chapter 11 |
| ) |  |
| Debtors.                                                    ) | Jointly Administered |

NOTICE OF WITHDRAWAL OF CLAIM

On October 8, 2012, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 1046 in the amount of $2,076.11 for the above-styled and numbered case. TDOR hereby requests that claim no.1046 be withdrawn.

Respectfully submitted,
ROBERT E. COOPER, JR.
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR.
Senior Counsel
Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, Tennessee  37202-0207
(615) 741-1935
TN BPR 016031

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2013 a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.
                                                                                     /s/ Marvin E. Clements, Jr.

Larren M. Nashelsky                                                      Office of the U.S. Trustee
Attorney for the Debtor                                                  33 Whitehall Street, 21st Flr.
1290 Avenue of the Americas                                         New York, New York 1004-2112
New York, New York 10104

1