Ex. 41

Modification Package Sent

Acc.# 747332 9357

[U.S. Postal Service Delivery Confirmation Receipt]
Article Sent To: HomeComings Financial
Delivery Confirmation Number: 0301 0120 0000 3995 0173
Postmark: BRANCHVILLE, NJ 07826, MAR 7 2008
☑ Priority Mail
☐ Package Services
PS Form 152, January 2001

Confirmation #
54020969

3 Modify Loan – 2/25/09

$2,879.31 –

Acc# 747329357 –

– Workout package ○
– Contact –

Bob Hanak 815-726-4227 –?
– Hm – 815-896-4092 ? ○

Confirmation # 54020969 – 2 mos.
– 10-15 days
Mon – 10 –    Cell #
#1 – Sally  941/586-7756
             House
941-473-1500 Hs.

Mary Ellen  Rich Broadwell – 770-9510

## FAX COVER SHEET

Account Number __74 7332 9357__

*(This page should be returned to us with your completed financial analysis form)*

To:    Loss Mitigation

From:  __PERRY GOERNER__

Fax to: **1-866-709-4744 or mail to:** Loss Mitigation
2711 North Haskell Avenue
Dallas TX  75204

The following documentation must be included to determine eligibility:

- **Financial Analysis Form**

- **Signed letter explaining the cause of default or imminent (future) default; sometimes known as a hardship letter**

- **Copies of your two most recent pay stubs (for each borrower on the loan), OR, if self-employed, a current income statement, balance sheet, statement of owner's equity, and a 6-month profit and loss statement**

Additional items required if you are requesting a sale of your property:

- ☐ Copy of listing agreement

- ☐ Copy of the sales contract

- ☐ Copy of the estimated Settlement Statement (HUD 1) if available

- ☐ Signed "third party authorization" form (see final page of this document) if you want us to speak to your Real Estate Agent

# FINANCIAL ANALYSIS FORM

| Name (Borrower): PERRY GOERNER | Daytime Phone: 973-875-6474 | Alternate Phone: |
| --- | --- | --- |
| Name (Co-borrower): | Daytime Phone: | Alternate Phone: |
| Mortgage Account Number: | Email Address: | |

Total number of individuals in your household? **2**

How much money do you currently have available to use toward a down payment and workout? **0**

Is your home listed for sale? **NO**

- If yes, what is the list price? _____ How long has it been listed? _____
- Name of the listing agent and their phone number? _____

| EMPLOYMENT HISTORY | Borrower | Co-Borrower |
| --- | --- | --- |
| Are you currently employed? | ☐ Yes ☒ No | ☐ Yes ☐ No |
| If yes, how long? | | |
| If self-employed, what is the name of your company? | | |

| MONTHLY INCOME (take home amount) | Borrower | Co-Borrower | Total |
| --- | --- | --- | --- |
| Monthly Wages (take home pay) | $ | $ | $ |
| Overtime Time/Commissions/Bonuses | $ | $ | $ |
| Child Support/Alimony received | $ | $ | $ |
| Disability Income | $ 892 | $ | $ 897 |
| Rental Income | $ 1600 | $ | $ 1600 |
| Other (explain) | $ 500 | $ Hobby/Leather | $ 500 +- |

| Monthly Expenses | Monthly Payment | Balance Owed |
|---|---|---|
| First Mortgage | $ 2879.31 | $ 316,372.35 |
| Other Mortgages or Liens (2nd Mortgage or Line of Credit) | $ 0 | $ 0 |
| Alimony/Child Support | $ 0 | $ 0 |
| Homeowner's Association Dues | $ 0 | $ 0 |
| Property Taxes (if not included in your mortgage escrow account) | $ 0 | $ 0 |
| Homeowners/Flood/Wind Insurance (if not included in your mortgage escrow account) | $ 0 | $ 0 |
| Health Insurance (if not already deducted from your net monthly income) | $ 0 | $ 0 |
| Medical Expenses | $ 0 | $ MEDICAID/MEDICARE 0 |
| Child/Dependent Care | $ 0 | $ 0 |
| Credit Card or Installment Loan | $ 0 | $ 0 |
| Credit Card or Installment Loan | $ 0 | $ 0 |
| Credit Card or Installment Loan | $ 0 | $ 0 |
| Student Loans/Personal Loan | $ 0 | $ 0 |
| Automobile Loan | $ 0 | $ 0 |
| Automobile Loan | $ 0 | $ 0 |
| Food/Household Supplies | $ 100 +- | $ 0 |
| Water/Sewer/Utilities | $ 100 +- | $ 0 ← LESS IN SUMM |
| Automobile Expenses (Gasoline/Insurance) | $ 50 | $ 0 |
| Phone(s) Cable, Internet | $ 94 | $ 0 |
| Other (explain) | $ | $ |

FINAL INSTRUCTIONS:
Please review the financial analysis forms to make sure they are correct and be sure to include:
- copies of pay stubs
- hardship letter

Please sign, date, and return this form. Fax to 1-866-709-4744 or mail to Loss Mitigation, 2711 North Haskell Ave, Dallas TX 75204.

I understand the financial information being provided is true and accurate to the best of our knowledge, and will be used by the lender and/or insurer of the mortgage to analyze my options with respect to the mortgage. I further understand and acknowledge that any action taken by the lender and or the insurer of my mortgage on my behalf will be made in strict reliance on the financial information I provided herein. **I understand by signing this form, I am authorizing you as the Lender to obtain a credit report.**

Borrower _[signature]_    Date 3/7/09

Borrower _____    Date _____

**Homecomings Financial**
*A GMAC Company*

February 26, 2009

PERRY GOERNER
12 WANTAGE SCHOOL ROAD
SUSSEX NJ 07461

RE:    Account Number        7473329357
       Property Address      12 WANTAGE SCHOOL ROAD
                             SUSSEX NJ 07461

Dear PERRY GOERNER :

Thank you for contacting our offices to discuss your loan. In our current economy we understand and sympathize with families like yours where you are experiencing unfortunate financial difficulties. It is our commitment to you that we will work with you towards identifying possible options which may provide a solution to your situation.

Enclosed is our Financial Analysis Form. This document was designed to help us determine the best possible solution to meet your specific needs. Please complete and return these forms and the requested documentation to our office within 10 days of receipt. You may qualify for programs such as:

| Possible Options | Description |
| --- | --- |
| Alternative Payment Arrangements | Alternative payment arrangements may be available to help you through a short-term financial hardship. These options allow you to make an agreed upon payment that over time brings your account to a current status. The plans are based on your financial information provided and may require a deposit (down payment) toward the amount past due. |
| Loan Modification | This option is used when there is a reduction in income or an unexpected increase in expenses. Modifications typically add the delinquency on to the balance of your loan (capitalized) and the loan is re-amortized over the term. The interest rate and remaining term may also be adjusted in order to make your payments more affordable. Note: not all accounts can be modified and a deposit may be required. |
| Sale of your home | If your income no longer supports the costs of your home, you may wish to explore the option of selling it. We may be able to work with you to accommodate this even if you owe more than your home is worth. Most times this is a solution when long term problems exists making payment difficult. Rather than pursuing foreclosure, an investor may agree to accept less than the full amount owed to pay the loan off. You must first list the property for sale at the current fair market value and forward any purchase offers to us for consideration. Please Note: acceptance of any offer is subject to investor approval. The maximum commission allowed to the listing agent is 5% for sales involving two brokers/agents or 3% for a single broker/realtor commission. Please consult your tax professional for possible tax implications. |
| Deed In Lieu of Foreclosure (DIL) | If all available options have failed and you are unable to sell your home, you may be allowed to sign title to the property over to us. You must have clear title to the home with the exception of the first lien. |

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. We therefore, would recommend you call **1.800.CALL.FHA** to find a HUD-certified housing counseling agency to discuss your needs. If possible, we appreciate you continuing to make your monthly payment until you are notified of possible options. For many customers, a home is their biggest and most important investment. To help solidify your financial ability to protect this investment, we ask you to review other monthly expenses to determine if any costs can be reduced or eliminated. Reducing costs related to non-necessities can free additional funds, and may increase the available options for assistance.

If you have any questions completing these financial analysis forms please contact our office at 1-866-262-5363, Monday-Friday from 8:00AM-5:00PM, Central Time.

Customer Care
Loan Servicing

Enclosures

HOMECOMINGS FINANCIAL
PERRY GOERNER
ACC. NO : 7473329357   BALANCE ON LOAN   $316,372.35
PROPERTY ADDRESS : 12 WANTAGE SCHOOL RD. SUSSEX, N.J.
PHONE # 973-875-6474

RE : HARDSHIP LETTER

TO WHOM IT MAY CONCERN :

   I am writing because at this time **I will be unable to continue payments due to my recent full disability,** due to a motorcycle accident, where I was rear ended by a car, while I was stopped while driving my motorcycle, behind a van that was stopped, signaling to making a left turn.
The owner was 85 years old and never put on his brakes, I braced for the impact as I saw him coming, but there was nothing I could do, I was ejected over the handlebars and went head first into the back door of the van, pushing it forward with my head and shoulders approximately 20 feet luckily, I guess, I was wearing a full face helmet, but it did irreparable damage to at least 7 discs in my neck and back, and torn ligaments in my shoulders.
He was issued a ticket for careless driving and was found guilty.

Since that time I have not been able to go back to work, I had a painting contracting business, and also a realtor, I have had 2 operations since the accident, and am disabled for life, my insurance co. has paid all of my medical bills to date. I am suing his insurance company and on 4/27/2009 it will be 3 years since the accident. Enclosed you will find a letter from my attorney, to me for an arbitration hearing on this matter on March 25,2009, he only had a policy for 250,000 and my insurance co. has to be reimbursed for approximately 75,000, for my medical treatments, which after my attorney gets 1/3 of the remainder, it does not leave me much for being disabled for life, and they might not offer me full settlement as that is what the insurance companies are known to do, then I would have to wait for a trial date.
**I have all intentions to take my settlement and pay down my mortgage.**

I have used all of my available funds to keep afloat, and it has come to a point where I know I won't be able to continue payments unless I get some sort of modification to reduce my payments.

**I have never been late on a payment**, and will continue to pay if I can get the modification of the interest rate, currently it is at 7.5%, a reduction of 3% to 3-1/2 % or more, would improve my ability to continue to pay this mortgage otherwise I will be forced into foreclosure.

I am a Realtor and I have taken the liberty to due a search of comparables in my township, there were only 13 houses which had sold in the search which was from 01/01/2008 thru 02/30/2009, the price range was from 185,000 thru 450000, I have enclosed all of them.

They were for cape cod's which mine is, ranch's, bi-level, contemporary, and colonial and I enclosed a copy of my house which was listed and was under contract for 435,000 in 4/2006, 1 week before my accident and I was so severely hurt, I had a concussion for 4 months, and I had to negate the sale, I had bought a modular home in Michigan, but sold that because of my injuries, I stayed for treatment in N.J.. You can see what my house is and also I sent in the new assessment which was from last year, which you can use to compare with the other houses which have sold.

The Real Estate market here has dropped so dramatically, that I would not be able to sell it for the mortgage amount, and it would be beneficial to us both to continue to pay it down in this bad market, I will not list the house at this time as it is not advantageous for me to do so.

The only houses that are selling are foreclosures, which continues to bring the home prices down. **Sussex County Has the highest foreclosure rate in N.J., where I live.**

I Built my house in 1982, and have all intentions to stay

**I have no other financial liabilities at this time and am not willing to get any further in debt, my mortgage is all I owe.**

I have been divorced since 1998 and my EX-wife left me in a financial disaster as she went bankrupt for over 100,000, at that time and I was able to get out of that debt and paid it off and got back on track until my disability o 4/27/2006. I can send you the bankruptcy that was filed if need be. I did not go bankrupt.

**I have leased my small farm** as you will see in the listing, to a person to put his horses in and some goats, etc... and he has been paying me **$950 cash a month**, I have enclosed my bank statement for the past month, **I rent out a room in my house** as I am single and have a 3 bedroom home **for $ 650.a month , I also have been making leather products**, such as Gloves, Belts, Guitar straps, and Bikini's out of deerskin leather at home which has been OK as I started putting them on E-Bay in November of last year and have enclosed my account from 11/20/2008 thru my most recent statement of 2/15/2009, showing what was sold and for how much, also my feedback from my customers and the listings themselves, **I have been making over $500. Per month**, but it is a hit and miss and I will be selling at craft shows and flea markets. I have also enclosed the invoices for gloves which were ordered in December of 2008 for motorcycle riders, 70 pairs which I have stock of 90 pairs right now, I have 100+ hides of leather to make more, but of course they have to sell, I will also be trying to sell homes but I have yet to get a sale this year as **I'm a 57 yr old and realtor for 23 years**, it's a good time to buy, not to sell as you know.

**Hopefully we can work out something as I don't want to be one of the statistics, and I will do whatever it takes to avoid foreclosure.**

Sincerely,

*[signature]*

**Perry Goerner**

**ps. If you need any leather items call me**

# LEASE AGREEMENT

**PROPERTY LOCATED AT : 12 WANTAGE SCHOOL ROAD, SUSSEX, N.J.**

**LESSOR: PERRY GOERNER (OWNER)**

**LESSEE : RUDY PHEIFER**
ADDRESS: 36 OLD CLOVE ROAD, SUSSEX , N.J.

LESSEE AGREES TO THE FOLLOWING TERMS OF SAID LEASE, AND IF FOUND TO BE NEGLIGENT IN ANY OF THE FORTHCOMING AGREEMENTS LEASE SHALL BE TERMINATED UPON NOTICE TO SAID LESSEE, AND SHALL HAVE 30 DAYS NOTICE TO TERMINATE.

1. LEASE SHALL BE DEEMED AS A MONTH TO MONTH BASIS, WHERE EITHER PARTY SHALL TERMINATE FOR DUE CAUSE WITH 30 DAYS NOTICE.

2. THE RENT DUE PER MONTH WILL BE $950.00 TO BE PAID IN CASH TO THE LESSOR, ON OR ABOUT THE 1ST OF THE MONTH, BUT NOT LATER THAN THE 15TH, UNLESS AGREED UPON BY THE OWNER.

3. THE 5+- ACRES OF PASTURE, AND THE BARN AND OUTBUILDING ARE INCLUDED IN THE RENT.

4. THE MAXIMUM AMOUNT OF HORSES ALLOWED ON THE FARM IS 5
    THE MAXIMUM AMOUNT OF SHEEP/ GOATS ARE 6
    THE MAXIMUM AMOUNT OF CHICKENS ARE 24
ANY ADDITIONAL FARM ANIMALS MUST BE APPROVED BY THE OWNER.

5. THE LESSEE MAY USE THE TRAILS AND PATHS, DRIVEWAY FOR HORSES TO BE EXERCISED, BUT LESSEE HAS TO CLEAN SUCH PATHWAYS FROM THE MANURE LEFT BEHIND.

6. LESSEE MUST OBTAIN PROOF OF INSURANCE TO COVER THE FARM, IN CASE OF INJURY OR DAMAGE SUSTAINED BY HIS ANIMALS, TO PERSONS OR PROPERTY DAMAGE OTHER THAN HIS OWN.

7. LESSEE IS RESPONSIBLE FOR THE MAINTENANCE OF THE BARN AND THE FENCES.

8. LESSEE MAY USE OWNERS TRACTOR FOR MAINTAINING THE GRASS AND OTHER USES, BUT OWNER IS NOT RESPONSIBLE FOR ANY INJURY CAUSED TO HIM OR OTHERS BY THE MACHINE.

PG.1

PG. 2

9. LEASE SHALL BEGIN ON SEPTEMBER 1, 2008 AND SHALL CONTINUE UNTIL EITHER PARTY TERMINATES SAID LEASE AGREEMENT.

DATED: AUGUST 25, 2008

LESSOR: PERRY GOERNER

LESSEE: RUDY PHEIFER

**Homecomings Financial**
A GMAC Company

February 26, 2009

PERRY GOERNER
12 WANTAGE SCHOOL ROAD
SUSSEX NJ 07461

RE:    Account Number        7473329357
       Property Address      12 WANTAGE SCHOOL ROAD
                             SUSSEX NJ 07461

Dear PERRY GOERNER :

Thank you for contacting our offices to discuss your loan. In our current economy we understand and sympathize with families like yours where you are experiencing unfortunate financial difficulties. It is our commitment to you that we will work with you towards identifying possible options which may provide a solution to your situation.

Enclosed is our Financial Analysis Form. This document was designed to help us determine the best possible solution to meet your specific needs. Please complete and return these forms and the requested documentation to our office within 10 days of receipt. You may qualify for programs such as:

| Possible Options | Description |
|---|---|
| Alternative Payment Arrangements | Alternative payment arrangements may be available to help you through a short-term financial hardship. These options allow you to make an agreed upon payment that over time brings your account to a current status. The plans are based on your financial information provided and may require a deposit (down payment) toward the amount past due. |
| Loan Modification | This option is used when there is a reduction in income or an unexpected increase in expenses. Modifications typically add the delinquency on to the balance of your loan (capitalized) and the loan is re-amortized over the term. The interest rate and remaining term may also be adjusted in order to make your payments more affordable. Note: not all accounts can be modified and a deposit may be required. |
| Sale of your home | If your income no longer supports the costs of your home, you may wish to explore the option of selling it. We may be able to work with you to accommodate this even if you owe more than your home is worth. Most times this is a solution when long term problems exists making payment difficult. Rather than pursuing foreclosure, an investor may agree to accept less than the full amount owed to pay the loan off. You must first list the property for sale at the current fair market value and forward any purchase offers to us for consideration. Please Note: acceptance of any offer is subject to investor approval. The maximum commission allowed to the listing agent is 5% for sales involving two brokers/agents or 3% for a single broker/realtor commission. Please consult your tax professional for possible tax implications. |
| Deed In Lieu of Foreclosure (DIL) | If all available options have failed and you are unable to sell your home, you may be allowed to sign title to the property over to us. You must have clear title to the home with the exception of the first lien. |

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. We therefore, would recommend you call **1.800.CALL.FHA** to find a HUD-certified housing counseling agency to discuss your needs. If possible, we appreciate you continuing to make your monthly payment until you are notified of possible options. For many customers, a home is their biggest and most important investment. To help solidify your financial ability to protect this investment, we ask you to review other monthly expenses to determine if any costs can be reduced or eliminated. Reducing costs related to non-necessities can free additional funds, and may increase the available options for assistance.

If you have any questions completing these financial analysis forms please contact our office at 1-866-262-5363, Monday-Friday from 8:00AM-5:00PM, Central Time.

Customer Care
Loan Servicing

Enclosures

Regards,
AOL Member Services

Please note that this email address cannot accept replies.

©2007 AOL LLC. All Rights Reserved.

Home coming
Modification 3/17/09
Called - Received
TRANSFERRED - From
1866-262-5363

www.Financial Stability.gov

Keisha

Received Paperwork
3/16/09

6/4/09
Nicole

Modification #
1-800-850-4622

Applied for a Modification 5/17/09

Acc No: 7473329357

1-800-850-4622

6/4/09 Nicole

DISABLED —
you / Keisha / 5/17/09
WAIVE A LATE PAYMENT

Bobby 6/4/09 - 2:30 pm -
Agent HANDLING THE Modification —
= LOK = ← DID NOT SPEAK TO HER

Bobby ENTERING IN SYSTEM
= 45069 =
= ADVISE =
= HARDSHIP =

GUELI